ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-04425-KBF

| | |
|---|---|
| Herrick v. Air & Liquid Systems Corporation et al | Date Filed: 06/06/2012 |
| Assigned to: Judge Katherine B. Forrest | Jury Demand: None |
| Case in other court: State Court-Supreme, 190145-12 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1441 Notice of Removal | Jurisdiction: Federal Question |

**Plaintiff**

**Arlen Herrick**

V.

**Defendant**

**Air & Liquid Systems Corporation**      represented by **Angela Digiglio**
Kirkpatrick & Lockhart Preston Gates
Ellis LLP( Lex. Ave.)
599 Lexington Avenue
New York, NY 10022
(212)-536-3994
Fax: (212)-536-3901
Email: angela.digiglio@klgates.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Co.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190145-12. (Filing Fee $ 350.00, Receipt Number 1040184).Document filed by Air & Liquid Systems Corporation et al.(mro) (Additional attachment(s) added on 6/12/2012: # 1 Ex. 1, # 2 Ex. 2, # 3 Ex. 2-2, # 4 Ex. 3, # 5 Ex. 4, # 6 Ex. 5-1, # 7 Ex. 5-2, # 8 Ex. 5-3, # 9 Ex. 5-4, # 10 Ex. 5-5, # 11 Ex. 5-6, # 12 Ex. 5-7, # 13 Ex. 5-8, # 14 Ex. 5-9, # 15 Ex. 5-10, # 16 Ex. 5-11, # 17 Ex. 5-12, # 18 Ex. 5-13, # 19 Ex. 5-14, # 20 Ex. 5-15, # 21 Ex. 5-16) (ama). (Additional attachment (s) added on 6/12/2012: # 22 5-17, # 23 5-18, # 24 5-19, # 25 5-20, # 26 5-21, # 27 5-22, # 28 5-23, # 29 5-24, # 30 5-25, # 31 5-26, # 32 5-27, # 33 5-28, # 34 5-29, # 35 5-30, # 36 5-31, # 37 5-32, # 38 5-33, # 39 5-34, # 40 5-35, # 41 5-36, # 42 5-37) (ama). (Additional attachment(s) added on 6/12/2012: # 43 Exhibit 6, # 44 6-1, # 45 6-1a, # 46 6-2, # 47 6-3, # 48 6-4, # 49 6-5, # 50 6-6, # 51 6-6a, # 52 6-7, # 53 6-8, # 54 6-9, # 55 6-10, # 56 6-11) (ama). (Additional attachment(s) added on 6/12/2012: # 57 6-12, # 58 6-13, # 59 6-14, # 60 6-15, # 61 6-16, # 62 6-17, # 63 6-18, # 64 6-19, # 65 6-20, # 66 6-21, # 67 6-22, # 68 |

|  |  |  |
|---|---|---|
|  |  | 6-23, # 69 6-24, # 70 6-25, # 71 6-26, # 72 6-27, # 73 6-28, # 74 6-29, # 75 6-30, # 76 6-31, # 77 6-32, # 78 6-33, # 79 6-34, # 80 6-35, # 81 6-36, # 82 6-37, # 83 6-38, # 84 6-39, # 85 6-40, # 86 Ex. 7) (ama). (Entered: 06/07/2012) |
| 06/06/2012 |  | Magistrate Judge Michael H. Dolinger is so designated. (mro) (Entered: 06/07/2012) |
| 06/06/2012 |  | Case Designated ECF. (mro) (Entered: 06/07/2012) |
| 06/12/2012 | 2 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 06/06/2012. Service was made by Mail. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 06/12/2012) |
| 06/12/2012 | 3 | NOTICE of Tag-Along Action. Document filed by Crane Co.. (Attachments: # 1 Certificate of Service)(Digiglio, Angela) (Entered: 06/12/2012) |
| 06/14/2012 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Crane Co..(Digiglio, Angela) (Entered: 06/14/2012) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/15/2012 10:27:11 | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-04425-KBF |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

ARLEN HERRICK,

                   Plaintiff(s),

                   v.

