ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-04481-ALC

Leong et al v. Air & Liquid Systems Corporation et al
Assigned to: Judge Andrew L. Carter, Jr
Case in other court: State Court - Supreme, 190108-12
Cause: 28:1442 Notice of Removal

Date Filed: 06/08/2012
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**George Leong**                    represented by   **George Leong**
                                                     PRO SE

**Plaintiff**

**Florence Leong**                  represented by   **Florence Leong**
                                                     PRO SE

V.

**Defendant**

**Air & Liquid Systems Corporation**
*as successor-by-merger to Buffalo
Pumps*

**Defendant**

**Aurora Pump Company**

**Defendant**

**Blackmer**

**Defendant**

**Byron Jackson Pumps**

**Defendant**

**Borg-Warner Corporation**
*by its successor-in-interest, Borg-
Warner Morse Tec, Inc.*

**Defendant**

**Burnham, LLC**
*Individually, and as successor to
Burnham Corporation*

**Defendant**

**Carrier Corporation**

**Defendant**

**Caterpillar, Inc.**

**Defendant**

**CBS Corporation**
*successor by merger to CBS*
*Corporation, f/k/a Westinghouse*
*Electric Corporation*
*formerly known as*
Viacom Inc.

**Defendant**

**Cleaver Brooks Company, Inc.**

**Defendant**

**Consolidated Edison Company of New York, Inc.**

**Defendant**

**Courter & Company Incorporated**

**Defendant**

**Crane Co.**                              represented by   **Angela Digiglio**
                                                            Kirkpatrick & Lockhart Preston Gates
                                                            Ellis LLP( Lex. Ave.)
                                                            599 Lexington Avenue
                                                            New York, NY 10022
                                                            (212)-536-3994
                                                            Fax: (212)-536-3901
                                                            Email: angela.digiglio@klgates.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**FMC Corporation**
*on behalf of its former Chicago Pump*
*& Northern Pump Businesses*

**Defendant**

**Foster Wheeler, L.L.C.**

**Defendant**

**Freightliner Corporation**

**Defendant**

**Gardner Denver, Inc.**

**Defendant**

**General Electric Company**

**Defendant**

**Goulds Pumps, Inc.**

**Defendant**

**Honeywell International, Inc.**
*formerly known as*
Allied Signal, Inc./Bendix

**Defendant**

**IMO Industries, Inc.**

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**International Truck and Engine
Corporation**

