ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-04468-PAC

Pietromonaco v. Certainteed Corporation et al
Assigned to: Judge Paul A. Crotty
Case in other court: State Court-Supreme, 190213-12
Cause: 28:1442 Notice of Removal

Date Filed: 06/07/2012
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Mario Pietromonaco**


V.

**Defendant**

**Certainteed Corporation**

**Defendant**

**General Electric Company**

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**Owens-Illinois Inc.**

**Defendant**

**Rapid-American Corporation**

**Defendant**

**Trane U.S. Inc.**
*formerly known as*
American Standard Inc.,

**Defendant**

**U.S. Rubber Company**
*Uniroyal*

**Defendant**

**Union Carbide Corporation**

**Defendant**

**A.O. Smith Water Products Co.**

**Defendant**

**American Biltrite Inc.**

**Defendant**

**Aurora Pump Company**

**Defendant**

**Bell & Gossett Company**

**Defendant**

**Burnham LLC.**
*Individually and as Successor to*
*Burnham Corporation*

**Defendant**

**Cleaver Brooks Company Inc.**

**Defendant**

**Crane Co.**                           represented by  **Angela Digiglio**
                                                        Kirkpatrick & Lockhart Preston Gates
                                                        Ellis LLP( Lex. Ave.)
                                                        599 Lexington Avenue
                                                        New York, NY 10022
                                                        (212)-536-3994
                                                        Fax: (212)-536-3901
                                                        Email: angela.digiglio@klgates.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler L.L.C.**

**Defendant**

**Georgia Pacific L.L.C.**

**Defendant**

**Kaiser Gypsum Company Inc.**

**Defendant**

**Keeler Dorr Oliver Boiler Company**

**Defendant**

**Kennedy Valve Manufacturing Co.**
**Inc.**

**Defendant**

**Kentile Floors Inc.**

**Defendant**

**Mario & DiBono Plastering Co. Inc.**

**Defendant**

**Peerless Industries Inc.**

**Defendant**

**Riley Power Inc.**

**Defendant**

**Superior Boiler Works Inc.**

**Defendant**

**The B.F. Goodrich Company**
*Goodrich Corporation*

**Defendant**

**Weil-McLain**
*a division of the Marley-Wylain*
*Company a wholly owned subsidiary of*
*the Marley Company LLC*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190213-12. (Filing Fee $ 350.00, Receipt Number 465401040343).Document filed by Crane Co.(js) (Entered: 06/11/2012) |
| 06/07/2012 | | Magistrate Judge Ronald L. Ellis is so designated. (js) (Entered: 06/11/2012) |
| 06/07/2012 | | Case Designated ECF. (js) (Entered: 06/11/2012) |
| 06/12/2012 | 2 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 06/07/2012. Service was made by Mail. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 06/12/2012) |
| 06/13/2012 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Angela Digiglio for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules & Instructions. E-MAIL the PDF for Document 1 Notice of Removal to: caseopenings@nysd.uscourts.gov. (ama) (Entered: 06/13/2012) |
| 06/14/2012 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Crane Co..(Digiglio, Angela) (Entered: 06/14/2012) |
| 06/14/2012 | 4 | NOTICE of Tag-Along Action. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 06/14/2012) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 06/15/2012 10:29:55 |

| PACER Login: | jp0001 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:12-cv-04468-PAC |
| Billable Pages: | 2 | Cost: | 0.20 |

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

MARIO PIETROMONACO,

                    Plaintiff(s),

                v.

CERTAINTEED CORP., et al.,

                  Defendants.

-------------------------------------------------------x

: Docket No.: 1:12-cv-04468-PAC

: **DEFENDANT CRANE CO.'S NOTICE**
: **OF TAG-ALONG ACTION.**

TO:   THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
       DISTRICT OF NEW YORK

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407
> or under consideration by the Panel for transfer under Section 1407 shall
> promptly notify the Clerk of the Panel of any potential "tag-along actions"
> in which that party is also named or in which that counsel appears.

On December 13, 2011, the Judicial Panel on Multidistrict Litigation issued its Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers. Pursuant to

that Order, the Judicial Panel will still transfer and consolidate tag-along cases to MDL-875 that

are from the Southern District of New York.

