## UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**TO:** United States Judicial Panel
on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

MDL No. 875 – IN RE: Asbestos Products Liability Litigation (No. VI)

### NOTICE OF APPEARANCE (CTO-515)

**PARTIES REPRESENTED (indicated plaintiff or defendant–attach list if necessary):**

THOMAS MORRIS - Plaintiff.

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No.(s).– attach list if necessary):**

THOMAS MORRIS v. C.C. MOORE & CO. ENGINEERS, et al., CAN: 3:12-cv-02790-SI

****************************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L.,199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____6/15/12_____                         _____/s/ M. M/_____
        Date                                  Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Richard M. Grant
Brayton❖Purcell LLP
222 Rush Landing Rd.
Novato, CA 94949-6169

Telephone No.: 415/898-1555               Fax No.: 415/898-1247

Email Address: rgrant@braytonlaw.com

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

*Thomas Morris v. C.C. Moore & Co. Engineers,, et al.*
United States District Court, NDCA Case No. 3:12-cv-02790 SI

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court for the United States District Court by using the CM/ECF system on June 15, 2012:

NOTICE OF APPEARANCE (CTO-515)

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage paid.

Dated this 15th day of June 2012.

_____
Diane I. Davidowski

1

CERTIFICATE OF SERVICE

Date Created: 6/12/2012-2:41:43 PM
(DID)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 113918.003 - Thomas Morris
Run By : Davidowski, Diane

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA  94111
415-397-9006   415-397-1339 (fax)
**Defendants:**
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Foley & Mansfield PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA  94612
510-590-9500   510-590-9595 (fax)
**Defendants:**
  William Powell Company, The (WlLPOW)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
  Ingersoll-Rand Company (INGRSL)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA  94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
  Crane Co. (CRANCO)

**McGivney, Kluger & Glaspy**
100 Pringle Avenue
Suite 750
Walnut Creek, CA  94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
  Kentile Floors, Inc. (KEN)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA  94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
  Yarway Corporation (YARWAY)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA  90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Tucker Ellis LLP**
135 Main Street, Suite 700
San Francisco, CA  94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  Spirax Sarco, Inc. (SPISAR)

**Walsworth, Franklin, Bevins & McCall, LLP**
601 Montgomery Street, 9th Floor
San Francisco, CA  94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Caterpillar, Inc. (CAT)
  General Electric Company (GE)
  Thomas Dee Engineering Company (DEE)