BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 - In re ASBESTOS LITIGATION

*Thomas Morris v. C.C. Moore & Co. Engineers, et al.*, CAN: 3:12-cv-02790-SI

NOTICE OF OPPOSITION TO CTO-515

I represent plaintiff Thomas Morris in the above captioned action, which is included on the conditional transfer order (CTO-515). Plaintiff Thomas Morris submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

Richard M. Grant, Esq., CA S.B. #55677
Brayton❖Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169
rgrant@braytonlaw.com
Tel: (415) 898-1555
Fax: (415) 898-1247

Counsel for Plaintiff Thomas Morris

*Thomas Morris v. C.C. Moore & Co. Engineers,, et al.*
United States District Court, NDCA Case No. 3:12-cv-02790 SI

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court for the United States District Court by using the CM/ECF system on June 15, 2012:

NOTICE OF OPPOSITION TO CTO-515

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage paid.

Dated this 15th day of June 2012.



Diane I. Davidowski

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

CERTIFICATE OF SERVICE

Date Created: 6/12/2012-2:41:43 PM
(DID)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 113918.003 - Thomas Morris
Run By : Davidowski, Diane

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006    415-397-1339 (fax)
**Defendants:**
　J.T. Thorpe & Son, Inc. (THORPE)
　Parker-Hannifin Corporation (PARKHF)

**Foley & Mansfield PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
510-590-9500    510-590-9595 (fax)
**Defendants:**
　William Powell Company, The (WILPOW)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900    415-986-8054 (fax)
**Defendants:**
　Ingersoll-Rand Company (INGRSL)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200    415-882-8220 (fax)
**Defendants:**
　Crane Co. (CRANCO)

**McGivney, Kluger & Glaspy**
100 Pringle Avenue
Suite 750
Walnut Creek, CA 94596
925-947-1300    925-947-1594 (fax)
**Defendants:**
　Kentile Floors, Inc. (KEN)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000    415-442-1001 (fax)
**Defendants:**
　Yarway Corporation (YARWAY)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170    213-623-3594 (fax)
**Defendants:**
　CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Tucker Ellis LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400    415-617-2409 (fax)
**Defendants:**
　Spirax Sarco, Inc. (SPISAR)

**Walsworth, Franklin, Bevins & McCall, LLP**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072    415-391-6258 (fax)
**Defendants:**
　Caterpillar, Inc. (CAT)
　General Electric Company (GE)
　Thomas Dee Engineering Company (DEE)