

| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN STREET<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT<br>GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES | NEW YORK<br>PALO ALTO<br>SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>SYDNEY<br>TOKYO<br>WASHINGTON, D.C. |
|---|---|---|
| jfonstad@sidley.com<br>(202) 736-8544 | FOUNDED 1866 | |

June 18, 2012

Jeffery N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:    MDL 875: In re Asbestos Product Liability Litigation (No. VI)
                <u>Notice of Potential Tag-Along Action</u>

Dear Mr. Lüthi:

       Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant General Electric Company, by its attorneys, hereby notifies the Panel of a potential tag-along action to MDL-875 listed on the attached Schedule.

       Enclosed is a copy of the complaint and docket sheet (where available) for the action listed on the Schedule.

       While the Panel recently terminated the transfer of most new tag-along actions to MDL 875, *see* MDL 875 D.E. 8213, this case falls within an exception to that Order because it was filed in the Seventh Circuit by the Cascino Vaughan Law Offices, Ltd. *See* MDL 875 D.E. 8213 at Appendix A # 2. Magistrate Judge Strawbridge of the Eastern District of Pennsylvania is handling the mediation and settlement of the asbestos cases brought by the Cascino Vaughan firm. *See* http://www.paed.uscourts.gov/mdl875r.asp.

       Please do not hesitate to contact me should you have any questions about the above.

                                          Very truly yours,
                                          *s/ John Fonstad*
                                          John A. Fonstad

JAF:mhd

cc: Counsel of Record (w/o enclosures, by U.S. Mail)

## SCHEDULE
## 6-18-2012

| **Div.** | **C.A. #** | **Judge** | **Case Caption** |
|---|---|---|---|
| | | | |

**Northern District of Illinois**

| 01 | 12-03043 | John W. Darrah | *Mary C. McNair v. Borg-Warner, Inc., et al.* |

## **PROOF OF SERVICE**

      I hereby certify that on June 18, 2012, I electronically filed a Notice of Potential Tag Along with the Clerk of the Panel using the CM/ECF system, which sent notification of such filing to counsel of record for MDL 2299. A true and correct copy of the Notice of Potential Tag Along was also served on counsel of record for plaintiffs in the actions subject to the Notice at the addresses listed below via U.S. mail on June 18, 2012.

Michael Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
michaelp.cascino@gmail.com

Dated: June 18, 2012

                                                      *s/ John Fonstad*
                                                       John A. Fonstad