SCHENKIER

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 5.0.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:12-cv-03043

McNair v. Borg-Warner, Inc. et al
Assigned to: Honorable John W. Darrah
Demand: $75,000
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 04/24/2012
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**Mary C McNair**
    represented by  **Michael Peter Cascino**
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: ecf.cvlo@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Borg-Warner, Inc.**
*a corporation*

**Defendant**

**Brake Supply Company Inc.**
*a corporation*

**Defendant**

**CBS Corporation**
*a corporation*
    represented by  **Joseph Philip Rejano**
Foley & Mansfield
55 West Monroe
#34030
Chicago, IL 60603
312 254-3800
Fax: 312 254-3801
Email: jrejano@foleymansfield.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ceco Friction Products Inc.**
*a corporation*
    represented by  **Ahndrea Renae Van Den Elzen**
Peterson, Johnson & Murray, S.C.
733 North Van Buren Street
6th Floor
Milwaukee, WI 53202

(414)278-8800
Email: arv@pjmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Certainteed Corporation**          represented by   **Tobin J Taylor**
*a corporation*                                       Heyl Royster Voelker & Allen, P.C.
                                                      124 S.W. Adams Street
                                                      Suite 600
                                                      Peoria, IL 61602
                                                      (309)676-0400
                                                      Fax: (309)676-3374
                                                      Email: ttaylor@heylroyster.com
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Fenner Inc.**
*a corporation*

**Defendant**

**General Electric Company**          represented by   **John Anthony Fonstad**
*a corporation*                                       Sidley Austin LLP
                                                      One South Dearborn
                                                      Chicago, IL 60603
                                                      (312) 853-0752
                                                      Email: jfonstad@sidley.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Goodrich Corporation**          represented by   **Tobin J Taylor**
*a corporation*                                   (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Heidi E Ruckman**
                                                  Heyl, Royster, Voelker & Allen
                                                  120 W. State Street
                                                  Second Floor
                                                  Rockford, IL 61105
                                                  (815) 963-4454
                                                  Email: hruckman@hrva.com
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell International Inc.**          represented by   **Maureen A. Coleman**
*a corporation*                                           Tressler LLP
                                                          233 South Wacker Drive
                                                          22nd Floor
                                                          Chicago, IL 60606-6399

(312) 627-4000
Email: mcoleman@tresslerllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Maremont Corporation**
*a corporation*

represented by **Patrick M Jones**
Greensfelder Hamker & Gale P.C.
200 West Madison St.
Suite 2700
Chicago, IL 60606
312 419 9090
Fax: 3124191930
Email: pmj@greensfelder.com
*ATTORNEY TO BE NOTICED*

**Valerie Gay Lipic**
Greensfelder, Hemker & Gale, P.c.
200 West Madison Street
Chicago, IL 60606
(312) 345-5006
Email: vgl@greensfelder.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michelin North America Inc.**
*a corporation*

**Defendant**

**Motion Industries Inc**
*a corporation*
*successor*
Wisconsin Bearing Company

represented by **David Lee Szlanfucht**
Rakoczy Molino Mazzochi Siwik
9200 Ward Parkway
Suite 400
Kansas City, MO 64114
(816)960-1611
Email: dszlanfucht@rwdmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Occidental Chemical Corporation**
*a corporation*
*successor*
Hooker Chemical

**Defendant**

**Plastics Engineering Company**
*a corporation*
*also known as*
Plenco

represented by **Edward J. McCambridge**
Segal, McCambridge, Singer &
Mahoney, Ltd.
233 S. Wacker Drive
Suite 5500

Chicago, IL 60606
(312) 645-7800
Email: emccambridge@smsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James L. Svajgl**
Segal McCambridge singer & Mahoney
Ltd
233 S. Wacker Drive
Suite 5500
Chicago`, IL 60606
312 645 7800
Email: jsvajgl@smsm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pneumo Abex Corporation**
*a corporation*

**Defendant**

**Rapid American Corporation**          represented by    **Roger K. Heidenreich**
*a corporation*                                            SNR Denton US LLP
                                                           One Metropolitan Square
                                                           Suite 3000
                                                           211 N. Broadway
                                                           St. Louis, MO 63102-2711
                                                           (314)241-1800
                                                           Email:
                                                           roger.heidenreich@snrdenton.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Rogers Corporation**
*a corporation*

