ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
RICHARD M. GRANT, ESQ., CA S.B. #55677
E-Mail:  rgrant@braytonlaw.com
BRAYTON✥PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

## BEFORE THE JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875<br>2:01-md-00875-ER |
| SAMANTHA LYMAN, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT LYMAN, Deceased; and ROBERT LYMAN, JR., LAURA LYMAN, LISA CARAWAN, STEPHEN LYMAN, MICHAEL LYMAN, and KENNETH CHRISTIE, as Legal Heirs of ROBERT LYMAN, Deceased,<br><br>                    Plaintiffs,<br><br>vs.<br><br>UNION CARBIDE CORPORATION and MONTELLO, INC.,<br><br>                    Defendants. | PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER SEVERING PUNITIVE DAMAGES CLAIMS<br><br>Hon. Eduardo C. Robreno<br>E.D. PA No. 2:09-cv-62999-ER<br><br><br>This document relates to:<br><br>*Robert Lyman, Jr., et al. v. Asbestos Defendants (B✥P),* United States District Court, Northern District of California, Case No. 4:07-cv-04240-SBA |

Pursuant to Rule 10.2(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML Rules"), plaintiffs respectfully file this Notice of Opposition to the Conditional Remand Order entered by the Panel on June 6, 2012.  Specifically, plaintiffs oppose the severance of their punitive damages claims so that these claims may be resolved at a future date with regard to the entire MDL-875 action.  Plaintiffs will file their Partial Motion to Vacate the Conditional Remand Order and/or, in the alternative, Request to Modify the

1  Conditional Remand Order, and supporting brief, within fourteen (14) days of this Notice,
2  pursuant to JPML Rule 10.2(e).
3  Dated:  June 14, 2012                    BRAYTON❖PURCELL LLP

5  By:  /s/ *Richard Grant*
      Richard M. Grant, Esq., CA S.B. #55677
6     Email: rgrant@braytonlaw.com
      Tel: (415) 898-1555
7     Fax: (415) 898-1247
      Attorneys for Plaintiffs

MDL 875
2:01-md-00875-ER
*Samantha Lyman, et al. v. Union Carbide Corporation, et al.*
United States District Court, E.D.P.A. Case No. 2:09-cv-62999-ER

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on June 19, 2012, the following document(s).

PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER SEVERING PUNITIVE DAMAGES CLAIMS

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated this 19th day of June, 2012.

/s/ *Sherry De La Torre*

CERTIFICATE OF SERVICE