**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of my Notice of Appearance filed on behalf of Montello, Inc. was served via the Panel's CM/ECF system on the following counsel of record, each of whom has consented to electronic service via the CM/ECF system, on the 19th day of June, 2012:

Richard M. Grant
David R. Donadio
Kimberly J.W.J. Chu
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169

Catherine Morris Krow
Nikka N. Rapkin
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105

Kevin Jordan
Andrew Yoder
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002

_____
Molly J. Mrwoka