# K&L|GATES

K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613

T 412.355.6500   www.klgates.com

June 21, 2012

Michael J. Zukowski
F  412.355.6501
michael.zukowski@klgates.com

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

**Susan A. Polise and Thomas Urbanski, as Co-Executors for the Estate of Walter Urbanski, and Barbara Urbanski, Individually v. Air & Liquid Systems Corp., et al.**
United States District Court, Southern District of New York No. 12-CIV-4653
Supreme Court of the State of New York, County of New York, Case No. 190231-12
Our Client:  Crane Co.

Dear Clerk:

Please accept this letter as notice of defendant Crane Co.'s request for the above referenced tag-along action to be transferred to the MDL Panel No. 875, pursuant to 28 U.S.C. § 1407.

On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause.  MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On December 13, 2011, the Judicial Panel on Multidistrict Litigation issued its Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers.  Pursuant to that Order, the Judicial Panel will still transfer and consolidate tag-along cases to MDL-875 that originate from the Southern District of New York.

K&L|GATES

June 21, 2012
Page 2

      The undersigned hereby notifies the Judicial Panel on Multidistrict Litigation that this state court action removed to the United States District Court, Southern District of New York, on June 14, 2012, (a copy of the notice of tag along action with the state court complaint is attached hereto as Exhibit A) is a potential tag-along action which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a) or 13(b).

      Crane Co. has provided written Notice of Tag-Along Action to all adverse parties.

      Please do not hesitate to contact me with any questions.

Sincerely,

/s/ *Michael J. Zukowski*

Michael J. Zukowski

MJZ:mg
Att