ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-04653-GBD

| | |
|---|---|
| Polise et al v. Air & Liquid Systems Corp. et al. | Date Filed: 06/14/2012 |
| Assigned to: Judge George B. Daniels | Jury Demand: None |
| Case in other court: State Court-Supreme, 190231-12 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1441 Notice of Removal | Jurisdiction: Federal Question |

**Plaintiff**

**Susan A. Polise**                           represented by **Alani Golanski**
*as Co-Executor for the Estate of Walter*                  Law Offices of Alani Golanski
*Urbanski*                                                 25 Washington Street, Suite 547
                                                           Brooklyn, NY 11201
                                                           (718)-406-4488
                                                           Fax: (718)-852-3465
                                                           Email: alanigolanski@gmail.com
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Urbanski**                           represented by **Alani Golanski**
*as Co-Executor for the Estate of Walter*                  (See above for address)
*Urbanski*                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Urbanski**                          represented by **Alani Golanski**
*individually*                                             (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Air & Liquid Systems Corp.**                represented by **Angela Digiglio**
                                                           Kirkpatrick & Lockhart Preston Gates
                                                           Ellis LLP( Lex. Ave.)
                                                           599 Lexington Avenue
                                                           New York, NY 10022
                                                           (212)-536-3994
                                                           Fax: (212)-536-3901
                                                           Email: angela.digiglio@klgates.com
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Co.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190231-12. (Filing Fee $ 350.00, Receipt Number 1041056).Document filed by Air & Liquid Systems Corp.(mro) (Entered: 06/18/2012) |
| 06/14/2012 | | Magistrate Judge Kevin Nathaniel Fox is so designated. (mro) (Entered: 06/18/2012) |
| 06/14/2012 | | Case Designated ECF. (mro) (Entered: 06/18/2012) |
| 06/19/2012 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Crane Co..(Digiglio, Angela) (Entered: 06/19/2012) |
| 06/19/2012 | 3 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 06/14/2012. Service was made by Mail. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 06/19/2012) |
| 06/19/2012 | 4 | NOTICE OF APPEARANCE by Alani Golanski on behalf of Susan A. Polise, Barbara Urbanski, Thomas Urbanski (Golanski, Alani) (Entered: 06/19/2012) |
| 06/20/2012 | 5 | NOTICE of Tag-Along Action. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 06/20/2012) |
| 06/20/2012 | 6 | INITIAL PRETRIAL CONFERENCE: Initial Conference set for 8/8/2012 at 09:30 AM in Courtroom 21D, U.S. Courthouse, 500 Pearl Street, New York, NY 10007 before Judge George B. Daniels, and as further set forth. (Signed by Judge George B. Daniels on 6/19/2012) (rjm) (Entered: 06/20/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/22/2012 15:19:50 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-04653-GBD |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# Exhibit A

# PACE

## THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

Name __Delora L. Gans__

Firm / Company __Crane Co. (Week of 5/14/2012)__

Phone # or email address ___(203) 363-7300  dgans@craneco.com___

Request Date __5/18/2012__

**RECEIVED**

**MAY 2 2 2012**

**PACE**

Please specify Request Type *(one per form)*:

| X | New Filing (A complaint to be placed on the PACEWEB database that *will* generate an email notification to the Defense Counsel) |
| | Discovery/Miscellaneous Correspondence (Non complaint documents that PACE will mail directly to the appropriate defense counsel) |
| | Severance; MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Severed from" and "Severed to" DOCKET NUMBERS |
| | Transfer/Removal; MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Transferred from" and "Transferred to" INFORMATION |
| | Intervention; MUST INCLUDE SIGNED ORDER FROM THE JUDGE |

*All fields below must be filled out in order to be appropriately processed.*

| Lead Plaintiff name | Specific Defendant Company Served (*one entry per line*) | Jurisdiction & State | Docket #, AKA Index #, Case #, etc. | Service Date | Plaintiff's Counsel | Additional Comments |
|---|---|---|---|---|---|---|
| Bobnak, Andrew | Crane Co., Demming Division | Common Pleas, Philadelphia County, Pennsylvania | April Term 2012, No.: 004180 | 5/14/2012 | Steven J. Cooperstein, Esquire (215) 569-4000, for Brookman, Rosenberg, Brown & Sandler | Served via USPS Certified Mail 7012 0470 0000 3781 5409, postmarked 5/9/2012 from zip code 19102 |
| Bradley, William K. (and Bradley, Diana) | Crane Co. | Supreme Court, New York County, New York | 118941-02 | 5/16/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920<br><br>Supplemental Summons and Amended Verified Complaint Date Filed: 4/30/12 |
| Bradley, William K. (and Bradley, Diana) | Pacific Valves, Individually and as a subsidiary of Crane Co. | Supreme Court, New York County, New York | 118941-02 | 5/16/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920<br><br>Supplemental Summons and Amended Verified Complaint Date Filed: 4/30/12 |

