# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:12-cv-04654-PAC

Berei v. Air & Liquid Systems Corp. et al  
Assigned to: Judge Paul A. Crotty  
Case in other court: State Court-Supreme, 190155-12  
Cause: 28:1442 Notice of Removal

Date Filed: 06/14/2012  
Jury Demand: None  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Federal Question

**Plaintiff**

**John T. Berei**

V.

**Defendant**

**Air & Liquid Systems Corp.**     represented by **Angela Digiglio**  
Kirkpatrick & Lockhart Preston Gates Ellis LLP( Lex. Ave.)  
599 Lexington Avenue  
New York, NY 10022  
(212)-536-3994  
Fax: (212)-536-3901  
Email: angela.digiglio@klgates.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Co.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190155-12. (Filing Fee $ 350.00, Receipt Number Not Indicated).Document filed by Air & Liquid Systems Corp. (mro) (Entered: 06/18/2012) |
| 06/14/2012 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (mro) (Entered: 06/18/2012) |
| 06/14/2012 | | Case Designated ECF. (mro) (Entered: 06/18/2012) |
| 06/19/2012 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Crane Co..(Digiglio, Angela) (Entered: 06/19/2012) |
| 06/19/2012 | 3 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 06/14/2012. Service was made by Mail. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 06/19/2012) |
| 06/20/2012 | 4 | NOTICE of Tag-Along Action. Document filed by Crane Co.. (Digiglio, |

Angela) (Entered: 06/20/2012)

|  | PACER Service Center |  |  |
| --- | --- | --- | --- |
|  | Transaction Receipt |  |  |
|  | 06/22/2012 15:20:28 |  |  |
| **PACER Login:** | jp0001 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-04654-PAC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# Exhibit A

# PACE — THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

**RECEIVED APR 10 2012 PACE**

Name: _Delora L. Gans_
Firm /Company: _Crane Co. (Week of 4/2/2012)_
Phone # or email address: _(203) 363-7300 dgans@craneco.com_
Request Date: _4/6/2012_

Please specify Request Type (*one per form*):

- [X] **New Filing** (A complaint to be placed on the PACEWEB database that *will* generate an email notification to the Defense Counsel)
- [ ] **Discovery/Miscellaneous Correspondence** (Non complaint documents that PACE will mail directly to the appropriate defense counsel)
- [ ] **Severance**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Severed from" and "Severed to" DOCKET NUMBERS
- [ ] **Transfer/Removal**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Transferred from" and "Transferred to" INFORMATION
- [ ] **Intervention**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE

*All fields below must be filled out in order to be appropriately processed.*

| Lead Plaintiff name | Specific Defendant Company Served (*one entry per line*) | Jurisdiction & State | Docket #, AKA Index #, Case #, etc. | Service Date | Plaintiff's Counsel | Additional Comments |
|---|---|---|---|---|---|---|
| ALL CASES | Crane Co. | Supreme Court: All of Counties Within the City of New York | NEW YORK CITY ASBESTOS LITIGATION (NYAL); Asbestos Master Index No.: 40,000/ | 4/2/2012 | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C. | **STANDARD ASBESTOS COMPLAINT FOR WRONGFUL DEATH No. 1** Served by Andrew Gonzales for Professional Process Service L.L.C., 105 Haddad Road, Waterbury, CT 06708 (203) 573-8835 |
| ALL CASES | Crane Co. | Supreme Court: All of Counties Within the City of New York | NEW YORK CITY ASBESTOS LITIGATION (NYAL); Asbestos Master Index No.: 40,000/ | 4/2/2012 | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C. | **STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 1** Served by Andrew Gonzales for Professional Process Service L.L.C., 105 Haddad Road, Waterbury, CT 06708 (203) 573-8835 |

