Andrew J. Yoder (Texas State Bar No. 24051552)
Foster C. Johnson (Texas State Bar No. 24076463)
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
(713) 229-1827
(713) 229-1268
drew.yoder@bakerbotts.com
foster.johnson@bakerbotts.com

ATTORNEYS FOR DEFENDANT
UNION CARBIDE CORPORATION

Molly J. Mrowka (Cal. Bar No. 190133)
HARTMAN, BLACKSTOCK & MOORE
182 Howard Street #414
San Francisco, California 94105
(415) 658-7446
(415) 963-3471 (fax)
molly.mrowka@andrewshartman.com

ATTORNEYS FOR DEFENDANT
MONTELLO, INC.

**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION | Consolidated Under MD 875  (2:01-md-00875-ER) |
| (NO VI) | Before the United States District Court For the Eastern District of Pennsylvania |
| This Document Relates To: | |
| *Robert F. Lyman and Samantha Lyman v. Asbestos Defendants,* | Hon. Eduardo C. Robreno E.D. PA No.  2:09-cv-62999-ER |
| Transferred from the United States District Court for the Northern District of California Cause No. C-07-4240-SBA | **JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO VACATE CONDITIONAL REMAND ORDER OF DEFENDANTS UNION CARBIDE & MONTELLO, INC.** |

Pursuant to Rules 6.1(e) & 6.3(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML Rules"), Defendants Union Carbide Corporation and Montello, Inc. respectfully file this motion for extension to time to file their motion to vacate the conditional remand order.  In support of this motion, Defendants would show the following:

The Conditional Remand Order was entered by the Panel on June 6, 2012. Defendants filed their joint notice of opposition on June 13, 2012,  making Defendants' motion to vacate due on June 27, 2012, pursuant to JPML Rule 10.2(e).  Defendants seek an extension of fourteen (14) days to file its motion to vacate, through and until Wednesday, July 11, 2012.  This is Defendants' first request for an extension.

Defendants request this extension not for purposes of delay but only so that their counsel may have adequate time to prepare their motion to vacate.  Defendants require an extension of time because Union Carbide's counsel of record, Drew Yoder, is currently on paternity leave and will not return to the office until August 1, 2012. Additionally, Union Carbide's counsel Foster Johnson, who is primarily responsible for drafting the motion to vacate, has or has had the following obligations that would interfere with his ability to file Defendants' motion to vacate by June 27, 2012: (i) a merits reply brief due on June 27, 2012, in No. 04-11-00550-CV, *BP America Production Company v. Carlos M. Zaffirini, et al.*, in the Fourteenth Court of Appeals at San Antonio, Texas; and (ii) a brief on the merits due on July 18, 2012, in No. 11-0711, *Jesse F. Reece, Sr. v. Texoma Fleet & Auto Repair et al.*, in the Supreme Court of Texas.

For these reasons, Defendants respectfully request a fourteen (14)-day extension until Wednesday, July 11, 2012 to file its motion to vacate the conditional remand order or other such extension as the Court may deem warranted under the circumstances.

Respectfully submitted,

BAKER BOTTS L.L.P.

BY: _____
Andrew J. Yoder

ATTORNEYS FOR DEFENDANT
UNION CARBIDE CORPORATION

Dated: Friday, June 22, 2012

HARTMAN, BLACKSTOCK & MOORE

BY: _____
Molly J. Mrowka

ATTORNEYS FOR DEFENDANT
MONTELLO, INC.

Dated: Friday, June 22, 2012

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served via the

Court's CM/ECF system on the following counsel of record, each of whom has consented

to electronic service via the CM/ECF system, on the 22nd day of June 2012:

Richard M. Grant
David R. Donadio
Kimberly J.W.J. Chu
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169

Molly J. Mrowka
Hartman, Blackstock & Moore, PPC
182 Howard Street #414
San Francisco, CA  94105

Catherine Morris Krow
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105


_____
Andrew J. Yoder