# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>(NO VI)<br><br>This Document Relates To:<br><br>*Robert F. Lyman and Samantha Lyman v. Asbestos Defendants,*<br><br>Transferred from the United States District Court for the Northern District of California Cause No. C-07-4240-SBA | Consolidated Under<br>MDL 875 (2:01-md-00875-ER)<br><br>Before the United States District Court For the Eastern District of Pennsylvania<br><br>Hon. Eduardo C. Robreno<br>E.D. PA No. 2:09-cv-62999-ER<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS UNION CARBIDE & MONTELLO TO FILE MOTION TO VACATE CONDITIONAL REMAND ORDER** |

### ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION

After considering Defendants Union Carbide and Montello, Inc.'s Joint Motion for Extension of Time to File Motion to Vacate Conditional Remand Order, the Court hereby ORDERS that the joint motion is GRANTED and that the deadline for Defendants Union Carbide and Montello, Inc. to file their motion to vacate or otherwise respond is extended to July 11, 2012.

**IT IS SO ORDERED.**

Washington, DC

_____, 2012
Dated

_____
HONORABLE JEFFREY N. LÜTHI
Clerk of the Panel