1  MICHELE C. BARNES (SBN: 187239)
   michele.barnes@klgates.com
2  ZACHARIAH D. BAKER (SBN 271620)
   zac.baker@klgates.com
3  **K&L GATES LLP**
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA  94111
   Telephone:  415.882.8200
5  Facsimile:   415.882.8220

6  Attorneys for Defendant
   CRANE CO.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI),<br><br>This Document Relates To: | MDL DOCKET NO. 875 |

1
**NOTICE OF TAG-ALONG ACTION**

| | |
|---|---|
| 1 | MICHELE C. BARNES (SBN: 187239) |
| | michele.barnes@klgates.com |
| 2 | ZACHARIAH D. BAKER (SBN 271620) |
| | zac.baker@klgates.com |
| 3 | **K&L GATES LLP** |
| | Four Embarcadero Center, Suite 1200 |
| 4 | San Francisco, CA 94111 |
| | Telephone: 415.882.8200 |
| 5 | Facsimile: 415.882.8220 |
| 6 | Attorneys for Defendant |
| | CRANE CO. |

E-filing

ORIGINAL FILED
JUN 15 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 12 3096  MEJ

| | | |
|---|---|---|
| 11 | DANIEL DEUYOUR, | Civil Action No. |
| 12 | Plaintiffs, | (Superior Court of the State of California for the County of San Francisco, CA |
| 13 | v. | NO. CGC-12-276047) |
| 14 | BF GOODRICH COMPANY; CARRIER CORPORATION; CBS CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORPORATION; CRANE CO., Individually and as successor in interest to CHAPMAN VALVES; THE DEXTER CORP. individually and as successor in interest to DEXTER AEROSPACE, HYSOL, DEXTER-HYSOL and DEXTER HYSOL AEROSPACE, INC.; EATON CORPORATION individually and as successor in interest to CUTLER-HAMMER, INC.; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC LLC, F/K/A GEORGIA PACIFIC CORPORATION, SUCCESSOR IN INTEREST TO BESTWELL GYPSUM COMPANY; THE GOODYEAR TIRE & RUBBER COMPANY; HONEYWELL INTERNATIONAL INC., INDIVIDUALLY AND AS SUCCESSOR INTEREST TO ALLIED SIGNAL, INC. AND BENDIX CORPORATION; IMO INDUSTRIES, INC. (Individually and as successor in interest to DELAVAL STEAM TURBINE, INC.); INGERSOLL-RAND COMPANY, individually and as successor | **NOTICE OF TAG-ALONG ACTION** |

---

1

NOTICE OF TAG-ALONG ACTION

| | |
|---|---|
| 1 | in interest to THE ALDRICH COMPANY; JERGUSON GAGE & VALVE COMPANY; JOHN CRANE, INC.; |
| 2 | KELLY-MOORE PAINT COMPANY, INC.; PARKER HANIFFIN |
| 3 | CORPORATION, individually and as successor in interest to SACOMA SIERRA |
| 4 | COMPANY; PNEUMO-ABEX, LLC (Individually and as successor-in-interest to |
| 5 | ABEX CORPORATION f/k/a AMERICAN BRAKE SHOE COMPANY f/k/a |
| 6 | AMERICAN BRAKE SHOE AND FOUNDRY COMPANY INCLUDING |
| 7 | THE AMERICAN BRAKEBLOC DIVISION, f/k/a THE AMERICAN |
| 8 | BRAKE MATERIALS CORPORATION); SAN FRANCISCO GRAVEL COMPANY; |
| 9 | SHELL OIL COMPANY; SOCO WEST, INC. (f/k/a BRENNTAG WEST INC., f/k/a |
| 10 | SOCO-LYNCH CORPORATION, f/k/a SOCO-WESTERN CHEMICAL |
| 11 | CORPORATION; f/k/a STINNES-WESTERN CHEMICAL CORPORATION; |
| 12 | UNION CARBIDE CORPORATION; WARREN PUMPS, LLC; YORK |
| 13 | INTERNATIONAL CORPORATION, individually and as successor-in-interest to |
| 14 | CENTRAL ENVIRONMENTAL SYSTEMS, INC., f/k/a BORG-WARNER |
| 15 | CENTRAL ENVIRONMENTAL SYSTEMS, INC.; YORK-LUXAIRE, INC.; |
| 16 | LUXAIRE, INC., and THE C.A. OLSEN MANUFACTURING COMPANY and d/b/a |
| 17 | "MONCRIEF FURNACES" d/b/a YORK HEATING & AIR CONDITIONING; and |
| 18 | DOES 1-300 |
| 19 | Defendants. |

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall

| | |
|---|---|
| 1 | promptly notify the Clerk of the Panel of any potential "tag-along actions" in |
| 2 | which that party is also named or in which that counsel appears. |
| 3 | On November 23, 2011, the Panel on Multidistrict Litigation and the Hon. Eduardo C. |
| 4 | Robreno issued an order and recommendation terminating the new transfer of tag-along actions to the |
| 5 | MDL, with several exceptions, including cases venued in the Northern District of California. |
| 6 | The undersigned hereby notifies the Court that this is a potential "tag-along action" that may |
| 7 | be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) |
| 8 | enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause |
| 9 | why the action should not be transferred, pursuant to MDL Rule 7.3(a). |
| 10 | Mailed to: |
| 11 | Michael J. Beck |
|  | Clerk of the Panel |
| 12 | Judicial Panel on Multidistrict Litigation |
|  | Thurgood Marshall Federal Judiciary Building |
| 13 | One Columbus Circle, N.E., Room G-255, North Lobby |
|  | Washington, DC 20002-8004 |

Respectfully submitted,

Date: June 14, 2012      By: _____
Michele C. Barnes (CA S.B. # 187239)
Zachariah D. Baker (CA S.B. # 271620)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Attorneys for Defendant
CRANE CO.

---

3
**NOTICE OF TAG-ALONG ACTION**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served via hand delivery to plaintiffs' counsel and via U.S. mail and electronic service on all counsel of record on June 15, 2012.

_____
Michele C. Barnes (CA S.B. # 187239)
Zachariah D. Baker (CA S.B. # 271620)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Attorneys for Defendant
CRANE CO.