UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)          MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has, in the actions on this conditional remand order: (1) severed all claims for punitive or exemplary damages; and (2) advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all claims in the action(s) on this conditional remand order except the severed damages claims be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                           MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 09–62913 | CAN | 3 | 05–01533 | SETTERBERG v. NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY et al |
| PAE | 2 | 09–62917 | CAN | 3 | 05–04084 | CLEMMER v. VIAD CORP. et al |
| PAE | 2 | 09–62918 | CAN | 3 | 05–04085 | COURIS et al v. VIAD CORP. et al |
| PAE | 2 | 09–63699 | CAN | 3 | 05–04347 | MARCELJA et al v. TODD SHIPYARDS CORPORATION et al |
| PAE | 2 | 09–62921 | CAN | 3 | 05–04947 | BARTHOLOMEW v. GENERAL ELECTRIC COMPANY et al |
| PAE | 2 | 09–62922 | CAN | 3 | 05–04998 | RICE et al v. GENERAL ELECTRIC COMPANY |
| PAE | 2 | 09–63700 | CAN | 3 | 05–05293 | PIERCE et al v. GENERAL ELECTRIC CO. |
| PAE | 2 | 09–62924 | CAN | 3 | 06–00692 | TAYLOR v. VIAD CORP. et al |
| PAE | 2 | 09–62925 | CAN | 3 | 06–00843 | CODY v. GENERAL ELECTRIC COMPANY |
| PAE | 2 | 09–62926 | CAN | 3 | 06–01634 | MATHEWS v. GENERAL ELECTRIC COMPANY et al |
| PAE | 2 | 09–62928 | CAN | 3 | 06–02901 | TOLVA v. GENERAL ELECTRIC COMPANY |
| PAE | 2 | 09–62931 | CAN | 3 | 06–03287 | KOTARSKY v. GENERAL ELECTRIC COMPANY |
| PAE | 2 | 09–62936 | CAN | 3 | 06–06949 | CERVENKA et al v. GENERAL ELECTRIC COMPANY |
| PAE | 2 | 09–62939 | CAN | 3 | 08–00229 | Betty Rabener, etc. v. General Electric Co., et al. |
| PAE | 2 | 09–62941 | CAN | 3 | 08–00980 | HANNA v. GENERAL ELECTRIC COMPANY et al |
| PAE | 2 | 09–62942 | CAN | 3 | 08–00981 | TAYLOR v. GENERAL ELECTRIC COMPANY et al |
| PAE | 2 | 09–62943 | CAN | 3 | 08–00982 | Donald Cantlin, Jr. v. General Electric Co., et al. |
| PAE | 2 | 09–64299 | CAN | 3 | 08–02704 | COLLINS et al v. GENERAL ELECTRIC CORPORATION et al |
| PAE | 2 | 09–62910 | CAN | 3 | 08–04656 | LUNSFORD et al v. GENERAL ELECTRIC COMPANY et al |
| PAE | 2 | 09–63702 | CAN | 3 | 08–04926 | CONNER et al v. GENERAL ELECTRIC COMPANY et al |
| PAE | 2 | 09–63703 | CAN | 3 | 08–05185 | MORILLAS et al v. GENERAL ELECTRIC COMPANY |
| PAE | 2 | 09–66188 | CAN | 3 | 09–00364 | MCCURTIS v. FOSTER WHEELER LLC et al |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | PAE | 2 | 09–66189 | CAN | 3 | 09–00365 | STONE v. GENERAL ELECTRIC COMPANY et al |
| | PAE | 2 | 09–67105 | CAN | 3 | 09–00709 | Daniel Riedinger v. General Electric Co., et al. |
| | PAE | 2 | 09–70107 | CAN | 3 | 09–01269 | Richard Close v. General Electric Co., et al. |
| | PAE | 2 | 09–70109 | CAN | 3 | 09–01322 | WOODY et al GENERAL ELECTRIC COMPANY, ET AL |
