BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
MDL NO. 875

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                    :
**PATRICIA COACH,**                 :
                                    :
                  Plaintiffs,       :     CIVIL ACTION NO.  12-Civ-3611
                                    :
VS.                                 :
                                    :
                                    :
**ARMSTRONG INTERNATIONAL INC.**:
Including CBS CORPORATION, f/k/a    :
Viacom, Inc., Successor by merger to CBS:
Corporation, f/k/a Westinghouse Electric :
 Corp.; FOSTER WHEELER ENERGY       :
CORPORATION; GENERAL                :
ELECTRIC COMPANY,   et al.          :
                                    :
                  Defendants.       :
_____:

CERTIFICATION OF SERVICE

    I, Christopher J. Keale, hereby certify that on June 27, 2012, that true and correct copies of Defendants, CBS Corporation, Foster Wheeler Energy Corporation and General Electric Company's Memorandum of Law in Opposition to Plaintiff's Motion to Vacate CTO-511 and Certification of Service, were electronically filed with the Clerk of the United States Judicial Panel on Multidistrict Litigation.

NJ/718918v1

I further certify that true and correct copies thereof were served on plaintiffs' counsel, Kardon A. Stolzman, Esq. and all known defense counsel on June 27, 2012 via the Court's ECF system and/or via email.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**SEDGWICK LLP**

**By:** _____/S_____
Christopher J. Keale
Three Gateway Center - 12th Floor
Newark, New Jersey 07102
(973) 242-0002
(973) 242-8099 - fax
Chirstopher.keale@sedgwicklaw.com
Counsel for Attorneys for Defendants CBS Corporation, Foster Wheeler Energy Corporation and General Electric Company