COACH, PATRICIA
SERVICE RIDER
==============

| | |
|---|---|
| Kardon A. Stolzman, Esq.<br>Napoli Bern Ripka Shkolnik & Associates, LLP<br>350 5th Avenue, Suite 7413<br>New York, New York 10118 | Plaintiff |
| Thomas Beneventano, Esq.<br>Lasorsa & Beneventano<br>3 Barker Avenue, 2nd Floor<br>White Plains, NY 10601 | Counsel for Armstrong International, Inc. |
| Anna DiLonardo, Esq.<br>Marshall, Dennehy, Warner, Coleman & Goggin<br>888 Veteran's Memorial Highway, Suite 540<br>Hauppauge, New York 11788 | Counsel for Borg-Warner Corp., n/k/a Burns International Services Corp., BW/IP International, Inc., f/k/a Borg Warner Industrial Products, successor to Byron Jackson Pumps |
| Edward WIlbraham, Esq.<br>Wilbraham Lawler & Buba<br>140 Broadway, 46th Floor<br>New York, NY 10005 | Buffalo Pumps, Inc. |
| Barbara Hopkins Kelly, Esq.<br>Wilson Elser Moskowitz, Edelman & Dicker<br>33 Washington Street<br>Newark, New Jersey 07102 | Counsel for Carrier Corporation |
| Kristen Alford Kneis, Esq.<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Counsel for Crane, Co. |
| M. Bradford Stein, Esq.<br>Flemming, Zulack & Williamson, LLP<br>One Liberty Plaza<br>New York, NY 10006 | Counsel for Crown, Cork & Seal Co., Inc. |
| Nancy McDonald, Esq.<br>McElroy, Deutch & Mulvaney<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, New Jersey 07962-2075 | Counsel for Flowserve Corporation |
| Christopher P. Hannan, Esq.<br>Kelley, Jasons, McGowan, Spinelli & Hanna LLP<br>120 Wall Street, 30th Floor<br>New York, NY 10005 | Counsel for FMC Corp. |
| Mark Feinstein, Esq.<br>Aaronson Rappaport Feinstein & Deutsch LLP<br>757 Third Avenue<br>New York, New York 10017 | Counsel for Ford Motor Company |

| | |
|---|---|
| Scott R. Emery, Esq.<br>Lynch Daskal Emery LLP<br>264 West 40th Street<br>New York, New York 10018 | Counsel for Georgia Pacific Co., |
| Donald R. Pugliese, Esq.<br>McDermott Will & Emery<br>340 Madison Avenue<br>New York, New York 10017 | Counsel for Honeywell International, Inc. |
| Joseph Colao, Esq.<br>Helen Chung, Esq.<br>Leader & Berkon LLP<br>630 Third Avenue, 17th Floor<br>New York, New York 10017 | Counsel for IMO Industries, Inc. and Warren Pumps, Inc. |
| Lisa M. Pascarella, Esq.<br>Stephanie A. Divita, Esq.<br>Pehlivanian, Braaten & Pascarella, LLC<br>2430 Route 34 – P.O. Box 648<br>Manasquan, New Jersey 08736 | Counsel for Ingersoll-Rand Co. |
| Judith Yavitz, Esq.<br>Darger Errante Yavitz & Blau LLP<br>116 East 27th Street, 12th Floor<br>New York, NY 10016 | Counsel for Union Carbide Corp. |
| Lawrence McGivney, Esq.<br>Monakee Griffin, Esq.<br>Jeff Kluger, Esq.<br>McGivney & Kluger, P.C.<br>80 Broad Street – 23rd Fl.<br>New York, New York 10004 | Weir Valves and Controls USA Inc. |
| Rob Tonogbanua, Esq.<br>Dickie, McCamey & Chilcote P.C.<br>Public Ledger Building, Suite 901<br>150 South Independence Mall – West<br>Philadelphia, PA 19106 | Counsel for Yarway Corp. |