ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
GEOFF T. SLONIKER, ESQ., CA S.B. #268049
E-Mail: gsloniker@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# BEFORE THE JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875<br>2:01-md-00875-ER |
| SAMANTHA LYMAN, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT LYMAN, Deceased; and ROBERT LYMAN, JR., LAURA LYMAN, LISA CARAWAN, STEPHEN LYMAN, MICHAEL LYMAN, and KENNETH CHRISTIE, as Legal Heirs of ROBERT LYMAN, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION CARBIDE CORPORATION and MONTELLO, INC.,<br><br>Defendants. | PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO CONDITIONAL REMAND ORDER SEVERING PUNITIVE DAMAGES<br><br>Hon. Eduardo C. Robreno<br>E.D. PA No. 2:09-cv-62999-ER<br><br>This document relates to:<br><br>*Robert Lyman, Jr., et al. v. Asbestos Defendants (B❖P),* United States District Court, Northern District of California, Case No. 4:07-cv-04240-SBA |

The United States Panel on Multidistrict Litigation ("JPML") issued a Conditional Remand Order dated June 6, 2012. On June 14, 2012, plaintiffs filed a Notice of Opposition to Conditional Remand Order Severing Punitive Damages in the JPML. Plaintiffs' motion is due filed on June 27, 2012. Plaintiffs request that the JPML extend her time to file the opposition until July 11, 2012.

///

1  The basis for this request is that the attorney responsible for writing the motion, Kimberly
2  Chu, is out of the office until July 2, 2012.  Another attorney assisting on the case, Geoff
3  Sloniker, was working on responses to various defendants' motions for summary judgment in the
4  Eastern District of Pennsylvania, which were due filed on June 25, 2012.
5  The defendants, who are filing a joint opposition to the Conditional Remand Order, filed
6  a motion seeking additional time to file their motion, which was otherwise due filed on June 27,
7  2012.  The JPML granted defendants' request for more time and set July 11, 2012, as the
8  defendants' new filing date.  Providing plaintiffs with the requested extension will not prejudice
9  the defendants given that they have already received the same extension.

11  Dated:  June 26, 2012                    BRAYTON❖PURCELL LLP

13                                            By:   /s/ *Geoff T. Sloniker*
                                                Geoff T. Sloniker, Esq., CA S.B. #268049
14                                              Email: gsloniker@braytonlaw.com
                                                Tel: (415) 898-1555
15                                              Fax: (415) 898-1247
                                                Attorneys for Plaintiffs

K:\Injured\107053\FED\PLD\mtn-addl-time-JPML.wpd                                              GTS
PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO CONDITIONAL REMAND
ORDER SEVERING PUNITIVE DAMAGES, CASE NO. 2:09-CV-62999-ER

MDL 875
2:01-md-00875-ER
*Samantha Lyman, et al. v. Union Carbide Corporation, et al.*
United States District Court, E.D.P.A. Case No. 2:09-cv-62999-ER; N.D. 4:07-cv-04240-SBA

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on June 26, 2012, the following document(s).

    PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO CONDITIONAL REMAND ORDER SEVERING PUNITIVE DAMAGES;

    [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO CONDITIONAL REMAND ORDER SEVERING PUNITIVE DAMAGES

    Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    Dated this 26th day of June, 2012.

                                           /s/ *Sherry De La Torre*