ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
GEOFF T. SLONIKER, ESQ., CA S.B. #268049
E-Mail: gsloniker@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) | MDL DOCKET NO. 875<br>2:01-md-00875-ER |
| SAMANTHA LYMAN, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT LYMAN, Deceased; and ROBERT LYMAN, JR., LAURA LYMAN, LISA CARAWAN, STEPHEN LYMAN, MICHAEL LYMAN, and KENNETH CHRISTIE, as Legal Heirs of ROBERT LYMAN, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>UNION CARBIDE CORPORATION and MONTELLO, INC.,<br><br>Defendants. | ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO CONDITIONAL REMAND ORDER SEVERING PUNITIVE DAMAGES<br><br>Hon. Eduardo C. Robreno<br>E.D. PA No. 2:09-cv-62999-ER<br><br>This document relates to:<br><br>*Robert Lyman, Jr., et al. v. Asbestos Defendants (B❖P),* United States District Court, Northern District of California, Case No. 4:07-cv-04240-SBA |

After considering plaintiffs' Motion for Extension of Time to File Opposition to Conditional Remand Order Severing Punitive Damages, the Court hereby ORDERS that plaintiffs' motion is GRANTED and that the plaintiffs' deadline to file their opposition is extended to July 11, 2012.

IT IS ORDERED.

Dated: ___________________

_______________________________
Jeffery N. Luthi
Clerk of the Panel