ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-04852-PKC

Macknin et al v. Air & Liquid Systems Corp. et al          Date Filed: 06/21/2012
Assigned to: Judge P. Kevin Castel                         Jury Demand: None
Case in other court: State Court-Supreme, 190143-12        Nature of Suit: 368 P.I. : Asbestos
Cause: 28:1441 Notice of Removal                           Jurisdiction: Federal Question

**Plaintiff**

**Michael Macknin**

**Plaintiff**

**Barbara Macknin**

V.

**Defendant**

**Air & Liquid Systems Corp.**          represented by   **Angela Digiglio**
*as successor-by-merger to Buffalo*                      Kirkpatrick & Lockhart Preston Gates
*Pumps*                                                  Ellis LLP( Lex. Ave.)
                                                         599 Lexington Avenue
                                                         New York, NY 10022
                                                         (212)-536-3994
                                                         Fax: (212)-536-3901
                                                         Email: angela.digiglio@klgates.com
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Co.**

**Defendant**

**Kamco Supply Corp.**                   represented by   **Anna Maria DiLonardo**
                                                         Marshall, Dennehey, Warner, Coleman
                                                         & Goggin
                                                         888 Veterans Memorial Highway
                                                         Hauppauge, NY 11788
                                                         (631)-232-6130
                                                         Fax: (631)-232-6184
                                                         Email: amdilonardo@mdwcg.com
                                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/21/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: |

| | | |
|---|---|---|
| | | 190143-12. (Filing Fee $ 350.00, Receipt Number 1041590).Document filed by Air & Liquid Systems Corp. (mro) (Additional attachment(s) added on 6/26/2012: # 1 1, # 2 2, # 3 3, # 4 4, # 5 5, # 6 6, # 7 5 3, # 8 5 4, # 9 5 5, # 10 5 9, # 11 5 10, # 12 5 11, # 13 5 12, # 14 5 13, # 15 5 14, # 16 5 15, # 17 5 16, # 18 5 17, # 19 5 18, # 20 5 19, # 21 5 20, # 22 5 21, # 23 5 22, # 24 5 23, # 25 5 24, # 26 5 25, # 27 5 26, # 28 5 27, # 29 5 28, # 30 5 30, # 31 5 33, # 32 5 34, # 33 5 35, # 34 5 36, # 35 6, # 36 6 1, # 37 6 2, # 38 6 3, # 39 6 4, # 40 6 5, # 41 6 6, # 42 6 7, # 43 6 8, # 44 6 9, # 45 6 10, # 46 6 11, # 47 6 12, # 48 6 13, # 49 6 14, # 50 6 15, # 51 6 16, # 52 6 17, # 53 6 18, # 54 6 19, # 55 6 20, # 56 6 21, # 57 6 22, # 58 6 23, # 59 6 24, # 60 6 25, # 61 6 26, # 62 6 27, # 63 6 28, # 64 6 29, # 65 6 30, # 66 6 31, # 67 6 32, # 68 6 33, # 69 6 34, # 70 6 35, # 71 6 36, # 72 6 37, # 73 6 38, # 74 6 39, # 75 6 40, # 76 6 41, # 77 6 42, # 78 7) (laq). (Entered: 06/25/2012) |
| 06/21/2012 | | Magistrate Judge James L. Cott is so designated. (mro) (Entered: 06/25/2012) |
| 06/21/2012 | | Case Designated ECF. (mro) (Entered: 06/25/2012) |
| 06/26/2012 | 2 | CERTIFICATE OF SERVICE of Crane Co.'s Notice of Removal served on All Parties on 06/21/2012. Service was made by Mail. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 06/26/2012) |
| 06/26/2012 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Crane Co..(Digiglio, Angela) (Entered: 06/26/2012) |
| 06/26/2012 | 4 | NOTICE of Tag-Along Action. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 06/26/2012) |
| 06/27/2012 | 5 | NOTICE OF APPEARANCE by Anna Maria DiLonardo on behalf of Kamco Supply Corp. (DiLonardo, Anna) (Entered: 06/27/2012) |
| 06/27/2012 | 6 | ORDER INITIAL PRETRIAL CONFERENCE: Initial Conference set for 9/13/2012 at 03:00 PM in Courtroom 12C, 500 Pearl Street, New York, NY 10007 before Judge P. Kevin Castel. COUNSEL FOR PLAINTIFF IS DIRECTED TO IMMEDIATELY SEND A COPY OF THIS NOTICE TO ALL PARTIES, and as further set forth in this document. (Signed by Judge P. Kevin Castel on 6/26/2012) (cd) (Entered: 06/27/2012) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/28/2012 08:08:49 | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-04852-PKC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

MICHAEL MACKNIN and BARBARA
MACKNIN,

          Plaintiff(s),

            v.

