TUCKER ELLIS LLP
DANIEL J. KELLY SBN 145088
daniel.kelly@tuckerellis.com
135 Main Street, Suite 700
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

Attorneys for Defendant
HUNTINGTON INGALLS INCORPORATED
formerly known as Northrop Grumman Shipbuilding, Inc.

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL 875 |
| JERRY SALISBURY, <br><br> Plaintiff, <br><br> v. <br><br> ASBESTOS CORPORATION LIMITED, et al., <br><br> Defendants. | (N.D. Cal.) Case No. 3:12-cv-03260-EDL <br><br> **DEFENDANT HUNTINGTON INGALLS INCORPORATED FKA NORTHROP GRUMMAN SHIPBUILDING, INC.'S NOTICE OF POTENTIAL TAG-ALONG ACTION** <br><br> **Multi-District Rule 7.5(e)** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

---

NOTICE OF POTENTIAL TAG-ALONG ACTION

SFOiManage\012640.000064 258547.1

On December 13, 2011, the Judicial Panel on Multidistrict Litigation entered an order adopting the "Suggestion to the Panel on Multidistrict Litigation('The Panel') Concerning Future Tag-Along Transfers," issued on November 23, 2011, by the Honorable Eduardo C. Robreno. Pursuant to the order, cases filed in the Northern District of California are still to be transferred as "tag-along: actions to the MDL Docket No. 875.

The undersigned hereby notifies the court that this is a Northern District of California, potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

DATED: June 29, 2012                    TUCKER ELLIS LLP


By:   /s/ Daniel J. Kelly
      Daniel J. Kelly
      Defendant HUNTINGTON INGALLS
      INCORPORATED, formerly known as Northrop
      Grumman Shipbuilding, Inc.

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 135 Main Street, Suite 700, San Francisco, California 94105.

On June 29, 2012, the following document is being filed electronically and will be available for viewing and downloading from the Court's CM/ECF system:

***DEFENDANT HUNTINGTON INGALLS INCORPORATED FKA NORTHROP GRUMMAN SHIPBUILDING, INC.'S NOTICE OF POTENTIAL TAG-ALONG ACTION***

The Notice of Electronic Case Filing Automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties. Parties who have not consented to electronic service are entitled to receive a paper copy of any electronically filed pleading or other document. Any such parties will be served by regular mail.

Executed on June 29, 2012 at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

| Robin Hale | */s/ Robin Hale* |
|---|---|
| (Type or print name) | (Signature) |