## SCHEDULE

**Div.:** Northern District of California

**C.A. #** 3:12-cv-03260

**Judge:** Hon. Elizabeth D. Laporte

**Case Caption:** Jerry Salisbury v. Asbestos Corporation Limited, et al.