June 29, 2012

Clerk of the Panel
Judicial Panel on Multi-District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

    **Re:   In Re: Asbestos Product Liability Litigation**
             **MDL 875 Proceedings**

Dear Clerk of the Panel:

    Pursuant to Rule 7.5(e) of the Rules of the Judicial Panel on Multidistrict Litigation, we write on behalf of our client, defendant Rockwell Automation, Inc. to notify the Clerk of the Panel of the following potential "tag-along" action in MDL No. 875:

           <u>Jerry Salisbury v. Asbestos Corporation Limited, et al.</u>

    These asbestos-related action is pending in the United States District Court for the Northern District of California, Civil Action No. <u>CV 12 1578 JCS.</u>

    Please note that this case was filed on March 29, 2012 with the Northern District of California and meets the criteria for transfer to the MDL 875.

    Attached electronically are copies of the docket sheet, complaint, proof of service and defendant Northrop Grumman Systems Corporation's Notice of Potential Tag-Along Action.

Please do not hesitate to contact me should you have any questions about the above.

Respectfully submitted,

TUCKER ELLIS & WEST LLP

/S/ DANIEL J. KELLY

Daniel J. Kelly

Enclosure

cc: All Counsel of Record