## SERVICE LIST

| | |
|---|---|
| David R. Donadio<br>BRAYTON PURCELL LLP<br>222 Rush Landing Road<br>P.O. Box 6169<br>Novato, CA 94948-6169<br>Tel: 415.898.1555<br>Fax: 415.989.1247<br>Email: ddonadio@braytonlaw.com | *Attorneys for Plaintiff*<br>**JERRY SALISBURY** |
| Kenneth P. Prindle<br>PRINDLE AMARO GOETZ HILLYARD<br>BARNES & REINHOLTZ LLP<br>One California Street, Suite 1910<br>San Francisco, CA 94111<br>Tel: 415.788.8354<br>Fax: 415.788.3625<br>Email: kprindle@prindlelaw.com | *Attorneys for Defendant*<br>**TRIPLE A MACHINE SHOP, INC., a Chapter 7 Bankruptcy Debtor** |
| Kirsten Hick Spira<br>STEPTOE & JOHNSON LLP<br>633 West Fifth Street, Suite 700<br>Los Angeles, CA 90071<br>Tel: 213.439.9400<br>Fax: 213.439.9599<br>Email: kspira@steptoe.com | *Attorneys for Defendant*<br>**METROPOLITAN LIFE INSURANCE COMPANY** |