IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| ANDERSON | : | Transferred from the Eastern District of Wisconsin, Case No. 11-00061 |
| v. | : | |
| A.W. CHESTERTON CO., et al. | : | Case No. 2:11-cv-63482 |

## O R D E R

**AND NOW**, this **29th** day of **June, 2012**, it is hereby **ORDERED** that the Suggestion of Remand in this case (Doc. No. 354) is **VACATED**.[1]

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

[1] This case is part of a group of several hundred cases in which Plaintiffs are represented by the Cascino Vaughan Law Offices ("CVLO"). The cases are referred to Magistrate Judge David R. Strawbridge for pre-trial scheduling and for the handling of non-dispositive motions. Judge Strawbridge will be holding a hearing regarding the admissibility of certain expert testimony in the CVLO cases later this year. As the parties have represented to the Court that Judge Strawbridge's ruling will affect all CVLO cases, the Court finds that the best course of action is to keep the present case in the MDL Court, although summary judgment motions have already been ruled upon.