IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS        :   Consolidated Under
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875
                                :
                                :   Transferred from the Northern
VARIOUS PLAINTIFFS   **FILED**:    District of California
                                :
     v.              MAY – 8 2012:   Cases listed in Exhibit "A,"
                                :   attached
VARIOUS DEFENDANTS   MICHAEL E. KUNZ, Clerk
                     By_____Dep. Clerk



### SUGGESTION OF REMAND

**AND NOW,** this **8th** day of **May, 2012,** it is hereby

**ORDERED** that, upon review of the above captioned case under MDL-

875 Administrative Order no. 18 (01-md-875, doc. no. 6197), the

Court finds that, as to the above-captioned case:

a.) Plaintiff has complied with MDL-875 Administrative

Orders 12 and 12A (see the MDL 875 website's Administrative

Orders page, at http://www.paed.uscourts.gov/mdl875d.asp).

b.) Parties have completed their obligations under the Rule

16 order issued by the Court.

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions,

including dispositive motions. Particularly relevant rulings

include:

        i.    Plaintiffs and Defendant General Electric
Company ("GE") in this case agreed to be
bound by certain rulings on motions for
summary judgment filed in similar cases. In
those other cases, GE's motions for summary

1

judgment were granted in part and denied in part.[1]

e.) Rule 18 settlement discussions have been exhausted at this time as to the remaining viable defendants.

f.) The Court finds that this case is prepared for trial without delay once on the transferor court's docket, subject to any motions trial-related _in_ _limine_ (including _Daubert_ challenges).

g.) The remaining viable Defendants for trial are listed on Exhibit "A," attached.

h.) Any demand for punitive damages is severed, and claims for punitive or exemplary damages are retained by the MDL-875 Court. _See_ Fed. R. Civ. P. 42(b).

Accordingly, the Court **SUGGESTS** that the above-captioned case should be **REMANDED** to the United States District Court for the **Northern District of California** for resolution of all matters pending within this case except punitive damages.[2]

───────────────

[1]    The relevant opinion by Judge Robreno is available here: http://www.paed.uscourts.gov/documents/MDL/MDL875/opinions/4.3.12 %20Memo%20opinion%20re%205%20cal%20cases.pdf

[2]    The Court finds that the issue of punitive damages must be resolved at a future date with regard to the entire MDL-875 action, and therefore any claims for punitive or exemplary damages are hereby **SEVERED** from this case and retained by the MDL-875 Court in the Eastern District of Pennsylvania. _See_ In re Collins, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive

Alternatively, parties in the below-listed cases have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania.  In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, on a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

damage claims on remand."); <u>see also</u> <u>In re Roberts</u>, 178 F.3d 181 (3d Cir. 1999).

## EXHIBIT A

| EDPA No. | ND Cal. No. | District | Caption | Pending Defendants |
|---|---|---|---|---|
| 09-62905 | 08-04925 | CA-N | Rood v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-62910 | 08-04656 | CA-N | Lunsford et al v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-62913 | 05-01533 | CA-N | Setterberg v. Newport News Shipbuilding And Dry Dock Company et al | GENERAL ELECTRIC COMPANY |
| 09-62917 | 05-04084 | CA-N | Clemmer v. Viad Corp., et al. | ALSTOM POWER, INC.; GENERAL ELECTRIC COMPANY |
| 09-62918 | 05-04085 | CA-N | Couris et al v. Viad Corp. et al | GENERAL ELECTRIC COMPANY |
| 09-62921 | 05-04947 | CA-N | Bartholomew v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-62922 | 05-04998 | CA-N | Rice, et al. v. General Electric Co., et al. | GENERAL ELECTRIC COMPANY |
| 09-62924 | 06-00692 | CA-N | Taylor v. Viad Corp. et al | GENERAL ELECTRIC COMPANY |
| 09-62925 | 06-00843 | CA-N | Cody v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-62926 | 06-01634 | CA-N | Mathews v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-62928 | 06-02901 | CA-N | Tolva v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-62931 | 06-03287 | CA-N | Kotarsky v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-62936 | 06-06949 | CA-N | Cervenka et al v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-62939 | 08-00229 | CA-N | Rabener v. General Electric Company et al | CRAMP SHIPBUILDING AND DRYDOCK COMPANY; GENERAL ELECTRIC COMPANY |
| 09-62941 | 08-00980 | CA-N | Hanna v. General Electric Company et al | GENERAL ELECTRIC COMPANY |

