MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com
JASON N. HAYCOCK  (SBN: 278983)
jason.haycock@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone: 415.882.8200
Facsimile:  415.882.8220

Attorneys for Defendant
CRANE CO.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI),<br><br>This Document Relates To: | MDL DOCKET NO. 875<br><br>NOTICE OF TAG ALONG ACTION |
|---|---|

1  MICHELE C. BARNES (SBN: 187239)
   michele.barnes@klgates.com
2  JASON N. HAYCOCK (SBN: 278983)
   jason.haycock@klgates.com
3  **K&L GATES LLP**
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA 94111
   Telephone: (415) 882-8200
5  Facsimile: (415) 882-8220

6  Attorneys for Defendant
   CRANE CO.

E-filed ORIGINAL FILED
JUN 29 2012
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| LANNY SANDERS and SANDRA JENSEN SANDERS<br><br>Plaintiffs,<br><br>vs.<br><br>**3M COMPANY** (INDIVIDUALLY AND F/K/A MINNESOTA, MINING AND MANUFACTURING COMPANY A/K/A "3M".); **ADVANCED COMPOSITES GROUP, INC.**, A DIVISION OF UMECO STRUCTURAL MATERIALS, INC.; **ALLISON ENGINE COMPANY, INC.; APV ENGINEERED COATINGS,** (F/K/A AKRON PAINT & VARNISH, INC.); **ARMSTRONG INTERNATIONAL, INC.; B.R. FUNSTEN & CO.; BASF CORPORATION** (INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO CIBA SPECIALTY CHEMICALS, AS SUCCESSOR IN INTEREST TO RELIABLE MANUFACTURING COMPANY;) **BECHTEL CORPORATION** (INDIVIDUALLY AND AS SUCCESSOR TO SEQUOIA VENTURES, INC.);**BOEING AMERICAN, INC.,** (INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO NORTH AMERICAN ROCKWELL AS SUCCESSOR IN INTEREST TO NORTH AMERICAN AVIATION); | Civil Action No. CV 12 3394<br><br>(Superior Court of the State of California for the City and County of San Francisco, CA, Case No. CGC-12-276053)<br><br>**NOTICE OF TAG-ALONG ACTION** |

1
NOTICE OF TAG-ALONG ACTION

| | |
|---|---|
| 1 | **BON L. MANUFACTURING COMPANY,** (INDIVIDUALLY AND AS SUCCESSOR |
| 2 | BY MERGER TO CAPITOL PRODUCTS CORPORATION SUCCESSOR-IN-INTEREST |
| 3 | TO DAVIS ENGINEERING CORPORATION); **BORGWARNER MORSE TEC, INC.,** |
| 4 | (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BORG-WARNER |
| 5 | CORPORATION);**BORGWARNER, INC.,** (INDIVIDUALLY AND AS SUCCESSOR-IN- |
| 6 | INTEREST TO BORG-WARNER CORPORATION); **CBS CORPORATION,** |
| 7 | (F/K/A VIACOM, INC. SUCCESSOR-BY-MERGER TO CBS CORPORATTON, |
| 8 | SUCCESSOR-BY-MERGER TO WESTINGHOUSE ELECTRIC |
| 9 | CORPORATION); **CESSNA AIRCRAFT COMPANY (A TEXTRON COMPANY);** |
| 10 | **CESSNA AIRCRAFT COMPANY, (A** TEXTRON COMPANY, INDIVIDUALLY AND |
| 11 | AS SUCCESSOR IN INTEREST TO MCCAULEY PROPELLER COMPANY) |
| 12 | **CIRRUS ENTERPRISES, L.L.C.** (INDIVIDUALLY AND AS SUCCESSOR-IN- |
| 13 | INTEREST TO E.V. ROBERTS AND ASSOCIATES, INC., AND EVRA, INC.); |
| 14 | **CLEVELAND WHEELS AND BRAKES AND AIRCRAFT WHEEL AND BRAKE,** A |
| 15 | DIVISION OF PARKER HANNIFIN CORPORATION; **CONTINENTAL MOTORS,** |
| 16 | **INC.; CRANE CO.,** (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO HYDRO- |
| 17 | AIRE INC., AND ADEL PRECISION PRODUCTS CORPORATION); **CRANE CO.,** |
| 18 | (D/B/A CRANE RESISTOFLEX CO., A DIVISION OF CRANE CO.); **CROWN CORK** |
| 19 | **& SEAL COMPANY, INC.** (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO |
| 20 | MUNDET CORK COMPANY); **CUMMINS, INC.** (F/K/A CUMMINS ENGINEER |
| 21 | COMPANY, INC.); **CURTISS-WRIGHT CORPORATION; CURTISS-WRIGHT** |
| 22 | **FLOW CONTROL CORPORATION; CYTEC INDUSTRIES, INC.,** |
| 23 | (INDIVIDUALLY AND SUCCESSOR IN INTEREST TO AMERICAN CYANAMID |
| 24 | COMPANY); **DANA COMPANIES, LLC,** (INDIVIDUALLY AND AS SUCCESSOR IN |
| 25 | INTEREST TO VICTOR MANUFACTURING & GASKET CO.); **DEXTER HYSOL** |
| 26 | **AEROSPACE, LLC,** (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO DEXTER |
| 27 | HYSOL AEROSPACE, INC.); |
| 28 | |

