**LEVY, PHILLIPS & KONIGSBERG, LLP**
ATTORNEYS AT LAW
800 THIRD AVENUE
NEW YORK, N.Y. 10022

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE CENTER
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

(212) 605-6200
FAX: (212) 605-6290
E-MAIL: lpk@lpklaw.com

GOSHEN OFFICE
42 PARK PLACE
GOSHEN, NEW YORK 10924

TELEPHONE: (845) 294-2002

July 2, 2012

*VIA FACSIMILE*
Jeffery M. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Fed. Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002
FAX: (202) 502-2888

Re: *Jo Ann Relyea v. Borg Warner Corp., et al.*
U.S. District Court for the Southern District of New York Case No. 2:12-cv-03564-AJN

Dear Mr. Luthi:

We represent the Plaintiffs in the above-captioned case.

Plaintiffs filed a Notice of Tag-Along Action for this case on July 2, 2012. A copy of this notice is attached hereto. Pursuant to the Notice of Tag-Along Action, please transfer this case to MDL 875 as expeditiously as possible.

Thank you for your prompt attention to this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

LEVY PHILLIPS & KONIGSBERG, LLP

By: _____
Amber R. Long

{00280063.DOCX}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
:
JO ANN RELYEA, :
:
        Plaintiff, :
:    No.:1:12-cv-03564-AJN
  -v- :
:    PLAINTIFF'S NOTICE OF TAG-
BORG WARNER CORP., et al., :    ALONG ACTION
:
        Defendants. :
:
------------------------------------X

## NOTICE OF TAG-ALONG ACTION

    PLEASE TAKE NOTE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated and consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.1(a) provides:

> Any party or counsel in actions previously transferred under Section 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

    The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the United States District Court, Eastern District of Pennsylvania. The undersigned is sending a copy of this notice to the Clerk of the Judicial Panel of Multi-District Litigation contemporaneous with the filing of this notice. The Clerk of the Panel may either: 1) enter a conditional transfer order pursuant to MDL Rule 7.1; or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 8.1.

Respectfully submitted,

LEVY PHILLIPS & KONIGSBERG, LLP

By: _____
Amber R. Long, Esq.

Dated: July 2, 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

JO ANN RELYEA,

        Plaintiff,

  -v-

BORG WARNER CORP., et al.,

        Defendants.

----------------------------------------X

No.:1:12-cv-03564-AJN

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2012, I electronically filed the foregoing Notice of Tag-Along Action with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have thereby electronically served this document upon all counsel of record who are registered with the Court's CM/ECF system.

Rachel Rohinsky