UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANNY SANDERS and SANDRA JENSEN SANDERS,<br><br>            Plaintiff,<br><br>vs.<br><br>3M COMPANY QNDIVIDUALL Y AND FfKJA MINNESOTA, MINING AND MANUFACTURING COMPANY AIKIA "3M");<br>ADVANCED COMPOSITES GROUP, INC., A DIVISION OF UMECO STRUCTURAL MATERIALS, INC.;<br>ALLISON ENGINE COMPANY, INC.;<br>APV ENGINEERED COATINGS, (FfKJA AKRON PAINT & VARNISH, INC.);<br>ARMSTRONG INTERNATIONAL, INC.;<br>B.R. FUNSTEN & CO.;<br>BASF CORPORATION (INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO CmA SPECIALTY CHEMICALS, AS SUCCESSOR IN INTEREST TO RELIABLE MANUFACTURING COMPANY;) BECHTEL CORPORATION (INDIVIDUALLY AND AS SUCCESSOR TO SEQUOIA VENTURES, INC.);<br>BOEING AMERICAN, INC.,<br><br>            Defendants. | (ASBESTOS)<br><br>U.S.D.C. Case No. CV12-03506 KAW<br><br>San Francisco County Superior Court Case No. CGC-12-276053<br><br>DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

### DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

**TO THE CLERK OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause.  MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

2.	The undersigned hereby notifies the court that the state court action that has now been removed to federal court (a copy of the original state court complaint is provided herewith as an attachment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY ("NASSCO") is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties.  NASSCO reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Date:  July 10, 2012

By:	/s/ Thomas J. Moses
Edward R. Hugo [Bar No. 124839]
P. M. Bessette [Bar No. 127588]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
NATIONAL STEEL AND
SHIPBUILDING COMPANY

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION