UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANNY SANDERS and SANDRA JENSEN SANDERS,<br><br>        Plaintiff,<br><br>vs.<br><br>3M COMPANY QNDIVIDUALL Y AND FfKJA MINNESOTA, MINING AND MANUFACTURING COMPANY AIKIA "3M");<br>ADVANCED COMPOSITES GROUP, INC., A DIVISION OF UMECO STRUCTURAL MATERIALS, INC.;<br>ALLISON ENGINE COMPANY, INC.;<br>APV ENGINEERED COATINGS, (FfKJA AKRON PAINT & VARNISH, INC.);<br>ARMSTRONG INTERNATIONAL, INC.;<br>B.R. FUNSTEN & CO.;<br>BASF CORPORATION (INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO CmA SPECIALTY CHEMICALS, AS SUCCESSOR IN INTEREST TO RELIABLE MANUFACTURING COMPANY;) BECHTEL CORPORATION (INDIVIDUALLY AND AS SUCCESSOR TO SEQUOIA VENTURES, INC.); BOEING AMERICAN, INC.,<br><br>        Defendants. | (ASBESTOS)<br><br>U.S.D.C. Case No. 4:12-cv-03506 KAW<br><br>San Francisco County Superior Court Case No. CGC-12-276053<br><br>SCHEDULE OF ACTIONS BY DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

SCHEDULE OF ACTIONS BY DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY

## SCHEDULE OF ACTIONS BY DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, Defendant NATIONAL STEEL AND SHIPBUILDING COMPANY ("NASSCO") hereby provides notice that NASSCO has no related actions currently pending before the Judicial Panel of Multidistrict Litigation.

Date: July 10, 2012

By: /s/ Thomas J. Moses
Edward R. Hugo [Bar No. 124839]
P. M. Bessette [Bar No. 127588]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
NATIONAL STEEL AND
SHIPBUILDING COMPANY

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
SCHEDULE OF ACTIONS BY DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY