UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANNY SANDERS and SANDRA JENSEN SANDERS,<br><br>          Plaintiff,<br><br>vs.<br><br>3M COMPANY QNDIVIDUALL Y AND FfKJA MINNESOTA, MINING AND MANUFACTURING COMPANY AIKIA "3M");<br>ADVANCED COMPOSITES GROUP, INC., A DIVISION OF UMECO STRUCTURAL MATERIALS, INC.;<br>ALLISON ENGINE COMPANY, INC.;<br>APV ENGINEERED COATINGS, (FfKJA AKRON PAINT & VARNISH, INC.);<br>ARMSTRONG INTERNATIONAL, INC.;<br>B.R. FUNSTEN & CO.;<br>BASF CORPORATION (INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO CmA SPECIALTY CHEMICALS, AS SUCCESSOR IN INTEREST TO RELIABLE MANUFACTURING COMPANY;) BECHTEL CORPORATION (INDIVIDUALLY AND AS SUCCESSOR TO SEQUOIA VENTURES, INC.);<br>BOEING AMERICAN, INC.,<br><br>          Defendants. | (ASBESTOS)<br><br>U.S.D.C. Case No. 4:12-cv-03506-KAW<br><br>San Francisco County Superior Court Case No. CGC-12-276053 |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On July 10, 2012, I served the following:

DEFENDANT NATIONAL STEEL AND SHIPBUILDING COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT (Oakland) CIVIL DOCKET FOR CASE NO. 4:12-cv-03506-KAW with Summons and Complaint of Plaintiffs filed by Lanny Sanders and Sandra Jensen Sanders

    X    By transmitting via facsimile the document(s) listed above to the fax number(s) set forth for Plaintiffs' counsel below on this date before 5:00 p.m.

**Via Facsimile to Attorneys for Plaintiffs** LANNY SANDERS and SANDRA JENSEN SANDERS**.**

Baron and Budd P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Fax: (214) 520-1181

**Via Facsimile to All Parties on attached Service List**

I declare under penalty of perjury that the above is true and correct. Executed on July 10, 2012, at San Francisco, California.

By: *Wanda D. Claudio*
    Wanda D. Claudio

Edward R. Hugo [Bar No. 124839]
P. M. Bessette [Bar No. 127588]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
NATIONAL STEEL AND
SHIPBUILDING COMPANY

*Sanders, Lanny, et al. v. 3M Company, et al.*
United States U.S. District Court Case No. CV12-3506 – KAW

| | |
|---|---|
| **Gordon & Rees LLP**<br>275 Battery St., #2000<br>San Francisco, CA 94111<br>**Fax: (415) 986-8054**<br>Attorneys for Defendants 3M Company and Goodyear Tire & Rubber Co. | **Law Offices of Stephen K. Brunk**<br>6098 La Jolla Mesa<br>La Jolla, CA 92037<br>**Fax: (619) 234-3331**<br>Attorneys for Defendant Avco Corp. |
| **Hassard Bonnington LLP**<br>Two Embarcadero Center, Ste. 1800<br>San Francisco, CA 94111<br>**Fax: (415) 288-9802**<br>Attorneys for Defendants Bon L Manufacturing Co.; Ethyl Corp.; and Tredegar Corp. | **Pond North, LLP**<br>350 S. Grand Avenue, Ste. 3300<br>Los Angeles, CA 90071<br>**Fax: (213) 623-3594**<br>Attorneys for Defendant CBS Corporation |
| **K&L Gates LLP [Kirkpatrick & Lockhart Preston Gates Ellis LLP]**<br>Four Embarcadero Center, Ste. 1200<br>San Francisco, CA 94111<br>**Fax: (415) 882-8220**<br>Attorneys for Defendants Crane Co. and Schneider Electric USA Inc. | **Armstrong & Associates**<br>One Kaiser Plaza, Ste. 625<br>Oakland, CA 94612<br>**Fax: (510) 433-1836**<br>Attorneys for Defendant Crown Cork & Seal Co. Inc. |
| **Jackson Jenkins Renstrom**<br>55 Francisco St., 6th Fl.<br>San Francisco, CA 94133<br>**Fax: (415) 982-3700**<br>Attorneys for Defendant Cummins Inc. | **King & Spalding**<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>**Fax: (415) 318-1300**<br>Attorneys for Defendant Cytec Industries Inc. |
| **Berry & Berry Law Offices**<br>2930 Lakeshore Avenue<br>Oakland, CA 94610<br>**Fax: (510) 835-5117**<br>Designated Defense Counsel | **Howard Rome Martin & Ridley LLP**<br>1775 Woodside Road, Ste. 200<br>Redwood, CA 94061-3436<br>**Fax: (650) 364-5297**<br>Attorneys for Defendants Eaton Corporation and IMO Industries Inc. |
| **Burnham Brown**<br>P.O. Box 119<br>Oakland, CA 94604<br>**Fax: (510) 835-6666**<br>Attorneys for Defendant Harco Laboratories Inc. | **Walsworth, Franklin, Bevins & McCall, LLP**<br>One City Blvd. West, 5th Fl.<br>Orange, CA 92868<br>**Fax: (714) 634-0686**<br>Attorneys for Defendants General Electric Company; Thomas Dee Engineering Co., Inc.; and Quintec Industries Inc. |

