# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                 Civil Action No. MDL 875

This Document Relates To:

SAMANTHA LYMAN, et al                  §
                                       §         *Transferred from:*
          Plaintiff(s),                §
                                       §         *U.S. District Court for the Northern*
                                       §         *District of California -*
v.                                     §         *Civil Action No. 07-4240*
                                       §
UNION CARBIDE CORPORATION, et al.      §
                                       §         *Eastern District of Pennsylvania*
          Defendant(s).                §         *Civil Action No. 09-62999*

### ORDER

          AND NOW, this 19th day of January, 2011, upon consideration of defendant
Union Carbide Corporation's Renewed Motion to Exclude Testimony of Plaintiffs' Expert
Witnesses (Doc. 50)(the "Motion"), plaintiffs' response in opposition to defendants' Renewed
Motion to Exclude Expert Testimony (Doc. 52), and after a telephonic conference held today, it
is hereby

### ORDERED

that defendants' Renewed Motion to Exclude Testimony of Plaintiffs' Expert Witnesses (Doc.
50) is **DENIED**.  It is further **ORDERED** that within twenty-one days of this order, plaintiffs
shall file Supplemental Reports for those experts reports which do not fully comply with Fed. R.
Civ. P. 26(a)(2)(B).  This is without prejudice to the right of defendants to file any motions in
limine regarding these experts in the Transferor Court.  Since discovery is complete and the
Court has denied defendants' motions for Summary Judgment, the Court recommends that the
Honorable Eduardo C. Robreno remand this case for trial in the Transferor Court.

                              BY THE COURT:


                              /s/ Thomas J. Rueter
                              THOMAS J. RUETER
                              Chief United States Magistrate Judge