**EXHIBIT E**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)              CIVIL ACTION NO. MDL 875

This Document Relates To:

1.  Robert F. Lyman, et al. v. Union Carbide Corporation, et al.
    EDPA Civil Action No. 09-62999

### AMENDED SCHEDULING ORDER

AND NOW, this 3rd day of December, 2009, upon consideration of defendants' Motion for an Extension of Discovery Period, it is hereby **ORDERED** that:

| | | |
|---|---|---|
| 1. | All plaintiff's economic and medical causation expert reports must be completed and served by: | March 2, 2010 |
| 2. | Any defense economic and medical causation expert reports must be completed and served by: | April 2, 2010 |
| 3. | Any remaining fact discovery must be completed by: | February 2, 2010 |
| 4. | Any dispositive motions must be filed by: | May 3, 2010 |
| 5. | Responses to dispositive motions must be filed by: | May 24, 2010 |
| 6. | Replies to responses (if any) to dispositive motions must be filed by: | June 7, 2010 |
| 7. | Any expert depositions must be completed by: | July 7, 2010 |

Counsel are directed that all motions with briefs are to be filed with the transferee court with a copy to be sent to the undersigned.[1]

---

[1] Punitive damages in asbestos cases consolidated under MDL 875 have been bifurcated, and are not subject to remand at this time. In the event that this case is remanded for adjudication in the transferor district, any claims for punitive damages will remain in the Eastern District of Pennsylvania to be heard at a later time.

A second settlement conference is set for **Tuesday, December 15, 2009 at 10:00 a.m.** The conference will take place before the undersigned in Courtroom 3-C (3rd Floor), United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

BY THE COURT:

/s/ TJR
THOMAS J. RUETER
Chief United States Magistrate Judge