**EXHIBIT G**

# Brayton❖Purcell LLP

## TRIAL LAWYERS

ALAN R. BRAYTON
GILBERT L. PURCELL

DAVID R. DONADIO
LLOYD F. LeROY

OF COUNSEL
JEFFREY D. EISENBERG*
STEPHEN J. HEALY
RICHARD R. KUHN
WILLIAM G. MCDEVITT
ROBERT M. LEVY

* ADMITTED ONLY IN STATES
OTHER THAN CALIFORNIA

222 Rush Landing Road
P O Box 6169
Novato, California 94948-6169
Telephone: (415) 898-1555
Facsimile: (415) 898-1247

Portland: (503) 295-4931
Los Angeles: (415) 898-1555
Salt Lake City: (801) 366-9100

Email: mail@braytonlaw.com
www.braytonlaw.com




November 30, 2009

*Via facsimile*

To All Counsel
See Attached Service List

    Re:    <u>Discovery Information</u>
            *Lyman, et al. v. Asbestos Defendants*
            Case No. C 09-62999-ER
            Civil Action No. MDL 875, 2:01-md-00875-ECR

Dear Counsel,

        Plaintiffs provide the following information to defendants, as discussed during the phone conference with Judge Rueter on November 24, 2009.

### Pathology

        Brayton Purcell currently has possession of pathology for Robert Lyman. This pathology has already been identified by plaintiffs in their amended discovery responses served on defendants on October 2, 2009. Please sign and return the enclosed stipulation. Once we have received the signed stipulation from all counsel we will make arrangements for delivery of the pathology to Ms. Mrowka's office at your earliest convenience.

### Bankruptcy Trust Documents

        No bankruptcy claims have been submitted to Combustion Engineering, Pope & Talbot, or W.R. Grace & Co. Following the phone conference with Judge Rueter, the Amatex Trust Claim Facility provided us with bankruptcy claim documents for the asbestos-related injuries suffered by Robert Lyman. We have provided these documents to you. This should resolve all issues regarding bankruptcy claim documents.

November 30, 2009                                                                                          Page 2

Fact Witnesses

Plaintiffs intends to call David Weatherford as a fact witness in this case, as stated in plaintiffs' revised witness list served on defendants in August 2007 and in plaintiffs' Initial Disclosures served on defendants in September 2009. Mr. Weatherford may be reached c/o Brayton❖Purcell LLP.

Contrary to the assertions made by Ms. Mrowka to attorney Siddharth Jhans earlier today, Judge Rueter did not require plaintiffs to hand serve discovery responses by today. We will serve discovery responses tomorrow in accordance with the Federal Rules of Civil Procedure. Please contact me if you have any questions. Thank you.

                                                        Very truly yours,

                                                        Frank J. Anders

FJA/jsh