# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

Civil Action No. MDL 875

This Document Relates To:

SAMANTHA LYMAN, et al

    Plaintiff(s),

v.

UNION CARBIDE CORPORATION, et al.

    Defendant(s).

*Transferred from:*

*U.S. District Court for the Northern District of California -*
*Civil Action No. 07-4240*

*Eastern District of Pennsylvania*
*Civil Action No. 09-62999*

## ORDER

AND NOW, this 23rd day of September, 2010, upon consideration of defendant Union Carbide Corporation's Motion to Exclude Testimony of Plaintiffs' Expert Witnesses (Doc. 36) (the "Motion"), defendant Montello, Inc.'s joinder thereto (Doc. 37), plaintiffs' response in opposition to defendants' Motion to Exclude Expert Testimony (Doc. 40), and defendants' joint reply (Doc. 45), it is hereby

## ORDERED

that defendants' Motion to Exclude Testimony of Plaintiffs' Expert Witnesses (Doc. 36) is **GRANTED IN PART** and **DENIED IN PART**.

    1.    Within seven (7) days of the date of this Order, plaintiffs shall serve all economic and medical causation expert reports that have not previously been served. Any and all experts retained by plaintiffs whose reports are not disclosed within seven (7) days of the date of this Order are excluded from offering any opinions at trial, including oral testimony and prior deposition testimony.

2. The court's Amended Scheduling Order dated December 3, 2009 (Doc. 17) is further amended such that any expert depositions must be completed by November 30, 2010.

3. Plaintiffs' attorneys shall pay all reasonable expenses, including attorney's fees, incurred by defendants Union Carbide Corporation and Montello, Inc. in connection with bringing the Motion. Plaintiffs' attorneys violated the terms of this court's Amended Scheduling Order and have proffered frivolous reasons for doing so. See Fed. R. Civ. P. 16(f).

4. Defendants' request for plaintiffs to bear all costs associated with discovery related to all of their experts, including costs of preparing for, traveling to, and taking the depositions of each expert witness that plaintiffs intend to call, is denied.

BY THE COURT:

___/s/  Thomas J. Rueter_____
THOMAS J. RUETER
Chief United States Magistrate Judge

2