**EXHIBIT J**

September 29, 2010

Nancy Williams
Brayton Purcell, LLP
222 Rush Landing Road
Novato, CA 94949

Re: <u>Decedent: Lyman, Robert Frances (DOD: 05/20/08)</u>

Dear Ms. Williams:

In response to your request concerning the matter above-captioned, I have prepared the following in connection with this case.

You have asked for a statement as to the compensation to be paid for my testimony in the case, I have attached hereto a copy of my fee schedule which will apply to testimony I present in this matter.

You have asked for a listing of all the cases in which I have testified, either at trial or by deposition in the last 4 years. I have attached the most updated version of a report I maintained in connection with this information.

You have asked for a statement of my qualifications including publications authored within the past 10 years. I have attached a copy of my current curriculum vitae which contains that information.

You have asked for a copy of a statement of all of the opinions I will express in this case and the basis for them. In that regard, I have been advised that I will be asked to testify as to the anatomy and associated asbestos-induced pathology of human and animal lungs, the causation and pathogenesis of asbestos-related diseases and lung cancer, the deposition patterns of inhaled fibers and how this relates to asbestos exposures encountered in the work place, the similarities of the impact upon cells of all forms of asbestos and thus their ability to induce genetic damage and disease, and the scientific and related modalities used to explore these interactions (i.e., TEM, PCM, etc.).

You have asked for the data or other information which I have considered in formulating my opinions in this case. Those matters are described in my report referenced to above.

Nancy Williams
September 29, 2010

    Finally, you have asked about the exhibits that will be used to summarize or support my curriculum vitae and the articles I have written described delineated therein, as are opinions. Those exhibits are the copies of PowerPoint slides attached hereto.

    Please do not hesitate to contact me if I have failed to address anything you may need.

                                           Sincerely,

                                           *[signature: Arnold R. Brody]*

Arnold R. Brody Ph.D.
Professor

Dr. Arnold Brody

<u>Lyman v. Union Carbide and Montello</u>

Statement Regarding List of Past Testimony

    Attachment is undergoing changes. Brayton Purcell to supply list of cases upon completion.