# EXHIBIT K

# Alta Bates

MEDICAL CENTER
ANATOMIC PATHOLOGY

Date 2/67/07

To Whom It May Concern

Attached is a true and correct copy of my notes, consisting of ____2____ page(s) in the case of _Robert F. Lyon_.

I have initialed the upper right corner(s) for identification.

Sincerely

William R. Salyer, M.D.      /WRS

WRS/w

Alta Bates Medical Center
Ashby Campus, 2450 Ashby Avenue, Berkeley, CA 94705
Tel 510.204.1642 • Fax 510.549.2671

Lyman, Robert F.     WRS         LO7-
DOB: 8-13-39                      Brayton

11-16-06 → Carson-Tahoe Pathology, Carson City, NV
H-06-9466
— hemoptysis, abnormal RUL c̄ multiple.
  infectious vs. malignant

A. RUL, endobronchial bx:
   — Pos for malignancy — Keratinizing
     squamous cell ca c̄ invasion

B. RUL, washing (cytology):
   — Pos for malig — Keratinizing sq cell CA

C. RUL, brushing (cytology)
   — Pos for malig — Keratinizing sq cell ca

D. RUL, bronchoalveolar lavage (cytology)
   — Pos for malig — Keratinizing sq cell CA

Lyjman                           WRS                               (2)

Slide Review

Carson-Tahoe Pathology   H-06-9466   11 slides
(A - H+E; B - 2 smears [PAP]; B - cytospin [Giemsa]; B - cell block [H+E];
C - 3 smears [PAP]; D - 2 smears [PAP]; D - cell block [H+E]
+ 3 blocks (A, B, D)            prepared 3 for (A, B, D)

A. Lung, RLL, bronch bx  — In-situ + infil sq cell ca
                         — No lung tissue (bronch wall + tumor)
                         — 0 asb bodies in < 0.1 cm² of bronch
                                                    wall + tumor
B. Lung, RUL, bronch wash : — Squamous cell ca
                            — 0 asb bodies

C. Lung, RUL, brushing : Sq cell ca

D. Lung, B-A lavage : — Sq cell ca
                     — 0 asb bodies

Note: Quantity + nature of above samples are
inadequate for documentation of asbestos-body
content of lung tissue.
                                          WRS

## PROOF OF SERVICE

I, Jane Camingue, do hereby declare and state:

I am employed in the city of Petaluma, County of Sonoma, California. I am over the age of 18 and not a party to the within action. My business address is 1009 Clegg Court, Petaluma, CA 94954.

On _____ MAR 0 1 2007 _____, I served the within:

Reports;

Re: _____ Robert F. Lyman _____

on the parties in this action by placing a true copy thereof in a sealed envelope, and envelope addressed as follows:

By mail Service:

**BERRY & BERRY**
P.O. Box 16070
2930 Lakeshore Ave.
Oakland, CA 94610

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _____ MAR 0 1 2007 _____, at Petaluma, California.

_____
Jane Camingue

# Alta Bates

MEDICAL CENTER
ANATOMIC PATHOLOGY

Date 4-16-07

To Whom It May Concern

Attached is a true and correct copy of my notes, consisting of __2__ page(s) in the case of ROBERT LYMAN.

I have initialed the upper right corner(s) for identification.

Sincerely

William R. Salyer, M.D.   /WRS

WRS/w

Lymai... Elliott                    [illegible]                    CC ?:

Br #  E-13-39                                                Brayton

1-4-07  Carson-Tahoe Pathology, H07-111, Carson City

 RUL lung cancer
A) Fragment of lung parenchyma.  Neg [illegible]
B-C) Mediastinal lymph nodes.  Neg
D) Lung, RUL, lobectomy:

— Mod diff squamous cell ca, 2.2 cm

· Met ca in 2/10 hilar nodes

— Clear vascular margin

Invasive sq ca of bronch mucosa

E-G) Mediastinal lymph nodes   Neg

H) R main bronchus, perihilar resection.
 Invasive sq ca. Margins clear

I) R 11R n.b.  Neg

Lyons                                      W25

Slide Review

Carson - Tahoe Pathology, H-07-111, 36 slides
  (A, FSB-2, B; FSC-2, C; FSD-3, D1-D11, E, F, G,
  FSH1-2, H1, FSH2-2, H2, FSH3-2, H3-H5, I)
  + 23 blocks (A, B, C, D1-D11, E, F, G, H1-H5, I)
  prepared 6 Fe (D4, D6, D8, D9, D10, D11)

A) "Med node" — fragment of lung. No lymph node above slide

B, C) Mediastinal lymph nodes - neg

D) Lung, RUL, lobectomy
  — In situ & infiltrating squamous cell CA
       with lymph node involvement
  — Focal bronchial margin involvement, neg vasc margin
  — Minimal emphysema
  — Focal peribronchiolar fibrosis
  — 7 asbestos bodies in 5.2 cm² of lung tissue,
       OR 1.3 asb bodies/cm²
  — 2 asb bodies in 0.4 cm² of lymph node tissue
  — Asbestosis, CAP-NIOSH Grade I

| Slide | Asb Bodies |
|---|---|
| D4 | 1 - node |
| D6 | 0 |
| D8 | 3 - lung |
| D9 | 1 - node |
| D9 | 1 - lung |
| D10 | 0 |
| D11 | 3 |

E, F, G) Mediastinal lymph nodes - neg
H) R main bronchus, partial resection — Infil sq CA
                                         — Neg margins

I) R 7th rib: Neg

# PROOF OF SERVICE

I, Joyce Diala, do hereby declare and state:

I am employed in the city of Petaluma, County of Sonoma, California. I am over the age of 18 and not a party to the within action. My business address is 1009 Clegg Court, Petaluma, CA 94954.

