# EXHIBIT N

EXHIBIT "A"

## MDL-875 CASE MANAGEMENT FLOW CHART

1. Case filed, and transferred to the E.D. Pa

2. If a plaintiff is in a multi-plaintiff case, the Court is severing out each plaintiff and they must file with the court an amended complaint within 60 days of the order severing their case.

3. Plaintiff must comply with Administrative Order no. 12



**Note:** A non-viable defendant is a party that is in Bankruptcy proceedings

April 29, 2009