# EXHIBIT O

Exhibit O

Open Brayton Purcell Cases Pending in MDL-875

in the United States Court for the Eastern District of Pennsylvania

| Case Number | Case Name |
| --- | --- |
| 2:09-cv-62738-ER | FUNG et al v. ABEX CORPORATION et al. |
| 2:09-cv-62742-ER | URAM v. ABEX CORPORATION et al. |
| 2:09-cv-62888-ER | BLACKMAN v. THIOKOL CORPORATION et al. |
| 2:09-cv-62894-ER | MARCELINE et al v. ASBESTOS DEFENDANTS (BHC) et al. |
| 2:09-cv-62905-ER | ROOD v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-62910-ER | LUNSFORD et al v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-62913-ER | SETTERBERG v. NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY et al. |
| 2:09-cv-62916-ER | DUTTON v. TODD SHIPYARDS CORPORATION et al. |
| 2:09-cv-62917-ER | CLEMMER v. VIAD CORP. et al. |
| 2:09-cv-62918-ER | COURIS et al v. VIAD CORP. et al. |

| Case Number | Case Name |
|---|---|
| | |
| 2:09-cv-62921-ER | BARTHOLOMEW v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-62922-ER | RICE et al v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-62924-ER | TAYLOR v. VIAD CORP. et al. |
| 2:09-cv-62925-ER | CODY v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-62926-ER | MATHEWS v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-62928-ER | TOLVA v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-62931-ER | KOTARSKY v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-62933-ER | HOLLIDAY v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-62936-ER | CERVENKA et al v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-62939-ER | RABENER v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-62940-ER | FARRIS v. WARREN PUMPS, LLC |
| 2:09-cv-62941-ER | HANNA v. GENERAL ELECTRIC COMPANY et al. |

| Case Number | Case Name |
| --- | --- |
| 2:09-cv-62942-ER | TAYLOR v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-62943-ER | CANTLIN v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-62997-ER | SCHNEBLE v. ASBESTOS DEFENDANTS (BHC) et al. |
| 2:09-cv-62998-ER | CALDERON v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-62999-ER | LYMAN et al v. UNION CARBIDE CORPORATION et al. |
| 2:09-cv-63000-ER | PRICE et al v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-63001-ER | FINKELSTEIN v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-63699-ER | MARCELJA et al v. TODD SHIPYARDS CORPORATION et al. |
| 2:09-cv-63700-ER | PIERCE et al v. GENERAL ELECTRIC CO. |
| 2:09-cv-63702-ER | CONNER et al v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-63703-ER | MORILLAS et al v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-63985-ER | NYLUND v. VIACOM INC. et al. |
| 2:09-cv-63992-ER | COON v. VIACOM INC. et al. |
| 2:09-cv-63995-ER | PARKER v. UNITED STATES STEEL CORPORATION |
| 2:09-cv-63997-ER | PALMA v. VIACOM INC. et al. |
| 2:09-cv-63998-ER | VASKO v. GENERAL DYNAMICS CORPORATION et al. |

| Case Number | Case Name |
|---|---|
| 2:09-cv-64003-ER | HENRY v. GENERAL DYNAMICS CORPORATION et al. |
| 2:09-cv-64005-ER | RIKER v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64006-ER | LUJAN v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64008-ER | SPARKS v. LOCKHEED MARTIN CORPORATION et al. |
| 2:09-cv-64010-ER | EVANS v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-64011-ER | THORNBURG v. LOCKHEED MARTIN CORPORATION et al. |
| 2:09-cv-64012-ER | OXFORD v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64013-ER | WILLIAMS v. GENERAL ELECTRIC COMPANY et al |
| 2:09-cv-64014-ER | ABBOTT v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-64016-ER | SMID v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64018-ER | O'BRIEN V. GENERAL ELECTRIC COMPANY ET AL. |
| 2:09-cv-64019-ER | DANIELS V. GENERAL ELECTRIC COMPANY ET AL. |
| 2:09-cv-64020-ER | JODOIN V. GENERAL ELECTRIC COMPANY ET AL |
| 2:09-cv-64024-ER | GUTHRIE v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64025-ER | DAVIDSON v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64026-ER | ZERANGUE v. GENERAL ELECTRIC COMPANY et al. |

| Case Number | Case Name |
| --- | --- |
| 2:09-cv-64027-ER | RESTER v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64028-ER | GRAY v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64029-ER | PAROLINI v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64032-ER | HALSETH v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64033-ER | WAGENMAN v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64035-ER | HUNTER v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64039-ER | PEAL v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64040-ER | SALISBURY v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64041-ER | SUNKEN v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64042-ER | HUTTO v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64045-ER | SCHMIDT v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64046-ER | STEINBERGER v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64047-ER | BURNHAM v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64048-ER | YABARRA v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-64049-ER | CARVETH v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-64050-ER | SARVER v. GENERAL ELECTRIC COMPANY |

