# EXHIBIT P

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 2 of 87

GILBERT L. PURCELL, ESQ., S.B. #113603
JAMES P. NEVIN, ESQ., S.B. #220816
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948
(415) 898-1555

Attorneys for Plaintiffs

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

| | |
|---|---|
| IN RE: COMPLEX ASBESTOS LITIGATION ) | **ASBESTOS** No. 828684 |
| | MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156 |
| | Date of Service: February 18, 2011<br>Serving Party: Plaintiffs represented by Brayton❖Purcell LLP |

Plaintiffs designate the following individuals as expert witnesses and reserve the right to call them at trial in the above-entitled case:

1. Any and all individuals hereinafter selected and designated as experts pursuant to C.C.P. § 2034.

2. Any and all physicians who have treated plaintiffs or decedents, including but not limited to pathologists, radiologists or other medical personnel involved in the case; the names and addresses and qualifications of these physicians already are known to defendants' counsel, the general area of their testimony will concern treatments, conclusions and prognosis.

///

///

K:\Forms\DEW\MASTRDEW-2011.wpd 1
MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

3. Any and all physicians who have examined or will examine the plaintiffs and/or plaintiffs' or decedents' medical records and/or x-rays on behalf of the defendants herein, on behalf of compensation carriers, or any other person or business entity.

4. Any and all physicians or other health professionals who have examined or will examine the plaintiffs and/or plaintiffs' or decedents' medical records.

5. Pursuant to C.C.P. § 2034, plaintiffs hereby designate as expert witnesses all persons listed below:

Charles Ay
19481 Jasper Hill Road
Trabuco Canyon, California 92679

John Balmes, M.D.
Chief of Environmental & Occupational Medicine
Occupational Health Clinic
University of California San Francisco
Mt. Sinai Hospital
1001 Potrero Ave., Bld.9 Rm 109
San Francisco, California 94110

Dr. Neal L. Benowitz
San Francisco General Hospital
1001 Potrero Avenue
Building 30, Fifth Floor
San Francisco, California 94110

Barry Ben-Zion, Ph.D.
3588 Kelsey Knolls
Santa Rosa, California 95403

Richard Bordow, M.D.
East Bay Pulmonary Medical Group
2101 Vale Road, Suite #300
San Pablo, California 94806

William J. Brady, M.D.
1750 S.W. Skyline Boulevard, # 120
Portland, Oregon 97221

Donald Breyer, M.D.
6861 Gunn Drive
Oakland, California 94611

Carl Andrew Brodkin, M.D., M.P.H
3607 47th Avenue N.E.
Seattle, Washington 98105

///

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 4 of 87

Arnold R. Brody, Ph.D.
North Carolina State University
Department of Molecular Biomedical Sciences
4700 Hillsborough Street
Raleigh, North Carolina 27606

Christopher R. Brown, M.D.
2351 Clay Street, # 504
San Francisco, California 94115

Herman Bruch, M.D.
2101 Vale Rd., Suite 300
San Pablo, California 94806

Bryan R. Burnett
Meixa Tech
P.O. Box 844
Cardiff, California 92007

Joseph D. Calhoun, M.D.
1 Saint Vincent Circle, # 160
Little Rock, Arkansas 72205

Michele Carbone, M.D., Ph.D.
651 Ilalo St.
BSB 231-H
University of Hawaii
Honolulu, Hawaii 96813

Barry Castleman, Ph.D.
P.O. Box 188
Garrett Park, Maryland 20896

Revels Cayton, M.D.
3300 Webster Street, Ste. 304
Oakland, California 94609

Kenneth S. Cohen
11724 Shadow Valley Road
El Cajon, California 92020

Richard Cohen, M.D., M.P.H.
19242 Panorama Drive
Saratoga, California 95070

Joseph A. Colorafi, M.D., F.C.C.P.
1350 B, North Rim Drive, Suite D
Flagstaff, Arizona 86001

Anthony Cosentino, M.D.
St. Mary's Hospital
450 Stanyan Street
San Francisco, California 94117

///

K:\Forms\DEW\MASTRDEW-2011.wpd
3
MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 5 of 87

Robert Craven, M.D.
Lloyd Center X-Ray
2238 Lloyd Center
Portland, Oregon 97232

John Dement, Ph.D.
Duke Occupational Environmental Medicine
Duke University Medicine
2200 West Main Street, Suite 600A
Durham, North Carolina 27710

Jens W. Dimmick, M.D.
15901 Hawthorne Boulevard, # 250
Lawndale, California 90260

Ronald F. Dodson, Ph.D.
2026 Republic Ave #A
Tyler, Texas 75701

Frederick P. Dula, M.D.
Piedmont Radiology Assoc.
401 Mocksville Ave Suite 100
Salisbury, North Carolina 28144

Lt. Commander, Thomas R. Dyer, US Naval Reserve (Ret), P.E.
President-Headway Marine, LLC
2547 Perkins Lane West
Seattle, Washington, 98199

David Egilman, M.D., MPH
8 North Main Street
Attleborom Massachusetts 02703

William Ewing, C.I.H.
Compass Environmental, Inc.
1751 McCollum Parkway
Kennesaw, Georgia 30144

Robert Fallat, M.D.
59 Wildomar Street
Mill Valley, California 94941

John Fening
2817 Trenton Avenue
Bremerton, Washington 93310

Stephen N. Fisher, M.D.
5600 Munhall Road
Pittsburgh, Pennsylvania 15217

John Folkner
Law Engineering, Inc.
396 Plasters Avenue
Atlanta, Georgia 30324

K:\Forms\DEW\MASTRDEW-2011.wpd
4
MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Peter Formuzis, Ph.D.
Joyce Pickersgill, Ph.D.
and Tamorah Hunt, Ph.D.
Formuzis, Pickersgill, Hunt, Inc.
2000 East 4th Street, Suite 200
Santa Ana, California 92705

Arthur L. Frank, M.D., Ph.D.
Drexel University School of Public Health
Mail Stop 660
245 N. 15th Street
Philadelphia, Pennsylvania 19102

Frank Ganzhorn, M.D.
20270 Anza Drive
Salinas, California 93908

Bruce S. Gillis, M.D., M.P.H.
10436 Santa Monica Blvd., Suite 4000
Los Angeles, California 90025

Malcolm M. Goodwin, Jr., M.D.
PathLab, LLC
206 Woodland Court
O'Fallon, Illinois 62269-3500

Ronald E. Gordon, Ph.D.
The Mount Sinai Medical Center
One Gustave L. Levy Place
New York, New York 10029

John Gotchall, M.D.
Corvallis Clinic
3680 NW Samaritan Drive
Corvallis, Oregon 97330

Thomas Gourley, M.D.
157 Lynch Creek Way, #157
Petaluma, California 94952

Robert M. Gromis, M.D.
10780 Santa Monica Blvd., Suite 100
Los Angeles, California 90025

Samuel Hammar, M.D.
700 Lebo Boulevard
P. O. Box 2171
Bremerton, Washington 98310-2171

Horton C. Hinshaw, Jr., M.D.
450 Sutter Street, Suite 1023
San Francisco, California 94108

///

Thomas Hixson
c/o Bruce Ahnfeldt, Esq.
P.O. Box 6078
Napa, California 94581

Barry Horn, M.D.
3017 Telegraph Ave., Suite 102
Berkeley, California 94705

Prakash Jay, M.D.
801 N. Tustin Avenue, Suite 605
Santa Ana, California 92705

Christopher L. John, M.D., M.B.B.CH., M.R.C.P., (UK), F.R.C.P.C., F.C.C.P.
Southwest Pulmonary Associates
11321 Interstate 30, # 306
Little Rock, Arkansas 72209

Calvin K. Johnson, Ph.D.
C. Johnson & Associates, LLC
15055 West 139th Street
Homer Glen, Illinois 60491

Robert W. Johnson & Associates
Robert W. Johnson, Ph.D.
and Mr. James Mills
4984 El Camino Real, Ste. 201
Los Altos, California 94022

Joe W. Jones
6202 Brandon Circle
Riverview, Florida 33569

Lawrence Jones, M.D.
904 Trents Ferry Road
Lynchburgh, Virginia 24503

Peter Julien, M.D.
345 N. Saltair Avenue
Los Angeles, California 90049

Elliott Kagan, M.D.
M.R.C. Path.
4 Royal Oak Ct.
Potomac, Maryland 20854

Richard Kanner, M.D.
50 North Medical Drive
701 Wintrobe Building
Salt Lake City, Utah 84132

John Keppel, M.D.
The Oregon Clinic
1111 NE 99th Avenue
Portland, Oregon 97220

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 8 of 87

Kaye H. Kilburn, M.D.
University of Southern California
2025 Zonal Avenue, CSC 201
Los Angeles, California 90033

Mark. S. Klepper, M.D.
Pulmonary and Critical Care Consultants of Austin, LLP
Austin Doctors Building
1305 West 34th Street, Suite 400
Austin, Texas 78705

James P. Krainson, M.D., FCCP
9380 SW 150th, Ste. 200
Miami, Florida 33176

Richard S. Kronenberg, M.D.
520 E. Douglas Boulevard
Tyler, Texas 75702

Kenneth C. Lamb, M.D.
Critical Care & Pulmonary Disease
979 Golf Course Drive
Rohnert Park, California 94928

Richard A. Lemen, Ph.D.
241 Rose Ridge Court
Canton, Georgia 30115

Sean Leoni
Q.M.E.,166661 Ventura Boulevard, #604
Encino, California 91436

Richard A. Levy
MD FACC
3580 California Street #302
San Francisco, California 94118

Cassius Lisk
P.O. Box 86
Sumpter, Oregon 97877

Stewart A. Lonky, M.D., F.A.C.P.
8540 S. Sepulveda Boulevard, # 1010
Los Angeles, California 90045

Richard Luros, M.D.
15930 Via De Las Palmas
Rancho Santa Fe, California 92091

Abid Majid, M.D.
2101 Vale Rd., Suite 300
San Pablo, California 94806

///

K:\Forms\DEW\MASTRDEW-2011.wpd 7
MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 9 of 87

Robert A. Male, Ph.D
P.O. Box 6750
Kamuela, Hawaii 96743

John William Martyny, Ph.D.
1624 Deertrail
Boulder, Colorado 80302

Herman Mazza, M.D.
Austin Doctor' Building
1305 West 34th Street, Suite 400
Austin, Texas 78705

Carol McDonald, CLCP
P.O. Box 9427
Santa Rosa, California 95405

William Meseroll, M.D.
Redwood Radiology Associates
121 Sotoyome
Santa Rosa, California 95405

James R. Millette, Ph.D.
MVA Scientific Consultants
3300 Breckinridge Boulevard, Suite 400
Duluth, Georgia 30096

Norman S. Mitroff, Ph.D.
1025 Fifth Street
Novato, California 94945

Arnold Moore
395 Canterbury Lake
Alpharetta, Georgia 30004

Joanna Moss, Ph.D.
5 Montrose Rd.
Berkeley, California 94707

Piero Mustacchi, M.D., F.A.C.P.
3838 California Street
San Francisco, California 94118

Kenneth W. Nelson
1894 Millcreek Way
Salt Lake City, Utah 84106

William Nicholson, Ph.D.
Deceased

Jack H. Paldi, M.D.
1800 Pennsylvania Avenue
Fairfield, California

///

K:\Forms\DEW\MASTRDEW-2011.wpd 8
MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 10 of 87

Jacob J. Parker, M.D.
450 Sutter Street, Suite 845
San Francisco, California 94108

Robert T. Patton, Ph.D.
Patton & Ruble
1100 Chuckanut Crest Lane
Bellingham, Washington 98229

Daniel Powers, M.D.
Daniel Powers, M.D., Inc.
6200 Wilshire Blvd., Suite 1008
Los Angeles, California 90048

Daniel Raybin, M.D.
2250 Hayes Street, # 505
San Francisco, California 94117

James Arthur Robb, M.D.
11613 Kensington Court
Boca Raton, Florida 33428-2415

Arthur N. Rohl, Ph.D.
P.O. Box 455
Durham, Pennsylvania 19039

Gerald Rosenbluth
Automotive Consulting Services, Inc.
4747 S. Lakeshore Drive, Suite 101
Tempe, Arizona 85282-7199

Michael R. Ruble
1260 Thalen Drive
Lynden, Washington 98264

William R. Salyer, M.D.
Alta Bates Medical Center
Dept of Pathology
2450 Ashby Avenue
Berkeley, California 94705

Marc Schenker, M.D.
University of California, Davis
One Shields Avenue
Davinci Court
Davis, California 95616

Mark A. Schiefer, M.D., M.S., N.P.H.
Salt Lake Industrial Clinic
1775 S., 4130 W., Suite A
Salt Lake City, Utah 84104

Alvin J. Schonfeld, D.O.
438 W. St. James Place
Chicago, Illinois 60614

K:\Forms\DEW\MASTRDEW-2011.wpd
9
MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 11 of 87

David A. Schwartz, M.D.
110 South Jackson Street, Unit 2D
Denver, Colorado 80209

Richard Shapiro, M.D.
1668 Dominican Way
Santa Cruz, California.

Allan H. Smith, M.D., Ph.D.
2211 Braemar Road
Oakland, California 94602

Robert Springer, M.D.
307 Londonderry Drive
Waco, Texas 76712

James Srebro, M.D.
3443 Villa Lane, #2
Napa, California 94558

Robert Stallone, M.D.
2999 Regent Street, #622
Berkeley, California 94705

Eric Stern, M.D.
University of Washington Medical Center
1959 NE Pacific St Box 357115
Seattle, Washington 98195-71

Paul Stewart, M.D.
c/o 2000 Goldring Ave.
Las Vegas, Nevada 89106

Irwin L. Stoloff, M.D., F.A.C.P.
628 Chelten Hills Drive
Elkins Park, Pennsylvania 19027

Hiroshi Terashima
Oakland Medical Group
424 28th Street
Oakland, California 94609

Mark A. Thompson
The Aviation Warehouse
El Mirage California 92301

Lori A. Todd, Ph.D., CIH
3725 Moonlight Drive
Chapel Hill, North Carolina 27516

Janet S. Weiss, M.D.
2120 Carleton Street
Berkeley, California 94704

///

K:\Forms\DEW\MASTRDEW-2011.wpd
10
MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 12 of 87

Captain R. Bruce Woodruff
Richmond Consulting Group
PO Box 74607
Richmond, Virginia 23236

Kay Woodruff, M.D.
Doctors' Medical Center
2000 Vale Road
San Pablo, California 97806

Dated: 2/18/11

BRAYTON❖PURCELL LLP

By: [signature]
James P. Nevin
Attorneys for Plaintiffs

K:\Forms\DEW\MASTRDEW-2011.wpd

1

MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

GILBERT L. PURCELL, ESQ., S.B. #113603
JAMES P. NEVIN, ESQ., S.B. #220816
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948
(415) 898-1555

Attorneys for Plaintiffs

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN FRANCISCO**

IN RE: COMPLEX ASBESTOS LITIGATION )

**ASBESTOS**
No. 828684

DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Date of Service: February 18, 2011
Serving Party: Plaintiffs represented by Brayton❖Purcell LLP

I, James P. Nevin, declare as follows:

1. I am an attorney admitted to practice before all the courts of the State of California, and am an attorney with the firm of Brayton❖Purcell LLP, attorneys for plaintiffs herein.

2. Plaintiffs' counsel has previously provided to all defendants in Complex Asbestos Litigation a copy of a current curriculum vitae and/or statement of qualifications for most of the experts whose names are included on the accompanying designation of expert witnesses. If such a statement of qualifications has not previously been provided for any expert named herein, that information will be provided no later than the time of the expert's deposition. Any defendant requesting a duplicate copy of these materials will be provided such copy upon request. For any questions concerning plaintiff expert witnesses please contact our Plaintiff Expert Deposition

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 14 of 87

Coordinator at 415-898-1555, extension 252. The representations required by C.C.P. § 2034 regarding the designated experts are set forth below:

3. Charles Ay, 19481 Jasper Hill Road, Trabuco Canyon, California 92679. Mr. Ay's fee for deposition testimony is $300 per hour with a one-hour minimum. Mr. Ay has agreed to testify, if necessary, at trial. Mr. Ay is certified by the State of California as an asbestos consultant pursuant to Business and Professions Code § 7180. He is certified as an asbestos building inspector, management planner, and worker/supervisor. He is certified by the Environmental Protection Agency to sample and evaluate airborne asbestos fibers. He has been engaged in inspecting commercial, residential, and industrial premises for asbestos since 1984. Mr. Ay is also a retired journeyman insulator and a specialist in all aspects of an associated with the identification, composition, constituents, application, physical characteristics, and removal of asbestos and asbestos-containing products, dusts and debris, and associated contamination exposures, including but not limited to shipboard and land-based applications, including but not limited to refineries, ships, shipyards, chemical plants, residences, schools, commercial facilities, and equipment. Mr. Ay will be sufficiently familiar with the case to provide a meaningful oral deposition. Mr. Ay may testify about all the above topics and related matters as well as identification, application, removal of, and potential exposure from, any and all asbestos and asbestos-containing products from any and all types of locations, equipment, and circumstances.

4. John Balmes, M.D., Chief of Environmental & Occupational Medicine, Occupational Health Clinic, University of California San Francisco, Mt. Sinai Hospital, 1001 Potrero Ave., Bld.9 Rm 109, San Francisco, California 94110. Dr. Balmes is a pulmonologist and internist. Dr. Balmes' fee for deposition testimony is $350 per hour with a one-hour minimum. Dr. Balmes has agreed to testify, if necessary, at trial. Dr. Balmes will be sufficiently familiar with the case to provide a meaningful deposition. Dr. Balmes may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, the offensive and

///

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd 2
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

injurious aspects of asbestos fiber deposition once inhaled, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

5. Dr. Neal L. Benowitz, San Francisco General Hospital, 1001 Potrero Avenue, Building 30, Fifth Floor, San Francisco, California 94110. Dr. Benowitz is a toxicologist. Dr. Benowitz's fee for deposition testimony is asking for a $800 deposit/payment in accordance with his two-hour minimum. Dr. Benowitz may testify, if necessary, at trial. Dr. Benowitz will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Benowitz may testify regarding his opinions and conclusions regarding the subject's medical condition and toxicology. Dr. Benowitz may also testify generally regarding the addictive nature of smoking cigarettes, smoking cessation and the effect of cigarette smoke on an individual's body and central nervous system.

6. Barry Ben-Zion, Ph.D., 3588 Kelsey Knolls, Santa Rosa, California 95403. Barry Ben-Zion is a forensic economist. Dr. Ben-Zion may testify, if necessary, at trial and will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Ben-Zion's fee for deposition testimony is $640 per hour with a one-hour minimum. Dr. Ben-Zion may testify regarding all aspects of forensic economic analysis in general and specific to the particular case, including but not limited to, economic loss, methods, factual assumptions, the value of lost income, including but not limited to wages, earning capacity, pensions, social security, and other economic losses. Dr. Ben-Zion may testify regarding the value of lost household services. Dr. Ben-Zion will also testify generally regarding the concept of present value and its application to economic losses, particularly wage loss, pension loss and future medical costs. Dr. Ben-Zion may also testify regarding past economic trends effecting medical costs of aspects of all the above topics. Dr. Ben-Zion may also testify as to the financial statements and condition of various defendants in the punitive damages phase of the trial. If Dr. Ben-Zion has not prepared a report in the specific case, he will at a minimum be prepared to offer his opinions regarding how to calculate the losses set forth above.

7. Richard Bordow, M.D., East Bay Pulmonary Medical Group, 2101 Vale Road, Suite #300, San Pablo, California 94806. Dr. Bordow is a specialist in pulmonary medicine.

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 16 of 87

Dr. Bordow's fee for deposition testimony is $450 per hour with a one-hour minimum. Dr. Bordow may testify, if necessary, at trial; Dr. Bordow will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Bordow may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

8. William J. Brady, M.D., 1750 S.W. Skyline Boulevard, # 120, Portland, Oregon 97221. Dr. Brady is a pathologist. Dr. Brady's fee for deposition testimony is $450 per hour with a one-hour minimum. Dr. Brady has agreed to testify, if necessary, at trial. Dr. Brady will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Brady may testify regarding his examination of, and conclusions from, the injured party's pathology specimens. Dr. Brady may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, the offensive and injurious aspects of asbestos fiber deposition once inhaled, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

9. Donald Breyer, M.D., 6861 Gunn Drive, Oakland, California 94611. Dr. Breyer is a radiologist and a "B" reader. Dr. Breyer's fee for deposition testimony is $450 per hour for any portion thereof with a one-hour minimum. Dr. Breyer will be sufficiently familiar with the case to provide a meaningful deposition. Dr. Breyer may testify regarding all aspects of asbestos as it relates to his specialty of radiology and imaging, and his opinions and conclusions regarding radiology in the case, interpretation and profusion scoring of the x-rays, CT scans, HRCT scans, PET scans, and/or any other radiology, as well as all related foundational aspects of these subjects, including, but not limited to how imaging is obtained, equipment used, methods and techniques, "B" reading, ILO training, films, testing, etiology, diagnosis, progress of disease, costs of radiology, and prognosis.

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd 4
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

10. Carl Andrew Brodkin, M.D., M.P.H, 3607 47th Avenue, N.E., Seattle, Washington 98105. Dr. Brodkin is a specialist in pulmonary medicine, occupational medicine, and asbestos-related disease. Dr. Brodkin's fee for deposition testimony is $550 per hour with a one-hour minimum. Dr. Brodkin will be sufficiently familiar with the case to provide a meaningful deposition. Dr. Brodkin may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments. He may also testify as to exposure, asbestos risks and disease, all aspects of asbestos as a subject of his expertise, dose response, latency, individual susceptibility, epidemiology, historical state of the medical and scientific knowledge concerning asbestos-related hazards, dangers, and diseases and regarding the nature and use of asbestos products and exposure to asbestos. He may testify as to asbestos products defects, the release of asbestos fibers from asbestos products, disease potential of various asbestos products, asbestos health hazards, industry awareness, exposures, regulatory aspects of asbestos, and state of the art relating to the hazards, dangers, and diseases of asbestos, applicable rules and regulations, other industrial hygiene related issues, and the offensive and injurious aspects of asbestos fiber deposition once inhaled. He may also testify regarding the addictive nature of cigarettes, the addictive properties of tobacco products and tobacco smoke, issues involved with smoking cessation, and the effects of cigarette smoke on the brain, body and central nervous system, as well as all foundational and related aspects of the above topics.

11. Arnold R. Brody, Ph.D., North Carolina State University, Department of Molecular Biomedical Sciences, 4700 Hillsborough Street, Raleigh, North Carolina 27606. Dr. Brody is a cellular biologist who specializes in lung biology and pathology in relation to asbestos diseases. Dr. Brody's fee for deposition testimony is $550 per hour with a one-hour minimum. Dr. Brody has agreed to testify, if necessary, at trial; Dr. Brody will be sufficiently familiar with the type of case to provide a meaningful oral deposition. Dr. Brody may testify as to all aspects of asbestos diseases including but not limited to anatomy, fundamental biology, body systems and organs,

and associated asbestos-induced pathology and pathogenesis of human and animal disease processes, causation of asbestos-related diseases, both non-malignant and malignant, and the deposition and distribution patterns of inhaled fibers, molecular aspects of asbestos disease, dose response, individual susceptibility, long latency, and how this relates to asbestos exposures encountered in buildings and/or the work place, and the offensive and injurious aspects of asbestos fiber deposition once inhaled. He will also testify regarding asbestos' effects on immune systems. Dr. Brody will use a PowerPoint slide demonstrative to accompany his opinions.

12. Christopher R. Brown, M.D., 2351 Clay Street, # 504, San Francisco, California 94115. Dr. Brown is a specialist in pulmonary medicine. Dr. Brown's fee for deposition testimony is $300 per hour with a one-hour minimum. Dr. Brown has agreed to testify, if necessary, at trial. Dr. Brown will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Brown may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

13. Herman Bruch, M.D., 2101 Vale Rd., Suite 300, San Pablo, California 94806. Dr. Bruch is a specialist in pulmonary medicine and asbestos-related disease. Dr. Bruch's fee for deposition testimony is $450 an hour. Dr. Bruch may testify at trial. Dr. Bruch will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Bruch may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

14. Bryan R. Burnett, Meixa Tech, P.O. Box 844, Cardiff, California 92007. Dr. Burnett is an expert in electron microscopy and fiber analysis. Mr. Burnett's fee for deposition testimony is $200 per hour with a one-hour minimum. Mr. Burnett has agreed to testify, if necessary, at

trial and will be sufficiently familiar with the case to provide a meaningful oral deposition. Mr. Burnett may testify as to his opinions and conclusions regarding the lung pathology and in particular concentrations of asbestos bodies and fibers within the lungs.

