ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
RICHARD M. GRANT, ESQ., CA S.B. #55677
E-Mail:  rgrant@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875<br>2:01-md-00875-ER |
| KIMBRA GOTTSCHALL, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT GOTTSCHALL, Deceased, and DEBRA GABALL, RAYMOND GOTTSCHALL, ROBERT W. GOTTSCHALL, RONALD GOTTSCHALL, as Legal Heirs of ROBERT GOTTSCHALL, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>Defendants. | PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER<br><br>Hon. Eduardo C. Robreno<br>E.D. PA No. 2:11-cv-60035-ER<br><br><br><br>This document relates to:<br><br>*Kimbra Gottschall, et al. v. General Electric Company, et al.,* United States District Court, Northern District of California, Case No. 4:10-cv-05096-CW |

Pursuant to Rule 10.2(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML Rules"), plaintiffs respectfully file this Notice of Opposition to the Conditional Remand Order entered by the Panel on July 5, 2012.  Specifically, plaintiffs oppose the remand because there are still motions pending in the Eastern District of Pennsylvania, namely plaintiffs' Motions for Reconsideration regarding motions for summary judgment/adjudication by defendants Huntington Ingalls Corporation and General Dynamic

1 | Corporation. Plaintiffs will file their Motion to Vacate the Conditional Remand Order, and
2 | supporting brief, within fourteen (14) days of this Notice, pursuant to JPML Rule 10.2(e).
3 | Dated:  July 11, 2012                              BRAYTON❖PURCELL LLP

By:   /s/ *Richard Grant*
Richard M. Grant, Esq., CA S.B. #55677
Email: rgrant@braytonlaw.com
Tel: (415) 898-1555
Fax: (415) 898-1247
Attorneys for Plaintiffs

MDL 875
2:01-md-00875-ER
*Kimbra Gottschall, et al. v. General Electric Company, et al.*
United States District Court, E.D.P.A. Case No. 2:11-cv-60035-ER

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on July 12, 2012, the following document(s).

 PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER SEVERING PUNITIVE DAMAGES CLAIMS

 Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

 I further certify that I have mailed the foregoing document by First-Class Mail, postage paid, on all parties listed on the attached list.

 Dated this 12th day of July, 2012.

                 /s/ *Sherry De La Torre*

```
Date Created: 7/12/2012-9:55:02 AM                                    Run By : De La Torre, Sherry
(SLD)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 113016.003 - Kimbra Gottschall
```

Bayou Pierre Service List

| | | |
|---|---|---|
| **Jackson Jenkins Renstrom LLP** | **Tucker Ellis LLP** | **Walsworth, Franklin, Bevins & McCall, LLP** |
| 55 Francisco Street, 6th Floor | 135 Main Street, Suite 700 | 601 Montgomery Street, 9th Floor |
| San Francisco, CA 94133 | San Francisco, CA 94105 | San Francisco, CA 94111 |
| 415-982-3600   415-982-3700 (fax) | 415-617-2400   415-617-2409 (fax) | 415-781-7072   415-391-6258 (fax) |
| **Defendants:** | **Defendants:** | **Defendants:** |
| General Dynamics Corporation (GENDYN) | Huntington Ingalls Incorporated (fka Northrop Grumman Shipbuilding, Inc.) (NGSHBU) | General Electric Company (GE) |