IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) <br> LIABILITY LITIGATION (No. VI) ) <br> ) <br> This Document Relates To: ) <br> ) <br> RANDALL WADE and CAROL WADE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> 3M COMPANY, et al., ) <br> ) <br> Defendants. ) | MDL DOCKET NO. 875 <br> EDPA Civil Case No. 11-67754 <br><br><br> Transferred from the <br> U.S. Dist. Court, District of Delaware <br> Civil Case No. 1:11-cv-00966-SLR |

FILED JUN 2 6 2012 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk

## ORDER

IT IS HEREBY ORDERED this 25th day of June, June 2012, pursuant to the agreement of the removing party, Viad Corp and the Plaintiffs that this case is remanded to the Superior Court of the State of Delaware in and for New Castle County.

_____
Judge Eduardo C. Robreno

{DE213300.1}