ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
RICHARD M. GRANT, ESQ., CA S.B. #55677
E-Mail: rgrant@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# BEFORE THE JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 2:01-md-00875-ER |
| KIMBRA GOTTSCHALL, as Wrongful Death Heir, and as Successor-in-Interest to ROBERT GOTTSCHALL, Deceased, and DEBRA GABALL, RAYMOND GOTTSCHALL, ROBERT W. GOTTSCHALL, RONALD GOTTSCHALL, as Legal Heirs of ROBERT GOTTSCHALL, Deceased, Plaintiffs, vs. GENERAL ELECTRIC COMPANY, et al., Defendants. | NOTICE OF WITHDRAWAL OF PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER Hon. Eduardo C. Robreno E.D. PA No. 2:11-cv-60035-ER This document relates to: *Kimbra Gottschall, et al. v. General Electric Company, et al.,* United States District Court, Northern District of California, Case No. 4:10-cv-05096-CW |

Plaintiffs hereby withdraw their Notice of Opposition to Conditional Remand Order, having been notified by the Judicial Panel that the Conditional Remand order in this matter has already been finalized.

Dated: July 13, 2012                     BRAYTON❖PURCELL LLP
                                         By:  /s/ *Richard Grant*
                                         Richard M. Grant, Esq., CA S.B. #55677
                                         Email: rgrant@braytonlaw.com
                                         Tel: (415) 898-1555
                                         Fax: (415) 898-1247
                                         Attorneys for Plaintiffs

K:\Injured\113016\FED\PLD\ntc-wdraw-opp-cro-JPML.wpd                                    KJC
NOTICE OF WITHDRAWAL OF PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER

MDL 875
2:01-md-00875-ER
*Kimbra Gottschall, et al. v. General Electric Company, et al.*
United States District Court, E.D.P.A. Case No. 2:11-cv-60035-ER

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that I electronically filed with the Clerk of the Judicial Panel MDL using the CM/ECF system on July 13, 2012, the following document(s).

    NOTICE OF WITHDRAWAL OF PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER

    Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

    I further certify that I have mailed the foregoing document by First-Class Mail, postage paid, on all parties listed on the attached list.

    Dated this 13th day of July, 2012.

                                          /s/ *Sherry De La Torre*

CERTIFICATE OF SERVICE

```
Date Created: 7/12/2012-9:55:02 AM                                          Run By : De La Torre, Sherry
(SLD)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 113016.003 - Kimbra Gottschall
```

| | | |
|---|---|---|
| **Jackson Jenkins Renstrom LLP**<br>55 Francisco Street, 6th Floor<br>San Francisco, CA 94133<br>415-982-3600   415-982-3700 (fax)<br>**Defendants:**<br>   General Dynamics Corporation (GENDYN) | **Tucker Ellis LLP**<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>415-617-2400   415-617-2409 (fax)<br>**Defendants:**<br>   Huntington Ingalls Incorporated (fka Northrop Grumman Shipbuilding, Inc.) (NGSHBU) | **Walsworth, Franklin, Bevins & McCall, LLP**<br>601 Montgomery Street, 9th Floor<br>San Francisco, CA 94111<br>415-781-7072   415-391-6258 (fax)<br>**Defendants:**<br>   General Electric Company (GE) |