## Before the Judicial Panel on Multidistrict Litigation
## MDL-875 -- In re Lea Williams, Administratrix for the Estate of Joseph Williams

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Lea Williams, Administratrix for the Estate of Joseph Williams<br><br>Plaintiff<br>v.<br><br>CBS Corporation, Elliott Turbomachinery Co., Inc., Foster Wheeler, L.L.C., General Electric Company.<br><br>Defendants | United States District Court for the District of Connecticut (New Haven) | 3:12cv01037 | Robert N. Chatigny |

2868838v.1