| | |
|---|---|
| 1 | MICHELE C. BARNES (SBN: 187239) |
| | michele.barnes@klgates.com |
| 2 | JASON N. HAYCOCK (SBN: 278983) |
| | jason.haycock@klgates.com |
| 3 | **K&L GATES LLP** |
| | Four Embarcadero Center, Suite 1200 |
| 4 | San Francisco, CA 94111 |
| | Telephone: 415.882.8200 |
| 5 | Facsimile: 415.882.8220 |
| 6 | Attorneys for Defendant |
| | CRANE CO. |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI), | MDL DOCKET NO. 875 |
| This Document Relates To: | NOTICE OF TAG ALONG ACTION |

---

1

**NOTICE OF TAG-ALONG ACTION**

MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com
JASON N. HAYCOCK (SBN: 278983)
jason.haycock@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
CRANE CO.

ORIGINAL FILED
2012 JUL 13 P 1:27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISON

DMR

ELVIRA B. JOHNSON, Individually and as Personal Representative to the Estate of DANNY JOE JOHNSON, Deceased, LYNSIE D. JOHNSON, JEFF LONDON and BRENT REVOK,

Plaintiffs,

vs.

**A. W. CHESTERTON COMPANY; AMCORD, INC.**, individually and as successor-in-interest to Riverside Cement; **AURORA PUMP COMPANY; BUFFALO PUMPS, INC.; CHEVRON U.S.A., INC.**, (individually and d/b/a Chevron Products Company); **CLEAVER-BROOKS, INC.**, (individually and f/lda Aqua-Chem, Inc.); **CONOCOPHILLIPS COMPANY; CRANE CO.**, (individually and as successor in interest to Chapman Valves); **DAP PRODUCTS, INC.; DAYTON ELECTRIC MANUFACTURING, CO.** (Individually and as a wholly-owned subsidiary of W.W. Grainger, Inc.); **DOWMAN PRODUCTS, INC.; ERICSSON, INC.** (individually, and as successor-in-interest to The Anaconda Company, successor-in-interest to Anaconda-Ericsson, Inc., successor-in-interest to Continental Wire & Cable Company and successor-in-interest to Anaconda Wire & Cable Company);

Civil Action No. CV 12 3678

(Superior Court of the State of California for the City and County of San Francisco, CA, Case No. CGC-12-276033)

**NOTICE OF TAG-ALONG ACTION**

---

1
NOTICE OF TAG-ALONG ACTION

| | |
|---|---|
| 1 | EXXON MOBIL CORPORATION; GEORGIA-PACIFIC, LLC (f/k/a Georgia-Pacific |
| 2 | Corporation, individually and as successor-in-interest to Bestwall Gypsum Company); GOLDEN GATE |
| 3 | DRYWALL, INC.; GOULD ELECTRONICS, INC.; GOULDS PUMPS INCORPORATED; |
| 4 | HANSON PERMANENTE CEMENT, INC., (f/k/a Kaiser Cement Corporation, individually and as |
| 5 | successor-in-interest to Kaiser Gypsum Company, Inc.); HIGHLAND STUCCO AND LIME |
| 6 | PRODUCTS, INC.; HONEYWELL INTERNATIONAL, INC. (individually and as |
| 7 | successor-in-interest to Allied-Signal, Inc. and The Bendix Corporation); INGERSOLL-RAND |
| 8 | COMPANY; ITT CORPORATION (f/k/a ITT Industries, Inc., individually and as successor-in- |
| 9 | interest to "Bell & Gossett" branded products and Grinnell Corporation); JOHN CRANE, INC.; |
| 10 | KAISER GYPSUM COMPANY, INC.; KELLY-MOORE PAINT COMPANY, INC.; KENTILE |
| 11 | FLOORS, INC.; MERLEX STUCCO, INC.; MONTELLO, INC.; OWENS-ILLINOIS, INC. |
| 12 | (individually and as successor-in-interest to Owens-Illinois Glass Company and d/b/a O-I); PAREX |
| 13 | USA, INC. (individually and as successor-in-interest to Parexlahabra, Inc., and La Habra Products, Inc.); |
| 14 | RICH-TEX, INC.; ROCKBESTOS-SURPRENANT CABLE CORPORATION (f/k/a |
| 15 | The Rockbestos Company, Inc.); SAN FRANCISCO GRAVEL COMPANY; SCHNEIDER |
| 16 | ELECTRIC USA, INC. (f/k/a Square D Company); SHELL OIL COMPANY; TEXAS INDUSTRIES, |
| 17 | INC. (Individually, and as successor-in-interest to Riverside Cement Company); THE OKONITE |
| 18 | COMPANY; TXI CALIFORNIA, INC. (Individually, and as successor-in-interest to |
| 19 | Riverside Cement Company); TXI RIVERSIDE, INC. (individually, and as successor-in-interest to |
| 20 | Riverside Cement Company); UNION CARBIDE CORPORATION; W.W. GRAINGER, INC.; |
| 21 | WARREN PUMPS, L.L.C. (f/k/a Warren Pumps, Inc.); WESTPAC MATERIALS, LLC, Individually |
| 22 | and as Successor-In-Interest to Hamilton Materials, Inc. f/k/a/ Hamilton Distribution, Inc.); YARWAY |
| 23 | CORPORATION, and DOES 1-300 |
| 24 | |
| 25 | Defendants |
| 26 | |
| 27 | |
| 28 | |

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On November 23, 2011, the Panel on Multidistrict Litigation and the Hon. Eduardo C. Robreno issued an order and recommendation terminating the new transfer of tag-along actions to the MDL, with several exceptions, including cases venued in the Northern District of California. A copy of that order is attached hereto as Exhibit 1.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Respectfully submitted,

Date: July 13, 2012          By: _____
Michele C. Barnes (CA S.B. # 187239)
Jason N. Haycock (CA S.B. # 278983)
Attorneys for Defendant
CRANE CO.