UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | | |
|---|---|---|
| Thomas Morris v. C.C. Moore & Co. Engineers, et al., | ) | |
| N.D. California, C.A. No. 3:12-02790 | ) | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Morris*) on June 8, 2012.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Morris* filed a notice of opposition to the proposed transfer.  Plaintiff later filed a motion and brief to vacate the conditional transfer order.  The Panel has now been advised that *Morris* was remanded to the Superior Court of California, County of San Francisco, by the Honorable Susan Illston in an order filed on July 5, 2012.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-515" filed on June 8, 2012, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel