BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re Donald Filosi Litigation

SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| *David Filosi v. GENERAL ELECTRIC COMPANY; CBS CORPORATION f/k/a VIACOM, INC., successor-by-merger with CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION; AIR & LIQUID CORPORATION as successor-by-merger to BUFFALO PUMPS, INC.* | United States District Court for the District of Connecticut | 3:12-cv-01008-JCH | Janet C. Hall |