## Before the Judicial Panel on Multidistrict Litigation
## MDL-875 – In re Edmond and Mary Jo Fredsbo

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Edmond and Mary Jo Fredsbo<br><br>Plaintiffs<br>v.<br><br>CBS Corporation,<br>Foster Wheeler, L.L.C.,<br>General Electric Company.<br><br>Defendants | United States District Court for the District of Connecticut (New Haven) | 3:12-cv-01091 | Stefan R. Underhill |
|  |  |  |  |

2577980v.1