BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**In re Edmond and Mary Jo Fredsbo**                               **MDL 875**

**Proof of Service**

I hereby certify that a copy of the foregoing was served by email on this 30th day of July, 2012 to the following:

Christopher Meisenkothen, Esq.
Early Lucarelli, Sweeney & Strauss
One Century Tower
265 Church Street
New Haven, CT  06508-1866
**Attorney for Plaintiff Lea Williams**

Thomas F. Maxwell, Jr.
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006
**Attorney for Defendant CBS Corporation**

James Oswald, Esq.
Adler Pollock & Sheehan
One Citizens Plaza 8th Floor
Providence, RI  02903-1345
**Attorney for Defendant Foster Wheeler, LLC**

/s/ Dan E. LaBelle
Dan E. LaBelle

2577983v.1