

**Vorys, Sater, Seymour and Pease LLP**
Legal Counsel

52 East Gay St.
PO Box 1008
Columbus, Ohio 43216-1008

614.464.6400 | www.vorys.com

Founded 1909

**Richard D. Schuster**
Direct Dial   (614) 464-5475
Direct Fax   (614) 719-4955
Email rdschuster@vorys.com

July 31, 2012

<u>VIA US MAIL</u>

Clerk of the Panel
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

**Before the United States Judicial Panel on Multidistrict Litigation**

Re:   MDL-875 Docket - Notice of Potential "Tag-Along Actions"

<u>In Re:  Lois Gorrell, as Executrix of the Estate of Alvin Winslow, and Audrey Winslow Individually, v. The Goodyear Tire & Rubber Company, et al.</u>
In the United States District Court for the Northern District of Ohio
Case No. 5:12-CV-10002

Dear Clerk of the Panel:

I am writing to advise the Panel of the above-referenced potential "tag-along action."  I have enclosed a copy of the Docket Sheet from the Northern District of Ohio and a copy of plaintiffs' Complaint.

We believe this action fits the exception for non-Mardoc cases from Ohio Northern set forth in the "Suggestion to the Panel on Multidistrict Litigation ('The Panel') Concerning Future Tag-Along Transfers" issued by the Honorable Eduardo C. Robreno on November 23, 2011 and adopted by the Panel on December 13, 2011.

Sincerely yours,

/s/ Richard D. Schuster

Richard D. Schuster, Esq.

RDS/src
Enclosures