TUCKER ELLIS LLP
NICOLE GAGE – SBN 208658
FERLIN RUIZ – SBN 209258
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: (415) 617-2400
Facsimile: (415) 617-2409
nicole.gage@tuckerellis.com;
ferlin.ruiz@tuckerellis.com

Attorneys for Defendant
ROCKWELL AUTOMATION, INC.

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL 875 |
| JAMES DEL PINO and BEVERLY I. DEL PINO,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY et al.,<br><br>Defendants. | DEFENDANT ROCKWELL AUTOMATION, INC.'S NOTICE OF POTENTIAL TAG-ALONG ACTION<br><br>Case No. 12-cv-3911-SC |

**PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

1
NOTICE OF TAG-ALONG ACTION
SFOiManage/013027/000048/262608/1

1  The undersigned hereby notifies the court that this is a potential "tag-along action" which
2  may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may
3  either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to
4  show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

DATED: August 1, 2012                    TUCKER ELLIS & WEST LLP


                                          /s/   John Son
                                          John Son
                                          Attorneys for Defendant
                                          ROCKWELL AUTOMATION, INC.