## SCHEDULE

| Division | CA # | Judge | Case Caption |
|---|---|---|---|
| Northern District CA | 12-cv-3911 | Hon. Judge Samuel Conti | James Del Pino and Beverly I. Del Pino v. 3M Company et al. |