## CERTIFICATE OF SERVICE

*James Del Pino et al. v. 3M Company et al.*

I hereby certify that a copy of the foregoing was mailed to the following counsel of record and non-appearing parties on August 1, 2012.

| | |
|---|---|
| Archer Norris<br>2033 N. Main Street, Ste. 800<br>Post Office Box 8035<br>Walnut Creek, CA 94596 | BARON & BUDD, P.C.<br>3102 Oak Lawn Ave., Suite 1100<br>Dallas, TX 72519 |
| Bassi Edlin Huie & Blum<br>500 Washington Street<br>Suite 700<br>San Francisco, CA 94111 | Berry & Berry<br>2930 Lakeshore Avenue,<br>Oakland, California 94610 |
| Brown, Eassa & McLeod LP<br>1999 Harrison Street, 18th Fl<br>Oakland, CA 94612-0850 | Law Offices of James B. Clapp<br>1611 Telegraph Ave., Ste. 310<br>Oakland, CA 94612 |
| DeHay & Elliston<br>1111 Broadway<br>Suite 1950<br>Oakland, CA 94607 | Foley & Mansfield<br>3000 Lakeside Drive<br>Suite 1900<br>Oakland, CA 94612 |
| Gordon & Rees LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | HakeLaw, PC<br>343 Sansome St., Ste. 425,<br>San Francisco, CA 94199 |
| Hassard Bonnington LLP<br>Two Embarcadero Center<br>Suite 1800<br>San Francisco, CA 94111-3941 | Howard Rome Martin & Ridley LLP<br>1775 Woodside Road, Suite 200<br>Redwood City, CA 94061-3436 |
| Imai Tadlock Keeney & Cordery<br>100 Bush St # 1300<br>San Francisco, CA 94104-3915 | K & L Gates LLP<br>Four Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111 |
| McKenna Long & Aldridge LLP<br>101 California Street, 41st Floor<br>San Francisco, CA 94111 | Perkins Coie<br>Four Embarcadero Center<br>Suite 2400<br>San Francisco, CA 94111 |

SFOiManage/013027/000048/262609/1

| | |
|---|---|
| Pond North, LLP<br>350 South Grand Avenue Suite 3300<br>Los Angeles, CA 90071 | Prindle Decker & Amaro<br>310 Golden Shore Ste 400<br>Long Beach, CA 90802 |
| Poole & Shaffery<br>San Francisco Office<br>225 Bush Street, 16th Floor<br>San Francisco, CA 94104 | Selman Breitman<br>33 New Montgomery Street<br>Sixth Floor<br>San Francisco, CA 94105-000 |
| Walsworth, Franklin, Bevins & McCall<br>601 Montgomery Street, 9th Floor<br>San Francisco, CA 94111 | |

_____
Rene Paufve

---

2
CERTIFICATE OF SERVICE

SFOiManage/013027/000048/262609/1