**UNITED STATES JUDICAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To:<br>_____ | ) )<br>) ) **MDL 875**<br>) )<br>) )<br>) |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANNY SANDERS, et.al.<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY, et.al.<br><br>Defendants. | ) **CASE NO. CV 12-3178 NC**<br>) (Superior Court of the State of California for<br>) the City and County of San Francisco, CA,<br>) case no. CGC-12-276053)<br>)<br>) **NOTICE OF TAG-ALONG ACTION**<br>)<br>)<br>)<br>)<br>) |

**PLEASE TAKE NOTICE** that this case, involving asbestos related injuries, is a potential "tag-along action" that may be subject to transfer to MDL-875 in the Eastern District of Pennsylvania.

Two other actions presently pending in this Court, styled with the same caption, removed without awareness of the prior removal of this case or each other, case nos. CV 12-3506 KAW and CV 12-3994 LB, have already been reported to this Panel by counsel in those cases.

Dated: 8/1/12

_____
Stephen K. Brunk, Esq. (Cal. State Bar no. 53238)
Law Office of Stephen K. Brunk
6098 La Jolla Mesa
La Jolla, CA 92037
619-234-3300

Attorney for defendant Avco Corporation, erroneously sued as "Lycoming Engines"