**UNITED STATES JUDICAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

NO VI

This Document Relates To:

**MDL 875**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

LANNY SANDERS, et.al.

    Plaintiffs,

vs.

3M COMPANY, et.al.

    Defendants.

**CASE NO. CV 12-3178 NC**
(Superior Court of the State of California for the City and County of San Francisco, CA, case no. CGC-12-276053)

**SCHEDULE OF RELATED ACTIONS**

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, defendant Avco Corporation, erroneously sued as "Lycoming Engines," hereby provides notice that it has no related actions currently pending before the Judical Panel on Multidistrict Litigation.

Dated: 8/1/12

                _/s/ Stephen K. Brunk_
Stephen K. Brunk, Esq. (Cal. State Bar no. 53238)
Law Office of Stephen K. Brunk
6098 La Jolla Mesa
La Jolla, CA 92037
619-234-3300

Attorney for defendant Avco Corporation, erroneously sued as "Lycoming Engines"