**UNITED STATES JUDICAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION )
)
) **MDL 875**
NO VI )
)
This Document Relates To: )
)

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANNY SANDERS, et.al. )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>3M COMPANY, et.al. )<br>)<br>Defendants. )<br>)<br>) | **CASE NO. CV 12-3178 NC**<br>(Superior Court of the State of California for the City and County of San Francisco, CA, case no. CGC-12-276053)<br><br>**CERTIFICATE OF SERVICE** |

I, Stephen K. Brunk, declare that:

I am employed in the County of San Diego, State of California, I am over the age of 18 years and not a party to this action. My business address is 6098 La Jolla Mesa, La Jolla, CA 92037.

On August 1, 2012, I served the following document(s):

DEFENDANT AVCO CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION
DEFENDANT AVCO CORPORATION'S SCHEDULE OF RELATED ACTIONS

XX   By posting the documents directly on the District Court's CM/ECF website. Each transmission was reported as complete and without error; I am a member of the bar of the involved District Court.

Executed on August 1, 2012, at La Jolla, California.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Stephen K. Brunk