**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing, PLAINTIFFS' OPPOSITION TO DEFENDANTS UNION CARBIDE CORPORATION AND MONTELLO INC.'S MOTION TO VACATE CONDITIONAL REMAND ORDER; DECLARATION OF KIMBERLY J. CHU IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS UNION CARBIDE CORPORATION AND MONTELLO INC.'SJOINT MOTION TO VACATE CONDITIONAL REMAND ORDER, was served via the Court's CM/ECF system on the following counsel of record on August 2, 2012:

Baker Botts LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Hartman, Blackstock & Moore
182 Howard Street , # 414
San Francisco, CA 94105

Law Offices of Nancy E. Hudgins
565 Commercial, 4th Floor
San Francisco, CA 94111

      /s/ Angela Porterfield
      Angela Porterfield

<u>Samantha Lyman, et al. v. Union Carbide Corporation, et al.</u>
Case No. 2:09-cv-62999-ER

CERTIFICATE OF SERVICE