AMENDED CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system on the following counsel of record, each of whom has consented to electronic service via the CM/ECF system, on the 1st day of August 2012:

> Richard M. Grant
> David R. Donadio
> Kimberly J.W.J. Chu
> Brayton Purcell LLP
> 222 Rush Landing Road
> P.O. Box 6169
> Novato, California 94948-6169
>
> Molly J. Mrowka
> Hartman, Blackstock & Moore, PPC
> 182 Howard Street #414
> San Francisco, CA  94105
>
> Catherine Morris Krow
> Orrick, Herrington & Sutcliffe LLP
> The Orrick Building
> 405 Howard Street
> San Francisco, CA  94105

I certify that a true and correct copy of the foregoing was served via e-mail and via the Court's CM/ECF system on the following counsel of record, who has consented to electronic service via the CM/ECF system, on the 2nd day of August, 2012:

> Mary Elizabeth Pougiales
> Brayton Purcell LLP
> 222 Rush Landing Rd.
> P.O. Box 6169
> Novato, California 94948-6169
> mpougiales@braytonlaw.com

_____
Andrew J. Yoder