## Before the Judicial Panel on Multidistrict Litigation
## MDL-875 – In re Bruce Pelton and Glenna Pelton

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Bruce Pelton and Glenna Pelton<br><br>Plaintiffs<br><br>v.<br><br>Air & Liquid Systems Corporation, CBS Corporation, Eaton Corporation, Elliott Turbomachinery Co., Inc., Foster Wheeler, L.L.C., General Electric Company.<br><br>Defendants | United States District Court for the District of Connecticut (New Haven) | 3:12-cv-01116 | Janet Bond Arterton |

2588129v.1