BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**In re Bruce and Glenna Pelton**                          MDL 875

Proof of Service

I hereby certify that a copy of the foregoing was served by email on this 2nd day of August, 2012 to the following:

Christopher Meisenkothen, Esq.
Early Lucarelli, Sweeney & Strauss
One Century Tower
265 Church Street
New Haven, CT  06508-1866
**Attorney for Plaintiffs Bruce and Glenna Pelton**

Bryna Rosen Misiura, Esq.
Governo Law Firm LLC
Two International Place
Boston, MA  02110
**Attorney for Air & Liquid Systems Corporation**

Thomas F. Maxwell, Jr.
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT  06601-7006
**Attorney for Defendant CBS Corporation**

Charles Michael Urso, Esq.
99 Derby Street, Suite 201
Hingham, MA  02043
**Attorney for Eaton Corporation**

Todd S. Hollbrook, Esq.
Morgan Lewis and Bockius
225 Franklin Street, 16th Floor
Boston, MA  02110-4104
**Attorney for Defendant Elliott Turbomachinery Co.**

James Oswald, Esq.
Adler Pollock & Sheehan
One Citizens Plaza 8th Floor
Providence, RI  02903-1345
**Attorney for Defendant Foster Wheeler, LLC**

                                                                                /s/ Dan E. LaBelle
                                                                                Dan E. LaBelle