# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 08/06/2012

**District Court:** D. North Dakota

**Number of Actions:** 1

Complaints and Docket Sheets are attached.

*[signature]*

CLERK OF THE PANEL