IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Consolidated Under MDL DOCKET NO. 875 |
| STAFFORD, et al. | Transferred from the Western District of Oklahoma |
| v. | 93-859 |
| CROWN CORK & SEAL COMPANY, INC., et al. | E.D. PA No. 2:09-cv-69777 |

FILED: AUG - 6 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### SUGGESTION OF REMAND

**AND NOW**, this **3rd** day of **August, 2012**, it is hereby **ORDERED** that the Court **SUGGESTS** that the above-captioned case should be **REMANDED** to the United States District Court for the **Western District of Oklahoma** for resolution of all matters pending within this case.[1]

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] Although this case has not complied with the factors set forth in Administrative Order No. 18, the Court believes that the unique circumstances of this case justify the remand of the case to the Western District of Oklahoma. Plaintiffs in this case were represented by an attorney who was terminated from the case. Plaintiffs have represented to the Court that they have been unable to find new counsel and have been attempting to proceed with their case pro se. It does not appear as though any discovery has yet taken place in this case. Under the extraordinary circumstances of this case, the MDL Court believes that the local district court is in a better position to handle this case.

1