# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:          **September 20, 2012**

LOCATION OF HEARING SESSION:      Daniel Patrick Moynihan U.S. Courthouse
                                  Ceremonial Courtroom No. 9C, 9th Floor
                                  500 Pearl Street
                                  New York, New York  10007

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the hearing session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **August 31, 2012.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, U.S. District Court for the Southern District of New York

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on September 20, 2012, the Panel will convene a hearing session in New York, New York, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | W. Royal Furgeson, Jr. |
| Barbara S. Jones | Paul J. Barbadoro |
| Marjorie O. Rendell | Charles R. Breyer |

SCHEDULE OF MATTERS FOR HEARING SESSION
September 20, 2012 -- New York, New York


## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT[1]


MDL No. 2388 - **IN RE: MORTGAGE LENDER FORCE-PLACED INSURANCE LITIGATION**

Motion, as amended, of plaintiffs Alberto Barreto, et al., to transfer the following actions to the United States District Court for the Southern District of Florida:

Southern District of Alabama

Faire Feaz v. Wells Fargo Bank, N.A., et al., C.A. No. 1:12-00350

Central District of California

Christopher Gustafson v. BAC Home Loans Servicing, et al., C.A. No. 8:11-00915

Eastern District of California

Elizabeth Passantino-Miller, et al. v. Wells Fargo Bank, N.A., et al., C.A. No. 2:12-00420

---

[1]  This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer.  See Panel Rules 6.1 and 6.2.  In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.

Schedule of Matters for Hearing, Session A                                    p. 2
New York, New York


MDL No. 2388 (Continued)


      Northern District of California

Patricia McNeary-Calloway, et al. v. JPMorgan Chase Bank, N.A., et al.,
  C.A. No. 3:11-03058
Stanley D. Cannon, et al v. Wells Fargo Bank, N.A., et al., C.A. No. 3:12-01376
Shelly A. Clements v. JP Morgan Chase Bank, N.A., C.A. No. 3:12-02179
Stephen Ellsworth v. U.S. Bank, N.A., et al., C.A. No. 3:12-02506

      Middle District of Florida

Albert Degutis v. Financial Freedom, LLC, C.A. No. 2:12-00319
Ruth Gordon, et al. v. Chase Home Finance, LLC, et al., C.A. No. 8:11-02001

      Southern District of Florida

Christina Ulbrich v. GMAC Mortgage, et al., C.A. No. 0:11-62424
Philip Pulley, et al. v. JPMorgan Chase Bank, N.A., et al., C.A. No. 0:12-60936
Ira Marc Fladell v. Wells Fargo Bank, N. A., et al., C.A. No. 0:12-61368
Ray Williams, et al. v. Wells Fargo Financial, Inc., et al., C.A. No. 1:11-21233
Achikam Yogev v. JPMorgan Chase Bank, N.A., et al., C.A. No. 1:12-21988
Alberto Barreto, et al. v. Chase Home Finance, LLC, et al., C.A. No. 1:12-22053
Alfred Herrick, et al. v. JPMorgan Chase Bank, N.A., et al., C.A. No. 1:12-22256
Mark Kunzelmann v. Wells Fargo Bank, N.A., et al., C.A. No. 9:11-81373
Madelaine Martorella v. Deutsche Bank National Trust Company, et al.,
  C.A. No. 9:12-80372
Joseph Gallagher, et al. v. Bank of America, N.A., et al., C.A. No. 9:12-80681

      Southern District of Illinois

Debra Simpkins v. Wells Fargo Bank, N.A., et al., C.A. No. 3:12-00768

      Northern District of Indiana

Judith Hallie v. Wells Fargo Bank, N.A., et al., C.A. No. 2:12-00235

Schedule of Matters for Hearing, Session A                                      p. 3
New York, New York


MDL No. 2388 (Continued)


      <u>District of Massachusetts</u>

Lee Berger, et al. v. Balboa Insurance Co., et al., C.A. No. 1:10-11583
Karyl Resnick v. Bank of America, N.A., et al., C.A. No. 1:12-10231

