UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SALISBURY,<br><br>       Plaintiff,<br><br>    vs.<br><br>ASBESTOS CORPORATION LIMITED; TRANE US, INC. (FKA AMERICAN STANDARD, INC.); CROWN CORK & SEAL COMPANY, INC.; THOMAS DEE ENGINEERING COMPANY; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); GENERAL ELECTRIC COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; OWENS-ILLINOIS, INC.; PARKER-HANNIFIN CORPORATION; CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION); YORK INTERNATIONAL CORPORATION; CARRIER CORPORATION; COOPER INDUSTRIES LLC (FKA COOPER INDUSTRIES, INC.); SUN SHIP, LLC; PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION); HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.); TRIPLE A MACHINE SHIP, INC.; HOPEMAN BROTHERS, INC.; J.T. THORPE & SON, INC.,<br><br>       Defendants. | (ASBESTOS)<br>U.S.D.C. Northern District of California<br>No. 3:12-cv-03432-LB<br><br>San Francisco Superior Court Case No.: CGC-12-276028 |

## SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action filed pursuant to 28 U.S.C. § 1442(a) by Defendant Puget Sound Commerce Center, Inc.'s on June 29, 2012, Defendant FOSTER WHEELER LLC hereby provides notice that it has no related actions currently pending before the Judicial Panel of Multidistrict Litigation.

Date:  August 8, 2012                              BRYDON HUGO & PARKER

                                           By:    /s/ Shelley K. Tinkoff
                                                  Edward R. Hugo [Bar No. 124839]
                                                  Shelley K. Tinkoff [Bar No. 187498]
                                                  Thomas J. Moses [Bar No. 116002]
                                                  BRYDON HUGO & PARKER
                                                  135 Main Street, 20th Floor
                                                  San Francisco, CA 94105
                                                  Telephone:  (415) 808-0300
                                                  Facsimile:  (415) 808-0333
                                                  Email: service@bhplaw.com
                                                  Attorneys for Defendant
                                                  FOSTER WHEELER LLC