UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY SALISBURY,<br><br>      Plaintiff,<br><br>   vs.<br><br>ASBESTOS CORPORATION LIMITED; TRANE US, INC. (FKA AMERICAN STANDARD, INC.); CROWN CORK & SEAL COMPANY, INC.; THOMAS DEE ENGINEERING COMPANY; FOSTER WHEELER LLC (FKA FOSTER WHEELER CORPORATION); GENERAL ELECTRIC COMPANY; METROPOLITAN LIFE INSURANCE COMPANY; OWENS-ILLINOIS, INC.; PARKER-HANNIFIN CORPORATION; CBS CORPORATION (FKA VIACOM INC., FKA WESTINGHOUSE ELECTRIC CORPORATION); YORK INTERNATIONAL CORPORATION; CARRIER CORPORATION; COOPER INDUSTRIES LLC (FKA COOPER INDUSTRIES, INC.); SUN SHIP, LLC; PUGET SOUND COMMERCE CENTER, INC. (FKA TODD SHIPYARDS CORPORATION); HUNTINGTON INGALLS INCORPORATED (FKA NORTHROP GRUMMAN SHIPBUILDING, INC.); TRIPLE A MACHINE SHIP, INC.; HOPEMAN BROTHERS, INC.; J.T. THORPE & SON, INC.,<br><br>      Defendants. | (ASBESTOS)<br><br>U.S.D.C. Northern District of California No. 3:12-cv-03432-LB<br><br>San Francisco Superior Court Case No. CGC-12-276028 |

1
CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

      I am a resident of the State of California, over the age of 18 years, and not a party to the within action.  My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105.  On August 8, 2012, I served the following:

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

U.S. DISTRICT COURT CALIFORNIA NORTHERN DISTRICT CIVIL DOCKET FOR CASE NO. No. 3:12-cv-03432-LB Summons and Complaint of Plaintiff Jerry Salisbury

    X    By transmitting via facsimile the document(s) listed above to the fax number(s) set forth for Plaintiff's counsel below on this date before 5:00 p.m.

**Attorneys for Plaintiff Jerry Salisbury**
**Brayton Purcell**
**222 Rush Landing Road**
**Novato, CA 94948**
**Facsimile: (415) 898-1247**

    X    By transmitting via facsimile the document(s) listed above to the fax number(s) set forth for known Defendants' counsel below on this date before 5:00 p.m.

For Defendants HUNTINGTON INGALLS INCORPORATED and CARRIER CORPORATION
TUCKER ELLIS & WEST LLP
135 MAIN STREET, STE 700
SAN FRANCISCO, CA 94105
Facsimile: (415) 617-2409

For Defendant TRANE US, INC.
GORDON & REES LLP
EMBARCADERO CENTER WEST
275 BATTERY STREET, 20TH FL
SAN FRANCISCO, CA 94111
Facsimile:  (415) 986-8054

For Defendant TRIPLE A MACHINE SHOP, INC
PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
ONE CALIFORNIA STREET, STE 1910
SAN FRANCISCO, CA 94111
Facsimile:  (415) 788-3625

For Defendant METROPOLITAN LIFE INSURANCE COMPANY
STEPTOE & JOHNSON LLP
633 WEST FIFTH STREET, STE 700
LOS ANGELES, CA 90071
Facsimile:  (213) 439-9599

For Defendant PUGET SOUND COMMERCE CENTER, INC.
YARON & ASSOCIATES
601 CALIFORNIA ST. 21ST FLOOR
SAN FRANCISCO, CA 94108
Facsimile:  (415) 658-2930

  I declare under penalty of perjury that the above is true and correct.  Executed on August 8, 2012, at San Francisco, California.

             By: _Wanda D. Claudio_
               Wanda D. Claudio
               BRYDON HUGO & PARKER
                Edward R. Hugo [CA Bar No. 124839]
               Shelley K. Tinkoff [CA Bar No. 187498]
               Thomas J. Moses [CA Bar No. 116002]
               135 Main Street, 20th Floor
               San Francisco, CA 94105
               Telephone:  (415) 808-0300
               Facsimile:  (415) 808-0333
               Email: service@bhplaw.com

               Attorneys for Defendant
               FOSTER WHEELER LLC