**EXHIBIT D**

## HARTMAN, BLACKSTOCK & MOORE
ATTORNEYS AT LAW
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
P.O. Box 700690
TULSA, OKLAHOMA 74170

ANDREW S. HARTMAN, P.C.[†]
R. BRENT BLACKSTOCK, PLC
JACK C. MOORE, PLLC

SHEILA M. POWERS
JAMES R. LIEBER
SUSAN STAVA
DENISE G. HARTMAN
NICHOLAS M. TAIT
JULIE R. BUSHYHEAD

*Of Counsel*
CATHERINE W. HOOPERT, PLLC
MOLLY J. MROWKA[‡]

*Office Locations*

6520 S. Lewis Ave., Suite 15
Tulsa, Oklahoma 74136
Telephone: (918) 712-3246
Facsimile: (918) 712-5042

5303 S. Lewis Ave.
Tulsa, Oklahoma 74105
Telephone: (918) 293-9555
Facsimile: (918) 293-0021

[†]Licensed in Oklahoma and Texas
[‡]Licensed in California

## FACSIMILE COVER SHEET

To: Frank J. Anders/Andrew Chew/Kimberly Chu
Brayton Purcell LLP
Counsel for Plaintiffs
Fax.: (415) 898-1247

To: Catherine Morris Krow
ORRICK
Counsel for Defendant Union Carbide
Fax: (415) 773-5759

To: Andrew J. Yoder
BAKER BOTTS
Counsel for Defendant Union Carbide
Fax: (713) 229-2827

From: Molly J. Mrowka

Date: March 14, 2011

Re: *Robert Lyman, Jr. et al v. Asbestos Defendant, et al.*
United States District Court, ED PA Case No. C09-62999-ER

Pages including cover page: 3 total

### Notice of Confidentiality

**The information contained in and transmitted with this facsimile is subject to the attorney-client privilege, is protected from disclosure as attorney work product, or is confidential and intended only for the recipient designated above. Any dissemination, distribution, copying, or use of or reliance upon the information in this facsimile by or to anyone other than the recipient designated above is unauthorized. If you have received this facsimile in error, please notify the sender by telephone at (918) 712-3246 immediately.**

## HARTMAN, BLACKSTOCK & MOORE
### ATTORNEYS AT LAW
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

182 HOWARD ST., #414
SAN FRANCISCO, CALIFORNIA 94105

ANDREW S. HARTMAN, P.C.[†]
R. BRENT BLACKSTOCK, PLC
JACK C. MOORE, PLLC

SHEILA M. POWERS
JAMES R. LIEBER
SUSAN STAVA
DENISE G. HARTMAN
NICHOLAS M. TAIT

*Of Counsel*
CATHERINE W. HOOPERT, PLLC
MOLLY J. MROWKA[‡]

[†]Licensed in Oklahoma and Texas
[‡]Licensed in California

**Office Locations**

**TULSA**
6520 S. Lewis Ave., Suite 15
Tulsa, Oklahoma 74136
Telephone: (918) 712-3246
Facsimile: (918) 712-5042

**SAN FRANCISCO**
182 Howard St., #414
San Francisco, California 94105
Telephone: (415) 658-7446
Facsimile: (415) 963-3471

**AUSTIN**
807 Brazos St., Suite 902
Austin, Texas 78701
Telephone: (512) 623-7304
Facsimile: (512) 275-1165

March 14, 2011

**_VIA FACSIMILE_**

Frank Anders, Esq.
Andrew Chew, Esq.
Kimberly Chu, Esq.
BRAYTON PURCELL
222 Rush Landing Road
P.O. Box 6169
Novato, CA 94948-6169

Re:   *Robert Lyman, Jr. v. Asbestos Defendant, et al.*
      **MDL No. 875 – In Re Asbestos Products Liability Litigation (No. VI)**
      **United States District Court, ED PA Case No. C09-62999-ER**

Dear Counsel:

Montello, Inc. joins in the requests set forth in Andrew Yoder's correspondence dated March 11, 2011, with respect to the non-compliance of the Plaintiffs' disclosures with Magistrate Rueter's Order of January 19, 2011. Thank you for your attention to this matter.

Very truly yours,

Molly J. Mrowka
Direct dial: (415) 658-7446

cc:   Andrew Yoder, Baker Botts (via fax)
      Catherine Krow, Orrick (via fax)