BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re: Asbestos Products Liability Litigation (No. VI)

*Del Pino et al v. 3M Company et al*, N.D. California, C.A. No. 4 12−03911

**NOTICE OF OPPOSITION TO CTO-527**

I represent the Plaintiffs JAMES R. DEL PINO AND BEVERLY DEL PINO in the above-captioned action which is included on the conditional transfer order (CTO-527). Plaintiffs submit this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

*Tiffany Dickenson*
Tiffany Dickenson
3012 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
214-521-3605
tdickenson@baronbudd.com
Counsel for Plaintiffs