BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re: Asbestos Products Liability Litigation (No. VI)

*Del Pino et al v. 3M Company et al*, N.D. California, C.A. No. 4 12−03911

NOTICE OF ERRATA ON
PLAINTIFFS' NOTICE OF OPPOSITION TO CTO-527

I represent Plaintiffs JAMES R. DEL PINO AND BEVERLY DEL PINO in the above-captioned action. On August 10, 2012, Plaintiffs filed their Notice of Opposition to CTO-527.

The address listed for Plaintiffs' counsel on the Notice was incorrect and should read:

> 3102 Oak Lawn Ave., Suite 1100
> Dallas, Texas 75219

All other contact information included on Plaintiffs' Notice of Opposition to CTO-527 was correct. Please contact me should you have any questions or concerns about this matter.

Sincerely,

*Alana Kalantzakis*
Alana Kalantzakis
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
214-521-3605
akalantz@baronbudd.com
Counsel for Plaintiffs