# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk          August 13, 2012          TELEPHONE:
CIVIL (336) 332-6030
CRIMINAL (336) 332-6020
ADMIN (336) 332-6015

Mr. Jeffery N. Lüthi, Clerk

One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Dear Mr. Lüthi:

         Re: MDL- 875- In Re: Product Liability

      For your consideration as a potential "tag-along" action, we have enclosed copies of the docket sheet and complaint in pdf form for the following case filed 07/09/12 in the Middle District of North Carolina:

M.D.N.C. Case No. 1:12CV00688; Richard Eric Taylor v. Norfolk Southern Railway Company.

         Sincerely,

         John S. Brubaker, Clerk

     By:    /s/ Abby Taylor
              Deputy Clerk

JSB/at

Enclosures