# BAKER BOTTS L.L.P.

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL +1 713.229.1234
FAX +1 713.229.1522
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
**HOUSTON**
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
WASHINGTON

August 15, 2012

UNION CARBIDE CORPORATION
*Robert F. Lyman et al. vs.*
002696.A237

Andrew J. Yoder
TEL +1 713-229-1827
FAX +1 713-229-2827
drew.yoder@bakerbotts.com

<u>By Hand Delivery and CM/ECF Filing To:</u>

Jeffery Lüthi
Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC  20002-8041

Re: ***Robert F. Lyman et al. v. Asbestos Defendants***, Before the United States District Court for the Northern District of California, Cause No. C-07-4240-SBA; consolidated for pre-trial matters before the United States District Court for the Eastern District of Pennsylvania, **Cause No. C 09-62999-ER (MDL-875)**.

Dear Mr. Lüthi,

I represent Defendant Union Carbide Corporation in the above-referenced matter. On June 4, 2012, Judge Robreno issued a Suggestion of Remand, after which, on June 6, 2012, this Panel issued a Conditional Remand Order.  As the Panel may know, yesterday, August 14, 2012, Judge Robreno issued an order vacating his Suggestion of Remand, a copy of which is attached as Exhibit A.

In light of the Panel's July 3, 2012 Order Vacating Conditional Remand Order in the case of *Anderson v. A.W. Chesterton Co., et al.* (attached as Exhibit B), in which this Panel ordered the Conditional Remand Order to be vacated following the transferee judge's withdrawal of his Suggestion of Remand, Defendants respectfully request that the Panel vacate the Conditional Remand Order pending in the present case.

Sincerely yours,

*/s/ Andrew J. Yoder*

Andrew J. Yoder

Enclosures

cc:  Richard M. Grant, Esq.        [via electronic mail] (without enclosures)

HOU03:1308157.1

**BAKER BOTTS** LLP

Clerk of the Panel, United States JPML    - 2 -    August 15, 2012

David R. Donadio, Esq.
Kimberly J.W.J. Chu, Esq.
Mary Elizabeth Pougiales, Esq.
Brayton Purcell LLP
222 Rush Landing Rd.
Novato, CA  94948

Molly J. Mrowka, Esq.    [via electronic mail] (without enclosures)
Hartman, Blackstock & Moore PPC
182 Howard Street, #414
San Francisco, CA  94105

Catherine Morris Krow, Esq.    [via electronic mail] (without enclosures)
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

HOU03:1308157.1