CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system on the following counsel of record, each of whom has consented to electronic service via the CM/ECF system, on the 15th day of August, 2012.  Additionally, I served a copy of the foregoing letter upon the following counsel of record via e-mail:

Richard M. Grant
David R. Donadio
Kimberly J.W.J. Chu
Mary Elizabeth Pougiales
Brayton Purcell LLP
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169

Molly J. Mrowka
Hartman, Blackstock & Moore, PPC
182 Howard Street #414
San Francisco, CA  94105

Catherine Morris Krow
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105

_____
Andrew J. Yoder