# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS    :    Consolidated Under
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875
    :
    :    Transferred from the Northern
LYMAN, et al.    :    District of California, Case
    :    No. 07-04240
    v.    :
    :
UNION CARBIDE CORP., et al.    :  E.D. PA No. 09-cv-62999

FILED
AUG 14 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**O R D E R**

**AND NOW**, this **14th** day of **August, 2012**, it is hereby

**ORDERED** that the Suggestion of Remand in this case (ECF No. 91)

is **VACATED.**[1]

**AND IT IS SO ORDERED.**

_EDUARDO C. ROBRENO, J._

---

[1]    Although there were no motions pending in this case at
the time the MDL Court issued a Suggestion of Remand, there was
an outstanding objection to a Report and Recommendation by
Magistrate Judge Rueter. The Court vacates the Suggestion of
Remand to maintain jurisdiction over the case in order to rule on
the outstanding objection. The Court also has been informed by
the Judicial Panel on Multidistrict Litigation that the parties
in this case have represented that certain expert depositions
have not yet been conducted due to various discovery disputes
that remain unresolved. Therefore, the case will be assigned to a
Magistrate Judge to arrange a conference to ascertain the status
of the case, including any discovery disputes.

1