**EXHIBIT B**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)
    Anderson v. A.W. Chesterton Co., et al., )
        E.D. Pennsylvania, C.A. No. 2:11-63482 )     MDL No. 875
    (E.D. Wisconsin, C.A. No. 1:11-00061) )

ORDER VACATING CONDITIONAL REMAND ORDER
AND VACATING THE JULY 26, 2012, HEARING SESSION

    A conditional remand order was filed in this matter (*Anderson*) on May 18, 2012, pursuant to a suggestion of remand issued by the Honorable Eduardo C. Robreno, the transferee judge. Prior to expiration of the 7-day stay of transmittal for that order, defendant Procter & Gamble Paper Products Company (P&GPPC) filed a notice of opposition to the proposed remand. Defendant P&GPPC later filed a motion and brief to vacate the conditional remand order. The Panel has now been informed that the transferee judge has withdrawn his suggestion of remand.

    IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on May 18, 2012, is VACATED insofar as it relates to this action.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 14, 2012, are VACATED insofar as they relate to this action.

                                    FOR THE PANEL:

                                    Jeffery N. Lüthi
                                    Clerk of the Panel