UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| Lyman, et al. v. Union Carbide Corporation, et al., | ) | |
|---|---|---|
| (E.D. Pennsylvania, C.A. No. 2:09-62999) | ) | MDL No. 875 |
| N.D. California, C.A. No. 4:07-04240 | ) | |

ORDER VACATING CONDITIONAL REMAND ORDER
AND VACATING THE SEPTEMBER 20, 2012, HEARING SESSION

A conditional remand order was filed in this action (*Lyman*) on June 6, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs and defendants separately filed notices of opposition to the proposed remand, and later filed motions and briefs to vacate the conditional remand order. The Panel has now been informed that the transferee judge has vacated his suggestion of remand in *Lyman* which moots the oppositions to remand.

IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on June 6, 2012, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 8, 2012, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel