# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami*
*Chicago • White Plains, NY • Dallas • Albany, NY • San Diego • Houston • London • Tokyo*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich • Wiesbaden*

www.wilsonelser.com

August 20, 2012

Mr. Jeffery N. Lüthi
Clerk of the Panel on Multidistrict Litigation
Federal Judiciary Building
One Columbus Circle, N.E., Room G255
Washington, D.C. 20002

  Re:  Notice of Potential Tag-Along Action
       Asbestos Products Liability Litigation
       MDL Docket No. 875

Dear Mr. Lüthi:

I hereby notify you, as required by Rule 7.1(a) of the Rules of Procedure of Judicial Panel on Multidistrict Litigation, of the pendency of a potential tag-along action to the cases transferred by the Panel's July 29, 1991 Order and Opinion to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno.

The potential tag-along action is entitled Coats v. Duncan Enterprises, Inc. et al, and it is pending in the United States District Court, District of Connecticut, Docket No.: 3:12-cv-01187-MRK.

Enclosed are copies of the Schedule of Actions, Complaint and Docket Sheet in connection with this case.

Sincerely,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Erik C. DiMarco

Enclosures
cc:  Judge Mark R. Kravitz
     Richard C. Lee United States Courthouse
     141 Church Street
     New Haven, Connecticut 06510

     Tate J. Kunkle, Esq.
     Napoli Bern Ripka Shkolnik LLP
     350 Fifth Avenue, Suite 7413
     New York, New York 10018

     All defense counsel
     *Via email*

5167400v.1