## SCHEDULE OF ACTIONS

| Index No. | Case Name: | Judge: |
|---|---|---|
| 3:12-CV-01187 (MRK) | Coats v. Duncan Enterprises, et al. | Hon. Mark R. Kravitz |

5167406v.1