BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) : : : : : : | MDL NO. 875 |

### CERTIFICATION OF SERVICE

I hereby certify that I have on this 20th day of August, 2012, caused to be served a copy of Defendant Electric Boat Corporation's, Notice of Potential Tag Along, Schedule of Actions, Docket Sheet, Complaint and this Certification of Service to plaintiff's counsel and appearing defense counsel via email and/or regular mail.

Dated: August 20, 2012

> **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
>
> By: /s/ Erik. C. DiMarco
> Erik. C. DiMarco, Esq. (ct19417)
> 150 E. 42nd Street
> New York, New York 10017
> Tel.: 212-490-3000
> Fax: 212-490-3038
> erik.dimarco@wilsonelser.com
> Attorneys for Defendant
> Electric Boat Corporation
> Our File No.: 07411.00064