BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: § | |
| § | MDL No. 875 |
| Asbestos Products Liability Litigation (No. VI) § | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DEL PINO and BEVERLY DEL PINO, § § § Plaintiffs, § § vs. § § 3M COMPANY (INDIVIDUALLY AND F/K/A MINNESOTA, MINING AND MANUFACTURING COMPANY A/K/A "3M"), et al. § § § § § Defendants. § § § | CASE NO.  12-cv-3911-SC  (*Removed from* Superior Court of California, County of San Francisco, CGC-12-276039) |

## NOTICE OF REMAND

This case has been remanded to the Superior Court of California, County of San Francisco. This case is no longer pending in the transferor district court such that the Panel's consideration of transfer under CTO 527 is now moot. Plaintiffs ask that this matter be closed before the Judicial Panel on Multidistrict Litigation for MDL 875.

On July 25, 2012, the above-referenced case was removed to the United States District Court, Northern District of California, bearing cause number 12-cv-3911-SC. On August 3, 2012, Conditional Transfer Order 527 was filed and issued in MDL No. 875. On August 10, 2012 Plaintiffs' filed a Notice of Opposition to CTO-527. On August 20, 2012, Plaintiffs and

-2-

Defendant Rockwell Automation, Inc. entered into a Stipulation to Remand Case to State Court. On August 21, 2012, United States District Judge for the Northern District of California, Phyllis J. Hamilton signed the Order on Stipulation to Remand Case to Start Court. **A true and correct copy of the district court's Order on Stipulation to Remand Case to State Court is attached hereto as Exhibit "A."**

Plaintiffs respectfully request this case be closed before the Judicial Panel on Multidistrict Litigation for MDL No. 875.

Dated: August 24, 2012   Respectfully Submitted,

/s/ Denyse Clancy
Denyse Clancy
**BARON & BUDD, P.C.**
3012 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181
E-Mail: dclancy@baronbudd.com

COUNSEL FOR PLAINTIFFS