# EXHIBIT "A"

1  Denyse Clancy, Esq. (SBN 255276)
2  Alana Kalantzakis, Esq. (SBN 277154)
   Christine Tamer, Esq. (SBN 281812)
3  **BARON & BUDD, P.C.**
   3102 Oak Lawn Ave., Suite 1100
4  Dallas, TX 72519
   Telephone: 214/521-3605; 800/222-2766
5  Facsimile: 214/520-1181

6  ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DEL PINO and BEVERLY DEL PINO, | CASE NO. CV-12-3911 PJH |
| Plaintiffs, | (*Removed from* Superior Court of California, County of San Francisco, CGC-12-276039) |
| vs. | **ORDER ON STIPULATION TO REMAND** |
| **3M COMPANY** (INDIVIDUALLY AND F/K/A MINNESOTA, MINING AND MANUFACTURING COMPANY A/K/A "3M"), et al. | **Judge**: Hon. Phyllis J. Hamilton<br>**Date**: September 5, 2012<br>**Time**: 9:00 a.m. |
| Defendants. | **Courtroom:** 3 |

### ORDER ON STIPULATION TO REMAND CASE TO STATE COURT

Pursuant to the STIPULATION TO REMAND CASE TO STATE COURT filed by Plaintiffs James and Beverly Del Pino and Defendant Rockwell Automation, Inc., it is ORDERED that this case be remanded to the Superior Court of the State of California, County of San Francisco.

Dated: 8/21/12

_____
Honorable Phyllis J. Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

ORDER ON STIPULATION TO REMAND                    **4:12-CV-3911-PJH**