UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
 Del Pino, et al. v. 3M Company, et al,  )
  N.D. California, C.A. No. 4:12-03911  )  MDL No. 875

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Del Pino*) on August 3, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Del Pino* filed a notice of opposition to the proposed transfer order. The Panel has now been informed that *Del Pino* was remanded to state court in an order filed by the Honorable Phyllis J. Hamilton on August 21, 2012.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-527" filed on August 3, 2012, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel