**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: § | |
| § | MDL No. 875 |
| Asbestos Products Liability Litigation (No. VI) § | |

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES DEL PINO and BEVERLY DEL PINO, § | **CASE NO. 12-cv-3911-SC** |
| § | |
| § | (*Removed from* Superior Court of |
| Plaintiffs, § | California, County of San Francisco, |
| § | CGC-12-276039) |
| vs. § | |
| § | |
| **3M COMPANY** (INDIVIDUALLY AND F/K/A MINNESOTA, MINING AND MANUFACTURING COMPANY A/K/A "3M"), et al. § | |
| § | |
| Defendants. § | |
| _____ § | |

**PROOF OF SERVICE**

I certify that the Notice of Remand was filed through the ECF system and will be sent electronically to the registered participants and paper copies will be sent via U.S. Mail to non-registered participants on this 24th day of August, 2012. The names and addresses of the persons served via U.S. Mail is attached hereto. I certify that the foregoing is true and correct.

Dated: August 24, 2012	Respectfully Submitted,

/s/ Denyse Clancy
Denyse Clancy
**BARON & BUDD, P.C.**
3012 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: 214-521-3605
Facsimile: 214-520-1181
E-Mail: dclancy@baronbudd.com

COUNSEL FOR PLAINTIFFS

**SERVICE LIST**

1. 3M COMPANY
   P. Gerhardt Zacher
   Thomas A. Packer
   Gordon & Rees LLP
   275 Battery Street, Suite 2000
   San Francisco, CA 94111
   tpacker@gordonrees.com

2. ABB INC.
   **Jiyon C. Yun**
   **Archer Norris**
   **2033 North Main Street, Suite 800**
   **Walnut Creek, CA 94596-3759**
   **(925) 930-6600: Phone**
   **(925) 930-6620: Fax**
   jyun@archernorris.com

3. A. W. CHESTERTON COMPANY
   Melisa R. Badgett
   rbadgett@cmjlaw.com
   Cooley Manion Jones, LLP
   201 Spear Street, 18th Floor
   San Francisco, CA 94105
   415-512-4381
   415-512-6791 fax

4. ALLIANCE LAUNDRY SYSTEMS LLC
   **Lisa L. Oberg**
   **McKenna, Long & Aldridge, L.L.P.**
   **41st Floor**
   **101 California Street**
   **San Francisco, CA  94111**
   **loberg@mckennalong.com**
   **(415) 267-4000-Phone**
   **(415) 267-4198-Fax**

5. TRANE U.S., INC. f/k/a AMERICAN STANDARD, INC
   **Robert Rich**
   **Michael J. Pietrykowski**
   **Kathryn LaFevers**
   **Gordon & Rees LLP**
   **275 Battery Street, Suite 2000**
   **San Francisco, CA 94111**
   **rrich@gordonrees.com**
   **mpietrykowski@gordonrees.com**
   **klafevers@gordonrees.com**
   **415-986-5900: Phone**
   **415-986-8054: Fax**

6. CARRIER CORPORATION
   Tucker Ellis LLP
   Lance D. Wilson
   Nicole E. Gage
   135 Main Street, Suite 700
   San Francisco, CA 94105
   lance.wilson@tuckerellis.com
   Lillian.ma@tuckerellis.com

7. CBS CORPORATION
   **Drew A. Burford**
   **Kevin D. Jamison**
   **Eric Jimenez**
   **Pond North LLP**
   **350 S. Grand Avenue**
   **Suite 3300**
   **Los Angeles, CA 90074**
   **dburford@pondnorth.com**
   **kjamison@pondnorth.com**
   **ejimenez@pondnorth.com**
   **213-617-6170**
   **213-623-3594: Fax**

8. CLEAVER-BROOKS, INC., (AQUA-CHEM)
   **Douglas Wah**
   **Rochelle R. Ileto**
   **rileto@foleymansfield.com**
   **Jennifer M. McCormick**
   **Foley & Mansfield**
   **300 Lakeside Drive, Suite 1900**
   **Oakland, CA 94612**
   **jmccormick@foleymansfield.com**
   **510-590-9500: Office**
   **510-590-9595: Fax**

9. EATON CORPORATION
   **Shawn M. Ridley**
   **Howard, Rome, Martin & Ridley, L.L.P.**
   **1775 Woodside Road, Suite 200**
   **Redwood City, CA  94061-3436**
   **sridley@hrmrlaw.com**
   **hrome@hrmrlaw.com**
   **(650)365-7715-Office**
   **(650)364-5297-Fax**

10. EATON ELECTRICAL, INC.
    **Shawn M. Ridley**
    **Howard, Rome, Martin & Ridley, L.L.P.**
    **1775 Woodside Road, Suite 200**
    **Redwood City, CA  94061-3436**
    **sridley@hrmrlaw.com**
    **(650)365-7715-Office**
    **(650)364-5297-Fax**

11. ELECTRIC MACHINERY MANUFACTURING CO**.**
    Julie A. Torres
    jtorres@dehay.com
    Eric D. Sentlinger
    esentlinger@dehay.com
    Dehay & Elliston, LLP
    1111 Broadway, Suite 1950
    Oakland, CA 94607
    510-285-0750
    510-285-0740 fax

12. ERICSSON, INC.
    James B. Clapp
    Law Offices of James B. Clapp
    1611 Telegraph Ave., Suite 310
    Oakland, CA 94612
    clapplaw@pacbell.net
    510-763-0111
    443-947-0706 fax

