# Thompson Coburn LLP

525 West Main Street
Post Office Box 750
Belleville, Illinois 62222-0750
618-277-4700
FAX 618-236-3434
www.thompsoncoburn.com

August 28, 2012

Erick E. VanDorn
618-236-3411
FAX 618-236-3498
evandorn@
thompsoncoburn.com

Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-255, North Lobby
Washington, DC 20002-8041

Re:   Potential tag-along action; MDL Docket No. 875 (MARDOC)

Dear sir or madam:

This letter is to notify the Clerk of the Judicial Panel on Multidistrict Litigation of a potential tag along action pending in the Southern District of Illinois – <u>Johnnie Ault v. Schulmberger LTD, Transocean LTD, Harbinger Group, Inc., and BP, P.L.C.</u>, Case No. 3:12-cv-833, before Judge J. Phil Gilbert. A copy of the Complaint and Docket Sheet are attached hereto pursuant to MDL 875 Administrative Order No. 6, paragraph 2.

Plaintiff brought the subject action for personal injuries and death of the Decedent Bryan W. Ault against his former employers, Schlumberger LTD, Transocean LTD, and Harbinger Group, Inc., pursuant to the Jones Act and General Maritime Law on July 24, 2012. This case involves claimed asbestos exposure and injury to a maritime worker. *See* Complaint.

Even though the Panel has ceased transferring tag-along actions to MDL No. 875, Defendant Harbinger Group, Inc., believes this case may fall under one of two different exceptions which would allow for transfer of this matter to MDL 875: (2) Seventh Circuit Cases; or (3) Maritime Docket (Mardoc). (Doc. 8213).

Accordingly, Harbinger Group, Inc. respectfully requests that the Panel transfer the above-captioned action from the Southern District of Illinois to MDL 875 in the United States District Court for the Eastern District of Pennsylvania for further disposition.

Very truly yours,

Thompson Coburn LLP

By  Erick E. VanDorn

**Chicago     St. Louis     Southern Illinois     Washington, D.C.**

August 28, 2012
Page 2

Enclosures

Cc: D. Todd Matthews
    Gori, Julian & Associates, P.C.
    156 N. Main St.
    Edwardsville, IL 62025

    Michael B. Patronella
    Williams, Kherkher, Hart, Boundas L.L.P.
    8441 Gulf Freeway, Suite 600
    Houston, TX 77017-5051