## Schedule of Actions

S.D.Ill.        Ault v. Schulmberger LTC, et al.        12-833