## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2012, the foregoing Notice of Potential Tag-Along Action was mailed, postage prepaid, upon the following:

D. Todd Matthews
Gori, Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025

Michael B. Patronella
Williams, Kherkher, Hart, Boundas L.L.P.
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051

        s/ Erick E. VanDorn
        Erick E. VanDorn, #6256805
        525 West Main Street
        P.O. Box 750
        Belleville, Illinois  62222-0750
        618-277-4700
        FAX 618-236-3434
        evandorn@thompsoncoburn.com

        Attorney for Defendant

OF COUNSEL:
THOMPSON COBURN LLP