ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-06575-RA

Deglopper v. Crane Co. et al.

Assigned to: Judge Ronnie Abrams

Case in other court: State Court-Supreme, 190324-12

Cause: 28:1441 Notice of Removal

Date Filed: 08/28/2012

Jury Demand: None

Nature of Suit: 368 P.I. : Asbestos

Jurisdiction: Federal Question

**Plaintiff**

**Warren H. Deglopper**

V.

**Defendant**

**Crane Co.**                        represented by   **Angela Digiglio**
                                                      Kirkpatrick & Lockhart Preston Gates
                                                      Ellis LLP( Lex. Ave.)
                                                      599 Lexington Avenue
                                                      New York, NY 10022
                                                      (212)-536-3994
                                                      Fax: (212)-536-3901
                                                      Email: angela.digiglio@klgates.com
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Aerco International, Inc.**

**Defendant**

**Air & Liquid Systems Corporation**
*as successor by merger to Buffalo Pumps*

**Defendant**

**Amchem Products, Inc.**
*now known as*
Rhone Poulenc Ag Company
*now known as*
Bayer Cropscience Inc.

**Defendant**

**Atwood & Morrill Company**

**Defendant**

**Aurora Pump Company**

**Defendant**

**Blackmer**

**Defendant**

**BW/IP, Inc. and its wholly owned
subsidiaries**

**Defendant**

**Byron Jackson Pumps**

**Defendant**

**CBS Corporation**
*successor by merger to CBS
Corporation, f/k/a Westinghouse
Electric Corporation
formerly known as*
Viacom, Inc.

**Defendant**

**Certainteed Corporation**

**Defendant**

**Cleaver Brooks Company, Inc.**

**Defendant**

**Edward Valves**
*formerly known as*
Edward Valve & MFG. Co.

**Defendant**

**Empire-Ace Insulation Mfg. Corp.**

**Defendant**

**Flowserve US, Inc.**
*solely as successor to Rockwell
Manufacturing Company, Edward
Valve, Inc., Nordstrom Valves, Inc.,
Edward Vogt Valve Company and Vogt
Valve Company*

**Defendant**

**FMC Corporation**
*on behalf of its former Chicago Pump
& Northern Pump Businesses*

**Defendant**

**Foster Wheeler, L.L.C.**

**Defendant**

**Gardner Denver, Inc.**

__Defendant__

**General Electric Company**

__Defendant__

**Goulds Pumps, Inc.,**

__Defendant__

**IMO Industries, Inc.**

__Defendant__

**Ingersoll-Rand Company**

__Defendant__

**ITT Corporation**

__Defendant__

**Nash Engineering Co. Inc.**

__Defendant__

**Owens-Illinois, Inc.,**

__Defendant__

**Pfizer, Inc. (Pfizer)**

__Defendant__

**Rapid-American Corporation**

__Defendant__

**The Fairbanks Company**

__Defendant__

**Trane U.S. Inc.**
*formerly known as*
American Standard Inc.,

__Defendant__

**U.S. Rubber Company (Uniroyal)**

__Defendant__

**Union Carbide Corporation**

__Defendant__

**Warren Pumps, LLC**

__Defendant__

**Yarway Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190324-12. (Filing Fee $ 350.00, Receipt Number 1047339).Document filed by Crane Co.(mro) (Entered: 08/30/2012) |
| 08/28/2012 | | Magistrate Judge Frank Maas is so designated. (mro) (Entered: 08/30/2012) |
| 08/28/2012 | | Case Designated ECF. (mro) (Entered: 08/30/2012) |
| 08/30/2012 | 2 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 08/28/2012. Service was made by Mail. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 08/30/2012) |
| 08/30/2012 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Crane Co..(Digiglio, Angela) (Entered: 08/30/2012) |
| 09/06/2012 | 4 | NOTICE of Tag-Along Action. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 09/06/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/06/2012 14:15:42 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-06575-RA |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

WARREN H. DEGLOPPER and SANDRA
DEGLOPPER,

                Plaintiffs,

         v.

