1    MICHELE C. BARNES (SBN: 187239)
     michele.barnes@klgates.com
2    DANIEL W. FOX (SBN 268757)
     daniel.fox@klgates.com
3    **K&L GATES LLP**
     Four Embarcadero Center, Suite 1200
4    San Francisco, CA  94111
     Telephone:  415.882.8200
5    Facsimile:  415.882.8220

6    Attorneys for Defendant
     CRANE CO.

7

8                  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

9                        UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF PENNSYLVANIA

11   IN RE:  ASBESTOS PRODUCTS
     LIABILITY LITIGATION (NO VI),

12

13                                              MDL DOCKET NO. 875

14   This Document Relates To:

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    1
                     **NOTICE OF TAG-ALONG ACTION**



MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com
DANIEL W. FOX (SBN: 268757)
daniel.fox@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
CRANE CO.



E-filing

ORIGINAL
FILED

AUG 2 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISON

| | |
|---|---|
| LEONARD D. HESTERLEY, JR. and ELLEN HESTERLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> **CBS CORPORATION** *f/k/a* VIACOM, INC., · *successor by merger with* CBS CORPORATION *f/k/a* WESTINGHOUSE ELECTRIC CORPORATION); **CRANE CO.; FOSTER WHEELER ENERGY CORPORATION; FOSTER WHEELER, LLC; GENERAL ELECTRIC COMPANY; INGERSOLL-RAND COMPANY**; **O-I, INC.** *(sued individually and as successor- in-interest to* OWENS-ILLINOIS GLASS COMPANY); **OWENS-ILLINOIS, INC.** *(sued individually and as successor-in-interest to* OWENS-ILLINOIS GLASS COMPANY); **PARKER-HANNIFIN CORPORATION** *(sued individually and as successor-in-interest to* SACOMA-SIERRA, INC.); **RAPID-AMERICAN CORPORATION** *(sued individually and as successor-in-interest to* GLEN ALDEN CORPORATION *and as* | Civil Action No.(Superior Court of the State of California for the County of San Francisco, CA NO. CGC-12-276082) <br><br> **NOTICE OF TAG-ALONG ACTION** <br><br> **CV 12 4404** <br><br>  |

1 | *successor-in-interest to* PHILIP CAREY.
MANUFACTURING CORPORATION);
2 | **THOMAS DEE ENGINEERING CO.,
INC.;**
3 | **TRIPLE A MACHINE SHOP, INC.;**
**UNION CARBIDE CORPORATION;**
4 | **YARWAY CORPORATION;**

5 |                                    Defendants.

6

7    PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict

8  Litigation entered an Order transferring all asbestos cases pending in federal court to the United

9  States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial

10 proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order").  The MDL Transfer Order also

11 applies to "tag-along actions," or actions involving common questions of fact filed after the January

12 27, 1991 filings of the Panel's Order to Show Cause.  MDL Rule 7.5(e) provides:

13              Any party or counsel in actions previously transferred under Section 1407 or

14              under consideration by the Panel for transfer under Section 1407 shall

15              promptly notify the Clerk of the Panel of any potential "tag-along actions" in

16              which that party is also named or in which that counsel appears.

17    On November 23, 2011, the Panel on Multidistrict Litigation and the Hon. Eduardo C.

18 Robreno issued an order and recommendation terminating the new transfer of tag-along actions to the

19 MDL, with several exceptions, including cases venued in the Northern District of California.  A copy

20 of that order is attached hereto as Exhibit 1.

21    The undersigned hereby notifies the Court that this is a potential "tag-along action" that may

22 be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1)

23 enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause

24 why the action should not be transferred, pursuant to MDL Rule 7.3(a).

25 Dated:  August 14, 2012

26

27

28 Mailed to:

Michael J. Beck

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Respectfully submitted,

Date:  August 21, 2012          By:

Michele C. Barnes (CA S.B. # 187239)
Daniel W. Fox (CA S.B. # 268757)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Attorneys for Defendant
CRANE CO.

MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com
DANIEL W. FOX (SBN: 268757)
daniel.fox@klgates.com
**K&L GATES** LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
CRANE CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISON

| | |
|---|---|
| LEONARD D. HESTERLEY, JR. and ELLEN HESTERLEY, | Civil Action No.(Superior Court of the State of California for the County of San Francisco, CA NO. CGC-12-276082) |
| Plaintiffs, | **NOTICE OF TAG-ALONG ACTION** |
| vs. | |
| **CBS CORPORATION** *f/k/a* VIACOM, INC., *successor by merger with* CBS CORPORATION *f/k/a* WESTINGHOUSE ELECTRIC CORPORATION); **CRANE CO.; FOSTER WHEELER ENERGY CORPORATION; FOSTER WHEELER, LLC; GENERAL ELECTRIC COMPANY; INGERSOLL-RAND COMPANY; O-I, INC.** *(sued individually and as successor- in-interest to* OWENS-ILLINOIS GLASS COMPANY); **OWENS-ILLINOIS, INC.** *(sued individually and as successor-in-interest to* OWENS-ILLINOIS GLASS COMPANY); **PARKER-HANNIFIN CQRPORATION** *(sued individually and as successor-in-interest to* SACOMA-SIERRA, INC.); **RAPID-AMERICAN CORPORATION** *(sued individually and as successor-in-interest to* GLEN ALDEN CORPORATION *and as* | |

1

*successor-in-interest to* PHILIP CAREY.
MANUFACTURING CORPORATION);
**THOMAS DEE ENGINEERING CO.,
INC.;
TRIPLE A MACHINE SHOP, INC.;
UNION CARBIDE CORPORATION;
YARWAY CORPORATION;**

Defendants.

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or
> under consideration by the Panel for transfer under Section 1407 shall
> promptly notify the Clerk of the Panel of any potential "tag-along actions" in
> which that party is also named or in which that counsel appears.

On November 23, 2011, the Panel on Multidistrict Litigation and the Hon. Eduardo C. Robreno issued an order and recommendation terminating the new transfer of tag-along actions to the MDL, with several exceptions, including cases venued in the Northern District of California. A copy of that order is attached hereto as Exhibit 1.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated:  August 14, 2012

Mailed to:

Michael J. Beck

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Respectfully submitted,

Date:  August 21, 2012                    By: _____
Michele C. Barnes (CA S.B. # 187239)
Daniel W. Fox (CA S.B. # 268757)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111

Attorneys for Defendant
CRANE CO.