# EXHIBIT B

ADRMOP

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:12-cv-04624-JSC

Cruz et al v. Allied Packing & Supply, Inc. et al
Assigned to: Magistrate Judge Jacqueline Scott Corley
Case in other court: Alameda County Superior Court, RG 11-573989
Cause: 28:1442 Petition for Removal

Date Filed: 09/05/2012
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Gliceria Cruz**
*individually and as successor-in-interest to Mike M. Cruz, deceased*

represented by **Deborah R Rosenthal**
Simmons Browder Gianaris Angelides
& Barnerd LLC
100 N. Sepulveda Blvd
Suite 1350
El Segundo, CA 90245
310 322-3555
Email: drosenthal@simmonsfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Crystal G. Foley**
Simmons Browder Gianaris Angelides
& Barnerd LLC
100 N. Sepulveda Blvd
Suite 1350
El Segundo, CA 90245
310 322-3555
Fax: 310 322-3655
*ATTORNEY TO BE NOTICED*

**Nicholas J. Angelides**
Simmons Browder Gianaris Angelides
& Barnerd LLC
100 N. Sepulveda Blvd
Suite 1350
El Degundo, CA 90245
310 322-3555
Fax: 310 322-3655
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leviglida Cruz**
*as legal heir to Mike M. Cruz, deceased*

represented by **Deborah R Rosenthal**
(See above for address)
*LEAD ATTORNEY*

|   |   |
|---|---|
|   | *ATTORNEY TO BE NOTICED* |
|   | **Crystal G. Foley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   | **Nicholas J. Angelides**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Allied Packing & Supply, Inc.**

**Defendant**

**Air & Liquid Systems Corporation**
*as successor by merger to Buffalo Pumps, Inc*

**Defendant**

**Astra Flooring Company**
*f/k/a Viacom, successor by merger with BCS Corporation f/k/a Westinghouse Electric Corporation*

**Defendant**

**Certain-Teed Corporation**

**Defendant**

| Crane Co. | represented by | **Alexandra P Summer**<br>K&L Gates LLP<br>4 Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111<br>415-882-8200<br>Email: alexa.summer@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michele Cherie Barnes**<br>K&L Gates LLP<br>4 Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111<br>415-249-1011<br>Fax: 415-882-8220<br>Email: michele.barnes@klgates.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

**Crown Cork & Seal Company, Inc.**
*individually and as successor-in-interest to Mundet Cork Company*

**Defendant**

**Darcoid Company of California**

**Defendant**

**Eaton Electrical Inc**
*formerly known as*
Cutler-Hammer Inc.

**Defendant**

**Fraser's Boiler Service, Inc.**

**Defendant**

**Fryer-Knovvles Inc**
*a California Corporation*

**Defendant**

**General Electric Company**

**Defendant**

**Hill Brothers Chemical Company**

**Defendant**

**Honeywell International Inc**
*individually and as successor-in-interest to Alliedsignal, Inc., successor to Bendix Corporation*

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**John Crane Inc.**

**Defendant**

**M. Slayen & Associates Inc.**

**Defendant**

**Metalclad Insulation Corporation**

**Defendant**

**Owens-Illinois Inc.**

**Defendant**

**SB Decicing Inc**
*formerly known as*
Selby Battersby & Company

**Defendant**

**Schneider Electric USA, Inc.**
*formerly known as*
Square D Company

**Defendant**

**SYD Carpenter, Marine Contractor, Inc.**

**Defendant**

**Union Carbide Corporation**

**Defendant**

**Velan Valve Corp.**

**Defendant**

**Warren Pumps LLC**

**Defendant**

**Yarway Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2012 | 1 | NOTICE OF REMOVAL (no process) from Alameda County Superior Court. Their case number is RG 11-573989. (Filing fee $350; receipt number 44611009354). Filed by Crane Co. (slh, COURT STAFF) (Filed on 9/5/2012) (Entered: 09/06/2012) |
| 09/05/2012 | 2 | Certificate of Interested Parties filed by Crane Co. (slh, COURT STAFF) (Filed on 9/5/2012) (Entered: 09/06/2012) |
| 09/05/2012 | 3 | NOTICE of Tag-Along Action filed by Crane Co. (slh, COURT STAFF) (Filed on 9/5/2012) (Entered: 09/06/2012) |
| 09/05/2012 | 4 | CERTIFICATE OF SERVICE by Crane Co. re 1 Notice of Removal, 2 Certificate of Interested Entities, 3 Notice (Other). (slh, COURT STAFF) (Filed on 9/5/2012) (Entered: 09/06/2012) |
| 09/05/2012 | 5 | ADR SCHEDULING ORDER: Case Management Statement due by 12/27/2012. Case Management Conference set for 1/3/2013 01:30 PM in Courtroom F, 15th Floor, San Francisco. (Attachments: # 1 Standing Order)(slh, COURT STAFF) (Filed on 9/5/2012) (Entered: 09/06/2012) |
| 09/17/2012 | 6 | CLERKS NOTICE. Case Management Statement due by 1/10/2013. Case Management Conference reset for 1/17/2013 01:30 PM in Courtroom F, 15th Floor, San Francisco before Magistrate Judge Jacqueline Scott Corley. (ahm, |

COURT STAFF) (Filed on 9/17/2012) (Entered: 09/17/2012)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/17/2012 16:12:21 | | | |
| PACER Login: | kl0203 | Client Code: | 0213660.00934/11080 |
| Description: | Docket Report | Search Criteria: | 3:12-cv-04624-JSC |
| Billable Pages: | 3 | Cost: | 0.30 |