ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-06814-CM

Gottlieb et al v. Crane Co. et al                    Date Filed: 09/07/2012
Assigned to: Judge Colleen McMahon           Jury Demand: None
Case in other court: State Court-Supreme, 190343-12    Nature of Suit: 368 P.I. : Asbestos
Cause: 28:1441 Notice of Removal                  Jurisdiction: Federal Question

**Plaintiff**

**Allan A. Gottlieb**

**Plaintiff**

**Wendy Gottlieb**


V.

**Defendant**

**Crane Co.**                          represented by   **Eric Randolph Ian Cottle**
                                                        K&L Gates LLP
                                                        599 Lexington Avenue
                                                        New York, NY 10022
                                                        (212)-536-3969
                                                        Fax: (212)-536-3901
                                                        Email: eric.cottle@klgates.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Air & Liquid Systems Corporation**
*as successor by merger to Buffalo
Pumps*

**Defendant**

**Amchem Products, Inc.**
*now known as*
Rhone Poulenc AG Company
*now known as*
Bayer Cropscience Inc.

**Defendant**

**Aurora Pump Company**

**Defendant**

**Bell & Gossett Company**

**Defendant**

**Blackmer**

**Defendant**

**BW/IP, Inc. and its wholly owned subsidiaries**

**Defendant**

**Byron Jackson Pumps**

**Defendant**

**Carrier Corporation**

**Defendant**

**CBS Corporation**
*f/k/a Viacom Inc., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation*

**Defendant**

**Certainteed Corporation**

**Defendant**

**Cleaver Brooks Company, Inc.**

**Defendant**

**Copes-Vulcan, Inc.**

**Defendant**

**Crown Boiler Co.**
*formerly known as*
Crown Industries, Inc.

**Defendant**

**Eaton Hydraulics LLC**
*successor by merger to Eaton Hydraulics Inc. f/k/a Vickers, Incorporated) (incorrectly identified as Eaton Corporation....as successor in interest to Vicker Corp.) et al*

