IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : : : : : : : : | Consolidated Under MDL DOCKET NO. 875 |
| MALONE, et al. | | Transferred from the Eastern District of New York, Case No. 01-08334 |
| v. | | |
| A.C. AND S., INC., et al. | | E.D. PA No. 07-66736 |

### REVISED SUGGESTION OF REMAND

**AND NOW,** this **17th** day of **September, 2012,** it is hereby **ORDERED** that the Suggestion of Remand in this case is **REVISED** to reflect that CBS Corporation is no longer a pending defendant in this case.[1]

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

[1] The motion for summary judgment of Defendant CBS Corporation was granted as unopposed on November 21, 2011 (ECF No. 87).

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| | : | Transferred from the Eastern |
| KELCHNER | : | District of New York, |
| | : | Case No. 08-03221 |
| v. | : | |
| | : | |
| A.W. CHESTERTON CO., et al. | : | E.D. PA No. 09-62635 |

### REVISED SUGGESTION OF REMAND

**AND NOW,** this **17th** day of **September, 2012,** it is hereby **ORDERED** that the Suggestion of Remand in this case is **REVISED** to reflect that Pneumo Abex Corp. is no longer a pending defendant in this case.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

1