IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : | Consolidated Under MDL DOCKET NO. 875 |
| KELCHNER | : : | Transferred from the Eastern District of New York, Case No. 08-03221 |
| v. | : : | |
| A.W. CHESTERTON CO., et al. | : | E.D. PA No. 09-62635 |

FILED
SEP 2 0 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## SECOND REVISED SUGGESTION OF REMAND

**AND NOW**, this **20th** day of **September, 2012**, it is hereby **ORDERED** that the Suggestion of Remand in this case is **REVISED** to reflect that Pneumo Abex Corp. is still a pending defendant in this case.[1]

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

[1]   Although the case had been marked closed on May 11, 2012, the case was subsequently reopened on May 18, 2012. Nothing on the docket indicates that Pnuemo Abex has settled with Plaintiff or was otherwise dismissed from the case.

1