# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 in re Asbestos Products Liability (No. VI) Litigation

*Edward Kelchner v. A.W. Chesterton Company, et al., E.D.PA Case No. 2:09-cv-62635*

### NOTICE OF OPPOSITION TO CRO

I represent defendant Pneumo Abex LLC, successor in interest to Abex Corporation (hereinafter "Abex") in the above-captioned action which is included on the Conditional Remand Order (CRO). Defendant Abex submits this opposition to the Conditional Remand Order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

/s/ Alfred J. Sargente
Alfred J. Sargente, Esq. (AS - 3094)
Smith Abbot, L.L.P.
90 Broad Street, 4th Floor
New York, New York 10004
(212) 981-4501
(212) 981-4502 Fax
asargente@smithabbot.com

Counsel for Defendant
*Pneumo Abex LLC, successor in interest to Abex Corporation*