BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 in re Asbestos Products Liability Litigation (No. VI)

*Edward Kelchner v. A.W. Chesterton Company, et al., E.D.PA Case No. 2:09-cv-62635*

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2012, a true and correct copy of Defendant Pneumo Abex LLC's, successor in interest to Abex Corporation, Notice of Opposition to CRO was served on all counsel of record before this Court, via the ECF electronic filing system.

/s/ Alfred J. Sargente
Alfred J. Sargente, Esq. (AS - 3094)