BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*Gliceria Cruz, et al. v. Allied Packing & Supply, Inc., et al.,* N.D. California, C.A. No. 3:12-04624

### NOTICE OF OPPOSITION TO CTO-535

I represent plaintiffs GLICERIA CRUZ and LEVIGILDA CRUZ in the above-captioned action, which is included on the Conditional Transfer Order 535.

Plaintiffs GLICERIA CRUZ and LEVIGILDA CRUZ submit this opposition to the condition transfer order, CTO-535, which was issued by this Panel on September 19, 2012.

I understand that Plaintiffs' Motion to Vacate the Conditional Transfer Order and supporting papers are due in 14 days. Plaintiffs will file their motion and brief within 14 days of this Notice.

Dated: September 25, 2012

Deborah R. Rosenthal
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
455 Market Street, Suite 1150
San Francisco, California 94105
Telephone: (415) 536-3986
Facsimile: (415) 537-4120
drosenthal@simmonsfirm.com
Attorneys for Plaintiffs

1

## CERTIFICATE OF SERVICE

I, Irma Sampedro-Perez, hereby certify that I served a true and correct copy of Plaintiffs' Notice of Opposition to Conditional Transfer Order upon the Judicial Panel for Multidistrict Litigation via facsimile to (202) 502-2888, and upon all counsel of record in this case (see attached service list) via first class mail, postage prepaid, on this 25th day of September 2012.

*[signature]*
Irma Sampedro-Pérez

SERVICE LIST
*Gliceria Cruz, et al. v. Allied Packing & Supply, Inc., et al.*, Alameda County Case No. RG11573989

| | | |
|---|---|---|
| Becherer, Kannett & Schweitzer<br>1255 Powell St.<br>Emeryville, CA 94608<br>T: (510) 658-3600<br>F: (510) 658-1151<br>**M. Slayen & Associates, Inc.** | Berry & Berry<br>P.O. Box 16070<br>Oakland, CA 94610<br>T: (510) 835-8330<br>F: (510) 835-5117<br>**Berry & Berry** | Connor & Bishop<br>44 Montgomery St., Ste. 1750<br>San Francisco, CA 94104<br>T: (415) 434-3006<br>F: (415) 434-1445<br>**Fryer-Knowles, Inc.** |
| Gordon & Rees, LLP<br>Embarcadero Center West<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111<br>T: (415) 986-5900<br>F: (415) 986-8054<br>**Air & Liquid Systems Corporation**<br>**Ingersoll-Rand Company** | Hassard Bonnington, LLP<br>Two Embarcadero Center<br>Suite 1800<br>San Francisco, CA 94111<br>T: 415-288-9800<br>F: 415-288-9802<br>**John Crane Inc.** | Hawkins Parnell Thackston & Young LLP<br>445 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90071<br>T: (213) 486-8000<br>F: (213) 486-8080<br>**John Crane, Inc.** |
| Howard, Rome, Martin & Ridley LLP<br>1775 Woodside Rd., Ste. 200<br>Redwood City, CA 94061<br>T: (650) 365-7715<br>F: (650) 364-5297<br>**Eaton Electrical Inc.** | Imai, Tadlock, Keeney & Cordery LLP<br>100 Bush St., Ste. 1300<br>San Francisco, CA 94104<br>T: (415) 675-7000<br>F: (415) 675-7008<br>**Allied Packing & Supply, Inc.** | K&L Gates LLP<br>Four Embarcadero Center., Ste. 1200<br>San Francisco, CA 94111<br>T: (415) 882-8200<br>F: (415) 882-8220<br>**Crane Co.** *(anticipated counsel)*<br>**Schneider Electric USA, Inc.**<br>*fka* **Square D Company** |
| McKenna, Long & Aldridge LLP<br>101 California St., 41st Floor<br>San Francisco, CA 94111<br>T: (415) 267-4000<br>F: (415) 267-4198<br>~~**CertainTeed Corporation**~~<br>**Metalclad Insulation Corporation**<br>**Velan Valve Corp.** | Morgan, Lewis & Bockius LLP<br>300 S. Grand Ave., 22nd Floor<br>Los Angeles, CA 90071-3132<br>T: 213-612-2500<br>F: 213-612-2501<br>**Yarway Corporation** | ~~Ongaro Burtt & Louderback LLP~~<br>~~650 California Street, Fifth Floor~~<br>~~San Francisco, CA 94108~~<br>~~T: (415) 433-3900~~<br>~~F: (415) 433-3950~~<br>~~**Honeywell International, Inc.**~~ |
| ~~Perkins Coie, LLP~~<br>~~1888 Century Park East, Suite 1700~~<br>~~Los Angeles, CA 90067-1721~~<br>~~T: (310) 788-9900~~<br>~~F: (310) 788-3399~~<br>~~**Honeywell International Inc.**~~ | Pond North LLP<br>350 S. Grand Ave., Ste. 3300<br>Los Angeles, CA 90071<br>T: (213) 617-6170<br>F: (213) 623-3594<br>**Astra Flooring Company**<br>**CBS Corporation**<br>**Fraser's Boiler Service, Inc.** | ~~Prindle, Amaro, Goetz, Hillyard, Barnes &~~<br>~~Reinholtz LLP~~<br>~~One California St., Ste. 1910~~<br>~~San Francisco, CA 94111~~<br>~~T: (415) 788-8354~~<br>~~F: (415) 788-3625~~<br>~~**Syd Carpenter, Marine Contractor, Inc.**~~ |
| Selman Breitman LLP<br>33 New Montgomery St., 6th Floor<br>San Francisco, CA 94105<br>T: (415) 979-0400<br>F: (415) 979-2099<br>**Darcoid Company of California** | Schiff Hardin, LLP<br>One Market, Spear Tower, 32nd Floor<br>San Francisco, CA 94105<br>T: 415-901-8700<br>F: 415-901-8701<br>**Owens Illinois Inc.** | Tucker Ellis LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>T: 415-617-2400<br>F: 415-617-2409<br>**Warren Pumps LLC** |
| Vasquez Estrada & Conway LLP<br>1000 Fourth St., Ste. 700<br>San Rafael, CA 94901<br>T: (415) 453-0555<br>F: (415) 453-0549<br>**Hill Brothers Chemical Company** | Vikki M. Bittner<br>1858 Newton Ave.<br>San Diego, CA 92113 | Walsworth, Franklin, Bevins & McCall LLP<br>601 Montgomery St., 9th Floor<br>San Francisco, CA 94111<br>T: (415) 781-7072<br>F: (415) 391-6258<br>**SB Decking, Inc.**<br>**General Electric Company** |