BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)          MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CATHERINE ROBBINS, EXECUTOR TO THE ESTATE OF WARD B. ROBBINS,<br><br>    Plaintiffs,<br><br>v.<br><br><br>AIR & LIQUID SYSTEMS CORPORATION, As successor by merger to BUFFALO PUMPS, INC.<br>CBS CORPORATION f/k/a VIACOM, INC., successor by merger with CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION<br>EATON CORPORATION, individually and as successor to Vickers<br>FOSTER WHEELER, LLC<br>GENERAL ELECTRIC COMPANY<br><br>    Defendants. | Civil Action<br>No.: **3:12-CV-01303-SRU** |

**DEFENDANT AIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.'S NOTICE OF TAG-ALONG ACTION**

    PLEASE TAKE NOTICE, that on July 29, 1991 the Judicial Panel on Multi-District Litigation entered an order transferring all asbestos personal injury cases pending in Federal Court to the United States District Court, Easter District of Pennsylvania, for coordinated pre-trial proceedings pursuant to 28 U.S.C. Section 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show cause.

1

MDL Rule 7.5(e) provides:

Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

Defendant **AIR & LIQUID SYSTEMS CORPORATION**, **AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.** hereby notifies the Court that this case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. A copy of the Complaint is annexed hereto as **Exhibit 1** for the Court's convenience. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

        Respectfully submitted,
        Air & Liquid Systems Corporation, as Successor-by-Merger to Buffalo Pumps, Inc.,

        By:    /s/ *Michael D. Simons*
        Michael D. Simons
        Fed. Bar No. ct28100
        GOVERNO LAW FIRM LLC
        Two International Place, 15th Floor
        Boston, MA  02110
        (Ph) 617-737-9045
        (Fax) 617-737-9046
        msimons@governo.com

DATED:  September 26, 2012

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of September, 2012, the undersigned served a copy of the above referenced document documents via the Pacer/ECF electronic service system to the following:

Jeffrey Luthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

All counsel of record

/s/ Michael D. Simons
Michael D. Simons