BEFORE THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS LITIGATION (NO. VI)       MDL NO. 875

THIS DOCUMENT RELATES TO:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CATHERINE ROBBINS, EXECUTOR TO THE ESTATE OF WARD B. ROBBINS,<br><br>    Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION,<br>    As successor by merger to BUFFALO PUMPS, INC.<br>CBS CORPORATION f/k/a VIACOM, INC., successor by merger with CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION<br>EATON CORPORATION, individually and as successor to Vickers<br>FOSTER WHEELER, LLC<br>GENERAL ELECTRIC COMPANY<br><br>    Defendants. | Civil Action<br>No.: **3:12-CV-01303-SRU** |

## SCHEDULE OF ACTIONS

1.  <u>Catherine Robbins, Executor to the estate of Ward B. Robbins v. Air & Liquid Systems Corporation, et al.</u>, Civil Action No.: 3:12-cv-01303 (United States District Court for the District of Connecticut)

1

Respectfully submitted,

Air & Liquid Systems Corp., as Successor-by-Merger to Buffalo Pumps, Inc.,
By its attorneys,


*/s/ Michael D. Simons*
Michael D. Simons
Fed. Bar No. ct28100
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (617) 737-9046
msimons@governo.com


Dated:  September 26, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2012, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


*/s/ Michael D. Simons*
Michael D. Simons