EFILE

# U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:12-cv-01303-SRU

| | |
|---|---|
| Robbins et al v. Air & Liquid Systems Corporation et al<br>Assigned to: Judge Stefan R. Underhill<br>Cause: 28:1442 Notice of Removal | Date Filed: 09/10/2012<br>Jury Demand: Defendant<br>Nature of Suit: 368 P.I. : Asbestos<br>Jurisdiction: Federal Question |

**Plaintiff**

**Catherine Robbins**  represented by  **Elizabeth Murray**
*Executor to the Estate of Ward B.*  Early, Ludwick & Sweeney
*Robbins*  One Century Tower
 265 Church St., 11th Fl.
 PO Box 1866
 New Haven, CT 06508-1866
 203-777-7799
 Email: emurray@elslaw.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Air & Liquid Systems Corporation**  represented by  **Bryna Rosen Misiura**
*Successor*  Governo Law Firm LLC
Buffalo Pumps, Inc.  Two International Place 15th Floor
 Boston, MA 02110
 617-737-9045
 Fax: 617-737-9046
 Email: bmisiura@governo.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Michael D. Simons**
 Governo Law Firm LLC
 Two International Place 15th Floor
 Boston, MA 02110
 617-737-9045
 Fax: 617-737-9046
 Email: MSimons@governo.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**  represented by  **Thomas F. Maxwell , Jr.**

*formerly known as*
Viacom, Inc.
*Successor*
CBS Corporation
*formerly known as*
Westinghouse Electric Corporation

Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006
203-330-2252
Fax: (203) 576-8888
Email: tmaxwell@pullcom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eaton Corporation**
*individually and as*
*Successor*
Vickers

**Defendant**

**Foster Wheeler, LLC**

**Defendant**

**General Electric Company**

**Cross Claimant**

**Air & Liquid Systems Corporation**　　represented by **Bryna Rosen Misiura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Simons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Air & Liquid Systems Corporation**　　represented by **Bryna Rosen Misiura**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Simons**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CBS Corporation**　　represented by **Thomas F. Maxwell , Jr.**
(See above for address)
*LEAD ATTORNEY*

Case MDL No. 875   Document 8986-4   Filed 09/26/12   Page 3 of 4

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Eaton Corporation**
*individually and as*

**Cross Defendant**

**Foster Wheeler, LLC**

**Cross Defendant**

**General Electric Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2012 | 1 | NOTICE OF REMOVAL by Air & Liquid Systems Corporation from Bridgeport Superior Court, case number 12-6029731. Filing fee $ 350 receipt number 0205-2621485, filed by Air & Liquid Systems Corporation. (Attachments: # 1 Exhibit One, # 2 Exhibit Two, # 3 Notice to State Court of Removal, # 4 Certificate of Service)(Simons, Michael) (Entered: 09/10/2012) |
| 09/10/2012 | 2 | NOTICE by Air & Liquid Systems Corporation *List of No Pending Motions* (Simons, Michael) (Entered: 09/10/2012) |
| 09/10/2012 | 3 | Corporate Disclosure Statement by Air & Liquid Systems Corporation identifying Corporate Parent Ampco-Pittsburgh Corporation for Air & Liquid Systems Corporation. (Simons, Michael) (Entered: 09/10/2012) |
| 09/10/2012 | 4 | NOTICE of Appearance by Michael D. Simons on behalf of Air & Liquid Systems Corporation (Simons, Michael) (Entered: 09/10/2012) |
| 09/10/2012 | 5 | NOTICE of Appearance by Bryna Rosen Misiura on behalf of Air & Liquid Systems Corporation (Misiura, Bryna) (Entered: 09/10/2012) |
| 09/10/2012 |   | Judge Stefan R. Underhill added. (Oliver, T.) (Entered: 09/11/2012) |
| 09/10/2012 | 10 | Order on Pretrial Deadlines: Motions to Dismiss due on 12/10/2012. Amended Pleadings due by 11/9/2012. Discovery due by 3/12/2013. Dispositive Motions due by 4/11/2013. Signed by Clerk on 9/10/2012. (Fazekas, J.) (Entered: 09/11/2012) |
| 09/10/2012 | 11 | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Stefan R. Underhill on 9/10/2012. (Fazekas, J.) (Entered: 09/11/2012) |
| 09/11/2012 | 6 | NOTICE of Appearance by Thomas F. Maxwell, Jr on behalf of CBS Corporation (Maxwell, Thomas) (Entered: 09/11/2012) |
| 09/11/2012 | 7 | MOTION for Joinder re 1 Notice of Removal, filed by Air & Liquid Systems Corporation by CBS Corporation. (Attachments: # 1 Exhibit 1)(Maxwell, Thomas) (Entered: 09/11/2012) |
| 09/11/2012 | 8 | Corporate Disclosure Statement by CBS Corporation. (Maxwell, Thomas) |

| | | |
|---|---|---|
| | | (Entered: 09/11/2012) |
| 09/11/2012 | 9 | ANSWER to Complaint (Notice of Removal) by CBS Corporation.(Maxwell, Thomas) (Entered: 09/11/2012) |
| 09/11/2012 | 12 | NOTICE TO COUNSEL: Counsel initiating or removing this action is responsible for serving all parties with attached documents and copies of 10 Order on Pretrial Deadlines, 11 Electronic Filing Order, 3 Corporate Disclosure Statement filed by Air & Liquid Systems Corporation, 5 Notice of Appearance filed by Bryna Rosen Misiura on behalf of Air & Liquid Systems Corporation, 1 Notice of Removal, filed by Air & Liquid Systems Corporation, 2 Notice, List of No Pending Motions filed by Air & Liquid Systems Corporation, 4 Notice of Appearance filed by Michael D. Simons on behalf of Air & Liquid Systems Corporation. Signed by Clerk on 9/11/2012. (Attachments: # 1 Removal Standing Order)(Fazekas, J.) (Entered: 09/11/2012) |
| 09/11/2012 | 13 | NOTICE by Air & Liquid Systems Corporation re 1 Notice of Removal, *Amended Notice of Removal of Action due to Typographical Error* (Simons, Michael) (Entered: 09/11/2012) |
| 09/13/2012 | 14 | CERTIFICATE OF SERVICE by Air & Liquid Systems Corporation re 13 Notice (Other) *Amended Notice of Removal* (Simons, Michael) (Entered: 09/13/2012) |
| 09/26/2012 | 15 | ANSWER to Complaint (Notice of Removal) *Affirmative Defenses*, CROSSCLAIM against All Defendants by Air & Liquid Systems Corporation.(Simons, Michael) (Entered: 09/26/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/26/2012 11:30:26 | | | |
| PACER Login: | gk0040 | Client Code: | 1380-1323 |
| Description: | Docket Report | Search Criteria: | 3:12-cv-01303-SRU |
| Billable Pages: | 3 | Cost: | 0.30 |