IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| KELCHNER | : : : | Transferred from the Eastern District of New York, Case No. 08-03221 |
| v. | : : | |
| A.W. CHESTERTON CO., et al. | : | E.D. PA No. 09-62635 |

## ORDER VACATING SUGGESTION OF REMAND

**AND NOW,** this **25th** day of **September, 2012,** it is hereby **ORDERED** that the Suggestion of Remand in this case is **VACATED.**[1]

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

---

[1] Although the case had been marked closed on May 11, 2012, the case was subsequently reopened on May 18, 2012 because it had been closed in error. The Court notes that nothing on the docket indicates that Pnuemo Abex has settled with Plaintiff or was otherwise dismissed from the case. The Court today vacates the Suggestion of Remand in this case because it has come to the Court's attention that one motion is still pending. The motion is Plaintiff's motion for relief from the Court's order striking Plaintiff's expert report (ECF No. 118). The Court will rule on the motion and then will re-issue a Suggestion of Remand. To the extent that any defendants believe that a Suggestion of Remand would be premature following a ruling on the outstanding motion, those defendants may file a notice on the docket listing the reasons why they believe remand is inappropriate.