UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| Edward Kelchner v. A. W. Chesterton Company, et al., ) | |
| (E.D. Pennsylvania, C.A. No. 2:09-62635) ) | MDL No. 875 |
| E.D. New York, C.A. No. 1:08-03221 ) | |

**ORDER VACATING CONDITIONAL REMAND ORDER**

A conditional remand order was filed in this action (*Kelchner*) on September 17, 2012. Prior to expiration of that order's 7-day stay of transmittal, defendant Pneumo Abex Corporation filed a notice of opposition to the proposed remand. The Panel has now been informed that the transferee judge has vacated his suggestion of remand in *Kelchner* which moots the opposition to remand.

IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on September 17, 2012, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel