# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:12-cv-06960-JMF

Abramow et al v. Crane Co. et al  
Assigned to: Judge Jesse M. Furman  
Case in other court: State Court-Supreme, 190330-12  
Cause: 28:1441 Notice of Removal  

Date Filed: 09/13/2012  
Jury Demand: None  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Federal Question  

**Plaintiff**

**Jerry J. Abramow**

**Plaintiff**

**Marie Abramow**

V.

**Defendant**

**Crane Co.**     represented by **Nicole Melody Kozin**
L'Abbate, Balkan, Colavita and Contini, LLP(NYC)
One Battery Park Place
New York, NY 10004
(516)294-8844
Fax: (516)294-8202
Email: nkozin@lbcclaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aerco International, Inc.**

**Defendant**

**Air & Liquid Systems Corporation**
*as successor by merger to Buffalo Pumps*

**Defendant**

**Amchem Products, Inc.**
*now known as Rhone Poulenc AG Company now known as Bayer Cropscience Inc.*

**Defendant**

**Atwood & Morrill Company**     represented by **Richard Eric Leff**
McGivney & Kluger

80 Broad Street
New York, NY 10004
(212) 924-7212
Fax: (212) 509-4420
Email: Rleff@mcgivneyandkluger.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BMCE Inc.**
*formerly known as*
United Centrifugal Pump

**Defendant**

**Burnham, LLC**
*individually*

**Defendant**

**Burnham, LLC**
*as successor to Burnham Corporation*

**Defendant**

**BW/IP, Inc. and its wholly owned subsidiaries**

**Defendant**

**Byron Jackson Pumps**

**Defendant**

**CBS Corporation**
*f/k/a Viacom Inc., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation*

**Defendant**

**Certainteed Corporation**

**Defendant**

**Cleaver Brooks Company, Inc.**

**Defendant**

**Consolidated Edison Company of New York**

**Defendant**

**Empire-Ace Insulation MFG. Corp.**

**Defendant**

**FMC Corporation,**

*on behalf of its former Chicago Pump & Northern Pump Businesses*

**Defendant**

**Foster Wheeler, L.L.C.**

**Defendant**

**Gardner Denver, Inc.**

**Defendant**

**General Electric Company**

**Defendant**

**Georgia Pacific LLC**

**Defendant**

**Goulds Pumps, Inc.**

**Defendant**

**IMO Industries, Inc.**

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**Kamco Supply Corp.**

**Defendant**

**Kentile Floors, Inc.**

**Defendant**

**Owens-Illinois, Inc.**

**Defendant**

**Pfizer, Inc. (Pfizer)**

**Defendant**

**Rapid-American Corporation**

**Defendant**

**The Fairbanks Company**　　　　　represented by **Richard Eric Leff**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Tishman Liquidating Corp.**

