ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-06959-AKH

| | |
|---|---|
| Moskowitz v. Crane Co. et al | Date Filed: 09/17/2012 |
| Assigned to: Judge Alvin K. Hellerstein | Jury Demand: None |
| Case in other court: State Court-Supreme, 190349-12 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1441 Notice of Removal | Jurisdiction: Federal Question |

**Plaintiff**

**Gloria Moskowitz**     represented by    **Peter Tambini**
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
(212) 558-5914
Fax: (212) 344-5461
Email: ptambini@weitzlux.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Crane Co.**     represented by    **Nicole Melody Kozin**
L'Abbate, Balkan, Colavita and Contini, LLP(NYC)
One Battery Park Place
New York, NY 10004
(516)294-8844
Fax: (516)294-8202
Email: nkozin@lbcclaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**A.O. Smith Warer Products Co.**

**Defendant**

**Air & Liquid Systems Corporation**
*as successor by merger to Buffalo Pumps*

**Defendant**

**Amchem Products, Inc.**
*now known as Rhone Poulenc AG Company now known as Bayer Cropscience Inc.*

**Defendant**

**American Biltrite, Inc.,**

**Defendant**

**Aurora Pump Company**  represented by  **Richard Eric Leff**
McGivney & Kluger
80 Broad Street
New York, NY 10004
(212) 924-7212
Fax: (212) 509-4420
Email: Rleff@mcgivneyandkluger.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bell & Gossett Company**

**Defendant**

**Blackmer**

**Defendant**

**Burnham, LLC.**
*individually*

**Defendant**

**Burnham, LLC.**
*as successor to Burnham Corporation*

**Defendant**

**BW/IP, Inc. and its wholly owned subsidiaries**

**Defendant**

**Byron Jackson Pumps**

**Defendant**

**Carrier Corporation**

**Defendant**

**CBS Corporation**
*f/k/a Viacom Inc., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation*

**Defendant**

**Certainteed Corporation**

**Defendant**

**Cleaver Brooks Company, Inc.,**

**Defendant**

**CompuDyne Corporation**
*individually and as successor to York Shipley, Inc.*

**Defendant**

**Columbia Boiler Company of Pottstown**     represented by **Richard Eric Leff**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crown Boiler Co.**
*f/k/a Crown Industries, Inc.*

**Defendant**

**Elliott Company**

**Defendant**

**FMC Corporation**
*on behalf of its former Chicago Pump & Northern Pump Businesses*

**Defendant**

**Fort Kent Holdings, Inc.**
*f/k/a Dunham Bush, Inc.*

**Defendant**

**Foster Wheeler, L.L.C.,**

**Defendant**

**General Electric Company**

**Defendant**

**Georgia Pacific, LLC**

**Defendant**

**Goodyear Canada, Inc.,**

**Defendant**

**Goulds Pumps Inc.**

**Defendant**

**IMO Industries, Inc.**

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**ITT Corporation**

**Defendant**

**Kaiser Gypsum Company, Inc.**

**Defendant**

**Keeler-Door-Oliver Boiler Company**

**Defendant**

**Kennedy Valve Manufacturing Co. Inc.**

**Defendant**

**Kohler Co.**

**Defendant**

**Lennox Industries Inc.**

**Defendant**

**Oakfabco, Inc.** represented by **Richard Eric Leff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois, Inc.**

**Defendant**

**Pacific Valves**
*individually*

**Defendant**

**Pacific Valves**
*as a subsidiary of Crane Co*

**Defendant**

**Peerless Industries Inc.**

**Defendant**

**Pfizer, Inc (Pfizer)**

**Defendant**

**Rapid-American Corporation**

**Defendant**

**Rheem Manufacturing Company, Inc.**

**Defendant**

**Riley Power Inc.**

**Defendant**

**Slant/Fin Corporation**

**Defendant**

**Superior Boiler Works, Inc.**

**Defendant**

**The Fairbanks Company**

**Defendant**

**The Goodyear Tire and Rubber Company**

**Defendant**

**Trane U.S. Inc.**
*f/k/a American Standard Inc.*

**Defendant**

**U.S. Rubber Company (Uniroyal)**

**Defendant**

**Union Carbide Corporation**

**Defendant**

**Utica Boilers, Inc.**
*individually*

**Defendant**

**Utica Boilers, Inc.**
*as successor to Utica Radiator Corporation*

**Defendant**

**Warren Pumps, LLC**

**Defendant**

**Weil-McLain**
*a division of The Marley-Wylain Company, a wholly owned subsidiary of the Marley Company, LLC*

**Defendant**

**Weinman Pump & Supply Co.**

**Defendant**

**Yarway Corporation**

**Defendant**

**Zurn Industries, LLC.**     represented by **Richard Eric Leff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fairbanks Company**     represented by **Richard Eric Leff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Fairbanks Company**

