ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:12-cv-07100-JMF

| | |
|---|---|
| Tuckfelt et al v. Crane Co. et al | Date Filed: 09/20/2012 |
| Assigned to: Judge Jesse M. Furman | Jury Demand: None |
| Case in other court: State Court-Supreme, 190357-12 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1441 Notice of Removal | Jurisdiction: Federal Question |

**Plaintiff**

**Sondra M. Tuckfelt**                    represented by    **Peter Tambini**
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
(212) 558-5914
Fax: (212) 344-5461
Email: ptambini@weitzlux.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Tuckfelt**                        represented by    **Peter Tambini**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Crane Co.**                                   represented by    **Angela Digiglio**
Kirkpatrick & Lockhart Preston Gates
Ellis LLP( Lex. Ave.)
599 Lexington Avenue
New York, NY 10022
(212)-536-3994
Fax: (212)-536-3901
Email: angela.digiglio@klgates.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**A.O. Smith Water Products Co.**

**Defendant**

**Air & Liquid Systems Corporation**
*as sccessor by merger to Buffalo Pumps*

**Defendant**

**Amchem Products Inc.**
*now known as*
Rhone Poulenc AG Company
*now known as*
Bayer Cropscience Inc

**Defendant**

**American Biltrite, Inc.**

**Defendant**

**Atwood & Morrill Company**

**Defendant**

**Aurora Pump Company**

**Defendant**

**Bell & Gossett Company**

**Defendant**

**Blackmer**

**Defendant**

**Burnham, LLC**
*individually*

**Defendant**

**Burnham, LLC**
*as successor to Burnham Corporation*

**Defendant**

**BW/IP, Inc. and its wholly owned subsidiaries**

**Defendant**

**Byron Jackson Pumps**

**Defendant**

**Carrier Corporation**

**Defendant**

**CBS Corporation**
*f/k/a Viacom Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation*

**Defendant**

**Certainteed Corporation**

**Defendant**

**Cleaver Brooks Company, Inc.**

**Defendant**

**Columbia Boiler Company of Pottstown**

**Defendant**

**CompuDyne Corporation**
*individually*

**Defendant**

**CompuDyne Corporation**
*as successor to York Shipley Inc.*

**Defendant**

**Crown Boiler Co.**
*formerly doing business as*
Crown Industries, Inc.

**Defendant**

**Elliott Company**

**Defendant**

**FMC Corporation**
*on behalf of its former Chicago Pump & Northern Pump Businesses*

**Defendant**

**Fort Kent Holdings, Inc.**
*formerly known as*
Dunham Bush, Inc.

**Defendant**

**Foster Wheeler, L.L.C.**

**Defendant**

**General Electric Company**

**Defendant**

**Georgia Pacific LLC**

**Defendant**

**Goodyear Canada, Inc.**

**Defendant**

**IMO Industries, Inc.**

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**ITT Corporation**

**Defendant**

**J.H. France Refractories Company**

**Defendant**

**Kaiser Gypsum Company, Inc.**

**Defendant**

**Keeler-Dorr-Oliver Boiler Company**

**Defendant**

**Kennedy Valve Manufacturing Co., Inc.**

**Defendant**

**Kohler Co.**

**Defendant**

**Lennox Industries Inc.**

**Defendant**

**Oakfabco, Inc.**

**Defendant**

**Owens-Illinois Glass Company**

**Defendant**

**Owens-Illinois, Inc.,**

**Defendant**

**Pacific Valves**
*individually*

**Defendant**

**Pacific Valves**
*as a subsidiary of Crane Co.*

**Defendant**

**Peerless Industries Inc.**

**Defendant**

**Pfizer, Inc.(Pfizer)**

**Defendant**

**Rapid-American Corporation**

**Defendant**

**Rheem Manufacturing Company, Inc.**

**Defendant**

**Riley Power Inc.**

**Defendant**

**Slant/Fin Corporation**

**Defendant**

**Superior Boiler Works, Inc.**

**Defendant**

**TDY Industries, Inc.**
*individually*
*formerly known as*
Teledyne Industries, Inc.

**Defendant**

**TDY Industries, Inc.**
*as successor to Farris Engineering*
*formerly known as*
Teledyne Industries, Inc.

