BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

NOTICE OF POTENTIAL TAG ALONG ACTION
PURSUANT TO J.P.M.L. RULE 7.2(i)

Now into court comes Afigo I. Fadahunsi, Esq., counsel for the defendants, CBS Corporation f/k/a Westinghouse Electric Corporation and General Electric Company, in the case of "Francis McCarthy vs. CBS Corporation and General Electric Company, et al." Docket No. 1:12-cv-06556-RA, U.S. District Court, Southern District of New York, for the purpose of submitting this Notice of Potential Tag Along Action, and says as follows:

1. Pursuant to J.P.M.L. Rule 7.2(i), counsel hereby notifies the panel and all counsel that the undersigned counsel feels that the aforementioned action, "Francis McCarthy vs. CBS Corporation and General Electric Company, et al." Docket No. 1:12-cv-06556-RA, U.S. District Court, Southern District of New York, may be a potential tag along action in "In Re: Asbestos Products Liability Litigation (No. VI)" MDL No. 875.

2. Counsel hereto attaches proof of service on all parties to this action.

NJ/897883v1

Wherefore, counsel, Afigo I. Fadahunsi, prays this Notice of Potential Tag Along Action be deemed good and sufficient.

DATED:  This 4th day of October, 2012.

                                             Respectfully submitted,

By: _____/S_____
      Afigo I. Fadahunsi
      afigo.fadahunsi@sedgwicklaw.com
      SEDGWICK LLP
      Attorneys for Defendants
      CBS Corporation and General Electric Company
      Three Gateway Center
      12th Floor
      Newark, New Jersey 07102
      Telephone: (973) 242-0002
      Facsimile: (973) 242-8099