BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |

**CERTIFICATION OF SERVICE**

I hereby certify that I have on this 4th day of October, 2012, caused to be served a copy of Defendants CBS Corporation and General Electric Company's Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via email and/or regular mail and on the 4th day of October, 2012, to all known defense counsel listed on the attached Attorney Service List by email and/or regular mail.

DATED: October 4, 2012

                Respectfully submitted,

                _____/S_____
                Afigo I. Fadahunsi
                afigo.fadahunsi@sedgwicklaw.com
                SEDGWICK LLP
                Three Gateway Center
                12th Floor
                Newark, New Jersey 07102
                (973) 242-0002 (Tel)
                (973) 242-8099 (Fax)
                Counsel for Defendants
                CBS Corporation and General Electric Company

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : <br> : <br> :     MDL NO. 875 <br> : <br> : <br> : |

## ATTORNEY SERVICE LIST

| | |
|---|---|
| Kardon A. Stolzman, Esq. <br> Napoli Bern Ripka Shkolnik & Associates, LLP <br> 350 5th Avenue, Suite 7413 <br> New York, New York 10118 | Counsel for Plaintiffs |
| Edward Wilbraham, Esq. <br> Wilbraham Lawler & Buba <br> 140 Broadway, 46th Floor <br> New York, NY 10005 | Counsel for Air & Liquid Systems Corporation a/k/a Buffalo Pumps, Inc. |
| Thomas Beneventano, Esq. <br> Lasorsa & Beneventano <br> 3 Barker Avenue, 2nd Floor <br> White Plains, NY 10601 | Counsel for Armstrong International, Inc. |
| Kristen Alford Kneis, Esq. <br> K&L Gates LLP <br> 599 Lexington Avenue <br> New York, NY 10022 | Counsel for Crane, Co. |
| Christopher P. Hannan, Esq. <br> Kelley, Jasons, McGowan, Spinelli & Hanna LLP <br> 120 Wall Street, 30th Floor <br> New York, NY 10005 | Counsel for FMC Corp. |
| Scott R. Emery, Esq. <br> Lynch Daskal Emery LLP <br> 264 West 40th Street <br> New York, New York 10018 | Counsel for Georgia Pacific Co., |
| Joseph Colao, Esq. <br> Helen Chung, Esq. <br> Leader & Berkon LLP | Counsel for IMO Industries, Inc. and Warren Pumps, Inc. |

| | |
|---|---|
| 630 Third Avenue, 17th Floor<br>New York, New York 10017 | |
| Lisa M. Pascarella, Esq.<br>Stephanie A. Divita, Esq.<br>Forman Perry Watkins Krutz & Tardy<br>328 Newman Springs Road<br>Red Bank, NJ 07701 | Counsel for Ingersoll-Rand Co. |
| Judith Yavitz, Esq.<br>Darger Errante Yavitz & Blau LLP<br>116 East 27th Street, 12th Floor<br>New York, NY 10016 | Counsel for Union Carbide Corp. |
| Rob Tonogbanua, Esq.<br>Dickie, McCamey & Chilcote P.C.<br>Public Ledger Building, Suite 901<br>150 South Independence Mall – West<br>Philadelphia, PA 19106 | Counsel for Yarway Corp. |
| John Fanning, Esq.<br>Cullen & Dykman<br>44 Wall Street<br>New York, NY 10005 | Counsel for Goulds Pumps, Inc. |
| Linda Yassky, Esq.<br>SNR Denton<br>1221 Avenue of the Americas<br>New York, New York 10020 | Counsel for Rapid American Corporation |