October 4, 2012

**VIA ELECTRONIC CASE FILING**

Mr. Jeffery N. Luthi
Docket Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004

      Re:    Notice of Potential Tag Along Action:
              *Francis McCarthy vs. CBS Corporation and General Electric Company, et al.*
              In re: Asbestos Products Liability Litigation (No. VI) MDL No. 875

Dear Mr. Luthi:

Enclosed please find defendants CBS Corporation[1] and General Electric Company's Notice of Potential Tag Along Action in "In Re: Asbestos Products Liability Litigation (No. VI)," MDL 875. In addition, I have also enclosed a copy of plaintiff's Verified Complaint.

Please contact me if you have any questions at (973) 242-0002.  I thank you in advance for your assistance in this matter.

                                      Very truly yours,

                                      SEDGWICK LLP

                                      /S
                                      Afigo I. Fadahunsi

Enclosures
cc:    All Counsel via Email and/or Regular Mail

---

[1] CBS Corporation (a Delaware corporation f/k/a Viacom Inc.) is a successor by merger to CBS Corporation (a Pennsylvania corporation f/k/a Westinghouse Electric Corporation).

NJ/897884v1