# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Products Liability Litigation (No. VI)

*Gliceria Cruz, et al. v. Allied Packing & Supply, Inc., et al.,* N.D. California, C.A. No. 3:12-04624

## NOTICE OF ENTRY OF ORDER GRANTING REMAND

By order of the U.S. District Court for the Northern District of California dated October 2, 2012, this case has been remanded back to the Superior Court of the State of California, County of Alameda. Attached as Exhibit A is a copy of the Court's October 2, 2012, order.

Dated: October 4, 2012

Deborah R. Rosenthal
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
455 Market Street, Suite 1150
San Francisco, California 94105
Telephone:   (415) 536-3986
Facsimile:   (415) 537-4120
drosenthal@simmonsfirm.com
Attorneys for Plaintiffs

1

**EXHIBIT "A"**

| | |
|---|---|
| MICHELE C. BARNES (SBN: 187239)<br>michele.barnes@klgates.com<br>K&L GATES LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: 415.882.8200<br>Facsimile: 415.882.8220<br><br>Attorneys for Defendant<br>CRANE CO. | DEBORAH ROSENTHAL (SBN: 184241)<br>drosenthal@simmonsfirm.com<br>SIMMONS BROWDER GIANARIS<br>ANGELIDES & BARNERD LLC<br>455 Market St., Suite 1150<br>San Francisco, CA 94105<br>Telephone: 415.536.3986<br>Facsimile: 415.537.4120<br><br>Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLICERIA CRUZ, individually and as successor-in-interest to MIKE M. CRUZ, deceased; and LEVIGLIDA CRUZ, as legal heir to MIKE M. CRUZ, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PACKING & SUPPLY, INC., et al.<br><br>Defendants. | Civil Action No. 3:12-cv-04624-JSC<br><br>Civil Action No.(Superior Court of the State of California for the County of Alameda, CA NO.: RG 11-573989)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a); WITHDRAWAL OF NOTICE OF REMOVAL |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs GLICERIA CRUZ, individually and as successor-in-interest to MIKE M. CRUZ, and LEVIGLIDA CRUZ, and counsel for Defendant CRANE CO., pursuant to Federal Rules of Civil Procedure 41(a)(2), that the Complaint of Plaintiffs GLICERIA CRUZ, individually and as successor-in-interest to MIKE M. CRUZ, and LEVIGLIDA CRUZ, Case No. 3:12-cv-04624-JSC, in the above-captioned action may be and is hereby dismissed with prejudice as to Defendant CRANE CO., only. The parties shall each bear their own costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between counsel for Plaintiffs GLICERIA CRUZ, individually and as successor-in-interest to MIKE M. CRUZ, and LEVIGLIDA CRUZ, and counsel for Defendant CRANE CO., that Crane Co. withdraws its Notice

of Removal in the instant action as it is moot in light of the forgoing stipulated dismissal. As such, Crane Co. stipulates to and agrees with Plaintiffs' request that the case be remanded

IT IS SO STIPULATED.

Dated: September 25, 2012

SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By: /s/ _____
DEBORAH ROSENTHAL (SBN: 184241)
Attorneys for Plaintiff

K&L GATES LLP

Dated: September ___, 2012

By: /s/ _____
MICHELE C. BARNES (SBN: 187239)
Attorneys for Defendant
CRANE CO.

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS' COMPLAINT AS TO DEFENDANT CRANE CO. IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

IT IS FURTHER ORDERED THAT CRANE CO.'S NOTICE OF REMOVAL IN THIS ACTION IS WITHDRAWN, AND THE CASE BE REMANDED TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA.

Dated: October 2, 2012

_____
Jacqueline S. Coly
United States District Court Judge