MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant
CRANE CO.

DEBORAH ROSENTHAL (SBN: 184241)
drosenthal@simmonsfirm.com
**SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC**
455 Market St., Suite 1150
San Francisco, CA 94105
Telephone: 415.536.3986
Facsimile: 415.537.4120

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GLICERIA CRUZ, individually and as
successor-in-interest to MIKE M. CRUZ,
deceased; and LEVIGLIDA CRUZ, as legal
heir to MIKE M. CRUZ, deceased,

Plaintiffs,

vs.

ALLIED PACKING & SUPPLY, INC., et al.

Defendants.

Civil Action No. 3:12-cv-04624-JSC

Civil Action No.(Superior Court of the State
of California for the County of Alameda, CA
NO.: RG 11-573989)

**STIPULATION FOR DISMISSAL WITH
PREJUDICE PURSUANT TO FED. R.
CIV. PRO. 41(a); WITHDRAWAL OF
NOTICE OF REMOVAL**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs

GLICERIA CRUZ, individually and as successor-in-interest to MIKE M. CRUZ, and LEVIGLIDA

CRUZ, and counsel for Defendant CRANE CO., pursuant to Federal Rules of Civil Procedure

41(a)(2), that the Complaint of Plaintiffs GLICERIA CRUZ, individually and as successor-in-

interest to MIKE M. CRUZ, and LEVIGLIDA CRUZ, Case No. 3:12-cv-04624-JSC, in the above-

captioned action may be and is hereby dismissed with prejudice as to Defendant CRANE CO., only.

The parties shall each bear their own costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between counsel for

Plaintiffs GLICERIA CRUZ, individually and as successor-in-interest to MIKE M. CRUZ, and

LEVIGLIDA CRUZ, and counsel for Defendant CRANE CO., that Crane Co. withdraws its Notice

of Removal in the instant action as it is moot in light of the forgoing stipulated dismissal. As such,

Crane Co. stipulates to and agrees with Plaintiffs' request that the case be remanded

IT IS SO STIPULATED.

SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

Dated: September 25 2012          By: /s/ _____

DEBORAH ROSENTHAL (SBN 184241)
Attorneys for Plaintiff

K&L GATES LLP

Dated: September___, 2012          By: /s/ _____

MICHELE C. BARNES (SBN: 187239)
Attorneys for Defendant
CRANE CO.

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS'

COMPLAINT AS TO DEFENDANT CRANE CO. IS DISMISSED WITH PREJUDICE.

EACH PARTY IS TO BEAR ITS OWN COSTS.

IT IS FURTHER ORDERED THAT CRANE CO.'S NOTICE OF REMOVAL IN

THIS ACTION IS WITHDRAWN, AND THE CASE BE REMANDED TO THE SUPERIOR

COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA.

Dated: October 2, 2012          Jacqueline S. Colt

United States District Court Judge