UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
   Cruz, et al. v. Allied Packing & Supply, Inc., et al,    )
      N.D. California, C.A. No. 3:12-04624    )         MDL No. 875

ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Cruz*) on September 19, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Cruz* filed a notice of opposition to the proposed transfer order. The Panel has now been informed that *Cruz* was remanded to state court in an order filed by the Honorable Jacqueline Scott Corley on October 2, 2012.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-535" filed on September 19, 2012, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel