UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| FRANCES B. WOOD, Administrator of ) <br> The Estate of HAROLD RAY WOOD, ) <br> Deceased, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v.                                    ) <br> ) <br> GENERAL ELECTRIC COMPANY, et al., ) <br> ) <br> DEFENDANTS. ) <br> ) | CIVIL ACTION NO.: |

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation ("Panel") entered an order transferring all asbestos cases pending in federal court to the United States District Court for the Eastern District of Pennsylvania (M.D.L. No. 875) for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer order under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a)

or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

             Respectfully submitted,

             /s/ Matthew D. Joss_____
             Anthony B. Taddeo, Jr., Esquire (VSB No. 70677)
             David M. Sturm, Esquire (VSB No. 44580)
             Matthew D. Joss, Esq. (VSB No. 48434)
             TADDEOSTURM, PLC
             3 West Cary Street
             Richmond, Virginia 23220
             (804) 344-8540
             taddeo@taddeosturm.com
             sturm@taddeosturm.com
             joss@taddeosturm.com
             *Counsel for General Electric Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of October, 2012, I will electronically file the foregoing with the Clerk of the Panel using the CM/ECF system, and send a notification of such filing (NEF) to all parties listed below participating in ECF via Notice of Electronic Filing (NEF) and to all other parties by first class mail, postage prepaid:

| | |
|---|---|
| Gary W. Kendall, Esq. | Henry N. Ware, Jr., Esquire |
| Michie Hamlett Lowry Rasmussen & Tweel PLLC | Connell Mullins, Esq. |
| | SPOTTS FAIN, P.C. |
| 500 Court Square, Suite 300 | 411 East Franklin Street, Suite 600 |
| P.O. Box 298 | Richmond, Virginia 23219 |
| Charlottesville, Virginia 22902-0298 | **Counsel for CBS Corporation** |
| **Counsel for Plaintiff** | |

/s/ Matthew D. Joss_____
Anthony B. Taddeo, Jr., Esquire (VSB No. 70677)
David M. Sturm, Esquire (VSB No. 44580)
Matthew D. Joss, Esq. (VSB No. 48434)
TADDEOSTURM, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540
taddeo@taddeosturm.com
sturm@taddeosturm.com
joss@taddeosturm.com
*Counsel for General Electric Company*