## Schedule of Actions

*Frances B. Wood, Administrator of the Estate of Harold Ray Wood, Deceased v. General Electric Company, et al.*

No. 3:12-cv-00054-NKM