# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2012, I will electronically file the foregoing with the Clerk of the Panel using the CM/ECF system, and send a notification of such filing (NEF) to all parties listed below participating in ECF via Notice of Electronic Filing (NEF) and to all other parties by first class mail, postage prepaid:

| | |
|---|---|
| Gary W. Kendall, Esq. | Henry N. Ware, Jr., Esquire |
| Michie Hamlett Lowry Rasmussen & Tweel PLLC | Connell Mullins, Esq. |
| | SPOTTS FAIN, P.C. |
| 500 Court Square, Suite 300 | 411 East Franklin Street, Suite 600 |
| P.O. Box 298 | Richmond, Virginia 23219 |
| Charlottesville, Virginia 22902-0298 | **Counsel for CBS Corporation** |
| **Counsel for Plaintiff** | |

/s/ Matthew D. Joss
Anthony B. Taddeo, Jr., Esquire (VSB No. 70677)
David M. Sturm, Esquire (VSB No. 44580)
Matthew D. Joss, Esq. (VSB No. 48434)
TADDEOSTURM, PLC
3 West Cary Street
Richmond, Virginia 23220
(804) 344-8540
taddeo@taddeosturm.com
sturm@taddeosturm.com
joss@taddeosturm.com
*Counsel for General Electric Company*