UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)          CIVIL ACTION NO. MDL 875

This document relates to the following plaintiffs:

JOSEPH A. ARDOIN, JR.                      C.A. No.: 2:10-cv-68064-ER
    Plaintiff                                       (U.S.D.C. Pennsylvania-Eastern)

VERSUS                                          C.A. No.: 3:10-cv-00164-JVP-DLD
                                                      (U.S.D.C. Louisiana-Middle)

ANCO INSULATIONS, INC., ET AL.
    Defendant

## NOTICE OF OPPOSITION

**NOW COME** Defendants BASF Corporation, Exxon Mobil Corporation, Georgia-Pacific LLC, and Texaco Inc., f/k/a The Texas Company, erroneously named as "The Texas Company, f/k/a Texaco, Inc." (collectively referred to as "Defendants") who submit this Notice of Opposition to the Court's Conditional Remand Order, Document 9004, objecting to the transfer of this case under Rule 10.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (JPML).

Under JPML Rule 10.2(b), upon the receipt of the notice of opposition "the Clerk of the Panel shall not transmit the remand order to the clerk of the transferee district court and shall notify the parties of the briefing schedule." Within 14 days following this Notice of Opposition, "each opposing party or designated attorneys shall file a Notice of Appearance in accordance with Rule 4.1(c)." Additionally, Defendants will file the Motion to Vacate the conditional remand order and memorandum in support within 14 days of the filing of this Notice of Opposition.

Respectfully submitted:

/s Sarah K. Weissman
Gary A. Bezet, Trial Attorney (#3036)
Gayla M. Moncla (#19713)
Barrye Panepinto Miyagi (#21794)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Janice M. Culotta (#23460)
Carol L. Galloway (#16930)
Allison N. Benoit (#29087)
Sarah K. Weissman (#32763)
KEAN MILLER LLP
400 Convention Street, Suite 700
II City Plaza
P. O. Box 3513
Baton Rouge, LA  70821
Telephone: (225) 387-0999
*Attorneys for Defendants BASF Corporation, Exxon Corporation, Georgia-Pacific LLC, and Texaco Inc., f/k/a The Texas Company, erroneously named as "The Texas Company, f/k/a Texaco, Inc."*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the Clerk of the Panel, the United States District Court for the Middle District of Louisiana, and served on all parties by the Court's electronic filing system (CM/ECF), which will send a notice of electronic filing to all known counsel of record.

Baton Rouge, Louisiana this 9th day of October, 2012.

/s Sarah K. Weissman
Sarah K. Weissman (# 32763)