## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)     CIVIL ACTION NO. MDL 875

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED:** Defendants BASF Corporation, Exxon Mobil Corporation, Georgia-Pacific LLC, and Texaco Inc., f/k/a The Texas Company, erroneously named as "The Texas Company, f/k/a Texaco, Inc."

**CASE CAPTIONS**:

| | |
|---|---|
| JOSEPH A. ARDOIN, JR.<br>Plaintiff | C.A. No.: 2:10-cv-68064-ER<br>(U.S.D.C. Pennsylvania-Eastern) |
| VERSUS | C.A. No.: 3:10-cv-00164-JVP-DLD<br>(U.S.D.C. Louisiana-Middle) |
| DSM COPOLYMER, ET AL.<br>Defendant | |

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

Baton Rouge, Louisiana this 9th day of October, 2012.

/s Sarah K. Weissman
Sarah K. Weissman (#32763)

**Name and Address of Designated Attorney:**
Sarah K. Weissman
KEAN MILLER LLP
400 Convention Street, Suite 700
P. O. Box 3513
Baton Rouge, LA  70821
Telephone: (225) 387-0999 / Facsimile: (225) 388-9133
Sarah.Weissman@keanmiller.com

3272467                                         1

Respectfully submitted:

/s Sarah K. Weissman
Gary A. Bezet, Trial Attorney (#3036)
Gayla M. Moncla (#19713)
Barrye Panepinto Miyagi (#21794)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Janice M. Culotta (#23460)
Carol L. Galloway (#16930)
Allison N. Benoit (#29087)
Sarah K. Weissman (#32763)
KEAN MILLER LLP
400 Convention Street, Suite 700
II City Plaza
P. O. Box 3513
Baton Rouge, LA  70821
Telephone: (225) 387-0999
***Attorneys for Defendants BASF Corporation, Exxon Corporation, Georgia-Pacific LLC, and Texaco Inc., f/k/a The Texas Company, erroneously named as "The Texas Company, f/k/a Texaco, Inc."***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the Clerk of the Panel and on all parties by the Court's electronic filing system (CM/ECF), which will send a notice of electronic filing to all known counsel of record.

Baton Rouge, Louisiana this 9th day of October, 2012.

/s Sarah K. Weissman
Sarah K. Weissman (#32763)