BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875 – In Re Mary Jo Burns, Personally and as Personal Representative of the E/O James Burns Litigation

SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| *Mary Jo Burns, Personally and as Personal Representatie of the Estate of James Burns v. General Electric Company; CBS Corporation, a Delaware Corporation f/k/a Viacom Inc., Successor by Merger to CBS Corporation, a Pennsylvania Corporation f/k/a Westinghouse Electric Corporation; Air & Liquid Systems Corp.,* | United States District Court for the District of Connecticut | 3:12-cv-01417-RNC | Robert N. Chatigny |