BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION (No. VI) | ) | MDL DOCKET NO. 875 |

This document relates to:

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BILLY DAVID HARRIS and ROBIN L. HARRIS, Spouse, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | |
| AJAX BOILER, INC, Individually and as successor-in-interest to AJAX BOILER AND HEATER COMPANY; et al., | ) ) ) ) | WDNC File No. 1:12-cv-00311 |
| Defendants. | ) ) | |

## PLAINTIFF'S OBJECTION AND MOTION TO VACATE CONDITIONAL TRANSFER ORDER (539)

Plaintiffs, Billy David Harris and Robin L. Harris, his spouse, by and through undersigned counsel, files this Objection and Motion to Vacate Conditional Transfer Order 539 pertaining to the above-captioned case because transfer is inappropriate in light of Judge Eduardo C. Robreno's recent Order suggesting the Panel stop transferring cases from North Carolina. A copy of Judge Robreno's Order is attached to this Motion as Exhibit 1.

WHEREFOR, Plaintiff requests that the panel grant their Motion to Vacate the Conditional Transfer Order and remand the above-captioned case to the United States District Court for the Western District of North Carolina.

Dated this 11th day of October, 2012.

                              Respectfully submitted,

                              WALLACE AND GRAHAM, P.A.

                              <u>/s/William M. Graham</u>
                              William M. Graham
                              NC Bar No. 17972
                              Cathy A. Williams
                              NC Bar No. 33534
                              WALLACE & GRAHAM, P.A.
                              525 North Main Street
                              Salisbury, NC 28144
                              Tel. No. (704) 633-5244
                              Fax: (704) 633-9434
                              E-Mail: bgraham@wallacegraham.com
                              E-Mail: cwilliams@wallacegraham.com

                              Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 11th day of October, 2012, the foregoing Objection and Motion to Vacate Conditional Transfer Order 539 was served on the Defendants by depositing copies thereof in the United States Mail, postage prepaid, addressed to the Defendants as follows:

Ajax Boiler, Inc., Individually and as successor-in-interest to Ajax Boiler and Heater Company
c/o Jane Terry
2701 S. Harbor Blvd
Santa Ana, CA 92704

American Standard, Inc.; F/K/A American Radiator & Standard Sanitary Manufacturing
    Company
CT Corporation System
150 Fayetteville St
Box 1011
Raleigh, NC 27601

Ametek, Inc., Individually and as Successor-In-Interest to Hercules, Inc., Successor-In-Interest to
    Hercules Powder Company, Successor-In-Interest to Haveg Industries, Inc., Successor by
    Merger to Haveg Corporation;
100 West Tenth Street
Wilmington, DE 19801

Armstrong International, Inc.
David Dykstra, Registered Agent
900 Maple St.
Three Rivers, MI 49093

Burnham Corporation, Individually and as successor-in-interest to Kewanee Boiler Corporation
ATTN: Albert Morrison, President
P.O. Box 3205
1241 Harrisburg Ave.
Lancaster, PA 17604
*and*
Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

Cleaver Brooks, Inc., Individually And as Successor-In-Interest to AquaChem and Nebraska
    Boiler Division
11950 W Lake Park Dr
Milwaukee, WI 53224

3

Champlain Cable Company, Individually and as Successor-In-Interest to Hercules, Inc.,
   Individually and as Successor-In-Interest to Haveg Industries, Inc.
175 Hercules Drive
Colchester, VT 05446

Crane Co.
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Crane Co., Individually and as Successor-In-Interest to National U.S. Radiator
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Crane Co., Individually and as Successor-In-Interest Pacific Steel Boiler
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Foster-Wheeler Energy Corporation
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Georgia-Pacific, LLC, Individually and as Successor-In-Interest to Georgia Pacific Corporation
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Hajoca Corporation
Corporation Service Company
327 Hillsborough Street
Raleigh, NC  27603

Hercules, Inc., Individually and as Successor-In-Interest to Hercules Powder Company,
   Successor-In-Interest to Haveg Industries, Inc., Successor by Merger to Haveg Corporation
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

Ingersoll-Rand Company
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

John Crane Co.
CT Corporation System
150 Fayetteville St.
Box 1011
Raleigh, NC 27601

Oakfabco, Inc., Individually and as Successor-In-Interest to Kewanee Boiler Corporation
Frederick Stein, President
1 Lincoln Center
Suite 1100
Oak Bridge Terrace, IL 60181

Riley Power, Inc, Individually and as Successor-In-Interest to Babcock Borsig Power, Inc. and
    Riley Stoker Corporation, Individually and as Successor-In-Interest to D.B. Riley
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Spirax Sarco Company, Inc., Individually and as Successor-In-Interest to Sarco Company, Inc.
1150 Northpoint Blvd.
Blythewood, SC 29016

Trane U.S. Inc., f/k/a American Standard Inc.
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Trane U.S., Inc., as Successor-In-Interest to American Radiator and Standard Sanitary
    Corporation
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Union Carbide Corporation
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Weil-McLain, Inc.
Corporate Headquarters:
500 Blaine St
Michigan City, IN 46360

Yarway Corporation
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Zurn Industries Individually and as successor-in-interest to Erie City Iron Works
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

                                      /s/William M. Graham_____
                                      William M. Graham
                                      WALLACE and GRAHAM, P.A.