BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION (No. VI) | ) | MDL DOCKET NO. 875 |

This document relates to:

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BILLY DAVID HARRIS and ROBIN L. HARRIS, Spouse, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | |
| AJAX BOILER, INC, Individually and as successor-in-interest to AJAX BOILER AND HEATER COMPANY; et al., | ) ) ) ) | WDNC File No. 1:12-cv-00311 |
| Defendants. | ) | |

**ERRATA**

On October 11, 2012, Plaintiff's Filed Plaintiff's Objection And Motion To Vacate Conditional Transfer Order (539) which should have only been titled Notice of Opposition.

Dated this 12th day of October, 2012.

Respectfully submitted,
WALLACE AND GRAHAM, P.A.

/s/William M. Graham
William M. Graham (NC Bar No. 17972)
Cathy A. Williams (NC Bar No. 33534)
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, NC 28144
Tel. No. (704) 633-5244
Fax: (704) 633-9434
E-Mail: bgraham@wallacegraham.com
E-Mail: cwilliams@wallacegraham.com

Attorney for Plaintiff