

Phone (919) 645-1700
Fax (919) 645-1758

**United States District Court**
**Office of the Clerk**
PO Box 25670
Raleigh, NC 27611

Julie A. Richards
Clerk of Court

October 9, 2012

Jeffery N. Luthi, Clerk of the Judicial
  Panel on Multidistrict Litigation
Thurgood Marshal Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004

IN RE: Asbestos Products Liability Litigation

Dear Mr. Luthi:

Enclosed please find a copy of the Complaint and docket sheet on the following "tag-along" case from the Eastern District of North Carolina:

> 5:12-cv-620-BR

If you have any questions, please call me at: 919-645-1731. Please acknowledge receipt of this case by signing, dating and returning the enclosed copy of this letter. Thank you.

Sincerely,

*Elizabeth Berryhill*

Elizabeth Berryhill
Deputy Clerk

2012 OCT 15 A 7:30
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE