IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS : Consolidated Under
LIABILITY LITIGATION (No. VI) : MDL DOCKET NO. 875
:
JAMES A. RILEY :
:
v. : Case No. 2:10-cv-68650
:
AC & S, INC., :
et al. :

FILED
OCT - 1 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### O R D E R

**AND NOW**, this **1st** day of **October, 2012**, it having been reported that the issues between Plaintiffs and Defendants in the above-captioned case have been resolved, it is hereby **ORDERED** that the Suggestion of Remand entered in this case is **VACATED**. The Clerk's Office is to notify the Judicial Panel on Multidistrict Litigation of this fact.

It is further **ORDERED** that, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above-captioned case is **DISMISSED** as to all Defendants.[1]

It is further **ORDERED** that the case shall be marked **CLOSED**.

**IT IS SO ORDERED.**

_____
**Eduardo C. Robreno, J.**

---

[1] The Court will retain jurisdiction for 90 days to hear motions to vacate, modify, or strike from the record, for cause shown, the entry of the order of dismissal. Local Rule of Civil Procedure 41.1(b); see Sawka v. Healtheast, Inc., 989 F.2d 138 (3d Cir. 1993).