UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | |
|---|---|
| Riley, et al. v. A.C. and S., Inc., et al., )  | |
|     (E.D. Pennsylvania, C.A. No. 2:10-68650) ) | MDL No. 875 |
|     S. D. New York, C.A. No. 1:99-11633 ) | |

ORDER VACATING CONDITIONAL REMAND ORDER

A conditional remand order was filed in this matter (*Riley*) on October 1, 2012, pursuant to a suggestion of remand issued by the Honorable Eduardo C. Robreno, the transferee judge. In the absence of any known opposition, the conditional remand order was finalized with respect to this action on October 10, 2012. The Panel has now been informed that the transferee judge has vacated his suggestion of remand in *Riley*.

IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on October 1, 2012, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel