# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

DONALD HULEN and MARY HULEN, his wife,

Plaintiffs,

v.

AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to Buffalo Pumps, Inc., et al.,

Defendants.

-------------------------------------------------------x

Docket No.: 12-CIV-7614

**DEFENDANT CRANE CO.'S NOTICE OF TAG-ALONG ACTION**

TO:   THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination of consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On December 13, 2011, the Judicial Panel on Multidistrict Litigation issued its Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers. Pursuant to

that Order, the Judicial Panel will still transfer and consolidate tag-along cases to MDL-875 that are from the Southern District of New York.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated: October 15, 2012

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Dated: New York, New York
      October 15, 2012

Respectfully submitted,

Crane Co.
By its attorneys,

/s/ Nicole M. Kozin
Nicole M. Kozin (NK 9552)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022-6030
Email: Nicole.Kozin@klgates.com
Phone: (212) 536-3900
Fax: (212) 536-3901

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Crane Co.'s ("Crane Co."), Notice of Tag Along Action was served on plaintiff's counsel and all defense counsel of record identified on the attached service rider via regular mail on October 15, 2012 and is available for viewing and downloading from the Court's ECF system.

/s/ Nicole M. Kozin
Nicole M. Kozin, Esq.
Attorney for Defendant
Crane Co.

# DONALD HULEN

## SERVICE RIDER

### INDEX NO. 190386/12

| Counsel: | Attorneys for: |
|---|---|
| Nancy McDonald, Esq.<br>Joseph P. LaSala, Esq.<br>MCELROY, DEUTSCH, MULVANEY<br> & CARPENTER, LLP<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 | Flowserve Corp. |
| Edward Wilbraham, Esq.<br>WILBRAHAM LAWLER & BUBA<br>140 Broadway, 46th Floor<br>New York, New York 10005 | Air & Liquid Systems Corporation as successor by<br>merger to Buffalo Pumps, Inc. |
| Jennifer W. Darger, Esq.<br>Judith Yavitz, Esq.<br>DARGER ERRANTE YAVITZ & BLAU LLP<br>116 East 27th Street<br>New York, NY 10016 | Union Carbide Corporation |
| Donald Fay, Esq.<br>John Kot, Esq.<br>WATERS, MCPHERSON & MCNEIL, P.C.<br>300 Lighting Way, 7th Floor<br>P.O. Box 1560<br>Secaucus, New Jersey 07096 | DB Riley<br>Riley Stoker Corporation |
| Chris Gannon, Esq.<br>Theodore M. Eder, Esq.<br>Robert R. Rigolosi, Esq.<br>SEGAL, MCCAMBRIDGE, SINGER<br> & MAHONEY, LTD.<br>850 Third Avenue, Suite 1100<br>New York, New York 10022 | Gardner Denver, Inc. |
| John J. Fanning, Esq.<br>Raghu N. Bandlamudi<br>CULLEN and DYKMAN LLP<br>44 Wall Street<br>New York, NY 10005 | Goulds Pumps |
| Charles McGivney, Esq.<br>McGIVNEY & KLUGER, P.C.<br>80 Broad Street, 23rd Floor<br>New York, New York 10004 | Atwood & Morrill Co., Inc.<br>Aurora Pump Company<br>The Fairbanks Company<br>Kentile Floors, Inc. |

| Counsel: | Attorneys for: |
|---|---|
| Christopher Hannan, Esq.<br>KELLEY JASONS MCGOWAN<br>  SPINELLI & HANNA, LLP<br>120 Wall Street, 30th Floor<br>New York, NY 10005 | FMC Corporation on behalf of its former Chicago<br>Pump & Northern Pump Businesses |
| Thomas M. Beneventano, Esq.<br>LASORSA & BENEVENTANO<br>3 Barker Avenue<br>White Plains, NY 10601 | Armstrong International, Inc. |
| Cynthia Messemer, Esq.<br>George Hodges, Esq.<br>HODGES WALSH & SLATER , LLP<br>55 Church Street, Suite 211<br>White Plains, NY 10601 | Copes-Vulcan, Inc. |
| Scott R. Emery, Esq.<br>LYNCH DASKAL EMERY LLP<br>264 West 40th Street<br>New York, New York 10018 | Georgia-Pacific LLC |
| Donald R. Pugliese, Esq.<br>MCDERMOTT, WILL & EMERY, LLP<br>340 Madison Avenue<br>New York, NY 10017 | Honeywell International, Inc., f/k/a Allied Signal,<br>Inc./Bendix, |
| Michael A. Tanenbaum, Esq.<br>Bridget M. Polloway, Esq.<br>SEDGWICK, DETERT, MORAN & ARNOLD, LLP<br>Three Gateway Center, 12th Floor<br>Newark, New Jersey 07102 | Foster Wheeler L.L.C.<br>General Electric Company<br>CBS Corporation , f/k/a Viacom, Inc., successor by<br>merger to CBS Corporation f/k/a Westinghouse<br>Electric Corporation |
| Joseph Colao, Esq.<br>LEADER & BERKON<br>630 Third Avenue, 17th Floor<br>New York, New York 10017 | IMO Industries, Inc.<br>Warren Pumps, Inc. |
| Amiel Gross, Esq.<br>SNR DENTON US LLP<br>1221 Avenue of the Americas, 23rd Floor<br>New York, New York 10020 | Rapid-American Corporation |
| Rob C. Tonogbanua, Esq.<br>DICKIE MCCAMEY & CHILCOTE, P.C.<br>41 South Haddon Avenue, Suite 5<br>Haddonfield, NJ 08033 | Yarway Corporation<br>Grinnell Corporation |

| Counsel: | Attorneys for: |
|---|---|
| Lisa M. Pascarella, Esq. | Ingersoll-Rand Company |
| FORMAN, PERRY, WATKINS, | |
| KRUTZ & TARDY, LLP | |
| 328 Newman Springs Road | |
| Red Bank, NJ 07701 | |
| | |
| <u>Unknown Counsel</u> | Milwaukee Valve Company |
| | Mueller Steam Specialty |
| | Shell Oil Company |
| | U.S. Steel Corporation, as successor to USX Corp., as |
| | successor to US Steel Corp and its division American |
| | Bridge Company |

