# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

ROBERT L. HOLLIDAY and DORIS ANN
HOLLIDAY, his spouse,

         Plaintiffs,

         v.

AIR & LIQUID SYSTEMS CORP. (as
successor to Buffalo Pumps Inc.), et al.,

         Defendants.

------------------------------------------------------x

Docket No.: 12-CIV-7615

**DEFENDANT CRANE CO.'S NOTICE
OF TAG-ALONG ACTION**

TO:    THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
        DISTRICT OF NEW YORK

## NOTICE OF TAG-ALONG ACTION

    PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on

Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court

to the United States District Court, Eastern District of Pennsylvania, for coordination of

consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That

order also applies to "tag-along actions," or actions involving common questions of fact filed

after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e)

provides:

> Any party or counsel in actions previously transferred under Section 1407
> or under consideration by the Panel for transfer under Section 1407 shall
> promptly notify the Clerk of the Panel of any potential "tag-along actions"
> in which that party is also named or in which that counsel appears.

    On December 13, 2011, the Judicial Panel on Multidistrict Litigation issued its

Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers. Pursuant to

that Order, the Judicial Panel will still transfer and consolidate tag-along cases to MDL-875 that are from the Southern District of New York.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated: October 15, 2012

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Dated: New York, New York
      October 15, 2012                  Respectfully submitted,

                                                 Crane Co.
                                                 By its attorneys,

                                                 /s/ Nicole M. Kozin
                                                 Nicole M. Kozin (NK 9552)
                                               K&L GATES LLP
                                                 599 Lexington Avenue
                                                 New York, New York 10022-6030
                                                 Email: Nicole.Kozin@klgates.com
                                                 Phone: (212) 536-3900
                                                 Fax: (212) 536-3901

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Crane Co.'s ("Crane Co."), Notice of Tag Along Action was served on plaintiff's counsel and all defense counsel of record identified on the attached service rider via regular mail on October 15, 2012 and is available for viewing and downloading from the Court's ECF system.

/s/ Nicole M. Kozin
Nicole M. Kozin, Esq.
Attorney for Defendant
Crane Co.

# ROBERT L. HOLLIDAY

## SERVICE RIDER

### INDEX NO. 190393/12

| Counsel: | Attorneys for: |
|---|---|
| Edward Wilbraham, Esq.<br>WILBRAHAM LAWLER & BUBA<br>140 Broadway, 46th Floor<br>New York, New York 10005 | Air & Liquid Systems Corporation as successor by merger to Buffalo Pumps, Inc. |
| Philip Goldstein, Esq.<br>Genevieve MacSteel, Esq.<br>MCGUIREWOODS, LLP<br>1345 Avenue of the Americas, 7th Floor<br>New York, New York 10105-0106 | ITT Corporation |
| Chris Gannon, Esq.<br>Theodore M. Eder, Esq.<br>Robert R. Rigolosi, Esq.<br>SEGAL, MCCAMBRIDGE, SINGER<br>& MAHONEY, LTD.<br>850 Third Avenue, Suite 1100<br>New York, New York 10022 | Gardner Denver, Inc. |
| Anna DiLonardo, Esq.<br>Andrew Warshauer, Esq.<br>MARSHALL, DENNEHY, WARNER, COLEMAN &<br>GOGGIN<br>888 Veterans Memorial Highway, Ste. 540<br>Hauppauge, NY 11788 | Dap Products, Inc. |
| Charles McGivney, Esq.<br>McGIVNEY & KLUGER, P.C.<br>80 Broad Street, 23rd Floor<br>New York, New York 10004 | The Nash Engineering Company |
| Christopher Hannan, Esq.<br>KELLEY JASONS MCGOWAN<br>SPINELLI & HANNA, LLP<br>120 Wall Street, 30th Floor<br>New York, NY 10005 | FMC Corporation on behalf of its former Chicago Pump & Northern Pump Businesses |
| William Bradley, Esq.<br>Mary Ellen Connor, Esq.<br>David Schaffer, Esq.<br>MALABY & BRADLEY, LLC<br>150 Broadway, Suite 600<br>New York, New York 10038 | Sears, Roebuck and Company |

