# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                          :  Docket No.: 12-CIV-7613
FRANK L. KIEFER and MYRTLE KIEFER,        :
                                          :  **DEFENDANT CRANE CO.'S NOTICE**
                 Plaintiffs,              :  **OF TAG-ALONG ACTION**
                                          :
                 v.                       :
                                          :
A.O. SMITH WATER PRODUCTS CO., et al.,    :
                                          :
                 Defendants.              :
                                          :
                                          :
------------------------------------------------------x

TO:    THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
       DISTRICT OF NEW YORK

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on

Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court

to the United States District Court, Eastern District of Pennsylvania, for coordination of

consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That

order also applies to "tag-along actions," or actions involving common questions of fact filed

after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e)

provides:

> Any party or counsel in actions previously transferred under Section 1407
> or under consideration by the Panel for transfer under Section 1407 shall
> promptly notify the Clerk of the Panel of any potential "tag-along actions"
> in which that party is also named or in which that counsel appears.

On December 13, 2011, the Judicial Panel on Multidistrict Litigation issued its

Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers. Pursuant to

that Order, the Judicial Panel will still transfer and consolidate tag-along cases to MDL-875 that are from the Southern District of New York.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated: October 15, 2012

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Dated: New York, New York
        October 15, 2012                          Respectfully submitted,

                                                  Crane Co.
                                                  By its attorneys,


                                                  /s/ Nicole M. Kozin
                                                  Nicole M. Kozin (NK 9552)
                                                  K&L GATES LLP
                                                  599 Lexington Avenue
                                                  New York, New York 10022-6030
                                                  Email: Nicole.Kozin@klgates.com
                                                  Phone: (212) 536-3900
                                                  Fax: (212) 536-3901

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Crane Co.'s ("Crane Co."), Notice of Tag Along Action was served on plaintiff's counsel and all defense counsel of record identified on the attached service rider via regular mail on October 15, 2012 and is available for viewing and downloading from the Court's ECF system.

 /s/ Nicole M. Kozin                        
Nicole M. Kozin, Esq.
Attorney for Defendant
Crane Co.

# FRANK L. KIEFER

## SERVICE RIDER

## INDEX NO. 190387/12

| Counsel: | Attorneys for: |
|---|---|
| Nancy McDonald, Esq.<br>Joseph P. LaSala, Esq.<br>**MCELROY, DEUTSCH, MULVANEY<br>& CARPENTER, LLP**<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 | A.O. Smith Water Products Co.<br>Eaton Electrical, Inc., f/k/a Cutler-Hammer<br>Rockwell Automation, Inc., as successor by merger to Allen-Bradley Company, LLC<br>Flowserve US, Inc., solely as successor to Rockwell Manufacturing Company, Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt Valve Company and Vogt Valve Company<br>Robertshaw Controls Company, Individually and as successor to Fulton Sylphon Company |
| Edward Wilbraham, Esq.<br>**WILBRAHAM LAWLER & BUBA**<br>140 Broadway, 46th Floor<br>New York, New York 10005 | Air & Liquid Systems Corporation as successor by merger to Buffalo Pumps, Inc. |
| Julie Evans, Esq.<br>**WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER, LLP**<br>150 East 42nd Street<br>New York, NY 10017-5639 | American Biltrite, Inc.<br>Siemens Energy Automation, Inc. |
| Jennifer W. Darger, Esq.<br>Judith Yavitz, Esq.<br>**DARGER ERRANTE YAVITZ & BLAU LLP**<br>116 East 27th Street<br>New York, NY 10016 | Certainteed Corporation,<br>Dana Corporation<br>Union Carbide Corporation<br>Lennox Industries, Inc.<br>Amchem Products, Inc., n/k/a Rhone Poulenc AG Company, n/k/a Bayer Cropscience Inc. |
| Peter Langenus, Esq.<br>**SCHNADER HARRISON SEGAL & LEWIS**<br>140 Broadway, Suite 3100<br>New York, New York 10005 | Fort Kent Holdings, Inc., f/k/a Dunham-Bush, Inc. |
| Gordon D. Tresch, Esq.<br>**FELDMAN KIEFFER & HERMAN, LLP**<br>The Dun Building<br>110 Pearl Street, Suite 400<br>Buffalo, New York 14202 | Columbia Boiler Co. of Pottstown |
| Donald Fay, Esq.<br>John Kot, Esq.<br>**WATERS, MCPHERSON & MCNEIL, P.C.**<br>300 Lighting Way, 7th Floor<br>P.O. Box 1560<br>Secaucus, New Jersey 07096 | Riley Power, Inc. |

| | |
|---|---|
| Norman J. Golub, Esq.<br>**MARSHALL, CONWAY & WRIGHT, P.C.**<br>116 John Street, 4th Floor<br>New York, NY 10038 | Slant/Fin Corporation |
| Philip Goldstein, Esq.<br>Genevieve MacSteel, Esq.<br>**MCGUIREWOODS, LLP**<br>1345 Avenue of the Americas, 7th Floor<br>New York, New York 10105-0106 | Bell & Gossett Company<br>ITT Corporation<br>Kennedy Valve Manufacturing Co., Inc. |
| Chris Gannon, Esq.<br>Theodore M. Eder, Esq.<br>Robert R. Rigolosi, Esq.<br>**SEGAL, MCCAMBRIDGE, SINGER<br>& MAHONEY, LTD.**<br>850 Third Avenue, Suite 1100<br>New York, New York 10022 | BW/IP, Inc.,<br>Weil-McLain, a division of the Marley-Wylain<br>Company, a wholly owned subsidiary of the Marley<br>Company, LLC<br>Byron Jackson Pumps<br>Gardner Denver, Inc. |
| Anna DiLonardo, Esq.<br>Andrew Warshauer, Esq.<br>**MARSHALL, DENNEHY, WARNER, COLEMAN &<br>GOGGIN**<br>888 Veterans Memorial Highway, Ste. 540<br>Hauppauge, NY 11788 | Borg-Warner Corporation by its successor-in-interest<br>Borg-Warner Morse Tec Inc. |
| John J. Fanning, Esq.<br>Raghu N. Bandlamudi<br>**CULLEN and DYKMAN LLP**<br>44 Wall Street<br>New York, NY 10005 | Burnham LLC, Individually and as successor to<br>Burnham Corporation<br>Goulds Pumps<br>Goulds Electronics |
| Charles McGivney, Esq.<br>**McGIVNEY & KLUGER, P.C.**<br>80 Broad Street, 23rd Floor<br>New York, New York 10004 | Atwood & Morrill Co., Inc.<br>Oakfabco, Inc.<br>Aurora Pump Company<br>The Fairbanks Company<br>Kentile Floors, Inc.<br>Flowserve US, Inc., solely as successor to Rockwell<br>Manufacturing Company, Edward Valve, Inc.,<br>Nordstrom Valves, Inc., Edward Vogt Valve<br>Company and Vogt Valve Company |
| Thomas A. Rhatigan, Esq.<br>**COSTELLO, SHEA & GAFFNEY, LLP**<br>44 Wall St.<br>New York, NY 10005 | Henry Vogt Machine Co., Inc. |
| Daniel J. McNamara, Esq.<br>**DECICCO, GIBBONS & MCNAMARA, P.C.**<br>14 East 38th Street<br>New York, NY 10016 | Kaiser Gypsum Company, Inc. |

