UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS | |
| LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| | |
| JOSEPH A. ARDOIN, JR. | C.A. No.: 2:10-cv-68064-ER |
|     Plaintiff | (U.S.D.C. Pennsylvania-Eastern) |
| | |
| VERSUS | C.A. No.: 3:10-cv-00164-JVP-DLD |
| | (U.S.D.C. Louisiana-Middle) |
| DSM COPOLYMER, ET AL. | |
|     Defendant | |

**BASF CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant, BASF Corporation, which files the following Corporate Disclosure Statement. BASF Corporation is a wholly owned subsidiary of BASF Americas Corporation. BASF Americas Corporation is a wholly-owned subsidiary of BASFIN Corporation. BASF Corporation, BASF Americas Corporation, and BASFIN Corporation are all Delaware corporations. BASFIN Corporation is a majority owned subsidiary of BASF Nederland BV, a Dutch limited liability company, which in turn is a wholly-owned subsidiary of BASF SE (Societas Europaea – "SE"), a publicly-traded European Company. BASF Corporation, BASF Americas Corporation, BASFIN Corporation and BASF Nederland BV are not publicly held.

Respectfully submitted:

/s Sarah K. Weissman
Gary A. Bezet, Trial Attorney (#3036)
Gayla M. Moncla (#19713)
Barrye Panepinto Miyagi (#21794)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Janice M. Culotta (#23460)
Carol L. Galloway (#16930)
Allison N. Benoit (#29087)
Sarah K. Weissman (#32763)
KEAN MILLER LLP
400 Convention Street, Suite 700
II City Plaza
P. O. Box 3513
Baton Rouge, LA 70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
***Attorneys for Defendants BASF Corporation, Exxon Corporation, Georgia-Pacific LLC, and Texaco Inc., f/k/a The Texas Company, erroneously named as "The Texas Company, f/k/a Texaco, Inc."***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the Clerk of the Panel and on all parties by the Court's electronic filing system (CM/ECF), which will send a notice of electronic filing to all known counsel of record.

Baton Rouge, Louisiana this 19th day of October, 2012.

/s Sarah K. Weissman
Sarah K. Weissman (#32763)
Sarah.Weissman@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
II City Plaza
P. O. Box 3513

Baton Rouge, LA  70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133