UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| JOSEPH A. ARDOIN, JR.<br>       Plaintiff | C.A. No.: 2:10-cv-68064-ER<br>(U.S.D.C. Pennsylvania-Eastern) |
| VERSUS | C.A. No.: 3:10-cv-00164-JVP-DLD<br>(U.S.D.C. Louisiana-Middle) |
| DSM COPOLYMER, ET AL.<br>       Defendant | |

**GEORGIA-PACIFIC LLC'S CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant, Georgia-Pacific LLC, which files the following Corporate Disclosure Statement.  Defendant, Georgia-Pacific LLC, hereby states that Georgia-Pacific LLC is a Delaware limited liability company.  Georgia-Pacific LLC is wholly owned by Georgia-Pacific Holdings, LLC, a Delaware limited liability company.  Also, no publicly held corporation owns ten percent (10%) or more of Georgia-Pacific LLC's stock.

       Respectfully submitted:

       /s Sarah K. Weissman
       Gary A. Bezet, Trial Attorney (#3036)
       Gayla M. Moncla (#19713)
       Barrye Panepinto Miyagi (#21794)
       Robert E. Dille (#23037)
       Gregory M. Anding (#23622)
       Janice M. Culotta (#23460)
       Carol L. Galloway (#16930)
       Allison N. Benoit (#29087)
       Sarah K. Weissman (#32763)
       KEAN MILLER LLP
       400 Convention Street, Suite 700

II City Plaza
P. O. Box 3513
Baton Rouge, LA  70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

***Attorneys for Defendants BASF Corporation, Exxon Corporation, Georgia-Pacific LLC, and Texaco Inc., f/k/a The Texas Company, erroneously named as "The Texas Company, f/k/a Texaco, Inc."***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the Clerk of the Panel and on all parties by the Court's electronic filing system (CM/ECF), which will send a notice of electronic filing to all known counsel of record.

Baton Rouge, Louisiana this 19th day of October, 2012.

/s Sarah K. Weissman
Sarah K. Weissman (#32763)
Sarah.Weissman@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
II City Plaza
P. O. Box 3513
Baton Rouge, LA  70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133