UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS | |
| LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |
| | |
| JOSEPH A. ARDOIN, JR. | C.A. No.: 2:10-cv-68064-ER |
|     Plaintiff | (U.S.D.C. Pennsylvania-Eastern) |
| | |
| VERSUS | C.A. No.: 3:10-cv-00164-JVP-DLD |
| | (U.S.D.C. Louisiana-Middle) |
| DSM COPOLYMER, ET AL. | |
|     Defendant | |

### DEFENDANTS' NOTICE OF WITHDRAWAL OF CORPORATE DISCLOSURES

NOW INTO COURT, through undersigned counsel, come Defendants, BASF Corporation, Georgia-Pacific LLC, and Texaco Inc., f/k/a The Texas Company, erroneously named as "The Texas Company, f/k/a Texaco, Inc." (collectively referred to as "Defendants") who submit this Notice of Withdrawal of Corporate Disclosures, Document Nos. 7 (MDL No. 9047), 9 (MDL No. 9049), and 10 (MDL No. 9050). The reason for the withdrawal was that parent companies were not correctly indicated during the online filing process. Defendants will re-file amended corporate disclosures.

                                                Respectfully submitted:

                                                /s Sarah K. Weissman
                                                Gary A. Bezet, Trial Attorney (#3036)
                                                Gayla M. Moncla (#19713)
                                                Barrye Panepinto Miyagi (#21794)
                                                Robert E. Dille (#23037)
                                                Gregory M. Anding (#23622)
                                                Janice M. Culotta (#23460)
                                                Carol L. Galloway (#16930)
                                                Allison N. Benoit (#29087)
                                                Sarah K. Weissman (#32763)

KEAN MILLER LLP
400 Convention Street, Suite 700
II City Plaza
P. O. Box 3513
Baton Rouge, LA  70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
***Attorneys for Defendants BASF Corporation, Exxon Corporation, Georgia-Pacific LLC, and Texaco Inc., f/k/a The Texas Company, erroneously named as "The Texas Company, f/k/a Texaco, Inc."***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on the Clerk of the Panel and on all parties by the Court's electronic filing system (CM/ECF), which will send a notice of electronic filing to all known counsel of record.

Baton Rouge, Louisiana this 19th day of October, 2012.

/s Sarah K. Weissman
Sarah K. Weissman (#32763)
Sarah.Weissman@keanmiller.com
KEAN MILLER LLP
400 Convention Street, Suite 700
II City Plaza
P. O. Box 3513
Baton Rouge, LA  70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133

3300697                                    2