BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI) ) | MDL DOCKET NO. 875 |

This document relates to:

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BILLY DAVID HARRIS and ROBIN L. ) HARRIS, Spouse, ) ) Plaintiffs, ) v. ) ) AJAX BOILER, INC, Individually and as ) successor-in-interest to AJAX BOILER ) AND HEATER COMPANY; et al., ) ) Defendants. ) ) | WDNC File No. 1:12-cv-00311 |

## PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (539)

Plaintiffs, Billy David Harris and Robin L. Harris, his spouse, by and through undersigned counsel, submits this Brief in Support of their Objection and Motion to Vacate Conditional Transfer Order (539) (hereinafter "CTO") pursuant to Rules of Procedure of the Judicial Panel on Multidistrict Litigation Rule 7.4(d). Plaintiffs respectfully request that the Panel vacate its CTO and remand the above-captioned case to the United States District Court for the Western District of North Carolina, and in support state:

On October 1, 2012, Plaintiffs filed the above-captioned matter in the District Court for the Western District of North Carolina.

1

On October 4, 2012, the Judicial Panel for Multistate Litigation issued a conditional transfer order to transfer the case to the MDL 875.

The day before the CTO was filed, however, District Court Judge Robreno filed a Second Suggestion To The Panel On Multidistrict Litigation ("The Panel") Concerning Future Tag-Along Transfers.  In His Order, Judge Robreno suggested the Panel stop transferring cases from several jurisdictions, including North Carolina.  The Court explained that because fewer than fifty cases are pending from each jurisdiction listed in the Order – including North Carolina – the Panel should cease future transfers from those jurisdictions.  A copy of the Order is attached as Exhibit 1.

Based on Judge Robreno's suggestion to the Panel, which was signed one day before the Panel filed its conditional transfer order, the transfer of this case to the MDL 875 is inappropriate.  Should the Panel agree to accept or adopt Judge Robreno's suggestion, no more cases filed in North Carolina will be transferred to the Eastern District of Pennsylvania.

Moreover, due to Mr. Harris' failing health, the parties filed an Expedited Motion to Take his Deposition Testimony Outside the Time Limits Set by Rule 26.  That Motion was filed in the Western District of North Carolina.  Judge Martin Reidinger granted Plaintiffs' Motion on October 19, 2012.  Therefore, the parties have already commenced discovery while the matter is still pending in the Western District of North Carolina. Transferring the case to the Eastern District of Pennsylvania will only serve to delay discovery already underway.

WHEREFORE, Plaintiffs respectfully request that the Judicial Panel vacate its conditional transfer order and remand the case to the District Court of the Western District of North Carolina where it was filed and allow the case to proceed in that Court.

Dated this 24th day of October, 2012.

                Respectfully submitted,

                WALLACE AND GRAHAM, P.A.

                /s/William M. Graham
                William M. Graham
                NC Bar No. 17972
                Cathy A. Williams
                NC Bar No. 33534
                WALLACE & GRAHAM, P.A.
                525 North Main Street
                Salisbury, NC 28144
                Tel. No. (704) 633-5244
                Fax: (704) 633-9434
                E-Mail: bgraham@wallacegraham.com
                E-Mail: cwilliams@wallacegraham.com

                Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 24th day of October, 2012, the foregoing Brief in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order (539) was served on the Defendants by depositing copies thereof in the United States Mail, postage prepaid, addressed to the Defendants as follows:

Ajax Boiler, Inc., Individually and as successor-in-interest to Ajax Boiler and Heater Company
c/o Jane Terry
2701 S. Harbor Blvd
Santa Ana, CA 92704

American Standard, Inc.; F/K/A American Radiator & Standard Sanitary Manufacturing Company
CT Corporation System
150 Fayetteville St
Box 1011
Raleigh, NC 27601

Ametek, Inc., Individually and as Successor-In-Interest to Hercules, Inc., Successor-In-Interest to Hercules Powder Company, Successor-In-Interest to Haveg Industries, Inc., Successor by Merger to Haveg Corporation;
455 Corporate Blvd.
Newark, DE 19702
*and*
42 Mountain Ave.
Nesquehoning, PA 18240

Armstrong International, Inc.
David Dykstra, Registered Agent
900 Maple St.
Three Rivers, MI 49093

Burnham Corporation, Individually and as successor-in-interest to Kewanee Boiler Corporation
ATTN: Albert Morrison, President
P.O. Box 3205
1241 Harrisburg Ave.
Lancaster, PA 17604
*and*
Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

Cleaver Brooks, Inc., Individually And as Successor-In-Interest to AquaChem and Nebraska Boiler Division
11950 W Lake Park Dr
Milwaukee, WI 53224

Champlain Cable Company, Individually and as Successor-In-Interest to Hercules, Inc., Individually and as Successor-In-Interest to Haveg Industries, Inc.
175 Hercules Drive
Colchester, VT 05446

Crane Co.
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Crane Co., Individually and as Successor-In-Interest to National U.S. Radiator
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Crane Co., Individually and as Successor-In-Interest Pacific Steel Boiler
Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Foster-Wheeler Energy Corporation
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Georgia-Pacific, LLC, Individually and as Successor-In-Interest to Georgia Pacific Corporation
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Hajoca Corporation
Corporation Service Company
327 Hillsborough Street
Raleigh, NC  27603

Hercules, Inc., Individually and as Successor-In-Interest to Hercules Powder Company, Successor-In-Interest to Haveg Industries, Inc., Successor by Merger to Haveg Corporation
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

Ingersoll-Rand Company
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

John Crane Co.
CT Corporation System
150 Fayetteville St.
Box 1011
Raleigh, NC 27601

Oakfabco, Inc., Individually and as Successor-In-Interest to Kewanee Boiler Corporation
Frederick Stein, President
1 Lincoln Center
Suite 1100
Oak Bridge Terrace, IL 60181

Riley Power, Inc, Individually and as Successor-In-Interest to Babcock Borsig Power, Inc. and
    Riley Stoker Corporation, Individually and as Successor-In-Interest to D.B. Riley
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Spirax Sarco Company, Inc., Individually and as Successor-In-Interest to Sarco Company, Inc.
1150 Northpoint Blvd.
Blythewood, SC 29016

Trane U.S. Inc., f/k/a American Standard Inc.
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Trane U.S., Inc., as Successor-In-Interest to American Radiator and Standard Sanitary
    Corporation
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Union Carbide Corporation
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Weil-McLain, Inc.
Corporate Headquarters:
500 Blaine St
Michigan City, IN 46360

Yarway Corporation
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

Zurn Industries Individually and as successor-in-interest to Erie City Iron Works
CT Corporation System
150 Fayetteville St Box 1011
Raleigh, NC 27601

                                              /s/William M. Graham_____
                                              William M. Graham
                                              WALLACE and GRAHAM, P.A.