BEFORE THE UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)　　　　　CIVIL ACTION NO. MDL 875

This document relates to the following plaintiff:

JOSEPH A. ARDOIN, JR.　　　　　　　　　C.A. No.: 2:10-cv-68064-ER
　　Plaintiff　　　　　　　　　　　　　　(U.S.D.C. Pennsylvania-Eastern)

VERSUS　　　　　　　　　　　　　　　　　C.A. No.: 3:10-cv-00164-JVP-DLD
　　　　　　　　　　　　　　　　　　　　(U.S.D.C. Louisiana-Middle)

DSM COPOLYMER, ET AL.
　　Defendant

**MOTION TO VACATE CONDITIONAL REMAND ORDER**

　　Defendants, BASF Corporation, Exxon Mobil Corporation, Georgia-Pacific LLC, and Texaco Inc., f/k/a The Texas Company, erroneously named as "The Texas Company, f/k/a Texaco, Inc." (collectively referred to as "Defendants") submit this Motion to Vacate this Court's Conditional Remand Order, Document 9004, objecting to the remand of this case under Rule 10.3 of the Rules of Procedure Judicial Panel Multidistrict Litigation. The reasons supporting this motion are found in the accompanying memorandum in support.

　　WHEREFORE, Defendants pray that this Court grant its Motion to Vacate, thereby vacating this Court's prior conditional remand order, preventing the transfer of this matter for trial.

Respectfully submitted:

/s Sarah K. Weissman
Gary A. Bezet, Trial Attorney (#3036)
Gayla M. Moncla (#19713)
Barrye Panepinto Miyagi (#21794)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Janice M. Culotta (#23460)
Carol L. Galloway (#16930)
Allison N. Benoit (#29087)
Sarah K. Weissman (#32763)
KEAN MILLER LLP
400 Convention Street, Suite 700
II City Plaza
P. O. Box 3513
Baton Rouge, LA  70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
*Attorneys for Defendants BASF Corporation, Exxon Corporation, Georgia-Pacific LLC, and Texaco Inc., f/k/a The Texas Company, erroneously named as "The Texas Company, f/k/a Texaco, Inc."*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all parties by the Court's electronic filing system (CM/ECF), which will send a notice of electronic filing to all known counsel of record.

Baton Rouge, Louisiana this 24th day of October, 2012.

/s Sarah K. Weissman
Sarah K. Weissman (#32763)
Sarah.Weissman@keanmiller.com