IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Consolidated Under MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS | |
| v. | Cases from various districts Listed for status and scheduling conferences on July 21, 2010 |
| VARIOUS DEFENDANTS | |

O R D E R

AND NOW, the 9th day of **August, 2010**, it is hereby ORDERED that, in the cases listed in exhibit "A", attached:

1. All discovery must be completed by: **December 7, 2010**.

2. Plaintiff's expert reports must be served by: **January 6, 2011**.

3. Defendant's expert reports must be served by: **February 5, 2011**.

4. Rebuttal expert reports must be served by: **February 20, 2011**.

5. Any dispositive motions must be filed by: **March 22, 2011**.

6. Responses to dispositive motions must be filed by: **April 21, 2011**.

7. Replies to responses to dispositive motions, if any, must be filed by: **June 6, 2011**.

**EXHIBIT 1**

8.  A status conference will be held in this case on Tuesday, June 14, 2011 at 9:00 am, Courtroom 11A, 601 Market Street, Philadelphia, PA 19106.

AND IT IS SO ORDERED.

_____

EDUARDO C. ROBRENO, J.

8/12/10

### Exhibit "A"

Jack Byars - 08-85883

Willie Gladwell - 08-85796

Lloyd Overton - 08-85973

Charles Brunell - 08-85610

| | | |
|---|---|---|
| Brown | Oliver | 10-60090 |
| Kollar | Myrtes Faye | 10-61097 |
| Spellman | Roma | 10-61102 |
| Demoss | Maria Elena | 10-61105 |
| Maeser | Paul | 10-61106 |
| Allen | Samuel | 10-61108 |
| Tafoya | Susan | 10-61138 |
| Kelly | Donna Jean | 10-61308 |
| Eisler | Leroy | 10-64592 |
| Moore | Ken | 10-64601 |
| Dalton | Tommy | 10-64603 |
| Dalton | Tommy | 10-64604 |
| Lewis | Thomas & Elizabeth | 10-64625 |
| Hill | Betty S. | 10-64607 |
| Dion | Christine M. | 10-64681 |
| Dion | Christine M. | 10-64682 |
| Dion | Christine M. | 10-64683 |
| Brindowski | Ervin And Alice | 10-64684 |
| Brindowski | Ervin And Alice | 10-64685 |
| Torres | Frank | 10-67118 |
| Gregory | Charles & Karen | 10-67144 |
| Rienlets | Helena | 10-67146 |
| Rieniets | Helena | 10-67417 |
| Kovary | Maria | 10-00494 (illegible) |
| Houchin | Dr. Robert & James L | 10-67418 |
| Lambase | John | 10-67419 |
| Shropshire | Robin | 10-67420 |

| | | |
|---|---|---|
| Culver | Timothy | 10-67421 |
| Bullion | Robert P. | 10-67424 |
| Bouchillon | James & Joann | 10-67427 |
| Jammie | Tyndall | 10-67428 |
| Cucksey | Charles V. | 10-67997 |
| Heany | Patrick P. & Florence | 10-67998 |
| Defalco | Vincent & Armeda | 10-67999 |
| Behrend | Rudolph W. | 10-68000 |
| Marino | Simone R. & Maryann | 10-68001 |
| O'Connell | Charles & Jennie | 10-68003 |
| Decaires | Michael | 10-68004 |
| Lendermer | William I. & Joan | 10-68005 |
| Ferken | Frederick & Corinne | 10-68006 |
| Corona | Eugene A. & Patricia | 10-68007 |
| Hesse | James G. & Mary | 10-68008 |
| Goding | William & Dorothy | 10-68012 |
| Borentz | Eugene C. & Mabel | 10-68026 |
| Young, Sr | Rickey | 10-68052 |
| Bangaoil | Jimmy & Erlinda | 10-68055 |
| Boyd | William | 10-68059 |
| Holmgren | John | 10-68060 |
| Pendergast | Linda L. | 10-68061 |
| Aragon, Jr | Joseph A. | 10-68064 |
| Neff | Gary | 10-68523 |
| Gream | Horace | 10-68524 |
| Johnson | Dennis | 10-68525 |

