## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)          CIVIL ACTION NO. MDL 875

This document relates to the following plaintiff:

**JOSEPH A. ARDOIN, JR.**                  **C.A. No.: 2:10-cv-68064-ER**
    **Plaintiff**                              **(U.S.D.C. Pennsylvania-Eastern**)

**VERSUS**                                 **C.A. No.: 3:10-cv-00164-JVP-DLD**
                                           **(U.S.D.C. Louisiana-Middle**)

**DSM COPOLYMER, ET AL.**
    **Defendant**

## PROOF OF SERVICE

    I hereby certify that a copy of the foregoing Motion to Vacate, Memorandum in Support, along with all exhibits thereto, was served on all parties of record in this action by the Court's electronic filing system (CM/ECF), which will send a notice of electronic filing to all known counsel of record.

    Baton Rouge, Louisiana this 24th day of October, 2012.

                                                      /s Sarah K. Weissman
                                                      Sarah K. Weissman (#32763)
                                                      Sarah.Weissman@Keanmiller.com

3308049