BEFORE THE UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI) | CIVIL ACTION NO. MDL 875 |

This document relates to the following plaintiff:

| | |
|---|---|
| **JOSEPH A. ARDOIN, JR.**<br>    Plaintiff | C.A. No.: 2:10-cv-68064-ER<br>(U.S.D.C. Pennsylvania-Eastern) |
| **VERSUS** | C.A. No.: 3:10-cv-00164-JVP-DLD<br>(U.S.D.C. Louisiana-Middle) |
| **DSM COPOLYMER, ET AL.**<br>    Defendant | |

## REASONS WHY ORAL ARGUMENT NEED NOT BE HEARD

Defendants, BASF Corporation, Exxon Mobil Corporation, Georgia-Pacific LLC, and Texaco Inc., f/k/a The Texas Company, erroneously named as "The Texas Company, f/k/a Texaco, Inc." (collectively referred to as "Defendants") provide that pursuant to Rule 11.1(b) of the Rules of the Judicial Panel on Multidistrict Litigation, oral argument need not be heard in this matter. All issues pertinent to the Motion to Vacate were presented in the Memorandum in Support of the Motion to Vacate. Oral argument would not significantly aid the decisional process.

Wherefore, Defendants pray that this Court find that oral argument is not needed in this matter and thereafter grant the Defendants Motion to Vacate the Conditional Remand Order.

Respectfully submitted:

/s Sarah K. Weissman
Gary A. Bezet, Trial Attorney (#3036)
Gayla M. Moncla (#19713)
Barrye Panepinto Miyagi (#21794)
Robert E. Dille (#23037)
Gregory M. Anding (#23622)
Janice M. Culotta (#23460)
Carol L. Galloway (#16930)
Allison N. Benoit (#29087)
Sarah K. Weissman (#32763)
KEAN MILLER LLP
400 Convention Street, Suite 700
II City Plaza
P. O. Box 3513
Baton Rouge, LA  70821
Telephone: (225) 387-0999
Facsimile: (225) 388-9133
***Attorneys for Defendants BASF Corporation, Exxon Corporation, Georgia-Pacific LLC, and Texaco Inc., f/k/a The Texas Company, erroneously named as "The Texas Company, f/k/a Texaco, Inc."***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all parties by the Court's electronic filing system (CM/ECF), which will send a notice of electronic filing to all known counsel of record.

Baton Rouge, Louisiana this 24th day of October, 2012.

/s Sarah K. Weissman
Sarah K. Weissman (#32763)
Sarah.Weissman@keanmiller.com