BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                  MDL NO. 875

## SCHEDULE FOR MOTION TO VACATE

| TRANSFEREE<br>DIST DIV. C.A.NO. | TRANSFEROR<br>DIST DIV. C.A.NO. | CASE CAPTION |
|---|---|---|
| PAE 2 10−68064<br>Judge Eduardo Robreno, Jr. | LAM 3 10−00164<br>Judge John V. Parker | JOSEPH ARDOIN v. DSM COPOLYMER, INC., ANCO INSULATIONS, INC., THE MCCARTY CORPORATION, ROYAL INDEMNITY CORPORATION, GABLER INSULATIONS, INC., ENTERGY GULF STATES LOUISIANA, LLC, FORT JAMES CORPORATION, EXXON MOBIL CORPORATION, GEORGIA-PACIFIC, LLC, BASF CORPORATION, TEXACO INC. F/K/A THE TEXAS COMPANY, GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, THE ETHYL CORPORATION, OWENS-ILLINOIS, INC., UNIROYAL, INC., COMMERCIAL UNION INS. CO., NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA, LEXINGTON INSUANCE COMPANY, TRAVELERS INDEMNITY COMPANY, NEWARK INS. CO., WESTCHESTER FIRE INS. CO., ZURICH INS. CO., LIBERTY MUTUAL INS. CO., BITUMINOUS INS. CO., TRAVELERS, INS. CO., RILEY POWER, INC.,  UNION CARBIDE, CORP., GENERAL REFRACTORIES CO., ZURN INDUSTRIES, LLC, AQUA-CHEM, INC., CRANE CO., DANA CORPORATION, CEERTAINTEED |

3308003

                                        CORPORATION, SEVILLE, INC.,
                                        TURNER INDUSTRIES GROUP,
                                        LLC, SHELL OIL COMPANY,
                                        SHELL CHEMICAL, LP,  AND
                                        MONOCHEM, INC.

3308003