## United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:10-cv-68064-ER

ARDOIN v. DSM COPOLYMER, INC. et al
Assigned to: HONORABLE EDUARDO C. ROBRENO
Case in other court: LA-M, 10-00164
Cause: 28:1332 Diversity-Asbestos Litigation

Date Filed: 05/17/2010
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**JOSEPH A ARDOIN, JR.**  represented by  **LINDSEY GOLDSTEIN**
BARON & BUDD, P.C.
3102 OAK LAWN AVENUE
THE CENTRUM, STE. 1100
DALLAS, TX 75219-4281
214-521-3605
Email: lgoldstein@baronbudd.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**TIFFANY DICKENSON**
BARON BUDD PC
3102 OAK LAWN AVE STE 1100
DALLAS, TX 75219
214-521-3605
Email: tnewlin@baronbudd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CHRISTOPHER C. COLLEY**
BARON & BUDD PC
3102 OAKLAWN AVENUE
SUITE 1100
DALLAS, TX 75219
214-521-3605
Email: ccolley@baronbudd.com
*ATTORNEY TO BE NOTICED*

**JO ANN LEA**
BARON & BUDD PC
9015 BLUEBONNET BOULEVARD
BATON ROUGE, LA 70810
*ATTORNEY TO BE NOTICED*

**JULES BURTON LEBLANC , IV**
3102 OAK LAWN AVE, STE 1100
DALLAS, TX 75219
*ATTORNEY TO BE NOTICED*

        **MICHAEL S. MILLS**
BARON & BUDD PC
3102 OAK LAWN AVE STE 1100
DALLAS, TX 75219
214-521-3605
Email: mmills@baronbudd.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **DSM COPOLYMER, INC.**<br>*TERMINATED: 01/19/2011* | represented by | **ALLISON NAQUIN BENOIT**<br>KEAN MILLER HAWTHORNE D'ARMOND<br>ONE AMERICAN PLACE 22ND FL<br>POBOX 3513<br>BATON ROUGE, LA 70821-3513<br>225-389-3746<br>Fax: 225-215-4142<br>Email: allison.benoit@keanmiller.com<br>*TERMINATED: 01/19/2011* |

        **BARRYE PANEPINTO MIYAGI**
KEAN MILLER HAWTHORNE D'ARMOND
ONE AMERICAN PL 22ND FL
POBOX 3513
BATON ROUGE, LA 70821-3513
Email: barrye.miyagi@keanmiller.com
*TERMINATED: 01/19/2011*

        **CAROL L. GALLOWAY**
KEAN MILLER
301 MAIN STREET
POBX 3513
ONE AMERICAN PLACE 18TH FLOOR

BATON ROUGE, LA 70802
225-389-3715
Email: carol.galloway@keanmiller.com
*TERMINATED: 01/19/2011*

        **DAVID K. NELSON**
KEAN MILLER
POBOX 3513
ONE AMERICAN PL 18TH FL
BATON ROUGE, LA 70821-3513
225-382-3417
Email: david.nelson@keanmiller.com
*TERMINATED: 01/19/2011*

**GARY A. BEZET**
KEAN MILLER
POBOX 3513
ONE AMERICAN PL 22ND FL
BATON ROUGE, LA 70821
225-382-3407
Email: gary.bezet@keanmiller.com
*TERMINATED: 01/19/2011*

**GAYLA M. MONCLA**
KEAN MILLER HAWTHORNE
D'ARMOND
301 MAIN ST. SUITE 1800
BATON ROUGE, LA 70801
225-382-3494
Email: gayla.moncla@keanmiller.com
*TERMINATED: 01/19/2011*

**GREGORY M. ANDING**
KEAN MILLER HAWTHORNE
D'ARMOND
ONE AMERICAN PLACE 22ND FL
POBOX 3513
BATON ROUGE, LA 70821-3513
225-387-0999
Fax: 225-388-9133
Email: greg.anding@keanmiller.com
*TERMINATED: 01/19/2011*

**JANICE MARIE CULOTTA**
KEAN MILLER HAWTHORNE
D'ARMOND
P.O. BOX 3513
BATON ROUGE, LA 70821-3513
225-387-0999
Email: janice.culotta@keanmiller.com
*TERMINATED: 01/19/2011*

**ROBERT E. DILLE**
KEAN MILLER
POBOX 3513
ONE AMERICAN PL 22ND FL
BATON ROUGE, LA 70821
225-382-3462
Email: robert.dille@keanmiller.com
*TERMINATED: 01/19/2011*

**VIONNE MICHELLE DOUGLAS**
KEAN MILLER HAWTHORNE
D'ARMOND
POBOX 3513
BATON ROUGE, LA 70821-3513
225-387-0999

Email: vionne.douglas@keanmiller.com
*TERMINATED: 01/19/2011*

**Defendant**

**ETHYL CORPORATION**  represented by **DAVID M. BIENVENU , JR.**
*TERMINATED: 03/11/2011*
BIENVENU BONNECAZE
4210 BLUEBONNET BLVD
BATON ROUGE, LA 70809
225-388-5600
Email: david.bienvenu@bblawla.com
*TERMINATED: 03/11/2011*
*LEAD ATTORNEY*

**TODD S. MANUEL**
TAYLOR PORTER BROOKS & PHILLIPS
P.O. BOX 2471
BATON ROUGE, LA 70821
225-214-0415
Email: todd.manuel@taylorporter.com
*TERMINATED: 03/11/2011*

