CLOSED

# U.S. District Court
## Middle District of Louisiana (Baton Rouge)
### CIVIL DOCKET FOR CASE #: 3:10-cv-00164-JVP-DLD

Ardoin, Jr. v. DSM Copolymer, Inc. et al
Assigned to: Judge John V. Parker
Referred to: Magistrate Judge Docia L Dalby
Case in other court:  19th Judicial District Court, 587390
Cause: 28:1442 Notice of Removal

Date Filed: 03/09/2010
Date Terminated: 05/17/2010
Jury Demand: Defendant
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Joseph A. Ardoin, Jr.**   represented by   **J. Burton LeBlanc , IV**
Baron & Budd, P.C.
9015 Bluebonnett Blvd.
Baton Rouge, LA 70810
225-927-5441
Fax: 225-927-5449
Email: bleblanc@baronbudd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jo Ann Lea**
Baron & Budd, PC
9015 Bluebonnet Boulevard
Baton Rouge, LA 70810
225-927-5441
Fax: 225-927-5449
*ATTORNEY TO BE NOTICED*

**Michael S. Mills**
Baron & Budd, P.C.
3102 Oak Lawn Ave
Suite 1100
Dallas, TX 75219
214-521-3605
Fax: 214-520-1181

V.

**Defendant**

**DSM Copolymer, Inc.**   represented by   **David K. Nelson**
Kean, Miller, Hawthorne, D'Armond--B.R.
400 Convention Street
P.O. Box 3513
Suite 700
Baton Rouge, LA 70802
225-387-0999
Fax: 225-388-9133

Email: david.nelson@keanmiller.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary A. Bezet**
Kean, Miller, Hawthorne, D'Armond,
McCowan & Jarman
P. O. Box 3513
Baton Rouge, LA 70821-3513
225-387-0999
Fax: 225-388-9133 FAX
Email: gary.bezet@keanmiller.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison N. Benoit**
Kean, Miller, Hawthorne, D'Armond--B.R.
P. O. Box 3513
Baton Rouge, LA 70821-3513
225-389-3746
Fax: 225-215-4142
Email: allison.benoit@keanmiller.com
*ATTORNEY TO BE NOTICED*

**Barrye Panepinto Miyagi**
Kean, Miller, Hawthorne, D'Armond--B.R.
P. O. Box 3513
Baton Rouge, LA 70821-3513
225-387-0999
Fax: 225-388-9133
Email: barrye.miyagi@keanmiller.com
*ATTORNEY TO BE NOTICED*

**Carol Louise Galloway**
Kean, Miller, Hawthorne, D'Armond,
McCowan & Jarman
P. O. Box 3513
Baton Rouge, LA 70821-3513
225-387-0999
Fax: 225-388-9133 FAX
Email: carol.galloway@keanmiller.com
*ATTORNEY TO BE NOTICED*

**Gayla M. Moncla**
Kean, Miller, Hawthorne, D'Armond,
McCowan & Jarman
P. O. Box 3513
Baton Rouge, LA 70821-3513
225-387-0999
Fax: 225-388-9133 FAX
Email: gayla.moncla@keanmiller.com

*ATTORNEY TO BE NOTICED*

**Gregory M. Anding**
Kean Miller LLP-- B.R.
P. O. Box 3513
Baton Rouge, LA 70821-3513
225-387-0999
Fax: 225-388-9133
Email: greg.anding@keanmiller.com
*ATTORNEY TO BE NOTICED*

**Janice Marie Culotta**
Kean, Miller, Hawthorne, D'Armond-- B.R.
P. O. Box 3513
Baton Rouge, LA 70821-3513
225-387-0999
Email: janice.culotta@keanmiller.com
*ATTORNEY TO BE NOTICED*

**Robert E. Dille**
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman
P. O. Box 3513
Baton Rouge, LA 70821-3513
225-387-0999
Fax: 225-388-9133 FAX
Email: robert.dille@keanmiller.com
*ATTORNEY TO BE NOTICED*

**Vionne Michelle Douglas**
Carleton Loraso, LLC
9311 Bluebonnet Boulevard
Suite B
Baton Rouge, LA 70810
225-282-0611
Fax: 877-443-9889
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ethyl Corporation**

**Defendant**

**Anco Insulations, Inc.**

**Defendant**

**Exxon Mobil Corporation**          represented by   **Gary A. Bezet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison N. Benoit**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Barrye Panepinto Miyagi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carol Louise Galloway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gayla M. Moncla**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory M. Anding**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janice Marie Culotta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert E. Dille**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah K. Weissman**
Kean Miller LLP
P. O. Box 3513
Baton Rouge, LA 70821
(225) 387-0999
Email: sarah.weissman@keanmiller.com
*ATTORNEY TO BE NOTICED*

