# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

MARK COATS and ELAINE COATS, his
spouse,

                   Plaintiff(s),

                v.

AIR & LIQUID SYSTEMS CORP. (as
successor by merger to Buffalo Pumps, Inc.), et
al.,

                   Defendants.

---------------------------------------------------------x

: Docket No.: 12-CV-7719

: **DEFENDANT CRANE CO.'S NOTICE**
: **OF TAG-ALONG ACTION**

TO:    THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
          DISTRICT OF NEW YORK

## NOTICE OF TAG-ALONG ACTION

        PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on

Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court

to the United States District Court, Eastern District of Pennsylvania, for coordination of

consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That

order also applies to "tag-along actions," or actions involving common questions of fact filed

after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e)

provides:

> Any party or counsel in actions previously transferred under Section 1407
> or under consideration by the Panel for transfer under Section 1407 shall
> promptly notify the Clerk of the Panel of any potential "tag-along actions"
> in which that party is also named or in which that counsel appears.

        On December 13, 2011, the Judicial Panel on Multidistrict Litigation issued its

Order Adopting Suggestion To The Panel Concerning Future Tag-Along Transfers. Pursuant to

that Order, the Judicial Panel will still transfer and consolidate tag-along cases to MDL-875 that are from the Southern District of New York.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated: October 24, 2012

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Dated: New York, New York
     October 24, 2012

Respectfully submitted,

Crane Co.
By its attorneys,

/s/ Nicole M. Kozin
Nicole M. Kozin (NK 9552)
K&L GATES LLP
599 Lexington Avenue
New York, New York 10022-6030
Email: Nicole.Kozin@klgates.com
Phone: (212) 536-3900
Fax: (212) 536-3901

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Crane Co.'s ("Crane Co."), Notice of Tag Along Action was served on plaintiff's counsel and all defense counsel of record identified on the attached service rider via regular mail on October 24, 2012 and is available for viewing and downloading from the Court's ECF system.

/s/ Nicole M. Kozin
Nicole M. Kozin, Esq.
Attorney for Defendant
Crane Co.

# MARK COATS

## SERVICE RIDER

### INDEX NO. 190402/12

| Counsel: | Attorneys for: |
|---|---|
| Richard P. O'Leary, Esq.<br>**MCCARTER & ENGLISH, LLP**<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | Parker-Hannifin Corporation |
| Nancy McDonald, Esq.<br>Joseph P. LaSala, Esq.<br>**MCELROY, DEUTSCH, MULVANEY<br>& CARPENTER, LLP**<br>1300 Mount Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075 | Eaton Electrical, Inc., f/k/a Cutler-Hammer, Flowserve US, Inc., Arvin Meritor, Inc. (Individually and as successor-in-interest to the automotive segment of Rockwell International, Rockwell International Corp. |
| Julie Evans, Esq.<br>**WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER, LLP**<br>150 East 42nd Street<br>New York, NY 10017-5639 | McCord Corporation |
| Philip Goldstein, Esq.<br>Genevieve MacSteel, Esq.<br>**MCGUIREWOODS, LLP**<br>1345 Avenue of the Americas, 7th Floor<br>New York, New York 10105-0106 | American Standard, Bell & Gossett Company, ITT Industries, Inc., ITT Corporation, The Trane Company, |
| Chris Gannon, Esq.<br>Theodore M. Eder, Esq.<br>Robert R. Rigolosi, Esq.<br>**SEGAL, MCCAMBRIDGE, SINGER<br>& MAHONEY, LTD.**<br>850 Third Avenue, Suite 1100<br>New York, New York 10022 | Cummins, Inc. |

| Counsel: | Attorneys for: |
|---|---|
| Charles McGivney, Esq. **McGIVNEY & KLUGER, P.C.** 80 Broad Street, 23rd Floor New York, New York 10004 | Oakfabco, Inc Weir Valves & Controls USA Inc. |
| Philip J. O'Rourke, Esq. **McGIVNEY & KLUGER, P.C.** 80 Broad Street, 23rd Floor New York, New York 10004 | |
| Richard P. Plochocki, Esq. **McGIVNEY & KLUGER, P.C.** AXA Tower – 1 100 Madison Street, Suite 1640 Syracuse, NY 13202 | |
| Edward Wilbraham, Esq. **WILBRAHAM LAWLER & BUBA** 140 Broadway, 46th Floor New York, New York 10005 | Air & Liquid Systems Corporation as successor by merger to Buffalo Pumps, Inc. |
| Raghu N. Bandlamudi Litigation Associate **CULLEN and DYKMAN LLP** 44 Wall Street New York, NY 10005 | Goulds Pumps |
| Thomas A. Rhatigan, Esq. **COSTELLO, SHEA & GAFFNEY, LLP** 44 Wall St. New York, NY 10005 | Cameron International Corporation, f/k/a Cooper Cameron Corporation f/k/a Cooper Industries, Inc. |
| Steven A. Weiner, Esq. **O'TOOLE FERNANDEZ WEINER VAN LIEU, LLC** 60 Pompton Avenue Second Floor Verona, NJ 07044 | Clark Reliance Corporation, Individually and as Successor to Jerguson |
| David Kochman **HARRIS BEACH, PLLC** 100 Wall Street, 23rd Floor New York, NY 10005 | Paccard, Inc. and through its division Peterbuilt Motors Co. |
| Joseph Colao, Esq. **LEADER & BERKON** 630 Third Avenue, 17th Floor New York, New York 10017 | IMO Industries, Inc. Warren Pumps, Inc. |

| Counsel: | Attorneys for: |
|---|---|
| Michael A. Tanenbaum, Esq.<br>Bridget M. Polloway, Esq.<br>**SEDGWICK, DETERT, MORAN & ARNOLD, LLP**<br>Three Gateway Center, 12th Floor<br>Newark, New Jersey 07102 | Crosby Valve & Gage Company, Foster Wheeler<br>L.L.C., General Electric Company,<br>Viacom, Inc., as successor in interest by merger to<br>CBS Corporation f/k/a Westinghouse Electric, |
| Nancy L. Pennie, Esq.<br>Robert J. Cecala, Esq.<br>**AARONSON, RAPPAPORT, FEINSTEIN &**<br>**DEUTSCH, LLP**<br>600 Third Avenue<br>New York, New York 10016 | Ford Motor Company |
| Carol Guck Snider, Esq.<br>Peter S. Marlette, Esq.<br>**DAMON & MOREY, LLP**<br>The Avant Building<br>Suite 1200<br>200 Delaware Avenue<br>Buffalo, NY 14202-2150<br>csnider@damonmorey.com<br>pmarlette@damonmorey.com | Genuine Parts Co. |
| Scott R. Emery, Esq.<br>**LYNCH DASKAL EMERY LLP**<br>264 West 40th Street<br>New York, New York 10018 | The Goodyear Tire & Rubber Company, Goodyear<br>Canada, Inc. |
| Ira M. Schulman, Esq.<br>**PEPPER HAMILTON LLP**<br>The New York Times Building<br>620 Eight Avenue - 37th Floor<br>New York, NY 10018-1405 | Hardie-Tynes Company, Inc., Hardie-Tynes Co., Inc.<br>and as successor to Hardie-Tynes Manufacturing Co.,<br>Inc. |
| Jennifer W. Darger, Esq.<br>Judith Yavitz, Esq.<br>**DARGER ERRANTE YAVITZ & BLAU LLP**<br>116 East 27th Street<br>New York, NY 10016 | Certainteed Corporation |
| Lisa M. Pascarella, Esq.<br>**FORMAN, PERRY, WATKINS,**<br>**KRUTZ & TARDY, LLP**<br>328 Newman Springs Road<br>Red Bank, NJ 07701 | Ingersoll-Rand Company |
| Patrick J. Dwyer, Esq,.<br>Smith, Stratton, Wise, Heher & Brennan<br>100 park Avenue, Suite 1600<br>New York, NY 10017 | Goodrich Corporation, f/k/a The B.F. Goodrich<br>Company |

