

A Professional Corporation

**HOUSTON**
The Lanier Law Firm, PC
6810 FM 1960 West
Houston, TX 77069
Post Office Box 691448
Houston, TX 77269
(713) 659-5200
Fax (713) 659-2204

**LOS ANGELES**
The Lanier Law Firm, PC
2029 Century Park East
Suite 1400
Los Angeles, CA 90067
(310) 277-5100
Fax (310) 277-5103

**NEW YORK**
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
6th Floor
New York, NY 10022
(212) 421-2800
Fax (212) 421-2878

**PALO ALTO**
The Lanier Law Firm, PC
2200 Geng Rd., Suite 200
Palo Alto, CA 94303
(650) 322-9100
Fax (650) 322-9103

lanierlawfirm.com

October 25, 2012

<u>Via FedEx</u>
Michael J. Beck
Clerk of the Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle N.E.
Room G-255, North Lobby
Washington, DC 20544-0005

Re:   Robert Holliday v. Air & Liquid Systems Corp., et al.
      S.D.N.Y. Docket No.: 12-CIV-7615 (RJS)
      N.Y. Supreme Court Index No.: 190393/2012

Dear Mr. Beck:

We represent the plaintiffs, Robert and Doris Ann Holliday, in the above asbestos-related matter. Mr. Holliday was diagnosed with malignant mesothelioma on or about May 14, 2012. On or about August 29, 2012, plaintiffs filed an asbestos-related lawsuit against various defendants with the New York County Supreme Court under index number 190393/2012. Thereafter, on or about October 11, 2012, defendant Crane Co. filed a Notice of Removal Pursuant to 28 U.S.C. § 1442 with the District Court for the Southern District of New York under docket number 12-CIV-7615. On October 15, 2012, defendant Crane Co. filed and served a Notice of Tag-Along Action pursuant to MDL Rule 7.5(e).

Prior to defendant's Notice of Removal and Notice of Tag-Along Action, on October 3, 2012, the Presiding Judge of MDL-875, Eduardo C. Robreno, signed a Second Suggestion to the Panel on Multidistrict Litigation ("The Panel") Concerning Future Tag-Along Transfers ("Second Suggestion"), a copy of which is enclosed. Judge Robreno's Second Suggestion recommended that The Panel decline to transfer cases to MDL-875 from several jurisdictions, including the Southern District of New York. It is my understanding that The Panel has or will in the very near future grant Judge Robreno's Second Suggestion. Based upon all of the foregoing circumstances, plaintiffs respectfully request that the MDL Panel reject and/or strike defendant Crane Co.'s Notice of Tag-Along Action and/or otherwise refrain from entering a conditional transfer order in this matter.

Thank you for your consideration and attention to this matter.

Respectfully submitted,

Darron E. Berquist

Encl.

CC:   All counsel
      S.D.N.Y. ECF

650644-1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : | CONSOLIDATED UNDER MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS : | |
| v. : | FILED OCT -4 2012 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk |
| VARIOUS DEFENDANTS : | |

## SECOND SUGGESTION TO THE PANEL ON MULTIDISTRICT LITIGATION ("THE PANEL") CONCERNING FUTURE TAG-ALONG TRANSFERS

**AND NOW**, this **3rd** day of **October, 2012**, it is hereby **SUGGESTED** that the Panel decline to transfer and consolidate tag-along cases to MDL-875 from the following jurisdictions:[1]

- The District of Connecticut;
- The Southern and Eastern Districts of New York;
- The Western, Middle, and Eastern Districts of North Carolina;
- The District of North Dakota.

---

[1] The Court suggests that the Panel cease future transfers of cases from these jurisdictions for the same reasons set forth in the Suggestion to the Judicial Panel of Multidistrict Litigation Concerning Future Tag-Along Transfers, No. 01-md-875 (E.D. Pa. Nov. 23, 2011), ECF No. 8282. Namely, fewer than fifty cases are pending in each of the jurisdictions listed, except for Connecticut, which had 156 cases pending as of October 1, 2012. Plaintiffs whose cases are transferred to MDL-875 from the District of Connecticut are represented primarily by the same law firm, and settlement discussions in that particular group of cases have been successful in the recent past and are ongoing.

The Court further **SUGGESTS**, therefore, that the only jurisdictions from which tag-along cases should continue to be transferred are the following:[2]

- The Eastern District of Virginia (2,421 cases pending);
- The Seventh Circuit, including the Western and Eastern Districts of Wisconsin, the Northern and Southern Districts of Indiana, and the Northern, Central and Southern Districts of Illinois (238 cases pending);
- The Northern District of Ohio, including Maritime Docket (MARDOC) cases (3,459 cases pending);
- The Northern District of California (103 cases pending).

It is so **SUGGESTED**.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**Eduardo C. Robreno**
　　　　　　　　　　　　　　　**Presiding Judge, MDL-875**

---

[2] In addition, the MDL Court will continue to hear asbestos cases that originate in the Eastern District of Pennsylvania.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

SHANNON K. TULLY, being duly sworn, deposes and says:

1. I am over the 18 years of age, I am not a party to this action, and I reside in New York, New York.

2. On October 25, 2012, I served a copy of the within document(s) entitled Motion to Remand upon each attorney (and/or defendant or agent) set forth in the attached rider by depositing a true copy of same securely enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
SHANNON K. TULLY

On this, the 25th day of October, 2012, before me, a notary public, personally appeared SHANNON K. TULLY, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that s/he executed the same for the purposes therein contained.

