

A Professional Corporation

**HOUSTON**
The Lanier Law Firm, PC
6810 FM 1960 West
Houston, TX 77069
Post Office Box 691448
Houston, TX 77269
(713) 659-5200
Fax (713) 659-2204

**LOS ANGELES**
The Lanier Law Firm, PC
2049 Century Park East
Suite 1940
Los Angeles, CA 90067
(310) 277-5100
Fax (310) 277-5103

**NEW YORK**
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
6th Floor
New York, NY 10022
(212) 421-2800
Fax (212) 421-2878

**PALO ALTO**
The Lanier Law Firm, PC
2200 Geng Rd., Suite 200
Palo Alto, CA 94303
(650) 322-9100
Fax (650) 322-9103

October 31, 2012

<u>Via ECF Only</u>
Michael J. Beck
Clerk of the Panel
Thurgood Marshall Federal Judiciary Building
One Columbus Circle N.E.
Room G-255, North Lobby
Washington, DC 20544-0005

Re:   Robert Holliday v. Air & Liquid Systems Corp., et al.
      S.D.N.Y. Docket No.: 12-CIV-7615 (RJS)
      N.Y. Supreme Court Index No.: 190393/2012

Dear Mr. Beck:

On Wednesday, October 31, 2012, I inadvertently filed document number 9077 ("supplemental information") in MDL-875. I respectfully request that this document be withdrawn.

I apologize for the confusion and thank you for your consideration and attention to this matter.

Respectfully submitted,

/s/
Darron E. Berquist

651788-1

lanierlawfirm.com