

November 5, 2012

Erik DiMarco
212.915.5126 (direct)
917.553.7425 (mobile)
Erik.DiMarco@wilsonelser.com

Mr. Jeffery N. Lüthi
Clerk of the Panel on Multidistrict Litigation
Federal Judiciary Building
One Columbus Circle, N.E., Room G255
Washington, D.C. 20002

Re:     Notice of Potential Tag-Along Action
        Asbestos Products Liability Litigation
        MDL Docket No. 875

Dear Mr. Lüthi                  :

I hereby notify you, as required by Rule 7.1(a) of the Rules of Procedure of Judicial Panel on Multidistrict Litigation, of the pendency of a potential tag-along action to the cases transferred by the Panel's July 29, 1991 Order and Opinion to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno.

The potential tag-along action is entitled Shortman v. Electric Boat Corporation, and it is pending in the United States District Court, District of Connecticut, Docket No.: 3:12-cv-01517-RNC.

Enclosed are copies of the Schedule of Actions, Complaint and Docket Sheet in connection with this case.

Sincerely,

Wilson Elser Moskowitz Edelman & Dicker LLP

Erik C. DiMarco

Enclosures

cc:  Judge Robert N. Chatigny
     United States Courthouse
     Abraham Ribicoff Federal Building
     450 Main Street, Room 135 Annex
     Hartford, CT 06103

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

5264958v.1



- 2 -

Amity L. Arscott, Esq.
Counsel for Plaintiff
Embry & Neusner
P.O. Box 1409
118 Poquonnock Road
Groton, CT 06340

5264958v.1