## SCHEDULE OF ACTIONS

| Index No. | Case Name: | Judge: |
|---|---|---|
| 3:12-CV-01517 (RNC) | Heather Shortman v. Electric Boat Corp. | Hon. Robert N. Chatigny |