BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY : MDL NO. 875
LITIGATION (NO. VI)   :
   :
   :
   :

### CERTIFICATION OF SERVICE

I hereby certify that I have on this 5th day of November, 2012, caused to be served a copy of Defendant Electric Boat Corporation's Notice of Potential Tag Along, Schedule of Actions, Docket Sheet, Complaint and this Certification of Service to plaintiff's counsel via standard U.S. mail.

Dated: November 5, 2012

                                               **WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**

By: /s/ Erik. C. DiMarco
Erik. C. DiMarco, Esq. (ct19417)
150 E. 42nd Street
New York, New York 10017
Tel.: 212-490-3000
Fax: 212-490-3038
erik.dimarco@wilsonelser.com
Attorneys for Defendant
Electric Boat Corporation
Our File No.: 07411.00101