BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Asbestos Product Liability Litigation | MDL Docket No. 875   (No. VI) |
| | **NOTICE OF TAG-ALONG ACTION** |

| | |
|---|---|
| RONALD S. SCEARCE AND ALISA J. SCEARCE,<br><br>         Plaintiffs,<br><br>v.<br><br>3M COMPANY F/K/A MINNESOTA MINING & MANUFACTURING CO., ET AL.,<br><br>         Defendants. | Civil Action pending in<br><br>United States District Court<br>District of New Jersey<br>Civil Action No. 12-cv-06676-NLH-JS<br><br>The Honorable Noel L. Hillman, United States District Judge |

TO THE CLERK OF THE PANEL:

PLEASE TAKE NOTICE THAT the civil action entitled *Ronald S. Scearce and Alisa J. Scearce v. 3M Company f/k/a Minnesota Mining & Manfacturing Co., et al.*, now pending in the United States District Court for the District of New Jersey (Civil Action No. 12-cv-06676-NLH-JS), before The Honorable Noel L. Hillman, United States District Judge, is a potential tag-along action with respect to *In re Asbestos Product Liability Litigation (No. VI)*(MDL Docket No. 875), now pending in the District Court for the Eastern District of Pennsylvania. The plaintiffs in *Ronald S. Scearce* allege personal injuries and wrongful death arising from exposure to asbestos, including claims of product liability.

Under MDL Rule 1.1, a "tag-along action" is a civil action pending in a district court and involving common questions of fact with actions previously transferred under 28 U.S.C. § 1407.

ME1 14380667v.1

On January 17, 1991, the Judicial Panel on Multidistrict Litigation issued an order to show cause why all pending federal district court actions not then in trial involving allegations of personal injury or wrongful death caused by asbestos should not be centralized in a single forum. On July 29, 1991, the Panel ordered the transfer of asbestos cases pending in the district courts, not then in trial, to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to § 1407. *In re Asbestos Products Liability Litigation (No. VI)*, 771 F. Supp. 415 (J.P.M.L. 1991).

The Panel's transfer order and the MDL Rules provide that notice be given to the Clerk of the Panel of potential tag-along actions. *See id.* At 424; MDL Rules 7.1. Accordingly, Defendant Raytheon Company gives this notice that *Ronald S. Scearce* is a potential tag-along action.

                              McCARTER & ENGLISH, LLP
                              Four Gateway Center
                              100 Mulberry Street
                              Newark, NJ  07102
                              Telephone: (973) 639-2032
                              Fax: (973) 297-3876
                              jgarde@mccarter.com
                              Attorneys for Defendant,
                              Raytheon Company

By:   *s/John C. Garde*
        John C. Garde
        A Member of the Firm

Dated:  November 8, 2012

2

ME1 14380667v.1