BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

In re Asbestos Product Liability Litigation         MDL Docket No. 875 (No. VI)

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Ronald S. Scearce and Alisa J. Scearce<br>**Movant:**<br>Raytheon Company<br>**Defendants:**<br>3M Company formerly known as Minnesota Mining & Manufacturing Co.; Agilent Technologies, Inc. as successor by merger to Varian, Inc., successor-in-interest to Varian Associates, Inc.; Alpha Wire Corp.; AFL Telecommunications, LLC individually and for its ACA Conductor Accessories and Dossert Corporation; American Biltrite, Inc.; AIW-2010 Wind Down Corp., formerly known as American Insulated Wire Corp.; Anixter Inc.; Atlas Wire & Cable Corp.; Belden Wire and Cable Company; CBS Corporation, a Delaware corporation, successor by merger to CBS Corporation, a Pennslyvania corporation formerly known as Viacom Inc. formerly known as Westinghouse Electric Corp.; Cooper Industries, Inc., individually and as successor-in-interest to Cooper Cameron Corp. and Cooper-Bessemer Corp.; Domco Products of Texas, LP, formerly known as/ Azrock; Durez Corporation; Electric Switchboard, Solutions, LLC individually and as successor-in-interest to Electric | U.S.D.C. New Jersey | 1:12-cv-06676-NLH-JS | Honorable Noel L. Hillman, U.S.D.J. |

| | | | |
|---|---|---|---|
| Switchboard, Co., Inc.; Eaton Corporation as successor-in-interest to Eaton Electrical, Inc., and Cutler Hammer, Inc.; Ericsson, Inc., successor-in-interest to Anaconda Wire & Cable Company and Continental Wire & Cable Co.; General Electric Company individually and as successor-in-interest to the Radio Corporation of America (RCA); Georgia-Pacific, LLC; Honeywell International Inc. as successor-in-interest to The Bendix Corporation; Kaiser-Gypsum; Kentile Floors, Inc.; Leviton Manufacturing Co., Inc.; Mannington Mills; Motorola Solutions, Inc. as successor to Motorola, Inc.; Phelps Dodge Cooper Products Corporation individually and for its Habirshaw Cable and Wire Division; Raytheon Company; RSCC Wire & Cable, Inc. formerly known as Rockbestos-Surprenant Cable Corp.; Square-D Company; Tarkett USA, Inc., individually and for its Azrock Flooring, formerly known as Domco Tarkett, Inc.; The Marmon Group, Inc. individually and as successor-in-interest to the Cerro-Maron Corp., Cerro Corp., Cerro Wire & Cable., Inc., The Rockbestos Co., and the Rockbestos Products Corp., now known as RSCC Wire & Cable Inc.; The Okonite Company; Thermo Electric Company, Inc.; Tyco International Management Company, LLC; Tyco Electronics Integrated Cable Systems, LLC formerly known as Tycom Integrated Cable Systems, Inc. formerly known as Simplex Wire and Cable Company; Union Carbide Corp.; Uniroyal Holdings, | | | |

| | | | |
|---|---|---|---|
| Inc., formerly known as Uniroyal, Inc.; Unisys Corporation; United States Steel Corporation as successor by merger to the former USX Corporation, successor-in-interest to American Steel & Wire Corp. formerly known as United States Steel, LLC; Wesco International, Inc. successor-in-interest to WESCO, A Westinghouse Electric Corporation Company; John Doe Corporations 1-50; John Doe Corporations 51-100; Exteco, Inc. formerly known as Thermo-Electric Co., Inc. | | | |

                         **McCARTER & ENGLISH, LLP**
                         Four Gateway Center
                         100 Mulberry Street
                         Newark, NJ  07102
                         Telephone: (973) 639-2032
                         Fax: (973) 297-3876
                         jgarde@mccarter.com
                         Attorneys for Defendant,
                         Raytheon Company
                         By:    *s/John C. Garde*
                                  John C. Garde
                                  A Member of the Firm

Dated:  November 8, 2012

ME1 14383615v.1