BEFORE THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Asbestos Product Liability Litigation | MDL Docket No. 875   (No. VI) |
| | **PROOF OF SERVICE** |
| RONALD S. SCEARCE AND ALISA J. SCEARCE, | Civil Action pending in |
| Plaintiffs, | United States District Court<br>District of New Jersey<br>Civil Action No. 12-cv-06676-NLH-JS |
| v. | |
| 3M COMPANY F/K/A MINNESOTA MINING & MANUFACTURING CO., ET AL., | The Honorable Noel L. Hillman, United States District Judge |
| Defendants. | |

JOHN C. GARDE, of full age, being duly sworn, according to law, upon his oath, deposes and says:

1. I am a member of the Firm of McCarter & English, LLP, attorneys for defendant Raytheon Company in this action.

2. I hereby certify that I caused copies of the Notice of Tag-Along Action and Proof of Service to be filed with the United States District Court for the District of New Jersey and served on all Counsel of Record listed on the attached Counsel Service List on November 8, 2012.

**McCARTER & ENGLISH, LLP**
Four Gateway Center, 100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 639-2032,
Fax: (973) 297-3876, jgarde@mccarter.com
Attorneys for Defendant, Raytheon Company
By:    *s/John C. Garde*
John C. Garde
A Member of the Firm

Dated: November 8, 2012

ME1 14381860v.1

Ronald S. Scearce and Alisa J. Scearce v. 3M Company, et, al.
Civil Action No. 1:12-cv-06676-NLH-JS
Counsel Service List

| **FIRM INFORMATION** | **COUNSEL FOR** |
|---|---|
| Robert E. Lytle, Esq.<br>SZAFERMAN, LAKIND, BLUMSTEIN &<br>BLADER, P.C.<br>101 Grovers Mill Road<br>Suite 200<br>Lawrenceville, NJ 08648<br>Tel: 609-2275-0400<br>Fax: 609-275-4511<br>rlytle@szaferman.com | Counsel for Plaintiff |
| Holly Peterson, Esq.<br>LEVY, PHILLIPS & KONIGSBERG, LLP<br>800 Third Avenue – 11th Floor<br>New York, New York  10022<br>Tel: 212-605-6200<br>Fax: 212-605-6290 | |
| Carolyn L. McCormack, Esq.<br>Lavin O'Neil Ricci Cedrone & DiSipio<br>1300 Route 73, Suite 307<br>Mount Laurel, NJ 08054<br>Tel: 856-778-5544<br>Fax: 856-793-0237 | Counsel for 3M Company |
| John C. McMeekin, Esq.<br>Rawle & Henderson, LLP<br>The Widener Building<br>One South Penn Square<br>Philadelphia, PA 19107<br>Tel: 215-575-4414<br>Fax: 215-563-2583 | Counsel for American Biltrite, Inc. |
| Bill Adams, Esq.<br>Dickie, McCamey & Chilcote, P.C.<br>2115 Rexford Road, Suite 210<br>Charlotte, North Carolina 28211<br>Tel: 302-428-6133 | Counsel for Anixter, Inc. |

ME1 14381719v.1

| **FIRM INFORMATION** | **COUNSEL FOR** |
|---|---|
| Dawn Dezii, Esq.<br>Margolis Edelstein<br>100 Century Parkway<br>Suite 200<br>Mount Laurel, NJ 08504<br>Tel: 856-727-6000<br>Fax: 856-727-6010 | Counsel for Belden Wire and Cable Company; Alpha Wire Corp. |
| Michael A. Tanenbaum, Esq.<br>Sedgwick, Detert, Moran & Arnold LLP<br>3 Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Tel: 973-242-0002<br>Fax: 973-242-8099 | Counsel for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation; United States Steel Corporation; WESCO International. |
| Lisa M. Pascarella, Esq.<br>Forman Perry Watkins Krutz & Tardy LLP<br>328 Newman Springs Road<br>Red Bank, New Jersey 07701-5685<br>Tel: 732.852.4400<br>Fax: 732.852.4401 | Counsel for Cooper Industries, Inc. |
| Fredric L. Goldfein, Esq.<br>Goldfein & Joseph, PC<br>1880 JFK Boulevard, 20th Floor<br>Philadelphia, PA 19103-7288<br>Tel: 215-979-8200<br>Fax: 215-979-8201 | Counsel for Domco Products Texas, LP |
| Mark A. Lockett, Esq.<br>Bonner, Kiernan, Trebach<br>  & Crociata, LLP<br>1628 John F. Kennedy Blvd.<br>Eight Penn Center, Suite 200<br>Philadelphia, PA 19103<br>Tel: 215-569-4433<br>Fax: 215-569-4434 | Counsel for Durez Corporation |

| **FIRM INFORMATION** | **COUNSEL FOR** |
|---|---|
| Nancy McDonald, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962<br>Tel: 973-993-8100<br>Fax: 973-425-0161 | Counsel for Eaton Corp., individually and as successor-in-interest to Cutler Hammer, Inc. |
| Terence W. Camp, Esq.<br>Budd Larner, P.C.<br>150 John F. Kennedy Parkway<br>CN 1000<br>Short Hills, NJ 07078-0999<br>Tel: 973-379-4800<br>Fax: 973-379-7734 | Counsel for Ericsson, Inc. |
| Josie Hawkins, Esq.<br>Spezialli, Greenwald & Hawkins<br>1081 Winslow Road<br>P.O. Box 1086<br>Williamstown, NJ 08094<br>Tel: 856-728-3600<br>Fax: 856-728-3996 | Counsel for General Electric Company, individually and as successor-in-interest to the Radio Corporation of America (RCA) |
| Scott R. Emery<br>Lynch Daskal Emery LLP<br>264 West 40th Street<br>New York, New York 10018<br>Tel: 212.302.2400<br>Fax: 212.302.2210 | Counsel for Georgia Pacific, LLC |
| Ethan D. Stein, Esq.<br>Gibbons, PC<br>1 Gateway Center<br>Newark, NJ 07102<br>Tel: 973-596-4500<br>Fax: 973-596-0545 | Counsel for Honeywell International, Inc. (f/k/a AlliedSignal Inc., as successor-in-interest to the Bendix Corporation) |

