# SCHEDULE

United States District Court for the District of New Jersey

**Index No.**      **Case Name**
1:12-cv-06676      Ronald A. Scearce and Alisa J. Scearce vs. 3M Company, *et al.,*

**Judge**
Hon. Noel L. Hillman