# CERTIFICATE OF SERVICE

I, Scott A. Harford, do hereby certify that on November 9, 2012, I served by electronic and regular mail a Notice of Tag Along Action to the plaintiff's counsel in this matter on behalf of Georgia-Pacific LLC at the address below.

    Robert E. Lytle, Esq.
    Szaferman, Lakind, Blumstein & Blader, PC
    Quakerbridge Executive Center
    101 Grovers Mill Road, Suite 200
    Lawrenceville, New Jerset  08646
    E-mail: rlytle@szaferman.com

Dated:   New York, New York
           November 9, 2012

                                          /s/ Scott A. Harford
                                            Scott A. Harford