RULE16

## U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:12-cv-06676-NLH-JS

SCEARCE et al v. 3M COMPANY et al
Assigned to: Judge Noel L. Hillman
Referred to: Magistrate Judge Joel Schneider
Cause: 28:1441 Petition for Removal- Asbestos Litigation

Date Filed: 10/19/2012
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**RONALD S. SCEARCE**

represented by **ROBERT E. LYTLE**
SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, PC
QUAKERBRIDGE EXECUTIVE
CENTER
101 GROVERS MILL ROAD
SUITE 200
LAWRENCEVILLE, NJ 08648
(609) 275-0400
Email: rlytle@szaferman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALISA J. SCEARCE**

represented by **ROBERT E. LYTLE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M COMPANY**
*formerly known as*
MINNESOTA MINING &
MANUFACTURING CO.

represented by **CAROLYN LEE MCCORMACK**
LAVIN O'NEIL RICCI CEDRONE &
DISIPIO
1300 ROUTE 73
SUITE 307
MT. LAUREL, NJ 08054
215-627-0303
Email: cmccormack@lavin-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AGILENT TECHNOLOGIES, INC.**
*as successor by merger to Varian, Inc.,*

*successor-in-interest to Varian*
*Associates, Inc,*

**Defendant**

**ALPHA WIRE CORP.**

**Defendant**

**AFL TELECOMMUNICATIONS,**
**LLC**
*individually and for its ACA Conductor*
*Accessories and Dossert Corporation*

**Defendant**

**AMERICAN BILTRITE, INC.**

**Defendant**

**AIW-2010 WIND DOWN CORP.**          represented by  **JASON RICHARD SCHMITZ**
*formerly known as*                                    LITTLETON, JOYCE, UGHETTA,
AMERICAN INSULATED WIRE                                PARK & KELLY, LLP
CORP.                                                  125 HALF MILE ROAD
                                                       SUITE 200
                                                       RED BANK, NJ 07701
                                                       (732) 933-2727
                                                       Fax: (732) 933-2729
                                                       Email:
                                                       jason.schmitz@littletonjoyce.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**ANIXTER INC.**

**Defendant**

**ATLAS WIRE & CABLE CORP.**

**Defendant**

**BELDEN WIRE AND CABLE**
**COMPANY,**

**Defendant**

**CBS CORPORATION**
*a Delaware corporation, successor by*
*merger to CBS Corporation, a*
*Pennslyvania corporation*
*formerly known as*
VIACOM INC.
*formerly known as*
WESTINGHOUSE ELECTRIC CORP.

**Defendant**

**COOPER INDUSTRIES, INC.**
*individually and as successor-in-interest to Cooper Cameron Corp. and Cooper-Bessemer Corp.*

represented by **LISA PASCARELLA**
FORMAN PERRY WATKINS
KRUTZ & TARDY
328 NEWMAN SPRINGS ROAD
RED BANK, NJ 07701
732-852-4400
Email: millerk@fpwk.com.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOMCO PRODUCTS OF TEXAS, LP**
*formerly known as*
AZROCK

**Defendant**

**DUREZ CORPORATION**

**Defendant**

**ELECTRIC SWITCHBOARD**

**Defendant**

**SOLUTIONS, LLC.**
*individually and as successor-in-interest to Electric Switchboard, Co., Inc.*

**Defendant**

**EATON CORPORATION**
*as successor-in-interest to Eaton Electrical, Inc., and Cutler Hammer, Inc.*

**Defendant**

**ERICSSON, INC.**
*successor-in-interest to Anaconda Wire & Cable Company and Continental Wire & Cable Co.*

**Defendant**

**GENERAL ELECTRIC COMPANY**
*individually and as successor-in-interest to the Radio Corporation of America (RCA)*

**Defendant**

**GEORGIA-PACIFIC, LLC**

represented by **SCOTT ANDREW HARFORD**
LYNCH DASKAL EMERY LLP

264 WEST 40TH STREET
NEW YORK, NY 10018
212-302-2400
Email: harford@lawlynch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HONEYWELL INTERNATIONAL INC.**
*as successor-in-interest to The Bendix Corporation*

**Defendant**

**KAISER-GYPSUM**                    represented by    **PAUL C. JOHNSON**
MARSHALL, DENNEHEY,
WARNER, COLEMAN & GOGGIN,
PA
WOODLAND FALLS CORPORATE
PARK
200 LAKE DRIVE EAST
SUITE 300
CHERRY HILL, NJ 08002
(856) 414-6000
Email: pcjohnson@mdwcg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KENTILE FLOORS, INC.**

**Defendant**

**LEVITON MANUFACTURING CO., INC.**            represented by    **JASON RICHARD SCHMITZ**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MANNINGTON MILLS**

**Defendant**

**MOTOROLA SOLUTIONS, INC.**
*as successor to Motorola, Inc.*

**Defendant**

**PHELPS DODGE COOPER PRODUCTS CORPORATION**
*individually and for its Habirshaw Cable and Wire Division*

**Defendant**
**RAYTHEON COMPANY**                     represented by **JOHN C. GARDE**
MCCARTER & ENGLISH, LLP
FOUR GATEWAY CENTER
100 MULBERRY STREET
PO BOX 652
NEWARK, NJ 07101-0652
(973) 622-4444
Email: jgarde@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**RSCC WIRE & CABLE, INC.**
*formerly known as*
ROCKBESTOS-SURPRENANT
CABLE CORP.

**Defendant**
**SQUARE-D COMPANY**

**Defendant**
**TARKETT USA, INC.**
*individually and for its Azrock Flooring*

*formerly known as*
DOMCO TARKETT, INC.
*formerly known as*
TARKETT, INC.

**Defendant**
**THE MARMON GROUP, INC.**
*individually and as successor-in-interest to the Cerro-Maron Corp., Cerro Corp., Cerro Wire & Cable, Inc., The Rockbestos Co., and the Rockbestos Products Corp., now known as RSCC Wire & Cable Inc.*

**Defendant**
**THE OKONITE COMPANY**

**Defendant**
**THERMO ELECTRIC COMPANY, INC.**

**Defendant**
**TYCO INTERNATIONAL
MANAGEMENT COMPANY, LLC**

**Defendant**

**TYCO ELECTRONICS
INTEGRATED CABLE SYSTEMS,
LLC**
*formerly known as*
TYCOM INTEGRATED CABLE
SYSTEMS, INC.
*formerly known as*
SIMPLEX WIRE AND CABLE
COMPANY

**Defendant**

**UNION CARBIDE CORP.**

**Defendant**

**UNIROYAL HOLDINGS, INC.**
*formerly known as*
UNIROYAL, INC.

**Defendant**

**UNISYS CORPORATION**

**Defendant**

**UNITED STATES STEEL
CORPORATION**
*as successor by merger to the former
USX Corporation, successor-in-interest
to American Steel & Wire Corp.
formerly known as*
UNITED STATES STEEL, LLC

