**United States District Court**
Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk             November 19, 2012                          TELEPHONE:
                                                                        ADMIN (336) 332-6000


Mr. Jeffrey N. Lüthi, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Dear Mr. Lüthi:

**Re: MDL - 875; IN RE: Asbestos Products Liability Litigation (No. VI)**

  For your consideration as a potential "tag-along" action, we have enclosed copies of the docket sheet and complaint for the following case filed on February 10, 2012 in the Middle District of North Carolina:

NCMD Case 1:12CV1231

Vaughan v. 3M Company, et al

             Sincerely,

             John S. Brubaker, Clerk

            By: /s/ Leah J. Garland
               Deputy Clerk


JSB/jls

Enclosures