ASBESTOS

# U.S. District Court
## Western District of North Carolina (Asheville)
## CIVIL DOCKET FOR CASE #: 1:12–cv–00360–MR
### *Internal Use Only*

Starnes, et al v. A.O. Smith Corporation, et al          Date Filed: 11/12/2012
Assigned to: District Judge Martin Reidinger          Jury Demand: Plaintiff
Demand: $75,000          Nature of Suit: 368 P.I. : Asbestos
Cause: 28:1332 Diversity–Asbestos Litigation          Jurisdiction: Diversity

**Plaintiff**

**Ralph Oneil Starnes**          represented by    **Janet Ward Black**
         Ward Black, P.A.
         208 West Wendover Avenue
         Greensboro, NC 27401
         336–273–3812
         Fax: 336–312–4571
         Email: jwblack@wardblacklaw.com
         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Starnes**          represented by    **Janet Ward Black**
*spouse*          (See above for address)
         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.O. Smith Corporation**

**Defendant**

**Air &Liquid Systems Corporation**
*successor–by–merge to Buffalo Pumps, Inc.*

**Defendant**

**American Cast Iron Pipe Company**
*doing business as*
America Darling Valve
*as successor to*
Darling Valve Mfg. Co.
*formerly known as*
Darling Pump &Mfg. Co., Ltd.

**Defendant**

**Blackmer Pump Company**

**Defendant**

**Burnham LLC**
*formerly known as*
Burnham Corporation

**Defendant**

**BW/IP International, Inc.**
*individually and as successor−in−interest to*
*other*
Byron Jackson Pump Company

**Defendant**

**Carrier Corporation**
*Individually and*
*doing business as*
Bryant Heating &Cooling Systems

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom, Inc.
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**Cleaver−Brooks, Inc.**
*formerly known as*
Aqua−Chem, Inc.
*doing business as*
Cleaver−Brooks Division

**Defendant**

**Clow Valve Company**

**Defendant**

**Compudyne Corporation**
*as successor to*
York Shipley, Inc.

**Defendant**

**Crane Co.**
*Individually and as successor−in−interest to*
*other*
Chapman Balve Company
*other*
Cochrane Corporation

*other*
Deming Pump Company

**Defendant**

**Crane Environmental, Inc.**
*sued individually and as*
*successor−in−interest to*
*other*
Cochrane Corporation

**Defendant**

**Crosby Valve, Inc.**

**Defendant**

**Crown Boiler Company**
*formerly known as*
Crown Industries, Inc.

**Defendant**

**Crown Cork &Seal Company, Inc.**
*individually and as successor−in−interest*
*to*
*other*
Mundet Cork Company

**Defendant**

**Dover Corporation**
*as successor to*
Blackmer Pump Co.

**Defendant**

**ECR International, Inc.**
*as successor to*
Utica Companies, Inc.
*as successor to*
Dunkirk Radiator Corporation

**Defendant**

**Elliott Turbo Machinery Company**
*also known as*
Elliott Company

**Defendant**

**Fisher Controls International, LLC**

**Defendant**

**Flowserve Corporation**
*formerly known as*

The Duriron Company, Inc.
*as successor to*
Durco International

**Defendant**

**Flowserve US, Inc.**
*as successor to*
Byron Jackson Pump Company

**Defendant**

**FMC Corporation**
*individually and as successor−in−interest to*
*other*
Peerless Pump Company

**Defendant**

**Foster Wheeler Energy Corporation**

**Defendant**

**Gardner Denver, Inc.**

**Defendant**

**General Electric Company**

**Defendant**

**Goodyear Tire &Rubber Company**
*Individually and successor−in−interest to*
*other*
Durabla Manufacturing

**Defendant**

**Goulds Pumps, Inc.**

**Defendant**

**Grinnell LLC**
*doing business as*
Grinnell Corporation

**Defendant**

**Henry Pratt Company, LLC**
*doing business as*
Henry Pratt Company

**Defendant**

**Honeywell International, Inc.**

**Defendant**

**IMO Industries, Inc.**
*individually and as successor−in−interest*
*to*
*other*
Delaval Turbine, Inc.

**Defendant**

**Ingersoll Rand Company**

**Defendant**

**Invensys Systems, Inc.**
*individually and as successor−in−interest*
*to*
*other*
Foxboro Company
*other*
Robertshaw Controls Company
*doing business as*
Fulton Sylphon Valves

**Defendant**

**Jerguson Gage &Valve Company**

**Defendant**

**John Crane, Inc.**

**Defendant**

**Johnston Boiler Company**

**Defendant**

**Kohler Co.**

**Defendant**

**Laars Heating Systems Co.**

**Defendant**

**McWane Inc.,**
*individually and as successor−in−interest*
*to*
*other*
Kennedy Valve Manufacturing Company
*other*
Kennedy Valve, Inc.
*other*
Kennedy Valve Company

**Defendant**

**Metropolitan Life Insurance Company**

**Defendant**

**O.C. Keckley Company**
*individually and as successor−in−interest to*
*other*
Klipfel Valves, Inc.

**Defendant**

**Oakfabco, Inc.**
*individually and as successor−in−interest to*
*other*
Kewanee Boiler Corporation

**Defendant**

**Peerless Industries, Inc.**

**Defendant**

**Rheem Manufacturing Company**
*individually and*
*doing business as*
Ruud Manufacturing Company

**Defendant**

**Riley Power, Inc.,**
*formerly known as*
Riley Stoker Corporation
*formerly known as*
D.B. Riley, Inc.

**Defendant**

**Robertshaw Controls Co.**
*doing business as*
Fulton Sylphon Valves

**Defendant**

**Spirax Sarco, Inc.**

**Defendant**

**Sterling Fluid Systems (USA), LLC**
*formerly known as*
Peerless Pump Co.

**Defendant**

**Trane US, Inc.**
*individually and as successor−in−interest to*

*other*
American Radiator Company
*also known as*
Ideal Boiler
*formerly known as*
American Standard Companies

**Defendant**

**Union Carbide Corporation**

**Defendant**

**Viad Corporation**
*individually and as successor−in−interest to*
*other*
Griscom−Russell Company
*formerly known as*
Dial Corporation

**Defendant**

**Viking Pump, Inc.**

**Defendant**

**Warren Pumps, LLC**
*individually and as successor−in−interest to*
*other*
Quimby Pump Company

**Defendant**

**Watts Water Technologies, Inc.**
*as successor to*
Powers Regulator Company, Inc.

**Defendant**

**Weil−McLain**
*Division of*
Marlye−Wylain Company

**Defendant**

**Weir Valves &Controls USA, Inc.**
*formerly known as*
Atwood &Morrill

**Defendant**

**Xylem, Inc.**
*individually and as successor−in−interest to*

*other*
Bell &Gossett

**Defendant**

**Yarway Corporation**
*individually and as successor−in−interest*
*to*
*other*
Gimpel Corporation

**Defendant**

**Zurn Industries, LLC**
*individually and as successor−in−interest*
*to*
*other*
Zurn Industries, Inc.
*other*
Erie City Iron Works
*doing business as*
Keystone Boiler Works, Inc.

**Defendant**

**ITT Corporation**
*individually and as successor−in−interest*
*to*
*other*
Bell &Gossett
*other*
McDonnell &Miller
*other*
Foster Engineering Company
*formerly known as*
ITT Industries, Inc.

| Date Filed | # | Page | Docket Text |
|------------|---|------|-------------|
| 11/12/2012 | 1 | 9 | COMPLAINT against All Defendants with Jury Demand ( Filing fee $ 350 receipt number 0419−1842185), filed by Betty Starnes, Ralph Oneil Starnes.(Black, Janet Ward) (Entered: 11/12/2012) |
| 11/13/2012 | 2 | 28 | Summons Issued Electronically as to All Defendants. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4** . (eef) (Entered: 11/13/2012) |
| 11/15/2012 |   | 150 | NOTICE: Case was filed in wrong division. Case has been copied from 3:12cv755 to 1:12cv360. Please use 1:12cv360 for all future pleadings. Asbestos litigations are filed and maintained in the Asheville Division. (bsw) (Entered: 11/15/2012) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS LIABILITY                :        Civil Action No.  MDL 875
LITIGATION (NO. VI)                                :

This Document Relates to:

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
File No.:

### CIVIL ACTION COMPLAINT

Ralph Oneil Starnes and Betty Starnes, spouse            :
                                                         :
Plaintiffs,                                              :
                                                         :
vs.                                                      :
                                                         :
A.O. Smith Corporation;                                  :
Air & Liquid Systems Corporation, successor-by-merger    :
   to Buffalo Pumps, Inc.);                :
American Cast Iron Pipe Company d/b/a American           :
   Darling Valve, (successor to Darling Valve & Mfg. :
   Co. f/k/a Darling Pump & Mfg Co., Ltd);  :
Blackmer Pump Company;                                   :
Burnham LLC f/k/a Burnham Corporation;                   :
BW/IP International, Inc., individually and as successor- :
   in-interest to Byron Jackson Pump Company; :
Carrier Corporation (individually and d/b/a              :
   Bryant Heating & Cooling Systems);       :        **JURY TRIAL DEMANDED**
CBS Corporation (a Delaware Corporation) f/k/a Viacom,   :
   Inc. (sued as successor-by-merger to CBS :
   Corporation (a Pennsylvania Corporation) f/k/a :
   Westinghouse Electric Corporation);      :
Cleaver-Brooks, Inc. f/k/a Aqua-Chem, Inc.,              :
   d/b/a Cleaver-Brooks Division            :
Clow Valve Company;                                      :
Compudyne Corporation (successor to York Shipley, Inc.); :
Crane Co. (individually and as successor-in-interest to  :
   Chapman Valve Company, Cochrane Corporation, :
   and Deming Pump Company);                :
Crane Environmental, Inc. (sued individually and as      :
   successor-in-interest to Cochrane Corporation); :
Crosby Valve, Inc.;                                      :
Crown Boiler Company f/k/a Crown Industries, Inc.;       :
Crown Cork & Seal Company, Inc. (individually and as     :
   successor-in-interest to Mundet Cork Company); :

