IN THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION<br>(NO VI)<br>_____<br>**This Document Relates To:** | MDL 875 |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:12-cv-00311

| | |
|---|---|
| **BILLY DAVID HARRIS and ROBIN L. HARRIS,** Spouse,<br><br>**Plaintiffs,**<br><br>v.<br><br>**AJAX BOILER, INC., Individually and as successor-in-interset to AJAX BOILER AND HEATER COMPANY, et al.**<br><br>**Defendants.** | **ERRATA** |

Defendant Oakfabco, Inc., individually and as successor-in-interest to Kewannee Boiler Corporation gives notice that the heading in its Response In Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order should read United States Judicial Panel on Multidistrict Litigation.

**This the 28th day of November, 2012.**

> **HEDRICK GARDNER KINCHELOE & GAROFALO, LLP**
>
> /s/ Jeremy T. Canipe
> **JEREMY T. CANIPE**
> **NC State Bar No. 28465**
> **Attorney for Defendant Oakfabco**
> **P.O. Box 30397**
> **Charlotte, NC  28230**
> **PH:    (704) 366-1101**
> **FAX:  (704) 366-6181**
> **Email:  jcanipe@hedrickgardner.com**

00409C.00001 - Doc. No. 40

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2012 I electronically filed the foregoing *Errata* with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of Record via ECF.

This the 28TH day of NOVEMBER, 2012.

/s/ Jeremy T. Canipe
JEREMY T. CANIPE
NC State Bar No. 28465
**Attorney for Defendant Oakfabco**
