IN THE UNITED STATES JUDICAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI) _____ **This Document Relates To:** | **MDL 875** |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:12-cv-00311

| | |
|---|---|
| **BILLY DAVID HARRIS and ROBIN L. HARRIS,** Spouse,<br><br>                                                   **Plaintiffs,**<br>**v.**<br>**AJAX BOILER, INC., Individually and as successor-in-interset to AJAX BOILER AND HEATER COMPANY, et al.**<br><br>                                                   **Defendants.** | **MOTION FOR LEAVE** |

NOW COMES Defendant Oakfabco, Inc., individually and as successor-in-interest to Kewannee Boiler Corporation and moves the Court for leave of time to file its Response In Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order.  In support of this Motion, Defendant now shows the Court the following: 1) Defendant did not receive Plaintiff's Motion to Vacate Conditional Transfer Order until November 15, 2012, leaving no time for Defendant to reply before the deadline.    2) Defendant has a very strong basis for its objection insofar as the case in question was transferred from the United States District Court for the Western District of North Carolina to the MDL 875 on October 4, 2012, which is prior to the Order that was filed on November 21, 2012, providing that no future case was to be transferred from the NC Federal Court to the MDL 875.

**This the 29th day of November, 2012.**

**HEDRICK GARDNER KINCHELOE & GAROFALO, LLP**

/s/ Jeremy T. Canipe
**JEREMY T. CANIPE**
**NC State Bar No. 28465**
**Attorney for Defendant Oakfabco**
**P.O. Box 30397**
**Charlotte, NC  28230**
**PH:    (704) 366-1101**
**FAX:  (704) 366-6181**
**Email:  jcanipe@hedrickgardner.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2012 I electronically filed the foregoing *Errata* with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of Record via ECF.

**This the 29TH day of NOVEMBER, 2012.**

/s/ Jeremy T. Canipe
**JEREMY T. CANIPE**
**NC State Bar No. 28465**
**Attorney for Defendant Oakfabco**