BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (No. VI) ) | MDL DOCKET NO. 875 |

This document relates to:

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BILLY DAVID HARRIS and ROBIN L. ) HARRIS, Spouse, ) ) Plaintiffs, ) v. ) ) AJAX BOILER, INC, Individually and as ) successor-in-interest to AJAX BOILER ) AND HEATER COMPANY; et al., ) ) Defendants. ) ) | WDNC File No. 1:12-cv-00311 |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (539)**

Plaintiffs, Billy David Harris and Robin L. Harris, his spouse, by and through undersigned counsel, submits this Reply in Support of their Motion to Vacate Conditional Transfer Order (539) (hereinafter "CTO") pursuant to Rules of Procedure of the Judicial Panel on Multidistrict Litigation Rule 7.4(d).  Plaintiffs respectfully request that the Panel vacate its CTO and remand the above-captioned case to the United States District Court for the Western District of North Carolina, and in support state:

In the reply to Defendant, Oakfabco Inc.'s, Response in Opposition to Plaintiff's Motion to Vacate, Defendant overlooks footnote 2 of the Panel's November 21, 2012 Order adopting

1

Judge Robreno's Suggestion.  According to the Order, the Panel "will therefore immediately cease transferring cases to MDL No. 875 new tag-along actions commenced in any of these seven jurisdictions.[2]"  The seven jurisdictions include Connecticut, New York, North Carolina, and North Dakota.  Footnote 2 of the Order states "Such actions include any actions of which the Panel was notified between October 4, 2012, the date the Suggestion was filed, and the date of this Order."

In this case, the Judicial Panel for Multistate Litigation issued a conditional transfer order to transfer the case to the MDL 875 on October 4, 2012.

That same day, District Court Judge Robreno filed a Second Suggestion To The Panel On Multidistrict Litigation ("The Panel") Concerning Future Tag-Along Transfers.  In His Order, Judge Robreno suggested the Panel stop transferring cases from several jurisdictions, including North Carolina.

Because the CTO in this case was issued on October 4, 2012, the same day as the Suggestion filed by Judge Robreno, this case falls within the parameters of the Panel decision as stated in footnote 2.  Accordingly, this case should be remanded to the Western District of North Carolina in accordance with the Panel's November 21, 2012 Order.

WHEREFORE, Plaintiffs respectfully request that the Judicial Panel vacate its conditional transfer order and remand the case to the District Court of the Western District of North Carolina where it was filed and allow the case to proceed in that Court.

Dated this 29th day of November, 2012.

Respectfully submitted,

WALLACE AND GRAHAM, P.A.

/s/William M. Graham
William M. Graham
NC Bar No. 17972
Cathy A. Williams
NC Bar No. 33534
WALLACE & GRAHAM, P.A.
525 North Main Street
Salisbury, NC 28144
Tel. No. (704) 633-5244
Fax: (704) 633-9434
E-Mail: bgraham@wallacegraham.com
E-Mail: cwilliams@wallacegraham.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of November, 2012, I electronically filed the foregoing REPLY IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER with the Clerk of Court using the CM/ECF system which will send notification of filing to all counsel of record via ECF.

/s/William M. Graham
William M. Graham
WALLACE and GRAHAM, P.A.