# EXHIBIT 1



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS       :     CONSOLIDATED UNDER
LIABILITY LITIGATION (No. VI)  :     MDL DOCKET NO. 875
                               :
VARIOUS PLAINTIFFS             :
                               :          **FILED**
                               :
        v.                     :        OCT −4 2012
                               :
                               :     MICHAEL E. KUNZ, Clerk
                               :     By_____ Dep. Clerk
VARIOUS DEFENDANTS             :

## SECOND SUGGESTION TO THE PANEL ON MULTIDISTRICT LITIGATION ("THE PANEL") CONCERNING FUTURE TAG-ALONG TRANSFERS

**AND NOW**, this **3rd** day of **October, 2012**, it is hereby

**SUGGESTED** that the Panel decline to transfer and consolidate tag-along cases to MDL-875 from the following jurisdictions:[1]

- The District of Connecticut;

- The Southern and Eastern Districts of New York;

- The Western, Middle, and Eastern Districts of North Carolina;

- The District of North Dakota.

---

[1]     The Court suggests that the Panel cease future transfers of cases from these jurisdictions for the same reasons set forth in the Suggestion to the Judicial Panel of Multidistrict Litigation Concerning Future Tag-Along Transfers, No. 01-md-875 (E.D. Pa. Nov. 23, 2011), ECF No. 8282. Namely, fewer than fifty cases are pending in each of the jurisdictions listed, except for Connecticut, which had 156 cases pending as of October 1, 2012. Plaintiffs whose cases are transferred to MDL-875 from the District of Connecticut are represented primarily by the same law firm, and settlement discussions in that particular group of cases have been successful in the recent past and are ongoing.

The Court further **SUGGESTS**, therefore, that the only jurisdictions from which tag-along cases should continue to be transferred are the following:[2]

- The Eastern District of Virginia (2,421 cases pending);

- The Seventh Circuit, including the Western and Eastern Districts of Wisconsin, the Northern and Southern Districts of Indiana, and the Northern, Central and Southern Districts of Illinois (238 cases pending);

- The Northern District of Ohio, including Maritime Docket (MARDOC) cases (3,459 cases pending);

- The Northern District of California (103 cases pending).


It is so **SUGGESTED**.


_____
**Eduardo C. Robreno**
**Presiding Judge, MDL-875**

--------

[2]    In addition, the MDL Court will continue to hear asbestos cases that originate in the Eastern District of Pennsylvania.