UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>This Documents Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MCALLISTER and VELMA JEAN MCALLISTER,<br><br>            Plaintiffs,<br>vs.<br><br>ALLIED PACKING & SUPPLY, INC.; ASTRA FLOORING COMPANY; CBS CORPORATION, fka Viacom, Inc. Successor by merger to CBS Corporation; FOSTER WHEELER, LLC; FRASER'S BOILER SERVICE, INC.; HILL BROTHERS CHEMICAL COMPANY; HOPEMAN BROTHERS, INC.; INTERNATIONAL PAPER COMPANY; PARKER HANNIFIN CORPORATION; PLANT PRODUCTS & SUPPLY COMPANY; M. SLAYEN AND ASSOCIATES, INC.; J.T. THORPE & SON, INC.; THOMAS DEE ENGINEERING COMPANY; and DOES ONE through SEVENTY-FIVE, inclusive,<br><br>            Defendants. | (ASBESTOS)<br><br>San Francisco County Superior Court Case No. CGC-12-276019<br><br>SCHEDULE OF ACTIONS |

## SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, filed in the Northern District of California, and its Notice of Potential Tag-Along Action filed herewith in this Court, Defendant FOSTER WHEELER LLC ("Foster Wheeler")

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

SCHEDULE OF ACTIONS

hereby provides notice that Foster Wheeler has no related action currently pending before the Judicial Panel of Multidistrict Litigation:

| | |
|---|---|
| Dated: December 4, 2012 | BRYDON HUGO & PARKER |
| | By: /s/ Thomas J. Moses |
| | Edward R. Hugo [Bar No. 124839]<br>Charles S. Park [Bar No. 161430]<br>Thomas J. Moses [Bar No. 116002]<br>BRYDON HUGO & PARKER<br>135 Main Street, 20th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 808-0300<br>Facsimile: (415) 808-0333<br>Email: service@bhplaw.com |
| | Attorneys for Defendant<br>FOSTER WHEELER LLC |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
SCHEDULE OF ACTIONS