UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI<br><br>This Document Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MCALLISTER and VELMA JEAN MCALLISTER,<br><br>        Plaintiffs,<br>vs.<br><br>ALLIED PACKING & SUPPLY, INC.; ASTRA FLOORING COMPANY; CBS CORPORATION, fka Viacom, Inc. Successor by merger to CBS Corporation; FOSTER WHEELER, LLC; FRASER'S BOILER SERVICE, INC.; HILL BROTHERS CHEMICAL COMPANY; HOPEMAN BROTHERS, INC.; INTERNATIONAL PAPER COMPANY; PARKER HANNIFIN CORPORATION; PLANT PRODUCTS & SUPPLY COMPANY; M. SLAYEN AND ASSOCIATES, INC.; J.T. THORPE & SON, INC.; THOMAS DEE ENGINEERING COMPANY; and DOES ONE through SEVENTY-FIVE, inclusive,<br><br>        Defendants. | (ASBESTOS)<br><br>USDC Northern District of California Case No. 3:12-cv-06034-JSC<br><br>San Francisco Superior Court Case No. CGC—12-276019 |

## AMENDED CERTIFICATE OF SERVICE

       I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On December 4, 2012 served the following:

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

AMENDED CERTIFICATE OF SERVICE

ACTION;

SCHEDULE OF ACTIONS;

PLAINTIFFS THOMAS MCALLISTER and VELMA JEAN MCALLISTER'S SUMMONS AND COMPLAINT with the U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CIVIL DOCKET FOR CASE NO. 3:12-cv-06034-JSC

**Via Facsimile To Counsel for Plaintiff:**
Jack K. Clapper, (State Bar No. 83207)
John P. Mason, (State Bar No. 193949)
Email: steve@clapperlaw.com
CLAPPER, PATTI, SCHWEIZER & MASON
Marina Office Plaza
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Telephone: (415) 332-4262
Facsimile: (415) 331-5387

on all parties via facsimile to the following attached service list.

   I declare under penalty of perjury that the above is true and correct. Executed on December 5, 2012, at San Francisco, California.

                                                                *Wanda D. Claudio*
                                                                Wanda D. Claudio

                                                                BRYDON HUGO & PARKER
                                                                Edward R. Hugo [Bar No. 124839]
                                                                Charles S. Park [Bar No. 161430]
                                                                Thomas J. Moses [Bar No. 116002]
                                                                BRYDON HUGO & PARKER
                                                                135 Main Street, 20th Floor
                                                                San Francisco, CA 94105
                                                                Telephone: (415) 808-0300
                                                                Facsimile: (415) 808-0333
                                                                Email: service@bhplaw.com

                                                                Attorneys for Defendant
                                                                FOSTER WHEELER LLC

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
AMENDED CERTIFICATE OF SERVICE

*Thomas McAllister, et al. vs. Allied Packing & Supply, Inc., et al.*
United States Judicial Panel on Multidistrict Litigation
MDL 875

United States Northern District of California, Case No. 3:12-cv-06034-JSC

SERVICE LIST

| | |
|---|---|
| Bruce Imai<br>Email: admin@itkc.com<br>**Imai, Tadlock, Keeney & Cordery LLP**<br>100 Bush St., Ste. 1300<br>San Francisco, CA 94107<br>Tel. (415) 675-7000<br>**Fax: (415) 675-7008**<br>*Attorneys for Defendant Allied Packing & Supply Co., Inc.* | Jennifer C. Rasmussen<br>Email: jrasmussen@pondnorth.com<br>Kevin D. Jamison<br>Email: kjamison@pondnorth.com<br>Howard Rundell<br>Email: hrundell@pondnorth.com<br>**Pond North, LLP**<br>350 S. Grand Avenue, Ste. 3300<br>Los Angeles, CA 90071<br>Tel: (213) 617-6170<br>**Fax: (213) 623-3594**<br>*Attorneys for Defendants Astra Flooring Co.; CBS Corp.; and Frasers Boiler Service, Inc.* |
| Phillip S. Berry<br>**Berry & Berry Law Offices**<br>Email: PhilipB@berryandberry.com<br>2930 Lakeshore Avenue<br>Oakland, CA 94610<br>Tel: (510) 250-0200<br>**Fax: (510) 835-5117**<br>*Designated Defense Counsel* | Robert J. Bugatto<br>Email: rbugatto@vandelaw.com<br>**Vasquez Estrada & Conway LLP**<br>Courthouse Square<br>1000 Fourth St., Ste. 700<br>San Rafael, CA 94901<br>Tel. (415) 233-4589<br>**Fax: (415) 453-0549**<br>*Attorneys for Defendant Hill Brothers Chemical Co.* |
| Mark S. Kannett<br>Email: mkannett@bkscal.com<br>Constance R. Fraenkel<br>Email: cfraenkel@bkscal.com<br>**Becherer Kannett & Schweitzer**<br>2255 Powell St.<br>Emeryville, CA 94608<br>Tel: (510) 658-3600<br>**Fax: (510) 658-1151**<br>*Attorneys for Defendants International Paper Co. and M. Slayen & Associates, Inc.* | Marte J. Bassi<br>Email: mbassi@behblaw.com<br>Joseph B. Adams<br>Email: jadams@behblaw.com<br>**Bassi Edlin Huie & Blum, LLP**<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>Tel. (415) 397-9006<br>**Fax: (415) 397-1339**<br>*Attorneys for Defendants Hopeman Brothers Inc.; J.T. Thorpe & Son, Inc.; and Parker Hannifin Corp.* |
| Mary M. Ryan<br>Email: mryan@bishop-barry.com<br>John A. Burke<br>Email: jburke@bhshop-barry.com<br>**Bishop, Barry, Drath**<br>2000 Powell St., Ste. 1425 | Michael T. McCall<br>Email: mmccall@wfbm.com<br>**Walsworth, Franklin, Bevins & McCall, LLP**<br>One City Blvd. West, 5th Fl.<br>Orange, CA 92868 |

| | |
|---|---|
| Emeryville, CA 94608<br>Tel. (510) 596-0888<br>**Fax: (510) 596-0899**<br>*Attorneys for Defendant Plant Products & Supply Co.* | Tel: (714) 634-2522<br>**Fax: (714) 634-0686**<br>*Attorneys for Defendant Thomas Dee Engineering Co., Inc.* |