UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANET MURPHY, et al., | ) | CASE NO.: 1:13-cv-10000-SO |
| | ) | |
| Plaintiffs, | ) | |
| | ) | JUDGE: Solomon Oliver, Jr. |
| v. | ) | |
| | ) | |
| FOSTER WHEELER ENERGY CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| JANET MURPHY, et al., | ) | **MDL No. 875** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FOSTER WHEELER ENERGY CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel On Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania ["Asbestos MDL Court"] for coordinated or consolidated partial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991) (*cited in Docket No. 875, Before the Judicial Panel on Multidistrict Litigation, In Re Asbestos Products Liability Litigation (No. VI), Conditional Transfer Order* (CTO-275)). That order also applies to "tag-along actions," or actions pending in district court and involving

common questions of fact with actions previously transferred under 28 U.S.C. § 1407. *See* Rule 1.1, *Rules of Procedure of the Judicial Panel on Multidistrict Litigation* ["R.P.J.M.L."]. Further, Rule 7.1(a) provides:

> Any party or counsel in actions previously transferred under Section 1407 shall promptly notify the Clerk of the Panel of any potential tag-along actions in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this is a potential "tag-along action," which may be subject to transfer to the Asbestos MDL Court. In fulfillment of the requirements of Rule 7.1(a) of R.P.J.P.M.L., the undersigned will file a true and correct copy of this Notice of Tag-Along Action this same day to the Clerk of the Panel via said Clerk's ECF filing system. The Panel has several options: (i) filing a CTO under Rule 7.1, (ii) filing a show cause order under Rule 8.1, or (iii) declining to act (Rule 7.1(b)(i)), pursuant to Rule 7.1(a) of R.P.J.P.M.L.

Respectfully submitted,

*/s/ Arun J. Kottha*
JEFFREY A. HEALY (0059833)
jeffrey.healy@tuckerellis.com
John P. Patterson (0076072)
john.patterson@tuckerellis.com
Arun J. Kottha (0083549)
arun.kottha@tuckerellis.com
TUCKER ELLIS LLP
925 Euclid Avenue, Suite 1150
Cleveland, OH 44115-1414
Telephone: (216) 592-5000
Facsimile: (216) 592-5009

*Attorneys for Defendant
Carrier Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2013, a true and correct copy of the foregoing was served electronically via the ECF system, parties may access this filing through the Court's system.

I further certify that a true and correct copy of the foregoing was filed via regular US Mail, postage prepaid to:

Foster Wheeler Energy Corp.
c/o CT Corp. System
1300 East Ninth Street
Cleveland, Ohio 44114
*Defendant*

Bradley Shafer
Swartz & Campbell LLC
1233 Main Street, Ste. 1000
Wheeling, West Virginia 26003
*Attorneys for Defendant Cooper Industries, Inc.*

Daniel Michalec
Kevin Alexandersen
Gallagher Sharp
Sixth Floor, Buckley Bldg.
1501 Euclid Avenue
Cleveland, Ohio 44115
*Attorneys for Defendant IMO Industries Inc.*

ALFA LAVAL INC.
c/o CT Corp. System
1300 East Ninth Street
Cleveland, Ohio 44114
*Defendant*

Michael Eagen
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
*Attorney for Defendant Aurora Pumps*

Fairbanks Morse Pump Corporation
3601 Fairbanks Avenue
Kansas City, Kansas 66106
*Defendant*

Pentair Water Group Inc.
c/o CT Corp. System, S/A
1300 East Ninth Street
Cleveland, Ohio 44114
*Defendant*

Gardner Denver Inc.
c/o CT Corp. System, S/A
1300 East Ninth Street
Cleveland, Ohio 44114
*Defendant*

James Kline
Ulmer & Berne LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
*Attorney for Defendant Nash Engineering Company*

Robert A. Marcis, II
Law Offices of Robert Marcis, II
22649 Lorain Road
Fairview Park, Ohio 44126
*Attorney for Plaintiffs*

/s/ *Arun J. Kottha*
*One of the Attorneys for Defendant Carrier Corporation*