| Last | First | Case Caption | Court | Case Number |
|---|---|---|---|---|
| Murphy | Janet | Janet Murphy v. Carrier Corp., et al. | OH-ND | 1:13-cv-10000 |