## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2013, a true and correct copy of the foregoing was served electronically via the ECF system, parties may access this filing through the Court's system.

I further certify that a true and correct copy of the foregoing was filed via regular US Mail, postage prepaid to:

Foster Wheeler Energy Corp.
c/o CT Corp. System
1300 East Ninth Street
Cleveland, Ohio 44114
*Defendant*

Bradley Shafer
Swartz & Campbell LLC
1233 Main Street, Ste. 1000
Wheeling, West Virginia 26003
*Attorneys for Defendant Cooper Industries, Inc.*

Daniel Michalec
Kevin Alexandersen
Gallagher Sharp
Sixth Floor, Buckley Bldg.
1501 Euclid Avenue
Cleveland, Ohio 44115
*Attorneys for Defendant IMO Industries Inc.*

ALFA LAVAL INC.
c/o CT Corp. System
1300 East Ninth Street
Cleveland, Ohio 44114
*Defendant*

Michael Eagen
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
*Attorney for Defendant Aurora Pumps*

Fairbanks Morse Pump Corporation
3601 Fairbanks Avenue
Kansas City, Kansas 66106
*Defendant*

Pentair Water Group Inc.
c/o CT Corp. System, S/A
1300 East Ninth Street
Cleveland, Ohio 44114
*Defendant*

Gardner Denver Inc.
c/o CT Corp. System, S/A
1300 East Ninth Street
Cleveland, Ohio 44114
*Defendant*

James Kline
Ulmer & Berne LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
*Attorney for Defendant Nash Engineering Company*

Robert A. Marcis, II
Law Offices of Robert Marcis, II
22649 Lorain Road
Fairview Park, Ohio 44126
*Attorney for Plaintiffs*

/s/ *Arun J. Kottha*
*One of the Attorneys for Defendant Carrier Corporation*