## **SCHEDULE**

| Division | CA # | Judge | Case Caption |
|---|---|---|---|
| Northern District CA | 12-cv-5324 | Hon. Donna M. Ryu, *Magistrate Judge* | Robert Shindelbower et al. v. Honeywell International, Inc. et al. |