

# TUCKER ELLIS LLP

## ATTORNEYS AT LAW

135 Main Street   Suite 700   San Francisco, CA 94105
phone 415.617.2400   facsimile 415.617.2409   www.tuckerellis.com

CLEVELAND   COLUMBUS   DENVER   LOS ANGELES   SAN FRANCISCO

January 18, 2013

Clerk of the Panel
Judicial Panel on Multi-District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

Re:     In Re Asbestos Products Liability Litigation (No. VI)
        MDL 875 Proceedings

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of the Judicial Panel on Multidistrict Litigation, we write on behalf of our client, United Technologies Corporation, to notify the Clerk of the Panel of the following potential "tag-along" action in MDL No. 875:

Robert Shindelbower et al. v. Honeywell International, Inc. et al. ("Shindelbower")

This asbestos-related action is pending in the United States District Court for the Northern District of California, Civil Action No. 12-CV-5324-DMR.

Please note that this case was filed with the San Francisco Superior Court on September 11, 2012 and meets the criteria for transfer to the MDL 875.

Attached electronically are copies of the docket sheet, complaint, proof of service and defendant United Technologies Corporation's Notice of Tag-Along Action.

# TUCKER ELLIS LLP

Clerk of the Panel
Judicial Panel on Multi-District Litigation
January 18, 2013
Page 2


Please do not hesitate to contact me should you have any questions about the above.


Respectfully Submitted,

TUCKER ELLIS LLP


Ferlin P. Ruiz
Attorney


Enclosures
cc:  All Counsel of Record