1  TUCKER ELLIS LLP
   Lance D. Wilson - SBN 183852
2  lance.wilson@tuckerellis.com
   Ferlin P. Ruiz - SBN 209258
3  ferlin.ruiz@tuckerellis.com
   135 Main Street
4  Suite 700
   San Francisco, CA 94105
5  Telephone:     415.617.2400
   Facsimile:     415.617.2409
6
   TUCKER ELLIS LLP
7  John K. Son - SBN 238516
   john.son@tuckerellis.com
8  515 South Flower Street
   Forty-Second Floor
9  Los Angeles, CA 90071-2223
   Telephone:     213.430.3400
10 Facsimile:     213.430.3409

11 Attorneys for Defendant
   UNITED TECHNOLOGIES CORPORATION
12

                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14

15 | ROBERT SHINDELBOWER and CONSUELO SHINDELBOWER, | ) Case No. C12-5324 DMR |
   |---|---|
16 | Plaintiffs, | ) **DEFENDANT UNITED TECHNOLOGIES CORPORATION'S CERTIFICATE OF SERVICE** |
17 | v. | |
18 | HONEYWELL INTERNATIONAL, INC., et al., | |
19 | Defendants. | |

20
21                           PROOF OF SERVICE

22    I, Anna Pasynkova, certify and declare as follows:

23    I am over the age of 18 years and not a party to this action. I am employed by the law firm

24 Tucker Ellis LLP, and my business address is 135 Main Street, Suite 700, San Francisco, California

25 94105, which is located in the city, county and state where the mailing described below took place.

26    On October 18, 2012, I served on all interested parties in this action a copy of:

27 **DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF**

28 **REMOVAL; DEFENDANT UNITED TECHNOLOGIES CORPORATION'S NOTICE OF TAG-**

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

1  ALONG ACTION; CERTIFICATION OF INTERESTED ENTITIES; NOTICE OF RELATED
2  CASES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
3  DEADLINES; STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU,
4  STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;
5  NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR
6  TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;
7  DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR
8  REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; GUIDELINES; ECF
9  REGISTRATION INFORMATION HANDOUT; CONSENTING TO A MAGISTRATE
10 JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA HANDOUT;
11 **and CERTIFICATE OF SERVICE**

by placing it in an enclosed sealed envelope addressed as follows:

  See Attached Service List

  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the Unites States Postal Service on that same day in the ordinary course of business with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

  I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2012.

*Anna Pasynkova*
Anna Pasynkova

united technologies corporation's certificate of service
LaImanage\074908.000769 839092