OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

120 North Henry Street, Room 320 • P.O. Box 432 • Madison, WI 53701-0432 • 608-264-5156

January 22, 2013

Clerk, Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC 20002-8041

      Re:   Moss v. CBS Corp., et al.
              WD WI Case No: 13-cv-42-slc

Clerk:

      Enclosed please find a copy of the complaint and docket sheet in the above-captioned case.

      Please feel free to contact us if you have any questions.

                               Sincerely,

                               PETER OPPENEER, CLERK

                               By: *L. Jensen*
                                     Deputy Clerk

llj

Enclosures

[Stamps: JUDICIAL PANEL ON MULTIDISTRICT LITIGATION — 2013 JAN 28 P 3:46 — RECEIVED CLERK'S OFFICE]

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Jane Moss, individually and as Special
Administrator of the Estate of Harry W Moss,
Deceased

                    Plaintiff,

v.                                                         Case No. 3:13-cv-42

A.W. Chesterton Company, et al.,

### NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending to the Federal Court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order.") That order also applies to "tag-along actions" or actions involving common questions of fact filed after the January 17, 1991 filing of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either 1) enter a conditional transfer order pursuant to MDL Rule 7.4(a) or 2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 7.5(b).

All matters except service and defendants' appearances and answers are stayed.

Dated: January 18, 2013

/S/ Michael P. Cascino
One of the Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
P: (312) 944-0600
F: (312) 944-1870
E: mcascino@cvlo.com
E: ecf.cvlo@gmail.com