BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| In re: asbestos products liability litigation | | MDL No. 875 |
|---|---|---|
| *David L. Luna* | ILN 12-cv-09515 | CTO-543 |
| *Jane Moss* | WIW 13-cv-00042 | CTO-544 |
| *Susan Roberts* | ILN 12-cv-50429 | CTO-543 |

**Plaintiffs' Motion and Memorandum to Vacate
Conditional Transfer Orders CTO-543 and CTO-544**

___

Plaintiffs' counsel, Cascino Vaughan Law Offices, Ltd. ("CVLO"), submits this motion and memorandum in opposition to the conditional transfer orders recently entered in the captioned cases (No. CTO-543 & CTO-544, entered on January 25, 2013, and January 30, 2013, respectively.) Plaintiff's counsel is seeking that this judicial panel cease transfers of CVLO-filed cases in the Seventh Circuit to the MDL 875 based on 1) the recommendations of the MDL 875 Judge Robreno; and 2) general case law and statutes regarding transfers.

## BACKGROUND

Judge Robreno has written multiple suggestions to this panel, recommending that transfers to the MDL 875 cease from jurisdictions all over the country. In his most recent suggestion, dated October 4, 2012, he wrote that tag-along transfers should cease from the District of Connecticut, the Southern and Eastern Districts of New York, the Districts in North Carolina, and the District of North Dakota. (Ex 1.) Judge Robreno specifically stated his reasons for recommending that tag-along transfers be ceased: "Namely, fewer than fifty cases are pending in each of the jurisdictions listed, except for Connecticut." (Ex 1 at 1.) The Connecticut example is instructive to the captioned