BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **In re: asbestos products liability litigation** | **MDL No. 875** |
| *David L. Luna*   ILN 12-cv-09515 | CTO-543 |
| *Jane Moss*   WIW 13-cv-00042 | CTO-544 |
| *Susan Roberts*   ILN 12-cv-50429 | CTO-543 |

### Certificate of Service

I hereby certify that on February 1, 2013, I caused *Plaintiffs' Motion and Memorandum to Vacate Conditional Transfer Orders CTO-543 and CTO-544* to be filed with the CM/ECF electronic filing system of the Judicial Panel on Multidistrict Litigation. I further certify that copies of the above filing were served directly upon all appeared parties via email. Pursuant to Rule 3.2(d), a courtesy copy of this filing has been sent via Federal Express to:

> Clerk of the Panel
> United States Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, NE, Room G-255, North Lobby
> Washington, DC 20002-8041

Dated: February 1, 2013

/s/ Michael P. Cascino
Attorney for plaintiffs
Michael P. Cascino
Chen Kasher
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Illinois 60607
312.944.0600