BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| In re: asbestos products liability litigation | MDL No. 875 |
|---|---|
| *David L. Luna* ILN 12-cv-09515 | CTO-543 |
| *Jane Moss* WIW 13-cv-00042 | CTO-544 |
| *Susan Roberts* ILN 12-cv-50429 | CTO-543 |

### Notice of Withdrawal of Filing

TAKE NOTICE that *Plaintiffs' Motion and Memorandum to Vacate Conditional Transfer Orders CTO-543 and CTO-544* (Doc. No. 1944) is hereby WITHDRAWN due to errors contained in the PDF-publishing of the document (did not publish all pages to filed PDF.) A corrected replacement filing shall be made shortly.

Dated: February 1, 2013

/s/ Michael P. Cascino
Attorney for plaintiffs
Michael P. Cascino
Chen Kasher
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Illinois 60607
312.944.0600