# DESROCHERS LAW OFFICES, LLC

2800 East Enterprise Avenue
Appleton, WI 54913
(920) 560-4532 Phone
(920) 560-4501 FAX

February 5, 2013

Jeffery N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20544-0005

      Re:    MDL 875: In re Asbestos Product Liability Litigation (No. VI)
              Notice of Potential Tag-Along Action

Dear Mr. Lüthi:

    Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Weyerhaeuser Company, by its attorneys, hereby notifies the Panel of a potential tag-along action to MDL-875.

    Enclosed is a copy of the docket sheet and complaint for the case *Dianne Jacobs, Individually and as the Special Administrator for the Purposes of this Lawsuit on Behalf of Decedent Rita Treutel v. Owens-Illinois, Inc., et al.*

    While the Panel recently terminated the transfer of most new tag-along actions to MDL875, *see* MDL 875 D.E. 8315, this case falls within an exception to that Order because it was filed in the Seventh Circuit by the Cascino Vaughan Law Offices, Ltd. *See* MDL 875 D.E. 8315 at Appendix A # 2. We understand Magistrate Judge Strawbridge of the Eastern District of Pennsylvania is handling the mediation and settlement of the asbestos cases brought by the Cascino Vaughan firm. *See* http://www.paed.uscourts.gov/mdl875r.asp.

    Please do not hesitate to contact me should you have any questions about the above.

                                                  Very truly yours,

                                                  *s/ Mark S. DesRochers*
                                                  Mark S. DesRochers

cc: Counsel of Record (w/o enclosures, by U.S. Mail)
MSD:tjd
Enclosures

## SERVICE LIST
*Jacobs, Dianne V. Owens-Illinois Inc. et al.*
*US District Court*
*Western District of Wisconsin (Madison)*
*CIVIL DOCKET FOR CASE #: 3:12-cv-00899-slc*

**Plantiffs Attorney**

**Michael P. Cascino**
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607
312-944-0600
F: 312-944-1870
ecf.cvlo@gmail.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Owens-Illinois Inc.**

**Brian O'Connor**
**Edward M. Casmere**
**Matthew John Fischer**
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312-258-5500
F: 312-258-5600
bwatson@schiffhardin.com
ecasmere@schiffhardin.com
mfischer@schiffhardin.com
ALL ATTORNEYS TO BE NOTICED

**Rapid American Corp**

**Mark Russel Feldman**
Menn Law Firm, Ltd.
2501 East Enterprise Avenue
PO Box 785
Appleton, WI 54912-0785
920-731-6631
F: 920-560-4745
mark-feldmann@mennlaw.com
ATTORNEY TO BE NOTICED