## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION
## MDL-875

---

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WISCONSIN
## MADISON DIVISION

| | |
|---|---|
| Dianne Jacobs, Individually and as the Special Administrator for the Purposes of this Lawsuit on Behalf of Decedent Rita Treutel, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Owens-Illinois, Inc., *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 12-cv-00899 |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that Mark S. DesRochers of the law firm of DesRochers Law Offices, LLC, counsel for the Defendant, Weyerhaeuser Company, in the above-entitled action, hereby certifies that on February 6, 2013, I electronically filed the foregoing letter to Jeffery N. Lüthi, Clerk of the Panel, Judicial Panel on Multidistrict Litigation, with attachments (Docket Report and Complaint in the above captioned case) with the Clerk of this Court using the CM/ECF system, and have served all counsel of record in this matter with copies of the same, via regular mail addressed to the following:

       Plaintiff
       c/o Michael P. Cascino
       CASCINO VAUGHAN LAW OFFICES, LTD.
       220 South Ashland Avenue
       Chicago, Illinois 60647

       Owens-Illinois Inc.
       c/o Brian O'Connor
       Edward M. Casmere
       Matthew John Fischer
       Schiff Hardin LLP
       233 South Wacker Drive
       Suite 6600

Chicago, IL 60606

Rapid American Corp
c/o Mark Russel Feldman
Menn Law Firm, Ltd.
2501 East Enterprise Avenue
PO Box 785
Appleton, WI 54912-0785

/s/ Mark S. DesRochers

Dated: February 6, 2013.

WEYERHAEUSER COMPANY
By counsel

/s/ Mark S. DesRochers
Mark S. DesRochers (WI Bar No. 1001259)
DesRochers Law Offices, LLC
2800 East Enterprise Avenue
Appleton, Wisconsin 54913
Phone: (920) 560-4532
Fax: (920) 560-4501
Email: markdesrochers1@gmail.com
*Counsel for Defendant Weyerhaeuser Company*