**BEFORE THE UNITED STATES JUDICIAL PANEL**
**FOR MULTI-DISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **In re: asbestos products liability litigation** | | **)** | **MDL No. 875** |
| | | **)** | |
| *David L. Luna* | ILN 12-cv-09515 | ) | CTO-543 |

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he caused a true and correct copy of the **Defendant, Texaco Inc.'s, Appearance** and **Corporate Disclosure Statement** to be served upon counsel appearing in this case by filing the documents electronically through the Panel's ECF system on this day.

DATED this 7th day of January, 2013.

/s/ Gregory T. Goldberg

Michael T. Trucco – (ARDC # 06183389)
Gregory T. Goldberg – (ARDC # 06286256)
Amy Klockenga – (ARDC # 06298478)
STAMOS & TRUCCO LLP
1 East Wacker Drive, 3rd Floor
Chicago, IL 60601
(312) 630-7979