BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | | |
|---|---|---|
| **In re: asbestos products liability litigation** | ) | MDL No. 875 |
| | ) | |
| *David L. Luna*       ILN 12-cv-09515 | ) | CTO-543 |

## NOTICE OF WITHDRAWAL OF FILING

TAKE NOTICE that Defendant, Texaco's Inc. Notice of Appearance, Corporate Disclosure Statement, and Certificate of Service (Doc Nos. 10, 11, and 12) are hereby WITHDRAWN. An amended Notice of Appearance, Corporate Disclosure Statement, and Certificate of Service shall be filed shortly.

DATED this February 7, 2013.

/s/ Gregory T. Goldberg

Michael T. Trucco – (ARDC # 06183389)
Gregory T. Goldberg – (ARDC # 06286256)
Amy Klockenga – (ARDC # 06298478)
STAMOS & TRUCCO LLP
1 East Wacker Drive, 3rd Floor
Chicago, IL 60601
(312) 630-7979