BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

**In re: asbestos products liability litigation** )   MDL No. 875
)
*David L. Luna*     ILN 12-cv-09515 )   CTO-543

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused a true and correct copy of the **Defendant, Texaco Inc.'s, Appearance** and **Corporate Disclosure Statement** to be served upon counsel appearing in this case by filing the documents electronically through the Panel's ECF system on this day.

DATED this 7th day of January, 2013.

                                            /s/ Gregory T. Goldberg_____

Michael T. Trucco – (ARDC # 06183389)
Gregory T. Goldberg – (ARDC # 06286256)
Amy Klockenga – (ARDC # 06298478)
STAMOS & TRUCCO LLP
1 East Wacker Drive, 3rd Floor
Chicago, IL 60601
(312) 630-7979