**United States District Court**
Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk         February 08, 2013                    TELEPHONE:
                                                                    ADMIN (336) 332-6000

Mr. Jeffrey N. Lüthi, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Dear Mr. Lüthi:

**Re: MDL - 875; IN RE: Asbestos Products Liability Litigation (No. VI)**

    For your consideration as a potential "tag-along" action, we have enclosed copies of the docket sheet and complaint for the following case filed on February 07, 2013 in the Middle District of North Carolina:

NCMD Case 1:13CV112

Helen G. Beck v. Certainteed Corporation, et al

Sincerely,

John S. Brubaker, Clerk

By:   /s/ Leah J. Garland
      Deputy Clerk

JSB/ljg

Enclosures