BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **In re: asbestos products liability litigation** | **MDL No. 875** |
| *Jacobs, Diane v. Owens-Illinois Inc., et al.,*<br><br>USDC W.D. WI Case No. 12-cv-899 | JPML CTO-545 |

**Plaintiff's Notice of Opposition to Conditional Transfer Order CTO-545**

TAKE NOTICE that plaintiff, by their counsel, Cascino Vaughan Law Offices, Ltd., opposes Conditional Transfer Order CTO-545 pursuant to JPML Rule 7.1(c). Plaintiff's Motion to Vacate Conditional Transfer Order CTO-545 shall be filed on February 14, 2013.

Dated: February 14, 2013

*/s/ Michael P. Cascino*
Attorney for plaintiffs
Michael P. Cascino
Chen Kasher
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Illinois 60607
312.944.0600