BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| In re: asbestos products liability litigation | MDL No. 875 |
|---|---|
| *Jacobs, Diane v. Owens-Illinois Inc., et al.,*<br><br>USDC W.D. WI Case No. 12-cv-899 | JPML CTO-545 |

**Plaintiff's Motion to Vacate Conditional Transfer Order CTO-545**

Plaintiff respectfully submits this motion to vacate conditional transfer order CTO-545. Plaintiff requests that their case remain in their local courts for the following reasons:

1. This panel has ceased the transfer of asbestos cases in other jurisdictions to the MDL-875 due in large part to the volume of new cases being too low to support transfer into the MDL. Similarly, the flow of cases filed by plaintiffs' counsel has slowed to a trickle of new filings and no longer warrants transfer into the MDL-875 for consolidated handling.

2. Transfer to the MDL-875 will no longer serve to provide a speedy determination of each action.

3. These and other reasons are set forth more fully in plaintiff's attached memorandum.

Dated: February 14, 2013

/s/ Michael P. Cascino
Attorney for plaintiffs
Michael P. Cascino
Chen Kasher
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Illinois 60607
Phone: 312.944.0600