# BEFORE THE UNITED STATES JUDICIAL PANEL
# FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **In re: asbestos products liability litigation** | **MDL No. 875** |
| *Jacobs, Diane v. Owens-Illinois Inc., et al.,*<br><br>USDC W.D. WI Case No. 12-cv-899 | JPML CTO-545 |

## Certificate of Service

I hereby certify that on February 14, 2013, I caused *Plaintiff's Motion to Vacate Conditional Transfer Order CTO-545* to be filed with the CM/ECF electronic filing system of the Judicial Panel on Multidistrict Litigation. I further certify that copies of the above filing were served directly upon all appeared parties via email. Pursuant to Rule 3.2(d), a courtesy copy of this filing has been sent via Federal Express to:

> Clerk of the Panel
> United States Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, NE, Room G-255, North Lobby
> Washington, DC 20002-8041

Dated: February 14, 2013

/s/ Michael P. Cascino
Attorney for plaintiffs
Michael P. Cascino
Chen Kasher
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Illinois 60607
312.944.0600