**BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION**

**In re: Asbestos Products Liability Litigation**                    **MDL No. 875**

*Luna v. CBS Corp., et al.*   IL-N, 12-cv-09515   CTO-543
*Roberts v. A.W. Chesterton Co., et al.*   IL-N, 3:12-cv-50429   CTO-543

**Proof of Service**

I hereby certify that a copy of Defendant General Electric Co.'s Notice of Appearance and Corporate Disclosure Statement was served via U.S. Mail to the following:

Clerk; Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

and via electronic notification to all counsel appearing in this case as follows:

| | |
|---|---|
| Chen Kasher<br>Cascino Vaughan Law Offices Ltd<br>220 South Ashland Ave<br>Chicago, IL 60607<br>(312) 944-0600<br>Email: ckasher@cvlo.com<br>Counsel for Plaintiff | Michael Peter Cascino<br>Cascino Vaughan Law Offices, Ltd.<br>220 South Ashland Avenue<br>Chicago, IL 60607<br>(312) 944-0600<br>Email: ecf.cvlo@gmail.com<br>Counsel for Plaintiff |
| Jacob D. Sawyer<br>Foley & Mansfield, Pllp<br>55 W. Monroe<br>Suite 3430<br>Chicago, IL 60603<br>(312) 254-3800<br>Email: jsawyer@foleymansfield.com+<br>Counsel for CBS Corporation | Margaret O'sullivan Byrne<br>Swanson, Martin & Bell<br>330 North Wabash<br>Suite 3300<br>Chicago, IL 60611<br>(312) 321-9100<br>Email: pbyrne@smbtrials.com<br>Counsel for Exelon Corporation |
| Anthony David Danhelka<br>Swanson, Martin, & Bell, Llp<br>330 N. Wabash Ave.<br>Suite 3300<br>Chicago, IL 60611<br>(312) 321-9100<br>Email: adanhelka@smbtrials.com<br>Counsel for Exelon Corporation | Jeffrey Michael Schieber<br>Sidley Austin LLP<br>1 South Dearborn<br>Chicago, IL 60603<br>(312) 853-7925<br>Email: jschieber@sidley.com<br>Counsel for General Electric Company |

Maja C. Eaton
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: meaton@sidley.com
Counsel for General Electric Company

John Anthony Fonstad
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-0752
Email: jfonstad@sidley.com
Counsel for General Electric Company

Michael J Denning
Heyl, Royster, Voelker & Allen
120 West State Street
2nd Floor
Rockford, IL 61105
(815) 963-4454
Email: mdenning@heylroyster.com
Counsel for Goodrich Corporation

Jennifer Jerit Johnson
Tressler LLP
233 South Wacker Drive
22nd Floor
Chicago, IL 60606-6308
(312) 627-4000
Email: jjohnson@tresslerllp.com
Counsel for Honeywell International Incorporated

Shannon M. Dunne
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker
22nd Floor
Chicago, IL 60602
312 627 4138
Email: sdunne@tresslerllp.com
Counsel for Honeywell International Incorporated

Valerie Gay Lipic
Greensfelder, Hemker & Gale, P.c.
200 West Madison Street
Chicago, IL 60606
(312) 345-5006
Email: vgl@greensfelder.com
Counsel for Maremount Corporation

Edward M Casmere
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
(312) 258-5784
Email: ecasmere@schiffhardin.com
Counsel for Midwest Generation EME LLC

Mark G. Zellmer
Husch Blackwell, Llp
190 Cardondelet Plaza
Suite 600
St. Louis, MO 63105
(314) 480-1500
Email: mark.zellmer@huschblackwell.com
Counsel for Olin Corporation

Douglas F. McMeyer
Husch Blackwell, LLP
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606
(312) 655-1500
Fax: (312) 655-1501
Email: douglas.mcmeyer@huschblackwell.com
Cousnel for Olin Corporation

Jeffrey D. Sigmund
Husch Blackwell, Llp
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
(314) 480-1500
Email: jeffrey.sigmund@huschblackwell.com
Counsel for Olin Corporation

Roger K. Heidenreich
SNR Denton US LLP
One Metropolitan Square
Suite 3000
211 N. Broadway
St. Louis, MO 63102-2711
(314)241-1800
Email: roger.heidenreich@snrdenton.com
Counsel for Rapid American Corporation

Amy Kathleen Klockenga
Stamos & Trucco, LLP
One East Wacker
Third Floor
Chicago, IL 60601
(312) 312-630-1208
Email: aklockenga@stamostrucco.com
Counsel for Texaco, Inc.

Adam J Jagadich
Segal, McCambridge, Singer & Mahoney
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645-7800
Fax: (312) 645-7711
Email: ajagadich@smsm.com
Counsel for A.W. Chesterton Company

Brian O'Connor Watson
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
(312) 258-5845
Fax: (312) 258-5600
Email: bwatson@schiffhardin.com
Counsel for Owens-Illinois, Inc.

Michael T. Trucco
Stamos & Trucco LLP
One East Wacker Drive
Third Floor
Chicago, IL 60601
(312) 630-7979
Email: mtrucco@stamostrucco.com
Counsel for Texaco, Inc.

Gregory T. Goldberg
Stamos & Trucco LLP
One East Wacker Drive
Suite 300
Chicago, IL 60601
(312) 630-7979
Email: ggoldberg@stamostrucco.com
Counsel for Texaco, Inc.

Emily C Zapotocny
Segal Mccambridge Singer & Mahoney Ltd.
233 S. Wacker
Suite 5500
Chicago, IL 60606
(312) 645-8438
Email: ezapotocny@smsm.com
Counsel for A.W. Chesterton Company

Edward M Casmere
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
(312) 258-5784
Email: ecasmere@schiffhardin.com
Counsel for Owens-Illinois, Inc.

Matthew J. Fischer
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
(312) 258-5500
Email: mfischer@schiffhardin.com Counsel for
Owens-Illinois, Inc.

    THIS, the 19th day of February, 2013

        //s// Jennifer M. Studebaker
        Jennifer M. Studebaker (MSBN # 10433)
        Forman Perry Watkins Krutz & Tardy LLP
        P.O. Box 22608
        Jackson, MS 39225-2608
        Telephone:  (601) 960-8600
        Facsimile: (601) 960-8613