**SUPPLEMENT TO CORPORATE DISCLOSURE STATEMENT**

**SHORT CASE CAPTION(s)**

[1] Luna v. CBS Corp., et al. (IL-N, 1:12-cv-9515) (CTO-543)

[2] Roberts v. A.W. Chesterton Co., et al. (IL-N, 3:12-cv-50429) (CTO-543)