**BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION**

**In re: Asbestos Products Liability Litigation**                      **MDL No. 875**

*Luna v. CBS Corp., et al. IL-N, 12-cv-09515 CTO-543*

**PROOF OF SERVICE**

I hereby certify that a copy of Defendant Olin Corporation's Notice of Appearance and Corporate Disclosure Statement was served via U.S. Mail to the following:

Clerk; Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

and via electronic notification to all counsel appearing in this case as follows:

| Service List For: David Luna vs. CBS Corporation, et al. Case No. 1:12cv9515 | |
| --- | --- |
| Counsel for: CBS Corporation: Jacob D. Sawyer Foley & Mansfield, Pllp 55 West Monroe, Suite 3430 Chicago, IL 60603 jsawyer@foleymansfield.com | Counsel for Exelon Corporation: Margaret O'Sullivan Byrne Anthony David Danhelka Swanson, Martin & Bell 330 North Wabash, Suite 3300 Chicago, IL 60611 pbyrne@smbtrials.com adanhelka@smbtrials.com |
| Counsel for General Electric Company: Maja C. Eaton Jeffrey Michael Schieber John Anthony Fonstad Sidley Austin LLP One South Dearborn Street Chicago, IL 60603 meaton@sidley.com jfonstad@sidley.com jschieber@sidley.com | Counsel for Honeywell International: Shannon M. Dunne Jennifer Jerit Johnson Tressler, LLP 233 South Wacker, 22nd Floor Chicago, IL 60602 sdunne@tresslerllp.com jjohnson@tresslerllp.com |
| Counsel for Maremont Corporation: Valerie Gay Lipic Greensfelder, Hemker & Gale, P.C. 200 West Madison Street Chicago, IL 60606 vgl@greensfelder.com | Counsel for Midwest Generation EME LLC: Edward M. Casmere Schiff Hardin LLP 233 South Wacker Drive, Suite 6600 Chicago, IL 60606 ecasmere@schiffhardin.com |

| | |
|---|---|
| Counsel for Goodrich Corporation:<br>Michael J Denning<br>Heyl, Royster, Voelker & Allen<br>120 West State Street, 2nd Floor<br>Rockford, IL 61105<br>mdenning@heylroyster.com | Counsel for Rapid American:<br>Roger K. Heidenreich<br>SNR Denton US LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3000<br>St. Louis, MO 63102-2711<br>Roger.heidenreich@snrdenton.com |
| Counsel for Texaco, Inc.:<br>Gregory T. Goldberg<br>Amy Kathleen Klockenga<br>Michael T. Trucco<br>Stamos & Trucco LLP<br>One East Wacker Drive, Suite 300<br>Chicago, IL 60601<br>ggoldberg@stamostrucco.com<br>aklockenga@stamostrucco.com<br>mtrucco@stamostrucco.com | Counsel for Owens-Illinois, Inc:<br>Brian O'Connor Watson<br>Edward M Casmere<br>Matthew J. Fischer<br>Schiff Hardin LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL 60606<br>bwatson@schiffhardin.com<br>ecasmere@schiffhardin.com<br>mfischer@schiffhardin.com |
| Counsel for Georgia Pacific, LLC.:<br><br>Unknown | Counsel for A.W. Chesterton Company:<br>Adam J. Jagadich<br>Emily C. Zapotocny<br>Segal, McCambridge, Singer & Mahoney<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60606<br>ajagadich@smsm.com<br>ezapotocny@smsm.com |
| Counsel for Plaintiff:<br>Michael Peter Cascino<br>Chen Kasher<br>Cascino Vaughn Law Office, Ltd.<br>220 South Ashland Avenue<br>Chicago, IL 60607<br>ecf.cvlo@gmail.com<br>ckasher@cvlo.com | |