BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

**In re: Asbestos Products Liability Litigation**                                                   **MDL No. 875**

*Luna v. CBS Corp., et al.*     IL-N, 12-cv-09515     CTO-543

**NOTICE OF WITHDRAWAL OF FILING**

PLEASE TAKE NOTICE that Defendant Honeywell International, Inc.'s Corporate Disclosure Statement and Proof of Service (Doc. No. 9176) are hereby WITHDRAWN due to filing error. An amended Corporate Disclosure Statement, and Proof of Service will be filed.

THIS the 19th Day of February, 2013.

/s// Jennifer M. Studebaker
Jennifer M. Studebaker (MSBN # 10433)
Forman Perry Watkins Krutz & Tardy LLP
P.O. Box 22608
Jackson, MS 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-8613