BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) MDL DOCKET NO. 875 |
| This Document Relates To: | ) ) ) |
| DOROTHY E. KNEZEVIC, Individually and as Special Administrator of the Estate of EDWARD J. KNEZEVIC, Deceased, | ) ) ) ) |
| Plaintiff, | ) CASE NO. 1:12-CV-9983 ) |
| v. | ) ) |
| A.W. Chesterton Company, et al., | ) ) |
| Defendants. | ) |

NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending before the federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under any section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a) or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Plaintiff's Complaint and a copy of the Docket Sheet from the action pending in the Northern District of Illinois, dated February 19, 2013, are attached as exhibits to this Notice of Tag-Along action.

                              **FOLEY & MANSFIELD, P.L.L.P.**

                              By: /s/ Jacob D. Sawyer
                                  Jacob D. Sawyer     #6281475 (N.D.IL)
                                  Joseph P. Rejano    #6294183 (N.D.IL)
                                  55 West Monroe Street, Suite 3430
                                  Chicago, IL 60603
                                  (312) 254-3800
                                  (312) 254-3801 [FAX]
                                  Attorneys for Defendant CBS Corp.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. I further certify that I caused a copy of the foregoing document to be served upon all other counsel of record, per the attached Service List, via U.S. Mail, postage prepaid, at their listed addresses on this _____19th_____ day of February, 2013.

**Attorneys for Plaintiff**
Michael Peter Cascino
Cascino Vaughn Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600

Chen Kasher
Cascino Vaughn Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600

**A.W. Chesterton Company**
Adam J. Jagadich
Segal, McCambridge, Singer & Mahoney
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645-7800
Fax: (312) 645-7711

Emily C. Zapotocny
Segal, McCambridge, Singer & Mahoney
233 South Wacker Drive
Suite 5500

Chicago, IL 60606
(312) 645-7800
Fax: (312) 645-7711

**ExxonMobil Oil Corporation**
Howard Patrick Morris
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312) 372-0770

David Francis Fanning
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312) 984-0289

**Texaco, Inc., Union Oil Company of California**
Michael T. Trucco
Stamos & Trucco
One East Wacker Drive
Third Floor
Chicago, IL 60601
(312) 630-7979

Gregory T. Goldberg
Stamos & Trucco
One East Wacker Drive
Third Floor
Chicago, IL 60601
(312) 630-7979

CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**Georgia Pacific LLC**
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**Owens-Illinois Inc.**
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**Union Carbide Corporation**
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**Bayer Crop Science Inc.**
**Rapid American Corporation**

**CertainTeed Corporation**
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**General Electric Company**
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**General Refractories Company**