BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

In re: Asbestos Products Liability Litigation                                      MDL No. 875

*Luna v. CBS Corp., et al.*     IL-N, 12-cv-09515     CTO-543

## NOTICE OF WITHDRAWAL OF FILING

PLEASE TAKE NOTICE that Defendant Honeywell International, Inc.'s Notice of Withdrawal (Doc. No. 9180) and Corporate Disclosure Statement (Doc. No. 9182) are hereby WITHDRAWN due to filing error.  An amended Corporate Disclosure Statement, and Proof of Service will be filed.

THIS the 19th Day of February, 2013.

        //s// Jennifer M. Studebaker
        Jennifer M. Studebaker (MSBN # 10433)
        Forman Perry Watkins Krutz & Tardy LLP
        P.O. Box 22608
        Jackson, MS 39225-2608
        Telephone:  (601) 960-8600
        Facsimile: (601) 960-8613