**SUPPLEMENT TO NOTICE OF APPEARANCE**

**SHORT CASE CAPTION(s)**

[1] Moss  v.  CBS Corporation, et al. (WI-W, 3:13-cv-00042-slc) (CTO-544)

[2] Jacobs  v.  Owens-Illinois, Inc., et al.  (WI-W, 3:12-cv-00899-slc) (CTO-545)

[3] Roberts v. A.W. Chesterton Co., et al. (IL-N, 3:12-cv-50429) (CTO-543)