**BEFORE THE UNITED STATES JUDICIAL PANEL**
**FOR MULTI-DISTRICT LITIGATION**

In re: Asbestos Products Liability Litigation                                MDL No. 875

*Moss v. CBS Corporation, et al. WI-W, 3:13-cv-00042-slc CTO-544*
*Jacobs v. Owens-Illinois, Inc., et al. WI-W, 3:12-cv-00899-slc CTO-545*
*Roberts v. A.W. Chesterton Co., et al. IL-N, 3:12-cv-50429 CTO-543*

**Proof of Service**

I hereby certify that a copy of Defendant Owens-Illinois, Inc. d/b/a O-I's Notice of Appearance and Corporate Disclosure Statement was served via U.S. Mail in *Roberts v. A.W. Chesterton Co., et al.* to the following:

Clerk; Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

and via electronic notification to all counsel appearing in the *Roberts* case as follows:

| | |
|---|---|
| Michael Peter Cascino | Adam J Jagadich |
| Cascino Vaughan Law Offices, Ltd. | Segal, McCambridge, Singer & Mahoney |
| 220 South Ashland Avenue | 233 South Wacker Drive |
| Chicago, IL 60607 | Suite 5500 |
| (312) 944-0600 | Chicago, IL 60606 |
| Email: ecf.cvlo@gmail.com | (312) 645-7800 |
| Counsel for Plaintiff | Fax: (312) 645-7711 |
| | Email: ajagadich@smsm.com |
| | Counsel for A.W. Chesterton Company |
| | |
| Emily Zapotocny | Jacob D. Sawyer |
| Segal McCambridge Singer & Mahoney, Ltd. | Foley & Mansfield, Pllp |
| Sears Tower | 55 W. Monroe |
| 233 S. Wacker Drive, Ste 5500 | Suite 3430 |
| Chicago, IL 60606 | Chicago, IL 60603 |
| 312-645-8438 | (312) 254-3800 |
| Email: ezapotocny@smsm.com | Email: jsawyer@foleymansfield.com |
| Counsel for A.W. Chesterton | Counsel for CBS Corporation |

| | |
|---|---|
| Maja C. Eaton<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000<br>Email: meaton@sidley.com<br>Counsel for General Electric Company | Jeffrey Michael Schieber<br>Sidley Austin LLP<br>1 South Dearborn<br>Chicago, IL 60603<br>(312) 853-7925<br>Email: jschieber@sidley.com<br>Counsel for General Electric Company |
| John Anthony Fonstad<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-0752<br>Email: jfonstad@sidley.com<br>Counsel for General Electric Company | Brian O'Connor Watson<br>Schiff Hardin LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>312-258-5500<br>Fax: 312-258-5600<br>Email: bwatson@schiffhardin.com<br>Counsel for Owens-Illinois, Inc. |
| Edward M. Casmere<br>Schiff Hardin, LLP<br>233 S. Wacker Dr<br>Suite 6600<br>Chicago, IL 60606<br>312-258-5500<br>Email: ecasmere@schiffhardin.com<br>Counsel for Owens-Illinois, Inc. | Matthew John Fischer<br>Schiff Hardin LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>312-258-5500<br>Fax: 312-258-5700<br>Email: mfischer@schiffhardin.com<br>Counsel for Owens-Illinois, Inc. |

I hereby certify that a copy of Defendant Owens-Illinois, Inc. d/b/a O-I's Notice of Appearance and Corporate Disclosure Statement was served via U.S. Mail in *Moss v. CBS Corporation, et al.* to the following:

Clerk; Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

and via electronic notification to all counsel appearing in the *Moss* case as follows:

Michael Peter Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: ecf.cvlo@gmail.com

Counsel for Plaintiff

Edward M. Casmere
Schiff Hardin, LLP
233 S. Wacker Dr
Suite 6600
Chicago, IL 60606
312-258-5500
Email: ecasmere@schiffhardin.com

Counsel for Owens-Illinois, Inc.

Edward J. McCambridge
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower
233 S. Wacker Drive, Ste 5500
Chicago, IL 60606
312-645-7800x7803
Fax: 312-645-7811
Email: EmcCambridge@smsm.com

Counsel for Weil-McLain Company

Brian O'Connor Watson
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312-258-5500
Fax: 312-258-5600
Email: bwatson@schiffhardin.com

Counsel for Owens-Illinois, Inc.

Matthew John Fischer
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312-258-5500
Fax: 312-258-5700
Email: mfischer@schiffhardin.com

Counsel for Owens-Illinois, Inc.

Emily Zapotocny
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower
233 S. Wacker Drive, Ste 5500
Chicago, IL 60606
312-645-8438
Email: ezapotocny@smsm.com

Counsel for Weil-McLain Company and Zurn Industries

I hereby certify that a copy of Defendant Owens-Illinois, Inc. d/b/a O-I's Notice of Appearance and Corporate Disclosure Statement was served via U.S. Mail in *Jacobs v. Owens-Illinois, Inc., et al.* to the following:

Clerk; Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

and via electronic notification to all counsel appearing in the *Jacobs* case as follows:

Michael Peter Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: ecf.cvlo@gmail.com

Counsel for Plaintiff

Edward M. Casmere
Schiff Hardin, LLP
233 S. Wacker Dr
Suite 6600
Chicago, IL 60606
312-258-5500
Email: ecasmere@schiffhardin.com

Counsel for Owens-Illinois, Inc.

Mark Russell Feldmann
Menn Law Firm, Ltd.
2501 East Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
920-731-6631
Fax: 920-560-4745
Email: mark-feldmann@mennlaw.com

Counsel for Rapid American Corporation

Brian O'Connor Watson
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312-258-5500
Fax: 312-258-5600
Email: bwatson@schiffhardin.com

Counsel for Owens-Illinois, Inc.

Matthew John Fischer
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312-258-5500
Fax: 312-258-5700
Email: mfischer@schiffhardin.com

Counsel for Owens-Illinois, Inc.

Mark S. DesRochers
DesRochers Law Offices, LLC
2800 East Enterprise Avenue
Appleton, WI 54913
920-560-4532
Fax: 920-882-0232
Email: markdesrochers1@gmail.com

Counsel for Weyerhauser Company

THIS, the 19th day of February, 2013

//s// Jennifer M. Studebaker
Jennifer M. Studebaker (MSBN # 10433)
Forman Perry Watkins Krutz & Tardy LLP
P.O. Box 22608
Jackson, MS 39225-2608
Telephone:  (601) 960-8600
Facsimile: (601) 960-8613