## SUPPLEMENT TO NOTICE OF APPEARANCE FORM

**SHORT CASE CAPTION(s)**

[1] Luna v. CBS Corp., et al. (IL-N, 1:12-cv-9515) (CTO-543)

[2] Roberts v. A.W. Chesterton Co., et al. (IL-N, 3:12-cv-50429) (CTO-543)

[3] Moss v. CBS Corporation, et al. (WI-W, 3:13-cv-00042-slc) (CTO-544)