**BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION**

**In re: Asbestos Products Liability Litigation**                          **MDL No. 875**

*Roberts v. A.W. Chesterton Co., et al. IL-N, 3:12-cv-50429 CTO-543*
*Moss v.  CBS Corporation, et al.  WI-W, 3:13-cv-00042-slc CTO-544*
*Luna v. CBS Corp., et al. IL-N, 12-cv-09515 CTO-543*

**Proof of Service**

I hereby certify that a copy of Defendant CBS Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corporation, f/k/a Westinghouse Electric Corporation's Notice of Appearance and Corporate Disclosure Statement was served via U.S. Mail in *Roberts v.  A.W. Chesterton Co., et al.* to the following:

Clerk; Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

and via electronic notification to all counsel appearing in the *Roberts* case as follows:

| | |
|---|---|
| Michael Peter Cascino | Adam J Jagadich |
| Cascino Vaughan Law Offices, Ltd. | Segal, McCambridge, Singer & Mahoney |
| 220 South Ashland Avenue | 233 South Wacker Drive |
| Chicago, IL 60607 | Suite 5500 |
| (312) 944-0600 | Chicago, IL 60606 |
| Email: ecf.cvlo@gmail.com | (312) 645-7800 |
| Counsel for Plaintiff | Fax: (312) 645-7711 |
| | Email: ajagadich@smsm.com |
| | Counsel for A.W. Chesterton Company |
| | |
| Emily Zapotocny | Jacob D. Sawyer |
| Segal McCambridge Singer & Mahoney, Ltd. | Foley & Mansfield, Pllp |
| Sears Tower | 55 W. Monroe |
| 233 S. Wacker Drive, Ste 5500 | Suite 3430 |
| Chicago, IL 60606 | Chicago, IL 60603 |
| 312-645-8438 | (312) 254-3800 |
| Email: ezapotocny@smsm.com | Email: jsawyer@foleymansfield.com |
| Counsel for A.W. Chesterton | Counsel for CBS Corporation |

Maja C. Eaton
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: meaton@sidley.com
Counsel for General Electric Company

Jeffrey Michael Schieber
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
(312) 853-7925
Email: jschieber@sidley.com
Counsel for General Electric Company

John Anthony Fonstad
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-0752
Email: jfonstad@sidley.com
Counsel for General Electric Company

Brian O'Connor Watson
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312-258-5500
Fax: 312-258-5600
Email: bwatson@schiffhardin.com
Counsel for Owens-Illinois, Inc.

Edward M. Casmere
Schiff Hardin, LLP
233 S. Wacker Dr
Suite 6600
Chicago, IL 60606
312-258-5500
Email: ecasmere@schiffhardin.com
Counsel for Owens-Illinois, Inc.

Matthew John Fischer
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312-258-5500
Fax: 312-258-5700
Email: mfischer@schiffhardin.com
Counsel for Owens-Illinois, Inc.

I hereby certify that a copy of Defendant CBS Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corporation, f/k/a Westinghouse Electric Corporation's Notice of Appearance and Corporate Disclosure Statement was served via U.S. Mail in *Moss v. CBS Corporation, et al.* to the following:

Clerk; Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

and via electronic notification to all counsel appearing in the *Moss* case as follows:

Michael Peter Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: ecf.cvlo@gmail.com
Counsel for Plaintiff

Brian O'Connor Watson
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312-258-5500
Fax: 312-258-5600
Email: bwatson@schiffhardin.com

Counsel for Owens-Illinois, Inc.

Edward M. Casmere
Schiff Hardin, LLP
233 S. Wacker Dr
Suite 6600
Chicago, IL 60606
312-258-5500
Email: ecasmere@schiffhardin.com

Counsel for Owens-Illinois, Inc.

Matthew John Fischer
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312-258-5500
Fax: 312-258-5700
Email: mfischer@schiffhardin.com

Counsel for Owens-Illinois, Inc.

