**BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION**

**In re: Asbestos Products Liability Litigation**          MDL No. 875

*Roberts v. A.W. Chesterton Co., et al. IL-N, 3:12-cv-50429 CTO-543*
*Moss v. CBS Corporation, et al. WI-W, 3:13-cv-00042-slc CTO-544*
*Luna v. CBS Corp., et al. IL-N, 12-cv-09515 CTO-543*

**Proof of Service**

I hereby certify that a copy of Defendant CBS Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corporation, f/k/a Westinghouse Electric Corporation's Notice of Appearance and Corporate Disclosure Statement was served via U.S. Mail in *Roberts v. A.W. Chesterton Co., et al.* to the following:

Clerk; Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

and via electronic notification to all counsel appearing in the *Roberts* case as follows:

| | |
|---|---|
| Michael Peter Cascino | Adam J Jagadich |
| Cascino Vaughan Law Offices, Ltd. | Segal, McCambridge, Singer & Mahoney |
| 220 South Ashland Avenue | 233 South Wacker Drive |
| Chicago, IL 60607 | Suite 5500 |
| (312) 944-0600 | Chicago, IL 60606 |
| Email: ecf.cvlo@gmail.com | (312) 645-7800 |
| Counsel for Plaintiff | Fax: (312) 645-7711 |
| | Email: ajagadich@smsm.com |
| | Counsel for A.W. Chesterton Company |
| | |
| Emily Zapotocny | Jacob D. Sawyer |
| Segal McCambridge Singer & Mahoney, Ltd. | Foley & Mansfield, Pllp |
| Sears Tower | 55 W. Monroe |
| 233 S. Wacker Drive, Ste 5500 | Suite 3430 |
| Chicago, IL 60606 | Chicago, IL 60603 |
| 312-645-8438 | (312) 254-3800 |
| Email: ezapotocny@smsm.com | Email: jsawyer@foleymansfield.com |
| Counsel for A.W. Chesterton | Counsel for CBS Corporation |

| | |
|---|---|
| Maja C. Eaton<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>(312) 853-7000<br>Email: meaton@sidley.com<br>Counsel for General Electric Company | Jeffrey Michael Schieber<br>Sidley Austin LLP<br>1 South Dearborn<br>Chicago, IL 60603<br>(312) 853-7925<br>Email: jschieber@sidley.com<br>Counsel for General Electric Company |
| John Anthony Fonstad<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>(312) 853-0752<br>Email: jfonstad@sidley.com<br>Counsel for General Electric Company | Brian O'Connor Watson<br>Schiff Hardin LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>312-258-5500<br>Fax: 312-258-5600<br>Email: bwatson@schiffhardin.com<br>Counsel for Owens-Illinois, Inc. |
| Edward M. Casmere<br>Schiff Hardin, LLP<br>233 S. Wacker Dr<br>Suite 6600<br>Chicago, IL 60606<br>312-258-5500<br>Email: ecasmere@schiffhardin.com<br>Counsel for Owens-Illinois, Inc. | Matthew John Fischer<br>Schiff Hardin LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>312-258-5500<br>Fax: 312-258-5700<br>Email: mfischer@schiffhardin.com<br>Counsel for Owens-Illinois, Inc. |

I hereby certify that a copy of Defendant CBS Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corporation, f/k/a Westinghouse Electric Corporation's Notice of Appearance and Corporate Disclosure Statement was served via U.S. Mail in *Moss v. CBS Corporation, et al.* to the following:

Clerk; Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

and via electronic notification to all counsel appearing in the *Moss* case as follows:

| | |
|---|---|
| Michael Peter Cascino<br>Cascino Vaughan Law Offices, Ltd.<br>220 South Ashland Avenue<br>Chicago, IL 60607<br>(312) 944-0600<br>Email: ecf.cvlo@gmail.com<br>Counsel for Plaintiff | Brian O'Connor Watson<br>Schiff Hardin LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>312-258-5500<br>Fax: 312-258-5600<br>Email: bwatson@schiffhardin.com<br>Counsel for Owens-Illinois, Inc. |
| Edward M. Casmere<br>Schiff Hardin, LLP<br>233 S. Wacker Dr<br>Suite 6600<br>Chicago, IL 60606<br>312-258-5500<br>Email: ecasmere@schiffhardin.com<br>Counsel for Owens-Illinois, Inc. | Matthew John Fischer<br>Schiff Hardin LLP<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>312-258-5500<br>Fax: 312-258-5700<br>Email: mfischer@schiffhardin.com<br>Counsel for Owens-Illinois, Inc. |
| Edward J. McCambridge<br>Segal McCambridge Singer & Mahoney, Ltd.<br>Sears Tower<br>233 S. Wacker Drive, Ste 5500<br>Chicago, IL 60606<br>312-645-7800x7803<br>Fax: 312-645-7811<br>Email: EmcCambridge@smsm.com<br>Counsel for Weil-McLain Company | Emily Zapotocny<br>Segal McCambridge Singer & Mahoney, Ltd.<br>Sears Tower<br>233 S. Wacker Drive, Ste 5500<br>Chicago, IL 60606<br>312-645-8438<br>Email: ezapotocny@smsm.com<br>Counsel for Weil-McLain Company and Zurn Industries |

