**BEFORE THE UNITED STATES JUDICIAL PANEL**
**FOR MULTI-DISTRICT LITIGATION**

**In re: Asbestos Products Liability Litigation**     **MDL No. 875**

David Luna v. CBS Corp., et al. IL-N, 12-cv-09515 CTO-543

## Proof of Service

I hereby certify that on February 19, 2013, I electronically filed with this Court's ECF system, Defendant Exelon Corporation's Notice of Appearance and Corporate Disclosure Statement.  Defendant Exelon Corporation's Notice of Appearance and Corporate Disclosure Statement were served via electronic notification to all counsel of record.

/s/ Anthony D. Danhelka
Anthony D. Danhelka
Attorney for Defendant Exelon Corporation
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
Telephone:     (312) 321-9100
Fascimile:     (312) 321-0990
Email:          adanhelka@smbtrials.com