BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) MDL DOCKET NO. 875 |
| This Document Relates To: | ) ) ) |
| DOROTHY E. KNEZEVIC, Individually and as Special Administrator of the Estate of EDWARD J. KNEZEVIC, Deceased, | ) ) ) ) |
| Plaintiff, | ) CASE NO. 1:12-CV-9983 |
| v. | ) ) |
| A.W. Chesterton Company, et al., | ) ) |
| Defendants. | ) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. I further certify that I caused a copy of the foregoing document to be served upon all other counsel of record, per the attached Service List, via U.S. Mail, postage prepaid, at their listed addresses on this _____20th_____ day of February, 2013.

**Attorneys for Plaintiff**
Michael Peter Cascino
Cascino Vaughn Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600

Chen Kasher
Cascino Vaughn Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600

**A.W. Chesterton Company**
Adam J. Jagadich
Segal, McCambridge, Singer & Mahoney
233 South Wacker Drive
Suite 5500

Chicago, IL 60606
(312) 645-7800
Fax: (312) 645-7711

Emily C. Zapotocny
Segal, McCambridge, Singer & Mahoney
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645-7800
Fax: (312) 645-7711

**ExxonMobil Oil Corporation**
Howard Patrick Morris
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603

(312) 372-0770

David Francis Fanning
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603
(312) 984-0289

**Texaco, Inc., Union Oil Company of California**
Michael T. Trucco
Stamos & Trucco
One East Wacker Drive
Third Floor
Chicago, IL 60601
(312) 630-7979

Gregory T. Goldberg
Stamos & Trucco
One East Wacker Drive
Third Floor
Chicago, IL 60601
(312) 630-7979

**Georgia Pacific LLC**
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**Owens-Illinois Inc.**
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**Union Carbide Corporation**
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**Bayer Crop Science Inc.**
R/A: Illinois Corporation Service Co.
801 Adlai Stevenson Drive
Springfield, IL 62703

**Rapid American Corporation**
R/A: The Prentice Hall Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**CertainTeed Corporation**
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**General Electric Company**
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**General Refractories Company**
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604