**BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION**

**In re: Asbestos Products Liability Litigation**　　　　　　　　　　　　　　**MDL No. 875**

*Luna v. CBS Corp., et al.*　　IL-N, 12-cv-09515　　CTO-543

**NOTICE OF WITHDRAWAL OF FILING**

PLEASE TAKE NOTICE that Defendant Honeywell International, Inc.'s Notice of Withdrawals (Doc. Nos. 9180 & 9184) and Corporate Disclosure Statements (Doc. Nos. 9176 & 9182) are hereby WITHDRAWN due to filing error. An amended Corporate Disclosure Statement and Proof of Service has been filed.

THIS the 20th Day of February, 2013.

　　　　　　　　　　　　　　　　　　　　//s// Jennifer M. Studebaker
　　　　　　　　　　　　　　　　　　　　Jennifer M. Studebaker (MSBN # 10433)
　　　　　　　　　　　　　　　　　　　　Forman Perry Watkins Krutz & Tardy LLP
　　　　　　　　　　　　　　　　　　　　P.O. Box 22608
　　　　　　　　　　　　　　　　　　　　Jackson, MS 39225-2608
　　　　　　　　　　　　　　　　　　　　Telephone: (601) 960-8600
　　　　　　　　　　　　　　　　　　　　Facsimile: (601) 960-8613