**BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION**

**In re: Asbestos Products Liability Litigation**                    **MDL No. 875**

*Luna v. CBS Corp., et al. IL-N, 12-cv-09515 CTO-543*

**NOTICE OF WITHDRAWAL OF FILING**

PLEASE TAKE NOTICE that Defendant Olin Corporation's Corporate Disclosure

Statement (Doc. No. 23) is hereby WITHDRAWN due to filing error. An amended

Corporate Disclosure Statement and Proof of Service will be filed shortly.

DATED this February 20, 2013.

Respectfully submitted,

s/Mark G. Zelllmer
Mark G. Zellmer, #3122555
Jeffrey D. Sigmund, #6209057
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
mark.zellmer@huschblackwell.com
jeffrey.sigmund@huschblackwell.com
(314) 480-1500 Telephone
(314) 480-1505 Facsimile

Douglas McMeyer, # 6293348
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606-3912
douglas.mcmeyer@huschblackwell.com
(312) 655-1500 Telephone
(312) 655-1501 Facsimile

*Attorneys for Defendant Olin
Corporation*

SLC-6857740-1

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**FOR MULTI-DISTRICT LITIGATION**

**In re: Asbestos Products Liability Litigation**                          **MDL No. 875**

*Luna v. CBS Corp., et al. IL-N, 12-cv-09515 CTO-543*

**PROOF OF SERVICE**

       I hereby certify that a copy of Defendant Olin Corporation's Withdrawal of Filing was served via U.S. Mail to the following:

Clerk; Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

and via electronic notification to all counsel appearing in this case as follows:

| Service List For: David Luna vs. CBS Corporation, et al.<br>Case No. 1:12cv9515 | |
|---|---|
| Counsel for: CBS Corporation:<br>Jacob D. Sawyer<br>Foley & Mansfield, Pllp<br>55 West Monroe, Suite 3430<br>Chicago, IL 60603<br>jsawyer@foleymansfield.com | Counsel for Exelon Corporation:<br>Margaret O'Sullivan Byrne<br>Anthony David Danhelka<br>Swanson, Martin & Bell<br>330 North Wabash, Suite 3300<br>Chicago, IL 60611<br>pbyrne@smbtrials.com<br>adanhelka@smbtrials.com |
| Counsel for General Electric Company:<br>Maja C. Eaton<br>Jeffrey Michael Schieber<br>John Anthony Fonstad<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>meaton@sidley.com<br>jfonstad@sidley.com<br>jschieber@sidley.com | Counsel for Honeywell International:<br>Shannon M. Dunne<br>Jennifer Jerit Johnson<br>Tressler, LLP<br>233 South Wacker, 22nd Floor<br>Chicago, IL 60602<br>sdunne@tresslerllp.com<br>jjohnson@tresslerllp.com |
| Counsel for Maremont Corporation:<br>Valerie Gay Lipic<br>Greensfelder, Hemker & Gale, P.C.<br>200 West Madison Street<br>Chicago, IL 60606<br>vgl@greensfelder.com | Counsel for Midwest Generation EME LLC:<br>Edward M. Casmere<br>Schiff Hardin LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL 60606<br>ecasmere@schiffhardin.com |

SLC-6857740-1

| | |
|---|---|
| Counsel for Goodrich Corporation:<br>Michael J Denning<br>Heyl, Royster, Voelker & Allen<br>120 West State Street, 2nd Floor<br>Rockford, IL 61105<br>mdenning@heylroyster.com | Counsel for Rapid American:<br>Roger K. Heidenreich<br>SNR Denton US LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3000<br>St. Louis, MO 63102-2711<br>Roger.heidenreich@snrdenton.com |
| Counsel for Texaco, Inc.:<br>Gregory T. Goldberg<br>Amy Kathleen Klockenga<br>Michael T. Trucco<br>Stamos & Trucco LLP<br>One East Wacker Drive, Suite 300<br>Chicago, IL 60601<br>ggoldberg@stamostrucco.com<br>aklockenga@stamostrucco.com<br>mtrucco@stamostrucco.com | Counsel for Owens-Illinois, Inc:<br>Brian O'Connor Watson<br>Edward M Casmere<br>Matthew J. Fischer<br>Schiff Hardin LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL 60606<br>bwatson@schiffhardin.com<br>ecasmere@schiffhardin.com<br>mfischer@schiffhardin.com |
| Counsel for Georgia Pacific, LLC.:<br><br>Unknown | Counsel for A.W. Chesterton Company:<br>Adam J. Jagadich<br>Emily C. Zapotocny<br>Segal, McCambridge, Singer & Mahoney<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60606<br>ajagadich@smsm.com<br>ezapotocny@smsm.com |
| Counsel for Plaintiff:<br>Michael Peter Cascino<br>Chen Kasher<br>Cascino Vaughn Law Office, Ltd.<br>220 South Ashland Avenue<br>Chicago, IL 60607<br>ecf.cvlo@gmail.com<br>ckasher@cvlo.com | |

SLC-6857740-1