# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____875_____ & TITLE - IN RE: __Asbestos Products Liability Litigation (No. VI)__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

_____

# CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for ____Olin Corporation____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☑ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

Black Rock, Inc.

**OR**

☐ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

s/Mark G. Zellmer _____          HUSCH BLACKWELL _____
    Signature of Attorney                                    Name of Firm

190 Carondelet Plaza, Suite 600 _____          St. Louis, MO 63105 _____
    Address                                              City/State/Zip Code

Date __2/20/2013_____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

In re: Asbestos Products Liability Litigation                    MDL No. 875

*Luna v. CBS Corp., et al. IL-N, 12-cv-09515 CTO-543*

PROOF OF SERVICE

        I hereby certify that a copy of Defendant Olin Corporation's Amended Corporate Disclosure was served via U.S. Mail to the following:

Clerk; Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

and via electronic notification to all counsel appearing in this case as follows:

| Service List For: David Luna vs. CBS Corporation, et al. Case No. 1:12cv9515 | |
| --- | --- |
| Counsel for: CBS Corporation:<br>Jacob D. Sawyer<br>Foley & Mansfield, Pllp<br>55 West Monroe, Suite 3430<br>Chicago, IL 60603<br>jsawyer@foleymansfield.com | Counsel for Exelon Corporation:<br>Margaret O'Sullivan Byrne<br>Anthony David Danhelka<br>Swanson, Martin & Bell<br>330 North Wabash, Suite 3300<br>Chicago, IL 60611<br>pbyrne@smbtrials.com<br>adanhelka@smbtrials.com |
| Counsel for General Electric Company:<br>Maja C. Eaton<br>Jeffrey Michael Schieber<br>John Anthony Fonstad<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>meaton@sidley.com<br>jfonstad@sidley.com<br>jschieber@sidley.com | Counsel for Honeywell International:<br>Shannon M. Dunne<br>Jennifer Jerit Johnson<br>Tressler, LLP<br>233 South Wacker, 22nd Floor<br>Chicago, IL 60602<br>sdunne@tresslerllp.com<br>jjohnson@tresslerllp.com |
| Counsel for Maremont Corporation:<br>Valerie Gay Lipic<br>Greensfelder, Hemker & Gale, P.C.<br>200 West Madison Street<br>Chicago, IL 60606<br>vgl@greensfelder.com | Counsel for Midwest Generation EME LLC:<br>Edward M. Casmere<br>Schiff Hardin LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL 60606<br>ecasmere@schiffhardin.com |

| | |
|---|---|
| Counsel for Goodrich Corporation:<br>Michael J Denning<br>Heyl, Royster, Voelker & Allen<br>120 West State Street, 2nd Floor<br>Rockford, IL 61105<br>mdenning@heylroyster.com | Counsel for Rapid American:<br>Roger K. Heidenreich<br>SNR Denton US LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3000<br>St. Louis, MO 63102-2711<br>Roger.heidenreich@snrdenton.com |
| Counsel for Texaco, Inc.:<br>Gregory T. Goldberg<br>Amy Kathleen Klockenga<br>Michael T. Trucco<br>Stamos & Trucco LLP<br>One East Wacker Drive, Suite 300<br>Chicago, IL 60601<br>ggoldberg@stamostrucco.com<br>aklockenga@stamostrucco.com<br>mtrucco@stamostrucco.com | Counsel for Owens-Illinois, Inc:<br>Brian O'Connor Watson<br>Edward M Casmere<br>Matthew J. Fischer<br>Schiff Hardin LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL 60606<br>bwatson@schiffhardin.com<br>ecasmere@schiffhardin.com<br>mfischer@schiffhardin.com |
| Counsel for Georgia Pacific, LLC.:<br><br>Unknown | Counsel for A.W. Chesterton Company:<br>Adam J. Jagadich<br>Emily C. Zapotocny<br>Segal, McCambridge, Singer & Mahoney<br>233 South Wacker Drive, Suite 5500<br>Chicago, IL 60606<br>ajagadich@smsm.com<br>ezapotocny@smsm.com |
| Counsel for Plaintiff:<br>Michael Peter Cascino<br>Chen Kasher<br>Cascino Vaughn Law Office, Ltd.<br>220 South Ashland Avenue<br>Chicago, IL 60607<br>ecf.cvlo@gmail.com<br>ckasher@cvlo.com | |