BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

**In re: Asbestos Products Liability Litigation MDL No. 875**

*Luna v. CBS Corp., et al.*     IL-N, 12-cv-09515     CTO-543

## Proof of Service

I hereby certify that a copy of Defendant CBS Corporation, A Delaware Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corporation, A Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation, General Electric Company, and Honeywell International, Inc.'s Response In Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 543 was served via U.S. Mail to the following:

Clerk; Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

and via electronic notification to all counsel appearing in this case as follows:

| | |
|---|---|
| Chen Kasher Cascino Vaughan Law Offices Ltd 220 South Ashland Ave Chicago, IL 60607 (312) 944-0600 Email: ckasher@cvlo.com Counsel for Plaintiff | Michael Peter Cascino Cascino Vaughan Law Offices, Ltd. 220 South Ashland Avenue Chicago, IL 60607 (312) 944-0600 Email: ecf.cvlo@gmail.com Counsel for Plaintiff |
| Jacob D. Sawyer Foley & Mansfield, Pllp 55 W. Monroe Suite 3430 Chicago, IL 60603 (312) 254-3800 Email: jsawyer@foleymansfield.com Counsel for CBS Corporation | Margaret O'Sullivan Byrne Swanson, Martin & Bell 330 North Wabash Suite 3300 Chicago, IL 60611 (312) 321-9100 Email: pbyrne@smbtrials.com Counsel for Exelon Corporation |
| Anthony David Danhelka Swanson, Martin, & Bell, Llp 330 N. Wabash Ave. Suite 3300 Chicago, IL 60611 (312) 321-9100 Email: adanhelka@smbtrials.com Counsel for Exelon Corporation | Jeffrey Michael Schieber Sidley Austin LLP 1 South Dearborn Chicago, IL 60603 (312) 853-7925 Email: jschieber@sidley.com Counsel for General Electric Company |
| Maja C. Eaton Sidley Austin LLP One South Dearborn Street Chicago, IL 60603 (312) 853-7000 Email: meaton@sidley.com Counsel for General Electric Company | John Anthony Fonstad Sidley Austin LLP One South Dearborn Chicago, IL 60603 (312) 853-0752 Email: jfonstad@sidley.com Counsel for General Electric Company |

Michael J. Denning Heyl, Royster, Voelker & Allen 120 West State Street 2nd Floor Rockford, IL 61105 (815) 963-4454 Email: mdenning@heylroyster.com
Counsel for Goodrich Corporation

Jennifer Jerit Johnson Tressler LLP 233 South Wacker Drive 22nd Floor Chicago, IL 60606-6308 (312) 627-4000 Email: jjohnson@tresslerllp.com
Counsel for Honeywell International Incorporated

Shannon M. Dunne Tressler, Soderstrom, Maloney & Priess, LLP 233 South Wacker 22nd Floor Chicago, IL 60602 312 627 4138 Email: sdunne@tresslerllp.com
Counsel for Honeywell International Incorporated

Valerie Gay Lipic Greensfelder, Hemker & Gale, P.C. 200 West Madison Street Chicago, IL 60606 (312) 345-5006 Email: vgl@greensfelder.com
Counsel for Maremount Corporation

Edward M. Casmere Schiff Hardin LLP 233 South Wacker Drive Suite 6600 Chicago, IL 60606 (312) 258-5784 Email: ecasmere@schiffhardin.com
Counsel for Midwest Generation EME LLC

Mark G. Zellmer Husch Blackwell, LLP 190 Cardondelet Plaza Suite 600 St. Louis, MO 63105 (314) 480-1500 Email: mark.zellmer@huschblackwell.com
Counsel for Olin Corporation

Douglas F. McMeyer Husch Blackwell, LLP 120 South Riverside Plaza Suite 2200 Chicago, IL 60606 (312) 655-1500 Fax: (312) 655-1501 Email: douglas.mcmeyer@huschblackwell.com Cousnel for Olin Corporation

Jeffrey D. Sigmund Husch Blackwell, LLP 190 Carondelet Plaza Suite 600 St. Louis, MO 63105 (314) 480-1500 Email: jeffrey.sigmund@huschblackwell.com
Counsel for Olin Corporation

Roger K. Heidenreich SNR Denton US LLP One Metropolitan Square Suite 3000 211 N. Broadway St. Louis, MO 63102-2711 (314)241-1800 Email: roger.heidenreich@snrdenton.com
Counsel for Rapid American Corporation

Michael T. Trucco Stamos & Trucco LLP One East Wacker Drive Third Floor Chicago, IL 60601 (312) 630-7979 Email: mtrucco@stamostrucco.com
Counsel for Texaco, Inc.

Amy Kathleen Klockenga Stamos & Trucco, LLP One East Wacker Third Floor Chicago, IL 60601 (312) 312-630-1208 Email: aklockenga@stamostrucco.com
Counsel for Texaco, Inc.

Gregory T. Goldberg Stamos & Trucco LLP One East Wacker Drive Suite 300 Chicago, IL 60601 (312) 630-7979 Email: ggoldberg@stamostrucco.com
Counsel for Texaco, Inc.

THIS, the 25th day of February, 2013.

/s// Jennifer M. Studebaker
Jennifer M. Studebaker (MSBN # 10433)
Forman Perry Watkins Krutz & Tardy LLP
P.O. Box 22608
Jackson, MS 39225-2608
Telephone:   (601) 960-8600
Facsimile: (601) 960-8613