# Jennifer M. Studebaker

| | |
|---|---|
| **From:** | Chen Kasher [ckasher@cvlo.com] |
| **Sent:** | Friday, February 15, 2013 10:10 AM |
| **To:** | Michael Denning; Zellmer, Mark; jsawyer@foleymansfield.com; pbyrne@smbtrials.com; adanhelka@smbtrials.com; jschieber@sidley.com; meaton@sidley.com; jfonstad@sidley.com; jjohnson@tresslerllp.com; sdunne@tresslerllp.com; vgl@greensfelder.com; ecasmere@schiffhardin.com; McMeyer, Douglas; Sigmund, Jeffrey; roger.heidenreich@snrdenton.com; mtrucco@stamostrucco.com; aklockenga@stamostrucco.com; ggoldberg@stamostrucco.com; Jennifer M. Studebaker; Clare S. Rush |
| **Cc:** | bschmidthuber; Daake, Jennifer; Robert C. Knox |
| **Subject:** | Luna 26(f) Conference Discussion |
| **Attachments:** | Sample Standard Interrogatories 2-15-13.pdf |

Dear Counsel:

This e-mail is intended to memorialize our discussion and preliminary agreements during the telephonic conference of Tuesday, February 12. Defense counsel for almost every defendant participated in the call. I did not memorialize the discussion earlier because I was out sick.

As agreed to during the conference, we will distribute a sample of the standard interrogatories we used in the MDL. (See attached) Please let me know ASAP if you have any objection to our responding to these interrogatories. We will respond to these interrogatories as well as any agreed-upon requests for production at least 14 days before any deposition is noticed in the Luna case. This 14 day requirement is in accordance with the deposition protocol in the MDL 875.

Once we respond to Luna's standard interrogatories and any agreed-upon requests for production, we will check whether the Judicial Panel has ruled on CVLO's motion to oppose transfer of this case to MDL 875. If the Judicial Panel has not yet ruled on CVLO's motion, we will file a motion before Judge Gottschall to perpetuate the deposition testimony of Luna (i.e., permit us to take his deposition in accordance with a stipulation by all defendants that such a deposition is proper despite their being no formal deposition protocol entered by any court in this case).

Best,

Chen Kasher

Associate Attorney*
Cascino Vaughan Law Offices
220 South Ashland Ave.
Chicago, IL 60607
Phone: 312.944.0600 ext. 107
Email: ckasher@cvlo.com

* Admitted in Illinois, New Jersey, and New York

