IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS       :    Consolidated Under
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875
                               :
                               :
VARIOUS PLAINTIFFS **FILED** :
                               :
       v.            MAY 2 9 2012 :
                               :
VARIOUS DEFENDANTS MICHAEL E. KUNZ, Clerk    Cases listed in Exhibit "A,"
                   By_____Dep. Clerk       attached
                               :

### O R D E R

**AND NOW,** this **25th** day of **May, 2012,** it is hereby

**ORDERED** that Plaintiffs' Objections to Scheduling Orders Entered

April 12, 2012, listed in Exhibit "A," attached, are **OVERRULED.**[1]

---

[1]    Magistrate Judge David R. Strawbridge, to whom the
cases brought by The Cascino Vaughan Law Offices ("CLVO") are
referred for pretrial management, entered scheduling orders in
the cases listed in Exhibit "A," attached, on April 12, 2012.

    Plaintiffs make the following objections (see
2:10-cv-67443, Doc. No. 100, at 6):

    (1)    The discovery deadlines are too short when there
           are no definite trial dates;

    (2)    the time frames in which parties are to file
           expert reports are too short; additionally,
           consolidated expert reports should be permitted;

    (3)    the summary judgment deadlines and briefing
           schedules are too short; and

    (4)    the scheduling orders to not include provisions
           for Rule 16 conferences, or exact dates of final
           pre-trial conferences, trial dates, and/or remand
           dates.

1



EXHIBIT

F

---

Plaintiffs' objections are non-dispositive motions that are subject to the "clearly erroneous and contrary to law" standard of review. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

A discussion of the history of the CVLO cases is helpful in determining whether Plaintiffs' objections should be overruled.

Filed by CVLO, counsel for Plaintiffs in the instant cases, these cases are part of MDL-875, the federal Asbestos Multidistrict Litigation. Since June, 2009, the Court has disposed of 158,385 land and maritime docket asbestos cases, representing hundreds of thousands of claims.

On May 4, 2009, there were approximately 5,000 CVLO asbestos-related cases pending in MDL-875. On that date, I referred the approximately 5,000 CVLO cases to Senior Judge Lowell A. Reed, Jr. as Court Annexed Mediator. Judge Reed held his first mediation session on August 27, 2009. The mediation sessions, which Judge Reed conducted through late April, 2011 when he retired, were focused less on the mediation of individual cases and more on the logistics of managing such a high case load and on reducing the number of cases based on their relative merit, since the vast majority of the cases alleged non-malignant conditions.

Early in the litigation, it appeared CVLO was struggling to handle the number of cases that they had filed. For example, on August 17, 2010, Judge Reed ordered CVLO to submit all remaining Administrative Order 12 ("AO12") submissions by November 1, 2010. As of this date, I am still ruling on large numbers of motions to dismiss in CVLO cases for failure to provide adequate AO12 submissions. Similarly, on January 26, 2011, Judge Reed ordered CVLO to submit to defendants all interrogatory answers by February 21, 2011. Now, there is still a dispute concerning CVLO's failure to submit properly verified interrogatory answers.

As early as December 2009, Judge Reed began authorizing discovery on such issues as exposure history, job site identification, product identification, and medical records. Throughout the mediation process, the scope of discovery continued to expand and included, inter alia, Judge Reed's adoption of standard interrogatories on October 5, 2010, and his authorization to depose ill plaintiffs on January 26, 2011. Judge

Reed's efforts resulted in the dismissal of more than 3,000 of the cases. CVLO voluntarily dismissed most of these cases, apparently after evaluating their likelihood of success.

On April 18, 2011, anticipating the retirement of Judge Reed, I referred the cases to Magistrate Judge Strawbridge for settlement purposes only. On June 9, 2011, I modified the referral order and directed Judge Strawbridge to "conduct pretrial procedures, supervision of discovery, settlement conferences, and preparation for trial." After the entry of this order, Judge Strawbridge shifted his focus from mediation to litigation of the remaining cases. Judge Strawbridge entered the first scheduling order in the first group of ten cases on June 9, 2011. This scheduling order was amended three times in order to extend the deadlines at counsel's requests. Judge Strawbridge also entered scheduling orders in the remaining cases in groups of approximately one to three hundred cases. Judge Strawbridge entered the first of these scheduling orders on July 15, 2011.

Six more scheduling orders followed, approximately one per month. Judge Strawbridge amended all seven of these orders two to four times in order to accommodate counsel's scheduling requests, culminating in the April 12, 2012, scheduling orders which are the subject of the current objections. Judge Strawbridge also established a secondary discovery track for certain cases which would be used to frame a future <u>Daubert</u> hearing regarding plaintiffs' physicians, Doctors Alvin J. Schonfeld, Henry Anderson, and Ibrahim Sadek. Again, this schedule was amended several times, ultimately moving the <u>Daubert</u> hearing originally scheduled for March 7, 2012, to September 25, 2012.

In addition to placing all remaining cases on scheduling orders, Judge Strawbridge has actively assisted the parties in resolving a multitude of discovery and logistical issues. Such efforts include engaging in numerous in-person conferences; weekly Wednesday telephone status conferences; near-daily telephone sessions on discrete issues; the entering of hundreds of orders and opinions; and the establishment of various protocols, including the August 4, 2011 Deposition Protocol, the November 9, 2011 Medical Records Collection Protocol, and the December 14, 2011 Rules and Procedures Relating to the Authorization for Release of Bankruptcy Records. Due to Judge Strawbridge's efforts, with the cooperation of the counsel of both CVLO and Defendants, the current CVLO MDL-875 case inventory is approximately 670 cases, down from approximately 5,000.

Additionally, I granted motions to dismiss based on faulty AO12 submissions, and in some cases, motions for summary judgment were granted.

On March 5, 2012, Judge Strawbridge held an in-person hearing in Philadelphia to discuss, inter alia, counsel's request to amend the scheduling orders. After hearing their concerns, Judge Strawbridge allowed counsel to jointly craft the new scheduling orders with the instruction that there be small groups of cases with ripe summary judgment motions in June, July, and August of 2012, and that the last summary judgment motions be ripe before the end of January 2013. Counsel jointly drafted the proposed scheduling orders, and on March 21, 2012, counsel and Judge Strawbridge discussed them at length, including the few points on which counsel could not agree. Judge Strawbridge made decisions regarding those disagreements, and entered the scheduling orders on April 12, 2012. On April 27, 2012, plaintiffs filed their current objections to the scheduling orders.

Although Plaintiffs argue that the sheer number of cases they have brought have made it impossible for them to comply with all of the Court's scheduling orders, the Court has previously indicated that this contention does not excuse compliance. See In re Asbestos Products Liab. Litig. (No. VI), 278 F.R.D. 126, 132 (E.D. Pa. 2011) (Robreno, J.) ("The entry of appearance by counsel constitutes a representation that counsel is ready, willing and able to represent each party for whom counsel has entered an appearance fully and adequately. Each plaintiff, and the Court, are entitled to no less. If counsel's resources do not permit adequate representation in all cases before the Court, such that counsel is unable to comply fully with the Court's orders, counsel may need to either withdraw from representation of some of the plaintiffs or seek additional help to handle the cases properly and adequately."). A similar warning has been issued to Defendants. (See Tr. of Mot. Summ. J. Hr'g in Case No. 11-6347, May 11, 2012, at 27-29) (denying Defendant's motion for summary judgment as untimely filed, rejecting the excuse that "plaintiffs and defendants . . . have been juggling a lot of different cases[,]" and directing Defendant either to engage additional attorneys if necessary to represent their clients or decline representation.).

