**BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION**

**In re: Asbestos Products Liability Litigation MDL No. 875**

*Roberts v. A.W. Chesterton Co., et al.* IL-N, 3:12-cv-50429 CTO-543

### Proof of Service

I hereby certify that a copy of Defendant CBS Corporation, A Delaware Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corporation, A Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation, General Electric Company, and Owens-Illinois, Inc. d/b/a O-I's Response In Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 543 was served via U.S. Mail to the following:

Clerk; Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

and via electronic notification to all counsel appearing in this case as follows:

| | |
|---|---|
| Michael Peter Cascino Cascino Vaughan Law Offices, Ltd. 220 South Ashland Avenue Chicago, IL 60607 (312) 944-0600 Email: ecf.cvlo@gmail.com<br>Counsel for Plaintiff | Adam J. Jagdish Segal, McCambridge, Singer & Mahoney 233 South Wacker Drive Suite 5500 Chicago, IL 60606 (312) 645-7800 Fax: (312) 645-7711 Email: ajagadich@smsm.com<br>Counsel for A.W. Chesterton Company |
| Emily Zapotocny Segal McCambridge Singer & Mahoney, Ltd. Sears Tower 233 S. Wacker Drive, Ste 5500 Chicago, IL 60606 312-645-8438 Email: ezapotocny@smsm.com<br>Counsel for A.W. Chesterton | Jacob D. Sawyer Foley & Mansfield, PLLP 55 W. Monroe Suite 3430 Chicago, IL 60603 (312) 254-3800 Email: jsawyer@foleymansfield.com<br>Counsel for CBS Corporation |
| Maja C. Eaton Sidley Austin LLP One South Dearborn Street Chicago, IL 60603 (312) 853-7000 Email: meaton@sidley.com<br>Counsel for General Electric Company | Jeffrey Michael Schieber Sidley Austin LLP 1 South Dearborn Chicago, IL 60603 (312) 853-7925 Email: jschieber@sidley.com<br>Counsel for General Electric Company |
| John Anthony Fonstad Sidley Austin LLP One South Dearborn Chicago, IL 60603 (312) 853-0752 Email: jfonstad@sidley.com<br>Counsel for General Electric Company | Brian O'Connor Watson Schiff Hardin LLP 233 South Wacker Drive Suite 6600 Chicago, IL 60606 312-258-5500 Fax: 312-258-5600 Email: bwatson@schiffhardin.com<br>Counsel for Owens-Illinois, Inc. |

| | |
|---|---|
| Edward M. Casmere Schiff Hardin, LLP 233 S. Wacker Dr Suite 6600 Chicago, IL 60606 312-258-5500 Email: ecasmere@schiffhardin.com Counsel for Owens-Illinois, Inc. | Matthew John Fischer Schiff Hardin LLP 233 South Wacker Drive Suite 6600 Chicago, IL 60606 312-258-5500 Fax: 312-258-5700 Email: mfischer@schiffhardin.com Counsel for Owens-Illinois, Inc. |

THIS, the 25th day of February, 2013.

//s// Jennifer M. Studebaker
Jennifer M. Studebaker (MSBN # 10433)
Forman Perry Watkins Krutz & Tardy LLP
P.O. Box 22608
Jackson, MS 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-8613