UNITED STATES DISTRICT COURT
**EASTERN DISTRICT OF PENNSYLVANIA**

# MDL-875
# Asbestos Products Liability Litigation
## Caseload Statistics
Office of the Clerk of Court

August 1, 2006 - January 31, 2013

Michael E. Kunz
Clerk of Court



EXHIBIT D

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL-875 - IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

## CUMULATIVE TOTALS
8/1/2006 - 1/31/2013

|  | CASES TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | | CASES PENDING IN EDPA |
|---|---|---|---|---|
| 8/1/2006 - 10/31/2008 | 53,804 | 1,985 | AS OF 10/31/2008 | 51,819 |
| 11/1/2008 - 12/31/2009 | 44,779 | 44,553 | AS OF 12/31/2009 | 52,045 |
| 1/1/2010 - 12/31/2010 | 46,939 | 79,245 | AS OF 12/31/2010 | 19,739 |
| 1/1/2011 - 12/31/2011 | 38,779 | 47,485 | AS OF 12/31/2011 | 11,033 |
| 1/1/2012 - 12/31/2012 | 2,143 | 6,996 | AS OF 12/31/2012 | 6,180 |
| 1/1/2013 - 1/31/2013 | 14 | 62 | AS OF 1/31/2013 | 6,132 |
| TOTAL 8/1/2006 - 1/31/2013 | 186,458 | 180,326 | AS OF 1/31/2013 | 6,132 |

## LAND AND MARDOC CASELOAD
8/1/2006 - 1/31/2013

|  | CASES TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | | CASES PENDING IN EDPA |
|---|---|---|---|---|
| LAND CASES | 123,112 | 120,191 | AS OF 1/31/2013 | 2,921 |
| MARDOC CASES | 63,346 | 60,135 | AS OF 1/31/2013 | 3,211 |
| TOTAL 8/1/2006 - 1/31/2013 | 186,458 | 180,326 | AS OF 1/31/2013 | 6,132 |

## CASES AND CLAIMS CASELOAD
11/1/2008 - 1/31/2013

|  | TRANSFERS | | TERMINATIONS | | PARTIAL TERMINATIONS BANKRUPTCY DOCKET | C.T.O.S AND TRANSFERS FROM MDL PANEL | |
|---|---|---|---|---|---|---|---|
|  | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE |  | ORDERS | CASES |
| 11/1/2008 - 12/31/2009 | 44,779 | 2,387,786 | 44,553 | 5,570,283 | 19,867 | 26 | 1,525 |
| 1/1/2010 - 12/31/2010 | 46,939 | 1,131,879 | 79,245 | 3,315,845 | 65,125 | 31 | 430 |
| 1/1/2011 - 12/31/2011 | 38,779 | 989,576 | 47,485 | 511,634 | 32,589 | 136 | 891 |
| 1/1/2012 - 12/31/2012 | 2,143 | 8,632 | 6,996 | 148,680 | 2,744 | 64 | 150 |
| 1/1/2013 - 1/31/2013 | 14 | 1,059 | 62 | 3,924 | 3 | 2 | 2 |
| TOTAL 11/1/2008 - 1/31/2013 | 132,654 | 4,518,932 | 178,341 | 9,550,366 | 120,328 | 259 | 2,998 |

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL-875 - IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | PARTIAL TERMINATIONS BANKRUPTCY DOCKET | C.T.O.S AND ORDERS | TRANSFERS FROM MDL PANEL CASES |
|---|---|---|---|---|---|---|---|
| NOVEMBER 2008 | 522 | 33,982 | 2 | 2,304 | 7 | 1 | 150 |
| DECEMBER 2008 | 1,215 * | 16,112 | 12 | 4,278 | 33 | 2 | 13 |
| JANUARY 2009 | 2,795 | 72,511 | 0 | 10,681 | 0 | 1 | 144 |
| FEBRUARY 2009 | 475 | 35,222 | 5,184 | 216,095 | 428 | 2 | 421 |
| MARCH 2009 | 2,652 | 40,890 | 1,462 | 282,683 | 598 | 2 | 140 |
| APRIL 2009 | 2,328 | 51,932 | 3,164 | 149,129 | 749 | 2 | 80 |
| MAY 2009 | 1,841 | 71,401 | 5,876 | 1,151,139 | 3,982 | 1 | 85 |
| JUNE 2009 | 6,087 | 145,735 | 6,557 | 146,093 | 1,833 | 2 | 99 |
| JULY 2009 | 4,461 * | 114,537 | 4,736 | 404,157 | 3,303 | 2 | 47 |
| AUGUST 2009 | 5,789 | 971,937 | 3,876 | 60,009 | 1,689 | 3 | 139 |
| SEPTEMBER 2009 | 11,756 | 643,476 | 2,724 | 2,474,855 | 1,452 | 1 | 34 |
| OCTOBER 2009 | 2,147 | 93,632 | 5,553 | 435,802 | 3,110 | 3 | 58 |
| NOVEMBER 2009 | 888 | 53,768 | 2,652 | 77,986 | 1,768 | 1 | 74 |
| DECEMBER 2009 | 1,823 | 42,651 | 2,755 | 155,072 | 915 | 3 | 41 |
| TOTAL 11/1/2008 - 12/31/2009 | 44,779 | 2,387,786 | 44,553 | 5,570,283 | 19,867 | 26 | 1,525 |

