BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

**In re: Asbestos Products Liability Litigation MDL No. 875**

*Moss v. CBS Corporation, et al.*   WI-W, 3:13-cv-00042-slc CTO-544

### Proof of Service

I hereby certify that a copy of Defendant CBS Corporation, A Delaware Corporation, f/k/a Viacom, Inc., Successor By Merger to CBS Corporation, A Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation and Owens-Illinois, Inc. d/b/a O-I's Response in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 544 was served via U.S. Mail to the following:

Clerk; Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

and via electronic notification to all counsel appearing in these cases as follows:

Michael Peter Cascino Cascino Vaughan Law Offices, Ltd. 220 South Ashland Avenue Chicago, IL 60607 (312) 944-0600 Email:
ecf.cvlo@gmail.com
Counsel for Plaintiff

Brian O'Connor Watson Schiff Hardin LLP 233 South Wacker Drive Suite 6600 Chicago, IL 60606 312-258-5500 Fax: 312-258-5600 Email:
bwatson@schiffhardin.com
Counsel for Owens-Illinois, Inc.

Edward M. Casmere Schiff Hardin, LLP 233 S. Wacker Dr Suite 6600 Chicago, IL 60606 312-258-5500 Email: ecasmere@schiffhardin.com
Counsel for Owens-Illinois, Inc.

Matthew John Fischer Schiff Hardin LLP 233 South Wacker Drive Suite 6600 Chicago, IL 60606 312-258-5500 Fax: 312-258-5700 Email:
mfischer@schiffhardin.com
Counsel for Owens-Illinois, Inc.

Mark Russell Feldmann Menn Law Firm, Ltd. 2501 East Enterprise Avenue P.O. Box 785 Appleton, WI 54912-0785 920-731-6631 Fax: 920-560-4745 Email:
mark-feldmann@mennlaw.com
Counsel for Rapid American Corporation

Edward J. McCambridge Segal McCambridge Singer & Mahoney, Ltd. Sears Tower 233 S. Wacker Drive, Ste 5500 Chicago, IL 60606 312-645-7800x7803 Fax: 312-645-7811 Email:
EmcCambridge@smsm.com
Counsel for Weil-McLain Company

Emily Zapotocny Segal McCambridge Singer & Mahoney, Ltd. Sears Tower 233 S. Wacker Drive, Ste 5500 Chicago, IL 60606 312-645-8438 Email: ezapotocny@smsm.com
Counsel for Weil-McLain Company and Zurn Industries

  THIS, the 25th day of February, 2013.

          //s// Jennifer M. Studebaker
          Jennifer M. Studebaker (MSBN # 10433)
          Forman Perry Watkins Krutz & Tardy LLP
          P.O. Box 22608
          Jackson, MS 39225-2608
          Telephone: (601) 960-8600
          Facsimile: (601) 960-8613