# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Asbestos Product Liability Litigation (No. VI) | Civil Action No. MDL 875 |
| DAVID LUNA, SR., <br><br> Plaintiff, <br> v. <br><br> CBS CORPORATION, *et al.*, <br><br> Defendants. | IL-N Case No. 12-cv-09515 |

### EXELON CORPORATION a/k/a COMMONWEALTH EDISON COMPANY'S MOTION FOR LEAVE TO JOIN CERTAIN DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY

Exelon Corporation a/k/a Commonwealth Edison Company ("Exelon"), moves this Court for leave to join and adopt Certain Defendants' Response in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 543, which Certain Defendants' filed in this matter on February 25, 2013 (docket entry number 9200; 35), and incorporates it by reference to the extent that the arguments made by Certain Defendants are consistent with Exelon's interests and defense. In support, Exelon states as follows:

1. Exelon is a Defendant in this matter.

2. Certain Defendants' Response in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 543 concerns whether this matter will be transferred to the MDL or remain in the Northern District of Illinois. Therefore, the subject matter of Certain Defendants' Response relates to Exelon's defense of this matter. Exelon joins in and adopts the Response in Opposition to Plaintiff's Motion to Vacate

Conditional Transfer Order No. 543 to the extent the arguments raised by Certain Defendants are consistent with Exelon's interests and defense.

3. Accordingly, Exelon respectfully requests that any order entered on the Plaintiff's Motion also apply to Exelon. A proposed order is attached hereto.

Dated: February 25, 2013

s/Anthony D. Danhelka
Anthony D. Danhelka
Attorney for Defendant, Exelon Corporation
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
Telephone: (312) 321-9100
Facsimile: (312) 321-0990
E-mail: adanhelka@smbtrials.com