# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re: Asbestos Product Liability Litigation (No. VI)** | **Civil Action No. MDL 875** |
| **DAVID LUNA, SR.,**  Plaintiff,  v.  **CBS CORPORATION,** *et al.*,  Defendants. | **IL-N Case No. 12-cv-09515** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2013, I electronically filed with this Court's ECF system, Exelon Corporation a/k/a Commonwealth Edison Company's Motion to Join Certain Defendants' Response in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 543, which will send notification of such filing to the following:

Mr. Michael P. Cascino, Cascino Vaughan Law Offices, Ltd., 220 S. Ashland Ave., Chicago, IL 60607, and all counsel of record.

> Respectfully submitted,
> s/Anthony D. Danhelka
> Anthony D. Danhelka
> Attorney for Defendant, Exelon Corporation
> Swanson, Martin & Bell, LLP
> 330 North Wabash Avenue, Suite 3300
> Chicago, Illinois 60611
> Telephone: (312) 321-9100
> Facsimile: (312) 321-0990
> E-mail: adanhelka@smbtrials.com