# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re: Asbestos Product Liability Litigation (No. VI)** | **Civil Action No. MDL 875** |
| **DAVID LUNA, SR.,**<br><br>    Plaintiff,<br>v.<br><br>**CBS CORPORATION,** *et al.*,<br><br>    Defendants. | **IL-N Case No. 12-cv-09515** |

## **PROPOSED ORDER**

This cause comes on before the Court and the Court being fully advised in the premises,

   IT IS HEREBY ORDERED that:

Exelon's Motion to Join Certain Defendants' Response in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 543, which Certain Defendants' filed in this matter on February 25, 2013 (docket entry number 9200; 35) is hereby GRANTED.  Exelon joins Certain Defendants' Response in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 543 to the extent that the arguments made by Certain Defendants are consistent with Exelon's interests and defense.


DATED: _____, 2013

                                             _____
                                             Judge