BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | | |
|---|---|---|
| In Re:  Asbestos Product Liability Litigation (No. VI) | ) ) | Civil Action No. MDL 875 |
| DAVID LUNA, SR., Plaintiff, v. CBS CORPORATION, et al. Defendants. | ) ) ) ) ) ) ) ) ) ) | IL-N ase No. 12-cv-0515 CTO No. 543 |

## **WITHDRAWAL OF FILING**

Comes now, Defendant Exelon Corporation ("Exelon"), by and through its attorneys Swanson, Martin & Bell, LLP, and moves this Court to Withdraw its Motion for Leave to Join Certain Defendants' Response In Opposition to Plaintiff's Motion To Vacate Conditional Transfer Order No. 543.  In support, Exelon states as follow:

1. Exelon is a Defendant in this matter.

2. On February 26, 2013, Exelon filed its Motion for Leave to Join Certain Defendants' Response In Opposition to Plaintiff's Motion To Vacate Conditional Transfer Order No. 543 (docket no. 9203; 36).

3. The case caption Exelon's motion was not consistent with the Court that Exelon intended to file the motion in.

4. The title of Exelon's motion was not consistent with Exelon's request.

5. Accordingly, Exelon respectfully requests that this Court withdraw Exelon's Motion for Leave to Join Certain Defendants' Response In Opposition to

1

Plaintiff's Motion To Vacate Conditional Transfer Order No. 543 (docket no. 9203; 36 ).

Dated: February 26, 2013         /s/ Anthony D. Danhelka
Anthony D. Danhelka
Attorney for Defendant, Exelon Corporation
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
Telephone: (312) 321-9100
Fascimile: (312) 321-0990
Email: adanhelka@smbtrials.com