BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In Re: Asbestos Product Liability Litigation (No. VI) | Civil Action No. MDL 875 |
| DAVID LUNA, SR., <br><br> Plaintiff, <br> v. <br><br> CBS CORPORATION, *et al.*, <br><br> Defendants. | IL-N Case No. 12-cv-09515 |

### EXELON CORPORATION a/k/a COMMONWEALTH EDISON COMPANY'S JOINDER OF CERTAIN DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 543

Exelon Corporation a/k/a Commonwealth Edison Company ("Exelon"), by and through its counsel, Swanson, Martin & Bell, LLP, and for its Joinder of Certain Defendants' Response in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 543, which Certain Defendants' filed in this matter on February 25, 2013 (docket entry number 9200; 35), states as follows:

1. Exelon is a Defendant in this matter.

2. Certain Defendants' Response in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 543 concerns whether this matter will be transferred to the MDL or remain in the Northern District of Illinois. Therefore, the subject matter of Certain Defendants' Response relates to Exelon's defense of this matter. Exelon joins in and adopts the Response in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 543 to the extent the arguments raised by Certain Defendants are consistent with Exelon's interests and defense.

2

3. Accordingly, Exelon respectfully requests that any order entered on the Plaintiff's Motion also apply to Exelon.

Dated: February 26, 2013		s/Anthony D. Danhelka
		Anthony D. Danhelka
		Attorney for Defendant, Exelon Corporation
		Swanson, Martin & Bell, LLP
		330 North Wabash Avenue, Suite 3300
		Chicago, Illinois 60611
		Telephone: (312) 321-9100
		Facsimile: (312) 321-0990
		E-mail: adanhelka@smbtrials.com