**BEFORE THE UNITED STATES JUDICIAL PANEL**
**FOR MULTI-DISTRICT LITIGATION**

| | |
|---|---|
| In Re: Asbestos Product Liability Litigation (No. VI) | Civil Action No. MDL 875 |
| DAVID LUNA, SR., <br><br>     **Plaintiff,** <br> **v.** <br><br> **CBS CORPORATION, *et al*.,** <br><br>     **Defendants.** | IL-N Case No. 12-cv-09515 |

## CERTIFICATE OF SERVICE

    I hereby certify that on February 26, 2013, I electronically filed with this Court's ECF system, Exelon Corporation a/k/a Commonwealth Edison Company's Joinder of Certain Defendants' Response in Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 543, which will send notification of such filing to the following:

    Mr. Michael P. Cascino, Cascino Vaughan Law Offices, Ltd., 220 S. Ashland Ave., Chicago, IL 60607, and all counsel of record.

                         Respectfully submitted,

                         s/Anthony D. Danhelka
                         Anthony D. Danhelka
                         Attorney for Defendant, Exelon Corporation
                         Swanson, Martin & Bell, LLP
                         330 North Wabash Avenue, Suite 3300
                         Chicago, Illinois 60611
                         Telephone: (312) 321-9100
                         Facsimile: (312) 321-0990
                         E-mail: adanhelka@smbtrials.com