BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **In re: asbestos products liability litigation** | **MDL No. 875** |
| *Knezevic v. A.W. Chesterton Company, et al.,* <br><br> USDC N.D. IL Case No. 12-cv-9983 | JPML CTO-546 |

**Plaintiff's Notice of Opposition to Conditional Transfer Order CTO-546**

TAKE NOTICE that plaintiff, by their counsel, Cascino Vaughan Law Offices, Ltd., opposes Conditional Transfer Order CTO-546 pursuant to JPML Rule 7.1(c). Plaintiff's Motion to Vacate Conditional Transfer Order CTO-546 shall be filed on February 27, 2013.

Dated: February 27, 2013

*/s/ Michael P. Cascino*
Attorney for plaintiffs
Michael P. Cascino
Chen Kasher
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Illinois 60607
312.944.0600