BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **In re: asbestos products liability litigation** | **MDL No. 875** |
| *Knezevic v. A.W. Chesterton Company, et al.,*<br><br>USDC N.D. IL Case No. 12-cv-9983 | JPML CTO-546 |

## Certificate of Service

I hereby certify that on February 27, 2013, I caused *Plaintiff's Notice of Opposition to Conditional Transfer Order CTO-546* to be filed with the CM/ECF electronic filing system of the Judicial Panel on Multidistrict Litigation. I further certify that copies of the above filing were served directly upon all appeared parties via email. Pursuant to Rule 3.2(d), a courtesy copy of this filing has been sent via Federal Express to:

>Clerk of the Panel
>United States Judicial Panel on Multidistrict Litigation
>Thurgood Marshall Federal Judiciary Building
>One Columbus Circle, NE, Room G-255, North Lobby
>Washington, DC 20002-8041

Dated: February 27, 2013


/s/ Michael P. Cascino
Attorney for plaintiffs
Michael P. Cascino
Chen Kasher
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Illinois 60607
312.944.0600