BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br>ASBESTOS PRODUCT LIABILITY<br>LITIGATION (No. VI) | MDL No. 875 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2013 I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all defense counsel who have filed an Entry of Appearance and the following:

>Michael P. Cascino
>Cascino Vaughan Law Offices, Ltd.
>220 South Ashland Avenue
>Chicago, IL 60647
>EMAIL: mcascino@cvlo.com
>   Attorney for Plaintiff

>/s/ Christopher E. Trible
>Christopher E. Trible (VA Bar No. 48847) (admitted *pro hac vice*)
>McGuireWoods LLP
>One James Center
>901 E. Cary St.
>Richmond, VA 23219
>(804) 775-1000
>(804) 775-1061 (facsimile)
>Email: ctrible@mcguirewoods.com
>Attorneys for WEYERHAEUSER COMPANY

46012465_1.DOC