BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **In re: asbestos products liability litigation** | **MDL No. 875** |
| *Knezevic v. A.W. Chesterton Company, et al.,*<br><br>USDC N.D. IL Case No. 12-cv-9983 | JPML CTO-546 |

**Amended Certificate of Service**

I hereby certify that on February 27, 2013, I caused *Plaintiff's Motion to Vacate Conditional Transfer Order CTO-546* to be filed with the CM/ECF electronic filing system of the Judicial Panel on Multidistrict Litigation. I further certify that copies of the above filing were served directly upon all appeared parties via email as listed below:

**A.W. Chesterton Company**
Emily C. Zapotocny
Segal McCambridge Singer & Mahoney
233 S. Wacker Dr. Ste. 5500
Chicago, IL 60606
312-645-8438
ezapotocny@smsm.com
vzavala@SMSM.com

**CBS Corporation**
Daniel G. Donahue
Jacob D. Sawyer
Foley & Mansfield PLLP
1001 Highlands Plaza Dr. West, Suite 400
St. Louis, MO 63110
314-925-5700
ddonahue@foleymansfield.com
jsawyer@foleymansfield.com

**ExxonMobil Oil Corporation**
Howard P. Morris
David F. Fanning
Johnson & Bell
33 W. Monroe St., STE 2700
Chicago, IL 60603
312-372-0770
morrisp@jbltd.com
fanningd@jbltd.com

**General Electric Company**
John A. Fonstad
Maja C. Eaton
Jeffrey Schieber
Sidley Austin Brown & Wood
1 S. Dearborn Street
Chicago, IL 60603
312-853-7000
jfonstad@sidley.com
meaton@sidley.com
schieber@sidley.com

**Texaco, Inc.**
Gregory T. Goldberg
Michael T. Trucco
Stamos & Trucco LLP
1 E. Wacker Dr. Suite 300
Chicago, IL 60601
312-630-7979
ggoldberg@stamostrucco.com
asbestos@stamostrucco.com
mtrucco@stamostrucco.com

**Union Oil Company of California**
Gregory T. Goldberg
Michael T. Trucco
(See Texaco Inc. for contact info.)

Michael P. Morris
Johnson & Bell
33 W. Monroe St., STE 2700
Chicago, IL 60603
312-372-0770
morrisp@jbltd.com

Adam J. Jadadich
Segal McCambridge Singer & Mahoney LTD
Sears Tower
233 S. Wacker Drive STE 5500
Chicago, IL 60606
312-645-7800
ajagadich@smsm.com
vzavala@SMSM.com


 Pursuant to Rule 3.2(d), a courtesy copy of this filing has been sent via Federal Express to:

>	Clerk of the Panel
>	United States Judicial Panel on Multidistrict Litigation
>	Thurgood Marshall Federal Judiciary Building
>	One Columbus Circle, NE, Room G-255, North Lobby
>	Washington, DC 20002-8041


Dated: March 1, 2013


*/s/ Michael P. Cascino*
Attorney for plaintiffs
Michael P. Cascino
Chen Kasher
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Illinois 60607
312.944.0600