BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| In re: asbestos products liability litigation | | MDL No. 875 |
|---|---|---|
| *David L. Luna* | ILN 12-cv-09515 | CTO-543 |
| *Jane Moss* | WIW 13-cv-00042 | CTO-544 |
| *Susan Roberts* | ILN 12-cv-50429 | CTO-543 |

Certificate of Service

      I hereby certify that on March 4, 2013, I caused *Plaintiffs' Reply Memorandum in Opposition to Conditional Transfer Orders CTO-543 and CTO-544* to be filed with the CM/ECF electronic filing system of the Judicial Panel on Multidistrict Litigation. I further certify that copies of the above filing were served directly upon all appeared parties via email as listed below:

"**Certain Defendants**"
Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz & Tardy
200 S. Lamar St.
Jackson, MS 39201
Phone: 601-960-8600
Email: studebakerjm@fpwk.com

**A.W. Chesterton Company**

**Emily C Zapotocny**
Segal Mccambridge Singer & Mahoney Ltd.
233 S. Wacker
Suite 5500
Chicago, IL 60606
(312) 645-8438
ezapotocny@smsm.com

**Adam J Jagadich**
Segal, McCambridge, Singer & Mahoney
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
(312) 645-7800
(312) 645-7711 (fax)
ajagadich@smsm.com

**CBS Corporation**

**Jacob D. Sawyer**
Foley & Mansfield, Pllp
55 W. Monroe
Suite 3430
Chicago, IL 60603
(312) 254-3800
jsawyer@foleymansfield.com

**Exelon Corporation**

**Margaret O'sullivan Byrne**
**Anthony David Danhelka**
Swanson, Martin & Bell
330 North Wabash
Suite 3300
Chicago, IL 60611
(312) 321-9100
pbyrne@smbtrials.com
adanhelka@smbtrials.com

**ExxonMobil Oil Corporation**
Howard P. Morris
David F. Fanning
Johnson & Bell
33 W. Monroe St., STE 2700
Chicago, IL 60603
312-372-0770
morrisp@jbltd.com
fanningd@jbltd.com

**General Electric Company**
John A. Fonstad
Maja C. Eaton
Jeffrey Schieber
Sidley Austin Brown & Wood
1 S. Dearborn Street
Chicago, IL 60603
312-853-7000
jfonstad@sidley.com
meaton@sidley.com
schieber@sidley.com

**Goodrich Corporation**

**Michael J Denning**
Heyl, Royster, Voelker & Allen
120 West State Street
2nd Floor
Rockford, IL 61105
(815) 963-4454
mdenning@heylroyster.com

**Honeywell International Inc.**
**Shannon M. Dunne**
**Jennifer Jerit Johnson**

Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker
22nd Floor
Chicago, IL 60602
312 627 4138
sdunne@tresslerllp.com
jjohnson@tresslerllp.com

**Maremont Corporation**
**Valerie Gay Lipic**
Greensfelder, Hemker & Gale, P.c.
200 West Madison Street
Chicago, IL 60606
(312) 345-5006
vgl@greensfelder.com

**Midwest Generation EME, LLC**
**Edward M Casmere**
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
(312) 258-5784
ecasmere@schiffhardin.com

**Olin Corporation**

**Douglas F. McMeyer**

**Jeffrey D. Sigmund**

**Mark G. Zellmer**

Husch Blackwell, LLP
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606
(312) 655-1500
douglas.mcmeyer@huschblackwell.com

sigmund@huschblackwell.com

mark.zellmer@huschblackwell.com

**Owens-Illinois Inc.**
**Edward M. Casmere**
**Brian O. Watson.**
**Matthew J. Fischer**
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
(312) 258-5500

ecasmere@schiffhardin.com

bwatson@schiffhardin.com
mfischer@schiffhardin.com

**Rapid American Corporation**

**Roger K. Heidenreich**
SNR Denton US LLP
One Metropolitan Square
Suite 3000
211 N. Broadway
St. Louis, MO 63102-2711
(314)241-1800
roger.heidenreich@snrdenton.com

**Mark Russell Feldmann**
Menn Law Firm, Ltd.
2501 East Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
920-731-6631
920-560-4745 (fax)
mark-feldmann@mennlaw.com

**Texaco, Inc.**
**Gregory T. Goldberg**
**Michael T. Trucco**
**Amy Kathleen Klockenga**
Stamos & Trucco LLP
1 E. Wacker Dr. Suite 300
Chicago, IL 60601
312-630-7979
ggoldberg@stamostrucco.com
asbestos@stamostrucco.com
mtrucco@stamostrucco.com
aklockenga@stamostrucco.com

**Union Oil Company of California**
Gregory T. Goldberg
Michael T. Trucco
(See Texaco Inc. for contact info.)

Michael P. Morris
Johnson & Bell
33 W. Monroe St., STE 2700
Chicago, IL 60603
312-372-0770
morrisp@jbltd.com

Adam J. Jadadich
Segal McCambridge Singer & Mahoney LTD
Sears Tower
233 S. Wacker Drive STE 5500
Chicago, IL 60606
312-645-7800
ajagadich@smsm.com
vzavala@SMSM.com

**Weil-McLain Company**

**Edward J. McCambridge**
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower
233 S. Wacker Drive, Ste 5500
Chicago, IL 60606
312-645-7800x7803
312-645-7811 (fax)
EmcCambridge@smsm.com

**Emily C. Zapotocny**

(See A.W. Chesterton Company for Contact Info.)

**Zurn Industries, Inc.**

**Emily C. Zapotocny**

(See A.W. Chesterton Company for Contact Info.)


Pursuant to Rule 3.2(d), a courtesy copy of this filing has been sent via Federal Express to:

>Clerk of the Panel
>United States Judicial Panel on Multidistrict Litigation
>Thurgood Marshall Federal Judiciary Building
>One Columbus Circle, NE, Room G-255, North Lobby
>Washington, DC 20002-8041


Dated: March 4, 2013
*/s/ Michael P. Cascino*
Attorney for plaintiffs
Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Illinois 60607
312.944.0600
Email: mcascino@cvlo.com; ecf.cvlo@gmail.com