BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In re: Asbestos Products Liability Litigation ) | MDL No.: 875 |
| _____ ) | |
| ) | |
| DIANNE JACOBS, *Individually and as* ) | |
| *Special Administrator for the Purposes of this* ) | |
| *Lawsuit on behalf of Decedent* RITA TREUTEL ) | |
| v. ) | |
| ) | |
| OWENS-ILLINOIS INC., et al. ) | JPML CTO - 545 |
| ) | |
| WI-W CASE NO. 12-cv-00899 ) | |
| ) | |

## PROOF OF SERVICE

I hereby certify that a copy of Defendant Owens-Illinois, Inc. d/b/a O-I's Response In Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 545 was served via U.S. Mail to the following:

Clerk; Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

and via electronic notification to all counsel appearing in these cases as follows:

Michael Peter Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
Email: ecf.cvlo@gmail.com
Counsel for Plaintiff

Brian O'Connor Watson
Schiff Hardin LLP
233 South Wacker Dr.
Suite 6600
Chicago, IL 60606
(312) 258-5500
Fax: 312-258-5600
Email: bwatson@schiffhardin.com
Counsel for Owens-Illinois, Inc.

Edward M. Casmere
Schiff Hardin, LLP
233 S. Wacker Dr.
Suite 6600 Chicago, IL 60606
(312) 258-5500
Fax: 312-258-5600
Email: ecasmere@schiffhardin.com
Counsel for Owens-Illinois, Inc.

Matthew John Fischer
Schiff Hardin LLP
233 South Wacker Dr.
Suite 6600
Chicago, IL 60606
(312)258-5500
Fax: 312-258-5700
Email: mfischer@schiffhardin.com
Counsel for Owens-Illinois, Inc.

Mark Russell Feldmann
Menn Law Firm, Ltd.
2501 East Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
(920)731-6631
Fax: 920-560-4745
Email: mark-feldmann@mennlaw.com
Counsel for Rapid American Corporation

Mark S. DesRochers
DesRochers Law Offices, LLC
2800 East Enterprise Avenue
Appleton, WI 54913
(920) 560-4532
Fax: 920-882-0232
Email: markdesrochers1@gmail.com
Counsel for Weyerhauser Company

THIS, the 7th day of March, 2013.

//s// Jennifer M. Studebaker
Jennifer M. Studebaker (MSBN # 10433)
Forman Perry Watkins Krutz & Tardy LLP
P.O. Box 22608
Jackson, MS 39225-2608
Telephone:   (601) 960-8600
Facsimile: (601) 960-8613