IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

*Dianne Jacobs, Individually and as the Special Administrator-to-be for the Estate of Rita Treutel,*

     Plaintiff,
v.

*Owens-Illinois, Inc., et al.,*

     Defendants.

Case No. 3:12-CV-00899

### Certificate of Service

I, Jason Shain, a non-attorney, certify under penalties as provided under 28 U.S.C. Sec. 1746 that on March 8, 2013, I served the following documents filed in the above-captioned matter via E-Mail and hard-copy to all counsel of record:

- Plaintiff's Responses to Weyerhaeuser Company's First Set of Interrogatories

Counsel of record are as follows:

**Owens-Illinois, Inc.**

Brian O'Connor Watson
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312-258-5500
Fax: 312-258-5600
Email: bwatson@schiffhardin.com

Edward M. Casmere
Schiff Hardin, LLP
233 S. Wacker Dr
Suite 6600
Chicago, IL 60606
312-258-5500
Email: ecasmere@schiffhardin.com



-1-

Matthew John Fischer
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312-258-5500
Fax: 312-258-5700
Email: mfischer@schiffhardin.com

**Weyerhaeuser Company**

Mark S. DesRochers
DesRochers Law Offices, LLC
2800 East Enterprise Avenue
Appleton, WI 54913
920-560-4532
Fax: 920-882-0232
Email: markdesrochers1@gmail.com

Christopher E. Trible
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
804.775.7552 (Direct Line)
804.225.5375 (Direct FAX)
ctrible@mcguirewoods.com

Dated: March 8, 2013

_____
Jason Shain
Legal Assistant
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
jrshain@cvlo.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN
## MADISON DIVISION

| | |
|---|---|
| *Dianne Jacobs, Individually and as the Special Administrator-to-be for the Estate of Rita Treutel,*<br><br>     Plaintiff,<br>  v.<br><br>*Owens-Illinois, Inc., et al.,*<br><br>     Defendants. | **Case No.** 3:12-CV-00899 |

## Notice of Service

TO: ALL COUNSEL OF RECORD. **TAKE NOTICE** that on March 8, 2013, the following documents in the above captioned matter were served upon all counsel as outlined in the attached Certificate of Service:

- Plaintiff's Responses to Weyerhaeuser Company's First Set of Interrogatories

Dated: March 8, 2013

/S/ Michael P. Cascino
Michael P. Cascino
Attorney for Plaintiff
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607
Ph: 312.944.0600
Email: mcascino@cvlo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| Dianne Jacobs, Individually and as the Special Administrator-to-be for the Estate of Rita Treutel,<br><br>Plaintiff,<br><br>v.<br><br>Owens-Illinois, Inc., et al.,<br><br>Defendants, | Case no. 3:12-cv-00899 |

**PLAINTIFF'S RESPONSES TO WEYERHAEUSER COMPANY'S FIRST SET OF INTERROGATORIES**

The answers to these interrogatories are provided by plaintiff Dianne Jacobs, the Daughter of Rita Treutel, individually and on behalf of her estate,

### INTERROGATORIES

Identify all facts which support your allegation that the decedent, Rita Treutel, was exposed to asbestos as the result of any act or omission of Weyerhaeuser, including in your answer the source(s), manner, and physical location(s) of all such exposure(s), the time period of all such exposure(s), the identity of all witnesses with knowledge regarding all such exposure(s), and the substance of any such knowledge.

### ANSWER:

LeRoy, my dad, worked at Roddis/Weyerhaeuser for almost all of his working life. He worked in different departments in several jobs and later supervised different areas of the plant. He came home from work in his dusty clothes.

My mother and father, Rita and LeRoy, were married in 1946 and slept in the same bed together until my dad passed away in January of 2012.

During the period of time my father worked at Roddis/Weyerhaeuser, baths/showers and washing of hair did not occur every day, so whatever was on our skin and in our hair from work was in our bedding and pajamas. It was also passed to everyone in the house from hugging and got on furniture and in the household carpet that we all used.

During the period of time my father worked at Roddis/Weyerhaeuser, we rode in the car that dad drove home from work every day. My brother, John, and I rode home from work in this family car while we worked at Roddis/Weyerhaeuser. We only had one car at a time for almost all the years that my parents were alive.

During the period of time my father worked at Roddis/Weyerhaeuser, Dad, Mom, John, and I came home in the family car while working at Roddis/Weyerhaeuser, we sat on furniture in the house in our work clothes, ate meals in our work clothes, played on the floor in all of the rooms in the house and on the beds, played hide and seek in the closets (where dirty clothes were kept until wash day) with my younger brothers and sister, as well as throughout the rest of the house.

During the period of time my father worked at Roddis/Weyerhaeuser, clothes were not changed every day, only when they were considered "dirty". Work clothes were worn in the home as well as at work.

During the period of time my father worked at Roddis/Weyerhaeuser, Mom washed all the family laundry together. The dirty laundry was kept in the closets in baskets with all the rest of the clothes. And in years past, wash water, and rinse-water tubs were used for more than one load. In the very early years it was wash tubs and scrub boards and homemade soap--this would have been from when I was a baby to about 5 years old. And also in some of those early years there were hand crank ringers. The clothes were then hung on clothes lines to dry and in the winter brought in frozen and then hung on wooden dowel racks to finish drying. We did not have a dryer until the 1960s.

During the period of time my father worked at Roddis/Weyerhaeuser, Mom lived with Dad, John and myself, hugged us and touched our skin, clothes, and hair with dust from work every day we worked at Weyerhaeuser.

