# Cascino Vaughan Law Offices, Ltd.
## New asbestos case filings

- New asbestos cases filed in 2013: **1**

| Last | First | Case# | File Date | Filing District |
|---|---|---|---|---|
| Moss | Harry | 13-42 | 01/18/2013 | WI-Western |

- New asbestos cases filed in 2012: **9**

| Last | First | Case# | File Date | Filing District |
|---|---|---|---|---|
| Manus | Robert | 12-59 | 01/19/2012 | IL-Southern |
| Pehlke | Frank | 12-596 | 01/26/2012 | IL-Northern |
| Bianchi | Adolph | 12-1039 | 01/27/2012 | IL-Central |
| McNair | Mary | 12-CV-03043 | 04/24/2012 | IL-Northern |
| Dixon | Johnnie | 2:12-cv-324 | 08/10/2012 | IN-Northern |
| Luna | David | 12-cv-09515 | 11/29/2012 | IL-Northern |
| Johnson | Robert | 3:12-cv-50429 | 12/02/2012 | IL-Northern |
| Treutel | Rita | 3:12-cv-00899 | 12/07/2012 | WI-Western |
| Knezevic | Edward | 12-9983 | 12/14/2012 | IL-Northern |



EXHIBIT 5