BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| *In re: asbestos products liability litigation* | MDL 875 |
| *Dianne Jacobs, Individually and as the Special Administrator-to-be for the Estate of Rita Treutel,*<br><br>Plaintiff,<br>v.<br><br>*Owens-Illinois, Inc., et al.,*<br><br>Defendants. | **JPML CTO:** CTO-545<br><br>**W.D. WI Case** 3:12-CV-00899 |

### Certificate of Service

I hereby certify that on March 12, 2013, I caused *Plaintiff's Reply Memorandum in Opposition to Conditional Transfer Order CTO-545* to be filed with the CM/ECF electronic filing system of the Judicial Panel on Multidistrict Litigation. I further certify that copies of the above filing were served directly upon all appeared parties via email as listed below:

**Owens-Illinois, Inc.**
Edward M. Casmere
Brian O'Connor Watson
Matthew John Fischer
Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312-258-5500
Email: bwatson@schiffhardin.com
Email: ecasmere@schiffhardin.com
Email: mfischer@schiffhardin.com

**Rapid American Corporation**
Feldmann R Mark
Menn Law Firm
2501 East Enterprise Avenue
PO Box 785
Appleton, WI 54912
920-731-6631
Email: mark-feldmann@mennlaw.com

**Weyerhaeuser Company**
Mark S. DesRochers
DesRochers Law Offices, LLC
2800 East Enterprise Avenue
Appleton, WI 54913
920-560-4532
Fax: 920-882-0232
Email: markdesrochers1@gmail.com

Christopher E. Trible
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
804.775.7552
ctrible@mcguirewoods.com

Pursuant to Rule 3.2(d), a courtesy copy of this filing has been sent via Federal Express to:

>Clerk of the Panel
>United States Judicial Panel on Multidistrict Litigation
>Thurgood Marshall Federal Judiciary Building
>One Columbus Circle, NE, Room G-255, North Lobby
>Washington, DC 20544

Dated: Match 12, 2013

*/s/ Michael P. Cascino*
Attorney for plaintiffs
Michael P. Cascino
Chen Kasher
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Illinois 60607
312.944.0600
Email: mcascino@cvlo.com
Email: ecf.cvlo@gmail.com