**BEFORE THE UNITED STATES JUDICIAL PANEL**
**FOR MULTI-DISTRICT LITIGATION**

| | | |
|---|---|---|
| In re: Asbestos Products Liability Litigation ) | | MDL No.: 875 |
| _____ ) | | |
| ) | | |
| **DOROTHY E. KNEZEVIC,** *Individually and as* ) | | |
| *Special Administrator for the Estate of* ) | | |
| **EDWARD J. KNEZEVIC** ) | | |
| v. ) | | |
| ) | | |
| A. W. CHESTERTON CO., et al. ) | | JPML CTO - 546 |
| ) | | |
| ILN/1:12-cv-09983 ) | | |
| ) | | |

## PROOF OF SERVICE

I hereby certify that a copy of Defendants CBS Corporation, A Delaware Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corporation, f/k/a Westinghouse Electric Corporation and General Electric's Response In Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 546 was served via U.S. Mail to the following:

Clerk; Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

and via electronic notification to all counsel appearing in these cases as follows:

| | |
|---|---|
| Michael Peter Cascino | Adam J. Jagadich |
| Chen Kasher | Emily C. Zapotocny |
| Cascino Vaughan Law Offices, Ltd. | Segal, McCambridge, Singer & Mahoney |
| 220 South Ashland Avenue | 233 South Wacker Drive, Suite 5500 |
| Chicago, IL 60607 | Chicago, IL 60606 |
| (312) 944-0600 | (312) 645-7800 |
| Email: ecf.cvlo@gmail.com | Fax: (312) 645-7711 |
| Email: ckasher@cvlo.com | Email: ajagadich@smsm.com |
| Counsel for Plaintiff | Email: ezapotocny@smsm.com |
| | Counsel for A.W. Chesterton Company |

Page 1 of 2

| | |
|---|---|
| David Francis Fanning | Jacob D. Sawyer |
| Howard Patrick Morris | Foley & Mansfield, PLLP |
| Johnson & Bell, Ltd. | 55 W. Monroe |
| 33 West Monroe Street, Suite 2700 | Suite 3430 |
| Chicago, IL 60603 | Chicago, IL 60603 |
| (312)984-0289 | (312) 254-3800 |
| Email: fanningd@jbltd.com | Email: jsawyer@foleymansfield.com |
| Email: morrisp@jbltd.com | Counsel for CBS Corporation |
| Counsel for ExxonMobil Oil Corporation | |
| | |
| Jeffrey Michael Schieber | Gregory T. Goldberg |
| John Anthony Fonstad | Michael T. Trucco |
| Maja C. Eaton | Stamos & Trucco LLP |
| Sidley Austin LLP | One East Wacker Drive |
| 1 South Dearborn | Suite 300 |
| Chicago, IL 60603 | Chicago, IL 60601 |
| (312) 853-7925 | (312) 630-7979 |
| Email: jschieber@sidley.com | Email: ggoldberg@stamostrucco.com |
| Email: jfonstad@sidley.com | Email: mtrucco@stamostrucco.com |
| Email: meaton@sidley.com | Counsel for Texaco Inc. |
| Counsel for General Electric Company | |

THIS, the 14th day of March, 2013.

//s// Jennifer M. Studebaker
Jennifer M. Studebaker (MSBN # 10433)
Forman Perry Watkins Krutz & Tardy LLP
P.O. Box 22608
Jackson, MS 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-8613