BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | | |
|---|---|---|
| In re: Asbestos Products Liability Litigation ) | | MDL No.: 875 |
| _____) | | |
| ) | | |
| **DOROTHY E. KNEZEVIC,** *Individually and as* ) | | |
| *Special Administrator for the Estate of* ) | | |
| **EDWARD J. KNEZEVIC** ) | | |
| **v.** ) | | |
| ) | | |
| **A. W. CHESTERTON CO., et al.** ) | | JPML CTO - 546 |
| ) | | |
| **ILN/1:12-cv-09983** ) | | |
| ) | | |

## PROOF OF SERVICE

I hereby certify that a copy of Defendants CBS Corporation, A Delaware Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corporation, f/k/a Westinghouse Electric Corporation and General Electric's Response In Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 546 was served via U.S. Mail to the following:

Clerk; Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

and via electronic notification to all counsel appearing in these cases as follows:

| | |
|---|---|
| Michael Peter Cascino | Adam J. Jagadich |
| Chen Kasher | Emily C. Zapotocny |
| Cascino Vaughan Law Offices, Ltd. | Segal, McCambridge, Singer & Mahoney |
| 220 South Ashland Avenue | 233 South Wacker Drive, Suite 5500 |
| Chicago, IL 60607 | Chicago, IL 60606 |
| (312) 944-0600 | (312) 645-7800 |
| Email: ecf.cvlo@gmail.com | Fax: (312) 645-7711 |
| Email: ckasher@cvlo.com | Email: ajagadich@smsm.com |
| Counsel for Plaintiff | Email: ezapotocny@smsm.com |
| | Counsel for A.W. Chesterton Company |

Page 1 of 2

| | |
|---|---|
| David Francis Fanning<br>Howard Patrick Morris<br>Johnson & Bell, Ltd.<br>33 West Monroe Street, Suite 2700<br>Chicago, IL 60603<br>(312)984-0289<br>Email: fanningd@jbltd.com<br>Email: morrisp@jbltd.com<br>Counsel for ExxonMobil Oil Corporation | Jacob D. Sawyer<br>Foley & Mansfield, PLLP<br>55 W. Monroe<br>Suite 3430<br>Chicago, IL 60603<br>(312) 254-3800<br>Email: jsawyer@foleymansfield.com<br>Counsel for CBS Corporation |
| Jeffrey Michael Schieber<br>John Anthony Fonstad<br>Maja C. Eaton<br>Sidley Austin LLP<br>1 South Dearborn<br>Chicago, IL 60603<br>(312) 853-7925<br>Email: jschieber@sidley.com<br>Email: jfonstad@sidley.com<br>Email: meaton@sidley.com<br>Counsel for General Electric Company | Gregory T. Goldberg<br>Michael T. Trucco<br>Stamos & Trucco LLP<br>One East Wacker Drive<br>Suite 300<br>Chicago, IL 60601<br>(312) 630-7979<br>Email: ggoldberg@stamostrucco.com<br>Email: mtrucco@stamostrucco.com<br>Counsel for Texaco Inc. |

THIS, the 14th day of March, 2013.

                                                //s// Jennifer M. Studebaker
                                                Jennifer M. Studebaker (MSBN # 10433)
                                                Forman Perry Watkins Krutz & Tardy LLP
                                                P.O. Box 22608
                                                Jackson, MS 39225-2608
                                                Telephone: (601) 960-8600
                                                Facsimile: (601) 960-8613