BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | | |
|---|---|---|
| In re: Asbestos Products Liability Litigation ) | | MDL No.: 875 |
| ) | | |
| DOROTHY E. KNEZEVIC, *Individually and as* ) | | |
| *Special Administrator for the Estate of* ) | | |
| EDWARD J. KNEZEVIC ) | | |
| v. ) | | |
| ) | | |
| A. W. CHESTERTON CO., et al. ) | | JPML CTO - 546 |
| ) | | |
| ILN/1:12-cv-09983 ) | | |
| ) | | |

## AMENDED PROOF OF SERVICE

I hereby certify that a copy of Defendants CBS Corporation, A Delaware Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corporation, f/k/a Westinghouse Electric Corporation and General Electric's **Notice of Appearance** and **Corporate Disclosure Statements,** MDL 875 document numbers 9228, 9229 and 9230 was served via U.S. Mail to the following:

Clerk; Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

via electronic notification to the following counsel:

| | |
|---|---|
| Michael Peter Cascino | Adam J. Jagadich |
| Chen Kasher | Emily C. Zapotocny |
| Cascino Vaughan Law Offices, Ltd. | Segal, McCambridge, Singer & Mahoney |
| 220 South Ashland Avenue | 233 South Wacker Drive, Suite 5500 |
| Chicago, IL 60607 | Chicago, IL 60606 |
| (312) 944-0600 | (312) 645-7800 |
| Email: ecf.cvlo@gmail.com | Fax: (312) 645-7711 |
| Email: ckasher@cvlo.com | Email: ajagadich@smsm.com |
| Counsel for Plaintiff | Email: ezapotocny@smsm.com |
| | Counsel for A.W. Chesterton Company |

Page 1 of 3

David Francis Fanning
Howard Patrick Morris
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
(312)984-0289
Email: fanningd@jbltd.com
Email: morrisp@jbltd.com
Counsel for ExxonMobil Oil Corporation

Jeffrey Michael Schieber
John Anthony Fonstad
Maja C. Eaton
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
(312) 853-7925
Email: jschieber@sidley.com
Email: jfonstad@sidley.com
Email: meaton@sidley.com
Counsel for General Electric Company

Jacob D. Sawyer
Foley & Mansfield, PLLP
55 W. Monroe
Suite 3430
Chicago, IL 60603
(312) 254-3800
Email: jsawyer@foleymansfield.com
Counsel for CBS Corporation

Gregory T. Goldberg
Michael T. Trucco
Stamos & Trucco LLP
One East Wacker Drive
Suite 300
Chicago, IL 60601
(312) 630-7979
Email: ggoldberg@stamostrucco.com
Email: mtrucco@stamostrucco.com
Counsel for Texaco Inc.

And via U.S. Mail to the follow who lack counsel of record:

Bayer Crop Science Inc.
R/A : Illinois Corporation Service Co.
801 Adlai Stevenson Drive
Springfield, IL 62703

Certainteed Corporation
CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

Georgia Pacific LLC
CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

Rapid American Corporation
R/A: The Prentice Hall Corporation
2711 Centerville Road
Suite 400
Wilmington, DE 19808

| | |
|---|---|
| General Refractories Company | Union Carbide Corporation |
| CT Corporation System | CT Corporation System |
| 208 S. LaSalle Street | 208 S. LaSalle Street |
| Suite 814 | Suite 814 |
| Chicago, IL 60604 | Chicago, IL 60604 |

THIS, the 15th day of March, 2013.

>//s// Jennifer M. Studebaker
>Jennifer M. Studebaker (MSBN # 10433)
>Forman Perry Watkins Krutz & Tardy LLP
>P.O. Box 22608
>Jackson, MS 39225-2608
>Telephone: (601) 960-8600
>Facsimile: (601) 960-8613