BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In re: Asbestos Products Liability Litigation ) | MDL No.: 875 |
| _____ ) | |
| DOROTHY E. KNEZEVIC, Individually ) | |
| and as Special Administrator for the Estate ) | |
| of EDWARD J. KNEZEVIC, Deceased ) | |
| ) | |
| v. ) | |
| ) | |
| A.W. CHESTERTON COMPANY., et al., ) | JPML CTO - 546 |
| ) | |
| ILN/1:12-cv-09983 ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2013, I served the following ExxonMobil Oil Corporation Corporate Disclosure via email to the following counsel of record:

Counsel for Plaintiff
Michael Peter Cascino
Cascino Vaughan Law Offices, Ltd.
220 Souith Ashland Avenue
Chicago, IL 60607
Email: ecf.cvlo@gmail.com

Counsel for A.W. Chesterton Company
Adam J. Jagadick
Emily C. Zapotocny
Segal, McCambridge, Singer & Mahoney
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
Email: ajagadich@smsm.com
Email: ezapotocny@smsm.com

Counsel for CBS Corporation
Jacob D. Sawyer
Foley & Mansfield, PLLP
55 W. Monroe, Suite 3430
Chicago, IL 60603
Email: jsawyer@foleymansfield.com

Counsel for General Electric Company
Jeffrey Michael Schieber
John Anthony Fonstad
Maja C. Eaton
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
Email: jschieber @ sidley.com
Email: jfonstad@sidley.com
Email: meaton@sidley.com

Counsel for Texaco Inc.
Gregory T. Goldberg
Michael T. Trucco
Stamos & Trucco LLP
One East Wacker Drive, Suite 300
Chicago, IL 60601
Email: ggoldberg@stamostrucco.com
Email: mtrucco@stamostrucco.com

Counsel for ExxonMobil Oil Corporation
Howard Patrick Morris
David Francis Fanning
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Email: morrisp@jbltd.com
Email: fanningd@jbltd.com

Counsel for CBS Corporation, A Delaware

Corporation f/k/a Viacom, Inc., Successor by Merger
to CBS Corporation, f/k/a Westinghouse Electric
Corporation and General Electric Company
Jennifer M. Studebaker
Forman Perry Watkins Krutz & Tardy LLP
P.O. Box 22608
Jackson, MS 39225-2608
Email: studebakerjm@fpwk.com

                                           **By /s/ H. Patrick Morris**
H. Patrick Morris
Illinois State Bar #6187083
Attorney for ExxonMobil Oil Corporation
Johnson & Bell, Ltd
33 West Monroe St., Suite 2700
Chicago IL   60603
morrisp@jbltd.com

2