BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In re: Asbestos Products Liability Litigation ) | MDL No.: 875 |
| ———————————————————— ) | |
| DOROTHY E. KNEZEVIC, Individually ) | |
| and as Special Administrator for the Estate ) | |
| of EDWARD J. KNEZEVIC,  Deceased ) | |
| ) | |
| v. ) | |
| ) | |
| A.W. CHESTERTON COMPANY., et al.,  ) | JPML CTO - 546 |
| ) | |
| ILN/1:12-cv-09983 ) | |

## AMENDED PROOF OF SERVICE

I hereby certify that on March 20, 2013, I caused Defendant ExxonMobil Oil Corporation's Amended Proof of Service for the Notice of Appearance (MDL 875 docket No. 9242) to be filed with the CM/ECF electronic filing system of the Judicial Panel on Multidistrict Litigation which will send notification of such filing to the following counsel of record:

Counsel for Plaintiff
Michael Peter Cascino
Chen Kasher
Cascino Vaughan Law Offices, Ltd.
220 Souith Ashland Avenue
Chicago, IL 60607
Email: ecf.cvlo@gmail.com

Counsel for A.W. Chesterton Company
Adam J. Jagadick
Emily C. Zapotocny
Segal, McCambridge, Singer & Mahoney
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
Email: ajagadich@smsm.com
Email: ezapotocny@smsm.com

Counsel for CBS Corporation
Jacob D. Sawyer
Foley & Mansfield, PLLP
55 W. Monroe, Suite 3430
Chicago, IL 60603
Email: jsawyer@foleymansfield.com

Counsel for General Electric Company
Jeffrey Michael Schieber
John Anthony Fonstad
Maja C. Eaton
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
Email: jschieber @ sidley.com
Email: jfonstad@sidley.com
Email: meaton@sidley.com

Counsel for Texaco Inc.
Gregory T. Goldberg
Michael T. Trucco
Stamos & Trucco LLP
One East Wacker Drive, Suite 300
Chicago, IL 60601
Email: ggoldberg@stamostrucco.com
Email: mtrucco@stamostrucco.com

Counsel for ExxonMobil Oil Corporation
Howard Patrick Morris
David Francis Fanning
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Email: morrisp@jbltd.com
Email: fanningd@jbltd.com

Counsel for CBS Corporation, A Delaware
Corporation f/k/a Viacom, Inc., Successor by Merger
to CBS Corporation, f/k/a Westinghouse Electric
Corporation and General Electric Company
Jennifer M. Studebaker
Forman Perry Watkins Krutz & Tardy LLP
City Centre, Suite 100
200 S. Lamar Street
Jackson, MS 39201
Email: studebakerjm@fpwk.com

Counsel for Union Oil Company of California
Gregory T. Goldberg
Michael T. Trucco
Stamos & Trucco LLP
One East Wacker Drive, Suite 300
Chicago, IL 60601
Email: ggoldberg@stamostrucco.com
Email: mtrucco@stamostrucco.com

and via U.S. Mail to the following parties listed below who lack counsel of record:

Bayer Crop Science, Inc.
R/A: Illinois Corporation Service Co.
801 Adlai Stevenson Drive
Springfield, IL 62703

Certainteed Corporation
CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

General Refractories Company
CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

Georgia Pacific LLC
CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

Rapid American Corporation
R/A: The Prentice Hall Corporation
2711 Centerville Road
Suite 400
Wilmington, DE 19808

Union Carbide Corporation
CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

By /s/ H. Patrick Morris
H. Patrick Morris
Illinois State Bar #6187083
Attorney for ExxonMobil Oil Corporation
Johnson & Bell, Ltd
33 West Monroe St., Suite 2700
Chicago IL   60603
morrisp@jbltd.com