BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In re: Asbestos Products Liability Litigation ) | MDL No.: 875 |
| _____ ) | |
| DOROTHY E. KNEZEVIC, Individually ) | |
| and as Special Administrator for the Estate ) | |
| of EDWARD J. KNEZEVIC, Deceased ) | |
| ) | |
| v. ) | |
| ) | |
| A.W. CHESTERTON COMPANY., et al., ) | JPML CTO - 546 |
| ) | |
| ILN/1:12-cv-09983 ) | |

**NOTICE OF WITHDRAWAL OF EXXONMOBIL OIL CORPORATION'S
CORPORATE DISCLOSURE STATEMENT DOCKET NUMBER 9243**

Defendant, ExxonMobil Oil Corporation, by and through its attorneys, Johnson & Bell, Ltd., hereby withdraws its previously filed Corporate Disclosure Statement docket number 9243 due to incompletion.

Dated: March 20, 2013

                                                      **By /s/ H. Patrick Morris**_____
                                                      H. Patrick Morris
                                                      Illinois State Bar #6187083
                                                      Attorney for ExxonMobil Oil Corporation
                                                      Johnson & Bell, Ltd
                                                      33 West Monroe St., Suite 2700
                                                      Chicago IL   60603
                                                      morrisp@jbltd.com