BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| In re: Asbestos Products Liability Litigation ) | MDL No.: 875 |
| _____ ) | |
| DOROTHY E. KNEZEVIC, Individually ) | |
| and as Special Administrator for the Estate ) | |
| of EDWARD J. KNEZEVIC, Deceased ) | |
| ) | |
| v. ) | |
| ) | |
| A.W. CHESTERTON COMPANY., et al., ) | JPML CTO - 546 |
| ) | |
| ILN/1:12-cv-09983 ) | |

## PROOF OF SERVICE

I hereby certify that on March 20, 2013, I caused Defendant ExxonMobil Oil Corporation's Notice of Withdrawal of ExxonMobil Oil Corporation's Corporate Disclosure Statement (MDL 875 docket No. 9243) to be filed with the CM/ECF electronic filing system of the Judicial Panel on Multidistrict Litigation which will send notification of such filing to the following counsel of record:

Counsel for Plaintiff
Michael Peter Cascino
Chen Kasher
Cascino Vaughan Law Offices, Ltd.
220 Souith Ashland Avenue
Chicago, IL 60607
Email: ecf.cvlo@gmail.com

Counsel for A.W. Chesterton Company
Adam J. Jagadick
Emily C. Zapotocny
Segal, McCambridge, Singer & Mahoney
233 South Wacker Drive, Suite 5500
Chicago, IL 60606
Email: ajagadich@smsm.com
Email: ezapotocny@smsm.com

Counsel for CBS Corporation
Jacob D. Sawyer
Foley & Mansfield, PLLP
55 W. Monroe, Suite 3430
Chicago, IL 60603
Email: jsawyer@foleymansfield.com

Counsel for General Electric Company
Jeffrey Michael Schieber
John Anthony Fonstad
Maja C. Eaton
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
Email: jschieber @ sidley.com
Email: jfonstad@sidley.com
Email: meaton@sidley.com

Counsel for Texaco Inc.
Gregory T. Goldberg
Michael T. Trucco
Stamos & Trucco LLP
One East Wacker Drive, Suite 300
Chicago, IL 60601
Email: ggoldberg@stamostrucco.com
Email: mtrucco@stamostrucco.com

Counsel for ExxonMobil Oil Corporation
Howard Patrick Morris
David Francis Fanning
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Email: morrisp@jbltd.com
Email: fanningd@jbltd.com

| | |
|---|---|
| Counsel for CBS Corporation, A Delaware Corporation f/k/a Viacom, Inc., Successor by Merger to CBS Corporation, f/k/a Westinghouse Electric Corporation and General Electric Company<br>Jennifer M. Studebaker<br>Forman Perry Watkins Krutz & Tardy LLP<br>City Centre, Suite 100<br>200 S. Lamar Street<br>Jackson, MS 39201<br>Email: studebakerjm@fpwk.com | Counsel for Union Oil Company of California<br>Gregory T. Goldberg<br>Michael T. Trucco<br>Stamos & Trucco LLP<br>One East Wacker Drive, Suite 300<br>Chicago, IL 60601<br>Email: ggoldberg@stamostrucco.com<br>Email: mtrucco@stamostrucco.com |

and via U.S. Mail to the following parties listed below who lack counsel of record:

| | |
|---|---|
| Bayer Crop Science, Inc.<br>R/A: Illinois Corporation Service Co.<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | Certainteed Corporation<br>CT Corporation System<br>208 S. LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| General Refractories Company<br>CT Corporation System<br>208 S. LaSalle Street<br>Suite 814<br>Chicago, IL 60604 | Georgia Pacific LLC<br>CT Corporation System<br>208 S. LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| Rapid American Corporation<br>R/A: The Prentice Hall Corporation<br>2711 Centerville Road<br>Suite 400<br>Wilmington, DE 19808 | Union Carbide Corporation<br>CT Corporation System<br>208 S. LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |

**By /s/ H. Patrick Morris**
H. Patrick Morris
Illinois State Bar #6187083
Attorney for ExxonMobil Oil Corporation
Johnson & Bell, Ltd
33 West Monroe St., Suite 2700
Chicago IL   60603
morrisp@jbltd.com

2