BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | | |
|---|---|---|
| In re: Asbestos Products Liability Litigation | ) | MDL No.: 875 |
| _____ | ) | |
| | ) | |
| **DOROTHY E. KNEZEVIC,** *Individually and as* | ) | |
| *Special Administrator for the Estate of* | ) | |
| **EDWARD J. KNEZEVIC** | ) | |
| **v.** | ) | |
| | ) | |
| **A. W. CHESTERTON CO., et al.** | ) | JPML CTO - 546 |
| | ) | |
| **ILN/1:12-cv-09983** | ) | |
| | ) | |

## PROOF OF SERVICE

I hereby certify that a copy of Defendants CBS Corporation, A Delaware Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corporation, f/k/a Westinghouse Electric Corporation and General Electric Company's Response In Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order No. 546 was served via U.S. Mail to the following:

Clerk; Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

and via electronic notification to all counsel appearing in these cases as follows:

| | |
|---|---|
| Michael Peter Cascino | Adam J. Jagadich |
| Chen Kasher | Emily C. Zapotocny |
| Cascino Vaughan Law Offices, Ltd. | Segal, McCambridge, Singer & Mahoney |
| 220 South Ashland Avenue | 233 South Wacker Drive, Suite 5500 |
| Chicago, IL 60607 | Chicago, IL 60606 |
| (312) 944-0600 | (312) 645-7800 |
| Email: ecf.cvlo@gmail.com | Fax: (312) 645-7711 |
| Email: ckasher@cvlo.com | Email: ajagadich@smsm.com |
| Counsel for Plaintiff | Email: ezapotocny@smsm.com |
| | Counsel for A.W. Chesterton Company |

David Francis Fanning
Howard Patrick Morris
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
(312)984-0289
Email: fanningd@jbltd.com
Email: morrisp@jbltd.com
Counsel for ExxonMobil Oil Corporation

Jeffrey Michael Schieber
John Anthony Fonstad
Maja C. Eaton
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
(312) 853-7925
Email: jschieber@sidley.com
Email: jfonstad@sidley.com
Email: meaton@sidley.com
Counsel for General Electric Company

Jacob D. Sawyer
Foley & Mansfield, PLLP
55 W. Monroe, Suite 3430
Chicago, IL 60603
(312) 254-3800
Email: jsawyer@foleymansfield.com
Counsel for CBS Corporation

Gregory T. Goldberg
Michael T. Trucco
Stamos & Trucco LLP
One East Wacker Drive, Suite 300
Chicago, IL 60601
(312) 630-7979
Email: ggoldberg@stamostrucco.com
Email: mtrucco@stamostrucco.com
Counsel for Texaco Inc.

David Francis Fanning
Howard Patrick Morris
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, IL 60603
(312)984-0289
Email: fanningd@jbltd.com
Email: morrisp@jbltd.com
Counsel for ExxonMobil Oil Corporation

Jeffrey Michael Schieber
John Anthony Fonstad
Maja C. Eaton
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
(312) 853-7925
Email: jschieber@sidley.com
Email: jfonstad@sidley.com
Email: meaton@sidley.com
Counsel for General Electric Company

Jacob D. Sawyer
Foley & Mansfield, PLLP
55 W. Monroe, Suite 3430
Chicago, IL 60603
(312) 254-3800
Email: jsawyer@foleymansfield.com
Counsel for CBS Corporation

Gregory T. Goldberg
Michael T. Trucco
Stamos & Trucco LLP
One East Wacker Drive, Suite 300
Chicago, IL 60601
(312) 630-7979
Email: ggoldberg@stamostrucco.com
Email: mtrucco@stamostrucco.com
Counsel for Texaco Inc.

And via U.S. Mail to the follow who lack counsel of record:

Bayer Crop Science Inc.
R/A : Illinois Corporation Service Co.
801 Adlai Stevenson Drive
Springfield, IL 62703

Certainteed Corporation
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

General Refractories Company
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

Union Oil Company of California
Stamos & Trucco LLP
One East Wacker Drive, Suite 300
Chicago, IL 60601

Georgia Pacific LLC
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

Rapid American Corporation
R/A: The Prentice Hall Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Union Carbide Corporation
CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

THIS, the 21st day of March, 2013.

//s// Jennifer M. Studebaker
Jennifer M. Studebaker (MSBN # 10433)
Forman Perry Watkins Krutz & Tardy LLP
P.O. Box 22608
Jackson, MS 39225-2608
Telephone: (601) 960-8600
Facsimile: (601) 960-8613