**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN McVAY, Individually and as | ) | Case No. 1:13-cv-10001 |
| Executrix of the Estate of Carl L. Wiehe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Court of Common Pleas |
| ARMSTRONG INTERNATIONAL, INC. | ) | Cuyahoga County, Ohio |
| et al., | ) | Case No. 784281 |
| | ) | |
| Defendants. | ) | |

**NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER (CTO-547)**

Come now Plaintiffs and file this Notice of Opposition to the Conditional Transfer Order (CTO-547) entered by the Panel on March 18, 2013.

Karen McVay, Individually and as Executrix of the Estate of Carl. L. Wiehe v. Armstrong International, Inc., et al.; No. 1:13-cv-10001 is pending in the United States District Court for the Northern District of Ohio. Pursuant to Panel Rule 7.1(c), the plaintiff files this notice of opposition to apprise the Panel of her opposition to transfer.

Pursuant to Panel Rule 7.1(f), plaintiff shall file, within 14 days of the filing of this notice, her motion to vacate conditional transfer order and supporting brief.

1

Respectfully submitted,

**WATERS & KRAUS, LLP**


 /s/  Charles S. Siegel
Charles S. Siegel
Texas State Bar No. 18341875
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244  Telephone
(214) 871-2263  Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Opposition has been served via electronic filing on all counsel of record listed below on this 25th day of March, 2013.


 /s/ Charles S. Siegel
Charles S. Siegel