MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com
ROSEANNA M. CASTILLO (SBN 252761)
roseanna.castillo@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant
CRANE CO.

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI),<br><br>This Document Relates To: | MDL DOCKET NO. 875 |

1
**NOTICE OF TAG-ALONG ACTION**

COPY

| | |
|---|---|
| 1 | MICHELE C. BARNES (SBN: 187239) |
| | michele.barnes@klgates.com |
| 2 | ROSEANNA M. CASTILLO (SBN: 252761) |
| | roseanna.castillo@klgates.com |
| 3 | **K&L GATES LLP** |
| | Four Embarcadero Center, Suite 1200 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 882-8200 |
| 5 | Facsimile: (415) 882-8220 |
| 6 | Attorneys for Defendant |
| | CRANE CO. |

ORIGINAL FILED
2013 MAR -7 P 1:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

NC

| | | |
|---|---|---|
| 11 | DONNA C. OGDEN BLAKENEY, Individually and as Successor-In-Interest to BILLY OGDEN, Deceased, ANTHONY OGDEN, ALAN R. OGDEN, and MARIAN E. VINCENT, | Case No. |
| | | C 13 1039 |
| 14 | Plaintiffs, | Civil Action No.(Superior Court of the State of California for the County of San Francisco, CA NO. CGC-13-276128) |
| 15 | vs. | |
| 16 | **3M COMPANY** (individually and f/k/a Minnesota, Mining and Manufacturing Company a/k/a "3M"); **A. W. CHESTERTON COMPANY**; **AIR & LIQUID SYSTEMS, CORPORATION** (sued as successor-by-merger to BUFFALO PUMPS, INC.); **ALFA LAVAL, INC.** sued individually and as successor-in-interest to THE DELAVAL SEPARATOR COMPANY and SHARPLES CORPORATION; **ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST**; **AMCORD, INC.**, individually and as successor-in-interest to Riverside Cement; **AMERICAN STANDARD, INC.**, individually and as successor-in-interest to The TRANE COMPANY; **AMERICAN STANDARD, INC.**, individually, f/k/a American Radiator & Standard Sanitary Corp. (successor by merger to American Radiator Company (successor-in-interest to Ideal Boiler Company) d/b/a "ARCO" Boilers and "IDEAL" Boilers) and as successor-in-interest | **NOTICE OF TAG-ALONG ACTION** |

1
NOTICE OF TAG-ALONG ACTION

| | |
|---|---|
| 1 | to Kewanee Boiler Corporation;<br>**AMERON INTERNATIONAL CORPORATION;** |
| 2 | **AMETEK, INC.,** individually and successor-in-interest to Hercules, Inc., |
| 3 | successor-in-interest to Hercules Powder Company, successor-in-interest to Haveg |
| 4 | Industries, Inc., successor by merger to Haveg Corporation; |
| 5 | **ARMSTRONG INTERNATIONAL, INC.;**<br>**ASHLAND, INC.,** individually and as |
| 6 | successor-in-interest to Hercules, Inc., successor-in-interest to Hercules Powder |
| 7 | Company, successor-in-interest to Haveg Industries, Inc., successor by merger to Haveg |
| 8 | Corporation;<br>**AURORA PUMP COMPANY;** |
| 9 | **BECHTEL CORPORATION** (individually and as successor to Sequoia Ventures, Inc.); |
| 10 | **BLACICMER PUMP COMPANY;**<br>**BUFFALO PUMPS, INC.;** |
| 11 | **BW/IP INTERNATIONAL, INC.,** individually and as successor-in-interest to |
| 12 | BYRON JACKSON PUMP COMPANY;<br>**CARRIER CORPORATION,** individually |
| 13 | and as successor-in-interest to Elliott Company, successor-in-interest to |
| 14 | Crocker-Wheeler Company;<br>**CBS CORPORATION,** f/k/a Viacom, Inc. |
| 15 | (successor-by-merger to CBS Corporation, successor-by-merger to Westinghouse Electric |
| 16 | Corporation);<br>**CBS CORPORATION,** f/k/a Viacom, Inc. |
| 17 | (successor-by-merger to CBS Corporation, successor-by-merger to Westinghouse Electric |
| 18 | Corporation), individually and as successor-in-interest to B.F. Sturtevant |
| 19 | Company;<br>**CERTAINTEED CORPORATION** (f/k/a |
| 20 | Saint-Gobain Investments, Inc.) individually |
| 21 | PLAINTIFFS' COMPLAINT FOR WRONGFUL DEATH AND SURVIVAL |
| 22 | and as successor by merger to CertainTeed Corporation; |
| 23 | **CHAMPLAIN CABLE CORPORATION,** individually and as successor-in-interest to |
| 24 | Haveg Industries, Inc., successor-by-merger to Haveg Corporation; |
| 25 | **CLEAVER-BROOKS, INC.,** individually and f/k/a Aqua-Chem, Inc.; |
| 26 | **CRANE CO.,** individually and as successor in interest to Chapman Valves; |
| 27 | **CROSBY VALVE, INC.;**<br>**CROWN CORK & SEAL COMPANY,** |
| 28 | **INC.** (individually and as successor-in-interest to Mundet Cork Company);<br>**DAP PRODUCTS, INC.;** |

