```
MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com
ROSEANNA M. CASTILLO (SBN: 252761)
roseanna.castillo@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
CRANE CO.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA C. OGDEN BLAKENEY, Individually and as Successor-In-Interest to BILLY OGDEN, Deceased, ANTHONY OGDEN, ALAN R. OGDEN, and MARIAN E. VINCENT,<br><br>Plaintiffs,<br><br>vs.<br><br>3M COMPANY (individually and f/k/a Minnesota, Mining and Manufacturing Company a/k/a "3M");<br>A. W. CHESTERTON COMPANY;<br>AIR & LIQUID SYSTEMS, CORPORATION (sued as successor-by-merger to BUFFALO PUMPS, INC.);<br>ALFA LAVAL, INC. sued individually and as successor-in-interest to THE DELAVAL SEPARATOR COMPANY and SHARPLES CORPORATION;<br>ALLIS-CHALMERS CORPORATION PRODUCT LIABILITY TRUST;<br>AMCORD, INC., individually and as successor-in-interest to Riverside Cement;<br>AMERICAN STANDARD, INC., individually and as successor-in-interest to The TRANE COMPANY;<br>AMERICAN STANDARD, INC., individually, f/k/a American Radiator & Standard Sanitary Corp. (successor by merger to American Radiator Company (successor-in-interest to Ideal Boiler | Case No. **NC**<br><br>**C 13 1039**<br><br>Civil Action No.(Superior Court of the State of California for the County of San Francisco, CA NO. CGC-13-276128)<br><br>**PROOF OF SERVICE** |

1

PROOF OF SERVICE

| | |
|---|---|
| 1 | Company) d/b/a "ARCO" Boilers and "IDEAL" Boilers) and as successor-in-interest |
| 2 | to Kewanee Boiler Corporation; **AMERON INTERNATIONAL** |
| 3 | **CORPORATION;** **AMETEK, INC.**, individually and |
| 4 | successor-in-interest to Hercules, Inc., successor-in-interest to Hercules Powder |
| 5 | Company, successor-in-interest to Haveg Industries, Inc., successor by merger to Haveg |
| 6 | Corporation; **ARMSTRONG INTERNATIONAL, INC.;** |
| 7 | **ASHLAND, INC.**, individually and as successor-in-interest to Hercules, Inc., |
| 8 | successor-in-interest to Hercules Powder Company, successor-in-interest to Haveg |
| 9 | Industries, Inc., successor by merger to Haveg Corporation; |
| 10 | **AURORA PUMP COMPANY;** **BECHTEL CORPORATION** (individually |
| 11 | and as successor to Sequoia Ventures, Inc.); **BLACICMER PUMP COMPANY;** |
| 12 | **BUFFALO PUMPS, INC.;** **BW/IP INTERNATIONAL, INC.**, |
| 13 | individually and as successor-in-interest to BYRON JACKSON PUMP COMPANY; |
| 14 | **CARRIER CORPORATION**, individually and as successor-in-interest to Elliott |
| 15 | Company, successor-in-interest to Crocker-Wheeler Company; |
| 16 | **CBS CORPORATION**, f/k/a Viacom, Inc. (successor-by-merger to CBS Corporation, |
| 17 | successor-by-merger to Westinghouse Electric Corporation); |
| 18 | **CBS CORPORATION**, f/k/a Viacom, Inc. (successor-by-merger to CBS Corporation, |
| 19 | successor-by-merger to Westinghouse Electric Corporation), individually and as |
| 20 | successor-in-interest to B.F. Sturtevant Company; |
