IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : : | Consolidated Under MDL DOCKET NO. 875 |
| FOUNDS | : : | Transferred from the Northern District of California, Case No. 11-02212 |
| v. | : : | |
| VARIOUS DEFENDANTS | : | E.D. PA No. 2:11-cv-67265 |

FILED
MAR 26 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER VACATING SUGGESTION OF REMAND**

**AND NOW**, this **26th** day of **March, 2013**, it is hereby **ORDERED** that the Suggestion of Remand in this case (ECF No. 50) is **VACATED** as having been entered in error.[1] A new Suggestion of Remand will be entered when there are no pending motions in this case.

**AND IT IS SO ORDERED.**

EDUARDO C. ROBRENO, J.

---

[1] The Suggestion of Remand incorrectly stated that there are no motions pending in the case. In fact, the motion for summary judgment of defendant Puget Sound Commerce Center, Inc. is pending (see 10-69380, ECF Nos. 19, 22, which are treated as if they were filed in case no. 11-67265 per ECF No. 41 on that docket).

1