UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Founds v. Foster Wheeler LLC et al, | ) | |
| (E.D. Pennsylvania, C.A. No. 2:11-67265) | ) | MDL No. 875 |
| N.D. California, C.A. No. 3:11-02212 | ) | |

**ORDER VACATING CONDITIONAL REMAND ORDER**

A conditional remand order was filed in this action (*Founds*) on March 19, 2013. The Panel has now been informed that the transferee judge has vacated his suggestion of remand in *Founds*.

IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on March 19, 2013, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel