MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com
ROSEANNA M. CASTILLO (SBN: 252761)
roseanna.castillo@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
CRANE CO.

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI), | MDL DOCKET NO. 875 |
| This Document Relates To: | **AMENDED PROOF OF SERVICE** |

**AMENDED PROOF OF SERVICE**

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **K&L Gates LLP, Four Embarcadero Center, Suite 1200, San Francisco, CA 94111.**

On **March 27, 2013**, I electronically served the following document(s) as described:

- Amended Proof of Service to Notice of Tag-Along Action

with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Counsel For Plaintiffs**
John Langdoc, Esq.
BARON & BUDD, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 72519
(214) 521-3605

Plaintiffs: Donna C. Ogden Blakeney, Alan R. Ogden, Anthony Ogden and Marian E. Vincent
U.S.D.C. – Northern District of California Case No.: 3:13-cv-01039

<u>SEE SERVICE LIST ATTACHED</u>

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **March 27, 2013**, at San Francisco, California.

_Maxine Hinds_
**Maxine Hinds**

AMENDED PROOF OF SERVICE

Service List

**COUNSEL FOR DEFENDANTS**

CROSBY, THOMAS CARLISLE
CROSBY & ROWELL, LLP
THE AMERICAN BAG BUILDING
299 THIRD STREET, SECOND FLOOR
OAKLAND, CA 94607
(510) 267-0300

GOULDS PUMPS, INC. (DEFENDANT)

HUGO, EDWARD R
BRYDON HUGO & PARKER
135 MAIN STREET, 20TH FLOOR
SAN FRANCISCO, CA 94105
(415) 808-0300

FOSTER WHEELER ENERGY CORPORATION
(DEFENDANT)


OBERG, LISA L
MCKENNA LONG & ALDRIDGE LLP
101 CALIFORNIA ST. 41ST FLOOR
SAN FRANCISCO, CA 94111
(415) 267-4000

CERTAINTEED CORPORATION (F/K/A/ SAINT-GOBAIN (DEFENDANT)


PRZETAK, LAURA
BERRY & BERRY
A PROFESSIONAL LAW CORP.
2930 LAKESHORE AVENUE
OAKLAND, CA 94610
(510) 250-0200

ARMSTRONG INTERNATIONAL, INC.
(DEFENDANT)


WOOD, JEFFREY S
FOLEY & MANSFIELD, PLLP
300 LAKESIDE DRIVE, STE 1900
OAKLAND, CA 94612
(510) 590-9500

AMERON INTERNATIONAL CORPORATION
(DEFENDANT)

HAMBLETT, ROBERT MITCHELL
HASSARD BONNINGTON LLP
TWO EMBARCADERO CTR., # 1800
SAN FRANCISCO, CA 94111
(415) 288-9800

Attorneys for Defendant, BECHTEL CORPORATION (INDIVIDUALLLY AND AS

JUBELIRER, ELIOT S
SCHIFF HARDIN LLP
ONE MARKET, SPEAR ST TOWER
32ND FLOOR
SAN FRANCISCO, CA 94105
(415) 901-8700

OWENS-ILLINOIS, INC. (DEFENDANT)


PRINDLE, KENNETH B
PRINDLE, AMARO, GOETZ, HILLYARD,
BARNES & REINHOLTZ LLP
ONE CALIFORNIA STREET
STE 1910
SAN FRANCISCO, CA 94111
(415) 788-8354

TRANE U.S. INC., (DEFENDANT)

SHELDON, CHARLES T
WALSWORTH FRANKLIN BEVINS & MCCALL, LLP
601 MONTGOMERY STREET,
NINTH FLOOR
SAN FRANCISCO, CA 94111
(415) 781-7072

GENERAL ELECTRIC COMPANY
(DEFENDANT)


ADAMS, BARBARA R
ADAMS | NYE | BECHT LLP
222 KEARNY STREET, SEVENTH FLR
SAN FRANCISCO, CA 941084521
(415) 982-8955

AMCORD, INC. (DEFENDANT)


