BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **In re: asbestos products liability litigation** | **MDL No. 875** |
| *Knezevic v. A.W. Chesterton Company, et al.,*<br><br>USDC N.D. IL Case No. 12-cv-9983 | JPML CTO-546 |

### Certificate of Service

I hereby certify that on March 28, 2013, I caused *Plaintiff's Reply Memorandum in Opposition to Conditional Transfer Order CTO-546* to be filed with the CM/ECF electronic filing system of the Judicial Panel on Multidistrict Litigation. I further certify that copies of the above filing were served directly upon all appeared parties via email as listed below:

**"Certain Defendants"**
Jennifer M. Studebaker
Forman, Perry, Watkins, Krutz & Tardy
200 S. Lamar St.
Jackson, MS 39201
601-960-8600
studebakerjm@fpwk.com

**A.W. Chesterton Company**
Emily C. Zapotocny
Segal McCambridge Singer & Mahoney
233 S. Wacker Dr. Ste. 5500
Chicago, IL 60606
312-645-8438
ezapotocny@smsm.com
vzavala@SMSM.com

**Bayer CropScience Inc.**
Tobin J. Taylor
Heyl Royster Voelker & Allen
124 S.W. Adams Street #600
Peoria, IL 61602
309-676-0400
ttaylor@heylroyster.com
MDL875@heylroyster.com

**CBS Corporation**
Daniel G. Donahue
Jacob D. Sawyer
Foley & Mansfield PLLP
1001 Highlands Plaza Dr. West, Suite 400
St. Louis, MO 63110
314-925-5700
ddonahue@foleymansfield.com
jsawyer@foleymansfield.com

**Certainteed Corporation**
Tobin J. Taylor
(See Bayer CropScience for contact info.)

**ExxonMobil Oil Corporation**
Howard P. Morris
David F. Fanning
Johnson & Bell
33 W. Monroe St., STE 2700
Chicago, IL 60603
312-372-0770
morrisp@jbltd.com
fanningd@jbltd.com

**General Electric Company**
John A. Fonstad
Maja C. Eaton
Jeffrey Schieber
Sidley Austin Brown & Wood
1 S. Dearborn Street
Chicago, IL 60603
312-853-7000
jfonstad@sidley.com
meaton@sidley.com
schieber@sidley.com

**Texaco, Inc.**
Gregory T. Goldberg
Michael T. Trucco
Stamos & Trucco LLP
1 E. Wacker Dr. Suite 300
Chicago, IL 60601
312-630-7979
ggoldberg@stamostrucco.com
asbestos@stamostrucco.com
mtrucco@stamostrucco.com

**Union Oil Company of California**
Gregory T. Goldberg
Michael T. Trucco
(See Texaco Inc. for contact info.)

Michael P. Morris
Johnson & Bell
33 W. Monroe St., STE 2700
Chicago, IL 60603
312-372-0770
morrisp@jbltd.com

Adam J. Jadadich
Segal McCambridge Singer & Mahoney LTD
Sears Tower
233 S. Wacker Drive STE 5500
Chicago, IL 60606
312-645-7800
ajagadich@smsm.com
vzavala@SMSM.com


 Pursuant to Rule 3.2(d), a courtesy copy of this filing has been sent via Federal Express to:

> Clerk of the Panel
> United States Judicial Panel on Multidistrict Litigation
> Thurgood Marshall Federal Judiciary Building
> One Columbus Circle, NE, Room G-255, North Lobby
> Washington, DC 20002-8041

I further certify that on March 28, 2013, paper copies of the above were sent to the

following parties, who lack counsel of record,  to their Registered Agent addresses via U.S. Mail:

**General Refractories Company**
c/o Jamie P. Yadgaroff, Esq.
1 Bala Ave., Ste. 310
Bala Cynwyd, PA 19004

**Georgia-Pacific LLC**
c/o CT Corporation System
208 S. LaSalle St., Ste. 814
Chicago, IL 60604

**Rapid American Corporation**
c/o Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

**Union Carbide Corporation**
c/o CT Corporation System
208 S. LaSalle St., Ste. 814
Chicago, IL 60604


Dated: March 28, 2013

*/s/ Michael P. Cascino*
Attorney for plaintiffs
Michael P. Cascino
Chen Kasher
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, Illinois 60607
312.944.0600
mcascino@cvlo.com
ecf.cvlo@gmail.com