IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | CONSOLIDATED UNDER |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS | : | |
| v. | : | |
| VARIOUS DEFENDANTS | : | |

**FILED**
APR -5 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### THIRD SUGGESTION TO THE PANEL ON MULTIDISTRICT LITIGATION ("THE PANEL") CONCERNING FUTURE TAG-ALONG TRANSFERS

**AND NOW**, this **4th** day of **April, 2013**, it is hereby **SUGGESTED** that the Panel decline to transfer and consolidate tag-along cases to MDL-875 from the Eastern District of Virginia.[1]

The Court further **SUGGESTS**, therefore, that the only jurisdictions from which tag-along cases should continue to be transferred are the following:[2]

- The Seventh Circuit, including the Western and Eastern

---

[1] The Court suggests that the Panel cease future transfers of cases from this jurisdiction for the same reasons set forth in the Suggestion to the Judicial Panel of Multidistrict Litigation Concerning Future Tag-Along Transfers, No. 01-md-875 (E.D. Pa. Nov. 23, 2011), ECF No. 8282. Namely, fewer than fifty cases from this jurisdiction are pending.

[2] In addition, the MDL Court will continue to hear asbestos cases that originate in the Eastern District of Pennsylvania.

- Districts of Wisconsin, the Northern and Southern Districts of Indiana, and the Northern, Central and Southern Districts of Illinois (180 cases pending);
- The Northern District of Ohio, including Maritime Docket (MARDOC) cases (3,043 cases pending);
- The Northern District of California (68 cases pending).

It is so **SUGGESTED**.

_____
EDUARDO C. ROBRENO
PRESIDING JUDGE, MDL-875