# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 _____ & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Karen McVay, Individually and as Executrix of the Estate of Carl L. Wiehe

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Karen McVay, Individually and as Executrix of the Estate of Carl L. Wiehe v. Armstrong International, Inc., et al.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

_____        _____
Date                                            Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Charles S. Siegel, Waters & Kraus, 3219 McKinney Avenue, Dallas, Texas 75204

Telephone No.: 214-357-6244                 Fax No.: 214-357-7252

Email Address: siegel@waterskraus.com

JPML Form 18