## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this notice of appearance has been served by ECF on all counsel of record on this 8th day of April, 2013.

       /s/ Charles S. Siegel
       Charles S. Siegel