**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS § <br> LIABILITY LITIGATION (No. VI) § <br> § | MDL DOCKET NO. 875 |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KAREN McVAY, Individually and as ) <br> Executrix of the Estate of Carl L. Wiehe, ) <br>   ) <br>   Plaintiff, ) <br>   ) <br> vs.   ) <br>   ) <br> ARMSTRONG INTERNATIONAL, INC. ) <br> et al., ) <br>   ) <br>   Defendants. ) | Case No. 1:13-cv-10001 <br><br><br><br><br> Court of Common Pleas <br> Cuyahoga County, Ohio <br> Case No. 784281 |

**FIRST AMENDED MOTION TO VACATE THE
<u>CONDITIONAL TRANSFER ORDER (CTO-547)</u>**

Plaintiff, pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, move the Panel to vacate its order of March 18, 2013, conditionally transferring the above-captioned case to the United States District Court for the Eastern District of Pennsylvania. This motion is accompanied by the attached Brief in Support of Motion to Vacate Conditional Transfer Order.

Movant respectfully requests the Clerk to set this motion for hearing at the next session of the Panel.

1

Respectfully submitted,

/s/ Charles S. Siegel
Charles S. Siegel
Texas State Bar No. 18341875
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 Telecopier

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion to Vacate the Conditional Transfer Order has been served by ECF on all counsel of record on this 8th day of April, 2013.

 /s/ Charles S. Siegel
Charles S. Siegel