**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |
| | § | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN McVAY, Individually and as | ) | Case No. 1:13-cv-10001 |
| Executrix of the Estate of Carl L. Wiehe, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Court of Common Pleas |
| ARMSTRONG INTERNATIONAL, INC. | ) | Cuyahoga County, Ohio |
| et al., | ) | Case No. 784281 |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
MOTION TO VACATE (DOC. NO. 9282)**

Plaintiff, by and through her counsel, respectfully withdraws her previously filed motion to vacate filed on April 8, 2013 as Doc. No. 9282 and would show the court as follows:

Plaintiff erroneously filed the motion to vacate twice and therefore requests the panel to withdraw pleading Doc. No. 9282.

Plaintiff would show that the motion to vacate conditional transfer order (CTO-547) filed on April 8, 2013 as Doc. No. 9284 shall in <u>no</u> way be affected by this withdrawal.

1

WHEREFORE, Plaintiff prays that this Panel allow withdrawal of the motion to vacate pleading Doc. No. 9282.

Respectfully submitted,

/s/ Charles S. Siegel
Charles S. Siegel
Texas State Bar No. 18341875
**Waters & Kraus, LLP**
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244  Telephone
(214) 357-7252  Facsimile

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice has been served via electronic filing, facsimile and/or email on all counsel of record on this 9th day of April, 2013.

 /s/ Charles S. Siegel
Charles S. Siegel