## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this notice has been served via electronic filing, facsimile and/or email on all counsel of record on this 9th day of April, 2013.

      /s/ Charles S. Siegel
      Charles S. Siegel