# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:      **May 30, 2013**

LOCATION OF HEARING SESSION:    Gene Snyder United States Courthouse
Courtroom 2
601 West Broadway
Louisville, Kentucky  40202

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **May 13, 2013.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, U.S. District Court for the Western District of Kentucky

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

### HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on May 30, 2013, the Panel will convene a hearing session in Louisville, Kentucky, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | W. Royal Furgeson, Jr. |
| Paul J. Barbadoro | Marjorie O. Rendell |
| Charles R. Breyer | Lewis A. Kaplan |

SCHEDULE OF MATTERS FOR HEARING SESSION
May 30, 2013 -- Louisville, Kentucky


SECTION A
MATTERS DESIGNATED FOR ORAL ARGUMENT[1]


MDL No. 2438 - **IN RE: 5-HOUR ENERGY MARKETING AND SALES PRACTICES
LITIGATION**

Motion of defendant Innovation Ventures, LLC, to transfer the following actions to the
United States District Court for the Central District of California:

Northern District of Alabama

Bruce Pettway v. Innovation Ventures, LLC, C.A. No. 2:13-00248

Central District of California

Ilya Podobedov, et al. v. Living Essentials, LLC, et al., C.A. No. 2:11-06408
Cody Soto v. Innovation Ventures, LLC, C.A. No. 2:13-00591

Middle District of Florida

Junior Hermida v. Innovation Ventures, LLC, C.A. No. 2:13-00047

Southern District of Florida

Michael Feiner v. Innovation Ventures, LLC, C.A. No. 0:12-62495

---

[1]   This schedule contains only those civil actions listed in the Schedule(s) of Actions
submitted with the docketed motion(s) for transfer.  See Panel Rules 6.1 and 6.2.  In the event
these dockets are centralized, other actions of which the Panel has been informed may be subject
to transfer pursuant to Panel Rule 7.1.

Schedule of Matters for Hearing Session, Section A                              p. 2
Louisville, Kentucky

MDL No. 2438 (Continued)


### Southern District of Illinois

Thomas R. Guarino v. Innovation Ventures, LLC, C.A. No. 3:13-00101

### Eastern District of Louisiana

William Waring v. Innovation Ventures, LLC, C.A. No. 2:13-00156

### Eastern District of Missouri

William Forrest v. Innovation Ventures, LLC, C.A. No. 4:13-00172

### Northern District of Ohio

David Berger v. Innovation Ventures, LLC, C.A. No. 1:13-00333


## MDL No. 2439 - **IN RE: SUBWAY FOOTLONG SANDWICH MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendants Doctor's Associates Inc., and Subway Sandwich Shops, Inc.,  to transfer the following actions to the United States District Court for the Northern District of Illinois:

### Western District of Arkansas

Vincent Gotter v. Doctor's Associates, Inc., C.A. No. 5:13-05033

### Eastern District of California

Richard Springer v. Doctor's Associates Inc., C.A. No. 2:13-00143

### Northern District of Illinois

Nguyen Buren v. Doctor's Associates, Inc., C.A. No. 1:13-00498
Barry Gross v. Doctor's Associates Inc., C.A. No. 1:13-00601

Schedule of Matters for Hearing Session, Section A                        p. 3
Louisville, Kentucky


MDL No. 2439 (Continued)


### District of New Jersey

Jason Leslie v. Doctor's Associates, Inc., et al., C.A. No. 3:13-0465
Charles Noah Pendrak, et al. v. Subway Sandwich Shops, Inc., et al.,
      C.A. No. 3:13-00918

### Eastern District of Pennsylvania

Andrew Roseman v. Subway Sandwich Shops, Inc., et al., C.A. No. 2:13-00793


MDL No. 2440 - **IN RE: COOK MEDICAL, INC., PELVIC REPAIR SYSTEM
                  PRODUCTS LIABILITY LITIGATION**

      Motion of plaintiffs Deborah Nolin, et al.; Brenda L. Smith, et al.; Patricia Heiser; Alice
J. Johnson; Sheila Mansfield; Sarah Ruth Dunnington, et al.; and Vilinda Elizabeth Desvignes
to transfer the following actions to the United States District Court for the Southern District of
West Virginia:

### Middle District of Alabama

Debbie Elliot-Mercer v. Cook Group, Inc. et al., C.A. No.1:13-00096
Deborah Nolin, et al. v. Cook Group, Inc., et al., C.A. No. 1:13-00100

### Northern District of Alabama

Patricia Connell v. Cook Group Inc., et al., C.A. No. 3:13-00274
Janice Flannagan, et al. v. American Medical Systems, Inc., et al., C.A. No. 5:13-00311
Linda Pickard, et al. v. Boston Scientific Corporation, et al., C.A. No. 6:13-00308

### Middle District of Florida

Carol Sciarro v. Cook Group, Inc., et al., C.A. No. 6:13-00170

Schedule of Matters for Hearing Session, Section A                    p. 4
Louisville, Kentucky

MDL No. 2440 (Continued)

