

**TUCKER ELLIS LLP**

ATTORNEYS AT LAW

135 Main Street  Suite 700  San Francisco, CA 94105
phone 415.617.2400  facsimile 415.617.2409  www.tuckerellis.com

CLEVELAND   COLUMBUS   DENVER   LOS ANGELES   SAN FRANCISCO

April 11, 2013

Clerk of the Panel
Judicial Panel on Multi-District Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

Re: <u>In Re Asbestos Products Liability Litigation (No. VI)</u>
MDL 875 Proceedings

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of the Judicial Panel on Multidistrict Litigation, we write on behalf of our client, Carrier Corporation, to notify the Clerk of the Panel of the following potential "tag-along" action in MDL No. 875:

<u>Laurie Deuyour et al. v. BF Goodrich Company, et al.</u>

This asbestos-related action is pending in the United States District Court for the Central District of California, Civil Action No. 2:13-cv-02333-ABC-AJW.

This case was originally filed in the Superior Court of the State of California for the County of Los Angeles on January 28, 2013, and was removed to the United States District Court for the Central District of California based on federal officer removal jurisdiction. This case meets the criteria for transfer to the MDL 875 for the reasons outlined in the attached Notice of Tag-Along Action. In short, plaintiffs Laurie Deuyour, et al., filed this case for the wrongful death of Daniel Deuyour. Prior to his death, Daniel Deuyour had filed a personal injury action that was transferred to the Eastern District of Pennsylvania for inclusion in MDL 875, and is presently pending in the MDL, under Case No. 2:12-cv-60167-ER. The instant wrongful death action involves the same injuries, exposure history, and defendants as in Case No. No. 2:12-cv-60167-ER, and should be transferred to the Eastern District of Pennsylvania to be consolidated with the related case.

011939.004787/886380.1

# TUCKER ELLIS LLP

Clerk of the Panel
Judicial Panel on Multi-District Litigation
April 11, 2013
Page 2

    Attached electronically are copies of the docket sheet, complaints, proof of service and defendant Carrier Corporation's Notice of Tag-Along Action.

    Please do not hesitate to contact me should you have any questions about the above.

    Respectfully Submitted,

    TUCKER ELLIS LLP

    *John K. Son*

    John K. Son

Enclosures
cc:  All Counsel of Record

011939.004787/886380.1