**SCHEDULE**

| Division | CA # | Judge | Case Caption |
|---|---|---|---|
| Central District CA | 2:13-cv-02333-ABC-AJW | Judge Audrey B. Collins | Laurie Deuyour, et al. v. BF Goodrich Company, et al. |

011939.004787/886408.1