| | |
|---|---|
| 1 | TUCKER ELLIS LLP |
| | JOHN K. SON - SBN 238516 |
| 2 | john.son@tuckerellis.com |
| | JENNY-ANNE FLORES – SBN 273364 |
| 3 | jenny-anne.flores@tuckerellis.com |
| | 515 South Flower Street |
| 4 | Forty-Second Floor |
| | Los Angeles, CA 90071-2223 |
| 5 | Telephone: 213.430.3400 |
| | Facsimile: 213.430.3409 |
| 6 | |
| 7 | Attorneys for Defendant |
| | CARRIER CORPORATION |

FILED

2013 APR -1 PM 4:07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAURIE DEUYOUR, Individually and as Successor-in-Interest to DANIEL DEUYOUR, Deceased; NICHOLAS DEUYOUR, and DESIREE DEUYOUR,

Plaintiffs,

v.

BF GOODRICH COMPANY; CARRIER CORPORATION; CBS CORPORATION, F/K/A Viacom, Inc., successor by merger to CBS Corporation F/K/A Westinghouse Electric Corporation; THE DEXTER CORP., individually and as successor in interest to Dexter Aerospace, Hysol, Dexter-Hysol and Dexter Hysol Aerospace, Inc.; EATON CORPORATION individually and as successor in interest to Cutler-Hammer, Inc.; FOSTER WHEELER ENERGY CORPORATION; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC LLC, F/K/A Georgia Pacific Corporation, successor in interest to Bestwell Gypsum Company; THE GOODYEAR TIRE & RUBBER COMPANY; HONEYWELL INTERNATIONAL INC., individually and as successor interest to Allied Signal, Inc. and Bendix Corporation; IMO Industries, Inc. (Individually and as successor in interest to Delaval Steam Turbine, Inc.); INGERSOLL-RAND

Case No. CV 13-02333 -ABC (AJWx)

DEFENDANT CARRIER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (LOCAL RULES 83-1.4.1; 83-1.4.2)

---

DEFENDANT CARRIER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS
011939.004787/882558

COPY

| | |
|---|---|
| 1 | COMPANY, individually and as successor in interest to The Aldrich Company; |
| 2 | JERGUSON GAGE & VALVE COMPANY; KELLY-MOORB PAINT |
| 3 | COMPANY, INC.; MECHANICAL DRIVES & BELTING, |
| 4 | f/k/a L.A. Rubber Company; PARKER HANIFFIN CORPORATION, |
| 5 | individually and as successor in interest to Sacoma Sierra Company; PNEUMO- |
| 6 | ABEX, LLC (Individually and as successor-in-interest to Abex Corporation |
| 7 | f/k/a American Brake Shoe Company f/k/a American Brake Shoe and Foundry |
| 8 | Company ;including the American Brakebloc Division, f/k/a The American |
| 9 | Brake Materials Corporation); SAN FRANCISCO GRAVEL COMPANY; |
| 10 | SHELL OIL COMPANY; SOCO WEST, INC. (f/k/a Brenntag West Inc., f/k/a |
| 11 | SoCo-Lynch Corporation, f/k/a SoCo-Western Chemical Corporation; f/k/a |
| 12 | Stinnes-Western Chemical Corporation; UNION CARBIDE CORPORATION; |
| 13 | WARREN PUMPS, LLC; YORK INTERNATIONAL CORPORATION, |
| 14 | individually and as successor-in-interest to Central Environmental Systems, Inc., f/k/a |
| 15 | Borg-Warner Central Environmental Systems, Inc.; YORK-LUXAIRE, INC.; |
| 16 | LUXAIRE, INC., and The C.A. Olsen Manufacturing Company and d/b/a |
| 17 | "Moncrief Furnaces" d/b/a York Heating & Air Conditioning; and DOES 1-300, |
| 18 | |
| 19 | Defendants. |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rules 8-1.4.1 and 8-1.4.2, defendant Carrier Corporation herby gives notice of another action pending before the United States District Courts for the Northern District of California and Eastern District of Pennsylvania.

(a) On May 16, 2012, plaintiff Daniel Deuyour filed a personal injury action arising out of his alleged exposure to asbestos in the California Superior Court for the County of San Francisco, bearing Case CGC-12-276047. On June 15, 2012, the case was

removed to the United States District Court for the Northern District of California and assigned Case No. 3:12-cv-03096-MEJ. On July 20, 2012, the case was transferred to the United States District Court for the Eastern District of Pennsylvania for inclusion in the coordinated pretrial proceedings of MDL 875 pursuant to 28 U.S.C. § 1407, and assigned Case No.2:12-cv-60167-ER.

(b) The courts, and respective case numbers, in which the other action is pending are the United States District Court for the Eastern District of Pennsylvania, Case No.2:12-cv-60167-ER (for coordinated pretrial proceedings); and the United States District Court for the Northern District of California, Case No. 3:12-cv-03096-MEJ (for trial).

(c) The plaintiff in the other action was Daniel Deuyour.

(d) Plaintiff's attorneys in the other action are Eric Brown and Michael Eyerly, of DeBlase Brown Eyerly LLP, 680 South Sante Fe Avenue, Los Angeles, California 90021, (310) 575-9955.

(e) The instant action involves the same subject matter as the prior action currently pending in the United States District Courts for the Northern of California and the Eastern District of Pennsylvania because they arise out of Daniel Deuyour's alleged injuries caused by exposure to asbestos and asbestos-containing products. The plaintiffs in the instant action are Daniel Deuyour's heirs. The plaintiffs' attorneys in both actions are the same. The defendants in both actions are virtually the same. The allegations in both actions are virtually identical, including the time periods, locations, and products at issue in relation to Daniel Deuyour's alleged exposures to asbestos.

Based on the foregoing reasons, Carrier respectfully requests that this action be transferred to the Eastern District of Pennsylvania to be consolidated with the related Case No. 2:12-cv-60167-ER. \

///

///

///

DATED: April 1, 2013        TUCKER ELLIS LLP

By: _____
John K. Son
john.son@tuckerellis.com
Attorneys for Defendant
CARRIER CORPORATION

## PROOF OF SERVICE

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On April 1, 2013, I served the foregoing document entitled DEFENDANT CARRIER CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (LOCAL RULES 83-1.4.1; 83-1.4.2) as follows:

( ) **ELECTRONICALLY VIA ECF:** the above-entitled document to be served electronically through the United States District Court, Central District of California ECF website, addressed to all parties appearing on the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

(X) **U. S. MAIL:** I placed ( ) the original(s); ( ) a true and correct copy in a separate envelope, with postage fully prepaid, for each address named on the attached service list for collection and mailing on the below indicated day following the ordinary business practices at Tucker Ellis LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

(X) **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service is made.

Executed on April 1, 2013 at Los Angeles, California.

_____
Christine Jones

---

CERTIFICATE OF SERVICE

011939.004787/882558

## SERVICE LIST

Re: Laurie Deuyour, et al. v BF Goodrich Company, et al.

Eric Brown
Michael Eyerly
DeBlase Brown Eyerly LLP
680 South Sante Fe Avenue
Los Angeles, CA 90021
(310) 575-9955
**Attorneys for Plaintiffs**

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

XXXX

011939.004787/882267