(AJWx),DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:13-cv-02333-ABC-AJW

Laurie Deuyour et al v. BF Goodrich Company et al
Assigned to: Judge Audrey B. Collins
Referred to: Magistrate Judge Andrew J. Wistrich
Case in other court: Superior Court of CA, Los Angeles County, BC500011
Cause: 28:1441 Notice of Removal - Asbestos Litigation

Date Filed: 04/01/2013
Jury Demand: Plaintiff
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Laurie Deuyour**
*individually*

represented by **Eric L Brown**
DeBlase Brown Eyerly LLP
680 South Santa Fe Avenue
Los Angeles, CA 90021
310-575-9955
Fax: 310-575-9919
Email: brown@dbelegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C Eyerly**
DeBlase Brown Eyerly LLP
680 South Santa Fe Avenue
Los Angeles, CA 90021
310-575-9955
Fax: 310-575-9919
Email: eyerly@dbelegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A DeBlase**
DeBlase Brown Eyerly LLP
680 South Santa Fe Avenue
Los Angeles, CA 90021
310-575-9955
Fax: 310-575-9919
Email: deblase@dbelegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Thomas Blackburn**
DeBlase Brown Eyerly LLP
680 South Santa Fe Avenue

                                      Los Angeles, CA 90021
310-575-9955
Fax: 310-575-9919
Email: Blackburn@dbelegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurie Deuyour**  represented by  **Eric L Brown**
*as successor in interest to Daniel*  (See above for address)
*Deuyour, deceased*  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Michael C Eyerly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A DeBlase**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Thomas Blackburn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Deuyour**  represented by  **Eric L Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael C Eyerly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick A DeBlase**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Thomas Blackburn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Desiree Deuyour** | represented by | **Eric L Brown** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Michael C Eyerly** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Patrick A DeBlase** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Stephen Thomas Blackburn** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **BF Goodrich Company** | represented by | **David M Glaspy** <br> Glaspy and Glaspy <br> One Walnut Creek Center <br> 100 Pringle Avenue Suite 750 <br> Walnut Creek, CA 94596-8104 <br> 925-947-1300 <br> Fax: 925-947-1594 <br> Email: DGlaspy@Glaspy.com <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Carrier Corporation** | represented by | **Jenny-Anne Flores Sinson** <br> Tucker Ellis LLP <br> 515 South Flower Street 42nd Floor <br> Los Angeles, CA 90071 <br> 213- 430-3400 <br> Fax: 213-430-3409 <br> Email: jenny-anne.flores@tuckerellis.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **John K Son** <br> Tucker Ellis LLP <br> 515 South Flower Street 42nd Floor <br> Los Angeles, CA 90071-2223 <br> 213-430-3400 |

        Fax: 213-430-3409
        Email: john.son@tuckerellis.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporation**
*formerly known as*
Viacom Inc, successor by merger to CBS Corporation
*formerly known as*
Westinghouse Electric Corporation

**Defendant**

**The Dexter Corp**
*individually*

**Defendant**

**The Dexter Corp**
*as successor in interest to Dexter Aerospace, Hysol, Dexter-Hysol and Dexter Hysol Aerospace Inc*

**Defendant**

**Eaton Corporation**
*individually*

**Defendant**

**Eaton Corporation**
*as successor in interest to Cutler-Hammer Inc*

**Defendant**

**Foster Wheeler Energy Corporation**

**Defendant**

**General Electric Company**

**Defendant**

**Georgia-Pacific LLC**
*formerly known as*
Georgia Pacific Corporation, successor in interest to Bestwell Gypsum Company

**Defendant**

**The Goodyear Tire and Rubber Company**     represented by **Elan N Stone**
        Lewis Brisbois Bisgaard and Smith LLP

        221 North Figueroa Street Suite 1200
        Los Angeles, CA 90012
        213-250-1800
        Fax: 213-580-7942
        Email: estone@lbbslaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell International Inc**
*individually*

**Defendant**

**Honeywell International Inc**
*as successor interest to Allied Signal Inc and Bendix Corporation*

**Defendant**

**IMO Industries Inc**
*individually*

**Defendant**

**IMO Industries Inc**     represented by   **Henry D Rome**
*as successor in interest to Delaval Steam Turbine Inc*
        Howard Rome Martin and Ridley LLP
        1775 Woodside Road Suite 200
        Redwood City, CA 94061-3436
        650-365-7715
        Fax: 650-364-5297
        Email: hrome@hrmrlaw.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Frederick W Gatt**
        Howard Rome Martin and Ridley LLP
        1775 Woodside Road Suite 200
        Redwood City, CA 94061-3436
        650-365-7715
        Fax: 650-364-5297
        Email: fgatt@hrmrlaw.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Ingersoll-Rand Company**
*individually*

