1  TUCKER ELLIS LLP
   JOHN K. SON - SBN 238516
2  john.son@tuckerellis.com
   JENNY-ANNE FLORES – SBN 273364
3  jenny-anne.flores@tuckerellis.com
   515 South Flower Street
4  Forty-Second Floor
   Los Angeles, CA 90071-2223
5  Telephone:     213.430.3400
   Facsimile:     213.430.3409
6
   Attorneys for Defendant
7  CARRIER CORPORATION

8
              **JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
9

10

11

| **IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION** | **MDL 875** |
|---|---|
| LAURIE DEUYOUR, Individually and as Successor-in-Interest to DANIEL DEUYOUR, Deceased; NICHOLAS DEUYOUR,a nd DESIREE DEUYOUR,<br><br>          Plaintiffs,<br><br>          v.<br><br>BF GOODRICH COMPANY; CARRIER CORPORATION, et al.<br><br>          Defendants. | **DEFENDANT CARRIER CORPORATION'S AMENDED PROOF OF SERVICE OF NOTICE OF POTENTIAL TAG-ALONG ACTION**<br><br>Case No. 2:13-cv-02333-ABC-AJW |

0119390047878864141

1    I am employed in the County of San Francisco, State of California.  I am over the age of

2 eighteen years and am not a party to this action.  My business address is Tucker Ellis LLP, 135

3 Main Street, Suite 700, San Francisco, California  94105, in said County and State.

4    On April 12, 2013, I served the following document(s) entitled : **DEFENDANT**

5 **CARRIER CORPORATION'S NOTICE OF TAG ALONG** as follows:

6    **VIA ELECTRONIC** SERVICE by causing such documents to be served on the interested
parties to this action as designated on the Transaction Receipt by submitting an electronic
7    version of the documents via File & ServeXpress website.

8 X    **BY MAIL:**  By placing (  ) the original(s); (**X**) a true copy thereof enclosed in a sealed
envelope(s) addressed as above, and placing each for collection and mailing on that date
9    following ordinary business practices.  I am readily familiar with this business's practice
for collecting and processing correspondence for mailing.  On the same day that
10    correspondence is placed for collection and mailing, it is deposited in the ordinary course
of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope
11    with postage fully prepaid.

12

13 ☑    **(FEDERAL)**  I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

14

15    Executed on April 12, 2013 at San Francisco, California.

16

17    _Anna Pasynkova_
_____
Anna Pasynkova

18

19

20

21

22

23

24

25

26

27

28

2
PROOF OF SERVICE

0119390047878864141

1

## SERVICE LIST

2

3

4  Plaintiffs

5

6

7

8

9

Eric L Brown
Michael C. Eyerly
Patrick A. DeBlase
Stephen Thomas Blackburn
DeBlase Brown Eyerly LLP
680 South Santa Fe Avenue
Los Angeles, CA 90021
310-575-9955
Fax: 310-575-9919

10  BF Goodrich Company

11

12

13

14

David M Glaspy
Glaspy and Glaspy
One Walnut Creek Center
100 Pringle Avenue Suite 750
Walnut Creek, CA 94596-8104
925-947-1300
Fax: 925-947-1594
Email: DGlaspy@Glaspy.com
*ATTORNEY TO BE NOTICED*

15  Carrier Corporation

16

17

18

John K. Son
Jenny-Anne Flores Sinson
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071
213- 430-3400
Fax: 213-430-3409

19

20  CBS Corporation *formerly known as*
Viacom Inc, successor by merger to CBS

21  Corporation *formerly known as*
Westinghouse Electric Corporation

22

23

Pond North LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA  90071 (anticipated counsel)

CSC Corporation Service Company
2710 Gateway Oaks Drive, #150N
Sacramento, CA  95833

24  The Dexter Corp *individually* and *as*

25  *successor in interest to Dexter Aerospace,*
*Hysol, Dexter-Hysol and Dexter Hysol*
*Aerospace Inc*

26

Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA  90012 (anticipated counsel)

27  Eaton Corporation *individually* and *as*
*successor in interest to Cutler-Hammer Inc*

28

Howard Rome Martin and Ridley LLP
1775 Woodside Road Suite 200
Redwood City, CA 94061-3436 (anticipated counsel)

