TUCKER ELLIS LLP
JOHN K. SON - SBN 238516
john.son@tuckerellis.com
JENNY-ANNE FLORES – SBN 273364
jenny-anne.flores@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Defendant
CARRIER CORPORATION

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION | MDL 875 |
| LAURIE DEUYOUR, Individually and as Successor-in-Interest to DANIEL DEUYOUR, Deceased; NICHOLAS DEUYOUR, and DESIREE DEUYOUR,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>BF GOODRICH COMPANY; CARRIER CORPORATION, et al.<br><br>　　　　　Defendants. | **DEFENDANT CARRIER CORPORATION'S AMENDED PROOF OF SERVICE OF NOTICE OF POTENTIAL TAG-ALONG ACTION**<br><br>Case No. 2:13-cv-02333-ABC-AJW |

1
PROOF OF SERVICE

0119390047878864141

1    I am employed in the County of San Francisco, State of California. I am over the age of
2 eighteen years and am not a party to this action. My business address is Tucker Ellis LLP, 135
3 Main Street, Suite 700, San Francisco, California 94105, in said County and State.
4    On April 12, 2013, I served the following document(s) entitled : **DEFENDANT**
5 **CARRIER CORPORATION'S NOTICE OF TAG ALONG** as follows:

   **VIA ELECTRONIC** SERVICE by causing such documents to be served on the interested parties to this action as designated on the Transaction Receipt by submitting an electronic version of the documents via File & ServeXpress website.

X  **BY MAIL:** By placing ( ) the original(s); (**X**) a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

☑  **(FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed on April 12, 2013 at San Francisco, California.

   *Anna Pasynkova*
   _____
   Anna Pasynkova

## SERVICE LIST

| | |
|---|---|
| Plaintiffs | Eric L Brown<br>Michael C. Eyerly<br>Patrick A. DeBlase<br>Stephen Thomas Blackburn<br>DeBlase Brown Eyerly LLP<br>680 South Santa Fe Avenue<br>Los Angeles, CA 90021<br>310-575-9955<br>Fax: 310-575-9919 |
| BF Goodrich Company | David M Glaspy<br>Glaspy and Glaspy<br>One Walnut Creek Center<br>100 Pringle Avenue Suite 750<br>Walnut Creek, CA 94596-8104<br>925-947-1300<br>Fax: 925-947-1594 |
| Carrier Corporation | John K. Son<br>Jenny-Anne Flores Sinson<br>Tucker Ellis LLP<br>515 South Flower Street 42nd Floor<br>Los Angeles, CA 90071<br>213- 430-3400<br>Fax: 213-430-3409 |
| CBS Corporation *formerly known as* Viacom Inc, successor by merger to CBS Corporation *formerly known as* Westinghouse Electric Corporation | CSC Corporation Service Company<br>2710 Gateway Oaks Drive, #150N<br>Sacramento, CA  95833 |
| The Dexter Corp *individually* and *as successor in interest to Dexter Aerospace, Hysol, Dexter-Hysol and Dexter Hysol Aerospace Inc* | Information not available at this time. Defendant has not appeared and its agent for service of process cannot be identified at this time. |
| Eaton Corporation *individually* and *as successor in interest to Cutler-Hammer Inc* | Information not available at this time. Defendant has not appeared and its agent for service of process cannot be identified at this time. |
| Foster Wheeler Energy Corporation | CT Corporation<br>818 W Seventh Street<br>Los Angeles, CA  90017 |
| General Electric Company | Information not available at this time. |

