UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>This Documents Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE E. THOMAS,<br><br>                    Plaintiff,<br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION; ALLIED PACKING & SUPPLY, INC.; ARMSTRONG INTERNATIONAL, INC.; ASBESTOS CORPORATION, LTD.; AURORA PUMP COMPANY; BORG-WARNER CORPORATION BY ITS SUCCESSOR-IN-INTEREST TO BORG-WARNER MORSE TEC, INC; BYRON JACKSON PUMPS, INC.; CBS CORPORATION, A DELAWARE CORPORATION, FORMERLY KNOWN AS VIACOM, INC., SUCCESSOR-BY-MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, FORMERLY KNOWN AS WESTINGHOUSE ELECTRIC CORPORATION; CERTAINTEED CORPORATION; CRANE CO.; INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO STOCKHAM VALVES & FITTING, INC.; CROSBY VALVE, INC.; CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK; FOSTER WHEELER LLC; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORPORATION; GOULDS PUMP, INCORPORATION; HILLS BROTHERS CHEMICAL COMPANY; HONEYWELL INTERNATIONAL, INC., FKA ALLIED SIGNAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX | (ASBESTOS)<br><br>United States District Court<br>Northern District of California<br>Case No. CV-13-1618 JSC<br><br>Alameda County Superior Court Case No. RG13-667279<br><br>DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION

| | |
|---|---|
| CORPORATION; HOPEMAN BROTHERS, INC.; IMO INDUSTRIES, INC. FKA IMO DELAVAL, INC.; KENTILE FLOORS, INC.; KUNKLE INDUSTRIES, INC.; MECHANICAL DRIVES & BELTING, FKA L.A. RUBBER CO.; METALCLAD INSULATION CORPORATION; MUELLER WATER PRODUCTS, INC., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST, PARENT ALTER EGO, AND FKA U.S. PIPE; O.G. SUPPLY, INC.; PARKER-HANNIFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY; RAPID-AMERICAN CORPORATION; SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY; SYD CARPENTER MARINE CONTRACTOR, INC.; THE WILLIAM POWELL COMPANY; THOMAS DEE ENGINEERING COMPANY, INC.; TRANE U.S., INC., FKA AMERICAN STANDARD, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO KEWANEE BOILER; UNION CARBIDE CORPORATION; WARREN PUMPS, LLC; WEIR VALVE & CONTROLS USA, INC., FKA ATWOOD MORRILL CO., INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ATWOOD & MORRILL CO., INC.; YARWAY CORPORATION; and the FIRST DOE through THREE HUNDREDTH DOE, inclusive, Defendants. | |

**TO THE CLERK OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

1. On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions,"

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION

or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2. The undersigned hereby notifies the court that the state court action that has now been removed to federal court (a copy of the original state court complaint is provided herewith as an attachment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Defendant FOSTER WHEELER LLC ("Foster Wheeler") is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties. Foster Wheeler reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Dated: April 16, 2013

BRYDON HUGO & PARKER

By: /s/ Thomas J. Moses
Edward R. Hugo [Bar No. 124839]
Charles S. Park [Bar No. 161430]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER LLC

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION