UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>This Documents Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE E. THOMAS,<br><br>    Plaintiff,<br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION; ALLIED PACKING & SUPPLY, INC.; ARMSTRONG INTERNATIONAL, INC.; ASBESTOS CORPORATION, LTD.; AURORA PUMP COMPANY; BORG-WARNER CORPORATION BY ITS SUCCESSOR-IN-INTEREST TO BORG-WARNER MORSE TEC, INC; BYRON JACKSON PUMPS, INC.; CBS CORPORATION, A DELAWARE CORPORATION, FORMERLY KNOWN AS VIACOM, INC., SUCCESSOR-BY-MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, FORMERLY KNOWN AS WESTINGHOUSE ELECTRIC CORPORATION; CERTAINTEED CORPORATION; CRANE CO.; INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO STOCKHAM VALVES & FITTING, INC.; CROSBY VALVE, INC.; CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK; FOSTER WHEELER LLC; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORPORATION; GOULDS PUMP, INCORPORATION; HILLS BROTHERS CHEMICAL COMPANY; HONEYWELL INTERNATIONAL, INC., FKA ALLIED SIGNAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX | (ASBESTOS)<br><br>United States District Court<br>Northern District of California<br>Case No. CV-13-1618 JSC<br><br>Alameda County Superior Court Case No. RG13-667279<br><br>SCHEDULE OF ACTIONS |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER LLC'S SCHEDULE OF ACTIONS

| | |
|---|---|
| CORPORATION; HOPEMAN BROTHERS, INC.; IMO INDUSTRIES, INC. FKA IMO DELAVAL, INC.; KENTILE FLOORS, INC.; KUNKLE INDUSTRIES, INC.; MECHANICAL DRIVES & BELTING, FKA L.A. RUBBER CO.; METALCLAD INSULATION CORPORATION; MUELLER WATER PRODUCTS, INC., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST, PARENT ALTER EGO, AND FKA U.S. PIPE; O.G. SUPPLY, INC.; PARKER-HANNIFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY; RAPID-AMERICAN CORPORATION; SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY; SYD CARPENTER MARINE CONTRACTOR, INC.; THE WILLIAM POWELL COMPANY; THOMAS DEE ENGINEERING COMPANY, INC.; TRANE U.S., INC., FKA AMERICAN STANDARD, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO KEWANEE BOILER; UNION CARBIDE CORPORATION; WARREN PUMPS, LLC; WEIR VALVE & CONTROLS USA, INC., FKA ATWOOD MORRILL CO., INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ATWOOD & MORRILL CO., INC., YARWAY CORPORATION; and the FIRST DOE through THREE HUNDREDTH DOE, inclusive,<br><br>        Defendants. | |

## SCHEDULE OF ACTIONS

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442, filed in the Northern District of California, and its Notice of Potential Tag-Along Action filed herewith in this Court, Defendant FOSTER WHEELER LLC ("Foster Wheeler")

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELER LLC'S SCHEDULE OF ACTIONS

hereby provides notice that Foster Wheeler has no related action currently pending before the Judicial Panel of Multidistrict Litigation.

Dated: April 16, 2013

BRYDON HUGO & PARKER

By: /s/ Thomas J. Moses
Edward R. Hugo [Bar No. 124839]
Charles S. Park [Bar No. 161430]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER LLC

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT FOSTER WHEELER LLC'S SCHEDULE OF ACTIONS