UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>This Documents Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE E. THOMAS,<br><br>　　　　　Plaintiff,<br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION; ALLIED PACKING & SUPPLY, INC.; ARMSTRONG INTERNATIONAL, INC.; ASBESTOS CORPORATION, LTD.; AURORA PUMP COMPANY; BORG-WARNER CORPORATION BY ITS SUCCESSOR-IN-INTEREST TO BORG-WARNER MORSE TEC, INC; BYRON JACKSON PUMPS, INC.; CBS CORPORATION, A DELAWARE CORPORATION, FORMERLY KNOWN AS VIACOM, INC., SUCCESSOR-BY-MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, FORMERLY KNOWN AS WESTINGHOUSE ELECTRIC CORPORATION; CERTAINTEED CORPORATION; CRANE CO.; INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO STOCKHAM VALVES & FITTING, INC.; CROSBY VALVE, INC.; CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK; FOSTER WHEELER LLC; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORPORATION; GOULDS PUMP, INCORPORATION; HILLS BROTHERS CHEMICAL COMPANY; HONEYWELL INTERNATIONAL, INC., FKA ALLIED SIGNAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX | (ASBESTOS)<br><br>United States District Court<br>Northern District of California<br>Case No. CV-13-1618 JSC<br><br>Alameda County Superior Court Case No. RG13-667279<br><br>CERTIFICATE OF SERVICE |

BRYDON
HUGO & PARKER
135 MAIN STREET
20ᵀᴴ FLOOR
San Francisco, CA 94105

1

CERTIFICATE OF SERVICE

| | |
|---|---|
| CORPORATION; HOPEMAN BROTHERS, INC.; IMO INDUSTRIES, INC. FKA IMO DELAVAL, INC.; KENTILE FLOORS, INC.; KUNKLE INDUSTRIES, INC.; MECHANICAL DRIVES & BELTING, FKA L.A. RUBBER CO.; METALCLAD INSULATION CORPORATION; MUELLER WATER PRODUCTS, INC., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST, PARENT ALTER EGO, AND FKA U.S. PIPE; O.G. SUPPLY, INC.; PARKER-HANNIFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY; RAPID-AMERICAN CORPORATION; SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY; SYD CARPENTER MARINE CONTRACTOR, INC.; THE WILLIAM POWELL COMPANY; THOMAS DEE ENGINEERING COMPANY, INC.; TRANE U.S., INC., FKA AMERICAN STANDARD, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO KEWANEE BOILER; UNION CARBIDE CORPORATION; WARREN PUMPS, LLC; WEIR VALVE & CONTROLS USA, INC., FKA ATWOOD MORRILL CO., INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ATWOOD & MORRILL CO., INC., YARWAY CORPORATION; and the FIRST DOE through THREE HUNDREDTH DOE, inclusive,<br><br>      Defendants. | |

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date stated below I served the following:

DEFENDANT FOSTER WHEELER LLC'S NOTICE OF POTENTIAL TAG-ALONG ACTION;

SCHEDULE OF ACTIONS;

PLAINTIFF BOBBIE E. THOMAS' SUMMONS AND COMPLAINT with the U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CIVIL DOCKET FOR

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

CERTIFICATE OF SERVICE

CASE NO. CV-13-1618-JSC

**Via Facsimile To Counsel for Plaintiff:**
Timothy F. Pearce, Esq.
LEVIN SIMES
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
Tel: (415) 426-3000
Fax: (415) 426-3001

on all parties via facsimile to the following attached service list.

    I declare under penalty of perjury that the above is true and correct. Executed on April 16, 2013, at San Francisco, California.

*/s/ Wanda D. Claudio*
Wanda D. Claudio

Edward R. Hugo [Bar No. 124839]
Charles S. Park [Bar No. 161430]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER LLC

