No. 2:08-CV-92132-ER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL S. WEBER, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 2:08-CV-92132-ER |
| ) | MDL 875 |
| vs. ) | (Transferred from CD-IL |
| ) | Case No. 2:99-CV-02177) |
| AC & S INC., et al., ) | |
| Defendants, ) | |

## NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER

**NOW INTO COURT**, through undersigned counsel, comes defendant BorgWarner Morse TEC Inc. as successor-by-merger to Borg-Warner Corporation and files this Notice of Opposition to the Conditional Remand Order issued by this Panel on April 9, 2013. This defendant will file its Motion to Vacate Conditional Remand Order and supporting memorandum within 14 days of this filing pursuant to Rule 10.2(e) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.

Respectfully submitted,
HERZOG CREBS LLP

*/s/ Don W. Ward*
M. Ann Hatch, #3121789
Lead Attorney
Don W. Ward, #6202548
100 N. Broadway, 14th floor
St. Louis, MO  63102
(314) 231-6700 Telephone
(314) 231-4656 Facsimile

ATTORNEYS FOR DEFENDANT BorgWarner Morse TEC Inc. as successor-by-merger to Borg-Warner Corporation

No. 2:08-CV-92132-ER

## CERTIFICATE OF SERVICE

I, Don W. Ward, certify that on the 16th day of April, 2013, the foregoing Notice of Opposition to Conditional Remand Order was filed with the Clerk of the Court using the ECF system which sent notification of such filing to all ECF participants.

        Respectfully submitted,

        */s/ Don W. Ward*
        M. Ann Hatch, #3121789
        Lead Attorney
        Don W. Ward, #6202548
        100 N. Broadway, 14th floor
        St. Louis, MO  63102
        (314) 231-6700 Telephone
        (314) 231-4656 Facsimile