1  MICHELE C. BARNES (SBN: 187239)
   michele.barnes@klgates.com
2  BOGDAN-ALEXANDRU ALBU (SBN: 284754)
   bogdan.albu@klgates.com
3  **K&L GATES LLP**
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA  94111
   Telephone:  415.882.8200
5  Facsimile:  415.882.8220

6  Attorneys for Defendant
   CRANE CO.

7

8                **JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

9                   **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11  IN RE:  ASBESTOS PRODUCTS
    LIABILITY LITIGATION (NO VI),

12

13  This Document Relates To:          MDL DOCKET NO. 875

14                                     NOTICE OF TAG ALONG ACTION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---
                          1
              **NOTICE OF TAG-ALONG ACTION**

1   MICHELE C. BARNES (SBN: 187239)
    michele.barnes@klgates.com
2   BOGDAN-ALEXANDRU ALBU (SBN: 284754)
    bogdan.albu@klgates.com
3   K&L GATES LLP
    Four Embarcadero Center, Suite 1200
4   San Francisco, CA  94111
    Telephone: (415) 882-8200
5   Facsimile:  (415) 882-8220

6   Attorneys for Defendant
    CRANE CO.

7

**FILED**

APR 1 1 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**                **EDL**

10                **SAN FRANCISCO DIVISION**

11  CHARLES DORL and                    Civil Action No. **CV 13   1641**
    SHIRLEY DORL,
12                                       (Superior Court of the State of California for the
                    Plaintiffs,          County of San Francisco, CASE NO.:
13                                       CGC-13-276132)
               vs.
14                                       **NOTICE OF TAG ALONG ACTION**
    ASBESTOS CORPORATION L/MITED;
15  CROWN CORK & SEAL COMPANY, INC.;
    CRANE CO.; INGERSOLL-RAND
16  COMPANY; METROPOLITAN LIFE
    INSURANCE COMPANY; NATIONAL
17  DYNAMICS CORPORATION;
    OAKFABCO, INC.; OWENS-ILLINOIS,
18  INC.; PARKER-HANNIFIN
    CORPORATION; CBS CORPORATION
19  (FKA VIACOM INC., FKA
    WESTINGHOUSE ELECTRIC
20  CORPORATION); YARWAY
    CORPORATION; ATLAS VALVE
21  COMPANY, INC.; ASSOCIATED
    INSULATION OF CALIFORNIA; THOMAS
22  DEE ENGINEERING COMPANY;
    HOPEMAN BROTHERS, INC.; J.T.
23  THORPE & SON, INC.; WESTERN
    MACARTHUR COMPANY; MACARTHUR
24  COMPANY; WESTERN ASBESTOS
    COMPANY;J.T. THORPE, INC.; and DOES
25  1 through 800, inclusive.
26
27
28                   Defendants.

                            1
                NOTICE OF TAG-ALONG ACTION

1    PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict

2 Litigation entered an Order transferring all asbestos cases pending in federal court to the United

3 States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial

4 proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). The MDL Transfer Order also

5 applies to "tag-along actions," or actions involving common questions of fact filed after the January

6 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

7         Any party or counsel in actions previously transferred under Section 1407 or

8         under consideration by the Panel for transfer under Section 1407 shall

9         promptly notify the Clerk of the Panel of any potential "tag-along actions" in

10        which that party is also named or in which that counsel appears.

11    On November 23, 2011, the Panel on Multidistrict Litigation and the Hon. Eduardo C.

12 Robreno issued an order and recommendation terminating the new transfer of tag-along actions to the

13 MDL, with several exceptions, including cases venued in the Northern District of California. A copy

14 of that order is attached hereto as Exhibit 1.

15    The undersigned hereby notifies the Court that this is a potential "**tag-along action**" that may

16 be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1)

17 enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause

18 why the action should not be transferred, pursuant to MDL Rule **7.3(a)**.

19 Mailed to:

20 Michael J. Beck
   Clerk of the Panel
21 Judicial Panel on Multidistrict Litigation
   Thurgood Marshall Federal Judiciary Building
22 One Columbus Circle, N.E., Room G-255, North Lobby
   Washington, DC 20002-8004
23

24                            Respectfully submitted,

25 Date:  April 11, 2013        By:

26                            Bogdan Alexandru Albu
                              Attorneys for Defendant
27                            CRANE CO.

28

2
NOTICE OF TAG-ALONG ACTION