MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com
BOGDAN-ALEXANDRU ALBU
Bogdan.albu@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
CRANE CO.

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI), | MDL DOCKET NO. 875 |
| This Document Relates To: | **PROOF OF SERVICE** |

1

AMENDED PROOF OF SERVICE

## PROOF OF SERVICE

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **K&L Gates LLP, Four Embarcadero Center, Suite 1200, San Francisco, CA 94111.**

On **April 16, 2013**, I electronically served the following document(s) as described:

- **Notice of Tag-Along Action**

with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

**Counsel For Plaintiffs**
David R. Donadio
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA 94948-6169
(415) 898-1555
DDonadio@braytonlaw.com

Plaintiffs:
Charles Dorl
Shirley Dorl
U.S.D.C. – Northern District of California Case No.: 3:13-cv-1641

**\*SEE THE ATTACHED FOR ADDITIONAL PARTIES\***

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **April 16, 2013**, at San Francisco, California.

_Kimberly Tenorio_
**Kimberly Tenorio**

| | |
|---|---|
| 1 | **Defendant** |
| 2 | **Asbestos Corporation Limited** |
| 3 | |
| 4 | **Defendant** |
|   | **Crown Cork & Seal Company, Inc.** |
| 5 | |
| 6 | **Defendant** |
|   | **Ingersoll-Rand Company** |
| 7 | |
| 8 | **Defendant** |
| 9 | **Metropolitan Life Insurance Comany** |
| 10 | |
| 11 | **Defendant** |
|    | **National Dynamics Corporation** |
| 12 | |
| 13 | **Defendant** |
|    | **Oakfabco, Inc.** |
| 14 | |
| 15 | **Defendant** |
| 16 | **Owens-Illinois, Inc.** |
| 17 | |
| 18 | **Defendant** |
|    | **Parker-Hannifin Corporation** |
| 19 | |
| 20 | **Defendant** |
| 21 | **CBS Corporation** *formerly known as* |
| 22 | Viacom Inc. *formerly known as* |
| 23 | Westinghouse Electric Corporation |
| 24 | |
| 25 | **Defendant** |
|    | **Yarway Corporation** |
| 26 | |
| 27 | **Defendant** |
| 28 | **Atlas Valve Company, Inc.** |

SERVICE LIST

**Defendant**

Associated Insulation of California

**Defendant**

Thomas Dee Engineering Company

**Defendant**

Hopeman Brothers, Inc.

**Defendant**

J.T. Thorpe & Son, Inc.

**Defendant**

Western MacArthur Company

**Defendant**

MacArthur Company

**Defendant**

Western Asbestos Company

**Defendant**

J.T. Thorpe, Inc.