IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS     :     CONSOLIDATED UNDER
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875
                             :
                             :
DEUYOUR, et al.              :
                             :
                             :
        v.                   :     CIVIL ACTION NO. 01-875
                             :     (C.D. CAL. CIVIL ACTION NO.
                             :     2:13-cv-02333)
VARIOUS DEFENDANTS           :

**FILED**

APR 1 7 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**SUGGESTION TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
("THE PANEL") CONCERNING TAG-ALONG TRANSFER OF C.D. CAL. CASE**

AND NOW, this **16th** day of **April, 2013**, it is hereby

SUGGESTED that the Panel transfer the above-captioned case from

the Central District of California to MDL 875.[1]

It is so SUGGESTED.

_____
**EDUARDO C. ROBRENO
PRESIDING JUDGE, MDL-875**

_____

[1]    Although the Panel previously ceased sending cases from
the Central District of California to MDL 875 at the suggestion
of the MDL Court, it appears the above-captioned case is unique
in that it is related to an action from the Northern District of
California currently pending in MDL 875 (see E.D. Pa. No. 12-
60167). The MDL Court recommends transfer of the Central District
of California case so that this case can be consolidated with the
action currently pending in MDL 875.