No. 2:08-CV-92132-ER

BEFORE THE UNITED STATES JUDICIAL PANEL

| | | |
|---|---|---|
| DANIEL S. WEBER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 2:08-CV-92132-ER |
| | ) | MDL 875 |
| vs. | ) | (Transferred from CD-IL |
| | ) | Case No. 2:99-CV-02177) |
| AC & S INC., et al., | ) | |
| Defendants, | ) | |

**ERRATA TO NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER**

A Notice of Opposition to Conditional Remand Order was filed on behalf of BorgWarner Morse TEC Inc. as successor-by-merger to Borg-Warner Corporation with the incorrect heading of "IN THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF PENNSYLVANIA." The correct heading should read "BEFORE THE UNITED STATES JUDICIAL PANEL."

Respectfully submitted,
HERZOG CREBS LLP

*/s/ Caleb D. Hawkins*
M. Ann Hatch, #3121789
Lead Attorney
Don W. Ward, #6202548
Caleb D. Hawkins, #6292974
100 N. Broadway, 14th floor
St. Louis, MO  63102
(314) 231-6700 Telephone
(314) 231-4656 Facsimile

ATTORNEYS FOR DEFENDANT BorgWarner Morse TEC Inc. as successor-by-merger to Borg-Warner Corporation

No. 2:08-CV-92132-ER

## CERTIFICATE OF SERVICE

I, Caleb D. Hawkins, certify that on the 17th day of April, 2013, the foregoing Errata to Notice of Opposition to Conditional Remand Order was filed with the Clerk of the Court using the ECF system which sent notification of such filing to all ECF participants.

Respectfully submitted,

*/s/ Caleb D. Hawkins*
M. Ann Hatch, #3121789
Lead Attorney
Don W. Ward, #6202548
Caleb D. Hawkins, #6292974
100 N. Broadway, 14th floor
St. Louis, MO  63102
(314) 231-6700 Telephone
(314) 231-4656 Facsimile