UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No:  **875**                                                                                                  Docket No.  **9295**

MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

 x  CM/ECF Practice/Proof of Service Incomplete

     **Action Required: Submit An Amended Proof of Service and Serve all Parties. Please list all parties listed on the Docket Sheet on your Proof of Service. If parties don't have counsel please list their Corporate Address or Resident Agent to be served.**

Use the Service of Process event to file your Amended Proof of Service.  Please select Certificate of Service (Amended).

***The time allotted to correct deficiencies is subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: April** 22, 2013

Dated: **April 19, 2013**

                                                                                                 *[signature]*
                                                                                                 FOR THE PANEL

                                                                                                 Jeffery N. Luthi
                                                                                                 Clerk of the Panel