MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com
BOGDAN-ALEXANDRU ALBU (SBN: 284754)
bogdan.albu@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone:  415.882.8200
Facsimile:   415.882.8220

Attorneys for Defendant
CRANE CO.

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI), | MDL DOCKET NO. 875 |
| This Document Relates To: | **AMENDED PROOF OF SERVICE** |

## AMENDED PROOF OF SERVICE

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **K&L Gates LLP, Four Embarcadero Center, Suite 1200, San Francisco, CA 94111**.

On April 19, 2013, I served the following document(s)

- **Notice of Tag-Along Action**, with exhibits

- **Amended Proof of Service to Notice of Tag-Along Action**

together with an unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof in sealed envelopes, addressed and sent via First Class U.S. Mail as follows:

**Counsel For Plaintiffs**
David R. Donadio
ddonadio@braytonlaw.com
Alan R. Brayton
abrayton@braytonlaw.com
Brayton Purcell LLP
222 Rush Landing Road
Novato, CA  94948-6169
(415) 898-1555

Plaintiffs: Charles Dorl, Shirley Dorl
U.S.D.C. – Northern District of California Case No.: 3:13-cv-1641

**Defendants**
*See service list attached.*

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **April 19, 2013**, at San Francisco, California.

_Kimberly Tenorio_
Kimberly Tenorio

## DEFENDANTS

**Asbestos Corporation Limited**
Mary Ellen Gambino
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market St., 17th Floor
San Francisco, CA 94105
(415) 433-0990

**Associated Insulation of California**
Agent for Service of Process
Frances H. Young
3482 Quail Ct.
Napa, CA 94558

**Atlas Valve Company, Inc.**
Agent for Service of Process
Atlas Valve Company, Inc.
81 Pondfield Rd., #312
Bronxville, New York 10708

**CBS Corporation**
*Formerly known as*
Viacom Inc.
*Formerly known as*
Westinghouse Electric Corporation

Agent for Service of Process
Corporation Service Company (dba CSC - Lawyers Incorporating Service)
2710 Gateway Oaks Dr. Suite 150N
Sacramento, CA 95833

**Crown Cork & Seal Company, Inc.**
Agent for Service of Process
CT Corporation System
818 W. Seventh St.
Los Angeles, CA 90017

**Hopeman Brothers, Inc.**
Agent for Service of Process
CT Corporation System
818 W. Seventh St.
Los Angeles, CA 90016

**Ingersoll-Rand Company**
Agent for Service of Process
CT Corporation System
818 W. Seventh St.
Los Angeles, CA 90016

**J.T. Thorpe & Son, Inc.**
Agent for Service of Process
Mark C. Stutzman
1060 Hensley St.
Richmond, CA 94801

**J.T. Thorpe, Inc.**
Agent for Service of Process
Brian L. Davidoff
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

**MacArthur Company**
Agent for Service of Process
MacArthur Settlement Trust
300 East Second Street, Suite 1410
Reno, Nevada 89501
(775) 324-5511

**Metropolitan Life Insurance Company**
Kirsten Hicks Spira
Steptoe & Johnson LLP
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
(213) 439-9400

**Oakfabco, Inc.**
Agent for Service of Process
Corporate Creations Network, Inc.
131-A Stoney Circle, Suite 500
Santa Rosa, CA 95400

**Owens-Illinois, Inc.**
Agent for Service of Process
The Corporation Company
555 Capitol Mall Suite 1000
Sacramento, CA 95813

**Parker-Hannifin Corporation**
Agent for Service of Process
CT Corporation System
818 W. Seventh St.
Los Angeles, CA 90016

**SSW, Inc.,** *successor in interest to*
**National Dynamics Corporation**
Agent for Service of Process
Paul Lipkin
1800 Magellan Dr.
Oakland, CA 94611

**Thomas Dee Engineering Company**
Agent for Service of Process
Thomas Dee Jr.
4314 Redwood Hwy #300
San Raphael, CA 94903

**Western Asbestos Company**
Agent for Service of Process
Western Asbestos Settlement Trust
300 East Second Street, Suite 1410
Reno, Nevada 89501
(775) 324-5511

**Western MacArthur Company**
Agent for Service of Process
Western MacArthur Settlement Trust
300 East Second Street, Suite 1410
Reno, Nevada 89501
(775) 324-5511

**Yarway Corporation**
Kristina Francia Almquist
Morgan, Lewis & Bockius LLP
One Market Plaza
Spear Street Tower
San Francisco, CA 94105
(415) 442-1000

4
**AMENDED PROOF OF SERVICE**