| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>This Documents Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE E. THOMAS,<br><br>    Plaintiff,<br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION; ALLIED PACKING & SUPPLY, INC.; ARMSTRONG INTERNATIONAL, INC.; ASBESTOS CORPORATION, LTD.; AURORA PUMP COMPANY; BORG-WARNER CORPORATION BY ITS SUCCESSOR-IN-INTEREST TO BORG-WARNER MORSE TEC, INC; BYRON JACKSON PUMPS, INC.; CBS CORPORATION, A DELAWARE CORPORATION, FORMERLY KNOWN AS VIACOM, INC., SUCCESSOR-BY-MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, FORMERLY KNOWN AS WESTINGHOUSE ELECTRIC CORPORATION; CERTAINTEED CORPORATION; CRANE CO.; INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO STOCKHAM VALVES & FITTING, INC.; CROSBY VALVE, INC.; CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK; FOSTER WHEELER LLC; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORPORATION; GOULDS PUMP, INCORPORATION; HILLS BROTHERS CHEMICAL COMPANY; HONEYWELL INTERNATIONAL, INC., FKA ALLIED SIGNAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION; HOPEMAN | (ASBESTOS)<br><br>United States District Court<br>Northern District of California<br>Case No. CV-13-1618 JSC<br><br>Alameda County Superior Court Case No. RG13-667279<br><br>DEFENDANT FOSTER WHEELER LLC'S WITHDRAWAL OF FILING |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELER LLC'S WITHDRAWAL OF FILING

BROTHERS, INC.; IMO INDUSTRIES, INC. FKA IMO DELAVAL, INC.; KENTILE FLOORS, INC.; KUNKLE INDUSTRIES, INC.; MECHANICAL DRIVES & BELTING, FKA L.A. RUBBER CO.; METALCLAD INSULATION CORPORATION; MUELLER WATER PRODUCTS, INC., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST, PARENT ALTER EGO, AND FKA U.S. PIPE; O.G. SUPPLY, INC.; PARKER-HANNIFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY; RAPID-AMERICAN CORPORATION; SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY; SYD CARPENTER MARINE CONTRACTOR, INC.; THE WILLIAM POWELL COMPANY; THOMAS DEE ENGINEERING COMPANY, INC.; TRANE U.S., INC., FKA AMERICAN STANDARD, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO KEWANEE BOILER; UNION CARBIDE CORPORATION; WARREN PUMPS, LLC; WEIR VALVE & CONTROLS USA, INC., FKA ATWOOD MORRILL CO., INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ATWOOD & MORRILL CO., INC., YARWAY CORPORATION; and the FIRST DOE through THREE HUNDREDTH DOE, inclusive,

Defendants.

### DEFENDANT FOSTER WHEELER LLC'S WITHDRAWAL OF FILING

TO THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION:

PLEASE BE ADVISED that with regard to the above-captioned matter, removed to the Northern District of California by Defendant FOSTER WHEELER LLC ("Foster Wheeler") on April 10, 2013, Foster Wheeler wishes to inform this Court that it is hereby *withdrawing* its Notice of Potential Tag-Along, filed with this Court on April 16, 2013

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
DEFENDANT FOSTER WHEELER LLC'S WITHDRAWAL OF FILING

(Pleading No. 9295 in MDL No. 875). Plaintiff and Foster Wheeler have reached a resolution of Plaintiff's claim against it, and it was agreed that Foster Wheeler would be dismissed with prejudice from the federal action, which then would be remanded back to the Alameda County Superior Court. A Stipulation and Proposed Order which affirmed this agreement was filed with the Northern District of California on April 19, 2013, and a final order which accepted the stipulation of the parties, dismissed Foster Wheeler, and remanded the case to state court was signed by the Hon. Jeffrey S. White on April 22, 2013.

The dismissal of Foster Wheeler from this action, and the remand of this case back to the Alameda County Superior Court, render Foster Wheeler's Notice of Potential Tag-Along moot, and, accordingly, Foster Wheeler requests that its filing of that document (Pleading No. 9295 in MDL No. 875) be withdrawn.

