# EXHIBIT - A



STATE OF WASHINGTON
DEPARTMENT OF HEALTH

# CERTIFICATE OF DEATH

CERTIFICATE NUMBER: 2012-009459

DATE ISSUED: 08/06/2012

FEE NUMBER: 0000000034

GIVEN NAMES: DANIEL WILDER
LAST NAME: DEUVOUR

COUNTY OF DEATH: MASON
DATE OF DEATH: AUGUST 01, 2012
HOUR OF DEATH: 11:30 P.M.
SEX: MALE
AGE: 59 YEARS
SOCIAL SECURITY NUMBER: 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

HISPANIC ORIGIN: NO, NOT HISPANIC
RACE: WHITE

BIRTHDATE: FEBRUARY 21, 1953
BIRTHPLACE: ALBANY, NEW YORK

MARITAL STATUS: MARRIED
SPOUSE: LAURIE EVELYN LAMARRE

OCCUPATION: DRIVER
INDUSTRY: SERVICE
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED
US ARMED FORCES? YES

INFORMANT: LAURIE DEUVOUR
RELATIONSHIP: SPOUSE
ADDRESS: 1822 BOUNDARY STREET SHELTON, WASHINGTON 98584

PLACE OF DEATH: HOME
FACILITY OR ADDRESS: 1822 BOUNDARY STREET
CITY, STATE, ZIP: SHELTON, WASHINGTON 98584

RESIDENCE STREET: 1822 BOUNDARY STREET
CITY, STATE, ZIP: SHELTON, WASHINGTON 98584
INSIDE CITY LIMITS? YES
COUNTY: MASON
TRIBAL RESERVATION: NOT APPLICABLE
LENGTH OF TIME AT RESIDENCE: 7 YEARS

FATHER: EVERETT FRANCIS DEUVOUR
MOTHER: HELEN JOANNE WILDER

METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: SOUTH SOUND CREMATORY
CITY, STATE: LACEY, WA
DISPOSITION DATE: AUGUST 06, 2012

FUNERAL FACILITY: FUNERAL ALTERNATIVES OF WASHINGTON TUMWATER
ADDRESS: 455 NORTH ST SE
CITY, STATE, ZIP: TUMWATER WA 98501
FUNERAL DIRECTOR: CLAIR S FERRIS

CAUSE OF DEATH:
A. CARDIOPULMONARY ARREST
INTERVAL: 5 MINUTES
B. METASTATIC NON-SMALL CELL LUNG CANCER
INTERVAL: 14 MONTHS
C.
INTERVAL:
D.
INTERVAL:

OTHER CONDITIONS CONTRIBUTING TO DEATH:

DATE OF INJURY:
HOUR OF INJURY:
INJURY AT WORK?
PLACE OF INJURY:

LOCATION OF INJURY:

CITY, STATE, ZIP:
COUNTY:
DESCRIBE HOW INJURY OCCURRED:

MANNER OF DEATH: NATURAL
AUTOPSY: NO
AVAILABLE TO COMPLETE THE CAUSE OF DEATH? NOT APPLICABLE
DID TOBACCO USE CONTRIBUTE TO DEATH? YES
PREGNANCY STATUS, IF FEMALE: NOT APPLICABLE

CERTIFIER NAME: WILLIAM SCHUBACH MD
TITLE: PHYSICIAN
CERTIFIER
ADDRESS: 1660 S. COLUMBIAN WAY, S-111-ONC
CITY, STATE, ZIP: SEATTLE WA 98108
DATE SIGNED: AUGUST 02, 2012

STATUS OF DECEDENT, IF A TRANSPORTATION INJURY:
NOT APPLICABLE

CASE REFERRED TO ME/CORONER: NO
FILE NUMBER: NOT APPLICABLE
ATTENDING PHYSICIAN:
NOT APPLICABLE

ITEM(S) AMENDED: NONE

NUMBER(S): NONE
DATE(S): NONE

LOCAL DEPUTY REGISTRAR:
SONJA COCHRAN
DATE RECEIVED: AUGUST 06, 2012

DOH 01-003 (6/10)

THIS IS A CERTIFIED COPY OF THE RECORD ON FILE WITH CENTER FOR HEALTH STATISTICS. CERTIFIED COPIES MUST HAVE THE OFFICIAL SEAL

Health

# Affidavit for Correction

This is a legal Document. Complete in ink and do not alter.

Center for Health Statistics
P.O. Box 47814
Olympia, WA 98504-7814
(360) 236-4300

STATE OFFICE USE ONLY

| State File Number | Fee Number | Initials | Date | Affidavit Number |
|---|---|---|---|---|
| | | | | |

Use the section below for requesting any changes on the record.

Record Type ☐ Birth ☐ Death ☐ Marriage ☐ Dissolution

1. Name on record
2. Date of Event
3. Place of Event [illegible]

4. Father's Full Name [illegible]
5. Mother's Full Name [illegible]

The Record is incorrect or incomplete as follows:

| The Record now shows: | The true fact is: |
|---|---|
| 6 | 7 |
| 8 | 9 |
| 10 | 11 |
| 12 | 13 |

14. I represent the person as: ☐ Self ☐ Parent ☐ Guardian ☐ Informant ☐ Funeral Director ☐ Other (Specify) Telephone Number:

I declare under penalty of perjury under the laws of the State of Washington that the forgoing is true and correct.

15. Signature
16. Date:
17. Address:

[illegible] records are registered as received.
All changes must be established by documentary proof submitted with the affidavit.

[illegible] Certificate of Naturalization; [illegible] Records; [illegible] Records; [illegible] Records
Medical Record; Military Record DD 214; Birth Record; [illegible]
School Transcript; Voter's Registration Card (at least [illegible] effective date); Alien Registration Card (front and back); We do not accept Driver's License, Social Security card or a hospital issued decorative birth certificate

[illegible]

1. [illegible] certificate
2. The affidavit [illegible] the amended true facts. For example, if the affidavit says the name is [illegible] then the proof must show the [illegible] name [illegible] Mary Ann [illegible]
3. Proof [illegible] established [illegible] years of birth.
4. [illegible]
   - [illegible]
   - [illegible] the two
   - [illegible] only be made with an affidavit [illegible]
5. [illegible] (Affidavit)
6. This affidavit cannot be used to add a father to a birth certificate. (Use the paternity affidavit – form DOH [illegible])

Death Certificates

- [illegible] may change the non-medical [illegible]
- The medical information (cause of death) may be changed only by the certifying physician or the coroner/medical examiner.
- [illegible] days from date of death please contact the county health department where the death occurred to make changes.

[illegible] Certificates

- [illegible] place of birth or residence, may be changed by affidavit (with proof) by the person.
- [illegible] the affidavit [illegible] must sign the affidavit.

DOH [illegible]

CERTIFIED
DR. DIANA T. YU, MD MSPH HEALTH OFFICER REGISTRAR

AUG 06 2012

THURSTON COUNTY
HEALTH DEPARTMENT
OLYMPIA, WASHINGTON

VV00315727