# EXHIBIT - D

EXHIBIT D
PAGE 16

Michael C. Eyerly (CA SBN 178693)
eyerly@dbelegal.com
Eric Brown, Esq. (*pro hac vice* admission pending)
brown@dbelegal.com
Stephen T. Blackburn, Esq. (*pro hac vice* admission pending)
blackburn@dbelegal.com
DEBLASE BROWN EYERLY LLP
10990 Wilshire Boulevard, Suite 1060
Los Angeles, California 90024
Telephone: (310) 575-9955
Facsimile: (310) 575-9919

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL DOCKET NO. 875<br>EDPA Case No. 2:12-cv-60167-ER |
| This Document Relates To: | |
| DANIEL DEUYOUR,<br><br>Plaintiff,<br><br>vs.<br><br>BF GOODRICH COMPANY, et al.,<br><br>Defendants | Transferred from the<br>U.S. Dist. Court, District of Delaware<br>Civil Case No. C-12-3096 MEJ<br><br>**STATUS CONFERENCE STATEMENT AND SUGGESTION OF THE DEATH OF PLAINTIFF DANIEL DEUYOUR**<br><br>Date: August 30, 2012<br>Time: 3:30 p.m.<br>Location: Courtroom 15A |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Daniel Deuyour passed away on August 1, 2012.

On August 13, 2012, prior to counsel learning of his death, Plaintiff's Statement of Case Status pursuant to Administrative Order No. 12 was filed. The family members are currently contemplating the filing of a wrongful death complaint.

Dated: August 23, 2012	DEBLASE BROWN EYERLY LLP

Michael C. Eyerly (SBN 178693)
Eric Brown (SBN 229622)
Stephen T. Blackburn (SBN 232887)
10990 Wilshire Boulevard, Suite 1060
Los Angeles, CA 90024
Telephone: (310) 575-9955
Facsimile: (310) 575-9919

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CERTIFICATE OF SERVICE

*Deuyour vs. BF Goodrich Company, et al.*

I hereby certify that on the 23RD day of August, 2012, a copy of the foregoing document has been served via ECF upon all counsel of record in the Court's electronic filing system.

I am employed in the County of Los Angeles, State of California, I am over the age of 18 years and not a party to the within action. My business address is 10990 Wilshire Blvd, Suite 1060, Los Angeles, CA 90024. Michael Eyerly, Esq. is a member of the California Bar, and I made the service referred to below at his direction.

On August 23, 2012, I caused to be served the foregoing:

**STATUS CONFERENCE STATEMENT AND SUGGESTION OF THE DEATH OF PLAINTIFF DANIEL DEUYOUR**

and a copy of this document to the interested parties herein as follows:

[ ] VIA PERSONAL DELIVERY

[ ] VIA FACSIMILE

By transmittal from a facsimile machine whose fax number is <u>SEE ATTACHED SERVICE LIST</u>

[X] VIA U.S. MAIL: TO ALL COUNSEL – SEE ATTACHED SERVICE LIST

By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States postal service at Los Angeles, California

[X] STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] FEDERAL: I declare the above to be true and correct.

Executed in Los Angeles, California.

DATE: AUGUST 23, 2012

CARRIE ARDOIN

PROOF OF SERVICE
W:\delegan\Clients\Deuyour, Daniel\I. Pleadings\I. Service\PROOF OF SERVICE NOTICE OF DEATH.doc

## SERVICE LIST

ZACHARIAH DAVID BAKER
K&L GATES
4 EMBARCADERO CTR. STE 1200
SAN FRANCISCO, CA 94111
*Attorneys for Crane Co.*

**PROOF OF SERVICE**
W:\ldh\legal\Clients\Deuyour, Daniel\1. Pleadings\1. Service\PROOF OF SERVICE NOTICE OF DEATH.doc

EXHIBIT D
PAGE 20