# EXHIBIT - E

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS        :
LIABILITY LITIGATION (No. VI) :

VARIOUS PLAINTIFFS        **FILED**

        v.                 SEP 1 7 2012

VARIOUS DEFENDANTS    MICHAEL E. KUNZ, Clerk
                      By_____Dep. Clerk

Consolidated Under
MDL DOCKET NO. 875

12-60167

Cases in Exhibit "A,"
attached

### ORDER

AND NOW, this **14th** day of **September, 2012**, it is hereby

**ORDERED** that the Motions to Dismiss listed in Exhibit "A,"

attached are **GRANTED** as unopposed.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

1

## EXHIBIT A

| Case Number | District | Caption | Filed By | Motion Type | Doc. No. |
|---|---|---|---|---|---|
| 06-61617 | VA-E | Holmes v. AC&S, Inc. et al | CBS Corp. f/k/a Westinghouse Electric Corporation | Dismiss | 46 |
| 09-93727 | GA-S | Kelly v. General Electric Company et al | Anderson Kelly Linda Kelly Ingersoll Rand Company | Dismiss | 42 |
| 10-67134 | DE | Wood et al v. A.W. Chesterton Company et al | Crane Company | Dismiss | 189 |
| 10-69379 | CA-N | Floyd et al v. Air & Liquid Systems Corporation et al | John Crane, Inc. | Dismiss | 241 |
| 11-66391 | AL-N | Childress v. 3M et al | Saint-Gobain Abrasives Inc, F/K/A Norton Company | Dismiss | 244 |
| 11-67281 | LA-E | Vedros et al v. Northrop Grumman Shipbuilding, Inc. et al | Northrop Grumman Shipbuilding, Inc. | Dismiss | 73 |
| 11-67750 | RI | Knowles et al v. A.W. Chesterton Company et al | Laura Knowles Wilford Knowles | Dismiss | 53 |
| 11-67807 | NC-W | Mcswain v. Basf Catalysts Llc et al | Eastern Magnesia Talc Company Basf Catalysts Llc | Dismiss | 24 |
| 12-60157 | NC-W | Sellers v. Air & Liquid Systems Corporation et al | William Powell Company | Dismiss | 55 |
| 12-60163 | NY-S | Leong et al v. Air & Liquid Systems Corporation et al | Plaintiff(s) | Dismiss | 36 |
| 12-60167 | CA-N | Deuyour v. Bf Goodrich Company et al | John Crane, Inc. | Dismiss | 12 |

EXHIBIT E
PAGE 23