**BEFORE THE UNITED STATES JUDCIAL PANEL ON MULTIDISTRICT
LITIGATION
IN RE MDL DOCKET NO. 875**
**(UDSC, Central District of CALIFORNIA Civil Case No. CV-13-02333-ABC)**
*Laurie Deuyour, et al. vs. BF Goodrich Company, et al.*

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Memorandum in Support of Plaintiffs'
Opposition to the Filing Conditional Transfer Order to Purportedly Related Case
that Has Been Dismissed;

Declaration of Stephen T. Blackburn in Support of Plaintiffs' Opposition to the
Filing Conditional Transfer Order to Purportedly Related Case that Has Been
Dismissed

And this Certificate of Service was served by Overnight Delivery to:

Clerk USDC, Central District of California

By Delivery to:

Clerk MDL PANEL

By First Class Mail to:

**2:13-cv-02333-ABC-AJW** Laurie Deuyour et al v. BF Goodrich Company et al

**Craig S Barnes**
Sedgwick Detert Moran & Arnold
801 S Figueroa St, 19th Floor          representing
Los Angeles, CA 90017
213-615-8001
craig.barnes@sedgwicklaw.com
*Assigned: 04/09/2013*

**Parker Haniffin
Corporation**
*(Defendant)*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Stephen Thomas Blackburn**
DeBlase Brown Eyerly LLP
680 South Santa Fe Avenue
Los Angeles, CA 90021
310-575-9955
310-575-9919 (fax)                     representing          **Desiree Deuyour**
Blackburn@dbelegal.com                                       *(Plaintiff)*
  *Assigned: 04/01/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*



                                                             **Laurie Deuyour**
                                                             *(Plaintiff)*


                                                             **Nicholas Deuyour**
                                                             *(Plaintiff)*


**Carla Lynn Crochet**
Prindle Amaro Goetz Hillyard Barnes
and Reinholtz LLP
310 Golden Shore 4th Floor                                   **Ingersoll-Rand**
Long Beach, CA 90802                    representing          **Company**
562-436-3946                                                 *(Defendant)*
562-495-0564 (fax)
ccrochet@prindlelaw.com
  *Assigned: 04/18/2013*
  *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Steven D DI Saia**
Sedgwick LLP
801 South Figueroa Street 20th Floor
Los Angeles, CA 90017-5556
213-426-6900
213-426-6921 (fax)
steve.disaia@sedgwicklaw.com
  *Assigned: 04/09/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Parker Haniffin Corporation**
*(Defendant)*

**Jenny-Anne S Flores**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071
213- 430-3400
213-430-3409 (fax)
jenny-anne.flores@tuckerellis.com
  *Assigned: 04/01/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Carrier Corporation**
*(Defendant)*

**Arpi Galfayan**
Prindle Amaro Goetz Hillyard Barnes
and Reinholtz LLP
310 Golden Shore 4th Floor
Long Beach, CA 90802
562-436-3946
562-495-0564 (fax)

representing

**Ingersoll-Rand Company**
*(Defendant)*

agalfayan@prindlelaw.com
*Assigned: 04/18/2013*
*ATTORNEY TO BE NOTICED*


**Katherine Paige Gardiner**
Walsworth Franklin Bevins and McCall
LLP
601 Montgomery Street 9th Floor
San Francisco, CA 94111-2612                  representing
415-781-7072
415-392-6258 (fax)
kgardiner@wfbm.com
*Assigned: 04/16/2013*
*ATTORNEY TO BE NOTICED*

**General Electric Company**
*(Defendant)*


**Frederick W Gatt**
Howard Rome Martin and Ridley LLP
1775 Woodside Road Suite 200
Redwood City, CA 94061-3436
650-365-7715                                  representing
650-364-5297 (fax)
fgatt@hrmrlaw.com
*Assigned: 04/09/2013*
*ATTORNEY TO BE NOTICED*

**IMO Industries Inc**
*(Defendant)*


**David M Glaspy**
Glaspy and Glaspy
One Walnut Creek Center
100 Pringle Avenue Suite 750                  representing
Walnut Creek, CA 94596-8104
925-947-1300

