# BEFORE THE UNITED STATES JUDCIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MDL DOCKET NO. 875

*Laurie Deuyour, et al. vs. BF Goodrich Company, et al.*
Central California Civil Case No. CV-13-02333-ABC

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing was served by the below actions listed on April 24, 2013 :

### NOTICE OF WITHDRAWAL OF PLEADING

And this Certificate of Service was served by Courier Delivery to:

Clerk USDC, Central District of California

By Overnight Delivery to:

Clerk MDL PANEL

By First Class Mail to:

*2:13-cv-02333-ABC-AJW Laurie Deuyour et al v. BF Goodrich Company et al*

**Craig S Barnes**
Sedgwick Detert Moran & Arnold
801 S Figueroa St, 19th Floor
Los Angeles, CA 90017
213-615-8001
craig.barnes@sedgwicklaw.com
*Assigned: 04/09/2013*

representing

**Parker Haniffin Corporation**
*(Defendant)*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


**Stephen Thomas Blackburn**
DeBlase Brown Eyerly LLP
680 South Santa Fe Avenue
Los Angeles, CA 90021
310-575-9955
310-575-9919 (fax)
Blackburn@dbelegal.com
  *Assigned: 04/01/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Desiree Deuyour**
*(Plaintiff)*


**Laurie Deuyour**
*(Plaintiff)*


**Nicholas Deuyour**
*(Plaintiff)*


**Carla Lynn Crochet**
Prindle Amaro Goetz Hillyard Barnes
and Reinholtz LLP
310 Golden Shore 4th Floor
Long Beach, CA 90802
562-436-3946
562-495-0564 (fax)
ccrochet@prindlelaw.com
  *Assigned: 04/18/2013*
  *LEAD ATTORNEY*

representing

**Ingersoll-Rand Company**
*(Defendant)*

*ATTORNEY TO BE NOTICED*

**Steven D DI Saia**
Sedgwick LLP
801 South Figueroa Street 20th Floor
Los Angeles, CA 90017-5556
213-426-6900
213-426-6921 (fax)
steve.disaia@sedgwicklaw.com
  *Assigned: 04/09/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Parker Haniffin Corporation**
*(Defendant)*

**Jenny-Anne S Flores**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071
213- 430-3400
213-430-3409 (fax)
jenny-anne.flores@tuckerellis.com
  *Assigned: 04/01/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Carrier Corporation**
*(Defendant)*

**Arpi Galfayan**
Prindle Amaro Goetz Hillyard Barnes and Reinholtz LLP
310 Golden Shore 4th Floor
Long Beach, CA 90802
562-436-3946
562-495-0564 (fax)

representing

**Ingersoll-Rand Company**
*(Defendant)*

agalfayan@prindlelaw.com
*Assigned: 04/18/2013*
*ATTORNEY TO BE NOTICED*

**Katherine Paige Gardiner**
Walsworth Franklin Bevins and McCall LLP
601 Montgomery Street 9th Floor
San Francisco, CA 94111-2612
415-781-7072
415-392-6258 (fax)
kgardiner@wfbm.com
*Assigned: 04/16/2013*
*ATTORNEY TO BE NOTICED*

representing

**General Electric Company**
*(Defendant)*

**Frederick W Gatt**
Howard Rome Martin and Ridley LLP
1775 Woodside Road Suite 200
Redwood City, CA 94061-3436
650-365-7715
650-364-5297 (fax)
fgatt@hrmrlaw.com
*Assigned: 04/09/2013*
*ATTORNEY TO BE NOTICED*

representing

**IMO Industries Inc**
*(Defendant)*

**David M Glaspy**
Glaspy and Glaspy
One Walnut Creek Center
100 Pringle Avenue Suite 750
Walnut Creek, CA 94596-8104
925-947-1300

representing

**BF Goodrich Company**
*(Defendant)*

925-947-1594 (fax)
DGlaspy@Glaspy.com
*Assigned: 04/05/2013*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Derek S Johnson**<br>Walsworth Franklin Bevins and McCall LLP<br>601 Montgomery Street 9th Floor<br>San Francisco, CA 94111-2612<br>415-781-7072<br>415-391-6258 (fax)<br>djohnson@wfbm.com<br>*Assigned: 04/16/2013*<br>*ATTORNEY TO BE NOTICED* | representing | **General Electric Company**<br>*(Defendant)* |
| **Lara M Kruska**<br>DeHay & Elliston LLP<br>707 Wilshire Boulevard Suite 4300<br>Los Angeles, CA 90017<br>213-271-2727<br>213-271-2730 (fax)<br>lkruska@dehay.com<br>*Assigned: 04/16/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Pneumo-Abex LLC**<br>*(Defendant)* |
| **Robert Kum**<br>Sedgwick LLP<br>801 South Figueroa Street 19th Floor<br>Los Angeles, CA 90017-5556 | representing | **Parker Haniffin Corporation**<br>*(Defendant)* |

