# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL No. 875 – In re Asbestos Litigation

Opposing case:
*Laurie Deuyour, et al. v. BF Goodrich Company, et al.*,
C.D. of California C.A. No. CV13-02333-ABC (AJWx)

## NOTICE OF OPPOSITION TO CTO-549

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

I represent the Plaintiffs LAURIE DEUYOUR, Individually and as Successor-in-Interest to DANIEL DEUYOUR, Deceased; NICHOLAS DEUYOUR and DESIREE DEUYOUR in the Civil Case No. CV13-02333-ABC (AJWx) which was included on the conditional transfer order (CTO-549). Plaintiff hereby submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

Dated: April 24, 2013

DEBLASE BROWN EYERLY LLP

By: _____
Stephen T. Blackburn, Esq. (CA SBN 232887)
blackburn@dbelegal.com
680 South Santa Fe Avenue
Los Angeles, California 90021
Telephone: (310) 575-9955
Facsimile: (310) 575-9919
Counsel for Plaintiffs