# BEFORE THE UNITED STATES JUDCIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE MDL DOCKET NO. 875

### *Laurie Deuyour, et al. vs. BF Goodrich Company, et al.*
### Central California Civil Case No. CV-13-02333-ABC

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing was served by the below actions listed on April 24,2013 :

### NOTICE OF OPPOSITION TO CTO-549

And this Certificate of Service was served by Courier Delivery to:

Clerk USDC, Central District of California

By Overnight Delivery to:

Clerk MDL PANEL

By First Class Mail to:

*2:13-cv-02333-ABC-AJW Laurie Deuyour et al v. BF Goodrich Company et al*

**Craig S Barnes**
Sedgwick Detert Moran & Arnold
801 S Figueroa St, 19th Floor
Los Angeles, CA 90017
213-615-8001
craig.barnes@sedgwicklaw.com
*Assigned: 04/09/2013*

representing

**Parker Haniffin Corporation**
*(Defendant)*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Thomas Blackburn**
DeBlase Brown Eyerly LLP
680 South Santa Fe Avenue
Los Angeles, CA 90021
310-575-9955
310-575-9919 (fax)
Blackburn@dbelegal.com
  *Assigned: 04/01/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

                    representing         **Desiree Deuyour**
                                         *(Plaintiff)*


                                         **Laurie Deuyour**
                                         *(Plaintiff)*


                                         **Nicholas Deuyour**
                                         *(Plaintiff)*


**Carla Lynn Crochet**
Prindle Amaro Goetz Hillyard Barnes
and Reinholtz LLP
310 Golden Shore 4th Floor
Long Beach, CA 90802
562-436-3946
562-495-0564 (fax)
ccrochet@prindlelaw.com
  *Assigned: 04/18/2013*
  *LEAD ATTORNEY*

                    representing         **Ingersoll-Rand
                                         Company**
                                         *(Defendant)*

*ATTORNEY TO BE NOTICED*

**Steven D DI Saia**
Sedgwick LLP
801 South Figueroa Street 20th Floor
Los Angeles, CA 90017-5556
213-426-6900                                    representing
213-426-6921 (fax)
steve.disaia@sedgwicklaw.com
 *Assigned: 04/09/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Parker Haniffin
Corporation**
*(Defendant)*

**Jenny-Anne S Flores**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071
213- 430-3400                                   representing
213-430-3409 (fax)
jenny-anne.flores@tuckerellis.com
 *Assigned: 04/01/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**Carrier Corporation**
*(Defendant)*

**Arpi Galfayan**
Prindle Amaro Goetz Hillyard Barnes
and Reinholtz LLP
310 Golden Shore 4th Floor                      representing
Long Beach, CA 90802
562-436-3946
562-495-0564 (fax)

**Ingersoll-Rand
Company**
*(Defendant)*

agalfayan@prindlelaw.com
  *Assigned: 04/18/2013*
  *ATTORNEY TO BE NOTICED*


**Katherine Paige Gardiner**
Walsworth Franklin Bevins and McCall
LLP
601 Montgomery Street 9th Floor
San Francisco, CA 94111-2612          representing
415-781-7072
415-392-6258 (fax)
kgardiner@wfbm.com
  *Assigned: 04/16/2013*
  *ATTORNEY TO BE NOTICED*

**General Electric Company**
*(Defendant)*


**Frederick W Gatt**
Howard Rome Martin and Ridley LLP
1775 Woodside Road Suite 200
Redwood City, CA 94061-3436
650-365-7715                          representing
650-364-5297 (fax)
fgatt@hrmrlaw.com
  *Assigned: 04/09/2013*
  *ATTORNEY TO BE NOTICED*

**IMO Industries Inc**
*(Defendant)*


**David M Glaspy**
Glaspy and Glaspy
One Walnut Creek Center               representing
100 Pringle Avenue Suite 750
Walnut Creek, CA 94596-8104
925-947-1300

**BF Goodrich Company**
*(Defendant)*

925-947-1594 (fax)
DGlaspy@Glaspy.com
*Assigned: 04/05/2013*
*ATTORNEY TO BE NOTICED*


**Derek S Johnson**
Walsworth Franklin Bevins and McCall
LLP
601 Montgomery Street 9th Floor
San Francisco, CA 94111-2612       representing
415-781-7072
415-391-6258 (fax)
djohnson@wfbm.com
*Assigned: 04/16/2013*
*ATTORNEY TO BE NOTICED*

