UNITED STATES JUDICIAL PANEL ON
MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 04/26/2013

District Court: N.D. Indiana

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL