CASREF, CSSTAY, MDL

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
## CIVIL DOCKET FOR CASE #: 2:12-cv-00324-PPS-APR
### Internal Use Only

| | |
|---|---|
| Dixon v. Bechtel Corporation et al | Date Filed: 08/10/2012 |
| Assigned to: Chief Judge Philip P Simon | Jury Demand: Both |
| Referred to: Magistrate Judge Andrew P Rodovich | Nature of Suit: 368 P.I. : Asbestos |
| Cause: 28:1332 Diversity-Asbestos Litigation | Jurisdiction: Diversity |

**Plaintiff**

**Minie L Dixon**     represented by     **Michael P Cascino**
*Individually and as Special Administrator for the estate of* Johnnie L Dixon deceased

Cascino Vaughan Law Offices Ltd
220 S Ashland Avenue
Chicago, IL 60607-5308
312-944-0600
Fax: 312-944-1870
Email: ecf.cvlo@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bechtel Corporation**     represented by     **Douglas B King**
*a corporation*

Wooden & McLaughlin LLP
One Indiana Square Suite 1800
211 N Pennsylvania St
Indianapolis, IN 46204-4208
317-639-6151
Fax: 317-639-6444
Email: dking@woodmclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erica K Drew**
Wooden & McLaughlin LLP
One Indiana Square Suite 1800
211 N Pennsylvania St
Indianapolis, IN 46204-4208
317-639-6151
Email: edrew@woodmclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

CM/ECF USDC-INND Version 4.2 Live DB	https://ecf.innd.circ7.dcn/cgi-bin/DktRpt.pl?85922360816501-L_452_0-1

Case MDL No. 875   Document 9322-1   Filed 04/26/13   Page 2 of 15

**CBS Corporation**
*a corporation*
*formerly known as*
Viacom Inc
*formerly known as*
Westinghouse Electric Corporation

represented by **Christopher N Wahl**
Hill Fulwider McDowell Funk & Matthews PC
One Indiana Square Suite 2400
211 N Pennsylvania Street
Indianapolis, IN 46204
317-488-2000
Fax: 317-630-2768
Email: chris@hfmfm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith J Hays**
Hill Fulwider McDowell Funk & Matthews PC
One Indiana Square Suite 2400
211 N Pennsylvania Street
Indianapolis, IN 46204
317-488-2000
Fax: 317-630-2768
Email: khays@hfmfm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**
*a corporation*

represented by **Christopher N Wahl**
Hill Fulwider PC
One Indiana Square Suite 2400
211 N Pennsylvania Street
Indianapolis, IN 46204
317-488-2000
Fax: 317-630-2768
Email: chris@hfmfm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith J Hays**
Hill Fulwider PC
One Indiana Square Suite 2400
211 N Pennsylvania Street
Indianapolis, IN 46204
317-488-2000
Fax: 317-630-2768
Email: khays@hfmfm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John J Moroney and Company**
*a corporation*

represented by **Timothy J Murphy**
MacCabe & McGuire

        77 W Wacker Drive Suite 3333
        Chicago, IL 60601-1634
        312-357-2600
        Fax: 312-357-0317
        Email: tmurphy@maccabe-mcguire.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Koppers Inc**  represented by **Edward W Hearn**
*a corporation*
        Johnson & Bell Ltd - CP/IN
        11051 Broadway Suite B
        Crown Point, IN 46307
        219-791-1900
        Fax: 219-791-1901
        Email: hearne@jbltd.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Susan Kathleen Swing**
        Johnson & Bell Ltd - CP/IN
        11051 Broadway Suite B
        Crown Point, IN 46307
        219-791-1900
        Fax: 219-791-1901
        Email: swings@jbltd.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Luse Stevenson Co**  represented by **Edward W Hearn**
*a corporation*
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Susan Kathleen Swing**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Sargent and Lundy LLC**  represented by **Michael T Graham**
*a corporation*
        McDermott Will & Emery - Chi/IL
        227 W Monroe St Suite 4400
        Chicago, IL 60606-5096
        312-984-3606
        Fax: 312-984-7700
        Email: mgraham@mwe.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Brian A Fogerty** PHV
McDermott Will & Emery - Chi/IL
227 W Monroe St Suite 4400
Chicago, IL 60606-5096
312-372-2000
Fax: 312-984-7700
Email: bfogerty@mwe.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Corporation**            represented by   **John C Babione**
*a corporation*                                            Frost Brown Todd LLC - Ind/IN
                                                          201 North Illinois St Suite 1900
                                                          PO Box 44961
                                                          Indianapolis, IN 46244-0961
                                                          317-237-3862
                                                          Fax: 317-237-3900
                                                          Email: jbabione@fbtlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

