BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL NO. 875 - In re ASBESTOS LITIGATION

*Charles Dorl, et al. v. Asbestos Corporation Limited, et al,* CAN/3:13-cv-01641-SBA

**NOTICE OF OPPOSITION TO CTO - 550**

The undersigned represents plaintiff, Charles Dorl, in the above captioned action which is included in Conditional Transfer Order 550 (CTO-550 ). Plaintiff Dorl hereby submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

s/ Richard M. Grant
Richard M. Grant, Esq. CA S.B. #55677
Brayton Purcell LLP
222 Rush Landing Rd., Novato, CA
415/898-1555, ext. 621
rgrant@braytonlaw.com

Counsel for Plaintiff - Charles Dorl

ASBESTOS MDL 875 - Re: CTO 550
*Charles Dorl, et al. v. Asbestos Corporation Limited et al,* CAN/3:13-cv-01641-SBA

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on <u>April 29, 2013</u>

NOTICE OF OPPOSITION TO CTO - 550

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users and that they were served by mail.

**SEE ATTACHED SERVICE LIST**

<u>XX</u>        BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed April 29, 2013, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

Diane I. Davidowski
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232
ddavidowski@braytonlaw.com

Case MDL No. 875 Document 9326 Filed 04/29/13 Page 3 of 3

Brayton-Purcell Service List

1

Date Created: 4/29/2013-10:46:48 AM (DID)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 118448.003 - Charles Dorl

Run By : Davidowski, Diane

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830  510-433-1836 (fax)
**Defendants:**
  Crown Cork & Seal Company, Inc. (CC&S)

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006  415-397-1339 (fax)
**Defendants:**
  Hopeman Brothers, Inc. (HOPE)
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900  415-986-8054 (fax)
**Defendants:**
  SSW, Inc. (fka National Dynamics Corporation) (NATDYN)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200  415-882-8220 (fax)
**Defendants:**
  Crane Co. (CRANCO)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170  213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946  562-495-0564 (fax)
**Defendants:**
  Ingersoll-Rand Company (INGRSL)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700  415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Selman Breitman LLP**
33 New Montgomery
6th Floor
San Francisco, CA 94105
415-979-0400  415-979-2099 (fax)
**Defendants:**
  Oakfabco, Inc. (OAKFAB)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400  213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company (MET)

**Walsworth, Franklin, Bevins & McCall, LLP**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072  415-391-6258 (fax)
**Defendants:**
  Thomas Dee Engineering Company (DEE)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990  415-434-1370 (fax)
**Defendants:**
  Asbestos Corporation Limited (ASBLTD)