BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL NO. 875 - In re ASBESTOS LITIGATION

*Charles Dorl, et al. v. Asbestos Corporation Limited, et al,* CAN/4:13-cv-01641-SBA

**ERRATA OF NOTICE OF OPPOSITION TO CTO - 550 AND ERRATA OF NOTICE OF APPEARANCE (CTO-550)**

Please note the case number was listed wrong in both the Opposition to CTO - 550 and Notice of Appearance (CTO-550), both filed today April 29, 2013. Correct Case No: 4:13-cv-01641-SBA.

Sincerely,

s/ Richard M. Grant
Richard M. Grant, Esq. CA S.B. #55677
Brayton Purcell LLP
222 Rush Landing Rd., Novato, CA
415/898-1555, ext. 621
rgrant@braytonlaw.com

Counsel for Plaintiff - Charles Dorl

ASBESTOS MDL 875 - Re: CTO 550
*Charles Dorl, et al. v. Asbestos Corporation Limited et al,* CAN/4:13-cv-01641-SBA

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the JUDICIAL PANEL ON MULTIDISTRICT LITIGATION by efiling w/the court's CM/ECF system on  April 29, 2013

ERRATA OF NOTICE OF OPPOSITION TO CTO - 550 AND ERRATA OF NOTICE OF APPEARANCE (CTO-550)

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users and that they were served by mail.

**SEE ATTACHED SERVICE LIST**

<u>XX</u>        BY OFFICE MAILING

I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Petaluma, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed April 29, 2013, at Novato, California.

I declare under penalty of perjury that the foregoing is true and correct.

Diane I. Davidowski
222 Rush Landing Rd.
Novato, CA 94102
415/899-1011 ext. 232
ddavidowski@braytonlaw.com

Case MDL No. 875 Document 9329 Filed 04/29/13 Page 3 of 3

Brayton-Purcell Service List 1

Date Created: 4/29/2013-1:31:30 PM
(DID)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 117027.001 - James Shiffer

Run By : Davidowski, Diane

**AGENT FOR SERVICE**
c/o Frances H. Young
3482 Quail Ct.
Napa, CA 94558
**Defendants:**
  Associated Insulation of California (ASSOC)

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
  Crown Cork & Seal Company, Inc. (CC&S)

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006   415-397-1339 (fax)
**Defendants:**
  Hopeman Brothers, Inc. (HOPE)
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
  SSW, Inc. (fka National Dynamics Corporation) (NATDYN)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
  Crane Co. (CRANCO)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946   562-495-0564 (fax)
**Defendants:**
  Ingersoll-Rand Company (INGRSL)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Selman Breitman LLP**
33 New Montgomery
6th Floor
San Francisco, CA 94105
415-979-0400   415-979-2099 (fax)
**Defendants:**
  Oakfabco, Inc. (OAKFAB)

**Steptoe & Johnson LLP**
633 West Fifth St., 7th Floor
Los Angeles, CA 90071
213-439-9400   213-439-9599 (fax)
**Defendants:**
  Metropolitan Life Insurance Company (MET)

**Walsworth, Franklin, Bevins & McCall, LLP**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Thomas Dee Engineering Company (DEE)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990   415-434-1370 (fax)
**Defendants:**
  Asbestos Corporation Limited (ASBLTD)

**Atlas Valve Company, Inc.**
81 Pondfield Road #312
Bronxville, NY 10708

**CBS Corporation**
c/o CSC Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

**Crown Cork & Seal Company, Inc.**
c/o CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

**Hopeman Brothers, Inc.**
c/o CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90016

**Ingersoll-Rand Company**
c/o CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90016

**J.T. Thorpe & Son, Inc.**
c/o Mark C. Stutzman
1060 Hensley Street
Richmond, CA 94801

**J. T. Thorpe, Inc.**
c/o Brian L. Davidoff
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

**MacArthur Company**
C/o Macarthur Settlement Trust
300 East Second Street, Suite 1410
Reno, NV 89501

**National Dynamics Corporation**
c/o Paul Lipkin
1800 Magellan Drive
Oakland, CA 94611

**Oakfabco, Inc.**
c/o Corporate Creations Network, Inc.
131-A Stoney Circle, Suite 500
Santa Rosa, CA 95400

**Owens-Illinois, Inc.**
c/o Corporation Company
555 Capitol Mall, Suite 1000
Sacramento, CA 95813

**Parker-Hannifin Corporation**
c/o CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90016

**Thomas Dee Engineering Company**
c/o Thomas Dee Jr.
4314 Redwood Highway, #300
San Raphael, CA 94903

**Western Asbestos Company**
c/o Western Asbestos Settlement Trust
300 East Second Street, Suite 1410
Reno, NV 89501

**Western MacArthur Company**
c/o Western MacArthur Settlement Trust
300 East Second Street, suite 1410
Reno, NV 89501