MICHELE C. BARNES (SBN: 187239)
michele.barnes@klgates.com
BOGDAN-ALEXANDRU ALBU (SBN: 284754)
bogdan.albu@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant
CRANE CO.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI), | MDL DOCKET NO. 875 |
| This Document Relates To: | **NOTICE OF POTENTIAL TAG ALONG** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANENE KUHNAU, individually and on Behalf of the Estate of QUENTIN KUHNAU, DONALD KUHNAU, DIANA WILLIAMS, Decedent; and DOES ONE through TEN, inclusive, <br><br>Plaintiffs, <br><br>vs. <br><br>ALLIED PACKING & SUPPLY, INC.; et al. <br><br>Defendants. | Civil Action No.: <br><br>(Superior Court of the State of California for the County of Alameda, CA NO.: RG 12-630145) <br><br>**NOTICE OF TAG ALONG** |

1
NOTICE OF POTENTIAL TAG ALONG

1  MICHELE C. BARNES (SBN: 187239)
   michele.barnes@klgates.com
2  BOGDAN-ALEXANDRU ALBU (SBN: 284754)
   bogdan.albu@klgates.com
3  **K&L GATES LLP**
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA 94111
   Telephone: (415) 882-8200
5  Facsimile: (415) 882-8220

6  Attorneys for Defendant
   CRANE CO.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JEANENE KUHNAU, individually and on      Civil Action No.: **C13-1669**
   Behalf of the Estate of QUENTIN KUHNAU,
12 DONALD KUHNAU, DIANA WILLIAMS,           (Superior Court of the State of California for the
   Decedent; and DOES ONE through TEN,      County of Alameda, CA NO.: RG 12-630145)
13 inclusive,

14              Plaintiffs,                 **NOTICE OF TAG ALONG ACTION**

15              vs.

16 ALLIED PACKING & SUPPLY, INC.;
   AMERON INTERNATIONAL
17 CORPORATION, INDIVIDUALLY AND
   AS SUCCESSOR-IN-INTEREST TO
18 AMERICAN PIPE & CONSTRUCTION
   CO.; ARMSTRONG INTERNATIONAL,
19 INC.; ASBESTOS CORPORATION, LTD.;
   A.W. CHESTERTON COMPANY;
20 BURNHAM CORPORATION; CARRIER
21 CORPORATION; CBS CORPORATION, A
   DELAWARE CORPORATION,
22 FORMERLY KNOWN AS VIACOM, INC.,
   SUCCESSOR BY MERGER TO CBS
23 CORPORATION, A PENNSYLVANIA
24 CORPORATION, FORMERLY KNOWN AS
   WESTINGHOUSE ELECTRIC
25 CORPORATION; CLAYTON
26 INDUSTRIES; CONSOLIDATED SUPPLY
   CO.;
27

28

| | |
|---|---|
| 1 | CRANE CO., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO |
| 2 | CHAPMAN VALVE CO.; CRANE CO., INDIVIDUALLY, AS SUCCESSOR-IN- |
| 3 | INTEREST, PARENT ALTER EGO TO OR FKA PACIFIC BOILER CORPORATION; |
| 4 | CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO |
| 5 | MUNDET CORK; DOUGLASS INSULATION CO., INC.; EMERSON |
| 6 | ELECTRIC CO., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST AND PARENT |
| 7 | ALTER EGO TO ASCO VALVE, INC.; FAMILIAN CORPORATION, DBA |
| 8 | FAMILIAN PIPE & SUPPLY; FAMILIAN NORTHWEST, INC., NOW KNOWN AS |
| 9 | FERGUSON ENTERPRISES, INC.; FERGUSON ENTERPRISES, INC., |
| 10 | INDIVIDUALLY AND AS SUCCESSOR-IN INTEREST TO FAMILIAN |
| 11 | CORPORATION FKA FAMILIAN PIPE & SUPPLY CO., INC.; FMC CORPORATION, |
| 12 | INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PEERLESS PUMP |
| 13 | COMPANY; GEORGIA-PACIFIC CORPORATION; GENERAL ELECTRIC |
| 14 | COMPANY; GRINNELL LLC; HONEYWELL INTERNATIONAL, INC. |
| 15 | FKA ALLIED SIGNAL, INC., INDIVIDUALLY AND AS SUCCESSOR- |
| 16 | IN-INTEREST TO THE BENDIX CORPORATION; INGERSOLL-RAND |
| 17 | COMPANY; ITT CORPORATION FKA ITT INDUSTRIES, INC., INDIVIDUALLY |
| 18 | AND AS SUCCESSOR- IN-INTEREST TO BELL & GOSSETT; J. S. GUERIN & |
| 19 | COMPANY; J. T. THORPE & SON, INC., INDIVIDUALLY AND AS SUCCESSOR- |
| 20 | IN-INTEREST TO J. T. THORPE NORTHWEST, INC.; KAISER GYPSUM |
| 21 | COMPANY, INC.; KELLY-MOORE PAINT COMPANY, INC.; OAKFABCO, INC., |
| 22 | INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO AND/OR FKA AND/OR |
| 23 | DDBA KEWANEE BOILER CORPORATION; OWENS-ILLINOIS, INC.; |
| 24 | PARKER-HANNIFIN CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN |
| 25 | INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING |
| 26 | COMPANY; PEERLESS PACIFIC COMPANY OF OREGON; RAPID |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | AMERICAN CORP., AS SUCCESSOR IN INTEREST TO PHILIP CAREY MANUFACTURING CORP.; SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY; STERLING FLUID SYSTEMS (USA) LLC, FORMERLY KNOWN AS PEERLESS PUMP COMPANY; THERMAL CERAMICS, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO INTERNATIONAL VERMICULITE; UNION CARBIDE CORPORATION; TRANE U.S. INC., FKA AMERICAN STANDARD, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO KEWANEE BOILER CORPORATION; YARWAY CORPORATION; ZURN INDUSTRIES, LLC, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ZURN INDUSTRIES, INC., ERIE CITY IRON WORKS AND KEYSTONE BOILER; and the ELEVENTH DOE through THREE HUNDREDTH DOE, inclusive, |
| | Defendants. |

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On November 23, 2011, the Panel on Multidistrict Litigation and the Hon. Eduardo C. Robreno issued an order and recommendation terminating the new transfer of tag-along actions to the MDL, with several exceptions, including cases venued in the Northern District of California. A copy of that order is attached hereto as Exhibit 1.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a).

Mailed to:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

Respectfully submitted,

Date: April 12, 2013         By: _____
                                BOGDAN-ALEXANDRU ALBU
                                Attorneys for Defendant
                                CRANE CO.

---

4
NOTICE OF TAG-ALONG ACTION