| | |
|---|---|
| 1 | MICHELE C. BARNES (SBN: 187239) |
|   | michele.barnes@klgates.com |
| 2 | BOGDAN-ALEXANDRU ALBU (SBN: 284754) |
|   | bogdan.albu@klgates.com |
| 3 | **K&L GATES LLP** |
|   | Four Embarcadero Center, Suite 1200 |
| 4 | San Francisco, CA 94111 |
|   | Telephone: 415.882.8200 |
| 5 | Facsimile: 415.882.8220 |
| 6 | Attorneys for Defendant |
|   | CRANE CO. |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO VI), | MDL DOCKET NO. 875 |
| This Document Relates To: | **AMENDED PROOF OF SERVICE** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEANENE KUHNAU, individually and on Behalf of the Estate of QUENTIN KUHNAU, DONALD KUHNAU, DIANA WILLIAMS, Decedent; and DOES ONE through TEN, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PACKING & SUPPLY, INC.; et al.<br><br>Defendants. | Civil Action No.:<br><br>(Superior Court of the State of California for the County of Alameda, CA NO.: RG 12-630145)<br><br>**NOTICE OF TAG ALONG** |

---

1
**AMENDED PROOF OF SERVICE**

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **K&L Gates LLP, Four Embarcadero Center, Suite 1200, San Francisco, CA 94111**.

On May 1, 2013, I served the following document(s)

- **Notice of Tag-Along Action**, with exhibits

together with an unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof in sealed envelopes, addressed and sent via First Class U.S. Mail as follows:

**Counsel For Plaintiffs**
Sean P. Worsey
William A. Levin
Levin Simes LLP
353 Sacramento, St., 20th Floor
San Francisco, CA 94111
Tel: (415) 426-3000
Fax: (415) 426-3001

Plaintiffs: Jeanene Kuhnau, et al.
U.S.D.C. – Northern District of California Case No.: 13-cv-1669-MEJ

**Defendants**
See service list attached.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **May 1, 2013**, at San Francisco, California.

*Michelle Crawford* (signature)
Michelle Crawford

---

2
**AMENDED PROOF OF SERVICE**

# DEFENDANTS

**Asbestos Corporation, Ltd.**
Mary Ellen Gambino
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market St., 17th Floor
San Francisco, CA 94105
(415) 433-0990

**ITT Corp.**
Mary Kirk Hillyard
Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz LLP
One California Street, Suite 1910
San Francisco, CA 94111
Tel: (415) 788-8354
Fax: (415) 788-3625

**Allied Packing & Supply, Inc.**
Bruce Imai
Imai, Tadlock, Keeney & Cordery
100 Bush Street, Suite 1300
San Francisco, CA 94104
Tel: (415) 675-7000
Fax: (415) 675-7008

**Armstrong International, Inc.**
Sonja E. Blomquist
Karen Lenae Moore
Low, Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
Tel: (415) 981-6630
Fax: (415) 399-1506
sblomquist@lowball.com
kmoore@lowball.com

**Ameron International Corp.**
Agent for Service of Process
CT Corporation System
818 W Seventh St.
Los Angeles, CA 90017

**A.W. Chesterson Company**
Agent for Service of Process
CT Corporation System
818 W Seventh St.
Los Angeles, CA 90017

**Burnham Corporation**
Agent for Service of Process
CT Corporation System
818 W Seventh St.
Los Angeles, CA 90017

**Clayton Industries**
Agent for Service of Process
John S. Clayton
17477 Hurley St.
City of Industry, CA 91744

**Consolidated Supply Co.**
Ioana Mondescu
Eugene C. Blackard
Archer Norris
2033 North Main Street, Suite 800
Walnut Creek, CA 94523
Tel: 925-930-6600
Fax: 925-930-6620
imondescu@archernorris.com

**J.S. Gerin & Company, Inc.**
Theodore T. Cordery
Imai, Tadlock, Keeney & Cordery LLP
100 Bush Street, Suite 1300
San Francisco, CA 94104
Tel: (415) 675-7000
Fax: (415) 675-7008

**CBS Corporation**
Agent for Service of Process
Corporation Service Company (dba CSC - Lawyers Incorporating Service)
2710 Gateway Oaks Dr. Suite 150N
Sacramento, CA 95833

