# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __875__ & TITLE - IN RE: __Asbestos Products Liability Litigation (No. VI)__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Daniel S. Weber v. AC & S INC., et al., E. D. PA Civil Case No. 2:08-CV-92132-ER

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __BorgWarner Morse TEC Inc.__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

[✓] This party's parent corporation(s) are listed below:

Borg Warner, Inc.

[✓] The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

Borg Warner, Inc. owns 100% of BorgWarner Morse TEC Inc.

**OR**

[ ] This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_____
Signature of Attorney

100 North Broadway, 14th Floor
_____
Address

Herzog Crebs LLP
_____
Name of Firm

St. Louis, MO 63102-2728
_____
City/State/Zip Code

Date __May 1, 2013__

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

MDL 875
No. 2:08-CV-92132-ER

## CERTIFICATE OF SERVICE

I, Don W. Ward, certify that on the 1st day of May, 2013, the foregoing Defendant BorgWarner Morse TEC Inc.'s Corporate Disclosure Statement was filed with the Clerk of the Court using the ECF system which sent notification of such filing to all ECF participants.

                                              Respectfully submitted,
                                              */s/ Don W. Ward*
                                              M. Ann Hatch, #3121789
                                              Lead Attorney
                                              Don W. Ward, #6202548
                                              100 N. Broadway, 14th floor
                                              St. Louis, MO 63102
                                              (314) 231-6700 Telephone
                                              (314) 231-4656 Facsimile