IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Daniel S. Weber, Individually,<br>Plaintiff,<br><br>v.<br><br>AC & S Inc., et al.,<br><br>Defendants, | E.D. PA Case No. 08-CV-92132<br><br>*Trans. from C.D. IL Case No. 99-02177* |

**Plaintiff's Motion and Memorandum for Issuance of Suggestion of Remand**

NOW COMES the plaintiff, by his counsel, who requests that this court issue a suggestion of remand of his case, and in support thereof states the following:

1. The remaining defendants in this case are Borg Warner Corporation and Maremont Corporation.

2. Per the case management and scheduling order for CVLO-1&2 of April 11, 2012, defendants had to file "[a]ny dispositive motions (including any dispositive *in limine* claims)" by June 11, 2012 and any *Daubert* style motions by August 24, 2012 (Ex 1, Ex 3). As of August 24, 2012, no dispositive or *Daubert* style motions have been filed by defendants (Ex 2).

3. This case complies with the factors set forth generally in Administrative Order 18 ("AO 18".) Counsel hereby certifies that there are no motions pending in this case.

4. Daniel S. Weber is a living plaintiff and has been diagnosed with Lung Cancer.



EXHIBIT 4

5. On December 4, 2012, plaintiff filed "Plaintiff's Status Report Regarding the December 10, 2012, Final Pre-Remand Hearing" (Doc. No. 133) suggesting remand of this case.

Wherefore, plaintiff prays this court issue a suggestion of remand to transfer this case to its original court for trial.

Dated: January 15, 2013

/s/ Michael P. Cascino
Michael P. Cascino
Attorney for the Plaintiff
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, Illinois 60607
Ph: (312) 944-0600