IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL S. WEBER,<br><br>          Plaintiff,<br><br>vs.<br><br>AC & S INC., et al.,<br><br>          Defendants, | Civil Case No. 2:08-CV-92132-ER<br>MDL 875<br><br>(Transferred from CD-IL<br>  Case No. 2:99-CV02177) |

### DEFENDANT BORG-WARNER CORPORATION'S ENTRY OF APPEARANCE

COME NOW M. Ann Hatch and Herzog Crebs LLP and enter their appearance on behalf of Defendant BorgWarner Morse TEC Inc. as successor-by-merger to Borg-Warner Corporation, incorrectly sued as Borg Warner Corporation

Respectfully submitted,
HERZOG CREBS LLP

/s/ M. Ann Hatch
M. Ann Hatch, #3121789
Lead Attorney
Don W. Ward, #6202548
100 N. Broadway, 14th floor
St. Louis, MO 63102
(314) 231-6700 Telephone
(314) 231-4656 Facsimile

ATTORNEYS FOR DEFENDANT BorgWarner Morse TEC Inc. as successor-by-merger to Borg-Warner Corporation



EXHIBIT C

## CERTIFICATE OF SERVICE

I, M. Ann Hatch, certify that on the 14th day of May, 2012, the foregoing Entry of Appearance was filed with the Clerk of the Court using the ECF system which sent notification of such filing to all ECF participants.

Respectfully submitted,

*/s/ M. Ann Hatch*
M. Ann Hatch, #3121789
Lead Attorney
Don W. Ward, #6202548
100 N. Broadway, 14th floor
St. Louis, MO 63102
(314) 231-6700 Telephone
(314) 231-4656 Facsimile
