# HERZOG ♦ CREBS

ATTORNEYS AT LAW   www.herzogcrebs.com

ST. LOUIS OFFICE
100 North Broadway, 14th Floor
St. Louis, MO 63102-2728
314.231.6700
fax: 314.231.4656

HERZOG CREBS LLP
Don W. Ward
dww@herzogcrebs.com

August 3, 2012

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607

    RE:   *Daniel S. Weber v. AC & S Inc., et al., Civil Case No. 2:08-CV-92132-ER MDL 875*

Dear Mr. Cascino:

    We have entered our appearance in the above case pending in the MDL on behalf of Borg-Warner Corporation. This case has been pending for many years now and we are unable to locate the current complaint. No complaint is available on Pacer and the complaint does not appear in any of the old files.

    Would you please have someone from your office forward to my attention the most recent complaint on file in this action?

    Please advise with any questions. Your anticipated cooperation is greatly appreciated.

Very truly yours,

Don W. Ward

DWW/jas



EXHIBIT D

P:\9500\9582\9582-008 - Cascino Vaughn\WEBER, DANIEL S\Cascino, Michael re Weber complaint 08.03.12.docx

ILLINOIS OFFICE   Belleville, IL 62226   618.235.7656