## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

Civil Action No.  MDL 875

E.D. PA Case No. 08-CV-92132

*Weber v. A.C. & S. Inc., et al.,*

C.D. IL Case No. 99-2177

### Certificate of Service

I hereby certify that on May 1, 2013, I caused the forgoing to be electronically filed with

the United States District Court for the Eastern District of Pennsylvania using the CM/ECF

system which will automatically send notifications of this filing to all active counsel in this case:

**Borg-Warner Corporation**
| | | |
|---|---|---|
| Mary A. Hatch | : | mah@herzogcrebs.com |
| Kent L. Plotner | : | kplotner@hrva.com |
| Donald W. Ward | : | dww@herzogcrebs.com |

**Maremont Corporation**
| | | |
|---|---|---|
| Kent L. Plotner | : | kplotner@hrva.com |
| John C. Canoni | : | jcanoni@kasowitz.com |
| Jennifer Studebaker | : | studebakerjm@fpwk.com |
| David W. Ybarra | : | dwy@greensfelder.com |

Dated: May 1, 2013

/S/ Michael P. Cascino
Attorneys for Plaintiff
Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
Phone: (312) 944-0600
Fax: (312) 944-1870
Email: ecf.cvlo@gmail.com; mcascino@cvlo.com