BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| *Weber v. A.C. & S. Inc., et al.,* | E.D. PA Case No. 08-CV-92132 <br><br> C.D. IL Case No. 99-2177 |

Certificate of Service

I hereby certify that on May 1, 2013, I caused the forgoing to be electronically filed with the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system which will automatically send notifications of this filing to all active counsel in this case:

**Borg-Warner Corporation**
Mary A. Hatch : mah@herzogcrebs.com
Kent L. Plotner : kplotner@hrva.com
Donald W. Ward : dww@herzogcrebs.com

**Maremont Corporation**
Kent L. Plotner : kplotner@hrva.com
John C. Canoni : jcanoni@kasowitz.com
Jennifer Studebaker : studebakerjm@fpwk.com
David W. Ybarra : dwy@greensfelder.com


Dated: May 1, 2013

/S/ Michael P. Cascino
Attorneys for Plaintiff
Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
Phone: (312) 944-0600
Fax: (312) 944-1870
Email: ecf.cvlo@gmail.com; mcascino@cvlo.com