**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | **Civil Action No.  MDL 875** |
| *Weber v. A.C. & S. Inc., et al.,* | E.D. PA Case No. 08-CV-92132 <br><br> *C.D. IL Case No. 99-2177* |

**Errata Statement Regarding Notice of Appearance Doc. No. 9337**

Plaintiff respectfully submits this errata statement regarding plaintiff's Notice of Appearance (ECF Doc. No. 9337, filed May 1, 2013) which erroneously listed two separate email addresses:

1. ecf.cvlo@gmail.com

2. mcascino.ecf@gmail.com

Plaintiff hereby corrects this error and designates the singular, correct, email address for this notice of appearance to be:

1. ecf.cvlo@gmail.com

Dated: May 3, 2013

/S/ Michael P. Cascino
Attorneys for Plaintiff
Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
Phone: (312) 944-0600
Fax: (312) 944-1870
Email: ecf.cvlo@gmail.com