BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Litigation

Opposing case:
*Laurie Deuyour, et al. v. BF Goodrich Company, et al.*,
C.D. of California C.A. No. CV13-02333-ABC (AJWx)

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER CTO-549

The Plaintiff, Laurie Deuyour, et al. by counsel moves this Panel, pursuant to Rule 7.1 (of the Rules of the Judicial Panel on Multidistrict Litigation (JPML), for an order vacating its April 12, 2013 order (CTO-549) conditionally transferring this action to MDL-875 in the Eastern District of Pennsylvania.

A supporting brief is filed along with this motion.

Respectfully submitted,

Dated: April 24, 2013

DEBLASE BROWN EYERLY LLP

By: _____
Stephen T. Blackburn, Esq. (CA SBN 232887)
blackburn@dbelegal.com
680 South Santa Fe Avenue
Los Angeles, California 90021
Telephone: (310) 575-9955
Facsimile: (310) 575-9919
Counsel for Plaintiffs