BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 875 – In re Asbestos Litigation

Opposing case:
*Laurie Deuyour, et al. v. BF Goodrich Company, et al.*,
C.D. of California C.A. No. CV13-02333-ABC (AJWx)

# DECLARATION OF STEPHEN T. BLACKBURN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE CONDITIONAL TRANSFER ORDER CTO-549

I, Stephen T. Blackburn, declare:

1. I am an attorney licensed to practice law before all the courts of the State of California and am a partner with DeBlase Brown Eyerly LLP, attorneys of record for plaintiffs herein. I am admitted in the U.S. Federal Court's Central District of California and Northern District of California and am admitted to practice in the MDL No. 875 Court in the Eastern District of Pennsylvania as well. Those matters stated herein are true to my own personal knowledge, except for those matters stated upon information and belief, and as to those matters, I believe them to be true. If called upon as a witness, I could and would testify to the following facts.

2. Attached hereto as **Exhibit "A"** is a true and correct copy of Mr. Deyour's Death Certificate reflecting his date of death on August 1, 2012 of cardiopulmonary arrest and metastatic non-small cell lung cancer.

3. Attached hereto as **Exhibit "B"** is a true and correct copy of a report prepared by Richard S. Kronenberg, M.D. on November 9, 2011.

4. Attached hereto as **Exhibit "C"** is a true and correct copy of the Order Adopting Suggestion to the Panel Concerning Future Tag-Along Transfers, filed December 13, 2011.

5. Attached hereto as **Exhibit "D"** is a true and correct copy of the Status Conference Statement and Suggestion of the Death of Plaintiff Daniel Deyour filed on or about August 23, 2012.

6. Attached hereto as **Exhibit "E"** is a true and correct copy of the Order dismissing Daniel Deyour's personal injury action, filed September 17, 2012.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct. Executed on April 22, 2013, at Los Angeles, California.

_____
Stephen T. Blackburn