# EXHIBIT - A



**STATE OF WASHINGTON**
**DEPARTMENT OF HEALTH**

# CERTIFICATE OF DEATH

CERTIFICATE NUMBER: 2012-009459

DATE ISSUED: 08/06/2012
FEE NUMBER: 0000000034

GIVEN NAMES: DANIEL WILDER
LAST NAME: DEUYOUR

COUNTY OF DEATH: MASON
DATE OF DEATH: AUGUST 01, 2012
HOUR OF DEATH: 11:30 P.M.
SEX: MALE
AGE: 59 YEARS
SOCIAL SECURITY NUMBER: 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

HISPANIC ORIGIN: NO, NOT HISPANIC
RACE: WHITE

BIRTHDATE: FEBRUARY 21, 1953
BIRTHPLACE: ALBANY, NEW YORK

MARITAL STATUS: MARRIED
SPOUSE: LAURIE EVELYN LAMARRE

OCCUPATION: DRIVER
INDUSTRY: SERVICE
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED
US ARMED FORCES? YES

INFORMANT: LAURIE DEUYOUR
RELATIONSHIP: SPOUSE
ADDRESS: 1822 BOUNDARY STREET   SHELTON, WASHINGTON   98584

PLACE OF DEATH: HOME
FACILITY OR ADDRESS: 1822 BOUNDARY STREET
CITY, STATE, ZIP: SHELTON, WASHINGTON 98584

RESIDENCE STREET: 1822 BOUNDARY STREET
CITY, STATE, ZIP: SHELTON, WASHINGTON 98584
INSIDE CITY LIMITS? YES
COUNTY: MASON
TRIBAL RESERVATION: NOT APPLICABLE
LENGTH OF TIME AT RESIDENCE: 7 YEARS

FATHER: EVERETT FRANCIS DEUYOUR
MOTHER: HELEN JOANNE WILDER

METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: SOUTH SOUND CREMATORY
CITY, STATE: LACEY, WA
DISPOSITION DATE: AUGUST 06, 2012

FUNERAL FACILITY: FUNERAL ALTERNATIVES OF WASHINGTON TUMWATER
ADDRESS: 455 NORTH ST SE
CITY, STATE, ZIP: TUMWATER WA 98501
FUNERAL DIRECTOR: CLAIR S FERRIS

CAUSE OF DEATH:
A. CARDIOPULMONARY ARREST
   INTERVAL: 5 MINUTES
B. METASTATIC NON-SMALL CELL LUNG CANCER
   INTERVAL: 14 MONTHS
C.
   INTERVAL:
D.
   INTERVAL:

OTHER CONDITIONS CONTRIBUTING TO DEATH:

DATE OF INJURY:
HOUR OF INJURY:
INJURY AT WORK?
PLACE OF INJURY:

LOCATION OF INJURY:

CITY, STATE, ZIP:
COUNTY:
DESCRIBE HOW INJURY OCCURRED:

MANNER OF DEATH: NATURAL
AUTOPSY: NO
 AVAILABLE TO COMPLETE THE CAUSE OF DEATH? NOT APPLICABLE
DID TOBACCO USE CONTRIBUTE TO DEATH? YES
PREGNANCY STATUS, IF FEMALE: NOT APPLICABLE

CERTIFIER NAME: WILLIAM SCHUBACH MD
TITLE: PHYSICIAN
CERTIFIER
ADDRESS: 1660 S. COLUMBIAN WAY, S-111-ONC
CITY, STATE, ZIP: SEATTLE WA 98108
DATE SIGNED: AUGUST 02, 2012

CASE REFERRED TO ME/CORONER: NO
FILE NUMBER: NOT APPLICABLE
ATTENDING PHYSICIAN:
NOT APPLICABLE

STATUS OF DECEDENT, IF A TRANSPORTATION INJURY:
NOT APPLICABLE

ITEM(S) AMENDED: NONE

NUMBER(S): NONE
DATE(S): NONE



LOCAL DEPUTY REGISTRAR:
SONJA COCHRAN
DATE RECEIVED: AUGUST 06, 2012

DOH 01-903 (6/10)

# Affidavit for Correction

**This is a legal Document. Complete in ink and do not alter.**

Center for Health Statistics
PO Box 47814
Olympia, WA 98504-7814
(360) 236-4300

## STATE OFFICE USE ONLY

| State File Number | Fee Number | Initials | Date | Affidavit Number |
|---|---|---|---|---|
| | | | | |

Use the section below for requesting any changes on the record.

Record Type:  ☐ Birth   ☐ Death   ☐ Marriage   ☐ Dissolution

1. Name on record:
2. Date of Event:
3. Place of Event:

4. Father's Full Name:
5. Mother's Full Name:

**The Record is Incorrect or Incomplete as follows:**

| The Record now shows: | The true fact is: |
|---|---|
| 5. | |
| 8. | 9. |
| 10. | 11. |
| 12. | 13. |

14. Purpose of request:  ☐ Self   ☐ Parent   ☐ Guardian   ☐ Informant   Telephone Number
☐ Funeral Director   ☐ Other (Specify)

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

15. Signature    16. Date    17. Address

---

CERTIFIED

*[signature]*
DR. DIANA T. YU, MD MSPH  HEALTH OFFICER REGISTRAR

**AUG 06 2012**

THURSTON COUNTY
HEALTH DEPARTMENT
OLYMPIA, WASHINGTON

VV00315727

EXHIBIT A
PAGE 5