# EXHIBIT - B

# TRINITY MOTHER FRANCES

## HOSPITALS AND CLINICS

November 9, 2011

Ms. Emily Fain
The David Law Firm
Spurwood Building
10655 Six Pines Drive, Suite 260
The Woodlands, TX 77380

RE: Daniel W. Deuyour
SSN: 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

Dear Ms. Fain:

As requested in your letter to me of November 4, 2011, I reviewed the records you supplied regarding your client Daniel W. Deuyour. The records consisted of the following:

1. Your letter to me dated November 4, 2011.
2. A clinical and smoking history summary.
3. Pathology report dated May 17, 2011.
4. A worksite affidavit.

The records indicate that Mr. Deuyour had a significant occupational exposure to asbestos. Specifically, Mr. Deuyour served in the U. S. Navy from 1970 until 1974 working as an aircraft handler. He served on board ship and in dry dock. From 1974 to 1976, he was a baggage, passenger and cargo handler. From 1976 until 1983, he worked as a laborer. This exposure is of sufficient magnitude and latency to account for any of the asbestos related diseases. Mr. Deuyour was a cigarette smoker of 63 pack years discontinuing cigarettes in 2011.

In May 2011, Mr. Deuyour developed a lung mass with mediastinal adenopathy. Biopsies of mediastinal lymph nodes were positive for non-small cell lung cancer and for chronic lymphocytic leukemia.

Based on my review of the records you supplied, I conclude within a reasonable degree of medical probability that Mr. Deuyour was diagnosed with a malignant asbestos related primary lung cancer caused by his exposure to asbestos.

Thank you for the opportunity to review this material.

Sincerely yours,

Richard S. Kronenberg, M.D.
Diplomate, American Board of Internal Medicine and Pulmonary Disease

Richard S. Kronenberg, MD
800 E. Dawson
Tyler, Texas 75701

Phone: (903) 531-5400 • Fax: (903) 525-1201

We're with you for the journey.
*tmfhc.org*