**BEFORE THE UNITED STATES JUDCIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE MDL DOCKET NO. 875**

*Laurie Deuyour, et al. vs. BF Goodrich Company, et al.*
**Central California Civil Case No. CV-13-02333-ABC**

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing was served by the below actions listed on April 24,2013 :

**MOTION TO VACATE CONDITIONAL TRANSFER ORDER CTO-549**

**BRIEF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE CONDITIONAL TRANSFER ORDER CTO -549**

**DECLARATOIN OF STEPHEN T. BLACKBURN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE CONDITIONAL TRANSFER ORDER CTO-549**

And this Certificate of Service was served by Overnight Delivery to:

Clerk USDC, Central District of California

By Delivery to:

Clerk MDL PANEL

By First Class Mail to:

*2:13-cv-02333-ABC-AJW Laurie Deuyour et al v. BF Goodrich Company et al*

**Craig S Barnes**                    representing            **Parker Haniffin Corporation**

Sedgwick Detert Moran & Arnold
801 S Figueroa St, 19th Floor
Los Angeles, CA 90017
213-615-8001
craig.barnes@sedgwicklaw.com
  *Assigned: 04/09/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Corporation**
*(Defendant)*


**Stephen Thomas Blackburn**
DeBlase Brown Eyerly LLP
680 South Santa Fe Avenue
Los Angeles, CA 90021
310-575-9955
310-575-9919 (fax)
Blackburn@dbelegal.com
  *Assigned: 04/01/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

representing

**Desiree Deuyour**
*(Plaintiff)*


**Laurie Deuyour**
*(Plaintiff)*


**Nicholas Deuyour**
*(Plaintiff)*


**Carla Lynn Crochet**
Prindle Amaro Goetz Hillyard Barnes
and Reinholtz LLP
310 Golden Shore 4th Floor

representing

**Ingersoll-Rand Company**
*(Defendant)*

Long Beach, CA 90802
562-436-3946
562-495-0564 (fax)
ccrochet@prindlelaw.com
  *Assigned: 04/18/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Steven D DI Saia**
Sedgwick LLP
801 South Figueroa Street 20th Floor
Los Angeles, CA 90017-5556
213-426-6900
213-426-6921 (fax)                    representing    **Parker Haniffin
steve.disaia@sedgwicklaw.com                          Corporation**
  *Assigned: 04/09/2013*                              *(Defendant)*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Jenny-Anne S Flores**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071
213- 430-3400                         representing    **Carrier Corporation**
213-430-3409 (fax)                                   *(Defendant)*
jenny-anne.flores@tuckerellis.com
  *Assigned: 04/01/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Arpi Galfayan**
Prindle Amaro Goetz Hillyard Barnes
and Reinholtz LLP
310 Golden Shore 4th Floor
Long Beach, CA 90802
562-436-3946
562-495-0564 (fax)
agalfayan@prindlelaw.com
  *Assigned: 04/18/2013*
  *ATTORNEY TO BE NOTICED*

representing

**Ingersoll-Rand
Company**
*(Defendant)*

**Katherine Paige Gardiner**
Walsworth Franklin Bevins and McCall
LLP
601 Montgomery Street 9th Floor
San Francisco, CA 94111-2612
415-781-7072
415-392-6258 (fax)
kgardiner@wfbm.com
  *Assigned: 04/16/2013*
  *ATTORNEY TO BE NOTICED*

representing

**General Electric
Company**
*(Defendant)*

**Frederick W Gatt**
Howard Rome Martin and Ridley LLP
1775 Woodside Road Suite 200
Redwood City, CA 94061-3436
650-365-7715
650-364-5297 (fax)
fgatt@hrmrlaw.com
  *Assigned: 04/09/2013*
  *ATTORNEY TO BE NOTICED*

representing

**IMO Industries Inc**
*(Defendant)*

**David M Glaspy**
Glaspy and Glaspy
One Walnut Creek Center
100 Pringle Avenue Suite 750
Walnut Creek, CA 94596-8104                  representing     **BF Goodrich**
925-947-1300                                                  **Company**
925-947-1594 (fax)                                           *(Defendant)*
DGlaspy@Glaspy.com
  *Assigned: 04/05/2013*
  *ATTORNEY TO BE NOTICED*


**Derek S Johnson**
Walsworth Franklin Bevins and McCall
LLP
601 Montgomery Street 9th Floor
San Francisco, CA 94111-2612               representing       **General Electric**
415-781-7072                                                  **Company**
415-391-6258 (fax)                                            *(Defendant)*
djohnson@wfbm.com
  *Assigned: 04/16/2013*
  *ATTORNEY TO BE NOTICED*


