## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2013, a copy of the foregoing document has been served via ECF upon all counsel of record in the Court's electronic filing system.

PRINDLE, AMARO, GOETZ,
HILLYARD, BARNES & REINHOLTZ LLP

_/s/ Arpi Galfayan_
ARPI GALFAYAN, ESQ.
Attorney for Defendant,
Ingersoll Rand Company