BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION <br><br> LAURIE DEUYOUR, et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> BF GOODRICH CO., et al., <br><br>  Defendants. | MDL DOCKET NO. 875 <br><br><br><br> C.D.-CA C.A. NO.: 2:13-cv-02333 |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT CARRIER CORPORATION**

TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:

Defendant Carrier Corporation hereby requests that the Notice of Appearance of Behalf of Defendant Carrier Corporation filed on May 8, 2013, **Doc. #9358**, be withdrawn as it was incorrectly filed.  The Notice of Appearance will be re-filed forthwith.

DATED: May 9, 2013                                        RESPECTFULLY SUBMITTED,

                                                By:  /s/ *John K. Son*_____

                                                John K. Son
                                                TUCKER ELLIS LLP
                                                515 South Flower Street
                                                42nd Floor
                                                Los Angeles, CA 90071
                                                Telephone: 213.430.3400
                                                Facsimile: 213.430.3409
                                                john.son@tuckerellis.com
                                                Attorneys for Defendant
                                                **CARRIER CORPORATION**

1
CARRIER CORPORATION'S NOTICE OF
WITHDRAWAL OF NOTICE OF APPEARANCE

011939.004787/894354

CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Tucker Ellis LLP, 135 Main Street, Suite 700, San Francisco, California 94105, in said County and State.

On May 9, 2013, I served the following document(s) entitled : **NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT CARRIER CORPORATION** as follows:

X   **VIA ELECTRONIC SERVICE** by causing such documents to be served on the interested parties to this action by submitting an electronic version of the documents via ECF website.

**BY MAIL:** By placing ( ) the original(s); (**X**) a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

☑   **(FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 9, 2013 at San Francisco, California.

*Anna Pasynnova*