# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __875__ & TITLE - IN RE: __Asbestos Products Liability Litigation (No. VI)__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Laurie Deuyour, et al. v. B.F. Goodrich Co., et al.  USDC - Central District; Case No.: 2:13-cv-02333

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Goodyear Tire & Rubber Co.__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Elan N. Stone                           Lewis Brisbois Bisgaard & Smith LLP
Signature of Attorney                        Name of Firm

221 N. Figueroa Street, Ste. 1200            Los Angeles, CA 90012
Address                                      City/State/Zip Code

Date May 8, 2013

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement.
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

## CERTIFICATE OF SERVICE

On May 9, 2013, I electronically filed the following document:

**CORPORATE DISCLOSURE STATEMENT [FILED BY THE GOODYEAR TIRE & RUBBER COMPANY]**

through the CM/ECF system, which will send a notice of electronic filing to the parties on the attached service list and I also caused the foregoing document and notice of electronic filing to be mailed to the same parties pursuant to the electronic case filing administrative policies and procedures of the United States Judicial Panel on Multidistrict Litigation.

Executed on May 9, 2013, at Los Angeles, California.

s/s Elan N. Stone
Elan N. Stone
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Tel: 213 250-1800
Fax: 213 580-7942
estone@lbbslaw.com
Attorney for Defendant The Goodyear Tire & Rubber Company

# SERVICE LIST

| | | |
|---|---|---|
| Patrick DeBlase<br>Eric Brown<br>Michael C. Eyerly<br>Stephen T. Blackburn<br>DEBLASE BROWN EYERLY LLP<br>680 So. Santa Fe Avenue<br>Los Angeles, CA 90021 | Tel: 310-575-9955<br>Fax: 310-575-9919<br><br>*Attorneys for Plaintiffs* | |
| **David M Glaspy**<br>Glaspy and Glaspy<br>One Walnut Creek Center<br>100 Pringle Avenue Suite 750<br>Walnut Creek, CA 94596-8104<br>925-947-1300<br>925-947-1594 (fax)<br>DGlaspy@Glaspy.com<br>*Assigned: 04/05/2013*<br>*ATTORNEY TO BE NOTICED* | representing | **BF Goodrich Company**<br>*(Defendant)* |
| **Nathan T Newman**<br>**Lance Wilson**<br>**Jenny-Anne S Flores**<br>**John K Son**<br>Tucker Ellis LLP<br>515 South Flower Street 42nd Floor<br>Los Angeles, CA 90071<br>213- 430-3400<br>213-430-3409 (fax)<br>jenny-anne.flores@tuckerellis.com<br>*Assigned: 04/01/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Carrier Corporation**<br>*(Defendant)*<br><br>**Jerguson Gage and Valve Company**<br>*(Defendant)* |
| **Katherine Paige Gardiner**<br>**Derek S Johnson**<br>Walsworth Franklin Bevins and McCall LLP<br>601 Montgomery Street 9th Floor<br>San Francisco, CA 94111-2612<br>415-781-7072<br>415-392-6258 (fax)<br>kgardiner@wfbm.com<br>*Assigned: 04/16/2013*<br>*ATTORNEY TO BE NOTICED* | representing | **General Electric Company**<br>*(Defendant)* |
| **Henry D Rome**<br>**Frederick W Gatt**<br>Howard Rome Martin and Ridley LLP | representing | **IMO Industries Inc**<br>*(Defendant)* |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-4004-9683.1

| | | |
|---|---|---|
| 1775 Woodside Road Suite 200<br>Redwood City, CA 94061-3436<br>650-365-7715<br>650-364-5297 (fax)<br>fgatt@hrmrlaw.com<br>*Assigned: 04/09/2013*<br>*ATTORNEY TO BE NOTICED* | | |
| **Carla Lynn Crochet**<br>**Arpi Galfayan**<br>**Jeremy David Milbrodt**<br>Prindle Amaro Goetz Hillyard Barnes and Reinholtz LLP<br>310 Golden Shore 4th Floor<br>Long Beach, CA 90802<br>562-436-3946<br>562-495-0564 (fax)<br>ccrochet@prindlelaw.com<br>*Assigned: 04/18/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Ingersoll-Rand Company**<br>*(Defendant)* |
| **Barry R Schirm**<br>Hawkins Parnell Thackston and Young LLP<br>445 South Figueroa Street Suite 3200<br>Los Angeles, CA 90071<br>213-486-8000<br>213-486-8080 (fax)<br>bschirm@hptylaw.com<br>*Assigned: 04/15/2013*<br>*ATTORNEY TO BE NOTICED* | representing | **Kelly-Moore Paint Company Inc**<br>*(Defendant)* |
| **Craig S Barnes**<br>**Steven D DI Saia**<br>**Robert Kum**<br>Sedgwick Detert Moran & Arnold<br>801 S Figueroa St, 19th Floor<br>Los Angeles, CA 90017<br>213-615-8001<br>craig.barnes@sedgwicklaw.com<br>*Assigned: 04/09/2013*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Parker Haniffin Corporation**<br>*(Defendant)* |
| **Lara M Kruska**<br>**Paul Christopher White, II**<br>**Kelvin Timothy Wyles**<br>DeHay and Elliston LLP<br>707 Wilshire Boulevard Suite 4300<br>Los Angeles, CA 90017 | representing | **Pneumo-Abex LLC**<br>*(Defendant)* |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4832-4004-9683.1

| | | |
|---|---|---|
| 213-271-2727<br>213-271-2730 (fax)<br>lkruska@dehay.com<br>Assigned: 04/16/2013<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | | |
| **Ross M Petty**<br>Nixon Peabody LLP<br>One Embarcadero Center Suite 1800<br>San Francisco, CA 94111<br>415-984-8200<br>866-452-6538 (fax)<br>rpetty@nixonpeabody.com<br>Assigned: 04/23/2013<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | representing | **Shell Oil Company**<br>*(Defendant)* |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-4004-9683.1