**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI | MDL No. 875 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANENE KUHNAU, individually and on Behalf of the Estate of QUENTIN KUHNAU, Decedent; DONALD KUHNAU; DIANA WILLIAMS; and DOES ONE through TEN, inclusive,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ALLIED PACKING & SUPPLY, INC., et al.,<br><br>            Defendants | Case No. 3:13-cv-01669<br><br>Alameda County Superior Court Case No. RG 12 630145 |

**NOTICE OF OPPOSITION TO**

**CONDITIONAL TRANSFER ORDER (CTO-552)**

Come now Plaintiffs and file this Notice o Opposition to the Conditional Transfer Order (CTO-552) entered by the Panel on May 3, 2013.

*Jeanene Kuhnau, individually and on Behalf of the Estate of Quentin Kuhnau, Decedent; Donald Kuhnau; and Diana Williams v. Allied Packing & Supply, Inc., et al.,* Docket Number 3:13-cv-01669, is currently pending in the United States District Court for the Northern District of California.  Plaintiffs in the above-captioned matter are represented by LEVIN SIMES LLP.  The above-captioned matter is listed on Conditional Transfer Order 552.  Pursuant to Panel Rule 7.1(c), the plaintiffs file this notice of opposition to appraise the Panel of their opposition to transfer.

Pursuant to Panel Rule 7.1(f), plaintiffs will file, within 14 days of the date of the filing of this notice, their motion to vacate the conditional transfer order and supporting brief.

- 2 -

Respectfully submitted,

**LEVIN SIMES LLP**

*/s/ Sean P. Worsey*
Sean P. Worsey
353 Sacramento Street, 20th Floor
San Francisco, CA 94111
Tel:   (415) 426-3000
Fax:   (415) 426-3001
Email:  sworsey@levinsimes.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this Notice of Opposition has been served via electronic filing on all counsel of record listed on the Court's website, as well by Regular U.S. Mail Service to the recipients listed on the attached service list on this 10th day of May, 2013.

*/s/ Sean P. Worsey*
Sean P. Worsey

# Jeanene Kuhnau, et al., vs. A.W. Chesterton Company, et al.,
## United States District Court for the Northern District of California,
## Docket No. 3:13-cv-01669
### SERVICE LIST

**ARMSTRONG & ASSOCIATES LLP** One Kaiser Plaza (Suite 625), Oakland, CA, 94612
   Phone: 510-433-1830; Fax: 510-433-1836
   CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK

**BASSI, EDLIN, HUIE & BLUM, LLP** 500 Washington Street, Suite 700, San Francisco, CA, 94111
   Phone: 415-397-9006; Fax: 415-397-1339
   J. T. THORPE & SON, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO J.T. THORPE NORTWHEST, INC.

**DEHAY & ELLISTON LLP** 1111 Broadway, Suite 1950, Oakland, CA, 94607
   Phone: 510-285-0750; Fax: 510-285-0740
   KAISER GYPSUM COMPANY, INC.

**FOLEY & MANSFIELD, PLLP (Oakland)** 300 Lakeside Drive, Suite 1900, Oakland, CA, 94612
   Phone: 510-590-9500; Fax: 510-590-9595
   AMERON INTERNATIONAL CORPORATION, Individually and as Successor-in-Interest to American Pipe & Construction Co.
   EMERSON ELECTRIC CO., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST AND PARENT ALTER EGO TO ASCO VALVE INC.
   ZURN INDUSTRIES, LLC, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ZURN INDUSTRIES, INC., ERIE CITY IRON WORKS AND KEYSTONE BOILER

**HAWKINS PARNELL THACKSTON & YOUNG LLP** Three Embarcadero Center (8th Floor), San Francisco, CA, 94111-4024
   Phone: 415-766-3200; Fax: 415-766-3250:
   KELLY-MOORE PAINT COMPANY, INC.

**IMAI TADLOCK KEENEY & CORDERY** 100 Bush Street (Suite 1300), San Francisco, CA, 94104
   Phone: 415-675-7000; Fax: 415-675-7008
   ALLIED PACKING & SUPPLY, INC.
   J.S. Guerin & Company

**JACKSON JENKINS RENSTROM LLP** 55 Francisco Street (6th Floor), San Francisco, CA, 94133
   Phone: Main:: 415-982-3600; Fax: Main:: 415-982-3700
   CLAYTON INDUSTRIES

**K&L GATES, LLP** Four Embarcadero Center, Ste. 1200, San Francisco, CA, 94111
   Phone: 415-882-8200; Fax: 415-882-8220
   CRANE CO., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CHAPMAN VALVE CO.
   CRANE CO., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST, PARENT ALTER EGO TO OR FKA PACIFIC BOILER

**LAW OFFICES OF PETER J. NOVA** P.O. Box 1328, Sonoma, CA, 95476
   Phone: 707-938-9610; Fax: 707-938-9612
   PARKER HANNIFIN CORPORATION INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY

**LOW BALL & LYNCH** 505 Montgomery St. (7th Floor), San Francisco, CA, 94111
    Phone: 415-981-6630; Fax: 415-982-1634
    ARMSTRONG INTERNATIONAL, INC.

