# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Laurie Deuyour, et al. v. BF Goodrich Co., et al.; C.D.Cal.; CAC/No. 2:13-cv-02333

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Carrier Corporation , (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

[✓] This party's parent corporation(s) are listed below:

United Technologies Corporation

[✓] The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

United Technologies Corporation

**OR**

[ ] This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_____          Tucker Ellis LLP
Signature of Attorney              Name of Firm

515 South Flower Street, 42nd Floor    Los Angeles, CA 90071
Address                                 City/State/Zip Code

Date May 8, 2013

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Tucker Ellis LLP, 135 Main Street, Suite 700, San Francisco, California 94105, in said County and State.

On May 10, 2013, I served the following document(s) entitled **CORPORATE DISCLOSURE STATEMENT** as follows:

X   **VIA ELECTRONIC SERVICE** by causing such documents to be served on the interested parties to this action by submitting an electronic version of the documents via ECF website.

X   **BY MAIL:** By placing ( ) the original(s); (**X**) a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

**See Service List**

☑   **(FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 10, 2013 at San Francisco, California.

*Anna Pasymova*

1

## SERVICE LIST

CBS Corporation

c/o CSC Corporation Service Company

2710 Gateway Oaks Drive

#150N

Sacramento, CA 95833


Foster Wheeler Energy Corporation

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Georgia-Pacific LLC

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Honeywell International Inc.

c/o CSC Corporation Service Company

2710 Gateway Oaks Drive

#150N

Sacramento, CA 95833


Kelly-Moore Paint Company Inc.

Registered Agent of Process

987 Commercial Street

San Carlos, CA 94070

Luxaire Inc.

c/o The Prentice Hall Corporation System, Inc.

2710 Gateway Oaks Drive

Suite 150N

Sacramento, CA 95833


Shell Oil Company

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Union Carbide Corporation

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Yorke-Luxaire Inc.

c/o The Prentice Hall Corporation System, Inc.

2710 Gateway Oaks Drive

Suite 150N

Sacramento, CA 95833