## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2013, a copy of the foregoing document has been served via ECF upon all counsel of record in the Court's electronic filing system.

PRINDLE, AMARO, GOETZ,
HILLYARD, BARNES & REINHOLTZ LLP

_____
ARPI GALFAYAN, ESQ.
Attorney for Defendant,
Ingersoll Rand Company

**PROOF OF SERVICE**
*Laurie Deuyour,. et al. v. BF Goodrich Company, et al.*
Case No. 2:13-cv-02333

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to this action. My business address is 310 Golden Shore, Fourth Floor, Long Beach, California 90802.

On May 10, 2013, I served the foregoing document described as **NOTICE OF APPEARANCE** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

SEE ATTACHED SERVICE LIST

☒ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Long Beach, California.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By Personal Service)** I caused to be delivered by hand by _____ to the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Overnight Courier)** I served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 10, 2013, at Long Beach, California.

KERI CORONA

**SERVICE LIST**

CBS Corporation
c/o CSC Corporation Service Company
2710 Gateway Oaks Drive
#150N
Sacramento, CA 95833

Foster Wheeler Energy Corporation
c/o CT Corporation
818 W Seventh Street
Los Angeles, CA 90017

Georgia-Pacific LLC
c/o CT Corporation
818 W Seventh Street
Los Angeles, CA 90017

Honeywell International Inc.
c/o CSC Corporation Service Company
2710 Gateway Oaks Drive
#150N
Sacramento, CA 95833

Kelly-Moore Paint Company Inc.
Registered Agent of Process
987 Commercial Street
San Carlos, CA 94070

Luxaire Inc.
c/o The Prentice Hall Corporation System, Inc.
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833

Shell Oil Company
c/o CT Corporation
818 W Seventh Street
Los Angeles, CA 90017

Union Carbide Corporation
c/o CT Corporation
818 W Seventh Street
Los Angeles, CA 90017

Yorke-Luxaire Inc.
c/o The Prentice Hall Corporation System, Inc.
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833