## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875         In Re:  Asbestos Products Liability Litigation (No. VI)

*Laurie Deuyour, et al. v. B.F. Goodrich Co., et al.*
USDC – Central District Case No. 2:13-cv-02333

### AMENDED PROOF OF SERVICE

On May 9, 2013, I electronically filed a **CORPORATE DISCLOSURE STATEMENT** on behalf of Defendant The Goodyear Tire & Rubber Company through the CM/ECF system on the following parties:

| | |
|---|---|
| Patrick DeBlase<br>Eric Brown<br>Michael C. Eyerly<br>Stephen T. Blackburn<br>DEBLASE BROWN EYERLY LLP<br>680 So. Santa Fe Avenue<br>Los Angeles, CA  90021 | Tel:  310-575-9955<br>Fax:  310-575-9919<br><br>*Attorneys for Plaintiffs* |
| **David M Glaspy**<br>Glaspy and Glaspy<br>One Walnut Creek Center<br>100 Pringle Avenue Suite 750<br>Walnut Creek, CA 94596-8104 | 925-947-1300<br>925-947-1594 (fax)<br><br>**BF Goodrich Company**<br>*(Defendant)* |
| **Nathan T Newman**<br>**Lance Wilson**<br>**Jenny-Anne S Flores**<br>**John K Son**<br>Tucker Ellis LLP<br>515 South Flower Street 42nd Floor<br>Los Angeles, CA 90071 | 213- 430-3400<br>213-430-3409 (fax)<br>**Carrier Corporation**<br>*(Defendant)*<br>**Jerguson Gage and Valve Company**<br>*(Defendant)* |
| **Katherine Paige Gardiner**<br>**Derek S Johnson**<br>Walsworth Franklin Bevins and McCall LLP<br>601 Montgomery Street 9th Floor<br>San Francisco, CA 94111-2612 | 415-781-7072<br>415-392-6258 (fax)<br>**General Electric Company**<br>*(Defendant)* |
| **Henry D Rome**<br>Howard Rome Martin and Ridley LLP<br>1775 Woodside Road Suite 200<br>Redwood City, CA 94061-3436 | 650-365-7715<br>650-364-5297 (fax)<br>**IMO Industries Inc.**<br>*(Defendant)* |

| | |
|---|---|
| **Carla Lynn Crochet**<br>**Arpi Galfayan**<br>**Jeremy David Milbrodt**<br>Prindle Amaro Goetz Hillyard Barnes and Reinholtz LLP<br>310 Golden Shore 4th Floor<br>Long Beach, CA 90802 | 562-436-3946<br>562-495-0564 (fax)<br>**Ingersoll-Rand Company**<br>*(Defendant)* |
| **Barry R Schirm**<br>Hawkins Parnell Thackston and Young LLP<br>445 South Figueroa Street Suite 3200<br>Los Angeles, CA 90071 | 213-486-8000<br>213-486-8080 (fax)<br>**Kelly-Moore Paint Company Inc.**<br>*(Defendant)* |
| **Craig S Barnes**<br>**Steven D DI Saia**<br>**Robert Kum**<br>Sedgwick Detert Moran & Arnold<br>801 S Figueroa St, 19th Floor<br>Los Angeles, CA 90017 | 213-615-8001<br>**Parker Haniffin Corporation**<br>*(Defendant)* |
| **Lara M Kruska**<br>**Paul Christopher White, II**<br>**Kelvin Timothy Wyles**<br>DeHay and Elliston LLP<br>707 Wilshire Boulevard Suite 4300<br>Los Angeles, CA 90017 | 213-271-2727<br>213-271-2730 (fax)<br><br>**Pneumo-Abex LLC**<br>*(Defendant)* |
| **Ross M Petty**<br>Nixon Peabody LLP<br>One Embarcadero Center Suite 1800<br>San Francisco, CA 94111 | 415-984-8200<br>866-452-6538 (fax)<br>**Shell Oil Company**<br>*(Defendant)* |

On May 14, 2013, I served by mail Defendant Goodyear Tire & Rubber Company's **CORPORATE DISCLOSURE STATEMENT** on the following parties:

| | |
|---|---|
| CBS Corporation<br>c/o CSC Corporation Service Company<br>2710 Gateway Oaks Drive, #150N<br>Sacramento, CA 95833 | CBS Corporation |
| Foster Wheeler Energy Corporation<br>c/o CT Corporation<br>818 W Seventh Street<br>Los Angeles, CA 90017 | Foster Wheeler Energy Corporation |

| | |
|---|---|
| Honeywell International Inc.<br>c/o CSC Corporation Service Company<br>2710 Gateway Oaks Drive, #150N<br>Sacramento, CA 95833 | Honeywell International Inc. |
| Luxaire Inc.<br>c/o The Prentice Hall Corporation System, Inc.<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA 95833 | Luxaire Inc. |
| Union Carbide Corporation<br>c/o CT Corporation<br>818 W Seventh Street<br>Los Angeles, CA 90017 | Union Carbide Corporation |
| Yorke-Luxaire Inc.<br>c/o The Prentice Hall Corporation System, Inc.<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA 95833 | Attorneys for Yorke-Luxaire Inc. |
| Georgia-Pacific LLC<br>c/o CT Corporation<br>818 W Seventh Street<br>Los Angeles, CA 90017 | Attorneys for Georgia-Pacific LLC |

Executed on May 14, 2013, at Los Angeles, California.

<u>s/s Elan N. Stone</u>
Elan N. Stone
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Tel: 213 250-1800
Fax: 213 580-7942
estone@lbbslaw.com
Attorney for Defendant The Goodyear Tire & Rubber Company

## CERTIFICATE OF SERVICE

On May 14. 2013, I electronically filed the following document:

**AMENDED PROOF OF SERVICE**

through the CM/ECF system, which will send a notice of electronic filing to the parties on the attached service list and I also caused the foregoing document and notice of electronic filing to be mailed to the same parties pursuant to the electronic case filing administrative policies and procedures of the United States Judicial Panel on Multidistrict Litigation.

