# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendant THE GOODYEAR TIRE & RUBBER COMPANY

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Laurie Deuyour, et al. v. B.F. Goodrich Co., et al.  USDC - Central District; Case No.: 2:13-cv-02333

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| May 8, 2013 | /s/ Elan N. Stone (CA SBN: 243394) |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Elan N. Stone, Lewis Brisbois Bisgaard & Smith LLP, 221 N. Figueroa Street, Ste. 1200, Los Angeles, CA 90012

Telephone No.: 213-250-1800       Fax No.: 213-580-7942

Email Address: estone@lbbslaw.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**CERTIFICATE OF SERVICE**

On May 14. 2013, I electronically filed the following document:

**NOTICE OF APPEARANCE [FILED BY THE GOODYEAR TIRE & RUBBER COMPANY]**

through the CM/ECF system, which will send a notice of electronic filing to the parties on the attached service list and I also caused the foregoing document and notice of electronic filing to be mailed to the same parties pursuant to the electronic case filing administrative policies and procedures of the United States Judicial Panel on Multidistrict Litigation.

Executed on May 14, 2013, at Los Angeles, California.

s/s **Elan N. Stone**
Elan N. Stone
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA  90012
Tel: 213 250-1800
Fax: 213 580-7942
estone@lbbslaw.com
Attorney for Defendant The Goodyear Tire &
Rubber Company

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-4004-9683.1

1

## SERVICE LIST

2

**Daniel Deuyour v. BF Goodrich – File No. 28319-205**
**CASE NO.  2:13-cv-02333-BRO (AJWx) – MDL No. 875**

3

| | |
|---|---|
| 4 | Patrick DeBlase<br>Eric Brown<br>Michael C. Eyerly<br>Stephen T. Blackburn<br>**DEBLASE BROWN EYERLY LLP**<br>680 So. Santa Fe Avenue<br>Los Angeles, CA  90021 | Tel:  310-575-9955<br>Fax:  310-575-9919<br><br>*Attorneys for Plaintiffs* |

4
5
6
7

| | |
|---|---|
| 8 | **DeHay and Elliston LLP**<br>Lara M Kruska<br>Paul Christopher White, II<br>Kelvin Timothy Wyles<br>707 Wilshire Boulevard Suite 4300<br>Los Angeles, CA 90017 | 213-271-2727<br>213-271-2730 (fax)<br>lkruska@dehay.com<br><br>*Attorneys for Pneumo-Abex LLC* |

8
9
10
11

| | |
|---|---|
| 12 | **Glaspy and Glaspy**<br>David M Glaspy<br>One Walnut Creek Center<br>100 Pringle Avenue Suite 750<br>Walnut Creek, CA 94596-8104 | 925-947-1300<br>925-947-1594 (fax)<br>DGlaspy@Glaspy.com<br><br>*Attorneys for BF Goodrich Company* |

12
13
14

| | |
|---|---|
| 15 | **Hawkins Parnell Thackston and Young LLP**<br>Barry R Schirm<br>445 South Figueroa Street Suite 3200<br>Los Angeles, CA 90071 | 213-486-8000<br>213-486-8080 (fax)<br>bschirm@hptylaw.com<br><br>*Attorneys for Kelly-Moore Paint Company Inc.* |

15
16
17

| | |
|---|---|
| 18 | **Howard Rome Martin and Ridley LLP**<br>Henry D Rome<br>Frederick W Gatt<br>1775 Woodside Road Suite 200<br>Redwood City, CA 94061-3436 | 650-365-7715<br>650-364-5297 (fax)<br>fgatt@hrmrlaw.com<br><br>*Attorneys for IMO Industries Inc.* |

18
19
20
21

| | |
|---|---|
| 22 | **Nixon Peabody LLP**<br>Ross M Petty<br>One Embarcadero Center Suite 1800<br>San Francisco, CA 94111 | 415-984-8200<br>866-452-6538 (fax)<br>rpetty@nixonpeabody.com<br><br>*Attorneys for Shell Oil Company* |

22
23
24

25
26
27
28

4832-4004-9683.1

| | | |
|---|---|---|
| 1 | **Prindle Amaro Goetz Hillyard Barnes and Reinholtz LLP** | 562-436-3946 |
| 2 | Carla Lynn Crochet | 562-495-0564 (fax) |
| | Arpi Galfayan | ccrochet@prindlelaw.com |
| 3 | Jeremy David Milbrodt 310 Golden Shore 4th Floor | |
| 4 | Long Beach, CA 90802 | *Attorneys for Ingersoll-Rand Company* |
| 5 | | |
| 6 | **Sedgwick Detert Moran & Arnold** | 213-615-8001 |
| | Craig S Barnes | craig.barnes@sedgwicklaw.com |
| | Steven D DI Saia | Assigned: 04/09/2013 |
| 7 | Robert Kum | |
| | 801 S Figueroa St, 19th Floor | *Attorneys for Parker Haniffin Corporation* |
| 8 | Los Angeles, CA 90017 | |
| 9 | | |
| 10 | **Tucker Ellis LLP** | 213- 430-3400 |
| | Nathan T Newman | 213-430-3409 (fax) |
| | Lance Wilson | jenny-anne.flores@tuckerellis.com |
| 11 | Jenny-Anne S Flores | |
| | John K Son | *Attorneys for Carrier Corporation; Jerguson* |
| 12 | 515 South Flower Street 42nd Floor | *Gage and Valve Company* |
| | Los Angeles, CA 90071 | |
| 13 | | |
| 14 | **Walsworth Franklin Bevins and McCall LLP** | 415-781-7072 |
| | Katherine Paige Gardiner | 415-392-6258 (fax) |
| 15 | Derek S Johnson | kgardiner@wfbm.com |
| | 601 Montgomery Street 9th Floor | |
| 16 | San Francisco, CA 94111-2612 | *Attorneys for General Electric Company* |
| 17 | | |
| 18 | CBS Corporation | CBS Corporation |
| | c/o CSC Corporation Service Company | |
| 19 | 2710 Gateway Oaks Drive | |
| | #150N | |
| 20 | Sacramento,  CA 95833 | |
| 21 | Foster Wheeler Energy Corporation | Foster Wheeler Energy Corporation |
| 22 | c/o CT Corporation | |
| | 818 W Seventh Street | |
| 23 | Los Angeles,  CA 90017 | |
| 24 | Honeywell International Inc. | Honeywell International Inc. |
| 25 | c/o CSC Corporation Service Company | |
| | 2710 Gateway Oaks Drive | |
| 26 | #150N | |
| | Sacramento,  CA 95833 | |
| 27 | | |
| 28 | | |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-4004-9683.1

| | |
|---|---|
| Luxaire Inc.<br>c/o The Prentice Hall Corporation System, Inc.<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA 95833 | Luxaire Inc. |
| Union Carbide Corporation<br>c/o CT Corporation<br>818 W Seventh Street<br>Los Angeles, CA 90017 | Union Carbide Corporation |
| Yorke-Luxaire Inc.<br>c/o The Prentice Hall Corporation System, Inc.<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA 95833 | Attorneys for Yorke-Luxaire Inc. |
| Georgia-Pacific LLC<br>c/o CT Corporation<br>818 W Seventh Street<br>Los Angeles, CA 90017 | Attorneys for Georgia-Pacific LLC |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-4004-9683.1