AIR & LIQUID SYSTEMS
CORPORATION., et al.,

                   Defendants.

------------------------------------------------------x

Docket No.: 1:12-cv-04425-KBF

**DEFENDANT CRANE CO.'S NOTICE OF TAG-ALONG ACTION.**

TO:   THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On December 13, 2011, the Judicial Panel on Multidistrict Litigation issued its Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers. Pursuant to

that Order, the Judicial Panel will still transfer and consolidate tag-along cases to MDL-875 that are from the Southern District of New York.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated: June 12, 2012

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Dated: New York, New York
     June 12, 2012                      Respectfully submitted,

                                           Crane Co.
                                           By its attorneys,

                                           /s/ Angela DiGiglio
                                           Angela DiGiglio (AD 2290)
                                           K&L GATES LLP
                                           599 Lexington Avenue
                                           New York, New York 10022-6030
                                           Email: angela.digiglio@klgates.com
                                           Phone: (212) 536-3900
                                           Fax: (212) 536-3901

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Crane Co.'s ("Crane Co."), Notice of Tag Along Action was served on plaintiffs' counsel and all defense counsel of record identified on the attached service rider via regular mail on June 12, 2012 and is available for viewing and downloading from the Court's ECF system.

/s/ Angela DiGiglio
Angela DiGiglio, Esq.
Attorney for Defendant
Crane Co.

**ARLEN D. HERRICK**

**SERVICE RIDER**

**INDEX NO. 190145/12 (1:12-cv-04425-KBF)**

| Counsel: | Attorneys for: |
|---|---|
| Edward Wilbraham, Esq.<br>WILBRAHAM LAWLER & BUBA<br>140 Broadway, 46th Floor<br>New York, New York 10005 | Air & Liquid Systems Corporation as successor by merger to Buffalo Pumps, Inc. |
| Julie Evans, Esq.<br>WILSON, ELSER, MOSKOWITZ,<br>  EDELMAN & DICKER, LLP<br>150 East 42nd Street<br>New York, NY 10017-5639 | American Biltrite, Inc. |
| Jennifer W. Darger, Esq.<br>Judith Yavitz, Esq.<br>DARGER ERRANTE YAVITZ & BLAU LLP<br>116 East 27th Street<br>New York, NY 10016 | Dana Corporation |
| Nancy L. Pennie, Esq.<br>Robert J. Cecala, Esq.<br>AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH,<br>LLP<br>600 Third Avenue<br>New York, New York 10016 | Ford Motor Company |
| Philip Goldstein, Esq.<br>Genevieve MacSteel, Esq.<br>MCGUIREWOODS, LLP<br>1345 Avenue of the Americas, 7th Floor<br>New York, New York 10105-0106 | Bell & Gossett Company<br>ITT Corporation<br>The Trane Company |
| Chris Gannon, Esq.<br>Theodore M. Eder, Esq.<br>Robert R. Rigolosi, Esq.<br>SEGAL, MCCAMBRIDGE, SINGER<br>  & MAHONEY, LTD.<br>850 Third Avenue, Suite 1100<br>New York, New York 10022 | Weil-McLain, a division of the Marley-Wylain Company, a wholly owned subsidiary of the Marley Company, LLC<br>Byron Jackson Pumps<br>Gardner Denver, Inc. |
| Anna DiLonardo, Esq.<br>Andrew Warshauer, Esq.<br>MARSHALL, DENNEHY, WARNER, COLEMAN &<br>GOGGIN<br>888 Veterans Memorial Highway, Ste. 540<br>Hauppauge, NY 11788 | Borg-Warner Corporation by its successor-in-interest Borg-Warner Morse Tec Inc. |