**Defendant**

**J.H. France Refractories Company**

**Defendant**

**Mack Trucks, Inc.**

**Defendant**

**Oakfabco, Inc.**

**Defendant**

**Owens-Illinois, Inc.**

**Defendant**

**Peerless Industries, Inc.**

**Defendant**

**Pneumo Abex LLC**
*successor in interest*
Abex Corporation (ABEX)

**Defendant**

**Rapid-American Corporation**

**Defendant**

**Trane U.S. Inc.**
*formerly known as*
American Standard Inc.

**Defendant**

**Treadwell Corporation**

**Defendant**

**U.S. Rubber Company (Uniroyal)**

**Defendant**

**Warren Pumps, LLC**

**Defendant**

**Weil-McLain**
*a division of The Marley-Wylain Company, a wholly owned subsidiary of The Marley Company, LLC*

**Defendant**

**Weinman Pump & Supply Co.**

**Defendant**

**Yarway Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2012 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 190108-12. (Filing Fee $ 350.00, Receipt Number 465401040379).Document filed by Crane Co. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 4 (exh a 1), # 6 Exhibit 4 (exh a 2), # 7 Exhibit 4 (exh a 3), # 8 Exhibit 4 (exh a 4), # 9 Exhibit 4 (exh a 5), # 10 Exhibit 4 (exh a 6), # 11 Exhibit 4 (b), # 12 Exhibit 4 (c), # 13 Exhibit 4 (d), # 14 Exhibit 4 (e), # 15 Exhibit 4 (f), # 16 Exhibit 4 (g) part 1, # 17 Exhibit 4 (g) part 2, # 18 Exhibit 4 (g) part 3, # 19 Exhibit 4 (g) part 4, # 20 Exhibit 4 H, # 21 Exhibit 4 H, # 22 Exhibit 4 H, # 23 Exhibit 4 H, # 24 Exhibit 4 I, # 25 Exhibit 4 I, # 26 Exhibit 4 I, # 27 Exhibit 4 J, # 28 Exhibit 4 K, # 29 Exhibit 4 L, # 30 Exhibit 4 M, # 31 Exhibit 4 N, # 32 Exhibit 4 O, # 33 Exhibit 4 O, # 34 Exhibit 4 O, # 35 Exhibit 4 P, # 36 Exhibit 4 Q, # 37 Exhibit 4 R, # 38 Exhibit 4 S, # 39 Exhibit 4 T, # 40 Exhibit 4 U)(lmb) (Additional attachment(s) added on 6/12/2012: # 41 Exhibit 5-1, # 42 Exhibit 5-2, # 43 5-3, # 44 5-4, # 45 5-5 part 1, # 46 5-5 part 2, # 47 5-5 part 3, # 48 5-5 part 4, # 49 5-5 part 4, # 50 5-5 part 6, # 51 5-6, # 52 5-7, # 53 5-8, # 54 5-9, # 55 5-10, # 56 5-11, # 57 5-12, # 58 5-13, # 59 5-14, # 60 5-15, # 61 5-16, # 62 5-17, # 63 5-18, # 64 5-19, # 65 5-20, # 66 5-21, # 67 5-22 part 2, # 68 5-22 part 2, # 69 5-22 part 3, # 70 5-22 part 4, # 71 5-23, # 72 5-24 part 1, # 73 5-24 part 2, # 74 5-24 part 3, # 75 5-24 part 4, # 76 5-25, # 77 5-26, # 78 5-27, # 79 5-28, # 80 5 forman aff, # 81 5 forman aff A, # 82 5- 29, # 83 5-30, # 84 Exhibit 6) (lmb). (Entered: 06/12/2012) |
| 06/08/2012 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (lmb) (Entered: 06/12/2012) |
| 06/08/2012 | | Case Designated ECF. (lmb) (Entered: 06/12/2012) |
| 06/13/2012 | 2 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 06/08/2012. Service was made by Mail. Document filed by Crane Co.. |

| | | (Digiglio, Angela) (Entered: 06/13/2012) |
|---|---|---|
| 06/14/2012 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Crane Co..(Digiglio, Angela) (Entered: 06/14/2012) |
| 06/14/2012 | 4 | NOTICE of Tag-Along Action. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 06/14/2012) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/15/2012 10:28:50 | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-04481-ALC |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

GEORGE LEONG and FLORENCE LEONG,

               Plaintiff(s),

               v.

AIR & LIQUID SYSTEMS CORP., et al.,

               Defendants.

------------------------------------------------------x

: Docket No.: 12-cv-4481

: **DEFENDANT CRANE CO.'S NOTICE**
: **OF TAG-ALONG ACTION.**

TO:    THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
        DISTRICT OF NEW YORK

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on

Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court

to the United States District Court, Eastern District of Pennsylvania, for coordination of

consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That

order also applies to "tag-along actions," or actions involving common questions of fact filed

after the January 27, 1991 filings of the Panel's Order to Show Cause.  MDL Rule 7.5(e)

provides:

> Any party or counsel in actions previously transferred under Section 1407
> or under consideration by the Panel for transfer under Section 1407 shall
> promptly notify the Clerk of the Panel of any potential "tag-along actions"
> in which that party is also named or in which that counsel appears.

On December 13, 2011, the Judicial Panel on Multidistrict Litigation issued its

Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers.  Pursuant to

that Order, the Judicial Panel will still transfer and consolidate tag-along cases to MDL-875 that are from the Southern District of New York.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated: June 14, 2012

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Dated:  New York, New York
      June 14, 2012                 Respectfully submitted,

                                  Crane Co.
                                  By its attorneys,

                                  /s/ Angela DiGiglio
                                  Angela DiGiglio (AD 2290)
                                  K&L GATES LLP
                                  599 Lexington Avenue
                                  New York, New York 10022-6030
                                  Email:  angela.digiglio@klgates.com
                                  Phone: (212) 536-3900
                                  Fax: (212) 536-3901

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Crane Co.'s ("Crane Co."), Notice of Tag Along Action was served on plaintiff's counsel and all defense counsel of record identified on the attached service rider via regular mail on June 14, 2012 and is available for viewing and downloading from the Court's ECF system.

/s/ Angela DiGiglio
Angela DiGiglio, Esq.
Attorney for Defendant
Crane Co.