      The undersigned hereby notifies the Court that this is a potential "tag-along

action" that may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the

Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an

Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated:  June 14, 2012

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004


Dated:  New York, New York
     June 14, 2012                Respectfully submitted,

                                   Crane Co.
                                   By its attorneys,


                                 /s/ Angela DiGiglio
                                 Angela DiGiglio (AD 2290)
                                 K&L GATES LLP
                                 599 Lexington Avenue
                                 New York, New York 10022-6030
                                 Email:  angela.digiglio@klgates.com
                                 Phone: (212) 536-3900
                                 Fax: (212) 536-3901

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Defendant Crane Co.'s ("Crane Co."),

Notice of Tag Along Action was served on plaintiff's counsel and all defense counsel of record

identified on the attached service rider via regular mail on June 14, 2012 and is available for

viewing and downloading from the Court's ECF system.

/s/ Angela DiGiglio
Angela DiGiglio, Esq.
Attorney for Defendant
Crane Co.

## MARIO PIETROMONACO

### SERVICE RIDER

### INDEX NO. 190213/12

| Counsel: | Attorneys for: |
|---|---|
| Nancy McDonald, Esq.<br>Joseph P. LaSala, Esq.<br>MCELROY, DEUTSCH, MULVANEY<br>  & CARPENTER, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 | A.O. Smith Water Products Co. |
| Julie Evans, Esq.<br>WILSON, ELSER, MOSKOWITZ,<br>  EDELMAN & DICKER, LLP<br>150 East 42nd Street<br>New York, NY 10017-5639 | American Biltrite, Inc. |
| Jennifer W. Darger, Esq.<br>Judith Yavitz, Esq.<br>DARGER ERRANTE YAVITZ & BLAU LLP<br>116 East 27th Street<br>New York, NY 10016 | Certainteed Corporation<br>Union Carbide Corporation |
| Donald Fay, Esq.<br>John Kot, Esq.<br>WATERS, MCPHERSON & MCNEIL, P.C.<br>300 Lighting Way, 7th Floor<br>P.O. Box 1560<br>Secaucus, New Jersey 07096 | Riley Power, Inc. |
| Philip Goldstein, Esq.<br>Genevieve MacSteel, Esq.<br>MCGUIREWOODS, LLP<br>1345 Avenue of the Americas, 7th Floor<br>New York, New York 10105-0106 | Bell & Gossett Company |
| Chris Gannon, Esq.<br>Theodore M. Eder, Esq.<br>Robert R. Rigolosi, Esq.<br>SEGAL, MCCAMBRIDGE, SINGER<br>  & MAHONEY, LTD.<br>850 Third Avenue, Suite 1100<br>New York, New York 10022 | Weil-McLain, a division of the Marley-Wylain<br>Company, a wholly owned subsidiary of the Marley<br>Company, LLC |

- 2 -

| Counsel: | Attorneys for: |
|---|---|
| John J. Fanning, Esq.<br>Raghu N. Bandlamudi<br>Litigation Associate<br>**CULLEN and DYKMAN LLP**<br>44 Wall Street<br>New York, NY 10005 | Burnham LLC, Individually and as successor to<br>Burnham Corporation<br>Mario & DiBono Plastering Co. |
| Charles McGivney, Esq.<br>McGIVNEY & KLUGER, P.C.<br>80 Broad Street, 23rd Floor<br>New York, New York 10004 | Aurora Pump Company<br>Kentile Floors, Inc. |
| Daniel J. McNamara, Esq.<br>DECICCO, GIBBONS & MCNAMARA, P.C.<br>14 East 38th Street<br>New York, NY 10016 | Kaiser Gypsum Company, Inc. |
| Suzanne Halbardier, Esq.<br>BARRY, MCTIERNAN & MOORE<br>2 Rector Street, 14th Floor<br>New York, New York 10006 | Cleaver Brooks Company, Inc. |
| Scott R. Emery, Esq.<br>LYNCH DASKAL EMERY LLP<br>264 West 40th Street<br>New York, New York 10018 | Georgia-Pacific LLC |
| Richard Marin, Esq.<br>MARIN GOODMAN, LLP<br>500 Mamaroneck Avenue<br>Suite 501<br>Harrison, NY 10528 | Keeler Dorr-Oliver Boiler Company |
| Stephen T. Corbin, Esq.<br>LEWIS, BRISBOIS, BISGAARD & SMITH, LLP<br>77 Water Street, , Suite 2100<br>New York, NY 10038 | Peerless Industries, Inc. |
| Michael A. Tanenbaum, Esq.<br>Bridget M. Polloway, Esq.<br>SEDGWICK, DETERT, MORAN & ARNOLD, LLP<br>Three Gateway Center, 12th Floor<br>Newark, New Jersey 07102 | Foster Wheeler L.L.C.<br>General Electric Company |
| Amiel Gross, Esq.<br>SNR DENTON US LLP<br>1221 Avenue of the Americas, 23rd Floor<br>New York, New York 10020 | Rapid-American Corporation |