**Defendant**

**Sauder Custom Fabrication Inc.**
*a corporation*

**Defendant**

**Standco Industries Inc**              represented by    **Harvey A. Paulsen**
*a corporation*                                           Paulsen, Malec & Malartsik, Ltd.
                                                          1761 South Naperville Road
                                                          Suite 202
                                                          Wheaton, IL 60189
                                                          (630)871-1414
                                                          Email: hpaulsen@paulsenmalec.net

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Stephen Blair**
Paulsen, Malec & Malartsik, Ltd.
1761 S. Naperville Road
Suite 202
Wheaton, IL 60189
(630) 871-1414
Email: kblair@paulsenmalec.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Corporation**                    represented by **Tobin J Taylor**
*a corporation*                                                    (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Uniroyal Inc**
*a corporation*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/24/2012 | 1 | COMPLAINT filed by Mary C McNair; Jury Demand. Filing fee $ 350, receipt number 0752-7082331. (Attachments: # 1 Errata A, # 2 Exhibit B) (Cascino, Michael) (Entered: 04/24/2012) |
| 04/24/2012 | 2 | CIVIL Cover Sheet (Cascino, Michael) (Entered: 04/24/2012) |
| 04/24/2012 | 3 | ATTORNEY Appearance for Plaintiff Mary C McNair by Michael Peter Cascino (Cascino, Michael) (Entered: 04/24/2012) |
| 04/24/2012 | 4 | Corporate Disclosure STATEMENT by Mary C McNair (Cascino, Michael) (Entered: 04/24/2012) |
| 04/24/2012 | 5 | Notice of Tag-Along Action by Mary C McNair (Cascino, Michael) (Entered: 04/24/2012) |
| 04/24/2012 |   | CASE ASSIGNED to the Honorable John W. Darrah. Designated as Magistrate Judge the Honorable Sidney I. Schenkier. (daj, ) (Entered: 04/25/2012) |
| 05/14/2012 | 6 | MINUTE entry before Honorable John W. Darrah: Initial status hearing set for 6/26/12 at 9:30 a.m. Mailed notice (ma,) (Entered: 05/15/2012) |
| 05/23/2012 | 7 | WAIVER OF SERVICE returned executed by Pneumo Abex Corporation. Pneumo Abex Corporation waiver sent on 4/27/2012, answer due 6/26/2012. (Scott, Robert) (Docket Text Modified by Clerk's Office) (Entered: 05/23/2012) |
| 05/24/2012 | 8 | *Summary Answer, Affirmative Defenses* ANSWER to Complaint with Jury Demand by Union Carbide Corporation(Taylor, Tobin) (Entered: 05/24/2012) |