**PACE**  THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

| Party | Defendant | Court | Index/Case No. | Date | Attorney | Service |
|---|---|---|---|---|---|---|
| McKim, Bruce (as Exec. for Estate of McKim, Robert S. and McKim, Donna, Individually) | Pacific Valves, Individually and as a subsidiary of Crane Co. | Supreme Court, New York County, New York | 190225-12 | 5/16/2012 | Daniel Wasserberg (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Phillip, Gary M. (and Phillip, Roberta, Phillip, Donna, husband and wife) | Crane Company | Common Pleas, Northampton County, Pennsylvania | C-48-AB-2012-8 | 5/17/2012 | Brian J. Taylor, Esquire (610) 866-3333, for Law Offices of Peter G. Angelos, P.C. | Served via USPS Certified Mail 7012 0470 0000 3387 2826, postmarked from zip code 18018 |
| Pietromonaco, Mario | Crane Co. | Supreme Court, New York County, New York | 190213-12 | 5/16/2012 | Patti Burshtyn (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 **Supplemental Summons and Amended Verified Complaint Date Filed: 5/7/12** |
| Polise, Susan A. (and Urbanski, Thomas, as Co-Execs. for Estate of Urbanski, Walter and Urbanski, Barbara, Individually) | Crane Co. | Supreme Court, New York County, New York | 190231-12 | 5/16/2012 | Adam Cooper (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Ray, Yevon (as Pers. Rep. for Estate of Ray, Sr., Joseph H. and Ray, Yevon, Individually) | Crane Co. | Supreme Court, New York County, New York | 190166-12 | 5/16/2012 | Peter Tambini (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 **Supplemental Summons and Amended Verified Complaint Date Filed: 5/8/12** |
| Ray, Yevon (as Pers. Rep. for Estate of Ray, Sr, Joseph H. and Ray, Yevon, Individually) | Weinman Pump & Supply Co. | Supreme Court, New York County, New York | 190166-12 | 5/16/2012 | Peter Tambini (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 **Supplemental Summons and Amended Verified Complaint Date Filed: 5/8/12** |

Polise, Susan A.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF New York

-----------------------------------------------------------X

Walter Urbanski and Barbara Urbanski
　　　　　　　　　　Plaintiff/Petitioner,

- against -

AirLiquid Systems Corporation etal
　　　　　　　　　　Defendant/Respondent.

-----------------------------------------------------------x

**RECEIVED**

MAY 16 2012

**Crane Co.**

Index No. 190331-12

**RECEIVED**

MAY 16 2012

**Crane Co.**

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

　　　　PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts.  This notice is being served as required by Subdivision (b) (3) of that Section.

　　　　The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

　　　　Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: 5/8/12

| | | |
|---|---|---|
| _____ (Signature) | | _____ (Address) |
| _____ (Name) | | _____ |
| _____ (Firm Name) | | _____ (Phone) |
| | | _____ (E-Mail) |

To:   All defendants
　　　on Attached Rider

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------------X  Index No.: 19 0231-12

SUSAN A. POLISE and THOMAS URBANSKI, as Co-
Executors for the Estate of WALTER URBANSKI, and          Date Filed: 5/8/12
BARBARA URBANSKI, Individually,

                                                          Plaintiff Designates
                                                          **NEW YORK**
                                          Plaintiff(s),   County as the Place of Trial

                                                          The Basis of Venue is
                    -against-                             Defendants' Place of Business