**PACE** — THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

| | | | | | STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 1 (On instruction from Professional Process Service, L.L.C., "Crane Co." has been crossed out on defendants list and "Jenkins Valves, Inc." highlighted as correct defendant). |
|---|---|---|---|---|---|
| ALL CASES | Jenkins Valves, Inc. | Supreme Court: All of Counties Within the City of New York | NEW YORK CITY ASBESTOS LITIGATION (NYAL); Asbestos Master Index No.: 40,000/ | 4/2/2012 | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C. | Served by Andrew Gonzales for Professional Process Service L.L.C., 105 Haddad Road, Waterbury, CT 06708 (203) 573-8835 |
| Acevedo, Luis (and Acevedo, Susan) | Pacific Valves, Individually and as a subsidiary of Crane Co. | Supreme Court, New York County, New York | 116194-02 | 4/2/2012 | Daniel Blouin (212) 558-5500, for Weitz & Luxenberg, P.C. | Supplemental Summons and Amended Verified Complaint - Date Filed: 3/27/2012  Served by Eric Rubin of CT Process (888) 528-2920 |
| Berei, John T. | Crane Co. | Supreme Court, New York County, New York | 190155-12 | 4/2/2012 | David Chandler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Brannon, Robert D. | Crane Co. | Supreme Court, New York County, New York | 190129-12 | 4/2/2012 | Erik Jacobs (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Callegari, Gayle C. (and Callegari, Robert | Crane Co. | Supreme Court, New York County, New York | 190152-12 | 4/2/2012 | Ambre Brandis (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Cardaci, Joseph (and Cardaci, Carmela) | Crane Co. | Supreme Court, New York County, New York | 190138-2012 | 4/2/2012 | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C. | Served by Andrew Gonzales for Professional Process Service L.L.C., 105 Haddad Road, Waterbury, CT 06708 (203) 573-8835 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF New York

RECEIVED
APR 02 2012
Crane Co.

------------------------------------------x

John T. Berei,
Plaintiff/Petitioner,

- against -

Index No. 190155-12

Air & Liquid Systems Corporation
Defendant/Respondent.

------------------------------------------x

# NOTICE OF COMMENCEMENT OF ACTION
# SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: 3/27/12

_____ (Signature)      _____ (Address)

_____ (Name)            _____

_____ (Firm Name)       _____ (Phone)

                                    _____ (E-Mail)

To: All defendants
    on Attached Rider

4/8/11

FILED: NEW YORK COUNTY CLERK 03/27/2012
NYSCEF DOC. NO. 1

INDEX NO. 190155/2012
RECEIVED NYSCEF: 03/27/2012

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X
JOHN T. BEREI,

                                                          Plaintiff(s),

                       -against-

AIR & LIQUID SYSTEMS CORPORATION,
   as successor-by-merger to BUFFALO PUMPS,
AMERICAN BILTRITE, INC.,
ATWOOD & MORRILL COMPANY,
AURORA PUMP COMPANY,
AZROCK INDUSTRIES,
   a Division of DOMCO, INC.,
BLACKMER,
BYRON JACKSON PUMPS,
CBS CORPORATION, f/k/a VIACOM INC.,
   successor by merger to
   CBS CORPORATION, f/k/a
   WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
EMPIRE-ACE INSULATION MFG. CORP.,
FMC CORPORATION,
   on behalf of its former CHICAGO PUMP
   & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GEORGIA PACIFIC LLC.,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
KAISER GYPSUM COMPANY, INC.,
KENTILE FLOORS, INC.,
OWENS-ILLINOIS, INC.,
RAPID-AMERICAN CORPORATION,
THE B.F. GOODRICH COMPANY,
   (GOODRICH CORPORATION),
U.S. PLYWOOD CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, LLC,
WEYERHAEUSER COMPANY,
YARWAY CORPORATION,

                                                    Defendants.
-----------------------------------------------------------------------X

Index No.: 190155-12

Date Filed: 3/27/12

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

The Basis of Venue is
Defendants' Place of Business

**SUMMONS**

**RECEIVED**
APR 02 2012
**Crane Co.**

To the above named Defendant(s)

**You are hereby summoned** to answer the **verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, March 27, 2012
      New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
700 Broadway
New York, New York 10003
(212) 558-5500