| | PAE | 2 | 09–74740 | CAN | 3 | 09–02245 | VALDEZ v. GENERAL ELECTRIC COMPANY |
| | PAE | 2 | 09–74742 | CAN | 3 | 09–02248 | ANAYA v. GENERAL ELECTRIC COMPANY et al |
| | PAE | 2 | 09–74743 | CAN | 3 | 09–02282 | John McCollister v. General Electric Co., et al. |
| | PAE | 2 | 09–74747 | CAN | 3 | 09–02433 | BRYANT et al v. GENERAL ELECTRIC COMPANY et al |
| | PAE | 2 | 09-80020 | CAN | 3 | 09-02691 | Rex Hancock v. General Electric Co., et al. |
| | PAE | 2 | 09-80021 | CAN | 3 | 09-02692 | Robert Pennington v. General Electric Co. |
| | PAE | 2 | 09-80024 | CAN | 3 | 09-02757 | Charley Brown v. General Electric Co. |
| | PAE | 2 | 09-80025 | CAN | 3 | 09-02806 | Jack Reynolds v. General Electric Co., et al. |
| | PAE | 2 | 09-80027 | CAN | 3 | 09-02864 | John Otto v. General Electric Co., et al. |
| | PAE | 2 | 09–90812 | CAN | 3 | 09–03185 | BULLOCK v. GENERAL ELECTRIC COMPANY et al |
| | PAE | 2 | 09–90817 | CAN | 3 | 09–03245 | WERT v. GENERAL ELECTRIC COMPANY |
| | PAE | 2 | 10–83237 | CAN | 3 | 10–04022 | Fong et al v. General Electric Company et al |
| | PAE | 2 | 11–60067 | CAN | 3 | 10–05932 | TURNER v. GENERAL ELECTRIC COMPANY et al |
| | PAE | 2 | 11–63528 | CAN | 3 | 11–00424 | ADAMSON et al v. GENERAL ELECTRIC COMPANY |
| | PAE | 2 | 09–62998 | CAN | 4 | 05–05235 | CALDERON v. GENERAL ELECTRIC COMPANY |
| | PAE | 2 | 09–63001 | CAN | 4 | 07–01274 | FINKELSTEIN v. GENERAL ELECTRIC COMPANY |
| | PAE | 2 | 09–63000 | CAN | 4 | 08–00969 | PRICE et al v. GENERAL ELECTRIC COMPANY et al |
| | PAE | 2 | 09–62905 | CAN | 4 | 08–04925 | ROOD v. GENERAL ELECTRIC COMPANY et al |
| | PAE | 2 | 09–70112 | CAN | 4 | 09–02012 | Barbara Hulsen, et al. v. General Electric Co., et al. |
| | PAE | 2 | 11–60035 | CAN | 4 | 10–05096 | GOTTSCHALL et al v. GENERAL ELECTRIC COMPANY et al |
| * | PAE | 2 | 09–63985 | CAN | 3 | 05–01461 | Karl Nylund v. Viacom Inc., et al. |
| * | PAE | 2 | 09–63997 | CAN | 3 | 05–01461 | William Palma v. Viacom Inc., et al. |
| * | PAE | 2 | 09–64005 | CAN | 3 | 05–04510 | Erlinda Riker v. General Electric Co., et al. |
| * | PAE | 2 | 09–64008 | CAN | 3 | 05–04945 | Stanley Sparks v. Lockheed Martin Corporation, et al. |
| * | PAE | 2 | 09–64010 | CAN | 3 | 05–04945 | Denzile Evans v. Lockheed Martin Corporation, et al. |
| * | PAE | 2 | 09–64011 | CAN | 3 | 05–04945 | Philip Thornburg v. Lockheed Martin Corporation, et al. |
| * | PAE | 2 | 09–64012 | CAN | 3 | 05–04946 | Jennifer Oxford, et al. v. General Electric Co., et al. |
| * | PAE | 2 | 09–64013 | CAN | 3 | 05–04946 | Carolyn Ann Williams, et al. v. General Electric Co., et al. |
| * | PAE | 2 | 09–64016 | CAN | 4 | 06–02134 | Richard Smid v. General Electric Co., et al. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| * | PAE | 2 | 09–64019 | CAN | 3 | 06–03724 | David Daniels v. General Electric Co., et al. |
| * | PAE | 2 | 09–64020 | CAN | 3 | 06–03724 | Wilfred Jodoin v. General Electric Co., et al. |