AIR & LIQUID SYSTEMS CORP., as
successor-by-merger to BUFFALO PUMPS, et
al.,

          Defendants.

---------------------------------------------------------x

: Docket No.: 12-CV-4852
:
: **DEFENDANT CRANE CO.'S NOTICE**
: **OF TAG-ALONG ACTION.**
:
:
:
:
:
:
:
:
:

TO:    THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on
Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court
to the United States District Court, Eastern District of Pennsylvania, for coordination of
consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  That
order also applies to "tag-along actions," or actions involving common questions of fact filed
after the January 27, 1991 filings of the Panel's Order to Show Cause.  MDL Rule 7.5(e)
provides:

> Any party or counsel in actions previously transferred under Section 1407
> or under consideration by the Panel for transfer under Section 1407 shall
> promptly notify the Clerk of the Panel of any potential "tag-along actions"
> in which that party is also named or in which that counsel appears.

On December 13, 2011, the Judicial Panel on Multidistrict Litigation issued its
Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers.  Pursuant to

that Order, the Judicial Panel will still transfer and consolidate tag-along cases to MDL-875 that are from the Southern District of New York.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated:  June 26, 2012

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Dated:  New York, New York
       June 26, 2012               Respectfully submitted,

                                            Crane Co.
                                            By its attorneys,

                                            /s/ Angela DiGiglio
                                          Angela DiGiglio (AD 2290)
                                          K&L GATES LLP
                                          599 Lexington Avenue
                                          New York, New York 10022-6030
                                          Email:  angela.digiglio@klgates.com
                                          Phone: (212) 536-3900
                                          Fax: (212) 536-3901

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Crane Co.'s ("Crane Co."), Notice of Tag Along Action was served on plaintiff's counsel and all defense counsel of record identified on the attached service rider via regular mail on June 26, 2012 and is available for viewing and downloading from the Court's ECF system.

/s/ Angela DiGiglio
Angela DiGiglio, Esq.
Attorney for Defendant
Crane Co.

# MICHAEL MACKNIN

## SERVICE RIDER

### INDEX NO. 190143/12

| Counsel: | Attorneys for: |
|---|---|
| Edward Wilbraham, Esq.<br>WILBRAHAM LAWLER & BUBA<br>140 Broadway, 46th Floor<br>New York, New York 10005 | Air & Liquid Systems Corporation as successor by merger to Buffalo Pumps, Inc. |
| Julie Evans, Esq.<br>WILSON, ELSER, MOSKOWITZ,<br>  EDELMAN & DICKER, LLP<br>150 East 42nd Street<br>New York, NY 10017-5639 | American Biltrite, Inc. |
| Jennifer W. Darger, Esq.<br>Judith Yavitz, Esq.<br>DARGER ERRANTE YAVITZ & BLAU LLP<br>116 East 27th Street<br>New York, NY 10016 | Certainteed Corporation |
| Peter Langenus, Esq.<br>SCHNADER HARRISON SEGAL & LEWIS<br>140 Broadway, Suite 3100<br>New York, New York 10005 | Dunham-Bush, Inc. |
| Donald Fay, Esq.<br>John Kot, Esq.<br>WATERS, MCPHERSON & MCNEIL, P.C.<br>300 Lighting Way, 7th Floor<br>P.O. Box 1560<br>Secaucus, New Jersey 07096 | Elliot Company |
| Heidi Chang, Esq.<br>Nicole Price Wesselmann, Esq.<br>MCMAHON, MARTINE & GALLAGHER, LLP<br>55 Washington St., 7th Floor<br>Brooklyn, NY 11201 | Empire-Ace Insulation Mfg. Corp. |
| Chris Gannon, Esq.<br>Theodore M. Eder, Esq.<br>Robert R. Rigolosi, Esq.<br>SEGAL, MCCAMBRIDGE, SINGER<br>  & MAHONEY, LTD.<br>850 Third Avenue, Suite 1100<br>New York, New York 10022 | BW/IP, Inc.<br>Byron Jackson Pumps<br>Gardner Denver, Inc. |