| | | | | |
|---|---|---|---|---|
| 09-62942 | 08-00981 | CA-N | Taylor v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-62943 | 08-00982 | CA-N | Cantlin v. General Electric Company, et al. | GENERAL ELECTRIC COMPANY |
| 09-62998 | 05-05235 | CA-N | Calderon v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-63000 | 08-00969 | CA-N | Price et al v. General Electric Company et al | CRAMP SHIPBUILDING AND DRYDOCK COMPANY; GENERAL ELECTRIC COMPANY; NEW YORK SHIPBUILDING CORP. |
| 09-63001 | 07-01274 | CA-N | Finkelstein v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-63699 | 05-04347 | CA-N | Marcelja et al v. Todd Shipyards Corporation et al | GENERAL ELECTRIC COMPANY |
| 09-63700 | 05-05293 | CA-N | Pierce et al v. General Electric Co. | GENERAL ELECTRIC COMPANY |
| 09-63702 | 08-04926 | CA-N | Conner et al v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-63703 | 08-05185 | CA-N | Morillas et al v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-63985 | 05-01461 | CA-N | Nylund v. Viacom Inc. et al | GENERAL ELECTRIC COMPANY |
| 09-63997 | 05-01461 | CA-N | Palma v. Viacom Inc. et al | GENERAL ELECTRIC COMPANY |
| 09-64005 | 05-04510 | CA-N | Riker v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64008 | 05-04945 | CA-N | Sparks v. Lockheed Martin Corporation et al | GENERAL ELECTRIC COMPANY |
| 09-64010 | 05-04945 | CA-N | Evans v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-64011 | 05-04945 | CA-N | Thornburg v. Lockheed Martin Corporation et al | GENERAL ELECTRIC COMPANY |

| 09-64012 | 05-04946 | CA-N | Oxford v. General Electric Co., et al. | GENERAL ELECTRIC COMPANY |
|---|---|---|---|---|
| 09-64013 | 05-04946 | CA-N | Williams v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64016 | 06-02134 | CA-N | Smid v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64019 | 06-03724 | CA-N | Daniels v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64020 | 06-03724 | CA-N | Jodoin v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64024 | 07-02542 | CA-N | Guthrie v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64025 | 07-02542 | CA-N | Davidson v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64026 | 07-02542 | CA-N | Zerangue v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64027 | 07-02542 | CA-N | Rester v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64028 | 07-02542 | CA-N | Gray v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64029 | 07-02542 | CA-N | Parolini v. General Electric Company, et al. | SYD CARPENTER MARINE CONTRACTOR, INC.; GENERAL ELECTRIC |
| 09-64032 | 07-02543 | CA-N | Halseth v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64033 | 07-02543 | CA-N | Wagenman v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64035 | 07-02543 | CA-N | Hunter v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64039 | 08-04400 | CA-N | Peal v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64040 | 08-04400 | CA-N | Salisbury v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64041 | 08-04400 | CA-N | Sunken v. General Electric Company et al | GENERAL ELECTRIC COMPANY |

| | | | | |
|---|---|---|---|---|
| 09-64042 | 08-04401 | CA-N | Hutto v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64045 | 08-04401 | CA-N | Schmidt v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64046 | 08-04401 | CA-N | Steinberger v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64047 | 08-04401 | CA-N | Burnham v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64048 | 08-04415 | CA-N | Yabarra v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-64049 | 08-04415 | CA-N | Carveth v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-64050 | 08-04415 | CA-N | Sarver v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-64051 | 08-04415 | CA-N | Burks v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-64059 | 08-04461 | CA-N | Murray v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64299 | 08-02704 | CA-N | Collins et al v. General Electric Corporation et al | GENERAL ELECTRIC COMPANY |
| 09-64303 | 08-03181 | CA-N | Lindsey et al v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64310 | 08-00228 | CA-N | Schoelzel v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64312 | 08-00228 | CA-N | Watson v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64314 | 08-00228 | CA-N | Eddy v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-64315 | 07-04352 | CA-N | Carolan et al v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-64316 | 07-04352 | CA-N | Prettyman et al v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-64317 | 08-00230 | CA-N | Beaurman-White et al v. General Electric Company et al | GENERAL ELECTRIC COMPANY |

| | | | | |
|---|---|---|---|---|
| 09-66188 | 09-00364 | CA-N | Mccurtis v. Foster Wheeler Llc et al | NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY; GENERAL ELECTRIC |
| 09-66189 | 09-00365 | CA-N | Stone v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-67105 | 09-00709 | CA-N | Riedinger v. General Electric Company, et al. | GENERAL ELECTRIC COMPANY |
| 09-68010 | 09-00363 | CA-N | Embrey et al v. General Electric Company, et al. | GENERAL ELECTRIC COMPANY |
| 09-68013 | 09-00363 | CA-N | Yarbrough et al v. General Electric Company, et al. | GENERAL ELECTRIC COMPANY |
| 09-70107 | 09-01269 | CA-N | Close v. General Electric Co., et al. | GENERAL ELECTRIC COMPANY |
| 09-70109 | 09-01322 | CA-N | Woody et al General Electric Company, et al | GENERAL ELECTRIC COMPANY |
| 09-70112 | 09-02012 | CA-N | Hulsen et al v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-74740 | 09-02245 | CA-N | Valdez v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 09-74742 | 09-02248 | CA-N | Anaya v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-74743 | 09-02282 | CA-N | McCollister v. General Electric Company, et al. | GENERAL ELECTRIC COMPANY |
| 09-74747 | 09-02433 | CA-N | Bryant et al v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-80020 | 09-02691 | CA-N | Hancock v. General Electric Company, et al. | GENERAL ELECTRIC COMPANY |
| 09-80021 | 09-02692 | CA-N | Pennington v. General Electric Company, et al. | GENERAL ELECTRIC COMPANY |
| 09-80024 | 09-02757 | CA-N | Brown v. General Electric Company, et al. | GENERAL ELECTRIC COMPANY |
| 09-80025 | 09-02806 | CA-N | Reynolds v. General Electric Co., et al. | NORTHROP GRUMMAN SHIPBUILDING, INC.; GENERAL ELECTRIC |