| | |
|---|---|
| 1 | **DOUGLASS INSULATION COMPANY, INC., EATON AEROQUIP, INC.; EATON** |
| 2 | **AEROQUIP, ; EATON CORPORATION,** (INDIVIDUALLY AND AS SUCCESSOR |
| 3 | IN INTEREST TO EATON ELECTRICAL, INC., AND AS SUCCESSOR TO INTEREST |
| 4 | CUTLER-HAMMER, INC.); **EATON ELECTRICAL, INC.,** (INDIVIDUALLY AND |
| 5 | AS SUCCESSOR IN INTEREST TO CUTLER-HAMMER, INC. AND F/K/A CUTLER- |
| 6 | HAMMER, INC.); **ESSEX CHEMICAL CORPORATION,** (INDIVIDUALLY AND AS |
| 7 | A SUBSIDIARY OF DOW CHEMICAL COMPANY); **ETHYL CORPORATION,** |
| 8 | (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CAPITOL PRODUCTS |
| 9 | CORPORATION SUCCESSOR-IN-INTEREST TO DAVIS ENGINEERING CORPORATION); |
| 10 | **FRASER'S BOILER SERVICE, INC.; FRYER KNOWLES, INC., A** CALIFORNIA |
| 11 | CORPORATION; **GENERAL ELECTRIC COMPANY; GOODRICH CORPORATION** |
| 12 | (F/K/A THE B.F. GOODRICH COMPANY); SUCCESSOR-IN-INTEREST TO LONG BELL |
| 13 | PAPER CO.); **HARCO LABORATORIES, INC.; HAWKER BEECHCRAFT** |
| 14 | **CORPORATION; HENKEL CORPORATION,** (INDIVIDUALLY AND AS |
| 15 | SUCCESSOR-IN-INTEREST TO DEXTER HYSOL AEROSPACE, INC.); **HONEYWELL** |
| 16 | **INTERNATIONAL, INC.** (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO |
| 17 | ALLIED-SIGNAL, INC. AND THE BENDIX CORPORATION); **HOPEMAN BROTHERS,** |
| 18 | **INC.; IMO INDUSTRIES, INC.** (INDIVIDUALLY AND AS SUCCESSOR-IN- |
| 19 | INTEREST TO ADEL PRECISION PRODUCTS, INC.); **INTERNATIONAL** |
| 20 | **PAPER COMPANY,** (INDIVIDUALLY AND AS **THORPE & SON, INC.; LEHIGH** |
| 21 | **GASKET COMPANY;LOCKHEED MARTIN CORPORATION; LYCOMING ENGINES;** |
| 22 | **M. SLAYEN & ASSOCIATES, INC.; MCDONNELL DOUGLAS CORPORATION;** |
| 23 | **MECHANICAL DRIVES & BELTING** (F/K/A L.A. RUBBER COMPANY); |
| 24 | **METALCLAD INSULATION CORPORATION; NATIONAL SERVICES** |
| 25 | **INDUSTRIES, INC.; NATIONAL STEEL AND SHIPBUILDING COMPANY,** (A/K/A |
| 26 | NASSCO); **NORTHROP GRUMMAN WORLDWIDE CORP.;** MANUFACTURING |
| 27 | COMPANY); |
| 28 | |