| | |
|---|---|
| **Glaspy & Glaspy**<br>100 Pringle Ave., Ste. 750<br>Walnut Creek, CA 94596<br>**Fax: (925) 947-1594**<br>Attorneys for Defendant Goodrich Corp. | **Selman Breitman, LLP**<br>33 New Montgomery St., 6th Fl.<br>San Francisco, CA 94105<br>**Fax: (415) 979-2099**<br>Attorneys for Defendants Douglass Insulation Co. Inc.; LeHigh Gasket Co.; and Smooth On Inc. |
| **Perkins Coie LLP**<br>Four Embarcadero Center, Ste. 2400<br>San Francisco, CA 94111<br>**Fax: (415) 344-7050**<br>Attorneys for Defendant Honeywell International Inc. | **Bassi Edlin Huie & Blum, LLP**<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>**Fax: (415) 397-1339**<br>Attorneys for Defendants J.T. Thorpe & Son, Inc. |
| **Becherer Kannett & Schweitzer**<br>2255 Powell St.<br>Emeryville, CA 94608<br>**Fax: (510) 658-1151**<br>Attorneys for Defendant M. Slayen & Associates, Inc. | **Lombardi, Loper & Conant, LLP**<br>Lake Merritt Plaza, Ste. 2600<br>1999 Harrison St.,<br>Oakland, CA 94612<br>**Fax: (510) 433-2699**<br>Attorneys for Defendant Mechanical Drives & Belting |
| **McKenna Long & Aldridge LLP**<br>101 California St., 41st Fl.<br>San Francisco, CA 94111<br>**Fax: (415) 267-4198**<br>Attorneys for Defendant Metalclad Insulation Corp. | **McKenna Long & Aldridge LLP**<br>300 S. Grand Avenue, 14th Fl.<br>Los Angeles, CA 90071<br>**Fax: (213) 243-6330**<br>Attorneys for Defendant Union Carbide Corporation |
| **Hurrell Cantrall LLP**<br>700 South Flower Street, Suite 900<br>Los Angeles, CA 90017<br>**Fax: (213) 426-2020**<br>Attorneys for Defendant PRC DeSoto International Inc. | **Tucker Ellis & West LLP**<br>135 Main St., Ste. 700<br>San Francisco, CA 94105<br>**Fax: (415) 617-2409**<br>Attorneys for Defendants Pfizer Inc.; Pratt & Whitney Power Systems Inc.; Rockwell Automation Inc.; and United Technologies Corporation |
| **Imai, Tadlock, Keeney & Cordery LLP**<br>100 Bush St., Ste. 1300<br>San Francisco, CA 94107<br>**Fax: (415) 675-7008**<br>Attorneys for Defendant San Francisco Gravel Co., Inc. | **Murrin & Associates LLC**<br>3675 Mount Diablo Blvd., Suite 230<br>Lafayette, CA 94549<br>**Fax: (925) 262-2111**<br>Attorneys for Defendant Soco West Inc. |
| **Brown, Eassa, & McLeod, LLP**<br>1999 Harrison St., 18th Fl.<br>Oakland, CA 94612-3541<br>**Fax: (510) 839-7940**<br>Attorneys for Defendant The Dow Chemical Company | |