On _____APR 3 0 2007_____, I served the within:

Reports;

Re: ___Robert Lyman___

on the parties in this action by placing a true copy thereof in a sealed envelope, and envelope addressed as follows:

By mail Service:

**BERRY & BERRY**
P.O. Box 16070
2930 Lakeshore Ave.
Oakland, CA 94610

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for delivery by mail. Correspondence so collected and processed is deposited with the United States Postal Service on the same day in the ordinary course of business. On the above date the said envelope was collected for the United States Postal Service following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _____APR 3 0 2007_____, at Petaluma, California.

_____
Joyce Diala



**MEDICAL CENTER**
ANATOMIC PATHOLOGY

No CAP-Kiosh

Date 7-18-08

To Whom It May Concern

Attached is a true and correct copy of my notes, consisting of __3__ page(s) in the case of __Robert Lyrias__.

I have initialed the upper right corner(s) for identification.

Sincerely

*William R. Salyer / WRS*
William R. Salyer, M.D.

WRS/w

Alta Bates Medical Center
Ashby Campus, 2450 Ashby Avenue, Berkeley, CA 94705
Tel 510.204.1642 • Fax 510.549.2671

Lyman, Robert F. WRS  
DOB: 8-13-39

LOB-196  
Brayton

Death Certificate:
  DOD: 5-20-08
  COD: - Respiratory Arrest
       - ~~Hypotension~~
       - Abdominal pain, water + BG, sepsis
            ↓ do not understand this
                 WRS

*Lyman*

*Robert (WRS*

*WRS*

②

Name: ~~Richard~~ Lyman
Accession: WRS08-33

*Robert*
*WRS*

Received from Pathology Support Services is a container of tissue belonging to decedent ~~Richard~~ Lyman, DOB: 8/13/39, DOD: 5/20/08. The container is additionally labeled with PSS identification no. PSS L08-98.

The specimen consists of the bilateral lungs in continuity with the soft tissues of the chest which include the heart, tracheal, larynx, descending aorta, esophagus and thyroid. Also included in the same container is a fragment of liver, the surface of which is grabbed, a piece of thickened diaphragm, nodular calcified plaque material, piece of prostate and parietal pleura with some lung attached. The various pieces of fibrous plaque have a thickness that is between 0.2 and 0.5 cm. Sections through the piece of prostate show a homogenous gray-tan surface without tumorous nodularity. One half of the diaphragmatic piece has tissue associated with it but has a corrugated texture with metallic wire embedded within. This tissue is abutting normal appearing diaphragm and attached at one edge is some liver. The wedge of liver is 190 gm. The surface is blue. The sections show a homogenous yellow-brown appearance, no tumorous nodularity is apparent. The pericardial sac is attached. The lungs appear over inflated but the right lung has a more posterior position than the left. Arising from the superior vena cava are two metallic lead wires consistent with a pacemaker generator. The heart is 448 gm, however the chambers are filled with dark brown blood clot. The coronary arteries are normally disposed. The right coronary artery has extensive calcified atherosclerotic change and narrows to a pinpoint opening. The left anterior descending is widely patent as is the circumflex. The heart is sectioned from apex to auricle. The myocardium is red brown with no obvious recent or previous myocardial insult. The superior ven cava is opened and the lead wires terminate, possibly cut, before entering the right atrium. The esophagus is of normal caliber. No foreign material is seen within, the mucosal surface is gray-tan and smooth. The descending aorta is opened. The lumen has extensive calcified and ulcerative anthracotic change and some of the ulcerations are up to 3 cm. No aneurysmal outpouchings are present. The tracheal mucosa is tan-pink and smooth. The thyroid is red-brown and unremarkable. The left lung is 607 gm. The right lung is adherent to the pericardial sac and diaphragm, portions of the right lung are missing. The lungs show bilateral anthracoses and the inferior aspect of the right lung has some fibrous plaque attached. Sections through the parenchyma show a homogenous gray-tan appearance with enlargement of the air spaces. No discrete tumorous nodules are seen.

Cassette Summary: A1 - plaque from container; A2 - prostate, right coronary artery, diaphragm and corrugated tissue adjacent/adherent to diaphragm; A3 - liver, esophagus, thyroid; A4-A6 - right lung; A7-A8 - left lung.

Iron stains ordered on A1, A4-A8

Lyman     WRS     ③

Diagnoses, based on slides prepared from
fixed tissue: H&E: A1-A8; Fe: A1; A4 &A8
    CK7, CK20, TTF-1, PSA,
Partial Autopsy:     calretinin — A5

— Adenocarcinoma of R lung (slide A5) c̄
    Pos, prepared CK7
— associated scarring     Neg, prepared CK20, TTF-1, PSA, calretinin
— Severe emphysema     — Controls ok
— Moderate, pulmonary arteriosclero-
— Focal, peribronchiolar fibrosis
— Pneumonia
— Pleural plaques
— 3 asb bodies in 18.9 cm² of lung tissue
— Pleural fibrosis
— Extensive, intra-alveolar hemosiderin
    deposits c/w prior intra-alveolar
    hemorrhage
— ? foreign material? in pulmonary arteries
— Simple cyst, liver
— Colloid nodules, thyroid
— Severe, coronary atherosclerosis

| slide | # asb bod |
|---|---|
| A1 | 0 |
| A4 | 1 |
| A5 | 1 |
| A6 | 0 |
| A7 | 1 |
| A8 | 0 |