| Case Number | Case Name |
|---|---|
| 2:09-cv-64051-ER | BURKS v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-64057-ER | GIRAUDO v. GENERAL ELECTRIC COMPANY et al |
| 2:09-cv-64058-ER | HENRY v. BATH IRON WORKS CORPORATION |
| 2:09-cv-64059-ER | MURRAY v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64060-ER | MCMEANS v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64063-ER | LOWE v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64065-ER | SIMPSON v. KAISER VENTURES LLC et al |
| 2:09-cv-64068-ER | ROBERTSON v. CARRIER CORPORATION |
| 2:09-cv-64299-ER | COLLINS et al v. GENERAL ELECTRIC CORPORATION et al. |
| 2:09-cv-64303-ER | LINDSEY et al v. GENERAL ELECTRIC COMPANY et al |
| 2:09-cv-64308-ER | LARSEN v. BELL HELICOPTER TEXTRON, INC. |
| 2:09-cv-64310-ER | SCHOELZEL v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64312-ER | WATSON v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64314-ER | EDDY v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-64315-ER | CAROLAN et al v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-64316-ER | PRETTYMAN et al v. GENERAL ELECTRIC COMPANY |

| Case Number | Case Name |
| --- | --- |
| 2:09-cv-64317-ER | BEAURMAN-WHITE et al v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-65605-ER | SMITHSON et al v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-66188-ER | MCCURTIS v. FOSTER WHEELER LLC et al. |
| 2:09-cv-66189-ER | STONE v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-67105-ER | RIEDINGER et al v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-67108-ER | WASILEWSKI et al v. KAISER VENTURES LLC |
| 2:09-cv-68010-ER | EMBREY et al v. GENERAL ELECTRIC COMPANY, et al. |
| 2:09-cv-68012-ER | CALHOUN et al. v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-68013-ER | YARBROUGH et al v. GENERAL ELECTRIC COMPANY, et al. |
| 2:09-cv-70107-ER | CLOSE v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-70109-ER | WOODY et al GENERAL ELECTRIC COMPANY, et al. |
| 2:09-cv-70112-ER | HULSEN et al v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-74740-ER | VALDEZ v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-74741-ER | COOPER v. GENERAL ELECTRIC COMPANY et al |
| 2:09-cv-74742-ER | ANAYA v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-74743-ER | MCCOLLISTER v. GENERAL |

| Case Number | Case Name |
| --- | --- |
|  | ELECTRIC COMPANY et al. |
| 2:09-cv-74747-ER | BRYANT et al v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-74748-ER | CONNOLLY v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-90812-ER | BULLOCK v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-90813-ER | JACKSON v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-90814-ER | HARTMAN v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-90815-ER | SCHLIMMER v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-90816-ER | FONTENETTE v. ROLLS-ROYCE, PLC et al. |
| 2:09-cv-90817-ER | WERT v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-91429-ER | SIMME v. ASBESTOS DEFENDENTS (BP), ET AL. et al |
| 2:09-cv-91850-ER | JONES v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-91851-ER | WALKER v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-92267-ER | LOUGHTON et al v. NATIONAL STEEL AND SHIPBUILDING COMPANY |
| 2:09-cv-92269-ER | O'KEEFE et al v. GENERAL ELECTRIC COMPANY |
| 2:09-cv-92270-ER | JANIK et al v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-92271-ER | HAMLETT v. GENERAL ELECTRIC COMPANY |

| Case Number | Case Name |
| --- | --- |
| 2:09-cv-92273-ER | WEAVER v. TODD PACIFIC SHIPYARDS CORPORATION |
| 2:09-cv-92274-ER | GEESA v. GENERAL ELECTRIC COMPANY et al |
| 2:09-cv-92341-ER | BARAGER et al v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-92342-ER | BARNES et al v. GENERAL ELECTRIC COMPANY et al. |
| 2:09-cv-92345-ER | STANTON v. GENERAL ELECTRIC COMPANY et al. |
| 2:10-cv-60090-ER | BROWN v. ASBESTOS DEFENDANTS et al |
| 2:10-cv-61099-ER | SPILMOM v. GENERAL ELECTRIC COMPANY et al. |
| 2:10-cv-61100-ER | COOK et al v. TEXTRON INC. et al. |
| 2:10-cv-64595-ER | AIKINS v. GENERAL ELECTRIC COMPANY |
| 2:10-cv-64596-ER | HILT v. GENERAL ELECTRIC COMPANY et al. |
| 2:10-cv-64598-ER | DYE v. GENERAL ELECTRIC COMPANY et al. |
| 2:10-cv-64599-ER | DAMERSON v. GENERAL ELECTRIC COMPANY et al |
| 2:10-cv-69380-ER | FOUNDS v. GENERAL ELECTRIC COMPANY et al. |
| 2:10-cv-78398-ER | WILLIS v. FIBREBOARD CORPORATION et al. |
| 2:10-cv-78940-ER | MACK v. GENERAL ELECTRIC COMPANY |
| 2:10-cv-78941-ER | PETRYK v. GENERAL ELECTRIC COMPANY |