15. Joseph D. Calhoun, M.D., 1 Saint Vincent Circle, # 160, Little Rock, Arkansas 72205. Dr. Calhoun is a radiologist and a "B" reader. Dr. Calhoun's fee for deposition testimony will be determined prior to his testifying. Dr. Calhoun will be sufficiently familiar with the case to provide a meaningful deposition. He may testify regarding all aspects of asbestos as it relates to his specialty of radiology and imaging, and his opinions and conclusions regarding radiology in the case, interpretation and profusion scoring of the x-rays, CT scans, HRCT scans, PET scans, and/or any other radiology, as well as all related foundational aspects of these subjects, including, but not limited to how imaging is obtained, equipment used, methods and techniques, "B" reading, ILO training, films, testing, etiology, diagnosis, progress of disease, costs of radiology, and prognosis.

16. Michele Carbone, M.D., Ph.D., 651 Ilalo St., BSB 231-H, University of Hawaii, Honolulu, Hawaii 96813. Dr. Carbone is a specialist in pathology. Dr. Carbone's fee for deposition testimony will be provided upon request. Dr. Carbone has agreed to testify, if necessary, at trial. Dr. Carbone will be sufficiently familiar with the cases to provide meaningful deposition and trial testimony. Dr. Carbone may testify as to all aspects of mesothelioma, causation, studies and research, asbestos, asbestos disease, SV-40, cancer, animal models, tissue culture, clinical trials, the presence of SV-40 in human mesotheliomas, SV-40 inhibition of p53 and R6 in human mesothelioma, polio, polio vaccines, SV-40 stains found in mesotheliomas and polio vaccines dating to the 1950's, polio and other vaccine development, cell and individual susceptibility to SV-40, asbestos and SV-40 as co-mesothelial carcinogens, molecular pathways, mesothelial cell transformations, telomerase activity, oncogenes, cellular mechanisms, viruses, DNA and DNA replication, pathogenises of mesothelioma, published studies, diagnostic pathology and all related foundational aspects thereof as well as opinions specific to the plaintiff testing positive for SV-40.

///

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 20 of 87

17. Barry Castleman, Ph.D., P.O. Box 188, Garrett Park, Maryland 20896. Mr. Castleman is an expert on the state of the art regarding the hazards of asbestos. Mr. Castleman's fee for deposition testimony is $300 per hour with a one-hour minimum. Mr. Castleman has agreed to testify, if necessary, at trial; Mr. Castleman will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify as to the medical issues involved in this case, medical causation, exposure, asbestos risks and disease, all aspects of asbestos as a subject of his expertise, dose response, latency, individual susceptibility, epidemiology, historical state of the medical and scientific knowledge concerning asbestos-related hazards, dangers, and diseases and regarding the nature and use of asbestos products and exposure to asbestos. He may testify as to asbestos products defects, the release of asbestos fibers from asbestos products, disease potential of various asbestos products, asbestos health hazards, industry awareness, exposures, regulatory aspects of asbestos, and state of the art relating to the hazards, dangers, and diseases of asbestos, applicable rules and regulations, other industrial hygiene related issues, and the offensive and injurious aspects of asbestos fiber deposition once inhaled. He may also testify regarding the addictive nature of cigarettes, the addictive properties of tobacco products and tobacco smoke, issues involved with smoking cessation, and the effects of cigarette smoke on the brain, body and central nervous system, as well as all foundational and related aspects of the above topics.

18. Revels Cayton, M.D., 3300 Webster Street, Ste. 304, Oakland, California 94609. Dr. Cayton is a specialist in pulmonary medicine and asbestos-related disease. Dr. Cayton's fee for deposition testimony is $500 per hour, **with a two-hour minimum**. Dr. Cayton will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Cayton may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

///

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd

8

DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 21 of 87

19. Kenneth S. Cohen, 11724 Shadow Valley Road, El Cajon, California 92020. Mr. Cohen is a toxicologist and Certified Industrial Hygienist (retired). Mr. Cohen's fee for deposition testimony is $400 per hour with a one-hour minimum and $600 per hour for non-telephonic (in-person) depositions. Mr. Cohen has agreed to testify, if necessary, at trial. Mr. Cohen will be sufficiently familiar with the case to provide a meaningful oral deposition. Mr. Cohen may testify as to all aspects of asbestos and asbestos products, the adequacy of knowledge, the state of knowledge, the release of asbestos fibers from asbestos products, and all physical characteristics of said fibers, including contamination, de-contamination and related abatement protocols, disease potential of various asbestos products, asbestos health hazards, industry awareness, and state of the art relating to the hazards of asbestos, applicable rules and regulations, and other industrial hygiene issues. This expert may testify regarding issues including but not limited to: when and where various building materials contained asbestos, including all types of building and other materials, including but not limited to asbestos fiber, asbestos tape, asbestos mud, transite or asbestos-containing pipe and siding, stucco materials, brake and clutch linings, aerospace, nosecone and other asbestos-containing materials, asbestos cloth, asbestos pipe coverings and block, asbestos cement, asbestos insulation pads, asbestos paper, asbestos gaskets, other asbestos insulation, asbestos packing, asbestos rope, asbestos powder, asbestos wrap, asbestos insulated wire, asbestos sheets, asbestos wallboard, asbestos-containing sheet rock, asbestos-containing joint compounds, taping compounds and topping compounds, spray ceiling materials, ceiling tiles, asbestos-containing fireproofing materials, refractory materials, refractory cements, asbestos insulation bricks, and other asbestos containing construction products, and/or other materials. This is not an exhaustive list of asbestos material which this expert may testify about, but merely representative and this expert may testify about any and all materials which contain asbestos. This expert may testify about the propensity and ability for asbestos-containing products to release dust and release asbestos dust into the air of persons using those products when they are in place, as well as fiber count ranges from said products when made, used or abated. This expert may testify about how such asbestos materials were used in their ordinary and intended manner, and how that ordinary and intended use causes

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd

9

DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

the release of respirable asbestos dust. This expert may testify about the offensive and injurious aspects of asbestos fiber deposition once inhaled. This expert may testify about the roles and common practices of various tradespeople in shipyard and land-based construction projects, including such trades as, but not limited to, drillers, electricians, insulators, laborers, machinists, joiners, masons, painters, pipefitters, riggers, sandblasters, scalers, sheetmetal workers, tool room attendants, welders, drywallers, and/or other trades. This is not an exhaustive list of the trades and disturbed asbestos materials which this expert may testify about but merely representative and this expert may testify about any and all construction trades which worked with and around asbestos materials. This expert may testify about the visibility of dust containing asbestos as well as various product use videotapes.

20. Richard Cohen, M.D., M.P.H., 19242 Panorama Drive, Saratoga, California 95070. Dr. Cohen is a specialist in epidemiology, preventive, and occupational medicine. Dr. Cohen's fee for deposition testimony is $500 per hour with a one-hour minimum. Dr. Cohen has agreed to testify, if necessary, at trial. Dr. Cohen will be sufficiently familiar with the case to provide meaningful oral deposition. Dr. Cohen may testify as to the medical issues involved in this case, medical causation, exposure, asbestos risks and disease, all aspects of asbestos as a subject of his expertise, dose response, latency, individual susceptibility, epidemiology, historical state of the medical, scientific, industry, and company knowledge concerning asbestos-related hazards, dangers, and diseases and regarding the nature and use of asbestos products and exposure to asbestos. Dr. Cohen may testify as to asbestos products defects, the release of asbestos fibers from asbestos products, disease potential of various asbestos products, asbestos health hazards, industry awareness, exposures, regulatory aspects of asbestos, and state of the art relating to the hazards, dangers, and diseases of asbestos, applicable rules and regulations, other industrial hygiene related issues, and the offensive and injurious aspects of asbestos fiber deposition once inhaled. Dr. Cohen may also testify regarding the addictive nature of cigarettes, the addictive properties of tobacco products and tobacco smoke, issues involved with smoking cessation, and the effects of cigarette smoke on the brain, body and central nervous system, as well as all foundational and related aspects of the above topics.

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 23 of 87

21. Joseph A. Colorafi, M.D., F.C.C.P., 1350 B, North Rim Drive, Suite D, Flagstaff, Arizona 86001. Dr. Colorafi is a specialist in pulmonary medicine and asbestos-related disease. Dr. Colorafi's fee for deposition testimony is $300 per hour with a one-hour minimum. Dr. Colorafi has agreed to testify, if necessary, at trial; Dr. Colorafi will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Colorafi may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

22. Anthony Cosentino, M.D., St. Mary's Hospital, 450 Stanyan Street, San Francisco, California 94117. Dr. Cosentino is a specialist in pulmonary medicine. Dr. Cosentino's fee for deposition testimony is $350 per hour with a one-hour minimum. Dr. Cosentino has agreed to testify, if necessary, at trial; Dr. Cosentino will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Consentino may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

23. Robert Craven, M.D., Lloyd Center X-Ray, 2238 Lloyd Center, Portland, Oregon 97232. Dr. Craven is a radiologist and a "B" reader. Dr. Craven's fee for deposition testimony is available upon request. Dr. Craven may testify, if necessary, at trial. Dr. Craven will be sufficiently familiar with the case to provide a meaningful deposition. He may testify regarding all aspects of asbestos as it relates to his specialty of radiology and imaging, and his opinions and conclusions regarding radiology in the case, interpretation and profusion scoring of the x-rays, CT scans, HRCT scans, PET scans, and/or any other radiology, as well as all related foundational aspects of these subjects, including, but not limited to how imaging is obtained, equipment used, methods and techniques, "B" reading, ILO training, films, testing, etiology, diagnosis, progress of disease, costs of radiology, and prognosis.

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd 11
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 24 of 87

24. John Dement, Ph.D., Duke Occupational Environmental Medicine, Duke University Medicine, 2200 West Main Street, Suite 600A, Durham, North Carolina 27710. Dr. Dement's fee for deposition testimony is $450 per hour. Dr. Dement will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Dement may testify on research studies he has performed regarding quantitative dose and time relationships between occupational and environmental exposures. This has included direction of industrial hygiene studies, the development and use of analytical techniques for measurement, the conduct of epidemiological studies, etc. Dr. Dement will be asked to provide epidemiologic opinions concerning the various risks of cancers that exist as a result of occupational asbestos exposure and causation of illnesses.

25. Jens W. Dimmick, M.D., 15901 Hawthorne Boulevard, # 250, Lawndale, California 90260. Dr. Dimmick is an internist. Dr. Dimmick's fee for deposition testimony is $500 per hour with a two hour minimum. Dr. Dimmick has agreed to testify, if necessary, at trial; Dr. Dimmick will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Dimmick may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

26. Ronald F. Dodson, Ph.D., 2026 Republic Ave #A, Tyler, Texas 75701. Dr. Dodson is an expert in electron microscopy and fiber analysis. Dr. Dodson's fee for deposition testimony is $800 per hour with a one-hour minimum. Dr. Dodson has agreed to testify, if necessary, at trial and will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Dodson may testify as to his opinions and conclusions regarding the lung pathology and in particular concentrations of asbestos bodies and fibers within the lungs.

27. Frederick P. Dula, M.D., Piedmont Radiology Assoc., 401 Mocksville Ave Suite 100, Salisbury, North Carolina 28144. Dr. Dula is a radiologist and a "B" reader. Dr. Dula's fee for deposition testimony is $1,600 per hour. He may testify regarding all aspects of asbestos as it relates to his specialty of radiology and imaging, and his opinions and conclusions regarding

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd 12
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 25 of 87

radiology in the case, interpretation and profusion scoring of the x-rays, CT scans, HRCT scans, PET scans, and/or any other radiology, as well as all related foundational aspects of these subjects, including, but not limited to how imaging is obtained, equipment used, methods and techniques, "B" reading, ILO training, films, testing, etiology, diagnosis, progress of disease, costs of radiology, and prognosis.

28. Lt. Commander, Thomas R. Dyer, US Naval Reserve (Ret), P.E., President-Headway Marine, LLC, 2547 Perkins Lane West, Seattle, Washington, 98199. Lcdr Dyer's fee for deposition testimony is $330 per hour with a one-hour minimum and $460 per hour for non-telephonic (in-person) depositions. LcDr. Dyer has agreed to testify, if necessary, at trial. LcDr. Dyer will be sufficiently familiar with the case to provide a meaningful oral deposition. Thomas R. Dyer is a retired U.S. Navy Reserve Officer and holds the degrees of Bachelor of Science, Mechanical Engineering, Naval ROTC, from Stanford University and Master of Science in Naval Architecture and Marine Engineering from the Massachusetts Institute of Technology (MIT). He was a Fulbright Scholar in Naval Architecture, Technical University, Delft, The Netherlands. Mr. Dyer is a Professional Engineer, in Naval Architecture & Marine Engineering, licensed in Washington. Mr. Dyer was an officer-instructor at the United States Naval Academy, Annapolis, Maryland instructing engineering cadets in marine engineering, ship stability and ship structures. LcDr. Dyer served aboard the US Navy destroyer USS Ozbourn DD-846, a Gearing Class steam propulsion destroyer. Mr. Dyer began his career in marine construction as a shipwright, machinist, rigger, painter and warehouseman in his family owned shipyard, Astoria Marine Construction, Co. Astoria, Oregon. Mr. Dyer was the naval architect, estimator and new construction manager for Marco Seattle shipbuilding in Seattle, Washington. He was the production control manager for Todd Shipyards Corporation in Seattle, Washington. Mr. Dyer was the general manager of the Foss Shipyard in Seattle Washington employing 200 craftsman. Mr. Dyer was the vice president of The Glosten Associates, Inc., Seattle, Washington, consulting in naval architecture, management and shipyard economics. He was the president and CEO of Union Bay Shipbuilding Corporation, Seattle, Washington, employing 100 craftsmen. He was the corporate vice president of Giannotti Corporation, Tacoma, Washington in its shipyard and

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd 13
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

engineering divisions. Mr. Dyer is the president of Headway Marine, LLC, Seattle, Washington. Lt. Commander Dyer is expected to offer testimony regarding U.S. Navy and commercial ship design & engineering, construction and maintenance with emphasis on the scope of the work performed by a shipyard and its marine designers and engineers. LcDr. Dyer will discuss the "vessel class design" and mass production of US Navy warships. Lt. Commander Dyer is expected to testify to the authenticity, interpret and discuss the significance of naval construction records maintained by the US National Archives, specifications, qualified products lists and other documents pertaining to Navy and commercial ship construction and repair and overhaul. He will summarize the available historical information including transcripts from Congressional committee hearings and the testimony of US Naval officers and civilian shipbuilders regarding the construction of US Navy war ships. In addition to his expert testimony, Lt. Commander Dyer may also offer testimony regarding research, development, design, engineering, procurement and shipyard production practices for Navy and commercial ships in regard to asbestos containing materials on board ship and in shipyard shops. Mr. Dyer may discuss marine steam propulsion systems. I n particular, he may address the specifications for and use of asbestos contained insulation aboard ship for various applications including, boilers, steam generators, main and auxiliary steam systems, and the auxiliary equipment connected to these steam systems, such as pumps, valves, regulators and piping. He will discuss the use of asbestos for insulation, lagging, gaskets and packing aboard ships and in shipyards and interpret the drawings and specifications for there use on ship. Lt. Commander Dyer has been qualified as an expert witness in King County, Washington State Superior Court, and the U.S. District Court, Western District of Washington.

29. David Egilman, M.D., MPH, 8 North Main Street, Attleboro, Massachusetts 02703. Dr. Egilman is a specialist in epidemiology and occupational medicine. Dr. Egilman's fee for deposition testimony is $500 per hour with a one-hour minimum. Dr. Egilman has agreed to testify, if necessary, at trial. Dr. Egilman will be sufficiently familiar with the case to provide meaningful oral deposition. He may testify as to the medical issues involved in this case, medical causation, exposure, asbestos risks and disease, all aspects of asbestos as a subject of his

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 27 of 87

expertise, dose response, latency, individual susceptibility, epidemiology, historical state of the medical and scientific knowledge concerning asbestos-related hazards, dangers, and diseases and regarding the nature and use of asbestos products and exposure to asbestos. He may testify as to asbestos products defects, the release of asbestos fibers from asbestos products, disease potential of various asbestos products, asbestos health hazards, industry awareness, exposures, regulatory aspects of asbestos, and state of the art relating to the hazards, dangers, and diseases of asbestos, applicable rules and regulations, other industrial hygiene related issues, and the offensive and injurious aspects of asbestos fiber deposition once inhaled. He may also testify regarding the addictive nature of cigarettes, the addictive properties of tobacco products and tobacco smoke, issues involved with smoking cessation, and the effects of cigarette smoke on the brain, body and central nervous system, as well as all foundational and related aspects of the above topics.

30. William Ewing, C.I.H., Compass Environmental, Inc., 1751 McCollum Parkway, Kennesaw, Georgia 30144. Mr. Ewing is an industrial hygienist. Mr. Ewing's fee for deposition testimony is $165 per hour. Depositions cancelled less than 24 hours prior to the scheduled deposition will result in a cancellation charge equal to the amount of time reserved for the deposition. Mr. Ewing will be sufficiently familiar with the case to provide a meaningful oral deposition. Mr. Ewing may testify regarding EPA and state government policies, regulations and guideline documents pertaining to asbestos in buildings and the utility of air and dust sampling in determining building exposures and risks. Mr. Ewing may testify as to all aspects of asbestos and asbestos products, the adequacy of knowledge, the state of knowledge, the release of asbestos fibers from asbestos products, and all physical characteristics of said fibers, including contamination, de-contamination and related abatement protocols, disease potential of various asbestos products, asbestos health hazards, industry awareness, and state of the art relating to the hazards of asbestos, applicable rules and regulations, and other industrial hygiene issues. This expert may testify regarding issues including but not limited to: when and where various building materials contained asbestos, including all types of building and other materials, including but not limited to asbestos fiber, asbestos tape, asbestos mud, transite or asbestos-containing pipe and siding, stucco materials, brake and clutch linings, aerospace, nosecone and

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd
15
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

other asbestos-containing materials, asbestos cloth, asbestos pipe coverings and block, asbestos cement, asbestos insulation pads, asbestos paper, asbestos gaskets, other asbestos insulation, asbestos packing, asbestos rope, asbestos powder, asbestos wrap, asbestos insulated wire, asbestos sheets, asbestos wallboard, asbestos-containing sheet rock, asbestos-containing joint compounds, taping compounds and topping compounds, spray ceiling materials, ceiling tiles, asbestos-containing fireproofing materials, refractory materials, refractory cements, asbestos insulation bricks, and other asbestos containing construction products, and/or other materials. This is not an exhaustive list of asbestos material which this expert may testify about, but merely representative and this expert may testify about any and all materials which contain asbestos. This expert may testify about the propensity and ability for asbestos-containing products to release dust and release asbestos dust into the air of persons using those products when they are in place, as well as fiber count ranges from said products when made, used or abated. This expert may testify about how such asbestos materials were used in their ordinary and intended manner, and how that ordinary and intended use causes the release of respirable asbestos dust. This expert may testify about the offensive and injurious aspects of asbestos fiber deposition once inhaled. This expert may testify about the roles and common practices of various tradespeople in shipyard and land-based construction projects, including such trades as, but not limited to, drillers, electricians, insulators, laborers, machinists, joiners, masons, painters, pipefitters, riggers, sandblasters, scalers, sheetmetal workers, tool room attendants, welders, drywallers, and/or other trades. This is not an exhaustive list of the trades and disturbed asbestos materials which this expert may testify about but merely representative and this expert may testify about any and all construction trades which worked with and around asbestos materials. This expert may testify about the visibility of dust containing asbestos as well as various product use videotapes.

31. Robert Fallat, M.D., 59 Wildomar Street, Mill Valley, California 94941. Dr. Fallat is a specialist in pulmonary medicine. Dr. Fallat's fee for deposition testimony is $400 per hour with a one-hour minimum. Dr. Fallat has agreed to testify, if necessary, at trial. Dr. Fallat will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Fallat may

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 29 of 87

testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

32. John Fening, 2817 Trenton Avenue, Bremerton, Washington 93310. Mr. Fening's fee for deposition testimony is $300 per hour with a one-hour minimum. Mr. Fening is a former Navy chief and enlisted engineer. He has experience with surface craft and submarines, as well as conventional and nuclear systems. His testimony is expected to or may relate to submarines and surface craft, including but not limited to matters which pertain to overhauls, availabilities, conversions, maintenance, operation, upkeep, design, mechanical work, configuration systems, engineering and repair as well as factual aspects of each of the foregoing. He is also expected to or may testify to practices, policies, and procedures connected with asbestos-containing materials including but not limited to insulation, gaskets and packing materials aboard ships, ship conditions and safety. He may also testify regarding inspections, AHERA, management planning concerning asbestos, respirators or masks, sample collection and data and all foundational matters related thereto.

33. Stephen N. Fisher, M.D., 5600 Munhall Road, Pittsburgh, Pennsylvania 15217. Dr. Fisher is a radiologist and a "B" reader. Dr. Fisher's fee for deposition testimony is yet to be determined. Dr. Fisher may testify at trial; He may testify regarding all aspects of asbestos as it relates to his specialty of radiology and imaging, and his opinions and conclusions regarding radiology in the case, interpretation and profusion scoring of the x-rays, CT scans, HRCT scans, PET scans, and/or any other radiology, as well as all related foundational aspects of these subjects, including, but not limited to how imaging is obtained, equipment used, methods and techniques, "B" reading, ILO training, films, testing, etiology, diagnosis, progress of disease, costs of radiology, and prognosis.

34. John Folkner, Law Engineering, Inc., 396 Plasters Avenue, Atlanta, Georgia 30324. Mr. Folkner's fee for providing deposition testimony is $350 per hour, three-hour minimum.

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd 17
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 30 of 87

Mr. Folkner (Registered Physical Engineer) is expected to testify, if necessary, as to all facts and circumstances surrounding the health effects of exposure to asbestos, safety considerations, product performance, asbestos products, sample analysis and analytical procedures, testing, air sampling and dust sampling techniques results and conclusions, analysis and protocols, costing, operations and maintenance procedures, scientific techniques, building inspection, analysis, results and assessment, surveying, asbestos in buildings, control measures, materials characteristics and performance, abatement recommendations, building monitoring, assessment, product formulas and product identification, environmental safety considerations, the results of dust related tests performed at and in the building, risk assessment, applied statistics, governmental regulation, protocol development, geology, and all foundational facts relating to these topics.

35. Peter Formuzis, Ph.D., Joyce Pickersgill, Ph.D., and Tamorah Hunt, Ph.D., Formuzis, Pickersgill, Hunt, Inc., 2000 East 4th Street, Suite 200, Santa Ana, California 92705. Peter Formuzis, Joyce Pickersgill, and Tamorah Hunt are forensic economists. Depending on availability, only one will testify at deposition and trial. Each will be sufficiently familiar with the case to provide a meaningful oral deposition. Their fee for deposition testimony is $400 per hour. They may testify regarding all aspects of forensic economic analysis in general and specific to the particular case, including but not limited to, economic loss, methods, factual assumptions, the value of lost income, including but not limited to wages, earning capacity, pensions, social security, and other economic losses. They may testify regarding the value of lost household services. They may testify generally regarding the concept of present value and its application to economic losses, particularly wage loss, pension loss and future medical costs. They may also testify regarding past economic trends effecting medical costs of aspects of all the above topics. They may also testify as to the financial statements and condition of various defendants in the punitive damages phase of the trial. If they not prepared a report in the specific case, they will at a minimum be prepared to offer opinions regarding how to calculate the losses set forth above.