      <u>Northern District of New York</u>

Gordon Casey v. Citibank, N.A., et al., C.A. No. 5:12-00820

      <u>Southern District of New York</u>

Christopher Maxwell v. HSBC Mortgage Corporation (USA), et al., C.A. No. 1:12-01699
Landon Rothstein v. GMAC Mortgage, LLC, et al., C.A. No. 1:12-03412
Mathew Scheetz v. JPMorgan Chase Bank, N.A., et al., C.A. No. 1:12-04113
Maria Lugo v. Bank of America, N.A., C.A. No. 7:11-07955

      <u>Western District of North Carolina</u>

Pamela Lemmer, et al. v. Bank of America, N.A., C.A. No. 3:12-00242

      <u>District of Oregon</u>

Ronda Arnett, et al. v. Bank of America, N.A., et al., C.A. No. 3:11-01372
Edward M. Wallace v. Bank of America, N.A., et al., C.A. No. 3:12-00935

      <u>Western District of Pennsylvania</u>

Desiree Morris v. Wells Fargo Bank, N.A., et al., C.A. No. 2:11-00474

MDL No. 2389 - **IN RE: FACEBOOK, INC., IPO SECURITIES AND DERIVATIVE
            LITIGATION**

      Motion, as amended, of defendants Facebook, Inc.; Mark Zuckerberg; Sheryl K.
Sandberg; David A. Ebersman; David M. Spillane; Marc L. Andreessen; Erskine B. Bowles;
James W. Breyer; Donald E. Graham; Reed Hastings; Peter A. Thiel; Morgan Stanley & Co.
LLC; J.P. Morgan Securities LLC; and Goldman, Sachs & Co., to transfer the following actions
to the United States District Court for the Southern District of New York:

<u>Northern District of California</u>

Michael Spatz, et al. v. Facebook, Inc., et al., C.A. No. 3:12-02662
Jeff Offner v. Facebook, Inc., et al., C.A. No. 3:12-02666
James Chang, et al. v. Facebook, Inc., et al., C.A. No. 3:12-02680
John Gregory v. Facebook, Inc., et al., C.A. No. 3:12-02815
Darryl Lazar v. Facebook, Inc., et al., C.A. No. 3:12-03199
Edward J. Shierry v. Facebook, Inc., et al., C.A. No. 3:12-03200
Michael Lieber v. Facebook, Inc., et al., C.A. No. 3:12-03202
Thomas J. Ahrendtsen, et al. v. Facebook, Inc., et al., C.A. No. 3:12-03212
Kevin Hicks, et al. v. Facebook Inc., et al., C.A. No. 3:12-03353
Harvey Lapin v. Facebook, Inc., et al., C.A. No. 4:12-03195
Karen Cuker, et al. v. Facebook, Inc., et al., C.A. No. 4:12-03201
Jennifer Stokes v. Facebook, Inc., et al., C.A. No. 4:12-03203
William Cole v. Mark Zuckerberg, et al., C.A. No. 4:12-03367
Vernon R. DeMois, Jr. v. Facebook, Inc. et al., C.A. No. 5:12-03196
Hal Hubuschman v. Mark Zuckerberg, et al., C.A. No. 5:12-03366

<u>Middle District of Florida</u>

Jonathan R. Simon, et al. v. The Nasdaq Stock Market LLC, C.A. No. 6:12-00973

<u>Western District of Missouri</u>

Philip Jaax v. Facebook, Inc., et al., C.A. No. 4:12-00719

Schedule of Matters for Hearing, Session A                                    p. 5
New York, New York


MDL No. 2389 (Continued)