13. FOSTER WHEELER ENERGY CORPORATION
    **Edward Hugo**
    **Shelley K. Tinkoff**
    **Brydon Hugo & Parker**
    **135 Main Street, 20th Floor**
    **San Francisco, CA 94105**
    **tinkoff@bhplaw.com**
    **415-808-0300: Office**
    **415-808-0333: Fax**

14. GARDNER DENVER NASH, LLC, / THE NASH ENGINEERING CO.
    **Roger D. Yuen**
    **Foley & Mansfield**
    **300 Lakeside Drive, Suite 1900**
    **Oakland, CA 94612**
    **ryuen@foleymansfield.com**
    **510-590-9500: Office**
    **510-590-9595: Fax**

15. GENERAL CABLE CORPORATION
    **Robert M. Hamblett rmh@hassard.com**
    **B. Thomas French btf@hassard.com**
    **Hassard Bonnington LLP**
    **Two Embarcadero Center, Suite 1800**
    **San Francisco, CA 94111-3941**
    **415-288-9800: Office**
    **415-288-9801: Fax**

16. GENERAL ELECTRIC COMPANY
    Charles T. Sheldon
    Derek Johnson
    Walsworth, Franklin, Bevins & McCall LLP
    601 Montgomery Street, 9th Floor
    San Francisco, CA 94111
    415.781.7072
    415.391.6258 fax
    csheldon@wfbm.com
    djohnson@wfbm.com

17. GEORGIA-PACIFIC, LLC,
    David T. Biderman
    Brien F. McMahon
    Perkins Coie LLP
    Four Embarcadero Center, Suite 2400
    San Francisco, CA 94111-4131
    DBiderman@perkinscoie.com

18. **HENRY VOGT MACHINE COMPANY**
    **James G. Murray**
    **Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz, LLP**
    **Fourth Floor**
    **310 Golden Shore**
    **Long Beach, CA  90802**
    **(562) 436-3946 (Phone)**
    **(562) 495-0564 (Fax)**
    jmurray@prindlelaw.com

19. **INDUSTRIAL HOLDINGS CORPORATION**
    **Robert Rich**
    **Michael J. Pietrykowski**
    **Kathryn LaFevers**
    **Gordon & Rees LLP**
    **275 Battery Street, Suite 2000**
    **San Francisco, CA 94111**
    **rrich@gordonrees.com**
    **klafevers@gordonrees.com**
    **415-986-5900: Phone**
    **415-986-8054: Fax**

20. INGERSOLL-RAND COMPANY
    **Robert Rich**
    **Michael J. Pietrykowski**
    **Kathryn LaFevers**
    **Gordon & Rees LLP**
    **275 Battery Street, Suite 2000**
    **San Francisco, CA 94111**
    **rrich@gordonrees.com**
    **klafevers@gordonrees.com**
    **415-986-5900: Phone**
    **415-986-8054: Fax**

21. INSULECTRO
    **Kirk A. Wilkinson**
    **Patricia A. Eberwine**
    **Milad R. Hassani**
    **Latham & Watkins LLP**
    **355 South Grand Avenue**
    **Los Angeles, CA 90071-1560**
    **213-485-1234: Phone**
    **213-891-8763: Fax**
    **kirk.wilkinson@lw.com**

22. METALCLAD INSULATION CORPORATION
    **Lisa L. Oberg**
    **McKenna Long & Aldridge LLP**
    **101 California Street, 41st Floor**
    **San Francisco, CA 94111**
    loberg@mckennalong.com

23. PHELPS DODGE INDUSTRIES, INC.
    James Mink
    Brown Eassa & McLeod LLP
    1999 Harrison Street, 18th Floor
    Oakland, CA 94612
    JLM@Browneassa.com
    510-444-3131
    510-839-7940 fax

24. RAYTHEON COMPANY
    Susan Ogdie
    Jennifer Walker
    Brown Eassa & McLeod LLP
    1999 Harrison Street, Suite 1800
    Oakland, CA 94612
    JLM@Browneassa.com

25. ROCKBESTOS-SUPRENANT CABLE CORPORATION
    **Luiza Manuelian**
    **Poole & Shaffery, LLP**
    **225 Bush Street**
    **16th Floor**
    **San Francisco, CA  94104**
    **lmanuelian@pooleshaffery.com**

    **(415)852-5440 (Phone)**
    **(415) 852-5444 (Fax)**

26. ROCKWELL AUTOMATION, INC.
    Tucker Ellis LLP
    Lance D. Wilson
    Nicole E. Gage
    135 Main Street, Suite 700
    San Francisco, CA 94105
    lance.wilson@tuckerellis.com

27. SAN FRANCISCO GRAVEL COMPANY
    **Theodore T. Cordery**
    **Imai, Tadlock, Keeney & Cordery, LLP**
    **100 Bush Street, Suite 1300**
    **San Francisco, CA 94104**
    **415-675-7000: Phone**
    **415-675-7008: Fax**
    **tcordery@itck.com**

Case MDL No. 875   Document 8939   Filed 08/24/12   Page 10 of 10

28.      SCHNEIDER ELECTRIC USA, INC.
**Michele C. Barnes**
**Brendan J. Tuohy**
**K & L Gates**
**Four Embarcadero Center**
**Suite 1200**
**San Francisco, CA 94111**
**brendan.tuohy@klgates.com**
**415-249-1077: Direct**
**415-882-8200: Office**

29.      UNION CARBIDE CORPORATION
**Anne Cherry Barnett**
**McKenna, Long & Aldridge, L.L.P.**
**41st Floor**
**101 California Street**
**San Francisco, CA  94111**
**abarnett@mckennalong.com**
**(415) 267-4131-Phone**
**(415) 267-4198-Fax**