AERCO INTERNATIONAL, INC., et al.,

                Defendants.

---------------------------------------------------------x

:  Docket No.: 12-CV-6575
:
:  **DEFENDANT CRANE CO.'S NOTICE**
:  **OF TAG-ALONG ACTION**
:
:
:
:
:
:
:

TO:   THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
       DISTRICT OF NEW YORK

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on

Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court

to the United States District Court, Eastern District of Pennsylvania, for coordination of

consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That

order also applies to "tag-along actions," or actions involving common questions of fact filed

after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e)

provides:

> Any party or counsel in actions previously transferred under Section 1407
> or under consideration by the Panel for transfer under Section 1407 shall
> promptly notify the Clerk of the Panel of any potential "tag-along actions"
> in which that party is also named or in which that counsel appears.

On December 13, 2011, the Judicial Panel on Multidistrict Litigation issued its

Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers. Pursuant to

that Order, the Judicial Panel will still transfer and consolidate tag-along cases to MDL-875 that are from the Southern District of New York.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated: September 6, 2012

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Dated: New York, New York
      September 6, 2012

Respectfully submitted,

Crane Co.
By its attorneys,

/s/ Angela DiGiglio
Angela DiGiglio (AD 2290)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022-6030
Email: angela.digiglio@klgates.com
Phone: (212) 536-3900
Fax: (212) 536-3901

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Crane Co.'s ("Crane Co."), Notice of Tag Along Action was served on plaintiff's counsel and all defense counsel of record identified on the attached service rider via regular mail September 6, 2012 and is available for viewing and downloading from the Court's ECF system.


/s/ Angela DiGiglio
Angela DiGiglio, Esq.
Attorney for Defendant
Crane Co.

## WARREN H. DEGLOPPER

## SERVICE RIDER

## INDEX NO. 190324/12

| Counsel: | Attorneys for: |
|---|---|
| Philip Goldstein, Esq.<br>Genevieve MacSteel, Esq.<br>**MCGUIREWOODS, LLP**<br>1345 Avenue of the Americas, 7th Floor<br>New York, New York  10105-0106 | American Standard, ITT Corporation, The Trane Company |
| Chris Gannon, Esq.<br>Theodore M. Eder, Esq.<br>Robert R. Rigolosi, Esq.<br>**SEGAL, MCCAMBRIDGE, SINGER<br> & MAHONEY, LTD.**<br>850 Third Avenue, Suite 1100<br>New York, New York  10022 | BW/IP, Inc. and/or Byron Jackson Pumps), Gardner Denver, Inc. |
| Charles McGivney, Esq.<br>**McGIVNEY & KLUGER, P.C.**<br>80 Broad Street, 23rd Floor<br>New York, New York  10004 | Aurora Pump Company, Atwood & Morrill Co., Inc. The Fairbanks Company, Flowserve US, Inc. The Nash Engineering Company |
| Philip J. O'Rourke, Esq.<br>**McGIVNEY & KLUGER, P.C.**<br>80 Broad Street, 23rd Floor<br>New York, New York  10004 | |
| Richard P. Plochocki, Esq.<br>**McGIVNEY & KLUGER, P.C.**<br>AXA Tower – 1<br>100 Madison Street, Suite 1640<br>Syracuse, NY  13202 | |
| Edward Wilbraham, Esq.<br>**WILBRAHAM LAWLER & BUBA**<br>140 Broadway, 46th Floor<br>New York, New York  10005 | Air & Liquid Systems Corporation as successor by merger to Buffalo Pumps, Inc. |
| Heidi Chang, Esq.<br>Nicole Price Wesselmann, Esq.<br>**MCMAHON, MARTINE & GALLAGHER, LLP**<br>55 Washington St., 7th Floor<br>Brooklyn, NY  11201 | Empire-Ace Insulation Mfg. Corp. |