**Defendant**

**Electrolux Home Products, Inc.**
*individually*

**Defendant**

**Electrolux Home Products, Inc.**
*as successor to Tappan and Copes-Vulcon*

**Defendant**

**FMC Corporation**
*on behalf of its former subsidiary,*
*Crosby Valve Inc*

**Defendant**

**FMC Corporation**
*on behalf of its former Chicago Pump*
*& Northern Pump Businesses*

**Defendant**

**Foster Wheeler, L.L.C.**

**Defendant**

**Gardner Denver, Inc.**

**Defendant**

**General Electric Company**

**Defendant**

**Goulds Pumps, Inc.,**

**Defendant**

**IMO Industries, Inc.**

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**ITT Corporation**

**Defendant**

**Keeler-Dorr-Oliver Boiler Company**

**Defendant**

**Oakfabco, Inc.,**

**Defendant**

**Owens-Illinois, Inc.**

**Defendant**

**Pfizer, Inc. (Pfizer)**

**Defendant**

**Rapid-American Corporation**

**Defendant**

**Rockwell Automation, Inc.**

*as successor by merger to Allen-Bradley Company, LLC*

**Defendant**

**Spirax Sarco, Inc.**
*individually*

**Defendant**

**Spirax Sarco, Inc.**
*as successor to Sarco Company*

**Defendant**

**Superior boiler Works, Inc.**

**Defendant**

**Taco, Inc.**

**Defendant**

**TDY Industries, Inc.,**
*f/k/a Teledyne Industries Inc., Individually*

**Defendant**

**TDY Industries, Inc.,**
*f/k/a Teledyne Industries Inc., as successor to Farris Engineering*

**Defendant**

**The Fairbanks Company**

**Defendant**

**Trane U.S. Inc.**
*f/k/a American Standard Inc.*

**Defendant**

**U.S. Rubber Company (Uniroyal)**

**Defendant**

**Union Carbide Corporation**

**Defendant**

**Viking Pump, Inc.**

**Defendant**

**Warren Pumps, LLC**

**Defendant**

**Weil-McLain Company, Inc.**
*a division of The Marley-Wylain*

*Company, a wholly owned subsidiary of*
*the Marley Company, LLC*

**Defendant**

**Weinman Pump & Supply Co.**

**Defendant**

**Yarway Corporation**

**Defendant**

**Zurn Industries LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/07/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190343-12. (Filing Fee $ 350.00, Receipt Number 1047994).Document filed by Crane Co..(mro) (Additional attachment(s) added on 9/17/2012: # 1 no. 2, # 2 no. 3, # 3 no. 4, # 4 no. 5, # 5 no. 5.1, # 6 no. 5.2, # 7 no. 5.3, # 8 no. 5.4, # 9 no. 5.5, # 10 no. 5.6, # 11 no. 5.7, # 12 no. 5.8, # 13 no. 5.9, # 14 no. 5.10, # 15 no. 5.11, # 16 no. 5.12, # 17 no. 5.13, # 18 no. 5.14, # 19 no. 5.15, # 20 no. 5.16, # 21 no. 5.17, # 22 no. 5.18, # 23 no. 5.19, # 24 no. 5.20, # 25 no. 5.21, # 26 no. 5.22, # 27 no. 5.23, # 28 no. 5.24, # 29 no. 5.25, # 30 no. 5.26, # 31 no. 5.27, # 32 no. 5.28, # 33 no. 5.29, # 34 no. 5.30, # 35 no. 5.31, # 36 no. 5.32, # 37 no. 5.33, # 38 no. 5.34, # 39 no. 5.35, # 40 no. 5.36, # 41 no. 6, # 42 no. 6.1, # 43 no. 6.2, # 44 no. 6.3, # 45 no. 6.4, # 46 no. 6.5, # 47 no. 6.6, # 48 no. 6.7, # 49 no. 6.8, # 50 no. 6.9, # 51 no. 6.10, # 52 no. 6.11, # 53 no. 6.12, # 54 no. 6.13, # 55 no. 6.14, # 56 no. 6.15, # 57 no. 6.16, # 58 no. 6.17, # 59 no. 6.18, # 60 no. 6.19, # 61 no. 6.20, # 62 no. 6.21, # 63 no. 6.22, # 64 no. 6.23, # 65 no. 6.24, # 66 no. 6.25, # 67 no. 6.26, # 68 no. 6.27, # 69 no. 6.28, # 70 no. 6.29, # 71 no. 6.30, # 72 no. 6.31, # 73 no. 6.32, # 74 no. 6.33, # 75 no. 6.34, # 76 no. 6.35, # 77 no. 6.36, # 78 no. 6.37, # 79 no. 6.38, # 80 no. 6.39, # 81 no. 6.40, # 82 no. 6.41, # 83 no. 6.42, # 84 no. 7) (ml). Modified on 9/17/2012 (ml). (Entered: 09/11/2012) |
| 09/07/2012 | | Magistrate Judge Gabriel W. Gorenstein is so designated. (mro) (Entered: 09/11/2012) |
| 09/07/2012 | | Case Designated ECF. (mro) (Entered: 09/11/2012) |
| 09/11/2012 | | **\*\*\*NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Eric Randolph Ian Cottle for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules & Instructions. E-MAIL the PDF for Document 1 Notice of Removal to: caseopenings@nysd.uscourts.gov. (mro)** (Entered: 09/11/2012) |
| 09/14/2012 | 2 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 9/10/2012. Service was made by Mail. Document filed by Crane Co.. (Cottle, Eric) (Entered: 09/14/2012) |
| 09/14/2012 | 3 | ORDER SCHEDULING AN INITIAL PRETRIAL CONFERENCE: Initial Conference set for 11/2/2012 at 09:30 AM in Courtroom 14C, 500 Pearl Street, |

|  |  | New York, NY 10007 before Judge Colleen McMahon. (Signed by Judge Colleen McMahon on 9/14/2012) (djc) (Entered: 09/14/2012) |
|---|---|---|
| 09/18/2012 | 4 | NOTICE of Tag-Along Action. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 09/18/2012) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 09/19/2012 10:44:26 | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-06814-CM |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

ALLAN A. GOTTLIEB and WENDY GOTTLIEB,

                   Plaintiffs,

                   v.

AIR & LIQUID SYSTEMS CORPORATION, et al.,

                   Defendants.

---------------------------------------------------------x

: Docket No.: 12-CV-6814
:
: **DEFENDANT CRANE CO.'S NOTICE**
: **OF TAG-ALONG ACTION**
:
:
:
:
:
:
:
:
:
:

TO:    THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On December 13, 2011, the Judicial Panel on Multidistrict Litigation issued its Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers. Pursuant to

that Order, the Judicial Panel will still transfer and consolidate tag-along cases to MDL-875 that are from the Southern District of New York.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated: September 18, 2012

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Dated: New York, New York
      September 18, 2012

Respectfully submitted,

Crane Co.
By its attorneys,

/s/ Angela DiGiglio
Angela DiGiglio (AD 2290)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022-6030
Email: angela.digiglio@klgates.com
Phone: (212) 536-3900
Fax: (212) 536-3901

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Crane Co.'s ("Crane Co."), Notice of Tag Along Action was served on plaintiff's counsel and all defense counsel of record identified on the attached service rider via regular mail September 18, 2012 and is available for viewing and downloading from the Court's ECF system.


       /s/ Angela DiGiglio           
       Angela DiGiglio, Esq.
       Attorney for Defendant
       Crane Co.