**Defendant**

**Trane U.S. Inc.**
*f/k/a American Standard Inc.*

**Defendant**

**U.S. Rubber Company (Uniroyal)**

**Defendant**

**Union Carbide Corporation**

**Defendant**

**Warren Pumps, LLC**

**Defendant**

**Weil-McLain**
*a division of The Marley-Wylain Company, a wholly owned subsidiary of the Marley Company, LLC*

**Defendant**

**Yarway Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190330-12. (Filing Fee $ 350.00, Receipt Number 1048508).Document filed by Crane Co. (mro) (Additional attachment(s) added on 9/18/2012: # 1 no. 2, # 2 no. 3, # 3 no. 4, # 4 no. 5, # 5 no. 5.1, # 6 no. 5.2, # 7 no. 5.3, # 8 no. 5.4, # 9 no. 5.5, # 10 no. 5.6, # 11 no. 5.7, # 12 no. 5.8, # 13 no. 5.9, # 14 no. 5.10, # 15 no. 5.11, # 16 no. 5.12, # 17 no. 5.13, # 18 no. 5.14, # 19 no. 5.15, # 20 no. 5.16, # 21 no. 5.17, # 22 no. 5.18, # 23 no. 5.19, # 24 no. 5.20, # 25 no. 5.21, # 26 no. 5.22, # 27 no. 5.23, # 28 no. 5.24, # 29 no. 5.25, # 30 no. 5.26, # 31 no. 5.27, # 32 no. 5.28, # 33 no. 5.29, # 34 no. 5.30, # 35 no. 5.31, # 36 no. 5.32, # 37 no. 5.33, # 38 no. 5.34, # 39 no. 5.35, # 40 no. 5.36, # 41 no. 6, # 42 no. 6.1, # 43 no. 6.2, # 44 no. 6.3, # 45 no. 6.4, # 46 no. 6.5, # 47 no. 6.6, # 48 no. 6.7, # 49 no. 6.8, # 50 no. 6.9, # 51 no. 6.10, # 52 no. 6.11, # 53 no. 6.12, # 54 no. 6.13, # 55 no. 6.14, # 56 no. 6.15, # 57 no. 6.16, # 58 no. 6.17, # 59 no. 6.18, # 60 no. 6.19, # 61 no. 6.20, # 62 no. 6.21, # 63 no. 6.22, # 64 no. 6.23, # 65 no. 6.24, # 66 no. 6.25, # 67 no. 6.26, # 68 no. 6.27, # 69 no. 6.28, # 70 no. 6.29, # 71 no. 6.30, # 72 no. 6.31, # 73 no. 6.32, # 74 no. 6.33, # 75 no. 6.34, # 76 no. 6.35, # 77 no. 6.36, # 78 no. 6.37, # 79 no. 6.38, # 80 no. 6.39, # 81 no. 6.40, # 82 no. 6.41, # 83 no. 6.42, # 84 no. 7) (ml). (Entered: 09/17/2012) |
| 09/13/2012 | | Magistrate Judge Ronald L. Ellis is so designated. (mro) (Entered: 09/17/2012) |
| 09/13/2012 | | Case Designated ECF. (mro) (Entered: 09/17/2012) |
| 09/17/2012 | | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Nicole Melody Kozin for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules & Instructions. E-MAIL the PDF for Document 1 Notice of Removal to: caseopenings@nysd.uscourts.gov. (mro) |

| | | |
|---|---|---|
| | | (Entered: 09/17/2012) |
| 09/19/2012 | [2](#) | ORDER: Motions due by 10/19/2012. Responses due by 11/2/2012. Replies due by 11/9/2012. Initial Conference set for 10/26/2012 at 11:00 AM in Courtroom 6A of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007 before Judge Jesse M. Furman. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel. Included with the Proposed Civil Case Management Plan and Scheduling Order, the parties are to jointly submit a letter, not to exceed five (5) pages,providing the information listed herein. (Signed by Judge Jesse M. Furman on 9/19/2012) (ft) (Entered: 09/19/2012) |
| 09/19/2012 | [3](#) | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 09/14/2012. Service was made by Mail. Document filed by Crane Co.. (Kozin, Nicole) (Entered: 09/19/2012) |
| 09/25/2012 | [4](#) | NOTICE of Tag-Along Action. Document filed by Crane Co.. (Kozin, Nicole) (Entered: 09/25/2012) |
| 09/27/2012 | [5](#) | NOTICE OF APPEARANCE by Richard Eric Leff on behalf of The Fairbanks Company (Leff, Richard) (Entered: 09/27/2012) |
| 09/27/2012 | [6](#) | NOTICE OF APPEARANCE by Richard Eric Leff on behalf of Atwood & Morrill Company (Leff, Richard) (Entered: 09/27/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/27/2012 12:54:03 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-06960-JMF |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X   Index No.:
JERRY J. ABRAMOW and MARIE ABRAMOW,

Date Filed:

Plaintiff(s),

-against-                                             **VERIFIED COMPLAINT**

AERCO INTERNATIONAL, INC.,
AIR & LIQUID SYSTEMS CORPORATION,
   as successor-by-merger to BUFFALO PUMPS,
AMCHEM PRODUCTS, INC.,
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.,
ATWOOD & MORRILL COMPANY,
BMCE INC.,
   f/k/a UNITED CENTRIFUGAL PUMP,
BURNHAM, LLC,
   Individually, and as successor to
   BURNHAM CORPORATION,
BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES,
BYRON JACKSON PUMPS,
CBS CORPORATION, f/k/a VIACOM INC.,
   successor by merger to
   CBS CORPORATION, f/k/a
   WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
CONSOLIDATED EDISON COMPANY
   OF NEW YORK, INC.,
CRANE CO.,
EMPIRE-ACE INSULATION MFG. CORP.,
FMC CORPORATION,
   on behalf of its former CHICAGO PUMP
   & NORTHERN PUMP BUSINESSES,
FOSTER WHEELER, L.L.C.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GEORGIA PACIFIC LLC.,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
KAMCO SUPPLY CORP.,
KENTILE FLOORS, INC.,
OWENS-ILLINOIS, INC.,
PFIZER, INC. (PFIZER),
RAPID-AMERICAN CORPORATION,
THE FAIRBANKS COMPANY,
TISHMAN LIQUIDATING CORP.,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,

**RECEIVED**

AUG 1 3 2012

**Crane Co.**

WARREN PUMPS, LLC,
WEIL-MCLAIN, a division of The Marley-Wylain Company,
  a wholly owned subsidiary of The Marley Company, LLC,
YARWAY CORPORATION,

                                        Defendants.
------------------------------------------------------------------------X

        Plaintiff(s), JERRY J. ABRAMOW and MARIE ABRAMOW, by their attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

    1.    Plaintiff(s), JERRY J. ABRAMOW and MARIE ABRAMOW, by their attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

    2.    Defendant AERCO INTERNATIONAL, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

    3.    Defendant AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to BUFFALO PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

    4.    Defendant ATWOOD & MORRILL COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

    5.    Defendant BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES, was and still is a duly organized domestic corporation doing business in the State of New York.

    6.    Defendant BYRON JACKSON PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

    7.    Defendant FMC CORPORATION, on behalf of its former CHICAGO PUMP & NORTHERN PUMP BUSINESSES, was and still is a duly organized domestic corporation doing business in the State of New York.

8. Defendant GARDNER DENVER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

9. Defendant GEORGIA PACIFIC LLC., was and still is a duly organized domestic corporation doing business in the State of New York.

10. Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

11. Defendant KAMCO SUPPLY CORP., was and still is a duly organized domestic corporation doing business in the State of New York.

12. Defendant THE FAIRBANKS COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

13. Defendant WARREN PUMPS, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

14. Defendant YARWAY CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

Plaintiff(s), JERRY J. ABRAMOW and MARIE ABRAMOW, repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *July 30, 2012*
New York, New York

Yours, etc.,

WEITZ & LUXENBERG, P.C

Attorneys for Plaintiff(s)
700 Broadway
New York, NY 10003
(212) 558-5500

STATE OF NEW YORK )
         ) SS:
COUNTY OF NEW YORK )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: July 30, 2012
   New York, New York

                    /S/
                  DAVID CHANDLER

Index No.: 190330-12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

JERRY J. ABRAMOW and MARIE ABRAMOW,

                Plaintiff(s),

-against-

AERCO INTERNATIONAL, INC., et. al.,

                Defendants.

## SUMMONS and COMPLAINT

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
**700 Broadway**
New York, NY 10003
212-558-5500

To
Attorney(s) for

Service of a copy of the within
    is hereby admitted.
Dated, July 30, 2012

..........................
**Attorney(s) for**



# NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

### JERRY J. ABRAMOW - v. - AERCO INTERNATIONAL, INC et al

### 190330/2012

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | | 07/30/2012 11:17 AM |

## Filing User

| | | | |
|---|---|---|---|
| Name: | DAVID ALLAN CHANDLER | | |
| Phone | | E-mail Address: | Dchandler@weitzlux.com |
| Fax #: | | Work Address: | 700 BROADWAY<br>NEW YORK, NY 10003 |

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 07/30/2012 11:17 AM:

CHANDLER, DAVID ALLAN - Dchandler@weitzlux.com

**NOTE:** If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.

---

**E-mail:** EFile@nycourts.gov   **Phone:** (646) 386-3033   **Fax:** (212) 401-9146   **website:** www.nycourts.gov/efile