**All Defendants**

**Mr. Atwood & Morrill Company**     represented by **Richard Eric Leff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190349-12. (Filing Fee $ 350.00, Receipt Number 1048508).Document filed by Crane Co. (mro) (Additional attachment(s) added on 9/17/2012: # 1 no. 2, # 2 no. 3, # 3 no. 4, # 4 no. 5, # 5 no. 5.1, # 6 no. 5.2, # 7 no. 5.3, # 8 no. 5.4, # 9 no. 5.5, # 10 no. 5.6, # 11 no. 5.7, # 12 no. 5.8, # 13 no. 5.9, # 14 no. 5.10, # 15 no. 5.11, # 16 no. 5.12, # 17 no. 5.13, # 18 no. 5.14, # 19 no. 5.15, # 20 no. 5.16, # 21 no. 5.17, # 22 no. 5.18, # 23 no. 5.19, # 24 no. 5.20, # 25 no. 5.21, # 26 no. 5.22, # 27 no. 5.23, # 28 no. 5.24, # 29 no. 5.25, # 30 no. 5.26, # 31 no. 5.27, # 32 no. 5.28, # 33 no. 5.29, # 34 no. 5.30, # 35 no. 5.31, # 36 no. 5.32, # 37 no. 5.33, # 38 no. 5.34, # 39 no. 5.35, # 40 no. 5.36, # 41 no. 6, # 42 no. 6.1, # 43 no. 6.2, # 44 no. 6.3, # 45 no. 6.4, # 46 no. 6.5, # 47 no. 6.6, # 48 no. 6.7, # 49 no. 6.8, # 50 no. 6.9, # 51 no. 6.10, # 52 no. 6.11, # 53 no. 6.12, # 54 no. 6.13, # 55 no. 6.14, # 56 no. 6.15, # 57 no. 6.16, # 58 no. 6.17, # 59 no. 6.18, # 60 no. 6.19, # 61 no. 6.20, # 62 no. 6.21, # 63 no. 6.22, # 64 no. 6.23, # 65 no. 6.24, # 66 no. 6.25, # 67 no. 6.26, # 68 no. 6.27, # 69 no. 6.28, # 70 no. 6.29, # 71 no. 6.30, # 72 no. 6.31, # 73 no. 6.32, # 74 no. 6.33, # 75 no. 6.34, # 76 no. 6.35, # 77 no. 6.36, # 78 no. 6.37, # 79 no. 6.38, # 80 no. 6.39, # 81 no. 6.40, # 82 no. 6.41, # 83 no. 6.42, # 84 no. 7) (ml). (Entered: 09/17/2012) |
| 09/13/2012 | | Magistrate Judge James L. Cott is so designated. (mro) (Entered: 09/17/2012) |
| 09/13/2012 | | Case Designated ECF. (mro) (Entered: 09/17/2012) |
| 09/17/2012 | | **\*\*\*NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Nicole Melody Kozin for noncompliance with Section 14.3 of the S.D.N.Y. Electronic Case Filing Rules & Instructions. E-MAIL the PDF for Document 1 Notice of Removal to: caseopenings@nysd.uscourts.gov.** |