**Defendant**

**The Fairbanks Company**

**Defendant**

**The Goodyear Tire and Rubber Company**

**Defendant**

**Trane U.S., Inc.**
*formerly known as*
American Standard Inc.

**Defendant**

**U.S. Rubber Company (Uniroyal)**

**Defendant**

**Union Carbide Corporation**

**Defendant**

**Union Pump Company**

**Defendant**

**Utica Boilers, Inc.**

*individually*

**Defendant**

**Utica Boilers, Inc.**
*as successor to Utica Radiator Corporation*

**Defendant**

**Viking Pump, Inc.**

**Defendant**

**Warren Pumps, LLC**

**Defendant**

**Weil-McLain**
*a division of the Marley-Wylain Company, a wholly owned subsidary of The Marley Company, LLC*

**Defendant**

**Weinman Pump & Supply Co.**

**Defendant**

**Yarway Corporation**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190357-12. (Filing Fee $ 350.00, Receipt Number Not indicated).Document filed by Crane Co. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit)(mro) (Additional attachment(s) added on 9/21/2012: # 40 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit, # 47 Exhibit, # 48 Exhibit, # 49 Exhibit, # 50 Exhibit, # 51 Exhibit, # 52 Exhibit, # 53 Exhibit, # 54 Exhibit, # 55 Exhibit, # 56 Exhibit, # 57 Exhibit, # 58 Exhibit, # 59 Exhibit, # 60 Exhibit, # 61 Exhibit) (mro). (Additional attachment(s) added on 9/21/2012: # 62 Exhibit, # 63 Exhibit, # 64 Exhibit, # 65 Exhibit, # 66 Errata, # 67 Exhibit, # 68 Exhibit, # 69 Exhibit, # 70 Exhibit, # 71 Exhibit, # 72 Exhibit, # 73 Exhibit, # 74 Exhibit, # 75 Exhibit, # 76 Exhibit, # 77 Exhibit, # 78 Exhibit, # 79 Exhibit, # 80 Exhibit, # 81 Exhibit, # 82 Exhibit, # 83 Exhibit, # 84 Exhibit) (mro). (Entered: 09/21/2012) |
| 09/20/2012 | | Magistrate Judge Michael H. Dolinger is so designated. (mro) (Entered: 09/21/2012) |

| 09/20/2012 | | Case Designated ECF. (mro) (Entered: 09/21/2012) |
| --- | --- | --- |
| 09/25/2012 | 2 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 09/20/2012. Service was made by Mail. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 09/25/2012) |
| 09/25/2012 | 3 | NOTICE OF APPEARANCE by Peter Tambini on behalf of Mark Tuckfelt, Sondra M. Tuckfelt (Tambini, Peter) (Entered: 09/25/2012) |
| 09/25/2012 | 4 | ORDER: This case has been assigned to me for all purposes. On September 13, 2012, Defendant Crane Co. filed a notice of removal, removing this action from the Supreme Court of the State of New York, County of New York, pursuant to Title 28, United States Code, Sections 1442(a)(l) and 1446. It is hereby ORDERED that Plaintiffs shall file and serve any motion to remand the matter back to state court by October 25, 2012. In the event such a motion is filed, Defendant's opposition would be due on November 8, 2012, and Plaintiffs' reply, if any, would be due November 15, 2012. In the absence of a motion to remand, it is hereby ORDERED that counsel for all parties appear for an initial pretrial conference with the Court on October 26, 2012 at 11:30 a.m. in Courtroom 6A of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York. All counsel are required to register promptly as filing users on ECF. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel. SO ORDERED. ( Motions due by 10/25/2012., Responses due by 11/8/2012, Replies due by 11/15/2012., Initial Conference set for 10/26/2012 at 11:30 AM in Courtroom 6A, 500 Pearl Street, New York, NY 10007 before Judge Jesse M. Furman.) (Signed by Judge Jesse M. Furman on 9/25/2012) (ama) (Entered: 09/25/2012) |
| 09/26/2012 | 5 | NOTICE of Tag-Along Action. Document filed by Crane Co.. (Digiglio, Angela) (Entered: 09/26/2012) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 09/27/2012 12:56:35 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-07100-JMF |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------X    Index No.:
SONDRA M. TUCKFELT and MARK TUCKFELT,