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-07614-PKC

Hulen et al v. Crane Co. et al

Assigned to: Judge P. Kevin Castel

Case in other court: State Court-Supreme, 190386-12

Cause: 28:1441 Notice of Removal

Date Filed: 10/11/2012

Jury Demand: None

Nature of Suit: 368 P.I. : Asbestos

Jurisdiction: Federal Question

**Plaintiff**

**Donald Hulen**

**Plaintiff**

**Mary Hulen**
*his wife*

V.

**Defendant**

**Crane Co.**                    represented by **Nicole Melody Kozin**
                                  K&L Gates LLP (NYC)
                                  599 Lexington Avenue
                                  New York, NY 10022-6030
                                  (212)363-3900
                                  Fax: (212)536-3901
                                  Email: nkozin@lbcclaw.com
                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190386-12. (Filing Fee $ 350.00, Receipt Number 1050709).Document filed by Crane Co. (mro) (Entered: 10/12/2012) |
| 10/11/2012 |  | Magistrate Judge Debra C. Freeman is so designated. (mro) (Entered: 10/12/2012) |
| 10/11/2012 |  | Case Designated ECF. (mro) (Entered: 10/12/2012) |
| 10/15/2012 | 2 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 10/11/2012. Service was made by Mail. Document filed by Crane Co.. (Kozin, Nicole) (Entered: 10/15/2012) |
| 10/15/2012 | 3 | NOTICE of Notice of Tag-Along Action. Document filed by Crane Co.. (Kozin, Nicole) (Entered: 10/15/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/15/2012 12:24:40 | | | |
| PACER Login: | kl0215 | Client Code: | 0213660.00935/08036 |
| Description: | Docket Report | Search Criteria: | 1:12-cv-07614-PKC |
| Billable Pages: | 1 | Cost: | 0.10 |

# P∧CE

## THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

**Name** _____ Delora I. Gans _____

**Firm /Company** ____ Crane Co. (Week of 8/27/2012) ____

**Phone # or email address** ____ (203) 363-7300  dgans@craneco.com ____

**Request Date** ____ 8/31/2012 ____

**RECEIVED**

**SEP 0 5 2012**

**P∧CE**

### Please specify Request Type (one per form):

[X] **New Filing** (A complaint to be placed on the PACEWEB database that will generate an email notification to the Defense Counsel)

[ ] **Discovery/Miscellaneous Correspondence** (Non complaint documents that PACE will mail directly to the appropriate defense counsel)

[ ] **Severance**; MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Severed from" and "Served to" DOCKET NUMBERS

[ ] **Transfer/Removal**; MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Transferred from" and "Transferred to" INFORMATION

[ ] **Intervention**; MUST INCLUDE SIGNED ORDER FROM THE JUDGE

### All fields below must be filled out in order to be appropriately processed.

| Lead Plaintiff name | Specific Defendant Company Served (*one entry per line*) | Jurisdiction & State | Docket = AKA Index =, Case =, etc. | Service Date | Plaintiff's Counsel | Additional Comments |
|---|---|---|---|---|---|---|
| Broglio, William | Crane Co. | Supreme Court, New York County, New York | 190376/2012 | 8/31/2012 | Joseph P. Williams, Esq. (212) 668-1122, for Joseph P. Williams & Associates, P.C. | This Summons and Verified Complaint were found by Delora Gans on the receptionist's desk at the Crane Co. executive offices, 100 First Stamford Place, Stamford, CT 06902, at 9:00 a.m., on 8/31/2012. The identity of the process server is not known. |
| Faust, Jr., Teddy J. (Exec. of Estate of Slade, Francia Marye, deceased) | Crane Co. | Common Pleas, Allegheny County, Pennsylvania | 12-015130 | 8/28/2012 | Craig E. Coleman, Esq. (412) 391-9860, for Caroselli, Beachler, McTiernan & Conboy | Served via USPS Certified Mail #7160 3901 9849 2245 9751 postmarked 8/23/2012 from zip code 15201 |