| Counsel: | Attorneys for: |
|---|---|
| Scott R. Emery, Esq. | The Goodyear Tire & Rubber Company |
| LYNCH DASKAL EMERY LLP | |
| 264 West 40th Street | |
| New York, New York 10018 | |
| | |
| Paul A. Scrudato, Esq. | Owens-Illinois, Inc. |
| SCHIFF HARDIN LLP | |
| 666 Fifth Avenue | |
| 17th floor | |
| New York, NY 10103 | |
| | |
| Michael A. Tanenbaum, Esq. | Foster Wheeler L.L.C. |
| Bridget M. Polloway, Esq. | General Electric Company |
| SEDGWICK, DETERT, MORAN & ARNOLD, LLP | CBS Corporation , f/k/a Viacom, Inc., successor by |
| Three Gateway Center, 12th Floor | merger to CBS Corporation f/k/a Westinghouse |
| Newark, New Jersey 07102 | Electric Corporation |
| | |
| Joseph Colao, Esq. | IMO Industries, Inc. |
| LEADER & BERKON | Warren Pumps, Inc. |
| 630 Third Avenue, 17th Floor | |
| New York, New York 10017 | |
| | |
| Joseph J. Welter, Esq. | Cessna Aircraft Company, as Successor by Merger to |
| GOLDBERG SEGALLA LLP | The Cessna Aircraft Company |
| 665 Main Street, Suite 400 | |
| Buffalo, New York, 14203 | |
| | |
| Patrick J. Dwyer, Esq,. | The B.F. Goodrich Company |
| Smith, Stratton, Wise, Heher & Brennan | |
| 100 park Avenue, Suite 1600 | |
| New York, NY 10017 | |
| | |
| Unknown Counsel | Parker Hannifin Corp. (Individually and as successor to |
| | Stratoflex Inc. (Cleveland Wheel & Brake Division) |
| | Sikorsky Aircraft Co. |
| | Thrush Co., Inc. |

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-07615-RJS

Holliday et al v. Crane Co. et al                    Date Filed: 10/11/2012
Assigned to: Judge Richard J. Sullivan              Jury Demand: None
Case in other court: State Court-Supreme, 190393-12  Nature of Suit: 368 P.I. : Asbestos
Cause: 28:1441 Notice of Removal                    Jurisdiction: Federal Question

**Plaintiff**

**Robert L. Holliday**

**Plaintiff**

**Doris Ann Holliday**
*his spouse*


V.

**Defendant**

**Crane Co.**                          represented by **Nicole Melody Kozin**
                                                       K&L Gates LLP (NYC)
                                                       599 Lexington Avenue
                                                       New York, NY 10022-6030
                                                       (212)363-3900
                                                       Fax: (212)536-3901
                                                       Email: nkozin@lbcclaw.com
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/11/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190393-12. (Filing Fee $ 350.00, Receipt Number 1050712).Document filed by Crane Co. (mro) (Entered: 10/12/2012) |
| 10/11/2012 |   | Magistrate Judge Andrew J. Peck is so designated. (mro) (Entered: 10/12/2012) |
| 10/11/2012 |   | Case Designated ECF. (mro) (Entered: 10/12/2012) |
| 10/15/2012 | 2 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 10/11/2012. Service was made by Mail. Document filed by Crane Co.. (Kozin, Nicole) (Entered: 10/15/2012) |
| 10/15/2012 | 3 | NOTICE of Notice of Tag-Along Action. Document filed by Crane Co.. (Kozin, Nicole) (Entered: 10/15/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/15/2012 12:15:20 | | | |
| PACER Login: | kl0215 | Client Code: | 0213660.00935/08036 |
| Description: | Docket Report | Search Criteria: | 1:12-cv-07615-RJS |
| Billable Pages: | 2 | Cost: | 0.20 |

 **CT Corporation**

**Service of Process Transmittal**
09/12/2012
CT Log Number 521213233

**TO:** Stacie Simpson
Navigant Consulting
PACE Claim Services, LLC, 100 American Metro Blvd
Suite 108
Hamilton, NJ 08619

**RE:**   **Process Served in Delaware**

**FOR:**   Crane Co. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Robert L. Holliday and Doris Ann Holliday, etc., Pltf. vs. Air & Liquid Systems Corp., etc., et al. including Crane Co., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Notice(s), Summons, Rider, Verified Complaint, Verification, Certification(s), Initial Fact Sheet, Attachment(s) |
| **COURT/AGENCY:** | New York County: Supreme Court, NY Case # 1903932012 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Registered Mail on 09/12/2012 postmarked on 09/07/2012 |
| **JURISDICTION SERVED :** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after the service is complete |
| **ATTORNEY(S) / SENDER(S):** | Darron E. Berquist The Lanier Law Firm PLLC 126 East 56th Street, 6th Floor New York, NY 10022 212-421-2800 |
| **REMARKS:** | . |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/12/2012, Expected Purge Date: 09/17/2012 Image SOP Email Notification, Stacie Simpson PACEservice@paceclaims.com Email Notification, Crane Co. SOP CraneCoCTService@klgates.com |
| **SIGNED:** | The Corporation Trust Company |
| **PER:** | Scott LaScala |
| **ADDRESS:** | 1209 Orange Street Wilmington, DE 19801 |
| **TELEPHONE:** | 302-658-7581 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