| | |
|---|---|
| Marc S. Gaffrey, Esq.<br>**HOAGLAND, LONGO, MORAN,<br>  DUNST & DOUKAS, LLP**<br>40 Patterson Street<br>P.O. Box 480<br>New Brunswick, NJ 08903 | Kohler Co. |
| Christopher Hannan, Esq.<br>**KELLEY JASONS MCGOWAN<br>  SPINELLI & HANNA, LLP**<br>120 Wall Street, 30th Floor<br>New York, NY 10005 | FMC Corporation on behalf of its former Chicago<br>Pump & Northern Pump Businesses<br>FMC Corporation on behalf of its former subsidiary,<br>Crosby Valve Inc. |
| Andrew Sapon, Esq.<br>**LITCHFIELD CAVO LLP**<br>420 Lexington Avenue<br>Suite 2104<br>New York, NY 10170 | Compudyne Corporation, Individually and as successor<br>to York Shipley, Inc. |
| Thomas A. Montiglio, Esq.<br>Robert McManus, Esq.<br>**AHMUTY DEMERS & McMANUS**<br>200 I.U. Willets Road<br>Albertson, New York 11507 | Carrier Corporation |
| William Bradley, Esq.<br>Mary Ellen Connor, Esq.<br>David Schaffer, Esq.<br>**MALABY & BRADLEY, LLC**<br>150 Broadway, Suite 600<br>New York, New York 10038 | Viking Pump, Inc.<br>Crown Boiler Co. f/k/a Crown Industries, Inc.<br>Roper Pump Company,<br>Superior Boiler Works, ABB, Inc., as successor in<br>interest to ITE Circuit Breakers, Inc. |
| Suzanne Halbardier, Esq.<br>**BARRY, MCTIERNAN & MOORE**<br>2 Rector Street, 14th Floor<br>New York, New York 10006 | Cleaver Brooks Company, Inc.<br>Fulton Boiler Works, Inc.<br>Utica Boilers, Inc., Individually and as successor to<br>Utica Radiator Corporation<br>Azrock Industries, Inc., a division of Domco |
| Cynthia Messemer, Esq.<br>George Hodges, Esq.<br>**HODGES WALSH & SLATER , LLP**<br>55 Church Street, Suite 211<br>White Plains, NY 10601 | Electrolux Home Products, Inc. (Individually and as<br>Successor to Tappan and Copes-Vulcan)<br>Spirax Sarco, Inc. |
| John Renzulli, Esq.<br>**RENZULLI, PISCIOTTI & RENZULLI, P.C.**<br>81 Main Street<br>Suite 508<br>White Plains, NY 10601 | Pfizer Inc. |

| | |
|---|---|
| Scott R. Emery, Esq.<br>**LYNCH DASKAL EMERY LLP**<br>264 West 40th Street<br>New York, New York  10018 | Georgia-Pacific LLC, The Goodyear Tire & Rubber Company, Goodyear Canada, Inc. |
| Richard Marin, Esq.<br>**MARIN GOODMAN, LLP**<br>500 Mamaroneck Avenue<br>Suite 501<br>Harrison, NY  10528 | Keeler Dorr-Oliver Boiler Company |
| David Kochman<br>**HARRIS BEACH, PLLC**<br>100 Wall Street, 23rd Floor<br>New York, NY  10005 | Blackmer |
| Ian Grodman<br>**VAG & GRODMAN, ESQ**<br>4 SO. Orange Ave, Suite 201<br>South Orange, NJ  07079<br>973.313.2424<br>973.761.5188 fax | Hoffman/New-Yorker, Inc. |
| Paul A. Scrudato, Esq.<br>**SCHIFF HARDIN LLP**<br>666 Fifth Avenue<br>17th floor<br>New York, NY  10103 | Owens-Illinois, Inc. |
| Stephen T. Corbin, Esq.<br>**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**<br>77 Water Street, , Suite 2100<br>New York, NY  10038 | Peerless Industries, Inc. |
| Michael A. Tanenbaum, Esq.<br>Bridget M. Polloway, Esq.<br>**SEDGWICK, DETERT, MORAN & ARNOLD, LLP**<br>Three Gateway Center, 12th Floor<br>Newark, New Jersey  07102 | Foster Wheeler L.L.C.<br>General Electric Company<br>CBS Corporation , f/k/a Viacom, Inc., successor by merger to CBS Corporation f/k/a Westinghouse Electric Corporation |
| Joseph Colao, Esq.<br>**LEADER & BERKON**<br>630 Third Avenue, 17th Floor<br>New York, New York  10017 | IMO Industries, Inc.<br>Warren Pumps, Inc. |
| Amiel Gross, Esq.<br>**SNR DENTON US LLP**<br>1221 Avenue of the Americas, 23rd Floor<br>New York, New York 10020 | Rapid-American Corporation |

| Rob C. Tonogbanua, Esq.<br>**DICKIE MCCAMEY & CHILCOTE, P.C.**<br>41 South Haddon Avenue, Suite 5<br>Haddonfield, NJ 08033 | Yarway Corporation |
|---|---|
| Elana L. Danzer, Esq.<br>Norman Senior, Esq.<br>**GREENFIELD STEIN & SENIOR, LLP**<br>600 Third Avenue, 11th Floor<br>New York, NY 10016 | U.S. Rubber Company |
| Timothy J. McDonnell, Esq.<br>Matthew J. Cowan, Esq.<br>**BENNETT, GIULIANO, MCDONNELL & PERRONE LLP**<br>494 Eight Avenue, 7th floor<br>New York, NY 10001 | J-M Manufacturing Company, Inc. |
| Lisa M. Pascarella, Esq.<br>**FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP**<br>328 Newman Springs Road<br>Red Bank, NJ 07701 | Trane U.S. Inc., f/k/a American Standard Inc.<br>Ingersoll-Rand Company |
| Patrick J. Dwyer, Esq.<br>**SMITH, STRATTON, WISE, HEHER & BRENNAN**<br>100 park Avenue, Suite 1600<br>New York, NY 10017 | The B.F. Goodrich Company |
| THUY T. BUI, ESQ.<br>**DRINKER, BIDDLE, ESQS.**<br>11 Attorneys for Defendant<br>Neles-Jamesburg, Inc.<br>12 1177 Avenue of the Americas, 41rst Floor<br>New York, New York 10036 | Neles Jamesbury, Inc. |
| Unknown Counsel | Federal Pacific Electric Company<br>Union Pump Company |