| | | |
|---|---|---|
| Dunbar | Bruce | 10-68526 |
| Mach | Stanley | 10-68528 |
| Brinker | Daniel | 10-68529 |
| Bludworth | John | 10-68527 |
| Woodall, Jr. | Martin Randall | 10-69358 |
| Schwab | Roger | 10-69366 |
| Beuning | Marvin | 10-69367 |
| Hart | Thomas | 10-69368 |
| Piner | Elnora | 10-69370 |
| Krieger | Johanna | 10-69373 |
| Zema | Joanne L | 10-69374 |
| Iorlano | Ralph | 10-69375 |
| Cavanagh | Paul | 10-69376 |
| Itturrino | Rachada S | 10-69377 |
| Wimberly | Charles | 10-69378 |
| Floyd | Bobby | 10-69379 |
| O'Neil | Gloria Fanous | 10-69381 |
| Langlois | Michael | 10-69385 |
| Salamante | Nola | 10-69386 |
| Smith | Kathleen | 10-69388 |
| Yazzie | Benson | 10-69392 |
| White | Tom | 10-69393 |
| Estudillo | Robert | 10-69394 |
| Wyatt | Bethal | 10-69395 |
| Sandoval | George | 10-69396 |

**MAILED:**

| | | |
|---|---|---|
| ADAM MARTIN | HEATHER NEUBAUER | NOAH GREEN |
| ADAM WARDEN | IVOR SAMSON | NORA GIERKE |
| ALAN BRAYTON | J. WOOD | PAUL HOFMANN |
| ALEXANDRA MCLEOD | JACK REITER | PAUL SHAKESPEAR |
| ANDREW MAESTRI | JAMES DENIS | PETER NAVARRO |
| ANDREW GETTINGER | JAMES PARKER | PRESCOTT LITTLEFIEL |
| ANNE CRUZ | JAMES SHEARIN | REED SLATAS |
| ANTHONY UPSHAW | JAN SWENSEN | RHONDA WARE |
| BOBBIE BAILEY | JASON HENDERSON | RICHARD AMES |
| BRADLEY SCHWER | JASON LUCKASEVIC | RICHARD BRODY |
| BRENDAN TUOHY | JAYME LONG | RICHARD FUEYO |
| BRET GAINSFORD | JENNIFER BARTLETT | ROBERT CALDWELL |
| BRETT LARSEN | JESSICA DEGROOTE | ROBERT COCKREN |
| BRETT STEINBERG | JO ANN LEA | ROBERT GREENLEE |
| BROOKE EHRLICH | JODY KAHN | ROBERT MCCOY |
| CARA CERASO | JOHN BRYDON | ROBERT RYDER |
| CARMEN ANDERSON | JOHN BUCHAN | RONALD EDDINS |
| | JOHN FRANKE | ROY WAGNER |
| CATHERINE MCCORMACK | JOHN KENRICK | SARAH PAGELS |
| CECIL CRAIN | JOHN SCHULTZ | SCOTT COOK |
| CHARLES LAMBERT | JONATHAN HOLLINGSHE | SHANE YOUTZ |
| CHARLES PARK | JONATHAN INGRISANO | SHARON NEIBERG |
| CHRISTIAN HARTLEY | JORDAN BLUMENFELD | STEPHANIE HINGLE |
| CHRISTINE HUNTOON | JOSEPH DUFFY | STEPHEN CARLSON |
| CHRISTOPHER PLACITELLA | JUAN RAMIREZ | STEPHEN COPENHAVER |
| CONSUELO WALLEY | JULES LEBLANC | STEPHEN DELSOLE |
| CRAIG WINTERMAN | KARLEEN MURPHY | STEVEN GUINN |
| DANIEL KELLER | KAY BAXTER | STEVEN MCEVOY |
| DANIEL MANNA | KENNETH COSTA | TERRI PARKER |
| DANIEL MOLONY | KENNETH ROBERTS | THOMAS GONZALEZ |
| DANIEL NOONAN | KENT HAMMOND | THOMAS GOSS |
| DAVID JOHNSON | KRISTIE TAPPAN | THOMAS MORTIMER |
| DAVID JONES | LAUREL HALBANY | THOMAS SATTLER |
| DAVID MORRIS | LEWIS KAHN | THOMAS SCHRIMPF |
| DENNIS WATSON | LOIS FRANKFORTE | THOMAS TARANTO |
| DEREK JOHNSON | MARCIA DAVIS | TRAVIS HILKA |
| DREW BURFORD | MARISA DONDLINGER | TYSON GAMBLE |
| DUSTIN BECKLEY | MARK LONGUA | VALERIE SHEA |
| E. SIBBERNSEN | MARK MARDER | VANTHARA MEAK |
| EDWARD HUGO | MATTHEW CLARK | VINCENT ERRANTE |
| ERIC FREEMAN | MICHAEL ARMITAGE | W. TORNEHL |
| EVAN SCHWAB | MICHAEL BARTLEY | WILLARD MOODY |
| FRANCIS POND | MICHAEL CLAYTON | WILLIAM CROKE |
| FRANK HERSCHAN | MICHAEL MCCALL | WILLIAM HAKE |
| GEORGE CAPPIELLO | MICHAEL PIETRYKOWS | WILLIAM MCCUE |
| GLENN SWETMAN | MICHAEL SENSOR | WILLIAM THORPE |
| GREGORY STAMOS | MICHELE BARNES | |
| HALLIE ALBERT | MICHELLE WEATHERS | |