**Defendant**

**ANCO INSULATIONS, INC.**  represented by **JAMIE HEBERT BAGLIO**
DEUTSCH KERRIGAN & STILES LLP
755 MAGAZINE STREET
NEW ORLEANS, LA 70130-3672
504-581-5141
Email: jbaglio@dkslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**EXXON MOBIL CORPORATION**  represented by **ALLISON NAQUIN BENOIT**
(See above for address)
*ATTORNEY TO BE NOTICED*

**BARRYE PANEPINTO MIYAGI**
(See above for address)
*ATTORNEY TO BE NOTICED*

**CAROL L. GALLOWAY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GARY A. BEZET**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GAYLA M. MONCLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**GREGORY M. ANDING**

        (See above for address)
*ATTORNEY TO BE NOTICED*

**JANICE MARIE CULOTTA**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT E. DILLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

**VIONNE MICHELLE DOUGLAS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**OWENS-ILLINOIS, INC.**
*TERMINATED: 07/29/2011*

represented by **ANN R. CHANDLER**
FORMAN PERRY WATKINS KRUTZ TARDY LLP
200 SOUTH LAMAR ST STE 100
JACKSON, MS 39201
601-960-8600
Email: ChandlerAR@fpwk.com
*TERMINATED: 07/29/2011*

**JENNIFER MARIE STUDEBAKER**
FORMAN PERRY WATKINS KRUTZ & TARDY
200 SOUTH LAMAR ST
JACKSON, MS 39201-2131
601-960-8600
Email: studebakerjm@fpwk.com
*TERMINATED: 07/29/2011*

**Defendant**

**UNIROYAL, INC.**

**Defendant**

**EAGLE, INC.**
*TERMINATED: 04/19/2011*

represented by **SUSAN BETH KOHN**
SIMON PERAGINE
1100 POYDRAS STREET
30TH FLOOR
NEW ORLEANS, LA 70163
504-569-2030
Email: suek@spsr-law.com
*TERMINATED: 04/19/2011*

**Defendant**

**MCCARTY CORPORATION**

**Defendant**

**COMMERCIAL UNION INSURANCE**    represented by **SAMUEL MILTON ROSAMOND , III**

| | |
|---|---|
| **CORPORATION**<br>*TERMINATED: 04/19/2011* | TAYLOR WELLONS POLITZ & DUHE<br>1515 POYDRAS ST STE 1900<br>NEW ORLEANS, LA 70112<br>504-525-9888<br>Email: srosamond@twpdlaw.com<br>*TERMINATED: 04/19/2011* |

**Defendant**

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**

**Defendant**

**LEXINGTON INSURANCE COMPANY**

**Defendant**

| | | |
|---|---|---|
| **ROYAL INDEMNITY COMPANY**<br>*TERMINATED: 07/29/2011* | represented by | **LAWRENCE G. PUGH , III**<br>PUGH ACCARDO<br>1100 POYDRAS ST.<br>STE. 3200<br>NEW ORLEANS, LA 70163-3200<br>504-799-4500<br>Email: lpugh@pugh-law.com<br>*TERMINATED: 07/29/2011*<br>*LEAD ATTORNEY* |

**Defendant**

| | | |
|---|---|---|
| **TRAVELERS INDEMNITY COMPANY**<br>*TERMINATED: 04/15/2011* | represented by | **ELIA DEMETRIA DIAZ-YAEGER**<br>LUGENBUHL WHEATON PECK RANKIN & HUBBARD<br>601 POYDRAS STREET<br>SUITE 2775<br>NEW ORLEANS, LA 70130<br>504/568-1990<br>Email: ediaz-yaeger@lawla.com<br>*TERMINATED: 04/15/2011* |

**Defendant**

| | | |
|---|---|---|
| **NEWARK INSURANCE COMPANY** | represented by | **LAWRENCE G. PUGH , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**WESTCHESTER FIRE INSURANCE COMPANY**
*TERMINATED: 12/22/2010*

**Defendant**

**ZURICH INSURANCE COMPANY**

**Defendant**

**LIBERTY MUTUAL INSURANCE COMPANY**
*TERMINATED: 07/29/2011*

represented by **WILLIAM J. SOMMERS , JR.**
DUNCAN COURINGTON RYDBERG LLC
400 POYDRAS STREET
SUITE 1200
NEW ORLEANS, LA 70130
504-524-5566
Email: wsommers@duncour.com
*TERMINATED: 07/29/2011*
*LEAD ATTORNEY*

**Defendant**

**BITUMINOUS INSURANCE COMPANY**

represented by **WILLIAM J. SOMMERS , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TRAVELERS INSURANCE COMPANY**
*TERMINATED: 04/15/2011*

**Defendant**

**RILEY POWER, INC.**

represented by **JAMIE HEBERT BAGLIO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**UNION CARBIDE CORPORATION**
*TERMINATED: 07/29/2011*

represented by **MCGREADY LEWIS RICHESON**
KUCHLER POLK SCHELL WEINER & RICHESON LLC
1615 POYDRAS ST STE 1300
NEW ORLEANS, LA 70112
504-592-0691
Email: mricheson@kuchlerpolk.com
*TERMINATED: 12/09/2011*