**Vionne Michelle Douglas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Owens-Illinois, Inc.**

**Defendant**

**Uniroyal, Inc.**

**Defendant**

**Eagle, Inc.**

**Defendant**

**McCarty Corporation**

**Defendant**

**Commercial Union Insurance Company**   represented by   **Samuel M. Rosamond , III**

Taylor Wellons Politz & Duhe, APLC
1515 Poydras Street
Suite 1900
New Orleans, LA 70112
504-525-9888
Fax: 504-525-9899
Email: srosamond@twpdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Union Fire Insurance Company of Pittsburgh, PA**

**Defendant**

**Lexington Insurance Company**

**Defendant**

**Royal Indemnity Company**

**Defendant**

**Travelers Indemnity Company**

**Defendant**

**Newark Insurance Company**

**Defendant**

**Westchester Fire Insurance Company**

**Defendant**

**Zurich Insurance Company**

**Defendant**

**Liberty Mutual Insurance Company**

**Defendant**

**Bituminous Insurance Company**

**Defendant**

**Travelers Insurance Company**

**Defendant**

**Riley Power, Inc.**

**Defendant**

**Union Carbide Corporation**

**Defendant**

**General Refactories Company**

**Defendant**

**Zurn Industries, LLC**
*also known as*
Zurn Industries, Inc

**Defendant**

**Aqua-Chem, Inc.**

**Defendant**

**Crane Co.**

**Defendant**

**Ingersoll-Rand Company**

**Defendant**

**Dana Corporation**

**Defendant**

**Ceertainteed Corporation**

**Defendant**

**Gabler Insulations, Inc.**

**Defendant**

**Seville, Inc.**

**Defendant**

**Turner Industries Group, LLC**

**Defendant**

**Shell Oil Company**      represented by   **Gary A. Bezet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allison N. Benoit**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Barrye Panepinto Miyagi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carol Louise Galloway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gayla M. Moncla**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory M. Anding**
(See above for address)

|  |  |  |
|---|---|---|
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **Janice Marie Culotta** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Robert E. Dille** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Vionne Michelle Douglas** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Shell Chemical LP** | represented by | **Gary A. Bezet** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Allison N. Benoit** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Barrye Panepinto Miyagi** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Carol Louise Galloway** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Gayla M. Moncla** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Gregory M. Anding** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Janice Marie Culotta** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Robert E. Dille** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
|  |  | **Vionne Michelle Douglas** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |

| | | |
|---|---|---|
| **Georgia-Pacific LLC** | represented by | **Gary A. Bezet**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Allison N. Benoit**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Barrye Panepinto Miyagi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Carol Louise Galloway**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Gayla M. Moncla**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Gregory M. Anding**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Janice Marie Culotta**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert E. Dille**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Sarah K. Weissman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Vionne Michelle Douglas**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Entergy Gulf States Louisiana, LLC**

**Defendant**

| | | |
|---|---|---|
| **BASF Corporation** | represented by | **Gary A. Bezet**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Allison N. Benoit**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

        **Barrye Panepinto Miyagi**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Carol Louise Galloway**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Gayla M. Moncla**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Gregory M. Anding**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Janice Marie Culotta**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Robert E. Dille**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Sarah K. Weissman**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Vionne Michelle Douglas**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Fort James Corporation**

**Defendant**

**Georgia Pacific Consumer Products, LP**

**Defendant**

**Monochem, Inc.**

**Defendant**

**The Texas Company**     represented by    **Gary A. Bezet**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Allison N. Benoit**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Barrye Panepinto Miyagi**

|   | (See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|
|   | **Carol Louise Galloway**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   | **Gayla M. Moncla**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   | **Gregory M. Anding**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   | **Janice Marie Culotta**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   | **Robert E. Dille**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   | **Sarah K. Weissman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|   | **Vionne Michelle Douglas**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Uniroyal, Inc.**

**Defendant**

**Texaco Inc., f/k/a The Texas Company**   represented by   **Allison N. Benoit**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2010 | 1 | NOTICE OF REMOVAL from 19th Judicial District Court, Case Number 587390. (Filing fee $ 350 receipt number 053N-540909), filed by DSM Copolymer, Inc.. (Attachments: # 1 Attachment Civil Cover Sheet, # 2 Attachment Attachment A, Affidavit, Proof of Service, # 3 Exhibit Exhibits A, B and C)(Nelson, David) (Entered: 03/09/2010) |
| 03/09/2010 | 2 | Letter to Attorney Christopher C. Colley who is Co-Counsel for party Plaintiff. Attorney is not admitted to practice in LAMD. (CMM, ) (Entered: 03/09/2010) |
| 03/09/2010 | 3 | Letter to Attorney Jason K. Placke who is Co-Counsel for party Plaintiff. Attorney is not admitted to practice in LAMD. (CMM, ) (Entered: 03/09/2010) |