| Counsel: | Attorneys for: |
|---|---|
| James M. Skelly, Esq.<br>Carol M. Tempesta, Esq.<br>**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**<br>530 Saw Mill River Road<br>Elmsford, NY 10523 | Caterpillar, Inc. |
| Daniel J. McNamara, Esq.<br>**DECICCO, GIBBONS & MCNAMARA, P.C.**<br>14 East 38th Street<br>New York, NY 10016 | Kaiser Gypsum Company, Inc. |
| Thomas J. Maimone, Esq.<br>**MAIMONE & ASSOCIATES PLLC**<br>170 Old Country Road, Suite 609<br>Mineola, NY 11501 | Mack Trucks, Inc.<br>Volvo Trucks North America, Inc. |
| Marc Kasowitz, Esq.<br>**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**<br>1633 Broadway<br>New York, NY 10019 | Maremont Corp. |
| Russell Pepe, Esq.<br>**HARWOOD LLOYD, LLC**<br>350 Fifth Avenue, Suite 3304<br>New York, NY 10118 | Carlisle Companies Incorporated |
| James Walker Smith, Esq.<br>**SMITH ABBOT, LLP**<br>90 Broad Street<br>4th Floor<br>New York, NY 10004 | Pneumo-Abex, individually and as successor in interest to Abex Corporation |
| Rob C. Tonogbanua, Esq.<br>**DICKIE MCCAMEY & CHILCOTE, P.C.**<br>41 South Haddon Avenue, Suite 5<br>Haddonfield, NJ 08033 | Yarway Corporation |
| Anna DiLonardo, Esq.<br>Andrew Warshauer, Esq.<br>**MARSHALL, DENNEHY, WARNER, COLEMAN & GOGGIN**<br>888 Veterans Memorial Highway, Ste. 540<br>Hauppauge, NY 11788 | Borg-Warner Corporation |
| Christopher Hannan, Esq.<br>**KELLEY JASONS MCGOWAN SPINELLI & HANNA, LLP**<br>120 Wall Street, 30th Floor<br>New York, NY 10005 | McNally Industries, Inc., FMC Corporation, on behalf of it's former Peerless Pumps, Peerless Pumps |

| Counsel: | Attorneys for: |
|---|---|
| Donald R. Pugliese, Esq.<br>**MCDERMOTT, WILL & EMERY, LLP**<br>340 Madison Avenue<br>New York, NY 10017 | Honeywell International, Inc., f/k/a Allied Signal, Inc., successor-in-interest to The Bendix Corporation |
| <u>**Unknown Counsel**</u> | Bridgestone/Firestone, Inc.<br>Clark Material Handling Co. (f/k/a Clark Tructractor Co.)<br>CRA Trailers, Inc. (f/k/a Great Dane Trailers, Inc.)<br>Daimler Trucks North America, LLC (individually and as successor-in-interest to Freightliner, LLC, White Motor Co., Euclid, Inc. and the Autocar Co.<br>Detroit Diesel Corp.<br>Durodyne Corp.<br>Goulds Pumps, Inc.<br>Haldex Brake Products Corp. (individually and as successor-in-interest, parent, alter ego and equitable trustee of Midland Brake, Inc.<br>Harlan Global Manufacturing, LLC<br>Hyster Co.<br>Invensys Systems, Inc. (as successor-in-interest to Fulton Sylphon Valves)<br>Jerguson Gage & Valve Co.<br>JBT Aerotech (f/k/a FMC Airport Systems)<br>JLG Industries, Inc.<br>Kelsey-Hayes Co., (individually and as successor-by-merger, parent, alter ego and equitable trustee of Dayton Walter Corp. and as successor-in-interest, parent, alter ego and equitable trustee of Freuhauf Trailer Corp.<br>Mueller Steam Specialty, Inc.<br>National Automotive Parts Association<br>Navistar, Inc. (f/k/a International Truck and Engine Corp.<br>NMC-Woollard, Inc.<br>Nordco, Inc.<br>Robertshaw Controls Co. (d/b/a Fulton Sylphon Valves(<br>Schutte & Koerting, Inc.<br>Strick Corp.<br>Strick Trailers, LLC<br>TLD-Lantis Corp. (individually and as successor-in-interest to Lantis Corp. and Cochran Western)<br>TUG Technologies, Inc. (f/k/a Tug Manufacturing Corp.<br>Wolkswagon of America, Inc.<br>Watts Water Technologies, Inc. (as successor-in-interest to Mueller Steam Specialty |

ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:12-cv-07719-RJS

Coats et al v. Crane Co. et al                              Date Filed: 10/16/2012
Assigned to: Judge Richard J. Sullivan                     Jury Demand: None
Case in other court: State Court-Supreme, 190402-12        Nature of Suit: 368 P.I. : Asbestos
Cause: 28:1441 Notice of Removal                           Jurisdiction: Federal Question

**Plaintiff**

**Mark Coats**                        represented by   **Darron Erick Berquist**
                                                       The Lanier Law Firm PLLC
                                                       Tower 56, 126 E. 56th Street., 6th Floor

                                                       New York, NY 10022
                                                       (212) 421-2800
                                                       Fax: (212) 421-2878
                                                       Email:
                                                       darron.berquist@lanierlawfirm.com
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Coats**                      represented by   **Darron Erick Berquist**
*his spouse*                                           (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Crane Co.**                         represented by   **Nicole Melody Kozin**
                                                       K&L Gates LLP (NYC)
                                                       599 Lexington Avenue
                                                       New York, NY 10022-6030
                                                       (212)363-3900
                                                       Fax: (212)536-3901
                                                       Email: nicole.kozin@klgates.com
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2012 | 1 | NOTICE OF REMOVAL from Supreme, County of New York. Case Number: 190402-12. (Filing Fee $ 350.00, Receipt Number 1051114).Document filed by Crane Co. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Errata, # 15 Exhibit, # 16 Exhibit, # 17 |

| | | |
|---|---|---|
| | | Exhibit, # 18 Exhibit, # 19 Exhibit, # 20 Exhibit, # 21 Exhibit, # 22 Exhibit, # 23 Exhibit, # 24 Exhibit, # 25 Exhibit, # 26 Errata, # 27 Exhibit, # 28 Exhibit, # 29 Exhibit, # 30 Exhibit, # 31 Exhibit, # 32 Exhibit, # 33 Exhibit, # 34 Exhibit, # 35 Exhibit, # 36 Exhibit, # 37 Exhibit, # 38 Errata, # 39 Exhibit, # 40 Exhibit) (mro) (Additional attachment(s) added on 10/17/2012: # 41 Exhibit, # 42 Exhibit, # 43 Exhibit, # 44 Exhibit, # 45 Exhibit, # 46 Exhibit, # 47 Exhibit, # 48 Exhibit, # 49 Exhibit, # 50 Exhibit, # 51 Exhibit, # 52 Exhibit, # 53 Exhibit, # 54 Exhibit, # 55 Exhibit, # 56 Exhibit, # 57 Exhibit, # 58 Exhibit, # 59 Exhibit, # 60 Exhibit, # 61 Exhibit, # 62 Exhibit, # 63 Exhibit, # 64 Exhibit, # 65 Exhibit, # 66 Exhibit, # 67 Exhibit, # 68 Exhibit, # 69 Exhibit, # 70 Exhibit, # 71 Exhibit, # 72 Exhibit, # 73 Exhibit, # 74 Exhibit, # 75 Exhibit, # 76 Exhibit, # 77 Exhibit, # 78 Exhibit, # 79 Exhibit, # 80 Exhibit, # 81 Exhibit, # 82 Exhibit, # 83 Exhibit) (mro). (Entered: 10/17/2012) |
| 10/16/2012 | | Magistrate Judge James L. Cott is so designated. (mro) (Entered: 10/17/2012) |
| 10/16/2012 | | Case Designated ECF. (mro) (Entered: 10/17/2012) |
| 10/18/2012 | 2 | NOTICE OF APPEARANCE by Darron Erick Berquist on behalf of Elaine Coats, Mark Coats (Berquist, Darron) (Entered: 10/18/2012) |
| 10/19/2012 | 3 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 10/16/2012. Service was made by Mail. Document filed by Crane Co.. (Kozin, Nicole) (Entered: 10/19/2012) |
| 10/24/2012 | 4 | CERTIFICATE OF SERVICE of Notice of Removal served on All Parties on 10/16/2012. Service was made by Mail. Document filed by Crane Co.. (Kozin, Nicole) (Entered: 10/24/2012) |
| 10/24/2012 | 5 | NOTICE of Tag-Along Action. Document filed by Crane Co.. (Kozin, Nicole) (Entered: 10/24/2012) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/24/2012 15:16:34 | | |
| **PACER Login:** | kl0215 | **Client Code:** | 0213660.00935/08036 |
| **Description:** | Docket Report | **Search Criteria:** | 1:12-cv-07719-RJS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

 CT Corporation

**Service of Process Transmittal**
09/17/2012
CT Log Number 521235315

**TO:** Stacie Simpson
Navigant Consulting
PACE Claim Services, LLC, 100 American Metro Blvd
Suite 108
Hamilton, NJ 08619

**RE:** **Process Served in Delaware**

**FOR:** Crane Co. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Mark Coats and Elaine Coats, etc., Pltfs. vs. Air & Liquid Systems Corp., etc., et al. including Crane Co., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Notice(s), Summons, Rider(s), Verified Complaint, Verification, Certification(s), Initial Fact Sheet, Attachment(s) |
| **COURT/AGENCY:** | New York County: Supreme Court, NY Case # 1904022012 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Registered Mail on 09/17/2012 postmarked on 09/13/2012 |
| **JURISDICTION SERVED :** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Darron E. Berquist The Lanier Law Firm PLLC 126 East 56th Street 6th Floor New York, NY 10022 212-421-2800 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/17/2012, Expected Purge Date: 09/22/2012 Image SOP Email Notification, Stacie Simpson PACEservice@paceclaims.com Email Notification, Crane Co. SOP CraneCoCTService@klgates.com |
| **SIGNED:** **PER:** **ADDRESS:** **TELEPHONE:** | The Corporation Trust Company Scott LaScala 1209 Orange Street Wilmington, DE 19801 302-658-7581 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Form 54                                                                                                    SR

**LANIER LAW FIRM PLLC**   LANIER LAW FIRM PLLC
SUPREME COURT NEW YORK COUNTY STATE OF NEW YORK
-----------------------------------------------------------
MARK COATS AND ELAINE COATS, HIS SPOUSE

                                        PLAINTIFF

                 - vs -
AIR & LIQUID SYSTEMS CORP., AS SUCCESSOR BY MERGER TO BUFFALO PUMPS,
INC., ETAL

                                      DEFENDANT
-----------------------------------------------------------

index No.
190402/12
Date Filed

Office No. 41733
Court Date.

Gentlemen:

Please take notice that the

**SUMMONS AND VERIFIED COMPLAINT,NOTICE OF MANDATORY ELECTRONIC FILING,PLAINTIFFS INITIAL
FACT SHEET,**

in the above entitled action was served upon you personally on
**SEPTEMBER 10TH 2012** by delivering a true copy thereof to the Secretary of State of the
State of New York , together with the Statutory fee of $ 40.00 pursuant to the provisions
of section 307 of the Business Corporation Laws of the State of New York.

And please take further notice that we are sending you herewith, by registered mail another
true copy of said

**SUMMONS AND VERIFIED COMPLAINT,NOTICE OF MANDATORY ELECTRONIC FILING,PLAINTIFFS INITIAL
FACT SHEET,**

Date: **SEPTEMBER 10TH 2012** Yours, ETC.

TO: CRANE CO., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO COCHRANE CORP., COCHRANE
VALVES, CHAPMAN VALVE MANUFACTURING CO., JENKINS BROS., JENKINS VALVES, AND SWARTWOUT
VALVES
    THE CORPORATION TRUST CO., CORPORATION TRUST CENTER 1209 ORANGE STREET
    WILMINGTON, DE 19801


    LANIER LAW FIRM PLLC
    ATTORNEYS FOR PLAINTIFF
    126 EAST 56TH STREET (6TH FL)
    NEW YORK, NY 10022
    3-LL3-2282911

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** NEW YORK

-----------------------------------------------------------x

MARK COATS and ELAINE COATS, his
spouse,

Plaintiff/Petitioner,

- against -

Index No. 190402/2012

AIR & LIQUID SYSTEMS CORP. (as successor
by merger to Buffalo Pumps, Inc.), et al.

Defendant/Respondent.

-----------------------------------------------------------x

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b) (3) of that Section.

The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@courts.state.ny.us.

Dated: 8/31/2012

_Darron Berquist_ (Signature)

Darron E. Berquist, Esq. (Name)

THE LANIER LAW FIRM PLLC (Firm Name)

126 East 56th Street, 6th Floor (Address)
New York, New York 10022

(212) 421-2800 (Phone)

darron.berquist@lanierlawfirm.com (E-Mail)

To:   All Defendants listed
      on Service Rider

4/8/11

FILED: NEW YORK COUNTY CLERK 08/31/2012

NYSCEF DOC. NO. 1

INDEX NO. 190402/2012

RECEIVED NYSCEF: 08/31/2012

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------x

MARK COATS and ELAINE COATS, his spouse,

Plaintiffs,

- against –

AIR & LIQUID SYSTEMS CORP. (as successor by merger to
Buffalo Pumps, Inc.), et al.

Defendants.

See Attached Rider—FULL CAPTION

-----------------------------------------------------------------------x

Index No.:
Date Filed:

Plaintiffs designates
NEW YORK
County as the place of
trial

The basis of the venue
is DEFENDANTS'
PLACE OF BUSINESS

**SUMMONS**

TO THE ABOVE NAMED DEFENDANTS:

**You are hereby summoned** to answer the Verified Complaint in this action and to serve a
copy of your Answer, or, if the Complaint is not served with this Summons, to serve a Notice of
Appearance, on the Plaintiffs' Attorney within 20 days after the service of this Summons, exclusive
of the day of service (or within 30 days after the service is complete if this Summons is not
personally delivered to you within the State of New York). In the case of your failure to appear or
answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: August 31, 2012
     New York, New York

**THE LANIER LAW FIRM PLLC**
*Attorneys for Plaintiffs*
126 East 56th Street, 6th Floor
New York, New York 10022
Phone: (212) 421-2800

By:

Darron E. Berquist, Esq.

-AND-

**BAILEY PERRIN BAILEY PLLC**
Ryan N. Jacobs, Esq.
J.D. McMullen, Esq.
Duffy R. Reagan, Esq.
*Attorneys for Plaintiffs*
440 Louisiana Street, Suite 2100
Houston, Texas 77002
Phone: (713) 435-7100

Defendants' addresses:
See Attached Rider—DEFENDANTS

610469-1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------------x
MARK COATS and ELAINE COATS, his spouse,

                Plaintiffs,

             -against-

Index No.:

**FULL CAPTION
RIDER**

AIR & LIQUID SYSTEMS CORP. (as successor by merger to
    Buffalo Pumps, Inc.);
ARVIN MERITOR, INC. (individually and as successor-in-
    interest to the automotive segment of Rockwell
    International);
BORGWARNER MORSE TEC, INC. (as successor-in-interest
    to BorgWarner Corp.);
BRIDGESTONE/FIRESTONE, INC.;
CAMERON INTERNATIONAL CORP. (f/k/a Cooper
    Cameron Corp., individually and as successor-in-interest to
    the Cooper-Bessemer Corp. and as successor-in-interest to
    Grove Regulators Co.);
CARLISLE COMPANIES, INC.;
CATERPILLAR, INC.;
CBS CORPORATION (f/k/a Viacom, Inc., f/k/a Westinghouse
    Electric Corp.);
CERTAINTEED CORP.;
CLARK MATERIAL HANDLING CO. (f/k/a Clark
    Tructractor Co.);
THE CLARK-RELIANCE CORP. (individually and as
    successor-in-interest to Jerguson Gage & Valve Co.);
CRA TRAILERS, INC. (f/k/a Great Dane Trailers, Inc.);
CRANE CO. (individually and as successor-in-interest to
    Cochrane Corp., Cochrane Valves, Chapman Valve
    Manufacturing Co., Jenkins Bros., Jenkins Valves, and
    Swartwout Valves);
CROSBY VALVE, INC.;
CUMMINGS, INC.;
DAIMLER TRUCKS NORTH AMERICA, LLC (individually
    and as successor-in-interest to Freightliner, LLC, White
    Motor Co., Euclid, Inc., and The Autocar Co.);
DETROIT DIESEL CORP.;
DURODYNE CORP.;
EATON CORP. (individually and as successor-in-interest to
    Spicer Clutch);
FLOWSERVE CORP. (f/k/a the Edward Vogt Valve Co.);
FMC TECHNOLOGIES, INC. (f/k/a FMC Corp., f/k/a Bean
    Spray Pump Co.);
FMC CORP. (individually and as successor-in-interest to
    Northern Pump Co. and Peerless Pump Co.);
FORD MOTOR CO.;

610469-1

FOSTER WHEELER LLC;

GENERAL ELECTRIC CO. (individually and as successor-in-
interest to Waukesha Engine, f/k/a Waukesha Motor Co.);

GENUINE PARTS CO. (d/b/a National Automotive Parts
Association, Inc., a/k/a NAPA, and Rayloc, a division of
NAPA);

GOODRICH CORP.;

THE GOODYEAR TIRE & RUBBER CO.;

GOULDS PUMPS, INC.;

HALDEX BRAKE PRODUCTS CORP. (individually and as
successor-in-interest, parent, alter ego and equitable trustee
of Midland Brake, Inc.);

HARDIE-TYNES, LLC (as successor-in-interest to Hardie-
Tynes Manufacturing Co.);

HARLAN GLOBAL MANUFACTURING, LLC;

HONEYWELL INTERNATIONAL, INC. (f/k/a Allied Signal);

HYSTER CO.;

IMO INDUSTRIES, INC. (individually and as successor-in-
interest to DeLaval Turbine, Inc., DeLaval Steam Turbine,
Inc., Transamerica DeLaval, Inc., and IMO DeLaval, Inc.);

INGERSOLL-RAND CO.;

INVENSYS SYSTEMS, INC. (as successor-in-interest to
Fulton Sylphon Valves);

ITT CORP. (f/k/a ITT Industries, Inc., individually and as
successor-in-interest to Bell & Gossett and Foster Valves);

JERGUSON GAGE & VALVE CO.;

JBT AEROTECH (f/k/a FMC Airport Systems);

JLG INDUSTRIES, INC.;

KAISER GYPSUM CO., INC.;

KELSEY-HAYES CO., (individually and as successor-by-
merger, parent, alter ego and equitable trustee of Dayton
Walter Corp. and as successor-in-interest, parent, alter ego
and equitable trustee of Freuhauf Trailer Corp.);

MACK TRUCKS, INC. (individually and as successor-in-
interest to Brockway Motor Co.);

THE MAREMONT CORP.;

MCCORD CORP.;

MCNALLY INDUSTRIES LLC (as successor-in-interest to
Northern Fire Apparatus Co.);

MUELLER STEAM SPECIALTY, INC.;

NATIONAL AUTOMOTIVE PARTS ASSOCIATION;

NAVISTAR, INC. (f/k/a International Truck and Engine
Corp.);

NMC-WOLLARD, INC.;

NORDCO, INC.;

OAKFABCO, INC.;

PACCAR, INC. (individually and as the parent company to
Kenworth Truck Co. and Navistar, Inc. f/k/a International

Truck and Engine, f/k/a Peterbilt);

PARKER HANNIFIN CORP. (individually and as successor-in-interest, parent, alter ego and equitable trustee to EIS Brake Parts and Cali-Block);

PNEUMO-ABEX CORP. (individually and as successor-in-interest to Abex Corp. and American Brake Bloc);

PNEUMO ABEX, LLC (individually and as successor-in-interest to Abex Corp. and American Brake Bloc)

ROBERTSHAW CONTROLS CO. (d/b/a Fulton Sylphon Valves);

SCHUTTE & KOERTING, INC.;

STRICK CORP.;

STRICK TRAILERS, LLC;

TLD-LANTIS CORP. (individually and as successor-in-interest to Lantis Corp. and Cochran Western);

TRANE U.S. INC. (individually, as successor-in-interest to and f/k/a American Standard Inc.);

TUG TECHNOLOGIES, INC. (f/k/a Tug Manufacturing Corp.);

VOLKSWAGEN OF AMERICA, INC.;

VOLVO TRUCKS NORTH AMERICA, INC. (a division of Volvo Group North America, individually and as successor-in-interest to the Autocar Co.);

WARREN PUMPS, LLC.;

WATTS WATER TECHNOLOGIE, INC. (as successor-in-interest to Mueller Steam Specialty);

WEIR VALVES & CONTROLS USA, INC. (f/k/a Atwood & Morrill);

YARWAY CORP.,

Defendants.

------------------------------------------------------------------------x

## DEFENDANTS' ADDRESS/SERVICE RIDER

| DEFENDANTS | SERVICE ADDRESS |
|---|---|
| **AIR & LIQUID SYSTEMS CORP. (as successor by merger to Buffalo Pumps, Inc.)** | *Via New York Secretary of State (BCL 306)* CT Corporation System 116 Pine Street, Suite 320 Harrisburg, PA 17101 |
| **ARVIN MERITOR, INC. (individually and as successor-in-interest to the automotive segment of Rockwell International)** | *Via New York Secretary of State (BCL 306)* CT Corporation System 111 Eighth Avenue New York, NY 10011 |
| **BORG-WARNER MORSE TEC, INC. (as successor-in-interest to BorgWarner Corp.)** | *Via New York Secretary of State (BCL 307) With Further Registered Mail Service Upon:* Borg-Warner Morse Tech, Inc. 3850 West Hamlin Road Auburn Hills, MI 48326 |
| **BRIDGESTONE/FIRESTONE, INC.** | *Via New York Secretary of State (BCL 307) With Further Registered Mail Service Upon:* Bridgestone/Firestone, Inc. 535 Marriott Drive Nashville, TN 37214 |
| **CAMERON INTERNATIONAL CORP. (f/k/a Cooper Cameron Corp., individually and as successor-in-interest to the Cooper-Bessemer Corp. and as successor-in-interest to Grove Regulators Co.)** | *Via New York Secretary of State (BCL 306)* CT Corporation System 111 Eighth Avenue New York, NY 10011 |
| **CARLISLE COMPANIES, INC.** | *Via New York Secretary of State (BCL 307) With Further Registered Mail Service Upon:* Carlisle Companies, Inc. 11605 N. Community House Road, Suite 600 Charlotte, NC 28277 |
| **CATERPILLAR, INC.** | *Via New York Secretary of State (BCL 306)* CT Corporation System 111 Eighth Avenue New York, NY 10011 |
| **CBS CORPORATION (f/k/a Viacom, Inc., f/k/a Westinghouse Electric Corp.)** | *Via New York Secretary of State (BCL 306)* Corporation Service Company 80 State Street Albany, NY 12207 |
| **CERTAINTEED CORP.** | *Via New York Secretary of State (BCL 306)* CT Corporation System 111 Eighth Avenue New York, NY 10011 |

| | |
|---|---|
| **CLARK MATERIAL HANDLING CO.** **(f/k/a Clark Tructractor Co.)** | *Via New York Secretary of State (BCL 306)* Corporation Service Company 80 State Street Albany, New York, 12207-2543 |
| **THE CLARK-RELIANCE CORP.** **(individually and as successor-in-interest to Jerguson Gage & Valve Co.)** | *Via New York Secretary of State (BCL 307)* *With Further Registered Mail Service Upon:* The Corporation Trust Co. Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 |
| **CRA TRAILERS, INC. (f/k/a Great Dane Trailers, Inc.)** | *Via New York Secretary of State (BCL 307)* *With Further Registered Mail Service Upon:* Glen M. Darbyshire 17 W. McDonough Street Savannah, GA 31401 |
| **CRANE CO., (individually and as successor-in-interest to Cochrane Corp., Cochrane Valves, Chapman Valve Manufacturing Co., Jenkins Bros., Jenkins Valves, and Swartwout Valves)** | *Via New York Secretary of State (BCL 307)* *With Further Registered Mail Service Upon:* The Corporation Trust Co. Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 |
| **CROSBY VALVE, INC.** | *Via New York Secretary of State (BCL 307)* *With Further Registered Mail Service Upon:* Crosby Valves Inc. 55 Cabot Boulevard Mansfield, MA 02048 |
| **CUMMINGS, INC.** | *Via New York Secretary of State (BCL 307)* *With Further Registered Mail Service Upon:* Cummings, Inc. 500 Jackson Street Columbus, IN 47201 |
| **DAIMLER TRUCKS NORTH AMERICA, LLC (individually and as successor-in-interest to Freightliner, LLC, White Motor Co., Euclid, Inc., and The Autocar Company)** | *Via New York Secretary of State (LLCL 303)* CT Corporation System 111 Eighth Avenue New York, NY 10011 |
| **DETROIT DIESEL CORP.** | *Via New York Secretary of State (BCL 307)* *With Further Registered Mail Service Upon:* The Corporation Trust Co. Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 |
| **DURO DYNE CORP.** | *Via New York Secretary of State (BCL 306)* Duro Dyne Corporation 81 Spence Street Bay Shore, NY 11706 |

| | |
|---|---|
| **EATON CORP. (individually and as successor-in-interest to Spicer Clutch)** | *Via New York Secretary of State (BCL 306)*<br>CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 |
| **FLOWSERVE CORP. (f/k/a the Edward Vogt Valve Co.)** | *Via New York Secretary of State (BCL 306)*<br>CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 |
| **FMC TECHNOLOGIES, Inc. (f/k/a FMC Corp., f/k/a Bean Spray Pump Co.)** | *Via New York Secretary of State (BCL 306)*<br>CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 |
| **FMC CORP. (individually and as successor-in-interest to Northern Pump Co. and Peerless Pump Co.)** | *Via New York Secretary of State (BCL 306)*<br>CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 |
| **FORD MOTOR CO.** | *Via New York Secretary of State (BCL 306)*<br>CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 |
| **FOSTER WHEELER LLC** | *Via New York Secretary of State (LLCL 304)*<br>*With Further Registered Mail Service Upon:*<br>The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **GENERAL ELECTRIC Co. (individually and as successor-in-interest to Waukesha Engine, f/k/a Waukesha Motor Co.)** | *Via New York Secretary of State (BCL 306)*<br>General Electric Co.<br>3135 Easton Turnpike<br>Fairfield, CT 06432 |
| **GENUINE PARTS COMPANY (d/b/a National Automotive Parts Association, Inc., a/k/a NAPA, and Rayloc, a division of NAPA)** | *Via New York Secretary of State (BCL 306)*<br>Jerry Nix<br>2999 Circle 79 Parkway<br>Atlanta, GA 30339 |
| **GOODRICH CORP.** | *Via New York Secretary of State (BCL 306)*<br>Corporation Service Co.<br>80 State Street<br>Albany, NY 12207-2543 |
| **THE GOODYEAR TIRE & RUBBER CO.** | *Via New York Secretary of State (BCL 306)*<br>Corporation Service Co.<br>80 State Street<br>Albany, NY 12207-2543 |
| **GOULDS PUMPS, INC.** | *Via New York Secretary of State (BCL 306)*<br>Goulds Pumps, Inc.<br>240 Seneca Fall Street<br>Seneca Falls, NY 13148 |

| | |
|---|---|
| **HALDEX BRAKE PRODUCTS CO. (individually and as successor-in-interest, parent, alter ego and equitable trustee of Midland Brake Inc.)** | *Via New York Secretary of State (BCL 306)* CT Corporation System 111 Eighth Avenue New York, New York, 10011 |
| **HARDIE-TYNES, LLC (as successor-in-interest to Hardie-Tynes Manufacturing Co.)** | *Via New York Secretary of State (LLCL 304)* *With Further Registered Mail Service Upon:* National Registered Agents, Inc. 150 S. Perry Street Montgomery, AL 36104 |
| **HARLAN GLOBAL MANUFACTURING, LLC** | *Via New York Secretary of State (LLCL 304)* *With Further Registered Mail Service Upon:* James Kaplan Jr. 27 Stanley Road Kansas City, KS 66115 |
| **HONEYWELL INTERNATIONAL, INC. (f/k/a Allied Signal)** | *Via New York Secretary of State (BCL 306)* Corporation Service Company 80 State Street Albany, NY 12207 |
| **HYSTER CO.;** | *Via New York Secretary of State (BCL 307)* *With Further Registered Mail Service Upon:* NACCO Materials Handling Group 1400 Sullivan Drive Greenville, NC 27834 |
| **IMO INDUSTRIES, INC. (individually and as successor-in-interest to DeLaval Turbine, Inc., DeLaval Steam Turbine, Inc., Transamerica DeLaval, Inc., and IMO DeLaval, Inc.)** | *Via New York Secretary of State (BCL 306)* Corporation Service Company 80 State Street Albany, NY 12207 |
| **INGERSOLL-RAND CO.** | *Via New York Secretary of State (BCL 306)* CT Corporation System 111 Eighth Avenue New York, NY 10011 |
| **INVENSYS SYSTEMS, INC. (as successor-in-interest to Fulton Sylphon Valves)** | *Via New York Secretary of State (BCL 306)* Registered Agent Solutions, Inc. 99 Washington Avenue, Suite 1008 Albany, NY 12260 |
| **ITT CORP. (f/k/a ITT Industries, Inc., individually and as successor-in-interest to BELL & GOSSETT and FOSTER VALVES)** | *Via New York Secretary of State (BCL 306)* CT Corporation System 111 Eighth Avenue New York, NY 10011 |
| **JERGUSON GAGE & VALVE CO.** | *Via New York Secretary of State (BCL 307)* *With Further Registered Mail Service Upon:* Corporation Service Co. 2711 Centerville Road, Suite 400 Wilmington, DE 19808 |
| **JBT AEROTECH (f/k/a FMC Airport** | *Via New York Secretary of State (BCL 307)* |

| | |
|---|---|
| Systems) | *With Further Registered Mail Service Upon:*<br>JBT AeroTech<br>70 West Madison Street, Suite 4400<br>Chicago, IL 60602 |
| **JLG INDUSTRIES, INC.;** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>JLG Industries, Inc.<br>1JLG Drive<br>McConnellsburg, PA 17233 |
| **KAISER GYPSUM CO., INC.** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>Mary D. Wright, Esq.<br>Cabraja, Silverberg & Wright<br>3400 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>*AND*<br>Corporation Service Co.<br>300 Deschutes Way S.W., Suite 304<br>Tumwater, WA 98501 |
| **KELSEY-HAYES CO., (individually and as successor-by-merger, parent, alter ego and equitable trustee of Dayton Walter Corp. and as successor-in-interest, parent, alter ego and equitable trustee of Freuhauf Trailer Corp.)** | *Via New York Secretary of State (BCL 306)*<br>Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2543 |
| **MACK TRUCKS, INC. (individually and as successor-in-interest to Brockway Motor Co.)** | *Via New York Secretary of State (BCL 306)*<br>CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 |
| **THE MAREMONT CORP.** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>The Corporation Trust Co.<br>1209 N. Orange Street<br>Wilmington, DE 19801<br>*AND*<br>Maremont Corp.<br>2400 Maremont Parkway<br>London, TN 37774 |
| **MCCORD CORP.** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>The Corporation Co.<br>30600 Telegraph Rd.<br>Bingham Farms, MI 48025 |
| **MCNALLY INDUSTRIES LLC (as successor-in-interest to Northern Fire Apparatus Co.)** | *Via New York Secretary of State (LLCL 304)*<br>*With Further Registered Mail Service Upon:*<br>National Registered Agents, Inc. |

| | |
|---|---|
| | 160 Greentree Drive, Suite 101<br>Dover, DE 19904 |
| **MUELLER STEAM SPECIALTY, INC.** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>1491 NC Highway 20<br>St. Pauls, NC 28384 |
| **NATIONAL AUTOMOTIVE PARTS ASSOCIATION** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>The Corporation Co.<br>30600 Telegraph Road<br>Bingham Farms, MI 48025 |
| **NAVISTAR, INC. (f/k/a International Truck and Engine Corp.)** | *Via New York Secretary of State (BCL 306)*<br>C T Corporation System<br>111 Eighth Avenue<br>New York, New York, 10011 |
| **NMC-WOLLARD, INC.** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>NMC-Wollard, Inc.<br>2021 Truax Boulevard<br>Eau Claire, WI 54803<br>*AND*<br>NMC-Wollard, Inc.<br>2500 W. County Road 42, Suite 220<br>Burnsville, MN 55337 |
| **NORDCO, INC.** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| **OAKFABCO, INC.** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>Vanessa Cici Fry<br>210 W. 22nd Street, Suite 105<br>Oak Brook, IL 60523 |
| **PACCAR, INC. (individually and as the parent company to Kenworth Truck Co. and Navistar, Inc. f/k/a International Truck and Engine, f/k/a Peterbilt)** | *Via New York Secretary of State (BCL 306)*<br>c/o Corporation Service Company<br>80 State Street<br>Albany, New York, 12207-2543 |
| **PARKER HANNIFIN CORP. (individually and as successor-in-interest, parent, alter ego and equitable trustee to EIS Brake Parts and Cali-Block)** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>CT Corporation System<br>1300 East 9th Street<br>Cleveland, OH 44114 |
| **PNEUMO-ABEX CORP. (individually and as successor-in-interest to Abex Corp. and American Brake Bloc)** | *Via New York Secretary of State (BCL 306)*<br>The Prentice Hall Corporation System<br>80 State Street |

| | Albany, NY 12207 |
|---|---|
| **PNEUMO ABEX, LLC (individually and as successor-in-interest to Abex Corp. and American Brake Bloc)** | *Via New York Secretary of State (LLCL 304) With Further Registered Mail Service Upon:* Corporation Service Co. 2711 Centerville Road, Suite 400 Wilmington, DE 19808 |
| **ROBERTSHAW CONTROLS CO. (d/b/a Fulton Sylphon Valves)** | *Via New York Secretary of State (BCL 307) With Further Registered Mail Service Upon:* RobertShaw Controls Co. 1602 Mustang Drive Maryville, TN 37801 |
| **SCHUTTE & KOERTING, INC.** | *Via New York Secretary of State (BCL 307) With Further Registered Mail Service Upon:* The Corporation Trust Co. Corporation Trust Center 1209 Orange Street Wilmington, DE 19801 |
| **STRICK CORP.** | *Via New York Secretary of State (BCL 307) With Further Registered Mail Service Upon:* 301 N. Polk Street Monroe, IN 46772 |
| **STRICK TRAILERS, LLC** | *Via New York Secretary of State (LLCL 304) With Further Registered Mail Service Upon:* The Corporation Trust Company 1209 N. Orange Street Wilmington, DE 19801 *AND* Strick Trailers, LLC 191 E. North Ave. Carol Stream, IL 60188 |
| **TLD-LANTIS CORP. (individually and as successor-in-interest to Lantis Corp. and Cochran Western)** | *Via New York Secretary of State (BCL 307) With Further Registered Mail Service Upon:* Fadi Anbouba 1034A Harkins Rd. Salinas, CA 93901 *AND* TLD-Lantis Corp. 812 Bloomfield Avenue Windsor, CT 06095 |
| **TRANE U.S. INC. (individually, as success-in-interest and f/k/a American Standard Inc.)** | *Via New York Secretary of State (BCL 306)* CT Corporation System 111 Eighth Avenue New York, NY 10011 |
| **TUG TECHNOLOGIES, INC. (f/k/a Tug Manufacturing Corp.)** | *Via New York Secretary of State (BCL 307) With Further Registered Mail Service Upon:* Corporation Service Co. |

|  | 2711 Centerville Road, Suite. 400<br>Wilmington, DE 19808 |
|---|---|
| **VOLKSWAGEN OF AMERICA, INC.** | *Via New York Secretary of State (BCL 306)*<br>CT Corporation System<br>111 Eighth Avenue<br>New York, New York, 10011 |
| **VOLVO TRUCKS NORTH AMERICA, INC. (a division of Volvo Group North America, individually and as successor-in-interest to the Autocar Co.)** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>Volvo Trucks North America, Inc.<br>7900 National Service Road<br>Greensboro, NC 27402 |
| **WARREN PUMPS, LLC.** | *Via New York Secretary of State (LLCL 304)*<br>*With Further Registered Mail Service Upon:*<br>Corporation Service Co.<br>84 State Street<br>Boston, MA 02109 |
| **WATTS WATER TECHNOLOGIES, INC. (as successor-in-interest to Mueller Steam Specialty)** | *Via New York Secretary of State (BCL 307)*<br>*With Further Registered Mail Service Upon:*<br>Watts Water Technologies, Inc.<br>815 Chestnut Street<br>North Andover, MA 01845-6098 |
| **WEIR VALVES & CONTROLS USA, INC. (f/k/a Atwood & Morrill)** | *Via New York Secretary of State (BCL 306)*<br>CT Corporation System<br>111 Eighth Avenue<br>New York, New York, 10011 |
| **YARWAY CORP.** | *Via New York Secretary of State (BCL 306)*<br>CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 |

610469-1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------------------x
MARK COATS and ELAINE COATS, his spouse,

                    Plaintiffs,

           -against-

AIR & LIQUID SYSTEMS CORP. (as successor by merger to
    Buffalo Pumps, Inc.);
ARVIN MERITOR, INC. (individually and as successor-in-
    interest to the automotive segment of Rockwell
    International);
BORGWARNER MORSE TEC, INC. (as successor-in-interest
    to BorgWarner Corp.);
BRIDGESTONE/FIRESTONE, INC.;
CAMERON INTERNATIONAL CORP. (f/k/a Cooper
    Cameron Corp., individually and as successor-in-interest to
    the Cooper-Bessemer Corp. and as successor-in-interest to
    Grove Regulators Co.);
CARLISLE COMPANIES, INC.;
CATERPILLAR, INC.;
CBS CORPORATION (f/k/a Viacom, Inc., f/k/a Westinghouse
    Electric Corp.);
CERTAINTEED CORP.;
CLARK MATERIAL HANDLING CO. (f/k/a Clark
    Tructractor Co.);
THE CLARK-RELIANCE CORP. (individually and as
    successor-in-interest to Jerguson Gage & Valve Co.);
CRA TRAILERS, INC. (f/k/a Great Dane Trailers, Inc.);
CRANE CO. (individually and as successor-in-interest to
    Cochrane Corp., Cochrane Valves, Chapman Valve
    Manufacturing Co., Jenkins Bros., Jenkins Valves, and
    Swartwout Valves);
CROSBY VALVE, INC.;
CUMMINGS, INC.;
DAIMLER TRUCKS NORTH AMERICA, LLC (individually
    and as successor-in-interest to Freightliner, LLC, White
    Motor Co., Euclid, Inc., and The Autocar Co.);
DETROIT DIESEL CORP.;
DURODYNE CORP.;
EATON CORP. (individually and as successor-in-interest to
    Spicer Clutch);
FLOWSERVE CORP. (f/k/a the Edward Vogt Valve Co.);
FMC TECHNOLOGIES, INC. (f/k/a FMC Corp., f/k/a Bean
    Spray Pump Co.);
FMC CORP. (individually and as successor-in-interest to
    Northern Pump Co. and Peerless Pump Co.);
FORD MOTOR CO.;

Index No.:

**VERIFIED
COMPLAINT**

610469-1

FOSTER WHEELER LLC;

GENERAL ELECTRIC CO. (individually and as successor-in-interest to Waukesha Engine, f/k/a Waukesha Motor Co.);

GENUINE PARTS CO. (d/b/a National Automotive Parts Association, Inc., a/k/a NAPA, and Rayloc, a division of NAPA);

GOODRICH CORP.;

THE GOODYEAR TIRE & RUBBER CO.;

GOULDS PUMPS, INC.;

HALDEX BRAKE PRODUCTS CORP. (individually and as successor-in-interest, parent, alter ego and equitable trustee of Midland Brake, Inc.);

HARDIE-TYNES, LLC (as successor-in-interest to Hardie-Tynes Manufacturing Co.);

HARLAN GLOBAL MANUFACTURING, LLC;

HONEYWELL INTERNATIONAL, INC. (f/k/a Allied Signal);

HYSTER CO.;

IMO INDUSTRIES, INC. (individually and as successor-in-interest to DeLaval Turbine, Inc., DeLaval Steam Turbine, Inc., Transamerica DeLaval, Inc., and IMO DeLaval, Inc.);

INGERSOLL-RAND CO.;

INVENSYS SYSTEMS, INC. (as successor-in-interest to Fulton Sylphon Valves);

ITT CORP. (f/k/a ITT Industries, Inc., individually and as successor-in-interest to Bell & Gossett and Foster Valves);

JERGUSON GAGE & VALVE CO.;

JBT AEROTECH (f/k/a FMC Airport Systems);

JLG INDUSTRIES, INC.;

KAISER GYPSUM CO., INC.;

KELSEY-HAYES CO., (individually and as successor-by-merger, parent, alter ego and equitable trustee of Dayton Walter Corp. and as successor-in-interest, parent, alter ego and equitable trustee of Freuhauf Trailer Corp.);

MACK TRUCKS, INC. (individually and as successor-in-interest to Brockway Motor Co.);

THE MAREMONT CORP.;

MCCORD CORP.;

MCNALLY INDUSTRIES LLC (as successor-in-interest to Northern Fire Apparatus Co.);

MUELLER STEAM SPECIALTY, INC.;

NATIONAL AUTOMOTIVE PARTS ASSOCIATION;

NAVISTAR, INC. (f/k/a International Truck and Engine Corp.);

NMC-WOLLARD, INC.;

NORDCO, INC.;

OAKFABCO, INC.;

PACCAR, INC. (individually and as the parent company to Kenworth Truck Co. and Navistar, Inc. f/k/a International

Truck and Engine, f/k/a Peterbilt);
PARKER HANNIFIN CORP. (individually and as successor-
    in-interest, parent, alter ego and equitable trustee to EIS
    Brake Parts and Cali-Block);
PNEUMO-ABEX CORP. (individually and as successor-in-
    interest to Abex Corp. and American Brake Bloc);
PNEUMO ABEX, LLC (individually and as successor-in-
    interest to Abex Corp. and American Brake Bloc)
ROBERTSHAW CONTROLS CO. (d/b/a Fulton Sylphon
    Valves);
SCHUTTE & KOERTING, INC.;
STRICK CORP.;
STRICK TRAILERS, LLC;
TLD-LANTIS CORP. (individually and as successor-in-interest
    to Lantis Corp. and Cochran Western);
TRANE U.S. INC. (individually, as successor-in-interest to and
    f/k/a American Standard Inc.);
TUG TECHNOLOGIES, INC. (f/k/a Tug Manufacturing
    Corp.);
VOLKSWAGEN OF AMERICA, INC.;
VOLVO TRUCKS NORTH AMERICA, INC. (a division of
    Volvo Group North America, individually and as
    successor-in-interest to the Autocar Co.);
WARREN PUMPS, LLC.;
WATTS WATER TECHNOLOGIES, INC. (as successor-in-
    interest to Mueller Steam Specialty);
WEIR VALVES & CONTROLS USA, INC. (f/k/a Atwood &
    Morrill);
YARWAY CORP.,

Defendants.

-------------------------------------------------------------------------x

Plaintiffs, MARK COATS and ELAINE COATS, by and through their attorneys, THE

LANIER LAW FIRM PLLC and BAILEY PERRIN BAILEY PLLC, upon information and belief,

allege at all times hereinafter mentioned as follows:

1.      Plaintiff, MARK COATS, is a resident of Aubrey, Texas.

2.      Plaintiff, ELAINE COATS, is a resident of Aubrey, Texas.

3.      Defendant AIR & LIQUID SYSTEMS CORP. (as successor by merger to Buffalo

Pumps, Inc.) was and still is a duly organized foreign corporation doing business and/or transacting

business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

4.      Defendant ARVIN MERITOR, INC. (individually and as successor-in-interest to the automotive segment of Rockwell International) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

5.      Defendant BORGWARNER MORSE TEC, Inc. (as successor-in-interest to BorgWarner Corp.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

6.      Defendant BRIDGESTONE/FIRESTONE, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

7.      Defendant CAMERON INTERNATIONAL CORP. (f/k/a Cooper Cameron Corp., individually and as successor-in-interest to the Cooper-Bessemer Corp. and as successor-in-interest to Grove Regulators Co.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8.      Defendant CARLISLE COMPANIES, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

9.      Defendant CATERPILLAR, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

10.     Defendant CBS CORPORATION (f/k/a Viacom, Inc., f/k/a Westinghouse Electric Corp.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

11.     Defendant CERTAINTEED CORP. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

12.     Defendant CLARK MATERIAL HANDLING CO. (f/k/a Clark Tructractor Co.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

13.     Defendant THE CLARK-RELIANCE CORP. (individually and as successor-in-interest to Jerguson Gage & Valve Co.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

14.     Defendant CRA TRAILERS, INC. (f/k/a Great Dane Trailers, Inc.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

15.     Defendant CRANE CO. (individually and as successor-in-interest to Cochrane Corp., Cochrane Valves, Chapman Valve Manufacturing Co., Jenkins Bros., Jenkins Valves, and Swartwout Valves) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

16.     Defendant CROSBY VALVE, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

17.     Defendant CUMMINGS, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

18.     Defendant DAIMLER TRUCKS NORTH AMERICA, LLC (individually and as successor-in-interest to Freightliner, LLC, White Motor Co., Euclid, Inc., and The Autocar Co.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New  York and/or should have expected its acts to have consequences within the State of New York.

19.     Defendant DETROIT DIESEL CORP. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

20.     Defendant DURODYNE CORP. was and still is a duly organized domestic corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

21.     Defendant EATON CORP. (individually and as successor-in-interest to Spicer Clutch) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

22.     Defendant FLOWSERVE CORP. (f/k/a the Edward Vogt Valve Co.) was and still is a duly organized domestic corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

23.     Defendant FMC TECHNOLOGIES INC. (f/k/a FMC Corp., f/k/a Bean Spray Pump Co.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

24.     Defendant FMC CORP. (individually and as successor-in-interest to Northern Pump Co. and Peerless Pump Co.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

25.     Defendant FORD MOTOR CO. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

26.     Defendant FOSTER WHEELER LLC was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

27.     Defendant GENERAL ELECTRIC CO. (individually and as successor-in-interest to Waukesha Engine, f/k/a Waukesha Motor Co.) was and still is a duly organized domestic corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

28.     Defendant GENUINE PARTS CO. (d/b/a National Automotive Parts Association Inc., a/k/a NAPA and Rayloc, a division of NAPA) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.'

29.    Defendant GOODRICH CORP. was and still is a duly organized domestic corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

30.    Defendant THE GOODYEAR TIRE & RUBBER CO. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

31.    Defendant GOULDS PUMPS, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

32.    Defendant HALDEX BRAKE PRODUCTS CO. (individually and as successor-in-interest, parent, alter ego and equitable trustee of Midland Brake, Inc.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

33.    HARDIE-TYNES, LLC (as successor-in-interest to Hardie-Tynes Manufacturing Co.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

34.    Defendant HARLAN GLOBAL MANUFACTURING, LLC was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

35.    Defendant HONEYWELL INTERNATIONAL, INC. (f/k/a Allied Signal) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

610469-1

36.     Defendant HYSTER CO. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

37.     Defendant IMO INDUSTRIES, INC. (individually and as successor-in-interest to DeLaval Turbine, Inc., DeLaval Steam Turbine, Inc., Transamerica DeLaval, Inc., and IMO DeLaval, Inc.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

38.     Defendant INGERSOLL-RAND CO. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

39.     Defendant INVENSYS SYSTEMS, INC. (as successor-in-interest to Fulton Sylphon Valves) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

40.     Defendant ITT CORP. (f/k/a ITT Industries, Inc., individually and as successor-in-interest to Bell & Gossett and Foster Valves) was and still is a duly organized domestic corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

41.     Defendant JERGUSON GAGE & VALVE CO. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

42.     Defendant JBT AEROTECH, (f/k/a FMC Airport Systems) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

43.     Defendant JLG INDUSTRIES, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

44.     Defendant KAISER GYPSUM CO., INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

45.     Defendant KELSEY-HAYES CO., (individually and as successor-by-merger, parent, alter ego and equitable trustee of Dayton Walter Corp. and as successor-in-interest, parent, alter ego and equitable trustee of Freuhauf Trailer Corp.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

46.     Defendant MACK TRUCKS, INC. (individually and as successor-in-interest to Brockway Motor Co.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

47.     Defendant THE MAREMONT CORP. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

48.     Defendant MCCORD CORP. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

49.     Defendant MCNALLY INDUSTRIES LLC (as successor-in-interest to Northern Fire Apparatus Co.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

50.     Defendant MUELLER STEAM SPECIALTY, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

51.     Defendant NATIONAL AUTOMOTIVE PARTS ASSOCIATION was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

52.     Defendant NAVISTAR, INC. (f/k/a International Truck and Engine Corp.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

53.     Defendant NMC-WOLLARD, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

54.     Defendant NORDCO, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

55.     Defendant OAKFABCO, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

56.    Defendant PACCAR, INC. (individually and as the parent company to Kenworth Truck Co. and Navistar, Inc. f/k/a International Truck and Engine, f/k/a Peterbilt) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

57.    Defendant PARKER HANNIFIN CORP. (individually and as successor-in-interest, parent, alter ego and equitable trustee to EIS Brake Parts and Cali-Block) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

58.    Defendant PNEUMO-ABEX CORP. (individually and as successor-in-interest to Abex Corp. and American Brake Bloc) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

59.    Defendant PNEUMO ABEX LLC (individually and as successor-in-interest to Abex Corp. and American Brake Bloc) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

60.    Defendant ROBERTSHAW CONTROLS CO. (d/b/a Fulton Sylphon Valves) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

61.    Defendant SCHUTTE & KOERTING, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

62.     Defendant STRICK CORP. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

63.     Defendant STRICK TRAILERS, LLC was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

64.     Defendant TLD-LANTIS CORP. (individually and as successor-in-interest to Lantis Corp. and Cochran Western) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

65.     Defendant TRANE U.S. INC. (individually, as successor-in-interest and f/ka/ American Standard Inc.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

66.     Defendant TUG TECHNOLOGIES, INC., (f/k/a TUG Manufacturing Corp.) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

67.     Defendant VOLKSWAGEN OF AMERICA, INC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

68.     Defendant VOLVO TRUCKS NORTH AMERICA, INC. (a division of Volvo Group North America, individually and as successor-in-interest to the Autocar Co.) was and still is

a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

69.     Defendant WARREN PUMPS, LLC. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

70.     Defendant WATTS WATER TECHNOLOGIES INC. (as successor-in-interest to Mueller Steam Specialty) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

71.     Defendant WEIR VALVES & CONTROLS USA, INC. (f/k/a Atwood & Morrill) was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

72.     Defendant YARWAY CORP. was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

73.     Plaintiffs repeat and reallege NYCAL - THE LANIER LAW FIRM, PLLC STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY as if fully incorporated herein as it pertains to the defendants in the fore mentioned caption.

Dated: August 31, 2012
      New York, New York

Respectfully submitted,

**THE LANIER LAW FIRM PLLC**
*Attorneys for Plaintiffs*
126 East 56th Street, 6th Floor
New York, New York 10022
Phone: (212) 421-2800

By:  _____
      Darron E. Berquist, Esq.

-AND-

**BAILEY PERRIN BAILEY PLLC**
Ryan N. Jacobs, Esq.
J.D. McMullen, Esq.
Duffy R. Reagan, Esq.
*Attorneys for Plaintiffs*
440 Louisiana Street, Suite 2100
Houston, Texas 77002
Phone: (713) 435-7100

610469-1

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

The undersigned, an attorney admitted to practice in the Courts of New York State, shows:

Deponent is an associate of THE LANIER LAW FIRM PLLC, counsel for the Plaintiff/s in the within action; deponent has read the foregoing Summons and Verified Complaint and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters, deponent believes same to be true. This verification is made by deponent and not by Plaintiff/s, because Plaintiff/s reside/s outside of the County of New York, where the deponent maintains his office.

Dated: August 31, 2012
New York, New York

_____
Darron E. Berquist, Esq.

610469-1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------------x

MARK COATS and ELAINE COATS, his spouse,                    Index No.:

                Plaintiffs,

      - against -                                        **CERTIFICATION**

AIR & LIQUID SYSTEMS CORP. (as successor by merger to
    Buffalo Pumps, Inc.), et al.,

                Defendants.
-----------------------------------------------------------------------x


      DARRON E. BERQUIST, ESQ., an attorney duly admitted to practice before the Courts of

the State of New York, hereby certifies, in accordance with 22 NYCRR Part 130-1.1-a of the Rules

of the Chief Administrator, that to the best of my knowledge, information and belief, which was

formed after a reasonable inquiry under the circumstances, the presentation of the foregoing

Summons and Verified Complaint and its contents are not frivolous, as the term is defined in Part

130.


Dated: August 31, 2012                        Respectfully submitted,
      New York, New York

                                **THE LANIER LAW FIRM PLLC**
                                *Attorneys for Plaintiffs*
                                126 East 56th Street, 6th Floor
                                New York, New York 10022
                                Phone: (212) 421-2800

                                By: _____
                                   Darron E. Berquist, Esq.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| MARK COATS AND ELAINE COATS, his spouse | ) Index No. : 190402/2012 |
| Plaintiffs, | ) **PLAINTIFFS** |
| -against- | ) **INITIAL FACT SHEET** |
| AIR & LIQUID SYSTEMS CORP. (as successor by merger to Buffalo Pumps, Inc.), et al. | ) |
| Defendants. | ) |

1.  Full name:  **Mark Allen Coats**

2.  Address:  **1200 Tipps Rd. Aubrey, Texas 76227**

3.  Date of birth:  **May 30, 1942**

4.  Social security number: **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**

5.  Union/local/years of membership: **International Association of Machinists and Aerospace Workers (IAM), Local #1894, 1966-1988.**

6.  Date of claimant's first claimed asbestos exposure: **1959.**

7.  Smoking history:

    For all cigarettes, pipes, cigars, please state the inclusive dates of claimant's smoking history, the products smoked and the amount of product consumed per day: **Plaintiffs object to the request for this request because it involves information which is entirely irrelevant to the development of Mark Coats's mesothelioma. Subject to and without waiving said objection: Plaintiff, Mark Coats, smoked approximately 1/4 of one pack of cigarettes per day from approximately 1957 until approximately 1975.**

8.  At this preliminary stage of the proceedings, please provide as much of the following information as is presently available: worksites, inclusive dates, and trade or occupation for each site. (each worksite should be identified as specifically as possible (i.e., ships worked on in a given shipyard): **Plaintiff served as a Fireman and Engineman in the U.S. Navy from 1959-1963 at various sites and ships including but not limited to: San Diego Naval Training Center in San Diego, CA, Brooklyn Naval Shipyard in Brooklyn, NY, Boston Shipyard in Boston, MA, USS Pictor, and USS John Hood; was employed as a laborer for Crest Air in Brooklyn, NY, in 1963; as a mechanic for Penn Industries in Manhattan, NY, from 1963-1964; as a mechanic and gas station attendant for Sinclair Refining Co. in Long Island, NY, and Queens, NY from 1964-**

**1965; as a mechanic at Bill Giden Shell Station in Long Island, NY, from 1965-1966; as a mechanic for Eastern Airlines at JFK Airport in Queens, NY, from 1966–1974; as a mechanic for Eastern Airlines at DFW Airport in Dallas, TX, from 1974 -1979. Plaintiff also performed  shade tree mechanical work on various automobiles in Brooklyn, NY, and Cedarhill, TX, from 1963-1978 (intermittently) and home remodeling work on his residences in Long Island, NY, and Cedarhill, TX, from 1968-1974 (intermittently).**

9.   Claimed asbestos-related disease, including date of diagnosis and name of diagnosing physician or institution if known (an attached medical report would be helpful but is optional): **Mesothelioma; August 2012; Dr. Terri J. Casey, M.D., at Texas Health Presbyterian Hospital located in Denton, Texas.**

10.  Plaintiffs are impressed with the need for accuracy in completing this form and are reminded of the court's inherent power to sanction for the filing of inaccurate information.

Dated: August 31, 2012                      Respectfully submitted,
       New York, New York

                                          **THE LANIER LAW FIRM PLLC**
                                          *Attorneys for Plaintiffs*
                                          126 East 56th Street, 6th Floor
                                          New York, New York 10022
                                          Phone: (212) 421-2800

                                          By: _____
                                            Darron E. Berquist, Esq.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| MARK COATS and ELAINE COATS, his spouse, ) | Index No.: 190402/2012 |
| ) | |
| ) | |
| Plaintiffs, ) | **CERTIFICATION** |
| ) | |
| -against- ) | |
| ) | |
| AIR & LIQUID SYSTEMS corp. (as successo by ) | |
| merger to Buffalo Pumps., Inc.), et al., ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

Darron E. Berquist, an attorney duly admitted to practice before the Courts of the State of New York, hereby certified in accordance with 22 NYCRR Part 130-1.1-a of the Rules of the Chief Administrator that to the best of my knowledge, information and belief, which was formed after a reasonable inquiry under the circumstances, the presentation of the foregoing Plaintiffs' Initial Fact Sheet and its content are not frivolous, as the term is defined in Part 130.

Dated: August 31, 2012
      New York, New York

      Respectfully submitted,

      **THE LANIER LAW FIRM PLLC**
      *Attorneys for Plaintiffs*
      126 East 56th Street, 6th Floor
      New York, New York 10022
      Phone: (212) 421-2800

      By: _____
          Darron E. Berquist, Esq.

**Texas Health Presbyterian Hospital Denton**
DEPARTMENT OF PATHOLOGY
**Sharon Casey, MD Medical Director**
3000 North I-35
Denton, TX 76201
Tel: 940-898-7081  Fax: 940-898-7082

## SURGICAL PATHOLOGY REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient Name: | **COATS, MARK** | | | | Accession #: | **TS12-1894** |
| Med. Rec. #: | 000273964 | Client: | THDN | | Collected: | 7/24/2012 |
| DOB: | 5/30/1942 (Age: 70) | Acct: | 3740048683 | | Received: | 7/24/2012 |
| Gender: | M | Location: | DSCH | | Reported: | 8/3/2012 |
| Physician(s): | Tung H. Cai, MD | | | | | |

**Clinical History**
Lung nodule (518.89).

**Operative Findings**
Not provided.

**Specimen(s) Submitted**
A: Right pleural biopsy
B: Pleural tissue

## DIAGNOSIS
A. AND B.  BIOPSY, RIGHT PLEURA:
- SARCOMATOID MALIGNANT MESOTHELIOMA.

**Comment**
The slides are reviewed in formal consultation by Frank Vuitch, M.D., Texas Health Harris Methodist Fort Worth.  See formal consultation report, HS12-8434.

*** Electronically Signed Out by Terri J. Casey, MD on 8/3/12 at 01:18 PM ***
Terri J. Casey, MD
ce / 7/26/2012

**Billing Fee Code(s)**
A: 88305, 88331
B: 88305, 88342, 88342, 88342, 88342, 88342, 88342, 88342, 88342

**Gross Description**
Specimen A:  Specimen A is received without fixative, labeled with the patient's name and "right pleural biopsy", and consists of two irregular portions of tan tissue measuring 0.7 x 0.4 x 0.3 cm and 0.5 x 0.3 x 0.2 cm.  One-half of each is submitted for frozen section diagnosis.  The frozen section residue is submitted in a cassette labeled FSA1.  In addition, a touch prep is prepared.  The remainder of the specimen is submitted in a cassette labeled A2.  Frozen section diagnosis of one frozen section block is diagnosed as "SARCOMATOID TUMOR; REQUEST ADDITIONAL FOR CYTOGENETICS/PERMANENTS" per Dr. Terri Casey.

Specimen B:  Specimen B is received in normal saline, labeled with the patient's name and "pleural tissue", and consists of multiple tan fragments of tissue and a small amount of clotted blood.  The specimen measures 1.6 x 1.1 x 0.3 cm in aggregate.  A portion of the specimen is submitted for cytogenetics testing.  The remainder is entirely submitted. (BTE1b) MJ/ce

**Intraoperative Evaluation**
A.  SARCOMATOID TUMOR; REQUEST ADDITIONAL FOR CYTOGENETICS/PERMANENTS.

**COATS, MARK**                     **SURGICAL PATHOLOGY REPORT**                     **TS12-1894**

Terri J. Casey, MD

## Microscopic Description

Specimens A and B:  Sections show a moderately cellular proliferation of spindled cells with pink cytoplasmic processes. Specimen B has areas with greater cellularity with geographical areas of tumor necrosis.  The nuclei show mild to moderate nuclear enlargement, and there are scattered mitotic figures in areas having moderate cellularity.  Epithelial areas are not identified.  A panel of immunostains is performed on specimen B with results as follows:

    Calretinin – Focal positivity
    Cytokeratin 8 – Strongly positive
    Pancytokeratin – Strongly positive
    D2-40 – Focal positivity
    Cytokeratin 5/6 – Negative
    Ber-EP4 – Negative
    34bE12 – Negative
    S-100 – Negative
    TTF-1 – Negative

The findings are compatible with malignant mesothelioma, sarcomatoid type.    TJC/ce

Technical Services
Performed at: AmeriPath North Texas, 4350 Alpha Rd., Dallas, Texas 75244,
P(888)876-7683, F(972)404-2532.

Suite 1802 (Joel)
225 Broadway
New York, NY 10007

R.R.R.

049J82040360

$ 17.00⁰

09/13/2012

Mailed From 10007
US POSTAGE



Crane Co., Individually and as Successor
In Interest to Cochrane Corp., etc.
The Corporation Trust Co.,
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801



United States Postal Service
REGISTERED MAIL

RA 602 452 146 US

Label 200, July 1999          (102595) 99-M-1904

Personal & Confidential