_____
Notary Public

KAREN M. HOFFMIRE
Notary Public, State of New York
No. 01HO6004716
Qualified in KINGS County
Commission Expires 3/30/2014

## Robert L. Holliday Counsel List

Attorney for Defendant
Air & Liquid Systems Corp.
Edward J. Wilbraham, Esq.
John S. Howarth, Esq.
Wilbraham, Lawler & Buba
140 Broadway, 46th Floor
New York, NY 10005
Tel: (212) 943-9245
Fax: (212) 943-9246

Attorney for Defendant
CBS Corp.;
General Electric Co.;
Foster Wheeler LLC;
Michael A. Tanenbaum, Esq.
Sedgwick LLP
Three Gateway Center, 12th Floor
Newark, NJ 07102
(973) 242-0002
(973) 242-8099
michael.tanenbaum@sdma.com

Attorney for Defendant
Cessna Aircraft Co.
Erik C. DiMarco, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017
Tel: (212) 490-3000
Fax: 212.490.3038
erik.dimarco@wilsonelser.com

Attorney for Defendant
Crane Co.;
Eric Cottle, Esq.
K&L Gates LLP
599 Lexington Ave
New York, NY 10022-7615
Tel.: 212.536.3900
Fax: 212.536.3901
eric.cottle@klgates.com

Attorney for Defendant
DAP Products Inc.
Carol M. Tempesta, Esq.
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, NY 10004
Tel: (212) 509-3456
Fax: 212-509-4420
tempestagroup@mklaw.us.com

Attorney for Defendant
FMC Corp. (individually, as successor to,
and doing business as Northern Pump
Co. and Peerless Pump Co.)
Christopher P. Hannan, Esq.
Kelley Jasons McGowan Spinelli & Hanna LLP
120 Wall Street, 30th Floor
New York, NY 10005
Tel: (212) 344-7400
Fax: (212) 344-7402
channan@kjmsh.com

Attorney for Defendant
Gardner Denver, Inc.
Arlene Gharabeigie, Esq.
Segal McCambridge Singer & Mahoney
850 Third Avenue, Suite 1100
New York, NY 10022
Tel: (212) 651-7500
Fax: (212) 651-7499
agharabeigie@smsm.com

Attorney for Defendant
Goodrich Co. (f/k/a The B. F. Goodrich Co.)
Patrick J. Dwyer, Esq.
Smith Stratton Wise Heher & Brennan
2 Research Way
Princeton, NJ 08540
Tel.: (609) 924-6000
Fax: (609) 987-6651
pdwyer@smithstratton.com

Attorney for Defendant
Goodyear Tire & Rubber Company
Scott Harford, Esq.
Lynch Daskal Emery LLP
264 West 40th Street
New York, NY 10018
Tel: (212) 302-2400
Fax: (212) 302-2210
harford@lawlynch.com

Attorney for Defendant
IMO Industries Inc.
David J. Goodearl, Esq.
Leader & Berkon LLP
630 Third Avenue
New York, NY 10017
Tel: (212) 486-2400
Fax: (212) 486-3099
dgoodearl@leaderberkon.com

Attorney for Defendant
ITT Corporation Inc.
Christopher P. Brown, Esq.
McGuire Woods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
(212) 548-2100
(212) 548-2150 (Fax)
gmacsteel@mcguirewoods.com

Attorney for Defendant
The Nash Engineering Co.;
Thrush Co., Inc.
Laura B. Hollman, Esq.
McGivney & Kluger P.C.
80 Broad St., 23rd Fl.
New York, NY 10004
Tel.: (212) 509-3456
Fax: (212) 509-4420
kcook@mklaw.us.com

Attorney for Defendant
Owens-Illinois Inc.
Paul A. Scrudato, Esq.
Schiff Hardin LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
(212) 745-0833
(212) 753-5044
pscrudato@schiffhardin.com

Attorney for Defendant
Parker Hannifin Corp.
Richard P. O'Leary, Esq.
McCarter & English, LLP
245 Park Avenue
New York, NY 10165
(212) 609-6800
(212) 609-6921
roleary@mccarter.com

| | | |
|---|---|---|
| **Attorney for Defendant** <br> **Sears, Roebuck & Co.** <br> Eva S. Wayne, Esq. <br> Malaby & Bradley, LLC <br> 150 Broadway, Suite 600 <br> New York, NY 10022 <br> Tel: (212) 791-0285 <br> Fax:(212) 791-0286 <br> ewayne@mblaw.net | **Attorney for Defendant** <br> **Sikorsky Aircraft Co.** <br> John F. Renzulli, Esq. <br> Scott C. Allan, Esq. <br> John A. Tartaglia, III, Esq. <br> Renzulli Law Firm, LLP <br> 81 Main Street, Suite 508 <br> White Plains, NY 10601 <br> Tel: (914) 285-0700 <br> Fax: (914) 285-1213 <br> jtartaglia@renzullilaw.com | **Attorney for Defendant** <br> **Warren Pumps LLC** <br> Joseph G. Colao, Esq. <br> Leader & Berkon LLP <br> 630 Third Avenue, 17th Floor <br> New York NY 10017 <br> Tel: (212) 486 2400 <br> Fax: (212) 486-3099 <br> jcolao@leaderberkon.com |