| FIRM INFORMATION | COUNSEL FOR |
|---|---|
| Paul C. Johnson, Esq.<br>Marshall, Dennehey, Warner,<br> Coleman & Goggin<br>200 Lake Drive East, Suite 300<br>Cherry Hill, NJ 08002<br>Tel: 856-414-6000<br>Fax: 856-414-6077 | Counsel for Kaiser Gypsum Co, Inc. |
| Thomas B. McNulty, Esq.<br>McGivney & Kluger, P.C.<br>23 Vreeland Rd., Suite 220<br>Florham Park, NJ 07932<br>Tel: 973-822-1110<br>Fax: 973-822-1116 | Counsel for Kentile Floors, Inc.; Tyco Electronics Integrated Cable System, LLC |
| Robert J. Kelly, Esq.<br>Littleton, Joyce, Ughetta, Park & Kelly LLP<br>141 West Front Street, Suite 120<br>Red Bank, NJ 07701<br>Tel: 732-530-9100<br>Fax: 732-530-9115 | Counsel for *Leviton Manufacturing* |
| Mary S. Cook, Esq.<br>Wilbraham Lawler & Buba<br>24 Kings Highway<br>West Haddonfield, NJ 08033<br>Tel: 856-795-7099<br>Fax: 856-795-4422<br>856-795-4699 –fax | Counsel for Mannington Mills, Inc. |
| Jeffrey Pypcznski, Esq.<br>Porzio, Bromberg, Newman<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997<br>Tel: 973-538-4006<br>Fax: 973-538-5146 | **Counsel for Motorola Solutions, Inc.** |

| **FIRM INFORMATION** | **COUNSEL FOR** |
|---|---|
| Marc D. Crowley, Esq.<br>Day Pitney, LLP<br>One Jefferson Road<br>Parsippany, NJ 07054<br>Tel: 973-966-8166<br>Fax: 973-966-1015 | Counsel for Phelps Dodge Cooper Products Corp., individually and as successor to Habirshaw Cable and Wire Corp. |
| Eric I. Orseck, Esq.<br>Sonnenschein Nath & Rosenthal LLP<br>101 JFK Parkway<br>Short Hills, NJ 07078<br>Tel: 973-912-7100<br>Fax: 973-912-7199 | Counsel for Rapid American Corp., in itself and as successor to Philip Carey Manufacturing Company, Carey Canadian Mines Ltd. and Quebec Asbestos Corporation, Ltd. |
| W. Matthew Reber, Esq.<br>Kelly Jasons McGowan Spinelli & Hanna LLP<br>2 Liberty Place, Suite 1900<br>50 South 16th Street<br>Philadelphia, PA 19102<br>Tel: 215-854-0658<br>Fax: 215-854-8434 | Counsel for Square-D Company |
| John C. Garde, Esq.<br>McCarter & English LLP<br>100 Mulberry Street<br>Four Gateway Center<br>Newark, NJ 07102<br>Tel: 973-622-4444<br>Fax: 973-624-7070 | Counsel for Raytheon<br><br>Tarkett USA, Inc.<br>f/k/a Domco Tarkett, Inc. and Tarkett, Inc. individually and for its Azrock Flooring (Not Served-No Appearance entered by McCarter) |
| Edward T. Finch, Esq.<br>Lavin, O'Neil, Ricci, Cedrone & DiSipio<br>1300 Route 73, Suite 307<br>Mount Laurel, NJ 08054<br>Tel: 856-778-5544<br>Fax: 856-793-0237 | Counsel for The Marmon Group, Inc./ RSCC Wire & Cable Inc. |

| FIRM INFORMATION | COUNSEL FOR |
|---|---|
| John R. Leith, Esq.<br>Mattson, Madden & Leith<br>55 Bleeker St.<br>Millburn, NJ  07041-1492<br>Tel: 973-621-7000<br>Fax: 973-621-7065 | Attorneys for The Okonite Company |
| Christopher Iannicelli, Esq.<br>Morgan, Lewis & Bockius LLP<br>502 Carnegie Center<br>Princeton, NJ  08540-6241<br>Tel: 609-919-6623<br>Fax: 609-919-6701 | Counsel for Tyco International Management Co., LLC; Agilent Technologies, Inc. |
| Marc Z. Edell, Esq.<br>Caruso Pope Smith Edell Picini<br>60 Route 46 East<br>Fairfield, NJ  07004<br>Tel: 973-667-6000<br>Fax: 973-667-1200 | Counsel for Union Carbide Corp. |
| Patricia M. Henrich, Esq.<br>Reilly, Janiczek & McDevitt, P.C.<br>Kevon Office Center, Suite 240<br>2500 McClellan Blvd.<br>Merchantville, NJ  08109<br>Tel: 856-317-7180<br>Fax: 856-317-7188 | Counsel for Unisys Corporation |