**Defendant**

**WESCO INTERNATIONAL, INC.**
*successor-in-interest to WESCO, A
Westinghouse Electric Corporation
Company*

**Defendant**

**JOHN DOE CORPORATIONS 1-50**

**Defendant**

**JOHN DOE CORPORATIONS 51-
100**

**Defendant**

**EXTECO, INC.**
*formerly known as*
THERMO-ELECTRIC CO., INC.

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/19/2012 | 1 | NOTICE OF REMOVAL by RAYTHEON COMPANY from Middlesex County Superior Court, case number MID-L-4657-12AS. ( Filing fee $ 350 receipt number 0312-4636079), filed by RAYTHEON COMPANY. (Attachments: # 1 Civil Cover Sheet, # 2 Certificate of Service, # 3 Exhibit A, # 4 Exhibit B-Answer, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H)(bdk, ) (Entered: 10/24/2012) |
| 10/19/2012 | 2 | Corporate Disclosure Statement by RAYTHEON COMPANY. (bdk, ) (Entered: 10/24/2012) |
| 10/24/2012 | 3 | Order Initial Conference set for 11/28/2012 10:30 AM in Room 2060 before Magistrate Judge Joel Schneider.. Signed by Magistrate Judge Joel Schneider on 10/24/2012. (bdk, ) (Entered: 10/24/2012) |
| 11/01/2012 | 4 | NOTICE of Appearance by CAROLYN LEE MCCORMACK on behalf of 3M COMPANY (MCCORMACK, CAROLYN) (Entered: 11/01/2012) |
| 11/06/2012 | 5 | NOTICE of Appearance by LISA PASCARELLA on behalf of COOPER INDUSTRIES, INC. (PASCARELLA, LISA) (Entered: 11/06/2012) |
| 11/08/2012 | 6 | NOTICE by RAYTHEON COMPANY *of Filing Notice of Tag-Along Action* (GARDE, JOHN) (Entered: 11/08/2012) |
| 11/09/2012 | 7 | NOTICE of Appearance by PAUL C. JOHNSON on behalf of KAISER-GYPSUM (Attachments: # 1 Certificate of Service)(JOHNSON, PAUL) (Entered: 11/09/2012) |
| 11/09/2012 | 8 | NOTICE of Appearance by JASON RICHARD SCHMITZ on behalf of AIW-2010 WIND DOWN CORP. (SCHMITZ, JASON) (Entered: 11/09/2012) |
| 11/09/2012 | 9 | NOTICE of Appearance by JASON RICHARD SCHMITZ on behalf of LEVITON MANUFACTURING CO., INC. (SCHMITZ, JASON) (Entered: 11/09/2012) |
| 11/09/2012 | 10 | NOTICE of Appearance by SCOTT ANDREW HARFORD on behalf of GEORGIA-PACIFIC, LLC (HARFORD, SCOTT) (Entered: 11/09/2012) |
| 11/09/2012 | 11 | Corporate Disclosure Statement by GEORGIA-PACIFIC, LLC identifying Georgia-Pacific Holdings, LLC as Corporate Parent.. (HARFORD, SCOTT) (Entered: 11/09/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/09/2012 16:34:52 | | | |
| **PACER Login:** | ld1115 | **Client Code:** | 2100-015 |
| **Description:** | Docket | **Search** | 1:12-cv-06676-NLH-JS Start date: 1/1/1970 End date: |

|  | Report | Criteria: | 11/9/2012 |
|---|---|---|---|
| Billable Pages: | 5 | Cost: | 0.50 |

 CT Corporation

**Service of Process Transmittal**
07/19/2012
CT Log Number 520890835

**TO:** Stacie Simpson - GP
Navigant Consulting
PACE Claim Services, LLC, 100 American Metro Blvd
Suite 108
Hamilton, NJ 08619

**RE:** **Process Served in New Jersey**

**FOR:** Georgia-Pacific LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ronald S. Scearce and Alisa J. Scearce, Pltfs. vs. 3M Company et al. including Georgia-Pacific, LLC, Dfts.<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Letter(s), Summons, Attachment(s), Acknowledgement, Complaint, Demand(s), Initial Fact Sheet, Case Information Statement, Interrogatories, Certification(s), Reply Envelope |
| **COURT/AGENCY:** | Middlesex County: Superior Court, Law Division, NJ<br>Case # MIDL465712 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, West Trenton, NJ |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/19/2012 at 14:15 |
| **JURISDICTION SERVED :** | New Jersey |
| **APPEARANCE OR ANSWER DUE:** | Within 35 days, not counting the date you received it |
| **ATTORNEY(S) / SENDER(S):** | Robert E. Lytle, Esq.<br>Szaferman, Lakind, Blumstein & Blader, P.C.<br>101 Grovers Mill Road<br>Suite 200<br>Lawrenceville, NJ 08648<br>609-275-0400 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 793810354453<br>Image SOP<br>Email Notification, Stacie Simpson PACEservice@paceclaims.com<br>Email Notification, Georgia-Pacific Corp - Asbestos Only asbestoslawgrctinote@gapac.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br><br><br>**TELEPHONE:** | The Corporation Trust Company<br>Marc Ambrosino<br>820 Bear Tavern Road<br>3rd Floor<br>West Trenton, NJ 08628<br>609-538-1818 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipients are responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# SZAFERMAN LAKIND

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road Suite 200,
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Nathan M. Edelstein**
Ryan A. Marrone

Of Counsel
Paul T. Koenig, Jr.
Bruce M. Sattin***
Robert A. Gladstone
Janine Danks Fox*
Richard A. Catalina, Jr.*†
(45,372)

Robert P. Panzer
Robert G. Stevens, Jr.**
Michael D. Brottman**
Benjamin T. Branche*
Lindsey Moskowitz Medvin**
Mark A. Fisher
Tracey C. Hinson**
Robert L. Lakind***
Thomas J. Manzo**
Melissa A. Ruff

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
†U.S. Patent & Trademark Office

July 16, 2012

Our File: 72792.1
*VIA PROCESS SERVER*

Georgia-Pacific, LLC
c/o Corporation Trust Co.
Mountain View Office Park
820 Bear Tavern Road
West Trenton, NJ 08628

      Re:  Scearce, et al. v. Georgia-Pacific, LLC, et al.
          <u>Docket No. MID-L-4657-12AS</u>

Dear Sir or Madam:

    Enclosed in service upon Georgia-Pacific, LLC please find a Summons, Complaint, Initial Fact Sheet and Interrogatories Related to Cross Claims, Apportionment and Claimed Exposures in this matter. Please acknowledge service of this Summons, Complaint, Initial Fact Sheet and Interrogatories Related to Cross Claims, Apportionment and Claimed Exposures on the attached Acknowledgment of Service Form and return it to me in the envelope provided for that purpose.

    Thank you.

                    Very truly yours,

                    SZAFERMAN, LAKIND,
                     BLUMSTEIN, BLADER, P.C.

                    Robert E. Lytle, Esq.

REL/amk
Enclosures

c:  Moshe Maimon, Esq.
     Holly Peterson, Esq.

652242.1

Szaferman, Lakind, Blumstein,
& Blader, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

Levy Phillips & Konigsberg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400
Attorneys for Plaintiffs

| | |
|---|---|
| RONALD S. SCEARCE and ALISA J. SCEARCE,<br><br>        Plaintiffs,<br><br>    v.<br><br>Georgia-Pacific, LLC, et al.,<br><br>        Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION - MIDDLESEX COUNTY<br><br>DOCKET NO.: MID-L-4657-12AS<br><br>**Civil Action - Asbestos Litigation**<br><br>**SUMMONS** |

From The State of New Jersey, to the Defendant(s) Named Above:

        The plaintiff, named above, has filed a lawsuit against you in the Superior
Court of New Jersey. The complaint attached to this summons states the basis for
this lawsuit. If you dispute this complaint, you or your attorney must file a
written answer or motion and proof of service with the deputy clerk of the
Superior Court in the county listed above within 35 days from the date you
received this summons, not counting the date you received it. (The address of
each deputy clerk of the Superior Court is provided.) A filing fee of $135.00
payable to the Clerk of the Superior Court and a completed Case Information
Statement (available from the deputy clerk of the Superior Court) must accompany
your answer or motion when it is filed. You must also send a copy of your answer
or motion to plaintiff's attorney whose name and address appear above, or to
plaintiff, if no attorney is named above. A telephone call will not protect your
rights; you must file and serve a written answer or motion (with fee and
completed Case Information Statement) if you want the court to hear your defense.

        If you do not file and serve a written answer or motion within 35 days, the
court may enter a judgment against you for the relief plaintiff demands, plus
interest and costs of suit. If judgment is entered against you, the Sheriff may
seize your money, wages or property to pay all or part of the judgment.

        If you cannot afford an attorney, you may call the Legal Services office
in the county where you live. A list of these offices is provided. If you do
not have an attorney and are not eligible for free legal assistance, you may
obtain a referral to an attorney by calling one of the Lawyer Referral Services.
A list of these numbers is also provided.

Dated: July 16, 2012

                                        JENNIFER PEREZ
                                        Clerk of the Superior Court

Name of Defendant to be Served:     Georgia-Pacific, LLC
Address of the Defendant to be      c/o Corporation Trust Co.
Served:                             Mountain View Office Park
                                    820 Bear Tavern Road
                                    West Trenton, NJ 08628

652257.1

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Case Processing Section, Room 119
Justice Center, 10 Main Street
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Floor, Court Facility,
49 Rancocas Road
Mount Holly, NJ 08060
LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
First Floor, Hall of Records
101 South Fifth Street
Camden, NJ 08103
LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 North Main Street, Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Broad & Fayette Streets, P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
50 West Market Street, Room 131
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Floor, Court House
1 North Broad Street, P.O. Box 750
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Civil Records Dept.
Brennan Courthouse, First Floor
583 Newark Avenue
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822
LAWYER REFERRAL
(908) 263-6109
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 South Broad St., P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court
Administration Building, 3rd Floor
1 Kennedy Square, P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Monmouth County Courthouse
71 Monument Park, P.O. Box 1269
Freehold, NJ 07728-1269
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
30 Schuyler Place, P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Passaic County Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
92 Market Street, P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
New Court House, 3rd Floor
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
Court House, First Floor
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Warren County Courthouse
413 Second Street
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(908) 387-1835
LEGAL SERVICES
(908) 475-2010

31 - Summons - Law or Chancery Divisions
Superior Court - Appendix XII-A
Rev. 11/17/06   P3/07

Powered by
HotDocs®

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 2

Szaferman, Lakind, Blumstein,
    & Blader P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
(609) 275-0400

Levy Phillips & Konigsberg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
(609) 720-0400

Attorneys for Plaintiffs

| | |
|---|---|
| RONALD S. SCEARCE and ALISA J. SCEARCE,<br><br>            Plaintiffs,<br><br>      v.<br><br>Georgia-Pacific, LLC, et al.,<br><br>            Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION - MIDDLESEX COUNTY<br><br>DOCKET NO.: MID-L-4657-12AS<br><br>**Civil Action – Asbestos<br>Litigation**<br><br>**ACKNOWLEDGMENT** |

TO:
>     Georgia-Pacific, LLC
>     c/o Corporation Trust Co.
>     Mountain View Office Park
>     820 Bear Tavern Road
>     West Trenton, NJ 08628

Service of the annexed Summons and Complaint on behalf of
Defendant, Georgia-Pacific, LLC, is hereby acknowledged this _____
day of _____, 2012.

_____

Subscribed and sworn to
before me this_____
day of _____, 2012.

652261.1

SZAFERMAN, LAKIND,
    BLUMSTEIN & BLADER , P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

LEVY PHILLIPS & KONIGSBERG, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400
Attorneys for Plaintiffs

RECEIVED & FILED

2012 JUL -3 A 10: 15

᠁ ᠁ ᠁ CIVIL DIV
᠁ ᠁ ᠁ VICINAGE

---

RONALD S. SCEARCE and ALISA J.
SCEARCE,

                    Plaintiffs,

              v.

3M COMPANY f/k/a Minnesota
Mining & Manufacturing Co.;
AGILENT TECHNOLOGIES, INC., as
successor by merger to Varian,
Inc., successor-in-interest to
Varian Associates, Inc.; ALPHA
WIRE CORP.; AFL
TELECOMMUNICATIONS, LLC,
individually and for its ACA
Conductor Accessories and
Dossert Corporation; AMERICAN
BILTRITE, INC.; AIW - 2010
WIND DOWN CORP., f/k/a
American Insulated Wire Corp.;
ANIXTER INC.; ATLAS WIRE &
CABLE CORP.; BELDEN WIRE AND
CABLE COMPANY; CBS
CORPORATION, a Delaware
corporation, f/k/a Viacom
Inc., successor by merger to
CBS Corporation, a
Pennsylvania corporation,
f/k/a Westinghouse Electric
Corp.; COOPER INDUSTRIES,
INC., individually and as
successor-in-interest to
Cooper Cameron Corp. and
Cooper-Bessemer Corp.; DOMCO
PRODUCTS OF TEXAS, LP f/k/a
Azrock; DUREZ CORPORATION;
ELECTRIC SWITCHBOARD

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, MIDDLESEX COUNTY

DOCKET NO.: MID-L-      -12AS

L 4657-12

Civil Action - Asbestos
Litigation

COMPLAINT, JURY DEMAND, DEMAND
FOR ANSWERS TO STANDARD
INTERROGATORIES AND
DESIGNATION OF TRIAL COUNSEL

1

646440.1

SOLUTIONS, LLC, individually
and as successor-in-interest
to Electric Switchboard, Co.,
Inc.; EATON CORPORATION, as
successor-in-interest to Eaton
Electrical, Inc., and Cutler
Hammer, Inc.; ERICSSON, INC.,
successor-in-interest to
Anaconda Wire & Cable Company
and Continental Wire & Cable
Co.; GENERAL ELECTRIC COMPANY,
individually and as successor-
in-interest to the Radio
Corporation of America (RCA);
GEORGIA-PACIFIC, LLC;
HONEYWELL INTERNATIONAL INC.,
f/k/a Allied Signal, Inc., as
successor-in-interest to The
Bendix Corporation; KAISER-
GYPSUM; KENTILE FLOORS, INC.;
LEVITON MANUFACTURING CO.,
INC.; MANNINGTON MILLS;
MOTOROLA SOLUTIONS, INC., as
successor to Motorola, Inc.;
PHELPS DODGE COOPER PRODUCTS
CORPORATION, individually and
for its Habirshaw Cable and
Wire Division; RAYTHEON
COMPANY; RSCC WIRE & CABLE,
INC.,f/k/a Rockbestos-
Surprenant Cable Corp; SQUARE-
D COMPANY; TARKETT USA, INC.,
f/k/a Domco Tarkett, Inc. and
Tarkett, Inc., individually
and for its Azrock Flooring;
THE MARMON GROUP, INC.,
individually and as successor-
in-interest to the Cerro-Maron
Corp., Cerro Corp., Cerro Wire
& Cable., Inc., The Rockbestos
Co., and the Rockbestos
Products Corp., now known as
RSCC Wire & Cable Inc.; THE
OKONITE COMPANY; THERMO
ELECTRIC COMPANY, INC.; TYCO
INTERNATIONAL MANAGEMENT
COMPANY, LLC; TYCO ELECTRONICS
INTEGRATED CABLE SYSTEMS, LLC,
f/k/a Tycom Integrated Cable
Systems, Inc. and Simplex Wire

2

646440.1

and Cable Company; UNION
CARBIDE CORP.; UNIROYAL
HOLDINGS, INC., f/k/a
Uniroyal, Inc.; UNISYS
CORPORATION; UNITED STATES
STEEL CORPORATION f/k/a United
States Steel, LLC, as
successor by merger to the
former USX Corporation,
successor-in-interest to
American Steel & Wire Corp.;
WESCO INTERNATIONAL, INC.,
successor-in-interest to
WESCO, A Westinghouse Electric
Corporation Company; John Doe
Corporations 1-50; John Doe
Corporations 51-100,

                        Defendants.

Plaintiffs, Ronald S. Scearce and Alisa J. Scearce, by way
of complaint against Defendants alleges and says:

### PARTIES - PLAINTIFFS

1.    Plaintiffs, Ronald S. Scearce and Alisa J. Scearce, are
husband and wife, residing at 2133 Stony Mill Rd., Danville, VA
24541.

2.    The Plaintiff, Ronald S. Scearce, (hereafter, Mr.
Scearce) was diagnosed with mesothelioma in February 2012, caused
by exposure to Defendants' asbestos products.

3.    In or about approximately 1981-82, Mr. Scearce was
exposed to asbestos-containing flooring products while working as
an assistant to flooring mechanics.

4.    Mr. Scearce was also exposed to asbestos during this
same time period while doing various home repair projects,

3

including work with flooring, drywall and joint compound.

5.     From approximately 1983 to 2004, Mr. Scearce was exposed to asbestos-containing products while conducting electric repair work at various Air Force base sites, including McGuire Air Force Base in New Jersey. Mr. Scearce was additionally exposed to asbestos from communications equipment being installed and used during the same time period at that location.

6.     Mr. Scearce was additionally exposed to asbestos while performing automobile repair work, including brake jobs on his personal automobiles in the 1980s.

7.     As a direct and proximate result of the above exposures, the Plaintiff, Ronald S. Scearce, contracted mesothelioma and has suffered, and continues to suffer, from other various diverse injuries and attendant complications.

### PARTIES - DEFENDANTS

8.     Defendants, 3M COMPANY f/k/a Minnesota Mining & Manufacturing Co.; AGILENT TECHNOLOGIES, INC., as successor by merger to Varian, Inc., successor-in-interest to Varian Associates, Inc.; ALPHA WIRE CORP.; AFL TELECOMMUNICATIONS, LLC, individually and for its ACA Conductor Accessories and Dossert Corporation; AMERICAN BILTRITE, INC.; AIW - 2010 WIND DOWN CORP., f/k/a American Insulated Wire Corp.; ANIXTER INC.; ATLAS WIRE & CABLE CORP.; BELDEN WIRE AND CABLE COMPANY; CBS CORPORATION, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corp.; COOPER INDUSTRIES, INC., individually and as

4

646440.1

successor-in-interest to Cooper Cameron Corp. and Cooper-Bessemer
Corp.; DOMCO PRODUCTS OF TEXAS, LP f/k/a Azrock; DUREZ
CORPORATION; ELECTRIC SWITCHBOARD SOLUTIONS, LLC, individually
and as successor-in-interest to Electric Switchboard, Co., Inc.;
EATON CORPORATION, as successor-in-interest to Eaton Electrical,
Inc., and Cutler Hammer, Inc.; ERICSSON, INC., successor-in-
interest to Anaconda Wire & Cable Company and Continental Wire &
Cable Co.; GENERAL ELECTRIC COMPANY, individually and as
successor-in-interest to the Radio Corporation of America (RCA);
GEORGIA-PACIFIC, LLC; HONEYWELL INTERNATIONAL INC., f/k/a Allied
Signal, Inc., as successor-in-interest to The Bendix Corporation;
KAISER-GYPSUM; KENTILE FLOORS, INC.; LEVITON MANUFACTURING CO.,
INC.; MANNINGTON MILLS; MOTOROLA SOLUTIONS, INC., as successor to
Motorola, Inc.; PHELPS DODGE COOPER PRODUCTS CORPORATION,
individually and for its Habirshaw Cable and Wire Division;
RAYTHEON COMPANY; RSCC WIRE & CABLE, INC.,f/k/a Rockbestos-
Surprenant Cable Corp; SQUARE-D COMPANY; TARKETT USA, INC., f/k/a
Domco Tarkett, Inc. and Tarkett, Inc., individually and for its
Azrock Flooring; THE MARMON GROUP, INC., individually and as
successor-in-interest to the Cerro-Maron Corp., Cerro Corp.,
Cerro Wire & Cable., Inc., The Rockbestos Co., and the Rockbestos
Products Corp., now known as RSCC Wire & Cable Inc.; THE OKONITE
COMPANY; THERMO ELECTRIC COMPANY, INC.; TYCO INTERNATIONAL
MANAGEMENT COMPANY, LLC; TYCO ELECTRONICS INTEGRATED CABLE
SYSTEMS, LLC, f/k/a Tycom Integrated Cable Systems, Inc. and

646440.1

Simplex Wire and Cable Company; UNION CARBIDE CORP.; UNIROYAL HOLDINGS, INC., f/k/a Uniroyal, Inc.; UNISYS CORPORATION; UNITED STATES STEEL CORPORATION f/k/a United States Steel, LLC, as successor by merger to the former USX Corporation, successor-in-interest to American Steel & Wire Corp.; WESCO INTERNATIONAL, INC., successor-in-interest to WESCO, A Westinghouse Electric Corporation Company, were manufacturers, suppliers, distributors, users or installers of asbestos fibers, dust, minerals, particles and other finished and unfinished asbestos products to which Plaintiff, Ronald S. Scearce, was exposed.

9.    John Doe Corporations 1 through 50 are the fictitious names of corporations, partnerships, and/or other business entities whose identities are not presently known, and who mined, manufactured, sold, marketed, used, installed and/or removed asbestos or asbestos containing products to which Ronald S. Scearce was exposed.

10.    John Doe Corporations 51 through 75 are the fictitious names of corporations, partnerships, and/or other business entities whose identities are not presently known, and who are the alter egos of or are otherwise responsible for the conduct or liability of those who mined, milled, manufactured, sold, marketed, used, installed and/or removed asbestos, or asbestos containing products, to which Ronald S. Scearce was exposed.

6

## FIRST COUNT

11.   Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 10 as though hereinafter set forth at length.

12.   The Defendants conduct and/or have conducted business in New Jersey at all times relevant herein. The Defendants breached their warranties, both express and implied, for fitness of purpose and merchantability.

13.   The Defendants are strictly liable in tort.

14.   As a direct and proximate result of Defendants' negligence, breach of warranties, both express and implied, and strict liability in tort, the Plaintiff, Ronald S. Scearce, contracted mesothelioma and has suffered, and continues to suffer, from other various diverse injuries and attendant complications.

15.   It was foreseeable to the Defendants that the Plaintiff, Ronald S. Scearce, and others similarly situated, would be injured as a result of the Defendants' actions and misconduct.

**WHEREFORE**, Plaintiffs demand judgment against the Defendants, jointly and severally for:

a) Compensatory damages;

b) Punitive damages;

c) Pre-judgment and post judgment interest;

d) Costs;

7

646440.1

e) Attorney fees and litigation expenses; and

f) Such other relief as the Court may deem just and proper.

SECOND COUNT

16. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 15 as though hereinafter set forth at length.

17. The Defendants, jointly and severally, marketed an ultra-hazardous product and placed that product in the stream of commerce.

18. As a direct and proximate result of the Defendants' actions, the Plaintiff, Ronald S. Scearce, contracted mesothelioma and has suffered, and continues to suffer, from other various diverse injuries and attendant complications.

**WHEREFORE**, Plaintiffs demand judgment against the Defendants, jointly and severally for:

a) Compensatory damages;

b) Punitive damages;

c) Pre-judgment and post judgment interest;

d) Costs;

e) Attorney fees and litigation expenses; and

f) Such other relief as the Court may deem just and proper.

THIRD COUNT

19. Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 18 as though hereinafter set forth at length.

8

646440.1

20.   Defendants breached their non-delegable duty to warn and negligently supplied defective materials and products without ensuring that the Plaintiff, Ronald S. Scearce, and his employers were warned about the dangers of asbestos exposure.

21.   Defendants' actions prevented Ronald S. Scearce's employers from educating Mr. Scearce, and their other employees, on the dangers of asbestos exposure and from taking action to minimize the risks of exposure in and out of the workplace.

22.   As a direct and proximate result of the Defendants' actions and inaction, the Plaintiff, Ronald S. Scearce, contracted mesothelioma and has suffered, and continues to suffer, from other various diverse injuries and attendant complications.

**WHEREFORE**, Plaintiffs demand judgment against the Defendants, jointly and severally for:

a) Compensatory damages;

b) Punitive damages;

c) Pre-judgment and post judgment interest;

d) Costs;

e) Attorney fees and litigation expenses; and

f) Such other relief as the Court may deem just and proper.

### FOURTH COUNT

23.   Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 22 as though

9

646440.1

hereinafter set forth at length.

24.  Defendants willfully, wantonly and intentionally conspired, and acted in concert, to withhold information from the Plaintiff, Ronald S. Scearce, his employers and the general public concerning the known hazards associated with the use of, and exposure to, asbestos products.

25.  Defendants willfully, wantonly and intentionally conspired, and acted in concert, to withhold information from the Plaintiff, Ronald S. Scearce, his employers and the public relating to the fact that asbestos fiber inhalation could be fatal.

26.  Defendants willfully, wantonly and intentionally conspired, and acted in concert, to disseminate false product safety information to the Plaintiff, Ronald S. Scearce's employers and the public.

27.  Defendants willfully, wantonly and intentionally conspired, and acted in concert, to prevent the dissemination of information concerning their products' hazards and dangers.

28.  Defendants willfully, wantonly and intentionally failed to take appropriate action to minimize the risks of asbestos exposure to the Plaintiff and the general public.

29.  As a direct and proximate result of Defendants' willful, wanton and intentional acts, Plaintiff, Ronald S. Scearce, contracted mesothelioma and has suffered, and continues

10

to suffer, from other various diverse injuries and attendant complications.

**WHEREFORE**, Plaintiffs demand judgment against the Defendants, jointly and severally for:

    a) Compensatory damages;

    b) Punitive damages;

    c) Pre-judgment and post judgment interest;

    d) Costs;

    e) Attorney fees and litigation expenses; and

    f) Such other relief as the Court may deem just and proper.

**FIFTH COUNT**

30.   Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 29 as though hereinafter set forth at length.

31.   Plaintiff, Alisa J. Scearce, is the wife of Plaintiff, Ronald S. Scearce.

32.   Due to the actions of the Defendants and Premises Defendants, the Plaintiff, Alisa J. Scearce, was wrongfully deprived of her husband's society, services and consortium.

**WHEREFORE**, Plaintiffs demand judgment against the Defendants, jointly and severally for:

    a) Compensatory damages;

    b) Punitive damages;

    c) Pre-judgment and post judgment interest;

11

d) Costs;

e) Attorney fees and litigation expenses; and

f) Such other relief as the Court may deem just and proper.

Plaintiff hereby incorporates by reference all allegations set forth in the Standard Complaint, as amended, which is contained in the Asbestos Manual.  A copy of the Asbestos Manual which contains the Standard Complaint can be obtained from the Middlesex County Mass Tort Clerk or by visiting the following website:

http://www.judiciary.state.nj.us/mass-tort/asbestos/asbestos_amended_std_complaint.pdf

## DISCLAIMER OF FEDERAL JURISDICTION

Plaintiffs specifically disclaim any federal cause of action or any claim that would give rise to federal jurisdiction.  To the extent that any of Plaintiff's asbestos exposure took place on a federal enclave, or to the extent that any of Plaintiff's asbestos exposure occurred on board vessels of the United States military (including Naval ships), or in the construction, maintenance and/or repair of United States military vessels and/or aircraft, Plaintiff's negligence claims against manufacturers, sellers and suppliers of asbestos-containing products installed on such vessels and/or aircraft are not based on the theory of defective design, but rather are based only on the theory of failure to warn. Since there is no evidence that

12

646440.1

the United States Government or any of its military branches,
specifically instructed manufacturers from which it purchased
asbestos-containing products not to warn about the health hazards
associated with exposure to asbestos, there can be no valid claim
to federal jurisdiction pursuant to federal enclave, federal
officer or federal contractor provisions of the United States
Code. This disclaimer pertains to all of Plaintiff's claims,
including those of negligence and products liability, as asserted
herein.

### JURY DEMAND

Plaintiff demands trial by jury as to all issues of fact so
triable.

SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER , P.C.
Attorneys for Plaintiff

By:

Robert E. Lytle, Esq.

Dated: July 2, 2012

### DESIGNATION OF TRIAL COUNSEL

Pursuant to R. 4:25-4, notice is hereby given that Moshe
Maimon, Esq. is designated as trial counsel in the above
captioned matter.

SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER , P.C.
Attorneys for Plaintiff

By:

Robert E. Lytle, Esq.

Dated: July 2, 2012

13

646440.1

## DEMAND FOR INTERROGATORIES

Pursuant to the Asbestos Litigation General Order, Section VI.B. which can be found at http://www.judiciary.state.nj.us/mass-tort/asbestos/manual/generalorder1.pdf, Plaintiff hereby demands that the above listed Defendants answer Standard Interrogatories in the form prescribed by the Court and within the time provided by the above referenced Order. A copy of the Standard Interrogatories are contained in the Asbestos Manual and may be obtained from the Clerk or by visiting the following website: http://www.judiciary.state.nj.us/mass-tort/asbestos/manual/attache.pdf

SZAFERMAN, LAKIND,
    BLUMSTEIN & BLADER , P.C.
Attorneys for Plaintiff

By:

    Robert E. Lytle, Esq.

Dated: July 2, 2012

## CERTIFICATION PURSUANT TO R. 4:5-1

Pursuant to Rule 4:5-1, I certify that the matter in controversy is not the subject of any other action pending in any court, or of a pending arbitration proceeding, that no other action or arbitration proceeding is contemplated, and that I am not aware of any non-party who should be joined in this action pursuant to R. 4:28 or who is subject to joiner pursuant to R.

14

646440.1

4:29-1 (b) because of potential liability to any party on the
basis of the same facts.

I further certify that the foregoing statements made by me
are true.  I am aware that if any of the foregoing statements
made by me are wilfully false that I am subject to punishment.

SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER , P.C.
Attorneys for Plaintiff

By:

Robert E. Lytle, Esq.

Dated: July 2, 2012

646440.1

Appendix XII-B1

| CIVIL CASE INFORMATION STATEMENT (CIS) | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|



# CIVIL CASE INFORMATION STATEMENT (CIS)

Use for Initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1.
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),**
**if information above the black bar is not completed or**
**if attorney's signature is not affixed.**

**FOR USE BY CLERK'S OFFICE ONLY**

PAYMENT TYPE: ☐ CK  ☐ CG  ☐ CA

CHG/CK NO.:

AMOUNT:

OVERPAYMENT:

BATCH NUMBER:

| ATTORNEY/PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| **Robert E. Lytle, Esq.** | ( 609 ) 275-0400 | **Middlesex** |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| **Szaferman, Lakind, Blumstein & Blader, P.C.** | **MID-L          -12AS** |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| **101 Grovers Mill Road** **Suite 200** **Lawrenceville, NJ 08648** | **Complaint MID-L 0 0 4 6 5 7 1 2** |
| | JURY DEMAND   ☒ YES   ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| **Ronald S. Scearce and Alisa J. Scearce, Plaintiffs** | **Ronald S. Scearce and Alisa J. Scearce v. 3M Company f/k/a Minnesota Mining & Manufacturing Co., et al.** |

| CASE TYPE NUMBER (See reverse side for listing) | IS THIS A PROFESSIONAL MALPRACTICE CASE?   ☐ YES   ☒ NO |
|---|---|
| **601** | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING?   ☐ YES   ☒ NO | IF YES, LIST DOCKET NUMBERS |
|---|---|

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?   ☐ YES   ☒ NO | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN   ☐ NONE   ☒ UNKNOWN |
|---|---|

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?   ☐ YES   ☒ NO | IF YES, IS THAT RELATIONSHIP   ☐ EMPLOYER-EMPLOYEE   ☐ FRIEND/NEIGHBOR   ☐ OTHER (explain) _____   ☐ FAMILIAL   ☐ BUSINESS |
|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?
☐ YES   ☒ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

RECEIVED and FILED
2012 JUL -3  A 10: 15

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS   ☐ YES   ☒ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| WILL AN INTERPRETER BE NEEDED?   ☐ YES   ☒ NO | IF YES, FOR WHAT LANGUAGE: |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE

*Robert Lytle*


Powered by
HOT**docs**

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510    Page 1

**SIDE 2**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I — 150 days' discovery
| | |
|---|---|
| 151 | NAME CHANGE |
| 175 | FORFEITURE |
| 302 | TENANCY |
| 399 | REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction) |
| 502 | BOOK ACCOUNT (debt collection matters only) |
| 505 | OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS) |
| 506 | PIP COVERAGE |
| 510 | UM or UIM CLAIM (coverage issues only) |
| 511 | ACTION ON NEGOTIABLE INSTRUMENT |
| 512 | LEMON LAW |
| 801 | SUMMARY ACTION |
| 802 | OPEN PUBLIC RECORDS ACT (SUMMARY ACTION) |
| 999 | OTHER (briefly describe nature of action) _____ |

_____

### Track II — 300 days' discovery
| | |
|---|---|
| 305 | CONSTRUCTION |
| 509 | EMPLOYMENT (other than CEPA or LAD) |
| 599 | CONTRACT/COMMERCIAL TRANSACTION |
| 603N | AUTO NEGLIGENCE - PERSONAL INJURY (non-verbal threshold) |
| 603Y | AUTO NEGLIGENCE - PERSONAL INJURY (verbal threshold) |
| 605 | PERSONAL INJURY |
| 610 | AUTO NEGLIGENCE - PROPERTY DAMAGE |
| 621 | UM or UIM Claim (includes bodily injury) |
| 699 | TORT – OTHER |

### Track III — 450 days' discovery
| | |
|---|---|
| 005 | CIVIL RIGHTS |
| 301 | CONDEMNATION |
| 602 | ASSAULT AND BATTERY |
| 604 | MEDICAL MALPRACTICE |
| 606 | PRODUCT LIABILITY |
| 607 | PROFESSIONAL MALPRACTICE |
| 608 | TOXIC TORT |
| 609 | DEFAMATION |
| 616 | WHISTLEBLOWER/CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES |
| 617 | INVERSE CONDEMNATION |
| 618 | LAW AGAINST DISCRIMINATION (LAD) CASES |

### Track IV — Active Case Management by Individual Judge/450 days' discovery
| | |
|---|---|
| 156 | ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION |
| 303 | MT. LAUREL |
| 508 | COMPLEX COMMERCIAL |
| 513 | COMPLEX CONSTRUCTION |
| 514 | INSURANCE FRAUD |
| 620 | FALSE CLAIMS ACT |
| 701 | ACTIONS IN LIEU OF PREROGATIVE WRITS |

### Centrally Managed Litigation (Track IV)
| | | | |
|---|---|---|---|
| 280 | ZELNORM | 290 | POMPTON LAKES ENVIRONMENTAL LITIGATION |
| 285 | STRYKER TRIDENT HIP IMPLANTS | 291 | PELVIC MESH/GYNECARE |
| 288 | PRUDENTIAL TORT LITIGATION | 292 | PELVIC MESH/BARD |

### Mass Tort (Track IV)
| | | | |
|---|---|---|---|
| 248 | CIBA GEIGY | 281 | BRISTOL-MYERS SQUIBB ENVIRONMENTAL |
| 266 | HORMONE REPLACEMENT THERAPY (HRT) | 282 | FOSAMAX |
| 271 | ACCUTANE | 283 | DIGITEK |
| 274 | RISPERDAL/SEROQUEL/ZYPREXA | 284 | NUVARING |
| 275 | ORTHO EVRA | 286 | LEVAQUIN |
| 277 | MAHWAH TOXIC DUMP SITE | 287 | YAZ/YASMIN/OCELLA |
| 278 | ZOMETA/AREDIA | 601 | ASBESTOS |
| 279 | GADOLINIUM | | |

**If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."**

Please check off each applicable category:

☐ Verbal Threshold          ☐ Putative Class Action          ☐ Title 59

Powered by


Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 2

SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

LEVY PHILLIPS & KONIGSBERG, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400
Attorneys for Plaintiffs

RECEIVED & FILED

2012 JUL -3 A 10: 15

[illegible] CIVIL DIV
[illegible] VICINAGE

| | |
|---|---|
| RONALD S. SCEARCE and ALISA J. SCEARCE,<br><br>                     Plaintiffs,<br><br>          v.<br><br>3M COMPANY f/k/a Minnesota Mining & Manufacturing Co., et al.,<br><br>                     Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION, MIDDLESEX COUNTY<br><br>**MID-L- 0 0 4 6 5 7 1 2**<br>DOCKET NO.: MID-L-        -12AS<br><br>**Civil Action**<br>**Asbestos Litigation**<br><br>**INITIAL FACT SHEET** |

| 1. | Full Name: | Ronald Steven Scearce |
|---|---|---|
| 2. | Date of Birth: | September 14, 1963 |
| 3. | Address: | 2133 Stony Mill Rd.<br>Danville, VA 24541 |
| 4. | Union/Local/Years of Membership: | N/A |
| 5. | Date of first claimed asbestos exposure: | Approximately 1981 |
| 6. | Date of last claimed asbestos exposure: | Approximately 2004 |
| 7. | Smoking History: | Yes |
| 8. | State the inclusive dates of smoking history, the products smoked and the amount of product consumed per day: | |

646477.1

| | | |
|---|---|---|
| a. | Dates: | Until 2004 - Cigarettes<br>2001 to 2012 - Cigars |
| b. | Products smoked: | Cigarettes - Winston/Filtered.<br>Cigars. |
| c. | Amount per day: | Cigarettes - Occasionally; One a yr.<br>Cigars - 1 or 2 a month. |

9.  Provide as much of the following information as is presently available: work sites, inclusive dates and trade or occupation for each site:

| WORK SITES: | DATES: | TRADE/OCCUPATION |
|---|---|---|
| US Air Force;<br>Various sites | 1983-2004 | Satellite,<br>Wideband &<br>Telemetry<br>Technician |
| Doug Ganey Flooring<br>Danville, VA | 1981-1982 | Installed Tile<br>and Linoleum<br>Flooring |

10. State the claimed asbestos related diseases; include the date of diagnosis and the name of the diagnosing physician or institution (if available attached is a copy of the medical report).

| | | |
|---|---|---|
| a. | Disease: | Mesothelioma |
| b. | Date of Diagnosis: | February 2, 2012 |
| c. | Doctor/ Institution: | Dr. Gordon Vlahovic<br>Duke University Medical Center<br>Durham, NC 27710 |

SZAFERMAN, LAKIND,
  BLUMSTEIN & BLADER, P.C.
Attorneys for Plaintiffs

By:_____
       Robert E. Lytle, Esq.

Dated: July 2, 2012

646477.1

SZAFERMAN, LAKIND,
   BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 275-0400

LEVY PHILLIPS & KONIGSBERG, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, N.J. 08648
(609) 720-0400
Attorneys for Plaintiffs

| | |
|---|---|
| RONALD S. SCEARCE and ALISA J. SCEARCE,<br><br>        Plaintiffs,<br><br>     v.<br><br>3M COMPANY f/k/a Minnesota Mining & Manufacturing Co.; et al.,<br><br>        Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: MIDDLESEX COUNTY<br><br>DOCKET NO. MID-L-4657-12AS<br><br>CIVIL ACTION<br><br>ASBESTOS LITIGATION<br><br>**INTERROGATORIES RELATED TO CROSS CLAIMS, APPORTIONMENT AND CLAIMED EXPOSURES** |

TO:   ALL COUNSEL ATTACHED TO LIST

    Pursuant to Rule 4:17 of the Rules Governing the Courts of the State of New Jersey, Plaintiffs request that each Defendant separately answer fully, in writing and under oath, each of the following interrogatories, and serve such answers on the undersigned within sixty days of the date of service hereof.

                      SZAFERMAN, LAKIND,
                          BLUMSTEIN & BLADER, P.C.
                      Attorneys for Plaintiff

By: _____
                    Robert E. Lytle, Esq.

Dated: July 16, 2012

<u>INTERROGATORIES</u>

1.  Please set forth all parties to this lawsuit that this
    Defendant alleges are responsible for the Plaintiff or
    Plaintiff's decedent's injuries. For each such party
    set forth:

    a)  The factual basis for this Defendant's allegation
        that each such other party is responsible for the
        Plaintiff's injuries.

    b)  All evidence this Defendant relies upon to support
        its allegation that a party other than this
        Defendant is responsible for the Plaintiff's
        injuries. If this Defendant relies upon any
        documents or deposition testimony to support its
        allegation that a party other than this Defendant
        is responsible for the Plaintiff's injuries,
        please attach hereto copies of such documents or
        deposition testimony.

    c)  Identify all experts this Defendant relies upon to
        support its allegation that a party other than
        this Defendant is responsible for the Plaintiff's
        injuries. Please supply copies of all expert
        reports supporting this Defendant's allegation
        that a party other than this Defendant is
        responsible for the Plaintiff's injuries.

    d)  Set forth the name and address of each witness
        that Defendant relies upon to support this
        Defendant's allegation that a party other than
        this Defendant is responsible for the Plaintiff's
        injuries and a summary of what each witness is
        expected to testify to if called as a witness in
        this case.

    e)  Identify and describe the product sold by each
        such Defendant that you contend is responsible for
        the injuries; set forth the asbestos content of
        that product; identify the type of asbestos in
        that product; set forth whether you contend the
        asbestos was friable; and fully describe how
        Plaintiff or the decedent was exposed to that
        asbestos.

646378.1

f)   Set forth whether you contend the type of asbestos
     in the Defendant's product is capable of causing
     Plaintiff's or decedent's disease.

g)   Setforth the percentage of causation that you
     allege is attributable to such other party and
     the factual and evidentiary basis for such
     percentage;

h)   Set forth the name and address of each witness and
     expert that Defendant relies upon to support your
     contention as to such other party's percentage of
     causation and attach a summary of what each
     witness and/or expert  is expected to testify to
     if called as a witness in this case.

i)   If you rely upon any documents or deposition
     testimony to support your contention as to the
     percentage of causation attributable to another
     party, please attach hereto copies of such
     documents or deposition testimony

2.   Please set forth all parties to this lawsuit that this
     Defendant asserts a claim against for contribution.

3.   For each party to this lawsuit that this Defendant
     asserts a contribution claim against, please set forth:

a)   The factual basis for each contribution claim.

b)   All evidence this Defendant relies upon to support
     its contribution claim. If this Defendant relies
     upon any documents or deposition testimony to
     support its contribution claim, please attach
     hereto copies of such documents or deposition
     testimony.

c)   Identify all experts this Defendant relies upon to
     support its contribution claim. Please supply
     copies of all expert reports supporting this
     Defendant's claim for contribution.

d)   Set forth the name and address of each witness
     that Defendant relies upon to support this

646378.1

Defendant's claim for contribution and a summary of what each witness is expected to testify to if called as a witness in this case.

e)   Identify and describe the product sold by each such party that you contend is a contributor to the injuries sustained by Plaintiff or Plaintiff's decedent; set forth the asbestos content of that product; identify the type of asbestos in that product; set forth whether you contend the asbestos was friable; and fully describe how Plaintiff or the decedent was exposed to that asbestos.

f)   Set forth whether you contend the type of asbestos in the contribution Defendant's product is capable of causing Plaintiff's or decedent's disease.

g)   Setforth the percentage of causation that you allege is attributable to such contribution Defendant and  the factual and evidentiary basis for such percentage;

h)   Set forth the name and address of each witness and expert that Defendant relies upon to support your contention as to such contribution Defendant's percentage of causation and attach a summary of what each witness and/or expert  is expected to testify to if called as a witness in this case.

i)   If you rely upon any documents or deposition testimony to support your contention as to the percentage of causation of such contribution Defendant, please attach hereto copies of such documents or deposition testimony

4.   Please set forth all parties to this lawsuit that this Defendant asserts a claim against for indemnification

646378.1

5.   For each party to this lawsuit that this Defendant
     asserts an indemnification claim against, please set
     forth:

     a)   The factual basis for each indemnification claim.

     b)   All evidence this Defendant relies upon to support
          its indemnification claim. If this Defendant
          relies upon any documents or deposition testimony
          to support its indemnification claim, please
          attach hereto copies of such documents or
          deposition testimony.

     c)   Identify all experts this Defendant relies upon to
          support its indemnification claim. Please supply
          copies of all expert reports supporting this
          Defendant's claim for indemnification.

     d)   Set forth the name and address of each witness
          that Defendant relies upon to support this
          Defendant's claim for indemnification and a
          summary of what each witness is expected to
          testify to if called as a witness in this case.

     e)   Identify and describe the product sold by each
          such party that you contend is responsible to
          indemnify you for damages paid as a result of
          injuries sustained by the Plaintiff or Plaintiff's
          decedent; set forth the asbestos content of that
          product; identify the type of asbestos in that
          product; set forth whether you contend the
          asbestos was friable; and fully describe how
          Plaintiff or the decedent was exposed to that
          asbestos.

     f)   Set forth whether you contend the type of asbestos
          in the indemnitor's product is capable of causing
          Plaintiff's or decedent's disease.

     g)   Setforth the percentage of causation that you
          allege is attributable to the indemnitor and  the
          factual and evidentiary basis for such percentage;

     h)   Set forth the name and address of each witness and
          expert that Defendant relies upon to support your
          contention as to such indemnitor's percentage of

646378.1

causation and attach a summary of what each
witness and/or expert  is expected to testify to
if called as a witness in this case.

i)   If you rely upon any documents or deposition
testimony to support your contention as to the
percentage of causation of such indemnitor, please
attach hereto copies of such documents or
deposition testimony

6.   Please set forth the name and identity of all non
parties that this Defendant alleges are responsible for
the Plaintiff's injuries. For each such entity set
forth:

a)   The factual basis for this Defendant's claim that
each such non party is responsible for the
Plaintiff's injuries.

b)   All evidence this Defendant relies upon to support
its claim that a non party is responsible for the
Plaintiff's injuries. If this Defendant relies
upon any documents or deposition testimony to
support its claim that a non party is responsible
for the Plaintiff's injuries, please attach hereto
copies of such documents or deposition testimony.

c)   Identify all experts this Defendant relies upon to
support its claim that a non party is responsible
for the Plaintiff's injuries. Please supply copies
of all expert reports supporting this Defendant's
claim that a non party is responsible for the
Plaintiff's injuries.

d)   Set forth the name and address of each witness
that Defendant relies upon to support this
Defendant's  claim that a non party is responsible
for the Plaintiff's injuries and a summary of what
each witness is expected to testify to if called
as a witness in this case.

e)   Identify and describe the product sold by each
such nonparty that you contend is responsible for
the injuries; set forth the asbestos content of
that product; identify the type of asbestos in
that product; set forth whether you contend the

646378.1

asbestos was friable; and fully describe how
Plaintiff or the decedent was exposed to that
asbestos.

f)   Set forth whether you contend the type of asbestos
in the nonparty's product is capable of causing
Plaintiff's or decedent's disease.

g)   Do you contend that exposure to the nonparty's
product was the sole cause of Plaintiff's or
decedent's disease?  If so, set forth the full
basis of that contention and fully describe all
evidence which supports that contention.

h)   Setforth the percentage of causation that you
allege is attributable to such other nonparty and
the factual and evidentiary basis for such
percentage;

i)   Set forth the name and address of each witness and
expert that Defendant relies upon to support your
contention as to nonparty's percentage of
causation and attach a summary of what each
witness and/or expert  is expected to testify to
if called as a witness in this case.

j)   If you rely upon any documents or deposition
testimony to support your contention as to the
percentage of causation of such nonparty, please
attach hereto copies of such documents or
deposition testimony

7.   If this Defendant alleges that Plaintiff or Plaintiff's
decedent was injured as a result of exposure to
asbestos from a source other than as alleged in the
Plaintiff's Complaint and answer to standard
interrogatory I-6, please set forth:

a)   The factual basis for this Defendant's assertion
that Plaintiff or Plaintiff's decedent was injured
as a result of exposure to asbestos from a source
other than as alleged in the Plaintiff's Complaint
and answer to standard interrogatory I-6.

646378.1

b)   All evidence this Defendant relies upon to support
     its assertion that Plaintiff or Plaintiff's
     decedent was injured as a result of exposure to
     asbestos from a source other than as alleged in
     the Plaintiff's Complaint and answer to standard
     interrogatory I-6.  If this Defendant relies upon
     any documents or deposition testimony to support
     its assertion that Plaintiff or Plaintiff's
     decedent was injured as a result of exposure to
     asbestos from a source other than as alleged in
     the Plaintiff's Complaint and answer to standard
     interrogatory I-6, please attach hereto copies of
     such documents or deposition testimony.

c)   Identify all experts this Defendant relies upon to
     support its assertion that Plaintiff or
     Plaintiff's decedent was injured as a result of
     exposure to asbestos from a source other than as
     alleged in the Plaintiff's Complaint and answer to
     standard interrogatory I-6.  Please supply copies
     of all expert reports supporting this Defendant's
     assertion that Plaintiff or Plaintiff's decedent
     was injured as a result of exposure to asbestos
     from a source other than as alleged in the
     Plaintiff's Complaint and answer to standard
     interrogatory I-6.

d)   Set forth the name and address of each witness
     that Defendant relies upon to support this
     Defendant's assertion that Plaintiff or
     Plaintiff's decedent was injured as a result of
     exposure to asbestos from a source other than as
     alleged in the Plaintiff's Complaint and answer to
     standard interrogatory I-6 and a summary of what
     each witness is expected to testify to if called
     as a witness in this case.

646378.1

## CERTIFICATION

I certify that:

1.   The copies of the expert reports annexed hereto are exact copies of the entire report or reports rendered by them and that no other reports have been prepared by experts who will be called to testify in this matter, and

2.   The answers that I have given to these Interrogatories are true.

I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____

646378.1

Ronald S. Scearce and Alisa J. Scearce v. 3M Company, et, al.
Docket No. MID-L-4657-12AS

Counsel Mailing List

Client/Matter No: 72792.1
Updated: 6.28.12
Robert E. Lytle, Esq.
101 Grovers Mill Road
Suite 200
Lawrenceville, NJ 08648
rlytle@szaferman.com
T:609-2275-0400
F: 609-275-4511
*Counsel for Plaintiff*

Carolyn L. McCormack, Esq.
Lavin O'Neil Ricci Cedrone
& Disipio
1300 Route 73
Suite 307
Mount Laurel, NJ 08054
Tel: 856-778-5544
Fax: 856-793-0237
cmccormack@lavin-law.com
*Counsel for 3M Company*

John C. McMeekin, Esq.
Linda Dobbins, Esq.
Rawle & Henderson, LLP
The Widener Building
One South Penn Square
Philadelphia, PA 19107
215-575-4414
ldobbins@rawle.com
sshenck@rawle.com
rrogers@rawle.com        Paralegal
jmcmeekin@rawle.com
*Counsel for American Biltrite, Inc.*

Dawn Dezii, Esq.
Margolis Edelstein
100 Century Parkway
Suite 200
Mount Laurel, NJ 08504
Tel: 856-727-6000
Fax: 856-727-6010
ddezii@margolisedelstein.com
*Counsel for Belden Wire and Cable
Company*

Michael A. Tanenbaum, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
3 Gateway Center, 12 th Floor
Newark, NJ 07102
Ph: 973-242-0002
Fax: 973-242-8099
michael.tanenbaum@sdma.com
*Counsel for CBS Corporation, a Delaware
corporation, f/k/a Viacom Inc.,
successor by merger to CBS Corporation,
a Pennsylvania corporation, f/k/a
Westinghouse Electric Corporation*

Lisa M. Pascarella, Esq.
Braaten & Pascarella
Paynters Ridge Office Park
2430 Route 34, Suite A-18
P.O. Box 648
Manasquan, NJ 08736
Tel: 732-528-8888
Fax: 732-528-4445
lp@pehli.com
km@pehli.com
*Counsel for Cooper Industries, Inc.*

Lawrence E. Currier, Esq.,
Goldfein & Joseph, PC
1880 JFK Boulevard, 20th Floor
Philadelphia, PA 19103-7288
215-979-8200
215-979-8201- fax
rbrenner@goldfeinlaw.com
*Counsel for Domco Products Texas, LP*

Mark A. Lockett, Esq.
Bonner, Kiernan, Trebach
& Crociata, LLP
1628 John F. Kennedy Blvd.
Eight Penn Center, Suite 200
Philadelphia, PA 19103
Ph: 215-569-4433
Fax: 215-569-4434
mlockett@bonnerkiernan.com
*Counsel for Durez Corporation*

35439.1

Nancy McDonald, Esq.
McElroy, Deutsch, Mulvaney & Carpenter
1300 Mt. Kemble Avenue/Box 2075
Morristown, New Jersey 07962
Ph: 973-993-8100
Fax: 973-425-0161
Asbestos-NJ@mdmc-law.com
*Counsel for Eaton Corp., individually
and as successor-in-interest to Cutler
Hammer, Inc.*

Terence W. Camp, Esq.
Budd Larner, P.C.
150 John F. Kennedy Parkway, CN1000
Short Hills, NJ 07078-0999
Ph: 973-379-4800
Fax: 973-379-7734
tcamp@buddlarner.com
*Counsel for Ericsson, Inc.*

Joanne Hawkins, Esq.
Spezialli, Greenwald & Hawkins
1081 Winslow Rd.
P.O. Box 1086
Williamstown, NJ 08094
Tel: 856-728-3600
Fax: 856-728-3996
dspeziali@comcast.net
*Counsel for General Electric Company,
individually and as successor-in-
interest to the Radio Corporation of
America (RCA)*

James R. Lynch
Scott R. Emery
Lynch Daskal Emery LLP
264 West 40th Street
New York, New York 10018
Tel: 212.302.2400
Fax: 212.302.2210
jlynch@lawlych.com
semery@lawlych.com
*Counsel for Georgia Pacific, LLC*

Ethan D. Stein, Esq.
Gibbons, PC
1 Gateway Center
Newark, NJ 07102
Ph: 973-596-4500
Fax: 973-596-0545
estein@gibbonslaw.com
*Counsel for Honeywell International,
Inc. (f/k/a AlliedSignal Inc., as
successor-in-interest to the Bendix
Corporation)*

Paul C. Johnson, Esq.
Marshall, Dennehey, Warner, Coleman &
Goggin
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
Ph: 856-414-6000
Fax: 856-414-6077
pcjohnson@mdwcg.com
*Counsel for Kaiser Gypsum Co, Inc*

Thomas B. McNulty, Esq.
McGivney & Kluger, P.C.
23 Vreeland Rd., Suite 220
Florham Park, NJ 07932
T: 973-822-1110
F: 973-822-1116
tmcnulty@mcgivneyandkluger.com
*Counsel for Kentile Floors, Inc.*

Robert J. Kelly, Esq.
Littleton, Joyce, Ughetta, Park & Kelly,
LLP
141 West Front Street, Suite 120
Red Bank, NJ 07701
Ph: 732-530-9100
Fax: 732-530-9115
robert.kelly@littletonjoyce.com
*Counsel for Leviton Manufacturing*

Mary S. Cook, Esq.
Wilbraham Lawler & Buba
24 Kings Highway
West Haddonfield, NJ 08033
856-795-7099 direct dial
856-795-4422
856-795-4699 --fax
NJAsbestos@wlbdeflaw.com
*Counsel for Mannington Mills, Inc.*

35439.1

Marc D. Crowley, Esq.
Day Pitney, LLP
One Jefferson Road
Parsippany, NJ 07054
Tel: 973-966-8166
Fax: 973-778-1015
mcrowley@daypitney.com
*Counsel for Phelps Dodge Cooper
Products Corp., individually and as
successor to Habirshaw Cable and
Wire Corp.*

Eric I. Orseck, Esq.
Sonnenschein Nath & Rosenthal LLP
101 JFK Parkway
Short Hills, NJ 07078
Ph: 973-912-7100
Fax: 973-912-7199
eorseck@sonnenschein.com
*Counsel for Rapid American Corp.,
in itself and as successor to
Philip Carey Manufacturing Company,
Carey Canadian Mines Ltd. and
Quebec Asbestos Corporation, Ltd.*

Angela Coll Caliendo, Esq.
W. Matthew Reber, Esq.
Kelly Jasons McGowan
    Spinelli & Hanna, LLP
2 Liberty Place, Suite 1900
50 South 16th Street
Philadelphia, PA 19102
215-854-0658
215-854-8434 fax
acaliendo@kjmsh.com
*Counsel for Square-D Company*

John Garde, Esq.
McCarter & English
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
973.622.4444
Fax: 973.624.7070
jgarde@mccarter.com
*Counsel for Tarkett USA, Inc.
f/k/a Domco Tarkett, Inc. and Tarkett,
Inc., individually and for its Azrock
Flooring*

Edward T. Finch, Esq.
Lavin, O'Neil, Ricci, Cedrone &
Disipio
1300 Route 73, Suite 307
Mount Laurel, NJ 08054
Ph: 856-778-5544
Fax: 856-793-0237
etf@lavin-law.com
*Counsel for The Marmon Group, Inc.;
RSCC Wire & Cable Inc.*

John R. Leith, Esq.
Mattson, Madden & Leith
55 Bleeker St.
Millburn, NJ 07041-1492
Ph: 973-621-7000
Fax: 973-621-7065
mml@mmlnj.com
*Attorneys for The Okonite Company*

Christopher Iannicelli, Esq.
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, New Jersey 08540-6241
Ph: 609-919-6623
Fax: 609-919-6701
ciannicelli@morganlewis.com
*Counsel for Tyco International
Management Co., LLC*

Marc Z. Edell, Esq.
Caruso Pope Smith Edell Picni
60 Route 46 East
Fairfield, NJ 07004
Tel: 973-667-6000
Fax: 973-667-1200
medell@carusolegal.com
*Counsel for Union Carbide Corp.*

Vincent F. Reilly, Esq.
Patricia M. Henrich, Esq.
Reilly, Janiczek & McDevitt, P.C.
Kevon Office Center, Suite 240
2500 McClellan Blvd.
Merchantville, NJ 08109
Ph: 856-317-7180
Fax: 856-317-7188
vreilly@rjm-law.com
*Counsel for Unisys Corporation*

UNKNOWN COUNSEL:

Agilent Technologies, Inc.
c/o Corporation Trust Company
820 Bear Tavern Road
Trenton, NJ 08628

Alpha Wire Corp.
711 Lidgeerwood Avenue
Elizabeth, NJ 07207-0711

AFL Telecommunications, LLC
c/o Corporation Service Company
Mountain View Office Park
830 Bear Tavern Road
West Trenton, NJ 08628

AIW - 2010 Wind Down Corp.
201 N. Service Rd.
Melville, NY 11747

Anixter, Inc.
c/o Corporation Service Company
Mountain View Office Park
830 Bear Tavern Road
West Trenton, NJ 08628

Atlas Wire & Cable Corp.
8226 Whittier Blvd.
Pico Rivera, CA 90660-2522

Electric Switchboard Solutions, LLC
270 Park Ave.
New Hyde Park, NY 11040-5318

Motorola Solutions, Inc.
c/o Corporation Trust Company
820 Bear Tavern Road
Trenton, NJ 08628

Raytheon Company
The Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628

Thermo Electric Company, Inc.
1193 McDermott Drive
West Chester, PA 19380

Tyco Electronics Integrated Cable System, LLC
c/co C T Corporation System
9 Capitol St.
Concord, NH 03301

United States Steel Corporation
c/o National Registered Agents, Inc. Of NJ
100 Canal Pointe Blvd., Ste 212
Princeton, NJ 08540

WESCO International, Inc.
225 West Station Square Drive
Suite 700
Pittsburgh, PA 15219

35439.1



U.S. POSTAGE >> PITNEY BOWES

ZIP 08648   $ 000.45⁰
02 1W
0001368350

# Szaferman
# Lakind Szaferman, Lakind, Blumstein & Blader, P.C.
### Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08648

Sceavce/auk