Dover Corporation (as successor to Blackmer Pump Co.);    :
ECR International, Inc. (as successor to The Utica    :
      Companies, Inc., and also to The Dunkirk Radiator    :
      Corporation);    :
Elliott Turbo Machinery Company a/k/a Elliott Company;    :
Fisher Controls International, LLC;    :
Flowserve Corporation f/k/a The Duriron Company,    :
      Inc.(successor-by-merger to Durco International);    :
Flowserve US, Inc. (successor to Byron Jackson    :
      Pump Company);    :
FMC Corporation (individually and as successor-in-    :
      interest to Peerless Pump Company);    :
Foster Wheeler Energy Corporation;    :
Gardner Denver, Inc.;    :
General Electric Company;    :
The Goodyear Tire & Rubber Company (individually and    :
      successor-in-interest to Durabla Manufacturing    :
      Company);    :
Goulds Pumps, Inc.;    :
Grinnell LLC d/b/a Grinnell Corporation;    :
Henry Pratt Company, LLC, d/b/a Henry Pratt Company;    :
Honeywell International, Inc.;    :
IMO Industries, Inc. (individually and as successor-in-    :
      interest to Delaval Turbine, Inc.;    :
Ingersoll Rand Company;    :
Invensys Systems, Inc. (individually and as successor-in-    :
      interest to The Foxboro Company and to    :
      Robertshaw Controls Company d/b/a Fulton    :
      Sylphon Valves);    :
ITT Corporation f/k/a ITT Industries, Inc., (individually    :
      and as successor-in-interest to Bell & Gossett, to    :
      McDonnell & Miller, And to Foster Engineering    :
      Company);    :
Jerguson Gage & Valve Company;    :
John Crane, Inc.;    :
Johnston Boiler Company;    :
Kohler Co.;    :
Laars Heating Systems Co;    :
McWane Inc. (individually and as successor-in-interest    :
      to Kennedy Valve Manufacturing Company,    :
      Kennedy Valve Inc, and Kennedy Valve Company;    :
Metropolitan Life Insurance Company;    :
O.C. Keckley Company (individually and as successor-in-    :
      interest to Klipfel Valves, Inc.);    :
Oakfabco, Inc. (individually and as successor-in-interest    :
      to Kewanee Boiler Corporation);    :
Peerless Industries Inc.;    :
    :

2

Rheem Manufacturing Company (individually and      :
     d/b/a Ruud Manufacturing Company);      :
Riley Power, Inc. f/k/a Riley Stoker Corporation and      :
     D.B. Riley, Inc.;      :
Robertshaw Controls Co d/b/a Fulton Sylphon Valves;      :
Spirax Sarco, Inc.;      :
Sterling Fluid Systems (USA), LLC f/k/a Peerless      :
     Pump Co.;      :
Trane US, Inc. f/k/a American Standard Companies      :
     (individually and as successor-in-interest to      :
     American Radiator Company a/k/a Ideal Boiler);      :
Union Carbide Corporation;      :
Viad Corporation f/k/a The Dial Corporation (individually      :
     and as successor-in-interest to Griscom-Russell      :
     Company);      :
Viking Pump, Inc.;      :
Warren Pumps, LLC. (individually and as successor-      :
     in-interest to Quimby Pump Company);      :
Watts Water Technologies, Inc. (successor to Powers      :
     Regulator Company, Inc.);      :
Weil-McLain, a division of the Marlye-Wylain Company;      :
Weir Valves & Controls USA, Inc. f/k/a      :
     Atwood & Morrill;      :
Xylem, Inc. (individually and as successor-in-interest      :
     to Bell & Gossett);      :
Yarway Corporation (individually and as successor-      :
     in-interest to Gimpel Corporation;      :
Zurn Industries, LLC (individually and as successor-      :
     in-interest to Zurn Industries, Inc., and also as      :
     successor to Erie City Iron Works D/B/A Keystone      :
     Boiler Works, Inc.)      :

Defendants.

## CIVIL ACTION COMPLAINT

      Plaintiffs Ralph Oneil Starnes and Betty Starnes sue the above-named Defendants for compensatory and punitive damages and allege:

      1.     This action is appropriate for inclusion in the coordinated proceeding as an asbestos related action. This action is further appropriate for treatment as a "tag-along" action as required by 28 U.S.C. 1407, given the transfer of asbestos-related personal injury actions by the Judicial Panel on Multi-District Litigation to the Eastern District of Pennsylvania.

3

## PARTIES

2.      Plaintiffs Ralph Oneil Starnes and Betty Starnes are citizens and residents of the County of Union, State of North Carolina.

3.      Plaintiffs bring this action for monetary damages as a result of Plaintiff Ralph Oneil Starnes contracting an asbestos-related disease. Plaintiff Ralph Oneil Starnes was diagnosed with mesothelioma on or about July 3, 2012.

4.      Plaintiff Ralph Oneil Starnes' exposure to asbestos and/or asbestos-containing products occurred during his employment at the sites listed on the attached Schedule I, which is incorporated by reference herein.

5.      At all times pertinent hereto, the Defendants acted through their duly authorized agents, servants and employees, who were then and there acting in the course and scope of their employment and in furtherance of business of said Defendants.

6.      At all material times, the Defendants manufactured, distributed, sold, supplied, and/or otherwise placed into the stream of commerce asbestos and/or asbestos-containing products, materials, or equipment either directly or indirectly to Plaintiff Ralph Oneil Starnes' employers or to such other entities so that these materials were caused to be used at the Plaintiff Ralph Oneil Starnes; job sites.

7.      At all material times, the Defendant Metropolitan Life Insurance Company, conspired with other Defendants to disseminate false and misleading medical and/or scientific information regarding the safety of asbestos and demonstrated a clear disregard for the health, safety and welfare of individuals such as Plaintiff Ralph Oneil Starnes.

4

## JURISDICTION AND VENUE

8.     This Court has personal jurisdiction over the Defendants because the Defendants are duly licensed to do business in the State of North Carolina and/or at all material times are or have been engaged in business in the State of North Carolina.

9.     Pursuant to 28 U.S.C.A. §1391, venue is proper in this judicial district because Plaintiffs reside in Monroe, North Carolina and/or a substantial part of the events or omissions occurred in North Carolina.

10.     Further, this Court has jurisdiction over the parties pursuant to 28 U.S.C.A. §1332 because the Plaintiffs are citizens of the State of North Carolina and none of the Defendants are citizens of the State of North Carolina.   The amount in controversy exceeds Seventy Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

11.     Plaintiffs have satisfied all conditions precedent to the filing of this action.

12.     All of the named Defendants listed on the caption are foreign corporations who are amenable to jurisdiction in the courts of North Carolina by virtue of their respective conduct of substantial and/or systematic business in North Carolina which subjects them to the jurisdiction of the North Carolina courts pursuant to the North Carolina Long-Arm Statute. Each Defendant corporation does or in the past mined, manufactured, processed, imported, converted, compounded, supplied, installed, replaced, repaired, used, and/or retailed substantial amounts of asbestos and/or asbestos-containing products, materials, or equipment, which are or in the past were sold, distributed, and used in North Carolina.   Plaintiff Ralph Oneil Starnes was exposed to various asbestos-containing products while working at various jobs, as listed on the attached Schedule I.

5

## FIRST CAUSE OF ACTION
## NEGLIGENCE
**(Against all named Defendants except Metropolitan Life Insurance Company.)**

13.     Plaintiffs incorporate by reference the preceding paragraphs as if fully set forth herein.

14.     At all material times, Defendants are or were miners, manufacturers, distributors, processors, importers, converters, compounders, and/or retailers of asbestos and/or asbestos-containing products, materials or equipment.

15.     The Defendants, acting through their agents, servants, and/or employees caused, and have caused in the past, certain asbestos and asbestos-containing materials, products or equipment to be placed in the stream of interstate commerce with the result of that said asbestos and asbestos-containing materials, products or equipment came into use by Plaintiff Ralph Oneil Starnes.

16.     Throughout the course of his employment, Plaintiff Ralph Oneil Starnes worked with and was exposed to the asbestos and asbestos-containing materials, products or equipment mined, manufactured, processed, imported, converted, compounded, and/or sold by the Defendants, most of the exposure being within the State of North Carolina.

17.     During the course and scope of his employment, Plaintiff Ralph Oneil Starnes was exposed to Defendants' asbestos and asbestos-containing materials, products or equipment, which exposure directly and proximately caused him to develop an illness known and designated as mesothelioma.

18.     Defendants, acting by and through their servants, agents and employees, duly authorized and acting within the scope and authority of their employment, had a duty to design, manufacture and sell products that were not unreasonably dangerous or defective and/or a duty to warn Plaintiff Ralph Oneil Starnes and foreseeable users of said products of the dangers and

6

defects which the Defendants created, knew, or, within the exercise of reasonable care, should have known.

19.     Plaintiff Ralph Oneil Starnes, whose livelihood was dependent upon the work that he did for the various employers listed in Schedule I, was required to work with and around asbestos and/or asbestos-containing products, materials or equipment that manufactured, processed, distributed, supplied and/or sold by Defendants.  Defendants knew or should have known that persons employed as Plaintiff Ralph Oneil Starnes would be required to and would come into contact with and would work in close proximity to said products.

20.     Plaintiff Ralph Oneil Starnes sustained injuries caused by no fault of his own and which could not be avoided through the use of reasonable care.  Plaintiff Ralph Oneil Starnes' development of an asbestos-related disease was directly and proximately caused by the negligence and carelessness of Defendants in that they manufactured, processed, sold, supplied or otherwise put said asbestos or asbestos-containing products, materials or equipment, into the market and into the stream of interstate commerce, while they knew, or in the exercise of ordinary care should have known, that said products were deleterious, poisonous, cancer-causing and/or inherently dangerous and harmful to Plaintiff Ralph Oneil Starnes' body, lungs, respiratory system, skin, health, and general well-being.  Further, Defendants knew or in the exercise of reasonable care should have known that Plaintiff Ralph Oneil Starnes would not know of such danger to his health.

21.     Plaintiff Ralph Oneil Starnes' illness and/or disabilities are the direct and proximate result of the negligence and carelessness of Defendants, jointly and severally, in that, even though the Defendants knew, or in the exercise of ordinary care should have known, that the asbestos and asbestos-containing materials, products or equipment were deleterious,

7

poisonous, and highly harmful to Plaintiff Ralph Oneil Starnes' body, lungs, respiratory system, skin, and health.

    22.    Defendants breached their duties and were negligent in the following acts and/or omissions:

    (a)    Failed to advise Plaintiff Ralph Oneil Starnes of the dangerous characteristics of their asbestos and/or asbestos-containing materials, products or equipment;

    (b)    Failed or omitted to provide the Plaintiff Ralph Oneil Starnes with the knowledge as to what would be reasonably safe and sufficient apparel and protective equipment and appliances to reduce exposure to inhalable asbestos fibers, if in truth they were in any way able to protect him from being poisoned and disabled as he was by exposure to such deleterious and harmful asbestos-containing materials, products or equipment;

    (c)    Failed and omitted to place any warnings or sufficient warnings on their containers of said asbestos and asbestos-containing materials, products or equipment to warn the handlers of the dangers to health in coming in contact with said asbestos and asbestos-containing materials, products or equipment;

    (d)    Failed and omitted to take reasonable precautions or to exercise reasonable care to publish, adopt, and enforce a safety plan and a safe method of handling and installing said asbestos-containing materials, products or equipment;

    (e)    Inadequately warned, if, in fact, they warned at all, persons such as Plaintiff Ralph Oneil Starnes of the dangers to their health in coming in contact with and breathing said asbestos fibers  from asbestos and/or asbestos-containing materials, products or equipment;

    (f)    Did not recommend methods to improve the work environment;

    (g)    Did not develop alternative products;

    (h)    Continued to use a known cancer-causing product, to-wit:  asbestos; and

    (i)    After discovering that the asbestos exposure caused a progressive lung disease, the Defendants did not inform Plaintiff Ralph Oneil Starnes of the need for monitoring and periodic evaluations up to and including the filing of this complaint.

    23.    Defendants, at the time of designing, manufacturing, distributing, selling, or otherwise placing asbestos and/or asbestos-containing products, materials or equipment into the stream of commerce, knew, or in the exercise of reasonable care, should have known about the

8

risks associated with their products.  The products in question were defective at the time they left the control of the Defendants.

24.     Defendants were negligent and breached their duty of due care to Plaintiff Ralph Oneil Starnes by taking or failing to take the actions as previously alleged to avoid harm to Plaintiff Ralph Oneil Starnes and other foreseeable users, in light of the reasonably foreseeable dangers caused by the design, manufacture, sale, distribution of the asbestos and/or asbestos-containing products, materials or equipment at issue in the stream of commerce.

25.     The hazards posed by exposure to asbestos and/or asbestos-containing products, materials or equipment and the resulting injuries and damages to Plaintiff Ralph Oneil Starnes were reasonably foreseeable, or should have been reasonably foreseen by Defendants.

26.     As a direct and proximate result of the aforesaid negligent acts and/or omissions by the Defendants, the Plaintiff Ralph Oneil Starnes developed mesothelioma, as a consequence of which, through no fault of his own, he was severely injured, disabled and damaged.

27.     As a result of the above, Plaintiffs seek damages as are hereinafter demanded.

**SECOND CAUSE OF ACTION**
**BREACH OF IMPLIED WARRANTY**
**(Against all named Defendants except Metropolitan Life Insurance Company)**

28.     Plaintiffs incorporate by reference the preceding paragraphs as if fully set forth herein.

29.     The Defendants impliedly warranted that said asbestos materials were of good and merchantable quality and fit for their intended use.

30.     The implied warranty made by the Defendants that the asbestos and asbestos-containing materials, products, or equipment were of good and merchantable quality and for the particular intended use was breached and that certain harmful, poisonous, and deleterious matter was given off into the atmosphere wherein Plaintiff Ralph Oneil Starnes carried out his duties

9

while working with or in the vicinity of asbestos and asbestos-containing materials, products, or equipment.

31.     As a direct and proximate result of the implied warranty of good and merchantable quality and fitness for the particular intended use, Plaintiff Ralph Oneil Starnes developed an illness, to-wit: mesothelioma.

32.     As a result of the above, Plaintiffs seek damages as are hereinafter demanded.

### THIRD CAUSE OF ACTION
### WILLFUL AND WANTON CONDUCT
**(Against all named Defendants except Metropolitan Life Insurance Company)**

33.     Plaintiffs incorporate by reference the preceding paragraphs as if fully set forth herein.

34.     Plaintiff Ralph Oneil Starnes and others in his position worked in close proximity to the asbestos and asbestos-related materials use or manufactured by the Defendants, and the exposure and hazard to each of them, in Plaintiff Ralph Oneil Starnes' presence, as well as others in his position, was known, or in the exercise of reasonable care should have been anticipated, by the Defendants, and each of them.

35.     The Defendants have known or should have known since at least 1929 of medical and scientific data which clearly indicates that the products, asbestos and asbestos-containing products, were hazardous to the health and safety of Plaintiff Ralph Oneil Starnes and others in the Plaintiff's position, and prompted by pecuniary motives, the Defendants, individually and collectively, ignored and failed to act upon said medical and scientific data and conspired to deprive the public, and particularly the users, of said medical and scientific data, depriving them, therefore, of the opportunity of free choice as to whether or not to expose themselves to the asbestos products of said Defendants.  As a result, the Plaintiff Ralph Oneil Starnes was severely damaged as is set forth below.

10

36.     The Defendants intentionally and fraudulently continued to conceal the dangers of asbestos exposure from 1929 through 1970's, thus denying Plaintiff Ralph Oneil Starnes the knowledge with which to take necessary safety precautions such as periodic x-rays and medical examinations, cessation of smoking, and avoidance of further dust exposure. Specifically, Defendants' intentional and fraudulent conduct included the following acts and omissions:

(a)     failure to warn prior users when the Defendants had knowledge of the need for monitoring due to prior exposure;

(b)     failure to issue recall type letters to prior users;

(c)     frustrating the publication of articles and literature from the 1930's through at least 1976;

(d)     rejection by top management of advice of corporate officials to warn of the hazards of their asbestos products; such rejection being motivated by the possibility of adverse effects on profits; and

(e)     delaying the use of and/or providing intentionally inadequate warnings on asbestos products.

37.     The acts and omissions of each of the Defendants as hereinabove set forth were intentional, willful and wanton, done with willful disregard of the safety of Plaintiff Ralph Oneil Starnes and others similarly situated at a time when each of the Defendants had knowledge, or should have had knowledge of the dangerous effect of asbestos and asbestos-containing materials, products or equipment upon the body of human beings, including Plaintiff Ralph Oneil Starnes and others similarly situated, and even though forewarned by tests, standards, promulgations of rules and regulations, statutes, and ordinances recognized by the Defendants and subscribed to by them, nevertheless placed into the stream of commerce, for their own profit, this dangerous asbestos material with full knowledge that it was being used and would be used in the future to the detriment of the health of Plaintiff Ralph Oneil Starnes and others similarly situated, and Plaintiffs are thereby entitled to punitive damages.

38.     Accordingly, as a result of the Defendants' conduct which was conducted willfully, wantonly and with malice, and was grossly negligent and in total disregard for the

11

health and safety of the user or consumer, such as Plaintiff Ralph Oneil Starnes, Plaintiffs therefore seek exemplary and punitive damages against Defendants to punish the Defendants for their actions, which were willful, wanton, gross, with malice, and in total disregard of the health and safety of the users and consumers of their products.

**FOURTH CAUSE OF ACTION**
**FALSE REPRESENTATION/FRAUD**
**(Against all Defendants except Metropolitan Life Insurance Company)**

39.     Plaintiffs incorporate by reference the preceding paragraphs as if fully set forth herein.

40.     During, before, and after Plaintiff Ralph Oneil Starnes' exposure to asbestos products manufactured, installed or otherwise used by Defendants, the Defendants falsely represented facts, including the dangers of asbestos exposure, to Plaintiff Ralph Oneil Starnes in the particulars alleged in the paragraphs above, while Defendants each had actual knowledge of said dangers of asbestos exposure to persons such as Plaintiff Ralph Oneil Starnes, and while Defendants each knew of the falsity of their representations and/or made the representations in reckless disregard of their truth or falsity.

41.     The foregoing representations were material conditions precedent to Plaintiff Ralph Oneil Starnes' continued exposure to asbestos-containing products, and Defendants each intended that Plaintiff Ralph Oneil Starnes act upon the representations by continuing his exposure to the asbestos products. Plaintiff Ralph Oneil Starnes was ignorant of the falsity of Defendants' representations and rightfully relied upon the representations.

42.     As a direct and proximate result of Plaintiff Ralph Oneil Starnes' reliance upon Defendants' false representations and fraud, Plaintiff Ralph Oneil Starnes suffered injury and damages hereinafter described and seeks recovery for compensatory and punitive damages against these Defendants.

12

### FIFTH CAUSE OF ACTION
### FAILURE TO WARN
**(Against all named Defendants except Metropolitan Life Insurance Company)**

43.     Plaintiffs incorporate by reference the preceding paragraphs as if fully set forth herein.

44.     At all times material hereto, the Defendants knew or should have known of the harmful effects and/or dangers of working with asbestos and/or asbestos-containing products, materials, or equipment and of exposures to inhalable asbestos.

45.     Defendants had a duty to warn individuals working at Plaintiff Ralph Oneil Starnes' jobsites, including but not limited to Plaintiff Ralph Oneil Starnes, of the dangers associated with the use and/or inhalation of asbestos dust and fibers.

46.     Despite Defendants' knowledge of the harm and/or potential harm associated with the use and/or inhalation of dust and fibers from asbestos and/or asbestos-containing products, materials, or equipment, the Defendants failed to warn and/or inadequately warned Plaintiff Ralph Oneil Starnes of the dangers, including but not limited to:

(a)     Failing to provide adequate cautions, warnings, and/or hazard statements and/or explanations with their products which should have been designed to provide to Plaintiff Ralph Oneil Starnes knowledge about the hazards caused by exposure to their products and how to eliminate such hazards;

(b)     Failing to provide adequate product inserts, informative brochures, employee training literature, posters, and/or other written materials with their products which should have been designed to provide to Plaintiff Ralph Oneil Starnes knowledge about the hazards caused by exposure to their products and how to eliminate such hazards;

(c)     Failing to conduct on-site personnel training sessions with exposed workers which should have been designed to provide to the workers knowledge about the hazards caused by exposure to the products, and how to eliminate the hazards;

(d)     Failing to adequately test and research their products as to the hazards created during their use and failed thereafter to provide the results of such tests and research to exposed workers such as Plaintiff Ralph Oneil Starnes;

13

(e)     Failing to inspect the workplace in which their products were being used to determine whether the products being used were deleterious to the health of exposed workers;

(f)     Failing to design, process and transport their products in a manner intended to minimize exposure during normal working conditions;

(g)     Failing to specify and market their products on the express agreement that necessary engineering controls, work practices, and other industrial hygiene controls would be implemented in conjunction with use of the products after it was known or should have been known that adequate protective measures were not being implemented;

(h)     Failing to recall their defective product or manufacture a reasonably safer alternative;

(i)     Failing to take adequate precautions and industrial hygiene measures to protect Plaintiff Ralph Oneil Starnes and exposed workers when installing, repairing, or tearing out asbestos and/or asbestos-containing products, materials, or equipment including, but not limited to, providing protection from dust and fibers emanating from the installation, repair, and/or removal process; failing to use local ventilation; failing to provide warnings to Plaintiff Ralph Oneil Starnes and workers in the facilities at issue that exposure to dust and fibers from asbestos and/or asbestos-containing products, materials, or equipment was hazardous and carcinogenic; failing to adequately clean up debris from the installation, repair and/or removal process; failing to use wet down procedures; and/or failing to take other appropriate safety and industrial hygiene measures;

(j)     Otherwise failing to act reasonably under the totality of the circumstances.

47.     Defendants manufactured, processed and/or sold asbestos and/or asbestos-containing products, materials, or equipment to Plaintiff Ralph Oneil Starnes' employers, and these products were used by Plaintiff Ralph Oneil Starnes' various employers. Thus, Defendants had a duty to warn individuals working at Plaintiff Ralph Oneil Starnes' jobsites, including but not limited to the Plaintiff Ralph Oneil Starnes, of the dangers associated with the use and/or inhalation of dust and fibers from asbestos and/or asbestos-containing products, materials, or equipment.

48.     Despite Defendants' knowledge of the harm and/or potential harm associated with the use and/or inhalation of dust and fibers from asbestos and/or asbestos-containing products,

14

materials, or equipment, the Defendants acted unreasonably in failing to provide adequate warnings and/or instructions as to the hazards associated with exposure to asbestos and/or asbestos-containing products, materials, or equipment.

49.     At the time the asbestos and/or asbestos-containing products, materials, or equipment left Defendants' control without adequate warning or instruction, Defendants created an unreasonably dangerous condition that they knew or should have known would pose a substantial risk of harm to a reasonably foreseeable claimant, such as the Plaintiff Ralph Oneil Starnes.   In the alternative, after the asbestos-containing products left Defendants' control, Defendants became aware of or in the exercise of ordinary care should have known that their products posed a substantial risk of harm to a reasonably foreseeable user, such as the Plaintiff Ralph Oneil Starnes, and failed to take reasonable steps to give adequate warning or instruction or to take any other reasonable action under the circumstances.

50.     Defendants' failure to provide adequate warnings as to the hazards associated with exposure to asbestos and/or asbestos-containing products, materials, or equipment or to provide proper instructions on the use, handling, and storage of asbestos and/or asbestos-containing products, materials, or equipment caused Plaintiff Ralph Oneil Starnes to develop mesothelioma as a consequence of which he was injured and damaged, and Plaintiffs hereby make a claim for damages from the Defendants jointly and severally.

51.     As a result of the Defendants' failure to warn, the Plaintiff Ralph Oneil Starnes suffered the injuries, illnesses, and/or damages hereinafter alleged.

### SIXTH CAUSE OF ACTION
### CONSPIRACY AND PUNITIVE DAMAGES
**Against Metropolitan Life Insurance Company, Only**

52.     Defendant Metropolitan L ife Insurance Company rendered substantial aid and assistance to the manufacturers of asbestos-containing products to which Plaintiff Ralph Oneil

15

Starnes was exposed, and such assistance by Metropolitan Life aided and abetted the negligence and the marketing of unreasonably dangerous asbestos-containing products by such manufacturers which proximately caused Plaintiff Ralph Oneil Starnes' illness, injuries, and/or disabilities.

53.     In both conducting tests and in publishing their alleged results, Metropolitan Life failed to exercise reasonable care to conduct or publish complete, adequate and accurate tests of the health effects of asbestos.  Metropolitan Life also caused to be published intentionally false, misleading, inaccurate and deceptive information about the health effects of asbestos exposure.

54.     Plaintiff Ralph Oneil Starnes unwittingly but justifiably relied upon the thoroughness of Metropolitan Life's tests and information dissemination, the results of which Metropolitan Life published in leading medical journals.

55.     As a direct and proximate contributing result of Metropolitan Life's failures to conduct or accurately publish adequate tests or disseminate accurate and truthful information, after undertaking to do so; (i) the risk of harm to Plaintiff Ralph Oneil Starnes from asbestos exposure was increased, and (ii) Plaintiff Ralph Oneil Starnes suffered the injuries previously described.

56.     In failing to test fully and adequately for the adverse health effects from exposure to asbestos; in delaying the publication of such results; in falsely editing such results as were obtained; in suppressing relevant medical inquiry and knowledge about those hazards to promote the sale and distribution of asbestos as a harmless product; and in collaborating with the other Defendants materially to understate the hazards of asbestos exposure, all for their own profit and gain, Metropolitan Life acted willfully, wantonly, and with malice in calculated disregard for the welfare of the general public, including Plaintiff Ralph Oneil Starnes. Plaintiffs seek compensatory and punitive damages against Metropolitan Life as a result.

## DAMAGES
## LOSS OF CONSORTIUM

57.     Plaintiffs incorporate by reference the preceding paragraphs as if fully set forth herein.

58.     As a direct and proximate result of the injuries and damages complained of herein with respect to Plaintiff Ralph Oneil Starnes, and as a direct and proximate result of the acts and omissions of the Defendants, Plaintiff-Spouse, Betty Starnes, has also suffered and will continue to suffer loss of the consortium, society, companionship, fellowship and other valuable services of her husband; and therefore the Plaintiff-Spouse, Betty Starnes, is entitled to damages for her loss of consortium, both past and future.

## DAMAGES

59.     Plaintiffs incorporate by reference the preceding paragraphs as if fully set forth herein.

60.     As a result of the above-alleged conduct of the Defendants, Plaintiff Ralph Oneil Starnes developed mesothelioma, as a consequence of which, he has been damaged as follows:

(a)     hospital and medical expenses incidental to Plaintiff Ralph Oneil Starnes' illness;

(b)     loss of earnings and future earning power of Plaintiff Ralph Oneil Starnes;

(e)     loss of Plaintiff Ralph Oneil Starnes' general health, strength, and vitality;

(c)     loss of pecuniary contributions to the heirs of Plaintiff Ralph Oneil Starnes;

(d)     loss of consortium, society, aid, companionship and services to the heirs of Plaintiff Ralph Oneil Starnes;

(e)     future loss of consortium, society, aid, companionship and services to the heirs of the Plaintiff Ralph Oneil Starnes;

17

(f)     pain and suffering of the Plaintiff Ralph Oneil Starnes;

(g)     all other damages recoverable under said Act.

WHEREFORE, the Plaintiffs verily believe they are entitled to actual damages against the Defendants, jointly and severally, by reason of said negligence, gross negligence, breach of warranty, false representation, failure to warn, conspiracy and other breaches of duty and willful, wanton, fraudulent and malicious conduct as alleged herein proximately caused by the fault of the Defendants.  Plaintiffs pray for judgment against all Defendants for actual and punitive damages, lost wages and special damages in an amount to be determined by the trier of fact, in excess of $75,000, plus interest as provided by law and the costs of this action.

## **PLAINTIFFS REQUEST TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

This 12th day of November, 2012.

/s/ Janet Ward Black
Janet Ward Black
NC State Bar 12869
Attorney for Plaintiffs
Ward Black Law
208 W. Wendover Ave.
Greensboro, NC  27401
336-333-2244
jwblack@wardblacklaw.com

18

Robert Oneil Starnes
SCHEDULE I
Plaintiff-Worker Employment History
Asbestos Exposure Worksite Information

OCCUPATIONS:
Apprentice Control Fitter and Control Fitter

| EMPLOYER/WORKSITE: | APPROXIMATE DATES: |
|---|---|
| Powers Regulator Company | 1956-1990's, intermittently |
| Robertshaw Controls | 1956-1990's, intermittently |
| Honeywell Company | 1956-1990's, intermittently |

PRODUCTS CONTAINING ASBESTOS
Actuators, Boilers, Brakes, Compressors, Deaerating Feed System,  Distilling Plants, Feed
Tanks,  Fuel Oil Heaters, Furnaces, Gaskets And Packing, Heaters, Insulation, Pipe Covering,
Pumps, Regulators, Steam Traps, Thermostats, Turbines, and Valves

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

A.O. SMITH CORPORATION
The Prentice-Hall Corporation Systems, Inc.
327 Hillsborough Street
Raleigh, NC  27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Frank G. John

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                         Server's signature

                                              _____
                                                         Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

AIR & LIQUID SYSTEMS CORPORATION
(sued as successor-by-merger to BUFFALO PUMPS, INC.)
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; **or**

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____            _____
                                                                         **Server's signature**

                                                             _____
                                                                         **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
American Cast Iron Pipe Company d/b/a American Darling Valve,
successor to Darling Valve & Mfg. Co.
f/k/a Darling Pump & Mfg Co., Ltd
National Registered Agents, Inc.
120 Penmarch Drive, Suite 118
Raleigh, NC 27603

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Frank G. John[signature]

Frank G. Johns, Clerk
United States District Court

Date                **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
    *(place)*_____
    on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
    _____, a person of suitable age and discretion who
    resides there, on *(date)* _____, and mailed a copy to the individual's last
    known address; or

❑    I served the summons on *(name of individual)* _____,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                           Server's signature

                                           _____
                                           Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Blackmer Pump Company
1809 Century Ave. SW
Grand Rapids, MI 49503-1530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date ___**11/13/2012**___

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏   **I personally served the summons on the defendant at**
      *(place)*_____
      on *(date)* _____ ; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____ , a person of suitable age and discretion who
      resides there, on *(date)* _____ , and mailed a copy to the individual's last
      known address; or

❏   **I served the summons on** *(name of individual)* _____ ,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____ ; or

❏   **I returned the summons unexecuted because** _____ ; or

❏   **Other** *(specify):*
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ .

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                              Server's signature

                                            _____
                                            Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | Civil Action No. |
| **v.** | ) |  |
| A.O. Smith Corporation, et al | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Burnham LLC f/k/a Burnham Corporation
    Corporation Service Company
    2711 Centerville Road, Suite 400
    Wilmington, DE 19808

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Janet Ward Black
    WARD BLACK LAW
    208 West Wendover Avenue
    Greensboro, NC 27401
    Tel. No. 336/333-2244

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Frank G. John* [signature]

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
**(place)**_____
on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
_____

**My fees are $** _____ for travel and $ _____ for services, for a total of
$ _____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                                    Server's signature

                                                          _____
                                                                    Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
|  | ) | |
| A.O. Smith Corporation, et al | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

BW/IP International, Inc.
individually and as successor-in-interest to
Byron Jackson Pump Company
c/o Flowserve (US), Inc.
5215 North O'Connor Blvd, Suite 2300
Irving, TX 75039

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. John* [signature]

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   **I personally served the summons on the defendant at**
    *(place)*_____
    on *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, a person of suitable age and discretion who
    resides there, on *(date)* _____, and mailed a copy to the individual's last
    known address; or

❏   **I served the summons on** *(name of individual)* _____,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                                      Server's signature

                                                          _____
                                                                      Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Carrier Corporation
individually and d/b/a Bryant Heating & Cooling Systems
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____       _____
                                                                      **Server's signature**

                                                         _____
                                                                      **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) Civil Action No. |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

CBS Corporation (a Delaware Corporation) f/k/a Viacom, Inc.
(successor-by-merger to CBS Corporation (a Pennsylvania Corporation)
f/k/a Westinghouse Electric Corporation)
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                    _____
                                                                                **Server's signature**

                                                                         _____
                                                                                **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

| | | |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Cleaver-Brooks, Inc. f/k/a Aqua-Chem, Inc.,
d/b/a Cleaver-Brooks Division
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. John* _____

Frank G. Johns, Clerk
United States District Court

Date     **11/13/2012**  _____

(WDNC Rev. 05/11) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑ I personally served the summons on the defendant at
   *(place)* _____
   on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
   _____ , a person of suitable age and discretion who
   resides there, on *(date)* _____ , and mailed a copy to the individual's last
   known address; or

❑ I served the summons on *(name of individual)* _____ ,
   who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*
   _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____ .

I declare under penalty of perjury that this information is true.


Date: _____           _____
                                                           **Server's signature**

                                          _____
                                                           **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Clow Valve Company
902 South 2nd Street
Oskaloosa, IA 52577

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. John*
Frank G. Johns, Clerk
United States District Court

Date ___**11/13/2012**___

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
     *(place)*_____
     on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)*:
     _____

**My fees are $** _____ for travel and **$** _____ for services, for a total of
**$**_____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____           _____
                                                       **Server's signature**


                                           _____
                                                       **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Compudyne Corporation
(successor to York Shipley, Inc.)
9086 Junction Drive, Suite #2
Annapolis Junction, MD 20701

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑　**I personally served the summons on the defendant at**
　　*(place)*_____
　　**on** *(date)* _____; **or**

❑　**I left the summons at the individual's residence or usual place of abode with** *(name)*
　　_____, **a person of suitable age and discretion who**
　　**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
　　**known address; or**

❑　**I served the summons on** *(name of individual)* _____,
　　**who is designated by law to accept service of process on behalf of** *(name of organization)*
　　_____ **on** *(date)* _____; **or**

❑　**I returned the summons unexecuted because** _____; **or**

❑　**Other** *(specify)*:
　　_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**Server's signature**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| **Plaintiff** | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant** | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Crane Co. (individually and as successor-in-interest to Chapman
Valve Company, Cochrane Corporation, and Deming Pump Company)
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   **I personally served the summons on the defendant at**
   *(place)*_____
   on *(date)* _____; or

❑   **I left the summons at the individual's residence or usual place of abode with** *(name)*
   _____, a person of suitable age and discretion who
   resides there, on *(date)* _____, and mailed a copy to the individual's last
   known address; or

❑   **I served the summons on** *(name of individual)* _____,
   who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

❑   **I returned the summons unexecuted because** _____; or

❑   **Other** *(specify):*
   _____

**My fees are $** _____ for travel and $ _____ for services, for a total of
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                      **Server's signature**

                                                      _____
                                                      **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Crane Environmental, Inc.
(individually and as successor-in-interest to Cochrane Corporation)
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑   **I personally served the summons on the defendant at**
     **(place)**_____
     **on** *(date)* _____; **or**

❑   **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❑   **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❑   **I returned the summons unexecuted because** _____; **or**

❑   **Other** *(specify):*
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____                 _____
                                                                          **Server's signature**

                                                      _____
                                                                          **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Crosby Valve, Inc.
c/o Pentair, Inc.
5500 Wayzata Blvd, #800
Golden Valley, MN  55416

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑   **I personally served the summons on the defendant at**
    **(place)**_____
    **on** *(date)* _____; **or**

❑   **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
    **known address; or**

❑   **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____; **or**

❑   **I returned the summons unexecuted because** _____; **or**

❑   **Other** *(specify)*:
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____     _____
                                                                **Server's signature**

                                                _____
                                                                **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|                          |     |                    |
|--------------------------|-----|--------------------|
| *Plaintiff*              | )   |                    |
| **v.**                   | )   | Civil Action No.   |
|                          | )   |                    |
| A.O. Smith Corporation, et al | ) |               |
|                          | )   |                    |
|                          | )   |                    |
|                          | )   |                    |
| *Defendant*              |     |                    |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Crown Boiler Company
f/k/a Crown Industries, Inc.
3633 I Street
Philadelphia, PA  19134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

☐   **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____; **or**

☐   **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
    **known address; or**

☐   **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____; **or**

☐   **I returned the summons unexecuted because** _____; **or**

☐   **Other** *(specify)*:
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                  **Server's signature**

                                         _____
                                                  **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Crown Cork & Seal Company, Inc.
(individually and as successor-in-interest to
Mundet Cork Company)
1 Crown Way
Philadelphia, PA 19154-4599

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Frank G. John [signature]

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏   I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                _____
                                                                        **Server's signature**

                                                            _____
                                                                        **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Dover Corporation
(as successor to Blackmer Pump Co.)
The Prentice-Hall Corporation Systems, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                              **Server's signature**

                                       _____
                                              **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oncil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ECR International, Inc.
(as successor to The Utica Companies, Inc., and
also to The Dunkirk Radiator Corporation)
2201 Dwyer Avenue
Utica, NY 13501

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date     **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
    *(place)*_____
    on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
    _____, a person of suitable age and discretion who
    resides there, on *(date)* _____, and mailed a copy to the individual's last
    known address; or

❑   I served the summons on *(name of individual)* _____,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                              Server's signature

                                       _____
                                              Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Elliott Turbo Machinery Company a/k/a Elliott Company
901 N. Fourth Street
Jeanette, PA 15644

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Frank G. John* [signature]

Frank G. Johns, Clerk
United States District Court

Date     **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
     *(place)*_____
     on *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ on *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify):*
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____      _____
                                                   **Server's signature**

                                          _____
                                                **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|                                    |    |                     |
|------------------------------------|----|---------------------|
| *Plaintiff*                        | )  |                     |
| **v.**                             | )  | **Civil Action No.** |
|                                    | )  |                     |
| A.O. Smith Corporation, et al      | )  |                     |
|                                    | )  |                     |
|                                    | )  |                     |
|                                    | )  |                     |
| *Defendant*                        |    |                     |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Fisher Controls International, LLC
The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑   **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; **or**

❑   **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❑   **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❑   **I returned the summons unexecuted because** _____; **or**

❑   **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                                **Server's signature**

                                                       _____
                                                                **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
|  | ) | |
| A.O. Smith Corporation, et al | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Flowserve Corporation f/k/a The Duriron Company, Inc.
(successor-by-merger to Durco International)
CT Corporation Service
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date   **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
       *(place)*_____
       **on** *(date)* _____; **or**

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
       _____, **a person of suitable age and discretion who**
       **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
       **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
       **who is designated by law to accept service of process on behalf of** *(name of organization)*
       _____ **on** *(date)* _____; **or**

❏     **I returned the summons unexecuted because** _____; **or**

❏     **Other** *(specify)*:
       _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                                        **Server's signature**

                                                            _____
                                                                        **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |

Civil Action No.

*Defendant*

### SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Flowserve US, Inc.
> (successor to Byron Jackson Pump Company)
> CT Corporation System
> 150 Fayetteville Street, Box 1011
> Raleigh, NC 27601

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Janet Ward Black
> WARD BLACK LAW
> 208 West Wendover Avenue
> Greensboro, NC 27401
> Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
    *(place)*_____
    on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
    _____, a person of suitable age and discretion who
    resides there, on *(date)* _____, and mailed a copy to the individual's last
    known address; or

❑   I served the summons on *(name of individual)* _____,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                  Server's signature

                                      _____
                                                  Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

FMC Corporation
(individually and as successor-in-interest to
Peerless Pump Company)
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                    _____
                                                                                      **Server's signature**

                                                                      _____
                                                                                      **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Foster Wheeler Energy Corporation
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____ .

☐ **I personally served the summons on the defendant at**
   *(place)*_____
   **on** *(date)* _____ ; **or**

☐ **I left the summons at the individual's residence or usual place of abode with** *(name)*
   _____ , a person of suitable age and discretion who
   resides there, on *(date)* _____ , and mailed a copy to the individual's last
   known address; or

☐ **I served the summons on** *(name of individual)* _____ ,
   **who is designated by law to accept service of process on behalf of** *(name of organization)*
   _____ **on** *(date)* _____ ; **or**

☐ **I returned the summons unexecuted because** _____ ; **or**

☐ **Other** *(specify)*:
   _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____                _____
                                                      **Server's signature**

                                              _____
                                                      **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|                  |   |                 |
|------------------|---|-----------------|
| *Plaintiff*      | ) | **Civil Action No.** |
| **v.**           | ) |                 |
|                  | ) |                 |
| A.O. Smith Corporation, et al | ) |    |
|                  | ) |                 |
|                  | ) |                 |
|                  | ) |                 |
| *Defendant*      | ) |                 |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Gardner Denver, Inc.
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summon for *(name of individual and title, if any)*

was received by me on *(date)* _____.

❑  **I personally served the summons on the defendant at**
     *(place)*_____
     on *(date)* _____; or

❑  **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❑  **I served the summons on** *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❑  **I returned the summons unexecuted because** _____; or

❑  **Other** *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                                **Server's signature**

                                                  _____
                                                                **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

General Electric Company
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                           Server's signature

                                        _____
                                           Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| A.O. Smith Corporation, et al | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

The Goodyear Tire & Rubber Company (individually and
successor-in-interest to Durabla Manufacturing Company)
Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Date _____ **11/13/2012** _____

_Frank G. John_

Frank G. Johns, Clerk
United States District Court

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏   **I personally served the summons on the defendant at**
     *(place)*_____
     on *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏   **I served the summons on** *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____            _____
                                                        Server's signature

                                          _____
                                                        Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Goulds Pumps, Inc.
    CT Corporation System
    150 Fayetteville Street, Box 1011
    Raleigh, NC 27601

       **A lawsuit has been filed against you.**

       **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Janet Ward Black
    WARD BLACK LAW
    208 West Wendover Avenue
    Greensboro, NC 27401
    Tel. No. 336/333-2244

       **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



*Frank G. John*
_____
Frank G. Johns, Clerk
United States District Court

Date     **11/13/2012**
_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏   **I personally served the summons on the defendant at**
    **(place)**_____
    **on (date)** _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    **resides there, on (date)** _____, **and mailed a copy to the individual's last**
    **known address; or**

❏   **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on (date)** _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other (specify):**
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____            _____
                                                     **Server's signature**

                                        _____
                                                     **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Grinnell LLC d/b/a Grinnell Corporation
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date      **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑ **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ **I returned the summons unexecuted because** _____; or

❑ **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                         Server's signature

                                             _____
                                                         Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Henry Pratt Company, LLC, d/b/a Henry Pratt Company
    Illinois Corporation Service Co
    801 Adlai Stevenson Drive
    Springfield, IL 62703

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Janet Ward Black
    WARD BLACK LAW
    208 West Wendover Avenue
    Greensboro, NC 27401
    Tel. No. 336/333-2244

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date      **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❑　　I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑　　I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑　　I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑　　I returned the summons unexecuted because _____; or

❑　　Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                                            Server's signature

                                                                    _____
                                                                            Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Honeywell International, Inc.
Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                              Server's signature

                                     _____
                                              Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| A.O. Smith Corporation, et al | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

IMO Industries, Inc.
(individually and as successor-in-interest to
Delaval Turbine, Inc.)
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❑     I personally served the summons on the defendant at
        *(place)*_____
        on *(date)* _____; or

❑     I left the summons at the individual's residence or usual place of abode with *(name)*
        _____, a person of suitable age and discretion who
        resides there, on *(date)* _____, and mailed a copy to the individual's last
        known address; or

❑     I served the summons on *(name of individual)* _____,
        who is designated by law to accept service of process on behalf of *(name of organization)*
        _____ on *(date)* _____; or

❑     I returned the summons unexecuted because _____; or

❑     Other *(specify)*:
        _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____              _____
                                                                    Server's signature

                                                             _____
                                                                    Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Ingersoll Rand Company
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____            _____
                                                                    **Server's signature**


                                                                    _____
                                                                    **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|                |     |                      |
|----------------|-----|----------------------|
| *Plaintiff*    | )   |                      |
| v.             | )   | Civil Action No.     |
|                | )   |                      |
| A.O. Smith Corporation, et al | ) |        |
|                | )   |                      |
|                | )   |                      |
|                | )   |                      |
| *Defendant*    |     |                      |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Invensys Systems, Inc. (individually and as successor-in-
interest to The Foxboro Company and to Robertshaw Controls
Company d/b/a Fulton Sylphon Valves)
Registered Agent Solutions, Inc.
175 Mine Lake Court, Suite 100
Raleigh, NC 271=615

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

      **This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
      *(place)*_____
      on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❑    **I served the summons on** *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                           **Server's signature**

                                      _____
                                          **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | Civil Action No. |
| **v.** | ) | |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

ITT Corporation f/k/a ITT Industries, Inc., (individually and as
successor-in-interest to Bell & Gossett, to McDonnell & Miller,
and to Foster Engineering Company)
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. John* (signature)

Date _____**11/13/2012**_____

Frank G. Johns, Clerk
United States District Court

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*

_____

**was received by me on** *(date)* _____.

❑   **I personally served the summons on the defendant at**
   *(place)*_____
   **on** *(date)* _____ ; or

❑   **I left the summons at the individual's residence or usual place of abode with** *(name)*
   _____, a person of suitable age and discretion who
   resides there, on *(date)* _____, and mailed a copy to the individual's last
   known address; or

❑   **I served the summons on** *(name of individual)* _____,
   **who is designated by law to accept service of process on behalf of** *(name of organization)*
   _____ **on** *(date)* _____ ; or

❑   **I returned the summons unexecuted because** _____ ; or

❑   **Other** *(specify)*:
   _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____ .

**I declare under penalty of perjury that this information is true.**

**Date:**_____         _____
                                              **Server's signature**

                                         _____
                                              **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Jerguson Gage & Valve Company
16633 Foltz Industrial Parkway
Strongsville, OH  44136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date   **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑   **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____; or

❑   **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, a person of suitable age and discretion who
    resides there, on *(date)* _____, and mailed a copy to the individual's last
    known address; or

❑   **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____; or

❑   **I returned the summons unexecuted because** _____; or

❑   **Other** *(specify)*:
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____         _____
                                                                  Server's signature

                                          _____
                                                                  Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

John Crane, Inc.
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❏   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____ ; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❏   I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏   I returned the summons unexecuted because _____ ; or

❏   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                                                    Server's signature

                                                          _____
                                                                                    Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | Civil Action No. |
| **v.** | ) | |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Johnston Boiler Company
c/o Larry Hines
300 Pine Street
Ferrysburg, MI 49409

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. John* (signature)
_____
Frank G. Johns, Clerk
United States District Court

Date        **11/13/2012**
_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏   I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____              _____
                                                              Server's signature

                                          _____
                                                              Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Kohler Co
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_____
Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   **I personally served the summons on the defendant at**
**(place)**_____
on *(date)* _____; or

❑   **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____; or

❑   **I returned the summons unexecuted because** _____; or

❑   **Other** *(specify):*
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                         Server's signature

                                                  _____
                                                         Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Laars Heating Systems Co
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date     **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑   I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑   I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑   I returned the summons unexecuted because _____; or

❑   Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____            _____
                                                                    Server's signature

                                                          _____
                                                                    Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

McWane Inc. (individually and as successor-in-interest
to Kennedy Valve Manufacturing Company, Kennedy Valve Inc,
and Kennedy Valve Company
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____
was received by me on *(date)* _____.

❏   **I personally served the summons on the defendant at**
     *(place)*_____
     on *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏   **I served the summons on** *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____                    _____
                                                                          Server's signature

                                                                 _____
                                                                          Printed name and title

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| A.O. Smith Corporation, et al | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Metropolitan Life Insurance Company
> 1095 Avenue of the Americas
> New York, NY  10036

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Janet Ward Black
> WARD BLACK LAW
> 208 West Wendover Avenue
> Greensboro, NC 27401
> Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

_____
Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑    I personally served the summons on the defendant at
(place)_____
on *(date)* _____ ; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑    I served the summons on *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑    I returned the summons unexecuted because _____ ; or

❑    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____ .

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                              **Server's signature**

                                                    _____
                                                              **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| A.O. Smith Corporation, et al | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    O.C. Keckley Company
    individually and as successor-in-interest to Klipfel Valves, Inc.)
    c/ol D.S. Miller
    3400 Cleveland Street
    Skokie, IL 60076

       **A lawsuit has been filed against you.**

       **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Janet Ward Black
    WARD BLACK LAW
    208 West Wendover Avenue
    Greensboro, NC 27401
    Tel. No. 336/333-2244

       **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



_Frank G. John_

Frank G. Johns, Clerk
United States District Court

Date       **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
     *(place)* _____
     on *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❑    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ on *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____.

I declare under penalty of perjury that this information is true.


Date: _____

_____
           Server's signature

_____
           Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Oakfabco, Inc. (individually and as successor-in-interest
to Kewanee Boiler Corporation)
c/o Vanessa Frye
18W140 Butterfield Road, Suite 1100
Oakbrook Terrace, IL 60181

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❑ I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ I returned the summons unexecuted because _____; or

❑ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                              Server's signature

                                                    _____
                                                              Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Peerless Industries Inc.
c/o Philip J. O'Rourke, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
77 Water Street, Suite 2100
New York, NY  10005

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date   **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
   *(place)* _____
   on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
   _____, a person of suitable age and discretion who
   resides there, on *(date)* _____, and mailed a copy to the individual's last
   known address; or

❏   I served the summons on *(name of individual)* _____,
   who is designated by law to accept service of process on behalf of *(name of organization)*
   _____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
   _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                      Server's signature

                                      _____
                                                   Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| A.O. Smith Corporation, et al | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* |  |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Rheem Manufacturing Company
(individually and d/b/a Ruud Manufacturing Company);
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date    **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
     **(place)** _____
     **on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❏    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____.

**I declare under penalty of perjury that this information is true.**

**Date:** _____          _____
                                            **Server's signature**

                                            _____
                                            **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

 Riley Power, Inc.
 f/k/a Riley Stoker Corporation and D.B. Riley, Inc
 CT Corporation System
 150 Fayetteville Street, Box 1011
 Raleigh, NC 27601

  **A lawsuit has been filed against you.**

  **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

 Janet Ward Black
 WARD BLACK LAW
 208 West Wendover Avenue
 Greensboro, NC 27401
 Tel. No. 336/333-2244

  **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date     **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑  I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑  I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑  I returned the summons unexecuted because _____; or

❑  Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                                        **Server's signature**

                                                           _____
                                                                        **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Robertshaw Controls Co d/b/a Fulton Sylphon Valves
    Registered Agent Solutions, Inc.
    1679 S. Dupont Hwy, Suite 100
    Dover, DE 19901

        **A lawsuit has been filed against you.**

        Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Janet Ward Black
    WARD BLACK LAW
    208 West Wendover Avenue
    Greensboro, NC 27401
    Tel. No. 336/333-2244

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date       **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑   **I personally served the summons on the defendant at**
     *(place)*_____
     on *(date)* _____; or

❑   **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❑   **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; **or**

❑   **I returned the summons unexecuted because** _____; **or**

❑   **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                        **Server's signature**

                                          _____
                                                        **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

| | | |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Spirax Sarco, Inc.
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

      **A lawsuit has been filed against you.**

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date       **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏   **I personally served the summons on the defendant at**
   *(place)*_____
   on *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
   _____, a person of suitable age and discretion who
   resides there, on *(date)* _____, and mailed a copy to the individual's last
   known address; or

❏   **I served the summons on** *(name of individual)* _____,
   **who is designated by law to accept service of process on behalf of** *(name of organization)*
   _____ on *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)*:
   _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____        _____
                                           **Server's signature**

                                     _____
                                           **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Sterling Fluid Systems (USA), LLC f/k/a Peerless Pump Co,
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

      **A lawsuit has been filed against you.**

      Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*Frank G. John* [signature]

Frank G. Johns, Clerk
United States District Court

Date         **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏　**I personally served the summons on the defendant at**
　　*(place)*_____
　　on *(date)* _____; or

❏　**I left the summons at the individual's residence or usual place of abode with** *(name)*
　　_____, a person of suitable age and discretion who
　　resides there, on *(date)* _____, and mailed a copy to the individual's last
　　known address; or

❏　**I served the summons on** *(name of individual)* _____,
　　who is designated by law to accept service of process on behalf of *(name of organization)*
　　_____ on *(date)* _____; or

❏　**I returned the summons unexecuted because** _____; or

❏　**Other** *(specify)*:
　　_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Server's signature

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) Civil Action No. |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* |  |

### SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Trane US, Inc. f/k/a American Standard Companies
(individually and as successor-in-interest to
American Radiator Company a/k/a Ideal Boiler)
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date _____**11/13/2012**_____

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏    I personally served the summons on the defendant at
*(place)*_____
on *(date)* _____; or

❏    I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❏    I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❏    I returned the summons unexecuted because _____; or

❏    Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                                    Server's signature

                                                 _____
                                                                    Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Union Carbide Corporation
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑    **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____ ; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , a person of suitable age and discretion who
resides there, on *(date)* _____ , and mailed a copy to the individual's last
known address; or

❑    **I served the summons on** *(name of individual)* _____ ,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑    **I returned the summons unexecuted because** _____ ; or

❑    **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                                    Server's signature

                                                          _____
                                                                    Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Viad Corporation f/k/a The Dial Corporation
(individually and as successor-in-interest to Griscom-Russell Company)
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____**11/13/2012**_____

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❑　I personally served the summons on the defendant at
　　*(place)*_____
　　on *(date)* _____; or

❑　I left the summons at the individual's residence or usual place of abode with *(name)*
　　_____, a person of suitable age and discretion who
　　resides there, on *(date)* _____, and mailed a copy to the individual's last
　　known address; or

❑　I served the summons on *(name of individual)* _____,
　　who is designated by law to accept service of process on behalf of *(name of organization)*
　　_____ on *(date)* _____; or

❑　I returned the summons unexecuted because _____; or

❑　Other *(specify)*:
　　_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____

_____
Server's signature

_____
Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> Viking Pump, Inc.
> The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE 19801

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Janet Ward Black
> WARD BLACK LAW
> 208 West Wendover Avenue
> Greensboro, NC 27401
> Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❑     **I personally served the summons on the defendant at**
    *(place)*_____
    **on** *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
    _____, **a person of suitable age and discretion who**
    **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
    **known address; or**

❑     **I served the summons on** *(name of individual)* _____,
    **who is designated by law to accept service of process on behalf of** *(name of organization)*
    _____ **on** *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; or

❑     **Other** *(specify)*:
    _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$** _____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                  **Server's signature**

                                         _____
                                                  **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Warren Pumps, LLC.
    (individually and as successor-in-interest to Quimby Pump Company)
    PO Box 969
    Warren, MA  01083

      **A lawsuit has been filed against you.**

      **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Janet Ward Black
    WARD BLACK LAW
    208 West Wendover Avenue
    Greensboro, NC 27401
    Tel. No. 336/333-2244

      **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



*Frank G. John* [signature]

Frank G. Johns, Clerk
United States District Court

Date       **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏   I personally served the summons on the defendant at
    *(place)*_____
    on *(date)* _____; or

❏   I left the summons at the individual's residence or usual place of abode with *(name)*
    _____, a person of suitable age and discretion who
    resides there, on *(date)* _____, and mailed a copy to the individual's last
    known address; or

❏   I served the summons on *(name of individual)* _____,
    who is designated by law to accept service of process on behalf of *(name of organization)*
    _____ on *(date)* _____; or

❏   I returned the summons unexecuted because _____; or

❏   Other *(specify)*:
    _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                    Server's signature

                                       _____
                                                    Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Watts Water Technologies, Inc.
(successor to Powers Regulator Company, Inc.)
CT Corporation System
155 Federal Street, Suite 700
Boston, MA  02110

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
      *(place)*_____
      on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❑    I served the summons on *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.


Date:_____          _____
                                                          Server's signature

                                                 _____
                                                          Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| A.O. Smith Corporation, et al | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Weil-McLain
a division of the Marlye-Wylain Company
500 Blaine Street
Michigan City, IN 46360-2388

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summon for *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    I personally served the summons on the defendant at
     *(place)*_____
     on *(date)* _____; or

❑    I left the summons at the individual's residence or usual place of abode with *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❑    I served the summons on *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❑    I returned the summons unexecuted because _____; or

❑    Other *(specify):*
     _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____        _____
                                                          Server's signature

                                     _____
                                                          Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |
|---|---|
| *Plaintiff* | ) |
| **v.** | ) |
|  | ) |
| A.O. Smith Corporation, et al | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Weir Valves & Controls USA, Inc. f/k/a Atwood & Morrill
    29 Old Right Road
    Ipswich, MA  01938-1119

      **A lawsuit has been filed against you.**

      **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Janet Ward Black
    WARD BLACK LAW
    208 West Wendover Avenue
    Greensboro, NC 27401
    Tel. No. 336/333-2244

      **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**



Frank G. John

Frank G. Johns, Clerk
United States District Court

Date         **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*

_____

was received by me on *(date)* _____.

❏   **I personally served the summons on the defendant at**
     *(place)*_____
     on *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, a person of suitable age and discretion who
     resides there, on *(date)* _____, and mailed a copy to the individual's last
     known address; or

❏   **I served the summons on** *(name of individual)* _____,
     who is designated by law to accept service of process on behalf of *(name of organization)*
     _____ on *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                                    **Server's signature**

                                        _____
                                                                    **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| A.O. Smith Corporation, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Xylem, Inc.
    (individually and as successor-in-interest to Bell & Gossett)
    CT Corporation System
    150 Fayetteville Street, Box 1011
    Raleigh, NC 27601

       **A lawsuit has been filed against you.**

       **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Janet Ward Black
    WARD BLACK LAW
    208 West Wendover Avenue
    Greensboro, NC 27401
    Tel. No. 336/333-2244

       **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**



*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date           **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

   **This summon for** *(name of individual and title, if any)*
   _____

**was received by me on** *(date)* _____.

❑   **I personally served the summons on the defendant at**
   *(place)*_____
   **on** *(date)* _____; **or**

❑   **I left the summons at the individual's residence or usual place of abode with** *(name)*
   _____, **a person of suitable age and discretion who**
   **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
   **known address; or**

❑   **I served the summons on** *(name of individual)* _____,
   **who is designated by law to accept service of process on behalf of** *(name of organization)*
   _____ **on** *(date)* _____; **or**

❑   **I returned the summons unexecuted because** _____; **or**

❑   **Other** *(specify)*:
   _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
                                                        Server's signature

                                             _____
                                                        Printed name and title

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | **Civil Action No.** |
| **v.** | ) |  |
|  | ) |  |
| A.O. Smith Corporation, et al | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant* | ) |  |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

        Yarway Corporation
        (invidually and as successor-in-interest to Gimpel Coporation)
        CT Corporation System
        150 Fayetteville Street, Box 1011
        Raleigh, NC 27601

       **A lawsuit has been filed against you.**

       **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

        Janet Ward Black
        WARD BLACK LAW
        208 West Wendover Avenue
        Greensboro, NC 27401
        Tel. No. 336/333-2244

       **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

*Frank G. John*

Frank G. Johns, Clerk
United States District Court

Date         **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      on *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, a person of suitable age and discretion who
      resides there, on *(date)* _____, and mailed a copy to the individual's last
      known address; or

❑     **I served the summons on** *(name of individual)* _____,
      who is designated by law to accept service of process on behalf of *(name of organization)*
      _____ on *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; or

❑     **Other** *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

**I declare under penalty of perjury that this information is true.**

Date:_____       _____
                                     **Server's signature**

                                            _____
                                     **Printed name and title**

(WDNC Rev. 05/11) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

Ralph Oneil Starnes and Betty Starnes, spouse

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
|  | ) | |
| A.O. Smith Corporation, et al | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Zurn Industries, LLC (individually and as successor-in-interest to Zurn Industries, Inc.,
and also as successor to Erie City Iron Works D/B/A Keystone Boiler Works, Inc.)
CT Corporation System
150 Fayetteville Street, Box 1011
Raleigh, NC 27601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janet Ward Black
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Tel. No. 336/333-2244

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Frank G. John* (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **11/13/2012**

(WDNC Rev. 05/11) Summons in a Civil Action

**Civil Action No.**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏     **I personally served the summons on the defendant at**
       *(place)*_____
       on *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
       _____, **a person of suitable age and discretion who**
       **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
       **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
       **who is designated by law to accept service of process on behalf of** *(name of organization)*
       _____ **on** *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)*:
       _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____        _____
                                                            Server's signature

                                                 _____
                                                            Printed name and title

```
MIME-Version:1.0
From:ncwd_ecf@ncwd.uscourts.gov
To:ecfmail@localhost.localdomain
Bcc:
--Case Participants: Janet Ward Black (jcarter@wardblacklaw.com, jwblack@wardblacklaw.com,
lcanham@wardblacklaw.com, lcountryman@wardblacklaw.com, mhines@wardblacklaw.com,
nrudd@wardblacklaw.com), District Judge Martin Reidinger (karen_miller@ncwd.uscourts.gov,
lori_ritter@ncwd.uscourts.gov, martha_williams@ncwd.uscourts.gov,
martin_reidinger@ncwd.uscourts.gov, nancy_day@ncwd.uscourts.gov,
reidinger_chamber@ncwd.uscourts.gov)
--Non Case Participants: Financial Section - Clerk (ncwdml_financial@ncwd.uscourts.gov),
ad hoc (graham_mullen@ncwd.uscourts.gov)
--No Notice Sent:

Message-Id:1949880@ncwd.uscourts.gov
Subject:Activity in Case 1:12-cv-00360-MR Starnes, et al v. A.O. Smith Corporation, et al
ECF - Wrong Division Error TD:0
Content-Type: text/html
```

# U.S. District Court

## Western District of North Carolina

**Notice of Electronic Filing**

The following transaction was entered on 11/15/2012 at 11:25 AM EST and filed on 11/15/2012

| | |
|---|---|
| **Case Name:** | Starnes, et al v. A.O. Smith Corporation, et al |
| **Case Number:** | 1:12–cv–00360–MR |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **NOTICE: Case was filed in wrong division. Case has been copied from 3:12cv755 to 1:12cv360. Please use 1:12cv360 for all future pleadings. Asbestos litigations are filed and maintained in the Asheville Division. (bsw)**

**1:12–cv–00360–MR Notice has been electronically mailed to:**

Janet Ward Black  jwblack@wardblacklaw.com, jcarter@wardblacklaw.com, lcanham@wardblacklaw.com, lcountryman@wardblacklaw.com, mhines@wardblacklaw.com, nrudd@wardblacklaw.com

**1:12–cv–00360–MR Notice will not be electronically mailed to:**