Edward J. McCambridge
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower
233 S. Wacker Drive, Ste 5500
Chicago, IL 60606
312-645-7800x7803
Fax: 312-645-7811
Email: EmcCambridge@smsm.com

Counsel for Weil-McLain Company

Emily Zapotocny
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower
233 S. Wacker Drive, Ste 5500
Chicago, IL 60606
312-645-8438
Email: ezapotocny@smsm.com

Counsel for Weil-McLain Company and Zurn
Industries

I hereby certify that a copy of Defendant  CBS Corporation, f/k/a Viacom, Inc., Successor by
Merger to CBS Corporation, f/k/a Westinghouse Electric Corporation's Notice of Appearance
and Corporate Disclosure Statement was served via U.S. Mail in *Luna v. CBS Corp., et al.* to the
following:

Clerk; Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

and via electronic notification to all counsel appearing in the *Luna* case as follows:

Michael Peter Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: ecf.cvlo@gmail.com
   Counsel for Plaintiff

Jacob D. Sawyer
Foley & Mansfield, Pllp
55 W. Monroe
Suite 3430
Chicago, IL 60603
(312) 254-3800
Email: jsawyer@foleymansfield.com
   Counsel for CBS Corporation

Margaret O'sullivan Byrne
Swanson, Martin & Bell
330 North Wabash
Suite 3300
Chicago, IL 60611
(312) 321-9100
Email: pbyrne@smbtrials.com
Counsel for Exelon Corporation

Anthony David Danhelka
Swanson, Martin, & Bell, Llp
330 N. Wabash Ave.
Suite 3300
Chicago, IL 60611
(312) 321-9100
Email: adanhelka@smbtrials.com
   Counsel for Exelon Corporation

Jeffrey Michael Schieber
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
(312) 853-7925
Email: jschieber@sidley.com
   Counsel for General Electric Company

Maja C. Eaton
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: meaton@sidley.com
   Counsel for General Electric Company

John Anthony Fonstad
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-0752
Email: jfonstad@sidley.com
   Counsel for General Electric Company

Michael J Denning
Heyl, Royster, Voelker & Allen
120 West State Street
2nd Floor
Rockford, IL 61105
(815) 963-4454
Email: mdenning@heylroyster.com
   Counsel for Goodrich Corporation

Jennifer Jerit Johnson
Tressler LLP
233 South Wacker Drive
22nd Floor
Chicago, IL 60606-6308
(312) 627-4000
Email: jjohnson@tresslerllp.com
   Counsel for Honeywell International
Incorporated

Valerie Gay Lipic
Greensfelder, Hemker & Gale, P.c.
200 West Madison Street
Chicago, IL 60606
(312) 345-5006
Email: vgl@greensfelder.com
   Counsel for Maremount Corporation

Mark G. Zellmer
Husch Blackwell, LLP
190 Cardondelet Plaza
Suite 600
St. Louis, MO 63105
(314) 480-1500
Email: mark.zellmer@huschblackwell.com
   Counsel for Olin Corporation

Jeffrey D. Sigmund
Husch Blackwell, Llp
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
(314) 480-1500
Email: jeffrey.sigmund@huschblackwell.com
   Counsel for Olin Corporation

Shannon M. Dunne
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker
22nd Floor
Chicago, IL 60602
312 627 4138
Email: sdunne@tresslerllp.com
   Counsel for Honeywell International
Incorporated

Edward M Casmere
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
(312) 258-5784
Email: ecasmere@schiffhardin.com
   Counsel for Midwest Generation EME LLC

Douglas F. McMeyer
Husch Blackwell, LLP
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606
(312) 655-1500
Fax: (312) 655-1501
Email:
douglas.mcmeyer@huschblackwell.com
Cousnel for Olin Corporation

Roger K. Heidenreich
SNR Denton US LLP
One Metropolitan Square
Suite 3000
211 N. Broadway
St. Louis, MO 63102-2711
(314)241-1800
Email: roger.heidenreich@snrdenton.com
   Counsel for Rapid American Corporation

Michael T. Trucco
Stamos & Trucco LLP
One East Wacker Drive
Third Floor
Chicago, IL 60601
(312) 630-7979
Email: mtrucco@stamostrucco.com
  Counsel for Texaco, Inc.

Amy Kathleen Klockenga
Stamos & Trucco, LLP
One East Wacker
Third Floor
Chicago, IL 60601
(312) 312-630-1208
Email: aklockenga@stamostrucco.com
  Counsel for Texaco, Inc.

Gregory T. Goldberg
Stamos & Trucco LLP
One East Wacker Drive
Suite 300
Chicago, IL 60601
(312) 630-7979
Email: ggoldberg@stamostrucco.com
  Counsel for Texaco, Inc.

THIS, the 19th day of February, 2013

//s// Jennifer M. Studebaker
Jennifer M. Studebaker (MSBN # 10433)
Forman Perry Watkins Krutz & Tardy LLP
P.O. Box 22608
Jackson, MS 39225-2608
Telephone:  (601) 960-8600
Facsimile: (601) 960-8613