I hereby certify that a copy of Defendant CBS Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corporation, f/k/a Westinghouse Electric Corporation's Notice of Appearance and Corporate Disclosure Statement was served via U.S. Mail in *Luna v. CBS Corp., et al.* to the following:

Clerk; Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

and via electronic notification to all counsel appearing in the *Luna* case as follows:

Michael Peter Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: ecf.cvlo@gmail.com
  Counsel for Plaintiff

Jacob D. Sawyer
Foley & Mansfield, Pllp
55 W. Monroe
Suite 3430
Chicago, IL 60603
(312) 254-3800
Email: jsawyer@foleymansfield.com
  Counsel for CBS Corporation

Margaret O'sullivan Byrne
Swanson, Martin & Bell
330 North Wabash
Suite 3300
Chicago, IL 60611
(312) 321-9100
Email: pbyrne@smbtrials.com
Counsel for Exelon Corporation

Anthony David Danhelka
Swanson, Martin, & Bell, Llp
330 N. Wabash Ave.
Suite 3300
Chicago, IL 60611
(312) 321-9100
Email: adanhelka@smbtrials.com
  Counsel for Exelon Corporation

Jeffrey Michael Schieber
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
(312) 853-7925
Email: jschieber@sidley.com
  Counsel for General Electric Company

Maja C. Eaton
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: meaton@sidley.com
  Counsel for General Electric Company

John Anthony Fonstad
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-0752
Email: jfonstad@sidley.com
  Counsel for General Electric Company

Michael J Denning
Heyl, Royster, Voelker & Allen
120 West State Street
2nd Floor
Rockford, IL 61105
(815) 963-4454
Email: mdenning@heylroyster.com
  Counsel for Goodrich Corporation

Jennifer Jerit Johnson
Tressler LLP
233 South Wacker Drive
22nd Floor
Chicago, IL 60606-6308
(312) 627-4000
Email: jjohnson@tresslerllp.com
  Counsel for Honeywell International Incorporated

Shannon M. Dunne
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker
22nd Floor
Chicago, IL 60602
312 627 4138
Email: sdunne@tresslerllp.com
  Counsel for Honeywell International Incorporated

Valerie Gay Lipic
Greensfelder, Hemker & Gale, P.c.
200 West Madison Street
Chicago, IL 60606
(312) 345-5006
Email: vgl@greensfelder.com
  Counsel for Maremount Corporation

Edward M Casmere
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
(312) 258-5784
Email: ecasmere@schiffhardin.com
  Counsel for Midwest Generation EME LLC

Mark G. Zellmer
Husch Blackwell, LLP
190 Cardondelet Plaza
Suite 600
St. Louis, MO 63105
(314) 480-1500
Email: mark.zellmer@huschblackwell.com
  Counsel for Olin Corporation

Douglas F. McMeyer
Husch Blackwell, LLP
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606
(312) 655-1500
Fax: (312) 655-1501
Email: douglas.mcmeyer@huschblackwell.com
Cousnel for Olin Corporation

Jeffrey D. Sigmund
Husch Blackwell, Llp
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
(314) 480-1500
Email: jeffrey.sigmund@huschblackwell.com
  Counsel for Olin Corporation

Roger K. Heidenreich
SNR Denton US LLP
One Metropolitan Square
Suite 3000
211 N. Broadway
St. Louis, MO 63102-2711
(314)241-1800
Email: roger.heidenreich@snrdenton.com
  Counsel for Rapid American Corporation

| | |
|---|---|
| Michael T. Trucco<br>Stamos & Trucco LLP<br>One East Wacker Drive<br>Third Floor<br>Chicago, IL 60601<br>(312) 630-7979<br>Email: mtrucco@stamostrucco.com<br> Counsel for Texaco, Inc. | Amy Kathleen Klockenga<br>Stamos & Trucco, LLP<br>One East Wacker<br>Third Floor<br>Chicago, IL 60601<br>(312) 312-630-1208<br>Email: aklockenga@stamostrucco.com<br> Counsel for Texaco, Inc. |

Gregory T. Goldberg
Stamos & Trucco LLP
One East Wacker Drive
Suite 300
Chicago, IL 60601
(312) 630-7979
Email: ggoldberg@stamostrucco.com
 Counsel for Texaco, Inc.

  THIS, the 19th day of February, 2013

        //s// Jennifer M. Studebaker
        Jennifer M. Studebaker (MSBN # 10433)
        Forman Perry Watkins Krutz & Tardy LLP
        P.O. Box 22608
        Jackson, MS 39225-2608
        Telephone:  (601) 960-8600
        Facsimile: (601) 960-8613