Judge Strawbridge's scheduling orders were not "clearly erroneous and contrary to law." Rather, Judge Strawbridge's scheduling orders in the CVLO cases were necessary to ensure the

4

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

"just, speedy and inexpensive," <u>see</u> Fed. R. Civ. P. 1,
administration of this massive litigation. The Court has worked
closely with both Plaintiffs and Defendants in these cases to
issue reasonable and mostly mutually agreeable scheduling orders.
Plaintiffs have had ample opportunities to confer with opposing
counsel and with the Court in coming up with deadlines that work
for all parties. Only by strict adherence to these reasonable
deadlines imposed after consultations with counsel can a
litigation of this scope be efficiently administered.

# EXHIBIT A

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Ahnert | Daniel | 10-CV-67443 |
| Akey | Richard | 09-CV-60286 |
| Alfter | Harold | 09-CV-60501 |
| Allen | Gary | 10-CV-67536 |
| Allen | Louis | 08-CV-90142 |
| Almeda | Trini | 08-CV-91698 |
| Amos | Excell | 08-CV-89998 |
| Anderson | Daniel | 11-CV-63499 |
| Anderson | Gerald | 08-CV-89997 |
| Anderson | Jesse | 08-CV-90175 |
| Anderson | Lloyd | 11-CV-63482 |
| Andris | Arthur | 10-CV-67885 |
| Arpp | Robert | 08-CV-89851 |
| Arseneault | Clovis | 10-CV-67621 |
| Austin | Raymond | 09-CV-60280 |
| Austin | Richard | 08-CV-89340 |
| Ayers | Mark | 08-CV-91953 |
| Baker | Joseph | 08-CV-91189 |
| Barden | Leroy | 09-CV-64610 |
| Barker | Edward | 09-CV-60285 |
| Barnes | Curtis | 10-CV-67648 |
| Bartlett | Robert | 10-CV-61467 |
| Bartlett | Thomas | 08-CV-89791 |
| Bartsch | Norman | 10-CV-61880 |
| Bault | Charles | 08-CV-91663 |
| Baumann | Eugene | 11-CV-63517 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Baylor | Woodrow | 10-CV-62057 |
| Beard | George | 10-CV-64569 |
| Beck | Ronald | 09-CV-64685 |
| Beckwith | Robert | 08-CV-91037 |
| Beddow | Merle | 08-CV-92239 |
| Bednar | Thomas | 09-CV-61497 |
| Beeney | Donald | 08-CV-91728 |
| Belleville | Charles | 08-CV-90955 |
| Bennett | Bob | 08-CV-91585 |
| Bennington | Martin | 10-CV-61115 |
| Benson | Harold | 10-CV-64563 |
| Berger | Thomas | 10-CV-67758 |
| Bergner | Charles | 08-CV-90956 |
| Bergstrom | Lester | 08-CV-89980 |
| Bey | George | 08-CV-89979 |
| Beyer | Harold | 08-CV-91894 |
| Bieganski | Ronald | 09-CV-60498 |
| Binder | Robert | 10-CV-67817 |
| Black | John | 10-CV-68110 |
| Black | Robert | 09-CV-64627 |
| Blackwell | Clifford | 08-CV-91234 |
| Block | John | 08-CV-91649 |
| Bodine | Richard | 08-CV-92055 |
| Bolton | John | 09-CV-60186 |
| Bond | Joseph | 10-CV-61417 |
| Boyer | Lee | 08-CV-88596 |
| Brady | George | 08-CV-90078 |
| Brattoli | John | 08-CV-90088 |
| Brazzoni | Alfred | 11-CV-63501 |

| Last | First | E.D. PA Case No. |
|---|---|---|
| Bresnahan | Thomas | 09-CV-60331 |
| Bressers | Byron | 09-CV-60544 |
| Breternitz | Richard | 08-CV-90127 |
| Brewer | David | 08-CV-89954 |
| Brigham | George | 08-CV-89984 |
| Brooks | Ray | 08-CV-92194 |
| Brouhard | Jackie | 10-CV-69048 |
| Brown | High | 10-CV-67650 |
| Bryan | William | 08-CV-89866 |
| Buchanan | Howard | 08-CV-92038 |
| Bucknell | Bertha | 11-CV-63908 |
| Bugg | William | 08-CV-91729 |
| Bunch | Charles | 09-CV-61815 |
| Burkee | James | 10-CV-83247 |
| Burns | John | 09-CV-60476 |
| Burton | Alice | 08-CV-92139 |
| Bushmaker | Gerald | 10-CV-61116 |
| Cadotte | Joseph | 10-CV-64680 |
| Caldwell | David | 09-CV-61736 |
| Cammers | Earl | 09-CV-60284 |
| Camp | Thomas | 09-CV-64600 |
| Campbell | Elmer | 10-CV-61341 |
| Canner | Edward | 09-CV-61700 |
| Caputa | Carmello | 09-CV-61441 |
| Carlson | Neil | 10-CV-67533 |
| Carlson | Robert | 08-CV-89945 |
| Carmichael | James | 10-CV-67545 |
| Carnegie | John | 08-CV-89958 |
| Carver | Jack | 08-CV-90285 |
| Cathelyn | Jackie | 10-CV-68076 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Caturia | Frederick | 09-CV-60271 |
| Center | Clayton | 08-CV-89864 |
| Centers | Albert | 08-CV-90268 |
| Centner | Jerome | 09-CV-60395 |
| Childs | Earl | 08-CV-91089 |
| Christensen | David | 10-CV-62034 |
| Coghlan | Donald | 10-CV-61461 |
| Collins | Arthur | 10-CV-64567 |
| Collins | B F | 08-CV-90935 |
| Colombo | Thomas | 08-CV-89431 |
| Conklin | Robert | 08-CV-90724 |
| Connell | Daniel | 09-CV-60552 |
| Conner | George | 09-CV-61817 |
| Conroy | Thomas | 10-CV-83241 |
| Conway | Harold | 10-CV-67785 |
| Cook | Jerry | 08-CV-89846 |
| Cook | Joseph | 08-CV-89446 |
| Cooper | Larry | 08-CV-90330 |
| Crouch | Harold | 10-CV-64574 |
| Crumwell | Richard | 09-CV-61744 |
| Cummings | Ronald | 10-CV-68902 |
| Curlee | James | 08-CV-89452 |
| Czajkoski | Walter | 08-CV-89969 |
| D'Amico | Carmen | 10-CV-67534 |
| D'Ottavio | Nello | 10-CV-67554 |
| Daily | John | 10-CV-69003 |
| Dalton | Jack | 08-CV-91944 |
| Daniels | Jimmie | 08-CV-92259 |
| De Witt | Elsie | 08-CV-90189 |
| Deangelis | Salvatore | 08-CV-89953 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Deis | John | 08-CV-88675 |
| Deloach | Thomas | 08-CV-90144 |
| Deneen | Joseph | 09-CV-60164 |
| Deters | Cletus | 10-CV-64585 |
| Dewall | Lawrence | 09-CV-61442 |
| Dice | James | 08-CV-88411 |
| Dillman | Cecil | 08-CV-91767 |
| Dittamore | William | 10-CV-64583 |
| Dix | Raymond | 08-CV-91372 |
| Dodd | Carl | 08-CV-91578 |
| Dover | Jackie | 10-CV-68127 |
| Dowell | Charles | 08-CV-91356 |
| Doyle | James | 08-CV-89845 |
| Doyle | Leo | 08-CV-90155 |
| Dreher | Louis | 09-CV-64754 |
| Duchene | Arthur | 09-CV-64587 |
| Dunlap | Willard | 10-CV-64588 |
| Dunne | Michael | 09-CV-60329 |
| Eagle | Kenneth | 10-CV-67559 |
| Earl | Darnell | 08-CV-91055 |
| Edmonds | Robert | 09-CV-61788 |
| Edwards | Terry | 08-CV-92137 |
| Elkins | Keith | 09-CV-64681 |
| Eller | Albert | 10-CV-68941 |
| Embly | Robert | 10-CV-64584 |
| Enerson | Donald | 09-CV-61004 |
| Engelman | Patrick | 09-CV-60939 |
| Enos | Carroll | 10-CV-61422 |
| Erickson | Richard | 10-CV-67813 |
| Esser | Charles | 09-CV-60287 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Eulgen | Louis | 12-CV-60019 |
| Everard | James | 09-CV-61353 |
| Evers | Orville | 10-CV-67806 |
| Fadler | Donald | 08-CV-90220 |
| Farvour | Guy | 09-CV-61444 |
| Fata | Frank | 08-CV-90058 |
| Ferguson | James | 08-CV-90234 |
| Ferrara | Michael | 11-CV-63906 |
| Ferrell | Paul | 08-CV-89885 |
| Fieck | Emil | 08-CV-90162 |
| Fisher | Charles | 09-CV-61807 |
| Fisher | John | 09-CV-64683 |
| Fisher | Stanley | 08-CV-91197 |
| Flaatten | Ronald | 09-CV-61006 |
| Flanagan | Willie | 10-CV-67667 |
| Fourte | Morris | 08-CV-90083 |
| Frampton | Kenneth | 08-CV-92160 |
| Frankenberger | Howard | 09-CV-61717 |
| Frisch | Louis | 09-CV-61354 |
| Frost | Franklin | 08-CV-91370 |
| Fry | George | 08-CV-89448 |
| Fulk | Ralph | 09-CV-64678 |
| Gabrus | Donald | 09-CV-61357 |
| Gaddy | Clifford | 08-CV-90081 |
| Gaines | James | 08-CV-92305 |
| Gall | Gerald | 09-CV-61329 |
| Galles | Paul | 11-CV-63508 |
| Gambill | Joe | 08-CV-91231 |
| Gard | Leslie | 08-CV-91736 |
| Gehrt | Paul | 08-CV-92066 |

| Last | First | E.D. PA Case No. |
|---|---|---|
| Gilkey | Haydon | 08-CV-91088 |
| Giuliano | William | 09-CV-64609 |
| Gnewikow | Donald | 11-CV-63502 |
| Goeken | Marion | 10-CV-68122 |
| Gosz | Clarence | 10-CV-67808 |
| Gottsacker | Randall | 10-CV-61885 |
| Graham | Marion | 08-CV-90139 |
| Granger | Elmer | 09-CV-60953 |
| Graves | William | 08-CV-92120 |
| Green | Robert | 08-CV-92311 |
| Gresham | Robert | 08-CV-91085 |
| Griep | Earl | 10-CV-61900 |
| Grier | John | 08-CV-91687 |
| Grimes | William | 08-CV-91780 |
| Gunnlaugsson | Clifford | 09-CV-60456 |
| Haffner | Robert | 08-CV-89863 |
| Hakes | Donald | 10-CV-68063 |
| Hamann | Robert | 09-CV-60330 |
| Hamer | Robert | 10-CV-67726 |
| Hamerla | John | 08-CV-90208 |
| Hamilton | Lloyd | 10-CV-68925 |
| Hamilton | Roy | 09-CV-61715 |
| Hammonds | Alvie | 09-CV-61702 |
| Hammonds | Barry | 08-CV-91347 |
| Hanes | William | 10-CV-69080 |
| Hannold | Carl | 08-CV-90108 |
| Hanson | Dean | 09-CV-61011 |
| Hardy | William | 10-CV-64538 |
| Harnisch | Henry | 09-CV-92208 |
| Harris | James | 10-CV-68885 |

| Last | First | E.D. PA Case No. |
|---|---|---|
| Harris | Robert | 08-CV-91589 |
| Harrison | Kenneth | 09-CV-61792 |
| Harvey | Murl | 08-CV-89457 |
| Hasenberg | Charles | 09-CV-60356 |
| Haskins | Harold | 08-CV-89819 |
| Hass | Laverne | 09-CV-60267 |
| Hass | Laverne | 09-CV-60298 |
| Hatfield | Bobby | 08-CV-92147 |
| Hay | Donald | 10-CV-61873 |
| Hay | Robert | 09-CV-64612 |
| Hayes | Harry | 09-CV-61718 |
| Heggie | JW | 08-CV-89372 |
| Heidersheid | George | 09-CV-60536 |
| Heinrich | John | 09-CV-60513 |
| Held | Donald | 10-CV-67814 |
| Hendricks | Homer | 09-CV-64708 |
| Henney | Jean | 09-CV-64629 |
| Hernandez | Alfred | 08-CV-91182 |
| Herr | Richard | 11-CV-60064 |
| Hester | Billie | 08-CV-90072 |
| Heyen | Glen | 10-CV-68984 |
| Hickmann | Eugene | 10-CV-67805 |
| Hicks | William | 08-CV-91888 |
| Hoffman | Richard | 09-CV-60510 |
| Holcomb | Edward | 09-CV-61314 |
| Hollins | Willie | 08-CV-90201 |
| Holloway | Fred | 09-CV-61721 |
| Holme | Darrell | 08-CV-91090 |
| Holmes | Julius | 08-CV-90064 |
| Honold | Orville | 10-CV-67799 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Hoopengarner | Harold | 08-CV-88503 |
| Hope | Sandy | 08-CV-90182 |
| Horton | Ernest | 10-CV-67872 |
| Horton | Julius | 09-CV-61469 |
| Horwath | Clarence | 08-CV-90128 |
| Howard | Percy | 08-CV-91015 |
| Howard | Rodney | 09-CV-61694 |
| Hruska | Paul | 09-CV-60482 |
| Hunter | William | 08-CV-88617 |
| Hutchinson | Jack | 08-CV-92157 |
| Hyland | Terence | 09-CV-61881 |
| Irons | Gary | 10-CV-68130 |
| Iverson | Richard | 09-CV-60154 |
| Jackson | Floyd | 08-CV-90263 |
| Jackson | Lawrence | 08-CV-90934 |
| Jackson | Robert | 10-CV-67541 |
| Jackson | William | 08-CV-89333 |
| Jakes | MC | 10-CV-67681 |
| Jakubowski | Florian | 10-CV-67831 |
| Janick | Richard | 10-CV-61426 |
| Jasin | Michael | 09-CV-60370 |
| Jelinski | Jerome | 09-CV-61012 |
| Jenkins | Harold | 08-CV-92237 |
| Jennings | Larry | 09-CV-64723 |
| Jeske | Edwin | 10-CV-62070 |
| Jeske | Kenneth | 09-CV-60547 |
| Johannsen | John | 09-CV-60337 |
| Johnson | Francis | 11-CV-66278 |
| Johnson | Harry | 09-CV-61599 |
| Johnson | James | 08-CV-90156 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Johnson | Richard | 08-CV-92122 |
| Jones | Asa | 08-CV-90132 |
| Jones | Duane | 09-CV-60440 |
| Jones | Fred | 08-CV-89854 |
| Jones | James | 09-CV-61882 |
| Jordan | Doyle | 10-CV-67786 |
| Joyner | Donald | 09-CV-64626 |
| Junk | Bonnie | 09-CV-60550 |
| Junk | William | 10-CV-67841 |
| Jurglanis | Clemens | 12-CV-60003 |
| Kalis | Robert | 08-CV-92175 |
| Kavanaugh | Raymond | 09-CV-61323 |
| Kayser | Allan | 09-CV-60273 |
| Keller | James | 09-CV-64594 |
| Kelley | Howard | 10-CV-67555 |
| Kelley | Lee | 10-CV-62041 |
| Kemper | Jack | 08-CV-89498 |
| Kennedy | Roy | 08-CV-89492 |
| Ketchum | Richard | 09-CV-61481 |
| Kibler | Paul | 08-CV-90337 |
| Kiefer | Ardell | 09-CV-61840 |
| Kiepert | William | 09-CV-61544 |
| King | Emmett | 08-CV-89564 |
| King | John | 10-CV-67665 |
| King | Prince | 10-CV-68890 |
| Kinser | Larry | 08-CV-92034 |
| Kinsey | Cecil | 09-CV-61729 |
| Kirk | Delbert | 08-CV-89494 |
| Klimek | David | 08-CV-90065 |
| Klosinski | Ray | 10-CV-61334 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Knight | Mary | 08-CV-90138 |
| Koch | Hans | 08-CV-91082 |
| Koch | Leo | 08-CV-90011 |
| Koehler | John | 09-CV-61482 |
| Kojis | Andrew | 09-CV-61473 |
| Komorosky | Clarence | 09-CV-60455 |
| Kowalewski | Walter | 11-CV-64039 |
| Kozlowski | Leo | 10-CV-61855 |
| Kraus | Robert | 10-CV-61338 |
| Krause | Clarence | 10-CV-62007 |
| Krause | Clayton | 09-CV-60406 |
| Krejcarek | Melvin | 10-CV-67789 |
| Krik | Charles | 11-CV-63473 |
| Krueger | Glenn | 12-CV-60020 |
| Krueger | Lee | 09-CV-61402 |
| Kruse | James | 10-CV-65919 |
| Kruse | Patrick | 08-CV-91867 |
| Kuchler | Frank | 09-CV-61449 |
| Kuchler | William | 09-CV-61345 |
| Kumferman | Henry | 10-CV-61429 |
| La Presto | Richard | 11-CV-63498 |
| Landes | Harold | 08-CV-88402 |
| Larweth | Dennis | 08-CV-89914 |
| Laur | Joseph | 11-CV-63907 |
| Lawless | Anthony | 08-CV-92161 |
| Lawson | Carl | 10-CV-69031 |
| Le Pine | Francis | 10-CV-67810 |
| Leggett | John | 10-CV-67846 |
| Lehr | Christ | 08-CV-89475 |

| Last | First | E.D. PA Case No. |
|------|-------|-------------------|
| Lerma | Alfonso | 08-CV-91410 |
| Leslie | Harry | 10-CV-65851 |
| Letner | Willis | 08-CV-88535 |
| Link | Thomas | 09-CV-60338 |
| Llewellyn | Reggie | 08-CV-91074 |
| Loddeke | William | 08-CV-89487 |
| Loeffelad | Walter | 09-CV-60231 |
| Loftus | Thomas | 09-CV-64673 |
| Lorentz | Eugene | 10-CV-61348 |
| Louis | Richard | 10-CV-64606 |
| Love | Howard | 10-CV-80835 |
| Lucas | TJ | 10-CV-67426 |
| Luedtke | Martin | 10-CV-62044 |
| Lundahl | Robert | 09-CV-60444 |
| Lyden | Charles | 08-CV-89435 |
| Maciejewski | Raphael | 10-CV-61497 |
| Maiden | Harlan | 09-CV-60274 |
| Maier | Richard | 09-CV-62180 |
| Maio | Tony | 09-CV-60465 |
| Malone | Clifford | 10-CV-68124 |
| Mann | Clyde | 09-CV-61844 |
| Maresca | Joseph | 08-CV-90328 |
| Marlinghaus | Larry | 08-CV-89486 |
| Martin | David | 10-CV-61109 |
| Massey | Leonard | 09-CV-61356 |
| Matlock | Benjamin | 08-CV-90099 |
| Maulding | Duane | 08-CV-92113 |
| McCarthy | Daniel | 08-CV-89991 |
| McClain | Wallace | 08-CV-89814 |
| McConchie | Dean | 08-CV-89453 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| McCormick | John | 10-CV-65844 |
| McCormick | Joseph | 08-CV-89992 |
| McCullum | Roosevelt | 08-CV-89883 |
| McCurdy | James | 09-CV-64682 |
| McFarland | Charles | 08-CV-89381 |
| McInnis | Paul | 10-CV-69036 |
| McKay | Donald | 08-CV-89988 |
| McKibben | Lloyd | 08-CV-90126 |
| McKinnie | Ned | 08-CV-91008 |
| McWhirter | George | 08-CV-89304 |
| Mea | William | 08-CV-89983 |
| Meagher | John | 09-CV-60445 |
| Meinecke | Robert | 09-CV-60326 |
| Meischner | Donald | 09-CV-60645 |
| Menozzi | Eugene | 08-CV-89865 |
| Metzger | Jack | 09-CV-61322 |
| Millard | Eugene | 10-CV-68119 |
| Miller | Frank | 09-CV-60520 |
| Miller | Homer | 09-CV-61040 |
| Miller | Kenneth | 08-CV-91750 |
| Miller | Melvin | 08-CV-91398 |
| Miller | Victor | 09-CV-60519 |
| Miller | Wallace | 08-CV-89901 |
| Moffett | George | 08-CV-89973 |
| Monday | Anthony | 10-CV-67856 |
| Montgomery | Dane | 09-CV-64739 |
| Montgomery | Robert | 09-CV-64703 |
| Moon | Ronald | 09-CV-61541 |
| Moore | James | 08-CV-90069 |
| Morris | Michael | 09-CV-61495 |

| Last | First | E.D. PA Case No. |
|---|---|---|
| Morris | Richard | 08-CV-88719 |
| Morse | James | 08-CV-89437 |
| Mosley | John | 08-CV-91178 |
| Moss | Harry | 11-CV-64233 |
| Muehlberger | Max | 11-CV-63518 |
| Muffler | William | 08-CV-89976 |
| Murphy | Edward | 09-CV-61461 |
| Murphy | William | 08-CV-90927 |
| Mutschler | Richard | 10-CV-61339 |
| Myres | Paul | 10-CV-67730 |
| Nehls | Donald | 10-CV-67852 |
| Nehlsen | Michael | 08-CV-91893 |
| Nelson | Marlin | 10-CV-61956 |
| Nemeth | Paul | 08-CV-90722 |
| Neumer | Robert | 10-CV-67793 |
| Newell | Kenneth | 10-CV-68145 |
| Nichols | Gerald | 10-CV-68097 |
| Nichols | Leonard | 10-CV-68105 |
| Nicholson | Ashley | 10-CV-67871 |
| Noel | Billy | 10-CV-69046 |
| Norberg | Earl | 08-CV-90264 |
| Nuutinen | Charles | 09-CV-61333 |
| O'Brien | Harold | 08-CV-90933 |
| O'Keefe | Robert | 08-CV-92210 |
| O'Mullane | Jay | 08-CV-88676 |
| Obermeier | Sylvester | 09-CV-61019 |
| Oliphant | John | 11-CV-67767 |
| Orr | William | 08-CV-89326 |
| Ostrowski | Norman | 09-CV-61423 |
| Ouradnik | John | 10-CV-61890 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Parker | Marion | 10-CV-64582 |
| Parker | Stanley | 08-CV-91054 |
| Parsons | Harry | 10-CV-64587 |
| Passarelli | William | 08-CV-91235 |
| Pasterski | John | 11-CV-64037 |
| Patitsas | James | 08-CV-91146 |
| Patrick | Carolyn | 08-CV-90221 |
| Patrick | Homer | 10-CV-68864 |
| Patton | Donald | 10-CV-64572 |
| Pavicevich | Milka | 08-CV-91147 |
| Pertzborn | James | 10-CV-61352 |
| Peterson | Jane | 11-CV-64034 |
| Peterson | Sylvester | 08-CV-90104 |
| Peterson | Wayne | 10-CV-64553 |
| Pfile | James | 10-CV-67815 |
| Pfleging | Robert | 08-CV-89443 |
| Phillips | John | 08-CV-90122 |
| Pietrzycki | Stanley | 10-CV-61349 |
| Piniak | Joseph | 10-CV-67636 |
| Plaster | Millard | 10-CV-67781 |
| Pleaugh | Joseph | 11-CV-63519 |
| Plier | Duane | 09-CV-60365 |
| Ploch | Daniel | 09-CV-61435 |
| Plue | Richard | 10-CV-68073 |
| Pontzloff | Roy | 10-CV-67882 |
| Powell | Dale | 08-CV-89293 |
| Pozywio | Raymond | 08-CV-91149 |
| Prather | James | 08-CV-89745 |
| Pray | Frankie | 08-CV-91884 |
| Price | Will | 08-CV-89884 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Pruitt | Marion | 08-CV-88624 |
| Przybyla | John | 10-CV-62050 |
| Pulido | Alfonso | 10-CV-67680 |
| Pullins | John | 08-CV-91428 |
| Putt | Charles | 08-CV-89447 |
| Quist | Richard | 08-CV-88398 |
| Rathsack | Michael | 09-CV-61347 |
| Ratliff | Charles | 10-CV-67135 |
| Reed | Francis | 09-CV-64742 |
| Reed | Hugh | 08-CV-88250 |
| Regner | James | 10-CV-67800 |
| Reich | Ronald | 09-CV-60523 |
| Reichert | Norman | 09-CV-61487 |
| Reno | Charles | 09-CV-60293 |
| Reno | Charles | 11-CV-67724 |
| Rice | Gerald | 09-CV-61697 |
| Rice | Robert | 10-CV-68983 |
| Rice | Vernon | 08-CV-89360 |
| Richards | Melvin | 09-CV-62181 |
| Richardson | David | 08-CV-91027 |
| Richardson | Eleanore | 10-CV-67553 |
| Richardson | Irelia | 08-CV-91091 |
| Rickey | Marvin | 10-CV-61345 |
| Riddle | Samuel | 10-CV-68953 |
| Riggs | Irving | 08-CV-91762 |
| Riley | Herman | 09-CV-64702 |
| Riley | James | 10-CV-68956 |
| Ringo | Robert | 09-CV-91454 |
| Risse | Loren | 10-CV-67857 |
| Roberson | Freddie | 08-CV-90080 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Roberts | Bernard | 10-CV-67610 |
| Romanetto | Gary | 08-CV-90048 |
| Rome | Douglas | 08-CV-89825 |
| Rorer | Theodore | 08-CV-91155 |
| Ruesken | Louis | 09-CV-61820 |
| Russell | James | 09-CV-64693 |
| Ryan | Charles | 08-CV-88671 |
| Ryan | Michael | 08-CV-90172 |
| Ryan | Michael | 11-CV-66747 |
| Saenz | Moises | 08-CV-91434 |
| Sagat | Frank | 10-CV-67596 |
| Salaz | Michael | 08-CV-91329 |
| Salger | Leonard | 08-CV-89291 |
| Sams | Phillip | 08-CV-88575 |
| Sasveld | John | 08-CV-91307 |
| Scanlon | Daniel | 08-CV-89811 |
| Scheffel | Edmund | 09-CV-60545 |
| Scherz | Terrance | 10-CV-61863 |
| Schibline | Michael | 10-CV-67756 |
| Schluga | Robert | 09-CV-61429 |
| Schmidt | Donald | 08-CV-90063 |
| Schmoll | Cyril | 09-CV-61026 |
| Schneider | Jerome | 09-CV-61531 |
| Schneider | Walter | 10-CV-67851 |
| Schriver | Robert | 11-CV-63571 |
| Schroeder | Cletus | 09-CV-61430 |
| Schuldenberg | Robert | 10-CV-62053 |
| Schultz | William | 10-CV-67862 |
| Schulze | Ronald | 09-CV-60516 |
| Schuppert | Howard | 09-CV-61431 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Schurtz | Michael | 08-CV-91742 |
| Scott | Thomas | 08-CV-91314 |
| Scrogham | Donald | 08-CV-90002 |
| Searing | Ralph | 10-CV-69037 |
| Sebastian | Alice | 10-CV-64686 |
| Sebastian | Sigfried | 10-CV-64686 |
| Sebree | Pietra | 09-CV-60537 |
| Serstad | Richard | 09-CV-60165 |
| Shackelford | Gerald | 10-CV-69018 |
| Shackelford | Ramon | 08-CV-88486 |
| Shambaugh | Burton | 08-CV-90331 |
| Shannon | Bonnie | 11-CV-64235 |
| Sharp | Cliff | 08-CV-90465 |
| Shotts | Edward | 08-CV-89502 |
| Sienko | Ronald | 09-CV-60481 |
| Simmons | Joseph | 09-CV-64687 |
| Sims | Willie | 08-CV-90226 |
| Simunich | Peter | 08-CV-90115 |
| Sinsabaugh | Loyd | 08-CV-91424 |
| Sjaaheim | Kenneth | 08-CV-91017 |
| Skinner | Jonathon | 08-CV-91883 |
| Skinner | Morrison | 08-CV-89480 |
| Skrobis | Richard | 10-CV-67780 |
| Smaglick | Leroy | 09-CV-60347 |
| Smith | Albert | 10-CV-67651 |
| Smith | James | 10-CV-67674 |
| Smith | John | 08-CV-88581 |
| Smith | Leo | 08-CV-90276 |
| Smith | Orville | 10-CV-68104 |
| Smith | Ronald | 08-CV-90287 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Smith | Russell | 10-CV-68123 |
| Smith | Walter | 08-CV-91409 |
| Smothers | Gilbert | 08-CV-89356 |
| Sobierajski | Thomas | 10-CV-68054 |
| Sodini | Donald | 11-CV-64239 |
| Sorenson | Robert | 09-CV-61436 |
| Soulney | Donald | 08-CV-89476 |
| Spangler | Herbert | 08-CV-91882 |
| Sparks | Ralph | 10-CV-68952 |
| Specht | Walter | 10-CV-67838 |
| Sperry | David | 09-CV-61819 |
| Spurlock | Lloyd | 10-CV-67697 |
| Spychalla | Leonard | 12-CV-60004 |
| Stariha | William | 09-CV-64725 |
| Stephens | John | 09-CV-64733 |
| Stirsman | Elmon | 10-CV-69017 |
| Streber | Thomas | 11-CV-64241 |
| Strek | Ronald | 09-CV-61022 |
| Strerath | William | 11-CV-63496 |
| Streveler | Harold | 09-CV-61030 |
| Strey | Johnold | 09-CV-60493 |
| Strong | Clarence | 09-CV-60335 |
| Strong | Stephen | 10-CV-67790 |
| Stump | Sam | 08-CV-89351 |
| Suhaysik | Raymond | 10-CV-61865 |
| Suoja | Oswald | 09-CV-60256 |
| Sutherlin | James | 10-CV-64565 |
| Suver | James | 08-CV-89352 |
| Svatek | Cyril | 11-CV-64036 |
| Swan | Richard | 09-CV-61358 |

| Last | First | E.D. PA Case No. |
|---|---|---|
| Swift | William | 09-CV-60466 |
| Tackett | Kermit | 10-CV-69011 |
| Taylor | James | 08-CV-91881 |
| Tesmond | Robert | 08-CV-90030 |
| Thomas | Glendel | 08-CV-92206 |
| Tincher | George | 08-CV-89456 |
| Tischer | Daniel | 11-CV-63503 |
| Toon | Lloyd | 08-CV-88707 |
| Tovey | Robert | 08-CV-92133 |
| Travis | Jim | 08-CV-90170 |
| Trivett | Lewis | 09-CV-90822 |
| Trodden | Robert | 08-CV-90119 |
| Troudt | Robert | 09-CV-61491 |
| Turner | Joseph | 08-CV-91417 |
| Turner | Larry | 08-CV-89903 |
| Umnus | Wayne | 10-CV-61459 |
| Unzicker | Leonard | 11-CV-66288 |
| Upchurch | William | 10-CV-68874 |
| Usterbowski | Kenneth | 09-CV-60266 |
| Valetic | Edwin | 09-CV-60327 |
| Van Dolah | Vernon | 08-CV-91880 |
| Van Stippen | Joseph | 11-CV-63483 |
| Vander Lugt | Arthur | 10-CV-67660 |
| Vangeloff | Samuel | 09-CV-61808 |
| Vann | Bernard | 10-CV-62023 |
| Vinke | Charles | 09-CV-61024 |
| Vitaniemi | Albert | 10-CV-68991 |
| Vohs | Gary | 09-CV-61594 |
| Voigt | Chester | 10-CV-67792 |
| Voiles | Carroll | 08-CV-88686 |

| Last | First | E.D. PA Case No. |
|------|-------|------------------|
| Vradenburg | Stanley | 09-CV-62185 |
| Wagner | Edward | 10-CV-67704 |
| Wahner | James | 10-CV-62028 |
| Waldrip | Melville | 08-CV-88491 |
| Walker | Clarence | 08-CV-92136 |
| Walker | Robert | 11-CV-67669 |
| Wallace | Walter | 08-CV-91263 |
| Waltenberg | Claude | 09-CV-61499 |
| Ware | William | 08-CV-92159 |
| Washington | Gardline | 08-CV-90218 |
| Watkins | Jerry | 09-CV-61711 |
| Watkins | Lee | 08-CV-90940 |
| Watson | Harold | 12-CV-60018 |
| Weaver | Henry | 08-CV-91304 |
| Weber | Daniel | 08-CV-92132 |
| Weber | Ronald | 08-CV-91052 |
| Weeks | John | 08-CV-91184 |
| Weiss | Richard | 11-CV-63491 |
| Wenzel | Robert | 09-CV-64694 |
| Werner | Clement | 10-CV-61908 |
| Weyers | Ronald | 09-CV-60377 |
| White | Paul | 09-CV-61033 |
| White | Shirley | 08-CV-90171 |
| Wiker | Philip | 08-CV-92207 |
| Wilbur | Anthony | 10-CV-68913 |
| Willey | Russel | 08-CV-90166 |
| Williams | Bruce | 08-CV-91282 |
| Williams | David | 08-CV-91068 |
| Williams | Eddie | 08-CV-90000 |
| Williams | Ernest | 08-CV-91062 |

| Last | First | E.D. PA Case No. |
|---|---|---|
| Williams | Roosevelt | 10-CV-67691 |
| Willocks | Tommy | 09-CV-64701 |
| Wilson | Bill | 09-CV-61780 |
| Wilson | Harold | 08-CV-90732 |
| Wilson | Irvin | 08-CV-90339 |
| Wilson | Merle | 08-CV-91879 |
| Winslow | Terry | 08-CV-92114 |
| Winter | Oray | 10-CV-61894 |
| Winters | Douglas | 09-CV-61039 |
| Winters | Eddie | 08-CV-91238 |
| Woida | Robert | 10-CV-67766 |
| Woldt | Lowell | 09-CV-60461 |
| Wood | Lawrence | 09-CV-60535 |
| Woodmaster | Charles | 08-CV-91087 |
| Woodruff | Homer | 10-CV-64679 |
| Woods | Dale | 11-CV-66277 |
| Woods | Gerald | 10-CV-61496 |
| Woods | James | 09-CV-62583 |
| Yanke | Wayne | 10-CV-61879 |
| Yantorni | Benjamin | 10-CV-78935 |
| Young | Charles | 09-CV-64642 |
| Zellner | Clifford | 11-CV-66746 |
| Zielinski | Edward | 08-CV-90007 |
| Zimmer | Lawrence | 10-CV-61896 |
| Zunker | Emil | 10-CV-67894 |

**MAILED:**

| | | | | |
|---|---|---|---|---|
| ALBERT BOWER | DEAN PANOS | JENNIFER JOHNSON | MARK JOHNSON | ROBERT SHULTZ |
| AMBER ACHILLES | DEBORAH SOLMOR | JENNIFER SEIDLER | MARK LIABO | ROBERT WILENS |
| ANDREW BOLING | DEIRDRE GALLAGHER | JEROME KRINGS | MARK LIES | ROBERT WRIGHT |
| ANDREW CROSS | DEMARCUS GORDON | JERROD BARENBAUM | MARK RAKOCZY | ROISIN BELL |
| ANDREW KOLB | DENIS RISCHARD | JILL RAKAUSKI | MARK ROSEN | RONALD CURTIS |
| ANDREW LEVINE | DENNIS DOBBELS | JOAN IRICK | MATTHEW LEE | RONALD LIPINSKI |
| ANDREW STUART | DENNIS GRABER | JOAN PHILLIPS | MAUREEN KELLY | RONALD WELDY |
| ANDREW WOLF | DENNIS SULLIVAN | JOEL POOLE | MAUREEN MUNRO | ROSEANNE LOFTUS |
| ANNE STINNEFORD | DEREK SMITH | JOHN CHILDERS | MEANITH HUON | RUSSELL HOOVER |
| ANTHONY BARONE | DEVLIN SCHOOP | JOHN DAMES | MELISSA SKILKEN | SCOTT KYROUAC |
| ARTHUR RADKE | DONALD BROAD | JOHN DIXON | MEREDITH HUDGENS | SEAN MACK |
| BARRY ROBIN | EDWARD BENCHIK | JOHN EMERY | MICHAEL BISHOP | STACEY SENECZKO |
| BEAU SEFTON | EDWARD HARNEY | JOHN FREY | MICHAEL CIESLEWICZ | STEPHAN ROTH |
| BILLEE WARD | EDWARD RUBERRY | JOHN MCDAVID | MICHAEL CONNELLY | STEPHEN KAUFMANN |
| BRADLEY FALKOF | ELIZABETH HARVEY | JOHN OSTOJIC | MICHAEL FLYNN | STEPHEN KRAVIT |
| BRIAN CAHILL | EUGENE MILLER | JOHN O'SULLIVAN | MICHAEL HENNIG | STEPHEN MAASSEN |
| BRIAN EBENER | FRANCIS MORRISSEY | JOHN RUSHING | MICHAEL HUGHES | STEVEN CELBA |
| BRIAN FIELDS | GARY SMITH | JOHN STUCKEY | MICHAEL JASSAK | STEVEN SANDERS |
| BRIAN PLEGGE | GEORGE SENTENEY | JOMARIE FREDERICKS | MICHAEL KAEDING | STEVEN SCHNACK |
| BRUCE KAMPLAIN | GEORGE SOULE | JOSEF HORTER | MICHAEL KOKAL | SUSAN GUNTY |
| BRUCE MARR | GREGORY CERULO | JOSEPH O'HARA | MICHAEL MOODY | SUSAN HUNTER |
| C. KOEBELE | GUS SACOPULOS | JOSEPH SHANNON | MICHAEL OBERMAN | TANYA BELL |
| CAROL PRYGROSKY | HEIDI OERTLE | JOSEPH WITEK | MICHAEL O'ROURKE | TERENCE SELBY |
| CAROL TATE | J. FITZGERALD | JOSHUA MURPHY | MICHAEL TERWILLIGER | THADDEUS STANKOWSKI |
| CATHERINE NOVACK | J. GASS | JUAN RAMIREZ | MICHELLE MONTGOMERY | THERESE KELLY |
| CECILIA MCCORMACK | JACK BLOCK | K. CAREY | MURRAY ABOWITZ | THOMAS BOSWELL |
| CHARLES BOHL | JACQUELYN CHAMPAGNE | KARL KOONS | NORA PLATT | THOMAS EHRHARDT |
| CHARLES DARGO | JAMES CULHANE | KATHERINE GRAF | PAMELA PAIGE | THOMAS MEYER |
| CHARLES REITER | JAMES FIEWEGER | KEITH HAYS | PATRICK HAGGERTY | THOMAS MIXDORF |
| CHRISTOPHER RAISTRICK | JAMES HAFELE | KEITH KINNEY | PATRICK MCKENNA | THOMAS MURRAY |
| CIARA FROST | JAMES HICKEY | KELLY CHERF | PATRICK PHILLIPS | THOMAS WILSON |
| CLARKE GILLESPIE | JAMES PECKERT | KELLY MCCLOSKEY | PAUL HEATON | TIMOTHY BROWN |
| CREED TUCKER | JAMES REIHER | KENNETH GORENBERG | PETER CARLSON | TIMOTHY FAGAN |
| D. GLOOR | JAMES SNYDER | KEVIN DUCKWORTH | PETER HATTON | TIMOTHY GARDNER |
| DANIEL CHEELY | JAMES TOOHEY | KEVIN LONG | PETER HICKEY | TIMOTHY HARRIS |
| DANIEL FARROLL | JAMES WESTON | KEVIN REID | R. MUTH | TIMOTHY UEBER |
| DANIEL LATHAM | JAMES WHEELER | KRISTIN ACHTERHOF | R. STOMMEL | TOM ROTH |
| DANIEL OVERBEY | JAMES WILLIAMS | KRISTINE KRAFT | RICHARD BAKER | VANI SINGHAL |
| DAVID ANDERSON | JAN DODD | LAURA O'CONNELL | RICHARD BOLTON | VICTOR LAZZARETTI |
| DAVID BARTEL | JAY STARRETT | LAURE FLANIKEN | RICHARD CHAPIN | VICTORIA NILLES |
| DAVID COLLINS | JEFFERY MATTHEWS | LEE BAKER | RICHARD EWING | W. WELSH |
| DAVID JONES | JEFFREY JANIK | LEON TODD | RICHARD HAAS | WILLIAM BURNHAM |
| DAVID MORRIS | JEFFREY MCKEAN | LEONARD WAGNER | RICHARD HUSER | WILLIAM EHRKE |
| DAVID MUELLER | JEFFREY REEL | LIMO CHERIAN | RICHARD LONG | WILLIAM HASSLER |
| DAVID ROLF | JEFFREY SCHMECKPEPER | LINDA GRAFT | RICHARD STEINKEN | WILLIAM MCGRATH |
| DAVID SLAVKIN | JEFFREY ZIPES | LISA WARWICK | ROBERT HALEY | WILLIS HUIRAS |
| | JENNIFER FARDY | LORI YOKOYAMA | ROBERT KOPKA | ZANE LUCAS |
| | | | ROBERT LANCASTER | ZENAIDA FALCON |

**E-MAILED:**

| | | | | |
|---|---|---|---|---|
| ADAM JAGADICH | DAVID JONES | JEROME FERIANCEK | MARK LUDOLPH | RONALD AUSTIN |
| ADAM LAGOCKI | DAVID KELLEHER | JILL FELKINS | MARK SAMPSON | RONALD HACK |
| AHNDREA VANDENELZEN | DAVID NILLES | JOEL SPITZ | MARK TIVIN | RUSSELL KLINGAMAN |
| ALAN ZELKOWITZ | DAVID SCOUTON | JOHN ARRANZ | MARSHELLE DAWKINS BROADWELL | RUSSELL SCOTT |
| ALBERT PARNELL | DAVID SETTER | JOHN BABIONE | MARTHA REGGI | SANJAY SHIVPURI |
| ALLEN VAUGHAN | DAVID SZLANFUCHT | JOHN CANONI | MARY ANN HATCH | SARAH PAGELS |
| AMANDA SUMMERLIN | DAVID TEMPLE | JOHN DOUGLAS | MARY GAY | SCOTT HENRY |
| AMIEL GROSS | DAVID YBARRA | JOHN FONSTAD | MATTHEW FISCHER | SCOTT SIMPKINS |
| AMY MILES | DEMETRA CHRISTOS | JOHN FRANKE | MATTHEW JARDINE | SCOTT THOMSEN |
| ANDREW DETHERAGE | DENNIS CANTRELL | JOHN HALPIN | MATTHEW THIBODEAU | SEAN FERGUS |
| ANDREW VOSS | DERRICK HADDOX | JOHN HELLER | MEGAN MURRAY | SEAN SHEEHAN |
| ANITA KIDD | DONALD CARLSON | JOHN KENT | MELANIE KING | SHAWANE LEE |
| ANTHONY GOLDNER | DONALD ORZESKE | JOHN KUROWSKI | MICAH INLOW | SHAWN BABIUCH |
| BARBARA BUBA | DONALD WARD | JOHN LAFFEY | MICHAEL ANTIKAINEN | SHEHZAD HASAN |
| BARRY SHORT | DOUGLAS KING | JOHN MCCANTS | MICHAEL BERGIN | SHEILA BIRNBAUM |
| BASIL DISIPIO | DOUGLAS POLAND | JOHN SEEBOHM | MICHAEL BLOCK | STEPHEN BUSCH |
| BRADLEY NAHRSTADT | DOUGLAS PROCHNOW | JOHN SHEFFER | MICHAEL CASCINO | STEPHEN JENKINS |
| BRETT LARSEN | DREW ODUM | JOHN SON | MICHAEL DENNING | STEPHEN MILOTT |
| BRIAN WATSON | EDWARD CASMERE | JOHN WALLER | MICHAEL DRUMKE | STEPHEN SCHWARTZ |
| BRUCE CLARK | EDWARD CRANE | JON BAROOSHIAN | MICHAEL ROSENBERG | STEVEN BARBER |
| BRUCE LYON | EDWARD KENNEY | JON FREDRICKSON | MICHAEL TRUCCO | STEVEN BESHORE |
| BRYAN SKELTON | EDWARD MACCABE | JON GOLDWOOD | MICHAEL ZUKOWSKI | STEVEN CARLSON |
| BRYCE BENNETT | EDWARD MATUSHEK | JONATHAN LIVELY | MITCHELL MOSER | STEVEN HART |

Order re Plffs Objections 5.29.12.xlsx

**E-MAILED(con't):**

C. DOUGLAS
C. EVERT
CARMEN ANDERSON
CAROL PERKINS
CAROL ZUCKERMAN
CATHERINE CARLSON
CATHERINE MOHAN
CATHY MOLCHIN
CHAN MCLEOD
CHARLES JOLEY
CHRISTI JONES
CHRISTOPHER BANASZAK
CHRISTOPHER CONRAD
CHRISTOPHER LARSON
CHRISTOPHER LEE
CHRISTOPHER P.BANASZAK
CHRISTOPHER STEPHEN
CHRISTOPHER TRIBLE
CLARE MAISANO
CLARE RUSH
CONNIE POSTELLI
CRAIG LILJESTRAND
CURTIS BAILEY
CYNTHIA LOCKE
DANIEL DONAHUE
DANIEL ELGER
DANIEL GRIFFIN
DANIEL JARDINE
DANIEL LONG
DANIEL MANNA
DANIEL MCGRATH
DANIEL MULHOLLAND
DANIEL O'CONNELL
DANIEL RUSTMANN
DANIEL TRACHTMAN
DAVID CYR
DAVID DAMICO
DAVID DOGAN
DAVID FANNING
DAVID HENDRICKSON

EDWARD MCCAMBRIDGE
EDWARD STUKES
EMILY ZAPOTOCNY
ERIC CARLSON
EVAN EISNER
FORREST WILKES
FREDERICK MUELLER
G. BRUCH
GARY SMITH
GEORGE KISER
GERMAINE WILLETT
GREGORY COCHRAN
GREGORY GOLDBERG
GREGORY LYONS
GREGORY MCNAMEE
HOWARD MORRIS
J. BRADLEY
J. MALONEY
JAMES BOYERS
JAMES CARTER
JAMES DENIS
JAMES JACOBSON
JAMES KASPER
JAMES MORRISON
JAMES MURRAY
JAMES NIQUET
JAMES WYNNE
JAMIE YADGAROFF
JANELLE LINDER
JASON KENNEDY
JASON MOHR
JASON RUBIN
JEFFERY FERTL
JEFFREY FECHT
JEFFREY HEBRANK
JEFFREY ROGERS
JENNIFER BLACKWELL
JENNIFER KALAS
JENNIFER STUDEBAKER
JENNIFER WATSON

JONATHAN MATTINGLY
JONATHAN PARRINGTON
JONATHAN ZWEIZIG
JOSEPH CAGNOLI
JOSEPH KRASOVEC
JOSEPH REJANO
JOSEPH SULLIVAN
JOSHUA JOHANNINGMEIER
JOSHUA LEE
JOSHUA SCHEETS
JULIE HOWIE
KATHERINE SPITZ
KATHRYN DOWNEY
KAYCE GISINGER
KENT PLOTNER
KENT ROGERS
KEVIN KNIGHT
KEVIN OWENS
KHALAF KHALAF
KIMBERLY HILLMAN
KIMBERLY SARFF
KIRK HARTLEY
KNIGHT ANDERSON
KRISTINA LEMANSKI
KURT REITZ
KURTIS REEG
KYLE MANSFIELD
LANCE MUELLER
LAUREL JOHNSON
LAURIE MCLEROY
LAURIE RANDOLPH
LESLEY SHERMETA
LISA CORWIN
LISA DILLMAN
M. GRANT
MAGGIE NIGRO
MAJA EATON
MARGARET BYRNE
MARGARET FOSTER
MARK DESROCHERS
MARK FELDMANN
MARK HITT

MITCHELL PINSLY
NATHAN FRONK
NATHAN QUAGLIA
NEAL MCQUEENEY
NICHOLAS NIZAMOFF
NICOLE BEHNEN
NORA GIERKE
OLLIE HARTON
PATRICK FINNEGAN
PATRICK LAMB
PATRICK STUFFLEBEAM
PATRICK WELLS
PAUL O'FLAHERTY
PAUL WOJCICKI
PETER MARKS
PETER MCKENNA
PETER MOIR
RAYMOND FOURNIE
RAYMOND MODESITT
REED SUGG
RENEE MORTIMER
RICHARD BIEDRZYCKI
RICHARD BOYLE
RICHARD LAUTH
RICHARD RIEGNER
RICHARD SCHUSTER
RICK SHEA
ROBERT BUNDA
ROBERT LONG
ROBERT MCCOY
ROBERT MEYER
ROBERT PISANI
ROBERT RALEIGH
ROBERT RILEY
ROBERT SANDS
ROBERT SCHMIEDER
ROBERT SCHROEDER
ROBERT SCOTT
ROBERT SPINELLI
ROBERT SPITKOVSKY
ROBERT WILKINSON
ROGER HEIDENREICH

STEVEN KIRSCH
STEVEN SCOTT
SUSAN HENDERSON
SUSAN MEHRINGER
TEIRNEY CHRISTENSON
THEODORE HOVDA
THOMAS CANNON
THOMAS GILLIGAN
THOMAS GONZALEZ
THOMAS HAYES
THOMAS KERNELL
THOMAS NORBY
THOMAS ORRIS
THOMAS SCHMITZER
THOMAS SCHOBER
THOMAS SCHRIMPF
THOMAS TARDY
THOMAS THIBODEAU
TIFFANY TURNER
TIMOTHY KAPSHANDY
TIMOTHY KRIPPNER
TIMOTHY MURPHY
TIMOTHY PAGEL
TIMOTHY PIKE
TOBIN TAYLOR
TRACY COWAN
TREVOR WILL
VIRGINIA GIOKARIS
W. REBER
W. SIESENNOP
WALTER WATKINS
WARD BROWN
WAYNE MARVEL
WILLIAM CROKE
WILLIAM MAHONEY
WILLIAM MILLS
WILLIAM SERRITELLA
WILLIAM SHENKENBERG
WILLIAM SHULTZ
WILLIAM SMITH
WILLIAM WENDLING
WILLIS TRIBLER