* EACH INCLUDE 1 NEW CASE WITH ORIGINAL JURISDICTION

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL-875 - IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

## LAND CASES

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | PARTIAL TERMINATIONS BANKRUPTCY DOCKET | C.T.O.S AND TRANSFERS FROM MDL PANEL ORDERS | CASES |
|---|---|---|---|---|---|---|---|
| JANUARY 2010 | 313 | 12,185 | 2,828 | 59,644 | 821 | 2 | 72 |
| FEBRUARY 2010 | 1,188 | 21,427 | 898 | 44,821 | 547 | 1 | 3 |
| MARCH 2010 | 93 | 2,370 | 7,839 | 647,192 | 6,504 | 2 | 77 |
| APRIL 2010 | 4,516 | 218,523 | 4,341 | 235,284 | 577 | 3 | 55 |
| MAY 2010 | 2,497 * | 75,420 | 8,973 | 553,430 | 6,641 | 3 | 42 |
| JUNE 2010 | 1,060 | 6,321 | 12,680 | 1,071,056 | 5,659 | 2 | 28 |
| JULY 2010 | 226 | 25,410 | 4,899 | 111,232 | 1,428 | 2 | 24 |
| AUGUST 2010 | 165 | 16,641 | 2,940 | 95,825 | 1,296 | 3 | 23 |
| SEPTEMBER 2010 | 1,931 | 33,072 | 700 | 7,714 | 391 | 2 | 23 |
| OCTOBER 2010 | 2,485 | 101,484 | 1,270 | 23,659 | 412 | 2 | 16 |
| NOVEMBER 2010 | 175 | 16,400 | 584 | 12,167 | 463 | 4 | 41 |
| DECEMBER 2010 | 1,729 | 69,633 | 378 | 8,884 | 252 | 5 | 26 |
| TOTAL 1/1/2010 - 12/31/2010 | 16,378 * | 598,886 | 48,330 | 2,870,908 | 24,991 | 31 | 430 |

* INCLUDES 1 NEW CASE WITH ORIGINAL JURISDICTION

## MARDOC CASES

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | PARTIAL TERMINATIONS BANKRUPTCY DOCKET | C.T.O.S AND TRANSFERS FROM MDL PANEL ORDERS | CASES |
|---|---|---|---|---|---|---|---|
| JANUARY 2010 | 900 | 93,896 | 109 | 11,065 | 147 | 0 | 0 |
| FEBRUARY 2010 | 3,810 | 3,774 | 47 | 70,842 | 0 | 0 | 0 |
| MARCH 2010 | 2,822 | 13,191 | 0 | 14,545 | 35 | 0 | 0 |
| APRIL 2010 | 340 | 8,401 | 482 | 14,545 | 0 | 0 | 0 |
| MAY 2010 | 6 | 6 | 0 | 0 | 0 | 0 | 0 |
| JUNE 2010 | 687 | 217,527 | 175 | 2,423 | 0 | 0 | 0 |
| JULY 2010 | 1,115 | 147,565 | 992 | 77,351 | 11,745 | 0 | 0 |
| AUGUST 2010 | 11,238 | 29,593 | 10,580 | 21,186 | 10,447 | 0 | 0 |
| SEPTEMBER 2010 | 3,084 | 6,726 | 3,694 | 6,726 | 0 | 0 | 0 |
| OCTOBER 2010 | 2,048 | 2,946 | 2,397 | 4,093 | 0 | 0 | 0 |
| NOVEMBER 2010 | 3,794 | 6,588 | 3,792 | 14,212 | 9,712 | 0 | 0 |
| DECEMBER 2010 | 717 | 2,780 | 8,647 | 207,949 | 8,048 | 0 | 0 |
| TOTAL 1/1/2010 - 12/31/2010 | 30,561 | 532,993 | 30,915 ** | 444,937 | 40,134 ** | 0 | 0 |

** AN ADDITIONAL 17,914 CASES HAVE BEEN DISMISSED. THESE CASES WILL BE TRANSFERRED FROM OH-N TO PA-E AND DISMISSED STARTING JULY, 2011, AND WILL BE INCLUDED IN THE CURRENT STATISTICAL YEAR.

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL-875 - IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

**LAND CASES**

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | PARTIAL TERMINATIONS BANKRUPTCY DOCKET | C.T.O.S AND TRANSFERS FROM MDL PANEL ORDERS | CASES |
|---|---|---|---|---|---|---|---|
| JANUARY 2011 | 98 * | 6,042 | 1,490 | 59,532 | 521 | 5 | 24 |
| FEBRUARY 2011 | 1,037 * | 16,987 | 4,233 | 117,555 | 192 | 13 | 28 |
| MARCH 2011 | 2,426 * | 51,360 | 3,035 | 40,858 | 4,058 | 14 | 73 |
| APRIL 2011 | 717 * | 14,901 | 3,249 | 65,555 | 1,365 | 14 | 32 |
| MAY 2011 | 2,084 | 6,920 | 741 | 18,105 | 318 | 8 | 65 |
| JUNE 2011 | 509 | 16,035 | 615 | 9,263 | 349 | 16 | 90 |
| JULY 2011 | 29 * | 317 | 1,383 | 34,128 | 97 | 10 | 25 |
| AUGUST 2011 | 603 | 3,724 | 3,302 | 26,962 | 1,403 | 12 | 82 |
| SEPTEMBER 2011 | 494 * | 1,599 | 1,301 | 56,788 | 581 | 11 | 42 |
| OCTOBER 2011 | 82 | 749 | 90 | 2,699 | 14 | 11 | 28 |
| NOVEMBER 2011 | 101 | 3,074 | 473 | 10,684 | 879 | 14 | 26 |
| DECEMBER 2011 | 78 | 398 | 484 | 24,703 | 255 | 5 | 13 |
| TOTAL 1/1/2011 - 12/31/2011 | 8,258 | 122,106 | 20,396 | 466,832 | 10,032 | 133 | 528 |

* INCLUDES NEW CASES WITH ORIGINAL JURISDICTION
(JANUARY - 1 CASE, FEBRUARY - 2 CASES, MARCH - 3 CASES, APRIL - 1 CASE, JULY - 1 CASE, SEPTEMBER - 1 CASE)

**MARDOC CASES**

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | PARTIAL TERMINATIONS BANKRUPTCY DOCKET | C.T.O.S AND TRANSFERS FROM MDL PANEL ORDERS | CASES |
|---|---|---|---|---|---|---|---|
| JANUARY 2011 | 324 | 35,622 | 83 | 83 | 70 | 0 | 0 |
| FEBRUARY 2011 | 1,451 | 402,946 | 147 | 261 | 0 | 0 | 0 |
| MARCH 2011 | 1,024 | 249,494 | 6 | 65 | 0 | 0 | 0 |
| APRIL 2011 | 931 | 106,812 | 329 | 2,343 | 0 | 0 | 0 |
| MAY 2011 | 293 | 27,453 | 300 | 1,102 | 0 | 0 | 0 |
| JUNE 2011 | 1 | 360 | 3 | 32 | 0 | 0 | 0 |
| JULY 2011 | 7,102 | 9,865 | 6,427 | 9,865 | 0 | 0 | 0 |
| AUGUST 2011 | 4,802 | 6,653 | 5,463 | 8,204 | 11,931 | 2 | 90 |
| SEPTEMBER 2011 | 2,338 | 3,781 | 2,214 | 4,009 | 2,283 | 0 | 0 |
| OCTOBER 2011 | 5,196 | 8,314 | 4,522 | 8,314 | 5,288 | 0 | 0 |
| NOVEMBER 2011 | 6,832 | 15,889 | 916 | 916 | 0 | 1 | 273 |
| DECEMBER 2011 | 227 | 281 | 6,679 | 9,608 | 2,985 | 0 | 0 |
| TOTAL 1/1/2011 - 12/31/2011 | 30,521 | 867,470 | 27,089 | 44,802 | 22,557 | 3 | 363 |

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL-875 - IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

## LAND CASES

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | PARTIAL TERMINATIONS BANKRUPTCY DOCKET | C.T.O.S AND TRANSFERS FROM MDL PANEL ORDERS | CASES |
|---|---|---|---|---|---|---|---|
| JANUARY 2012 | 47 | 762 | 241 | 7,221 | 40 | 7 | 20 |
| FEBRUARY 2012 | 25 * | 250 | 594 | 17,754 | 133 | 9 | 15 |
| MARCH 2012 | 92 * | 328 | 159 | 19,703 | 15 | 7 | 13 |
| APRIL 2012 | 84 | 382 | 1,246 | 10,373 | 1,152 | 7 | 15 |
| MAY 2012 | 31 | 188 | 988 | 10,377 | 927 | 7 | 12 |
| JUNE 2012 | 14 | 298 | 350 | 3,222 | 18 | 1 | 4 |
| JULY 2012 | 40 * | 426 | 423 | 7,632 | 0 | 6 | 11 |
| AUGUST 2012 | 41 * | 769 | 418 | 7,534 | 49 | 9 | 11 |
| SEPTEMBER 2012 | 8 | 99 | 191 | 1,687 | 40 | 4 | 4 |
| OCTOBER 2012 | 10 * | 477 | 77 | 3,093 | 2 | 2 | 6 |
| NOVEMBER 2012 | 6 * | 110 | 118 | 825 | 2 | 0 | 0 |
| DECEMBER 2012 | 10 | 44 | 63 | 1,003 | 2 | 1 | 1 |
| TOTAL 1/1/2012 - 12/31/2012 | **408** | **4,133** | **4,868** | **90,424** | **2,380** | **60** | **112** |

* INCLUDES NEW CASES WITH ORIGINAL JURISDICTION
(FEBRUARY - 1 CASE, MARCH - 1 CASE, JULY - 1 CASE, AUGUST - 1 CASE, OCTOBER - 1 CASE, NOVEMBER - 2 CASES)

## MARDOC CASES

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | PARTIAL TERMINATIONS BANKRUPTCY DOCKET | C.T.O.S AND TRANSFERS FROM MDL PANEL ORDERS | CASES |
|---|---|---|---|---|---|---|---|
| JANUARY 2012 | 5 | 12 | 100 | 10,753 | 72 | 1 | 2 |
| FEBRUARY 2012 | 1 | 1 | 3 | 305 | 1 | 1 | 24 |
| MARCH 2012 | 1 | 122 | 14 | 2,292 | 3 | 0 | 0 |
| APRIL 2012 | 2 | 248 | 0 | 670 | 0 | 1 | 4 |
| MAY 2012 | 1 | 1 | 1 | 165 | 0 | 0 | 0 |
| JUNE 2012 | 25 | 161 | 25 | 381 | 10 | 1 | 8 |
| JULY 2012 | 0 | 0 | 2 | 7,403 | 0 | 0 | 0 |
| AUGUST 2012 | 10 | 10 | 1,702 | 2,342 | 0 | 0 | 0 |
| SEPTEMBER 2012 | 1,677 | 3,360 | 0 | 1,253 | 0 | 0 | 0 |
| OCTOBER 2012 | 1 | 1 | 55 | 727 | 56 | 0 | 0 |
| NOVEMBER 2012 | 9 | 577 | 101 | 19,059 | 100 | 0 | 0 |
| DECEMBER 2012 | 3 | 6 | 125 | 12,906 | 122 | 0 | 0 |
| TOTAL 1/1/2012 - 12/31/2012 | **1,735** | **4,499** | **2,128** | **58,256** | **364** | **4** | **38** |

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL-875 - IN RE: Asbestos Products Liability Litigation (No.VI)
TRANSFERRED ON 7/29/1991
PENNSYLVANIA EASTERN

### LAND CASES

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | PARTIAL TERMINATIONS BANKRUPTCY DOCKET | C.T.O.S AND TRANSFERS FROM MDL PANEL ORDERS | CASES |
|---|---|---|---|---|---|---|---|
| JANUARY 2013 | 11 * | 825 | 59 | 592 | 0 | 2 | 2 |
| FEBRUARY 2013 | | | | | | | |
| MARCH 2013 | | | | | | | |
| APRIL 2013 | | | | | | | |
| MAY 2013 | | | | | | | |
| JUNE 2013 | | | | | | | |
| JULY 2013 | | | | | | | |
| AUGUST 2013 | | | | | | | |
| SEPTEMBER 2013 | | | | | | | |
| OCTOBER 2013 | | | | | | | |
| NOVEMBER 2013 | | | | | | | |
| DECEMBER 2013 | | | | | | | |
| TOTAL 1/1/2013 - 12/31/2013 | 11 | 825 | 59 | 592 | 0 | 2 | 2 |

\* INCLUDES NEW CASES WITH ORIGINAL JURISDICTION
(JANUARY - 5 CASES)

### MARDOC CASES

| | CASES TRANSFERRED TO EDPA | CLAIMS TRANSFERRED TO EDPA | CASES TERMINATED IN EDPA | CLAIMS TERMINATED NATIONWIDE | PARTIAL TERMINATIONS BANKRUPTCY DOCKET | C.T.O.S AND TRANSFERS FROM MDL PANEL ORDERS | CASES |
|---|---|---|---|---|---|---|---|
| JANUARY 2013 | 3 | 234 | 3 | 3,332 | 3 | 0 | 0 |
| FEBRUARY 2013 | | | | | | | |
| MARCH 2013 | | | | | | | |
| APRIL 2013 | | | | | | | |
| MAY 2013 | | | | | | | |
| JUNE 2013 | | | | | | | |
| JULY 2013 | | | | | | | |
| AUGUST 2013 | | | | | | | |
| SEPTEMBER 2013 | | | | | | | |
| OCTOBER 2013 | | | | | | | |
| NOVEMBER 2013 | | | | | | | |
| DECEMBER 2013 | | | | | | | |
| TOTAL 1/1/2013 - 12/31/2013 | 3 | 234 | 3 | 3,332 | 3 | 0 | 0 |

UNITED STATES DISTRICT COURT
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL-875 - IN RE: Asbestos Products Liability Litigation (No.VI)
PENNSYLVANIA EASTERN
8/1/2006 - 1/31/2012

| DISTRICT COURT | CASES FILED | CASES TERMINATED | CASES PENDING |
|---|---|---|---|
| **DC** | **34** | **34** | **0** |
| District of Columbia | 34 | 34 | 0 |
| **1ST CIRCUIT** | **2,832** | **2,827** | **5** |
| Maine | 277 | 277 | 0 |
| Massachusetts | 2,065 | 2,065 | 0 |
| New Hampshire | 130 | 129 | 1 |
| Puerto Rico | 77 | 77 | 0 |
| Rhode Island | 283 | 279 | 4 |
| **2ND CIRCUIT** | **26,276** | **26,166** | **110** |
| Connecticut | 1,379 | 1,297 | 82 |
| New York Eastern | 6,924 | 6,923 | 1 |
| New York Northern | 344 | 344 | 0 |
| New York Southern    LAND | 10,227 | 10,204 | 23 |
| New York Southern    MARDOC | 6,959 | 6,955 | 4 |
| New York Western | 441 | 441 | 0 |
| Vermont | 2 | 2 | 0 |
| **3RD CIRCUIT** | **10,182** | **10,136** | **46** |
| Delaware | 460 | 458 | 2 |
| New Jersey | 828 | 821 | 7 |
| Pennsylvania Eastern | 8,571 | 8,546 | 25 |
| Pennsylvania Middle | 1 | 1 | 0 |
| Pennsylvania Western | 93 | 91 | 2 |
| Virgin Islands    LAND | 203 | 203 | 0 |
| Virgin Islands    MARDOC | 26 | 16 | 10 |
| **4TH CIRCUIT** | **20,114** | **17,710** | **2,404** |
| Maryland | 1,387 | 1,387 | 0 |
| North Carolina Eastern | 1,248 | 1,245 | 3 |
| North Carolina Middle | 828 | 825 | 3 |
| North Carolina Western | 1,826 | 1,816 | 10 |
| South Carolina | 2,267 | 2,260 | 7 |
| Virginia Eastern | 11,460 | 9,080 | 2,380 |
| Virginia Western | 921 | 920 | 1 |
| West Virginia Northern | 66 | 66 | 0 |
| West Virginia Southern | 111 | 111 | 0 |
| **5TH CIRCUIT** | **43,620** | **43,594** | **26** |
| Louisiana Eastern | 379 | 369 | 10 |
| Louisiana Middle | 139 | 135 | 4 |
| Louisiana Western    LAND | 82 | 82 | 0 |
| Louisiana Western    MARDOC | 1 | 1 | 0 |
| Mississippi Northern | 568 | 568 | 0 |
| Mississippi Southern | 33,326 | 33,320 | 6 |
| Texas Eastern | 6,737 | 6,733 | 4 |
| Texas Northern | 1,544 | 1,543 | 1 |
| Texas Southern | 760 | 759 | 1 |
| Texas Western | 84 | 84 | 0 |

| DISTRICT COURT | | CASES FILED | CASES TERMINATED | CASES PENDING |
|---|---|---|---|---|
| **6TH CIRCUIT** | | **62,153** | **58,938** | **3,215** |
| Kentucky Eastern | | 278 | 278 | 0 |
| Kentucky Western | | 257 | 256 | 1 |
| Michigan Eastern | LAND | 120 | 120 | 0 |
| Michigan Eastern | MARDOC | 368 | 349 | 19 |
| Michigan Western | | 30 | 30 | 0 |
| Ohio Northern | LAND | 4,150 | 4,135 | 15 |
| Ohio Northern | MARDOC | 55,992 | 52,814 | 3,178 |
| Ohio Southern | | 236 | 236 | 0 |
| Tennessee Eastern | | 250 | 248 | 2 |
| Tennessee Middle | | 88 | 88 | 0 |
| Tennessee Western | | 384 | 384 | 0 |
| **7TH CIRCUIT** | | **8,746** | **8,545** | **201** |
| Illinois Central | | 1,724 | 1,692 | 32 |
| Illinois Northern | | 1,128 | 1,085 | 43 |
| Illinois Southern | | 462 | 443 | 19 |
| Indiana Northern | | 1,540 | 1,527 | 13 |
| Indiana Southern | | 1,968 | 1,957 | 11 |
| Wisconsin Eastern | | 1,269 | 1,216 | 53 |
| Wisconsin Western | | 655 | 625 | 30 |
| **8TH CIRCUIT** | | **3,495** | **3,489** | **6** |
| Arkansas Eastern | | 86 | 86 | 0 |
| Arkansas Western | | 19 | 19 | 0 |
| Iowa Northern | | 27 | 27 | 0 |
| Iowa Southern | | 1,924 | 1,924 | 0 |
| Minnesota | | 470 | 470 | 0 |
| Missouri Eastern | | 350 | 350 | 0 |
| Missouri Western | | 130 | 125 | 5 |
| Nebraska | | 126 | 126 | 0 |
| North Dakota | | 361 | 360 | 1 |
| South Dakota | | 2 | 2 | 0 |
| **9TH CIRCUIT** | | **2,973** | **2,874** | **99** |
| Alaska | | 121 | 121 | 0 |
| Arizona | | 602 | 602 | 0 |
| California Central | | 247 | 237 | 10 |
| California Eastern | | 16 | 16 | 0 |
| California Northern | | 840 | 757 | 83 |
| California Southern | | 57 | 57 | 0 |
| Guam | | 3 | 3 | 0 |
| Hawaii | | 81 | 80 | 1 |
| Idaho | | 115 | 115 | 0 |
| Montana | | 165 | 165 | 0 |
| Nevada | | 187 | 187 | 0 |
| Northern Mariana Island | | 4 | 4 | 0 |
| Oregon | | 162 | 161 | 1 |
| Washington Eastern | | 175 | 175 | 0 |
| Washington Western | | 198 | 194 | 4 |

| DISTRICT COURT | CASES FILED | CASES TERMINATED | CASES PENDING |
|---|---|---|---|
| **10TH CIRCUIT** | **2,525** | **2,524** | **1** |
| Colorado | 503 | 503 | 0 |
| Kansas | 614 | 614 | 0 |
| New Mexico | 277 | 276 | 1 |
| Oklahoma Eastern | 29 | 29 | 0 |
| Oklahoma Northern | 223 | 223 | 0 |
| Oklahoma Western | 304 | 304 | 0 |
| Utah | 453 | 453 | 0 |
| Wyoming | 122 | 122 | 0 |
| **11TH CIRCUIT** | **3,508** | **3,489** | **19** |
| Alabama Middle | 77 | 77 | 0 |
| Alabama Northern | 748 | 745 | 3 |
| Alabama Southern | 296 | 295 | 1 |
| Florida Middle | 121 | 121 | 0 |
| Florida Northern | 22 | 22 | 0 |
| Florida Southern | 634 | 632 | 2 |
| Georgia Middle | 35 | 35 | 0 |
| Georgia Northern | 688 | 681 | 7 |
| Georgia Southern | 887 | 881 | 6 |
| **TOTAL** | **186,458** | **180,326** | **6,132** |