During the early period of time my father worked at Roddis/Weyerhaeuser, we used the same bath water, there was no shower. We also used the same washcloths and towels and only washed them once a week. Baths were once a week and the rest of the week it was washing up in the bathroom sink. It was not like today where daily showers and washers and dryers were in every home and everyone uses separate towels and washcloths.

During the period of time my father worked at Roddis/Weyerhaeuser, we visited many areas of Marshfield including some close to the plant. These included Marshfield retail and grocery stores every week, going to sporting and musical events at Marshfield High school and Columbus high school to watch friends and extended family members, and going to the Park and Roller skating rink in Marshfield. We went to several of the Catholic and Lutheran churches for family and friend functions in Marshfield, went to the public pool in Marshfield in the summer and took swimming lessons there, went to the zoo in Marshfield once or twice a month during

the summer, and also went to doctors, dentists, the clinic, and the hospital in Marshfield. When one had to go, we all went because that was how it was then.

Marshfield, Wisconsin is 13.5 square miles, and the plant is centrally located. Because of this, everything is fairly close to the plant. Wildwood Park and Zoo is only two miles away, Connor Park is 1.5 miles away, and Marshfield Sr. High is 1.2 miles away. Ministry Saint Joseph's Hospital is 1.8 miles away, and The Dental Clinic is 2.4 miles away.

We also spent time at great aunts' and uncles', great grandparents, and other relatives' and friends' houses in Marshfield all year round in their homes and yards, including, but not limited to Bill and Alma Meyers, Bill and Viola Treutel, Andrew and Gertie Treutel, Mike and Ann Pongratz, and my great-grandparents (Luckterhand). We also spent time in other Weyerhaeuser employees' homes and yards, including John and Ruth Bender, Jim and Audrey Eckes, Dick and Leonor Hannemann, Mr. Jaszcinski (who took my dad's jobs when my dad retired), Larry Knudtson, Bernie Huffman, and Dorothy Mannigal, Dorothy "Bitsie" and Marv Ewan were music friends of mom and dad and she worked at Roddis/Weyerhaeuser. These people were all my parents' age range.

In the third house that we lived in as children, we were neighbors of Charlie Reno. My mom sometimes rode to work with him along with other employees from Weyerhaeuser, including Dorothy Ewan, Marie Lang, and most frequently, Emma Frodl.

My mom also worked at Weyerhaeuser for many years and some of her jobs had her walking through many departments in the plant. Les Schalow was one of her bosses.

I worked at Roddis/Weyerhaeuser during the summers of 1965 and 1966 in the core mill. One of those entire summers I loaded Kaylo pieces on the bed of an electronics machine run by Joe Rosandick for fire resistant door cores every work day. My mom washed my clothes. I was

also riding in the family car with that dust on myself and my clothes The other summer I worked on that same electronics machine and another electronics machine making fireproof/lead doors (with Kaylo, lead and other materials in the cores) run by George Herr in the core mill and then I filled in on the glued wood pieces on conveyor for solid core doors. My supervisor was Jerry Gauger both summers.

My brother John also worked at Roddis/Weyerhaeuser the summer (May – Sept) of 1968 in the door refinishing department sanding, finishing, and reapplying finish to doors. John and I lived with my mother and father while we worked at Weyerhaeuser.

### Kaylo Exposure Depositions:

Charles Reno, 6/15/2011

Sigfried Sebastian, 6/15/2011

Larry Rogers, 9/21/2001

Verna Fohrman, 6/15/2011

Donald Geer, 5/30/2003

Joann Haffenbredl, 1/13/2012

Beverly Schiller, 5/28/1998

Herb Zimmerman, 1/9/2003

### Other Witnesses Concerning Kaylo Exposure

I. Dianne Jacobs (6220 Phelps Lane, Fallon, Nevada 89406)
II. Bill Meyers (1704 woodsview Dr, Marshfield, WI, 54449)
III. Dorothy Ewan (112 Oak St, Athens, WI 54411)
IV. Alice Sebastian (401 E McMillan St, Marshfield, WI 54449)
V. Siegfried Sebastian (401 E McMillan St, Marshfield, WI 54449)
VI. Charles Reno (3906 EP Staadt Ave, Stratford, WI 54484)
VII. Judy Novak (26945 295th ave lot 7, Holcombe, WI 54745)
VIII. Joe Rosandich (9263 S Washington Ave, Marshfield, WI 54449)
IX. Mary Eckes (416 Meadow Ln, Marshfield, WI 54449-3105)
X. Don Dieringer (1400 W 8th St, Marshfield, WI 54449)

XI. Ralph Pokalis (808 N Cedar Ave, Marshfield, WI 54449)
XII. Jerome Pongratz (9554 County Rd. K, Apt. K, Auburndale, WI 54412)
XIII. Bertha Bucknell (22035 175th St, Cornell, WI 54732)
XIV. Bonnie Shannon (W2874 CTH-C, Medford, WI 54451)
XV. Don Frodl (205 Lori Dr, Stratford, WI 54484)

Dated: March 5, 2013

As to statements of counsel and objections only,


_/s/ Michael P. Cascino_
Attorney for plaintiffs
Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Illinois 60607
312.944.0600

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| Dianne Jacobs Individually and as the Special Administrator for the Estate of Rita Treutel, | Case no. 3:12-cv-00899 |
| Plaintiff, | |
| v. | |
| Owens-Illinois, Inc., et al., | |
| Defendants, | |

**Verification**

Dianne Jacobs states that as the personal representative for Rita Treutel, she has reviewed the answers to Plaintiff's Answer to Weyerhaeuser Company's First Set of Interrogatories in accordance with applicable law and verifies that the answers are true and correct to the best of her information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

_Dianne C. Jacobs_
Dianne Jacobs

Signed this 8th day of March, 2013