| | |
|---|---|
| 1 | DEZURIK, INC.; |
| | DORR-OLIVER EMICO USA, INC.; |
| 2 | DOUGLASS INSULATION COMPANY, INC.; |
| 3 | DOVER CORPORATION, individually, d/b/a "Blackmer" branded products, and as successor-in-interest to Blacicmer Pump Company; |
| 4 | |
| 5 | DOVER RESOURCES, INC., individually and d/b/a "Blackmer" branded products; |
| 6 | DOWMAN PRODUCTS, INC.; DRESSER-RAND COMPANY, individually and as successor-in-interest to Terry Steam Turbine and Whiton Machine Company; |
| 7 | |
| 8 | ELECTRIC MACHINERY MANUFACTURING CO.; |
| 9 | ELLIOTT TURBO MACHINERY COMPANY a/lc/a ELLIOTT COMPANY; |
| 10 | ENVIROTECH PUMP SYSTEMS, INC.; FLOWSERVE CORPORATION, individually and as successor by merger to Durco International, Inc., United Pumps and Worthington Pumps; |
| 11 | |
| 12 | FLOWSERVE US, INC. (as successor to EDWARD VALVE, INC., BYRON JACKSON PUMP COMPANY, WILSON SNYDER PUMPS, VOGT VALVES); |
| 13 | |
| 14 | FMC CORPORATION, individually, on behalf of and as successor-in-interest to Peerless Pump Co.; |
| 15 | |
| 16 | FORMOSA PLASTICS CORPORATION U.S.A. (sued individually and as parent, alter ego and successor-in-interest to J-M MANUFACTURING COMPANY and to J-M A/C PIPE CORPORATION); |
| 17 | |
| 18 | FOSTER WHEELER ENERGY CORPORATION; |
| 19 | FRASER'S BOILER SERVICE, INC.; |
| 20 | GARDNER DENVER NASH, LLC, individually and as successor-in-interest to The Nash Engineering Co.; |
| 21 | GENERAL ELECTRIC COMPANY; |
| 22 | GENERAL MOTORS CORPORATION; GEORGIA-PACIFIC, LLC, f/k/a Georgia-Pacific Corporation, individually and as successor-in-interest to Bestwall Gypsum Company; |
| 23 | |
| 24 | GOLDEN GATE DRYWALL, INC.; GOULDS PUMPS INCORPORATED; |
| 25 | GRINNELL, L.L.C. (f/k/a Grinnell Corporation); |
| 26 | GRISCOM RUSSELL COMPANY; HANSON PERMANENTE CEMENT, INC., (f/k/a Kaiser Cement Corporation, individually and as successor-in-interest to Kaiser Gypsum Company, Inc.); |
| 27 | |
| 28 | HENRY PRATT COMPANY; |

**HERCULES, INC.,** individually and as successor-in-interest to Hercules Powder Company, successor-in-interest to Haveg Industries, Inc., successor by merger to Haveg Corporation;
**HOLLINGSWORTH & VOSE COMPANY;**
**HOMESTEAD VALVES,** a Division of Olson Technologies, Inc.
**HOPEMAN BROTHERS, INC.;**
**IMO INDUSTRIES, INC.** (individually and as successor-in-interest to DeLaval Turbine, Inc.);
**INGERSOLL-RAND COMPANY** individually and as successor-in-interest to The Aldrich Company, Terry Steam Turbine and the Whiton Machine Company;
**IPSEN, INC.;**
**ITT CORPORATION** f/k/a ITT Industries, Inc., individually and as successor-in-interest to "Bell & Gossett" branded products and Grinnell Corporation;
**J-M MANUFACTURING COMPANY, INC.** d/b/a J-M Pipe Manufacturing Company;
**JOHN CRANE, INC.,** individually and as successor-in-interest to Crane Packing Company;
**KAISER GYPSUM COMPANY, INC.;**
**KENTILE FLOORS, INC.;**
**LINDBERG ENGINEERING, INC.;**
**McNALLY INDUSTRIES, LLC** (sii to NORTHERN FIRE APPARATUS COMPANY);
**MC WANE, INC.,** individually and as successor by merger to Clow Corporation and Yeomans Brothers, Co.;
**MEADWESTVACO CORPORATION,** Vida MW Holding Corporation, individually and as successor by merger to Westvaco Corporation and The Mead Corporation;
**MOHAWK FINE PAPERS INC.** (f/k/a International Paper);
**OAKFABCO, INC.** (individually and as successor-in-interest to Kewanee Boiler Manufacturing Co., Inc.);
**OWENS-ILLINOIS, INC.** individually and as successor-in-interest to Owens-Illinois Glass Company and d/b/a 0-I;
**PENTAIR, INC.;**
**PLANT INSULATION COMPANY,** Formerly Asbestos Company of CA;
**RED-WHITE VALVE COMPANY;**
**SAN FRANCISCO GRAVEL COMPANY;**
**SPENCE ENGINEERING COMPANY, INC.;**
**SPIRAX SARCO, INC.;**
**SPX CORPORATION,** individually and as

| | |
|---|---|
| 1 | successor-in-interest to KINNEY VACUUM PUMP COMPANY; |
| 2 | **STERLING FLUID SYSTEMS (USA), L.L.C.** (Vida Sterling Fluid Systems (USA), Inc. and Peerless Pump Company, individually |
| 3 | and as successor-in-interest to Indian Head, Inc.); |
| 4 | **THE NASH ENGINEERING, INC.;** **THE WEIR GROUP;** |
| 5 | **THOMAS DEE ENGINEERING CO.;** **U.S. ELECTRIC MOTORS**, a Division of |
| 6 | Emerson Electric Co.; **VELAN STEAM TRAP CORPORATION;** ) |
| 7 | **VELAN VALVE CORP.**, individually and as ) successor-in-interest to Velan Steam Trap ) |
| 8 | Corporation; ) **VIAD CORPORATION** f/k/a THE DIAL ) |
| 9 | CORPORATION (sued individually and as ) successor-in-interest to ) |
| 10 | GRISCOM-RUSSELL COMPANY); ) **WARREN PUMPS, L.L.C.,** f/k/a Warren ) |
| 11 | Pumps, Inc.; ) **WEIL PUMP COMPANY, INC.;** ) |
| 12 | **WEIR VALVES & CONTROLS** USA, INC., individually and as successor-in-interest |
| 13 | to Atwood & Morrill Co., Inc.; **YARWAY CORPORATION** (individually |
| 14 | and as successor-in-interest to GIMPEL CORPORATION); |
| 15 | **YEOMANS CHICAGO CORPORATION,** ) individually and as successor-in-interest to ) |
| 16 | Yeomans Brothers Co.; ) **YORK INTERNATIONAL** ) |
| 17 | **CORPORATION,** individually and as successor-in-interest to Central Environmental |
| 18 | Systems, Inc., f/lc/a Borg-Warner Central Environmental Systems, Inc.; York-Luxaire, |
| 19 | Inc.; Luxaire, Inc., and The C.A. Olsen Manufacturing Company and d/b/a "Moncrief |
| 20 | Furnaces" d/b/a York Hearing & Air Conditioning; |
| 21 | **ZURN INDUSTRIES, LLC,** f/k/a Zurn Industries, Inc., a/k/a and successor-by-merger |
| 22 | to Erie City Iron Works and d/b/a "Keystone" branded products, and DOES 1-300 |
| 23 | |
| 24 | Defendants. |

25  PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict

26 Litigation entered an Order transferring all asbestos cases pending in federal court to the United

27 States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial

28 proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). The MDL Transfer Order also

applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On November 23, 2011, the Panel on Multidistrict Litigation and the Hon. Eduardo C. Robreno issued an order and recommendation terminating the new transfer of tag-along actions to the MDL, with several exceptions, including cases venued in the Northern District of California. A copy of that order is attached hereto as Exhibit 1.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Dated: March 7, 2013

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Dated: March 7, 2013    By:    Respectfully submitted,

*[signature]*

Michele C. Barnes (CA S.B. # 187239)
Roseanna M. Castillo (CA S.B. # 252761)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200

Attorneys for Defendant
CRANE CO.

## DEMAND FOR JURY TRIAL

Crane Co. hereby demands a trial by jury in the above-entitled action pursuant to FRCP 38(b) and ND-CA Civil L.R. 3-6.

Dated: March 7, 2013

Respectfully submitted,

By: _____
Michele C. Barnes (CA S.B. # 187239)
Roseanna M. Castillo (CA S.B. # 252761)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200

Attorneys for Defendant
**CRANE CO.**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served via hand delivery on plaintiffs' counsel and via U.S. mail and electronic service on all counsel of record this 7th day of March, 2013.

By: _____
Michele C. Barnes (CA S.B. # 187239)
Roseanna M. Castillo (CA S.B. # 252761)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200

Attorneys for Defendant
**CRANE CO.**