| 21 | **CERTAINTEED CORPORATION** (f/k/a Saint-Gobain Investments, Inc.) individually |
| 22 | PLAINTIFFS' COMPLAINT FOR WRONGFUL DEATH AND SURVIVAL |
| 23 | and as successor by merger to CertainTeed Corporation; |
| 24 | **CHAMPLAIN CABLE CORPORATION,** individually and as successor-in-interest to |
| 25 | Haveg Industries, Inc., successor-by-merger to Haveg Corporation; |
| 26 | **CLEAVER-BROOKS, INC.**, individually and f/k/a Aqua-Chem, Inc.; |
| 27 | **CRANE CO.**, individually and as successor in interest to Chapman Valves; |
| 28 | **CROSBY VALVE, INC.;** |

| | |
|---|---|
| 1 | CROWN CORK & SEAL COMPANY, INC. (individually and as successor-in-interest to Mundet Cork Company); |
| 2 | DAP PRODUCTS, INC.; |
| 3 | DEZURIK, INC.; DORR-OLIVER EMICO USA, INC.; |
| 4 | DOUGLASS INSULATION COMPANY, INC.; |
| 5 | DOVER CORPORATION, individually, d/b/a "Blackmer" branded products, and as |
| 6 | successor-in-interest to Blacicmer Pump Company; |
| 7 | DOVER RESOURCES, INC., individually and d/b/a "Blackmer" branded products; |
| 8 | DOWMAN PRODUCTS, INC.; DRESSER-RAND COMPANY, individually |
| 9 | and as successor-in-interest to Terry Steam Turbine and Whiton Machine Company; |
| 10 | ELECTRIC MACHINERY MANUFACTURING CO.; |
| 11 | ELLIOTT TURBO MACHINERY COMPANY a/lc/a ELLIOTT COMPANY; |
| 12 | ENVIROTECH PUMP SYSTEMS, INC.; FLOWSERVE CORPORATION, |
| 13 | individually and as successor by merger to Durco International, Inc., United Pumps and |
| 14 | Worthington Pumps; FLOWSERVE US, INC. (as successor to |
| 15 | EDWARD VALVE, INC., BYRON JACKSON PUMP COMPANY, WILSON |
| 16 | SNYDER PUMPS, VOGT VALVES); FMC CORPORATION, individually, on |
| 17 | behalf of and as successor-in-interest to Peerless Pump Co.; |
| 18 | FORMOSA PLASTICS CORPORATION U.S.A. (sued individually and as parent, alter |
| 19 | ego and successor-in-interest to J-M MANUFACTURING COMPANY and to J-M |
| 20 | A/C PIPE CORPORATION); FOSTER WHEELER ENERGY |
| 21 | CORPORATION; FRASER'S BOILER SERVICE, INC.; |
| 22 | GARDNER DENVER NASH, LLC, individually and as successor-in-interest to |
| 23 | The Nash Engineering Co.; GENERAL ELECTRIC COMPANY; |
| 24 | GENERAL MOTORS CORPORATION; GEORGIA-PACIFIC, LLC, f/k/a |
| 25 | Georgia-Pacific Corporation, individually and as successor-in-interest to Bestwall Gypsum |
| 26 | Company; GOLDEN GATE DRYWALL, INC.; |
| 27 | GOULDS PUMPS INCORPORATED; GRINNELL, L.L.C. (f/k/a Grinnell |
| 28 | Corporation); |

3

PROOF OF SERVICE

GRISCOM RUSSELL COMPANY;
HANSON PERMANENTE CEMENT, INC., (f/k/a Kaiser Cement Corporation, individually and as successor-in-interest to Kaiser Gypsum Company, Inc.);
HENRY PRATT COMPANY;
HERCULES, INC., individually and as successor-in-interest to Hercules Powder Company, successor-in-interest to Haveg Industries, Inc., successor by merger to Haveg Corporation;
HOLLINGS WORTH & VOSE COMPANY;
HOMESTEAD VALVES, a Division of Olson Technologies, Inc.
HOPEMAN BROTHERS, INC.;
IMO INDUSTRIES, INC. (individually and as successor-in-interest to DeLaval Turbine, Inc.);
INGERSOLL-RAND COMPANY individually and as successor-in-interest to The Aldrich Company, Terry Steam Turbine and the Whiton Machine Company;
IPSEN, INC.;
ITT CORPORATION f/k/a ITT Industries, Inc., individually and as successor-in-interest to "Bell & Gossett" branded products and Grinnell Corporation;
J-M MANUFACTURING COMPANY, INC. d/b/a J-M Pipe Manufacturing Company;
JOHN CRANE, INC., individually and as successor-in-interest to Crane Packing Company;
KAISER GYPSUM COMPANY, INC.;
KENTILE FLOORS, INC.;
LINDBERG ENGINEERING, INC.;
McNALLY INDUSTRIES, LLC (sii to NORTHERN FIRE APPARATUS COMPANY);
MC WANE, INC., individually and as successor by merger to Clow Corporation and Yeomans Brothers, Co.;
MEADWESTVACO CORPORATION, Vida MW Holding Corporation, individually and as successor by merger to Westvaco Corporation and The Mead Corporation;
MOHAWK FINE PAPERS INC. (f/k/a International Paper);
OAKFABCO, INC. (individually and as successor-in-interest to Kewanee Boiler Manufacturing Co., Inc.);
OWENS-ILLINOIS, INC. individually and as successor-in-interest to Owens-Illinois Glass Company and d/b/a 0-I;
PENTAIR, INC.;

| | |
|---|---|
| 1 | PLANT INSULATION COMPANY, Formerly Asbestos Company of CA; |
| 2 | RED-WHITE VALVE COMPANY; SAN FRANCISCO GRAVEL COMPANY; |
| 3 | SPENCE ENGINEERING COMPANY, INC.; |
| 4 | SPIRAX SARCO, INC.; SPX CORPORATION, individually and as |
| 5 | successor-in-interest to KINNEY VACUUM PUMP COMPANY; |
| 6 | STERLING FLUID SYSTEMS (USA), L.L.C. (Vida Sterling Fluid Systems (USA), |
| 7 | Inc. and Peerless Pump Company, individually and as successor-in-interest to Indian Head, |
| 8 | Inc.); THE NASH ENGINEERING, INC.; |
| 9 | THE WEIR GROUP; THOMAS DEE ENGINEERING CO.; |
| 10 | U.S. ELECTRIC MOTORS, a Division of Emerson Electric Co.; |
| 11 | VELAN STEAM TRAP CORPORATION; ) VELAN VALVE CORP., individually and as ) |
| 12 | successor-in-interest to Velan Steam Trap ) Corporation; ) |
| 13 | VIAD CORPORATION f/k/a THE DIAL ) CORPORATION (sued individually and as ) |
| 14 | successor-in-interest to ) GRISCOM-RUSSELL COMPANY); ) |
| 15 | WARREN PUMPS, L.L.C., f/k/a Warren ) Pumps, Inc.; ) |
| 16 | WEIL PUMP COMPANY, INC.; ) WEIR VALVES & CONTROLS USA, |
| 17 | INC., individually and as successor-in-interest to Atwood & Morrill Co., Inc.; |
| 18 | YARWAY CORPORATION (individually and as successor-in-interest to GIMPEL |
| 19 | CORPORATION); YEOMANS CHICAGO CORPORATION, ) |
| 20 | individually and as successor-in-interest to ) Yeomans Brothers Co.; ) |
| 21 | YORK INTERNATIONAL ) CORPORATION, individually and as |
| 22 | successor-in-interest to Central Environmental Systems, Inc., f/lc/a Borg-Warner Central |
| 23 | Environmental Systems, Inc.; York-Luxaire, Inc.; Luxaire, Inc., and The C.A. Olsen |
| 24 | Manufacturing Company and d/b/a "Moncrief Furnaces" d/b/a York Hearing & Air |
| 25 | Conditioning; ZURN INDUSTRIES, LLC, f/k/a Zurn |
| 26 | Industries, Inc., a/k/a and successor-by-merger to Erie City Iron Works and d/b/a "Keystone" |
| 27 | branded products, and DOES 1-300 |
| 28 | Defendants. |

5

PROOF OF SERVICE

## PROOF OF SERVICE

DISTRICT COURT OF NORTHERN CALIFORNIA, SAN FRANCISCO DIVISION

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **K&L Gates LLP, Four Embarcadero Center, Suite 1200, San Francisco, CA 94111.**

On **March 7, 2013**, I served the following document(s):

- Notice of Removal

- Certificate of Interested Parties

- Notice of Tag-Along Action

together with a unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

[X]   **BY PERSONAL SERVICE:** I caused to be personally delivered such envelope(s) to each addressee. A signed Proof of Service from Ace Attorney Service will be forwarded to your office upon our receipt of such.

**COUNSEL FOR PLAINTIFFS**
John Langdoc, Esq.
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 72519
(214) 521-3605

[X]   **BY MAIL[1] (By Following Office Business Practice):** I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelopes for collection and mailing on that date following ordinary business practice.

**SEE SERVICE LIST ATTACHED**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **March 7, 2013**, at San Francisco, California.

*Maxine Hinds*
Maxine Hinds

---

[1] The Exhibits to the Notice of Removal were served separately on all appearing parties in the State Court action along with the Notice of Filing of Notice of Removal, which were filed in the San Francisco Superior Court on March 7, 2013, and have been identified in a separate proof of service

Service List

**COUNSEL FOR DEFENDANTS**

CROSBY, THOMAS CARLISLE
CROSBY & ROWELL, LLP
THE AMERICAN BAG BUILDING
299 THIRD STREET, SECOND FLOOR
OAKLAND, CA 94607
(510) 267-0300

GOULDS PUMPS, INC. (DEFENDANT)

HUGO, EDWARD R
BRYDON HUGO & PARKER
135 MAIN STREET, 20TH FLOOR
SAN FRANCISCO, CA 94105
(415) 808-0300

FOSTER WHEELER ENERGY CORPORATION
(DEFENDANT)

OBERG, LISA L
MCKENNA LONG & ALDRIDGE LLP
101 CALIFORNIA ST. 41ST FLOOR
SAN FRANCISCO, CA 94111
(415) 267-4000

CERTAINTEED CORPORATION (F/K/A/ SAINT-GOBAIN (DEFENDANT)

PRZETAK LAURA
BERRY & BERRY
A PROFESSIONAL LAW CORP.
2930 LAKESHORE AVENUE
OAKLAND, CA 94610
(510) 250-0200

ARMSTRONG INTERNATIONAL, INC.
(DEFENDANT)

WOOD JEFFREY S
FOLEY & MANSFIELD, PLLP
300 LAKESIDE DRIVE, STE 1900
OAKLAND, CA 94612
(510) 590-9500

AMERON INTERNATIONAL CORPORATION
(DEFENDANT)

HAMBLETT, ROBERT MITCHELL
HASSARD BONNINGTON LLP
TWO EMBARCADERO CTR., # 1800
SAN FRANCISCO, CA 94111
(415) 288-9800

Attorneys for Defendant, BECHTEL
CORPORATION (INDIVIDUALLLY AND AS

JUBELIRER ELIOT S
SCHIFF HARDIN LLP
ONE MARKET, SPEAR ST TOWER
32ND FLOOR
SAN FRANCISCO, CA 94105
(415) 901-8700

OWENS-ILLINOIS, INC. (DEFENDANT)

PRINDLE, KENNETH B
PRINDLE, AMARO, GOETZ, HILLYARD,
BARNES & REINHOLTZ LLP
ONE CALIFORNIA STREET
STE 1910
SAN FRANCISCO, CA 94111
(415) 788-8354

TRANE U.S. INC., (DEFENDANT)

SHELDON, CHARLES T
WALSWORTH FRANKLIN BEVINS &
MCCALL, LLP
601 MONTGOMERY STREET,
NINTH FLOOR
SAN FRANCISCO, CA 94111
(415) 781-7072

GENERAL ELECTRIC COMPANY
(DEFENDANT)