| | |
|---|---|
| CAMPAGNE, INGRID A<br>WALSWORTH, FRANKLIN, BEVINS & MCCALL<br>601 MONTGOMERY STREET, 9TH FLR<br>SAN FRANCISCO, CA 94111<br>(415) 781-7072<br><br>MCWANE, INC. (DEFENDANT) | CUNNINGHAM, JAMES PATRICK<br>TUCKER ELLIS LP<br>135 MAIN STREET, SUITE 700<br>SAN FRANCISCO, CA 94105<br>(415) 617-2400<br><br>BLACKMER PUMP COMPANY (DEFENDANT)<br>DOVER CORPORATION, INDIVIDUALLY, D/B/A "BLACKMER" (DEFENDANT)<br>WARREN PUMPS, L.L.C., F/K/A WARREN PUMPS, INC. (DEFENDANT) |
| JACKSON, GABRIEL ANNE<br>JACKSON JENKINS RENSTROM LLP<br>55 FRANCISCO STREET<br>6TH FLOOR<br>SAN FRANCISCO, CA 94133<br>(415) 982-3600<br><br>DAP, INC. (ERRONEOUSLY SUED AS, "DAP PRODUCTS, INC (DEFENDANT) | JUBELIRER, ELIOT S<br>SCHIFF HARDIN LLP<br>ONE MARKET, SPEAR ST TOWER<br>32ND FLOOR<br>SAN FRANCISCO, CA 94105<br>(415) 901-8700<br><br>OWENS-ILLINOIS, INC. (DEFENDANT) |
| JUDIN, JENNIFER<br>DEHAY & ELLISTON<br>1111 BROADWAY, STE. 1950<br>OAKLAND, CA 94607<br>(510) 285-0750<br><br>HANSON PERMANENTE CEMENT, INC., F/K/A KAISER (DEFENDANT)<br>KAISER GYPSUM COMPANY, INC. (DEFENDANT) | KANNETT, MARK SIMON<br>BECHERER, KANNETT & SCHWEITZER<br>1255 POWELL ST<br>EMERYVILLE, CA 946082604<br>(510) 658-3600<br><br>WEIR VALVES & CONTROLS USA, INC. (DEFENDANT) |
| MCCALL, MICHAEL T<br>WALSWORTH, FRANKLIN, BEVINS & MCCALL, LLP<br>601 MONTGOMERY STREET<br>9TH FLOOR<br>SAN FRANCISCO, CA 94111<br>(415) 781-7072<br><br>HERCULES INCORPORATED (DEFENDANT) | NELDER, ROBERT L<br>HASSARD BONNINGTON LLP<br>TWO EMBARCADERO CENTER<br>SUITE 1800<br>SAN FRANCISCO, CA 941113941<br>(415) 288-9800<br><br>JOHN CRANE INC. (DEFENDANT) |
| PIETRYKOWSKI, MICHAEL J.<br>GORDON & REES LLP<br>EMBARCADERO CENTER WEST<br>275 BATTERY STREET, 20TH FL<br>SAN FRANCISCO, CA 94111<br>(415) 986-5900<br><br>KEELER/DORR-OLIVER BOILER COMPANY, INC., (DEFENDANT) | POND, FRANK D<br>POND NORTH LLP<br>350 SOUTH GRAND AVENUE<br>SUITE 3300<br>LOS ANGELES, CA 90071<br>(213) 617-6170<br><br>FMC CORPORATION ON BEHALF OF ITS FORMER (DEFENDANT)<br>STERLING FLUID SYSTEMS (USA), LLC (DEFENDANT) |

SERVICE LIST

| | | |
|---|---|---|
| 1 | YOUNG, DENNIS M<br>FOLEY & MANSFIELD, PLLP | ZACHER, PAUL GERHARDT<br>GORDON & REES LLP |
| 2 | 300 LAKESIDE DRIVE, SUITE 1900<br>OAKLAND, CA 94612 | 275 BATTERY ST., STE 2000<br>SAN FRANCISCO, CA 94111 |
| 3 | (510) 590-9500 | (415) 986-5900 |
| 4 | ALFA LAVAL, INC. SUED INDIVIDUALLY AND AS (DEFENDANT) | 3M COMPANY (DEFENDANT) |
| 5 | BW/IP, INC., AND ITS WHOLLY-OWNED SUBSIDIARIES, (DEFENDANT) | |
| 6 | FLOWSERVE CORP., (DEFENDANT)<br>ZURN INDUSTRIES, LLC (DEFENDANT) | |
| 7 | CLERK | |
| 8 | U.S. DISTRICT COURT – NORTHERN DISTRICT<br>SAN FRANCISCO DIVISION | |
| 9 | 450 GOLDEN GATE AVENUE<br>SAN FRANCISCO, CA 94102 | |
| 10 | (415) 522-2000 | |

SERVICE LIST