### Middle District of Georgia

Rebecca A. Sitten, et al. v. Johnson and Johnson, et al., C.A. No. 5:13-00045

### Eastern District of Kentucky

Brenda L. Smith, et al. v. Cook, Inc., et al., C.A. No. 5:12-00229

### District of Montana

Marilyn M. Pittsley, et al. v. Johnson & Johnson, et al., C.A. No. 9:12-00196

### District of New Jersey

Patricia Heiser v. Cook Medical, Inc., et al., C.A. No. 1:13-01005

### Middle District of Tennessee

Alice J. Johnson v. Cook, Inc., et al., C.A. No. 3:12-01153
Sheila Mansfield v. Cook, Inc., et al., C.A. No. 3:12-01252
Sarah Ruth Dunnington, et al. v. Cook, Inc., et al., C.A. No. 3:13-00014

### Southern District of West Virginia

Pamela Haley v. Johnson & Johnson, et al., C.A. No. 2:12-01763
Susan Gabryshak, et al. v. American Medical Systems, Inc., C.A. No. 2:12-01824
Mary Butler v. Boston Scientific Corporation, C.A. No. 2:12-02411
Bonnie Huggins, et al. v. Ethicon, Inc., et al., C.A. No. 2:12-02412
Susan Grizzle, et al. v. Ethicon, Inc., et al., C.A. No. 2:12-02991
Vicki Trammell, et al. v. Ethicon, Inc., et al., C.A. No. 2:12-02994
Lydia Blackwell, et al. v. Ethicon, Inc., et al., C.A. No. 2:12-03155
Rose Young, et al. v. Ethicon, Inc., et al., C.A. No. 2:12-03198
Emily Welch-Stamey v. Ethicon, Inc., et al., C.A. No. 2:12-03202

Schedule of Matters for Hearing Session, Section A                     p. 5
Louisville, Kentucky


MDL No. 2440 (Continued)


### Southern District of West Virginia (Continued)

Shannon Hoskins, et al. v. C. R. Bard, Inc., C.A. No. 2:12-03207
Peggy Gossett, et al. v. American Medical Systems, Inc., et al.,
    C.A. No 2:12-03722
Kimberley A. Hatto v. Ethicon Inc., et al., C.A. No. 2:12-03904
Linda Wallace v. Ethicon, Inc., et al., C.A. No. 2:12-03908
Peggy D. McCloud v. American Medical Systems, Inc., et al.,
    C.A. No. 2:12-04057
Wanda Raines v. American Medical Systems, Inc., et al., C.A. No.2:12-04178
Jean Carper, et al. v. Ethicon, Inc., et al., C.A. No. 2:12-04276
Edna Watkins v. C. R. Bard, Inc., et al., C.A. No. 2:12-04396
Esther Turner, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:12-04556
Stephanie Wolfe v. American Medical Systems, Inc., et al., C.A. No. 2:12-04558
Dorothy M. Womble, et al. v. C. R. Bard, Inc., et al., C.A. No. 2:12-04560
Anna H. Davenport v. Boston Scientific Corporation, C.A. No. 2:12-04566
Stephanie Kindhart v. C. R. Bard, Inc., C.A. No. 2:12-04569
Celia Alvarez, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:12-04570
Mary E. Gilbert, et al. v. Ethicon, Inc. et al., C.A. No. 2:12-04572
Lynda S. Nicholson v. C. R. Bard, Inc., et al., C.A. No. 2:12-04575
Vilinda Elizabeth Desvignes v. Ethicon, Inc., et al., C.A. No. 2:12-06032
Cissy L. Wyatt v. American Medical Systems, Inc., et al., C.A. No. 2:12-07001


MDL No. 2441 - **IN RE: STRYKER REJUVENATE AND ABG II HIP IMPLANT
              PRODUCTS LIABILITY LITIGATION**

        Motion of plaintiff Robert Davis for centralization of certain of the following actions in
the United States District Court for the District of Minnesota and motion, as amended, of plaintiff
Christine Wilkinson for centralization of certain of the following actions in the United States
District Court for the Northern District of Illinois:

### Northern District of Alabama

Mary Forbes v. Howmedica Osteonics Corporation, C.A. No. 2:12-03781

Schedule of Matters for Hearing Session, Section A                    p. 6
Louisville, Kentucky


MDL No. 2441 (Continued)

        Northern District of Alabama (Continued)

Patricia Bernauer v. Howmedica Osteonics Corporation, C.A. No. 3:13-00508

        Southern District of Alabama

Ruby Phillippi v. Howmedica Ostenics Corporation, C.A. No. 1:12-00760

        District of Alaska

Mary Carhart, et al. v. Stryker Corporation, et al., C.A. No. 3:12-00212

        Eastern District of Arkansas

Tracy Sponer v. Howmedica Osteonics Corporation, C.A. No. 4:12-00701

        Northern District of California

Sandra Viens, et al. v. Howmedica Osteonics Corporation, et al., C.A. No. 3:13-00262
Michael Leachman v. Howmedica Osteonics Corporation, et al., C.A. No. 3:13-00263
Jeffrey Lomack v. Howmedica Osteonics Corporation, et al., C.A. No. 3:13-00267
Laray Johnson v. Howmedica Osteonics Corporation, et al., C.A. No. 3:13-00268
Anthony Fletcher, et al. v. Howmedica Osteonics Corporation, et al.,
    C.A. No. 3:13-00270

        Middle District of Florida

James Gewand v. Stryker Corporation, et al., C.A. No. 3:13-00298
Paul Buley, et al. v. Howmedica Osteonics Corporation, C.A. No. 8:12-02540

        Southern District of Florida

Connie Piccinonna, et al. v. Howmedica Osteonics Corporation, et al.,
    C.A. No. 0:12-61945
Bernard Owen v. Howmedica Osteonics Corporation, C.A. No. 0:13-60183
Cheryl Riley v. Howmedica Osteonics Corporation, C.A. No. 0:13-60674

Schedule of Matters for Hearing Session, Section A                    p. 7
Louisville, Kentucky


MDL No. 2441 (Continued)


       Southern District of Florida (Continued)

Joel Eisen, et al. v. Howmedica Ostenonics Corporation, C.A. No. 9:13-80169

       Northern District of Illinois

Randall Crew, et al. v. Howmedica Osteonics Corporation, et al., C.A. No. 1:13-01133
Christine Wilkinson v. Howmedica Osteonics Corporation, C.A. No. 1:13-01307
Barbara Ruben v. Howmedica Osteonics Corporation, et al., C.A. No. 1:13-02144
Robert Schwartz v. Stryker Corporation, et al., C.A. No.1:13-02299

       Southern District of Illinois

Patricia Anderson v. Stryker Corporation, et al., C.A. No. 3:13-00266

       Eastern District of Kentucky

Gary Wagner, et al. v. Howmedica Osteonics Corporation, C.A. No. 2:13-00038

       Eastern District of Louisiana

Pamelia Espat, et al. v. Stryker Corporation, et al., C.A. No. 2:13-00188

       Western District of Louisiana

David H. Hunter, et al. v. Stryker Corporation, et al., C.A. No. 2:12-02965
Lee Ann Pontiff v. Stryker Orthopaedics, C.A. No. 6:13-00299
Michael R. Hebert v. Stryker Orthopaedics, C.A. No. 6:13-00300

       District of Massachusetts

Lisa Lincoln, et al. v. Howmedica Osteonics Corporation, C.A. No. 1:13-10689

Schedule of Matters for Hearing Session, Section A                            p. 8
Louisville, Kentucky


MDL No. 2441 (Continued)


      District of Minnesota

    Cheryl Helder, et al. v. Howmedica Osteonics Corporation, C.A. No. 0:13-00156
    Jan Heitland, et al. v. Howmedica Osteonics Corporation, C.A. No. 0:13-00168
    Jeffrey Mathiasen, et al. v. Howmedica Osteonics Corporation, C.A. No. 0:13-00170
    Roger Towler, et al. v. Howmedica Osteonics Corporation, C.A. No. 0:13-00171
    Scott Bergman, et al. v. Howmedica Osteonics Corporation, C.A. No. 0:13-00216
    Joan Brennan, et al. v. Howmedica Osteonics Corporation, C.A. No. 0:13-00217
    Robert Davis v. Howmedica Osteonics Corporation, C.A. No. 0:13-00235
    John Gjerde v. Howmedica Osteonics Corporation, C.A. No. 0:13-00236
    Paul Orndorff et al v. Howmedica Osteonics Corporation, et al., C.A. No. 0:13-00329
    Wayne Berg, et al. v. Howmedica Osteonics Corporation., C.A. No. 0:13-00388
    Judith Brumbaugh, et al. v. Howmedica Osteonics Corporation, C.A. No. 0:13-00611
    Gerald Borgman, et al. v. Howmedica Osteonics Corporation, C.A. No. 0:13-00612
    Eugene Bidinger, et al. v. Howmedica Osteonics Corporation, C.A. No. 0:13-00613

      Eastern District of Pennsylvania

    Annalisa Fox v. Howmedica Osteonics Corporation, C.A. No. 2:13-01387

      District of Utah

    Erma Jean Dorius Naegle, et al. v. Stryker Corporation et al., C.A. No.1:1200240


MDL No. 2443 - **IN RE: NICKELODEON CONSUMER PRIVACY LITIGATION**

    Motion of defendant Viacom Inc. to transfer the following actions to the United States
District Court for the District of New Jersey:

      Northern District of California

    L.G. v. Google, Inc., et al., C.A. No. 3:12-06555

Schedule of Matters for Hearing Session, Section A                    p. 9
Louisville, Kentucky

MDL No. 2443 (Continued)

                    Southern District of Illinois

        T.M. v. Viacom, Inc., et al., C.A. No. 3:12-01295

                    Western District of Missouri

        N.J. v. Viacom, Inc., et al., C.A. No. 2:12-04322

                    District of New Jersey

        CAF and CTF, et al. v. Viacom, Inc., et al., C.A. No. 2:12-07829

                    Western District of Pennsylvania

        K.T. v. Viacom, Inc., et al., C.A. No. 2:12-01868

                    Southern District of Texas

        Stephanie Fryar v. Viacom, Inc., et al., C.A. No. 4:12-03713


MDL No. 2444 - **IN RE: SPRAY POLYURETHANE FOAM INSULATION PRODUCTS
                LIABILITY LITIGATION**

        Motion of plaintiff Lucille Renzi to transfer the following actions to the United States
District Court for the Southern District of Florida:

                    District of Connecticut

        Christopher Albanese, et al. v. Demilec (USA) LLC, et al., C.A. No. 3:12-01053

                    Southern District of Florida

        Lucille Renzi v. Demilec (USA) LLC, et al., C.A. No. 9:12-80516
        Bruce Haas, et al. v. Demilec (USA) LLC, et al., C.A. No. 9:12-81160

Schedule of Matters for Hearing Session, Section A                          p. 10
Louisville, Kentucky

MDL No. 2444 (Continued)

### Western District of Michigan

Joel Stegink, et al. v. Demilec (USA) LLC, et al., C.A. No. 1:12-01243

### District of New Jersey

David Schraeder, et al. v. Demilec (USA) LLC, et al., C.A. No. 2:12-06074

### Eastern District of New York

Neil Markey, et al. v. Lapolla Industries, Inc., et al., C.A. No. 2:12-04622

### Eastern District of Pennsylvania

Daniel Slemmer, et al. v. NCFI Polyurethanes, et al., C.A. No. 2:12-06542

### Western District of Wisconsin

Kevin Hecker v. Demilec (USA) LLC, et al. C.A. No. 3:12-00682

## MDL No. 2445 - **IN RE: SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION**

Motion of plaintiff Burlington Drug Company, Inc., to transfer the following actions to the United States District Court for the District of Vermont:

### Eastern District of Pennsylvania

Meijer, Inc., et al. v. Reckitt Benckiser, Inc., et al., C.A. No. 2:13-01122

### Middle District of Pennsylvania

United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania v. Reckitt Benckiser, Inc., et al., C.A. No. 1:13-00589

Schedule of Matters for Hearing Session, Section A                              p. 11
Louisville, Kentucky


MDL No. 2445 (Continued)


      <u>District of Vermont</u>

    Burlington Drug Company, Inc. v. Reckitt Benckiser Group plc, et al.,
      C.A. No. 1:12-00282


MDL No. 2446 - **IN RE: STANDARD & POOR'S RATING AGENCY LITIGATION**

    Motion of defendants The McGraw-Hill Companies, Inc., and Standard & Poor's
Financial Services, LLC, to transfer the following actions to the United States District Court for
the Southern District of New York:

      <u>District of Arizona</u>

  State of Arizona, ex rel. Thomas C. Horne v. The McGraw-Hill Companies Inc., et al.,
    C.A. No. 2:13-00463

      <u>Eastern District of Arkansas</u>

  State of Arkansas, ex rel. Dustin McDaniel v. The McGraw-Hill Companies, Inc., et al.,
    C.A. No. 4:13-00117

      <u>District of Colorado</u>

  State of Colorado, ex rel. John W. Suthers v. The  McGraw-Hill Companies, Inc., et al.,
    C.A. No. 1:13-00572

      <u>District of Connecticut</u>

  State of Connecticut v. The McGraw Hill Companies, Inc., et al., C.A. No. 3:13-00311

      <u>District of Delaware</u>

  State of Delaware v. The McGraw-Hill Companies, Inc., et al., C.A. No.  1:13-00363

Schedule of Matters for Hearing Session, Section A                                      p. 12
Louisville, Kentucky


MDL No. 2446 (Continued)


        District of District of Columbia

District of Columbia v. The MCGraw-Hill Companies, Inc., et al., C.A. No. 1:13-00292

        District of Idaho

State of Idaho, ex rel. Lawrence Wasden v. The McGraw-Hill Companies, Inc., et al.,
    C.A. No. 1:13-00108

        Northern District of Illinois

The People of the State of Illinois v. The McGraw-Hill Companies, Inc., et al.,
    C.A. No. 1:13-01725

        Southern District of Iowa

State of Iowa, ex rel. Thomas Miller v. The McGraw-Hill Companies, Inc., et al.,
    C.A. No. 4:13-00111

        District of Maine

State of Maine v. The McGraw-Hill Companies, Inc., et al., C.A. No. 1:13-00067

        Southern District of Mississippi

State of Mississippi v. The McGraw-Hill Companies, Inc., et al., C.A. No. 3:11-00343

        Western District of Missouri

State of Missouri, ex rel. Chris Koster, et al. v. The McGraw-Hill Companies, Inc.,
    et al., C.A. No. 4:13-00221

Schedule of Matters for Hearing Session, Section A                              p. 13
Louisville, Kentucky


MDL No. 2446 (Continued)


      Eastern District of North Carolina

State of North Carolina, ex rel. Roy Cooper v. The McGraw-Hill Companies, Inc., et al.,
   C.A. No. 5:13-00163

      Middle District of Pennsylvania

Commonwealth of Pennsylvania by Attorney General Kathleen G. Kane v. The
   McGraw-Hill Companies, Inc., et al., C.A. No. 1:13-00605

      District of South Carolina

The McGraw-Hill Companies, Inc., et al. v. Alan Wilson, C.A. No. 3:13-00322
State of South Carolina, ex rel. Alan Wilson v. The McGraw-Hill Companies, Inc.,
   et al., C.A. No. 3:13-00596

      Middle District of Tennessee

The McGraw-Hill Companies, Inc., et al. v. Robert E. Cooper, Jr.,
   C.A. No. 3:13-00089
State of Tennessee, ex rel. Robert E. Cooper, Jr., Attorney General and Reporter v.
   The McGraw-Hill Companies, Inc., et al., C.A. No. 3:13-00193

      Western District of Washington

State of Washington v. The McGraw-Hill Companies, Inc., et al., C.A. No. 2:13-00398

Schedule of Matters for Hearing Session, Section A                              p. 14
Louisville, Kentucky


MDL No. 2447 - **IN RE: MAYBELLINE NEW YORK AND L'OREAL PARIS
                 COSMETIC PRODUCTS MARKETING AND SALES PRACTICES
                 LITIGATION**

   Motion of defendants L'Oreal USA, Inc., and Maybelline LLC d/b/a Maybelline New
York to transfer the following actions to the United States District Court for the Southern
District of New York:

     <u>Eastern District of California</u>

  Patsy Murdock v. Maybelline, LLC, C.A. No. 2:13-00207

     <u>Northern District of California</u>

  Liat Orshansky v. L'Oreal USA, Inc., et al., C.A. No. 3:12-06342

     <u>Southern District of California</u>

  Yanira Algarin v. Maybelline, LLC, C.A. No. 3:12-03000

     <u>Southern District of New York</u>

  Carol Leebove, et al. v. Maybelline, LLC, C.A. No.1:12-07146


MDL No. 2448 - **IN RE: ANHEUSER-BUSCH BEER LABELING MARKETING AND
                 SALES PRACTICES LITIGATION**

   Motion of plaintiffs Nina Giampaoli, et al., to transfer the following actions to the United
States District Court for the Northern District of California:

     <u>Northern District of California</u>

  Nina Giampaoli, et al. v. Anheuser-Busch Companies, LLC, C.A. No. 3:13-00828

     <u>District of Colorado</u>

  Joel Richardson v. Anheuser-Busch Companies, LLC, C.A. No. 1:13-00506

Schedule of Matters for Hearing Session, Section A                              p. 15
Louisville, Kentucky

MDL No. 2448 (Continued)

      District of New Jersey

Brian Wilson v. Anheuser-Busch Companies, LLC, C.A. No. 1:13-01122

      Northern District of Ohio

Joseph Hopkins, et al. v. Anheuser-Busch Companies LLC, C.A. No. 1:13-00413

      Eastern District of Pennsylvania

Thomas Greenberg, et al. v. Anheuser-Busch Companies, LLC, C.A. No. 2:13-01016

      Northern District of Texas

Michael Seidenstein v. Anheuser-Busch Companies, LLC, C.A. No. 3:13-00917


MDL No. 2450 - **IN RE: FORD FUSION AND C-MAX FUEL ECONOMY LITIGATION**

    Motion of plaintiffs Pedro Magana; Susan Pliner; and Sandra Wright, et al., to transfer
the following actions to the United States District Court for the Central District of California:

      Central District of California

Richard Pitkin, et al. v. Ford Motor Company, et al., C.A. No. 2:13-00954
Pedro Magana v. Ford Motor Company, C.A. No. 5:13-00608
Steven D. Strand, et al. v. Ford Motor Company, et al., C.A. No. 8:12-02232

      District of New Hampshire

Susan Pliner  v. Ford Motor Company, C.A. No. 1:13-00147

      District of New Mexico

Sandra Wright, et al. v. Ford Motor Company, C.A. No. 1:13-00292

Schedule of Matters for Hearing Session, Section A                    p. 16
Louisville, Kentucky


MDL No. 2450 (Continued)


       <u>Southern District of New York</u>

   Robert Fellows v. Ford Motor Company, C.A. No. 7:13-00906
   Naomi Teppich, et al. v. Ford Motor Company, C.A. No. 7:13-01144


MDL No. 2451 - **IN RE: HSBC BANK USA, N.A., DEBIT CARD OVERDRAFT FEE
           LITIGATION**

   Motion of defendant HSBC Bank USA, N.A., to transfer the following actions to the
United States District Court for the Eastern District of New York:

       <u>Eastern District of New York</u>

   Darek Jura v. HSBC Bank USA, N.A., et al., C.A. No. 1:12-06224
   Ofra Levin, et al. v. HSBC Bank USA, N.A., et al., C.A. No.  2:12-05696

       <u>Eastern District of Virginia</u>

   Leah Hanes v. HSBC Bank USA, N.A., C.A. No. 1:13-00229

# SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 - **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Dorothy E. Knezevic, Karen McVay, and Dianne Jacobs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

      <u>Northern District of Illinois</u>

Dorothy E. Knezevic v. A.W. Chesterton Company, et al., C.A. No. 1:12-09983

      <u>Northern District of Ohio</u>

Karen McVay v. Armstrong International, Inc., et al., C.A. No. 1:13-10001

      <u>Western District of Wisconsin</u>

Dianne Jacobs v. Owens-Illinois Inc., et al., C.A. No. 3:12-00899

MDL No. 1816 - **IN RE: KATZ INTERACTIVE CALL PROCESSING PATENT
LITIGATION**

Opposition of defendants GEICO Corporation, Government Employees Insurance Company, GEICO General Insurance Company, GEICO Indemnity Company, and GEICO Casualty Company to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the District of Delaware:

      <u>Central District of California</u>

Ronald A. Katz Technology Licensing L.P. v. Comcast Corporation, et al.,
   C.A. No. 2:07-06996 (D. Delaware, C.A. No. 1:07-00361)

Schedule of Matters for Hearing Session, Section B                          p. 18
Louisville, Kentucky


MDL No. 1964 - **IN RE: NUVARING PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Anna Acquaviva, et al.; Sandra Kathleen Caesar, et al.; Michelle Shanaya Benson, et al.; Amber J. Wilson, et al.; and Brandi Tucker, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Missouri:

                <u>Central District of California</u>

Anna Acquaviva, et al. v. Organon USA, Inc., et al., C.A. No. 2:13-01035
Sandra Kathleen Caesar, et al. v. Organon USA, Inc., et al., C.A. No. 2:13-01149
Michelle Shanaya Benson, et al. v. Organon USA, Inc., et al., C.A. No. 2:13-01195

                <u>Northern District of California</u>

Amber J. Wilson, et al. v. Organon USA, Inc., et al., C.A. No. 4:13-00705
Brandi Tucker, et al. v. Organon USA, Inc., et al., C.A. No. 4:13-00728


MDL No. 2009 - **IN RE: REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

Opposition of defendant Morgan Keegan & Company, Inc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Eastern District of Arkansas:

                <u>Western District of Tennessee</u>

Herschel Zarecor, III, et al. v. Morgan Keegan & Company, Inc., C.A. No. 2:12-2341
    (E.D. Arkansas, C.A. No. 4:11-00824)

Schedule of Matters for Hearing Session, Section B                          p. 19
Louisville, Kentucky

## MDL No. 2070 - **IN RE: CITIGROUP INC. SECURITIES LITIGATION**

Opposition of plaintiff Leslie G. Shumsker to transfer of the following action to the United States District Court for the Southern District of New York:

### District of Massachusetts

Leslie G. Shumsker v. Citigroup Global Markets, Inc., C.A. No. 1:13-10175

## MDL No. 2151 - **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Jerry W. Lee, et al., and  Mary Caldwell to transfer of their respective following actions to the United States District Court for the Central District of California:

### Southern District of Mississippi

Jerry W. Lee, et al. v. Toyota Motor Sales, U.S.A., Inc., et al., C.A. No. 3:13-00148
Mary Caldwell v. Toyota Motor Sales, U.S.A., Inc., et al., C.A. No. 3:13-00149

## MDL No. 2187 - **IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Cherylene E. Grimsley, Jean P. Hale, Susan Larsen, Paulette Stray, Carolyn L. Sullivan, Staci Lyn Wade, and Pamela M. Wilkerson to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

### District of Maryland

Cherylene E. Grimsley v. Ernest C. Wynne, III, M.D., et al., C.A. No. 8:13-00405

Schedule of Matters for Hearing Session, Section B                    p. 20
Louisville, Kentucky

MDL No. 2187 (Continued)


        District of Massachusetts

        Jean P. Hale v. Covidien plc, et al., C.A. No. 1:13-10190
        Susan Larsen v. Covidien plc, C.A. No. 1:13-10191
        Paulette Stray v. Covidien plc, et al., C.A. No. 1:13-10192
        Carolyn L. Sullivan v. Covidien plc, et al., C.A. No. 1:13-10193
        Staci Lyn Wade v. Covidien plc, et al., C.A. No. 1:13-10194
        Pamela M. Wilkerson v. Covidien plc, et al., C.A. No. 1:13-10195


MDL No. 2193 - **IN RE: BANK OF AMERICA HOME AFFORDABLE MODIFICATION
              PROGRAM (HAMP) CONTRACT LITIGATION**

        Motion of defendant Jenneh Es-Sudan to transfer the following action to the United
States District Court for the District of Massachusetts:

        Northern District of Georgia

        Federal National Mortgage Association v. Kenneth W. Ruffin, et al.,
            C.A. No. 1:13-00766


MDL No. 2244 - **IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT
              PRODUCTS LIABILITY LITIGATION**

        Opposition of plaintiff Jerry Stone to transfer of the following action to the United States
District Court for the Northern District of Texas:

        Central District of California

        Jerry Stone v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:13-01265

Schedule of Matters for Hearing Session, Section B                                    p. 21
Louisville, Kentucky


MDL No. 2262 - **IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST
LITIGATION**

Opposition of plaintiff The Federal Home Loan Mortgage Corporation to transfer of the
following action to the United States District Court for the Southern District of New York:

Eastern District of Virginia

The Federal Home Loan Mortgage Corporation v. Bank of America Corporation, et al.,
C.A. No. 1:13-00342


MDL No. 2265 - **IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED
SECURITIES LITIGATION**

Opposition of plaintiffs Royal Park Investments SA/NV; Phoenix Light SF Limited, et
al.; and Silver Elms CDO II Ltd., et al., to transfer of their respective following actions to the
United States District Court for the Central District of California:

Southern District of New York

Royal Park Investments SA/NV v. Bank of America Corp., et al., C.A. No. 1:13-00490
Royal Park Investments SA/NV v. Bank of America Corp., et al., C.A. No. 1:13-00491
Phoenix Light SF Limited, et al. v. Bank of America Corp., et al., C.A. No. 1:13-00492
Phoenix Light SF Limited, et al. v. Bank of America Corp., et al., C.A. No. 1:13-00494
Silver Elms CDO II Ltd., et al. v. Bank of America Corp., et al., C.A. No. 1:13-00501


MDL No. 2284 - **IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Howard Manard to transfer of the following action to the United
States District Court for the Eastern District of Pennsylvania:

Eastern District of Wisconsin

Howard Manard v. E I du Pont de Nemours and Company, et al., C.A. No. 2:13-00246

MDL No. 2295 - **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE
                      CONSUMER PROTECTION ACT LITIGATION**

Opposition of plaintiff Alisa Baker to transfer of the following action to the United States
District Court for the Southern District of California:

Western District of Michigan

Alisa Baker v. Portfolio Recovery Associates, Inc., et al., C.A. No. 2:12-00409

MDL No. 2299 - **IN RE: ACTOS (PIOGLITAZONE) PRODUCTS LIABILITY
                      LITIGATION**

Opposition of plaintiff Safdar Lilak to remand, under 28 U.S.C. § 1407(a), of the
following action to the United States District Court for the District of Colorado:

Western District of Louisiana

Safdar Lilak v. Takeda Pharmaceutical North America, Inc., C.A. No. 6:12-00411
    (D. Colorado, C.A. No. 1:11-03379)

MDL No. 2323 - **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION
                      INJURY LITIGATION**

Oppositions of plaintiffs Archie Matsos; Ross C. Hawkins; William Thomas (Tom)
Bettis; Donna Perry; Scott Gilchrist; and William D. Quinlan, et al., to transfer of their
respective following actions to the United States District Court for the Eastern District of
Pennsylvania:

Southern District of New York

Archie Matsos v. The National Football League, et al., C.A. No. 1:13-01063
Ross C. Hawkins v. The National Football League, et al., C.A. No. 1:13-01067
William Thomas (Tom) Bettis v. The National Football League, et al.,
    C.A. No. 1:13-01069
Donna Perry v. The National Football League, et al., C.A. No. 1:13-01072
Scott Gilchrist v. The National Football League, et al., C.A. No. 1:13-01074
William D. Quinlan, et al. v. The National Football League, et al., C.A. No. 1:13-01100

Schedule of Matters for Hearing Session, Section B                                    p. 23
Louisville, Kentucky


MDL No. 2325 - **IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR
                SYSTEM PRODUCTS LIABILITY LITIGATION**

   Oppositions of plaintiffs Diane Thomas-Lanska, et al.; Cheryl A. Cooper, et al.; Lupe
Guardado; and Marilyn Goodwin to transfer of their respective following actions to the United
States District Court for the Southern District of West Virginia:

       <u>Central District of California</u>

   Diane Thomas-Lanska, et al. v. Antoine A. Hanna, et al., C.A. No. 2:13-01434
   Cheryl A. Cooper, et al. v. Sam Siddighi, et al., C.A. No. 5:13-00345
   Lupe Guardado v. Ralph A. Highshaw, et al., C.A. No. 5:13-00365
   Marilyn Goodwin v. Bedros H. Kojian, M.D., et al., C.A. No. 8:13-00325


MDL No. 2326 - **IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM
                PRODUCTS LIABILITY LITIGATION**

   Oppositions of plaintiffs Veronica Cortez, et al., and defendants Cook Incorporated;
Cook Medical, Inc.; Cook Urological Incorporated; Cook Biotech, Inc.; Cook Group, Inc.;
Gholam A. Kiani, M.D., P.A.; and Gholam A Kiani-Khozani, M.D., to transfer of their
respective following actions to the United States District Court for the Southern District of
West Virginia:

       <u>Northern District of Alabama</u>

   Patricia Connell v. Cook Group, Inc., et al., C.A. No. 3:13-00274
   Linda Pickard, et al. v. Boston Scientific Corporation, et al., C.A. No. 6:13-00308

       <u>Western District of Missouri</u>

   Elena Myers, et al. v. Cook Group, Inc., et al., C.A. No. 4:13-00160

       <u>Southern District of Texas</u>

   Veronica Cortez, et al. v. Kiani-Khozani, M.D., et al., C.A. No. 7:13-00036

MDL No. 2327 - **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**

Oppositions of defendants Cook Incorporated; Cook Medical, Inc.; Cook Urological
Incorporated; Cook Biotech, Inc.; Cook Group, Inc.; and W.L. Gore & Associates, Inc., to
transfer of their respective following actions to the United States District Court for the Southern
District of West Virginia:

Middle District of Florida

Carol Sciarro v. Cook Group, Inc., et al., C.A. No. 6:13-00170

Middle District of Georgia

Rebecca A. Sitten, et al. v. Johnson & Johnson, et al., C.A. No. 5:13-00045

Western District of Missouri

Kathleen Holland, et al. v. Cook Group, Inc., et al., C.A. No. 4:13-00155
Melinda Wynn, et al. v. Cook Group, Inc., et al., C.A. No. 4:13-00156

District of Montana

Marilyn M. Pittsley, et al. v. Johnson & Johnson, et al., C.A. No. 9:12-00196

MDL No. 2332 - **IN RE: LIPITOR ANTITRUST LITIGATION**

Opposition of plaintiff Patrick Morrisey to transfer of the following action to the United
States District Court for the District of New Jersey:

Southern District of West Virginia

State of West Virginia ex rel. v. Pfizer, Inc., C.A. No. 3:13-02546

Schedule of Matters for Hearing Session, Section B                              p. 25
Louisville, Kentucky


MDL No. 2342 - **IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS
                     LIABILITY LITIGATION**

Oppositions of plaintiffs J.W., et al.; and A.B., et al., to transfer of their respective
following actions to the United States District Court for the Eastern District of Pennsylvania:

Northern District of California

J.W., et al. v. Pfizer, Inc., et al., C.A. No. 4:13-00318
A.B., et al. v. Pfizer, Inc., et al., C.A. No. 3:13-01006


Motion of defendant Pfizer, Inc., to transfer the following action to the United States
District Court for the Eastern District of Pennsylvania:

Northern District of California

Laura A. Plumlee v. Pfizer, Inc., C.A. No. 5:13-00414


MDL No. 2385 - **IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS
                     LIABILITY LITIGATION**

Opposition of plaintiff Kathryn Zaite to transfer of the following action to the United
States District Court for the Southern District of Illinois:

District of Nevada

Kathryn Zaite v. Carla J. Long, et al., C.A. No. 2:13-00384


MDL No. 2416 - **IN RE: CAPITAL ONE TELEPHONE CONSUMER PROTECTION
                     ACT LITIGATION**

Opposition of plaintiffs Michael Beeson, et al., to transfer of the following action to the
United States District Court for the Northern District of Illinois:

Southern District of California

Michael Beeson, et al. v. Capital One Bank (U.S.A.), N.A., et al., C.A. No. 3:13-00385

Schedule of Matters for Hearing Session, Section B                              p. 26
Louisville, Kentucky


MDL No. 2418 - **IN RE: PLAVIX MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION (NO. II)**

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the District of New Jersey:

Northern District of California

Sandra L. Kinney, et al. v. Bristol-Myers Squib Company, et al., C.A. No. 3:12-04477
Bennie Burman v. Bristol-Myers Squib Company, et al., C.A. No. 3:12-04478
Wauneta Raynor v. Bristol-Myers Squibb Company, et al., C.A. No. 3:12-04615
George Robinson v. Bristol-Myers Squibb Company, et al., C.A. No. 3:12-04616
Iris Meeks, et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 3:12-04617
Jack Olmstead, et al. v. Bristol-Myers Squib Company, et al., C.A. No. 3:12-04619
George Dillard, et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 3:12-04633
Virgil Walden, Jr., et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 3:12-04641
Damon Kaluza, Sr., et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 3:12-04642
Vertus Corkerin, et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 3:12-04803
James T. Aiken, et al. v. Bristol-Myers Squib Company, et al., C.A. No. 3:12-05208
Ravy Vanny v. Bristol-Myers Squibb Company, et al., C.A. No. 3:12-05752
Michael A. Arnold, et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 3:12-06426
Karima Norrise v. Kaiser Foundation Hospitals & Health Plan, Inc., et al.,
    C.A. No. 3:12-06456
John Belinda v. Bristol-Myers Squib Company, et al., C.A. No. 4:12-05941
Irving K. Arenberg, et al. v. Bristol-Myers Squib Company, et al., C.A. No. 4:12-06207

Northern District of Illinois

Rose Creighton, et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 1:13-00629
Geraldine Jackson, et al. v. Bristol-Myers Squibb & Company, et al.,
    C.A. No. 1:13-00633
Terrance Parks, et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 1:13-00639
Samuel D. Tolbert, et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 1:13-00647

Schedule of Matters for Hearing Session, Section B                              p. 27
Louisville, Kentucky

MDL No. 2419 - **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC.,
            PRODUCTS LIABILITY LITIGATION**

      Oppositions of defendant Image Guided Pain Management, P.C. d/b/a Insight
Imaging–Roanoke to transfer of the following actions to the United States District Court for the
District of Massachusetts:

<u>Western District of Virginia</u>

Mary Sharon Walker v. New England Compounding Pharmacy, Inc., et al.,
  C.A. No. 7:12-00564
Basil E. Proffitt v. New England Compounding Pharmacy, Inc., et al.,
  C.A. No. 7:12-00615

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)      Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)      Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

(i)    The parties affected by a motion to transfer may agree to waive oral argument.  The Panel will take this into consideration in determining the need for oral argument.

(c)      Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

(i)      the dispositive issue(s) have been authoritatively decided; or

(ii)    the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)      Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

(i)    Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

(ii)   The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

(e)    <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)    <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.