**Defendant**

**Ingersoll-Rand Company**
*as successor in interest to The Aldrich Company*

**Defendant**

**Jerguson Gage and Valve Company**

**Defendant**

**Kelly-Moore Paint Company Inc**

**Defendant**

**Mechanical Drives and Belting**
*formerly known as*
LA Rubber Company

**Defendant**

| | | |
|---|---|---|
| **Parker Haniffin Corporation**<br>*individually* | represented by | **Craig S Barnes**<br>Sedgwick Detert Moran & Arnold<br>801 S Figueroa St, 19th Floor<br>Los Angeles, CA 90017<br>213-615-8001<br>Email: craig.barnes@sedgwicklaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Kum**<br>Sedgwick LLP<br>801 South Figueroa Street 19th Floor<br>Los Angeles, CA 90017-5556<br>213-426-6900<br>Fax: 213-426-6921<br>Email: robert.kum@sedgwicklaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven D DI Saia**<br>Sedgwick LLP<br>801 South Figueroa Street 20th Floor<br>Los Angeles, CA 90017-5556<br>213-426-6900<br>Fax: 213-426-6921<br>Email: steve.disaia@sedgwicklaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Parker Haniffin Corporation**<br>*as successor in interest to Sacoma Sierra Company* | represented by | **Craig S Barnes**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Kum**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven D DI Saia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pneumo-Abex LLC**     represented by     **Paul Christopher White , II**
*individually*     DeHay and Elliston LLP
     707 Wilshire Boulevard Suite 4300
     Los Angeles, CA 90017
     213-271-2727
     Fax: 213-277-2730
     Email: pwhite@dehay.com
     *ATTORNEY TO BE NOTICED*

**Defendant**

**Pneumo-Abex LLC**
*as successor-in-interest to Abex Corporation*
*formerly known as*
American Brake Shoe Company
*formerly known as*
American Brake Shoe and Foundry including The American Brakebloc Division
*formerly known as*
The American Brake Materials Corporation

**Defendant**

**San Francisco Gravel Company**

**Defendant**

**Shell Oil Company**

**Defendant**

**Soco West Inc**
*formerly known as*
Brenntag West Inc
*formerly known as*
SoCo-Lynch Corporation
*formerly known as*
SoCo-Western Chemical Corporation
*formerly known as*
Stinnes-Western Chemical Corporation

**Defendant**

**Union Carbide Corporation**

**Defendant**

**Warren Pumps LLC**

**Defendant**

**York International Corporation**
*individually*

**Defendant**

**York International Corporation**
*as successor-in-interest to Central Environmental Systems Inc*
*formerly known as*
Borg-Warner Central Environmental Systems Inc

**Defendant**

**Yorke-Luxaire Inc**

**Defendant**

**Luxaire Inc**

**Defendant**

**The CA Olsen Manufacturing Company**
*doing business as*
Moncrief Furnaces
*doing business as*
York Heating and Air Conditioning

**Defendant**

**Does**
*1-300*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2013 | 1 | NOTICE OF REMOVAL from the Superior Court of CA, Los Angeles County, case number BC500011 with conformed copies of summons and complaint. Case assigned to Judge Audrey B. Collins, discovery to Magistrate Judge Andrew J. Wistrich; (Filing fee $ 350 PAID); filed by defendant Carrier Corporation.(esa) (mg). (Entered: 04/04/2013) |
| 04/01/2013 |   | COPY OF SERVICE OF PROCESS TRANSMITTAL executed by Plaintiff Laurie Deuyour(as successor in interest to Daniel Deuyour, deceased), Laurie Deuyour(individually ), Nicholas Deuyour, Desiree Deuyour, upon Defendant Carrier Corporation served on 2/28/2013. Service of the Summons and Complaint were executed upon Nancy Flores, CT Corporation, Agent of Service of Process in compliance with statute not specified by service on a |

| | | |
|---|---|---|
| | | domestic corporation. Original Summons NOT returned. (esa) (Entered: 04/04/2013) |
| 04/01/2013 | | CONFORMED COPY OF ANSWER to Complaint, 1 filed by defendant Carrier Corporation.(esa) (Entered: 04/04/2013) |
| 04/01/2013 | 2 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES filed by defendant Carrier Corporation, identifying Corporate Parent United Technologies Corporation for Carrier Corporation. (esa) (mg). (Entered: 04/04/2013) |
| 04/01/2013 | 4 | NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS filed by defendant Carrier Corporation. (esa) (mg). (Entered: 04/04/2013) |
| 04/01/2013 | 5 | NOTICE OF PETITION to the Judicial Panel of Multidistrict Litigation filed by defendant Carrier Corporation. (esa) (mg). (Entered: 04/04/2013) |
| 04/01/2013 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed.(esa) (Entered: 04/04/2013) |
| 04/04/2013 | 3 | CERTIFICATE OF SERVICE filed by Defendant Carrier Corporation, re Notice of Removal, 1 served on April 2, 2013. (Son, John) (Entered: 04/04/2013) |
| 04/05/2013 | 7 | NOTICE of Appearance filed by attorney David M Glaspy on behalf of Defendant BF Goodrich Company (Glaspy, David) (Entered: 04/05/2013) |
| 04/05/2013 | 8 | DISCLOSURE of Corporate Disclosure and Notice of Interested Parties for Goodrich Corporation filed by Defendant BF Goodrich Company (Glaspy, David) (Entered: 04/05/2013) |
| 04/05/2013 | 9 | NOTICE Notice of Refiling State Answer in Federal Court filed by defendant BF Goodrich Company. *for Goodrich Corporation* (Glaspy, David) (Entered: 04/05/2013) |
| 04/05/2013 | 10 | MINUTE ORDER IN CHAMBERS ORDER Staying Case With the Exception of Carrier's Status Report by Judge Audrey B. Collins: The Court ORDERS Carrier to file a status report no later than April 12, 2013, informing the Court of whether Carrier has given notice of this action to the Clerk of the Judicial Panel on Multidistrict Litigation. With the exception of Carrier's status report, the Court hereby STAYS all deadline (including Defendants' obligation to respond to the Complaint) until 30 days after the Panel decides whether to include this case in any centralized proceedings under 28 U.S.C. 1407. (bp) (Entered: 04/08/2013) |
| 04/09/2013 | 11 | NOTICE of Appearance filed by attorney Henry D Rome on behalf of Defendant IMO Industries Inc (Rome, Henry) (Entered: 04/09/2013) |
| 04/09/2013 | 12 | NOTICE of Appearance filed by attorney Frederick W Gatt on behalf of Defendant IMO Industries Inc (Gatt, Frederick) (Entered: 04/09/2013) |
| 04/09/2013 | 13 | NOTICE of Filing State Court Answer filed by Defendant IMO Industries Inc (as successor in interest to Delaval Steam Turbine Inc). (Gatt, Frederick) (Entered: 04/09/2013) |

| | | |
|---|---|---|
| 04/09/2013 | 14 | CORPORATE DISCLOSURE STATEMENT filed by Defendant IMO Industries Inc identifying Colfax as Corporate Parent. (Gatt, Frederick) (Entered: 04/09/2013) |
| 04/09/2013 | 15 | NOTICE OF FILING STATE COURT ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL filed by DEFENDANT The Goodyear Tire and Rubber Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Stone, Elan) (Entered: 04/09/2013) |
| 04/09/2013 | 16 | NOTICE OF APPEARANCE filed by DEFENDANT The Goodyear Tire and Rubber Company. (Stone, Elan) (Entered: 04/09/2013) |
| 04/09/2013 | 17 | CERTIFICATE of Interested Parties filed by DEFENDANT The Goodyear Tire and Rubber Company, (Stone, Elan) (Entered: 04/09/2013) |
| 04/09/2013 | 18 | NOTICE of Appearance filed by attorney Robert Kum on behalf of Defendant Parker Haniffin Corporation (Kum, Robert) (Entered: 04/09/2013) |
| 04/09/2013 | 19 | NOTICE of Re-Filing State Court Answer to Complaint filed by Defendant Parker Haniffin Corporation(individually), Parker Haniffin Corporation(as successor in interest to Sacoma Sierra Company). (Attachments: # 1 Exhibit A - Parker-Hannifin Corporation's General Denial and Answer to Plaintiffs' Complaint)(Kum, Robert) (Entered: 04/09/2013) |
| 04/09/2013 | 20 | Certificate of Interested Parties filed by Defendant Parker Haniffin Corporation (individually), Parker Haniffin Corporation(as successor in interest to Sacoma Sierra Company), identifying None. (Kum, Robert) (Entered: 04/09/2013) |
| 04/09/2013 | 21 | NOTICE OF MOTION AND MOTION to Dismiss Regarding Failure to State a Claim Upon Which Relief Can Be Granted filed by Defendant Pneumo-Abex LLC(individually). Motion set for hearing on 5/13/2013 at 10:00 AM before Judge Audrey B. Collins. (Attachments: # 1 Declaration, # 2 Proposed Order)(White, Paul) (Entered: 04/09/2013) |
| 04/10/2013 | 22 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: MOTION to Dismiss Regarding Failure to State a Claim Upon Which Relief Can Be Granted 21 . The following error(s) was found: Local Rule 7.1-1 No Certification of Interested Parties and or no copies. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (bp) (Entered: 04/10/2013) |
| 04/10/2013 | 23 | DISCLOSURE of STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 filed by Defendant Pneumo-Abex LLC (Kruska, Lara) (Entered: 04/10/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/11/2013 20:49:08 | | | |
| | | | |

| PACER Login: | te0445 | Client Code: | 011939-04787/ap2 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:13-cv-02333-ABC-AJW End date: 4/11/2013 |
| Billable Pages: | 8 | Cost: | 0.80 |