3

0119390047878864141

| | |
|---|---|
| Foster Wheeler Energy Corporation | Brydon Hugo & Parker<br>135 Main Street, Suite 2000<br>San Francisco, CA  94105 (anticipated counsel) |
| General Electric Company | Walsworth, Franklin, Bevins & McCall<br>601 Montgomery Street, Ninth Floor<br>San Francisco, CA  94111 (anticipated counsel) |
| Georgia-Pacific LLC *formerly known as* Georgia Pacific Corporation, successor in interest to Bestwell Gypsum Company | CT Corporation<br>818 West 7th Street<br>Los Angeles, CA  90017<br><br>Perkins Coie LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA  94111 (anticipated counsel) |
| The Goodyear Tire and Rubber Company | Elan N Stone<br>Lewis Brisbois Bisgaard and Smith LLP<br>221 North Figueroa Street Suite 1200<br>Los Angeles, CA 90012 (anticipated counsel) |
| Honeywell International Inc *individually* and as *successor interest to Allied Signal Inc and Bendix Corporation* | CSC Corporation Service Company<br>2710 Gateway Oaks Drive, #150N<br>Sacramento, CA  95833 |
| IMO Industries Inc *individually* | Henry D Rome<br>Frederick W. Gatt<br>Howard Rome Martin and Ridley LLP<br>1775 Woodside Road Suite 200<br>Redwood City, CA 94061-3436 |
| IMO Industries Inc *as successor in interest to Delaval Steam Turbine Inc* | Henry D Rome<br>Frederick W. Gatt<br>Howard Rome Martin and Ridley LLP<br>1775 Woodside Road Suite 200<br>Redwood City, CA 94061-3436 |
| Ingersoll-Rand Company *individually* and *as successor in interest to The Aldrich Company* | Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP<br>One California Street, Suite 1910<br>San Francisco, CA  94111(anticipated counsel) |
| Jerguson Gage and Valve Company | Nathan Newman<br>Tucker Ellis LLP<br>515 South Flower Street 42nd Floor<br>Los Angeles, CA 90071 (anticipated counsel) |

4

0119390047878864141

| | |
|---|---|
| Kelly-Moore Paint Company Inc | Registered Agent of Process<br>987 Commercial Street<br>San Carlos, CA 94070 |
| Parker Haniffin Corporation *individually* and *as successor in interest to Sacoma Sierra Company* | Craig S Barnes<br>Robert Kum<br>Steven D DiSaia<br>Sedgwick Detert Moran & Arnold<br>801 S Figueroa St, 19th Floor<br>Los Angeles, CA 90017<br>213-615-8001 |
| Pneumo-Abex LLC *individually* and *as successor-in-interest to* Abex Corporation *formerly known as* American Brake Shoe Company *formerly known as* American Brake Shoe and Foundry including The American Brakebloc Division *formerly known as* The American Brake Materials | Paul Christopher White , II<br>DeHay and Elliston LLP<br>707 Wilshire Boulevard Suite 4300<br>Los Angeles, CA 90017<br>213-271-2727<br>Fax: 213-277-2730<br>Email: pwhite@dehay.com<br>*ATTORNEY TO BE NOTICED* |
| San Francisco Gravel Company | Imai, Tadlock, Keeney & Cordery, LLP<br>100 Bush Street, Suite 1300<br>San Francisco, CA 94104(anticipated counsel) |
| Shell Oil Company | CT Corporation<br>818 West 7th Street<br>Los Angeles, CA 90017<br><br>Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA 94111(anticipated counsel) |
| Soco West Inc *formerly known as* Brenntag West Inc *formerly known as* SoCo-Lynch Corporation *formerly known as* SoCo-Western Chemical Corporation *formerly known as* Stinnes-Western Chemical Corporation | Murrin & Associates LLC<br>3675 Mt. Diablo Blvd., Suite 230<br>Lafayette, CA 94549(anticipated counsel) |
| Union Carbide Corporation | CT Corporation<br>818 West 7th Street<br>Los Angeles, CA 90017<br><br>Brydon Hugo & Parker<br>135 Main Street, Suite 2000<br>San Francisco, CA 94105(anticipated counsel) |

PROOF OF SERVICE

0119390047878864141

1

2   Warren Pumps LLC                          Gordon & Rees
                                              275 Battery Street, 20th Floor
3                                             San Francisco, CA  94111(anticipated counsel)

4
                                              Tucker Ellis LLP
5                                             135 Main Street, Suite 700
                                              San Francisco, CA  94105(anticipated counsel)
6

7   York International Corporation
8   *individually* and *as successor-in-interest to*   Becherer Kannett & Schweitzer
    *Central Environmental Systems Inc*                 1255 Powell Street
9   *formerly known as* Borg-Warner Central             Emeryville, CA  94608(anticipated counsel)
    Environmental Systems Inc
10
    Yorke-Luxaire Inc                         The Prentice Hall Corporation System, Inc.
11                                            2710 Gateway Oaks Drive, Suite 150N
                                              Sacramento, CA  95833(anticipated counsel)
12
    Luxaire Inc                               The Prentice Hall Corporation System, Inc.
13                                            2710 Gateway Oaks Drive, Suite 150N
                                              Sacramento, CA  95833(anticipated counsel)
14
    The CA Olsen Manufacturing Company
15  *doing business as* Moncrief Furnaces     Becherer Kannett & Schweitzer
    *doing business as* York Heating and Air  1255 Powell Street
16  Conditioning                              Emeryville, CA  94608(anticipated counsel)

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
0119390047878864141