0119390047878864141

| | | |
|---|---|---|
| 1 | | Defendant has not appeared and its agent for service of process cannot be identified at this time. |
| 2 | | |
| 3 | Georgia-Pacific LLC *formerly known as* Georgia Pacific Corporation, successor in interest to Bestwell Gypsum Company | CT Corporation<br>818 West 7th Street<br>Los Angeles, CA  90017 |
| 4 | | |
| 5 | | |
| 6 | The Goodyear Tire and Rubber Company | Information not available at this time. Defendant has not appeared and its agent for service of process cannot be identified at this time. |
| 7 | | |
| 8 | Honeywell International Inc *individually* and as *successor interest to Allied Signal Inc and Bendix Corporation* | CSC Corporation Service Company<br>2710 Gateway Oaks Drive, #150N<br>Sacramento, CA  95833 |
| 9 | | |
| 10 | | |
| 11 | IMO Industries Inc *individually* | Henry D Rome<br>Frederick W. Gatt<br>Howard Rome Martin and Ridley LLP<br>1775 Woodside Road Suite 200<br>Redwood City, CA 94061-3436 |
| 12 | | |
| 13 | | |
| 14 | IMO Industries Inc *as successor in interest to Delaval Steam Turbine Inc* | Henry D Rome<br>Frederick W. Gatt<br>Howard Rome Martin and Ridley LLP<br>1775 Woodside Road Suite 200<br>Redwood City, CA 94061-3436 |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Ingersoll-Rand Company *individually* and *as successor in interest to The Aldrich Company* | Information not available at this time. Defendant has not appeared and its agent for service of process cannot be identified at this time. |
| 19 | | |
| 20 | Jerguson Gage and Valve Company | Nathan Newman<br>Tucker Ellis LLP<br>515 South Flower Street 42nd Floor<br>Los Angeles, CA 90071 |
| 21 | | |
| 22 | | |
| 23 | Kelly-Moore Paint Company Inc | Registered Agent of Process<br>987 Commercial Street<br>San Carlos, CA  94070 |
| 24 | | |
| 25 | Parker Haniffin Corporation *individually* and *as successor in interest to Sacoma Sierra Company* | Craig S Barnes<br>Robert Kum<br>Steven D DiSaia<br>Sedgwick Detert Moran & Arnold<br>801 S Figueroa St, 19th Floor<br>Los Angeles, CA 90017 |
| 26 | | |
| 27 | | |
| 28 | | |

4
PROOF OF SERVICE

0119390047878864141

| | |
|---|---|
| Pneumo-Abex LLC *individually* and *as successor-in-interest to Abex Corporation formerly known as* American Brake Shoe Company *formerly known as* American Brake Shoe and Foundry including The American Brakebloc Division *formerly known as* The American Brake Materials | Paul Christopher White, II DeHay and Elliston LLP 707 Wilshire Boulevard Suite 4300 Los Angeles, CA 90017 |
| San Francisco Gravel Company | Information not available at this time. Defendant has not appeared and its agent for service of process cannot be identified at this time. |
| Shell Oil Company | CT Corporation 818 West 7th Street Los Angeles, CA 90017 |
| Soco West Inc *formerly known as* Brenntag West Inc *formerly known as* SoCo-Lynch Corporation *formerly known as* SoCo-Western Chemical Corporation *formerly known as* Stinnes-Western Chemical Corporation | Information not available at this time. Defendant has not appeared and its agent for service of process cannot be identified at this time. |
| Union Carbide Corporation | CT Corporation 818 West 7th Street Los Angeles, CA 90017 |
| Warren Pumps LLC | Information not available at this time. Defendant has not appeared and its agent for service of process cannot be identified at this time. |
| York International Corporation *individually* and *as successor-in-interest to Central Environmental Systems Inc formerly known as* Borg-Warner Central Environmental Systems Inc | Information not available at this time. Defendant has not appeared and its agent for service of process cannot be identified at this time. |
| Yorke-Luxaire Inc | The Prentice Hall Corporation System, Inc. 2710 Gateway Oaks Drive, Suite 150N Sacramento, CA 95833 |
| Luxaire Inc | The Prentice Hall Corporation System, Inc. 2710 Gateway Oaks Drive, Suite 150N Sacramento, CA 95833 |

| | |
|---|---|
| The CA Olsen Manufacturing Company *doing business as* Moncrief Furnaces *doing business as* York Heating and Air Conditioning | Information not available at this time. Defendant has not appeared and its agent for service of process cannot be identified at this time. |
| Mechanical Drives and Belting | Information not available at this time. Defendant has not appeared and its agent for service of process cannot be identified at this time |