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

CERTIFICATE OF SERVICE

*Bobbie E. Thomas vs. Air & Liquid Systems Corporation, et al.*
United States District Court
Northern District of California Case No. CV-13-1618 JSC
Alameda County Superior Court Case No. RF13-667279

| | |
|---|---|
| Imai, Bruce<br>Imai, Tadlock, Keeney & Cordery<br>100 Bush Street, Suite 1300<br>San Francisco, CA 94104<br>Phone : (415) 675-7000<br>Fax : (415) 675-7008<br>Email: admin@itkc.com<br>*Attorneys for Defendant Allied Packing & Supply, Inc* | Kirby, John K.<br>Burnham Brown<br>1901 Harrison Street, 14th Floor<br>Oakland, CA 94604<br>Phone : (510) 444-6800<br>Fax : (510) 835-6666<br>Email: jkirby@burnhambrown.com<br>*Attorneys for Defendant Borg Warner Morse TEC Inc.* |
| McCaffery, Timothy J.<br>Lombardi, Loper & Conant, LLP<br>Lake Merritt Plaza, Suite 2600<br>1999 Harrison Street,<br>Oakland, CA 94612<br>Phone : (510) 433-2600<br>Fax : (510) 433-2699<br>Email: www.lombardiloper.com<br>    tjm@llcllp.com<br>*Attorneys for Defendant Mechanical Drivers & Belting* | Oberg, Lisa L.<br>McKenna Long & Aldridge LLP<br>101 California Street, 41st Floor<br>San Francisco, CA 94111<br>Phone : (415) 267-4000<br>Fax : (415) 267-4198<br>Email: loberg@mckennalong.com<br>*Attorneys for Defendants Certainteed Corporation and Metalclad Insulation Corporation* |
| Prindle, Kenneth B.<br>Steig, Thomas<br>Hillyard, Barnes & Reinholtz LLP<br>One California Street, Suite 1910<br>San Francisco, CA 94111<br>Phone : (415) 788-8354<br>Fax : (415) 788-3625<br>Email: kprindle@prindlelaw.com<br>    tsteig@prindlelaw.com<br>*Attorneys for Defendants SYD Carpenter Marine Contractor, Inc. and Trane U.S. Inc.* | Almquist, Kristina F.<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Phone : (415) 442-1000<br>Fax : (415) 442-1001<br>Email: kalmquist@morganlewis.com<br>*Attorneys for Defendant Yarway Corporation* |
| Blomquist, Sonja E.<br>Low, Ball & Lynch<br>505 Montgomery Street, 7th Floor<br>San Francisco, CA 94111-2584<br>Phone : (415) 981-6630<br>Fax : (415) 982-1634<br>Email: sblomquist@lowball.com<br>*Attorneys for Defendant Armstrong International, Inc.* | Cross, E. Reno<br>Bassi, Edlin, Huie & Blum LLP<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>Phone : (415) 397-9006<br>Fax : (415) 397-1339<br>Email: rcross@behblaw.com<br>*Attorneys for Defendant Hopeman Brothers, Inc.* |
| Gorczyca, Diane T.<br>Perkins Coie LLP<br>Four Embarcadero Center, Ste. 2400<br>San Francisco, CA 94111<br>Phone : (415) 344-7000<br>Fax : (415) 344-7050<br>Email: Dgorczyca@perkinscoie.com | Kannett, Mark S.<br>Bergstrom, Emily<br>Weir Valve & Controls USA, Inc.<br>Becherer Kannett & Schweitzer<br>1255 Powell Street<br>Emeryville, CA 94608<br>Phone : (510) 658-3600 |

| | |
|---|---|
| *Attorneys for Defendant Georgia-Pacific LLC* | Fax : (510) 658-1151<br>Email: mkannett@bkscal.com<br>ebergstrom@bkscal.com<br>*Attorneys for Defendant Weir Valve & Controls USA, Inc.* |
| Kimmel, Amy M.<br>Crosby & Rowell, LLP<br>The American Bag Building<br>299 3rd Street, 2nd Floor<br>Oakland, CA 94607<br>Phone : (510) 267-0300<br>Fax : (510) 839-6610<br>Email : akimmel@crosbyrowell.com<br>*Attorneys for Defendant Goulds Pump, Inc.* | Soskin, Peter E.<br>K&L Gates LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Phone : (415) 882-8200<br>Fax : (415) 882-8220<br>Email : peter.soskin@klgates.com<br>*Attorneys for Defendant Crane Co.* |
| Vasquez, Michael A<br>Vasquez Estrada & Conway LLP<br>1000 Fourth Street, Suite 700<br>San Rafael, CA 94901<br>Phone : (415) 453-0555<br>Fax : (415) 453-0549<br>Email : mvasquez@vandelaw.com<br>*Attorneys for Defendant Hills Brother Chemical Company* | Wah, Douglas G.<br>Foley & Mansfield, PLLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA 94612<br>Phone : (510) 590-9500<br>Fax : (510) 590-9595<br>Email : dwah@foleymansfield.com<br>*Attorneys for Defendant The William Powell Company* |