Dated: April 22, 2013								BRYDON HUGO & PARKER

											By:	/s/ Thomas J. Moses
												Edward R. Hugo [Bar No. 124839]
												Charles S. Park [Bar No. 161430]
												Thomas J. Moses [Bar No. 116002]
												BRYDON HUGO & PARKER
												135 Main Street, 20th Floor
												San Francisco, CA 94105
												Telephone: (415) 808-0300
												Facsimile: (415) 808-0333
												Email: service@bhplaw.com

												Attorneys for Defendant
												FOSTER WHEELER LLC

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3

DEFENDANT FOSTER WHEELER LLC'S WITHDRAWAL OF FILING

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>This Documents Relates To: | MDL 875 |
|---|---|

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE E. THOMAS,<br><br>                Plaintiff,<br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION; ALLIED PACKING & SUPPLY, INC.; ARMSTRONG INTERNATIONAL, INC.; ASBESTOS CORPORATION, LTD.; AURORA PUMP COMPANY; BORG-WARNER CORPORATION BY ITS SUCCESSOR-IN-INTEREST TO BORG-WARNER MORSE TEC, INC; BYRON JACKSON PUMPS, INC.; CBS CORPORATION, A DELAWARE CORPORATION, FORMERLY KNOWN AS VIACOM, INC., SUCCESSOR-BY-MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, FORMERLY KNOWN AS WESTINGHOUSE ELECTRIC CORPORATION; CERTAINTEED CORPORATION; CRANE CO.; INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO STOCKHAM VALVES & FITTING, INC.; CROSBY VALVE, INC.; CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK; FOSTER WHEELER LLC; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC CORPORATION; GOULDS PUMP, INCORPORATION; HILLS BROTHERS CHEMICAL COMPANY; HONEYWELL INTERNATIONAL, INC., FKA ALLIED SIGNAL, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX | (ASBESTOS)<br><br>United States District Court<br>Northern District of California<br>Case No. CV-13-1618 JSC<br><br>Alameda County Superior Court Case No. RG13-667279<br><br>CERTIFICATE OF SERVICE |

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1
CERTIFICATE OF SERVICE

CORPORATION; HOPEMAN BROTHERS, INC.; IMO INDUSTRIES, INC. FKA IMO DELAVAL, INC.; KENTILE FLOORS, INC.; KUNKLE INDUSTRIES, INC.; MECHANICAL DRIVES & BELTING, FKA L.A. RUBBER CO.; METALCLAD INSULATION CORPORATION; MUELLER WATER PRODUCTS, INC., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST, PARENT ALTER EGO, AND FKA U.S. PIPE; O.G. SUPPLY, INC.; PARKER-HANNIFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY; RAPID-AMERICAN CORPORATION; SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY; SYD CARPENTER MARINE CONTRACTOR, INC.; THE WILLIAM POWELL COMPANY; THOMAS DEE ENGINEERING COMPANY, INC.; TRANE U.S., INC., FKA AMERICAN STANDARD, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO KEWANEE BOILER; UNION CARBIDE CORPORATION; WARREN PUMPS, LLC; WEIR VALVE & CONTROLS USA, INC., FKA ATWOOD MORRILL CO., INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ATWOOD & MORRILL CO., INC., YARWAY CORPORATION; and the FIRST DOE through THREE HUNDREDTH DOE, inclusive,

Defendants.

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date stated below I served the following:

**DEFENDANT FOSTER WHEELER LLC'S WITHDRAWAL OF FILING**

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
CERTIFICATE OF SERVICE

**Via Facsimile To Counsel for Plaintiff:**
Timothy F. Pearce, Esq.
LEVIN SIMES
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
Tel: (415) 426-3000
Fax: (415) 426-3001

on all parties via facsimile to the following attached service list.

    I declare under penalty of perjury that the above is true and correct. Executed on April 22, 2013, at San Francisco, California.

                                                                    Josh Tabisaura

Edward R. Hugo [Bar No. 124839]
Charles S. Park [Bar No. 161430]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER LLC

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

3
CERTIFICATE OF SERVICE

*Bobbie E. Thomas vs. Air & Liquid Systems Corporation, et al.*
United States District Court
Northern District of California Case No. CV-13-1618 JSC
Alameda County Superior Court Case No. RF13-667279

| | |
|---|---|
| Imai, Bruce<br>Imai, Tadlock, Keeney & Cordery<br>100 Bush Street, Suite 1300<br>San Francisco, CA 94104<br>Phone : (415) 675-7000<br>Fax : (415) 675-7008<br>Email: admin@itkc.com<br>*Attorneys for Defendant Allied Packing & Supply, Inc* | Kirby, John K.<br>Burnham Brown<br>1901 Harrison Street, 14th Floor<br>Oakland, CA 94604<br>Phone : (510) 444-6800<br>Fax : (510) 835-6666<br>Email: jkirby@burnhambrown.com<br>*Attorneys for Defendant Borg Warner Morse TEC Inc.* |
| McCaffery, Timothy J.<br>Lombardi, Loper & Conant, LLP<br>Lake Merritt Plaza, Suite 2600<br>1999 Harrison Street,<br>Oakland, CA 94612<br>Phone : (510) 433-2600<br>Fax : (510) 433-2699<br>Email: www.lombardiloper.com<br>        tjm@llcllp.com<br>*Attorneys for Defendant Mechanical Drivers & Belting* | Oberg, Lisa L.<br>McKenna Long & Aldridge LLP<br>101 California Street, 41st Floor<br>San Francisco, CA 94111<br>Phone : (415) 267-4000<br>Fax : (415) 267-4198<br>Email: loberg@mckennalong.com<br>*Attorneys for Defendants Certainteed Corporation and Metalclad Insulation Corporation* |
| Prindle, Kenneth B.<br>Steig, Thomas<br>Hillyard, Barnes & Reinholtz LLP<br>One California Street, Suite 1910<br>San Francisco, CA 94111<br>Phone : (415) 788-8354<br>Fax : (415) 788-3625<br>Email: kprindle@prindlelaw.com<br>        tsteig@prindlelaw.com<br>*Attorneys for Defendants SYD Carpenter Marine Contractor, Inc. and Trane U.S. Inc.* | Almquist, Kristina F.<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Phone : (415) 442-1000<br>Fax : (415) 442-1001<br>Email: kalmquist@morganlewis.com<br>*Attorneys for Defendant Yarway Corporation* |
| Blomquist, Sonja E.<br>Low, Ball & Lynch<br>505 Montgomery Street, 7th Floor<br>San Francisco, CA 94111-2584<br>Phone : (415) 981-6630<br>Fax : (415) 982-1634<br>Email: sblomquist@lowball.com<br>*Attorneys for Defendant Armstrong International, Inc.* | Cross, E. Reno<br>Bassi, Edlin, Huie & Blum LLP<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>Phone : (415) 397-9006<br>Fax : (415) 397-1339<br>Email: rcross@behblaw.com<br>*Attorneys for Defendant Hopeman Brothers, Inc.* |
| Gorczyca, Diane T.<br>Perkins Coie LLP<br>Four Embarcadero Center, Ste. 2400<br>San Francisco, CA 94111<br>Phone : (415) 344-7000<br>Fax : (415) 344-7050<br>Email: Dgorczyca@perkinscoie.com | Kannett, Mark S.<br>Bergstrom, Emily<br>Weir Valve & Controls USA, Inc.<br>Becherer Kannett & Schweitzer<br>1255 Powell Street<br>Emeryville, CA 94608<br>Phone : (510) 658-3600 |

| | |
|---|---|
| *Attorneys for Defendant Georgia-Pacific LLC* | Fax :  (510) 658-1151<br>Email:  mkannett@bkscal.com<br>          ebergstrom@bkscal.com<br>*Attorneys for Defendant Weir Valve & Controls USA, Inc.* |
| Kimmel, Amy M.<br>Crosby & Rowell, LLP<br>The American Bag Building<br>299 3rd Street, 2nd Floor<br>Oakland, CA 94607<br>Phone :  (510) 267-0300<br>Fax :  (510) 839-6610<br>Email :  akimmel@crosbyrowell.com<br>*Attorneys for Defendant Goulds Pump, Inc.* | Soskin, Peter E.<br>K&L Gates LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Phone :  (415) 882-8200<br>Fax :  (415) 882-8220<br>Email :  peter.soskin@klgates.com<br>*Attorneys for Defendant Crane Co.* |
| Vasquez, Michael A<br>Vasquez Estrada & Conway LLP<br>1000 Fourth Street, Suite 700<br>San Rafael, CA 94901<br>Phone :  (415) 453-0555<br>Fax :  (415) 453-0549<br>Email : mvasquez@vandelaw.com<br>*Attorneys for Defendant Hills Brother Chemical Company* | Wah, Douglas G.<br>Foley & Mansfield, PLLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA 94612<br>Phone :  (510) 590-9500<br>Fax :  (510) 590-9595<br>Email : dwah@foleymansfield.com<br>*Attorneys for Defendant The William Powell Company* |

## Joshua Tabisaura

| | |
|---|---|
| **From:** | ScanRouter |
| **Sent:** | Monday, April 22, 2013 4:10 PM |
| **To:** | Joshua Tabisaura |
| **Subject:** | Transmission Result : OK From "BRYDON HUGO & PARKER"(Fax Message NO.7431) |
| **Attachments:** | 20130422161011094.tif |

This E-mail was sent from "Zeppelin" (Aficio MP 7001).

Queries to: Scanrouter@bhplaw.com

```
    ******** Communication Result Report( 2013. 4.22 16:10 ) ********

Sender:
Time  : 2013/ 4/22 16:08

--------------------------------------------------------------------------
[Dest.] G3    :9811270
  [Sent Page/Total Page]   8/  8  [Result] OK
--------------------------------------------------------------------------
Reason for error
  E.1) Hang up or line fail
  E.2) Busy
  E.3) No answer
  E.4) No facsimile connection
  E.5) Exceeded max. E-mail size
```

1

## Joshua Tabisaura

| | |
|---|---|
| From: | ScanRouter |
| Sent: | Monday, April 22, 2013 5:06 PM |
| To: | Joshua Tabisaura |
| Subject: | Transmission Result : OK From "BRYDON HUGO & PARKER"(Fax Message NO.7432) |
| Attachments: | 20130422170617899.tif |

This E-mail was sent from "Zeppelin" (Aficio MP 7001).

Queries to: Scanrouter@bhplaw.com

```
    ******** Communication Result Report( 2013. 4.22 17:06 ) ********

Sender:
Time  : 2013/ 4/22 16:14

--------------------------------------------------------------------------
[Dest.] G3     :15108356666
  [Sent Page/Total Page]   8/  8  [Result] OK
[Dest.] G3     :15105909595
  [Sent Page/Total Page]   8/  8  [Result] OK
[Dest.] G3     :8828220
  [Sent Page/Total Page]   8/  8  [Result] OK
[Dest.] G3     :3991506
  [Sent Page/Total Page]   8/  8  [Result] OK
[Dest.] G3     :3447050
  [Sent Page/Total Page]   8/  8  [Result] OK
[Dest.] G3     :4530549
  [Sent Page/Total Page]   8/  8  [Result] OK
[Dest.] G3     :3971339
  [Sent Page/Total Page]   8/  8  [Result] OK
[Dest.] G3     :15106581151
  [Sent Page/Total Page]   8/  8  [Result] OK
[Dest.] G3     :15108396610
  [Sent Page/Total Page]   8/  8  [Result] OK
[Dest.] G3     :6757008
  [Sent Page/Total Page]   8/  8  [Result] OK
[Dest.] G3     :2674198
  [Sent Page/Total Page]   8/  8  [Result] OK
[Dest.] G3     :4421001
  [Sent Page/Total Page]   8/  8  [Result] OK
[Dest.] G3     :15104332699
  [Sent Page/Total Page]   8/  8  [Result] OK
[Dest.] G3     :7883625
  [Sent Page/Total Page]   8/  8  [Result] OK
--------------------------------------------------------------------------
Reason for error
  E.1) Hang up or line fail
  E.2) Busy
  E.3) No answer
  E.4) No facsimile connection
  E.5) Exceeded max. E-mail size
```