**BF Goodrich Company**
*(Defendant)*

925-947-1594 (fax)
DGlaspy@Glaspy.com
  *Assigned: 04/05/2013*
  *ATTORNEY TO BE NOTICED*


**Derek S Johnson**
Walsworth Franklin Bevins and McCall
LLP
601 Montgomery Street 9th Floor
San Francisco, CA 94111-2612                representing        **General Electric
415-781-7072                                                   Company**
415-391-6258 (fax)                                             *(Defendant)*
djohnson@wfbm.com
  *Assigned: 04/16/2013*
  *ATTORNEY TO BE NOTICED*


**Lara M Kruska**
DeHay & Elliston LLP
707 Wilshire Boulevard Suite 4300
Los Angeles, CA 90017
213-271-2727                                representing        **Pneumo-Abex LLC**
213-271-2730 (fax)                                             *(Defendant)*
lkruska@dehay.com
  *Assigned: 04/16/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Robert Kum**                                                 **Parker Haniffin**
Sedgwick LLP                                representing        **Corporation**
801 South Figueroa Street 19th Floor                           *(Defendant)*
Los Angeles, CA 90017-5556

213-426-6900
213-426-6921 (fax)
robert.kum@sedgwicklaw.com
  *Assigned: 04/09/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Jeremy David Milbrodt**
Prindle Amaro Goetz Hillyard Barnes
and Reinholtz LLP
310 Golden Shore 4th Floor
Long Beach, CA 90802              representing
562-436-3946
562-495-0564 (fax)
jmilbrodt@prindlelaw.com
  *Assigned: 04/18/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Ingersoll-Rand
Company**
*(Defendant)*

**Nathan T Newman**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071-2223        representing
213-430-3400
213-430-3409 (fax)
nathan.newman@tuckerellis.com
  *Assigned: 04/16/2013*
  *ATTORNEY TO BE NOTICED*

**Jerguson Gage and
Valve Company**
*(Defendant)*

**Henry D Rome**                  representing
Howard Rome Martin and Ridley LLP

**IMO Industries Inc**

1775 Woodside Road Suite 200                              (Defendant)
Redwood City, CA 94061-3436
650-365-7715
650-364-5297 (fax)
hrome@hrmrlaw.com
 Assigned: 04/09/2013
 LEAD ATTORNEY
 ATTORNEY TO BE NOTICED


**Barry R Schirm**
Hawkins Parnell Thackston and Young
LLP
445 South Figueroa Street Suite 3200                        **Kelly-Moore Paint**
Los Angeles, CA 90071                                       **Company Inc**
213-486-8000                     representing               (Defendant)
213-486-8080 (fax)
bschirm@hptylaw.com
 Assigned: 04/15/2013
 ATTORNEY TO BE NOTICED


**John K Son**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071-2223
213-430-3400                     representing               **Carrier Corporation**
213-430-3409 (fax)                                          (Defendant)
john.son@tuckerellis.com
 Assigned: 04/01/2013
 LEAD ATTORNEY
 ATTORNEY TO BE NOTICED

**Elan N Stone**
Lewis Brisbois Bisgaard and Smith
LLP
221 North Figueroa Street Suite 1200
Los Angeles, CA 90012
213-250-1800
213-580-7942 (fax)
estone@lbbslaw.com
  *Assigned: 04/09/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**The Goodyear Tire and Rubber Company**
*(Defendant)*


**Paul Christopher White, II**
DeHay and Elliston LLP
707 Wilshire Boulevard Suite 4300
Los Angeles, CA 90017
213-271-2727
213-277-2730 (fax)
pwhite@dehay.com
  *Assigned: 04/09/2013*
  *ATTORNEY TO BE NOTICED*

representing

**Pneumo-Abex LLC**
*(Defendant)*


**Lance Wilson**
Tucker Ellis West LLP
135 Main Street Suite 700
San Francisco, CA 94105
415-617-2400
415-617-2409 (fax)
lance.wilson@tuckerellis.com
  *Assigned: 04/16/2013*
  *LEAD ATTORNEY*

representing

**Jerguson Gage and Valve Company**
*(Defendant)*

*ATTORNEY TO BE NOTICED*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed in Los Angeles, California.

Dated: April 23, 2013

Carrie Ardoin