213-426-6900
213-426-6921 (fax)
robert.kum@sedgwicklaw.com
  *Assigned: 04/09/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Jeremy David Milbrodt**
Prindle Amaro Goetz Hillyard Barnes and Reinholtz LLP
310 Golden Shore 4th Floor
Long Beach, CA 90802
562-436-3946
562-495-0564 (fax)
jmilbrodt@prindlelaw.com
  *Assigned: 04/18/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing **Ingersoll-Rand Company** *(Defendant)*

**Nathan T Newman**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071-2223
213-430-3400
213-430-3409 (fax)
nathan.newman@tuckerellis.com
  *Assigned: 04/16/2013*
  *ATTORNEY TO BE NOTICED*

representing **Jerguson Gage and Valve Company** *(Defendant)*

**Henry D Rome**
Howard Rome Martin and Ridley LLP

representing **IMO Industries Inc**

| | | |
|---|---|---|
| 1775 Woodside Road Suite 200<br>Redwood City, CA 94061-3436<br>650-365-7715<br>650-364-5297 (fax)<br>hrome@hrmrlaw.com<br>*Assigned: 04/09/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | | *(Defendant)* |
| **Barry R Schirm**<br>Hawkins Parnell Thackston and Young LLP<br>445 South Figueroa Street Suite 3200<br>Los Angeles, CA 90071<br>213-486-8000<br>213-486-8080 (fax)<br>bschirm@hptylaw.com<br>*Assigned: 04/15/2013*<br>*ATTORNEY TO BE NOTICED* | representing | **Kelly-Moore Paint Company Inc**<br>*(Defendant)* |
| **John K Son**<br>Tucker Ellis LLP<br>515 South Flower Street 42nd Floor<br>Los Angeles, CA 90071-2223<br>213-430-3400<br>213-430-3409 (fax)<br>john.son@tuckerellis.com<br>*Assigned: 04/01/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Carrier Corporation**<br>*(Defendant)* |

| | | |
|---|---|---|
| **Elan N Stone**<br>Lewis Brisbois Bisgaard and Smith LLP<br>221 North Figueroa Street Suite 1200<br>Los Angeles, CA 90012<br>213-250-1800<br>213-580-7942 (fax)<br>estone@lbbslaw.com<br>*Assigned: 04/09/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **The Goodyear Tire and Rubber Company**<br>*(Defendant)* |
| **Paul Christopher White, II**<br>DeHay and Elliston LLP<br>707 Wilshire Boulevard Suite 4300<br>Los Angeles, CA 90017<br>213-271-2727<br>213-277-2730 (fax)<br>pwhite@dehay.com<br>*Assigned: 04/09/2013*<br>*ATTORNEY TO BE NOTICED* | representing | **Pneumo-Abex LLC**<br>*(Defendant)* |
| **Lance Wilson**<br>Tucker Ellis West LLP<br>135 Main Street Suite 700<br>San Francisco, CA 94105<br>415-617-2400<br>415-617-2409 (fax)<br>lance.wilson@tuckerellis.com<br>*Assigned: 04/16/2013*<br>*LEAD ATTORNEY* | representing | **Jerguson Gage and Valve Company**<br>*(Defendant)* |

*ATTORNEY TO BE NOTICED*

CBS Corporation

c/o CSC Corporation Service Company

2710 Gateway Oaks Drive

#150N

Sacramento, CA 95833

Foster Wheeler Energy Corporation

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017

Georgia-Pacific LLC

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017

Honeywell International Inc.

c/o CSC Corporation Service Company

2710 Gateway Oaks Drive

#150N

Sacramento, CA 95833

Kelly-Moore Paint Company Inc.

Registered Agent of Process

987 Commercial Street

San Carlos, CA 94070

Luxaire Inc.

c/o The Prentice Hall Corporation System, Inc.

2710 Gateway Oaks Drive

Suite 150N

Sacramento, CA 95833

Shell Oil Company

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017

Union Carbide Corporation

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Yorke-Luxaire Inc.

c/o The Prentice Hall Corporation System, Inc.

2710 Gateway Oaks Drive

Suite 150N

Sacramento, CA 95833


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Los Angeles, California.

Dated: April 24, 2013

*Carrie Ardoin* (signature)

Carrie Ardoin