**General Electric
Company**
*(Defendant)*


**Lara M Kruska**
DeHay & Elliston LLP
707 Wilshire Boulevard Suite 4300
Los Angeles, CA 90017
213-271-2727                       representing
213-271-2730 (fax)
lkruska@dehay.com
*Assigned: 04/16/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pneumo-Abex LLC**
*(Defendant)*


**Robert Kum**
Sedgwick LLP                       representing
801 South Figueroa Street 19th Floor
Los Angeles, CA 90017-5556

**Parker Haniffin
Corporation**
*(Defendant)*

213-426-6900
213-426-6921 (fax)
robert.kum@sedgwicklaw.com
  *Assigned: 04/09/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Jeremy David Milbrodt**
Prindle Amaro Goetz Hillyard Barnes
and Reinholtz LLP
310 Golden Shore 4th Floor
Long Beach, CA 90802                                          **Ingersoll-Rand**
562-436-3946                          representing           **Company**
562-495-0564 (fax)                                           *(Defendant)*
jmilbrodt@prindlelaw.com
  *Assigned: 04/18/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Nathan T Newman**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071-2223                                   **Jerguson Gage and**
213-430-3400                          representing           **Valve Company**
213-430-3409 (fax)                                           *(Defendant)*
nathan.newman@tuckerellis.com
  *Assigned: 04/16/2013*
  *ATTORNEY TO BE NOTICED*


**Henry D Rome**                      representing           **IMO Industries Inc**
Howard Rome Martin and Ridley LLP

1775 Woodside Road Suite 200
Redwood City, CA 94061-3436
650-365-7715
650-364-5297 (fax)
hrome@hrmrlaw.com
  *Assigned: 04/09/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

*(Defendant)*


**Barry R Schirm**
Hawkins Parnell Thackston and Young
LLP
445 South Figueroa Street Suite 3200
Los Angeles, CA 90071
213-486-8000
213-486-8080 (fax)
bschirm@hptylaw.com
  *Assigned: 04/15/2013*
  *ATTORNEY TO BE NOTICED*

representing

**Kelly-Moore Paint
Company Inc**
*(Defendant)*


**John K Son**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071-2223
213-430-3400
213-430-3409 (fax)
john.son@tuckerellis.com
  *Assigned: 04/01/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Carrier Corporation**
*(Defendant)*

**Elan N Stone**
Lewis Brisbois Bisgaard and Smith
LLP
221 North Figueroa Street Suite 1200
Los Angeles, CA 90012                          representing
213-250-1800
213-580-7942 (fax)
estone@lbbslaw.com
 *Assigned: 04/09/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

**The Goodyear Tire
and Rubber
Company**
*(Defendant)*


**Paul Christopher White, II**
DeHay and Elliston LLP
707 Wilshire Boulevard Suite 4300
Los Angeles, CA 90017                          representing
213-271-2727
213-277-2730 (fax)
pwhite@dehay.com
 *Assigned: 04/09/2013*
 *ATTORNEY TO BE NOTICED*

**Pneumo-Abex LLC**
*(Defendant)*


**Lance Wilson**
Tucker Ellis West LLP
135 Main Street Suite 700
San Francisco, CA 94105                         representing
415-617-2400
415-617-2409 (fax)
lance.wilson@tuckerellis.com
 *Assigned: 04/16/2013*
 *LEAD ATTORNEY*

**Jerguson Gage and
Valve Company**
*(Defendant)*

*ATTORNEY TO BE NOTICED*

CBS Corporation

c/o CSC Corporation Service Company

2710 Gateway Oaks Drive

#150N

Sacramento, CA 95833


Foster Wheeler Energy Corporation

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Georgia-Pacific LLC

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Honeywell International Inc.

c/o CSC Corporation Service Company

2710 Gateway Oaks Drive

#150N

Sacramento, CA 95833


Kelly-Moore Paint Company Inc.

Registered Agent of Process

987 Commercial Street

San Carlos, CA 94070


Luxaire Inc.

c/o The Prentice Hall Corporation System, Inc.

2710 Gateway Oaks Drive

Suite 150N

Sacramento, CA 95833


Shell Oil Company

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017

Union Carbide Corporation

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Yorke-Luxaire Inc.

c/o The Prentice Hall Corporation System, Inc.

2710 Gateway Oaks Drive

Suite 150N

Sacramento, CA 95833


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed in Los Angeles, California.

Dated: April 24, 2013

Carrie Ardoin