        **Daniel M Long**
Frost Brown Todd LLC - Ind/IN
201 North Illinois St Suite 1900
PO Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
Email: danlong@fbtlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/10/2012 | 1 | COMPLAINT with JURY DEMAND against Bechtel Corporation, CBS Corporation, General Electric Company, John J Moroney and Company, Koppers Inc, Luse Stevenson Co, Sargent and Lundy LLC, Union Carbide Corporation (Filing fee $ 350.00; Receipt #2003900), filed by Minie L Dixon. (Attachments: # 1 Civil Cover Sheet)(rmn) (Entered: 08/13/2012) |
| 09/04/2012 | 2 | Corporate Disclosure Statement by Minie L Dixon. (Cascino, Michael) (Entered: 09/04/2012) |
| 09/04/2012 | 3 | NOTICE by Minie L Dixon *of Potential Tag-Along Action* (Cascino, Michael) (Entered: 09/04/2012) |
| 09/25/2012 | 4 | NOTICE of Appearance by Christopher N Wahl on behalf of CBS Corporation (Wahl, Christopher) (Entered: 09/25/2012) |

| | | |
|---|---|---|
| 09/25/2012 | 5 | ANSWER to 1 Complaint, *Affirmative Defenses and Jury Demand* by CBS Corporation.(Wahl, Christopher) (Entered: 09/25/2012) |
| 09/25/2012 | 6 | Corporate Disclosure Statement by CBS Corporation. (Wahl, Christopher) (Entered: 09/25/2012) |
| 09/26/2012 | 7 | NOTICE of Appearance by Keith J Hays on behalf of CBS Corporation (Hays, Keith) (Entered: 09/26/2012) |
| 10/11/2012 | 8 | NOTICE of Appearance by Edward W Hearn on behalf of Luse Stevenson Co (Hearn, Edward) (Entered: 10/11/2012) |
| 10/11/2012 | 9 | NOTICE of Appearance by Susan Kathleen Swing on behalf of Luse Stevenson Co (Swing, Susan) (Entered: 10/11/2012) |
| 10/12/2012 | 10 | NOTICE of Appearance by Michael T Graham on behalf of Sargent and Lundy LLC (Graham, Michael) (Entered: 10/12/2012) |
| 10/12/2012 | 11 | ANSWER to 1 Complaint, by Sargent and Lundy LLC.(Graham, Michael) (Entered: 10/12/2012) |
| 10/12/2012 | 12 | Corporate Disclosure Statement by Sargent and Lundy LLC. (Graham, Michael) (Entered: 10/12/2012) |
| 10/22/2012 | 13 | NOTICE of Appearance by Douglas B King on behalf of Bechtel Corporation (King, Douglas) (Entered: 10/22/2012) |
| 11/01/2012 | 14 | *Short Form* ANSWER to 1 Complaint, by Luse Stevenson Co.(Hearn, Edward) (Entered: 11/01/2012) |
| 11/05/2012 | 15 | Corporate Disclosure Statement by Bechtel Corporation identifying Corporate Parent Bechtel Group for Bechtel Corporation.. (King, Douglas) (Entered: 11/05/2012) |
| 11/05/2012 | 16 | ANSWER to 1 Complaint, by Bechtel Corporation.(King, Douglas) (Entered: 11/05/2012) |
| 11/08/2012 | 17 | Summons Issued as to General Electric Company, John J Moroney and Company, Koppers Inc, Union Carbide Corporation. **NOTE: The attached document should not be used to effect service of process. Only copies that bear the seal of the court should be used for service of process.** (rmn) (Entered: 11/08/2012) |
| 11/08/2012 | 18 | NOTICE of Appearance by Keith J Hays on behalf of General Electric Company (Hays, Keith) (Entered: 11/08/2012) |
| 11/08/2012 | 19 | NOTICE of Appearance by Christopher N Wahl on behalf of General Electric Company (Wahl, Christopher) (Entered: 11/08/2012) |
| 11/08/2012 | 20 | ANSWER to 1 Complaint, *Affirmative Defenses and Jury Demand* by General Electric Company.(Wahl, Christopher) (Entered: 11/08/2012) |
| 11/30/2012 | 21 | NOTICE of Appearance by Timothy J Murphy on behalf of John J Moroney and Company (Murphy, Timothy) (Entered: 11/30/2012) |
| 11/30/2012 | 22 | ANSWER to Complaint by John J Moroney and Company.(Murphy, Timothy) (Entered: 11/30/2012) |
| 11/30/2012 | 23 | Corporate Disclosure Statement by John J Moroney and Company. (Murphy, Timothy) (Entered: 11/30/2012) |

| | | |
|---|---|---|
| 12/10/2012 | 24 | APPLICATION for Attorney Brian A Fogerty to Appear Pro Hac Vice on behalf of Sargent & Lundy, LLC ; Receipt #2004668. (rmn) (Entered: 12/10/2012) |
| 12/11/2012 | 25 | ORDER granting 24 Application to Appear Pro Hac Vice of Attorney Brian A Fogerty PHV for Sargent and Lundy LLC. Signed by Magistrate Judge Andrew P Rodovich on 12/11/2012. (rmn) (Entered: 12/17/2012) |
| 12/18/2012 | 26 | NOTICE of Appearance by John C Babione on behalf of Union Carbide Corporation (Babione, John) (Entered: 12/18/2012) |
| 12/18/2012 | 27 | NOTICE of Appearance by Daniel M Long on behalf of Union Carbide Corporation (Long, Daniel) (Entered: 12/18/2012) |
| 12/18/2012 | 28 | Corporate Disclosure Statement by Union Carbide Corporation. (Babione, John) (Entered: 12/18/2012) |
| 12/18/2012 | 29 | *Union Carbide Corporation's* ANSWER to 1 Complaint, *Affirmative Defenses, and Request for Trial by Jury* by Union Carbide Corporation.(Babione, John) (Entered: 12/18/2012) |
| 01/03/2013 | 30 | NOTICE of Appearance by Susan Kathleen Swing on behalf of Koppers Inc (Swing, Susan) (Entered: 01/03/2013) |
| 01/03/2013 | 31 | NOTICE of Appearance by Edward W Hearn on behalf of Koppers Inc (Hearn, Edward) (Entered: 01/03/2013) |
| 01/03/2013 | 32 | ANSWER to 1 Complaint, by Koppers Inc.(Hearn, Edward) (Entered: 01/03/2013) |
| 01/14/2013 | 33 | NOTICE of Appearance by Erica K Drew on behalf of Bechtel Corporation (Drew, Erica) (Entered: 01/14/2013) |
| 03/27/2013 | 34 | NOTICE of Hearing/Deadlines: Rule 16 Preliminary Pretrial Conference set for 5/17/2013 11:30 PM in US District Court - Hammond before Magistrate Judge Andrew P Rodovich. (lh) (Entered: 03/27/2013) |
| 03/27/2013 | 35 | MAGISTRATE JUDGE CONSENT FORMS sent to all parties (Standard Track). (lh) (Entered: 03/27/2013) |
| 04/15/2013 | 36 | ORDER. The Court therefore intends to transfer this case to the MDLpanel. If any of the parties objects to this transfer, they are ORDERED to file their objection by April 22, 2013. If no objection is filed, this case will be transferred without further notice. (Response to be filed by 4/22/2013). Signed by Chief Judge Philip P Simon on 4/15/2013. (rmn) (Entered: 04/15/2013) |
| 04/22/2013 | 37 | MOTION to Deny MDL Transfer re 36 Order, Set Deadlines,, by Plaintiff Minie L Dixon. (Attachments: # 1 Memorandum in Support of Motion, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Certificate of Service)(Cascino, Michael) (Entered: 04/22/2013) |
| 04/25/2013 | 38 | ORDER from this Court 36 is VACATED, the Motion to Deny MDL Transfer 37 is DENIED AS MOOT, the Rule 16 Conference set for May 17, 2013 is VACATED, and all proceedings in this case are STAYED pending a decision from the JPML asto whether this case will be transferred. Signed by Chief Judge Philip P Simon on 4/25/2013. (rmn) (Entered: 04/26/2013) |

| 04/25/2013 |  | (Court only) ***Set/Clear Flags, ***Deadlines/Hearings terminated. (rmn) (Entered: 04/26/2013) |

FILED

IN THE UNITED STATES DISTRICT COURT FOR THE AUG 10 PM 2:42
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| Minie L. Dixon, Individually and as Special Administrator for the Estate of Johnnie L. Dixon, deceased, | |
| Plaintiff, | |
| v. | Case No. 2 12 CV 324 |
| Bechtel Corporation, a corporation, CBS Corporation, a corporation, General Electric Company, a coproration, John J. Moroney and Company, a corporation, Koppers Inc., a corporation, Luse Stevenson Co., a corporation, Sargent and Lundy LLC, a corporation, Union Carbide Corporation, a corporation, | |
| Defendants. | |

## COMPLAINT

Now comes the plaintiff, Minnie L. Dixon, (hereinafter "Plaintiff"), individually and as Special Administrator of the Estate of Johnnie L. Dixon, (hereinafter "Decedent"), by and through her attorneys, Cascino Vaughan Law Offices, Ltd., and complains against defendants as follows:

### JURISDICTION AND PARTIES

1. Plaintiff, Minnie L. Dixon, is the wife of decedent, Johnnie L. Dixon, and resides in Gary, Indiana.

2. Decedent was an adult citizen and resident of Indiana.

3. Decedent passed away on January 14, 2011.

4. Defendant Bechtel Corporation is a contractor who used, removed or installed asbestos-containing products.

5. Defendant CBS Corporation is responsible for the conduct of Westinghouse Electric

      Corporation. Westinghouse manufactured and designed steam generating equipment including without limitation turbines, generators, wire, motors and switch gears. Westinghouse also erected and maintained steam generation equipment

6. Defendant General Electric Company manufactured and designed steam generation equipment including without limitation turbines, erected and maintained steam generation equipment and manufactured, designed and/or sold asbestos containing electrical equipment, including without limitation asbestos containing wires, cables, switching gear, motors, and ballasts, and sold and installed asbestos materials.

7. Defendant John J. Moroney & Company is a contractor who used, removed or installed asbestos-containing products.

8. Defendant Koppers Inc. manufactured, distributed, sold and/or designed asbestos products, including without limitation roofing cement, cements, mastics and refractory products. Defendant Koppers is also a contractor who used, removed or installed asbestos-containing products.

9. Defendant Luse-Stevenson Co. is a contractor who used, removed or installed asbestos-containing products.

10. Defendant Sargent and Lundy LLC is a contractor who used, removed or installed asbestos-containing products.

11. Defendant Union Carbide Corporation manufactured, distributed, sold, and/or designed asbestos products including plastic molding compounds, electrical and mechanical plastics and phenolics, and mined and sold asbestos fibers.

12. Defendants are all corporations, none of which is incorporated in or has its principal place of business in the State of Indiana, and at all times relevant to the allegations contained

herein were engaged in the business of designing, manufacturing, mining and selling asbestos and/or asbestos-containing products and/or asbestos-insulated equipment, hereinafter referred to as "asbestos products." Please refer to the attached Exhibit A for the state of incorporation and principal place of business of each defendant.

13. Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States Code, §1332.

14. The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

15. Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

16. Decedent during the course of his employment as a steelworker and laborer at various job sites, including those listed on the attached Exhibit B was exposed to asbestos dust or fibers emanating from the asbestos products and/or asbestos insulated equipment which was sold, manufactured, mined, distributed, packaged, installed or otherwise placed into commerce by defendants.

17. Decedent was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred by workers working with or near asbestos products.

18. Decedent became aware of the asbestos-related condition and that said condition was caused by Defendants' wrongful conduct within the statute of limitations before the filing of this action.

19. As a direct and proximate result of the conduct of Defendants, Decedent developed and had been diagnosed with lung cancer on August 11, 2010.

20. Decedent suffered great pain, physical impairment, great mental pain and anguish, is

liable for large sums of money for medical and hospital care, and suffered losses to his personal property and possessions.

## COUNT I - PRODUCTS LIABILITY - NEGLIGENCE

21. Plaintiff brings this count for negligence against all defendants and incorporates by reference all general allegations.

22. It was reasonably foreseeable that decedent and other workers would be working with or in the proximity of defendants' asbestos products and be exposed to airborne asbestos fibers.

23. Defendants had a duty to exercise reasonable care for the safety of decedent and others who worked with or were exposed to the defendants' asbestos products.

24. Defendants knew or in the exercise of ordinary or reasonable care ought to have known asbestos causes disease and or death, and that Decedent did not know that asbestos products were dangerous or harmful at the time of his exposures.

25. Each defendant breached its duty of care and was negligent, including without limitation in one or more of the following acts or omissions:
    a. Failed to adequately warn Decedent or others of the health hazards of asbestos;
    b. Failed to warn Decedent or others of the danger and harm of the asbestos after the products or equipment were installed at the premises;
    c. Failed to investigate or test for the health effects of asbestos prior to distribution and sale;
    d. Failed to instruct Decedent, his employers or others in the use of precautionary measures relating to asbestos-containing products and/or asbestos-insulated equipment; and/or
    e. Manufactured, mined, supplied, or installed unsafe asbestos-containing products or asbestos-insulated equipment.

26. As a direct and proximate result of the acts and omissions of the product defendants above, Decedent was injured as described above.

## WRONGFUL DEATH

27. Plaintiff brings this count for wrongful death against all defendants and incorporates by reference all allegations 1 through 26 above.

28. Defendants' actions, jointly and severally, as described in the preceding paragraphs, caused the wrongful death of decedent and loss of society and companionship, funeral, medical and other expenses, pecuniary damages and other damages have been suffered by Decedent and plaintiff.

## PRAYER FOR RELIEF

29. Plaintiff prays for relief as follows:

    a. Judgment against defendants, jointly and severally, for compensatory and general damages.

    b. Such further legal and equitable relief as the Court orders to do justice in this case; costs and disbursements of this action.

    c.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.

Dated: August 10, 2012

_____
One of the Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600

**Exhibit A**
**Defendants' Home States and Principal Places of Business**

| Defendant | State Headquarters | State of Principal Place of Business |
|---|---|---|
| Bechtel Corporation | Nevada | California |
| CBS Corporation | Delaware | Pennsylvania |
| General Electric Company | New York | Connecticut |
| John J. Moroney | Illinois | Illinois |
| Koppers Inc. | Pennsylvania | Pennsylvania |
| Luse Stevenson Co. | Illinois | Illinois |
| *Sargent and Lundy LLC* (see below) | Illinois | Illinois |
| Union Carbide Corporation | New York | Texas |

| *LLC CITIZENSHIP Citizenship of Managers (a/k/a "Members", "Officers", etc.) for diversity purposes | City | State |
|---|---|---|
| **Sargent & Lundy LLC:** | | |
| Gregory A. Anderson | Chicago | Illinois |
| Brian L. Renwick | Chicago | Illinois |
| Delfo Bianchini | Chicago | Illinois |
| Jack M. Daly | Chicago | Illinois |
| Lawrence V. Jacques | Chicago | Illinois |
| Dennis DeMoss | Chicago | Illinois |
| Alan W. Wendorf | Chicago | Illinois |
| Thomas R. White | Chicago | Illinois |
| Thomas J. Behringer | Chicago | Illinois |
| Steven R. Bertheau | Chicago | Illinois |
| Richard W. Knoebel | Chicago | Illinois |

| *LLC CITIZENSHIP<br>Citizenship of Managers (a/k/a "Members", "Officers", etc.) for diversity purposes | City | State |
|---|---|---|
| John Regan | Chicago | Illinois |
| Michael E. Helminski | Chicago | Illinois |
| David J. Miller | Wilmington | Delaware |
| Ira H. Owens | Wilmington | Delaware |
| Robert G. Presnak | Chicago | Illinois |
| Paula L. Scholl | Chicago | Illinois |
| Kenneth D. Simpson | Chicago | Illinois |
| Timothy S. Laughlin | Chicago | Illinois |
| Steve R. Raupp | Chicago | Illinois |
| Thomas J. Meehan | Chicago | Illinois |
| Thomas R. Eisenbart | Chicago | Illinois |
| Todd M/ Hanssen | Chicago | Illinois |
| Anthony A. Neri | Chicago | Illinois |
| Victor J. Suchodolski | Wilmington | Delaware |
| David M. Wright | Chicago | Illinois |
| Roger P. Coppel | Chattanooga | Tennessee |
| Shiven V/ Sulkar | Chicago | Illinois |

# Exhibit B

Decedent's work history

| Job site location | Job site city | Job site State | First year working at job site (approx.) | Last year working at job site (approx.) |
|---|---|---|---|---|
| Fill & Tile Cement Co. | Hammond | IN | 1963 | 1969 |
| Inland Steel | East Chicago | IN | 1969 | 1999 |