**Crown, Cork & Seal**
Agent for Service of Process
CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

**Douglass Insulation Co. Inc.**
Agent for Service of Process
CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

**Emerson Electric Co.**
Agent for Service of Process
CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

| | | |
|---|---|---|
| 1 | **Familian Corporation**<br>Agent for Service of Process<br>CT Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90017 | **Familian Northwest, Inc.**<br>**dba FNW Industrial**<br>Agent for Service of Process<br>CSC – Lawyers Incorporating Serv.<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 |
| | **Ferguson Enterprises, Inc.**<br>Agent for Service of Process<br>CSC – Lawyers Incorporating Serv.<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | **FMC Corporation**<br>Agent for Service of Process<br>CT Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90017 |
| | **General Electric Company**<br>Agent for Service of Process<br>CT Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90017 | **Georgia-Pacific Corporation**<br>Eric Dean Sentlinger<br>Perkins Coie LLP<br>4 Embarcadero Center<br>Suite 2400<br>San Francisco, CA 94111<br>415-344-7072<br>Fax: 415-344-7288<br>Email: esentlinger@perkinscoie.com<br><br>David T. Biderman<br>Perkins Coie LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>415-344-7000<br>Fax: 415-344-7050<br>Email: dbiderman@perkinscoie.com |
| | **Honeywell International, Inc.**<br>Agent for Service of Process<br>CSC – Lawyers Incorporating Serv.<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA 95833 | **Grinnell, LLC**<br>Agent for Service of Process<br>CT Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90016 |
| | **J.T. Thorpe & Son, Inc.**<br>Agent for Service of Process<br>Mark C. Stutzman<br>1060 Hensley Street<br>Richmond, CA 94801 | **Ingersoll-Rand Company**<br>Agent for Service of Process<br>CT Corporation System<br>818 W. Seventh Street<br>Los Angeles, CA 90016 |
| | **Kelly Moore Paint Company, Inc.**<br>Joseph R. Connelly III<br>Hawkins Parnell Thackston & Young LLP<br>Three Embarcadero Center, 8th Floor<br>San Francisco, CA 94111-4024<br><br>Tel: (415) 766-3200<br>Fax: (415) 766-3250 | **Kaiser Gypsum Company, Inc.**<br>Jennifer Judin<br>DeHay ( Elliston, LLP<br>1111 Broadway, Suite 1950<br>Oakland, CA 94607<br>Tel: (510) 285-0750<br>Fax: (510) 285-0740 |

4
**AMENDED PROOF OF SERVICE**

| | |
|---|---|
| 1 | **Owens-Illinois, Inc.** |
| | Agent for Service of Process |
| 2 | The Coporation Company |
| | 555 Capital Mall Suite 1000 |
| 3 | Sacramento, CA 95813 |

**Owens-Illinois, Inc.**
Agent for Service of Process
The Coporation Company
555 Capital Mall Suite 1000
Sacramento, CA 95813

**Oakfabco, Inc.**
Agent for Service of Process
Corporate Creations Network, Inc.
131 –A Stoney Circle, Suite 500
Santa Rosa, CA 95400

**Sterling Fluid Systems USA LLC**
Agent for Service of Process
CT Corporation Company
818 W. Seventh Street
Los Angeles, CA 90017

**Parker-Hannifin Corporation**
Agent for Service of Process
CT Corporation Company
818 W. Seventh Street
Los Angeles, CA 90017

**Rapid American Corp.**
Agent for Service of Process
Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

**Thermal Ceramics, Inc.**
Agent for Service of Process
CT Corporation Company
818 W. Seventh Street
Los Angeles, CA 90017

**Sterling Fluid Systems USA LLC**
Agent for Service of Process
CT Corporation Company
818 W. Seventh Street
Los Angeles, CA 90017

**Trane U.S. Inc.**
Agent for Service of Process
CT Corporation Company
818 W. Seventh Street
Los Angeles, CA 90017

**Union Carbide Corporation**
Agent for Service of Process
CT Corporation Company
818 W. Seventh Street
Los Angeles, CA 90017

**Zurn Industries, LLC**
Agent for Service of Process
CT Corporation Company
818 W. Seventh Street
Los Angeles, CA 90017

**Yarway Corporation**
Agent for Service of Process
CT Corporation Company
818 W. Seventh Street
Los Angeles, CA 90017

**Carrier Corporation**
Agent for Service of Process
CT Corporation Company
818 W. Seventh Street
Los Angeles, CA 90017

**Peerless Pacific Company of Oregon**
Agent for Service of Process
Peter Carlos
President
PO Box 3897
Portland, OR 97208

**Soco-West, Inc.**
Agent for Service of Process
Thomas C. Sanford
Agent For service of Process
170 S Euclid Ave
Pasadena, CA 91101

**Crane Co.**
Michele C. Barnes
Bogdan-Alexandru Albu
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415.)882.8200
Fax: (415) 882.8220
michele.barnes@klgates.com
bogdan.albu@klgates.com

**Erie City Iron Works and Keystone Boiler**
Agent for Service of Process
CT Corporation Company
818 W. Seventh Street
Los Angeles, CA 90017