**Lara M Kruska**
DeHay & Elliston LLP
707 Wilshire Boulevard Suite 4300
Los Angeles, CA 90017                      representing       **Pneumo-Abex LLC**
213-271-2727                                                  *(Defendant)*
213-271-2730 (fax)
lkruska@dehay.com
  *Assigned: 04/16/2013*
  *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Robert Kum**
Sedgwick LLP
801 South Figueroa Street 19th Floor
Los Angeles, CA 90017-5556
213-426-6900
213-426-6921 (fax)
robert.kum@sedgwicklaw.com
 *Assigned: 04/09/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Parker Haniffin**
**Corporation**
*(Defendant)*

**Jeremy David Milbrodt**
Prindle Amaro Goetz Hillyard Barnes
and Reinholtz LLP
310 Golden Shore 4th Floor
Long Beach, CA 90802
562-436-3946
562-495-0564 (fax)
jmilbrodt@prindlelaw.com
 *Assigned: 04/18/2013*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Ingersoll-Rand**
**Company**
*(Defendant)*

**Nathan T Newman**
Tucker Ellis LLP
515 South Flower Street 42nd Floor
Los Angeles, CA 90071-2223
213-430-3400
213-430-3409 (fax)

representing

**Jerguson Gage and**
**Valve Company**
*(Defendant)*

nathan.newman@tuckerellis.com
  *Assigned: 04/16/2013*
  *ATTORNEY TO BE NOTICED*


**Henry D Rome**
Howard Rome Martin and Ridley LLP
1775 Woodside Road Suite 200
Redwood City, CA 94061-3436
650-365-7715                             representing    **IMO Industries Inc**
650-364-5297 (fax)                                       *(Defendant)*
hrome@hrmrlaw.com
  *Assigned: 04/09/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Barry R Schirm**
Hawkins Parnell Thackston and Young
LLP
445 South Figueroa Street Suite 3200
Los Angeles, CA 90071                    representing    **Kelly-Moore Paint**
213-486-8000                                             **Company Inc**
213-486-8080 (fax)                                       *(Defendant)*
bschirm@hptylaw.com
  *Assigned: 04/15/2013*
  *ATTORNEY TO BE NOTICED*


**John K Son**
Tucker Ellis LLP                         representing    **Carrier Corporation**
515 South Flower Street 42nd Floor                       *(Defendant)*
Los Angeles, CA 90071-2223
213-430-3400

213-430-3409 (fax)
john.son@tuckerellis.com
  *Assigned: 04/01/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*


**Elan N Stone**
Lewis Brisbois Bisgaard and Smith
LLP
221 North Figueroa Street Suite 1200
Los Angeles, CA 90012          representing
213-250-1800
213-580-7942 (fax)
estone@lbbslaw.com
  *Assigned: 04/09/2013*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**The Goodyear Tire
and Rubber
Company**
*(Defendant)*


**Paul Christopher White, II**
DeHay and Elliston LLP
707 Wilshire Boulevard Suite 4300
Los Angeles, CA 90017          representing
213-271-2727
213-277-2730 (fax)
pwhite@dehay.com
  *Assigned: 04/09/2013*
  *ATTORNEY TO BE NOTICED*

**Pneumo-Abex LLC**
*(Defendant)*


**Lance Wilson**
Tucker Ellis West LLP          representing
135 Main Street Suite 700

**Jerguson Gage and
Valve Company**

San Francisco, CA 94105                              *(Defendant)*

415-617-2400

415-617-2409 (fax)

lance.wilson@tuckerellis.com

 *Assigned: 04/16/2013*

 *LEAD ATTORNEY*

 *ATTORNEY TO BE NOTICED*




CBS Corporation

c/o CSC Corporation Service Company

2710 Gateway Oaks Drive

#150N

Sacramento, CA 95833


Foster Wheeler Energy Corporation

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Georgia-Pacific LLC

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Honeywell International Inc.

c/o CSC Corporation Service Company

2710 Gateway Oaks Drive

#150N

Sacramento, CA 95833


Kelly-Moore Paint Company Inc.

Registered Agent of Process

987 Commercial Street

San Carlos, CA 94070


Luxaire Inc.

c/o The Prentice Hall Corporation System, Inc.

2710 Gateway Oaks Drive

Suite 150N

Sacramento, CA 95833

San Francisco, CA 94105                                        *(Defendant)*
415-617-2400
415-617-2409 (fax)
lance.wilson@tuckerellis.com
   *Assigned: 04/16/2013*
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*


I declare under penalty of perjury under the laws of the State of California

that the foregoing is true and correct.  Executed in Los Angeles, California.


Dated: May 6, 2013

Carrie Ardoin