**MORGAN LEWIS & BOCKIUS** Spear Street Tower (One Market Plaza), San Francisco, CA, 94105
    Phone: 415-442-1000; Fax: 415-442-1001
    GRINNELL LLC
    YARWAY CORPORATION

**MURRIN & ASSOCIATES** 3675 Mt Diablo Blvd # 230, Lafayette, CA, 94549
    Phone: 925-284-5770; Fax: 925-262-2111
    SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY

**PERKINS COIE LLP (SF)** Four Embarcadero Center (Suite 2400), San Francisco, CA, 94111
    Phone: 415-344-7000; Fax: 415-344-7288
    GEORGIA-PACIFIC CORPORATION

**POND NORTH (Los Angeles Office)** 350 South Grand Ave. (Suite 3300), Los Angeles, CA, 90071
    Phone: 213-617-6170; Fax: 213-623-3594
    FAMILIAN CORPORATION, DBA FAMILIAN PIPE & SUPPLY
    Familian Northwest, Inc., now known as Ferguson Enterprises, Inc.
    FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PEERLESS PUMP COMPANY

**POND NORTH (San Francisco Office)** 100 Spear Street (Suite 1200), San Francisco, CA, 94105
    Phone: 415-217-1240; Fax: 415-644-0578
    FAMILIAN CORPORATION, DBA FAMILIAN PIPE & SUPPLY
    Familian Northwest, Inc., now known as Ferguson Enterprises, Inc.
    FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PEERLESS PUMP COMPANY

**PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP (SF)** 1 California Street, Suite 1910, San Francisco, CA, 94111
    Phone: 415-788-8354; Fax: 415-788-3625
    ITT CORPORATION FKA ITT INDUSTRIES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BELL & GOSSETT
    TRANE U.S. INC., FKA AMERICAN STANDARD, INC., INDIVIDUALLY AND AS SUCCESSOR INTEREST TO KEWANEE BOILER CORPORATION

**SELMAN BREITMAN LLP (SF)** 33 New Montgomery, 6th Floor, San Francisco, CA, 94105
    Phone: 415-979-0400; Fax: 415-979-2099
    DOUGLASS INSULATION CO., INC.
    OAKFABCO, INC INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO AND/OR FKA AND/OR FDBA KEWANEE BOILER CORPORATION

**THOMPSON & KNIGHT LLP** 650 California Street, Fifth Floor, San Francisco, CA, 94108
    Phone: 415-433-3900; Fax: 415-433-3950
    HONEYWELL INTERNATIONAL, INC. FKA ALLIED SIGNAL INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION

**TUCKER ELLIS & WEST LLP (SF)** 135 Main St., Suite 700, San Francisco, CA, 94105
    Phone: 415-617-2400; Fax: 415-617-2409
    CARRIER CORPORATION

**TUCKER ELLIS & WEST, LLP (LA)** 515 South Flower Street (Forty Second Floor), Los Angeles, CA, 90071-2223
    Phone: 213-430-3400; Fax: 213-430-3409
    CARRIER CORPORATION

**TUCKER, COLLIER, PAGANO, AUBERT, LLP** 633 West Fifth Street, 60th Floor, Los Angeles, CA, 90071
    Phone: 213-873-2100; Fax: 213-873-2125
    THERMAL CERAMICS, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO INTERNATIONAL VERMICULITE

**WALSWORTH FRANKLIN BEVINS & MCCALL, LLP** 601 Montgomery Street, 9th Floor, San Francisco, CA, 94111
    Phone: 415-781-7072; Fax: 415-391-6258
    GENERAL ELECTRIC COMPANY

**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP** 525 Market St., 17th Floor, San Francisco, CA, 94105
    Phone: 415-433-0990; Fax: 415-434-1370
    ASBESTOS CORPORATION, LTD.
    BURNHAM CORPORATION

**AGENTS FOR SERVICE OF PROCESS (US MAIL ONLY)**
**Agents:   Please Provide plaintiffs with counsel information**

**BURNHAM CORPORATION**
    THE CORPORATION TRUST COMPANY (DE)
    1209 Orange Street, Wilmington, DE, 19801

**FERGUSON ENTERPRISES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FAMILIAN CORPORATION FKA FAMILIAN PIPE & SUPPLY CO., INC.**
    CSC Lawyers Incorporating Service (SAC)
    2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA, 95833
    Phone: 800-222-2122; Fax: 916-563-2121

**GRINNELL LLC**
    CT Corporation System (Plantation-FL)
    1200 South Pine Island Road, Plantation, FL, 33324

**PEERLESS PACIFIC COMPANY OF OREGON**
    Warren, John
    5 Centerpiece Drive (Suite 240), Lake Oswego, OR, 97035