Executed on May 14, 2013, at Los Angeles, California.

s/s Elan N. Stone
Elan N. Stone
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA  90012
Tel: 213 250-1800
Fax: 213 580-7942
estone@lbbslaw.com
Attorney for Defendant The Goodyear Tire & Rubber Company

SERVICE LIST
Daniel Deuyour v. BF Goodrich – File No. 28319-205
CASE NO. 2:13-cv-02333-BRO (AJWx) – MDL No. 875

| | |
|---|---|
| Patrick DeBlase<br>Eric Brown<br>Michael C. Eyerly<br>Stephen T. Blackburn<br>**DEBLASE BROWN EYERLY LLP**<br>680 So. Santa Fe Avenue<br>Los Angeles, CA 90021 | Tel: 310-575-9955<br>Fax: 310-575-9919<br><br>*Attorneys for Plaintiffs* |
| **DeHay and Elliston LLP**<br>Lara M Kruska<br>Paul Christopher White, II<br>Kelvin Timothy Wyles<br>707 Wilshire Boulevard Suite 4300<br>Los Angeles, CA 90017 | 213-271-2727<br>213-271-2730 (fax)<br>lkruska@dehay.com<br><br>*Attorneys for Pneumo-Abex LLC* |
| **Glaspy and Glaspy**<br>David M Glaspy<br>One Walnut Creek Center<br>100 Pringle Avenue Suite 750<br>Walnut Creek, CA 94596-8104 | 925-947-1300<br>925-947-1594 (fax)<br>DGlaspy@Glaspy.com<br><br>*Attorneys for BF Goodrich Company* |
| **Hawkins Parnell Thackston and Young LLP**<br>Barry R Schirm<br>445 South Figueroa Street Suite 3200<br>Los Angeles, CA 90071 | 213-486-8000<br>213-486-8080 (fax)<br>bschirm@hptylaw.com<br><br>*Attorneys for Kelly-Moore Paint Company Inc.* |
| **Howard Rome Martin and Ridley LLP**<br>Henry D Rome<br>Frederick W Gatt<br>1775 Woodside Road Suite 200<br>Redwood City, CA 94061-3436 | 650-365-7715<br>650-364-5297 (fax)<br>fgatt@hrmrlaw.com<br><br>*Attorneys for IMO Industries Inc.* |
| **Nixon Peabody LLP**<br>Ross M Petty<br>One Embarcadero Center Suite 1800<br>San Francisco, CA 94111 | 415-984-8200<br>866-452-6538 (fax)<br>rpetty@nixonpeabody.com<br><br>*Attorneys for Shell Oil Company* |

| | |
|---|---|
| **Prindle Amaro Goetz Hillyard Barnes and Reinholtz LLP**<br>Carla Lynn Crochet<br>Arpi Galfayan<br>Jeremy David Milbrodt 310 Golden Shore 4th Floor<br>Long Beach, CA 90802 | 562-436-3946<br>562-495-0564 (fax)<br>ccrochet@prindlelaw.com<br><br>*Attorneys for Ingersoll-Rand Company* |
| **Sedgwick Detert Moran & Arnold**<br>Craig S Barnes<br>Steven D DI Saia<br>Robert Kum<br>801 S Figueroa St, 19th Floor<br>Los Angeles, CA 90017 | 213-615-8001<br>craig.barnes@sedgwicklaw.com<br>Assigned: 04/09/2013<br><br>*Attorneys for Parker Haniffin Corporation* |
| **Tucker Ellis LLP**<br>Nathan T Newman<br>Lance Wilson<br>Jenny-Anne S Flores<br>John K Son<br>515 South Flower Street 42nd Floor<br>Los Angeles, CA 90071 | 213- 430-3400<br>213-430-3409 (fax)<br>jenny-anne.flores@tuckerellis.com<br><br>*Attorneys for Carrier Corporation; Jerguson Gage and Valve Company* |
| **Walsworth Franklin Bevins and McCall LLP**<br>Katherine Paige Gardiner<br>Derek S Johnson<br>601 Montgomery Street 9th Floor<br>San Francisco, CA 94111-2612 | 415-781-7072<br>415-392-6258 (fax)<br>kgardiner@wfbm.com<br><br>*Attorneys for General Electric Company* |
| CBS Corporation<br>c/o CSC Corporation Service Company<br>2710 Gateway Oaks Drive<br>#150N<br>Sacramento, CA 95833 | CBS Corporation |
| Foster Wheeler Energy Corporation<br>c/o CT Corporation<br>818 W Seventh Street<br>Los Angeles, CA 90017 | Foster Wheeler Energy Corporation |

| | |
|---|---|
| Honeywell International Inc.<br>c/o CSC Corporation Service Company<br>2710 Gateway Oaks Drive<br>#150N<br>Sacramento, CA 95833 | Honeywell International Inc. |
| Luxaire Inc.<br>c/o The Prentice Hall Corporation System, Inc.<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA 95833 | Luxaire Inc. |
| Union Carbide Corporation<br>c/o CT Corporation<br>818 W Seventh Street<br>Los Angeles, CA 90017 | Union Carbide Corporation |
| Yorke-Luxaire Inc.<br>c/o The Prentice Hall Corporation System, Inc.<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA 95833 | Attorneys for Yorke-Luxaire Inc. |
| Georgia-Pacific LLC<br>c/o CT Corporation<br>818 W Seventh Street<br>Los Angeles, CA 90017 | Attorneys for Georgia-Pacific LLC |