| Counsel: | Attorneys for: |
|---|---|
| John J. Fanning, Esq.<br>Raghu N. Bandlamudi<br>Litigation Associate<br>CULLEN and DYKMAN LLP<br>44 Wall Street<br>New York, NY 10005 | Burnham LLC, Individually and as successor to<br>Burnham Corporation<br>Goulds Pumps |
| Charles McGivney, Esq.<br>McGIVNEY & KLUGER, P.C.<br>80 Broad Street, 23rd Floor<br>New York, New York 10004 | Atwood & Morrill Co., Inc.<br>Aurora Pump Company<br>The Fairbanks Company<br>Kentile Floors, Inc. |
| Christopher Hannan, Esq.<br>KELLEY JASONS MCGOWAN<br>  SPINELLI & HANNA, LLP<br>120 Wall Street, 30th Floor<br>New York, NY 10005 | FMC Corporation on behalf of its former Chicago<br>Pump & Northern Pump Businesses |
| Thomas A. Montiglio, Esq.<br>Robert McManus, Esq.<br>AHMUTY DEMERS & McMANUS<br>200 I.U. Willets Road<br>Albertson, New York 11507 | Carrier Corporation |
| William Bradley, Esq.<br>Mary Ellen Connor, Esq.<br>David Schaffer, Esq.<br>MALABY & BRADLEY, LLC<br>150 Broadway, Suite 600<br>New York, New York 10038 | Crown Boiler Co. f/k/a Crown Industries, Inc.<br>Weil-McLain, a division of the Marley-Wylain<br>Company, a wholly owned subsidiary of the Marley<br>Company, LLC |
| Suzanne Halbardier, Esq.<br>BARRY, MCTIERNAN & MOORE<br>2 Rector Street, 14th Floor<br>New York, New York 10006 | Cleaver Brooks Company, Inc.<br>Domco Products Texas, LP, Individually and as<br>successor to Azrock Industries, Inc. |
| Scott R. Emery, Esq.<br>LYNCH DASKAL EMERY LLP<br>264 West 40th Street<br>New York, New York 10018 | Georgia-Pacific LLC, The Goodyear Tire & Rubber<br>Company, Goodyear Canada, Inc. |
| Paul A. Scrudato, Esq.<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue<br>17th floor<br>New York, NY 10103 | Owens-Illinois, Inc. |
| Donald R. Pugliese, Esq.<br>MCDERMOTT, WILL & EMERY, LLP<br>340 Madison Avenue<br>New York, NY 10017 | Honeywell International, Inc., f/k/a Allied Signal,<br>Inc./Bendix, |

| Counsel: | Attorneys for: |
|---|---|
| Michael A. Tanenbaum, Esq.<br>Bridget M. Polloway, Esq.<br>SEDGWICK, DETERT, MORAN & ARNOLD, LLP<br>Three Gateway Center, 12th Floor<br>Newark, New Jersey 07102 | Foster Wheeler L.L.C.<br>General Electric Company<br>CBS Corporation , f/k/a Viacom, Inc., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation |
| Joseph Colao, Esq.<br>LEADER & BERKON<br>630 Third Avenue, 17th Floor<br>New York, New York 10017 | IMO Industries, Inc.<br>Warren Pumps, Inc. |
| Amiel Gross, Esq.<br>SNR DENTON US LLP<br>1221 Avenue of the Americas, 23rd Floor<br>New York, New York 10020 | Rapid-American Corporation |
| Rob C. Tonogbanua, Esq.<br>DICKIE MCCAMEY & CHILCOTE, P.C.<br>41 South Haddon Avenue, Suite 5<br>Haddonfield, NJ 08033 | Yarway Corporation |
| Elana L. Danzer, Esq.<br>Norman Senior, Esq.<br>GREENFIELD STEIN & SENIOR, LLP<br>600 Third Avenue, 11th Floor<br>New York, NY 10016 | U.S. Rubber Company |
| Lisa M. Pascarella, Esq.<br>PEHLIVANIAN, BRAATEN & PASCARELLA, LLC<br>Paynter's Ridge Office Park<br>2430 Route 34<br>Manasquan, New Jersey 08736 | Trane U.S. Inc., f/k/a American Standard Inc.<br>Ingersoll-Rand Company |
| Patrick J. Dwyer, Esq,.<br>Smith, Stratton, Wise, Heher & Brennan<br>100 park Avenue, Suite 1600<br>New York, NY 10017 | Pneumo Abex LLC, a successor in interest to Abex Corporation (Abex)<br>The B.F. Goodrich Company |
| Unknown Counsel | Blackmer a division of Dover Corporation f/k/a Blackmer Pump Power & Manufacturing Company<br>Kennedy Valve Manufacturing, Inc. |

# PACE

## THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

**RECEIVED**

APR 10 2012

**PACE**

Name _____ Delora L Gans _____

Firm /Company _____ Crane Co. (Week of 4/2/2012) _____

Phone # or email address _____ (203) 363-7300 dgans@craneco.com _____

Request Date _____ 4/6/2012 _____

Please specify Request Type (one per form):

- [X] **New Filing** (A complaint to be placed on the PACEWEB database that *will* generate an email notification to the Defense Counsel)
- [ ] **Discovery/Miscellaneous Correspondence** (Non compliant documents that PACE will mail directly to the appropriate defense counsel)
- [ ] **Severance**; MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Severed from" and "Severed to" DOCKET NUMBERS
- [ ] **Transfer/Removal**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE: "Transferred from" and "Transferred to" INFORMATION
- [ ] **Intervention**; MUST INCLUDE SIGNED ORDER FROM THE JUDGE

### All fields below must be filled out in order to be appropriately processed.

| Lead Plaintiff name | Specific Defendant Company Served (*one entry per line*) | Jurisdiction & State | Docket # AKA Index #, Case #, etc. | Service Date | Plaintiff's Counsel | Additional Comments |
|---|---|---|---|---|---|---|
| | | Supreme Court: All of Counties Within the City of New York | NEW YORK CITY ASBESTOS LITIGATION (NYAL): Asbestos Master Index No.: 40,000/ | | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C. | **STANDARD ASBESTOS COMPLAINT FOR WRONGFUL DEATH No. 1**  Served by Andrew Gonzales for Professional Process Service L.L.C., 105 Haddad Road, Waterbury, CT 06708  (203) 573-8835 |
| ALL CASES | Crane Co. | | | 4/2/2012 | | |
| | | Supreme Court: All of Counties Within the City of New York | NEW YORK CITY ASBESTOS LITIGATION (NYAL): Asbestos Master Index No.: 40,000/ | | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C. | **STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 1**  Served by Andrew Gonzales for Professional Process Service L.L.C., 105 Haddad Road, Waterbury, CT 06708  (203) 573-8835 |
| ALL CASES | Crane Co. | | | 4/2/2012 | | |

**PACE** — THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

| Name | Defendant | Court | Term / No. | Date | Attorney | Service |
|---|---|---|---|---|---|---|
| Gallo, Frank R. (and Gallo, Marilyn, h/w) | Crane Co. | Common Pleas, Philadelphia County, Pennsylvania | February Term 2012, No.: 002941 | 4/2/2012 | Robert E. Paul (215) 735-9200, for Paul, Reich & Myers, P.C. | Served via USPS Certified Mail 7011 2000 0001 4714 2563, postmarked 3/29/2012 from zip code 19102 |
| Giardina, Rosario | Crane Co. | Supreme Court, New York County, New York | 190135-2012 | 4/2/2012 | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C. | Served by Andrew Gonzales for Professional Process Service L.L.C., 105 Haddad Road, Waterbury, CT 06708 (203) 573-8835 |
| Gregory, John | Crane Co., Demming Division | Common Pleas, Philadelphia County, Pennsylvania | April Term 2012, No.: 00060 | 4/6/2012 | Steven J. Cooperstein, Esquire (215) 569-4000, for Brookman, Rosenberg, Brown & Sandler | Served via USPS Certified Mail 7010 1060 0002 3072 4122, postmarked 4/2/2012 from zip code 19102 |
| Gyori, William R. (and Gyori, Joy) | Crane Co. | Supreme Court, New York County, New York | 190130-12 | 4/2/2012 | Erik Jacobs (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Herrick, Arlen D. | Crane Co. | Supreme Court, New York County, New York | 190145-12 | 4/2/2012 | Benjamin Darche (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Jackson, Andrew J. | Crane Co. | Common Pleas, Philadelphia County, Pennsylvania | March Term 2012, No.: 002992 | 4/6/2012 | Robert E. Paul (215) 735-9200, for Paul, Reich & Myers, P.C. | Served via USPS Certified Mail 7011 2000 0001 4714 2693, postmarked 4/3/2012 from zip code 19102 |
| Jeffrey, Perry R. (and Jeffrey, Maria S.) | Crane Co., individually and as successor-in-interest to Jenkins Valves, Chapman Valve Company and Deming Pump Company | Superior Court, Department of the Trial Court, Middlesex County, Massachusetts | 12-1205 | 4/6/2012 | Michael P. Joyce, Esq. (617) 720-1222, for Law Offices of Michael P. Joyce | Served via USPS Certified Mail 7011 2970 0000 1813 7957, postmarked 4/3/2012 from zip code 02110 |
| Kelly, Janice (Exec. of Estate of Sullivan, Thomas W., deceased, and Kelly, Janice, in her own right) | Crane Company, Inc., in its own right and as successor to Stockham Valves & Fittings | Common Pleas, Allegheny County, Pennsylvania | 12-005871 | 4/6/2012 | Peter T. Paladino, Jr., Esquire (412) 471-3980, for Goldberg, Persky & White, P.C. | Served via USPS Certified Mail 7011 2970 0000 0098 4057, postmarked 4/2/2012 from zip code 15219 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF New York

**RECEIVED**

APR 02 2012

**Crane Co.**

```
------------------------------------------x
|                                          |
|  Arlen Herrick                           |
|              Plaintiff/Petitioner,       |
```

- against -

Index No. 190145-12

```
|                                          |
|  Air Liquid Systems Corporation          |
|              Defendant/Respondent.       |
------------------------------------------x
```

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: 3/27/12

_____ (Signature)          _____ (Address)

_____ (Name)               _____

_____ (Firm Name)          _____ (Phone)

                                        _____ (E-Mail)

To:   All defendants
      on Attached Rider

4/8/11

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------------------------------X   Index No.: 190145-12

ARLEN D. HERRICK,

Date Filed: 3/19/12

Plaintiff(s),

-against-

AIR & LIQUID SYSTEMS CORPORATION,
    as successor-by-merger to BUFFALO PUMPS,
AMERICAN BILTRITE, INC.,
ATWOOD & MORRILL COMPANY,
AURORA PUMP COMPANY,
AZROCK INDUSTRIES,
    a Division of DOMCO, INC.,
BELL & GOSSETT COMPANY,
BLACKMER,
BORG-WARNER CORPORATION,
    by its successor-in-interest,
    BORG-WARNER MORSE TEC, INC.,
BURNHAM, LLC,
    Individually, and as successor to
    BURNHAM CORPORATION,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
CBS CORPORATION, f/k/a VIACOM INC.,
    successor by merger to
    CBS CORPORATION, f/k/a
    WESTINGHOUSE ELECTRIC CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
CROWN BOILER CO.,
    f/k/a CROWN INDUSTRIES, INC.,
DANA COMPANIES, LLC,
FMC CORPORATION,
    on behalf of its former CHICAGO PUMP
    & NORTHERN PUMP BUSINESSES,
FORD MOTOR COMPANY,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GEORGIA PACIFIC LLC.,
GOODYEAR CANADA, INC.,
GOULDS PUMPS, INC.,
HONEYWELL INTERNATIONAL, INC.,
    f/k/a ALLIED SIGNAL, INC. / BENDIX,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
KENNEDY VALVE MANUFACTURING Co., Inc.,

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

The Basis of Venue is
Defendants' Place of Business

**SUMMONS**

**RECEIVED**

APR 02 2012

**Crane Co.**

KENTILE FLOORS, INC.,
OWENS-ILLINOIS, INC.,
PNEUMO ABEX LLC, successor in interest
    to ABEX CORPORATION (ABEX),
RAPID-AMERICAN CORPORATION,
THE B.F. GOODRICH COMPANY,
    (GOODRICH CORPORATION),
THE FAIRBANKS COMPANY,
THE GOODYEAR TIRE AND RUBBER COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, LLC,
WEIL-MCLAIN, a division of The Marley-Wylain Company,
    a wholly owned subsidiary of The Marley Company, LLC,
YARWAY CORPORATION,

                                              Defendants.
-------------------------------------------------------------------------X
To the above named Defendant(s)


        **You are hereby summoned** to answer the **verified** complaint in this action and to serve a
copy of your answer, or, if the complaint is not served with this summons, to serve a notice of
appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons,
exclusive of the day of service (or within 30 days after the service is complete if this summons is
not personally delivered to you within the State of New York); and in case of your failure to
appear or answer, judgment will be taken against you by default for the relief demanded in the
complaint.

Dated, March 19, 2012
        New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

                                        WEITZ & LUXENBERG, P.C.
                                        Attorney(s) for Plaintiff
                                        Post Office Address
                                        700 Broadway
                                        New York, New York 10003
                                        (212) 558-5500

DEFENDANTS' RIDER

**AIR & LIQUID SYSTEMS CORPORATION,**
   **as successor-by-merger to BUFFALO PUMPS**
874 OLIVER STREET
N. TONAWANDA, NY 14120

**AMERICAN BILTRITE, INC.**
57 River Street
Wellsley Hills, MA 02181

**ATWOOD & MORRILL COMPANY**
29 Old Right Road
Ipswich, MA 01938

**AURORA PUMP COMPANY**
13515 Ballantyne Corporate Place
Charlotte, NC 28277

**AZROCK INDUSTRIES,**
   **a Division of DOMCO, INC.**
c/o  CT Corporation Systems
Corporate Trust Center
1209 Orange Street
Wilmington, DE 19801

**BELL & GOSSETT COMPANY**
8200 North Austin Avenue
Morton Grove, IL 60053

**BLACKMER**
1809 Century Avenue SW
Grand Rapids, MI 49503-1530

**BORG-WARNER CORPORATION,**
   **by its successor-in-interest,**
   **BORG-WARNER MORSE TEC, INC.**
3850 Hamlin Road
Auburn Hills, MI 48326

**BURNHAM, LLC,**
   **Individually, and as successor to**
   **BURNHAM CORPORATION**
1239 Harrisburg Pike
Lancaster, PA 17603

**BYRON JACKSON PUMPS**
5215 N. O'Conner Boulevard
Suite 2300
Irving, TX 75039

**CARRIER CORPORATION**

CT Corporation System
111 8th Avenue
New York, NY 10011

**CBS CORPORATION, f/k/a VIACOM INC.,
  successor by merger to
  CBS CORPORATION, f/k/a
  WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**CLEAVER BROOKS COMPANY, INC.**
11950 West Park Place
Milwaukee, WI 11270

**CRANE CO.**
100 First Stamford Place
Stamford, CT 06902

**CROWN BOILER CO.,
  f/k/a CROWN INDUSTRIES, INC.**
3633 I Street
Philadelphia, PA 19134-0000

**DANA COMPANIES, LLC**
Martin J. Strobel
3939 Technology Drive,
Maumee, OH 43537

**FMC CORPORATION,
  on behalf of its former CHICAGO PUMP
  & NORTHERN PUMP BUSINESSES**
1735 Market Street
Philadelphia, PA 19103

**FORD MOTOR COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**FOSTER WHEELER, L.L.C.**
Route 173 at Frontage Road
Clinton, NJ 08809

**GARDNER DENVER, INC.**
1800 Gardner Expressway
Quincy, IL 62301

**GENERAL ELECTRIC COMPANY**
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**GEORGIA PACIFIC LLC.**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**GOODYEAR CANADA, INC.**
450 Kipling Avenue
Atobicoke, Ontario CANADA M8ZSE1

**GOULDS PUMPS, INC.**
240 Fall Street
Seneca Falls, NY 13148

**HONEYWELL INTERNATIONAL, INC.,**
  **f/k/a ALLIED SIGNAL, INC. / BENDIX**
101 Columbia Road and Park Avenue
Morristown, NJ 07962

**IMO INDUSTRIES, INC.**
Corporation Service Company,
2711 Centerville Road, Suite 400,
Wilmington, DE 19808

**INGERSOLL-RAND COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**ITT CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

**KENNEDY VALVE MANUFACTURING Co., Inc.**
1021 East Water Street
Elmira, NY 14901

**KENTILE FLOORS, INC.**
G & K Consultants
4 Rita Street
Syossett, NY 11791

**OWENS-ILLINOIS, INC.**
One Michael Owens Way
Perrysburg, OH 43551

**PNEUMO ABEX LLC, successor in interest
    to ABEX CORPORATION (ABEX)**
80 State Street
Albany, NY 12207

**RAPID-AMERICAN CORPORATION**
2711 Centerville Road
Wilmington, DE 19808

**THE B.F. GOODRICH COMPANY,
    (GOODRICH CORPORATION)**
CT Corporation System
111 8th Avenue
New York, NY 10011

**THE FAIRBANKS COMPANY**
CT Corporation System (GA)
1201 Peachtree Street NE
Atlanta, GA 30361

**THE GOODYEAR TIRE AND RUBBER COMPANY**
Corporation Service Company
80 State Street
Albany, NY 12207

Lisa Pascarella
BRAATEN & PASCARELLA, LLC
Paynters Ridge Office Park
2430 Route 34 - P.O. Box 648
Manasquan, NJ 08736
Attorneys for Defendant:
        **TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.**

**U.S. RUBBER COMPANY (UNIROYAL)**
c/o Frank Degrim, Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016-1903

**WARREN PUMPS, LLC**
Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

**WEIL-MCLAIN, a division of The Marley-Wylain Company,
    a wholly owned subsidiary of The Marley Company, LLC**
500 Blaine Street
Michigan City, Indiana 46360

and

13515 Ballantyne Corporate Place
Charlotte, NC 28277

**YARWAY CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X   Index No.:
ARLEN D. HERRICK,

Date Filed:

Plaintiff(s),

-against-                                                   **VERIFIED
                                                            COMPLAINT**

AIR & LIQUID SYSTEMS CORPORATION,
    as successor-by-merger to BUFFALO PUMPS,
AMERICAN BILTRITE, INC.,                                    **RECEIVED**
ATWOOD & MORRILL COMPANY,
AURORA PUMP COMPANY,                                        APR 02 2012
AZROCK INDUSTRIES,
    a Division of DOMCO, INC.,                              **Crane Co.**
BELL & GOSSETT COMPANY,
BLACKMER,
BORG-WARNER CORPORATION,
        by its successor-in-interest,
    BORG-WARNER MORSE TEC, INC.,
BURNHAM, LLC,
    Individually, and as successor to
    BURNHAM CORPORATION,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
CBS CORPORATION, f/k/a VIACOM INC.,
    successor by merger to
    CBS CORPORATION, f/k/a
    WESTINGHOUSE ELECTRIC CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
CROWN BOILER CO.,
    f/k/a CROWN INDUSTRIES, INC.,
DANA COMPANIES, LLC,
FMC CORPORATION,
    on behalf of its former CHICAGO PUMP
    & NORTHERN PUMP BUSINESSES,
FORD MOTOR COMPANY,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GEORGIA PACIFIC LLC.,
GOODYEAR CANADA, INC.,
GOULDS PUMPS, INC.,
HONEYWELL INTERNATIONAL, INC.,
    f/k/a ALLIED SIGNAL, INC. / BENDIX,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
KENNEDY VALVE MANUFACTURING Co., Inc.,
KENTILE FLOORS, INC.,

OWENS-ILLINOIS, INC.,
PNEUMO ABEX LLC, successor in interest
  to ABEX CORPORATION (ABEX),
RAPID-AMERICAN CORPORATION,
THE B.F. GOODRICH COMPANY,
  (GOODRICH CORPORATION),
THE FAIRBANKS COMPANY,
THE GOODYEAR TIRE AND RUBBER COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, LLC,
WEIL-MCLAIN, a division of The Marley-Wylain Company,
  a wholly owned subsidiary of The Marley Company, LLC,
YARWAY CORPORATION,

Defendants.

-------------------------------------------------------------------------X

Plaintiff(s), ARLEN D. HERRICK, by their attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

1.     Plaintiff(s), ARLEN D. HERRICK, by their attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

2.     Defendant AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to BUFFALO PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

3.     Defendant AMERICAN BILTRITE, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

4.     Defendant ATWOOD & MORRILL COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

5.     Defendant AURORA PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

6.      Defendant AZROCK INDUSTRIES, a Division of DOMCO, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

7.      Defendant AZROCK INDUSTRIES, a Division of DOMCO, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8.      Defendant BELL & GOSSETT COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

9.      Defendant BELL & GOSSETT COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

10.     Defendant BLACKMER, was and still is a duly organized domestic corporation doing business in the State of New York.

11.     Defendant BYRON JACKSON PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

12.     Defendant CARRIER CORPORATION , was and still is a duly organized domestic corporation doing business in the State of New York.

13.     Defendant CROWN BOILER CO., f/k/a CROWN INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

14.     Defendant FMC CORPORATION, on behalf of its former CHICAGO PUMP & NORTHERN PUMP BUSINESSES, was and still is a duly organized domestic corporation doing business in the State of New York.

15.     Defendant GARDNER DENVER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

16.     Defendant GEORGIA PACIFIC LLC., was and still is a duly organized domestic corporation doing business in the State of New York.

17.     Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

18.     Defendant ITT CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

19.     Defendant KENNEDY VALVE MANUFACTURING Co., Inc., was and still is a duly organized domestic corporation doing business in the State of New York.

20.     Defendant THE B.F. GOODRICH COMPANY, (GOODRICH CORPORATION), was and still is a duly organized domestic corporation doing business in the State of New York.

21.     Defendant THE FAIRBANKS COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

22.     Defendant WARREN PUMPS, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

23.     Defendant YARWAY CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.


Plaintiff(s), ARLEN D. HERRICK,  repeats and realleges  NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7  as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *March 19, 2012*
     New York, New York

                             Yours, etc.,

                             WEITZ & LUXENBERG, P.C

                             Attorneys for Plaintiff(s)
                             700 Broadway
                             New York, NY  10003
                             (212) 558-5500

STATE OF NEW YORK     )

COUNTY OF NEW YORK  )

SS:

     The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

     Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.  This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: March 19, 2012
     New York, New York

/S/
_____

BENJAMIN DARCHE

Index No.: 19045-12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ARLEN D. HERRICK,

Plaintiff(s),

-against-

AIR & LIQUID SYSTEMS CORPORATION,
as successor-by-merger to BUFFALO PUMPS, et. al.,

Defendants.

## SUMMONS and COMPLAINT

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
700 Broadway
New York, NY 10003
212-558-5500

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.

Dated, March 19, 2012

**Attorney(s) for**



# NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases.  The NYSCEF site has received your electronically filed document(s) for:

**ARLEN D. HERRICK - v. - AIR & LIQUID SYSTEMS CORPORATION, et al**

**Index Number NOT assigned**

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | | 03/19/2012 06:23 PM |

## Filing User

Name: **BENJAMIN ALAN DARCHE**
Phone            E-mail Address:   **bdarche@weitzlux.com**
Fax #:            Work Address:    **700 BROADWAY**
                                                **NEW YORK, NY 10003**

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 03/19/2012 06:23 PM:

**DARCHE, BENJAMIN ALAN - bdarche@weitzlux.com**

**NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.**

**E-mail:** EFile@nycourts.gov     **Phone:** (646) 386-3033     **Fax:** (212) 401-9146     **website:** www.nycourts.gov/efile