## GEORGE LEONG

## SERVICE RIDER

### INDEX NO. 190108-12

| Counsel: | Attorneys for: |
|---|---|
| Nancy McDonald, Esq.<br>Joseph P. LaSala, Esq.<br>MCELROY, DEUTSCH, MULVANEY<br>& CARPENTER, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 | Flowserve US, Inc., solely as successor to Rockwell Manufacturing Company, Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt Valve Company and Vogt Valve Company |
| Edward Wilbraham, Esq.<br>WILBRAHAM LAWLER & BUBA<br>140 Broadway, 46th Floor<br>New York, New York 10005 | Air & Liquid Systems Corporation as successor by merger to Buffalo Pumps, Inc. |
| Jennifer W. Darger, Esq.<br>Judith Yavitz, Esq.<br>DARGER ERRANTE YAVITZ & BLAU LLP<br>116 East 27th Street<br>New York, NY 10016 | Union Carbide Corporation |
| Philip Goldstein, Esq.<br>Genevieve MacSteel, Esq.<br>MCGUIREWOODS, LLP<br>1345 Avenue of the Americas, 7th Floor<br>New York, New York 10105-0106 | ITT Corporation |
| Chris Gannon, Esq.<br>Theodore M. Eder, Esq.<br>Robert R. Rigolosi, Esq.<br>SEGAL, MCCAMBRIDGE, SINGER<br>& MAHONEY, LTD.<br>850 Third Avenue, Suite 1100<br>New York, New York 10022 | Weil-McLain, a division of the Marley-Wylain Company, a wholly owned subsidiary of the Marley Company, LLC<br>Byron Jackson Pumps<br>Gardner Denver, Inc. |
| Anna DiLonardo, Esq.<br>Andrew Warshauer, Esq.<br>MARSHALL, DENNEHY, WARNER, COLEMAN & GOGGIN<br>888 Veterans Memorial Highway, Ste. 540<br>Hauppauge, NY 11788 | Borg-Warner Corporation by its successor-in-interest Borg-Warner Morse Tec Inc.<br>BMCE Inc., f/k/a United Centrifugal Pump<br>Aerco International, Inc. |

**Counsel:**

| | |
|---|---|
| John J. Fanning, Esq.<br>Raghu N. Bandlamudi<br>Litigation Associate<br>**CULLEN and DYKMAN LLP**<br>44 Wall Street<br>New York, NY 10005 | **Attorneys for:**<br>Burnham LLC, Individually and as successor to<br>Burnham Corporation<br>Goulds Pumps |
| Charles McGivney, Esq.<br>McGIVNEY & KLUGER, P.C.<br>80 Broad Street, 23rd Floor<br>New York, New York 10004 | Atwood & Morrill Co., Inc.<br>Oakfabco, Inc.<br>Aurora Pump Company<br>Courter & Company Incorporated<br>Treadwell Corporation<br>Flowserve US, Inc., solely as successor to Rockwell<br>Manufacturing Company, Edward Valve, Inc.,<br>Nordstrom Valves, Inc., Edward Vogt Valve<br>Company and Vogt Valve Company |
| Thomas J. Maimone, Esq.<br>MAIMONE & ASSOCIATES PLLC<br>170 Old Country Road, Suite 609<br>Mineola, NY 11501 | Mack Trucks, Inc. |
| Frank Quinn, Esq.<br>LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO<br>420 Lexington Avenue<br>Graybar Building, Suite 2900<br>New York, NY 10170 | International Truck and Engine Corp. |
| Thomas A. Montiglio, Esq.<br>Robert McManus, Esq.<br>AHMUTY DEMERS & McMANUS<br>200 I.U. Willets Road<br>Albertson, New York 11507 | Carrier Corporation |
| William Bradley, Esq.<br>Mary Ellen Connor, Esq.<br>David Schaffer, Esq.<br>MALABY & BRADLEY, LLC<br>150 Broadway, Suite 600<br>New York, New York 10038 | J.H. France Refractories CompanY |
| Mark E. Thabet, Esq.<br>ECKERT, SEAMANS, CHERIN & MELLOTT, LLC<br>50 South 16th Street, 22nd Floor<br>Philadelphia, PA 19102 | International Truck and Engine Corp. |
| Suzanne Halbardier, Esq.<br>BARRY, MCTIERNAN & MOORE<br>2 Rector Street, 14th Floor<br>New York, New York 10006 | Cleaver Brooks Company, Inc. |

- 3 -

Counsel:

**Attorneys for:**

Andrew J. Czerepak, Esq.
ANDREW J. CZEREPAK
4 Irving Place, Borough of Manhattan
New York, NY 10003-3598

Consolidated Edison Company of New York, Inc.

David Kochman
**HARRIS BEACH, PLLC**
100 Wall Street, 23rd Floor
New York, NY 10005

Blackmer

Paul A. Scrudato, Esq.
SCHIFF HARDIN LLP
666 Fifth Avenue
17th floor
New York, NY 10103

Owens-Illinois, Inc.
Yarway Corporation

Joseph Ortego, Esq.
NIXON PEABODY, LLP-Long Island
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753

Freightliner Corporation

Donald R. Pugliese, Esq.
MCDERMOTT, WILL & EMERY, LLP
340 Madison Avenue
New York, NY 10017

Honeywell International, Inc., f/k/a Allied Signal,
Inc./Bendix,

Stephen T. Corbin, Esq.
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
77 Water Street, , Suite 2100
New York, NY 10038

Peerless Industries, Inc.

Michael A. Tanenbaum, Esq.
Bridget M. Polloway, Esq.
SEDGWICK, DETERT, MORAN & ARNOLD, LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102

Foster Wheeler L.L.C.
General Electric Company
CBS Corporation , f/k/a Viacom, Inc., successor by
merger to CBS Corporation f/k/a Westinghouse
Electric Corporation

Joseph Colao, Esq.
LEADER & BERKON
630 Third Avenue, 17th Floor
New York, New York 10017

IMO Industries, Inc.
Warren Pumps, Inc.

Amiel Gross, Esq.
SNR DENTON US LLP
1221 Avenue of the Americas, 23rd Floor
New York, New York 10020

Rapid-American Corporation

Rob C. Tonogbanua, Esq.
DICKIE MCCAMEY & CHILCOTE, P.C.
41 South Haddon Avenue, Suite 5
Haddonfield, NJ 08033

Yarway Corporation

Counsel:

Lisa M. Pascarella, Esq.
PEHLIVANIAN, BRAATEN & PASCARELLA, LLC
Paynter's Ridge Office Park
2430 Route 34
Manasquan, New Jersey 08736

Attorneys for:
Trane U.S. Inc., f/k/a American Standard Inc.
Ingersoll-Rand Company

James M. Skelly, Esq.
Carol M. Tempesta, Esq.
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
530 Saw Mill River Road
Elmsford, NY 10523

Caterpillar, Inc.

Patrick J. Dwyer, Esq,.
Smith, Stratton, Wise, Heher & Brennan
100 park Avenue, Suite 1600
New York, NY 10017

Pneumo Abex LLC, a successor in interest to Abex
Corporation (Abex)

Arthur Bromberg, Esq.
Dennehy, Warner, Coleman & Goggin
425 Eagle Rock Avenue
Roseland, NJ 07068

Aerco International, Inc.

# PACE

## THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

**Name** ___Delora I. Gans___

**Firm / Company** ___Crane Co. (Week of 3/12/2012)___

**Phone # or email address** ___(203) 363-7300  dgans@craneco.com___

**Request Date** ___3/16/2012___

**RECEIVED**

MAR 2 0 2012

**PACE**

Please specify Request Type *(one per form)*:

- [X] **New Filing** (A complaint to be placed on the PACEWEB database that *will* generate an email notification to the Defense Counsel)
- [ ] **Discovery/Miscellaneous Correspondence** (Non complaint documents that PACE will mail directly to the appropriate defense counsel)
- [ ] **Severance**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Severed from" and "Severed to" DOCKET NUMBERS
- [ ] **Transfer/Removal**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Transferred from" and "Transferred to" INFORMATION
- [ ] **Intervention**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE

*All fields below must be filled out in order to be appropriately processed.*

| Lead Plaintiff name | Specific Defendant Company Served (*one entry per line*) | Jurisdiction & State | Docket # AKA Index #, Case #, etc. | Service Date | Plaintiff's Counsel | Additional Comments |
|---|---|---|---|---|---|---|
| Barlow, Carolyn (Individually and as Exec. for Estate of Barlow, Edward) | Crane Co. | Supreme Court, New York County, New York | 114984-98 | 3/12/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Supplemental Summons and Second Amended Verified Complaint Date Filed: 2/29/2012  Served by Eric Rubin of CT Process (888) 528-2920 |
| Bienz, Clairice (Individually and as Admin. for Estate of Bienz, William P.) | Crane Co. | Supreme Court, New York County, New York | 126172-93 | 3/12/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Supplemental Summons and Amended Verified Complaint Date Filed: 2/29/2012  Served by Eric Rubin of CT Process (888) 528-2920 |

**PACE  THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY**

| Plaintiff | Defendant | Court | Case No. | Date | Attorney | Notes |
|---|---|---|---|---|---|---|
| Greenogh, Esq., Donald (as Special Admin. for Estate of Hutchins, Allen Dewitt and Hutchins, Martha, Individually) | Crane Co. | Supreme Court, Franklin County, New York | 2012-171 | 3/14/2012 | Chris Romanelli (212) 558-5500, for Weitz & Luxenberg, P.C. | Plaintiff "Greenogh" may be a misspelling of "Greenough" / Served by Eric Rubin of CT Process (888) 528-2920 |
| Hutchins, Allen Dewitt (Estate of, and Hutchins, Martha, Individually) | | | | | | See Greenogh, Esq., Donald |
| Johnson, Amy R. (Individually and as pers. Rep. of Estate of Mansfield, John P., Deceased) | Crane Company, Inc. | Superior Court of the District of Columbia | C.A. No.: 2012 CA 001908 A | 3/13/2012 | Daniel A. Brown (301) 718-4548, for Brown & Gould, LLP, for Brown & Gould, LLP | Served via USPS Certified Mail 7011 0470 0000 6779 6120, postmarked 3/7/2012 from zip code 20814 |
| Leong, George (and Long, Florence) | Crane Co. | Supreme Court, New York County, New York | 190108-12 | 3/14/2012 | Peter Tambini (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Leong, George (and Long, Florence) | Weinman Pump & Supply Co. | Supreme Court, New York County, New York | 190108-12 | 3/14/2012 | Peter Tambini (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Lucente, Jr., Joseph (and Lucente, Giovanna) | Pacific Valves, Individually and as a subsidiary of Crane Co.) | Supreme Court, New York County, New York | 190104-12 | 3/14/2012 | Daniel Homer (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Mansfield, John P. (Estate of) | | | | | | See Johnson, Amy R. |
| Mc Elligott, Patricia M. (Individually and as Pers. Rep. for Estate of Mc Elligott, John D.) | Weinman Pump & Supply Co. | Supreme Court, New York County, New York | 110712-02 | 3/12/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Supplemental Summons and Second Amended Verified Complaint Date Filed: 2/29/2012 / Served by Eric Rubin of CT Process (888) 528-2920 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ___New York___

---------------------------------------------x

George Leong and Florence Leong
         Plaintiff/Petitioner,

    - against -

Air & Liquid Systems Corporation et al
        Defendant/Respondent.

---------------------------------------------x

**RECEIVED**

MAR 1 4 2012

**Crane Co.**

Index No. 190108-12

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: _____

_____ (Signature)

_____ (Name)

_____ (Firm Name)

_____ (Address)

_____

_____ (Phone)

_____ (E-Mail)

To:   All defendants
      On Attached Rider

FILED: NEW YORK COUNTY CLERK 03/01/2012

NYSCEF DOC. NO. 1

INDEX NO. 190108/2012

RECEIVED NYSCEF: 03/01/2012

# THIS IS AN ASBESTOS MATTER

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X  Index No.:
GEORGE LEONG and FLORENCE LEONG,

                                Plaintiff(s),

               -against-

AIR & LIQUID SYSTEMS CORPORATION,
  as successor-by-merger to BUFFALO PUMPS,
AURORA PUMP COMPANY,
BLACKMER,
BORG-WARNER CORPORATION,
   by its successor-in-interest,
   BORG-WARNER MORSE TEC, INC.,
BURNHAM, LLC,
   Individually, and as successor to
   BURNHAM CORPORATION,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
CATERPILLAR, INC.,
CBS CORPORATION, f/k/a VIACOM INC.,
  successor by merger to
  CBS CORPORATION, f/k/a
  WESTINGHOUSE ELECTRIC CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CONSOLIDATED EDISON COMPANY
   OF NEW YORK, INC.,
COURTER & COMPANY INCORPORATED,
CRANE CO.,
FMC CORPORATION,
  on behalf of its former CHICAGO PUMP
  & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
FREIGHTLINER CORPORATION,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULDS PUMPS, INC.,
HONEYWELL INTERNATIONAL, INC.,
  f/k/a ALLIED SIGNAL, INC. / BENDIX,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
INTERNATIONAL TRUCK and ENGINE CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
MACK TRUCKS, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES, INC.,
PNEUMO ABEX LLC, successor in interest
  to ABEX CORPORATION (ABEX),

Index No.:

Date Filed:

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

The Basis of Venue is
Defendants' Place of Business

**SUMMONS**

**RECEIVED**

MAR 14 2012

**Crane Co.**

RAPID-AMERICAN CORPORATION,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
TREADWELL CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, LLC,
WEIL-MCLAIN, a division of The Marley-Wylain Company,
    a wholly owned subsidiary of The Marley Company, LLC,
WEINMAN PUMP & SUPPLY CO.,
YARWAY CORPORATION,

                                    Defendants.
-------------------------------------------------------------------------X
To the above named Defendant(s)


        **You are hereby summoned** to answer the verified complaint in this action and to serve a
copy of your answer, or, if the complaint is not served with this summons, to serve a notice of
appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons,
exclusive of the day of service (or within 30 days after the service is complete if this summons is
not personally delivered to you within the State of New York); and in case of your failure to
appear or answer, judgment will be taken against you by default for the relief demanded in the
complaint.

Dated, March 01, 2012
        New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

                                    WEITZ & LUXENBERG, P.C.
                                    Attorney(s) for Plaintiff
                                    Post Office Address
                                    700 Broadway
                                    New York, New York 10003
                                    (212) 558-5500

DEFENDANTS' RIDER

**AIR & LIQUID SYSTEMS CORPORATION,**
    **as successor-by-merger to BUFFALO PUMPS**
874 OLIVER STREET
N. TONAWANDA, NY 14120

**AURORA PUMP COMPANY**
13515 Ballantyne Corporate Place
Charlotte, NC 28277

**BLACKMER**
1809 Century Avenue SW
Grand Rapids, MI 49503-1530

**BORG-WARNER CORPORATION,**
    **by its successor-in-interest,**
    **BORG-WARNER MORSE TEC, INC.**
3850 Hamlin Road
Auburn Hills, MI 48326

**BURNHAM, LLC,**
    **Individually, and as successor to**
    **BURNHAM CORPORATION**
1239 Harrisburg Pike
Lancaster, PA 17603

**BYRON JACKSON PUMPS**
5215 N. O'Conner Boulevard
Suite 2300
Irving, TX 75039

**CARRIER CORPORATION**

CT Corporation System
111 8th Avenue
New York, NY 10011

**CATERPILLAR, INC.**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**CBS CORPORATION, f/k/a VIACOM INC.,**
    **successor by merger to**
    **CBS CORPORATION, f/k/a**
    **WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

CLEAVER BROOKS COMPANY, INC.
11950 West Park Place
Milwaukee, WI 11270

CONSOLIDATED EDISON COMPANY
   OF NEW YORK, INC.
4 Irving Place
New York, NY 10003

COURTER & COMPANY INCORPORATED
McGivney, Kluger & Gannon
C/O Richard E. Leff, Esq.
80 Broad Street, 23rd Floor
New York, NY 10004

CRANE CO.
100 First Stamford Place
Stamford, CT 06902

FMC CORPORATION,
   on behalf of its former CHICAGO PUMP
   & NORTHERN PUMP BUSINESSES
1735 Market Street
Philadelphia, PA 19103

FOSTER WHEELER, L.L.C.
Route 173 at Frontage Road
Clinton, NJ 08809

FREIGHTLINER CORPORATION
CT Corporation Systems
111 8th Avenue
New York, NY 10011

GARDNER DENVER, INC.
1800 Gardner Expressway
Quincy, IL 62301

GENERAL ELECTRIC COMPANY
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

GOULDS PUMPS, INC.
240 Fall Street
Seneca Falls, NY 13148

HONEYWELL INTERNATIONAL, INC.,
   f/k/a ALLIED SIGNAL, INC. / BENDIX
101 Columbia Road and Park Avenue
Morristown, NJ 07962

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
700 BROADWAY
NEW YORK, NY 10003

**IMO INDUSTRIES, INC.**
Corporation Service Company,
2711 Centerville Road, Suite 400,
Wilmington, DE 19808

**INGERSOLL-RAND COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**INTERNATIONAL TRUCK and ENGINE CORPORATION**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**J.H. FRANCE REFRACTORIES COMPANY**
SPECIAL CLAIMS SERVICES, INC.
809 Coshocton Avenue
Suite 1
Mount Vernon, OH 43050-1931

**MACK TRUCKS, INC.**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**OAKFABCO, INC.**
705 McKnight Park Drive
Pittsburgh, PA

**OWENS-ILLINOIS, INC.**
One Michael Owens Way
Perrysburg, OH 43551

Philip O'Rourke
LEWIS BRISBOIS BISGAARD & SMITH, LLP
77 Water Street, 21st Floor
New York, NY 10005
Attorneys for Defendant:
          **PEERLESS INDUSTRIES, INC.**

**PNEUMO ABEX LLC, successor in interest
  to ABEX CORPORATION (ABEX)**
80 State Street
Albany, NY 12207

**RAPID-AMERICAN CORPORATION**
2711 Centerville Road
Wilmington, DE 19808

Lisa Pascarella
BRAATEN & PASCARELLA, LLC
Paynters Ridge Office Park
2430 Route 34 - P.O. Box 648
Manasquan, NJ 08736
Attorneys for Defendant:
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.

**TREADWELL CORPORATION**
McGivney, Kluger & Gannon
C/O Richard E. Leff, Esq.
80 Broad Street, 23rd Floor
New York, NY 10004

**U.S. RUBBER COMPANY (UNIROYAL)**
c/o Frank Degrim, Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016-1903

**WARREN PUMPS, LLC**
Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

**WEIL-MCLAIN, a division of The Marley-Wylain Company,**
**a wholly owned subsidiary of The Marley Company, LLC**
500 Blaine Street
Michigan City, Indiana 46360

and

13515 Ballantyne Corporate Place
Charlotte, NC 28277

**WEINMAN PUMP & SUPPLY CO.**
100 First Stamford Place
Stamford, CT 06902

and

James Abraham, Esq.
5001 Baum Blvd, Suite 419
Pittsburgh, PA 15213

**YARWAY CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X   Index No.:

GEORGE LEONG and FLORENCE LEONG,                                  Date Filed:

                       Plaintiff(s),

              -against-                                    **VERIFIED**
                                  **COMPLAINT**
AIR & LIQUID SYSTEMS CORPORATION,
  as successor-by-merger to BUFFALO PUMPS,
AURORA PUMP COMPANY,                                             **RECEIVED**
BLACKMER,
BORG-WARNER CORPORATION,                                          MAR 1 4 2012
  by its successor-in-interest,
    BORG-WARNER MORSE TEC, INC.,                               **Crane Co.**
BURNHAM, LLC,
  Individually, and as successor to
    BURNHAM CORPORATION,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
CATERPILLAR, INC.,
CBS CORPORATION, f/k/a VIACOM INC.,
  successor by merger to
    CBS CORPORATION, f/k/a
  WESTINGHOUSE ELECTRIC CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CONSOLIDATED EDISON COMPANY
  OF NEW YORK, INC.,
COURTER & COMPANY INCORPORATED,
CRANE CO.,
FMC CORPORATION,
  on behalf of its former CHICAGO PUMP
    & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
FREIGHTLINER CORPORATION,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULDS PUMPS, INC.,
HONEYWELL INTERNATIONAL, INC.,
  f/k/a ALLIED SIGNAL, INC. / BENDIX,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
INTERNATIONAL TRUCK and ENGINE CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
MACK TRUCKS, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES, INC.,
PNEUMO ABEX LLC, successor in interest
  to ABEX CORPORATION (ABEX),
RAPID-AMERICAN CORPORATION,

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
700 BROADWAY
NEW YORK, NY 10003

TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
TREADWELL CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, LLC,
WEIL-MCLAIN, a division of The Marley-Wylain Company,
  a wholly owned subsidiary of The Marley Company, LLC,
WEINMAN PUMP & SUPPLY CO.,
YARWAY CORPORATION,

Defendants.

--------------------------------------------------------------------------X

Plaintiff(s), GEORGE LEONG and FLORENCE LEONG,  by their

attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter

mentioned alleges as follows:

    1.    Plaintiff(s), GEORGE LEONG and FLORENCE LEONG, by their

attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

    2.    Defendant AIR & LIQUID SYSTEMS CORPORATION, as successor-

by-merger to BUFFALO PUMPS, was and still is a duly organized domestic corporation doing

business in the State of New York.

    3.    Defendant AURORA PUMP COMPANY, was and still is a duly

organized domestic corporation doing business in the State of New York.

    4.    Defendant BLACKMER, was and still is a duly organized domestic

corporation doing business in the State of New York.

    5.    Defendant BYRON JACKSON PUMPS, was and still is a duly organized

domestic corporation doing business in the State of New York.

    6.    Defendant CARRIER CORPORATION , was and still is a duly organized

domestic corporation doing business in the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
700 BROADWAY
NEW YORK, NY 10003

7.     Defendant FMC CORPORATION, on behalf of its former CHICAGO PUMP & NORTHERN PUMP BUSINESSES, was and still is a duly organized domestic corporation doing business in the State of New York.

8.     Defendant GARDNER DENVER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

9.     Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

10.    Defendant WARREN PUMPS, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

11.    Defendant WEINMAN PUMP & SUPPLY CO., was and still is a duly organized domestic corporation doing business in the State of New York.

12.    Defendant YARWAY CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

Plaintiff(s), GEORGE LEONG and FLORENCE LEONG, repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *March 01, 2012*
New York, New York

Yours, etc.,

WEITZ & LUXENBERG, P.C

Attorneys for Plaintiff(s)
700 Broadway
New York, NY 10003
(212) 558-5500

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
700 BROADWAY
NEW YORK, NY 10003

STATE OF NEW YORK    )
                     )    SS:
COUNTY OF NEW YORK   )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and  verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.  This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: March 01, 2012
       New York, New York

                                                    /S/
                                          _____
                                          PETER TAMBINI

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

GEORGE LEONG and FLORENCE LEONG,

Plaintiff(s),

-against-

AIR & LIQUID SYSTEMS CORPORATION,
as successor-by-merger to BUFFALO PUMPS, et al.,

Defendants.

SUMMONS and COMPLAINT

WEITZ & LUXENBERG, P.C.
Attorneys for PLAINTIFFS
700 Broadway
New York, NY 10003
212-558-5500

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.
Dated, March 01, 2012

Attorney(s) for

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------X

GEORGE LEONG and FLORENCE LEONG,

                                        Plaintiff(s),          **FULL CAPTION
                                                               RIDER**

                    -against-

AIR & LIQUID SYSTEMS CORPORATION,
    as successor-by-merger to BUFFALO PUMPS,
AURORA PUMP COMPANY,
BLACKMER,
BORG-WARNER CORPORATION,
    by its successor-in-interest,
       BORG-WARNER MORSE TEC, INC.,
BURNHAM, LLC,
    Individually, and as successor to
       BURNHAM CORPORATION,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
CATERPILLAR, INC.,
CBS CORPORATION, f/k/a VIACOM INC.,
    successor by merger to
       CBS CORPORATION, f/k/a
       WESTINGHOUSE ELECTRIC CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CONSOLIDATED EDISON COMPANY
       OF NEW YORK, INC.,
COURTER & COMPANY INCORPORATED,
CRANE CO.,
FMC CORPORATION,
    on behalf of its former CHICAGO PUMP
       & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
FREIGHTLINER CORPORATION,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULDS PUMPS, INC.,
HONEYWELL INTERNATIONAL, INC.,
    f/k/a ALLIED SIGNAL, INC. / BENDIX,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
INTERNATIONAL TRUCK and ENGINE CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
MACK TRUCKS, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PEERLESS INDUSTRIES, INC.,
PNEUMO ABEX LLC, successor in interest
    to ABEX CORPORATION (ABEX),
RAPID-AMERICAN CORPORATION,

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
700 BROADWAY
NEW YORK, NY 10003

TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
TREADWELL CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, LLC,
WEIL-MCLAIN, a division of The Marley-Wylain Company,
  a wholly owned subsidiary of The Marley Company, LLC,
WEINMAN PUMP & SUPPLY CO.,
YARWAY CORPORATION,

                          Defendants.
------------------------------------------------------------------------X



# NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases.  The NYSCEF site has received your electronically filed document(s) for:

**GEORGE LEONG - v. - AIR & LIQUID SYSTEMS CORPORATION, et al**

Index Number NOT assigned          190108-12

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|-------|---------------|----------|---------------|
| 1 | SUMMONS + COMPLAINT | | 03/01/2012 12:40 PM |

## Filing User

| | | | |
|---|---|---|---|
| Name: | **PETER TAMBINI** | | |
| Phone | **(212) 558-5900** | E-mail Address: | **ptambini@weitzlux.com** |
| Fax #: | | Work Address: | **700 Broadway** |
| | | | **New York, NY 10003** |

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 03/01/2012 12:40 PM :

**TAMBINI, PETER - ptambini@weitzlux.com**

NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.

---

E-mail: EFile@nycourts.gov      Phone: (646) 386-3033      Fax: (212) 401-9146      website: www.nycourts.gov/efile