| Counsel | Attorneys for |
|---|---|
| Elana L. Danzer, Esq. Norman Senior, Esq. GREENFIELD STEIN & SENIOR, LLP 600 Third Avenue, 11th Floor New York, NY 10016 | U.S. Rubber Company |
| Lisa M. Pascarella, Esq. PEHLIVANIAN, BRAATEN & PASCARELLA, LLC Paynter's Ridge Office Park 2430 Route 34 Manasquan, New Jersey 08736 | Trane U.S. Inc., f/k/a American Standard Inc. Ingersoll-Rand Company |
| Patrick J. Dwyer, Esq,. Smith, Stratton, Wise, Heher & Brennan 100 park Avenue, Suite 1600 New York, NY 10017 | The B.F. Goodrich Company |
| Unknown Counsel | Kennedy Valve Manufacturing, Inc. Superior Boiler Works, Inc. |

# THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

**PACE**

RECEIVED
MAY 2 2 2012
PACE

Name: Delora L. Gans
Firm / Company: Crane Co. (Week of 5/14/2012)
Phone # or email address: (203) 363-7300 dgans@craneco.com
Request Date: 5/18/2012

Please specify Request Type (one per form):

[X] New Filing (A complaint to be placed on the PACEWEB database that will generate an email notification to the Defense Counsel)

[ ] Discovery/Miscellaneous Correspondence (Non complaint documents that PACE will mail directly to the appropriate defense counsel)

[ ] Severance; MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Severed from" and "Severed to" DOCKET NUMBERS

[ ] Transfer/Removal; MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Transferred from" and "Transferred to" INFORMATION

[ ] Intervention; MUST INCLUDE SIGNED ORDER FROM THE JUDGE

*All fields below must be filled out in order to be appropriately processed.*

| Lead Plaintiff name | Specific Defendant Company Served ("one entry per line") | Jurisdiction & State | Docket # AKA Index #, Case #, etc. | Service Date | Plaintiff's Counsel | Additional Comments |
|---|---|---|---|---|---|---|
| Bobnak, Andrew | Crane Co., Demming Division | Common Pleas, Philadelphia County, Pennsylvania | April Term 2012, No.: 004180 | 5/14/2012 | Steven J. Cooperstein, Esquire (215) 569-4000, for Brookman, Rosenberg, Brown & Sandler | Served via USPS Certified Mail 7012 0470 0000 3781 5409, postmarked 5/9/2012 from zip code 19102 |
| Bradley, William K. (and Bradley, Diana) | Crane Co. | Supreme Court, New York County, New York | 118941-02 | 5/16/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920. Supplemental Summons and Amended Verified Complaint Date Filed: 4/30/12 |
| Bradley, William K. (and Bradley, Diana) | Pacific Valves, Individually and as a subsidiary of Crane Co. | Supreme Court, New York County, New York | 118941-02 | 5/16/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920. Supplemental Summons and Amended Verified Complaint Date Filed: 4/30/12 |

**PACE** — THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

| Plaintiff | Defendant | Court | Case No. | Date | Attorney | Notes |
|---|---|---|---|---|---|---|
| McKim, Bruce (as Exec. for Estate of McKim, Robert S. and McKim, Donna, Individually) | Pacific Valves, Individually and as a subsidiary of Crane Co. | Supreme Court, New York County, New York | 190225-12 | 5/16/2012 | Daniel Wasserberg (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Phillip, Gary M. (and Phillip, Roberta, husband and wife) | Crane Company | Common Pleas, Northampton County, Pennsylvania | C-48-AB-2012-8 | 5/17/2012 | Brian J. Taylor, Esquire (610) 866-3333, for Law Offices of Peter G. Angelos, P.C. | Served via USPS Certified Mail 7012 0470 0000 3387 2826, postmarked from zip code 18018 |
| Pietromonaco, Mario | Crane Co. | Supreme Court, New York County, New York | 190213-12 | 5/16/2012 | Patti Burshtyn (212) 558-5500, for Weitz & Luxenberg, P.C. | Supplemental Summons and Amended Verified Complaint Date Filed: 5/7/12 |
| Polise, Susan A. (and Urbanski, Thomas, as Co-Execs. for Estate of Urbanski, Walter and Urbanski, Barbara, Individually) | Crane Co. | Supreme Court, New York County, New York | 190231-12 | 5/16/2012 | Adam Cooper (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Ray, Yevon (as Pers. Rep. for Estate of Ray, Sr., Joseph H. and Ray, Yevon, Individually) | Crane Co. | Supreme Court, New York County, New York | 190166-12 | 5/16/2012 | Peter Tambini (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 Supplemental Summons and Amended Verified Complaint Date Filed: 5/8/12 |
| Ray, Yevon (as Pers. Rep. for Estate of Ray, Sr., Joseph H. and Ray, Yevon, Individually) | Weinman Pump & Supply Co. | Supreme Court, New York County, New York | 190166-12 | 5/16/2012 | Peter Tambini (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 Supplemental Summons and Amended Verified Complaint Date Filed: 5/8/12 |

**FILED: NEW YORK COUNTY CLERK 05/07/2012**

NYSCEF DOC. NO. 6

INDEX NO. 190213/2012

RECEIVED NYSCEF: 05/07/2012

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X   Index No.: 190213-12

MARIO PIETROMONACO,

Date Filed: 5/7/12

                                          Plaintiff(s),

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

                    -against-

The Basis of Venue is
Defendants' Place of Business

CERTAINTEED CORPORATION,
GENERAL ELECTRIC COMPANY,
INGERSOLL-RAND COMPANY,
OWENS-ILLINOIS, INC.,
RAPID-AMERICAN CORPORATION,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
**A.O. SMITH WATER PRODUCTS CO.,**
**AMERICAN BILTRITE, INC.,**
**AURORA PUMP COMPANY,**
**BELL & GOSSETT COMPANY,**
**BURNHAM, LLC,**
    **Individually, and as successor to**
    **BURNHAM CORPORATION,**
**CLEAVER BROOKS COMPANY, INC.,**
**CRANE CO.,**
**FOSTER WHEELER, L.L.C.,**
**GEORGIA PACIFIC LLC.,**
**KAISER GYPSUM COMPANY, INC.,**
**KEELER-DORR-OLIVER BOILER COMPANY,**
**KENNEDY VALVE MANUFACTURING Co., Inc.,**
**KENTILE FLOORS, INC.,**
**MARIO & DIBONO PLASTERING CO., INC.,**
**PEERLESS INDUSTRIES, INC.,**
**RILEY POWER INC,**
**SUPERIOR BOILER WORKS, INC.,**
**THE B.F. GOODRICH COMPANY,**
    **(GOODRICH CORPORATION),**
**WEIL-MCLAIN, a division of The Marley-Wylain Company,**
    **a wholly owned subsidiary of The Marley Company, LLC,**

**SUPPLEMENTAL**
**SUMMONS**

**RECEIVED**

MAY 16 2012

**Crane Co.**

                                   Defendants
-------------------------------------------------------------------------X

To the above named Defendant(s)


     **You are hereby summoned** to answer the **amended verified** complaint in this action and
to serve a copy of your answer, or, if the complaint is not served with this summons, to serve
a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this

summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded
in the complaint.

Dated, May 07, 2012
    New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
700 Broadway
New York, New York 10003
(212) 558-5500

## DEFENDANTS' RIDER

Jennifer Darger Esq
Judy Yavitz Esq
DARGER ERRANTE YAVITZ & BLAU LLP
116 East 27th Street at Park Avenue
12th Floor
New York, NY 10016
(212) 452-5300
fax:(212) 452-5301
Attorneys for Defendant:
      **CERTAINTEED CORPORATION**
      **UNION CARBIDE CORPORATION**

**RECEIVED**

MAY 16 2012

**Crane Co.**

Michael Tanenbaum Esq
SEDGWICK, LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102-5311
(973) 242-0002
fax:(973) 242-8099
Attorneys for Defendant:
      **GENERAL ELECTRIC COMPANY**

Lisa Pascarella Esq
BRAATEN & PASCARELLA, LLC
Paynters Ridge Office Park
2430 Route 34 - P.O. Box 648
Manasquan, NJ 08736
(732) 528-8888
fax:(732) 528-4445
Attorneys for Defendant:
      **INGERSOLL-RAND COMPANY**
      **TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.**

Paul Scrudato Esq.
SCHIFF HARDIN LLP
666 Fifth Avenue
17th Floor
New York, NY 10103
(212) 745-5597
fax:(212) 753-5044
Attorneys for Defendant:
      **OWENS-ILLINOIS, INC.**

Amiel Gross Esq.
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas
New York, NY 10020
(212) 398-4867
fax:(212) 768-6800
Attorneys for Defendant:
      **RAPID-AMERICAN CORPORATION**

Norman Senoir Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016
Attorneys for Defendant:
**U.S. RUBBER COMPANY (UNIROYAL)**

**A.O. SMITH WATER PRODUCTS CO.**
11270 West Park Place
Milwaukee, WI 11270

**AMERICAN BILTRITE, INC.**
57 River Street
Wellsley Hills, MA 02181

**AURORA PUMP COMPANY**
13515 Ballantyne Corporate Place
Charlotte, NC 28277

**BELL & GOSSETT COMPANY**
8200 North Austin Avenue
Morton Grove, IL 60053

**BURNHAM, LLC,**
    **Individually, and as successor to**
    **BURNHAM CORPORATION**
1239 Harrisburg Pike
Lancaster, PA 17603

**CLEAVER BROOKS COMPANY, INC.**
11950 West Park Place
Milwaukee, WI 11270

**CRANE CO.**
100 First Stamford Place
Stamford, CT 06902

**FOSTER WHEELER, L.L.C.**
Route 173 at Frontage Road
Clinton, NJ 08809

**GEORGIA PACIFIC LLC.**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**KAISER GYPSUM COMPANY, INC.**
Manor Oak One
1910 Cochran Road
Pittsburgh, PA 15220

and

TRMI
301 Grant Street
Suite 3000
One Oxford Centre
Pittsburgh, PA 15219
Attention: Rezwan Mogri


**KEELER-DORR-OLIVER BOILER COMPANY**
Wayne A. Marvel, Esq.
Maron & Marvel
1201 N. Market Street
Wilmington, DE 19899

**KENNEDY VALVE MANUFACTURING Co., Inc.**
1021 East Water Street
Elmira, NY 14901

**KENTILE FLOORS, INC.**
G & K Consultants
4 Rita Street
Syossett, NY 11791

**MARIO & DIBONO PLASTERING CO., INC.**
Rosa Lee Esq.
177 Montague Street
Brooklyn, NY 11201

**PEERLESS INDUSTRIES, INC.**
77 Water Street
New York, NY 10005

**RILEY POWER INC**
CT Corporation System
111 8th Avenue
New York, NY 10011

**SUPERIOR BOILER WORKS, INC.**
3524 East 4th Street
Hutchinson, KS 67501

**THE B.F. GOODRICH COMPANY,**
    **(GOODRICH CORPORATION)**
CT Corporation System
111 8th Avenue
New York, NY 10011

**WEIL-MCLAIN, a division of The Marley-Wylain Company,**
   **a wholly owned subsidiary of The Marley Company, LLC**
500 Blaine Street
Michigan City, Indiana 46360

and

13515 Ballantyne Corporate Place
Charlotte, NC 28277

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------X Index No: 190213-12
MARIO PIETROMONACO,

                                          Date Filed:

                              Plaintiff(s),

                        -against-

CERTAINTEED CORPORATION,
GENERAL ELECTRIC COMPANY,
INGERSOLL-RAND COMPANY,
OWENS-ILLINOIS, INC.,
RAPID-AMERICAN CORPORATION,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
**A.O. SMITH WATER PRODUCTS CO.,**
**AMERICAN BILTRITE, INC.,**
**AURORA PUMP COMPANY,**
**BELL & GOSSETT COMPANY,**
**BURNHAM, LLC,**
    **Individually, and as successor to**
    **BURNHAM CORPORATION,**
**CLEAVER BROOKS COMPANY, INC.,**
**CRANE CO.,**
**FOSTER WHEELER, L.L.C.,**
**GEORGIA PACIFIC LLC.,**
**KAISER GYPSUM COMPANY, INC.,**
**KEELER-DORR-OLIVER BOILER COMPANY,**
**KENNEDY VALVE MANUFACTURING Co., Inc.,**
**KENTILE FLOORS, INC.,**
**MARIO & DIBONO PLASTERING CO., INC.,**
**PEERLESS INDUSTRIES, INC.,**
**RILEY POWER INC,**
**SUPERIOR BOILER WORKS, INC.,**
**THE B.F. GOODRICH COMPANY,**
    **(GOODRICH CORPORATION),**
**WEIL-MCLAIN, a division of The Marley-Wylain Company,**
    **a wholly owned subsidiary of The Marley Company, LLC,**

                            Defendants
------------------------------------------------------------------------X

**AMENDED**
**VERIFIED**
**COMPLAINT**

**RECEIVED**

MAY 16 2012

**Crane Co.**

       Plaintiff(s), MARIO PIETROMONACO, by their attorneys, WEITZ &

LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as

follows:

1.    Plaintiff(s), MARIO PIETROMONACO, by their attorneys, WEITZ & LUXENBERG, P.C., for their amended verified complaint respectfully alleges:

2.    Defendant AMERICAN BILTRITE, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

3.    Defendant AURORA PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

4.    Defendant BELL & GOSSETT COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

5.    Defendant BELL & GOSSETT COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

6.    Defendant GEORGIA PACIFIC LLC., was and still is a duly organized domestic corporation doing business in the State of New York.

7.    Defendant KAISER GYPSUM COMPANY, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

8.    Defendant KENNEDY VALVE MANUFACTURING Co., Inc., was and still is a duly organized domestic corporation doing business in the State of New York.

9.    Defendant SUPERIOR BOILER WORKS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

10.    Defendant SUPERIOR BOILER WORKS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

11.    Defendant THE B.F. GOODRICH COMPANY, (GOODRICH

CORPORATION), was and still is a duly organized domestic corporation doing business in

the State of New York.

Plaintiff(s), MARIO PIETROMONACO, repeats and realleges  NYAL - WEITZ &

LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No.

7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: May 07, 2012
         New York, New York                              Yours, etc.,

                                                         WEITZ & LUXENBERG, P.C

                                                         Attorneys for Plaintiff(s)
                                                         700 Broadway
                                                         New York, NY  10003
                                                         (212) 558-5500

STATE OF NEW YORK   )
                            SS:
COUNTY OF NEW YORK  )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **supplemental summons and amended verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: May 07, 2012
New York, New York

/S/
_____
PATTI BURSHTYN

Index No.: 190213-12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

MARIO PIETROMONACO,

Plaintiff(s),

-against-

A.O. SMITH WATER PRODUCTS CO., et. al.,

Defendants.

SUPPLEMENTAL SUMMONS and AMENDED VERIFIED COMPLAINT

WEITZ & LUXENBERG, P.C.
Attorneys for PLAINTIFFS
700 Broadway
New York, NY 10003
212-558-5500

To
Attorney(s) for

Service of a copy of the within
            is hereby admitted.

Dated,
May 07, 2012

Attorney(s) for

 # NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

**MARIO PIETROMONACO - v. - CERTAINTEED CORPORATION et al**

**190213/2012**

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|-------|---------------|----------|---------------|
| 6 | SUPPLEMENTAL SUMMONS | | 05/07/2012 01:25 PM |

## Filing User

| | | | |
|--|--|--|--|
| Name: | **PATTI LYNN BURSHTYN** | | |
| Phone | **212-558-5500** | E-mail Address: | **Pburshtyn@weitzlux.com** |
| Fax #: | | Work Address: | **700 Broadway**<br>**NEW YORK, NY 10003** |

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 05/07/2012 01:25 PM:

**BURSHTYN, PATTI LYNN - Pburshtyn@weitzlux.com**

**KLEIN, GARY R - GKLEIN@WEITZLUX.COM**

**PASCARELLA, LISA M. - mpc@pehll.com**

**NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.**