| | | |
|---|---|---|
| 05/24/2012 | 9 | *Summary Answer, Affirmative Defenses* ANSWER to Complaint with Jury Demand by Certainteed Corporation(Taylor, Tobin) (Entered: 05/24/2012) |
| 05/24/2012 | 10 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Union Carbide Corporation *Corporate 7.1 Disclosure Statement* (Taylor, Tobin) (Entered: 05/24/2012) |
| 05/24/2012 | 11 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Certainteed Corporation *7.1 Disclosure Statement* (Taylor, Tobin) (Entered: 05/24/2012) |
| 05/24/2012 | 12 | ANSWER to Complaint with Jury Demand by CBS Corporation (Attachments: # 1 Notice of Filing Notice of Tag-Along Action, # 2 Notice of Filing Notification as to Affiliates, # 3 Supplement Disclosure Statement Pursuant to F.R.C.P. 7.1 of Defendant CBS Corporation, # 4 Supplement Jury Demand) (Rejano, Joseph) (Entered: 05/24/2012) |
| 05/29/2012 | 13 | CERTIFICATE Notice of Tag-Along Action and Certificate of Service (Coleman, Maureen) (Entered: 05/29/2012) |
| 05/29/2012 | 14 | ATTORNEY Appearance for Defendant Honeywell International Inc. by Maureen A. Coleman (Coleman, Maureen) (Entered: 05/29/2012) |
| 05/29/2012 | 15 | ANSWER to Complaint *and Affirmative Defenses* by Honeywell International Inc.(Coleman, Maureen) (Entered: 05/29/2012) |
| 05/29/2012 | 16 | Disclosure Statment Pursuant to Fed. R. Civ. P. 7.1 STATEMENT by Honeywell International Inc. (Coleman, Maureen) (Entered: 05/29/2012) |
| 05/30/2012 | 17 | ATTORNEY Appearance for Defendant Plastics Engineering Company by Edward J. McCambridge (McCambridge, Edward) (Entered: 05/30/2012) |
| 05/30/2012 | 18 | ANSWER to Complaint *, Affirmative Defenses and Certificate of Service* by Plastics Engineering Company(McCambridge, Edward) (Entered: 05/30/2012) |
| 05/30/2012 | 19 | CERTIFICATE of Service by Defendant Plastics Engineering Company *for service of Special Interrogatories to Plaintiff and Request for Production of Documents to Plaintiff* (McCambridge, Edward) (Entered: 05/30/2012) |
| 05/30/2012 | 20 | ATTORNEY Appearance for Defendant Standco Industries Inc by Harvey A. Paulsen (Paulsen, Harvey) (Entered: 05/30/2012) |
| 05/31/2012 | 21 | ANSWER to Complaint with Jury Demand by Ceco Friction Products Inc. (Van Den Elzen, Ahndrea) (Entered: 05/31/2012) |
| 05/31/2012 | 22 | answer to cross-claims by Ceco Friction Products Inc. (Van Den Elzen, Ahndrea) (Entered: 05/31/2012) |
| 05/31/2012 | 23 | ATTORNEY Appearance for Defendant Ceco Friction Products Inc. by Ahndrea Renae Van Den Elzen (Van Den Elzen, Ahndrea) (Entered: 05/31/2012) |
| 05/31/2012 | 24 | Disclosure Statement by Ceco Friction Products Inc. (Van Den Elzen, Ahndrea) (Entered: 05/31/2012) |
| 05/31/2012 | 25 | ANSWER to Complaint by Motion Industries Inc(Szlanfucht, David) (Entered: |

| | | |
|---|---|---|
| | | 05/31/2012) |
| 05/31/2012 | 26 | ATTORNEY Appearance for Defendant Motion Industries Inc by David Lee Szlanfucht (Szlanfucht, David) (Entered: 05/31/2012) |
| 06/05/2012 | 27 | ATTORNEY Appearance for Defendant Maremont Corporation by Patrick M Jones *and Valerie G Lipic* (Jones, Patrick) (Entered: 06/05/2012) |
| 06/05/2012 | 28 | ANSWER to Complaint with Jury Demand by Maremont Corporation(Jones, Patrick) (Entered: 06/05/2012) |
| 06/05/2012 | 29 | Finanical Interest STATEMENT by Maremont Corporation (Jones, Patrick) (Entered: 06/05/2012) |
| 06/05/2012 | 30 | MOTION by Defendant Maremont Corporation to stay *Proceedings and Notice of Tag-Along Action* (Jones, Patrick) (Entered: 06/05/2012) |
| 06/07/2012 | 31 | ATTORNEY Appearance for Defendant Maremont Corporation by Valerie Gay Lipic (Lipic, Valerie) (Entered: 06/07/2012) |
| 06/07/2012 | 32 | ATTORNEY Appearance for Defendant Standco Industries Inc by Kyle Stephen Blair (Blair, Kyle) (Entered: 06/07/2012) |
| 06/07/2012 | 33 | ATTORNEY Appearance for Defendant Plastics Engineering Company by James L. Svajgl (Svajgl, James) (Entered: 06/07/2012) |
| 06/08/2012 | 34 | ANSWER to Complaint by Standco Industries Inc(Paulsen, Harvey) (Entered: 06/08/2012) |
| 06/14/2012 | 35 | ATTORNEY Appearance for Defendant Rapid American Corporation by Roger K. Heidenreich *Entry Of Appearance* (Heidenreich, Roger) (Entered: 06/14/2012) |
| 06/14/2012 | 36 | *Defendant Rapid-American Corporation's Answer And Affirmative Defenses To Plaintiff's Complaint* ANSWER to Complaint by Rapid American Corporation(Heidenreich, Roger) (Entered: 06/14/2012) |
| 06/14/2012 | 37 | Defendant Rapid-American Corporation's Corporate Disclosure Statement Pursuant to FRCP 7.1 And LR 3.2 STATEMENT by Rapid American Corporation (Heidenreich, Roger) (Entered: 06/14/2012) |
| 06/15/2012 | 38 | ATTORNEY Appearance for Defendant Goodrich Corporation by Tobin J Taylor (Taylor, Tobin) (Entered: 06/15/2012) |
| 06/15/2012 | 39 | ATTORNEY Appearance for Defendant Goodrich Corporation by Heidi E Ruckman (Ruckman, Heidi) (Entered: 06/15/2012) |
| 06/15/2012 | 40 | *Summary* ANSWER to Complaint with Jury Demand *and Affirmative Defenses* by Goodrich Corporation(Ruckman, Heidi) (Entered: 06/15/2012) |
| 06/15/2012 | 41 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Goodrich Corporation *Disclosure Statement* (Ruckman, Heidi) (Entered: 06/15/2012) |
| 06/18/2012 | 42 | ATTORNEY Appearance for Defendant General Electric Company by John Anthony Fonstad (Fonstad, John) (Entered: 06/18/2012) |
| | | |

| 06/18/2012 | 43 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by General Electric Company (Fonstad, John) (Entered: 06/18/2012) |
| 06/18/2012 | 44 | ANSWER to Complaint with Jury Demand by General Electric Company (Fonstad, John) (Entered: 06/18/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/18/2012 13:53:21 | | | |
| **PACER Login:** | sa0019 | **Client Code:** | 07900-41030-30152 |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-03043 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Mary C. McNair | Borg-Warner Inc., et al., |

| (b) County of Residence of First Listed Plaintiff  **Will** | County of Residence of First Listed Defendant _____ |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |

| (c) Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
|---|---|
| Michael P. Cascino -- Cascino Vaughan Law Offices, Ltd.,<br>220 S. Ashland Avenue, Chicago, IL 60607<br>Phone: (312) 944-0600 | |

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (excl. vet.)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☒ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Inj. | **PERSONAL INJURY**<br>☐ 362 Personal Injury— Med. Malpractice<br>☐ 365 Personal Injury— Product Liability<br>☒ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Security/Commodity/Exch.<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 445 ADA—Employment<br>☐ 446 ADA — Other<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>Habeas Corpus:<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Title 28, United States Sec. 1332
Asbestos injury, occupational exposure

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

| VIII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ >75,000 | CHECK YES only if demanded in complaint:<br>JURY DEMAND: ☒ Yes ☐ No |
|---|---|---|---|

IX. This case

- ☒ is not a refiling of a previously dismissed action.
- ☐ is a refiling of case number _____, previously dismissed by Judge _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| April 24, 2012 | MPC |

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Mary C McNair

                                                              Plaintiff,

     v.

Borg-Warner Inc., a corporation,
Brake Supply Company, Inc., a corporation,
CBS Corporation , a corporation,
Ceco Friction Products, Inc., a corporation,
Certainteed Corporation , a corporation,
Fenner, Inc., a corporation,
General Electric Company , a corporation,
Goodrich Corporation , a corporation,
Honeywell International Inc., a corporation,
Maremont Corporation , a corporation,
Michelin North America Inc., a corporation,
Motion Industries, Inc., as successor to
Wisconsin Bearing Company , a corporation,
Occidental Chemical Corporation as successor
to Hooker Chemical , a corporation,
Plastics Engineering Company a/k/a Plenco , a
corporation,
Pneumo Abex Corporation , a corporation,
Rapid American Corporation , a corporation,
Rogers Corporation , a corporation,
Sauder Custom Fabrication Inc., a corporation,
Standco Industries, Inc., a corporation,
Union Carbide Corporation , a corporation,
Uniroyal, Inc., a corporation,

                                         Defendants.

Case No. 1:12-cv-3043

## **COMPLAINT**

Now comes the plaintiff, Mary C McNair (hereinafter "Plaintiff"), by and through her attorneys,

Cascino Vaughan Law Offices, Ltd., who complains against defendants as follows:

## **JURISDICTION**

1.     Plaintiff is an adult citizen and resident of Illinois and resides in Joliet, Illinois.

2.     Defendant Borg-Warner Inc. manufactured, designed, and sold asbestos products including without limitation brake and friction products.

3.     Defendant Brake Supply Company Inc. manufactured, designed, and sold asbestos products including without limitation brake and friction products.

4.     Defendant CBS Corporation is responsible for the conduct of Westinghouse Electric Corporation. Westinghouse manufactured and designed steam generating equipment including without limitation turbines, generators, wire, motors and switch gears.  Westinghouse also erected and maintained steam generation equipment

5.     Defendant Ceco Friction Products, Inc. manufactured, designed, and sold asbestos products including without limitation, brake linings and friction products.

6.     Defendant Certainteed Corporation manufactured, designed, and sold asbestos products including without limitation asbestos-cement sheets, cements, cement pipe, roofing materials, brake and friction products, and wall finishing materials.

7.     Defendant Fenner Inc. is responsible for the conduct of Fenner America, Ltd.  Fenner America, Ltd. manufactured, designed and sold asbestos products, including without limitation, brake and friction products.

8.     Defendant General Electric Company manufactured and designed steam generation equipment including without limitation turbines, erected and maintained steam generation equipment and manufactured, designed and/or sold asbestos containing electrical equipment, including without limitation asbestos containing wires, cables, switching gear, motors, and ballasts, and sold and installed asbestos materials.

9.     Defendant Goodrich Corporation manufactured, designed and sold asbestos products, including without limitation, brake and friction products.

10.    Defendant Honeywell International Inc. was formerly known as Allied Signal and is the successor in interest to Allied Corp. which is the successor in interest to The Bendix Corporation, which manufactured, distributed, sold, and/or designed asbestos products, including

without limitation, brake and friction products. Honeywell International Inc. also manufactured, distributed, sold and/or designed asbestos products, including without limitation, pumps and valves.

11.     Defendant Maremont Corporation manufactured, designed, and sold asbestos products including without limitation, brake linings and friction products.

12.     Defendant Michelin North America Inc. manufactured, designed and sold asbestos products, including without limitation, brake and friction products.

13.     Defendant Motion Industries Inc. is responsible for the conduct of Wisconsin Bearing Company. Wisconsin Bearing Company manufactured, designed, and sold asbestos products including without limitation, brake linings and friction products.

14.     Defendant Occidental Chemical Corporation is responsible for the conduct of Hooker Chemical. Hooker Chemical manufactured, distributed, sold, and/or designed asbestos products including plastic molding compounds, electrical and mechanical plastics and phenolics.

15.     Defendant Plastics Engineering Company manufactured, distributed, sold, and/or designed asbestos products including plastic molding compounds, electrical and mechanical plastics and phenolics.

16.     Defendant Pneumo Abex, LLC is responsible for the conduct of Abex Corp., American Brakeblok Division f/k/a American Brake Shoe Co. Abex Corp. manufactured, designed, and sold asbestos products including without limitation brake and friction products.

17.     Defendant Rapid American Corporation is responsible for the conduct of Philip Carey. Carey designed, manufactured and sold asbestos-containing products, including without limitation pipe covering, block, cements, board, and air cell and supplied asbestos fibers.

18.     Defendant Rogers Corporation manufactured, distributed, sold, and/or designed asbestos products including plastic molding compounds, electrical and mechanical plastics and phenolics.

19.     Defendant Sauder Custom Fabrication Inc. designed and manufactured asbestos products, including without limitation boilers and steam generation equipment.

20. Defendant Standco Industries Inc. manufactured, designed, and sold asbestos products including without limitation brake and friction products.

21. Defendant Union Carbide Corporation manufactured, distributed, sold, and/or designed asbestos products including plastic molding compounds, electrical and mechanical plastics and phenolics, and mined and sold asbestos fibers.

22. Defendant Uniroyal Inc. designed, manufactured and sold asbestos containing products, including without limitation, cloth, textiles, yarn, gaskets, brakes and friction products.

23. Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Illinois, and at all times relevant to the allegations contained herein were engaged in the business of designing, manufacturing, mining and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

24. Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

25. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

26. Venue is proper pursuant to Title 28, United States Code, §1391.

### GENERAL ALLEGATIONS

27. Plaintiff during the course of her employment as a machine operator, inspector, and welder at various job sites, including those listed on the attached Exhibit B was exposed to asbestos dust or fibers emanating from the asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

28. Plaintiff was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred

by workers working with or near asbestos products.

29.    Plaintiff became aware of the asbestos-related condition and that said condition was caused by
       Defendants' wrongful conduct within the statute of limitations before the filing of this action.

30.    As a direct and proximate result of the conduct of Defendants, Plaintiff developed and had been
       diagnosed with asbestosis on April 24, 2010.

31.    Plaintiff suffers great pain, physical impairment, great mental pain and anguish, is liable for large
       sums of money for medical and hospital care, and suffered losses to her personal property and
       possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

32.    Plaintiff brings this count for negligence against all defendants and incorporates by
       reference all general allegations.

33.    It was reasonably foreseeable that Plaintiff and other workers would be working with or
       in the proximity of defendants' asbestos products and be exposed to airborne asbestos
       fibers.

34.    Defendants had a duty to exercise reasonable care for the safety of Plaintiff and others
       who worked with or were exposed to the defendants' asbestos products.

35.    Defendants knew or in the exercise of ordinary or reasonable care ought to have known
       asbestos causes disease and or death, and that Plaintiff did not know that asbestos
       products were dangerous or harmful at the time of her exposures.

36.    Each defendant breached its duty of care and was negligent, including without limitation
       in one or more of the following acts or omissions:

       a.    Failed to adequately warn Plaintiff or others of the health hazards of asbestos;

       b.    Failed to warn Plaintiff or others of the danger and harm of the asbestos after the
             products or equipment were installed at the premises;

    c.      Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

    d.      Failed to instruct Plaintiff, her employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

    e.      Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

37.     As a direct and proximate result of the acts and omissions of the product defendants

above, Plaintiff was injured as described above.

## PRAYER FOR RELIEF

38.     Plaintiff prays for relief as follows:

    a.      Judgment against defendants, jointly and severally, for compensatory and general damages.

    b.      Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.

Dated: April 24, 2012

/S/ Michael P. Cascino
One of the Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

**Exhibit A**
**Defendants' Home States and Principal Places of Business**

| Defendant | State Headquarters | State of Principal Business |
|---|---|---|
| Borg-Warner Inc. | Delaware | Michigan |
| Brake Supply Company, Inc. | Indiana | Indiana |
| CBS Corporation | Delaware | Pennsylvania |
| Ceco Friction Products, Inc. | North Carolina | North Carolina |
| Certainteed Corporation | Delaware | Pennsylvania |
| Fenner, Inc. | Delaware | Pennsylvania |
| General Electric Company | New York | Connecticut |
| Goodrich Corporation | New York | North Carolina |
| Honeywell International Inc. | Delaware | New Jersey |
| Maremont Corporation | Delaware | Michigan |
| Michelin North America Inc. | South Carolina | South Carolina |
| Motion Industries, Inc., as successor to Wisconsin Bearing Company | Delaware | Alabama |
| Occidental Chemical Corporation as successor to Hooker Chemical | New York | Texas |
| Plastics Engineering Company a/k/a Plenco | Wisconsin | Wisconsin |
| Pneumo Abex Corporation | Delaware | Connecticut |
| Rapid American Corporation | Delaware | New York |
| Rogers Corporation | Massachusetts | Connecticut |
| Sauder Custom Fabrication Inc. | Delaware | Kansas |
| Standco Industries, Inc. | Delaware | Texas |
| Union Carbide Corporation | New York | Texas |
| Uniroyal, Inc. | New Jersey | Conneticut |

**Exhibit B**
Plaintiff's work history

| Job-Site | City | State | First year at site (approx.) | Last year at site (approx.) |
|---|---|---|---|---|
| Raleigh Co | Raleigh | MS | 1967 | 1969 |
| 3M | Redford Park | IL | 1988 | 1998 |
| Genstar | Chicago | IL | 1981 | 1999 |
| Genstar | Chicago | IL | 1985 | 1988 |
| Johns Manville | Rockdale | IL | 1970 | 1998 |
| Johns Manville | Rockdale | IL | 1975 | 1980 |
| Western Electric | Montgomery | IL | 1969 | 1975 |
| Mobil Oil Refinery | Morris | IL | 1980 | 1981 |