AIR & LIQUID SYSTEMS CORPORATION,
    as successor-by-merger to BUFFALO PUMPS,
ATWOOD & MORRILL COMPANY,                                 **SUMMONS**
AURORA PUMP COMPANY,
CBS CORPORATION, f/k/a VIACOM INC.,
    successor by merger to
    CBS CORPORATION, f/k/a
    WESTINGHOUSE ELECTRIC CORPORATION,                    **RECEIVED**
CERTAINTEED CORPORATION,
CRANE CO.,
ELECTROLUX HOME PRODUCTS, INC.                            MAY 16 2012
    Individually, and as Successor to Tappan and Copes-Vulcan,    **Crane Co.**
FLOWSERVE US, INC.
    Solely as Successor to Rockwell Manufacturing Company,
    Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt
    Valve Company, and Vogt Valve Company,
FMC CORPORATION,
    on behalf of its former CHICAGO PUMP
    & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
GENERAL ELECTRIC COMPANY,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
OWENS-ILLINOIS, INC.,
RAPID-AMERICAN CORPORATION,
THE FAIRBANKS COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
VELAN VALVE CORPORATION,
WARREN PUMPS, LLC,
YARWAY CORPORATION,

                                          Defendants
----------------------------------------------------------------------X
To the above named Defendant(s)

      **You are hereby summoned** to answer the **verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, May 08, 2012
      New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
700 Broadway
New York, New York 10003
(212) 558-5500

DEFENDANTS' RIDER

**AIR & LIQUID SYSTEMS CORPORATION,**
    **as successor-by-merger to BUFFALO PUMPS**
874 OLIVER STREET
N. TONAWANDA, NY 14120

**RECEIVED**

MAY 16 2012

**Crane Co.**

**ATWOOD & MORRILL COMPANY**
29 Old Right Road
Ipswich, MA 01938

**AURORA PUMP COMPANY**
13515 Ballantyne Corporate Place
Charlotte, NC 28277

**CBS CORPORATION, f/k/a VIACOM INC.,**
    **successor by merger to**
    **CBS CORPORATION, f/k/a**
    **WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**CERTAINTEED CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

**CRANE CO.**
100 First Stamford Place
Stamford, CT 06902

**ELECTROLUX HOME PRODUCTS, INC.**
    **Individually, and as Successor to Tappan and Copes-Vulcan**
18013 Cleveland Parkway
Suite 100
Cleveland, OH 44135

**FLOWSERVE US, INC.**
  **Solely as Successor to Rockwell Manufacturing Company,**
  **Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt**
  **Valve Company, and Vogt Valve Company**
c/o Corporate trust Systems
111 8th Avenue 13th Floor
New York, NY 10011

and

5215 North O'Connor Blvd, Ste 2300
Irving, Texas 75039
Irving, TX 75039

**FMC CORPORATION,**
  **on behalf of its former CHICAGO PUMP**
  **& NORTHERN PUMP BUSINESSES**
1735 Market Street
Philadelphia, PA 19103

**FOSTER WHEELER, L.L.C.**
Route 173 at Frontage Road
Clinton, NJ 08809

**GENERAL ELECTRIC COMPANY**
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**GOULDS PUMPS, INC.**
2881 E. Bayard Street
Seneca Falls, NY 13148

**IMO INDUSTRIES, INC.**
Corporation Service Company,
2711 Centerville Road, Suite 400,
Wilmington, DE 19808

**INGERSOLL-RAND COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**OWENS-ILLINOIS, INC.**
One Michael Owens Way
Perrysburg, OH 43551

**RAPID-AMERICAN CORPORATION**
2711 Centerville Road
Wilmington, DE 19808

**THE FAIRBANKS COMPANY**
CT Corporation System (GA)
1201 Peachtree Street NE
Atlanta, GA 30361

Lisa Pascarella
BRAATEN & PASCARELLA, LLC
Paynters Ridge Office Park
2430 Route 34 - P.O. Box 648
Manasquan, NJ 08736
Attorneys for Defendant:
      **TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.**

**U.S. RUBBER COMPANY (UNIROYAL)**
c/o Frank Degrim, Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016-1903

**UNION CARBIDE CORPORATION**
CT Corporation Systems
111 8th Avenue
New York, NY 10019

**VELAN VALVE CORPORATION**
94 Avenue C
Williston, VT 05495

**WARREN PUMPS, LLC**
Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

**YARWAY CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------------X   Index No.:
SUSAN A. POLISE and THOMAS URBANSKI, as Co-Executors
for the Estate of WALTER URBANSKI, and BARBARA          Date Filed:
URBANSKI, Individually,

                                      Plaintiff(s),          **VERIFIED**
**COMPLAINT**

               -against-

AIR & LIQUID SYSTEMS CORPORATION,
  as successor-by-merger to BUFFALO PUMPS,
ATWOOD & MORRILL COMPANY,
AURORA PUMP COMPANY,
CBS CORPORATION, f/k/a VIACOM INC.,
  successor by merger to
  CBS CORPORATION, f/k/a
  WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CRANE CO.,
ELECTROLUX HOME PRODUCTS, INC.
  Individually, and as Successor to Tappan and Copes-Vulcan,
FLOWSERVE US, INC.
  Solely as Successor to Rockwell Manufacturing Company,
  Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt
  Valve Company, and Vogt Valve Company,
FMC CORPORATION,
  on behalf of its former CHICAGO PUMP
  & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
GENERAL ELECTRIC COMPANY,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
OWENS-ILLINOIS, INC.,
RAPID-AMERICAN CORPORATION,
THE FAIRBANKS COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
VELAN VALVE CORPORATION,
WARREN PUMPS, LLC,
YARWAY CORPORATION,

                          Defendants
-------------------------------------------------------------------------------X

**RECEIVED**

MAY 16 2012

**Crane Co.**

Plaintiff(s), SUSAN A. POLISE and THOMAS URBANSKI, as Co-Executors for the Estate of WALTER URBANSKI, and BARBARA URBANSKI, Individually, by their attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

1.      Plaintiff(s), SUSAN A. POLISE and THOMAS URBANSKI, as Co-Executors for the Estate of WALTER URBANSKI, and BARBARA URBANSKI, Individually, by their attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

2.      Defendant AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to BUFFALO PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

3.      Defendant ATWOOD & MORRILL COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

4.      Defendant AURORA PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

5.      Defendant ELECTROLUX HOME PRODUCTS, INC. Individually, and as Successor to Tappan and Copes-Vulcan, was and still is a duly organized domestic corporation doing business in the State of New York.

6.      Defendant FLOWSERVE US, INC. Solely as Successor to Rockwell Manufacturing Company, Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt Valve Company, and Vogt Valve Company, was and still is a duly organized domestic corporation doing business in the State of New York.

7.      Defendant FMC CORPORATION, on behalf of its former CHICAGO PUMP & NORTHERN PUMP BUSINESSES, was and still is a duly organized domestic corporation doing business in the State of New York.

8.     Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

9.     Defendant THE FAIRBANKS COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

10.     Defendant VELAN VALVE CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

11.     Defendant WARREN PUMPS, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

12.     Defendant YARWAY CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

Plaintiff(s), SUSAN A. POLISE and THOMAS URBANSKI, as Co-Executors for the Estate of WALTER URBANSKI, and BARBARA URBANSKI, Individually,   repeats and realleges   NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 and  NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR WRONGFUL DEATH No. 7  as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: May 08, 2012
       New York, New York

Yours, etc.,

WEITZ & LUXENBERG, P.C.

Attorneys for Plaintiff(s)
700 Broadway
New York, NY  10003
(212) 558-5500

STATE OF NEW YORK     )
                                              SS:
COUNTY OF NEW YORK  )


The undersigned, an attorney admitted to practice in the Courts of New York State,

shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the

plaintiff(s) in the within action; deponent has read the foregoing **summons and verified**

**complaint** and knows the contents thereof; the same is true to deponent's own knowledge,

except as to the matters therein stated to be alleged on information and belief, and that as

to those matters deponent believes it to be true.  This verification is made by deponent and

not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where

plaintiffs' counsel and deponent maintain their office.



Dated: May 08, 2012
       New York, New York

                                                                    /S/
                                                    _____

                                                            ADAM COOPER

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SUSAN A. POLISE and THOMAS URBANSKI, as Co-Executors for
the Estate of WALTER URBANSKI, and BARBARA URBANSKI,
Individually,

                                                    Plaintiff(s),

                     -against-

AIR & LIQUID SYSTEMS CORPORATION,
as successor-by-merger to BUFFALO PUMPS, et. al.,

                                                    Defendants.

SUMMONS and COMPLAINT

WEITZ & LUXENBERG, P.C.
Attorneys for PLAINTIFFS
700 Broadway
New York, NY  10003
212-558-5500

To
Attorney(s) for

Service of a copy of the within
        is hereby admitted.

Dated,
May 08, 2012

Attorney(s) for