## DEFENDANTS' RIDER

**AIR & LIQUID SYSTEMS CORPORATION,**
  as successor-by-merger to BUFFALO PUMPS
874 OLIVER STREET
N. TONAWANDA, NY 14120

**AMERICAN BILTRITE, INC.**
57 River Street
Wellsley Hills, MA 02181

**ATWOOD & MORRILL COMPANY**
29 Old Right Road
Ipswich, MA 01938

**AURORA PUMP COMPANY**
13515 Ballantyne Corporate Place
Charlotte, NC 28277

**AZROCK INDUSTRIES,**
  a Division of DOMCO, INC.
c/o CT Corporation Systems
Corporate Trust Center
1209 Orange Street
Wilmington, DE 19801

**BLACKMER**
1809 Century Avenue SW
Grand Rapids, MI 49503-1530

**BYRON JACKSON PUMPS**
5215 N. O'Conner Boulevard
Suite 2300
Irving, TX 75039

**CBS CORPORATION, f/k/a VIACOM INC.,**
  successor by merger to
  **CBS CORPORATION, f/k/a**
  **WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**CERTAINTEED CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

**CLEAVER BROOKS COMPANY, INC.**
11950 West Park Place
Milwaukee, WI 11270

**CRANE CO.**
100 First Stamford Place
Stamford, CT 06902

**EMPIRE-ACE INSULATION MFG. CORP.**
c/o THE SECRETARY OF STATE
41 State Street
Albany, NY 12207

**FMC CORPORATION,**
 on behalf of its former **CHICAGO PUMP**
 **& NORTHERN PUMP BUSINESSES**
1735 Market Street
Philadelphia, PA 19103

**FOSTER WHEELER, L.L.C.**
Route 173 at Frontage Road
Clinton, NJ 08809

**GARDNER DENVER, INC.**
1800 Gardner Expressway
Quincy, IL 62301

**GENERAL ELECTRIC COMPANY**
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**GEORGIA PACIFIC LLC.**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**GOULDS PUMPS, INC.**
240 Fall Street
Seneca Falls, NY 13148

**IMO INDUSTRIES, INC.**
Corporation Service Company,
2711 Centerville Road, Suite 400,
Wilmington, DE 19808

**INGERSOLL-RAND COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**KAISER GYPSUM COMPANY, INC.**
Manor Oak One
1910 Cochran Road
Pittsburgh, PA 15220

and

**TRMI**
301 Grant Street
Suite 3000
One Oxford Centre
Pittsburgh, PA 15219
Attention: Rezwan Mogri

**KENTILE FLOORS, INC.**
G & K Consultants
4 Rita Street
Syossett, NY 11791

**OWENS-ILLINOIS, INC.**
One Michael Owens Way
Perrysburg, OH 43551

**RAPID-AMERICAN CORPORATION**
2711 Centerville Road
Wilmington, DE 19808

**THE B.F. GOODRICH COMPANY,
(GOODRICH CORPORATION)**
CT Corporation System
111 8th Avenue
New York, NY 10011

**U.S. PLYWOOD CORPORATION**
CT CORPORATION SYSTEM
133 Peachtree Street NE
Atlanta, GA 30303

**U.S. RUBBER COMPANY (UNIROYAL)**
c/o Frank Degrim, Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016-1903

**WARREN PUMPS, LLC**
Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

**WEYERHAEUSER COMPANY**
33663 Weyerhaeuser Way S.
Federal Way, WA 98001

**YARWAY CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X  Index No.:
JOHN T. BEREI,

                                                         Plaintiff(s),

                               -against-                              **VERIFIED COMPLAINT**

Date Filed:

AIR & LIQUID SYSTEMS CORPORATION,
   as successor-by-merger to BUFFALO PUMPS,
AMERICAN BILTRITE, INC.,
ATWOOD & MORRILL COMPANY,
AURORA PUMP COMPANY,
AZROCK INDUSTRIES,
   a Division of DOMCO, INC.,
BLACKMER,
BYRON JACKSON PUMPS,
CBS CORPORATION, f/k/a VIACOM INC.,
   successor by merger to
   CBS CORPORATION, f/k/a
   WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
EMPIRE-ACE INSULATION MFG. CORP.,
FMC CORPORATION,
   on behalf of its former CHICAGO PUMP
   & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GEORGIA PACIFIC LLC.,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
KAISER GYPSUM COMPANY, INC.,
KENTILE FLOORS, INC.,
OWENS-ILLINOIS, INC.,
RAPID-AMERICAN CORPORATION,
THE B.F. GOODRICH COMPANY,
   (GOODRICH CORPORATION),
U.S. PLYWOOD CORPORATION,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, LLC,
WEYERHAEUSER COMPANY,
YARWAY CORPORATION,

**RECEIVED**

APR 02 2012

**Crane Co.**

                                                   Defendants.
-------------------------------------------------------------------X

Plaintiff(s), JOHN T. BEREI, by their attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

1. Plaintiff(s), JOHN T. BEREI, by their attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

2. Defendant AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to BUFFALO PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

3. Defendant AMERICAN BILTRITE, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

4. Defendant ATWOOD & MORRILL COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

5. Defendant AURORA PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

6. Defendant AZROCK INDUSTRIES, a Division of DOMCO, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

7. Defendant AZROCK INDUSTRIES, a Division of DOMCO, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8. Defendant BLACKMER, was and still is a duly organized domestic corporation doing business in the State of New York.

9. Defendant BYRON JACKSON PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

10. Defendant FMC CORPORATION, on behalf of its former CHICAGO PUMP & NORTHERN PUMP BUSINESSES, was and still is a duly organized domestic corporation doing business in the State of New York.

11. Defendant GARDNER DENVER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

12. Defendant GEORGIA PACIFIC LLC., was and still is a duly organized domestic corporation doing business in the State of New York.

13. Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

14. Defendant KAISER GYPSUM COMPANY, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

15. Defendant THE B.F. GOODRICH COMPANY, (GOODRICH CORPORATION), was and still is a duly organized domestic corporation doing business in the State of New York.

16. Defendant U.S. PLYWOOD CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

17. Defendant WARREN PUMPS, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

18. Defendant WEYERHAEUSER COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

19. Defendant YARWAY CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

Plaintiff(s), JOHN T. BEREI, repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *March 27, 2012*
      New York, New York

                               Yours, etc.,

                               WEITZ & LUXENBERG, P.C

                               Attorneys for Plaintiff(s)
                               700 Broadway
                               New York, NY 10003
                               (212) 558-5500

STATE OF NEW YORK )
                                 SS:
COUNTY OF NEW YORK )

        The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

        Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.


Dated: March 27, 2012
       New York, New York

                                                                         /S/
                                                   DAVID CHANDLER

Index No.: 190155-12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JOHN T. BEREI,

                      Plaintiff(s),

-against-

AIR & LIQUID SYSTEMS CORPORATION,
as successor-by-merger to BUFFALO PUMPS, et. al.,

                      Defendants.

## SUMMONS and COMPLAINT

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
700 Broadway
New York, NY 10003
212-558-5500

To
Attorney(s) for

Service of a copy of the within
      is hereby admitted.
Dated, March 27, 2012

Attorney(s) for



# NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

### JOHN T. BEREI - v. - AIR & LIQUID SYSTEMS CORPORATION, et al

### Index Number NOT assigned

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | | 03/27/2012 04:34 PM |

## Filing User

| | | | |
|---|---|---|---|
| Name: | **DAVID ALLAN CHANDLER** | | |
| Phone | | E-mail Address: | **Dchandler@weitzlux.com** |
| Fax #: | | Work Address: | **700 BROADWAY** |
| | | | **NEW YORK, NY 10003** |

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 03/27/2012 04:34 PM:

**CHANDLER, DAVID ALLAN - Dchandler@weitzlux.com**

NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.

---

E-mail: EFile@nycourts.gov    Phone: (646) 386-3033    Fax: (212) 401-9146    website: www.nycourts.gov/efile