| * | PAE | 2 | 09–64024 | CAN | 3 | 07–02542 | James Guthrie v. General Electric Co., et al. |
| * | PAE | 2 | 09–64025 | CAN | 3 | 07–02542 | Tony Davidson v. General Electric Co., et al. |
| * | PAE | 2 | 09–64026 | CAN | 3 | 07–02542 | Ronald Zerangue v. General Electric Co., et al. |
| * | PAE | 2 | 09–64027 | CAN | 3 | 07–02542 | Samuel Rester v. General Electric Co., et al. |
| * | PAE | 2 | 09–64028 | CAN | 3 | 07–02542 | John Gray v. General Electric Co., et al. |
| * | PAE | 2 | 09–64029 | CAN | 3 | 07–02542 | Elmer Parolini v. General Electric Co., et al. |
| * | PAE | 2 | 09–64032 | CAN | 3 | 07–02543 | Michael Halseth v. General Electric Co., et al. |
| * | PAE | 2 | 09–64033 | CAN | 3 | 07–02543 | Robert Wagenman v. General Electric Co., et al. |
| * | PAE | 2 | 09–64035 | CAN | 3 | 07–02543 | Donald Hunter v. General Electric Co., et al. |
| * | PAE | 2 | 09–64039 | CAN | 3 | 08–04400 | Jerry Peal v. General Electric Co., et al. |
| * | PAE | 2 | 09–64040 | CAN | 3 | 08–04400 | Donald Salisbury v. General Electric Co., et al. |
| * | PAE | 2 | 09–64041 | CAN | 3 | 08–04400 | Oscar Sunken v. General Electric Co., et al. |
| * | PAE | 2 | 09–64042 | CAN | 3 | 08–04401 | Albert Hutto v. General Electric Co., et al. |
| * | PAE | 2 | 09–64045 | CAN | 3 | 08–04401 | Lynn Patrick Schmidt v. General Electric Co., et al. |
| * | PAE | 2 | 09–64046 | CAN | 3 | 08–04401 | Michael Steinberger v. General Electric Co., et al. |
| * | PAE | 2 | 09–64047 | CAN | 3 | 08–04401 | Barry Burnham v. General Electric Co., et al. |
| * | PAE | 2 | 09–64048 | CAN | 3 | 08–04415 | Larry Yabarra v. General Electric Co. |
| * | PAE | 2 | 09–64049 | CAN | 3 | 08–04415 | Norman Carveth v. General Electric Co. |
| * | PAE | 2 | 09–64050 | CAN | 3 | 08–04415 | Charles Sarver v. General Electric Co. |
| * | PAE | 2 | 09–64051 | CAN | 3 | 08–04415 | Bland Burks v. General Electric Co. |
| * | PAE | 2 | 09–64059 | CAN | 3 | 08–04461 | Joseph Murray v. General Electric Co., et al. |
| * | PAE | 2 | 09–64303 | CAN | 3 | 08–03181 | Jeffery Mccue, et al. v. General Electric Co., et al. |
| * | PAE | 2 | 09–64310 | CAN | 3 | 08–00228 | John L. Davis v. General Electric Co., et al. |
| * | PAE | 2 | 09–64312 | CAN | 3 | 08–00228 | John L. Davis v. General Electric Co., et al. |
| * | PAE | 2 | 09–64314 | CAN | 3 | 08–00228 | John L. Davis v. General Electric Co., et al. |
| * | PAE | 2 | 09–64315 | CAN | 3 | 07–04352 | Gillian Carolan, et al. v. General Electric Co. |
| * | PAE | 2 | 09–64316 | CAN | 3 | 07–04352 | Gillian Carolan, et al. v. General Electric Co. |
| * | PAE | 2 | 09–64317 | CAN | 3 | 08–00230 | Naomi Beaurman−white, et al. v. General Electric Co., et al. |
| * | PAE | 2 | 09–68010 | CAN | 3 | 09–00363 | Wesley Joe Embrey, et al. v. General Electric Co. |
| * | PAE | 2 | 09–68013 | CAN | 3 | 09–00363 | Clair Yarbrough, et al. v. General Electric Co. |

* − denotes that the civil action has been severed.