| Counsel: | Attorneys for: |
|---|---|
| Anna DiLonardo, Esq.<br>Andrew Warshauer, Esq.<br>MARSHALL, DENNEHY, WARNER, COLEMAN &<br>GOGGIN<br>888 Veterans Memorial Highway, Ste. 540<br>Hauppauge, NY 11788 | Dap Products, Inc. |
| John J. Fanning, Esq.<br>Raghu N. Bandlamudi<br>Litigation Associate<br>**CULLEN and DYKMAN LLP**<br>44 Wall Street<br>New York, NY 10005 | Goulds Pumps |
| Charles McGivney, Esq.<br>McGIVNEY & KLUGER, P.C.<br>80 Broad Street, 23rd Floor<br>New York, New York 10004 | Aurora Pump Company<br>Kentile Floors, Inc.<br>Flowserve US, Inc., solely as successor to Rockwell<br>Manufacturing Company, Edward Valve, Inc.,<br>Nordstrom Valves, Inc., Edward Vogt Valve<br>Company and Vogt Valve Company |
| Daniel J. McNamara, Esq.<br>DECICCO, GIBBONS & MCNAMARA, P.C.<br>14 East 38th Street<br>New York, NY 10016 | Kaiser Gypsum Company, Inc. |
| Christopher Hannan, Esq.<br>KELLEY JASONS MCGOWAN<br>SPINELLI & HANNA, LLP<br>120 Wall Street, 30th Floor<br>New York, NY 10005 | FMC Corporation on behalf of its former Chicago<br>Pump & Northern Pump Businesses |
| Thomas A. Montiglio, Esq.<br>Robert McManus, Esq.<br>AHMUTY DEMERS & McMANUS<br>200 I.U. Willets Road<br>Albertson, New York 11507 | Carrier Corporation |
| Suzanne Halbardier, Esq.<br>BARRY, MCTIERNAN & MOORE<br>2 Rector Street, 14th Floor<br>New York, New York 10006 | Cleaver Brooks Company, Inc.<br>Azrock Industries, Inc., a division of Domco |
| Scott R. Emery, Esq.<br>LYNCH DASKAL EMERY LLP<br>264 West 40th Street<br>New York, New York 10018 | Georgia-Pacific LLC, The Goodyear Tire & Rubber<br>Company, Goodyear Canada, Inc. |

| Counsel: | Attorneys for: |
|---|---|
| Paul A. Scrudato, Esq.<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue<br>17th floor<br>New York, NY 10103 | Owens-Illinois, Inc. |
| Michael A. Tanenbaum, Esq.<br>Bridget M. Polloway, Esq.<br>SEDGWICK, DETERT, MORAN & ARNOLD, LLP<br>Three Gateway Center, 12th Floor<br>Newark, New Jersey 07102 | Foster Wheeler L.L.C.<br>General Electric Company<br>CBS Corporation , f/k/a Viacom, Inc., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation |
| Joseph Colao, Esq.<br>LEADER & BERKON<br>630 Third Avenue, 17th Floor<br>New York, New York 10017 | IMO Industries, Inc.<br>Warren Pumps, Inc. |
| Amiel Gross, Esq.<br>SNR DENTON US LLP<br>1221 Avenue of the Americas, 23rd Floor<br>New York, New York 10020 | Rapid-American Corporation |
| Rob C. Tonogbanua, Esq.<br>DICKIE MCCAMEY & CHILCOTE, P.C.<br>41 South Haddon Avenue, Suite 5<br>Haddonfield, NJ 08033 | Yarway Corporation |
| Elana L. Danzer, Esq.<br>Norman Senior, Esq.<br>GREENFIELD STEIN & SENIOR, LLP<br>600 Third Avenue, 11th Floor<br>New York, NY 10016 | U.S. Rubber Company |
| Lisa M. Pascarella, Esq.<br>PEHLIVANIAN, BRAATEN & PASCARELLA, LLC<br>Paynter's Ridge Office Park<br>2430 Route 34<br>Manasquan, New Jersey 08736 | Trane U.S. Inc., f/k/a American Standard Inc.<br>Ingersoll-Rand Company |
| Unknown Counsel | Mannington Mills, Inc.<br>Kennedy Valve Manufacturing, Inc. |

# PACE

## THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

**RECEIVED**

**APR 1 0 2012**

**PACE**

Name _____Delora L Gans_____

Firm /Company _____Crane Co. (Week of 4/2/2012)_____

Phone # or email address _____(203) 363-7300 dgans@craneco.com_____

Request Date _____4/6/2012_____

Please specify Request Type *(one per form)*:

- [X] **New Filing** (A complaint to be placed on the PACEWEB database that *will* generate an email notification to the Defense Counsel)
- [ ] **Discovery/Miscellaneous Correspondence** (Non complaint documents that PACE will mail directly to the appropriate defense counsel)
- [ ] **Severance**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Severed from" and "Severed to" DOCKET NUMBERS
- [ ] **Transfer/Removal**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Transferred from" and "Transferred to" INFORMATION
- [ ] **Intervention**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE

*All fields below must be filled out in order to be appropriately processed.*

| Lead Plaintiff name | Specific Defendant Company Served *("one entry per line")* | Jurisdiction & State | Docket # AKA Index #, Case #, etc. | Service Date | Plaintiff's Counsel | Additional Comments |
|---|---|---|---|---|---|---|
| ALL CASES | Crane Co. | Supreme Court: All of Counties Within the City of New York | NEW YORK CITY ASBESTOS LITIGATION (NYAL); Asbestos Master Index No.: 40,000/ | 4/2/2012 | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C. | STANDARD ASBESTOS COMPLAINT FOR WRONGFUL DEATH No.1  Served by Andrew Gonzalos for Professional Process Service L.L.C., 105 Haddad Road, Waterbury, CT 06708  (203) 573-8835 |
| ALL CASES | Crane Co. | Supreme Court: All of Counties Within the City of New York | NEW YORK CITY ASBESTOS LITIGATION (NYAL); Asbestos Master Index No.: 40,000/ | 4/2/2012 | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C. | STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No.1  Served by Andrew Gonzalos for Professional Process Service L.L.C., 105 Haddad Road, Waterbury, CT 06708  (203) 573-8835 |

**PACE** THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

| Plaintiff | Defendant | Court | Case No. | Date | Attorney | Service |
|---|---|---|---|---|---|---|
| Kirk, Edward V. (and Kirk, Wilma) | Crane Co. | Supreme Court, Nassau County, New York | 600403-12 | 4/2/2012 | Erik Jacobs (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Kirk, Edward V. (and Kirk, Wilma) | Weinman Pump & Supply Co. | Supreme Court, Nassau County, New York | 600403-12 | 4/2/2012 | Erik Jacobs (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Latkanich, Jr., Thomas (and Latkanich, Joanne, his wife) | Crane Company, Inc., in its own right and as successor to Stockham Valves & Fittings, Inc. | Common Pleas, Westmoreland County, Pennsylvania | 2001 of 2012 | 4/6/2012 | Peter T. Paladino, Jr., Esquire (412) 471-3980, for Goldberg, Persky & White, P.C. | Served via USPS Certified Mail 7011 2970 0000 0098 4309, postmarked 4/3/2012 from zip code 15219 |
| Macknin, Michael (and Macknin, Barbara) | Crane Co. | Supreme Court, New York County, New York | 190143-12 | 4/2/2012 | Ambre Brandis (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Macknin, Michael (and Macknin, Barbara) | Pacific Valves, Individually and as a subsidiary of Crane Co. | Supreme Court, New York County, New York | 190143-12 | 4/2/2012 | Ambre Brandis (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| McCann, Jr., Philip J. | Crane Co. | Supreme Court, New York County, New York | 190153-12 | 4/2/2012 | Peter Tambini (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| McCann, Jr., Philip J. | Weinman Pump & Supply Co. | Supreme Court, New York County, New York | 190153-12 | 4/2/2012 | Peter Tambini (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Miller, Coburn (and Miller, Diomaris) | Crane Co. | Supreme Court, New York County, New York | 190148-12 | 4/2/2012 | Patti Burshtyn (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Miller, Coburn (and Miller, Diomaris) | Weinman Pump & Supply Co. | Supreme Court, New York County, New York | 190148-12 | 4/2/2012 | Patti Burshtyn (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Miller, Melvin P. (and Miller, Lavina) | Crane Co. | Supreme Court, New York County, New York | 190150-12 | 4/2/2012 | David Chandler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF New York

--------------------------------------------x

Michael MacKnin

           Plaintiff/Petitioner,

- against -

Air & Liquid Systems Corporation

           Defendant/Respondent.

--------------------------------------------x

**RECEIVED**

APR 02 2012

**Crane Co.**

Index No. 190143-12

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts.  This notice is being served as required by Subdivision (b) (3) of that Section.

The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: 3/27/12

_____ (Signature)

_____ (Name)

_____ (Firm Name)

_____ (Address)

_____ (Phone)

_____ (E-Mail)

To: All defendants
    On Attached Rider

_____

4/8/11

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X   Index No.: 190143-12

MICHAEL MACKNIN and BARBARA MACKNIN,

Date Filed: 3/19/12

Plaintiff(s),

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

-against-

AIR & LIQUID SYSTEMS CORPORATION,
   as successor-by-merger to BUFFALO PUMPS,
AMERICAN BILTRITE, INC.,
AURORA PUMP COMPANY,
AZROCK INDUSTRIES,
   a Division of DOMCO, INC.,
BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
CBS CORPORATION, f/k/a VIACOM INC.,
   successor by merger to
   CBS CORPORATION, f/k/a
   WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
DAP, INC.,
DUNHAM-BUSH, INC.,
ELLIOTT COMPANY,
EMPIRE-ACE INSULATION MFG. CORP.,
FLOWSERVE US, INC.
   Solely as Successor to Rockwell Manufacturing Company,
   Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt
   Valve Company, and Vogt Valve Company,
FMC CORPORATION,
   on behalf of its former CHICAGO PUMP
   & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GEORGIA PACIFIC LLC.,
GOODYEAR CANADA, INC.,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
KAISER GYPSUM COMPANY, INC.,
KENNEDY VALVE MANUFACTURING Co., Inc.,
KENTILE FLOORS, INC.,
MANNINGTON MILLS, INC.,
OWENS-ILLINOIS, INC.,
PACIFIC VALVES,
   Individually and as a subsidiary of Crane Co.,

The Basis of Venue is
Defendants' Place of Business

**SUMMONS**

**RECEIVED**

APR 0 2 2012

**Crane Co.**

RAPID-AMERICAN CORPORATION,
THE GOODYEAR TIRE AND RUBBER COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, LLC,
YARWAY CORPORATION,

                                        Defendants.
------------------------------------------------------------------------X
To the above named Defendant(s)

      **You are hereby summoned** to answer the **verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, March 19, 2012
      New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
700 Broadway
New York, New York 10003
(212) 558-5500

## DEFENDANTS' RIDER

**AIR & LIQUID SYSTEMS CORPORATION,**
  **as successor-by-merger to BUFFALO PUMPS**
874 OLIVER STREET
N. TONAWANDA, NY 14120

**AMERICAN BILTRITE, INC.**
57 River Street
Wellsley Hills, MA 02181

**AURORA PUMP COMPANY**
13515 Ballantyne Corporate Place
Charlotte, NC 28277

**AZROCK INDUSTRIES,**
  **a Division of DOMCO, INC.**
c/o  CT Corporation Systems
Corporate Trust Center
1209 Orange Street
Wilmington, DE 19801

**BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES**
5215 North O'Conner Blvd
Suite 2300
Irving, TX 75039

**BYRON JACKSON PUMPS**
5215 N. O'Conner Boulevard
Suite 2300
Irving, TX 75039

**CARRIER CORPORATION**

CT Corporation System
111 8th Avenue
New York, NY 10011

**CBS CORPORATION, f/k/a VIACOM INC.,**
  **successor by merger to**
  **CBS CORPORATION, f/k/a**
  **WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**CERTAINTEED CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

**CLEAVER BROOKS COMPANY, INC.**
11950 West Park Place
Milwaukee, WI 11270

**CRANE CO.**
100 First Stamford Place
Stamford, CT 06902

**DAP, INC.**
The Prentice-Hall Corporation System Maryland
11 East Chase Street
Baltimore, MD 21202

**DUNHAM-BUSH, INC.**
175 South Street
West Hartford, CT 06110-1928

**ELLIOTT COMPANY**
CT Corporation System
1515 Market Street
Philadelphia, PA 19103

**EMPIRE-ACE INSULATION MFG. CORP.**
c/o THE SECRETARY OF STATE
41 State Street
Albany, NY 12207

**FLOWSERVE US, INC.**
   **Solely as Successor to Rockwell Manufacturing Company,
   Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt
   Valve Company, and Vogt Valve Company**
c/o Corporate trust Systems
111 8th Avenue 13th Floor
New York, NY 10011

and

5215 North O'Connor Blvd, Ste 2300
Irving, Texas 75039
Irving, TX 75039

**FMC CORPORATION,**
   **on behalf of its former CHICAGO PUMP
   & NORTHERN PUMP BUSINESSES**
1735 Market Street
Philadelphia, PA 19103

**FOSTER WHEELER, L.L.C.**
Route 173 at Frontage Road
Clinton, NJ 08809

**GARDNER DENVER, INC.**
1800 Gardner Expressway
Quincy, IL 62301

**GENERAL ELECTRIC COMPANY**
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**GEORGIA PACIFIC LLC.**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**GOODYEAR CANADA, INC.**
450 Kipling Avenue
Atobicoke, Ontario CANADA M8ZSE1

**GOULDS PUMPS, INC.**
240 Fall Street
Seneca Falls, NY 13148

**IMO INDUSTRIES, INC.**
Corporation Service Company,
2711 Centerville Road, Suite 400,
Wilmington, DE 19808

**INGERSOLL-RAND COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**KAISER GYPSUM COMPANY, INC.**
Manor Oak One
1910 Cochran Road
Pittsburgh, PA 15220

and

TRMI
301 Grant Street
Suite 3000
One Oxford Centre
Pittsburgh, PA 15219
Attention: Rezwan Mogri

**KENNEDY VALVE MANUFACTURING Co., Inc.**
1021 East Water Street
Elmira, NY 14901

**KENTILE FLOORS, INC.**
G & K Consultants
4 Rita Street
Syossett, NY 11791

**MANNINGTON MILLS, INC.**
Corporation Service Company
80 State Street, 6th Floor

Albany, NY 12207

**OWENS-ILLINOIS, INC.**
One Michael Owens Way
Perrysburg, OH 43551

**PACIFIC VALVES,**
    **Individually and as a subsidiary of Crane Co.**
100 First Stamford Place
Stamford, CT 06902

**RAPID-AMERICAN CORPORATION**
2711 Centerville Road
Wilmington, DE 19808

**THE GOODYEAR TIRE AND RUBBER COMPANY**
Corporation Service Company
80 State Street
Albany, NY 12207

Lisa Pascarella
BRAATEN & PASCARELLA, LLC
Paynters Ridge Office Park
2430 Route 34 - P.O. Box 648
Manasquan, NJ 08736
Attorneys for Defendant:
        **TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.**

**U.S. RUBBER COMPANY (UNIROYAL)**
c/o Frank Degrim, Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016-1903

**WARREN PUMPS, LLC**
Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

**YARWAY CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------------X
MICHAEL MACKNIN and BARBARA MACKNIN,

Index No.:

Date Filed:

Plaintiff(s),

-against-

**VERIFIED
COMPLAINT**

AIR & LIQUID SYSTEMS CORPORATION,
   as successor-by-merger to BUFFALO PUMPS,
AMERICAN BILTRITE, INC.,
AURORA PUMP COMPANY,
AZROCK INDUSTRIES,
   a Division of DOMCO, INC.,
BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
CBS CORPORATION, f/k/a VIACOM INC.,
   successor by merger to
   CBS CORPORATION, f/k/a
   WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
DAP, INC.,
DUNHAM-BUSH, INC.,
ELLIOTT COMPANY,
EMPIRE-ACE INSULATION MFG. CORP.,
FLOWSERVE US, INC.
   Solely as Successor to Rockwell Manufacturing Company,
   Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt
   Valve Company, and Vogt Valve Company,
FMC CORPORATION,
   on behalf of its former CHICAGO PUMP
   & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GEORGIA PACIFIC LLC.,
GOODYEAR CANADA, INC.,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
KAISER GYPSUM COMPANY, INC.,
KENNEDY VALVE MANUFACTURING Co., Inc.,
KENTILE FLOORS, INC.,
MANNINGTON MILLS, INC.,
OWENS-ILLINOIS, INC.,
PACIFIC VALVES,
   Individually and as a subsidiary of Crane Co.,
RAPID-AMERICAN CORPORATION,
THE GOODYEAR TIRE AND RUBBER COMPANY,

**RECEIVED**

APR 02 2012

**Crane Co.**

TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
WARREN PUMPS, LLC,
YARWAY CORPORATION,

                                                    Defendants.
-----------------------------------------------------------------------------X

        Plaintiff(s), MICHAEL MACKNIN and BARBARA MACKNIN, by

their attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times

hereinafter mentioned alleges as follows:

        1.     Plaintiff(s), MICHAEL MACKNIN and BARBARA MACKNIN, by

their attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully

alleges:

        2.     Defendant AIR & LIQUID SYSTEMS CORPORATION, as successor-

by-merger to BUFFALO PUMPS, was and still is a duly organized domestic corporation doing

business in the State of New York.

        3.     Defendant AMERICAN BILTRITE, INC., was and still is a duly

organized domestic corporation doing business in the State of New York.

        4.     Defendant AURORA PUMP COMPANY, was and still is a duly

organized domestic corporation doing business in the State of New York.

        5.     Defendant AZROCK INDUSTRIES, a Division of DOMCO, INC., was

and still is a duly organized domestic corporation doing business in the State of New York.

        6.     Defendant AZROCK INDUSTRIES, a Division of DOMCO, INC., was

and still is a duly organized foreign corporation doing business and/or transacting business in the

State of New York and/or should have expected its acts to have consequences within the State of

New York.

7.      Defendant BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES, was and still is a duly organized domestic corporation doing business in the State of New York.

8.      Defendant BYRON JACKSON PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

9.      Defendant CARRIER CORPORATION , was and still is a duly organized domestic corporation doing business in the State of New York.

10.     Defendant DAP, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

11.     Defendant DUNHAM-BUSH, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

12.     Defendant ELLIOTT COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

13.     Defendant FLOWSERVE US, INC. Solely as Successor to Rockwell Manufacturing Company, Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt Valve Company, and Vogt Valve Company, was and still is a duly organized domestic corporation doing business in the State of New York.

14.     Defendant FMC CORPORATION, on behalf of its former CHICAGO PUMP & NORTHERN PUMP BUSINESSES, was and still is a duly organized domestic corporation doing business in the State of New York.

15.     Defendant GARDNER DENVER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

16.     Defendant GEORGIA PACIFIC LLC., was and still is a duly organized domestic corporation doing business in the State of New York.

17.     Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

18.     Defendant KAISER GYPSUM COMPANY, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

19.     Defendant KENNEDY VALVE MANUFACTURING Co., Inc., was and still is a duly organized domestic corporation doing business in the State of New York.

20.     Defendant MANNINGTON MILLS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

21.     Defendant PACIFIC VALVES, Individually and as a subsidiary of Crane Co., was and still is a duly organized domestic corporation doing business in the State of New York.

22.     Defendant PACIFIC VALVES, Individually and as a subsidiary of Crane Co., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

23.     Defendant WARREN PUMPS, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

24.     Defendant YARWAY CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.


Plaintiff(s), MICHAEL MACKNIN and BARBARA MACKNIN,  repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7  as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *March 19, 2012*
        New York, New York

                                          Yours, etc.,

                                          WEITZ & LUXENBERG, P.C

                                          Attorneys for Plaintiff(s)
                                          700 Broadway
                                          New York, NY  10003
                                          (212) 558-5500

STATE OF NEW YORK    )

                                SS:

COUNTY OF NEW YORK  )

       The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

       Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: March 19, 2012
      New York, New York

                                    /S/

                               AMBRE BRANDIS

Index No.: 19 0143-12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

MICHAEL MACKNIN and BARBARA MACKNIN,

Plaintiff(s),

-against-

AIR & LIQUID SYSTEMS CORPORATION,
as successor-by-merger to BUFFALO PUMPS, et. al.,

Defendants.

## SUMMONS and COMPLAINT

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
**700 Broadway**
**New York, NY 10003**
**212-558-5500**

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.

Dated, March 19, 2012

**Attorney(s) for**



# NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases.  The NYSCEF site has received your electronically filed document(s) for:

**MICHAEL MACKNIN - v. - AIR & LIQUID SYSTEMS CORPORATION, et al**

**Index Number NOT assigned**

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|-------|---------------|----------|---------------|
| 1 | SUMMONS + COMPLAINT | | 03/19/2012 05:20 PM |

## Filing User

| | | | |
|--|--|--|--|
| Name: | **AMBRE JAE BRANDIS** | | |
| Phone | | E-mail Address: | **abrandis@weitzlux.com** |
| Fax #: | | Work Address: | **700 BROADWAY** |
| | | | **NEW YORK, NY 10003** |

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 03/19/2012 05:20 PM :

**BRANDIS, AMBRE JAE - abrandis@weitzlux.com**

**NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.**

---