| 09-80027 | 09-02864 | CA-N | Otto v. General Electric Company, et al. | GENERAL ELECTRIC COMPANY |
|---|---|---|---|---|
| 09-90812 | 09-03185 | CA-N | Bullock v. General Electric Company et al | GENERAL ELECTRIC COMPANY |
| 09-90817 | 09-03245 | CA-N | Wert v. General Electric Company | GENERAL ELECTRIC COMPANY |
| 10-83237 | 10-04022 | CA-N | Fong, et al. v. General Electric Company, et al. | GENERAL ELECTRIC COMPANY |
| 11-60035 | 10-05096 | CA-N | Gottschall v. General Electric Company, et al. | GENERAL ELECTRIC COMPANY |
| 11-60067 | 10-05932 | CA-N | Turner v. General Electric Company, et al. | GENERAL ELECTRIC COMPANY |
| 11-63528 | 11-00424 | CA-N | Adamson v. General Electric Company, et al. | GENERAL ELECTRIC COMPANY |

## SUGGESTION OF REMAND MEMORANDUM
Updated November 4, 2011

**To:** Transferor Judge
**From:** Judge Eduardo C. Robreno, Presiding Judicial Officer, MDL 875
**Re:** Asbestos case that has been transferred to your court

---

### Status of the case that has been transferred from the Eastern District of Pennsylvania

This case has been transferred back to the transferor court, from the MDL 875 Court in the Eastern District of Pennsylvania.

Cases that are remanded to transferor courts are ordinarily ready for trial, pursuant to this Court's Administrative Order No. 18 (see http://www.paed.uscourts.gov/mdl875d.asp).

Specific information regarding the history of a specific case while it was in the MDL 875 Court can be found in the Suggestion of Remand (above) that the MDL Court submitted to the Judicial Panel on Multidistrict Litigation in connection with its Order.

### History of MDL 875, In re: Asbestos Products Liability Litigation

MDL 875, In re: Asbestos Products Liability Litigation, involves issues relating to personal injury damages caused by asbestos products. It currently consists of about 12,000 cases transferred by the Judicial Panel on Multidistrict Litigation, which has been transferring cases to the Eastern District of Pennsylvania since 1991. Each case typically consists of claims by multiple plaintiffs against multiple defendants. Since its inception, the litigation has involved more than 100,000 cases and up to ten million claims, including land-based and maritime claims ("MARDOC").

Beginning with Administrative Order No. 12 (see http://www.paed.uscourts.gov/mdl875d.asp) in 2008, the Court initiated an aggressive, pro-active policy to facilitate the processing of cases. The policy involves giving newly transferred cases scheduling orders; setting cases for settlement conferences; having motion hearings; and remanding trial-ready cases to transferor courts, or, in the alternative, holding trials in the Eastern District of Pennsylvania (if so requested by the parties).

### Resources available for transferor courts on the MDL 875 website

More information about the history of MDL 875 can be found on the Eastern District of Pennsylvania's MDL 875 website at http://www.paed.uscourts.gov/mdl875a.asp. Additionally, all Administrative Orders issued in this litigation (including current Orders and those no longer in effect) can be found at http://www.paed.uscourts.gov/mdl875d.asp.

Also on the website is an Excel spreadsheet of all decisions issued by the Presiding Officer on

substantive and procedural matters since 2008 (see http://www.paed.uscourts.gov/mdl875n.asp).
This spreadsheet is updated regularly, and it can be sorted by jurisdiction, case caption, subject
matter, party name, etc. It is also word searchable. The MDL-875 Court intends this spreadsheet
to be a helpful resource for transferor courts addressing issues similar to those already addressed
by the MDL-875 Court.

Other options available to assist the Transferor Court with legal research include searchable
databases created by LexisNexis and Westlaw. Directions on how to access these databases can be
found on http://www.paed.uscourts.gov/mdl875n.asp.

## Contact information for the MDL 875 Court

The MDL 875 Court is ready, willing and able to assist the transferor court with any matters
relating to the transfer of the case or any substantive or procedural issues that may arise.

You may contact the Presiding Judicial Officer (Judge_Eduardo_Robreno@paed.uscourts.gov),
the MDL 875 asbestos law clerk (Michele_Ventura@paed.uscourts.gov or (267) 299-7422), or the
Clerk's Office ((267) 299-7012) for further assistance.

## Intercircuit Assignment Committee

The Intercircuit Assignment Committee of the Judicial Conference, under the leadership of Judge
J. Frederick Motz of the District of Maryland, can assist in the identification and assignment of a
senior judge from another District who is ready, willing and able to preside over the trial of this
case.  If appropriate, please contact Judge Motz at Judge_J_Frederick_Motz@mdd.uscourts.gov
or (410) 962-0782.