| | |
|---|---|
| 1 | PARKER-HANN/FIN CORPORATION (INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO RESISTOFLEX); |
| 2 | **NOVARTIS CORPORATION,** (INDIVIDUALLY AND AS SUCCESSOR IN |
| 3 | INTEREST TO CIBA- GEIGY CORPORATION, AS SUCCESSOR |
| 4 | IN INTEREST TO RELIABLE **PFIZER, INC.;** |
|   | **PIPER AIRCRAFT, INC.;** |
| 5 | **PLANT INSULATION COMPANY,** (FORMERLY ASBESTOS COMPANY OF |
| 6 | CA); **PNEUMO ABEX, L.L.C.,** (INDIVIDUALLY AND AS SUCCESSOR |
| 7 | BY MERGER TO PNEUMO ABEX CORPORATION, SUCCESSOR-IN-INTEREST |
| 8 | TO ABEX CORPORATION F/K/A AMERICAN BRAKE SHOE COMPANY, F/K/A AMERICAN |
| 9 | BRAKE SHOE AND FOUNDRY COMPANY INCLUDING THE AMERICAN BRAKEBLOK |
| 10 | DIVISION, SUCCESSOR-BY-MERGER TO THE AMERICAN BRAKE SHOE AND |
| 11 | FOUNDRY COMPANY AND THE AMERICAN BRAKEBLOK CORPORATION |
| 12 | F/K/A THE AMERICAN BRAKE MATER/ALS CORPORATI ON); **PRATT & WHITNEY** |
| 13 | **POWER SYSTEMS, INC.; PRATT & WHITNEY ROCKETDYNE, INC.;** |
| 14 | **PRC-DESOTO INTERNATIONAL, INC.,** (FORMERLY COURTAULDS AEROSPACE, |
| 15 | INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO PRODUCTS RESEARCH & |
| 16 | CHEMICAL CORPORATION); **QUINTEC INDUSTRIES, INC.,** (INDIVIDUALLY AND |
| 17 | SUCCESSOR-BY-MERGER TO WESTERN FIBROUS GLASS PRODUCTS COMPANY |
| 18 | F/K/A WESTERN FIBERGLAS COMPANY); **ROCKWELL AUTOMATION, INC.,** |
| 19 | (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ALLEN-BRADLEY COMPANY |
| 20 | INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ROSTONE CORPORATION); |
| 21 | **ROCKWELL INTERNATIONAL, INC.;** |
|   | **ROLLS ROYCE CORPORATION** (D/B/A |
| 22 | ALLISON ENG1NE COMPANY CORPORATION SERVICE COMPANY) |
| 23 | **ROLLS-ROYCE NORTH AMERICA INC.;** |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | S B DECKING, INC.; SAN FRANCISCO GRAVEL COMPANY; SCHNEIDER |
| 2 | ELECTRIC USA, INC., (F/K/A SQUARE D COMPANY); SHELL CHEMICAL, L.P.; |
| 3 | SMITH TUBULAR SYSTEMS-LACONIA, INC., (INDIVIDUALLY AND AS SUCCESSOR |
| 4 | TO TITEFLEX CORPORATION, AND TITEFLEX, INC.); SMOOTH-ON, INC.; |
| 5 | SOCO WEST, INC. (F/K/A BRENNTAG WEST, INC., F/K/A SOCO-LYNCH |
| 6 | CORPORATION, F/K/A SOCO-WESTERN CHEMICAL CORPORATION, F/K/A |
| 7 | STINNES-WESTERN CHEMICAL CORPORATION); SOUTH BAY BOILER |
| 8 | REPAIR, INC.;SYD CARPENTER MARINE CONTRACTOR, INC.; TDY INDUSTRIES, |
| 9 | INC., (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO |
| 10 | TELEDYNE TECHNOLOGIES INC.); THE BOEING COMPANY; THE BOEING |
| 11 | COMPANY (D/B/A BOEING INTEGRATED DEFENSE SYSTEMS, AS SUCCESSOR-IN- |
| 12 | INTEREST TO ROCKWELL INTERNATIONAL);THE DOW CHEMICAL |
| 13 | COMPANY;THE GOODYEAR TIRE & RUBBER COMPANY; THOMAS DEE |
| 14 | ENGINEERING CO.; THORPE INSULATION COMPANY; TITEFLEX |
| 15 | CORPORATION; TREDEGAR CORPORATION, INDIVIDUALLY AND AS |
| 16 | SUCCESSOR-IN-INTEREST TO CAPITOL PRODUCTS CORPORATION SUCCESSOR- |
| 17 | IN-INTEREST TO DAVIS ENGINEERING CORPORATION); TRIUMPH |
| 18 | AEROSTRUCTURES-VOUGHT AIRCRAFT DIVISION, (A DIVISION OF |
| 19 | TRIUMPH GROUP, INC. AND TRIUMPH GROUP, INC., INDIVIDUALLY AND AS |
| 20 | SUCCESSOR IN INTEREST TO VOUGHT AIRCRAFT INDUSTRIES, INC.); UNION |
| 21 | CARBIDE CORPORATION; UNITED TECHNOLOGIES CORPORATION |
| 22 | (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PRATT & WHITNEY); |
| 23 | URS CORPORATION, (INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO |
| 24 | JOHN A. BLUME AND ASSOCIATES), and DOES 1-300 |
| 25 | |
| 26 | Defendants. |
| 27 | |
| 28 | |

1 PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On November 23, 2011, the Panel on Multidistrict Litigation and the Hon. Eduardo C. Robreno issued an order and recommendation terminating the new transfer of tag-along actions to the MDL, with several exceptions, including cases venued in the Northern District of California. A copy of that order is attached hereto as Exhibit 1.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated: June 29, 2012

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Date: June 29, 2012

Respectfully submitted,

By: _____
Michele C. Barnes (CA S.B. # 187239)
Jason N. Haycock (CA S.B. # 278983)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Attorneys for Defendant
CRANE CO.