| Case Number | Case Name |
|---|---|
| 2:10-cv-80824-ER | TAYLOR et al. v. GENERAL ELECTRIC COMPANY et al. |
| 2:10-cv-83236-ER | REYNOLDS et al. v. GENERAL ELECTRIC COMPANY et al. |
| 2:10-cv-83237-ER | FONG et al. v. GENERAL ELECTRIC COMPANY et al. |
| 2:11-cv-60031-ER | RICCO et al. v. ADVANCE MECHANICAL CONTRACTORS, INC. et al. |
| 2:11-cv-60035-ER | GOTTSCHALL et al. v. GENERAL ELECTRIC COMPANY et al. |
| 2:11-cv-60067-ER | TURNER v. GENERAL ELECTRIC COMPANY et al. |
| 2:11-cv-60069-ER | DIZON V. GENERAL ELECTRIC COMPANY et al. |
| 2:11-cv-62404-ER | BROWN v. GENERAL ELECTRIC COMPANY et al. |
| 2:11-cv-63467-ER | CARPENTER v. GENERAL ELECTRIC COMPANY et al. |
| 2:11-cv-63468-ER | PARKER v. GENERAL ELECTRIC COMPANY |
| 2:11-cv-63471-ER | VASSALE v. CROWN CORK & SEAL COMPANY, INC. et al. |
| 2:11-cv-63528-ER | ADAMSON et al. v. GENERAL ELECTRIC COMPANY |
| 2:11-cv-63924-ER | BAKER V. HOPEMAN BROTHERS INC. et al. |
| 2:11-cv-63926-ER | FERNANDEZ et al. v. ROLLS-ROYCE, PLC et al. |
| 2:11-cv-64218-ER | SILVER v. FOSTER WHEELER LLC et al. |
| 2:11-cv-64219-ER | WHELAN v. GENERAL |

| Case Number | Case Name |
|---|---|
|  | ELECTRIC COMPANY et al. |
| 2:11-cv-64225-ER | RAMIREZ et al. v. METALCLAD INSULATION CORPORATION et al. |
| 2:11-cv-66272-ER | MUSE v. GENERAL ELECTRIC COMPANY |
| 2:11-cv-66273-ER | HILT et al. v. FOSTER WHEELER LLC |
| 2:11-cv-66279-ER | CULVER v. ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST et al. |
| 2:11-cv-66756-ER | STEVENS et al. v. GENERAL ELECTRIC COMPANY et al. |
| 2:11-cv-66757-ER | TRAVES et al. v. FOSTER WHEELER LLC et al. |
| 2:11-cv-67226-ER | DODGE v. GENERAL ELECTRIC COMPANY |
| 2:11-cv-67269-ER | KELLY et al. v. CBS CORPORATION et al. |
| 2:11-cv-67270-ER | GOTAUTIS et al v. TODD SHIPYARDS CORPORATION et al. |
| 2:11-cv-67271-ER | GERECKE et al v. HUNTINGTON INGALLS INCORPORATED et al. |
| 2:11-cv-67272-ER | JOHNS et al. v. GENERAL ELECTRIC COMPANY et al |
| 2:11-cv-67273-ER | GILPIN et al. v. GENERAL ELECTRIC COMPANY et al. |
| 2:11-cv-67274-ER | MCCLAIN et al. v. UNITED STATES STEEL CORPORATION et al. |
| 2:11-cv-67330-ER | HUFF et al. v. CBS CORPORATION et al. |
| 2:11-cv-67331-ER | STARKS et al. v. TODD |

| Case Number | Case Name |
| --- | --- |
|  | SHIPYARDS CORPORATION |
| 2:11-cv-67332-ER | BARNES v. FOSTER WHEELER LLC et al. |
| 2:11-cv-67660-ER | SWEATT v. GENERAL ELECTRIC COMPANY et al. |
| 2:11-cv-67662-ER | DELANCY v. GENERAL ELECTRIC COMPANY et al. |
| 2:11-cv-67667-ER | DENNIS v. BATH IRON WORKS CORPORATION |
| 2:11-cv-67698-ER | KING v. FOSTER WHEELER LLC |
| 2:11-cv-67706-ER | ROYAL et al. v. HUNTINGTON INGALLS INCORPORATED et al. |
| 2:11-cv-67710-ER | KOSZALKA, ET AL. v. HUNTINGTON INGALLS INCORPORATED et al. |
| 2:11-cv-67711-ER | TINOCO et al. v. CBS CORPORATION et al. |
| 2:11-cv-67716-ER | GRENNAN v. FOSTER WHEELER LLC |
| 2:11-cv-67717-ER | BURKE et al. v. CBS CORPORATION et al. |
| 2:11-cv-67718-ER | BOVINICH v. FOSTER WHEELER LLC et al. |
| 2:11-cv-67720-ER | KEYS et al. v. GENERAL ELECTRIC COMPANY |
| 2:11-cv-67756-ER | QUIROZ-GREEN et al. v. THOMAS DEE ENGINEERING COMPANY et al. |
| 2:11-cv-67757-ER | YOUNG v. GEORGIA-PACIFIC CORPORATION et al. |
| 2:11-cv-67775-ER | SPILMON et al.v. GENERAL ELECTRIC COMPANY et al. |

| Case Number | Case Name |
| --- | --- |
| 2:11-cv-67777-ER | NASH et al. v. HUNTINGTON INGALLS INCORPORATED et al. |
| 2:11-cv-67798-ER | FUHRMAN et al. v. GENERAL ELECTRIC COMPANY et al. |
| 2:11-cv-67799-ER | SHELLY v. ASBESTOS CORPORATION LIMITED et al. |
| 2:11-cv-67800-ER | FAGG et al. GENERAL ELECTRIC COMPANY |
| 2:11-cv-67805-ER | SWAN et al. v. FOSTER WHEELER LLC |
| 2:12-cv-60005-ER | FANNIN et al. v. ASBESTOS CORPORATION LIMITED et al. |
| 2:12-cv-60006-ER | RICHARDSON v. GENERAL ELECTRIC COMPANY et al. |
| 2:12-cv-60007-ER | MEYER et al. v. GENERAL ELECTRIC COMPANY et al. |
| 2:12-cv-60008-ER | MAHDI v. GENERAL ELECTRIC COMPANY et al. |
| 2:12-cv-60022-ER | NORD v. CBS CORPORATION et al. |
| 2:12-cv-60023-ER | JEFFERIS et al. v. GENERAL ELECTRIC COMPANY et al. |
| 2:12-cv-60029-ER | DUNKIN et al. v. GENERAL ELECTRIC COMPANY et al. |
| 2:12-cv-60032-ER | WELCH et al. v. GENERAL ELECTRIC COMPANY et al. |
| 2:12-cv-60034-ER | FILER v. FOSTER WHEELER LLC et al. |
| 2:12-cv-60040-ER | DUENAS v. GENERAL ELECTRIC COMPANY et al. |
| 2:12-cv-60047-ER | FIELDS et al. v. GENERAL ELECTRIC COMPANY et al. |

| Case Number | Case Name |
| --- | --- |
| 2:12-cv-60141-ER | TURNER et al. v. GENERAL ELECTRIC COMPANY et al. |
| 2:12-cv-60145-ER | APPLEBEE et al. v. GENERAL ELECTRIC COMPANY |
| 2:12-cv-60147-ER | RAMSEY et al. v. UNITED STATES STEEL CORPORATION et al. |
| 2:12-cv-60153-ER | KING v. GENERAL ELECTRIC COMPANY et al. |
| 2:12-cv-60158 | MELLO et al. v. GENERAL ELECTRIC COMPANY et al. |
| 5:09-cv-80020-ER | HANCOCK v. GENERAL ELECTRIC COMPANY et al. |
| 5:09-cv-80021-ER | PENNINGTON v. GENERAL ELECTRIC COMPANY et al. |
| 5:09-cv-80022-ER | BROOKS v. FOSTER WHEELER L.L.C. |
| 5:09-cv-80024-ER | BROWN v. GENERAL ELECTRIC COMPANY |
| 5:09-cv-80025-ER | REYNOLDS v. GENERAL ELECTRIC COMPANY et al. |
| 5:09-cv-80027-ER | OTTO v. GENERAL ELECTRIC COMPANY et al. |
| 5:09-cv-80028-ER | BELL v. GENERAL ELECTRIC COMPANY et al. |