///

18

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd

DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

36. Arthur L. Frank, M.D., Ph.D., Drexel University School of Public Health, Mail Stop 660, 245 N. 15th Street, Philadelphia, Pennsylvania 19102. Dr. Frank has an expertise in occupational medicine, occupational lung disease, asbestos-related diseases and public health. Dr. Frank's fee for deposition testimony is $350 per hour. He may testify regarding the cause, diagnosis and prognosis of asbestos disease; about public health; state of the art (what was known and when in the medical and scientific literature about the dangers and health hazards of asbestos); and about other sources of public and private knowledge of the health hazards of asbestos, including industry associations, research laboratories, etc. Dr. Frank's testimony may involve the summarization, explanation and analysis of the scientific literature, medical, and other documents and material which discuss the hazards of asbestos. He may testify as to what the defendants and/or others knew or should have known concerning the dangers of asbestos at various points in time. Dr. Frank may testify that based on the medical and scientific literature available to defendants, defendants knew or should have known that their asbestos-containing products or use of asbestos-containing products by defendants could cause disease Dr. Frank may testify as to his review of the literature and the opinions and conclusions contained in that literature. Dr. Frank may also testify as the hazardous nature of all types of asbestos and all types of asbestos-containing products are unreasonably dangerous. Dr. Frank's opinions may be based upon his review of any and all medical records and available chest x-rays and/or pathology materials, as well as his expertise in the field, including experience and training and his review of historical and more recent medical articles and journals. Dr. Frank may testify as to the health aspects of asbestos exposure, the amount of asbestos exposure it takes to cause cancer and other asbestos-related diseases and the historical aspects of the development of OSHA/NIOSH and the history of OSHA/NIOSH regulations and other governmental regulations regarding asbestos and asbestos exposure. He may testify about what asbestos is, what its characteristics are that make it dangerous and about asbestos disease generally. He may testify that based on epidemiological studies, the plaintiff was at risk for developing asbestos-related disease from his exposure to defendants' asbestos-containing products and that based on the medical and scientific literature available, defendants knew or should have known that their asbestos-containing products could

cause disease. He may testify concerning fiber types of asbestos generally and that all types of asbestos fibers are capable of causing all asbestos-related diseases and all forms of asbestos-related cancers. Dr. Frank may testify concerning technical literature that asbestos was hazardous, could cause asbestosis and the various other diseases and cancers known to be caused by asbestos. Dr. Frank may testify that medical articles and journals indicated in the 1920s that asbestos could be hazardous and deadly, and in the 1930s and 1940s indicated that asbestos could cause cancer, and that it was known or knowable that asbestos was a hazardous and dangerous substance in those time frames. He may also testify regarding various epidemiological, medical, scientific, industrial hygiene or other materials which show that chrysotile, amosite, crocidolite, tremolite and other asbestos fibers cause asbestos diseases including but not limited to asbestosis, mesothelioma, and lung and other cancers and that there is not now and never has been any established or accepted safe level of exposure to asbestos below which it was known, accepted and agreed that no person would or could develop any asbestos related disease. Additionally, he may also testify that plaintiff incurred medical expenses as a result of plaintiff's exposure to asbestos and asbestos related cancer. Dr. Frank may testify that plaintiff required treatment and/or hospitalization (and the reasonable expenses therefore) as a result of his exposure to asbestos, asbestos related cancer and the progression and/or recurrence of this cancer. He may testify that plaintiff was occupationally exposed to defendants' asbestos-containing products. Additionally, he may express opinions about the effects of those exposures on the development of his mesothelioma. He may testify that plaintiff's exposures to defendants' asbestos-containing products, as described above, were each substantial factors in causing his asbestos-related disease. He may testify that individuals exposed, such as plaintiff was, to asbestos are at a significant increased risk over that of the general population for the development of asbestosis, mesothelioma and lung and other cancers. He may testify as to the medical issues involved in this case, medical causation, exposure, asbestos risks and disease, all aspects of asbestos as a subject of his expertise, dose response, latency, individual susceptibility, epidemiology, historical state of the medical and scientific knowledge concerning asbestos-related hazards, dangers, and diseases and regarding the nature and use of asbestos products and exposure to asbestos. He may

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 33 of 87

testify as to asbestos products defects, the release of asbestos fibers from asbestos products, disease potential of various asbestos products, asbestos health hazards, industry awareness, exposures, regulatory aspects of asbestos, and state of the art relating to the hazards, dangers, and diseases of asbestos, applicable rules and regulations, other industrial hygiene related issues, and the offensive and injurious aspects of asbestos fiber deposition once inhaled. He may also testify regarding the addictive nature of cigarettes, the addictive properties of tobacco products and tobacco smoke, issues involved with smoking cessation, and the effects of cigarette smoke on the brain, body and central nervous system, as well as all foundational and related aspects of the above topics.

37. Frank Ganzhorn, M.D., 20270 Anza Drive, Salinas, California 93908. Dr. Ganzhorn is board-certified in Internal Medicine and Pulmonary Disease. Dr. Ganzhorn's fee for deposition testimony is $500 per hour. Depositions cancelled fewer than 24 hours prior to the scheduled deposition will result in a cancellation charge equal to the amount of time reserved for the deposition. Dr. Ganzhorn has agreed to testify at trial. Dr. Ganzhorn may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

38. Bruce S. Gillis, M.D., M.P.H., 10436 Santa Monica Blvd., Suite 4000, Los Angeles, California 90025. Dr. Gillis is an internist/pulmonary specialist with background and experience in occupational medicine. Dr. Gillis' fee for deposition testimony is $500 per hour with a one-hour minimum. Depositions cancelled less than 24 hours prior to the scheduled deposition will result in a cancellation charge equal to the amount of time reserved for the deposition. Dr. Gillis has agreed to testify at trial and will be sufficiently familiar with the case so as to provide a meaningful oral deposition. Dr. Gillis may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd
21
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 34 of 87

asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

39. Malcolm M. Goodwin, Jr., M.D., PathLab, LLC, 206 Woodland Court, O'Fallon, Illinois 62269-3500. Dr. Goodwin is a board-certified pathologist. Dr. Goodwin's fee for deposition testimony is $500 per hour. Dr. Goodwin has agreed to testify, if necessary, at trial; Dr. Goodwin will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Goodwin may testify as to other asbestos-related medical issues raised in the matter, as well as his examination of the pathology specimens.

40. Ronald E. Gordon, Ph.D., The Mount Sinai Medical Center, One Gustave L. Levy Place, New York, New York 10029. Dr. Gordon is an expert in electron microscopy and fiber analysis. Dr. Gordon's fee for deposition testimony is yet to be determined. Dr. Gordon may testify, if necessary, at trial and will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Gordon may testify as to his opinions and conclusions regarding the lung pathology and in particular concentrations of asbestos bodies and fibers within the lungs.

41. John Gotchall, M.D., Corvallis Clinic, 3680 NW Samaritan Drive, Corvallis, Oregon 97330. Dr. Gotchall is a specialist in pulmonary diseases. Dr. Gotchall's fee for deposition testimony is $1380 per half day. Dr. Gotchall will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Gotchall may testify, if necessary, at trial. Dr. Gotchall may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

42. Thomas Gourley, M.D., 157 Lynch Creek Way, #157, Petaluma, California 94952. Dr. Gourley is a pulmonary specialist. Dr. Gourley's fee for deposition testimony is $250 per hour with a one-hour minimum. Dr. Gourley has agreed to testify, if necessary, at trial and will be sufficiently familiar with the case to provide meaningful oral deposition. Dr. Gourley may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd
22
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 35 of 87

minimum. Dr. Hinshaw has agreed to testify, if necessary, at trial; Dr. Hinshaw will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Hinshaw may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

46. Thomas Hixson, c/o Bruce Ahnfeldt, Esq., P.O. Box 6078, Napa, California 94581. Thomas Hixson is an insulator and expert in the identification, application, and removal of asbestos and asbestos-containing products including, but not limited to, both shipyard and land-based applications, including, but not limited to, refineries, schools, and commercial facilities. Mr Hixson has agreed to testify at trial. Mr. Hixson will be sufficiently familiar with the case to provide meaningful oral deposition. Mr. Hixson's fee for deposition is $100 per hour with a one-hour minimum.

47. Barry Horn, M.D., 3017 Telegraph Ave, Suite 102, Berkeley, California 94705. Dr. Horn is a specialist in pulmonary medicine. Dr. Horn's fee for deposition testimony is $500 per hour with a one-hour minimum. Dr. Horn has agreed to testify, if necessary, at trial. Dr. Horn will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Horn may testify as to the state of the medical and scientific art concerning asbestos-related diseases at relevant times, and may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

48. Prakash Jay, M.D., 801 N. Tustin Avenue, Suite 605, Santa Ana, California 92705. Dr. Jay is a specialist in pulmonary medicine and asbestos-related disease. Dr. Jay's fee for deposition testimony is $800 per hour, with a one-hour minimum. Dr. Jay has agreed to testify, if necessary, at trial. Dr. Jay will be sufficiently familiar with the case to provide a meaningful

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd
24
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

43. Robert M. Gromis, M.D., 10780 Santa Monica Blvd., Suite 100, Los Angeles, California 90025. Dr. Gromis is a specialist in pulmonary medicine and asbestos-related disease. Dr. Gromis's fee for deposition testimony is $750 per hour with a two-hour minimum. Dr. Gromis has agreed to testify, if necessary, at trial; Dr. Gromis will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Gromis may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

44. Samuel Hammar, M.D., 700 Lebo Boulevard, P. O. Box 2171, Bremerton, Washington 98310-2171. Dr. Hammar is a pathologist. Dr. Hammar's fee for deposition testimony is $500 per hour with a one-hour minimum. Dr. Hammar has agreed to testify, if necessary, at trial; Dr. Hammar will be sufficiently familiar with the case to provide a meaningful oral deposition. may testify regarding his examination of, and conclusions from, the injured party's pathology specimens. Dr. Hammar may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, the offensive and injurious aspects of asbestos fiber deposition once inhaled, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

45. Horton C. Hinshaw, Jr., M.D., 450 Sutter Street, Suite 1023, San Francisco, California 94108. Dr. Hinshaw is a specialist in pulmonary medicine and asbestos-related disease. Dr. Hinshaw's fee for deposition testimony is $250 per hour, during office's hours; after office hours the fee for the first hour is $180 and $160 per hour thereafter with a one-hour

oral deposition. Dr. Jay may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

49. Christopher L. John, M.D., M.B.B.CH., M.R.C.P., (UK), F.R.C.P.C., F.C.C.P., Southwest Pulmonary Associates, 11321 Interstate 30, # 306, Little Rock, Arkansas 72209. Dr. John is a specialist in pulmonary medicine and asbestos-related disease. Dr. John's fee for deposition testimony is yet to be determined. Dr. John may testify at trial. Dr. John will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. John may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

50. Calvin K. Johnson, Ph.D., C. Johnson & Associates, LLC, 15055 West 139th Street, Homer Glen, Illinois 60491. Dr. Johnson has agreed to testify, if necessary, at trial and will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Johnson's fee for deposition testimony is $300 per hour or $2400 per day, including travel time. Dr. Johnson may testify regarding thermosetting resins, plastics, phenolic resins, urethane resins, polyester resins, foundry resins, foundry coatings, metal casting processes, lost foam casting, sand reclamation & beneficial reuse, release agents, resin coated sands, oil field proppants, shell molding, no bake resins, cold box resins, furan resins, epoxy resins, insulation binders, friction materials, refractory binders, composites, adhesives, molding compounds, photo resist resins, forest products resins, UF resins, material safety data sheets (MSDS), abrasives, material analysis, deformulations, performance testing, chemical analysis, patent infringement, trade secrets, technology assessments and material failure analysis. Dr. Johnson may offer testimony regarding binders, fillers, additives for wear resistance, UV additives and pigments used in resin compounds.

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 38 of 87

51. Robert W. Johnson & Associates, Robert W. Johnson, Ph.D., and Mr. James Mills, 4984 El Camino Real, Ste. 201, Los Altos, California 94022. Dr. Robert Johnson and Mr. James Mills are forensic economists. Dr. Johnson and Mr. Mills have agreed to testify, if necessary, at trial and will be sufficiently familiar with the case to provide a meaningful oral deposition. Only Dr. Johnson, or Mr. Mills will be produced, and availability will determine which one. Dr. Johnson's fee for deposition testimony is $550 per hour with a one-hour minimum. Mr. James Mills' fee for deposition testimony is $450 per hour with a one-hour minimum. They may testify regarding all aspects of forensic economic analysis in general and specific to the particular case, including but not limited to, economic loss, methods, factual assumptions, the value of lost income, including but not limited to wages, earning capacity, pensions, social security, and other economic losses. They may testify regarding the value of lost household services. They will also testify generally regarding the concept of present value and its application to economic losses, particularly wage loss, pension loss and future medical costs. They may also testify regarding past economic trends effecting medical costs of aspects of all the above topics. They may also testify as to the financial statements and condition of various defendants in the punitive damages phase of the trial.

52. Joe W. Jones, 6202 Brandon Circle, Riverview, Florida 33569. Mr. Jones' fee for testimony is $160 per hour. Joe W. Jones is an aviation business consultant, having been in the aviation industry since the 1950s. He is licensed to fly fixed wing and helicopter aircraft. He was trained by the US Navy as a helicopter pilot. He is a retired Chief Warrant Officer, was a Senior Army Aviator, helicopter flight instructor, helicopter maintenance test pilot, safety officer and accident investigator. Mr. Jones flew three combat tours in Vietnam including Sikorsky helicopters. He has worked for McDonnell Aircraft on F101 Voodoo's, F3H Demons and F4H Phantoms. He performed hydraulic work. Mr. Jones is a licensed airframe and powerplant mechanic. As an officer in the Army, he supervised repair and maintenance of Sikorsky helicopters. He will testify and decipher aircraft manuals and parts manuals, including descriptions of components such as brake systems and hydraulic systems and replacement parts.

///

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd

26

DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 39 of 87

53. Lawrence Jones, M.D., 904 Trents Ferry Road, Lynchburgh, Virginia 24503. Dr. Lawrence Jones is a Board Certified specialist in Insurance Medicine. Dr. Jones has agreed to testify, if necessary, at trial. Dr. Jones will be sufficiently familiar with the case to provide a meaningful deposition. Dr. Jones's fee for deposition testimony is $250 per hour with a one-hour minimum. Dr. Jones will testify generally regarding the effect of asbestos-related disease on mortality and morbidity as it affects life insurance and insurability generally.

54. Peter Julien, M.D., 345 N. Saltair Avenue, Los Angeles, California 90049. Dr. Julien is a radiologist. Dr. Julien's fee for deposition testimony is $500 per hour with a one-hour minimum. Dr. Julien has agreed to testify, if necessary, at trial; Dr. Julien will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify regarding all aspects of asbestos as it relates to his specialty of radiology and imaging, and his opinions and conclusions regarding radiology in the case, interpretation and profusion scoring of the x-rays, CT scans, HRCT scans, PET scans, and/or any other radiology, as well as all related foundational aspects of these subjects, including, but not limited to how imaging is obtained, equipment used, methods and techniques, "B" reading, ILO training, films, testing, etiology, diagnosis, progress of disease, costs of radiology, and prognosis.

55. Elliott Kagan, M.D., M.R.C. Path., 4 Royal Oak Ct., Potomac, Maryland 20854. Dr. Kagan is a pathologist. Dr. Kagan's fee for deposition testimony is $450 per hour. Dr. Kagan has agreed to testify, if necessary, at trial. Dr. Kagan will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Kagan may testify as to the causes of cancer, mesothelioma and other asbestos-related diseases including non-hodgkins lymphoma, as well as his examination of the pathology specimens. Dr. Kagan may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, the offensive and injurious aspects of asbestos fiber deposition once inhaled, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

///

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd

27

DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 40 of 87

56. Richard Kanner, M.D., 50 North Medical Drive, 701 Wintrobe Building, Salt Lake City, Utah 84132. Dr. Kanner is a specialist in pulmonary medicine. Dr. Kanner's fee for deposition testimony locally is $600 per hour, with a one-hour minimum which must be paid in advance, and up to $1,500 a day. Dr. Kanner's fee $1,500 a day if he has to leave his office or travel out of Salt Lake City, Utah. Dr. Kanner may testify at trial. Dr. Kanner will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Kanner may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

57. John Keppel, M.D., The Oregon Clinic, 1111 NE 99th Avenue, Portland, Oregon 97220. Dr. Keppel is a specialist in pulmonary medicine. Dr. Keppel's fee for deposition testimony is yet to be determined. Dr. Keppel may testify, if necessary, at trial; Dr. Keppel will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Keppel may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

58. Kaye H. Kilburn, M.D., University of Southern California, 2025 Zonal Avenue, CSC 201, Los Angeles, California 90033. Dr. Kilburn is a specialist in pulmonary medicine and asbestos-related disease. Dr. Kilburn's fee for deposition testimony is $600 per hour with a one-hour minimum. Dr. Kilburn has agreed to testify, if necessary, at trial; Dr. Kilburn will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation,

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd

28

DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

59. Mark. S. Klepper, M.D., Pulmonary and Critical Care Consultants of Austin, LLP, Austin Doctors Building, 1305 West 34th Street, Suite, 400, Austin, Texas 78705. Dr. Klepper is a radiologist and a "B" reader. Dr. Klepper's fee for deposition testimony is $350 per hour with a one-hour minimum. Dr. Klepper may testify at trial; Dr. Klepper will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

60. James P. Krainson, M.D., FCCP, 9380 SW 150th, Ste. 200, Miami, Florida 33176. Dr. Krainson is board-certified in Internal Medicine and Pulmonary Disease, and is a certified B reader. Dr. Krainson's fee for deposition testimony will be determined prior to his testifying. Dr. Krainson has agreed to testify at trial; Dr. Krainson will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

61. Richard S. Kronenberg, M.D., 520 E. Douglas Boulevard, Tyler, Texas 75702. Dr. Kronenberg is board-certified in Internal Medicine and Pulmonary Disease, and is a certified B reader. Dr. Kronenberg's fee for deposition testimony will be determined prior to his testifying. Dr. Kronenberg has agreed to testify at trial; Dr. Kronenberg will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of

///

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 42 of 87

asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

62. Kenneth C. Lamb, M.D., Critical Care & Pulmonary Disease, 979 Golf Course Drive, Rohnert Park, California 94928. Dr. Lamb's fee for deposition testimony is yet to be determined. Dr. Lamb may testify, if necessary, at trial; Dr. Lamb will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

63. Richard A. Lemen, Ph.D., 241 Rose Ridge Court, Canton, Georgia 30115. Dr. Lemen is an epidemiologist. Dr. Lemen's fee for deposition testimony is $250 per hour. Dr. Lemen's cancellation fee of $1,500 will be assessed to defendants if a deposition is canceled within 48 hours of the scheduled deposition date. Dr. Lemen will be sufficiently familiar with the case to provide a meaningful deposition . He may testify as to the medical issues involved in this case, medical causation, exposure, asbestos risks and disease, all aspects of asbestos as a subject of his expertise, dose response, latency, individual susceptibility, epidemiology, historical state of the medical, scientific, industry, and company knowledge concerning asbestos-related hazards, dangers, and diseases and regarding the nature and use of asbestos products and exposure to asbestos. He may testify as to asbestos products defects, the release of asbestos fibers from asbestos products, disease potential of various asbestos products, asbestos health hazards, industry awareness, exposures, regulatory aspects of asbestos, and state of the art relating to the hazards, dangers, and diseases of asbestos, applicable rules and regulations, other industrial hygiene related issues, and the offensive and injurious aspects of asbestos fiber deposition once inhaled. He may also testify regarding the addictive nature of cigarettes, the addictive properties of tobacco products and tobacco smoke, issues involved with smoking cessation, and the effects of cigarette smoke on the brain, body and central nervous system, as well as all foundational and related aspects of the above topics.

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd

30

DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

64. Sean Leoni, Q.M.E.,166661 Ventura Boulevard, #604, Encino, California 91436. Dr. Leoni is board-certified in Internal Medicine. Dr. Leoni's fee for deposition testimony is available upon request. Dr. Leoni may testify at trial. Dr. Leoni's fee for trial testimony is available upon request. Dr. Leoni will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

65. Richard A. Levy, MD FACC, 3580 California Street #302, San Francisco, California 94118. Dr. Levy is a cardiologist. Dr. Levy's fee for deposition testimony is $700 per hour (with a one-hour minimum). Dr. Levy has agreed to testify, if necessary, at trial. Dr. Levy will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Levy may testify as to his opinion and conclusions regarding the subject's medical condition, including but not limited to any cardiac related conditions, causation, and prognosis.

66. Cassius Lisk, P.O. Box 86, Sumpter, Oregon 97877. Mr. Lisk is a retired United States Coast Guard Marine Inspector, with over 25 years of experience working for the United States Coast Guard. Mr. Lisk's fee for deposition testimony will be provided upon request. Mr. Lisk has agreed to testify, if necessary, at trial. Mr. Lisk will be sufficiently familiar with the case to provide a meaningful oral deposition. Mr. Lisk may testify about United States Coast Guard policies and practices regarding product procurement, purchasing, replacement parts, protocals and procedures, product use, Coast Guard equipment and operations. His testimony is may relate to matters which pertain to overhauls, availabilities, conversions, maintenance, operation, upkeep, design, mechanical work, configuration systems, engineering and repair as well as factual aspects of each of the foregoing. He is also expected to or may testify to practices, policies, and procedures connected with asbestos-containing materials, ship conditions and safety.

///

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 44 of 87

67. Stewart A. Lonky, M.D., F.A.C.P., 8540 S. Sepulveda Boulevard, # 1010, Los Angeles, California 90045. Dr. Lonky is a specialist in internal and pulmonary medicine. Dr. Lonky's fee for deposition testimony is $350 an hour. Dr. Lonky may testify at trial. Dr. Lonky will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

68. Richard Luros, M.D., 15930 Via De Las Palmas, Rancho Santa Fe, California 92091. Dr. Luros is board-certified in Internal Medicine. Dr. Luros' fee for deposition testimony is $450 per hour with a two-hour minimum. Depositions canceled fewer than 24 hours prior to the scheduled deposition will result in a cancellation charge equal to the amount of time reserved for the deposition. Dr. Luros will be sufficiently familiar with the case to provide a meaningful deposition. Dr. Luros has agreed to testify, if necessary, at trial. He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

69. Abid Majid, M.D., 2101 Vale Rd., Suite 300, San Pablo, California 94806. Dr. Majid is a specialist in pulmonary medicine and asbestos-related disease. Dr. Majid's fee for deposition testimony is $450 an hour. Dr. Majid may testify at trial. Dr. Majid's fee for trial testimony is $500 an hour. Dr. Majid will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases,

///

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd

32

DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

70. Robert A. Male, PhD, P.O. Box 6750, Kamuela, Hawaii 96743. Robert A. Male is a vocational economic consultant. Dr. Male's fee for trial and deposition testimony is $200 an hour. Dr. Male may testify, if necessary, at trial and will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify regarding all aspects of forensic economic analysis in general and specific to the particular case, including but not limited to, economic loss, methods, factual assumptions, the value of lost income, including but not limited to wages, earning capacity, pensions, social security, and other economic losses. He may testify regarding the value of lost household services. He will also testify generally regarding the concept of present value and its application to economic losses, particularly wage loss, pension loss and future medical costs. He may also testify regarding past economic trends effecting medical costs of aspects of all the above topics. He may also testify as to the financial statements and condition of various defendants in the punitive damages phase of the trial.

71. John William Martyny, Ph.D., 1624 Deertrail, Boulder, Colorado 80302. Mr. Martyny is a toxicologist and certified Industrial Hygienist. Mr. Martyny's fee for deposition testimony is $150 per hour with a one-hour minimum. Depositions cancelled fewer than 24 hours prior to the scheduled deposition will result in a cancellation charge equal to the amount of time reserved for the deposition. Mr. Martyny has agreed to testify at trial; Mr. Martyny will be sufficiently familiar with the case to provide a meaningful oral deposition. Mr. Martyny may testify as to asbestos products defects, the release of asbestos fibers from asbestos products, disease potential of various asbestos products, asbestos health hazards, industry awareness, and state of the art relating to the hazards of asbestos.

72. Herman Mazza, M.D., Austin Doctor' Building, 1305 West 34th Street, Suite 400, Austin, Texas 78705. Dr. Mazza is a specialist in pulmonary medicine and asbestos-related disease. Dr. Mazza's fee for deposition testimony is available upon request. Dr. Mazza may testify at trial. Dr. Mazza's fee for trial testimony is available upon request. He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured

party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

73. Carol McDonald, CLCP, P.O. Box 9427, Santa Rosa, California 95405. Carol McDonald is a specialist in evaluating and determining the costs of past and future medical care. Her experience has included medical procedure cost assessment, life care planning, medical case management, and vocational rehabilitation. She is a medical case manager and Certified Life Care Planner who researches the costs for various medical procedures, and also designs cost evaluations, assessments, and short-term and long-term medical and vocational needs for individuals with an array of disabilities and illnesses. Carol McDonald's fee for providing deposition testimony is $350 per hour, with a one-hour minimum, made payable to McDonald & Associates. Carol McDonald will be sufficiently familiar with the case to provide a meaningful deposition regarding the costs of past and/or future medical treatments for asbestos-related diseases. Carol McDonald may testify regarding reasonable value and costs associated with past and/or future medical care, including the various procedures that are utilized in medical monitoring and treatment of asbestos-related diseases.

74. William Meseroll, M.D., Redwood Radiology Associates, 121 Sotoyome, Santa Rosa, California 95405. Dr. Meseroll is a radiologist. Dr. Meseroll's fee for deposition testimony is $500 per hour with a one-hour minimum. Dr. Meseroll has agreed to testify, if necessary, at trial; Dr. Meseroll will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Meseroll may testify regarding all aspects of asbestos as it relates to his specialty of radiology and imaging, and his opinions and conclusions regarding radiology in the case, interpretation and profusion scoring of the x-rays, CT scans, HRCT scans, PET scans, and/or any other radiology, as well as all related foundational aspects of these subjects, including, but not limited to how imaging is obtained, equipment used, methods and techniques, "B" reading, ILO training, films, testing, etiology, diagnosis, progress of disease, costs of radiology, and prognosis.

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 47 of 87

75. James R. Millette, Ph.D., MVA Scientific Consultants, 3300 Breckinridge Boulevard, Suite 400, Duluth, Georgia 30096. Dr. Millette is an environmental scientist, toxicologist and electron microscopist. Dr. Millette's fee for deposition testimony is $440 per hour with a one-hour minimum. Dr. Millette will be sufficiently familiar with the case to provide a meaningful deposition. Dr. Millette has agreed to testify, if necessary, at trial. Dr. Millette may testify regarding potential health hazards of asbestos in the work place, release of asbestos fibers from asbestos-containing products, including but not limited to, gasket and packing materials, asbestos-containing product defects, the disease potential of asbestos-containing products, testing and monitoring techniques for detecting the presence of asbestos dust, including, but not limited to electron microscopy and nature of asbestos and asbestos fibers as well as all material science and asbestos foundational aspects.

76. Norman S. Mitroff, Ph.D., 1025 Fifth Street, Novato, California 94945. Dr. Mitroff is a psychologist. Dr. Mitroff's fee for deposition testimony is $275 per hour with a one-hour minimum, and requires 24-hours' notice to avoid payment of cancellation fee for time reserved. Dr. Mitroff has agreed to testify, if necessary, at trial; Dr. Mitroff will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Mitroff may be called regarding emotional and mental distress, including fear of cancer, due to exposure to asbestos products.

77. Arnold Moore, 395 Canterbury Lake, Alpharetta, Georgia 30004. Mr. Moore's fee for deposition testimony is $260 per hour with a one- hour minimum. He will be sufficiently familiar with the case to provide a meaningful deposition. Mr. Moore has experience in marine engineering and Naval architecture, and U.S. Navy experience as an engineering duty officer in the operation, overhaul and maintenance of steam propulsion plants of WW II vintage and later. He has over 30 years of experience as a licensed Professional Engineer and engineering executive responsible for the design of a number of classes of U.S. Navy and Coast Guard ships as well as international warships. He has completed many hours of research and compiled documentation on asbestos usage and safety requirements on U.S. Navy ships. His testimony is expected to or may relate to various types of ships, including but not limited to matters which pertain to overhauls, availabilities, conversions, maintenance, specifications, work practices,

35

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 48 of 87

warnings, operation, upkeep, design, mechanical work, configuration systems, engineering and repair as well as factual aspects of each of the foregoing. He is also expected to or may testify to practices, policies, and procedures connected with asbestos-containing materials including but not limited to insulation, gaskets and packing materials aboard ships, ship conditions, and safety.

78. Joanna Moss, Ph.D., 5 Montrose Rd., Berkeley, California 94707. Joanna Moss is an economist. Dr. Moss has agreed to testify, if necessary, at trial and will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Moss's fee for deposition testimony is $400 per hour with a one-hour minimum. Depositions cancelled fewer than 24 hours prior to the scheduled deposition will result in a cancellation charge equal to the amount of time reserved for the deposition. She may testify regarding all aspects of forensic economic analysis in general and specific to the particular case, including but not limited to, economic loss, methods, factual assumptions, the value of lost income, including but not limited to wages, earning capacity, pensions, social security, and other economic losses. She may testify regarding the value of lost household services. She will also testify generally regarding the concept of present value and its application to economic losses, particularly wage loss, pension loss and future medical costs. She may also testify regarding past economic trends effecting medical costs of aspects of all the above topics. She may also testify as to the financial statements and condition of various defendants in the punitive damages phase of the trial.

79. Piero Mustacchi, M.D., F.A.C.P., 3838 California Street, San Francisco, California 94118. Dr. Mustacchi is an epidemiologist. Dr. Mustacchi's fee for deposition testimony is $300 per hour with a one-hour minimum. Dr. Mustacchi has agreed to testify, if necessary, at trial; Dr. Mustacchi will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Mustacchi may testify as to the medical issues involved in this case, causation, and the state of the medical and scientific art concerning asbestos-related diseases at relevant times.

80. Kenneth W. Nelson, 1894 Millcreek Way, Salt Lake City, Utah 84106. Mr. Nelson is an Environmental Consultant. Mr. Nelson's fee for deposition testimony is $125 per hour with a one-hour minimum. Mr. Nelson has agreed to testify, if necessary, at trial; Mr. Nelson will be

///

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd

36

DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

sufficiently familiar with the case to provide a meaningful oral deposition. Mr. Nelson may testify regarding state-of-the-art and maritime asbestos regulations.

81. William Nicholson, Ph.D., deceased. Dr. Nicholson will be offered via prior deposition and trial testimonies. Dr. Nicholson testified as to research studies he had performed regarding quantitative dose and time relationships between occupational and environmental exposures. This has included direction of industrial hygiene studies, the development and use of analytical techniques for measurement, the conduct of epidemiological studies, etc. Dr. Nicholson had testified as to epidemiologic opinions concerning the various risks of cancers that exist as a result of occupational asbestos exposure and causation of illnesses.

82. Jack H. Paldi, M.D., 1800 Pennsylvania Avenue, Fairfield, California. Dr. Paldi is an internal medicine specialist. Dr. Paldi's fee for deposition testimony is $250 per hour on weekdays, $350 per hour evenings and weekends with a one-hour minimum. Dr. Paldi has agreed to testify, if necessary, at trial; Dr. Paldi will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Paldi may testify regarding his opinions and conclusions about the subject's medical condition.

83. Jacob J. Parker, M.D., 450 Sutter Street, Suite 845, San Francisco, California 94108. Dr. Parker is a radiologist and a "B" reader. Dr. Parker's fee for deposition testimony is $400 per hour with a one-hour minimum. Dr. Parker has agreed to testify, if necessary, at trial; Dr. Parker will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify regarding all aspects of asbestos as it relates to his specialty of radiology and imaging, and his opinions and conclusions regarding radiology in the case, interpretation and profusion scoring of the x-rays, CT scans, HRCT scans, PET scans, and/or any other radiology, as well as all related foundational aspects of these subjects, including, but not limited to how imaging is obtained, equipment used, methods and techniques, "B" reading, ILO training, films, testing, etiology, diagnosis, progress of disease, costs of radiology, and prognosis.

84. Robert T. Patton, Ph.D., Patton & Ruble, 1100 Chuckanut Crest Lane, Bellingham, Washington 98229. Robert T. Patton is a Financial and Economic Consultant. Robert T. Patton's fee for deposition testimony is $600 or $250 per hour if the deposition exceeds 2.5

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 50 of 87

hours. Robert T. Patton will be sufficiently familiar with the case to provide a meaningful oral deposition. Mr. Patton has agreed to testify at trial if necessary. He may testify regarding all aspects of forensic economic analysis in general and specific to the particular case, including but not limited to, economic loss, methods, factual assumptions, the value of lost income, including but not limited to wages, earning capacity, pensions, social security, and other economic losses. He may testify regarding the value of lost household services. He will also testify generally regarding the concept of present value and its application to economic losses, particularly wage loss, pension loss and future medical costs. He may also testify regarding past economic trends effecting medical costs of aspects of all the above topics. He may also testify as to the financial statements and condition of various defendants in the punitive damages phase of the trial.

85. Daniel Powers, M.D., Daniel Powers, M.D., Inc., 6200 Wilshire Blvd., Suite 1008, Los Angeles, California 90048. Dr. Powers is a radiologist and a "B" reader. Dr. Powers's fee for deposition testimony is $650 per hour with a one-hour minimum, and $650 for any portion thereafter. Dr. Powers has agreed to testify at trial; Dr. Powers will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify regarding all aspects of asbestos as it relates to his specialty of radiology and imaging, and his opinions and conclusions regarding radiology in the case, interpretation and profusion scoring of the x-rays, CT scans, HRCT scans, PET scans, and/or any other radiology, as well as all related foundational aspects of these subjects, including, but not limited to how imaging is obtained, equipment used, methods and techniques, "B" reading, ILO training, films, testing, etiology, diagnosis, progress of disease, costs of radiology, and prognosis.

86. Daniel Raybin, M.D., 2250 Hayes Street, # 505, San Francisco, California 94117. Dr. Raybin is a specialist in pulmonary medicine. Dr. Raybin's hourly fee is $400 per hour with a one-hour minimum. Dr. Raybin has agreed to testify, if necessary, at trial; Dr. Raybin will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation,

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd
38
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 51 of 87

epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

87. James Arthur Robb, M.D., 11613 Kensington Court, Boca Raton, Florida 33428-2415. Dr. Robb is a pathologist. Dr. Robb's fee for deposition testimony is $300 per hour with a one-hour minimum. Dr. Robb has agreed to testify, if necessary, at trial. Dr. Robb will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Robb may testify regarding his examination of, and conclusions from, the injured party's pathology specimens. Dr. Robb may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, the offensive and injurious aspects of asbestos fiber deposition once inhaled, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

88. Arthur N. Rohl, Ph.D., P.O. Box 455, Durham, Pennsylvania 19039. Dr. Rohl has a Ph.D. in Mineralogy and is skilled in the use of electron microscopy. Dr. Rohl's fee for deposition testimony is $250 per hour with a one-hour minimum. Dr. Rohl has agreed to testify, if necessary, at trial; Dr. Rohl will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Rohl may testify about the nature and characteristics of asbestos and asbestos-containing products. In particular, Dr. Rohl may testify about the chemical composition of various asbestos-containing products and identification of products based on their chemical composition.

89. Gerald Rosenbluth, Automotive Consulting Services, Inc., 4747 S. Lakeshore Drive, Suite 101, Tempe, Arizona 85282-7199. Mr. Rosenbluth is an expert in automotive engineering, including but not limited to braking, engine, and exhaust systems, brake assemblies, brake pads, brake shoes, brake discs, clutches, and gaskets. He may testify concerning the identification of asbestos containing components found in vehicles, as well as warnings, or lack there of, associated with the components and manuals. His fee for deposition testimony is $500 per hour.

///

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd

39

DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 52 of 87

90. Michael R. Ruble, 1260 Thalen Drive, Lynden, Washington 98264. Michael R. Ruble is a Financial and Economic Consultant. Michael R. Ruble's fee for deposition testimony is $600 or $250 per hour if the deposition exceeds 2.5 hours. Michael R. Ruble will be sufficiently familiar with the case to provide a meaningful oral deposition. Mr. Ruble has agreed to testify at trial if necessary. He may testify regarding all aspects of forensic economic analysis in general and specific to the particular case, including but not limited to, economic loss, methods, factual assumptions, the value of lost income, including but not limited to wages, earning capacity, pensions, social security, and other economic losses. He may testify regarding the value of lost household services. He will also testify generally regarding the concept of present value and its application to economic losses, particularly wage loss, pension loss and future medical costs. He may also testify regarding past economic trends effecting medical costs of aspects of all the above topics. He may also testify as to the financial statements and condition of various defendants in the punitive damages phase of the trial.

91. William R. Salyer, M.D., Alta Bates Medical Center, Dept of Pathology, 2450 Ashby Avenue, Berkeley, California 94705. Dr. Salyer is a pathologist. Dr. Salyer's fee for deposition testimony is $525 per hour with a one-hour minimum. Dr. Salyer has agreed to testify, if necessary, at trial. Dr. Salyer will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Salyer may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, the offensive and injurious aspects of asbestos fiber deposition once inhaled, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

92. Marc Schenker, M.D., University of California, Davis, One Shields Avenue, Davinci Court, Davis, California 95616. Dr. Schenker is board-certified in Internal Medicine, Internal Medicine Pulmonary Disease, and Preventive Medicine. Dr. Schenker's fee for deposition testimony is $250 per hour with a one-hour minimum. Dr. Schenker has agreed to testify at trial; Dr. Schenker will be sufficiently familiar with the case to provide a meaningful oral deposition.

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd 40
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Dr. Schenker is expected to offer testimony regarding all medical aspects of, and medical issues involved in, this case, asbestos diseases, medical causation, reasonable value of medical treatments, hospital services and procedures, and the state of the medical and scientific art concerning asbestos-related diseases. In addition, Dr. Schenker may testify regarding the warnings, including as to asbestos-containing products and the state of medical and scientific knowledge of asbestos health hazards.

93. Mark A. Schiefer, M.D., M.S., N.P.H., Salt Lake Industrial Clinic, 1775 S., 4130 W., Suite A, Salt Lake City, Utah 84104. Dr. Schiefer is a medical toxicologist. Dr. Schiefer's fee for deposition testimony is $400 per hour. Dr. Schiefer has agreed to testify, if necessary, at trial; Dr. Schiefer will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Schiefer may testify regarding potential health hazards of asbestos in the work place, release of asbestos fibers from asbestos-containing products, including but not limited to, gasket and packing materials, asbestos-containing product defects, the disease potential of asbestos-containing products, testing and monitoring techniques for detecting the presence of asbestos dust, including, but not limited to electron microscopy and nature of asbestos and asbestos fibers.

94. Alvin J. Schonfeld, D.O., 438 W. St. James Place, Chicago, Illinois 60614. Dr. Schonfeld is certified by the American Board of Internal Medicine in Internal Medicine and Pulmonary Disease, certified by the American Osteopathic Board of Internal Medicine in Internal Medicine and Medical Diseases of the Chest, is a certified B reader and certified Independent Medical Examiner. Dr. Schonfeld's fee for deposition testimony is $700 per hour. Dr. Schonfeld has agreed to testify at trial. Dr. Schonfeld will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Schonfeld He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

95. David A. Schwartz, M.D., 110 South Jackson Street, Unit 2D, Denver, Colorado 80209. Dr. Schwartz is a specialist in pulmonary medicine and asbestos-related disease.

Dr. Schwartz's fee for deposition testimony is $500 per hour, with a one-hour minimum. Dr. Schwartz may testify at trial. Dr. Schwartz's fee for trial testimony is yet to be determined. Dr. Schwartz will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Schwartz He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

96. Richard Shapiro, M.D., 1668 Dominican Way, Santa Cruz, California. Dr. Shapiro is board certified in Oncology. Dr. Shapiro's fee for deposition testimony is yet to be determined. Dr. Shapiro may testify at trial. Dr. Shapiro's fee for trial testimony is yet to be determined. Dr. Shapiro will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Shapiro may testify as to his opinions and conclusions regarding the medical condition of the plaintiff(s).

97. Allan H. Smith, M.D., Ph.D., 2211 Braemar Road, Oakland, California 94602. Dr. Smith is an epidemiologist. Dr. Smith's fee for deposition testimony is $600 per hour with a one-hour minimum. Dr. Smith has agreed to testify, if necessary, at trial. Dr. Smith will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Smith may testify about the relationship between exposure to asbestos and asbestos-related diseases. Dr. Smith will also testify generally regarding the epidemiologic evidence as it relates to asbestos-related illness and diseases. He will also testify regarding the morbidity and mortality associated with asbestos-related disease.

98. Robert Springer, M.D., 307 Londonderry Drive, Waco, Texas 76712. Dr. Springer is a specialist in pulmonary medicine. Dr. Springer's fee for deposition testimony will be determined prior to his testifying. Dr. Springer may testify at trial. Dr. Springer will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Springer He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 55 of 87

region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

99. James Srebro, M.D., 3443 Villa Lane, #2, Napa, California 94558. Dr. Srebro is a cardiologist. Dr. Srebro's fee for deposition testimony is $1,000 per hour with a one-hour minimum. Dr. Srebro has agreed to testify, if necessary, at trial. Dr. Srebro will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Srebro may testify as to his opinion and conclusions regarding the subject's medical condition, including but not limited to any cardiac related conditions, causation, and prognosis.

100. Robert Stallone, M.D., 2999 Regent Street, #622, Berkeley, California 94705. Dr. Stallone is a Board Certified thoracic and vascular surgeon. Dr. Stallone's fee for deposition testimony is $500 per hour. Dr. Stallone has agreed to testify at trial. Dr. Stallone will be sufficiently familiar with the case to provide a meaningful deposition. Dr. Stallone may testify as to his opinion and conclusions regarding plaintiff's asbestos-related disease and prognosis.

101. Eric Stern, M.D., University of Washington Medical Center, 1959 NE Pacific St Box 357115, Seattle, Washington 98195-71. Dr. Stern is a radiologist. Dr. Stern's fee for deposition testimony is $550 per hour with a one-hour minimum. Depositions cancelled less than 24 hours prior to the scheduled deposition will result in a cancellation charge equal to the amount of time reserved for the deposition. Dr. Stern has agreed to testify at trial. Dr. Stern will be sufficiently familiar with the case to provide a meaningful oral deposition. He may testify regarding all aspects of asbestos as it relates to his specialty of radiology and imaging, and his opinions and conclusions regarding radiology in the case, interpretation and profusion scoring of the x-rays, CT scans, HRCT scans, PET scans, and/or any other radiology, as well as all related foundational aspects of these subjects, including, but not limited to how imaging is obtained, equipment used, methods and techniques, "B" reading, ILO training, films, testing, etiology, diagnosis, progress of disease, costs of radiology, and prognosis.

102. Paul Stewart, M.D., c/o 2000 Goldring Ave., Las Vegas, Nevada 89106. Dr. Stewart is a board certified pulmonologist. Dr. Stewart's fee for deposition testimony is yet

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd 43
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 56 of 87

to be determined. Dr. Stewart may testify at trial. Dr. Stewart's fee for trial testimony is yet to be determined. Dr. Stewart will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Stewart He may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

103. Irwin L. Stoloff, M.D., F.A.C.P., 628 Chelten Hills Drive, Elkins Park, Pennsylvania 19027. Dr. Stoloff is an internist with specific experience in oncology, and Associate Professor of Medicine at Thomas Jefferson Medical College. Dr. Stoloff's fee for deposition is $400 per hour with a one-hour minimum. Dr. Stoloff has agreed to testify, if necessary, regarding the causal connection between the medical condition and the asbestos exposure. Dr. Stoloff may also testify as to his opinions and conclusions regarding the causal connection between asbestos and cancer affecting the lung and other parts of the body, the medical condition, the propensity of prior asbestos exposure to cause malignancies which affect the lungs and other parts of the body, and the treatment of and prognosis for the subject's condition.

104. Hiroshi Terashima, Oakland Medical Group, 424 28th Street, Oakland, California 94609. Dr. Terashima is board-certified in Internal Medicine. Dr. Terashima's fee for deposition testimony is available upon request. Dr. Terashima may testify at trial. Dr. Terashima's fee for trial testimony is available upon request. Dr. Terashima will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Terashima may testify as to his opinions and conclusions regarding asbestos, asbestos disease, diagnosis, causation and the medical condition of the plaintiff.

105. Mark A. Thompson, The Aviation Warehouse, El Mirage California 92301. Mr. Thomson is a licensed pilot and expert on historic and contemporary aviation braking systems, aircraft engines and internal aircraft mechanics including but not limited to the gaskets, lining, cylinders, internal brake systems and internal combustion mechanism. He is currently the curator

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd
44
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 57 of 87

of the largest aviation technical library in the United States and Canada. Mr. Thomson may testify concerning the identification of asbestos containing components found in air craft. He will testify as an expert on the manuals that are part of the Thomson Aviation Manual library. His fee for deposition testimony is $250 per hour.

106. Lori A. Todd, Ph.D., CIH, 3725 Moonlight Drive, Chapel Hill, North Carolina 27516. Ms. Todd is a chemist, toxicologist and Industrial Hygienist. Ms. Todd's fee for deposition testimony is $400 per hour with a one-hour minimum. Ms. Todd has agreed to testify, if necessary, at trial. Ms. Todd will be sufficiently familiar with the case to provide a meaningful oral deposition. Ms. Todd may testify as to all aspects of asbestos and asbestos products, the adequacy of knowledge, the state of knowledge, the release of asbestos fibers from asbestos products, and all physical characteristics of said fibers, including contamination, de-contamination and related abatement protocols, disease potential of various asbestos products, asbestos health hazards, industry awareness, and state of the art relating to the hazards of asbestos, application rules and regulations, and other industrial hygiene issues. This expert may testify regarding issues including but not limited to: the release of respirable asbestos from asbestos -containing products, including vehicle friction products, gaskets, insulation and welding rods. This is not an exhaustive list of asbestos material which this expert may testify about, but merely representative and this expert may testify about any and all materials which contain asbestos. This expert may testify about the propensity and ability for asbestos-containing products to release dust and release asbestos dust into the air of persons using those products when they are in place, as well as fiber count ranges from said products when made, used or abated. This expert may testify about the visibility of dust containing asbestos as well as various product use videotapes. This expert may testify about tests previously performed on asbestos-containing materials, the protocol used, and the analysis of air samples taken. This expert may testify as to all related aspects and foundational topics pertaining to the above.

107. Janet S. Weiss, M.D., 2120 Carleton Street, Berkeley, California 94704. Dr. Weiss is a physician, board certified in occupational medicine, toxicology, preventive medicine and pathology. Dr. Weiss's fee for deposition testimony is $250 per hour with a one-hour minimum.

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd
45
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 58 of 87

Depositions cancelled fewer than 24 hours prior to the scheduled deposition will result in a cancellation charge equal to the amount of time reserved for the deposition. Dr. Weiss agreed to testify at trial; Dr. Weiss will be sufficiently familiar with the case to provide a meaningful oral deposition. Dr. Weiss may testify as to asbestos products defects, the release of asbestos fibers from asbestos products, disease potential of various asbestos products, the nature of asbestos, asbestos health hazards, industry awareness, and state of the art relating to the hazards of asbestos, application rules and regulations, and other industrial hygiene issues.

108. Captain R. Bruce Woodruff, Richmond Consulting Group, PO Box 74607, Richmond, Virginia 23236. Captain Woodruff's fee for deposition testimony is $320 per hour with a one- hour minimum. He has agreed to testify at trial and will be sufficiently familiar with the case to provide a meaningful deposition. Captain Woodruff is a retired U.S. Navy Engineering Duty Officer and holds the degrees of Ocean Engineer (Naval Architecture/Marine Engineering) and Master of Science in Mechanical Engineering from the Massachusetts Institute of Technology (MIT). He graduated from the U.S. Naval Academy at Annapolis with the degree of B.S. in Engineering (Naval Science) 'with distinction'. Additionally, he attended the year long Industrial College of the Armed Forces at the National Defense University. A Certified Navy Fleet Boiler Inspector, his other comprehensive Navy training included the U.S. Naval Destroyer Engineering School, U.S. Naval Boiler School at the Philadelphia Naval Shipyard and the Navy Nuclear Ship Superintendent Course at Puget Sound Naval Shipyard (S5W Reactor Physics and Radiological Controls). He is a graduate of The Executive Program (TEP) at the University of Virginia Darden School of Business. Captain Woodruff is expected to offer testimony regarding U.S. Navy and commercial ship design, construction and maintenance with special emphasis on marine propulsion systems. In particular, he will address without limitation the specifications for and use of asbestos contained insulation, including asbestos aboard ship and present in shipyards for various marine engineering applications. This includes, without limitation, boilers, steam generators, main and auxiliary steam systems, and the equipment connected to the steam systems, i.e., pumps, valves, etc. He will address the use of asbestos for insulation, lagging, gaskets and packing aboard ships and in shipyards. Captain Woodruff is

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd

46

DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 59 of 87

expected to testify to the authenticity and meaning of records, specifications, qualified products lists and other documents pertaining to Navy and commercial ship construction and repair and overhaul. In addition to his expert testimony, Captain Woodruff is also expected to offer testimony regarding research, development, design, engineering, procurement and shipyard production practices for Navy and commercial ships in regard to asbestos containing materials on board ship and in shipyard shops. Captain Woodruff may also testify about the plaintiff's or decedent's opportunities for exposure to asbestos-containing materials on board Navy and commercial vessels.

109. Kay Woodruff, M.D., Doctors' Medical Center, 2000 Vale Road, San Pablo, California 97806. Dr. Woodruff is a pathologist. Dr. Woodruff's fee for deposition testimony is $400/hour with a one-hour minimum. Dr. Woodruff has agreed to testify at trial. Dr. Woodruff will be sufficiently familiar with the case to provide meaningful oral deposition. Dr. Woodruff may testify regarding his examination of, and conclusions from, the injured party's pathology specimens. Dr. Woodruff may testify as to his opinions and conclusions regarding a broad spectrum of subjects relating to the injured party's asbestos-related disease, including but not limited to: an overview of the thoracic region, and overview of asbestos-related diseases, diagnosis of the injured-party's diseases, causation, epidemiology, the offensive and injurious aspects of asbestos fiber deposition once inhaled, past and future treatment, prognosis, and reasonable value of past and future medical treatments.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 2/18/11, at Novato, California.

James P. Nevin

K:\Forms\DEW\dec-jpn-MASTRDEW-2011.wpd
47
DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON❖PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 60 of 87

GILBERT L. PURCELL, ESQ., S.B. #113603
JAMES P. NEVIN, ESQ., S.B. #220816
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555

Attorneys for Plaintiffs

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| IN RE: COMPLEX ASBESTOS LITIGATION | **ASBESTOS** No. 828684 |
| | PROOF OF SERVICE BY LEXIS-NEXIS E-SERVICE |
| | Date of Service: February 18, 2011<br>Serving Party: Plaintiffs represetned by Brayton❖Purcell LLP |

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

K:\Injured\COMPLIT\SANFRAN\pos-DEW-mastrdew-2011.wpd
1
PROOF OF SERVICE BY LEXIS-NEXIS E-SERVICE

PROOF OF SERVICE BY LEXIS-NEXIS E-SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, P.O. Box 6169, Novato, California, 94948-6169.

On February 18, 2011, I electronically served (E-Service), pursuant to General Order No. 158, the following documents:

MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON ❖ PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON ❖ PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

PROOF OF SERVICE BY LEXIS-NEXIS E-SERVICE

on the interested parties in this action by causing Lexis-Nexis E-service program pursuant to General Order No. 158, to transmit a true copy thereof to the following party(ies):

SEE ATTACHED SERVICE LIST

The above document was transmitted by Lexis-Nexis E-Service and the transmission was reported as complete and without error.

Executed on February 18, 2011, at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Karla Torres

In re: Complex Asbestos Litigation
San Francisco Superior Court Case No. 828684

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Abbey, Weitzenberg, Warren, & Emery, LLP**
100 Stony Point Road
Suite 200
Santa Rosa, CA 95401
707-542-5050 707-542-2589 (fax)
**Defendants:**
American Telephone & Telegraph Company (AT&T)

**Acker, Kowalick & Whipple**
888 West 6th Street, Ninth Floor
Los Angeles, CA 90017
213-347-0240 213-623-1957 (fax)
**Defendants:**
Harcros Chemicals, Inc.**Use HARCRO** (HARCR1)

**Adams Nye Trapani Becht LLP**
222 Kearny Street, Seventh Floor
San Francisco, CA 94108
415-982-8955 415-982-2042 (fax)
**Defendants:**
Amcord, Inc. (AMCORD)
Center State Pipe & Supply Co. (CENTER)
Crossfield Products Corp (CRSFLD)
Forderer-Cornice Works (FORDER)
General Plumbing Supply Company, Inc. (GENPLU)
M.B.L., Inc. (MBL)
Potter Electric Inc. (POTTER)
Temple-Inland Forest Products Corporation (TEMPLE)
Tile Council of America, Inc. (TILECO)
Vallco Park (VALCO)

**Alden Aronovsky & Sax**
235 Montgomery Street
28th Floor
San Francisco, CA 94104
415-732-5820 415-732-5840 (fax)
**Defendants:**
Sunshine Biscuits, Inc. (SUNSHN)

**Anderlini, Finkelstein, et al.**
400 South El Camino Real
Suite 700
San Mateo, CA 94402
650-348-0102 650-348-0962 (fax)
**Defendants:**
Hayward Ford (HAYWAR)

**Andersen, Bonnifield & Cottle**
1320 Willow Pass Rd.
Suite 500
Concord, CA 94520
925-602-1400 925-825-0143 (fax)
**Defendants:**
Corey Delta, Inc. (DELTAC)

**Archer Norris**
P.O. Box 8035
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
925-930-6600 925-930-6620 (fax)
**Defendants:**
Accurate Felt & Gasket (ACCUFG)
Anderson, Rowe & Buckley, Inc. (AR&B)
Anvil Industries, Inc. (ANVIL)
Bally's Grand, Inc. (BALLYS)
Bank of Canton of California (BOFCAN)
Bay City Boiler and Engineering Company, Inc. (BCB)
Cahill Contractors, Inc. (CAHILL)
Ceiling Systems Supply (CSS)
Chief Auto Parts Inc. (CHIEF)
Echco Sales Co. (ECHCO)
Graybar Electric Company, Inc. (GRAYBR)
Harter's Distributing Company (HARDST)
Highland Stucco and Lime Products, Inc. (HSTUC)
Joseph Magnin Co., Inc. (JMGNIN)
Precision Automotive Parts of Oakland (PREC)
Valley Rubber & Gasket Company, Inc. (VALRUB)
ZF Sachs Automotive of America, Inc. ( fka Fichtel & Sachs Industries, Inc.) (FICSAC)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830 510-433-1836 (fax)
**Defendants:**
Crown Cork & Seal Company, Inc. (CC&S)
Exxon Mobil Corporation (EXXMOB)
Seariver Maritime, Inc. (SEARVR)

**Atkinson, Andelson, Loya, Ruud & Romo**
17871 Park Plaza Drive, Suite 200
Cerritos, CA 90703-8597
562-653-3200 562-653-3333 (fax)
**Defendants:**
Contra Costa Community College District (CCCCD)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Barg Coffin Lewis & Trapp, LLP**
R. Morgan Gilhuly, Esq.
350 California Street, 22nd Floor
San Francisco, CA 94104-1435
415-228-5400 415-228-5450 (fax)
**Defendants:**
Board of Trustees of The Leland Stanford Junior University, The (STNFRD)
National Semiconductor (Maine), Inc. (NATSEM)

**Barr, Sinclair & Hill**
1824 Court Street
Redding, CA 96099
916-243-8008 916-243-1648 (fax)
**Defendants:**
Mercy Hospital of Redding, Inc. (MERCY)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006 415-397-1339 (fax)
**Defendants:**
Close Building Materials, Inc. (CLOSE)
Engler Brothers Motor Parts (ENGLER)
Hopeman Brothers, Inc. (HOPE)
J.T. Thorpe & Son, Inc. (THORPE)
Kaiser Ventures, Inc. (KAISVE)
Luppen and Hawley, Inc. (LUPL&H)
M.F. Bolster Flooring Co. (MFBOLS)
Nestle Beverage Company (NESTLE)
Parker-Hannifin Corporation (PARKHF)
Southern Calif. Jobbers (SOCJOB)
Varian Medical Systems, Inc. (VARIAN)

**Bayuk & Associates**
402 West Broadway, Suite 1550
San Diego, CA 92101
619-232-7945 619-232-7953 (fax)
**Defendants:**
Marden Susco, Inc. (MARSUS)

**Becherer, Kannett & Schweitzer**
Water Tower
1255 Powell Street
Emeryville, CA 94608-2604
510-658-3600 510-658-1151 (fax)
**Defendants:**
Bridgestone/Firestone North American Tire, LLC (FRSTN)
Dillingham Construction, N.A., Inc. (DILGHM)
M. Slayen & Associates, Inc. (SLAYEN)
Morton International, Inc. (MORINT)
Piedmont Lumber & Mill Company (PIEDMT)
Pioneer Insulation Contractors, Inc. (PICI)
Railroad Friction Products Corporation (RRFP)
Thiokol Corporation (THIOK)
Wabash Power Equipment (WABASH)

**Bennett, Samuelsen, Reynolds & Allard**
1301 Marina Village Parkway
Suite 300
Alameda, CA 94501-1084
510-444-7688 510-444-5849 (fax)
**Defendants:**
Gatke Corporation (GATKE)
J. Gibbs Sons, Inc. (GIBBS)
Noll Manufacturing Company (NOLL)
Slakey Brothers, Inc. (SLAKEY)

**Berkes Crane Robinson & Seal, LLP**
515 S. Figueroa Street, # 1500
Los Angeles, CA 90071
213-955-1150 213-955-1155 (fax)
**Defendants:**
Calportland Company ( fka California Portland Cement Company) (CALPOR)
Owl Constructors (OWLCON)

**Bingham McCutchen LLP**
Three Embarcadero Center
San Francisco, CA 94111
415-393-2000 415-393-2286 (fax)
**Defendants:**
Domtar, Inc. (DOMINC)
Sta-Rite Industries, LLC (STARIT)
Standard Pacific Corp. (STANPA)

**Bishop, Barry, Drath**
Watergate Tower III
2000 Powell Street, Suite 1425
Emeryville, CA 94608
510-596-0888 510-596-0899 (fax)
**Defendants:**
Berkeley Ready Mix Co. (BERKRM)
Calaveras Asbestos, Ltd. (CALASB)
Dome Construction Corporation (DOME)
E.F. Brady Company, Inc. (BRADY)
Hayes, C.J., Inc. (HAYES)
L.D. Brinkman & Co. (BRINK)
Pearson Lumber Company (PEALUM)
Plant Products & Supply Company (PLANTP)
Steel Grip Safety Apparel Co. (STLGRP)
Tile Council of America, Inc. (TILECO)

**Bishop, Barry, Drath**
Doug Law, Esq.
2000 Powell St, Ste 1425
Emeryville, CA 94608
510-596-0888 510-596-0899 (fax)
**Defendants:**
United States Steel Corporation (fka USX Corporation) (USX)

**Bjork Lawrence**
1850 Mt. Diablo Blvd., Suite 120
Walnut Creek, CA 94596
925-279-1150 925-279-1160 (fax)
**Defendants:**
California Pacific Medical Center (CPMC)
Rockbestos Company (ROCKB)
Vallejo General Hospital (VGH)

**Bledsoe, Cathcart, Diestel, Pedersen & Treppa LLP**
601 California St., 16th Floor
San Francisco, CA 94108
415-981-5411 415-981-0352 (fax)
**Defendants:**
Bergonio Lumber Co. (BERONO)
Del Paso Pipe & Steel, Inc. (DELPAS)
Geary Auto Parts (GEARYA)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Blue Cross of California**
c/o Corporate Legal Department
21555 Oxnard Street, 1st Floor
Woodland Hills, CA 91367
818-703-3160 818-703-2344 (fax)
**Defendants:**
Blue Cross of California (BLUCRS)

**Bolling, Walter & Gawthrop**
8880 Cal Center Drive
Suite 400
Sacramento, CA 95826
916-369-0777 916-369-2698 (fax)
**Defendants:**
Chief Auto Parts Inc. (CHIEF)

**Booth, Mitchel & Strange**
707 Wilshire Blvd., Suite 4450
Los Angeles, CA 90017
213-738-0100 213-380-3308 (fax)
**Defendants:**
Raytheon Company (RAYTHE)

**Borton, Petrini LLP**
535 Pacific Ave.
Suite 201
San Francisco, CA 94133
415-677-0730 415-677-0737 (fax)
**Defendants:**
Ford Wholesale Co., Inc. (FORDW)

**Bowles & Verna**
2121 N. California Boulevard
Suite 875
Walnut Creek, CA 94596
925-935-3300 925-935-0371 (fax)
**Defendants:**
Cosmair, Inc. (COSMAI)

**Bowman and Brooke LLP**
1741 Technology Drive
Suite 200
San Jose, CA 95110
408-279-5393 408-279-5845 (fax)
**Defendants:**
NMC/Wollard, Inc. (NMCWOL)

**Bradley, Curley, Asiano, et al.**
1100 Larkspur Landing Circle
Suite 200
Larkspur, CA 94939
415-464-8888 415-464-8887 (fax)
**Defendants:**
Flint & Walling Industries, Inc. (FLINT)
Inductotherm Industries, Inc. (INDUCT)
NI West, Inc. (NIWEST)
Power Engineering and Equipment Company, Inc. (POWERE)

**Branson, Fitzgerald, et al.**
P.O. Box 2189
643 Bair Island Rd., Suite 400
Redwood City, CA 94064
650-365-7710 650-364-5297 (fax)
**Defendants:**
Safety & Supply Company (SAFETY)

**Breon, O'Donnell, et al.**
71 Stevenson Street
19th Floor
San Francisco, CA 94105
415- 543-411 415-543-4384 (fax)
**Defendants:**
New Haven Unified School District (NHUSD)

**Brett R. Harrell, Esq.**
P.O. Box 1130
Modesto, CA 95353
209-579-3717 209-579-3719 (fax)
**Defendants:**
E & J Gallo Winery (GALLO)

**Brobeck, Phelger & Harrison**
Case Processing Center
2731 Systron Drive
Concord, CA 94518
925-602-6000 925-687-5546 (fax)
**Defendants:**
Carquest Corporation, The (CARQST)
Koll Real Estate Group, Inc. (KOLL)
Vacco Industries (VACCO)

**Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131 510-839-7940 (fax)
**Defendants:**
Coastal West Ventures, Inc. (CWV)
Complete Auto Parts (COMPL)
Dow Chemical Company, The (DOW)
Fiberite, Inc. (FRITE)
Harwick Chemical Corporation (HARWIK)
Keenan Properties, Inc. (KEENAN)
Kellogg Company (KELLOG)
Mechanical Drives and Belting's ( f.k.a. Los Angeles Rubber Company, Inc.) (LARUB)
Oakfabco, Inc. (OAKFAB)
Phelps Dodge Industries, Inc. (PDIND)
Phillips Petroleum Company (PHLPS)
Pioneer Mercantile Company (PIOMER)
Provenzano Bros., Inc. (PROBRO)
SPX Corporation (SPX)
Stewart-Warner South Wind Corporation (SOWIND)
Tosco Corporation (TOSCO)
Union Oil Company of California (UNOCAL)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Browne & Woods**
450 North Roxbury Drive
Seventh Floor
Beverly Hills, CA 90210
310-274-7100 310-275-5697 (fax)
**Defendants:**
Vacco Industries (VACCO)

**Bryan Cave LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
310-576-2100 310-576-2200 (fax)
**Defendants:**
Boeing Company, The (BOEING)
Harlan Corporation (HARLAN)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300 415-808-0333 (fax)
**Defendants:**
Black & Decker (U.S.) Inc. (BLKDCK)
Dana Companies, LLC (fka Dana Corporation) (DANA)
Harley-Davidson Motor Company, Inc. (HARLEY)
National Steel and Shipbuilding Company (NASSCO)
Pneumo Abex LLC (ABEX)
Supro Corporation (SUPRO)
Tarkett, Inc. (TARKET)
Union Carbide Corporation (UNIONC)

**Bullivant Houser Bailey PC**
888 SW Fifth Avenue
Suite 300
Portland, OR 97204
503-228-6351 503-295-0915 (fax)
**Defendants:**
La Grand Industrial Supply Co. (LISC)

**Bullivant Houser Bailey PC**
1415 L Street, Suite 1000
Sacramento, CA 95814
916-930-2500 916-930-2501 (fax)
**Defendants:**
California Institute of Technology - Jet Propulsion Laboratory (CALTEC)
Ernest Ongaro & Sons, Inc. (ONGARO)
L.J. Kruse Company (KRUSE)
Louisiana Pacific Corporation (LOUPAC)
Plogco, Inc. (PLOGH)
Reliable Pipe Supply Co., Inc. (RELPIP)
Tynan Lumber Co., Inc. (TYNAN)

**Bullivant Houser Bailey PC**
601 California Street,
Suite 1800
San Francisco, CA 94108-2823
415-352-2700 415-352-2701 (fax)
**Defendants:**
La Grand Industrial Supply Co. (LISC)
Maytag Corporation (MAYTAG)

**Burke, Williams & Sorensen**
444 South Flower Street, Suite 2400
Los Angeles, CA 90071
213-236-0600 213-623-3594 (fax)
**Defendants:**
Bostik Inc. (BOSTIK)
Farrel Corporation (FARCO)
Pini Hardware, Inc. (PINI)

**Burnham Brown**
1901 Harrison Street
11th Floor
Oakland, CA 94612
510-444-6800 510-835-6666 (fax)
**Defendants:**
ACF Industries, Incorporated (ACFIND)
Albert D. Seeno Construction Co., Inc. (SEENO)
C & M Building Materials (CMBLDG)
California Drywall Co. (CALDRY)
Channel Lumber Co. (CHANEL)
F.W. Spencer & Son, Inc. (FWSPEN)
Frank E. Connell & Son, Inc. (FRCONN)
General Veneer Manufacturing Company (GVMCO)
Golden Gate Drywall, Inc. (GGDRY)
Granite Rock Company (GRANRC)
Hilton Hotels Corporation (HILTON)
Holaday-Parks-Fabricators, Inc. (HOLADY)
Indio Mercantile Company (INDIOM)
Jacuzzi, Inc. (JACUZI)
James E. Marsh, Inc. (JAMARS)
King Maxit, Inc. (KINGM)
Lerner Company, The (LEARNR)
Luppen and Hawley, Inc. (LUPL&H)
Mastercraft Tile & Roofing Co., Inc. (MASTER)
Matson Plastering Co., Inc. (MTSNPL)
McGuire & Hester Corporation (MCGUIR)
Mt. Vernon Mills, Inc. (MTVEMI)
Raytheon Company (RAYTHE)
Reynolds Metals Company (REYNLD)
Smith Pipe & Supply, Inc. (SMTHPP)
St. Francis Electric, Inc. (STFELE)
State Shingle Co (STSHNG)
TDY Industries, Inc. (TDYIND)
W.F. Hayward Company (HAYWRD)

**Buty & Curliano**
555 - 12th Street, Suite 1280
Oakland, CA 94607
510-267-3000 510-267-0117 (fax)
**Defendants:**
A C P, Inc. (ACPINC)
Brunton Enterprises, Inc. (BRUNTN)
Delta Rubber Co., Inc. (DELR&S)
Gasket Engineering & Machine (GASKEN)
Joseph L. Tancredy, Inc. (aka J & J Service) (JLTANC)
Kaiser Foundation Hospitals (KFH)
Milpitas Drywall, Inc. (MILDRY)
O.G.Supply, Inc. (OGSUP)
Petro-Chemical Insulation, Inc. (PETRO)
Western Building Materials Company (WESBLD)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Callahan McCune & Willis**
500 Sansome Street
San Francisco, CA 94111
415-593-5700 415-593-6984 (fax)
**Defendants:**
Plant Maintenance, Inc. of California (PMAINT)

**Carroll, Burdick & McDonough**
Asbestos Case Coordinator
44 Montgomery Street, Ste. 400
San Francisco, CA 94104
415-989-5900 415-989-0932 (fax)
**Defendants:**
Atlas Heating and Ventilating Company, Ltd. (ATLASH)
Firemen's Insurance Company of Newark, New Jersey (FIREME)
Marriott Corporation (MARIOT)
Middleton Welders Supply Co. (MIDDLE)
St. Francis Hotel Corporation (STFHTL)

**Caswell, Bell, et al.**
5200 North Palm Ave, Ste. 211
Fresno, CA 93704
559-225-6550 559-225-7912 (fax)
**Defendants:**
Terminal Air Brake Supply (TERABS)

**Chapman & Intrieri, L.L.P.**
2236 Mariner Square Drive
Third Floor, Suite 300
Alameda, CA 95401
510-864-3600 510-864-3601 (fax)
**Defendants:**
Dexter Corporation, The (DEXTER)

**Charles E. Harris, Esq.**
234 West Napa ST
POB 378
Sonoma, CA 95476
707-938-3654 707-938-3448 (fax)
**Defendants:**
Irwin's Automotive Enterprises, Inc. (IRWNAE)

**Cholakian & Associates**
5 Thomas Mellon Circle
Suite 105
San Francisco, CA 94134
415-467-8200 415-467-8206 (fax)
**Defendants:**
Pete's Auto Line-Up Shop (PETE'S)

**Clapp, Moroney, Bellagamba and Vucinich**
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
650-989-5400 650-989-5499 (fax)
**Defendants:**
Adhesive Products, Inc., The (ADHESV)
Hi-Lite Manufacturing Co., Inc. (HILITM)

**Coddington, Hicks & Danforth**
555 Twin Dolphin Dr.
Suite 300
Redwood City, CA 94065
650-592-5400 650-592-5027 (fax)
**Defendants:**
Air Products and Chemicals, Inc. (AIRPRD)

**Collins, Toschi & Doyle**
200 Webster Street
Suite 200
Oakland, CA 94607
510-835-3400 510-835-7800 (fax)
**Defendants:**
Van Norman Equipment Co, Inc. (VANEQU)

**Colombatto Klimenko LLP**
130 Sutter Street
7th Floor
San Francisco, CA 94104
415-391-6182 415-391-2904 (fax)
**Defendants:**
Prospect Farms (PROFRM)

**Connor & Bishop**
44 Montgomery Street
Suite 1750
San Francisco, CA 94104
415-434-3006 415-434-1445 (fax)
**Defendants:**
C. Duane Ericson Company, Inc. (CDERIC)
Mine Safety Appliances Company (MSA)
Portland General Electric Company (PORTGE)
Tingue-Brown & Co. (TINGUE)
Wabash Power Equipment (WABASH)

**Cooley, Manion, Jones, Hake, & Kurowski LLP**
201 Spear Street
Suite 1800
San Francisco, CA 94105
415-512-4381 415-512-6791 (fax)
**Defendants:**
Groeniger & Company (GROEN)
Scapa Dryer Fabrics, Inc. (SCAPAD)

**Cooper, White & Cooper**
201 California Street
17th Floor
San Francisco, CA 94111
415-433-1900 415-433-5530 (fax)
**Defendants:**
Kaufman and Broad of Northern California, Inc. (KAUFMN)

**Crawford & Company**
20301 Ventura Blvd., Suite 350
Woodland Hills, CA 91364
818-598-5677 818-593-2901 (fax)
**Defendants:**
TIG Premier Insurance Company (TRANSP)

**Creech, Liebow & Kraus**
333 West San Carlos, Suite 1600
San Jose, CA 95110
408-993-9911 408-993-1331 (fax)
**Defendants:**
Advanced Micro Devices, Inc. (AMDINC)

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 67 of 87

Brayton-Purcell Service List

6

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Crosby & Farnum**
2785 Park Avenue
Santa Clara, CA 95050
408-370-7500 408-984-5063 (fax)
**Defendants:**
B & A Friction Materials, Inc. (B&AFRC)

**Crowley, Stringer & Fenske LLP**
456 Montgomery Street
17th Floor
San Francisco, CA 94104
415-989-1100 415-421-6651 (fax)
**Defendants:**
Colberg, Inc.**Use COLBRG** (COINC)
Pyramid Investment Corporation (PYRMID)
TIG Premier Insurance Company (TRANSP)
Transnation Title Insurance Company (TRANST)

**Cullom Burland Bacon, et al.**
Sacramento Street Tower
550 California St., Suite 700
San Francisco, CA 94104
415-781-7999 415-788-0335 (fax)
**Defendants:**
Sporlan Valve Company (SPORLA)

**Dal Soglio & Martens LLP**
222 North Sepulveda Blvd.
Suite 2000
El Segundo, CA 90245
310-662-4748 310-861-5517 (fax)
**Defendants:**
Aerojet-General Corporation (AEROJT)

**Dale, Braden & Hinchcliffe**
1390 Willow Pass Road
Suite 300
Concord, CA 94520-5250
925-287-9229 925-287-0242 (fax)
**Defendants:**
Brunton Enterprises, Inc. (BRUNTN)

**Damrell, Nelson, et al.**
1601 I Street, 5th Floor
Modesto, CA 95354
209-526-3500 209-526-9320 (fax)
**Defendants:**
American Distributing Company (AMDIST)

**Daniels, Fine, Israel, et al.**
1801 Century Park East
9th Floor
Los Angeles, CA 90067
310-556-7900 310-556-2807 (fax)
**Defendants:**
TRW, Inc. (TRW)

**Davidovitz & Yaron**
DO NOT USE–FIRM SPLIT TO FORM DAVO and YARO

**Defendants:**
Todd Shipyards Corporation (TODD)

**Dehay & Elliston**
Bank of American Plaza
901 Main Street, Suite 3500
Dallas, TX 75202
214-210-2400 214-210-2500 (fax)
**Defendants:**
ART Studio Clay Company, Inc. (ALPKIL)

**DeHay & Elliston, LLP.**
1300 Clay Street
Suite 840
Oakland, CA 94612
510-285-0750 510-285-0740 (fax)
**Defendants:**
Hanson Permanente Cement, Inc. formerly known as Kaiser Cement Corporation (KAISCE)
Kaiser Gypsum Company, Inc. (KAISGY)

**Demeo & Demeo**
565 W. College Ave.
Santa Rosa, CA 95401
707-545-3232
**Defendants:**
Colombini Construction (COLOMB)

**Dillingham & Murphy**
225 Bush Street
Sixth Floor
San Francisco, CA 94104
415-397-2700 415-397-3300 (fax)
**Defendants:**
Gasket Specialties, Inc. (GASKET)
International Business Machines Corporation (IBM)
Safeway, Inc. (SAFEWY)

**Dominion Law Group**
1155 N. First Street
Ste 101
San Jose, CA 95112
408-288-5592 408-938-1035 (fax)
**Defendants:**
J. Gibbs Sons, Inc. (GIBBS)

**Downey Brand LLP**
621 Capitol Mall
18th Floor
Sacramento, CA 95814
916-444-1000 916-444-2100 (fax)
**Defendants:**
Luppen and Hawley, Inc. (LUPL&H)

**Drath, Clifford, Murphy & Hagen, LLP**
1999 Harrison St., Suite 700
Oakland, CA 94612-3517
510-287-4000 510-287-4050 (fax)
**Defendants:**
Fire Equipment Distribution (FEDCO)

**Drinker Biddle & Reath LLP**
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
415-591-7500 415-591-7510 (fax)
**Defendants:**
Cargill, Incorporated (CARGIL)
Hollingsworth & Vose Company (H&V)
Monsanto Company (MONSAN-OR)

**Dryden, Margoles, Schimaneck & Wertz**
505 Sansome Street, Sixth Floor
San Francisco, CA 94111
415-362-6715 415-362-0638 (fax)
**Defendants:**
Figgie International, Inc. (FIGGIE)
Hershey Foods Corporation (HERSHY)
O'Brien Corporation, The (FULLRO)
Sherwin-Williams Company, The (SHERWN)

**Dunn Edwards Corporation**
Attn: Denny Kromer, CFO
4885 E. 52nd Street
Los Angeles, CA 90040
323-771-3330
**Defendants:**
Dunn Edwards Corporation (DUNNED)

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 68 of 87

Brayton-Purcell Service List

7

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Emard, Danoff, Port, Tamulski & Paetzold LLP**
49 Stevenson Street
Suite 400
San Francisco, CA 94105
415-227-9455 415-227-4255 (fax)
**Defendants:**
American President Lines, Ltd. (AMPRES)
Chiquita Brands International, Inc. (CHIQUI)
Marine Transport Lines, Inc. (MTL)
Nedlloyd Lines (USA) Corp. (NED)
Oglebay Norton Company (OGLEBY)
Waterman Steamship Corporation (WTRMAN)
Weyerhaeuser Company (WEYER)

**Ericksen, Arbuthnot, Kilduff, Day & Lindstrom, Inc.**
155 Grand Avenue, Suite 1050
Oakland, CA 94612
510-832-7770 510-832-0102 (fax)
**Defendants:**
Ampex Systems Corporation (AMPEX)
Goodrich Corporation (BFGOOD)

**Farella Braun Martel LLP**
Russ Building
235 Montgomery Street
San Francisco, CA 94104
415-954-4400 415-954-4480 (fax)
**Defendants:**
B H P Minerals International, LLC. (BHPUT)
Shorenstein Co. (SHOREN)

**Fitzgerald, Abbott & Beardsley**
1221 Broadway, 21st Floor
P.O. Box 12867
Oakland, CA 94604
510-451-3300 510-451-1527 (fax)
**Defendants:**
Buttner Corp. (BUTCOR)

**Fitzgerald, Dunn & Cross**
One Market Plaza
Spear Street Tower, 8th Floor
San Francisco, CA 94105
415-541-3720 415-541-3738 (fax)
**Defendants:**
Friedman Brothers Home Improvement Centers (FRIEDM)
John Wagner Associates, Inc. (GRABBR)

**Fleming & Phillips**
1340 Treat Boulevard, Suite 630
Walnut Creek, CA 94597
925-296-2600 925-296-2626 (fax)
**Defendants:**
Earthgrains Baking Companies, Inc. (EARTHG)
O.K.I. Supply Co. (OKI)

**Foley & Lardner**
One Maritime Plaza
Sixth Floor
San Francisco, CA 94111
415-434-4484 415-434-4507 (fax)
**Defendants:**
Rehabilitation Institute at Santa Barbara (REHAB)

**Foley & Mansfield PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
510-590-9500 510-590-9595 (fax)
**Defendants:**
Blue Diamond Growers (BLDIAM)
Copeland Corporation (COPELA)
D.W. Nicholson Corporation (DWNICH)
Nibbi Bros. Inc. (NIBBI)
Republic Supply Company (REPBLC)
Zurn Industries, LLC (ZURN)

**Folger Levin & Kahn LLP**
275 Battery Street
23rd Floor
San Francisco, CA 94111
415-986-2800 415-986-2827 (fax)
**Defendants:**
Cadillac Fairview California (CADLAC)
Hilton Hotels Corporation (HILTON)
Prudential Insurance Company of America (PRUDEN)

**Forman Perry Watkins, et al.**
City Centre
200 South Lamar Street, Suite 100
Jackson, MS 39201-4099
601-960-8600 601-960-8613 (fax)
**Defendants:**
Industrial Holdings Corporation (INDHOL)

**Fortune, Drevlow, O'Sullivan, et al.**
560 Mission Street, 21st Floor
San Francisco, CA 94105
415-227-2300 415-227-2360 (fax)
**Defendants:**
Arcata Auto Supply (ARCATO)
Sonora Auto Parts (SONORA)

**Fredrickson, Mazeika & Grant LLP**
5720 Oberlin Drive
San Diego, CA 92121-1723
858-642-2002 858-642-2001 (fax)
**Defendants:**
University Mechanical and Engineering Contractors, Inc. (UMEC)

**Freeburg, Nettels & Schaldenbrand**
1155 Sportfisher Dr.
Ste. 120
Oceanside, CA 92054-2562
714-508-1800 714-508-1809 (fax)
**Defendants:**
Turner Construction Company (TURNCO)
Underwriters Laboratories Inc. (UNDLAB)
Zurn Industries, LLC (ZURN)

**Freeburg, Nettels & Schaldenbrand**
600 South Lake Avenue
Suite 500
Pasadena, CA 91106
626-585-4150 626-585-0718 (fax)
**Defendants:**
Goodrich Corporation (BFGOOD)
Standex International Corporation (STANDX)
Volvo Construction Equipment North America, Inc. (VOLCON)

**Gianelli & Associates**
1014 16th Street
P.O. Box 3212
Modesto, CA 95353
209-521-6260 209-521-5971 (fax)
**Defendants:**
Motor Parts Distributors, Inc. (MPARTS)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Gibson Robb & Lindh LLP**
100 First Street, 27th Floor
San Francisco, CA 94105
415-348-6000 415-348-6001 (fax)
**Defendants:**
Utility Trailer Manufacturing Company (UTIMFG)

**Glynn & Finley**
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
925-210-2800 925-945-1975 (fax)
**Defendants:**
E.I. Du Pont De Nemours and Company (DUPONT)

**Goe & Forsythe, L.L.P.**
3 Civic Plaza, Suite 267
Newport Beach, CA 92660
949-467-3780 949-721-0409 (fax)
**Defendants:**
W.W.C. Corp. (WWC)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900 415-986-8054 (fax)
**Defendants:**
Diamond International Corporation (DIAINT)
Goodyear Tire & Rubber Company, The (GOODYR)
L.N. Curtis and Sons (LNCURT)
Meggitt Aircraft Braking Systems Corporation ( fka Aircraft Braking Systems Corporation) (ABS)
National Dynamics Corporation (NATDYN)

**Gordon-Creed Kelley, Holl & Sugerman**
222 Kearny Street, Suite 650
San Francisco, CA 94108
415-421-3100 415-421-3150 (fax)
**Defendants:**
Van Norman Equipment Co, Inc. (VANEQU)

**Guidotti & Lee**
Attn: Charles Lee
One Bates Blvd. #300
Orinda, CA 94563
925-254-3450 925-254-6411 (fax)
**Defendants:**
N.V. Heathorn, Inc. (NVHEAT)

**Haight, Brown & Bonesteel**
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
415-546-7500 415-546-7505 (fax)
**Defendants:**
Harcros Chemicals, Inc. (HARCRO)

**Hamrick & Evans, LLP**
10 Universal City Plaza
Ste. 2200
Universal City, CA 91608
818-763-5292 818-763-2308 (fax)
**Defendants:**
M.B.L., Inc. (MBL)

**Hancock Rothert & Bunshoft LLP**
Four Embarcadero Center
Third Floor
San Francisco, CA 94111-4168
415-981-5550 415-955-2599 (fax)
**Defendants:**
Borden Chemical, Inc. (BCHEM)
Borden, Inc. (BORDEN)
General Cable Corporation (GENCAB)
Reichhold, Inc. (REICH)
Sylmar Hardware & Supply, Inc. (SYLMAR)

**Hanson, Bridgett LLP**
425 Market Street
Suite 26th Floor
San Francisco, CA 94105-2173
415-777-3200 415-541-9366 (fax)
**Defendants:**
Linde, Inc. ( fka The BOC Group, Inc., fka Airco) (AIRCO)

**Harrington, Foxx, Dubrow & Canter, LLP**
1055 West Seventh Street
29th Floor
Los Angeles, CA 90017
213-489-3222 213-623-7929 (fax)
**Defendants:**
Bayshore International Trucks, Inc. (BAYITI)
Edgewater International (EDGITI)
Speno International, Inc. (SPENO)

**Harrington, Foxx, et al.**
655 Montgomery Street
Suite 1100
San Francisco, CA 94111
415-288-6600 415-288-6618 (fax)
**Defendants:**
Ameron International Corporation (AMERON)

**Harry N. Mixon, Esq.**
Regional Counsel
4 Embarcadero Ctr., Ste 2700
San Francisco, CA 94111
**Defendants:**
Pic Realty Corporation (PIC)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800 415-288-9802 (fax)
**Defendants:**
Honeywell International, Inc. (HONEYW)
John Crane, Inc. (CRANE)
Longs Drug Stores California, Inc. (LONGS)
Osram Sylvania Inc. (OSRAM)

**Hedani, Choy, Spalding and Salvagione LLP**
1682 Novato Blvd., Ste. 350
Post Office Box 88
Novato, CA 94948
415-892-4848 415-892-4848 (fax)
**Defendants:**
Venton Plastering (VENTON)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Herr & Zapala, LLP**
152 North 3rd Street, Suite 500
San Jose, CA 95112
408-287-7788 408-927-0408 (fax)
**Defendants:**
Basco Drywall & Painting Co. (BASKO)
Bay Rubber Co. (BAYRUB)
Carlos Yrueta (YRUTAC)
Horacio Yrueta (YRUTAH)
Mead Clark Lumber Co. (MEADCL)
Modern Plastics, Inc. (MODERN)

**Hines & Thomas**
Russ Building, Suite 835
235 Montgomery Street
San Francisco, CA 94104
415-981-2623 415-981-4904 (fax)
**Defendants:**
Bank of America, N.A. (BOFA)

**Hinshaw & Culbertson**
244 Jackson Street
Suite 300
San Francisco, CA 94111
415-362-6000 415-834-9070 (fax)
**Defendants:**
Hill Brothers Chemical Company (HILLCH)

**Hinshaw, Winkler, et al.**
Dane Jones, Esq.
12901 Saratoga Ave.
Saratoga, CA 95070
408-861-6512 408-257-6645 (fax)
**Defendants:**
Clorox Company, The (CLOROX)

**Hoagland, Longo, Moran, Dunst & Doukas, LLP**
333 Pine St., 5th Floor
San Francisco, CA 94104
415-781-7050 415-421-5658 (fax)
**Defendants:**
City National Bank (CITYNB)
E & J Gallo Winery (GALLO)
Frito-Lay, Inc. (FRILAY)
Harms Bros. (HARMBR)
Home Pipe & Supply (HOMEP)
Kohler Co. (KOHLCO)
Rolando Lumber Co., Inc. (ROLUMB)
Sunset Development Company (SUNSDE)
Zellner Plastering Company (ZELLNR)

**Hoge, Fenton, Jones & Appel, Inc.**
Sixty South Market Street, Suite 1400
San Jose, CA 95113
408-287-9501 408-287-2583 (fax)
**Defendants:**
American Rubber Manufacturing (AMRUB)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715 650-364-5297 (fax)
**Defendants:**
Avocet Enterprises, Inc. (AVOCET)
Avondale Industries, Inc. (AVONH)
Cutler-Hammer, Inc. (CUTLER)
Gow Supply (GOW)
Sepco Corporation (SEPCO)
Valley Stucco & Putty Plant, Inc. (VALSTC)

**Howrey Simon Arnold & White**
4 Park Plaza
Suite 1700
Irvine, CA 92614
949-721-6900 949-721-6910 (fax)
**Defendants:**
Foster Poultry Farms (FFARMS)

**Howrey Simon Arnold & White**
550 South Hope St., Ste. 1400
Los Angeles, CA 90071
213-892-1800 213-892-2300 (fax)
**Defendants:**
Mohawk Flush Doors, Inc. (MFD)

**Howrey Simon Arnold & White**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-783-0800
**Defendants:**
Mohawk Flush Doors, Inc. (MFD)

**Huber & Samuelson**
210 North Fourth Street
Suite 400
San Jose, CA 95112
408-295-7034 408-295-5799 (fax)
**Defendants:**
Crowley Company (CROWCO)

**Hunton & Williams**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
804-788-8200 804-788-8218 (fax)
**Defendants:**
Reynolds Metals Company (REYNLD)

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 71 of 87

Brayton-Purcell Service List

10

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Imai, Tadlock, Keeney & Cordery, LLP**
100 Bush Street, Suite 1300
San Francisco, CA 94104
415-675-7000 415-675-7008 (fax)
**Defendants:**
Anchor Hocking Corporation (ANHOCK)
Basic Vegetable Products, Inc. (BASVEG)
Campbell Soup Company (CSC)
Elliott Company (ELLIOT)
In-Mar Sales, Inc. (IN-MAR)
J.S. Guerin & Company, Inc. (GUERIN)
National Surfacing Company, Inc. (NATSUR)
Parker Boiler Company (PARKER)
Rich-Tex, Inc. (RICHTX)
San Francisco Gravel Company, Inc. (SFG)
Seattle Boiler Works, Inc. (SEATBW)
See's Candies, Inc. (SEES)
Simpson Paper Company (SIMPSN)

**Iverson, Yoakum, et al.**
One Wilshire Building
624 South Grand Ave, 27th Fl
Los Angeles, CA 90017
213-624-7444 213-629-4563 (fax)
**Defendants:**
Bridgestone/Firestone North American Tire, LLC (FRSTN)

**J Johnson - Attorney At Law**
928 Grand AV
POB 3
Grover Beach, CA 93483
805-489-4111 805-489-4222 (fax)
**Defendants:**
Miner's Ace Hardware (MINHC)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300 415-982-6700 (fax)
**Defendants:**
American Standard/Westinghouse (AMSTD)
Bethlehem Apparatus Company, Inc. (BETHAP)
Continental Can Company, USA, Inc. (CONCAN)
Cummins Engine Company, Inc. (CUMENG)
Cyprus Amax Minerals Company (CAMCO)
Davis Water & Waste Industries, Inc. (DWW)
Dossert Corporation (DOSERT)
Dow Jones & Company, Inc. (DOWJON)
Fluor Corporation (FLUOR)
G.I. Industries, Inc. (GIIND)
General Signal Corp. Division (GSBLUE)
Hamon-Sobelco Int'l Inc. (HAMON)
L & B Pipe and Supply Company (LBPIPE)
Merck & Co., Inc. (MERCK)
Ocean View Capital, Inc. (OCEVIE)
Okonite Company, Inc., The (OKON)
Pine Tree Lumber Co., Inc. (PINTLC)
Radiator Specialty Co. (RSC)
Railroad Friction Products Corporation (RRFP)
ThyssenKrupp Budd Company (fka The Budd Company) (BUDD)
Union Boiler Company (UNBOIL)
Wale Apparatus Company (WALE)
Wanderer Electric, Inc. (WANDLE)
Warner Bros. Entertainment Inc. (WARBRO)

**Jackson & Wallace**
14724 Ventura Blvd.
Suite 1210
Sherman Oaks, CA 91403-3501
818-379-4700 818-379-4702 (fax)
**Defendants:**
Chicago Faucet Company, The (CHIFAC)
McNeil & NRM, Inc., California (MCNRM)
Republic Supply Company (REPBLC)

**Jackson Jenkins Renstrom LLP**
55 Francisco Street, 6th Floor
San Francisco, CA 94133
415-982-3600 415-982-3700 (fax)
**Defendants:**
Clayton Industries (CLAYTN)
Colgate-Palmolive Company (COLGAT)
H.J. Heinz Company (HEINZ)
Robertson-Ceco Corporation (ROBERT)
Turner Construction Company (TURNCO)

**James L. Crew, Esq.**
18 Crow Canyon Court, Ste. 380
San Ramon, CA 94583
510-831-0834
**Defendants:**
Economy Rubber & Gasket (ECRUB)

**Janet A. Hilde, Atty At Law**
P.O. Box 3795
511 W. Main Stree
Quincy, CA 95971
530-283-4440 530-283-4441 (fax)
**Defendants:**
Barnes Construction Co. (BARNES)

**Jeffrey C. Benice, Esq.**
650 Town Center Drive, Suite 1300
Costa Mesa, CA 92626
714-641-3600 714-641-3604 (fax)
**Defendants:**
W.W.C. Corp. (WWC)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Jess Joseph Aguilar, Esq.**
Law Offices
31 East Julian Street
San Jose, CA 95112
408-279-8442 408-279-8448 (fax)
**Defendants:**
Jones Plastering Company (JONESP)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200 415-882-8220 (fax)
**Defendants:**
Fort Kent Holdings, Inc. (FOKENT)

**Kaufman & Logan, LLP**
100 Spear Street, 12th Floor
San Francisco, CA 94105
415-247-8300 415-247-8310 (fax)
**Defendants:**
California Supply, Inc. (CALSUP)

**Keesal, Young & Logan**
450 Pacific Avenue
San Francisco, CA 94133
415-398-6000 415-981-0136 (fax)
**Defendants:**
Lear Siegler Diversified Holdings Corp. (LEAR)

**Kirkland & Ellis**
777 South Figueroa Street, Suite 3700
Los Angeles, CA 90017
213-680-8400 213-680-8500 (fax)
**Defendants:**
Alliance Laundry Systems LLC (ALLLAU)

**Klinedinst, Fliehman, et al.**
501 West Broadway
Suite 600
San Diego, CA 92101
619-239-8131 619-238-8707 (fax)
**Defendants:**
Southwest Marine, Inc. (SWMAR)

**Knott & Glazier, LLP**
707 Willshire Blvd.
Suite 2025
Los Angeles, CA 90017
213-312-9200 213-312-9201 (fax)
**Defendants:**
Lockheed Martin Corporation (LOCCOR)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500 510-285-2505 (fax)
**Defendants:**
Glidden Company, The (GLIDEN)
Lummus Corporation (LUMMUS)
Moore McCormack Resources, Inc. (MMRES)
Wells Fargo Bank, N.T. & S.A. (WELSFB)

**Krieg Keller Sloan Reilley & Roman**
Mary Eileen Reilly, Esq.
114 Sansome St. 4th Floor
San Francisco, CA 94104
415-249-8330 415-249-8333 (fax)
**Defendants:**
Crown Equipment Corporation (CROWEC)
Nacco Materials Handling Group, Inc. (NACCO)
Raymond Corporation, The (RAYCOR)
Stewart & Stevenson Services, Inc. (STESTE)

**Kronick, Moskovitz, Tiedemann & Girard**
400 Capitol Mall, 27th Floor
Sacramento, CA 95814
916-321-4500 916-321-4555 (fax)
**Defendants:**
American Airlines, Inc. (AMAIRL)

**Lafayette & Kumagai LLP**
100 Spear Street
Suite 600
San Francisco, CA 94105
415-357-4600 415-357-4605 (fax)
**Defendants:**
Clairol Incorporated (CLAIRL)

**Landels, Ripley & Diamond**
Hills Plaza
350 The Embarcadero
San Francisco, CA 94105
415-512-8700 415-512-8750 (fax)
**Defendants:**
Catellus Development Corporation (CATTEL)
Cities Service Company (CITIES)

**Lane Powell Spears Lubersky**
NO LONGER DOING BUSINESS IN CALIFORNIA–CASES W/ ALLE

**Defendants:**
Texaco, Inc. (TEXACO)
VWR Scientific Products Corporation (VWRSCI)

**Lankford Crawford Moreno LLP**
1850 Mt. Diablo Blvd.
Suite 600
Walnut Creek, CA 94596
925-300-3520 925-300-3386 (fax)
**Defendants:**
Ford Motor Company (FORD)

**Law Office of Deborah Lindblom**
1345 Vicente Street
San Francisco, CA 94116
415-759-6084 415-759-6085 (fax)
**Defendants:**
Yale Industrial Products, Inc. (YALE)

**Law Offices of Alan L. Trock**
24911 Avenue Stanford, Suite 102
Valencia, CA 91355
661-253-0075 661-253-0860 (fax)
**Defendants:**
Rexam Beverage Can Company (REXBEV)

**Law Offices of Crawford & Bangs**
1290 East Center Court Drive
Covina, CA 91724
626-915-1641 626-332-5604 (fax)
**Defendants:**
Commercial Refrigeration Co. (COMMRC)

**Law Offices of Gary J. Nevolo**
425 California Street, 17th Floor
San Francisco, CA 94104
415-392-5528 415-392-5828 (fax)
**Defendants:**
American Optical Corporation (AMOPT)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300 925-947-1594 (fax)
**Defendants:**
Albany International Corp. (ALBINT)
Champion Friction Company (CHAFRC)
Clark Equipment Company (CLARKE)
Ebara International Corp. (EBARA)
Fairmont Hotel Company (FAIRH)
Mills Building, A (MILLS)
Morrison-Knudsen Company, Inc. (MORKNU)
Rohr, Inc. (ROHR)

**Law Offices of James B. Clapp**
1611 Telegraph Ave.
Ste. 310
Oakland, CA 94612
510-763-0111 443-947-0706 (fax)
**Defendants:**
Ericsson, Inc. (ERICKS)
J.C. Penney Company, Inc. (PENNEY)
Joe Marsh Distributing Corporation (JMARSH)

**Law Offices of James P. Cunningham**
505 Montgomery, 7th Floor
San Francisco, CA 94104-3419
415-781-7605 415-781-7606 (fax)
**Defendants:**
Sargent Controls & Aerospace (SARGCA)

**Law Offices of Jeffrey A. Moss**
7 Mt. Lassen Dr.
Suite D-134
San Rafael, CA 94903
415-472-6677
**Defendants:**
Maltby Electric Supply Co., Inc. (MALTBY)

**Law Offices of John K. Ormond**
1111 E. Herndon, Suite 317
P.O. Box 28532
Fresno, CA 93720
559-432-3900
**Defendants:**
Larsen-Ratto Construction Company (LARRAT)

**Law Offices of Lucinda L. Storm, Esq.**
610A Third Street
San Francisco, CA 94107
415-777-6990 415-777-6992 (fax)
**Defendants:**
Durabla Manufacturing Company, Inc. (DURAB)

**Law Offices of Norbert U. Frost**
1517 Tennessee St.
Vallejo, CA 94590
707-643-5696 707-643-1910 (fax)
**Defendants:**
Bayshore Materials, Inc. (BAYMAT)
Napa Glove Company, Inc. (NAPA)

**Law Offices of Stephen S. Talt**
2596 Mission St.
Suite 310
San Marino, CA 91108
626-356-0853 626-356-0731 (fax)
**Defendants:**
Kirkhill Rubber Company (KIRK)

**LeClairRyan, LLP.**
44 Montgomery Street
18th Floor
San Francisco, CA 94104
415-391-7111 415-391-8766 (fax)
**Defendants:**
Pameco Corporation (PAMECO)
W.W. Grainger, Inc. (WWGRAN)
Witco Corporation (WITCO)

**Leland, Parachini, Steinberg, Matzger and Melnick, LLP**
199 Fremont Street, 21st Floor
San Francisco, CA 94105
415-957-1800 415-974-1520 (fax)
**Defendants:**
Fulton Shipyard, Inc. (FULTON)
Montgomery Auto Parts Co. (MONTAP)

**Lewis Brisbois Bisgaard & Smith LLP**
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012
213-250-1800 213-580-7942 (fax)
**Defendants:**
Bragg Investment Company, Inc. (BRAGG)
Railroad Friction Products Corporation (RRFP)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580 415-434-0882 (fax)
**Defendants:**
American Standard/Westinghouse (AMSTD)
Prudential Insurance Company of America (PRUDEN)
Trimon Inc. (TRIMON)
West Coast Life Insurance Company (WCLI)

**Liner Yankelevitz, et al.**
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
310-500-3500 310-500-3501 (fax)
**Defendants:**
Trizechahn Centers Inc. (TRIZEC)
Westland Bay Fair Mall L.P. (WESTLA)

**Link & Warhurst**
The Shell Building
100 Bush Street, Suite 820
San Francisco, CA 94104
415-788-3600 415-788-7073 (fax)
**Defendants:**
Heating & Cooling Supply, Inc. (HEA&CO)

**Lombardi, Loper & Conant LLP**
1999 Harrison Street
Suite 2600
Oakland, CA 94612
510-433-2600 510-433-2699 (fax)
**Defendants:**
Ace Hardware Corporation (ACEHDW)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Lombardo & Gilles**
318 Cayuga Street
P.O. Box 2119
Salinas, CA 93902
831-754-2444 831-754-2011 (fax)
**Defendants:**
Morton Salt Company (MORTON)

**Long & Levit**
465 California Street
Fifth Floor
San Francisco, CA 94104
415-397-2222 415-397-6392 (fax)
**Defendants:**
N L Industries, Inc. (NLINDU)

**Longyear, O'dea & Lavra, LLP**
3620 American River Drive
Suite 230
Sacramento, CA 95864
916-974-8500 916-974-8510 (fax)
**Defendants:**
Wickland Oil Company (WICK)

**Low, Ball & Lynch**
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
415-981-6630 415-399-1506 (fax)
**Defendants:**
Auburn Manufacturing Co., The (AUBMAN)
Bank of America, N.A. (BOFA)
Brown Sheet Metal & Mechanical, Inc. (BROWNS)
Channel City Lumber & Building (CHANCL)
Cooper Brothers, Inc. (COOPBI)
Dyson-Kissner-Moran Corp, The (DYSON)
E.F. Mitchler Co. (EFM)
Fraser-Edwards Company (FRSRED)
J.A. Sexauer, Inc. (SEXAUR)
O.C. McDonald Co., Inc. (OCMCD)
PM Ag Products Corporation (PM-AG)
Pyramid Pipe & Supply Co. (PYRAPS)
Sono Ceil Co., A Corp. (SONOCL)
T.M. Cobb Company (TMCOBB)
Westside Building Material Corporation (WBLD)

**Luce, Forward, Hamilton, et al.**
121 Spear Street
Suite 200
San Francisco, CA 94105
415-356-4600 415-356-3871 (fax)
**Defendants:**
Southwest Marine, Inc. (SWMAR)

**Lynch, Gilardi & Grummer**
170 Columbus Ave, Suite 500
San Francisco, CA 94133
415-397-2800 415-397-0937 (fax)
**Defendants:**
International Paper Company (IP)
Masonite Corporation (MASON)
Shamrock Materials Inc. (SHAMRK)
Swinerton & Walberg Company (SWINER)
Van-Bokkelen Cole Company (VANBOK)

**Malek & Malek**
100 Spear Street
Ste 1800
San Francisco, CA 94105
415-981-0848 800-273-6878 (fax)
**Defendants:**
Tresch Electrical Company (TRESCH)

**Manasian & Rougeau LLP**
400 Montgomery Street, Suite 1000
San Francisco, CA 94104
415-291-8425 415-291-8426 (fax)
**Defendants:**
NRI Industries, Inc. (NRIIND)

**Manatt, Phelps & Phillips, LLP**
One Embarcadero, 30th Floor
San Francisco, CA 94111
415-291-7400 415-291-7474 (fax)
**Defendants:**
Cal-Steam Supply Company (CALSTM)
Westburne Supply, Inc. (WESSUP)

**Manning & Kass, Ellrod, Ramirez, Tester LLP**
One California Street, Suite 1100
San Francisco, CA 94111
415-217-6990 415-217-6999 (fax)
**Defendants:**
Taylor Plumbing Supply Company (TAYPLB)

**Mazzera, Snyder & De Martini**
Suite 300 Sutter Building
P.O. Box 27
Stockton, CA 95201-0027
209-466-4267 209-466-1383 (fax)
**Defendants:**
I.B. Benedict Company (IBBEN)

**Mcdermott, Will & Emery**
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
310-277-4110 310-277-4730 (fax)
**Defendants:**
Davis Wire Corporation (DAVISW)

**Mcgill, Gotsdiner, et al.**
First National Plaza, Ste 500
11404 West Dodge Road
Omaha, NE 68154
402-492-9200 402-492-9222 (fax)
**Defendants:**
San Francisco Sourdough Bakeries, Inc. (SFSOUR)

**McInerney & Dillon, P.C.**
1999 Harrison Street, Suite 1700
Oakland, CA 94612
510-465-7100 510-465-8556 (fax)
**Defendants:**
Holy Names College (HOLY)

**McKague & Tong, LLP**
250 Montgomery Street, Suite 1100
San Francisco, CA 94104
415-409-5222 415-409-0467 (fax)
**Defendants:**
Burlington Northern and Santa Fe Railway Company, The (BNRR)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**McKenna Long & Aldridge**
300 S. Grand Avenue
Suite 1400
Los Angeles, CA 90071-2901
213-688-1000 213-243-6330 (fax)
**Defendants:**
Rival Company, The (RIVAL)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000 415-267-4198 (fax)
**Defendants:**
A.B. Boyd Co. (ABBOYD)
A.O. Smith Corporation (AOSMIT)
Altair Gases and Equipment, Inc. (ALTAR)
California and Hawaiian Sugar Company, Inc. (C&H)
Certainteed Corporation (CERT)
D. Zelinsky & Sons, Inc. (ZELINS)
Embarcadero Center Associates (ECA)
Felcor Lodging Trust Inc. (FELCOR)
Flexitallic, Inc. (FLXTLC)
Harcros Chemicals, Inc.**Use HARCRO** (HARCRI)
Kinney Shoe Corporation (KINNEY)
Lord Corporation (LORD)
Maremont Corporation (MAREMT)
Metalclad Insulation Corporation (METALC)
Mohasco Corporation (MOHASC)
Pacific Mechanical Corporation (PACMCR)
Plant Brothers Corp. (PLNTBR)
Rugby Building Products, Inc. (RBPINC)
San Francisco Sourdough Bakeries, Inc. (SFSOUR)
Southern California Water Co. (SOUCWC)
Sylmar Hardware & Supply, Inc. (SYLMAR)
Synergistic Performance Corp (SYNER)
Terex Corporation (TERXCO)
Viking Distributing Co. Inc. (VIKING)
Wismer & Becker Contracting Engineers (WISMER)

**McMillan & Shureen, LLP**
50 Santa Rosa Avenue
Suite 200
Santa Rosa, CA 95404-4952
707-525-5400 707-576-7955 (fax)
**Defendants:**
Amax Industrial Products Div.**Use DF INDSTP** (AMAX)

**McNamara, Dodge, Ney, Beatty, et al.**
Attn: Asbestos Dept. POB 5288
1211 Newell Avenue, 2nd Floor
Walnut Creek, CA 94596
925-939-5330 925-939-0292 (fax)
**Defendants:**
Chicago Faucet Company, The (CHIFAC)
Escalon Premier Brands (ESCALN)
Euclid-Hitachi Heavy Equipment, Inc. (EUCHIT)
FMC Corporation (FMC)
FMC Corporation-Turbo Pump Operation (COFFIN)
Sunset Homes Inc. (SUNHOM)

**Mendes & Mount**
445 S. Figueroa Street
38th Floor
Los Angeles, CA 90071
213-955-7700 213-955-7725 (fax)
**Defendants:**
Goodrich Corporation (BFGOOD)

**Michael T. Ungar, Esq.**
715 Silver Spur RD, #209
Rolling Hills Est., CA 90274
310-377-9500 310-544-1829 (fax)
**Defendants:**
Modern Pipe & Supply (MODPS)

**Miller & Miller**
1390 Market Street, Suite 1204
San Francisco, CA 94102
415-522-0500 415-522-0513 (fax)
**Defendants:**
Valley Auto & Truck Supply (VAUTO)

**Miller Morton Caillat & Nevis LLP**
25 Metro Drive
7th Floor
San Jose, CA 95110
408-292-1765 408-436-8272 (fax)
**Defendants:**
B.T. Mancini Co., Inc. (MNCINI)

**Mitchell, Silberberg & Knupp**
Hayward Kaiser, Esq.
11377 West Olympic Blvd.
Los Angeles, CA 90064
310-312-2000 310-312-3100 (fax)
**Defendants:**
BMG Music (BMG)

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 76 of 87

Brayton-Purcell Service List 15

Date Created: 2/18/2011-9:34:49 AM Run By : Torres, Karla (KKT)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000 415-442-1001 (fax)
**Defendants:**
Grinnell Corporation (GRINN)

**Morris, Polich & Purdy**
1055 West Seventh St.
24th Floor
Los Angeles, CA 90017
213-891-9100 213-488-1178 (fax)
**Defendants:**
Merlex Stucco, Inc. (MERLEX)

**Morrison & Foerster**
David F. McDowell, Esq.
555 West Fifth St., Ste. 3500
Los Angeles, CA 90013
213-892-5200 213-892-5454 (fax)
**Defendants:**
Bristol Hotel Company (BRISTL)
Felcor Lodging Trust Inc. (FELCOR)

**Murphy, Pearson, Bradley & Feeney**
88 Kearny Street
Suite 1000
San Francisco, CA 94108
415-788-1900 415-393-8087 (fax)
**Defendants:**
Chase Chevrolet Co., Inc. (CHASEC)

**Nageley & Meredith, Inc.**
8001 Folsom Blvd., Ste 100
Sacramento, CA 95827
916-386-8282 916-386-8952 (fax)
**Defendants:**
Hicks Lumber Company, Inc. (HICKS)
Mill Valley Lumber Company (MILVLC)

**Neumiller & Beardslee**
P.O. Box 20
Stockton, CA 95201
209-948-8200 209-948-4910 (fax)
**Defendants:**
Building Material Distributors, Inc. (BMD)

**Nixon Peabody LLP**
One Embarcadero
18th Floor
San Francisco, CA 94111
415-984-8200 866-542-6538 (fax)
**Defendants:**
Mack Trucks, Inc. (MACKTR)
Shell Oil Company (SHLOIL)
Volvo Trucks North America, Inc. (VOLTRU)

**Nutter, Mclennen & Fish**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
617-439-2000 617-310-9251 (fax)
**Defendants:**
Hollingsworth & Vose Company (H&V)

**Oium Reyen & Pryor**
Attorneys at Law
220 Montgomery Street, Suite 910
San Francisco, CA 94104
415-392-8300 415-421-1254 (fax)
**Defendants:**
Vallen Safety Supply Company (VALLSS)
Vapor Corporation (VAPOR)
Walgreen Company (WALGRN)

**Orrick, Herrington & Sutcliffe LLP**
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
949-567-6700 949-567-6710 (fax)
**Defendants:**
Pilkington Aerospace, Inc. (PILKIN)

**Paetzold, White & Brodsky**
180 Grand Avenue
Suite 330
Oakland, CA 94612
510-267-0112 510-267-0113 (fax)
**Defendants:**
American Standard/Westinghouse (AMSTD)
Binsmith, Inc. (BINNEY)
Phelps Dodge Corporation (PDCORP)

**Pave, Mccord, Jacobs & Berkes**
15303 Ventura Blvd, Ste 1400
Sherman Oaks, CA 91403
818-783-8820 818-783-0959 (fax)
**Defendants:**
Industrial Asphalt, Inc. (INDASP)

**Payne & Fears LLP**
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
415-398-7860 415-398-7863 (fax)
**Defendants:**
Bayer Corporation (BAYERC)

**Perkins Coie LLP**
1888 Century Park E
Suite 1700
Los Angeles, CA 90067-1721
310-788-9900 310-788-3399 (fax)
**Defendants:**
Custodis-Cottrell, Inc. (CUSTOD)
Honeywell International, Inc. (HONEYW)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000 415-344-7288 (fax)
**Defendants:**
Georgia-Pacific Corporation (GP)
Honeywell International, Inc. (HONEYW)

**Phillips, Spallas & Angstadt LLP**
Three Embarcadero Center
Suite 550
San Francisco, CA 94111
415-278-9400 415-278-9411 (fax)
**Defendants:**
Fyrepel Products, Inc. (FYREP)
Pepsi-Cola Bottling Co. (PEPSIC)

**Pillsbury Winthrop Shaw Pittman LLP**
725 S. Figueroa St.
Ste 2800
Los Angeles, CA 90017
213-488-7100 213-629-1033 (fax)
**Defendants:**
Industrial Holdings Corporation (INDHOL)

**Poeschl & Kohn LLP**
483 Ninth Street
Suite 200
Oakland, CA 94607
510-874-1330 510-874-1329 (fax)
**Defendants:**
Dunn Edwards Corporation (DUNNED)

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 77 of 87

Brayton-Purcell Service List

16

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170 213-623-3594 (fax)
**Defendants:**
CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)
Fraser's Boiler Service, Inc. (FRASER)
Plant Maintenance, Inc. of California (PMAINT)

**Popelka Allard, APC**
160 West Santa Clara - 12th Floor
San Jose, CA 95113
408-298-6611 408-275-0814 (fax)
**Defendants:**
Giampolini & Co. (GIAMPO)

**Post Kirby Noonan & Sweat LLP**
America Plaza, Suite 1100
600 West Broadway
San Diego, CA 92101
619-231-8666 619-231-9593 (fax)
**Defendants:**
Rugby Building Products, Inc. (RBPINC)

**Pray, Price, Williams & Picking**
555 East Ocean Blvd., Suite 810
Long Beach, CA 90802
562-436-1231 562-435-6384 (fax)
**Defendants:**
Bay Cities Crane and Rigging, Inc. (BCRANE)
Bragg Investment Company, Inc. (BRAGG)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP.**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946 562-495-0564 (fax)
**Defendants:**
Advance Mechanical Contractors, Inc. (ADVMEC)
B.T. Mancini Co., Inc. (MNCINI)
Bayshore Materials, Inc. (BAYMAT)
Controlco (CNTRLC)
Discount Builders Supply (DISBLD)
Familian Corporation (FAMILI)
Frontier Building Supply Company (FRONBS)
Hajoca Corporation (HAJOCA)
Hennessy Industries, Inc. (HENNES)
Oglebay Norton Company (OGLEBY)
Parex USA, Inc. ( fka Parexlahabra, Inc., fka La Habra Products, Inc.) (LAHAB)
Powerine Oil Company (POC)
Rubenstein Supply Company (RUBEN)
Southern Talc Company (SOUTLC)
Union Oil Company of California (UNOCAL)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP.**
One California Street, Suite 1910
San Francisco, CA 94111
415-788-8354 415-788-3625 (fax)
**Defendants:**
Advance Mechanical Contractors, Inc. (ADVMEC)
American Biltrite, Inc. (AMBILT)
American Crystal Sugar Company (AMCRYS)
Anchor Brewing Company (ANCBRW)
Astra Flooring Company (ASTRA)
Claremont Hotel Corporation (CLARE)
Consolidated Insulation, Inc. (CONSOL)
D. Cummins Corporation (DCUMIN)
Discount Builders Supply (DISBLD)
Elliot Glove Company, Inc. (ELLIGC)
Enterprise Plumbing, Inc. (ENTPLU)
Familian Corporation (FAMILI)
Frederick Meiswinkel, Inc. (MEISWK)
Goodman Lumber Co. (GOODMN)
Hajoca Corporation (HAJOCA)
Hales and Symons (HALES)
Heat and Control Inc. (HEACON)
Hines/101 California, Ltd. (101CAL)
Hofmann Company, The**Use HOFMNN** (HOFMAN)
Industrial Safety Supply (ISSC)
Marden Susco, Inc. (MARSUS)
Mervyn's Construction, Inc. (MERVYN)
National Semiconductor (Maine), Inc. (NATSEM)
Parex USA, Inc. ( fka Parexlahabra, Inc., fka La Habra Products, Inc.) (LAHAB)
Pillsbury Company, The (PLSBRY)
Plumbing And Industrial Supply Company, Inc. (PLUMIN)
Singer Safety Company (SINGSC)
Skinner Corporation (SKINNR)
T & H Building Supply, Inc. (T&H)
Tenneco Automotive Operating Company, Inc. (TENAUT)
Triple A Machine Shop, Inc. (AAA)
United Tractor, Co. (UNITRA)
Weston Builders Supply Company (WESTB)
Westwood Building Materials Corporation (WESTBS)

**R. James Fisher, Esq.**
Attorney at Law
P.O. Box 2035
Rohnert Park, CA 94927
707-584-9200 707-584-9202 (fax)
**Defendants:**
Franzia Winery, LLC (FRANZA)

**Ragsdale Liggett, PLLC**
Mary Hulett, Esq.
P.O. Box 31507
Raleigh, NC 27622
919-787-5200 919-783-8991 (fax)
**Defendants:**
TRW, Inc. (TRW)

**Reed Smith LLP**
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
213-457-8000 213-457-8080 (fax)
**Defendants:**
Essex Group, Inc. (ESSINT)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Reed Smith LLP**
101 Second Street
Suite 1800
San Francisco, CA 94105
415-543-8700 415-391-8269 (fax)
**Defendants:**
Aeronca, Inc. (AERONC)
Automatic Rain Company (ATRAIN)
Essex Group, Inc. (ESSINT)
Gaylord Container Corporation (GAYLRD)
Lincoln Electric Company, The (LEC)
Siemens Corporation (SIEMEN)

**Reisinger & Mcauley**
Jerry L. Williams
1050 Northgate Dr., Suite 1
San Rafael, CA 94903
415-499-1033 415-499-0329 (fax)
**Defendants:**
San Pablo Plumbing Supply (SPPS)

**Richard W. Hufstader**
P.O. Box 869
30 Fifth Street
Petaluma, CA 94953
707- 769-549
**Defendants:**
Tri-County Heating and Sheetmetal, Inc. (TRICHS)

**Rivkin Radler, LLP**
1330 North Dutton Avenue
Suite 200
Santa Rosa, CA 95406
707-525-5400 707-576-7955 (fax)
**Defendants:**
Blincoe Construction, Inc. (BLINCO)
Fostmeier Construction (FOST)
Gillette Company, The (GILLET)

**Robert A. Harlem, Inc.& Assoc.**
120 Montgomery Street
Suite 2410
San Francisco, CA 94104
415-981-1801 415-981-5815 (fax)
**Defendants:**
Humana Hospital (HUMANA)

**Robie & Matthai**
500 South Grand Avenue
Suite 1500
Los Angeles, CA 90071
213-624-3062 213-624-2563 (fax)
**Defendants:**
Maytag Corporation (MAYTAG)

**Robinson & Wood, Inc.**
227 North First Street
San Jose, CA 95113
408-298-7120 408-298-0477 (fax)
**Defendants:**
Suburban Manufacturing Company (SUBURB)

**Roeca Louie & Hiraoka**
900 Davies Pacific Center
841 Bishop Street
Honolulu, HI 96813
808-538-7500
**Defendants:**
Oahu Sugar (OAHUSU)

**Roger, Scott & Helmer, LLP**
1001 Marshall Street, Ste. 400
Redwood City, CA 94063
650-365-7700 650-365-0677 (fax)
**Defendants:**
Superior Boiler Works, Inc. (SUPWRK)

**Ropers, Majeski, Kohn & Bentley**
201 Spear Street, Suite 1000
San Francisco, CA 94105
415-543-4800 415-972-6301 (fax)
**Defendants:**
240 Stockton Investors, Ltd. (240STO)
American Laundry Machinery, Inc. (AMERLE)
American Rubber Manufacturing (AMRUB)
Ampex Systems Corporation (AMPEX)
General American Transportation (GATX)
Pic Realty Corporation (PIC)
Prudential Insurance Company of America (PRUDEN)

**Ryan, Andrada & Lifter**
Kaiser Center Building
300 Lakeside Drive, Suite 1045
Oakland, CA 94612
510-763-6510 510-763-3921 (fax)
**Defendants:**
Cooper Hardware, Inc. (COOPHW)

**Sack Rosendin, LLP**
One Kaiser Plaza
Suite 340
Oakland, CA 94612
510-286-2200 510-286-8887 (fax)
**Defendants:**
C. Overaa & Co. (OVERAA)
Chicago Bridge & Iron Company (CB&I)
J.C. Penney Company, Inc. (PENNEY)
Parsons Energy & Chemical Group, Inc. (RMPCO)
Thomas F. Scollan Company (TFSCOL)

**Samaha Law Firm**
Professional Corporation
1117 E. Foothill Blvd., Suite A
La Canada, CA 91011
818-541-1011 818-541-1121 (fax)
**Defendants:**
Hood Corporation (HOOD)

**Scadden, Hamilton & Ryan**
NO LONGER IN BUSINESS
SERVICE TO BASS
San Francisco, CA 94104
415-362-5116 415-362-4214 (fax)
**Defendants:**
Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)

**Schell & Delamer, LLP**
888 South Figueroa Street
Suite 1740
Los Angeles, CA 90017
213-622-8181 213-627-5252 (fax)
**Defendants:**
Bruckner Manufacturing Corp. (BRUCK)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700 415-901-8701 (fax)
**Defendants:**
4520 Corp., Inc. (4520CP)
Deere & Company (DEERE)
Disneyland International (DISNEY)
Dixon Boiler Works, Inc. (DIXON)
F.P. Lathrop Construction Company (LATHRP)
General Refractories Company (GENREF)
Grefco, Inc. (GREFCO)
Kidde Industries, Grove North America Division (GROVE2)
Owens-Illinois, Inc. (OI)
Union Pacific Railroad Company (UP)

**Scolaro, Shulman, et al.**
90 Presidential Plaza
Syracuse, NY 13202
315-471-8111 315-471-1355 (fax)
**Defendants:**
Fulton Boiler Works, Inc. (FULBLR)

**Sedgwick, Detert, Moran & Arnold**
801 South Figueroa Street
18th Floor
Los Angeles, CA 90017
213-426-6900 213-426-6921 (fax)
**Defendants:**
Astra Flooring Company (ASTRA)
Clairol Incorporated (CLAIRL)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900 415-781-2635 (fax)
**Defendants:**
Caterpillar, Inc. (CAT)
Crown Coach Incorporated (CROWN)
Fenner Dunlop (Charlotte), Inc. ( fka Scandura, Inc.) (SCANDU)
Gatke Corporation (GATKE)
General Brewing Company (GBC)
Ingalls Shipbuilding, Inc. (INGALL)
Merck & Co., Inc. (MERCK)
Pacific Gas and Electric Company (PG&E)
Phillips Petroleum Company (PHLPS)
RCA Corporation (RCA)
Soco-Lynch Corporation (SOCO)
Tishman Speyer Market Street Venture Limited Partnership (TISHMN)

**Sellar, Hazard, Manning Ficenec & Lai**
1800 Sutter Street
Suite 460
Concord, CA 94520
925-938-1430 925-256-7508 (fax)
**Defendants:**
Pyro Minerals, Inc. (PYRO)

**Selman Breitman LLP**
11766 Wilshire Blvd., 6th Flr.
Los Angeles, CA 90025
310-445-0800 310-473-2525 (fax)
**Defendants:**
Andis Company (ANDIS)
C & M Building Materials (CMBLDG)
H.B. Fuller Company (HBF)
Sepco Corporation (SEPCO)

**Selman Breitman LLP**
33 New Montgomery
6th floor
San Francisco, CA 94105
415-979-0400 415-979-2099 (fax)
**Defendants:**
Atlas Heating and Ventilating Company, Ltd. (ATLASH)
Beckman Coulter, Inc. (BECOUL)
Darcoid Company of California (DARCO)
Dolan's Lumber Windows & Doors (DOLLUM)
Frank Bonetti Plumbing, Inc. (FBONET)
J.C. Wattenbarger & Sons (JCWATT)
Nationwide Boiler, Inc. (NATWID)
Oakfabco, Inc. (OAKFAB)
Pep Boys Manny Moe & Jack of California, The (PEPBOY)
Scott Co. of California (SCOTT)

**Sempra Energy**
Celeste Easton, Esq.
555 W. Fifth Street, Ste. 1400
Los Angeles, CA 90013
213-244-2942
**Defendants:**
San Diego Gas & Electric Company (SDG&E)

**Seyfarth Shaw LLP**
560 Mission Street, Suite 3100
San Francisco, CA 94105
415-397-2823 415-397-8549 (fax)
**Defendants:**
Avondale Industries, Inc. (AVONII)
Zenith Electronics Corporation (ZENTH)

**Sheppard, Mullin, Richter & Hampton LLP**
Helen Lauderdale, Esq.
333 South Hope St., 48th Floor
Los Angeles, CA 90071
213-620-1780 213-620-1398 (fax)
**Defendants:**
Gillette Company, The (GILLET)

**Sheppard, Mullin, Richter & Hampton LLP**
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
415-434-9100 415-434-3947 (fax)
**Defendants:**
Primerica Holdings (AMCAN) (PRIMER)

**Shughart Thomson & Kilroy**
Thomas Fisher/12 Wyandotte Plz
120 West 12th Street
Kansas City, MO 64105
816-421-3355 816-374-0509 (fax)
**Defendants:**
Rival Company, The (RIVAL)

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 80 of 87

Brayton-Purcell Service List

19

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Sideman & Bancroft LLP**
One Embarcadero Center
Eighth Floor
San Francisco, CA 94111
415-392-1960 415-392-0827 (fax)
**Defendants:**
Leroi International Inc. (LE ROI)

**SNR Denton US, LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000 415-882-0300 (fax)
**Defendants:**
Rapid-American Corporation (RAPID)

**Snyder, Cornelius & Hunter**
399 Taylor Blvd., Ste.106
Pleasant Hill, CA 94523
925-691-0400 925-691-9785 (fax)
**Defendants:**
Floorcraft, Inc. (FLOOR)

**State Compensation Insurance Fund - San Francisco**
1275 Market Street, #399
San Francisco, CA 94103
415-565-1234 415-565-3888 (fax)
**Defendants:**
Scatena Properties, Inc. (SCATEN)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400 213-439-9599 (fax)
**Defendants:**
Metropolitan Life Insurance Company (MET)

**Sterling & Clack**
101 Howard Street
Suite 400
San Francisco, CA 94105
415-543-5300 415-543-3335 (fax)
**Defendants:**
Friction Products Manufacturing Co. (FRICTI)

**Stevens, Drummond & Gifford**
1910 Olympic Boulevard
Suite 250
Walnut Creek, CA 94596
925-944-5550 925-256-9669 (fax)
**Defendants:**
Cooper Industries, LLC ( fka Cooper Industries, Inc.) (COOPIN)
Domco Products Texas, L.P. (DOMCO)
Kelly-Moore Paint Company, Inc. (KELLY)

**Stoel Rives LLP**
111 Sutter Street, Suite 700
San Francisco, CA 94104
415-617-8900 415-676-3000 (fax)
**Defendants:**
555 California Street Partners (555CAL)

**Stradling Yocca Carlson, et al.**
44 Montgomery St., Ste. 4200
San Francisco, CA 94104
415-765-9180 415-283-2255 (fax)
**Defendants:**
C.P.C. International (Best Foods) (CPCINT)

**Strickland, Haapala, et al.**
1939 Harrison St., Ste. 800
Oakland, CA 94612
510-763-2324 510-273-8534 (fax)
**Defendants:**
Chief Auto Parts Inc. (CHIEF)

**Tarlow, Naito & Summers**
15940 SW 72nd Avenue
Portland, OR 97224
503-968-9000 503-968-9002 (fax)
**Defendants:**
La Grand Industrial Supply Co. (LISC)

**Thaler & Thaler**
309 N. Tioga ST
Ithaca, NY 14850
607-272-2314 607-272-8466 (fax)
**Defendants:**
Warnock Hersey International (WARNOC)

**The Davis Law Firm**
3620 Fair Oaks Blvd.
Suite 200
Sacramento, CA 95864
916-333-5363 916-333-5373 (fax)
**Defendants:**
A.T.I. Parts (ATIAUT)
Armour and Company (ARMOUR)
McPhail's, Inc. (MCPHAI)

**The Kirk Law Firm**
455 Capitol Mall, Suite 605
Sacramento, CA 95814
916-609-1400 916-609-1409 (fax)
**Defendants:**
Underground Construction Company, Inc. (UNDERG)

**Thelen LLP**
333 South Hope Street
Suite 2900
Los Angeles, CA 90071
213-576-8000 415-644-6519 (fax)
**Defendants:**
R.T. Vanderbilt Company, Inc. (VANDER)

**Thelen LLP**
101 Second St., Ste 1800
San Francisco, CA 94105
415-371-1200 415-644-6519 (fax)
**Defendants:**
Fremont Group, Inc. (FREMNT)
GNWP Acquisition Company, Inc. (GNWPAQ)
Kaiser Center, Inc. (KAISCT)
Mandarin Oriental Hotel (MANDAR)
Pepperwood Corporation (PEPRWD)
Sequoia Ventures Inc. (SEQUOA)

**Thompson Hine LLP**
Richard Binzley/Eliz. Wright
3900 Key Ctr., 127 Public Sq.
Cleveland, OH 44114
216-566-5500 216-566-5800 (fax)
**Defendants:**
Chiquita Brands International, Inc. (CHIQUI)

**Titchell, Maltzman, et al.**
Philip B. Bass
650 California St., 29th Floor
San Francisco, CA 94108
415-392-5600 415-981-5027 (fax)
**Defendants:**
American Brass & Iron Foundry (AMERBI)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Tressler, Soderstrom, et al.**
2049 Century Park East
Suite 2140
Los Angeles, CA 90067
310-226-7460 310-226-7461 (fax)
**Defendants:**
John Bryant Motors (JBRYNT)

**Tressler, Soderstrom, Maloney & Priess, LLP**
3070 Bristol Street - Suite 450
Costa Mesa, CA 92626
714-429-2900 714-429-2901 (fax)
**Defendants:**
Allstate Insurance Company (ALLSTA)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400 415-617-2409 (fax)
**Defendants:**
FKI Industries, Inc. (FKIIND)
McCord Corporation ( fka McCord Gasket Corporation) (MCCORD)

**Vasquez, Estrada & Conway, LLP.**
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555 415-453-0549 (fax)
**Defendants:**
Air Conditioning Company, Inc. (ACCO)
Cathedral Hill Hotel, Inc. (CATHED)
Monterey Mechanical Company (MONMC)
Raypak, Inc. (RAYPAK)
Rheem Manufacturing Company (RHEEM)
Sturla, Inc., Medallion (MEDLLN)

**Venardi Elam LLP**
Two Ygnacio Center, Suite 750
2033 N. Main Street
Walnut Creek, CA 94596
925-937-3900 925-937-3905 (fax)
**Defendants:**
Heico Holding, Inc. (HEICO)

**Vogl & Meredith**
456 Montgomery Street
20th Floor
San Francisco, CA 94104
415-398-0200 415-398-2820 (fax)
**Defendants:**
Benson & Zimmerman Co. (BZCO)
Bryan Steam Corporation (BRYANS)
Burnham LLC (fka Burnham Corporation which will do business in California as Burnham Delaware, Inc.) (BURN)
I.B. Benedict Company (IBBEN)
Levi Strauss & Company (LEVI)
McLaughlin Plumbing & Heating Company (MCLPHC)
Pacific Pipe Company (PACPIP)
South City Lumber & Supply (SOUTLS)

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 -  SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Walsworth, Franklin, Bevins & McCall**
One City Boulevard W.
5th Floor
Orange, CA  92868-3677
714-634-2522   714-634-0686 (fax)
**Defendants:**
    Dowman Products, Inc. (DOWMAN)
    Hamilton Materials, Inc. (HAM-M)
    K. R. Anderson, Inc. (KRANDE)
    N.V. Heathorn, Inc. (NVHEAT)
    Parker Boiler Company (PARKER)
    Qualitex Company (QUALIT)
    Saberhagen Holdings, Inc. (SABERH)
    Star Manufacturing Int'l Inc. (STARM)
    Thomas Dee Engineering Company (DEE)
    Westward Flooring, Inc. (WESTFL)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA  94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
    Ajax Boiler Inc. (AJAXBO)
    Alta Mechanical (ALTAMC)
    American Chemet Corporation
(AMECHM)
    Baltimore Ennis Land Company, Inc.
(BALTEN)
    California Builders Hardware (CALBHC)
    California Supply, Inc. (CALSUP)
    Chester Avenue Brake & Supply
(CHESTE)
    Cleaver-Brooks, a division of Aqua-Chem,
Inc. (AQUA)
    Comet Auto Supply, Inc. (COMETA)
    Cosmodyne, Inc. (COSMOD)
    Dixon Ford (DIXONF)
    Dowman Products, Inc. (DOWMAN)
    Duro Dyne Corporation (DURODN)
    Ed Chovanes Ford, Inc. (EDCHOV)
    Friction Materials, Inc. (FRICTN)
    Genco Corporation (GENCO)
    General Plumbing Supply Company, Inc.
(GENPLU)
    George H. Wilson, Inc. (GEOHWL)
    Hamilton Materials, Inc. (HAM-M)
    K. R. Anderson, Inc. (KRANDE)
    Maltby Electric Supply Co., Inc.
(MALTBY)
    N.V. Heathorn, Inc. (NVHEAT)
    Oscar E. Erickson, Inc. (OSCAR)
    Palm Desert Country Club Association
(PALMCC)
    Pierce Enterprises (PIERCE)
    Qualitex Company (QUALIT)
    R.F. MacDonald Co. (RFMCD)
    Saberhagen Holdings, Inc. (SABERH)
    San Diego Gas & Electric Company
(SDG&E)
    SB Decking, Inc. (SBDECK)
    Standex International Corporation
(STANDX)
    Thomas Dee Engineering Company (DEE)
    Todd Pipe & Supply - Hawthorne, Inc.
(TODDPS)
    W.W. Henry Company, The (WWHNRY)
    Western Waterworks Supply Co.
(WSTWTR)
    White Consolidated Industries, Inc.
(WHITCI)

**Warner Bott Berry, Esq.**
One Maritime Plaza, Suite 700
San Francisco, CA  94111
415-981-1870   415-421-1525 (fax)
**Defendants:**
    Warnock Hersey International (WARNOC)

**Washburn, Briscoe & Mccarthy**
55 Francisco Street
Suite 600
San Francisco, CA  94133
415-421-3200   415-421-5044 (fax)
**Defendants:**
    Walter and Phyllis Holding Company, The
(WPHOLD)

**Wheatley, Osaki & Associates**
2600 E. Nutwood Ave, Ste. 101
Fullerton, CA  92631
714-992-6300   714-441-1652 (fax)
**Defendants:**
    Plumbing And Industrial Supply Company,
Inc. (PLUMIN)
    Wells Supply Company (WELSUP)

**White & Case**
Glenn M. Kurtz
1155 Avenue of the Americas
New York, NY  10036
212-819-8200   212-354-8113 (fax)
**Defendants:**
    Dick Bruhn, Inc. (DICKBR)
    Tarkett, Inc. (TARKET)

Case MDL No. 875 Document 8875-16 Filed 07/11/12 Page 83 of 87

Brayton-Purcell Service List

22

Date Created: 2/18/2011-9:34:49 AM
Created by: LitSupport - ServiceList - Reporting
Matter Number: 99998.001 - SF COMPLEX LIT

Run By : Torres, Karla (KKT)

**Williams, Romanski, et al.**
Alan J. Zapala
152 N. Third St, Suite 600
San Jose, CA 95112
408-275-8262 408-294-6707 (fax)
**Defendants:**
Bay Rubber Co. (BAYRUB)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
Attn: Howard L. Halm and Lisa Chen
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
213-443-5100 213-443-5101 (fax)
**Defendants:**
Alcoa Inc. (ALCOAI)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990 415-434-1370 (fax)
**Defendants:**
A.H. Voss Company (AHVOSS)
Alcoa Inc. (ALCOAI)
Asbestos Corporation Limited (ASBLTD)
Kubota Corporation (KUBOTA)

**Yaron & Associates**
601 California Street, 21st Floor
San Francisco, CA 94108
415-658-2929 415-658-2930 (fax)
**Defendants:**
Castroville Cold Storage (CSTRVL)
Todd Pacific Shipyards Corporation (TODDPC)

**Yeoryois C. Appallas, Esq.**
General Brewing Co. Legal Dept
100 Shoreline Hwy, Bldg B #395
Mill Valley, CA 94941
415-332-0550 415-332-0567 (fax)
**Defendants:**
General Brewing Company (GBC)

LexisNexis® File & Serve

Brayton Purcell LLP-Novato | Resource Center | File & Serve Preferenc

Home | Filing & Service | Alerts | Search

Case History | Cases Search | Daily Docket | Transaction Status | Advanced Search | Service of Process Transaction

Home > Transaction 36035925

Printable Version Transaction Report <<Previous transaction Next transaction>>

**Case number:** 828684 [View Case History]

Filed and served at 2/18/2011 10:26 AM PST

**Case name:** Master Asbestos

**Court:** CA Superior Court County of San Francisco

View all document(s) as a list   View document(s) inline

## Document List (3)   Total Statutory Fees: $0.00

**Main Document, 11 pages ID: 46022954**
Document History | PDF Format | Original Format

**Document type:** Witness List
**Clerk review status/action:** Accepted w/o Docketing
**Security:** Public
**Date reviewed:** 2/18/2011
**Statutory fee:** $0.00
**Document title:** MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON 10070; PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

**Main Document, 47 pages ID: 46022955**
Document History | PDF Format | Original Format

**Document type:** Declaration
**Clerk review status/action:** Accepted w/o Docketing
**Security:** Public
**Date reviewed:** 2/18/2011
**Statutory fee:** $0.00
**Document title:** DECLARATION OF JAMES P. NEVIN IN SUPPORT OF MASTER DESIGNATION OF EXPERT WITNESSES ON BEHALF OF ALL PLAINTIFFS REPRESENTED BY BRAYTON 10070; PURCELL LLP PURSUANT TO GENERAL ORDER NO. 156

**Main Document, 24 pages ID: 46022956**
Document History | PDF Format | Original Format

**Document type:** Proof of Service
**Clerk review status/action:** Accepted w/o Docketing
**Security:** Public
**Date reviewed:** 2/18/2011
**Statutory fee:** $0.00
**Document title:** PROOF OF SERVICE BY LEXIS-NEXIS E-SERVICE

## Other Transaction Data

**Transaction Comment:**
None

**Financial Comment:**
None

**Client matter code**
SF Complit

## Parties and Recipients   View Read Status

### Sending Parties (1)

| Party | Party Type | Attorney | Attorney Type | Firm |
|---|---|---|---|---|
| Plaintiff, | Interested Party | Counsel, Asbestos Bp | Attorney in Charge | Brayton Purcell LLP-Novato |

**Recipients (7344)**

1-50 of 7344 recipients <<Prev | Page 1 of 147 | Next>>

| Party | Party Type | Attorney | Firm | Delivery Status | Delivery Method | Type |
|---|---|---|---|---|---|---|
| 3M Co | Interested Party | Linda M Moroney | Gordon & Rees-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| 3M Co Inc | Interested Party | Linda M Moroney | Gordon & Rees-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| 3M Innovative Properties Co | Interested Party | Linda M Moroney | Gordon & Rees-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| 4520 Corp | Interested Party | Jeffrey R Williams | Schiff Hardin LLP-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| 4520 Corp | Interested Party | Asbestos M&J Counsel | Schiff Hardin LLP-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| 7-Eleven, Inc. | Interested Party | Christopher M Harnett | Archer Norris-Walnut Creek | 2/18/2011 10:26 AM PST | E-Service | Service |
| 84 Lumber Company LP | Interested Party | Nelson C Barry | Bishop Barry Drath | 2/18/2011 10:26 AM PST | E-Service | Service |
| 84 Lumber Company LP | Interested Party | George D Yaron | Yaron & Associates | 2/18/2011 10:26 AM PST | E-Service | Service |
| 84 Lumber Company LP | Interested Party | Keith E Patterson | Yaron & Associates | 2/18/2011 10:26 AM PST | E-Service | Service |
| 84 Lumber Company LP | Interested Party | Stephen J Foley | Foley & Mansfield PLLP-Oakland | 2/18/2011 10:26 AM PST | E-Service | Service |
| 84 Lumber Company LP | Interested Party | Asbestos Ve Counsel | Vasquez Estrada & Conway LLP | 2/18/2011 10:26 AM PST | E-Service | Service |
| 84 Lumber Company LP | Interested Party | Gina Haran | Adams Nye Becht LLP | 2/18/2011 10:26 AM PST | E-Service | Service |
| A & A Building Material Co | Interested Party | Andy J Goetz | Prindle Decker & Amaro LLP-Long Beach | 2/18/2011 10:26 AM PST | E-Service | Service |
| A & A Building Material Co | Interested Party | Mary Hillyard | Prindle Decker & Amaro LLP-Long Beach | 2/18/2011 10:26 AM PST | E-Service | Service |
| A & A Building Material Co | Interested Party | William M Hake | Cooley Manion Jones Hake Kurowski LLP | 2/18/2011 10:26 AM PST | E-Service | Service |
| A & A Building Material Co | Interested Party | Jeremy D Milbrodt | Prindle Decker & Amaro LLP-Long Beach | 2/18/2011 10:26 AM PST | E-Service | Service |
| A & A Building Supply Inc | Interested Party | James C Parker | Brydon Hugo & Parker-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A & A Mechanical Contractors Inc | Interested Party | Jennifer M McCormick | Foley & Mansfield PLLP-Oakland | 2/18/2011 10:26 AM PST | E-Service | Service |
| A & A Mechanical Contractors Inc | Interested Party | Douglas G Wah | Foley & Mansfield PLLP-Oakland | 2/18/2011 10:26 AM PST | E-Service | Service |
| A & A Mechanical Contractors Inc | Interested Party | Tsun-Chi Eric Sun | Foley & Mansfield PLLP-Oakland | 2/18/2011 10:26 AM PST | E-Service | Service |
| A & A Mechanical Contractors Inc | Interested Party | Sabrina L Axt | Foley & Mansfield PLLP-Oakland | 2/18/2011 10:26 AM PST | E-Service | Service |
| A & G Auto Parts Inc | Interested Party | Michael J Pietrykowski | Gordon & Rees-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A & G Auto Parts Inc | Interested Party | Timothy K Killelea | Gordon & Rees-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A & G Auto Parts Inc | Interested Party | Thomas A Packer | Gordon & Rees-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A & M Motor Supply | Interested Party | Asbestos SB-SF Counsel | Selman Breitman LLP-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A B B Automation Inc | Interested Party | Jiyon C Yun | Archer Norris-Walnut Creek | 2/18/2011 10:26 AM PST | E-Service | Service |
| A B B DE Inc | Interested | Eugene C | Archer Norris-Walnut Creek | 2/18/2011 | E-Service | Service |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Party | Blackard | | 10:26 AM PST | | |
| A B B DE Inc | Interested Party | Jiyon C Yun | Archer Norris-Walnut Creek | 2/18/2011 10:26 AM PST | E-Service | Service |
| A B B Inc | Interested Party | Eugene C Blackard | Archer Norris-Walnut Creek | 2/18/2011 10:26 AM PST | E-Service | Service |
| A B B Inc | Interested Party | Nandor B Krause | Archer Norris-Walnut Creek | 2/18/2011 10:26 AM PST | E-Service | Service |
| A B B Inc | Interested Party | Jiyon C Yun | Archer Norris-Walnut Creek | 2/18/2011 10:26 AM PST | E-Service | Service |
| A B Boyd Co | Interested Party | Sonja E Blomquist | Low Ball & Lynch-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A B H I Crockett | Interested Party | Mark Love | Selman Breitman LLP-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A B H I Crockett | Interested Party | Carina Zaragoza | Selman Breitman LLP-Los Angeles | 2/18/2011 10:26 AM PST | E-Service | Service |
| A B H I Crockett | Interested Party | Asbestos SB-SF Counsel | Selman Breitman LLP-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A B H I Crockett Inc | Interested Party | Christopher W Wood | McKenna Long & Aldridge LLP-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A B H I Crockett Inc | Interested Party | Asbestos SB-SF Counsel | Selman Breitman LLP-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A B M INDUSTRIES INC | Interested Party | Robert C Keeney | Imai Tadlock Keeney & Cordery LLP | 2/18/2011 10:26 AM PST | E-Service | Service |
| A C And S Inc | Interested Party | Michael J Pietrykowski | Gordon & Rees-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A C And S Inc | Interested Party | Karen A Henry | Thelen Reid Brown Raysman & Steiner LLP-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A C And S Inc | Interested Party | Jennifer M Ways | Prindle Decker & Amaro LLP-Long Beach | 2/18/2011 10:26 AM PST | E-Service | Service |
| A C Construction Inc | Interested Party | Eugene C Blackard | Archer Norris-Walnut Creek | 2/18/2011 10:26 AM PST | E-Service | Service |
| A C Delco | Interested Party | Charles W Jenkins | Poole & Shaffery LLP | 2/18/2011 10:26 AM PST | E-Service | Service |
| A D L Construction Ltd | Interested Party | Asbestos SB-SF Counsel | Selman Breitman LLP-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A F C Cable Systems Inc | Interested Party | Amy Talarico | Morgan Lewis & Bockius LLP-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A H Robins Co Inc | Interested Party | Asbestos BHP Counsel | Brydon Hugo & Parker-San Francisco | 2/18/2011 10:26 AM PST | E-Service | Service |
| A H Robins Co Inc | Interested Party | Denise J Serra | McNamara Ney Beatty Slattery Borges & Ambacher LLP-Walnut Creek | 2/18/2011 10:26 AM PST | E-Service | Service |
| A H Robins Co Inc | Interested Party | Thomas H Sloan | Krieg Keller Sloan Reilley & Roman LLP | 2/18/2011 10:26 AM PST | E-Service | Service |
| A H Robins Co Inc | Interested Party | Laura Levy | Hollins & Levy LLP-Calabasas | 2/18/2011 10:26 AM PST | E-Service | Service |
| A H Robins Co Inc | Interested Party | Asbestos Ve Counsel | Vasquez Estrada & Conway LLP | 2/18/2011 10:26 AM PST | E-Service | Service |

1-50 of 7344 recipients <<Prev | Page 1 of 147 | Next>>

**Additional Recipients (0)**

| Document/Notice | Name | Delivery Method | Delivery Status |
|---|---|---|---|
| | | none available | |

**Courtesy Copy Recipients (0)**

none available

## Sender Information

Submitted by: Karla Torres, Brayton Purcell LLP-Novato

Authorizer: Asbestos Bp Counsel, Brayton Purcell LLP-Novato

<<Previous transaction Next transaction>>

About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2011 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.