      <u>Southern District of New York</u>

    Phillip Goldberg v. Nasdaq OMX Group, Inc., et al., C.A. No. 1:12-04054
    Brian Roffe Profit Sharing Plan, et al. v. Facebook, Inc., et al., C.A. No. 1:12-04081
    Maren Twining v. Facebook, Inc., et al., C.A. No. 1:12-04099
    Goldrich Cousins P.C. 401(k) Profit Sharing Plan & Trust, et al. v. Facebook, Inc.,
       C.A. No. 1:12-04131
    Irving Braun, et al. v. Facebook, Inc., et al., C.A. No. 1:12-04150
    Edward Childs v. Mark Zuckerberg, et al., C.A. No. 1:12-04156
    Alexis Alexander, et al. v. Facebook, Inc., et al., C.A. No. 1:12-04157
    Douglas M. Lightman v. Facebook, Inc., et al., C.A. No. 1:12-04184
    Kathy Reichenbaum v. Facebook, Inc., et al., C.A. No. 1:12-04194
    Jun Yan v. Nasdaq OMX Group, Inc., et al., C.A No. 1:12-04200
    Elbita Alfonso v. The Nasdaq Stock Market LLC, et al., C.A. No. 1:12-04201
    Lawrence Corneck v. Morgan Stanley & Co. LLC, et al., C.A. No. 1:12-04215
    Justin F. Lazard v. Facebook, Inc., et al., C.A. No. 1:12-04252
    Sylvia Gregorcyzk v. Facebook, Inc., et al., C.A. No. 1:12-04291
    Peter Brinckerhoff v. Facebook, Inc., et al., C.A. No. 1:12-04312
    Lidia Levy v. The Nasdaq Stock Market LLC, et al., C.A. No. 1:12-04315
    David Goldberg, et al. v. Facebook, Inc., et al., C.A. No. 1:12-04332
    Richard P. Eannarino v. Facebook, Inc., et al., C.A. No. 1:12-04360
    Peter Mamula v. Facebook, Inc., et al., C.A. No. 1:12-04362
    Khodayar Amin v. The Nasdaq Stock Market LLC, et al., C.A. No. 1:12-04403
    Elliot Leitner v. Facebook, Inc., et al., C.A. No. 1:12-04551
    Barbara Steinman v. Nasdaq OMX Group, Inc., et al., C.A. No. 1:12-04600
    Howard Savitt v. Facebook, Inc., et al., C.A. No. 1:12-04648
    Chad Roderick v. Nasdaq OMX Group, Inc., et al., C.A. No. 1:12-04716
    Eugene Stricker v. Morgan Stanley & Co. LLC, et al., C.A. No. 1:12-04763
    Keith Wise, et al. v. Facebook, Inc., et al., C.A. No. 1:12-04777

MDL No. 2391 - **IN RE: BIOMET M2A MAGNUM HIP IMPLANT PRODUCTS
LIABILITY LITIGATION**

Motion of plaintiffs Leyda Ching and Diane Winningham for centralization of the following actions in the United States District Court for the Northern District of California or, in the alternative, the United States District Court for the Southern District of New York:

Northern District of California

Leyda Ching v. Biomet Orthopedics, LLC, et al., C.A. No. 3:12-00502
Diane Winningham v. Biomet Orthopedics, LLC, et al., C.A. No. 3:12-00503
Patrick D. Hales, et al. v. Biomet Orthopedics, LLC, et al., C.A. No. 4:12-03081

Eastern District of Louisiana

Lana Turner v. Biomet Orthopedics, L.L.C, et al., C.A. No. 2:11-02443
Vincent Pizzitolo v. Biomet Orthopedics, L.L.C, C.A. No. 2:12-00521

Eastern District of New York

Nan Faber v. Biomet, Inc., et al., C.A. No. 1:12-00783

Southern District of New York

William Konowal, et al. v. Biomet, Inc., et al., C.A. No. 1:12-04342

Northern District of Texas

Carole St. Cyr et al. v. Biomet Orthopedics, Inc., et al., C.A. No. 4:12-00032

MDL No. 2392 - **IN RE: WAGGIN' TRAIN CHICKEN JERKY PET TREAT PRODUCTS
LIABILITY LITIGATION**

Motion, as amended, of plaintiffs Dennis Adkins, et al., to transfer the following actions to the United States District Court for the Northern District of Illinois:

District of Connecticut

Elizabeth Mawaka v. Nestle Purina Petcare Company, et al., C.A. No. 3:12-00880

Schedule of Matters for Hearing, Session A                                    p. 7
New York, New York


MDL No. 2392 (Continued)


      Northern District of Illinois

Dennis Adkins, et al. v. Nestle Purina Petcare Company, et al., C.A. No. 1:12-02871

      Western District of Pennsylvania

Lisa Mazur v. Milo's Kitchen, LLC, et al., C.A. No. 2:12-01011


MDL No. 2393 - **IN RE: UPONOR, INC., F1960 PLUMBING FITTINGS PRODUCTS
        LIABILITY LITIGATION**

      Motion of plaintiff Tim George to transfer the following actions to the United States
District Court for the District of Minnesota:

      Central District of California

Anthony Nguyen, et al. v. Viega Inc., et al., C.A. No. 2:11-10256

      Southern District of Illinois

James Winters, et al. v. Uponor, Inc., et al., C.A. No. 3:12-00116
Charles Gibbs, et al. v. Uponor Corporation, et al., C.A. No. 3:12-00290

      District of Minnesota

Tim George v. Uponor, Inc., et al., C.A. No. 0:12-00249

      District of Nevada

Solera at Anthem Community Association, Inc. v. Del Webb Communities, Inc.,
   C.A. No.  et al. 2:11-00425
Fulton Park Unit Owners' Association v. PN II, Inc., C.A. No. 2:11-00783
Robert Wolinsky, et al. v. Carina Corporation, C.A. No. 2:11-00830
Greystone Nevada, LLC v. Fiesta Park Homeowners' Association, C.A. No. 2:11-01422

Schedule of Matters for Hearing, Session A                                    p. 8
New York, New York


MDL No. 2393 (Continued)


      <u>District of Nevada</u> (Continued)

Greystone Nevada, LLC, et al. v Anthem Highlands Community Association,
    C.A. No.  2:11-01424
U.S. Home Corporation v. Parker-Hansen, et al., C.A. No. 2:11-01426
Waterfall Homeowners Association et al v. Viega, Inc., et al., C.A. No. 2:11-01498
Charleston and Jones, LLC, et al. v. Uponor, Inc., et al., C.A. No. 2:11-01637
The Seasons Homeowners Association, Inc. v. Richmond American Homes of Nevada,
    Inc., C.A. No. 2:11-01875
Lamplight Square at Green Valley Homeowners' Association v. Greystone Nevada LLC,
    et al., C.A. No. 2:12-00002
Southern Terrace Homeowners Association v. Viega, Inc., et al., C.A. No. 2:12-00206
Anthem Highlands Community Association v. Viega, Inc., et al., C.A. No. 2:12-00207

      <u>Western District of Oklahoma</u>

Susan Shons, et al. v. Wirsbo Company, et al., C.A. No. 5:12-00087

      <u>District of Oregon</u>

Association of Unit Owners of East Village at Orenco Station, a Condominium v. Uponor
    Inc., et al., C.A. No. 3:11-01169

      <u>Middle District of Pennsylvania</u>

Maria Fofi et al v. Uponor, Inc., et al., C.A. No. 3:12-00151

      <u>Northern District of Texas</u>

Henry Patel v. Uponor Corporation, et al., C.A. No. 5:12-00011

Schedule of Matters for Hearing, Session A                          p. 9
New York, New York


MDL No. 2394 - **IN RE: REAL ESTATE TRANSFER TAX LITIGATION**

Motion of plaintiff Genesee County to transfer the following actions to the United States District Court for the Eastern District of Michigan:

        Middle District of Florida

Karen Nicolai v. Federal Housing Finance Agency, et al., C.A. No. 8:12-01335

        Southern District of Georgia

Daniel W. Massey, et al. v. Federal National Mortgage Association, C.A. No. 4:12-00102

        Northern District of Illinois

DeKalb County, et al. v. Federal Housing Finance Agency, et al., C.A. No. 3:12-50227
Fannie Mae, et al. v. Hamer, et al., C.A. No. 3:12-50230

        Eastern District of Michigan

Oakland County, et al. v. Federal National Mortgage Association, et al.,
   C.A. No. 2:11-12666
Genesee County, et al. v. Federal Housing Finance Agency, et al., C.A. No. 2:11-14971

        Western District of Michigan

Curtis Hertel, Jr., et al. v. Bank of America, NA, et al., C.A. No. 1:11-00757
Curtis Hertel, et al. v. Mortgage Electronic Registration Systems, Inc., et al.,
   C.A. No. 1:12-00174

        District of Rhode Island

City of Providence, et al. v. Federal National Mortgage Association, et al.,
   C.A. No. 1:12-00481

        Southern District of West Virginia

County Commission of Hancock County, et al. v. Federal National Mortgage Association,
   et al., C.A. No. 2:12-02083

MDL No. 2395 - **IN RE: AIR CRASH AT GEORGETOWN, GUYANA, ON JULY 30, 2011**

Motion of defendant Caribbean Airlines Limited to transfer the following actions to the United States District Court for the Eastern District of New York:

      Southern District of Florida

  Kusmatie Persaud, et al. v. Caribbean Airlines Limited, C.A. No. 0:12-61214
  Rajendra Persaud, et al. v. Caribbean Airlines Limited, C.A. No. 1:12-22138

      Eastern District of New York

  Nandine Persaud v. Caribbean Airlines Limited, C.A. No. 1:12-03251

MDL No. 2396 - **IN RE: TR LABS PATENT LITIGATION**

Motion of Cisco Systems, Inc.; AT&T Corporation; Comcast Corporation; Sprint Nextel Corporation; Cox Communications, Inc.; Windstream Corporation; tw Telecom, Inc.; and Level 3 Communications, Inc., to transfer the following actions to the United States District Court for the Northern District of California:

      Northern District of California

Cisco Systems, Inc. v. Alberta Telecommunications Research Center, et al.,
  C.A. No. 4:12-03293

      District of Colorado

Telecommunications Research Laboratories, et al. v. Qwest Communications Company,
  LLC, et al., C.A. No. 1:12-00581

      District of New Jersey

Alberta Telecommunications Research Centre v. AT&T Services Corp.,
  C.A. No.  3:09-03883
Alberta Telecommunications Research Centre v. Verizon Communications, Inc.,
  C.A. No. 3:10-01132
Verizon Services Corp. v. Alberta Telecommunications Research Centre,
  C.A. No. 3:11-01378

Schedule of Matters for Hearing, Session A                                              p. 11
New York, New York


MDL No. 2397 - **IN RE: GERBER PROBIOTIC PRODUCTS MARKETING AND SALES
PRACTICES LITIGATION**

    Motion of plaintiff Ryan Burns to transfer the following actions to the United States
District Court for the Eastern District of Washington or, in the alternative, the United States
District Court for the Southern District of California:

        Eastern District of California

Chad Ginger v. Gerber Products Company, et al., C.A. No. 1:12-00652

        Northern District of California

Maria Alvarez v. Gerber Products Company, et al., C.A. No. 5:12-00906
Brandi Gray v. Gerber Products Company, et al., C.A. No. 5:12-01964

        Southern District of California

Shavonda Hawkins v. Gerber Products Company, C.A. No. 3:12-00465

        District of New Jersey

Janna Thomas v. Gerber Products Company, et al., C.A. No. 2:12-00835
Irene Dourdoulakis, et al. v. Gerber Products Company, et al., C.A. No. 2:12-01098
Jasmine Walker v. Gerber Products Company, C.A. No. 2:12-01149
Andrew Rudich v. Gerber Products Company, C.A. No. 2:12-01283
Saba Siddiqi v. Gerber Products Company, et al., C.A. No. 2:12-01878

        Eastern District of Washington

Ryan Burns v. Gerber Products Company, et al., C.A. No. 2:12-05027

MDL No. 2398 - **IN RE: ENHANCED RECOVERY COMPANY, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION**

Motion of plaintiffs James Kubat; Latasha Blake; Teresa Soppet; and Loidy Tang to transfer the following actions to the United States District Court for the Northern District of Illinois:

Southern District of California

James Kubat v. Enhanced Recovery Company, LLC, C.A. No. 3:12-00435

Middle District of Florida

Latasha Blake v. Enhanced Recovery Company, LLC, C.A. No. 3:10-01178
Wanett Drinning-Duffee, et al. v. Enchanced Recovery Company, LLC,
    C.A. No. 3:12-00664

Northern District of Illinois

Teresa Soppet, et al. v. Enhanced Recovery Corporation, C.A. No. 1:10-05469


MDL No. 2399 - **IN RE: DAVID KISSI, ET AL., LITIGATION (NO. II)**

Motion of plaintiff David Kissi to transfer the following actions to the United States District Court for the Central District of California:

District of District of Columbia

David Kissi v. EMC Mortgage Corporation, et al., C.A. No. 1:08-01796

District of Maryland

David Kissi v. Christopher Mead, et al., C.A. No. 8:11-00211
David Kissi, et al. v. Bank of America/Country Wide, et al., C.A. No. 8:12-01322
David Kissi v. Thomas Simmons, et al., C.A. No. 8:12-01950

Schedule of Matters for Hearing, Session A                                    p. 13
New York, New York


MDL No. 2400 - **IN RE: OPLUS TECHNOLOGIES, LTD., PATENT LITIGATION**

Motion, as amended, of plaintiff Oplus Technologies, Ltd., to transfer the following actions to the United States District Court for the Northern District of Illinois:

Central District of California

Oplus Technologies, Ltd. v. Sears Holdings Corporation, et al., C.A. No. 2:12-05707

Northern District of Illinois

Oplus Technologies, Ltd. v. Sears Holdings Corporation, et al., C.A. No. 1:11-08539
Oplus Technologies, Ltd. v. Sears Holdings Corporation, et al., C.A. No. 1:11-09017
Oplus Technologies, Ltd. v. Sears Holdings Corporation, et al., C.A. No. 1:11-09027
Oplus Technologies, Ltd. v. Sears Holdings Corporation, et al., C.A. No. 1:11-09029

# SECTION B
# MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 - **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Robert Lyman, Jr., et al., and defendants Union Carbide Corporation and Montello, Inc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for Northern District of California:

Eastern District of Pennsylvania

Robert Lyman, Jr., et al. v. Union Carbide Corporation, et al., C.A. No. 2:09-62999
     (N.D. California, C.A. No. 4:07-04240)

MDL No. 1203 - **IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/
                        DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Janet Mitchell, et al.; Lois Munchel; Shirlee Granillo; Christa McNutt; and Sara Appelbee to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of California

Janet Mitchell, et al. v. Pfizer, Inc., et al., C.A. No. 3:12-03499

District of  Delaware

Lois Munchel v. Wyeth LLC, et al., C.A. No. 1:12-00906
Shirlee Granillo v. Wyeth LLC, et al., C.A. No. 1:12-00907
Christa McNutt v. Wyeth LLC, et al., C.A. No. 1:12-00908
Sara Appelbee v. Wyeth LLC, et al., C.A. No. 1:12-00909

Schedule of Matters for Hearing, Section B                                           p. 15
New York, New York


MDL No. 1626 - **IN RE: ACCUTANE (ISOTRETINOIN) PRODUCTS LIABILITY
                LITIGATION**

      Oppositions of plaintiffs Amanda Couture, William R. Burns, Christopher Evendahl, Bret
Serrin, James A. Gaines, Bradley Chesnick, and Norman R. Eaton to transfer of their respective
following actions to the United States District Court for the Middle District of Florida:

                  Northern District of California

      Amanda Couture v. Hoffmann-La Roche, Inc., et al., C.A. No. 4:12-02657

                  District of Maryland

      William R. Burns v. Hoffman-La Roche Inc., et al., C.A. No. 1:12-01943

                  Eastern District of Pennsylvania

      Christopher Evendahl v. Hoffmann-La Roche, Inc., et al., C.A. No. 2:12-02993
      Bret Serrin v. Hoffmann-La Roche, Inc., et al., C.A. No. 2:12-02994
      James A. Gaines v. Hoffmann-La Roche, Inc., et al., C.A. No. 2:12-03153
      Bradley Chesnick v. Hoffmann-La Roche, Inc., et al., C.A. No. 2:12-03154
      Norman R. Eaton v. Hoffmann-La Roche Inc., et al., C.A. No. 2:12-03164


MDL No. 1657 - **IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS
                LIABILITY LITIGATION**

      Opposition of plaintiff Linda Isner to transfer of the following action to the United
States District Court for the Eastern District of Louisiana:

                  District of Massachusetts

      Linda Isner, et al. v. Seeger Weiss, LLP, et al., C.A. No. 1:12-10909

MDL No. 1953 - **IN RE: HEPARIN PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Robert Dumigan, et al., to transfer of the following action to the United States District Court for the Northern District of Ohio:

<u>Middle District of Florida</u>

Robert Dumigan, et al. v. APP Pharmaceuticals, LLC, et al., C.A. No. 6:12-01010


MDL No. 2004 - **IN RE: MENTOR CORP. OBTAPE TRANSOBTURATOR SLING
                PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Susan Giovanni and Debra A. Williams-Miller, et al., to transfer of their respective following actions to the United States District Court for the Middle District of Georgia:

<u>District of New Jersey</u>

Susan Giovanni v. Mentor Worldwide, LLC, et al., C.A. No. 1:12-04435
Debra A. Williams-Miller, et al. v. Mentor Worldwide, LLC, et al., C.A. No. 1:12-04449


MDL No. 2048 - **IN RE: COX ENTERPRISES, INC., SET-TOP CABLE TELEVISION
                BOX ANTITRUST LITIGATION**

Motion of defendant Cox Communications, Inc., to transfer the following action to the United States District Court for the Western District of Oklahoma:

<u>Southern District of California</u>

George Lepre v. Cox Communications, Inc., et al., C.A. No. 3:12-01639

MDL No. 2051 - **IN RE: DENTURE CREAM PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Michael Niles, et al., to transfer of the following action to the United States District Court for the Southern District of Florida:

<u>Western District of Oklahoma</u>

Michael Niles, et al. v. The Proctor and Gamble Distributing, LLC, et al.,
   C.A. No. 5:12-00709

MDL No. 2179 - **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

Opposition of plaintiff Robert L. Haynes to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

<u>Southern District of Alabama</u>

Robert L. Haynes v. Guilbeau Marine, Inc., et al., C.A. No. 1:12-00444

Motion of plaintiff Rhonda Burkeen for remand, pursuant to 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Southern District of Texas:

<u>Eastern District of Louisiana</u>

Joshua Kritzer, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-04427 (S.D. Texas, C.A. No. 4:10-01854)

MDL No. 2197 - **IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT
PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Northern District of Ohio:

### District of Maryland

Paul K. Wood, II, et al. v. Johnson & Johnson, et al., C.A. No. 1:12-01572
Doris G. Wynn, et al. v. Johnson & Johnson, Inc., et al., C.A. No. 1:12-01997
Barbara Benfield v. DePuy Orthopaedics, Inc., et al., C.A. No. 8:12-01601
Eva MacGregor v. DePuy Orthopaedics, Inc., et al., C.A. No. 8:12-01842

### District of Montana

Sue Malletta v. DePuy Orthopaedics, Inc., et al., C.A. No. 9:12-00098

### District of Nevada

Sheila I. Glaser v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-00895
Genevieve H. Lee v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01164
Hannelore Von Reichow v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01165
Amy E. Mills v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01166
Carol K. Tobler, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01167
Kim Pate, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01168
Eileen A. Wiedeman v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01169
Palma Shehan v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01170
Stephanie Santa Cruz v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01172
James N. Caron v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01173
Nancy G. Hill, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01174
Bruce Fein, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01175
Jeannette E. Davidson v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01177
Kipp H. Greengrass v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01178
John A. Lanzillotta v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-01179

### District of South Carolina

Michelle S. Felkel v. DePuy Orthopaedics, Inc., et al., C.A. No. 3:12-01931

Schedule of Matters for Hearing, Section B                                    p. 19
New York, New York


MDL No. 2226 - **IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS
LIABILITY LITIGATION**

Oppositions of plaintiffs Rachel Rentz, et al., and Lewis Guvenoz, et al., to transfer of
their respective following actions to the United States District Court for the Eastern District of
Kentucky:

Central District of California

Rachel Rentz, et al. v. McKesson Corporation, et al., C.A. No. 2:12-04399

Northern District of Illinois

Lewis Guvenoz, et al. v. Target Corporation, et al., C.A. No. 1:12-04456


MDL No. 2244 - **IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT
PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Patricia M. Gentry, et al., to transfer of the following action to the
United States District Court for the Northern District of Texas:

Central District of California

Patricia M. Gentry, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:12-04446


MDL No. 2265 - **IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED
SECURITIES LITIGATION**

Opposition of plaintiff Federal Deposit Insurance Corporation as Receiver for Strategic
Capital Bank, to transfer of the following action to the United States District Court for the
Central District of California:

Southern District of New York

Federal Deposit Insurance Corporation as Receiver for Strategic Capital Bank v. J.P.
Morgan Securities L.L.C., et al., C.A. No. 1:12-04001

Schedule of Matters for Hearing, Section B                                        p. 20
New York, New York


MDL No. 2272 - **IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY
                  LITIGATION**

Oppositions of defendants Zimmer, Inc.; Zimmer Holdings, Inc.; and Zimmer Surgical,
Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., to transfer of their respective following
actions to the United States District Court for the Northern District of Illinois:

                    Southern District of New York

        John Wilcutt v. Zimmer, Inc., et al., C.A. No. 1:12-04322

                    Northern District of Ohio

        Henry Jewell III, et al. v. Zimmer, Inc., et al., C.A. No. 5:12-01530

                    Southern District of Ohio

        William T. Casper v. Zimmer, Inc., et al., C.A. No. 1:12-00522


MDL No. 2299 - **IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY
                  LITIGATION**

Opposition of plaintiff Allen K. Alsabagh to transfer of the following action to the United
States District Court for the Western District of Louisiana:

                    District of Nevada

        Allen K. Alsabagh v. Takeda Pharmaceuticals America, Inc., et al., C.A. No. 2:12-01245

Schedule of Matters for Hearing, Session B                                        p. 21
New York, New York


MDL No. 2326 - **IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM
                PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Diane Flagg, et al., and defendant Boston Scientific Corporation
to transfer of their respective following actions to the United States District Court for the
Southern District of West Virginia:

> Middle District of Florida

Diane Flagg, et al. v. Erin Katz, et al., C.A. No. 8:12-01559

> Eastern District of Louisiana

Carole Johnson, et al. v. Boston Scientific Corporation, C.A. No. 2:12-01658

> Northern District of Ohio

Pamela Williams, et al. v. Boston Scientific Corporation, C.A. No. 3:12-01080


MDL No. 2333 - **IN RE: MI WINDOWS AND DOORS, INC., PRODUCTS LIABILITY
                LITIGATION**

Opposition of defendant MI Windows and Doors, Inc., to transfer of the following action to
the United States District Court for the District of South Carolina:

> District of Kansas

Jennifer McGaffin, et al. v. MI Windows and Doors, Inc., C.A. No. 2:12-02462


MDL No. 2361 - **IN RE: SIMPLY ORANGE ORANGE JUICE MARKETING AND
                SALES PRACTICES LITIGATION**

Opposition of plaintiff Betty Moss to transfer of the following action to the United States
District Court for the Western District of Missouri:

> Western District of Arkansas

Betty Moss v. The Coca-Cola Company, C.A. No. 4:12-04073

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)     Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)     Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

(i)     The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c)     Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

(i)     the dispositive issue(s) have been authoritatively decided; or

(ii)    the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)     Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

(i)     Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

(ii)    The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

(e)    <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)    <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.