| Counsel: | Attorneys for: |
|---|---|
| Raghu N. Bandlamudi<br>Litigation Associate<br>**CULLEN and DYKMAN LLP**<br>44 Wall Street<br>New York, NY 10005 | Goulds Pumps |
| Elana L. Danzer, Esq.<br>Norman Senior, Esq.<br>**GREENFIELD STEIN & SENIOR, LLP**<br>600 Third Avenue, 11th Floor<br>New York, NY 10016 | U.S. Rubber Company (Uniroyal) |
| Paul A. Scrudato, Esq.<br>**SCHIFF HARDIN LLP**<br>666 Fifth Avenue<br>17th floor<br>New York, NY 10103 | Owens-Illinois, Inc. |
| Joseph Colao, Esq.<br>**LEADER & BERKON**<br>630 Third Avenue, 17th Floor<br>New York, New York 10017 | IMO Industries, Inc.<br>Warren Pumps, Inc. |
| Suzanne Halbardier, Esq.<br>**BARRY, MCTIERNAN & MOORE**<br>2 Rector Street, 14th Floor<br>New York, New York 10006 | Cleaver Brooks Company, Inc. |
| Michael A. Tanenbaum, Esq.<br>Bridget M. Polloway, Esq.<br>**SEDGWICK, DETERT, MORAN & ARNOLD, LLP**<br>Three Gateway Center, 12th Floor<br>Newark, New Jersey 07102 | Foster Wheeler L.L.C., General Electric Company,<br>Viacom, Inc., as successor in interest by merger to<br>CBS Corporation f/k/a Westinghouse Electric, |
| Jennifer W. Darger, Esq.<br>Judith Yavitz, Esq.<br>**DARGER ERRANTE YAVITZ & BLAU LLP**<br>116 East 27th Street<br>New York, NY 10016 | Amchem Products, Inc., Certainteed Corporation, |
| Lisa M. Pascarella, Esq.<br>**FORMAN, PERRY, WATKINS,**<br>  **KRUTZ & TARDY, LLP**<br>328 Newman Springs Road<br>Red Bank, NJ 07701 | Ingersoll-Rand Company |
| Amiel Gross, Esq.<br>**SNR DENTON US LLP**<br>1221 Avenue of the Americas, 23rd Floor<br>New York, New York 10020 | Rapid-American Corporation |

| Counsel: | Attorneys for: |
|---|---|
| Rob C. Tonogbanua, Esq.<br>**DICKIE MCCAMEY & CHILCOTE, P.C.**<br>41 South Haddon Avenue, Suite 5<br>Haddonfield, NJ 08033 | Yarway Corporation |
| Christopher Hannan, Esq.<br>**KELLEY JASONS MCGOWAN**<br>**SPINELLI & HANNA, LLP**<br>120 Wall Street, 30th Floor<br>New York, NY 10005 | Chicago Pump, Northern Pump Businesses, FMC<br>Corporation |
| Arthur Bromberg, Esq.<br>Dennehy, Warner, Coleman & Goggin<br>425 Eagle Rock Avenue<br>Roseland, NJ 07068 | Aerco International, Inc. |
| **Unknown Counsel** | Blackmer, a division of Dover Corporation f/k/a<br>Blackmer Pump Power & Manufacturing Company<br>Edward Valve f/k/a Edward Valve & MFg. Co. |



# PACE

## THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

**RECEIVED**

AUG 0 7 2012

**PACE**

Name _____ Delora L. Gans _____

Firm / Company _____ Crane Co. (Week of 7/30/2012) _____

Phone # or email address _____ (203) 363-7300  dgans@craneco.com _____

Request Date _____ 8/3/2012 _____

Please specify Request Type (*one per form*):

- [X] **New Filing** (A complaint to be placed on the PACEWEB database that *will* generate an email notification to the Defense Counsel)
- [ ] **Discovery/Miscellaneous Correspondence** (Non complaint documents that PACE will mail directly to the appropriate defense counsel)
- [ ] **Severance**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Severed from" and "Severed to" DOCKET NUMBERS
- [ ] **Transfer/Removal**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Transferred from" and "Transferred to" INFORMATION
- [ ] **Intervention**: MUST INCLUDE SIGNED ORDER FROM THE JUDGE

### All fields below must be filled out in order to be appropriately processed.

| Lead Plaintiff name | Specific Defendant Company Served (*one entry per line*) | Jurisdiction & State | Docket # AKA Index #, Case #, etc. | Service Date | Plaintiff's Counsel | Additional Comments |
|---|---|---|---|---|---|---|
| Andreucci, Michael L. | Crane Company | Common Pleas, Northampton County, Pennsylvania | C-48-AB-2012-39 | 7/31/2012 | John Kotsatos, Esquire, (610) 866-3333, for Law Offices of Peter G. Angelos, P.C. | Served via USPS Certified Mail #7011 3500 0003 5274 9214 postmarked from zip code 18018 |
| Bicking, Patrick A. (and Bicking, Michele D., husband and wife) | Crane Company | Common Pleas, Northampton County, Pennsylvania | C-48-AB-2012-37 | 8/2/2012 | John Kotsatos, Esquire, (610) 866-3333, for Law Offices of Peter G. Angelos, P.C. | Served via USPS Certified Mail #7010 2780 0001 6563 8970 postmarked from zip code 18018 |
| Bush, Edward (and Bush, Lynn) | Crane Co. | Supreme Court, New York County, New York | 190301-12 | 8/2/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |



**PACE** — THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

| Plaintiff | Defendant | Court | Docket Number | Date | Attorney | Service |
|---|---|---|---|---|---|---|
| Carilli, Armando (and Carilli, Jennie) | Crane Co. | Supreme Court, New York County, New York | 190303-12 | 8/2/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Carilli, Armando (and Carilli, Jennie) | Pacific Valves, Individually and as a subsidiary of Crane Co. | Supreme Court, New York County, New York | 190303-12 | 8/2/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Carilli, Armando (and Carilli, Jennie) | Weinman Pump & Supply Co. | Supreme Court, New York County, New York | 190303-12 | 8/2/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Deglopper, Warren H (and Deglopper, Sandra) | Crane Co. | Supreme Court, New York County, New York | 190324-12 | 8/2/2012 | David Chandler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Deutsch, Edward I. (and Deutsch, Michele A., husband and wife) | Crane Company | Common Pleas, Northampton County, Pennsylvania | C-48-AB-2012-38 | 8/2/2012 | Lamont G. McClure (610) 866-3333, for Law Offices of Peter G. Angelos, P.C. | Served via USPS Certified Mail #7011 3500 0003 5274 7319 postmarked from zip code 18018 |
| D'Onofrio, Michael (Exec. to Estate of D'Onofrio, Leonard and D'Onofrio, Bernadette, surviving spouse) | Crane Co., individually and as successor to Jenkins Bros. & Weinman Pump Manufacturing Co., Chapman Valve Co & Cochrane and Deming Pumps | Superior Court, Judicial District of Fairfield at Bridgeport, Connecticut | Major: T Minor: 20 | 7/30/202 | Christopher Meisenkothen, Esq. (203) 777-7799, for Early, Lucarelli, Sweeney & Meisenkothen, LLC | "A True Copy Attest" served by Keith D. Niziankiewicz, Connecticut State Marshal, Indifferent Person |
| Fiorillo, Henry (and Fiorillo, Martha) | Crane Co. | Supreme Court, New York County, New York | 190302/2012 | 8/2/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Fiorillo, Henry (and Fiorillo, Martha) | Weinman Pump & Supply, Co. | Supreme Court, New York County, New York | 190302/2012 | 8/2/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF __New York__

---x

Warren H. Deglopper

  Plaintiff/Petitioner,

- against -

Aero International, Inc

  Defendant/Respondent.

---x

**RECEIVED**

AUG 02 2012

**Crane Co.**

Index No. 190324-12

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts.  This notice is being served as required by Subdivision (b) (3) of that Section.

The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: 7/25/6

_____ (Signature)     _____ (Address)

_____ (Name)          _____

_____ (Firm Name)     _____ (Phone)

                                        _____ (E-Mail)

To: All defendants
    on Attached Rider

4/8/11

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X  Index No.: 190324-12

WARREN H. DEGLOPPER and SANDRA DEGLOPPER,
                                                                    Date Filed: 7/25/12

                                        Plaintiff(s),              Plaintiff Designates
                                                                   **NEW YORK**
                    -against-                                      County as the Place of Trial

AERCO INTERNATIONAL, INC.,                                        The Basis of Venue is
AIR & LIQUID SYSTEMS CORPORATION,                                Defendants' Place of Business
    as successor-by-merger to BUFFALO PUMPS,
AMCHEM PRODUCTS, INC.,
    n/k/a RHONE POULENC AG COMPANY,                               **SUMMONS**
    n/k/a BAYER CROPSCIENCE INC.,
ATWOOD & MORRILL COMPANY,
AURORA PUMP COMPANY,
BLACKMER,
BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES,                   **RECEIVED**
BYRON JACKSON PUMPS,
CBS CORPORATION, f/k/a VIACOM INC.,                              AUG 02 2012
    successor by merger to
    CBS CORPORATION, f/k/a                                       **Crane Co.**
    WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
EDWARD VALVES f/k/a EDWARD VALVE & MFG. CO.,
EMPIRE-ACE INSULATION MFG. CORP.,
FLOWSERVE US, INC.
    Solely as Successor to Rockwell Manufacturing Company,
    Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt
    Valve Company, and Vogt Valve Company,
FMC CORPORATION on behalf of its former
    subsidiary, CROSBY VALVE, INC.,
FMC CORPORATION,
    on behalf of its former CHICAGO PUMP
    & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
NASH ENGINEERING CO.,
OWENS-ILLINOIS, INC.,
PFIZER, INC. (PFIZER),
RAPID-AMERICAN CORPORATION,
THE FAIRBANKS COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,

U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
WARREN PUMPS, LLC,
YARWAY CORPORATION,

                                    Defendants.
--------------------------------------------------------------------------X

To the above named Defendant(s)

      **You are hereby summoned** to answer the **verified** complaint in this action and to serve a
copy of your answer, or, if the complaint is not served with this summons, to serve a notice of
appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons,
exclusive of the day of service (or within 30 days after the service is complete if this summons is
not personally delivered to you within the State of New York); and in case of your failure to
appear or answer, judgment will be taken against you by default for the relief demanded in the
complaint.

Dated, July 25, 2012
      New York, New York

                                        WEITZ & LUXENBERG, P.C.
Defendant's address:                   Attorney(s) for Plaintiff
                                        Post Office Address
**SEE ATTACHED DEFENDANTS RIDER**      700 Broadway
                                        New York, New York 10003
                                        (212) 558-5500

DEFENDANTS' RIDER

**AERCO INTERNATIONAL, INC.**
100 Oritani Drive

Blauvelt, NY 10913

**AIR & LIQUID SYSTEMS CORPORATION,**
   **as successor-by-merger to BUFFALO PUMPS**
874 OLIVER STREET
N. TONAWANDA, NY 14120

**AMCHEM PRODUCTS, INC.,**
   **n/k/a RHONE POULENC AG COMPANY,**
   **n/k/a BAYER CROPSCIENCE INC.**
41 State Street
Albany, NY 11207

**ATWOOD & MORRILL COMPANY**
29 Old Right Road
Ipswich, MA 01938

**AURORA PUMP COMPANY**
13515 Ballantyne Corporate Place
Charlotte, NC 28277

**BLACKMER**
1809 Century Avenue SW
Grand Rapids, MI 49503-1530

**BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES**
5215 North O'Conner Blvd
Suite 2300
Irving, TX 75039

**BYRON JACKSON PUMPS**
5215 N. O'Conner Boulevard
Suite 2300
Irving, TX 75039

**CBS CORPORATION, f/k/a VIACOM INC.,**
   **successor by merger to**
   **CBS CORPORATION, f/k/a**
   **WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**RECEIVED**

AUG 0 2 2012

**Crane Co.**

**CERTAINTEED CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

**CLEAVER BROOKS COMPANY, INC.**
11950 West Park Place
Milwaukee, WI 11270

**CRANE CO.**
100 First Stamford Place
Stamford, CT 06902

**EDWARD VALVES f/k/a EDWARD VALVE & MFG. CO.**
Unknown at Present Time

**EMPIRE-ACE INSULATION MFG. CORP.**
c/o THE SECRETARY OF STATE
41 State Street
Albany, NY 12207

**FLOWSERVE US, INC.**
  **Solely as Successor to Rockwell Manufacturing Company,
  Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt
  Valve Company, and Vogt Valve Company**
c/o Corporate trust Systems
111 8th Avenue 13th Floor
New York, NY 10011

and

5215 North O'Connor Blvd, Ste 2300
Irving, Texas 75039
Irving, TX 75039

**FMC CORPORATION on behalf of its former
  subsidiary, CROSBY VALVE, INC.**
CT CORPORATION SYSTEM
101 Federal Street
Boston, MA 02110

**FMC CORPORATION,**
  **on behalf of its former CHICAGO PUMP
  & NORTHERN PUMP BUSINESSES**
1735 Market Street
Philadelphia, PA 19103

**FOSTER WHEELER, L.L.C.**
Route 173 at Frontage Road
Clinton, NJ 08809

**GARDNER DENVER, INC.**
1800 Gardner Expressway
Quincy, IL 62301

**GENERAL ELECTRIC COMPANY**
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**GOULDS PUMPS, INC.**
2881 E. Bayard Street
Seneca Falls, NY 13148

**IMO INDUSTRIES, INC.**
Corporation Service Company,
2711 Centerville Road, Suite 400,
Wilmington, DE 19808

**INGERSOLL-RAND COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**ITT CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

**NASH ENGINEERING CO.**
Corporation Service Company
2595 Interstate Drive, Suite 101
Harrisburg, PA 17110

**OWENS-ILLINOIS, INC.**
One Michael Owens Way
Perrysburg, OH 43551

**PFIZER, INC. (PFIZER)**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**RAPID-AMERICAN CORPORATION**
2711 Centerville Road
Wilmington, DE 19808

**THE FAIRBANKS COMPANY**
CT Corporation System (GA)
1201 Peachtree Street NE
Atlanta, GA 30361

Lisa Pascarella
BRAATEN & PASCARELLA, LLC
Paynters Ridge Office Park
2430 Route 34 - P.O. Box 648
Manasquan, NJ 08736
Attorneys for Defendant:
     **TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.**

**U.S. RUBBER COMPANY (UNIROYAL)**
c/o Frank Degrim, Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016-1903

**UNION CARBIDE CORPORATION**
CT Corporation Systems
111 8th Avenue
New York, NY 10019

**WARREN PUMPS, LLC**
Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

**YARWAY CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X    Index No.:

WARREN H. DEGLOPPER and SANDRA DEGLOPPER,
                                                                         Date Filed:

                                    Plaintiff(s),

                    -against-                                            **VERIFIED**
                                                                        **COMPLAINT**

AERCO INTERNATIONAL, INC.,
AIR & LIQUID SYSTEMS CORPORATION,                                        **RECEIVED**
    as successor-by-merger to BUFFALO PUMPS,
AMCHEM PRODUCTS, INC.,                                                   AUG 0 2 2012
    n/k/a RHONE POULENC AG COMPANY,
    n/k/a BAYER CROPSCIENCE INC.,                                        **Crane Co.**
ATWOOD & MORRILL COMPANY,
AURORA PUMP COMPANY,
BLACKMER,
BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES,
BYRON JACKSON PUMPS,
CBS CORPORATION, f/k/a VIACOM INC.,
    successor by merger to
    CBS CORPORATION, f/k/a
    WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CRANE CO.,
EDWARD VALVES f/k/a EDWARD VALVE & MFG. CO.,
EMPIRE-ACE INSULATION MFG. CORP.,
FLOWSERVE US, INC.
    Solely as Successor to Rockwell Manufacturing Company,
    Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt
    Valve Company, and Vogt Valve Company,
FMC CORPORATION on behalf of its former
    subsidiary, CROSBY VALVE, INC.,
FMC CORPORATION,
    on behalf of its former CHICAGO PUMP
    & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
NASH ENGINEERING CO.,
OWENS-ILLINOIS, INC.,
PFIZER, INC. (PFIZER),
RAPID-AMERICAN CORPORATION,
THE FAIRBANKS COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,

WARREN PUMPS, LLC,
YARWAY CORPORATION,

Defendants.

---------------------------------------------------------------------------X

Plaintiff(s), WARREN H. DEGLOPPER and SANDRA DEGLOPPER, by their attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

1.      Plaintiff(s), WARREN H. DEGLOPPER and SANDRA DEGLOPPER, by their attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

2.      Defendant AERCO INTERNATIONAL, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

3.      Defendant AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to BUFFALO PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

4.      Defendant ATWOOD & MORRILL COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

5.      Defendant AURORA PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

6.      Defendant BLACKMER, was and still is a duly organized domestic corporation doing business in the State of New York.

7.      Defendant BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES, was and still is a duly organized domestic corporation doing business in the State of New York.

8.      Defendant BYRON JACKSON PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

9.      Defendant EDWARD VALVES f/k/a EDWARD VALVE & MFG. CO., was and still is a duly organized 9.    Defendant FLOWSERVE US, INC. Solely as Successor to Rockwell Manufacturing Company, Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt Valve Company, and Vogt Valve Company, was and still is a duly organized domestic corporation doing business in the State of New York.

10.     Defendant FMC CORPORATION on behalf of its former subsidiary, CROSBY VALVE, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

11.     Defendant FMC CORPORATION, on behalf of its former CHICAGO PUMP & NORTHERN PUMP BUSINESSES, was and still is a duly organized domestic corporation doing business in the State of New York.

12.     Defendant GARDNER DENVER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

13.     Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

14.     Defendant ITT CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

15.     Defendant NASH ENGINEERING CO., was and still is a duly organized domestic corporation doing business in the State of New York.

16.     Defendant THE FAIRBANKS COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

17.     Defendant WARREN PUMPS, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

18.     Defendant YARWAY CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

Plaintiff(s), WARREN H. DEGLOPPER and SANDRA DEGLOPPER, repeats and

realleges  NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT

FOR PERSONAL INJURY No. 7  as if fully incorporated herein as it pertains to the defendants

in the aforementioned caption.

Dated: *July 25, 2012*
         New York, New York

                                        Yours, etc.,

                                        WEITZ & LUXENBERG, P.C

                                        Attorneys for Plaintiff(s)
                                        700 Broadway
                                        New York, NY  10003
                                        (212) 558-5500

STATE OF NEW YORK     )
                                          SS:
COUNTY OF NEW YORK  )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.  This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: July 25, 2012
         New York, New York

                                                      /S/
                                          _____
                                          DAVID CHANDLER

Index No.: 19032412

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

WARREN H. DEGLOPPER and SANDRA DEGLOPPER,

Plaintiff(s),

-against-

AERCO INTERNATIONAL, INC., et. al.,

Defendants.

## SUMMONS and COMPLAINT

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
**700 Broadway**
**New York, NY 10003**
**212-558-5500**

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.

Dated, July 25, 2012

**Attorney(s) for**



# NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

**WARREN H. DEGLOPPER - v. - AERCO INTERNATIONAL, INC. et al**

**190324/2012**

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|-------|---------------|----------|---------------|
| 1 | SUMMONS + COMPLAINT | | 07/25/2012 04:35 PM |

## Filing User

Name:   **DAVID ALLAN CHANDLER**
Phone                          E-mail Address:   **Dchandler@weitzlux.com**
Fax #:                         Work Address:     **700 BROADWAY**
                                                 **NEW YORK, NY 10003**

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 07/25/2012 04:35 PM :

**CHANDLER, DAVID ALLAN - Dchandler@weitzlux.com**

**NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.**

---

**E-mail:** EFile@nycourts.gov      **Phone:** (646) 386-3033      **Fax:** (212) 401-9146      **website:** www.nycourts.gov/efile