# ALLAN GOTTLIEB

## SERVICE RIDER

### INDEX NO. 190343/12

| Counsel: | Attorneys for: |
|---|---|
| Nancy McDonald, Esq.<br>Joseph P. LaSala, Esq.<br>MCELROY, DEUTSCH, MULVANEY<br>  & CARPENTER, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 | Rockwell Automation, Inc., as successor by merger to<br>Allen-Bradley Company, LLC |
| Edward Wilbraham, Esq.<br>WILBRAHAM LAWLER & BUBA<br>140 Broadway, 46th Floor<br>New York, New York 10005 | Air & Liquid Systems Corporation as successor by<br>merger to Buffalo Pumps, Inc. |
| Jennifer W. Darger, Esq.<br>Judith Yavitz, Esq.<br>DARGER ERRANTE YAVITZ & BLAU LLP<br>116 East 27th Street<br>New York, NY 10016 | Certainteed Corporation<br>Union Carbide Corporation<br>Amchem Products, Inc., n/k/a Rhone Poulenc AG<br>Company, n/k/a Bayer Cropscience Inc. |
| Philip Goldstein, Esq.<br>Genevieve MacSteel, Esq.<br>MCGUIREWOODS, LLP<br>1345 Avenue of the Americas, 7th Floor<br>New York, New York 10105-0106 | Bell & Gossett Company<br>ITT Corporation |
| Chris Gannon, Esq.<br>Theodore M. Eder, Esq.<br>Robert R. Rigolosi, Esq.<br>SEGAL, MCCAMBRIDGE, SINGER<br>  & MAHONEY, LTD.<br>850 Third Avenue, Suite 1100<br>New York, New York 10022 | BW/IP, Inc.<br>Weil-McLain, a division of the Marley-Wylain<br>Company, a wholly owned subsidiary of the Marley<br>Company, LLC<br>Byron Jackson Pumps<br>Gardner Denver, Inc. |
| John J. Fanning, Esq.<br>Raghu N. Bandlamudi<br>CULLEN and DYKMAN LLP<br>44 Wall Street<br>New York, NY 10005 | Goulds Pumps |

| Counsel: | Attorneys for: |
|---|---|
| Charles McGivney, Esq.<br>McGIVNEY & KLUGER, P.C.<br>80 Broad Street, 23rd Floor<br>New York, New York  10004 | Aurora Pump Company<br>Oakfabco, Inc.,<br>The Fairbanks Company<br>Taco, Inc.,<br>Zurn Industries |
| Richard P. Plochocki, Esq.<br>**McGIVNEY & KLUGER, P.C.**<br>AXA Tower – 1<br>100 Madison Street, Suite 1640<br>Syracuse, NY  13202 | |
| Christopher Hannan, Esq.<br>KELLEY JASONS MCGOWAN<br>  SPINELLI & HANNA, LLP<br>120 Wall Street, 30th Floor<br>New York, NY  10005 | FMC Corporation on behalf of its former Chicago<br>Pump & Northern Pump Businesses<br>FMC Corporation on behalf of its subsidiary Crosby<br>Valve, Inc. |
| Andrew Sapon, Esq.<br>**Litchfield Cavo LLP**<br>420 Lexington Avenue<br>Suite 2104<br>New York, NY  10170 | Vickers Inc., a/k/a Eaton Hydraulics Inc. |
| Thomas A. Montiglio, Esq.<br>Robert McManus, Esq.<br>AHMUTY DEMERS & McMANUS<br>200 I.U. Willets Road<br>Albertson, New York  11507 | Carrier Corporation |
| William Bradley, Esq.<br>Mary Ellen Connor, Esq.<br>David Schaffer, Esq.<br>MALABY & BRADLEY, LLC<br>150 Broadway, Suite 600<br>New York, New York  10038 | Viking Pump, Inc.<br>Morse Diesel, Inc.<br>Crown Boiler Co. f/k/a Crown Industries, Inc.<br>Weil-McLain, a division of the Marley-Wylain<br>Company, a wholly owned subsidiary of the Marley<br>Company, LLC |
| Suzanne Halbardier, Esq.<br>BARRY, MCTIERNAN & MOORE<br>2 Rector Street, 14th Floor<br>New York, New York  10006 | Cleaver Brooks Company, Inc. |
| Cynthia Messemer, Esq.<br>George Hodges, Esq.<br>HODGES WALSH & SLATER , LLP<br>55 Church Street, Suite 211<br>White Plains, NY  10601 | Electrolux Home Products, Inc. (Individually and as<br>Successor to Tappan and Copes-Vulcan)<br>Spirax Sarco, Inc.<br>Copes-Vulcan, Inc. |

| Counsel: | Attorneys for: |
|---|---|
| Richard Marin, Esq.<br>MARIN GOODMAN, LLP<br>500 Mamaroneck Avenue<br>Suite 501<br>Harrison, NY 10528 | Keeler Dorr-Oliver Boiler Company |
| David Kochman<br>HARRIS BEACH, PLLC<br>100 Wall Street, 23rd Floor<br>New York, NY 10005 | Blackmer |
| Paul A. Scrudato, Esq.<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue<br>17th floor<br>New York, NY 10103 | Owens-Illinois, Inc. |
| Michael A. Tanenbaum, Esq.<br>Bridget M. Polloway, Esq.<br>SEDGWICK, DETERT, MORAN & ARNOLD, LLP<br>Three Gateway Center, 12th Floor<br>Newark, New Jersey 07102 | Foster Wheeler L.L.C.<br>General Electric Company<br>CBS Corporation , f/k/a Viacom, Inc., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation<br>Foster Wheeler Energy Corp. |
| Joseph Colao, Esq.<br>LEADER & BERKON<br>630 Third Avenue, 17th Floor<br>New York, New York 10017 | IMO Industries, Inc.<br>Warren Pumps, Inc. |
| Amiel Gross, Esq.<br>SNR DENTON US LLP<br>1221 Avenue of the Americas, 23rd Floor<br>New York, New York 10020 | Rapid-American Corporation |
| Rob C. Tonogbanua, Esq.<br>DICKIE MCCAMEY & CHILCOTE, P.C.<br>41 South Haddon Avenue, Suite 5<br>Haddonfield, NJ 08033 | Yarway Corporation |
| Elana L. Danzer, Esq.<br>Norman Senior, Esq.<br>GREENFIELD STEIN & SENIOR, LLP<br>600 Third Avenue, 11th Floor<br>New York, NY 10016 | U.S. Rubber Company |
| Lisa M. Pascarella, Esq.<br>FORMAN, PERRY, WATKINS,<br>KRUTZ & TARDY, LLP<br>328 Newman Springs Road<br>Red Bank, NJ 07701 | Trane U.S. Inc., f/k/a American Standard Inc.<br>Ingersoll-Rand Company |
| <u>Unknown Counsel</u> | Pfizer Inc.<br>Superior Boiler Works, Inc. |

# PACE

## THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

Name ___Delora J. Gans___

Firm / Company ___Crane Co. (Week of 8/6/2012)___

Phone # or email address ___(203) 363-7300  dgans@craneco.com___

Request Date ___8/13/2012___

RECEIVED

AUG 1 5 2012

PACE

### Please specify Request Type (one per form):

[x] **New Filing** (A complaint to be placed on the PACEWEB database that *will* generate an email notification to the Defense Counsel)

[ ] **Discovery/Miscellaneous Correspondence** (Non compliant documents that PACE will mail directly to the appropriate defense counsel)

[ ] **Severance:** MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Served from" and "Served to" DOCKET NUMBERS

[ ] **Transfer/Removal:** MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Transferred from" and "Transferred to" INFORMATION

[ ] **Intervention:** MUST INCLUDE SIGNED ORDER FROM THE JUDGE

### All fields below must be filled out in order to be appropriately processed.

| Lead Plaintiff name | Specific Defendant Company Served ("one entry per line") | Jurisdiction & State | Docket #, AKA Index #, Case #, etc. | Service Date | Plaintiff's Counsel | Additional Comments |
|---|---|---|---|---|---|---|
| **Armstrong, Jessie J. (and Armstrong, Willie L.)** | Crane Co. | Circuit Court, Wayne County, Michigan | 12-009699-NP | 8/10/2012 | John I. Kittel (248) 432-8000, for Mazur & Kittel, PLLC | Served via USPS Certified Mail #7011 3500 0002 5500 9262 postmarked 8/8/2012 from zip code 48334 |
| **Behum, Sr., Frank A. (and Behum, Nancy J., husband and wife)** | Crane Company | Common Pleas, Northampton County, Pennsylvania | C-48-AB-2012-41 | 8/9/2012 | Lamont G. McClure, Esquire (610) 866-3333, for Law Offices of Peter G. Angelos, P.C. | Served via USPS Certified Mail #7011 3500 0003 5274 9276 postmarked from zip code 18018 |
| **Bingman, Charles** | Crane Co., Demming Division | Common Pleas, Philadelphia County, Pennsylvania | July Term 2012, No.: 003628 | 8/9/2012 | Steven J. Cooperstein (215) 569-4000, for Brookman, Rosenberg, Brown & Sandler | Served via USPS Certified Mail #7012 0470 0000 3781 8028 postmarked 7/30/2012 from zip code 19102 |

THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

PACE

| Plaintiff | Defendant | Court | Docket No. | Date | Attorney | Service |
|---|---|---|---|---|---|---|
| **Campanella, Daniel M. (and Campanella, Patricia L., husband and wife)** | Crane Company | Common Pleas, Northampton County, Pennsylvania | C-48-AB-2012-42 | 8/9/2012 | Lamont G. McClure, Esquire (610) 866-3333, for Law Offices of Peter G. Angelos, P.C. | Served via USPS Certified Mail #7011 1570 0003 1084 6585 postmarked from zip code 18018 |
| **Coffey, Joseph (and Coffey, Anne)** | Crane Co., Demming Division | Common Pleas, Philadelphia County, Pennsylvania | August Term 2012, No.: 00171 | 8/10/2012 | Steven J. Cooperstein (215) 569-4000, for Brookman, Rosenberg, Brown & Sandler | Served via USPS Certified Mail #7012 0470 0000 3781 8240 postmarked 8/7/2012 from zip code 19102 |
| **Cornock, Warren R.** | Crane Co. | Circuit Court, Wayne County, Michigan | 12-009703-NP | 8/10/2012 | John I. Kittel (248) 432-8000, for Mazur & Kittel, PLLC | Served via USPS Certified Mail #7011 3500 0002 5500 9262 postmarked 8/8/2012 from zip code 48334 |
| **Evans, John (and Evans, Nancy)** | Crane Co., Demming Division | Common Pleas, Philadelphia County, Pennsylvania | July Term 2012, No.: 004522 | 8/10/2012 | Steven J. Cooperstein (215) 569-4000, for Brookman, Rosenberg, Brown & Sandler | Served via USPS Certified Mail #7012 0470 0000 3780 9675 postmarked 8/7/2012 from zip code 19102 |
| **Gottlieb, Allan A. (and Gottlieb, Wendy)** | Crane Co. | Supreme Court, New York County, New York | 190343-12 | 8/8/2012 | Samuel Meirowitz (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| **Gottlieb, Allan A. (and Gottlieb, Wendy)** | Crane Co. | Supreme Court, New York County, New York | 190343-12 | 8/8/2012 | Samuel Meirowitz (212) 558-5500, for Weitz & Luxenberg, P.C. | **Supplemental Summons and Amended Verified Complaint – Date Filed: 8/7/12** Served by Eric Rubin of CT Process (888) 528-2920 |
| **Gottlieb, Allan A. (and Gottlieb, Wendy)** | Weinman Pump & Supply Co. | Supreme Court, New York County, New York | 190343-12 | 8/8/2012 | Samuel Meirowitz (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| **Gottlieb, Allan A. (and Gottlieb, Wendy)** | Weinman Pump & Supply Co. | Supreme Court, New York County, New York | 190343-12 | 8/8/2012 | Samuel Meirowitz (212) 558-5500, for Weitz & Luxenberg, P.C. | **Supplemental Summons and Amended Verified Complaint – Date Filed: 8/7/12** Served by Eric Rubin of CT Process (888) 528-2920 |

FILED: NEW YORK COUNTY CLERK 08/07/2012

NYSCEF DOC. NO. 2

INDEX NO. 190343/2012

RECEIVED NYSCEF: 08/07/2012

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------------------X  Index No.: 190343-12

ALLAN A. GOTTLIEB and WENDY GOTTLIEB,

Date Filed: 8/7/12

                                    Plaintiff(s),

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

                    -against-

The Basis of Venue is
Defendants' Place of Business

AIR & LIQUID SYSTEMS CORPORATION,
   as successor-by-merger to BUFFALO PUMPS,
AMCHEM PRODUCTS, INC.,
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.,
AURORA PUMP COMPANY,
BELL & GOSSETT COMPANY,
BLACKMER,
BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
CBS CORPORATION, f/k/a VIACOM INC.,
   successor by merger to
   CBS CORPORATION, f/k/a
   WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
COPES-VULCAN, INC.,
CRANE CO.,
CROWN BOILER CO.,
   f/k/a CROWN INDUSTRIES, INC.,
EATON HYDRAULICS LLC ( SUCCESSOR BY MERGER TO
   EATON HYDRAULICS INC. F/K/A VICKERS,
   INCORPORATED) (INCORRECTLY INDENTIFIED AS
   "EATON CORPORATION...AS SUCCESSOR IN INTEREST
   TO VICKER CORP."), ET AL,
ELECTROLUX HOME PRODUCTS, INC.
   Individually, and as Successor to Tappan and Copes-Vulcan,
FMC CORPORATION on behalf of its former
   subsidiary, CROSBY VALVE, INC.,
FMC CORPORATION,
   on behalf of its former CHICAGO PUMP
   & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,

**SUPPLEMENTAL
SUMMONS**

## RECEIVED

AUG 08 2012

**Crane Co.**

KEELER-DORR-OLIVER BOILER COMPANY,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PFIZER, INC. (PFIZER),
RAPID-AMERICAN CORPORATION,
ROCKWELL AUTOMATION, INC.,
    as successor by merger to
    ALLEN- BRADLEY COMPANY, LLC,
SPIRAX SARCO, INC.
 Individually and as successor to SARCO COMPANY,
SUPERIOR BOILER WORKS, INC.,
TACO, INC.,
TDY INDUSTRIES, INC. f/k/a Teledyne Industries, Inc.,
    Individually, and as Successor to FARRIS ENGINEERING,
THE FAIRBANKS COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
VIKING PUMP, INC.,
WARREN PUMPS, LLC,
WEIL-MCLAIN, a division of The Marley-Wylain Company,
    a wholly owned subsidiary of The Marley Company, LLC,
WEINMAN PUMP & SUPPLY CO.,
YARWAY CORPORATION,
**MORSE DIESEL, INC.,**
**ZURN INDUSTRIES LLC,**

Defendants

----------------------------------------------------------------------------X

To the above named Defendant(s)

      **You are hereby summoned** to answer the **amended verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded
in the complaint.

Dated, August 07, 2012
    New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
700 Broadway
New York, New York 10003
(212) 558-5500

## DEFENDANTS' RIDER

John Howarth Esq
WILBRAHAM, LAWLER & BUBA
1818 Market Street
Suite 3100
Philadelphia, PA 19103
(215) 564-4141
fax:(215) 564-4385
Attorneys for Defendant:
**AIR & LIQUID SYSTEMS CORPORATION,**
**as successor-by-merger to BUFFALO PUMPS**

Jennifer Darger Esq
Judy Yavitz Esq
DARGER ERRANTE YAVITZ & BLAU LLP
116 East 27th Street at Park Avenue
12th Floor
New York, NY 10016
(212) 452-5300
fax:(212) 452-5301
Attorneys for Defendant:
**AMCHEM PRODUCTS, INC.,**
**n/k/a RHONE POULENC AG COMPANY,**
**n/k/a BAYER CROPSCIENCE INC.**
**CERTAINTEED CORPORATION**
**UNION CARBIDE CORPORATION**

Kerryann Cook Esq
MCGIVNEY AND KLUGER
80 Broad Street
23rd Floor
New York, NY 10004
(212) 509-3456
fax:(212) 509-4420
Attorneys for Defendant:
**AURORA PUMP COMPANY**
**OAKFABCO, INC.**
**TACO, INC.**
**THE FAIRBANKS COMPANY**

Philip Goldstein Esq
MCGUIRE WOODS, LLP
1345 Avenue of the Americas #7
New York, NY 10105
(212) 548-2100
fax:(212) 715-2315
Attorneys for Defendant:
**BELL & GOSSETT COMPANY**
**ITT CORPORATION**

Cynthia Weiss Antonucci Esq.
David Kochman Esq.
HARRIS BEACH LLP
100 Wall Street
23rd Floor
New York, NY 10022
(212) 313-5410
fax:(212) 687-0659
Attorneys for Defendant:
  **BLACKMER**

Chris Gannon Esq
Robert Kenney Esq
Steven Rosenblatt Esq
Theodore Eder Esq
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD
850 Third Avenue
Suite 1100
New York, NY 10022
(212) 651-7500
fax:(212) 651-7499
Attorneys for Defendant:
  **BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES**
  **BYRON JACKSON PUMPS**
  **GARDNER DENVER, INC.**
  **WEIL-MCLAIN, a division of The Marley-Wylain Company,**
   **a wholly owned subsidiary of The Marley Company, LLC**

Erik DiMarco Esq
Julie Evans Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017
(212) 490-3000
fax:(212) 490-3038
Attorneys for Defendant:
  **CARRIER CORPORATION**

Michael Tanenbaum Esq
SEDGWICK, LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102-5311
(973) 242-0002
fax:(973) 242-8099
Attorneys for Defendant:
  **CBS CORPORATION, f/k/a VIACOM INC.,**
   **successor by merger to**
  **CBS CORPORATION, f/k/a**
  **WESTINGHOUSE ELECTRIC CORPORATION**
  **FOSTER WHEELER, L.L.C.**
  **GENERAL ELECTRIC COMPANY**

Suzanne Halbardier Esq.
BARRY MCTIERNAN & MOORE
2 Rector Street
14th Floor
New York, NY 10006
(212) 313-3600
fax:(212) 608-8901
Attorneys for Defendant:
      **CLEAVER BROOKS COMPANY, INC.**

Cynthia Messemer Esq
George Hodges Esq
HODGES WALSH & SLATER, LLP
55 Church St
Suite 211
White Plains, NY 10601
(914) 385-6000
fax:(914) 385-6060
Attorneys for Defendant:
      **COPES-VULCAN, INC.**
      **ELECTROLUX HOME PRODUCTS, INC.**
        **Individually, and as Successor to Tappan and Copes-Vulcan**
      **SPIRAX SARCO, INC.**
        **Individually and as successor to SARCO COMPANY**

Kirsten Kneis Esq.
K & L GATES LLP
599 Lexington ave
New York, NY 10022
(212) 536-3900
fax:(212) 536-3901
Attorneys for Defendant:
      **CRANE CO.**
      **WEINMAN PUMP & SUPPLY CO.**

Eva  Wayne Esq
William Bradley Esq
MALABY & BRADLEY LLC
150 Broadway, Suite 600
New York, NY 10038
(212) 791-0285
fax:(212) 791-0286
Attorneys for Defendant:
      **CROWN BOILER CO.,**
        **f/k/a CROWN INDUSTRIES, INC.**
      **SUPERIOR BOILER WORKS, INC.**
      **VIKING PUMP, INC.**

Christopher Hannan Esq
KELLEY JASONS MCGUIRE SPINELLI & HANNA, LLP
120 Wall Street. 30th Floor
New York, NY 10038
(212) 344-7400
fax:(212) 344-7402
Attorneys for Defendant:
> **FMC CORPORATION on behalf of its former
> subsidiary, CROSBY VALVE, INC.
> FMC CORPORATION,
> on behalf of its former CHICAGO PUMP
> & NORTHERN PUMP BUSINESSES**

John Fanning Esq.
Raghu Bandlamudi Esq.
CULLEN AND DYKMAN, LLP
44 Wall Street, 15th Floor
New York, NY 10005
(212) 732-2000
fax:(212) 742-2156
Attorneys for Defendant:
> **GOULDS PUMPS, INC.**

Joseph Colao Esq.
LEADER & BERKON LLP
630 Third Avenue
New York, NY 10017
(212) 486-2400
fax:(212) 486-3099
Attorneys for Defendant:
> **IMO INDUSTRIES, INC.
> WARREN PUMPS, LLC**

Lisa Pascarella Esq
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
328 Newman Springs Road
Red Bank, NJ 07701
(732) 852-4400
fax:(732) 852-4401
Attorneys for Defendant:
> **INGERSOLL-RAND COMPANY
> TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.**

Cassandre Pelissier-Donovan  Esq
Diane Miller Esq
Richard Marin Esq.
MARIN GOODMAN, LLP
500 Mamaroneck Ave
Harrison, NY 10528
(212) 661-1151
fax:(212) 661-1141
Attorneys for Defendant:
> **KEELER-DORR-OLIVER BOILER COMPANY**

Jill Berry Esq
Paul Scrudato Esq.
SCHIFF HARDIN LLP
666 Fifth Avenue
17th Floor
New York, NY 10103
(212) 745-5597
fax:(212) 753-5044
Attorneys for Defendant:
   **OWENS-ILLINOIS, INC.**
   **YARWAY CORPORATION**

John Renzulli Esq.
RENZULLI LAW FIRM, LLP
81 Main Street, Suite 508
White Plains, NY 10601
(914) 285-0700
fax:(914) 285-1213
Attorneys for Defendant:
   **PFIZER, INC. (PFIZER)**

Amiel Gross Esq.
SONNENSCHEIN NATH & ROSENTHAL
1221 Avenue of the Americas
New York, NY 10020
(212) 398-4867
fax:(212) 768-6800
Attorneys for Defendant:
   **RAPID-AMERICAN CORPORATION**

Joseph La Sala  Esq
Nancy McDonald Esq.
MCELROY, DEUTCH, MULVANEY & CARPENTER LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
(212) 483-9490
fax:(973) 425-0161
Attorneys for Defendant:
   **ROCKWELL AUTOMATION, INC.,**
    **as successor by merger to**
   **ALLEN- BRADLEY COMPANY, LLC**

James Nowak Esq.
KENNEY SHELTON LIPTAK & NOWAK, LLP
510 Rand Building
14 Lafayette Square
Buffalo, NY 14203
(716) 853-3801
fax:(716) 853-0265
Attorneys for Defendant:
   **TDY INDUSTRIES, INC. f/k/a Teledyne Industries, Inc.,**
    **Individually, and as Successor to FARRIS ENGINEERING**

Norman Senoir Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016
Attorneys for Defendant:
      **U.S. RUBBER COMPANY (UNIROYAL)**

**MORSE DIESEL, INC.**
150 Broadway
Suite 600
New York, NY 10038

**ZURN INDUSTRIES LLC**
1633 Broadway
New York, NY 10019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------------X Index No: 190343-12
ALLAN A. GOTTLIEB and WENDY GOTTLIEB,

                                               Date Filed:

                            Plaintiff(s),

                  -against-                **AMENDED**
                                            **VERIFIED**
AIR & LIQUID SYSTEMS CORPORATION,        **COMPLAINT**
   as successor-by-merger to BUFFALO PUMPS,
AMCHEM PRODUCTS, INC.,
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.,
AURORA PUMP COMPANY,                  **RECEIVED**
BELL & GOSSETT COMPANY,
BLACKMER,                               AUG 0 8 2012
BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES,
BYRON JACKSON PUMPS,                 **Crane Co.**
CARRIER CORPORATION,
CBS CORPORATION, f/k/a VIACOM INC.,
   successor by merger to
   CBS CORPORATION, f/k/a
   WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
COPES-VULCAN, INC.,
CRANE CO.,
CROWN BOILER CO.,
   f/k/a CROWN INDUSTRIES, INC.,
EATON HYDRAULICS LLC ( SUCCESSOR BY MERGER TO
   EATON HYDRAULICS INC. F/K/A VICKERS,
   INCORPORATED) (INCORRECTLY INDENTIFIED AS
   "EATON CORPORATION...AS SUCCESSOR IN INTEREST
   TO VICKER CORP."), ET AL,
ELECTROLUX HOME PRODUCTS, INC.
   Individually, and as Successor to Tappan and Copes-Vulcan,
FMC CORPORATION on behalf of its former
   subsidiary, CROSBY VALVE, INC.,
FMC CORPORATION,
   on behalf of its former CHICAGO PUMP
   & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
KEELER-DORR-OLIVER BOILER COMPANY,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,

PFIZER, INC. (PFIZER),
RAPID-AMERICAN CORPORATION,
ROCKWELL AUTOMATION, INC.,
    as successor by merger to
    ALLEN- BRADLEY COMPANY, LLC,
SPIRAX SARCO, INC.
  Individually and as successor to SARCO COMPANY,
SUPERIOR BOILER WORKS, INC.,
TACO, INC.,
TDY INDUSTRIES, INC. f/k/a Teledyne Industries, Inc.,
  Individually, and as Successor to FARRIS ENGINEERING,
THE FAIRBANKS COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
VIKING PUMP, INC.,
WARREN PUMPS, LLC,
WEIL-MCLAIN, a division of The Marley-Wylain Company,
  a wholly owned subsidiary of The Marley Company, LLC,
WEINMAN PUMP & SUPPLY CO.,
YARWAY CORPORATION,
**MORSE DIESEL, INC.,**
**ZURN INDUSTRIES LLC,**

Defendants

----------------------------------------------------------------------X


Plaintiff(s), ALLAN A. GOTTLIEB and WENDY GOTTLIEB, by their attorneys,

WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned

alleges as follows:

      1.    Plaintiff(s), ALLAN A. GOTTLIEB and WENDY GOTTLIEB, by their

attorneys, WEITZ & LUXENBERG, P.C., for their **amended verified complaint** respectfully

alleges:

      2.    Defendant AIR & LIQUID SYSTEMS CORPORATION, as successor-

by-merger to BUFFALO PUMPS, was and still is a duly organized domestic corporation doing

business in the State of New York.

      3.    Defendant AURORA PUMP COMPANY, was and still is a duly

organized domestic corporation doing business in the State of New York.

4.      Defendant BELL & GOSSETT COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

5.      Defendant BELL & GOSSETT COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

6.      Defendant BLACKMER, was and still is a duly organized domestic corporation doing business in the State of New York.

7.      Defendant BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES, was and still is a duly organized domestic corporation doing business in the State of New York.

8.      Defendant BYRON JACKSON PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

9.      Defendant CARRIER CORPORATION , was and still is a duly organized domestic corporation doing business in the State of New York.

10.     Defendant COPES-VULCAN, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

11.     Defendant CROWN BOILER CO., f/k/a CROWN INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

12.     Defendant EATON HYDRAULICS LLC ( SUCCESSOR BY MERGER TO EATON HYDRAULICS INC. F/K/A VICKERS, INCORPORATED) (INCORRECTLY INDENTIFIED AS "EATON CORPORATION...AS SUCCESSOR IN INTEREST TO VICKER CORP."), ET AL, was and still is a duly organized domestic corporation doing business in the State of New York.

13.     Defendant ELECTROLUX HOME PRODUCTS, INC. Individually, and as Successor to Tappan and Copes-Vulcan, was and still is a duly organized domestic corporation doing business in the State of New York.

14.     Defendant FMC CORPORATION on behalf of its former subsidiary, CROSBY VALVE, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

15.     Defendant FMC CORPORATION, on behalf of its former CHICAGO PUMP & NORTHERN PUMP BUSINESSES, was and still is a duly organized domestic corporation doing business in the State of New York.

16.     Defendant GARDNER DENVER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

17.     Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

18.     Defendant ITT CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

19.     Defendant ROCKWELL AUTOMATION, INC., as successor by merger to ALLEN- BRADLEY COMPANY, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

20.     Defendant SPIRAX SARCO, INC. Individually and as successor to SARCO COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

21.     Defendant SUPERIOR BOILER WORKS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

22.     Defendant SUPERIOR BOILER WORKS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

23.     Defendant TACO, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

24. Defendant TDY INDUSTRIES, INC. f/k/a Teledyne Industries, Inc., Individually, and as Successor to FARRIS ENGINEERING, was and still is a duly organized domestic corporation doing business in the State of New York.

25. Defendant TDY INDUSTRIES, INC. f/k/a Teledyne Industries, Inc., Individually, and as Successor to FARRIS ENGINEERING, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

26. Defendant THE FAIRBANKS COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

27. Defendant VIKING PUMP, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

28. Defendant WARREN PUMPS, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

29. Defendant WEINMAN PUMP & SUPPLY CO., was and still is a duly organized domestic corporation doing business in the State of New York.

30. Defendant YARWAY CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

31. **Defendant ZURN INDUSTRIES LLC, was and still is a duly organized domestic corporation doing business in the State of New York.**

Plaintiff(s), ALLAN A. GOTTLIEB and WENDY GOTTLIEB, repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: August 07, 2012
      New York, New York

Yours, etc.,

WEITZ & LUXENBERG, P.C

Attorneys for Plaintiff(s)
700 Broadway
New York, NY  10003
(212) 558-5500

STATE OF NEW YORK    )
                                              SS:
COUNTY OF NEW YORK  )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **supplemental summons and amended verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: August 07, 2012
        New York, New York

/S/
_____
SAMUEL MEIROWITZ

Index No.: 190343-12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ALLAN A. GOTTLIEB and WENDY GOTTLIEB,

Plaintiff(s),

-against-

AIR & LIQUID SYSTEMS CORPORATION,
as successor-by-merger to BUFFALO PUMPS, et. al.,

Defendants.

## SUPPLEMENTAL SUMMONS and AMENDED VERIFIED COMPLAINT

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
700 Broadway
New York, NY 10003
212-558-5500

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.

Dated,
August 07, 2012

**Attorney(s) for**



# NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases.  The NYSCEF site has received your electronically filed document(s) for:

**ALLAN A. GOTTLIEB - v. - AIR & LIQUID SYSTEMS CORPORATION, et al**

**190343/2012**

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|---|---|---|---|
| 2 | SUPPLEMENTAL SUMMONS | | 08/07/2012 11:54 AM |

## Filing User

Name: **SAMUEL MILES MEIROWITZ**
Phone | E-mail Address: | **smeirowitz@weitzlux.com**
Fax #: | Work Address: | **700 BROADWAY**
**NEW YORK, NY 10003**

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 08/07/2012 11:54 AM :

**MEIROWITZ, SAMUEL MILES - smeirowitz@weitzlux.com**

NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.