| | | |
|---|---|---|
| | | **(mro)** (Entered: 09/17/2012) |
| 09/19/2012 | 2 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 09/14/2012. Service was made by Mail. Document filed by Crane Co.. (Kozin, Nicole) (Entered: 09/19/2012) |
| 09/25/2012 | 3 | NOTICE OF APPEARANCE by Peter Tambini on behalf of Gloria Moskowitz (Tambini, Peter) (Entered: 09/25/2012) |
| 09/25/2012 | 4 | NOTICE of Tag-Along Action. Document filed by Crane Co.. (Kozin, Nicole) (Entered: 09/25/2012) |
| 09/26/2012 | 5 | NOTICE OF APPEARANCE by Richard Eric Leff on behalf of Atwood & Morrill Company (Leff, Richard) (Entered: 09/26/2012) |
| 09/26/2012 | 6 | NOTICE OF APPEARANCE by Richard Eric Leff on behalf of Aurora Pump Company (Leff, Richard) (Entered: 09/26/2012) |
| 09/26/2012 | 7 | NOTICE OF APPEARANCE by Richard Eric Leff on behalf of Zurn Industries, LLC. (Leff, Richard) (Entered: 09/26/2012) |
| 09/26/2012 | 8 | NOTICE OF APPEARANCE by Richard Eric Leff on behalf of Fairbanks Company, Fairbanks Company (Leff, Richard) (Entered: 09/26/2012) |
| 09/26/2012 | 9 | NOTICE OF APPEARANCE by Richard Eric Leff on behalf of Columbia Boiler Company of Pottstown (Leff, Richard) (Entered: 09/26/2012) |
| 09/26/2012 | 10 | NOTICE OF APPEARANCE by Richard Eric Leff on behalf of Oakfabco, Inc. (Leff, Richard) (Entered: 09/26/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/27/2012 12:55:41 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-06959-AKH |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------X   Index No.:
GLORIA MOSKOWITZ,

Date Filed:

Plaintiff(s),

-against-                                                **VERIFIED COMPLAINT**

A.O. SMITH WATER PRODUCTS CO.,
AIR & LIQUID SYSTEMS CORPORATION,
  as successor-by-merger to BUFFALO PUMPS,
AMCHEM PRODUCTS, INC.,
  n/k/a RHONE POULENC AG COMPANY,
  n/k/a BAYER CROPSCIENCE INC.,
AMERICAN BILTRITE, INC.,
AURORA PUMP COMPANY,
BELL & GOSSETT COMPANY,
BLACKMER,
BURNHAM, LLC,
  Individually, and as successor to
  BURNHAM CORPORATION,
BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
CBS CORPORATION, f/k/a VIACOM INC.,
  successor by merger to
  CBS CORPORATION, f/k/a
  WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
COLUMBIA BOILER COMPANY OF POTTSTOWN,
COMPUDYNE CORPORATION,
  Individually, and as successor to YORK SHIPLEY, INC.,
CROWN BOILER CO.,
  f/k/a CROWN INDUSTRIES, INC.,
ELLIOTT COMPANY,
FMC CORPORATION,
  on behalf of its former CHICAGO PUMP
  & NORTHERN PUMP BUSINESSES,
FORT KENT HOLDINGS, INC f/k/a DUNHAM BUSH, INC.,
FOSTER WHEELER, L.L.C.,
GENERAL ELECTRIC COMPANY,
GEORGIA PACIFIC LLC.,
GOODYEAR CANADA, INC.,
GOULDS PUMPS, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
KAISER GYPSUM COMPANY, INC.,
KEELER-DORR-OLIVER BOILER COMPANY,
KENNEDY VALVE MANUFACTURING Co., Inc.,

**RECEIVED**

AUG 13 2012

**Crane Co.**

KOHLER CO.,
LENNOX INDUSTRIES, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PACIFIC VALVES,
   Individually and as a subsidiary of Crane Co.,
PEERLESS INDUSTRIES, INC.,
PFIZER, INC. (PFIZER),
RAPID-AMERICAN CORPORATION,
RHEEM MANUFACTURING COMPANY, INC.,

,
RILEY POWER INC,
SLANT/FIN CORPORATION,
SUPERIOR BOILER WORKS, INC.,
THE FAIRBANKS COMPANY,
THE GOODYEAR TIRE AND RUBBER COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
UTICA BOILERS, INC.,
   Individually and as successor to
   UTICA RADIATOR CORPORATION,
WARREN PUMPS, LLC,
WEIL-MCLAIN, a division of The Marley-Wylain Company,
   a wholly owned subsidiary of The Marley Company, LLC,
WEINMAN PUMP & SUPPLY CO.,
YARWAY CORPORATION,

                                                Defendants.
------------------------------------------------------------------------X

                Plaintiff(s), GLORIA MOSKOWITZ, by their attorneys WEITZ &

LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as

follows:

                1.     Plaintiff(s), GLORIA MOSKOWITZ, by their attorneys, WEITZ &

LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

                2.     Defendant AIR & LIQUID SYSTEMS CORPORATION, as successor-

by-merger to BUFFALO PUMPS, was and still is a duly organized domestic corporation doing

business in the State of New York.

3. Defendant AMERICAN BILTRITE, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

4. Defendant AURORA PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

5. Defendant BELL & GOSSETT COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

6. Defendant BELL & GOSSETT COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

7. Defendant BLACKMER, was and still is a duly organized domestic corporation doing business in the State of New York.

8. Defendant BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES, was and still is a duly organized domestic corporation doing business in the State of New York.

9. Defendant BYRON JACKSON PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

10. Defendant CARRIER CORPORATION , was and still is a duly organized domestic corporation doing business in the State of New York.

11. Defendant COLUMBIA BOILER COMPANY OF POTTSTOWN, was and still is a duly organized domestic corporation doing business in the State of New York.

12. Defendant COMPUDYNE CORPORATION, Individually, and as successor to YORK SHIPLEY, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

13. Defendant CROWN BOILER CO., f/k/a CROWN INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

14. Defendant ELLIOTT COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

15. Defendant FMC CORPORATION, on behalf of its former CHICAGO PUMP & NORTHERN PUMP BUSINESSES, was and still is a duly organized domestic corporation doing business in the State of New York.

16. Defendant FORT KENT HOLDINGS, INC f/k/a DUNHAM BUSH, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

17. Defendant GEORGIA PACIFIC LLC., was and still is a duly organized domestic corporation doing business in the State of New York.

18. Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

19. Defendant ITT CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

20. Defendant KAISER GYPSUM COMPANY, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

21. Defendant KENNEDY VALVE MANUFACTURING Co., Inc., was and still is a duly organized domestic corporation doing business in the State of New York.

22. Defendant LENNOX INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

23. Defendant PACIFIC VALVES, Individually and as a subsidiary of Crane Co., was and still is a duly organized domestic corporation doing business in the State of New York.

24. Defendant PACIFIC VALVES, Individually and as a subsidiary of Crane Co., was and still is a duly organized foreign corporation doing business and/or transacting

business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

25. Defendant RHEEM MANUFACTURING COMPANY, INC., , was and still is a duly organized domestic corporation doing business in the State of New York.

26. Defendant SLANT/FIN CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

27. Defendant SUPERIOR BOILER WORKS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

28. Defendant SUPERIOR BOILER WORKS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

29. Defendant THE FAIRBANKS COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

30. Defendant UTICA BOILERS, INC., Individually and as successor to UTICA RADIATOR CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

31. Defendant WARREN PUMPS, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

32. Defendant WEINMAN PUMP & SUPPLY CO., was and still is a duly organized domestic corporation doing business in the State of New York.

33. Defendant YARWAY CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

Plaintiff(s), GLORIA MOSKOWITZ, repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *August 07, 2012*
    New York, New York

                              Yours, etc.,

                              WEITZ & LUXENBERG, P.C

                              Attorneys for Plaintiff(s)
                              700 Broadway
                              New York, NY  10003
                              (212) 558-5500

STATE OF NEW YORK  )
                                      SS:
COUNTY OF NEW YORK )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: August 07, 2012
New York, New York

/S/
_____
PETER TAMBINI

Index No.: 190349-12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

GLORIA MOSKOWITZ,

Plaintiff(s),

-against-

A.O. SMITH WATER PRODUCTS CO., et. al.,

Defendants.

## SUMMONS and COMPLAINT

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
**700 Broadway**
**New York, NY 10003**
**212-558-5500**

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.
Dated, August 07, 2012

**Attorney(s) for**



# NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

### GLORIA MOSKOWITZ - v. - A.O. SMITH WATER PRODUCTS CO et al

### 190349/2012

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | | 08/07/2012 05:55 PM |

## Filing User

Name: **PETER TAMBINI**
Phone: **(212) 558-5900**
Fax #:
E-mail Address: ptambini@weitzlux.com
Work Address: **700 Broadway**
**New York, NY 10003**

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 08/07/2012 05:55 PM:

**TAMBINI, PETER - ptambini@weitzlux.com**

**NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.**

E-mail: EFile@nycourts.gov   Phone: (646) 386-3033   Fax: (212) 401-9146   website: www.nycourts.gov/efile

Page 1 of 1