Date Filed:

Plaintiff(s),

-against-                                              **VERIFIED COMPLAINT**

A.O. SMITH WATER PRODUCTS CO.,
AIR & LIQUID SYSTEMS CORPORATION,
  as successor-by-merger to BUFFALO PUMPS,
AMCHEM PRODUCTS, INC.,
  n/k/a RHONE POULENC AG COMPANY,
  n/k/a BAYER CROPSCIENCE INC.,
AMERICAN BILTRITE, INC.,
ATWOOD & MORRILL COMPANY,
AURORA PUMP COMPANY,
BELL & GOSSETT COMPANY,
BLACKMER,
BURNHAM, LLC,
  Individually, and as successor to
  BURNHAM CORPORATION,
BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
CBS CORPORATION, f/k/a VIACOM INC.,
  successor by merger to
  CBS CORPORATION, f/k/a
  WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
COLUMBIA BOILER COMPANY OF POTTSTOWN,
COMPUDYNE CORPORATION,
  Individually, and as successor to YORK SHIPLEY, INC.,
CROWN BOILER CO.,
  f/k/a CROWN INDUSTRIES, INC.,
ELLIOTT COMPANY,
FMC CORPORATION,
  on behalf of its former CHICAGO PUMP
  & NORTHERN PUMP BUSINESSES,
FORT KENT HOLDINGS, INC f/k/a DUNHAM BUSH, INC.,
FOSTER WHEELER, L.L.C.,
GENERAL ELECTRIC COMPANY,
GEORGIA PACIFIC LLC.,
GOODYEAR CANADA, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
J.H. FRANCE REFRACTORIES COMPANY,
KAISER GYPSUM COMPANY, INC.,
KEELER-DORR-OLIVER BOILER COMPANY,
KENNEDY VALVE MANUFACTURING Co., Inc.,

RECEIVED

AUG 2 2 2012

Crane Co.

KOHLER CO.,
LENNOX INDUSTRIES, INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS GLASS COMPANY,
OWENS-ILLINOIS, INC.,
PACIFIC VALVES,
   Individually and as a subsidiary of Crane Co.,
PEERLESS INDUSTRIES, INC.,
PFIZER, INC. (PFIZER),
RAPID-AMERICAN CORPORATION,
RHEEM MANUFACTURING COMPANY, INC.,
RILEY POWER INC,
SLANT/FIN CORPORATION,
SUPERIOR BOILER WORKS, INC.,
TDY INDUSTRIES, INC. f/k/a Teledyne Industries, Inc.,
   Individually, and as Successor to FARRIS ENGINEERING,
THE FAIRBANKS COMPANY,
THE GOODYEAR TIRE AND RUBBER COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
UNION PUMP COMPANY,
UTICA BOILERS, INC.,
  Individually and as successor to
  UTICA RADIATOR CORPORATION,
VIKING PUMP, INC.,
WARREN PUMPS, LLC,
WEIL-MCLAIN, a division of The Marley-Wylain Company,
  a wholly owned subsidiary of The Marley Company, LLC,
WEINMAN PUMP & SUPPLY CO.,
YARWAY CORPORATION,

                                                Defendants.
------------------------------------------------------------------------X

            Plaintiff(s), SONDRA M. TUCKFELT and MARK TUCKFELT, by their attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

            1.       Plaintiff(s), SONDRA M. TUCKFELT and MARK TUCKFELT, by their attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

            2.       Defendant AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to BUFFALO PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

3. Defendant AMERICAN BILTRITE, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

4. Defendant ATWOOD & MORRILL COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

5. Defendant AURORA PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

6. Defendant BELL & GOSSETT COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

7. Defendant BELL & GOSSETT COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8. Defendant BLACKMER, was and still is a duly organized domestic corporation doing business in the State of New York.

9. Defendant BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES, was and still is a duly organized domestic corporation doing business in the State of New York.

10. Defendant BYRON JACKSON PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

11. Defendant CARRIER CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

12. Defendant COLUMBIA BOILER COMPANY OF POTTSTOWN, was and still is a duly organized domestic corporation doing business in the State of New York.

13. Defendant COMPUDYNE CORPORATION, Individually, and as successor to YORK SHIPLEY, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

14. Defendant CROWN BOILER CO., f/k/a CROWN INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

15. Defendant ELLIOTT COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

16. Defendant FMC CORPORATION, on behalf of its former CHICAGO PUMP & NORTHERN PUMP BUSINESSES, was and still is a duly organized domestic corporation doing business in the State of New York.

17. Defendant FORT KENT HOLDINGS, INC f/k/a DUNHAM BUSH, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

18. Defendant GEORGIA PACIFIC LLC., was and still is a duly organized domestic corporation doing business in the State of New York.

19. Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

20. Defendant ITT CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

21. Defendant KAISER GYPSUM COMPANY, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

22. Defendant KENNEDY VALVE MANUFACTURING Co., Inc., was and still is a duly organized domestic corporation doing business in the State of New York.

23. Defendant LENNOX INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

24. Defendant OWENS-ILLINOIS GLASS COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

25. Defendant OWENS-ILLINOIS GLASS COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of

New York and/or should have expected its acts to have consequences within the State of New York.

26. Defendant PACIFIC VALVES, Individually and as a subsidiary of Crane Co., was and still is a duly organized domestic corporation doing business in the State of New York.

27. Defendant PACIFIC VALVES, Individually and as a subsidiary of Crane Co., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

28. Defendant RHEEM MANUFACTURING COMPANY, INC., , was and still is a duly organized domestic corporation doing business in the State of New York.

29. Defendant SLANT/FIN CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

30. Defendant SUPERIOR BOILER WORKS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

31. Defendant SUPERIOR BOILER WORKS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

32. Defendant TDY INDUSTRIES, INC. f/k/a Teledyne Industries, Inc., Individually, and as Successor to FARRIS ENGINEERING, was and still is a duly organized domestic corporation doing business in the State of New York.

33. Defendant TDY INDUSTRIES, INC. f/k/a Teledyne Industries, Inc., Individually, and as Successor to FARRIS ENGINEERING, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

34. Defendant THE FAIRBANKS COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

35. Defendant UNION PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

36. Defendant UTICA BOILERS, INC., Individually and as successor to UTICA RADIATOR CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

37. Defendant VIKING PUMP, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

38. Defendant WARREN PUMPS, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

39. Defendant WEINMAN PUMP & SUPPLY CO., was and still is a duly organized domestic corporation doing business in the State of New York.

40. Defendant YARWAY CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

Plaintiff(s), SONDRA M. TUCKFELT and MARK TUCKFELT, repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *August 13, 2012*
New York, New York

Yours, etc.,

WEITZ & LUXENBERG, P.C

Attorneys for Plaintiff(s)
700 Broadway
New York, NY 10003
(212) 558-5500

STATE OF NEW YORK )
                           SS:
COUNTY OF NEW YORK )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the plaintiff(s) in the within action; deponent has read the foregoing **summons and verified complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: August 13, 2012
      New York, New York

/S/
_____
PETER TAMBINI

Index No.: 190357-12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SONDRA M. TUCKFELT and MARK TUCKFELT,

                Plaintiff(s),

-against-

A.O. SMITH WATER PRODUCTS CO., et. al.,

                Defendants.

## SUMMONS and COMPLAINT

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
700 Broadway
New York, NY 10003
212-558-5500

To
Attorney(s) for

Service of a copy of the within
    is hereby admitted.
Dated, August 13, 2012

**Attorney(s) for**



# NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

**SONDRA M. TUCKFELT - v. - A.O. SMITH WATER PRODUCTS CO., et al**

**190357/2012**

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | | 08/13/2012 12:00 PM |

## Filing User

Name: **PETER TAMBINI**
Phone: **(212) 558-5900**     E-mail Address: **ptambini@weitzlux.com**
Fax #:                        Work Address: **700 Broadway**
                                            **New York, NY 10003**

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 08/13/2012 12:00 PM:

**TAMBINI, PETER - ptambini@weitzlux.com**

**NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.**

**E-mail:** EFile@nycourts.gov     **Phone:** (646) 386-3033     **Fax:** (212) 401-9146     **website:** www.nycourts.gov/efile