# PACE

## THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

| Plaintiff | Defendant | Court | Case Number | Served | Date | Service Method |
|---|---|---|---|---|---|---|
| Fencil, Mary Pauline (Exec. of Estate of Fencil, Bruce W., deceased, and Fencil, Mary Pauline, in her own right) | Crane Co. | Common Pleas, Allegheny County, Pennsylvania | 12-015126 | Janice M. Savinis, Esquire (412) 227-6556 for Savinis, D'Amico & Kane, L.L.C. | 8/27/2012 | Served via USPS Certified Mail #7012 1010 0002 0717 0078 postmarked 8/21/2012 from zip code 15219 |
| Hulen, Donald (and Hulen, Mary, his wife) | Crane Co. | Supreme Court, New York County, New York | 190386/2012 | Douglas von Oiste (281) 970-9988, for Karst & von Oiste, LLP | 8/28/2012 | Served by Eric Rubin of CT Process (888) 528-2920 |
| Kendy, James J. (and Kendy, Clara A., husband and wife) | Crane Company | Common Pleas, Northampton County, Pennsylvania | C-48-AB-2012-043 | Lamont G. McClure, Esquire (610) 866-3333, for Law Offices of Peter G. Angelos, P.C. | 8/30/2012 | Served via USPS Certified Mail #7011 3500 0003 5274 7876 from zip code 18018 |
| Knapp, John (and Knapp, Judy) | Crane Co., Demming Division | Common Pleas, Philadelphia County, Pennsylvania | August Term 2012, No.: 001936 | Steven J. Cooperstein (215) 569-4000, for Brookman, Rosenberg, Brown & Sandler | 8/27/2012 | Served via USPS Certified Mail #7012 0470 0000 3781 9926 postmarked 8/21/2012 from zip code 19102 |
| Ludwick, Jeffry J. (Admin. of Estate of Ludwick, Chester H., deceased) | Crane Co. | Common Pleas, Washington County, Pennsylvania | 2012-5602 | Edwin H. Beachler, Esq. (412) 391-9860, for Caroselli, Beachler, McTiernan & Conboy | 8/28/2012 | Served via USPS Certified Mail #7160 3901 9849 2245 9898 postmarked 8/24/2012 from zip code 15201 |
| Mayak, Joan, (Exec. of Estate of Mayak, Victor James, deceased, and Mayak, Joan, in her own right) | Crane Co. | Common Pleas, Washington County, Pennsylvania | 2012-5679 | Peter T. Paladino, Jr., Esquire (412) 471-3980, for Coldberg, Persky & White, P.C. | 8/28/2012 | Served via USPS Certified Mail #7010 2780 0002 5123 3270 postmarked 8/24/2012 from zip code 15219 |
| McDonnell, Bernard (and McDonnell, Shirley) | Crane Co., Demming Division | Common Pleas, Philadelphia County, Pennsylvania | August Term 2012, No.: 001956 | Steven J. Cooperstein (215) 569-4000, for Brookman, Rosenberg, Brown & Sandler | 8/27/2012 | Served via USPS Certified Mail #7012 0470 0000 3780 5530 postmarked 8/22/2012 from zip code 19102 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF   NEW YORK

**RECEIVED**

DONALD HULEN  and MARY HULEN, his wife,

                              Plaintiff(s),

          -against-

AIR & LIQUID SYSTEMS CORPORATION, as
successor-by-merger to Buffalo Pumps, Inc, et al.,

                              Defendant(s).

Index No.   190386/2012

AUG 28 2012

**Crane Co.**

𝔖𝔲𝔪𝔪𝔬𝔫𝔰

Date Index No. Purchased:   August 27, 2012

To the above named Defendant(s)

CRANE CO. 100 First Stamford Place, Stamford, CT 06902

      You are hereby summoned to answer the complaint in this action and to serve
a copy of your answer, or, if the complaint is not served with this summons, to serve
a notice of appearance, on the Plaintiff's attorney within 20 days after the service of
this summons, exclusive of the day of service (or within 30 days after the service is
complete if this summons is not personally delivered to you within the State of New
York); and in case of your failure to appear or answer, judgment will be taken against
you by default for the relief demanded in the complaint.

      The basis of venue is   proper
which is   based on Plaintiff's work history

Dated:   August 27, 2012

Karst & von Oiste, LLP

by /s/Douglas von Oiste
      Douglas von Oiste
**Attorneys for Plaintiff**
      DONALD HULEN  and MARY HULEN, his wife,

      19500 State Hwy. 249, Suite 420
      Houston, TX 77070

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** NEW YORK

**RECEIVED**

AUG 2 8 2012

**Crane Co.**

---------------------------------------------------------x

DONALD HULEN and MARY HULEN, HIS
WIFE,

                    Plaintiff/Petitioner,

              - against -

Air & Liquid Systems Corporation, as
successor-by-merger to Buffalo Pumps, Inc., et al

                    Defendant/Respondent.

---------------------------------------------------------x

Index No. 190386/2012

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: 08/24/2012

/s/Douglas von Oiste (Signature)

Douglas von Oiste, Esq. (Name)

Karst & von Oiste, LLP (Firm Name)

19500 State Hwy. 249, Ste. 420 (Address)

Houston, TX 77070

281-970-9988 (Phone)

douglas@vonoiste.com (E-Mail)

To:    PLEASE SEE

       ATTACHED SERVICE

       RIDER

4/8/11

# HULEN NY COUNSEL LIST

RECEIVED

AUG 28 2012

Crane Co.

Edward Wilbraham
WILBRAHAM, LAWLER & BUBA
1818 Market St., Ste. 3100
Philadelphia, PA 19103
PHONE: 215-564-4141
FAX: 215-564-4385
ewilbraham@wlbdeflaw.com
AIR & LIQUID/BUFFALO

Cynthia Weiss Antonucci/ David H. Kochman/ Abbie Eliasberg Fuchs
HARRIS, BEACH LLP
100 Wall Street, 23rd Fl
New York, NY 10005
PHONE: 212-687-0100
FAX: 212-687-0659
cantonucci@harrisbeach.com
dkochman@harrisbeach.com
afuchs@harrisbeach.com
ARMSTRONG INTERNATIONAL, INC.
MILWAUKEE VALVE INC

Kerryann M. Cook/Michelle D. Grady
MCGIVNEY & KLUGER, P.C.
80 Broad St., 23rd Floor
New York, NY 10004
PHONE: 212-509-3456
FAX: 212-509-4420
kcook@mklaw.us.com
meradv@mklaw.us.com
KENTILE FLOORS, INC.
THE FAIRBANKS CO.
AURORA PUMP COMPANY
ATWOOD & MORRILL
MEULLER STEAM SPECIALTY

Rosario Chetta/Michael J. Scotto/Robert Malaby/Matthew Straus
MALABY & BRADLEY,LLC
150 Broadway, Ste. 600
New York, NY 10038
PHONE: 212-791-0285
FAX: 212-791-0286
rchetta@mblaw.net
mscotto@mblaw.net
rcmalaby@mblaw.net
mrstraus@mblaw.net
CBS CORPORATION

Michael A. Tanenbaum/Stephen Novakidis
SEDGWICK, LLP
Three Gateway Center, 12th Fl
Newark, NJ 07102-4072
Phone: 973-242-0002
FAX: 973-242-8099
michael.tanenbaum@sedgwicklaw.com
stephen.novakidis@sedgwicklaw.com
CBS CORPORATION
GENERAL ELECTRIC CO.
FOSTER WHEELER ENERGY CORP.
U.S. STEEL

George S. Hodges/ Cynthia K. Messmer
HODGES WALSH & SLATER, LLP
55 Church St., Ste. 211
White Plains, NY 10601
PHONE: 914-385-6000

FAX: 914-385-6060

shodges@hwslaw.com
cmcsaemen@hwslaw.com
COPES VULCAN INC

Kirsten Kneis/Eric R.I. Cottle
K&L GATES LLP
599 Lexington Ave.
New York, NY 10022
PHONE: 212-536-3900
FAX: 212-536-3901
Kirsten.kneis@klgates.com
Eric.cottle@klgates.com
CRANE CO

Brian Sorensen
MCELROY DEUTSCH MULVANEY & CARPENTER
Wall Street Plaza
88 Pine Street, 24th Floor
New York, NY 10005
PHONE: 212-483-9490
FAX: 212-483-9129
bsorensen@mdmc-law.com
FLOWSERVE CORP.

Theodore Eder/Chris Gannon/Robert Rigolosi/Steven Rosenblatt/Talene Megerian
SEGAL McCAMBRIDGE SINGER & MAHONEY
850 Third Ave., Ste. 1100
New York, NY 10022
PHONE: 212-651-7500
FAX: 212-651-7499
teder@smsm.com
cgannon@smsm.com
rrigolosi@smsm.com
srosenblatt@smsm.com
tmegerian@smsm.com
FLOWSERVE CORP.
GARDNER DENVER

Christopher Hannan
KELLEY JASONS MCGOWAN SPINELLI & HANNA, LLP
120 Wall St., 30th Fl
New York, NY 10005
Phone: 212-344-7400
Fax: 212-344-7402
channan@kjmsh.com
FMC CORPORATION

Scott R. Emery/Lawrence G. Lee
LYNCH DASKAL EMERY LLP
264 West 40th St.
New York, NY 10018
PHONE: 212-302-2400
FAX: 212-302-2210
emery@lawlynch.com
lee@lawlynch.com
GEORGIA PACIFIC CO

John J. Fanning/Raghu Bandlamudi /John J. Burbridge
CULLEN & DYKMAN
177 Montague St.
Brooklyn, New York 11201
PHONE: 718-855-9000
FAX: 718-855-4282
jfanning@cullenanddykman.com
rbandlamudi@cullenanddykman.com
jburbridge@cullenanddykman.com
GOULDS PUMPS

Donald Pugliese.
McDERMOTT, WILL & EMERY
340 MADISON AVENUE
NEW YORK, NY 10173
PHONE: 212-547-5400
FAX: 212-547-5444
dpugliese@mwe.com
HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED SIGNAL,/BENDIX

David Goodearl/Joseph Colao/ Gloria E. Koo
LEADER & BERKON LLP
630 Third Ave. 17th Floor
New York, NY 10017
PHONE: 212-486-2400
FAX: 212-486-3099
jcolao@leaderberkon.com
dgoodearl@leaderberkon.com
gkoo@leaderberkon.com
IMO INDUSTRIES INC.
WARREN PUMPS

Lisa M. Pascarella
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
328 newman Springs Road
Red Bank, NJ 07701
PHONE:732-852-4400
FAX: 732-852-4401
pascarellaim@fpwk.com
chasemp@fpwk.com (Legal Secretary Meghann Chase)
harallat@fpwk.com (Paralegal Tracy Haralla)
INGERSOLL-RAND COMPANY

Amiel Gross
SONNENSCHEIN NATH & ROSENTHAL.
1221 Avenue of the Americas
New York, NY 10020
PHONE: 212-768-6700
FAX: 212-768-6800
amiel.gross@snrdenton.com
RAPID AMERICAN CORPORATION

John J. Kot
WATERS, MCPHERSON & MCNEILL
300 Lighting Way, 7TH Floor
P.O. Box 1560
Secaucus, NJ  07096
PHONE: 201-863-4400
FAX: 201-863-2866
JKOT@LAWWMM.COM
RILEY POWER/RILEY STOKER/DB RILEY, INC.

Donald J. Fay
WATERS, MCPHERSON, MCNEILL
Woolworth Building
233 Broadway, Ste. 2220
New York, NY 10279
PHONE: 212-227-7878
FAX: 212-571-6050
djf@lawwmm.com
RILEY POWER INC

Jennifer Darger/Judith A. Yavitz/Gary Casimir
DARGER  ERRANTE  YAVITZ & BLAU LLP
116 East 27th Street at Park Avenue, 12th Fl.
New York, NY  10016
PHONE: 212-452-5300
FAX: 212-452-5301
jdarger@dargerrante.com
jyavitz@deyblln.com
UNION CARBIDE

Paul A. Scrudato/ Jill Berry
SCHIFF HARDIN & WAITE
666 Fifth Ave., Suite 1700
New York, NY 10103
PHONE: 212-753-5000
FAX: 212-753-5044
pscrudato@schiffhardin.com
jberry@schiffhardin.com
YARWAY CORPORATION

Unknown:
GRINNELL, LLC
SHELL OIL COMPANY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------X Index No.:

DONALD HULEN AND MARY HULEN, HIS WIFE

                                Plaintiff(s),

                        -against-

Date Filed:

Plaintiff Designates
NEW YORK
County as the Place of Trial

The Basis of Venue is
Defendants' Place of Business

SUMMONS

**RECEIVED**

AUG 2 8 2012

Crane Co.

**AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to Buffalo Pumps, Inc.;**
**ARMSTRONG INTERNATIONAL, INC.;**
**ATWOOD & MORRILL COMPANY, INC., d/b/a Weir Valves & Controls USA, Inc.;**
**AURORA PUMP COMPANY;**
**CBS CORPORATION, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation;**
**COPES-VULCAN, INC.;**
**CRANE CO.;**
**FLOWSERVE CORPORATION, f/k/a The Durametallic Company, f/k/a Nordstrom Valves, f/k/a Rockwell Valves;**
**FMC CORPORATION, on behalf of its former Peerless Pump Division and Chicago Pump Division and Northern Pump Company and Crosby Valves;**
**FOSTER WHEELER ENERGY CORPORATION;**
**GARDNER DENVER, INC.;**
**GENERAL ELECTRIC COMPANY;**
**GEORGIA PACIFIC, LLC, f/k/a Georgia Pacific Corporation;**
**GOULDS PUMPS, INC.;**
**GRINNELL, LLC;**
**HONEYWELL INTERNATIONAL, INC., f/k/a Allied Signal Inc./Bendix;**
**IMO INDUSTRIES, INC., Individually and as successor in interest to DeLaval Turbine, Inc.;**
**INGERSOLL-RAND COMPANY;**
**KENTILE FLOORS, INC;**
**MILWAUKEE VALVE COMPANY;**
**MUELLER STEAM SPECIALTY;**
**RAPID-AMERICAN CORPORATION, individually and as successor in interest to Phillip Carey Manufacturing Corporation;**
**RILEY POWER, INC., f/k/a Babcock Borsig Powers, Inc., Riley Stoker Corporation, f/k/a DB Riley;**
**SHELL OIL COMPANY;**
**THE FAIRBANKS COMPANY;**
**UNION CARBIDE CORPORATION;**
**U.S. STEEL CORPORATION, as successor in interest to USX Corporation, as successor in interest to US Steel Corporation and its division American Bridge Company;**
**WARREN PUMPS, INC.;**

**YARWAY CORPORATION;**

Defendants.

--------------------------------------------------------------------X

To the above named Defendant(s)


       **You are hereby summoned** to answer the verified complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, August 24, 2012
     New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

KARST & von OISTE, LLP
Attorney(s) for Plaintiff
Post Office Address
19500 State Hwy 249
Suite 420
Houston, TX 77070
281-970-9988

## DEFENDANTS' RIDER

**AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to Buffalo Pumps, Inc.** 874 Oliver Street, N. Tonawanda, NY 14120

**ARMSTRONG INTERNATIONAL, INC.** 2081 Southeast Ocean Blvd, 4th Floor, Stuart, FL 34996

**ATWOOD & MORRILL COMPANY, INC., d/b/a Weir Valves & Controls USA, Inc.** 29 Old Right Road, Ipswich, MA 01938

**AURORA PUMP COMPANY** c/o Donna Williams, Legal Assistant, Aurora Pump, 13515 Ballantyne Corporate Place, Charlotte, NC 28277

**CBS CORPORATION, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation** Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808

**COPES-VULCAN, INC.** Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

**CRANE CO.** 100 First Stamford Place, Stamford, CT 06902

**FLOWSERVE CORPORATION, f/k/a The Durametallic Company, f/k/a Nordstrom Valves, f/k/a Rockwell Valves** Flowserve Corporation, General Counsel, 5215 N. O'Connor Blvd., Suite 2300, Irving, TX 75039

**FMC CORPORATION, on behalf of its former Peerless Pump Division and Chicago Pump Division and Northern Pump Company and Crosby Valves** may be served through its registered agent, CT Corporation Systems, 111 Eighth Avenue, New York, NY 10011

**FOSTER WHEELER ENERGY CORPORATION** Perryville Corporate Place, Clinton, NJ 08809

**GARDNER DENVER, INC.** 1800 Gardner Expressway, Quincy, IL 62301

**GENERAL ELECTRIC COMPANY** 3135 Easton Pike, Fairfield, CT 06828

**GEORGIA PACIFIC, LLC, f/k/a Georgia Pacific Corporation** may be served with process through its registered agent, CT Corporation Systems, 111 Eighth Avenue, New York, NY 10011

**GOULDS PUMPS, INC.** may be served with process through its registered agent, CT Corporation Systems, 111 Eighth Avenue, New York, NY 10011

**GRINNELL, LLC** c/o CT Corporation, 9 Capital Street, Concord, NH 03301

**HONEYWELL INTERNATIONAL, INC., f/k/a Allied Signal Inc./Bendix** c/o Corporation Service Company, 80 State Street, Albany, NY 12207-2543

**IMO INDUSTRIES, INC., Individually and as successor in interest to DeLaval Turbine, Inc.** c/o Corporation Service Company, 80 State Street, Albany, NY 12207-2543

**INGERSOLL-RAND COMPANY** may be served with process through its registered agent, CT Corporation Systems, 111 Eighth Avenue, New York, NY 10011

**KENTILE FLOORS, INC.** G & K Consultants, 4 Rita Street, Syossett, NY 11791

**MILWAUKEE VALVE COMPANY** CT Corporation System, 8040 Excelsior Drive, Suite 200, Madison, WI 53717

**MUELLER STEAM SPECIALTY** 1491 NC Hwy, 20 W., St. Pauls, NC 28384

**RAPID-AMERICAN CORPORATION, individually and as successor in interest to Phillip Carey Manufacturing Corporation** Prentice Hall Corporation, 2711 Centerville Rd., Ste. 400, Wilmington, DE 19808

**RILEY POWER, INC., f/k/a Babcock Borsig Powers, Inc., Riley Stoker Corporation, f/k/a DB Riley** may be served with process through its registered agent, CT Corporation Systems, 111 Eighth Avenue, New York, NY 10011

**SHELL OIL COMPANY** may be served with process through its registered agent, CT Corporation Systems, 111 Eighth Avenue, New York, NY 10011

**THE FAIRBANKS COMPANY** CT Corporation Systems, 1201 Peachtree Street, Atlanta, GA 30361

**U.S. STEEL CORPORATION, as successor in interest to USX Corporation, as successor in interest to US Steel Corporation and its division American Bridge Company** National Registered Agents, Inc., 875 Avenue of Americas, Suite 501, New York, NY 10001

**UNION CARBIDE CORPORATION** CT Corporation Systems, 111 Eighth Avenue, New York, NY 10011

**WARREN PUMPS, INC.** may be served with process through its registered agent, Corporation Service Company, 84 State Street, Boston, MA 02109

**YARWAY CORPORATION** may be served with process through its registered agent, CT Corporation Systems, 111 Eighth Avenue, New York, NY 10011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------X    Index No.:

DONALD HULEN AND MARY HULEN, HIS WIFE

                                 Plaintiff(s),

                   -against-

AIR & LIQUID SYSTEMS CORPORATION, as successor-
by-merger to Buffalo Pumps, Inc.;
ARMSTRONG INTERNATIONAL, INC.;
ATWOOD & MORRILL COMPANY, INC., d/b/a Weir
Valves & Controls USA, Inc.;
AURORA PUMP COMPANY;
CBS CORPORATION, f/k/a Viacom, Inc., successor by
merger to CBS Corporation, f/k/a Westinghouse Electric
Corporation;
COPES-VULCAN, INC.;
CRANE CO.;
FLOWSERVE CORPORATION, f/k/a The Durametallic
Company, f/k/a Nordstrom Valves, f/k/a Rockwell Valves;
FMC CORPORATION, on behalf of its former Peerless Pump
Division and Chicago Pump Division and Northern Pump
Company and Crosby Valves;
FOSTER WHEELER ENERGY CORPORATION;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GEORGIA PACIFIC, LLC, f/k/a Georgia Pacific
Corporation;
GOULDS PUMPS, INC.;
GRINNELL, LLC;
HONEYWELL INTERNATIONAL, INC., f/k/a Allied Signal
Inc./Bendix;
IMO INDUSTRIES, INC., Individually and as successor in
interest to DeLaval Turbine, Inc.;
INGERSOLL-RAND COMPANY;
KENTILE FLOORS, INC;
MILWAUKEE VALVE COMPANY;
MUELLER STEAM SPECIALTY;
RAPID-AMERICAN CORPORATION, individually and as
successor in interest to Phillip Carey Manufacturing
Corporation
RILEY POWER, INC., f/k/a Babcock Borsig Powers, Inc.,
Riley Stoker Corporation, f/k/a DB Riley;
SHELL OIL COMPANY;
THE FAIRBANKS COMPANY;
UNION CARBIDE CORPORATION;
U.S. STEEL CORPORATION, as successor in interest to USX
Corporation, as successor in interest to US Steel Corporation
and its division American Bridge Company;
WARREN PUMPS, INC.;

Index No.:

Date Filed:

Plaintiff Designates
NEW YORK
County as the Place of Trial

The Basis of Venue is
Defendants' Place of Business

VERIFIED COMPLAINT

RECEIVED

AUG 28 2012

Crane Co.

**YARWAY CORPORATION;**

Defendants.

----------------------------------------------------------------X

To the above named Defendant(s)

Plaintiff(s), DONALD HULEN AND MARY HULEN, HIS WIFE, by their attorneys KARST & von OISTE, LLP, upon information and belief, at all times hereinafter mentioned alleges as follows:

1.     Plaintiff(s), DONALD HULEN AND MARY HULEN, HIS WIFE, by thief attorneys, KARST & von OISTE, LLP, for his **verified complaint** respectfully alleges:

2.     Defendant, **AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to Buffalo Pumps, Inc.** was and still is a duly organized domestic corporation doing business in the State of New York.

3.     Defendant **AIR & LIQUID SYSTEMS CORPORATION, as successor-by-merger to Buffalo Pumps, Inc.** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

4.     Defendant, **ARMSTRONG INTERNATIONAL, INC.** was and still is a duly organized domestic corporation doing business in the State of New York.

5.     Defendant **ARMSTRONG INTERNATIONAL, INC.** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

6.     Defendant, **ATWOOD & MORRILL COMPANY, INC., d/b/a Weir Valves & Controls USA, Inc.** was and still is a duly organized domestic corporation doing business in the State of New York.

7.     Defendant **ATWOOD & MORRILL COMPANY, INC., d/b/a Weir Valves & Controls USA, Inc.** was and still is a duly organized foreign corporation doing business and/or

transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8.     Defendant **AURORA PUMP COMPANY** was and still is a duly organized domestic corporation doing business in the State of New York.

9.     Defendant **AURORA PUMP COMPANY** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

10.     Defendant **CBS CORPORATION, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation** was and still is a duly organized domestic corporation doing business in the State of New York.

11.     Defendant **CBS CORPORATION, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

12.     Defendant, **COPES-VULCAN, INC.** was and still is a duly organized domestic corporation doing business in the State of New York.

13.     Defendant **COPES-VULCAN, INC.** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

14.     Defendant, **CRANE CO.** was and still is a duly organized domestic corporation doing business in the State of New York.

15.     Defendant **CRANE CO.** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

16.     Defendant, **FLOWSERVE CORPORATION, f/k/a The Durametallic Company, f/k/a Nordstrom Valves, f/k/a Rockwell Valves** was and still is a duly organized domestic corporation doing business in the State of New York.

17.     Defendant **FLOWSERVE CORPORATION, f/k/a The Durametallic Company, f/k/a Nordstrom Valves, f/k/a Rockwell Valves** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

18.     Defendant **FMC CORPORATION, on behalf of its former Peerless Pump Division and Chicago Pump Division and Northern Pump Company and Crosby Valves** was and still is a duly organized domestic corporation doing business in the State of New York.

19.     Defendant **FMC CORPORATION, on behalf of its former Peerless Pump Division and Chicago Pump Division and Northern Pump Company and Crosby Valves** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

20.     Defendant **FOSTER WHEELER ENERGY CORPORATION** was and still is a duly organized domestic corporation doing business in the State of New York.

21.     Defendant **FOSTER WHEELER ENERGY CORPORATION** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

22.     Defendant **GARDNER DENVER, INC.** was and still is a duly organized domestic corporation doing business in the State of New York.

23. Defendant **GARDNER DENVER, INC.** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

24. Defendant **GENERAL ELECTRIC COMPANY** was and still is a duly organized domestic corporation doing business in the State of New York.

25. Defendant **GENERAL ELECTRIC COMPANY** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

26. Defendant **GEORGIA PACIFIC, LLC, f/k/a Georgia Pacific Corporation** was and still is a duly organized domestic corporation doing business in the State of New York.

27. Defendant **GEORGIA PACIFIC, LLC, f/k/a Georgia Pacific Corporation** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

28. Defendant **GOULDS PUMPS, INC.** was and still is a duly organized domestic corporation doing business in the State of New York.

29. Defendant **GOULDS PUMPS, INC.** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

30. Defendant **GRINNELL, LLC** was and still is a duly organized domestic corporation doing business in the State of New York.

31. Defendant **GRINNELL, LLC** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

32.     Defendant **HONEYWELL INTERNATIONAL, INC.**, f/k/a **Allied Signal Inc./Bendix** was and still is a duly organized domestic corporation doing business in the State of New York.

33.     Defendant **HONEYWELL INTERNATIONAL, INC.**, f/k/a **Allied Signal Inc./Bendix** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

34.     Defendant **IMO INDUSTRIES, INC., Individually and as successor in interest to DeLaval Turbine, Inc.** was and still is a duly organized domestic corporation doing business in the State of New York.

35.     Defendant **IMO INDUSTRIES, INC., Individually and as successor in interest to DeLaval Turbine, Inc.** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

36.     Defendant **INGERSOLL-RAND COMPANY** was and still is a duly organized domestic corporation doing business in the State of New York.

37.     Defendant **INGERSOLL-RAND COMPANY** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

38.     Defendant **KENTILE FLOORS, INC.** was and still is a duly organized domestic corporation doing business in the State of New York.

39.     Defendant **KENTILE FLOORS, INC.** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

40.     Defendant **MILWAUKEE VALVE COMPANY** was and still is a duly organized domestic corporation doing business in the State of New York.

41.     Defendant **MILWAUKEE VALVE COMPANY** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

42.     Defendant **MUELLER STEAM SPECIALTY** was and still is a duly organized domestic corporation doing business in the State of New York.

43.     Defendant **MUELLER STEAM SPECIALTY** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

44.     Defendant **RAPID-AMERICAN CORPORATION, individually and as successor in interest to Phillip Carey Manufacturing Corporation** was and still is a duly organized domestic corporation doing business in the State of New York.

45.     Defendant **RAPID-AMERICAN CORPORATION, individually and as successor in interest to Phillip Carey Manufacturing Corporation** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

46.     Defendant **RILEY POWER, INC., f/k/a Babcock Borsig Powers, Inc., Riley Stoker Corporation, f/k/a DB Riley** was and still is a duly organized domestic corporation doing business in the State of New York.

47.     Defendant **RILEY POWER, INC., f/k/a Babcock Borsig Powers, Inc., Riley Stoker Corporation, f/k/a DB Riley** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

48.    Defendant **SHELL OIL COMPANY** was and still is a duly organized domestic corporation doing business in the State of New York.

49.    Defendant **SHELL OIL COMPANY** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

50.    Defendant **THE FAIRBANKS COMPANY** was and still is a duly organized domestic corporation doing business in the State of New York.

51.    Defendant **THE FAIRBANKS COMPANY** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

52.    Defendant **UNION CARBIDE CORPORATION** was and still is a duly organized domestic corporation doing business in the State of New York.

53.    Defendant **UNION CARBIDE CORPORATION** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

54.    Defendant **U.S. STEEL CORPORATION, as successor in interest to USX Corporation, as successor in interest to US Steel Corporation and its division American Bridge Company** was and still is a duly organized domestic corporation doing business in the State of New York.

55.    Defendant **U.S. STEEL CORPORATION, as successor in interest to USX Corporation, as successor in interest to US Steel Corporation and its division American Bridge Company** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

56.    Defendant **WARREN PUMPS, INC.** was and still is a duly organized domestic corporation doing business in the State of New York.

57.    Defendant **WARREN PUMPS, INC.** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

58.    Defendant **YARWAY CORPORATION** was and still is a duly organized domestic corporation doing business in the State of New York.

59.    Defendant **YARWAY CORPORATION** was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

Plaintiff(s), DONALD HULEN AND MARY HULEN, HIS WIFE repeats and realleges  NYAL - KARST & von OISTE, LLP STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 1 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: August 24, 2012
       New York, New York

Yours, etc.,

KARST & von OISTE, LLP.
Attorneys for Plaintiff(s)
19500 State Hwy 249
Suite 420
Houston, TX 77070
281-970-9988

STATE OF NEW YORK    )
                                              SS:
COUNTY OF NEW YORK )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an Associate of the firm KARST & von OISTE, LLP, Counsel for the plaintiff(s) in the within action; deponent has read the foregoing summons and verified complaint and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.  This verification is made by deponent and not by plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs' counsel and deponent maintain their office.

Dated: August 24, 2012
New York, New York                         /s/ Douglas von Oiste

                                                  DOUGLAS von OISTE

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

DONALD HULEN AND MARY HULEN, HIS WIFE

Plaintiff(s),

-against-

AIR & LIQUID SYSTEMS CORPORATION, as successor-by-
merger to Buffalo Pumps, Inc.;, ET AL

Defendants.

SUMMONS and COMPLAINT

KARST & von OISTE, LLP
Attorneys for PLAINTIFFS
19500 State Hwy 249
Suite 420
Houston, TX 77070
281-970-9988

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.
Dated, August 24, 2012

Attorney(s) for

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------X
DONALD HULEN AND MARY HULEN, HIS WIFE

                                      Plaintiff(s),

                    -against-                                    **FULL CAPTION
                                                                 RIDER**

AIR & LIQUID SYSTEMS CORPORATION, as successor-
by-merger to Buffalo Pumps, Inc.;
ARMSTRONG INTERNATIONAL, INC.;
ATWOOD & MORRILL COMPANY, INC., d/b/a Weir
Valves & Controls USA, Inc.;
AURORA PUMP COMPANY;
CBS CORPORATION, f/k/a Viacom, Inc., successor by
merger to CBS Corporation, f/k/a Westinghouse Electric
Corporation;
COPES-VULCAN, INC.;
CRANE CO.;
FLOWSERVE CORPORATION, f/k/a The Durametallic
Company, f/k/a Nordstrom Valves, f/k/a Rockwell Valves;
FMC CORPORATION, on behalf of its former Peerless Pump
Division and Chicago Pump Division and Northern Pump
Company and Crosby Valves;
FOSTER WHEELER ENERGY CORPORATION;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GEORGIA PACIFIC, LLC, f/k/a Georgia Pacific
Corporation;
GOULDS PUMPS, INC.;
GRINNELL, LLC;
HONEYWELL INTERNATIONAL, INC., f/k/a Allied Signal
Inc./Bendix;
IMO INDUSTRIES, INC., Individually and as successor in
interest to DeLaval Turbine, Inc.;
INGERSOLL-RAND COMPANY;
KENTILE FLOORS, INC;
MILWAUKEE VALVE COMPANY;
MUELLER STEAM SPECIALTY;
RAPID-AMERICAN CORPORATION, individually and as
successor in interest to Phillip Carey Manufacturing
Corporation
RILEY POWER, INC., f/k/a Babcock Borsig Powers, Inc.,
Riley Stoker Corporation, f/k/a DB Riley;
SHELL OIL COMPANY;
THE FAIRBANKS COMPANY;
UNION CARBIDE CORPORATION;
U.S. STEEL CORPORATION, as successor in interest to USX
Corporation, as successor in interest to US Steel Corporation
and its division American Bridge Company;
WARREN PUMPS, INC.;
YARWAY CORPORATION;

Defendants.

X