1

# NOTICE OF SERVICE
# TO DEFENDANT
# BUSINESS CORPORATION LAW

RE:     ROBERT L. HOLLIDAY     (190393/2012)(NEW YORK COURT)

Crane Co.
The Corporation Trust Co
Corporate Trust Center
1209 Orange Street
Wilmington, DE 19801

PLEASE BE ADVISED THAT ON SEPTEMBER 4, 2012, SERVICE OF THE
ATTACHED SUMMONS AND VERIFIED COMPLAINT WITH ATTORNEY'S
CERTIFICATION, PLAINTIFF'S INITIAL FACT SHEET WITH ATTACHMENTS
AND ATTORNEY'S CERTIFICATION, AND NOTICE OF COMMENCEMENT OF
ACTION SUBMECT TO MANDATORY ELECTRONIC FILING WAS EFFECTED
IN NEW YORK BY SERVICE ON THE SECRETARY OF STATE UNDER SECTION
307 OF THE BUSINESS CORPORATION LAW.

---

[1] LORES

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** NEW YORK
-----------------------------------------------------------x

Robert L. Holliday and Doris Ann Holliday, his
spouse

                        Plaintiff/Petitioner,

- against -                                    Index No. 190393/2012

Air & Liquid Systems Corp. (as successor to
Buffalo Pumps Inc.) et al.

                        Defendant/Respondent.
-----------------------------------------------------------x

# NOTICE OF COMMENCEMENT OF ACTION
# SUBJECT TO MANDATORY ELECTRONIC FILING

    PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts.  This notice is being served as required by Subdivision (b) (3) of that Section.

    The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

    Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: 8/29/2012

_(signature)_                    (Signature)        126 East 56th Street, 6th Fl        (Address)
                                                    New York, NY 10022
Darron E. Berquist          (Name)

The Lanier Law Firm, PLLC  (Firm Name)    212-421-2800                    (Phone)

                                            darron.berquist@lanierlawfirm.com (E-Mail)

To:     All Defendants listed
        on service rider

                                                                        4/8/11

FILED: NEW YORK COUNTY CLERK 08/29/2012

NYSCEF DOC. NO. 1

INDEX NO. 190393/2012

RECEIVED NYSCEF: 08/29/2012

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------x
ROBERT L. HOLLIDAY and DORIS ANN HOLLIDAY, his
spouse,

                    Plaintiffs,

      -against-

AIR & LIQUID SYSTEMS CORP. (as successor to Buffalo
Pumps Inc.), et al.,

              Defendants.

See Attached Rider—FULL CAPTION

-------------------------------------------------------------x

Index No.: _____

Date Filed: _____

Plaintiff Designates
NEW YORK COUNTY as
the Place of Trial

The Basis of Venue is
Defendants' Place of Business

**SUMMONS**

TO THE ABOVE NAMED DEFENDANTS:

    **You are hereby summoned** to answer the Verified Complaint in this action and to serve a copy of your Answer, or, if the Complaint is not served with this Summons, to serve a Notice of Appearance, on the Plaintiff's Attorney within 20 days after the service of this Summons, exclusive of the day of service (or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York). In the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: August 29, 2012
     New York, New York

**THE LANIER LAW FIRM PLLC**
Attorneys for Plaintiff
126 East 56th Street, 6th Floor
New York, New York 10022
Phone: (212) 421-2800

By: _____
    Darron E. Berquist, Esq.

Defendants' addresses:

**See Attached Rider**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------x

ROBERT L. HOLLIDAY and DORIS ANN HOLLIDAY, his
spouse,

                          Plaintiffs,

        -against-

AIR & LIQUID SYSTEMS CORP. (as successor to Buffalo
    Pumps Inc.);
CBS CORP. (f/k/a Viacom Inc., f/k/a Westinghouse Electric
    Corp.);
CESSNA AIRCRAFT CO.;
CRANE CO. (individually, as successor to, and doing business
    as Chapman Valve Manufacturing Co., Cochrane Corp., and
    National-U.S. Radiator Corp.)
DAP PRODUCTS, INC.;
FMC CORP. (individually, as successor to, and doing business
    as Northern Pump Co. and Peerless Pump Co.)
FOSTER WHEELER LLC;
GARDNER DENVER INC.;
GENERAL ELECTRIC CO.;
GOODRICH CORP. (f/k/a The B. F. Goodrich Co.)
THE GOODYEAR TIRE & RUBBER CO.;
IMO INDUSTRIES INC. (individually, doing business as, and
    as successor to DeLaval Turbine Inc., DeLaval Steam
    Turbine Co., Transamerica DeLaval Inc., and IMO DeLaval
    Inc.);
ITT CORP. (individually, doing business as, and as successor to
    Bell & Gossett Co.);
THE NASH ENGINEERING CO.;
OWENS-ILLINOIS INC.;
PARKER HANNIFIN CORP., (individually and as successor to
    Stratoflex Inc. (Cleveland Wheel & Brake Division));
SEARS, ROEBUCK & CO.;
SIKORSKY AIRCRAFT CO.;
THRUSH CO. Inc.;
WARREN PUMPS LLC, (individually and as successor to The
    Quimby Pump Co.);

                         Defendants.
-------------------------------------------------------------------------x

Index No.: _____

**FULL CAPTION RIDER**

609744-1

2

## DEFENDANTS' ADDRESS/SERVICE RIDER

### DEFENDANTS

### SERVICE ADDRESS

| DEFENDANTS | SERVICE ADDRESS |
|---|---|
| **Air & Liquid Systems Corp. (as successor by merger to Buffalo Pumps Inc.)** | *Via New York Secretary of State (BCL 306)*<br>CT Corporation System<br>116 Pine Street, Suite 320<br>Harrisburg, PA 17101 |
| **CBS Corp. (f/k/a Viacom Inc., f/k/a Westinghouse Electric Corp.)** | *Via New York Secretary of State (BCL 306)*<br>Corporation Service Company<br>80 State Street<br>Albany, NY 12207 |
| **Cessna Aircraft Co.** | *Via New York Secretary of State (BCL 306)*<br>Ella Dragone, General Manager<br>NY Citation Service Center<br>Stewart International Airport<br>3 Express Drive<br>Newburg, NY 12550 |
| **Crane Co. (individually, as successor to, and doing business as Chapman Valve Manufacturing Co., Cochrane Corp., and National-U.S. Radiator Corp.)** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>The Corporation Trust Co.<br>Corporate Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **DAP Products Inc.** | *Via New York Secretary of State (BCL 306)*<br>Corporation Service Co.<br>80 State Street<br>Albany, NY 12207-2543 |
| **FMC Corp. (individually, as successor to, and doing business as Northern Pump Co. and Peerless Pump Co.)** | *Via New York Secretary of State (BCL 306)*<br>CT Corporation System<br>111 Eight Avenue<br>New York, NY 10011 |
| **Foster Wheeler LLC** | *Via New York Secretary of State (LLCL 304)*<br>*With Further Registered Mail Service Upon:*<br>The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **Gardner Denver Inc.** | *Via New York Secretary of State (BCL 306)*<br>Corporation Service Co.<br>80 State Street<br>Albany, NY 12207-2543 |
| **General Electric Co.** | *Via New York Secretary of State (BCL 306)*<br>General Electric Co.<br>3135 Easton Turnpike |

609744-1                                            3

| | Fairfield, CT 06432 |
|---|---|
| **Goodrich Co. (f/k/a The B. F. Goodrich Co.)** | *Via New York Secretary of State (BCL 306)*<br>Corporation Service Co.<br>80 State Street<br>Albany, NY 12207-2543 |
| **The Goodyear Tire & Rubber Co.** | *Via New York Secretary of State (BCL 306)*<br>Corporation Service Co.<br>80 State Street<br>Albany, NY 12207-2543 |
| **IMO Industries Inc. (individually, doing business as, and as successor to DeLaval Turbine Inc., DeLaval Steam Turbine Co., Transamerica DeLaval Inc., and IMO DeLaval Inc.)** | *Via New York Secretary of State (BCL 306)*<br>Corporation Service Co.<br>80 State Street<br>Albany, NY 12207-2543 |
| **ITT Corp. (individually, doing business as, and as successor to Bell & Gossett Co.)** | *Via New York Secretary of State (BCL 306)*<br>CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 |
| **The Nash Engineering Co.** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>United State Corporation Co.<br>50 Weston Street<br>Hartford, CT 06120-1537 |
| **Owens-Illinois Inc.** | c/o Paul A. Scrudato, Esq.<br>Schiff Hardin LLP<br>666 Fifth Avenue, Suite 1700<br>New York, NY 10103 |
| **Parker Hannifin Corp. (individually and as successor to Stratoflex Inc. (Cleveland Wheel & Brake Division))** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>CT Corporation System<br>1300 East 9th Street<br>Cleveland, OH 44114 |
| **Sears, Roebuck & Co.** | *Via New York Secretary of State (BCL 306)*<br>CT Corporation System<br>111 Eight Avenue<br>New York, NY 10011 |
| **Sikorsky Aircraft Co.** | *Via New York Secretary of State*<br>CT Corporation System<br>111 Eight Avenue<br>New York, NY 10011 |
| **Thrush Co. Inc.** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>Thrush Co. Inc.<br>340 West 8th Street<br>Peru, IN 46970 |

| Warren Pumps LLC (individually and as successor to The Quimby Pump Co.) | *Via New York Secretary of State (LLCL 304)* *With Further Registered Mail Service Upon:* Corporation Service Co. 84 State Street Boston, MA 02109 |
|---|---|

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------x

ROBERT L. HOLLIDAY and DORIS ANN HOLLIDAY, his
spouse,

Index No.: _____

Plaintiffs,

-against-

**VERIFIED
COMPLAINT**

AIR & LIQUID SYSTEMS CORP. (as successor to Buffalo
    Pumps Inc.);
CBS CORP. (f/k/a Viacom Inc., f/k/a Westinghouse Electric
    Corp.);
CESSNA AIRCRAFT CO.;
CRANE CO. (individually, as successor to, and doing business
    as Chapman Valve Manufacturing Co., Cochrane Corp., and
    National-U.S. Radiator Corp.)
DAP PRODUCTS, INC.;
FMC CORP. (individually, as successor to, and doing business
    as Northern Pump Co. and Peerless Pump Co.)
FOSTER WHEELER LLC;
GARDNER DENVER INC.;
GENERAL ELECTRIC CO.;
GOODRICH CORP. (f/k/a The B. F. Goodrich Co.)
THE GOODYEAR TIRE & RUBBER CO.;
IMO INDUSTRIES INC. (individually, doing business as, and
    as successor to DeLaval Turbine Inc., DeLaval Steam
    Turbine Co., Transamerica DeLaval Inc., and IMO DeLaval
    Inc.);
ITT CORP. (individually, doing business as, and as successor to
    Bell & Gossett Co.);
THE NASH ENGINEERING CO.;
OWENS-ILLINOIS INC.;
PARKER HANNIFIN CORP., (individually and as successor to
    Stratoflex Inc. (Cleveland Wheel & Brake Division));
SEARS, ROEBUCK & CO.;
SIKORSKY AIRCRAFT CO.;
THRUSH CO. Inc.;
WARREN PUMPS LLC, (individually and as successor to The
    Quimby Pump Co.);

Defendants.

-------------------------------------------------------------------------x

609744-1

6

Plaintiffs, ROBERT L. HOLLIDAY and DORIS ANN HOLLIDAY, by and through their attorneys, THE LANIER LAW FIRM PLLC, upon information and belief, allege at all times hereinafter mentioned as follows:

1.   Plaintiff, Robert L. Holliday, is a resident of Midlothian, Virginia.

2.   Plaintiff, Doris Ann Holliday, is a resident of Midlothian, Virginia.

3.   Defendant AIR & LIQUID SYSTEMS CORP. (as successor to Buffalo Pumps Inc.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

4.   Defendant CBS Corp. (f/k/a Viacom Inc., f/k/a/ Westinghouse Electric Corp.), was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

5.   Defendant CESSNA AIRCRAFT CO. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

6.   Defendant CRANE CO. (individually, as successor to, and doing business as Chapman Valve Manufacturing Co., Cochrane Corp., and National-U.S. Radiator Corp.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

7.   Defendant DAP PRODUCTS, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8.   Defendant FMC CORP. (individually, as successor to, and doing business as Northern Pump Co. and Peerless Pump Co.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

9.   Defendant FOSTER WHEELER LLC was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

10.  Defendant GARDNER DENVER INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

11.   Defendant GENERAL ELECTRIC CO. was and still is a duly organized domestic corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

12.  Defendant GOODRICH CORP. (f/k/a The B. F. Goodrich Co.) was and still is a duly organized domestic corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

13.  Defendant THE GOODYEAR TIRE & RUBBER CO. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

14.   Defendant IMO INDUSTRIES INC. (individually, doing business as, and as successor to DeLaval Turbine Inc., DeLaval Steam Turbine Co., Transamerica DeLaval Inc., and IMO DeLaval Inc.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

15.   Defendant ITT CORP. (individually, doing business as, and as successor to Bell & Gossett Co.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

16.   Defendant THE NASH ENGINEERING CO. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

17.   Defendant OWENS-ILLINOIS INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

18.   Defendant PARKER HANNIFIN CORP. (individually and as successor to Stratoflex Inc. (Cleveland Wheel & Brake Division)) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

19.   Defendant SEARS, ROEBUCK & CO. was and still is a duly organized domestic corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

20.    Defendant SIKORSKY AIRCRAFT CO. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

21.    Defendant THRUSH CO. Inc. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

22.    Defendant WARREN PUMPS LLC (individually and as successor to The Quimby Pump Co.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

23.    Plaintiff repeats and re-alleges NYCAL – THE LANIER LAW FIRM PLLC STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: August 29, 2012
       New York, New York

Respectfully submitted,

**THE LANIER LAW FIRM PLLC**
Attorneys for Plaintiff
126 East 56th Street, 6th Floor
New York, New York 10022
Phone: (212) 421-2800

By:   Darron E. Berquist, Esq.

609744-1                                    10

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an associate of THE LANIER LAW FIRM PLLC, counsel for the Plaintiff/s in the within action; deponent has read the foregoing Summons and Verified Complaint and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters, deponent believes same to be true. This verification is made by deponent and not by Plaintiff/s, because Plaintiff/s reside/s outside of the County of New York, where the deponent maintains his office.

Dated: August 29, 2012
       New York, New York

                                  DARRON E. BERQUIST, ESQ.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------x

ROBERT L. HOLLIDAY and DORIS ANN HOLLIDAY, his
spouse,

Plaintiffs,

- against -

AIR & LIQUID SYSTEMS CORP. (as successor to Buffalo
Pumps Inc.), et al.,

Defendants.

-------------------------------------------------------------------------x

Index No.: _____

**CERTIFICATION**

DARRON E. BERQUIST, ESQ., an attorney duly admitted to practice before the Courts

of the State of New York, hereby certifies, in accordance with 22 NYCRR Part 130-1.1-a of the

Rules of the Chief Administrator, that to the best of my knowledge, information and belief,

which was formed after a reasonable inquiry under the circumstances, the presentation of the

foregoing Summons and Verified Complaint and its contents are not frivolous, as the term is

defined in Part 130.

Dated: August 29, 2012
       New York, New York

Respectfully submitted,

**THE LANIER LAW FIRM PLLC**
Attorneys for Plaintiff
126 East 56th Street, 6th Floor
New York, New York 10022
Phone: (212) 421-2800

By: _____
     Darron E. Berquist, Esq.

609744-1

12

FILED: NEW YORK COUNTY CLERK 08/29/2012

NYSCEF DOC. NO. 2

INDEX NO. 190393/2012

RECEIVED NYSCEF: 08/29/2012

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ROBERT L. HOLLIDAY and DORIS ANN
HOLLIDAY, his spouse,

                                  Plaintiffs,

     -against-

AIR & LIQUID SYSTEMS CORP. (as successor to
Buffalo Pumps Inc.) et al.,

                                 Defendants.

)   Index No.

)

)

)

)

)

)

)

)

)

**PLAINTIFFS**
**INITIAL FACT SHEET**

1.     Full name:    **Robert L. Holliday**

2.     Address:    **6236 Willow Glen Rd., Midlothian, VA 23112**

3.     Date of birth: **09/15/1928**

4.     Social security number: **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**

5.     Union/local/years of membership: **N/A**

6.     Date of claimant's first claimed asbestos exposure: **1946.**

7.     Smoking history:

         For all cigarettes, pipes, cigars, please state the inclusive dates of claimant's smoking history, the products smoked and the amount of product consumed per day: **Plaintiffs object to the request for this request because it involves information which is entirely irrelevant to the development of Robert L. Holliday's mesothelioma. Subject to and without waiving said objection: Plaintiff, Robert L. Holliday, smoked one half (1/2) of one pack of cigarettes per day until approximately 1964.**

8.     At this preliminary stage of the proceedings, please provide as much of the following information as is presently available: worksites, inclusive dates, and trade or occupation for each site. (each worksite should be identified as specifically as possible (i.e., ships worked on in a given shipyard): **Naval Reserve Officer's Training Corps ("NROTC") at Iowa State University located in Ames, Iowa, from the fall of 1946 to approximately June of 1950; United States Navy serving onboard various U.S. Navy ships and at various Shipyards from June 9, 1950, to April 18, 1953; Financial Management Trainee for General Electric Co. located in Louisville, Kentucky, from approximately 1953 until approximately 1962; Comptroller for W.A. Krueger Co. located in Brookfield, Wisconsin, from approximately 1962 until approximately 1966; Cost Accountant for General Electric Co. located in Portsmouth, Virginia, from approximately 1966 until approximately 1971; Manager of Financial**

1

**Operations for General Electric Co. located in Lynn, Massachusetts, for approximately six months in approximately 1971; Manager of Financial Operations for General Electric Co. located in Durham, North Carolina, from approximately 1971 until approximately 1972; Manager of Corporate Building Operations for General Electric Co. located in New York, New York, from approximately 1972 until approximately 1974; Manager of Corporate Building Operations for General Electric Co. located in Fairfield, Connecticut, from approximately 1974 until approximately 1979; General Electric Co. located at Westchester County Airport, Westchester County, New York, from approximately 1979 until approximately 1988.**

9.     Claimed asbestos-related disease, including date of diagnosis and name of diagnosing physician or institution if known (an attached medical report would be helpful but is optional): **Mesothelioma; May 2012; Dr. Charles Gregory Lockheart, M.D., at St. Francis Medical Center located in Midlothian, Virginia.**

10.    Plaintiffs are impressed with the need for accuracy in completing this form and are reminded of the court's inherent power to sanction for the filing of inaccurate information.


Dated: New York, New York            Respectfully submitted,
        August 29, 2012

                                     **THE LANIER LAW FIRM PLLC**
                                     Attorneys for Plaintiffs
                                     126 East 56th Street, 6th Floor
                                     New York, New York 10022
                                     Phone: (212) 421-2800

                                     By: _____
                                        Darron E. Berquist, Esq.

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
_____

| | |
|---|---|
| ROBERT L. HOLLIDAY and DORIS ANN HOLLIDAY, his spouse | Index No. |
| Plaintiffs, | **CERTIFICATION** |
| -against- | |
| AIR & LIQUID SYSTEMS CORP. (as successor to Buffalo Pumps Inc.), et al. | |
| Defendants. | |

Darron E. Berquist, an attorney duly admitted to practice before the Courts of the State of New York, hereby certified in accordance with 22 NYCRR Part 130-1.1-a of the Rules of the Chief Administrator that to the best of my knowledge, information and belief, which was formed after a reasonable inquiry under the circumstances, the presentation of the foregoing Plaintiffs' Initial Fact Sheet and its content are not frivolous, as the term is defined in Part 130.

Dated: New York, New York
August 29, 2012

Yours etc.,

**THE LANIER LAW FIRM, PLLC**
Attorneys for Plaintiffs
126 East 56th Street, 6th Floor
New York, New York 10022
Phone: (212) 421-2800

By: _____
Darron E. Berquist, Esq.

3



# Bon Secours HealthPartners Laboratories

@ St. Francis Medical Center
13710 St. Francis Blvd.
Midlothian, VA 23114
Tel: (804) 281-8100   Fax: (804) 285-7419

Melissa A. Burke, M.D.
David M. Capuzzi, Jr., M.D.
Zach M. Ellis, M.D.
Elaine L. Flanders, M.D.
Matthew C. Graham, M.D.

John R. Harbour, M.D.
Beth B. Hewitt, M.D.
Jennifer D. Lorek, M.D.
Robert I. Sprague, M.D.
Mark A. Williams, M.D.

## * REVISED REPORT *

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | HOLLIDAY, ROBERT L | | | **Specimen #:** | SF12-1784 |
| **Patient ID:** | 479264781 | **Location:** | Disc(SFMC) | **Collect Date:** | 4/24/2012 |
| **DOB/Gender:** | 9/15/1928 (Age: 83)/M | **Account #:** | 700015772599 | **Received:** | 4/24/2012 |
| **Physician(s):** | C GREGORY LOCKHART, MD | | | **Reported:** | 5/9/2012 |

## SURGICAL PATHOLOGY REPORT

### Revision(s)

Amended:  5/9/2012 by Darlene Collins
Reason:  Revised Diagnosis/Comment
Previous Signout Date:  4/27/2012

### ***REVISED FINAL PATHOLOGIC DIAGNOSIS***

Pleura, left, biopsy:
    Poorly differentiated neoplasm, favor non-small cell carcinoma, NOS
    Pending outside consultation to rule out mesothelioma

### Comment

An intradepartmental review of this case with the addition of immunohistochemistry stains with antibodies directed against pan-keratin, CK20, CDX2, and PSA provides the basis for the change in diagnosis. The pan-keratin stains the atypical cells that were previously thought to be reactive. The remaining stains are negative. Also as a result, the differential diagnosis includes mesothelioma. This case will be sent to the University of Virginia department of Pathology for further opinion and the results issued in an addendum.

In addition to Dr. Williams, Drs. Burke, Ellis and Graham participated in this intradepartmental review.

CPT: 88342(4) - Additional

### Procedures/Addenda

**ADDENDUM**

| | | | |
|---|---|---|---|
| **Date Ordered:** | 5/14/2012 | **Status:** Signed Out | |
| **Date Complete:** | 5/14/2012 | **By:** Mark A Williams M.D. | |
| **Date Reported:** | 5/14/2012 | | |

### Addendum Diagnosis

OUTSIDE CONSULTATION – University of Virginia, Charlottesville, VA

Results: Malignant epithelial neoplasm most consistent with epithelioid mesothelioma. See comment.

Bon Secours HealthPartners Laboratories

| Patient Name: HOLLIDAY, ROBERT L | Specimen #: SF12-1784 |
|---|---|

#### Addendum Comment

Dr. Mark Wick of University of Virginia Department of pathology provided the above-cited diagnosis and comments:

"Received for consultation are 2 H&E stained slides with 7 immunostains from a pleural biopsy that demonstrate an epithelioid population infiltrating pleura and adipose tissue. Atypia is not pronounced. Immunostains performed at the referral institution demonstrate positive staining for pancytokeratin and focal cytoplasmic and nuclear staining for keratin. WT1 does not show nuclear staining but demonstrates obscuring background. CK 5/6 staining is weak. Negative stains include TTF-1, p63 and CK 7. In summary, the morphologic and immunohistochemical features suggestive of an epithelioid mesothelioma."

Dr. Williams concurs with the outside diagnosis 5/14/2012.

***Addendum Electronically Signed Out By Mark A Williams M.D.***

maw/5/14/2012

#### Clinical History

Left pleural effusion

#### FINAL PATHOLOGIC DIAGNOSIS

Pleura, left, biopsy:
    No evidence for malignancy.
    Reactive mesothelial hyperplasia.
    Reactive fibrovascular tissue with chronic inflammation and granulation tissue.

#### Comment

Atypical cells are seen embedded in chronic inflammation, granulation tissue and reactive fibrovascular tissue. Immunohistochemistry stains with antibodies directed against CK 7, WT-1, TTF-1, CK 5/6 and p63 show that these cells are negative for all 5 antibodies and likely represent reactive endothelial cells. CK 7, WT-1 and CK 5/6 stain strongly with reactive mesothelial cells.

***Electronically Signed Out By Mark A Williams M.D.***

maw/4/27/2012

#### Gross Description

Specimen #1, received in formalin labeled with the patient's name and left pleural biopsy, consists of a 1.0 x 0.5 x 0.3 cm aggregate of yellow fatty tissue admixed with pink-white rubbery tissue. The specimen is submitted in toto in 1A.

ald/4/24/2012

#### Microscopic Description

| Patient Name: HOLLIDAY, ROBERT L | Printed: 05/14/12  Page 2 of 3  10:47 AM |
|---|---|

| SURGICAL | PATHOLOGY REPORT |
|---|---|

Bon Secours HealthPartners Laboratories

| Patient Name: HOLLIDAY, ROBERT L | Specimen #: SF12-1784 |
|---|---|

Microscopic examination performed. See final diagnosis. (MW)

CPT: 88305, 88342x5

Disclaimer

Some of the tests utilized in this interpretation have been developed and performance characteristics determined by Bon Secours HealthPartners Laboratories. Some tests have not been cleared or approved by the US Food and Drug Administration (FDA). The FDA has determined that such clearance is not necessary. These tests are used for clinical purposes. They should not be regarded as investigational or research. This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 (CLIA-88) as qualified to perform high complexity clinical laboratory testing.

maw/4/27/2012



Nicolette J. Harris, Inc.
132 Nassau Street
Suite 412
New York, NY 10038



First Class Mail
CombassPrice

02 1P        $ 015.28⁰
0004640665   SEP 07 2012
MAILED FROM ZIP CODE 10001

U.S. POSTAGE
PAID
NEW YORK, NY
NEW 10007
SEP 07 12
AMOUNT
$0.00
00045615-04



UNITED STATES POSTAL SERVICE
REGISTERED MAIL

RE 733 440 401 US

Label 200 August 2006

Crane Co.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801