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-07613-TPG

Kiefer et al v. Crane Co. et al.                                    Date Filed: 10/11/2012
Assigned to: Judge Thomas P. Griesa                       Jury Demand: None
Case in other court: State Court-Supreme, 190387-12    Nature of Suit: 368 P.I. : Asbestos
Cause: 28:1441 Notice of Removal                            Jurisdiction: Federal Question

**Plaintiff**

**Frank L. Kiefer**

**Plaintiff**

**Myrtle Kiefer**

V.

**Defendant**

**Crane Co.**                                 represented by **Nicole Melody Kozin**
                                                              K&L Gates LLP (NYC)
                                                              599 Lexington Avenue
                                                              New York, NY 10022-6030
                                                              (212)363-3900
                                                              Fax: (212)536-3901
                                                              Email: nkozin@lbcclaw.com
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190387-12. (Filing Fee $ 350.00, Receipt Number 1050705).Document filed by Crane Co. (mro) (Additional attachment(s) added on 10/12/2012: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Exhibit, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Exhibit, # 39 Exhibit, # 40 Exhibit) (mro). (Additional attachment(s) added on 10/12/2012: # 41 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit, # 47 Exhibit, # 48 Exhibit, # 49 Exhibit, # 50 Exhibit, # 51 Exhibit, # 52 Exhibit, # 53 Exhibit, # 54 Exhibit, # 55 Exhibit, # 56 Exhibit, # 57 Exhibit, # 58 Exhibit, # 59 Exhibit, # 60 Exhibit, # 61 Exhibit, # 62 Exhibit, # 63 Exhibit, # 64 Exhibit, # 65 Exhibit, # 66 Exhibit, # 67 Exhibit, # 68 Exhibit, # 69 Exhibit, # 70 Exhibit, # 71 Exhibit, # 72 |

| | | |
|---|---|---|
| | | Exhibit, # 73 Exhibit, # 74 Exhibit, # 75 Exhibit, # 76 Exhibit, # 77 Exhibit, # 78 Exhibit, # 79 Exhibit, # 80 Exhibit, # 81 Exhibit, # 82 Exhibit, # 83 Exhibit, # 84 Exhibit) (mro). (Entered: 10/12/2012) |
| 10/11/2012 | | Magistrate Judge James L. Cott is so designated. (mro) (Entered: 10/12/2012) |
| 10/11/2012 | | Case Designated ECF. (mro) (Entered: 10/12/2012) |
| 10/15/2012 | 2 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 10/11/2012. Service was made by Mail. Document filed by Crane Co.. (Kozin, Nicole) (Entered: 10/15/2012) |
| 10/15/2012 | 3 | NOTICE of Notice of Tag-Along Action. Document filed by Crane Co.. (Kozin, Nicole) (Entered: 10/15/2012) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/15/2012 12:33:07 | | |
| **PACER Login:** | kl0215 | **Client Code:** | 0213660.00935/08036 |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-07613-TPG |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# PACE

## THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

Name __Delora L. Gans__

Firm / Company __Crane Co. (Week of 9/10/2012)__

Phone # or email address __(203) 363-7300  dgans@craneco.com__

Request Date __9/18/2012__

**RECEIVED**

SEP 2 0 2012

PACE

Please specify Request Type *(one per form)*:

| | |
|---|---|
| X | **New Filing** (A complaint to be placed on the PACEWEB database that *will* generate an email notification to the Defense Counsel) |
| | **Discovery/Miscellaneous Correspondence** (Non compliant documents that PACE will mail directly to the appropriate defense counsel) |
| | **Severance:** MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Severed from" and "Severed to" DOCKET NUMBERS |
| | **Transfer/Removal:** MUST INCLUDE SIGNED ORDER FROM THE JUDGE PLUS THE "Transferred from" and "Transferred to" INFORMATION |
| | **Intervention:** MUST INCLUDE SIGNED ORDER FROM THE JUDGE |

*All fields below must be filled out in order to be appropriately processed.*

| Lead Plaintiff name | Specific Defendant Company Served ("one entry per line") | Jurisdiction & State | Docket # AKA Index #, Case #, etc. | Service Date | Plaintiff's Counsel | Additional Comments |
|---|---|---|---|---|---|---|
| **Bodenstein, Robert H. (and Boderstein, Asunta)** | Crane Co. | Supreme Court, New York County, New York | 190389-12 | 9/14/2012 | Peter Tambini (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| **Brown, Harry E. (and Brown, Phyllis)** | Crane Co. | Supreme Court, New York County, New York | 190415-12 | 9/14/2012 | Eric Jacobs (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| **Cerato, John A.** | Crane Co. | Supreme Court, New York County, New York | 190391-12 | 9/14/2012 | John Richmond (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| **Cerato, John A.** | Weinman Pump & Supply Co. | Supreme Court, New York County, New York | 190391-12 | 9/14/2012 | John Richmond (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |

**PACE**   THIS REQUEST FORM IS FOR THE NEW FILINGS DEPARTMENT ONLY

| Plaintiff | Defendant | Court | Case No. | Date | Attorney | Service |
|---|---|---|---|---|---|---|
| Egan, Thomas J. (and Egan, Maria) | Crane Co. | Supreme Court, New York County, New York | 190396-12 | | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Egan, Thomas J. (and Egan, Maria) | Weinman Pump & Supply Co. | Supreme Court, New York County, New York | 190396-12 | 9/14/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Huffmaster, Delores (Individually and as Rep. of Estate of Huffmaster, Eddie, et al.) | Crane Co. | District Court, 134th-G Judicial District, Dallas County, Texas | DC-12-10054-G | 9/14/2012 | Michael Blase Patronella (713) 230-2249, for Williams Bailey Law Firm, LLP. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Kaiser, Jr., Carl A. | Crane Co. | Supreme Court, New York County, New York | 190394-12 | 9/14/2012 | Adam Dreksler (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Kaiser, Jr., Carl A. | | | | | | Not known if this is a duplicate – Was received from process server with "Crane Co." highlighted in yellow on list of Defendants |
| Kiefer, Frank L. (and Kiefer, Myrtle) | Crane Co. | Supreme Court, New York County, New York | 190387-12 | 9/14/2012 | Michael Roberts (212) 558-5500, for Weitz & Luxenberg, P.C. | Served by Eric Rubin of CT Process (888) 528-2920 |
| Kiefer, Frank L. (and Kiefer, Myrtle) | Crane Co. | Supreme Court, New York County, New York | 190387-12 | 9/14/2012 | Michael Roberts (212) 558-5500, for Weitz & Luxenberg, P.C. | Not known if this is a duplicate – Was received from process server with "Crane Co." highlighted in yellow on list of Defendants |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF __New York__

RECEIVED

SEP 1 4 2012

Augustus I. duPont

---------------------------------------------------x

__Frank L. Kiefer__

Plaintiff/Petitioner,

- against -

__A.O. Smith Water Products__

Defendant/Respondent.

---------------------------------------------------x

Index No. 190387-12

RECEIVED

SEP 1 4 2012

Crane Co.

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: __8/27/12__

_____ (Signature)

_____ (Name)

_____ (Firm Name)

_____ (Address)

_____

_____ (Phone)

_____ (E-Mail)

To: __All defendants__
__On attached Rider__

_____

4/8/11

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------------X  Index No.: 190387-12

FRANK L. KIEFER and MYRTLE KIEFER,

Date Filed: 8/27/12

                                         Plaintiff(s),

Plaintiff Designates
**NEW YORK**
County as the Place of Trial

                 -against-

The Basis of Venue is
Defendants' Place of Business

A.O. SMITH WATER PRODUCTS CO.,
ABB, INC.
   as successor in interest to ITE CIRCUIT BREAKERS, INC.,
AIR & LIQUID SYSTEMS CORPORATION,
   as successor-by-merger to BUFFALO PUMPS,
AMCHEM PRODUCTS, INC.,
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.,
AMERICAN BILTRITE, INC.,
ATWOOD & MORRILL COMPANY,
AURORA PUMP COMPANY,
AZROCK INDUSTRIES,
   a Division of DOMCO, INC.,
BELL & GOSSETT COMPANY,
BLACKMER,
BORG-WARNER CORPORATION,
   by its successor-in-interest,
   BORG-WARNER MORSE TEC, INC.,
BURNHAM, LLC,
   Individually, and as successor to
   BURNHAM CORPORATION,
BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
CBS CORPORATION, f/k/a VIACOM INC.,
   successor by merger to
   CBS CORPORATION, f/k/a
   WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
COLUMBIA BOILER COMPANY OF POTTSTOWN,
COMPUDYNE CORPORATION,
   Individually, and as successor to YORK SHIPLEY, INC.,
CRANE CO.,
CROWN BOILER CO.,
   f/k/a CROWN INDUSTRIES, INC.,
DANA COMPANIES, LLC,
EATON CORPORATION, as successor -in-interest to
   CUTLER-HAMMER, INC.,
ELECTROLUX HOME PRODUCTS, INC.
   Individually, and as Successor to Tappan and Copes-Vulcan,
FEDERAL PACIFIC ELECTRIC COMPANY,

**SUMMONS**

**RECEIVED**

SEP 1 4 2012

Crane Co.

FLOWSERVE US, INC.
   Solely as Successor to Rockwell Manufacturing Company,
   Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt
   Valve Company, and Vogt Valve Company,
FMC CORPORATION on behalf of its former
   subsidiary, CROSBY VALVE, INC.,
FMC CORPORATION,
    on behalf of its former CHICAGO PUMP
    & NORTHERN PUMP BUSINESSES,
FORT KENT HOLDINGS, INC f/k/a DUNHAM BUSH, INC.,
FOSTER WHEELER, L.L.C.,
FULTON BOILER WORKS, INC.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GEORGIA PACIFIC LLC.,
GOODYEAR CANADA, INC.,
GOULD ELECTRONICS, INC.,
GOULDS PUMPS, INC.,
HENRY VOGT MACHINE CO., INC.,
HOFFMAN-NEW YORKER, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
J-M MANUFACTURING COMPANY, INC.,
KAISER GYPSUM COMPANY, INC.,
KEELER-DORR-OLIVER BOILER COMPANY,
KENNEDY VALVE MANUFACTURING Co., Inc.,
KENTILE FLOORS, INC.,
KOHLER CO.,
LENNOX INDUSTRIES, INC.,
NELES-JAMESBURY INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PACIFIC VALVES,
   Individually and as a subsidiary of Crane Co.,
PEERLESS INDUSTRIES, INC.,
PFIZER, INC. (PFIZER),
RAPID-AMERICAN CORPORATION,
RILEY POWER INC,
ROBERTSHAW CONTROLS COMPANY, Individually and as
   Successor to FULTON SYLPHON COMPANY,
ROCKWELL AUTOMATION, INC.,
    as successor by merger to
    ALLEN- BRADLEY COMPANY, LLC,
ROPER PUMP COMPANY,
SIEMENS INDUSTRY, INC., successor in interest to
   SIEMENS ENERGY & AUTOMATION, INC.,,
SLANT/FIN CORPORATION,
SPIRAX SARCO, INC.
 Individually and as successor to SARCO COMPANY,
SUPERIOR BOILER WORKS, INC.,
TDY INDUSTRIES, INC. f/k/a Teledyne Industries, Inc.,

Individually, and as Successor to FARRIS ENGINEERING,
THE B.F. GOODRICH COMPANY,
   (GOODRICH CORPORATION),
THE FAIRBANKS COMPANY,
THE GOODYEAR TIRE AND RUBBER COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
UNION PUMP COMPANY,
UTICA BOILERS, INC.,
   Individually and as successor to
   UTICA RADIATOR CORPORATION,
VELAN VALVE CORPORATION,
VIKING PUMP, INC.,
WARREN PUMPS, LLC,
WEIL-MCLAIN, a division of The Marley-Wylain Company,
   a wholly owned subsidiary of The Marley Company, LLC,
WEINMAN PUMP & SUPPLY CO.,
YARWAY CORPORATION,

                          Defendants.
------------------------------------------------------------------------X
To the above named Defendant(s)


     **You are hereby summoned** to answer the **verified** complaint in this action and to serve a
copy of your answer, or, if the complaint is not served with this summons, to serve a notice of
appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons,
exclusive of the day of service (or within 30 days after the service is complete if this summons is
not personally delivered to you within the State of New York); and in case of your failure to
appear or answer, judgment will be taken against you by default for the relief demanded in the
complaint.

Dated, August 27, 2012
     New York, New York

                                 WEITZ & LUXENBERG, P.C.
Defendant's address:                       Attorney(s) for Plaintiff
                                 Post Office Address
**SEE ATTACHED DEFENDANTS RIDER**      700 Broadway
                                 New York, New York 10003
                                 (212) 558-5500

### DEFENDANTS' RIDER

**A.O. SMITH WATER PRODUCTS CO.**
11270 West Park Place
Milwaukee, WI 11270

**ABB, INC.**
**as successor in interest to ITE CIRCUIT BREAKERS, INC.**
125 E. County Line
Warminster, PA 18974

and

Delaney & O'brien
325 Chestnut Street
Suite 1320
Philadelphia, PA 19106

**RECEIVED**

SEP 1 4 2012

**Crane Co.**

**AIR & LIQUID SYSTEMS CORPORATION,**
 **as successor-by-merger to BUFFALO PUMPS**
874 OLIVER STREET
N. TONAWANDA, NY 14120

**AMCHEM PRODUCTS, INC.,**
 **n/k/a RHONE POULENC AG COMPANY,**
 **n/k/a BAYER CROPSCIENCE INC.**
41 State Street
Albany, NY 11207

**AMERICAN BILTRITE, INC.**
57 River Street
Wellsley Hills, MA 02181

**ATWOOD & MORRILL COMPANY**
29 Old Right Road
Ipswich, MA 01938

**AURORA PUMP COMPANY**
13515 Ballantyne Corporate Place
Charlotte, NC 28277

**AZROCK INDUSTRIES,**
 **a Division of DOMCO, INC.**
c/o  CT Corporation Systems
Corporate Trust Center
1209 Orange Street
Wilmington, DE 19801

**BELL & GOSSETT COMPANY**
8200 North Austin Avenue
Morton Grove, IL 60053

**BLACKMER**
1809 Century Avenue SW
Grand Rapids, MI 49503-1530

**BORG-WARNER CORPORATION,**
   **by its successor-in-interest,**
    **BORG-WARNER MORSE TEC, INC.**
3850 Hamlin Road
Auburn Hills, MI 48326

**BURNHAM, LLC,**
   **Individually, and as successor to**
    **BURNHAM CORPORATION**
1239 Harrisburg Pike
Lancaster, PA 17603

**BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES**
5215 North O'Conner Blvd
Suite 2300
Irving, TX 75039

**BYRON JACKSON PUMPS**
5215 N. O'Conner Boulevard
Suite 2300
Irving, TX 75039

**CARRIER CORPORATION**

CT Corporation System
111 8th Avenue
New York, NY 10011

**CBS CORPORATION, f/k/a VIACOM INC.,**
   **successor by merger to**
   **CBS CORPORATION, f/k/a**
   **WESTINGHOUSE ELECTRIC CORPORATION**
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

**CERTAINTEED CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

**CLEAVER BROOKS COMPANY, INC.**
11950 West Park Place
Milwaukee, WI 11270

**COLUMBIA BOILER COMPANY OF POTTSTOWN**
390 Old Reading Pike
Pottstown, PA 19464

**COMPUDYNE CORPORATION,**
   **Individually, and as successor to YORK SHIPLEY, INC.**
National Corporate Research
836 Park Avenue
Baltimore, MD 21201

**CRANE CO.**
100 First Stamford Place
Stamford, CT 06902

**CROWN BOILER CO.,**
   **f/k/a CROWN INDUSTRIES, INC.**
3633 I Street
Philadelphia, PA 19134-0000

**DANA COMPANIES, LLC**
Martin J. Strobel
3939 Technology Drive,
Maumee, OH 43537

**EATON CORPORATION, as successor -in-interest to**
   **CUTLER-HAMMER, INC.**
CT Corporation System
111 8th Avenue
New York, NY 10011

**ELECTROLUX HOME PRODUCTS, INC.**
   **Individually, and as Successor to Tappan and Copes-Vulcan**
18013 Cleveland Parkway
Suite 100
Cleveland, OH 44135

**FEDERAL PACIFIC ELECTRIC COMPANY**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**FLOWSERVE US, INC.**
   **Solely as Successor to Rockwell Manufacturing Company,**
   **Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt**
   **Valve Company, and Vogt Valve Company**
c/o Corporate trust Systems
111 8th Avenue 13th Floor
New York, NY 10011

and

5215 North O'Connor Blvd, Ste 2300
Irving, Texas 75039
Irving, TX 75039

**FMC CORPORATION on behalf of its former**
   **subsidiary, CROSBY VALVE, INC.**
CT CORPORATION SYSTEM
101 Federal Street
Boston, MA 02110

**FMC CORPORATION,**
   **on behalf of its former CHICAGO PUMP**
   **& NORTHERN PUMP BUSINESSES**
1735 Market Street
Philadelphia, PA 19103

**FORT KENT HOLDINGS, INC f/k/a DUNHAM BUSH, INC.**
175 South Street
West Hartford, CT 06110-1928

**FOSTER WHEELER, L.L.C.**
Route 173 at Frontage Road
Clinton, NJ 08809

**FULTON BOILER WORKS, INC.**
972 Centerville Road
Pulaski, NY 13142

**GARDNER DENVER, INC.**
1800 Gardner Expressway
Quincy, IL 62301

**GENERAL ELECTRIC COMPANY**
Electric Insurance Company
75 Sam Fonzo Drive
Beverly, MA 01915

**GEORGIA PACIFIC LLC.**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**GOODYEAR CANADA, INC.**
450 Kipling Avenue
Atobicoke, Ontario CANADA M8ZSEI

**GOULD ELECTRONICS, INC.**
Attn: Legal Department
35129 Curtis Blvd.
East Lake, OH 44095

**GOULDS PUMPS, INC.**
2881 E. Bayard Street
Seneca Falls, NY 13148

**HENRY VOGT MACHINE CO., INC.**
13551 Triton Park Blvd.
Suite 2500
Louisville, KY 10223

**HOFFMAN-NEW YORKER, INC.**
46 Clinton Place

Hackensack, NJ 07601

**IMO INDUSTRIES, INC.**
Corporation Service Company,
2711 Centerville Road, Suite 400,
Wilmington, DE 19808

**INGERSOLL-RAND COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**ITT CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

**J-M MANUFACTURING COMPANY, INC.**
Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company
2730 Gateway Oaks Dr., Ste. 100,
Sacramento, CA 95833

**KAISER GYPSUM COMPANY, INC.**
Manor Oak One
1910 Cochran Road
Pittsburgh, PA 15220

and

TRMI
301 Grant Street
Suite 3000
One Oxford Centre
Pittsburgh, PA 15219
Attention: Rezwan Mogri

**KEELER-DORR-OLIVER BOILER COMPANY**
Wayne A. Marvel, Esq.
Maron & Marvel
1201 N. Market Street
Wilmington, DE 19899

**KENNEDY VALVE MANUFACTURING Co., Inc.**
1021 East Water Street
Elmira, NY 14901

**KENTILE FLOORS, INC.**
G & K Consultants
4 Rita Street
Syossett, NY 11791

**KOHLER CO.**
HOAGLAND, LONGO, MORAN, DUNST, &
DOUKAS, LLP
Marc S. Gaffrey, Esq.
40 Patterson Street
New Brunswick, NJ 08903

**LENNOX INDUSTRIES, INC.**
80 State Street
Albany, NY 12207

**NELES-JAMESBURY INC.**
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**OAKFABCO, INC.**
705 McKnight Park Drive
Pittsburgh, PA

**OWENS-ILLINOIS, INC.**
One Michael Owens Way
Perrysburg, OH 43551

**PACIFIC VALVES,**
    **Individually and as a subsidiary of Crane Co.**
100 First Stamford Place
Stamford, CT 06902

Steven  Weiner
O'TOOLE FERNANDEZ WEINER VAN LIEU, LLC
60 Pompton Avenue
Second Fl
Verona, NJ 07004
Attorneys for Defendant:
    **PEERLESS INDUSTRIES, INC.**

**PFIZER, INC. (PFIZER)**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**RAPID-AMERICAN CORPORATION**
2711 Centerville Road
Wilmington, DE 19808

**RILEY POWER INC**
CT Corporation System
111 8th Avenue
New York, NY 10011

**ROBERTSHAW CONTROLS COMPANY, Individually and as**
    **Successor to FULTON SYLPHON COMPANY**
2809 Emerywood Parkway
P.O. Box 26544
Richmond, VA 23261-6544

**ROCKWELL AUTOMATION, INC.,**
    **as successor by merger to**
    **ALLEN- BRADLEY COMPANY, LLC**
Secretary of State
99 Washington Ave.,
Albany, NY 12231

**ROPER PUMP COMPANY**
CSC of GWINNETT COUNTY INC.
40 Technology Parkway South, #1230
Norcross, GA 30092

**SIEMENS INDUSTRY, INC., successor in interest to**
    **SIEMENS ENERGY & AUTOMATION, INC.,**
CT Corporation
111 8th avenue
New York, NY 10011

**SLANT/FIN CORPORATION**
100 Forest Drive at East Hills
Greenvale, NY 11548

**SPIRAX SARCO, INC.**
 **Individually and as successor to SARCO COMPANY**
1150 Northpoint Blvd.
Blythewood, SC 29016

**SUPERIOR BOILER WORKS, INC.**
3524 East 4th Street
Hutchinson, KS 67501

**TDY INDUSTRIES, INC. f/k/a Teledyne Industries, Inc.,**
   **Individually, and as Successor to FARRIS ENGINEERING**
CT Corporation System
New York, NY

**THE B.F. GOODRICH COMPANY,**
   **(GOODRICH CORPORATION)**
CT Corporation System
111 8th Avenue
New York, NY 10011

**THE FAIRBANKS COMPANY**
CT Corporation System (GA)
1201 Peachtree Street NE
Atlanta, GA 30361

**THE GOODYEAR TIRE AND RUBBER COMPANY**
Corporation Service Company
80 State Street
Albany, NY 12207

Daniel Ryan
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN (PA)
1845 Walnut Street
13th Floor
Philadelphia, PA 19103
Attorneys for Defendant:
   **TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.**

**U.S. RUBBER COMPANY (UNIROYAL)**
c/o Frank Degrim, Esq.
GREENFIELD, STEIN & SENOIR
600 Third Avenue, 11th Floor
New York, NY 10016-1903

**UNION CARBIDE CORPORATION**
CT Corporation Systems
111 8th Avenue
New York, NY 10019

**UNION PUMP COMPANY**
4600 T West Dickman Road
Battle Creek, MI 49015

**UTICA BOILERS, INC.,**
 **Individually and as successor to**
 **UTICA RADIATOR CORPORATION**
2201 Dwyer Avenue
UTICA, NY 13504

**VELAN VALVE CORPORATION**
94 Avenue C
Williston, VT 05495

**VIKING PUMP, INC.**
406 State Street
Cedar Falls, IA 50613

**WARREN PUMPS, LLC**
Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

**WEIL-MCLAIN, a division of The Marley-Wylain Company,**
 **a wholly owned subsidiary of The Marley Company, LLC**
500 Blaine Street
Michigan City, Indiana 46360

and

13515 Ballantyne Corporate Place
Charlotte, NC 28277

**WEINMAN PUMP & SUPPLY CO.**
100 First Stamford Place
Stamford, CT 06902

and

James Abraham, Esq.
5001 Baum Blvd, Suite 419
Pittsburgh, PA 15213

**YARWAY CORPORATION**
CT Corporation System
111 8th Avenue
New York, NY 10011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X     Index No.:

FRANK L. KIEFER and MYRTLE KIEFER,
                                                                                Date Filed:

                                              Plaintiff(s),

                           -against-                                            **VERIFIED**
                                                                                **COMPLAINT**

A.O. SMITH WATER PRODUCTS CO.,
ABB, INC.
as successor in interest to ITE CIRCUIT BREAKERS, INC.,
AIR & LIQUID SYSTEMS CORPORATION,                                               **RECEIVED**
     as successor-by-merger to BUFFALO PUMPS,
AMCHEM PRODUCTS, INC.,                                                           SEP 1 4 2012
     n/k/a RHONE POULENC AG COMPANY,
     n/k/a BAYER CROPSCIENCE INC.,                                              **Crane Co.**
AMERICAN BILTRITE, INC.,
ATWOOD & MORRILL COMPANY,
AURORA PUMP COMPANY,
AZROCK INDUSTRIES,
     a Division of DOMCO, INC.,
BELL & GOSSETT COMPANY,
BLACKMER,
BORG-WARNER CORPORATION,
     by its successor-in-interest,
     BORG-WARNER MORSE TEC, INC.,
BURNHAM, LLC,
     Individually, and as successor to
     BURNHAM CORPORATION,
BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES,
BYRON JACKSON PUMPS,
CARRIER CORPORATION,
CBS CORPORATION, f/k/a VIACOM INC.,
     successor by merger to
     CBS CORPORATION, f/k/a
     WESTINGHOUSE ELECTRIC CORPORATION,
CERTAINTEED CORPORATION,
CLEAVER BROOKS COMPANY, INC.,
COLUMBIA BOILER COMPANY OF POTTSTOWN,
COMPUDYNE CORPORATION,
     Individually, and as successor to YORK SHIPLEY, INC.,
CRANE CO.,
CROWN BOILER CO.,
     f/k/a CROWN INDUSTRIES, INC.,
DANA COMPANIES, LLC,
EATON CORPORATION, as successor -in-interest to
     CUTLER-HAMMER, INC.,
ELECTROLUX HOME PRODUCTS, INC.
     Individually, and as Successor to Tappan and Copes-Vulcan,
FEDERAL PACIFIC ELECTRIC COMPANY,
FLOWSERVE US, INC.

Solely as Successor to Rockwell Manufacturing Company,
   Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt
   Valve Company, and Vogt Valve Company,
FMC CORPORATION on behalf of its former
   subsidiary, CROSBY VALVE, INC.,
FMC CORPORATION,
   on behalf of its former CHICAGO PUMP
   & NORTHERN PUMP BUSINESSES,
FORT KENT HOLDINGS, INC f/k/a DUNHAM BUSH, INC.,
FOSTER WHEELER, L.L.C.,
FULTON BOILER WORKS, INC.,
GARDNER DENVER, INC.,
GENERAL ELECTRIC COMPANY,
GEORGIA PACIFIC LLC.,
GOODYEAR CANADA, INC.,
GOULD ELECTRONICS, INC.,
GOULDS PUMPS, INC.,
HENRY VOGT MACHINE CO., INC.,
HOFFMAN-NEW YORKER, INC.,
IMO INDUSTRIES, INC.,
INGERSOLL-RAND COMPANY,
ITT CORPORATION,
J-M MANUFACTURING COMPANY, INC.,
KAISER GYPSUM COMPANY, INC.,
KEELER-DORR-OLIVER BOILER COMPANY,
KENNEDY VALVE MANUFACTURING Co., Inc.,
KENTILE FLOORS, INC.,
KOHLER CO.,
LENNOX INDUSTRIES, INC.,
NELES-JAMESBURY INC.,
OAKFABCO, INC.,
OWENS-ILLINOIS, INC.,
PACIFIC VALVES,
   Individually and as a subsidiary of Crane Co.,
PEERLESS INDUSTRIES, INC.,
PFIZER, INC. (PFIZER),
RAPID-AMERICAN CORPORATION,
RILEY POWER INC,
ROBERTSHAW CONTROLS COMPANY, Individually and as
   Successor to FULTON SYLPHON COMPANY,
ROCKWELL AUTOMATION, INC.,
   as successor by merger to
   ALLEN- BRADLEY COMPANY, LLC.,
ROPER PUMP COMPANY,
SIEMENS INDUSTRY, INC., successor in interest to
   SIEMENS ENERGY & AUTOMATION, INC.,,
SLANT/FIN CORPORATION,
SPIRAX SARCO, INC.
 Individually and as successor to SARCO COMPANY,
SUPERIOR BOILER WORKS, INC.,
TDY INDUSTRIES, INC. f/k/a Teledyne Industries, Inc.,
   Individually, and as Successor to FARRIS ENGINEERING,
THE B.F. GOODRICH COMPANY,
   (GOODRICH CORPORATION),

THE FAIRBANKS COMPANY,
THE GOODYEAR TIRE AND RUBBER COMPANY,
TRANE U.S. INC., f/k/a AMERICAN STANDARD INC.,
U.S. RUBBER COMPANY (UNIROYAL),
UNION CARBIDE CORPORATION,
UNION PUMP COMPANY,
UTICA BOILERS, INC.,
    Individually and as successor to
    UTICA RADIATOR CORPORATION,
VELAN VALVE CORPORATION,
VIKING PUMP, INC.,
WARREN PUMPS, LLC,
WEIL-MCLAIN, a division of The Marley-Wylain Company,
    a wholly owned subsidiary of The Marley Company, LLC,
WEINMAN PUMP & SUPPLY CO.,
YARWAY CORPORATION,

Defendants.

---------------------------------------------------------------------------X

        Plaintiff(s), FRANK L. KIEFER and MYRTLE KIEFER , by their

attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter

mentioned alleges as follows:

        1.     Plaintiff(s), FRANK L. KIEFER and MYRTLE KIEFER , by their

attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully  alleges:

        2.     Defendant ABB, INC. as successor in interest to ITE CIRCUIT

BREAKERS, INC., was and still is a duly organized domestic corporation doing business in the

State of New York.

        3.     Defendant AIR & LIQUID SYSTEMS CORPORATION, as successor-

by-merger to BUFFALO PUMPS, was and still is a duly organized domestic corporation doing

business in the State of New York.

        4.     Defendant AMERICAN BILTRITE, INC., was and still is a duly

organized domestic corporation doing business in the State of New York.

5.    Defendant ATWOOD & MORRILL COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

6.    Defendant AURORA PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

7.    Defendant AZROCK INDUSTRIES, a Division of DOMCO, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

8.    Defendant AZROCK INDUSTRIES, a Division of DOMCO, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

9.    Defendant BELL & GOSSETT COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

10.    Defendant BELL & GOSSETT COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

11.    Defendant BLACKMER, was and still is a duly organized domestic corporation doing business in the State of New York.

12.    Defendant BW/IP, INC. AND ITS WHOLLY OWNED SUBSIDIARIES, was and still is a duly organized domestic corporation doing business in the State of New York.

13.    Defendant BYRON JACKSON PUMPS, was and still is a duly organized domestic corporation doing business in the State of New York.

14.    Defendant CARRIER CORPORATION , was and still is a duly organized domestic corporation doing business in the State of New York.

15.    Defendant COLUMBIA BOILER COMPANY OF POTTSTOWN, was and still is a duly organized domestic corporation doing business in the State of New York.

16.     Defendant COMPUDYNE CORPORATION, Individually, and as successor to YORK SHIPLEY, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

17.     Defendant CROWN BOILER CO., f/k/a CROWN INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

18.     Defendant EATON CORPORATION, as successor -in-interest to CUTLER-HAMMER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

19.     Defendant ELECTROLUX HOME PRODUCTS, INC. Individually, and as Successor to Tappan and Copes-Vulcan, was and still is a duly organized domestic corporation doing business in the State of New York.

20.     Defendant FEDERAL PACIFIC ELECTRIC COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

21.     Defendant FLOWSERVE US, INC. Solely as Successor to Rockwell Manufacturing Company, Edward Valve, Inc., Nordstrom Valves, Inc., Edward Vogt Valve Company, and Vogt Valve Company, was and still is a duly organized domestic corporation doing business in the State of New York.

22.     Defendant FMC CORPORATION on behalf of its former subsidiary, CROSBY VALVE, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

23.     Defendant FMC CORPORATION, on behalf of its former CHICAGO PUMP & NORTHERN PUMP BUSINESSES, was and still is a duly organized domestic corporation doing business in the State of New York.

24.     Defendant FORT KENT HOLDINGS, INC f/k/a DUNHAM BUSH, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

25.     Defendant GARDNER DENVER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

26.     Defendant GEORGIA PACIFIC LLC., was and still is a duly organized domestic corporation doing business in the State of New York.

27.     Defendant GOULD ELECTRONICS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

28.     Defendant HENRY VOGT MACHINE CO., INC., was and still is a duly organized domestic corporation doing business in the State of New York.

29.     Defendant HOFFMAN-NEW YORKER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

30.     Defendant IMO INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

31.     Defendant ITT CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

32.     Defendant J-M MANUFACTURING COMPANY, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

33.     Defendant KAISER GYPSUM COMPANY, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

34.     Defendant KENNEDY VALVE MANUFACTURING Co., Inc., was and still is a duly organized domestic corporation doing business in the State of New York.

35.     Defendant LENNOX INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

36.     Defendant NELES-JAMESBURY INC., was and still is a duly organized domestic corporation doing business in the State of New York.

37.     Defendant PACIFIC VALVES, Individually and as a subsidiary of Crane Co., was and still is a duly organized domestic corporation doing business in the State of New York.

38.     Defendant PACIFIC VALVES, Individually and as a subsidiary of Crane Co., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

39.     Defendant ROBERTSHAW CONTROLS COMPANY, Individually and as Successor to FULTON SYLPHON COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

40.     Defendant ROCKWELL AUTOMATION, INC., as successor by merger to ALLEN- BRADLEY COMPANY, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

41.     Defendant ROPER PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

42.     Defendant SIEMENS INDUSTRY, INC., successor in interest to SIEMENS ENERGY & AUTOMATION, INC.,, was and still is a duly organized domestic corporation doing business in the State of New York.

43.     Defendant SLANT/FIN CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

44.     Defendant SPIRAX SARCO, INC. Individually and as successor to SARCO COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

45.     Defendant SUPERIOR BOILER WORKS, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

46.     Defendant SUPERIOR BOILER WORKS, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

47.     Defendant TDY INDUSTRIES, INC. f/k/a Teledyne Industries, Inc., Individually, and as Successor to FARRIS ENGINEERING, was and still is a duly organized domestic corporation doing business in the State of New York.

48.     Defendant TDY INDUSTRIES, INC. f/k/a Teledyne Industries, Inc., Individually, and as Successor to FARRIS ENGINEERING, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

49.     Defendant THE B.F. GOODRICH COMPANY, (GOODRICH CORPORATION), was and still is a duly organized domestic corporation doing business in the State of New York.

50.     Defendant THE FAIRBANKS COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

51.     Defendant UNION PUMP COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

52.     Defendant UTICA BOILERS, INC., Individually and as successor to UTICA RADIATOR CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

53.     Defendant VELAN VALVE CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

54.     Defendant VIKING PUMP, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

55.     Defendant WARREN PUMPS, LLC, was and still is a duly organized domestic corporation doing business in the State of New York.

56.     Defendant WEINMAN PUMP & SUPPLY CO., was and still is a duly organized domestic corporation doing business in the State of New York.

57.     Defendant YARWAY CORPORATION, was and still is a duly organized domestic corporation doing business in the State of New York.

Plaintiff(s), FRANK L. KIEFER and MYRTLE KIEFER,  repeats and realleges  NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *August 27, 2012*
        New York, New York

                                        Yours, etc.,

                                        WEITZ & LUXENBERG, P.C

                                        Attorneys for Plaintiff(s)
                                        700 Broadway
                                        New York, NY  10003
                                        (212) 558-5500

STATE OF NEW YORK      )
                                        SS:
COUNTY OF NEW YORK   )

The undersigned, an attorney admitted to practice in the Courts of New York State,

shows:

Deponent is an Associate of the firm WEITZ & LUXENBERG, P.C., Counsel for the

plaintiff(s) in the within action; deponent has read the foregoing **summons and verified**

**complaint** and knows the contents thereof; the same is true to deponent's own knowledge, except

as to the matters therein stated to be alleged on information and belief, and that as to those

matters deponent believes it to be true. This verification is made by deponent and not by

plaintiff(s) because plaintiff(s) resides outside of the County of New York where plaintiffs'

counsel and deponent maintain their office.

Dated: August 27, 2012
         New York, New York

                                                    /S/
                                        _____

                                        MICHAEL ROBERTS

Index No.: 190387-12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

FRANK L. KIEFER and MYRTLE KIEFER,

Plaintiff(s),

-against-

A.O. SMITH WATER PRODUCTS CO., et. al.,

Defendants.

## SUMMONS and COMPLAINT

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
700 Broadway
New York, NY 10003
212-558-5500

To
Attorney(s) for

Service of a copy of the within
is hereby admitted.
Dated, August 27, 2012

Attorney(s) for



# NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

**FRANK L. KIEFER - v. - A.O. SMITH WATER PRODUCTS CO et al**

**190387/2012**

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|-------|---------------|----------|---------------|
| 1 | SUMMONS + COMPLAINT | | 08/27/2012 11:25 AM |

## Filing User

| | | | |
|---|---|---|---|
| Name: | **MICHAEL P. ROBERTS** | | |
| Phone | | E-mail Address: | **bparente@weitzlux.com** |
| Fax #: | | Work Address: | **700 Broadway** |
| | | | **NEW YORK, NY 10003** |

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 08/27/2012 11:25 AM:

**ROBERTS, MICHAEL P. - bparente@weitzlux.com**

**NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.**

E-mail: EFile@nycourts.gov   Phone: (646) 386-3033   Fax: (212) 401-9146   website: www.nycourts.gov/efile