**E-MAILED:**

| | | |
|---|---|---|
| AARON BERNDT | GONEN HAKLAY | MELISSA OLSON |
| ALEX TORIBIO | GREGORY ANDING | MICHAEL BOLAND |
| ALICE JOHNSTON | GREGORY LYONS | MICHAEL DRUMKE |
| ALISON O'NEAL | GREGORY MAXWELL | MICHAEL HAMILTON |
| ALLISON BENOIT | GUS SUAREZ | MICHAEL HERMANN |
| ALLISON MULLINGS | GUY STILSON | MICHAEL HOLT |
| AMARA MEROCCHINO | H. HORNE | MICHAEL KARATOV |

E-MAILED (con't):

| | | |
|---|---|---|
| AMIEL GROSS | HAROLD LAWLOR | MICHAEL MILLS |
| ANDREW MCELANEY | HAROLD MORLAN | MICHAEL SIMONS |
| ANN HARPER | HECTOR SANDOVAL | MICHAEL ZUKOWSKI |
| ANTHONY BROSAMLE | HELAINE GOODNER | MOFFATT MCDONALD |
| ANTHONY HAYES | HENRY ROME | NAIRI PATERSON |
| ARABELLE APORTADERA | HENRY SALAS | NATALIA MEDINA |
| ARPI GALFAYAN | HILLARY HUTH | NATHANIEL BOSIO |
| B HAYS | HUGH TURNER | NATHANIEL CADE |
| BARRYE MIYAGI | J. RILEY | NEAL GLENN |
| BERANTON WHISENANT | JACK ANGARAN | NEIL LEIFER |
| BETH VALOCCHI | JAMES BECKER | NICHOLAS SKILES |
| | JAMES BOLIN | NICKOLAS BERRY |
| BRADFORD DEJARDIN | JAMES CUNNINGHAM | PATRICIA EBERWINE |
| BRENDA GODFREY | JAMES DILORENZO | PATRICIA TYMINSKI |
| BRENT SWANSON | JAMES ELLIOTT | PATRICK BUCHANAN |
| BRIEN MCMAHON | JAMES FERRARO | PAUL BRADLEY |
| BRYNA MISIURA | JAMES GANDY | PAUL JOHNSON |
| C EVERT | JAMES GEMPELER | PAUL WHITE |
| CARLA CROCHET | JAMES NIQUET | PETER FROMMER |
| CAROL GALLOWAY | JAMES OSWALD | PETER LANGBORD |
| CAROL ZUCKERMAN | JAMES SCADDEN | PETER MELARAGNO |
| CARRIE LIN | JANA FRIED | PETER SANTOS |
| CARTER LAMBETH | JANICE CULOTTA | PREVIN WICK |
| CATHERINE MOHAN | JASON RUBIN | REBECCA KIBBE |
| CHARLES BISHOP | JASON SHIPP | RICHARD DIGHELLO |
| CHARLES STORER | JEFF WHITFIELD | RICHARD GRANT |
| CHARLES SHEEHAN | JEFFREY MARLIN | RICHARD LAUTH |
| CHARLES SHELDON | JENNIFER HATCH | ROBERT BYSTROWSKI |
| CHARLES SPRINKLE | JENNIFER TECHMAN | ROBERT DILLE |
| CHRISTOPHER BANASZAK | JILL FELKINS | ROBERT LOVETT |
| CHRISTOPHER COLLINGS | JOHN CONLEY | ROBERT LUDLUM |
| CHRISTOPHER KNIGHT | JOHN GEIDA | ROBERT MERIWETHER |
| CHRISTOPHER KOZAK | JOHN HAINKEL | ROBERT NELDER |
| CHRISTOPHER MASSENBURG | JOHN HERRICK | ROBERT NORTON |
| CHRISTOPHER MCGOWAN | JOHN HOWARTH | ROBERT THACKSTON |
| CLARE MAISANO | JOHN JANOFSKY | ROBERT WILKINSON |
| CLARKE STURGE | JOHN LAFFEY | ROGER GORDON |
| CONSTANCE FRAENKEL | JOHN MCMEEKIN | RONALD COX |
| CRAIG MAEL | JOHN ROONEY | RONALD TAYS |
| CY GOLDBERG | JOHN SEIPP | RUSSELL GIANCOLA |
| DAN LABELLE | JOHN SHIMADA | RYAN KUJAWSKI |
| DANIEL CASEY | JOHN SON | SAMUEL ROSAMOND |
| DANIEL ELGER | JOHN TURLIK | SANDRA GRYDER |
| DANIEL GARCIA | JOHN WALLACE | SARAH O'LEARY |
| DANIEL KELLER | JONATHAN PARSHALL | SETH CURTIS |
| DANIEL LARSEN | JONATHAN TABASKY | SHARON SOLINSKY |
| DANIEL O'SHEA | JORDAN KIRBY | SONJA BLOMQUIST |
| DAVID BIDERMAN | JOSEPH RHODES | STACEY VERNALLIS |
| DAVID DONADIO | JOSHUA AUXIER | STEPHANIE FLYNN |
| DAVID JAGOLINZER | JOSHUA JOHANNINGM | STEPHEN BRANDENBUR |
| DAVID NELSON | JOSHUA LEE | STEPHEN FISHBACK |
| DAVID TRAYLOR | JULIA BECKLEY | STEVEN EDELSTEIN |
| DAWN PETROF | JULIA GOWIN | STEVEN HWANG |
| DEBORAH KUCHLER | JULIE FEIGELES | STUART COHEN |
| DEMETRIOS ZACHAROPOU | JULIE TORRES | SUSAN COLE |
| DENNIS VALENZA | KAREN CHEDISTER | SUSAN MEHRINGER |
| DIANA JACOBS | KAREN WAPLE | SUSANNE ARANI |

**E-MAILED (cont'd:**

| | | |
|---|---|---|
| DIANE GORCZYCA | KATHARINE MAYER | TANYA LAWSON |
| DONALD KINSLEY | KATHERINE GARDINER | THEODORE CORDERY |
| DONALD PARTRIDGE | KATHERINE SPITZ | THOMAS CLARK |
| DONALD REID | KATHLEEN EBRAHIMI | THOMAS GILLIGAN |
| DUNCAN LEMMON | KATHLEEN LABARGE | THOMAS MAXWELL |
| DUSTIN PARRIS | KEITH AMEELE | THOMAS MOSES |
| EDWARD BRISCOE | KENNETH MROZ | THOMAS VAUGHN |
| EDWARD HEARN | KEVIN JAMISON | THOMAS WHITE |
| EDWARD LOW | KEVIN MCCAFFREY | TIFFANY DICKENSON |
| EDWARD MARTINOVIC | KIP HARBISON | TIMOTHY BOUCH |
| EDWARD ULLOA | KYLE MANSFIELD | TIMOTHY PECK |
| ELIA DIAZ-YAEGE | LAWRENCE COCO | TIMOTHY WALSH |
| ELIZABETH HUYNH | LIANE BINOWITZ | TRACY TOMLIN |
| ERIC THOMPSON | LISA OBERG | TREVOR WILL |
| ERICA CLINE | LISA RAUCH | V. BEVON |
| ERIN GOLEMBIEWS | LONNA CARTER | VERESA ADAMS |
| EVELYN DAVIS | LORI ROVNER | VERNICE LOUIE |
| F. M. DRIDGE | LUCIA PAZOS | VINCENT BENNETT |
| FELICIA PENG | M. SMITH | VIONNE DOUGLAS |
| FRANCES SPINELLI | MARC BRAINICH | VIRGINIA JOHNSON |
| FRANCES SPINTHOURA | MARCY CROFT | W. MCVEA |
| FRANCIS HADDEN | MARK DES ROCHER | WHITNEY DAVIS |
| FRANK POND | MARK KURZ | WILLIAM BRASHER |
| FRANK SIOLI | MARK WALL | WILLIAM CONNER |
| GARY BEZET | MARSAD QURAISHI | WILLIAM GAVIN |
| GAYLA MONCLA | MATTHEW RIFINO | WILLIAM KUZMIN |
| GEOFFREY SQUITIERO | MATTHEW ZAMALOFF | WILLIAM MURRAY |
| GEORGE INABINET | MEADE MITCHELL | ZANDRA JOHNSON |
| GEORGE YARON | MELANIE CHENG-TIMS | |
| GLEN POWELL | MELISSA BADGETT | |