**Defendant**

**GENERAL REFRACTORIES COMPANY**

**Defendant**

**ZURN INDUSTRIES, LLC**
*also known as*
ZURN INDUSTRIES, INC

**Defendant**

**AQUA-CHEM, INC.**

**Defendant**

**CRANE CO.**
*TERMINATED: 07/29/2011*

represented by **MICHAEL J. ZUKOWSKI**
K&L GATES

        K&L GATES CENTER
210 SIXTH AVE
PITTSBURGH, PA 15222-2613
412/355-6500
Email: michael.zukowski@klgates.com
*TERMINATED: 07/29/2011*

**W. CHARLES MCVEA**
DOGAN & WILKINSON, PLLC
734 DELMAS AVE
POBOX 1618
PASCAGOULA, MS 39568-1618
228-762-2272
Email: cmcvea@dwwattorneys.com
*TERMINATED: 07/29/2011*

**Defendant**

**INGERSOLL-RAND COMPANY**                represented by **RICHARD MUNCIE CRUMP**
*TERMINATED: 07/29/2011*                                   FORMAN, PERRY, WATKINS, KRUTZ & TARDY, PLLC
200 SOUTH LAMAR ST
CITY CENTRE BLDG STE 100
JACKSON, MS 39201
601-969-4272
Fax: 601-960-8613
Email: CRUMPRM@FPWK.COM
*TERMINATED: 07/29/2011*

**Defendant**

**DANA CORPORATION**                     represented by **JAMIE HEBERT BAGLIO**
*TERMINATED: 06/08/2011*                                   (See above for address)
*TERMINATED: 06/08/2011*

**Defendant**

**CEERTAINTEED CORPORATION**             represented by **JAMIE HEBERT BAGLIO**
*TERMINATED: 06/08/2011*                                   (See above for address)
*TERMINATED: 06/08/2011*

**Defendant**

**GABLER INSULATIONS, INC.**

**Defendant**

**SEVILLE, INC.**                        represented by **COREY M. OUBRE**
*TERMINATED: 04/04/2011*                                   DUPLASS ZWAIN BOURGEOIS PFISTER
THREE LAKEWAY CENTER 29TH FL
3838 N. CAUSEWAY BLVD
METAIRIE, LA 70001
504-832-3700
Email: coubre@duplass.com
*TERMINATED: 04/04/2011*

**Defendant**

| | | |
|---|---|---|
| **TURNER INDUSTRIES GROUP, LLC**<br>*TERMINATED: 07/29/2011* | represented by | **GREGG L. SPYRIDON**<br>SPYRIDON KOCH & PALERMO LLC<br>3838 N. CAUSEWAY BLVD.<br>STE 3010<br>METAIRIE, LA 70002<br>504-830-7801<br>Email: gspyridon@spd-law.com<br>*TERMINATED: 07/29/2011*<br>*LEAD ATTORNEY*<br><br>**JOHN M. HERKE**<br>SPYRIDON PALERMO & DORNAN<br>3838 N. CAUSEWAY BLVD<br>SUITE 3010 THREE LAKEWAY CENTER<br>METAIRIE, LA 70002<br>504-830-7800<br>Email: jherke@skpd.com<br>*TERMINATED: 07/29/2011* |

**Defendant**

| | | |
|---|---|---|
| **SHELL OIL COMPANY**<br>*TERMINATED: 07/29/2011* | represented by | **ALLISON NAQUIN BENOIT**<br>(See above for address)<br>*TERMINATED: 07/29/2011*<br><br>**BARRYE PANEPINTO MIYAGI**<br>(See above for address)<br>*TERMINATED: 07/29/2011*<br><br>**CAROL L. GALLOWAY**<br>(See above for address)<br>*TERMINATED: 07/29/2011*<br><br>**GARY A. BEZET**<br>(See above for address)<br>*TERMINATED: 07/29/2011*<br><br>**GAYLA M. MONCLA**<br>(See above for address)<br>*TERMINATED: 07/29/2011*<br><br>**GREGORY M. ANDING**<br>(See above for address)<br>*TERMINATED: 07/29/2011*<br><br>**JANICE MARIE CULOTTA**<br>(See above for address)<br>*TERMINATED: 07/29/2011*<br><br>**ROBERT E. DILLE**<br>(See above for address)<br>*TERMINATED: 07/29/2011* |

        **VIONNE MICHELLE DOUGLAS**
        (See above for address)
        *TERMINATED: 07/29/2011*

**Defendant**

**SHELL CHEMICAL LP**  represented by  **ALLISON NAQUIN BENOIT**
*TERMINATED: 07/29/2011*         (See above for address)
        *TERMINATED: 07/29/2011*

        **BARRYE PANEPINTO MIYAGI**
        (See above for address)
        *TERMINATED: 07/29/2011*

        **CAROL L. GALLOWAY**
        (See above for address)
        *TERMINATED: 07/29/2011*

        **GARY A. BEZET**
        (See above for address)
        *TERMINATED: 07/29/2011*

        **GAYLA M. MONCLA**
        (See above for address)
        *TERMINATED: 07/29/2011*

        **GREGORY M. ANDING**
        (See above for address)
        *TERMINATED: 07/29/2011*

        **JANICE MARIE CULOTTA**
        (See above for address)
        *TERMINATED: 07/29/2011*

        **ROBERT E. DILLE**
        (See above for address)
        *TERMINATED: 07/29/2011*

        **VIONNE MICHELLE DOUGLAS**
        (See above for address)
        *TERMINATED: 07/29/2011*

**Defendant**

**GEORGIA-PACIFIC LLC**  represented by  **ALLISON NAQUIN BENOIT**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **BARRYE PANEPINTO MIYAGI**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **CAROL L. GALLOWAY**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **GARY A. BEZET**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **GAYLA M. MONCLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **GREGORY M. ANDING**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **JANICE MARIE CULOTTA**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **ROBERT E. DILLE**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **VIONNE MICHELLE DOUGLAS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ENTERGY GULF STATES LOUISIANA, LLC**

**Defendant**

**BASF CORPORATION**    represented by    **ALLISON NAQUIN BENOIT**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **BARRYE PANEPINTO MIYAGI**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **CAROL L. GALLOWAY**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **GARY A. BEZET**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **GAYLA M. MONCLA**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **GREGORY M. ANDING**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **JANICE MARIE CULOTTA**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **ROBERT E. DILLE**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **VIONNE MICHELLE DOUGLAS**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**FORT JAMES CORPORATION**

**Defendant**

**GEORGIA PACIFIC CONSUMER PRODUCTS, LP**

**Defendant**

**MONOCHEM, INC.**
*TERMINATED: 03/11/2011*

**Defendant**

**THE TEXAS COMPANY**    represented by    **ALLISON NAQUIN BENOIT**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **BARRYE PANEPINTO MIYAGI**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **CAROL L. GALLOWAY**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **GARY A. BEZET**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **GAYLA M. MONCLA**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **GREGORY M. ANDING**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **JANICE MARIE CULOTTA**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

|  | **ROBERT E. DILLE**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|
|  | **VIONNE MICHELLE DOUGLAS**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**
**UNIROYAL, INC.**

**Defendant**

| **TEXACO INC., F/K/A THE TEXAS COMPANY** | represented by | **ALLISON NAQUIN BENOIT**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **GAYLA M. MONCLA**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2010 | 1 | TRANSFER ORDER NO. 766 THAT THE CLERK OF COURT IS ORDERED TO INITIATE THE PROCEDURES FOR THE TRANSFER OF MDL 875 CASES FROM THE U.S.D.C. MIDDLE DISTRICT OF LOUISIANA, IN ACCORDANCE WITH THE TERMS OF THIS COURT'S ADMINISTRATIVE ORDER NO. 11. ENTERED AND COPIES MAILED. (mima, ) (Entered: 06/01/2010) |
| 05/17/2010 | 2 | AMENDED ADMINISTRATIVE ORDER NO. 11 THAT THE MODIFICATIONS TO THE EXISTING PROCEDURES FOR THE PROCESSING OF CASES, DOCKETS, PLEADINGS AND ORDERS IN MDL 875 CASES ARE ADOPTED AS OUTLINED IN THIS ORDER, ETC. ENTERED AND COPIES MAILED. (mima, ) (Entered: 06/01/2010) |
| 05/17/2010 | 3 | NOTICE TO COUNSEL (mima, ) (Entered: 06/01/2010) |
| 06/07/2010 | 4 | NOTICE of Appearance by MICHAEL J. ZUKOWSKI on behalf of CRANE CO. with Certificate of Service(ZUKOWSKI, MICHAEL) (Entered: 06/07/2010) |
| 06/07/2010 | 5 | NOTICE of Appearance by ELIA DEMETRIA DIAZ-YAEGER on behalf of TRAVELERS INDEMNITY COMPANY (DIAZ-YAEGER, ELIA) (Entered: 06/07/2010) |
| 06/07/2010 | 6 | MOTION for Extension of Time to File Answer filed by TRAVELERS INDEMNITY COMPANY..(DIAZ-YAEGER, ELIA) (Entered: 06/07/2010) |
| 06/17/2010 | 7 | ORDER THAT TRAVELERS BE AND HEREBY IS GRANTED AN EXTENSION OF THIRTY (30) DAYS, OR UNTIL 7/7/2010, IN WHICH TO ANSWER OR ORTHERWISE PLEAD. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/15/10. 6/17/10 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 06/17/2010) |
| 07/01/2010 | 8 | ORDER THAT A STATUS AND SCHEDULING CONFERENCE WILL BE HELD IN THE CAPTIONED CASES (SEE PAPER NO. 7351 ON 01-MD-875 FOR LIST |

| | | |
|---|---|---|
| | | OF CASES) ON WEDNESDAY JULY 21, 2010 AT 10:00 A.M. IN COURTROOM 11A, 601 MARKET STREET, PHILADELPHIA, PA 19106 ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/25/10. 7/7/10 ENTERED AND COPIES MAILED AND E-MAILED.(ah) (Entered: 07/07/2010) |
| 07/07/2010 | 9 | Ex Parte MOTION for Extension of Time to File Answer filed by TRAVELERS INDEMNITY COMPANY..(DIAZ-YAEGER, ELIA) COPY FORWARDED TO JUDGE FOR APPROVAL. (Entered: 07/07/2010) |
| 07/08/2010 | 10 | ORDER THAT A STATUS AND SCHEDULING CONFERENCE WILL BE HELD IN THE CASES ON THE ATTACHED LIST OF CASES ON WEDNESDAY, JULY 21, 2010 AT 10:00 AM IN COURTROOM 11A, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, 601 MARKET STREET, PHILADELPHIA, PA 19106; FAILURE TO APPEAR AT THE HEARING AND/OR CONFERENCE SHALL RESULT IN THE DISMISSAL OF THE CASE; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/8/10. 7/9/10 ENTERED AND COPIES MAILED, E-MAILED.(ah) (Entered: 07/09/2010) |
| 07/14/2010 | 11 | NOTICE of Appearance by W. CHARLES MCVEA on behalf of CRANE CO. with Certificate of Service(MCVEA, W.) (Entered: 07/14/2010) |
| 07/19/2010 | 12 | Statement - *Plaintiff's Submission - AO12* by JOSEPH A ARDOIN, JR. (MILLS, MICHAEL) (Entered: 07/19/2010) |
| 08/03/2010 | 13 | ANSWER to Complaint together with to Plaintiffs' Original Petition for Damages by TRAVELERS INDEMNITY COMPANY.(DIAZ-YAEGER, ELIA) (Entered: 08/03/2010) |
| 08/12/2010 | 14 | ORDER THAT THE FOLLOWING DEADLINES OUTLINED IN THIS ORDER SHALL BE SET, IN THE CASES LISTED IN EXHIBIT "A", ATTACHED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/9/10. 8/12/10 ENTERED AND COPIES MAILED, E-MAILED.(ahf) (Entered: 08/12/2010) |
| 08/27/2010 | 15 | Disclosure with Certificate of Service by JOSEPH A ARDOIN, JR.(DICKENSON, TIFFANY) (Entered: 08/27/2010) |
| 09/10/2010 | 16 | ANSWER and Affirmative Defenses with Jury Demand and Certificate of Service by ETHYL CORPORATION. (ti, ) (Entered: 09/10/2010) |
| 09/10/2010 | 17 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by ETHYL CORPORATION.(ti, ) (Entered: 09/10/2010) |
| 09/16/2010 | 18 | NOTICE of Appearance by LAWRENCE G. PUGH, III on behalf of ROYAL INDEMNITY COMPANY with Certificate of Service(PUGH, LAWRENCE) (Entered: 09/16/2010) |
| 09/16/2010 | 19 | NOTICE of Appearance by LAWRENCE G. PUGH, III on behalf of NEWARK INSURANCE COMPANY with Certificate of Service(PUGH, LAWRENCE) (Entered: 09/16/2010) |
| 09/20/2010 | 20 | Disclosure by CEERTAINTEED CORPORATION.(BAGLIO, JAMIE) (Entered: 09/20/2010) |
| 09/20/2010 | 21 | Disclosure by ANCO INSULATIONS, INC..(BAGLIO, JAMIE) (Entered: 09/20/2010) |
| | | |

| | | |
|---|---|---|
| 09/20/2010 | 22 | Disclosure by RILEY POWER, INC..(BAGLIO, JAMIE) (Entered: 09/20/2010) |
| 09/20/2010 | 23 | Disclosure by DANA CORPORATION.(BAGLIO, JAMIE) (Entered: 09/20/2010) |
| 12/01/2010 | 24 | ORDER THAT DEFT TRAVELERS INDEMNITY COMPANY'S 9 MOTION FOR EXTENSION OF TIME TO ANSWER IS DENIED AS MOOT.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/29/10.12/1/10 ENTERED AND COPIES MAILED, E-MAILED AND FAXED.(lvj, ) (Entered: 12/01/2010) |
| 12/03/2010 | 25 | ANSWER to Complaint together with Exceptions and Affirmative Defenses by TURNER INDUSTRIES GROUP, LLC.(SPYRIDON, GREGG) (Entered: 12/03/2010) |
| 12/07/2010 | 26 | Disclosure with Certificate of Service by TURNER INDUSTRIES GROUP, LLC. (SPYRIDON, GREGG) (Entered: 12/07/2010) |
| 12/21/2010 | 27 | MOTION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT WESTCHESTER FIRE INSURANCE COMPANY FILED BY PLAINTIFF JOSEPH A ARDOIN, JR. CERTIFICATE OF SERVICE.(tjd) (Entered: 12/21/2010) |
| 12/22/2010 | 28 | ORDER THAT THE CLAIMS OF PLAINTIFF, JOSEPH A. ARDOIN, JR., AGAINST DEFENDANT, WESTCHESTER FIRE INSURANCE COMPANY, BE AND THE SAME ARE HEREBY DISMISSED WITHOUT PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS AND FOR WESTCHESTER FIRE INSURANCE COMPANY TO PAY THE COST FOR THE FILING OF THIS PLEADING. IT IS FURTHER ORDERED THAT PLAINTIFF RESERVES ALL CLAIMS AND RIGHTS AGAINST THE REMAINING DEFENDANTS AND OTHER ENTITIES. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/21/10. 12/22/10 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 12/22/2010) |
| 12/23/2010 | 29 | ANSWER to Complaint together with Affm Defenses by BITUMINOUS INSURANCE COMPANY.(SOMMERS, WILLIAM) (Entered: 12/23/2010) |
| 12/23/2010 | 30 | Disclosure Statement Form pursuant to FRCP 7.1 with certificate by BITUMINOUS INSURANCE COMPANY.(SOMMERS, WILLIAM) (Entered: 12/23/2010) |
| 12/23/2010 | 31 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate by BITUMINOUS INSURANCE COMPANY.(SOMMERS, WILLIAM) (Entered: 12/23/2010) |
| 12/23/2010 | 32 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate by BITUMINOUS INSURANCE COMPANY.(SOMMERS, WILLIAM) (Entered: 12/23/2010) |
| 01/10/2011 | 33 | Disclosure Statement Form pursuant to FRCP 7.1 by TRAVELERS INDEMNITY COMPANY.(DIAZ-YAEGER, ELIA) Modified on 1/10/2011 (afm, ). (FILED IN ERROR BY ATTORNEY, REFILING CORRECT DOCUMENT) (Entered: 01/10/2011) |
| 01/10/2011 | 34 | Disclosure Statement Form pursuant to FRCP 7.1 by TRAVELERS INDEMNITY COMPANY, CERTIFICATE OF SERVICE.(DIAZ-YAEGER, ELIA) Modified on 1/10/2011 (afm, ). (Entered: 01/10/2011) |
| 01/10/2011 | | Disclosure Statement Form pursuant to FRCP 7.1 by TRAVELERS INDEMNITY COMPANY (see paper #34 for original document and pdf).(afm, ) (Entered: 01/10/2011) |
| | | |

| | | |
|---|---|---|
| 01/12/2011 | 35 | MOTION to Dismiss *with prejudice DSM Copolymer, Inc.* filed by JOSEPH A ARDOIN, JR, DSM COPOLYMER, INC..Certificate of Service.(BENOIT, ALLISON) (Entered: 01/12/2011) |
| 01/19/2011 | 36 | ORDER THAT ALL CLAIMS OF PLAINTIFF, JOSEPH A. ARDOIN, JR., AGAINST DSM COPOLYMER, INC., IN THE ABOVE CAPTIONED MATTER BE, AND HEREBY ARE, DISMISSED WITH PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/14/11. 1/19/11 ENTERED AND COPIES MAILED, E-MAILED. (ti, ) (Entered: 01/19/2011) |
| 02/16/2011 | 37 | Joint MOTION to Dismiss *Without Prejudice* filed by JOSEPH A ARDOIN, JR, ETHYL CORPORATION.. (Attachments: # 1 Text of Proposed Order Order)(MANUEL, TODD) (Entered: 02/16/2011) |
| 02/16/2011 | 38 | MOTION to Dismiss With Prejudice filed by JOSEPH A ARDOIN, JR., Proposed Order. (Attachments: # 1 Text of Proposed Order of Dismissal With Prejudice)(COLLEY, CHRISTOPHER) Modified on 2/17/2011 (md). (Entered: 02/16/2011) |
| 03/11/2011 | 39 | ORDER THAT MONOCHEM, INC., BE AND ARE HEREBY DISMISSED WITH PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/10/11. 3/11/11 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 03/11/2011) |
| 03/11/2011 | 40 | ORDER THAT ALL CLAIMS OF PLAINTIFF JOSEPH A. ARDOIN, JR., AGAINST DEFENDANT ETHYL CORPORATION, BE, AND HEREBY ARE DISMISSED, WITHOUT PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/10/11. 3/11/11 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 03/11/2011) |
| 03/14/2011 | 41 | OWENS-ILLINOIS, INC. (DBA O-I) 12(b)(5) MOTION TO DISMISS WITH INCORPORATED SUPPORTING MEMORANDUM, together with Affirmative Defenses, and ANSWER to Complaint filed by Plaintiff and Untimely Served Upon O-I, by OWENS-ILLINOIS, INC. (Attachments: # 1 Exhibit A -- Part 1 of 3, # 2 Exhibit A -- Part 2 of 3, # 3 Exhibit A -- Part 3 of 3)(CHANDLER, ANN) Modified on 3/15/2011 (md). (Entered: 03/14/2011) |
| 03/22/2011 | 42 | MOTION for Summary Judgment , *Memorandum in Support and Rule to Show Cause* filed by TRAVELERS INDEMNITY COMPANY.Memorandum in Support.(DIAZ-YAEGER, ELIA) (Entered: 03/22/2011) |
| 03/22/2011 | 43 | MOTION for Summary Judgment filed by INGERSOLL-RAND COMPANY.Brief in Support. (Attachments: # 1 Exhibit)(CRUMP, RICHARD) (Entered: 03/22/2011) |
| 03/22/2011 | 44 | MOTION for Summary Judgment *as to All Claims, with Certificate of Service* filed by ROYAL INDEMNITY COMPANY.Memorandum. (Attachments: # 1 Memorandum in Support, with Certificate of Service, # 2 Uncontested Facts, with Certificate of Service, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D)(PUGH, LAWRENCE) (Entered: 03/22/2011) |
| 03/22/2011 | 45 | ANSWER to Complaint by UNION CARBIDE CORPORATION.(RICHESON, MCGREADY) (Entered: 03/22/2011) |
| 03/22/2011 | 46 | Statement *Corporate Disclosure* by UNION CARBIDE CORPORATION. (RICHESON, MCGREADY) (Entered: 03/22/2011) |
| 03/22/2011 | 47 | MOTION for Summary Judgment *and Incorporated Memorandum in Support of Its Motion for Summary Judgment* filed by OWENS-ILLINOIS, INC..Certificate of |

| | | |
|---|---|---|
| | | Service. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order of Dismissal) (STUDEBAKER, JENNIFER) (Entered: 03/22/2011) |
| 03/22/2011 | 48 | Disclosure with Certificate of Service by ROYAL INDEMNITY COMPANY.(PUGH, LAWRENCE) (Entered: 03/22/2011) |
| 03/22/2011 | 49 | MOTION for Summary Judgment filed by UNION CARBIDE CORPORATION.Memorandum. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit B, # 5 Exhibit C, # 6 Text of Proposed Order)(RICHESON, MCGREADY) (Entered: 03/22/2011) |
| 03/22/2011 | 50 | MOTION for Summary Judgment filed by EAGLE, INC..memorandum. (Attachments: # 1 memo, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Statement Uncontested Fact)(KOHN, SUSAN) (Entered: 03/22/2011) |
| 03/22/2011 | 51 | MOTION for Summary Judgment filed by CRANE CO..Memorandum in Support of Motion, with Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(ZUKOWSKI, MICHAEL) (Entered: 03/22/2011) |
| 03/22/2011 | 52 | MOTION for Summary Judgment filed by TURNER INDUSTRIES GROUP, LLC.Memorandum, Certificate of Service. (Attachments: # 1 Statement of Undisputed Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Text of Proposed Order)(HERKE, JOHN) (Entered: 03/22/2011) |
| 03/22/2011 | 53 | MOTION for Summary Judgment filed by LIBERTY MUTUAL INSURANCE COMPANY.. (Attachments: # 1 Exhibit, # 2 Exhibit)(SOMMERS, WILLIAM) (Entered: 03/22/2011) |
| 03/23/2011 | 54 | MOTION to Dismiss filed by EAGLE, INC...(KOHN, SUSAN) (Entered: 03/23/2011) |
| 03/23/2011 | 55 | PROPOSED ORDER as to Motion to Dismiss filed by EAGLE, INC.(KOHN, SUSAN) Modified on 3/25/2011 (md). (Entered: 03/23/2011) |
| 03/28/2011 | 56 | Joint MOTION to Dismiss filed by SEVILLE, INC., JOSEPH A ARDOIN, JR. (OUBRE, COREY) Modified on 3/29/2011 (md). (Entered: 03/28/2011) |
| 03/28/2011 | 57 | EXHIBIT by BITUMINOUS INSURANCE COMPANY.. (Attachments: # 1 Exhibit Exhibit to MSJ Doc. #53, # 2 Exhibit Exhibit to MSJ Doc. #53, # 3 Exhibit Exhibit to MSJ Doc. #53, # 4 Exhibit Exhibit to MSJ Doc. #53)(SOMMERS, WILLIAM) (Entered: 03/28/2011) |
| 04/04/2011 | 58 | ORDER THAT THE CLAIMS OF PLAINTIFF JOSEPH A. ARDOIN, JR., AGAINST DEFENDANT, SEVILLE, INC. (F/K/A BRANTON INSULATIONS, INC.), BE AND ARE HEREBY DISMISSED, WITHOUT PREJUDICE, WITH EACH PARTY TO BEAR ITS OWNS COSTS, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/1/11. 4/4/11 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 04/04/2011) |
| 04/13/2011 | 59 | Joint MOTION to Dismiss *Without Prejudice* filed by TRAVELERS INDEMNITY COMPANY.Joint Motion and Order of Partial Dismissal Without Prejudice.(DIAZ-YAEGER, ELIA) (Entered: 04/13/2011) |
| 04/15/2011 | 60 | ORDER THAT THE PETITION OF PLAINTIFF AGAINST THE TRAVELERS INDEMNITY COMPANY IN THE ABOVE CAPTIONED MATTER, BE AND HEREBY ARE DISMISSED WITHOUT PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/14/11. 4/15/11 ENTERED AND COPIES |

| | | |
|---|---|---|
| | | MAILED, E-MAILED.(ti, ) (Entered: 04/15/2011) |
| 04/19/2011 | 61 | ORDER THAT CLAIMS OF PLAINTIFF JOSEPH A. ARDOIN, JR., AGAINST EAGLE, INC. AND ITS EXECUTIVE OFFICERS, INCLUDING, BUT NOT LIMITED TO, FRED SCHUBER, JR. AND FRED SCHUBER, III, AND COMMERICAL UNION INSURANCE COMPANY, BE AND ARE HEREBY DISMISSED, WITHOUT PREJUDICE, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/15/11. 4/20/11 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 04/20/2011) |
| 04/29/2011 | 62 | RESPONSE in Support re 51 MOTION for Summary Judgment - *Crane Co.'s Supplement in Further Support of Motion for Summary Judgment, with Certificate of Service* filed by CRANE CO.. (ZUKOWSKI, MICHAEL) (Entered: 04/29/2011) |
| 05/18/2011 | 63 | ORDER THAT HEARINGS ON ALL PENDING OPPOSED DISPOSITIVE MOTIONS, INCLUDING MOTIONS FOR SUMMARY JUDGEMENTN IN THE CASES LISTED IN EXHIBIT "A," ATTACHED, WILL BE HELD ON 6/14/11, AT 10:00AM.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/17/11. 5/18/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 05/18/2011) |
| 05/23/2011 | 64 | ORDER THAT THE PREVIOUSLY-SCHEDULED STATUS AND SCHEDULING CONFERENCE SET FOR 6/14/11 AT 10AM IN THE CASES LISTED IN EXHIBIT A IS RESCHEDULED 6/21/11 AT 10:00AM. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/20/11. 5/23/11 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) Modified on 5/24/2011 (tjd). (Entered: 05/23/2011) |
| 05/24/2011 | 65 | JOINT MOTION to Dismiss filed by DANA CORPORATION, JOSEPH A ARDOIN, JR. (Attachments: # 1 Text of Proposed Order Proposed Order)(BAGLIO, JAMIE) Modified on 5/25/2011 (md). (Entered: 05/24/2011) |
| 05/24/2011 | 66 | JOINT MOTION to Dismiss filed by CEERTAINTEED CORPORATION, JOSEPH A ARDOIN, JR. (Attachments: # 1 Text of Proposed Order Proposed Order)(BAGLIO, JAMIE) Modified on 5/25/2011 (md). (Entered: 05/24/2011) |
| 06/08/2011 | 67 | ORDER THAT ALL CLAIMS OF PLAINTIFF IN THE ABOVE CAPTIONED MATTER, BE AND HEREBY ARE, DISMISSED AS TO DEFENDANT, CERTAINTEED CORPORATION, WITHOUT PREJUDICE, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/7/11. 6/9/11 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 06/09/2011) |
| 06/08/2011 | 68 | ORDER THAT ALL CLAIMS OF PLAINTIFF IN THE ABOVE CAPTIONED MATTER, BE AND HEREBY ARE, DISMISSED AS TO DEFENDANT, DANA COMPANIES, LLC, WITHOUT PREJUDICE, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/7/11. 6/9/11 ENTERED AND COPIES MAILED, E-MAILED (ti, ) (Entered: 06/09/2011) |
| 06/14/2011 | 69 | MOTION to Dismiss Shell Oil Company, individually and as successor in interest to Shell Chemical Corporation, erroneously named Shell Chemical LP, filed by SHELL CHEMICAL LP, SHELL OIL COMPANY, JOSEPH A ARDOIN, JR.(BENOIT, ALLISON) Modified on 6/15/2011 (md). (Entered: 06/14/2011) |
| 07/29/2011 | 70 | ORDER THAT DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT, LISTED IN EXHIBIT "A," ATTACHED, ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/28/11.7/29/11 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 07/29/2011) |

| | | |
|---|---|---|
| 07/29/2011 | 71 | ORDER THAT THE COURT DISMISSES DEFENDANT, SHELL OIL COMPANY, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO SHELL CHEMCIAL CORPORATION, ERRONEOUSLY NAMED AS SHELL CHEMICAL LP, WITHOUT PREJUDICE, FOR ALL CLAIMS BROUGHT AGAINST IT, WITH EACH PARTY TO BEAR ITS OWN COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/27/11. 7/29/11 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Main Document 71 replaced on 8/3/2011) (ti, ). (Entered: 07/29/2011) |
| 11/07/2011 | 72 | ORDER THAT THE MOTIONS LISTED IN EXHIBIT "A," ATTACHED, ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/7/11.11/8/11 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 11/08/2011) |
| 12/07/2011 | 73 | JOINT MOTION to Dismiss With Prejudice filed by UNION CARBIDE CORPORATION, JOSEPH A ARDOIN, JR. (Attachments: # 1 Text of Proposed Order)(RICHESON, MCGREADY) (Entered: 12/07/2011) |
| 12/09/2011 | 74 | ORDER THAT THE CLAIMS AGAINST DEFENDANT UNION CARBIDE CORPORATION, BE AND HEREBY ARE DISMISSED, WITH PREJUDICE, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/9/11. 12/9/11 ENTERED AND COPIES MAILED, E-MAILED.(ti, ) (Entered: 12/09/2011) |
| 07/02/2012 | 75 | ORDER THAT A RULE IS ISSUED FOR PLAINTIFFS TO SHOW CAUSE WHY THE CASES ON EXHIBIT "A," ATTACHED SHOULD NOT BE DISMISSED. IT IS FURTHER ORDERED THAT A HEARING ON THE RULE TO SHOW CAUSE IS SCHEDULED FOR 8/15/12 AT 2:00PM IN COURTROOM 15A.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/29/12. 7/2/12 ENTERED AND COPIES MAILED, E-MAILED.(dp, ) (Entered: 07/02/2012) |
| 08/08/2012 | 76 | MOTION to Remand *Plaintiffs Motion for Suggestion of Remand* filed by JOSEPH A ARDOIN, JR.Memorandum, Proposed Order. (Attachments: # 1 Exhibit Memorandum in Support of Motion for Suggestion of Remand, # 2 Text of Proposed Order Proposed Order)(COLLEY, CHRISTOPHER) (Entered: 08/08/2012) |
| 08/10/2012 | 77 | STATUS REPORT by JOSEPH A ARDOIN, JR. (COLLEY, CHRISTOPHER) (Entered: 08/10/2012) |
| 09/26/2012 | 78 | ORDER THAT THE COURT SUGGESTS THAT THE ABOVE-CAPTIONED CASE SHOULD BE REMANDED TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA FOR RESOLUTION ON ALL MATTERS PENDING WITHIN THIS CASE EXCEPT PUNITIVE DAMAGES; ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/25/2012. 9/28/2012 ENTERED AND COPIES MAILED AND E-MAILED. (aeg, ) (Entered: 09/28/2012) |
| 10/08/2012 | 79 | NOTICE by BASF CORPORATION, EXXON MOBIL CORPORATION, GEORGIA-PACIFIC LLC, TEXACO INC., F/K/A THE TEXAS COMPANY, THE TEXAS COMPANY re 78 Order, *of Opposition to Conditional Remand Order* (MONCLA, GAYLA) (Entered: 10/08/2012) |

**PACER Service Center**

**Transaction Receipt**

| | 10/24/2012 09:47:54 | | |
|---|---|---|---|
| **PACER Login:** | km0032 | **Client Code:** | 013356-000691 |
| **Description:** | Docket Report | **Search Criteria:** | 2:10-cv-68064-ER |
| **Billable Pages:** | 17 | **Cost:** | 1.70 |