| | | |
|---|---|---|
| 03/10/2010 | 4 | Corporate Disclosure Statement by DSM Copolymer, Inc.. (Nelson, David) (Entered: 03/10/2010) |
| 03/10/2010 | 5 | Letter to MDL Panel notifying panel of possible MDL case (JDL, ) (Entered: 03/10/2010) |
| 03/30/2010 | 6 | *Answer to Petition for Damages* ANSWER to Complaint with Jury Demand by BASF Corporation, DSM Copolymer, Inc., Exxon Mobil Corporation, Georgia-Pacific LLC, Shell Chemical LP, Shell Oil Company, The Texas Company.(Anding, Gregory) (Entered: 03/30/2010) |
| 03/30/2010 | 7 | Corporate Disclosure Statement by BASF Corporation identifying Corporate Parent BASF Americas Corporation for BASF Corporation.. (Benoit, Allison) (Entered: 03/30/2010) |
| 03/30/2010 | 8 | Corporate Disclosure Statement by DSM Copolymer, Inc. identifying Corporate Parent DSM Holding Company USA, Inc. for DSM Copolymer, Inc... (Benoit, Allison) (Entered: 03/30/2010) |
| 03/30/2010 | 9 | Corporate Disclosure Statement by Shell Chemical LP, Shell Oil Company identifying Corporate Parent Shell for Shell Chemical LP, Shell Oil Company.. (Benoit, Allison) (Entered: 03/30/2010) |
| 03/30/2010 | 10 | Corporate Disclosure Statement by Texaco Inc., f/k/a The Texas Company identifying Corporate Parent Chevron Corporation for Texaco Inc., f/k/a The Texas Company.. (Benoit, Allison) (Entered: 03/30/2010) |
| 03/30/2010 | 11 | Corporate Disclosure Statement by Georgia-Pacific LLC identifying Corporate Parent Georgia Pacific Holdings, LLC for Georgia-Pacific LLC.. (Benoit, Allison) (Entered: 03/30/2010) |
| 03/30/2010 | 12 | Corporate Disclosure Statement by Exxon Mobil Corporation. (Benoit, Allison) (Entered: 03/30/2010) |
| 04/23/2010 | 13 | Corporate Disclosure Statement by Commercial Union Insurance Company. (Rosamond, Samuel) (Entered: 04/23/2010) |
| 04/23/2010 | 14 | NOTICE by Joseph A. Ardoin, Jr. *of Appearance of Michael S. Mills* (Mills, Michael) (Entered: 04/23/2010) |
| 04/29/2010 | 15 | MOTION to Enroll Michael S. Mills as Attorney by Joseph A. Ardoin, Jr.. (Attachments: # 1 Proposed Pleading; Order)(Mills, Michael) (Entered: 04/29/2010) |
| 04/29/2010 | 16 | ORDER granting 15 Motion to Enroll as Additional Counsel. Added attorney Michael S. Mills as co-counsel for Joseph A. Ardoin, Jr. Signed by Magistrate Judge Docia L Dalby on 4/29/2010. (JDL, ) (Entered: 04/29/2010) |
| 05/12/2010 | 17 | Letter from the MDL Panel (Not Certified) dated 5/12/10 from Clerk of the MDL Panel to Clerk (Attachments: # 1 conditional transfer order; not yet certified) (BP, ) (Entered: 05/12/2010) |
| 05/17/2010 | 18 | Order Transferring Case to MDL Court. (BP, ) (Entered: 05/17/2010) |
| 10/09/2012 | 19 | NOTICE of Opposition to the Court's Conditional Remand Order by BASF Corporation, Exxon Mobil Corporation, Georgia-Pacific LLC, Texaco Inc., f/k/a The Texas Company (Moncla, Gayla) (Entered: 10/09/2012) |
| 10/09/2012 | 20 | MOTION to Enroll Sarah K. Weissman as Additional Attorney by BASF Corporation, |

| | | |
|---|---|---|
| | | Exxon Mobil Corporation, Georgia-Pacific LLC, The Texas Company. (Attachments: # 1 Proposed Pleading; Order)(Moncla, Gayla) (Entered: 10/09/2012) |
| 10/09/2012 | | MOTION(S) REFERRED: 20 MOTION to Enroll Sarah K. Weissman as Additional Attorney. This motion is now pending before the USMJ. (CGP) (Entered: 10/09/2012) |
| 10/15/2012 | 21 | ORDER granting 20 Motion to Enroll Additional Attorney. Added attorney Sarah K. Weissman for BASF Corporation, Exxon Mobil Corporation, Georgia-Pacific LLC and The Texas Company. Signed by Magistrate Judge Docia L Dalby on 10/12/2012. (SMG) (Entered: 10/15/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/24/2012 08:53:33 | | | |
| **PACER Login:** | km0032 | **Client Code:** | 013356-000691 |
| **Description:** | Docket Report | **Search Criteria:** | 3:10-cv-00164-JVP-DLD |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |