**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. _____ & TITLE - IN RE: _____

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____
Date                                                            Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Telephone No.: _____     Fax No.: _____

Email Address: _____

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

## CERTIFICATE OF SERVICE

On May 15. 2013, I electronically filed the following document:

**NOTICE OF APPEARANCE [FILED BY SHELL OIL COMPANY]**

through the CM/ECF system, which will send a notice of electronic filing to the parties on the attached service list and I also caused the foregoing document and notice of electronic filing to be mailed to the same parties pursuant to the electronic case filing administrative policies and procedures of the United States Judicial Panel on Multidistrict Litigation.

Executed on May 15, 2013, at San Francisco, California.

_s/s Shady E. Joulani_
Shady E. Joulani
sjoulani@nixonpeabody.com
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA  94111
Tel:  415-984-8200
Fax:  415-984-8300
*Attorneys for Defendant Shell Oil Company*

<u>SERVICE LIST</u>
<u>Daniel Deuyour v. BF Goodrich, et al.</u>
Central District of CA Case No. 2:13-cv-02333-BRO (AJWx) – MDL No. 875

| | |
|---|---|
| Patrick DeBlase<br>Eric Brown<br>Michael C. Eyerly<br>Stephen T. Blackburn<br>DEBLASE BROWN EYERLY LLP<br>680 So. Santa Fe Avenue<br>Los Angeles, CA 90021 | Tel: 310-575-9955<br>Fax: 310-575-9919<br>*Attorneys for Plaintiffs* |
| DeHay and Elliston LLP<br>Lara M Kruska<br>Paul Christopher White, II<br>Kelvin Timothy Wyles<br>707 Wilshire Boulevard Suite 4300<br>Los Angeles, CA 90017 | 213-271-2727<br>213-271-2730 (fax)<br>lkruska@dehay.corn<br>*Attorneys for Pneumo-Abex LLC* |
| Glaspy and Glaspy<br>David M Glaspy<br>One Walnut Creek Center<br>100 Pringle Avenue Suite 750<br>Walnut Creek, CA 94596-8104 | 925-947-1300<br>925-947-1594 (fax)<br>DGlaspy@Glaspy.com<br>*Attorneys for BF Goodrich Company* |
| Hawkins Parnell Thackston and Young LLP<br>Barry R Schirm<br>445 South Figueroa Street Suite 3200<br>Los Angeles, CA 90071 | 213-486-8000<br>213-486-8080 (fax)<br>bschirm@hptylaw.com<br>*Attorneys for Kelly-Moore Paint Company Inc.* |
| Howard Rome Martin and Ridley LLP<br>Henry D Rome<br>Frederick W Gatt<br>1775 Woodside Road Suite 200<br>Redwood City, CA 94061-3436 | 650-365-7715<br>650-364-5297 (fax)<br>fgatt@hrmrlaw.com<br>*Attorneys for IMO Industries Inc.* |

SERVICE LIST
Daniel Deuyour v. BF Goodrich, et al.
Central District of CA Case No. 2:13-cv-02333-BRO (AJWx) – MDL No. 875

| | |
|---|---|
| Prindle Amaro Goetz Hillyard Barnes and Reinholtz LLP<br>Carla Lynn Crochet<br>Arpi Galfayan<br>Jeremy David Milbrodt<br>310 Golden Shore 4th Floor<br>Long Beach, CA 90802 | 562-436-3946<br>562-495-0564 (fax)<br>ccrochet@prindlelaw.com<br>*Attorneys for Ingersoll-Rand Company* |
| Sedgwick Detert Moran & Arnold<br>Craig S Barnes<br>Steven D DI Saia<br>Robert Kum<br>801 S Figueroa St, 19th Floor<br>Los Angeles, CA 90017 | 213-615-8001<br>craig.barnes@sedgwicklaw.com<br>Assigned: 04/09/2013<br>*Attorneys for Parker Haniffin Corporation* |
| Tucker Ellis LLP<br>Nathan T Newman<br>Lance Wilson<br>Jenny-Anne S Flores<br>John K Son<br>515 South Flower Street 42nd Floor<br>Los Angeles, CA 90071 | 213- 430-3400<br>213-430-3409 (fax)<br>jenny-anne.flores@tuckerellis.com<br>*Attorneys for Carrier Corporation; Jerguson Gage and Valve Company* |
| Walsworth Franklin Bevins and McCall LLP<br>Katherine Paige Gardiner<br>Derek S Johnson<br>601 Montgomery Street 9th Floor<br>San Francisco, CA 94111-2612 | 415-781-7072<br>415-392-6258 (fax)<br>kgardiner@wfbm.com<br>*Attorneys for General Electric Company* |
| CBS Corporation<br>c/o CSC Corporation Service Company<br>2710 Gateway Oaks Drive, #150N<br>Sacramento, CA 95833 | CBS Corporation |

SERVICE LIST
Daniel Deuyour v. BF Goodrich, et al.
Central District of CA Case No. 2:13-cv-02333-BRO (AJWx) – MDL No. 875

| | |
|---|---|
| Foster Wheeler Energy Corporation<br>c/o CT Corporation<br>818 W Seventh Street<br>Los Angeles, CA 90017 | Foster Wheeler Energy Corporation |
| Honeywell International Inc.<br>c/o CSC Corporation Service Company<br>2710 Gateway Oaks Drive, #150N<br>Sacramento, CA 95833 | Honeywell International Inc. |
| Luxaire Inc.<br>c/o The Prentice Hall Corporation System, Inc.<br>2710 Gateway Oaks Drive, Suite150N<br>Sacramento, CA 95833 | Luxaire Inc. |
| Union Carbide Corporation<br>c/o CT Corporation<br>818 W Seventh Street<br>Los Angeles, CA 90017 | Union Carbide Corporation |
| Yorke-Luxaire Inc.<br>c/o The Prentice Hall Corporation System, Inc.<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, CA  95833 | *Attorneys for Yorke-Luxaire Inc.* |

<u>SERVICE LIST</u>
<u>Daniel Deuyour v. BF Goodrich, et al.</u>
Central District of CA Case No. 2:13-cv-02333-BRO (AJWx) – MDL No. 875

| | |
|---|---|
| Georgia-Pacific LLC<br>c/o CT Corporation<br>818 W. Seventh Street<br>Los Angeles, CA  90017 | *Attorneys for Georgia-Pacific LLC* |
| Lewis Brisbois Bisgaard & Smith LLP<br>Elan N. Stone<br>221 North Figueroa Street, Suite 1200<br>Los Angeles, CA  90012 | Tel:  213-250-1800<br>Fax:  213-580-7942<br>estone@lbbslaw.com<br>*Attorneys for Defendant The Goodyear Tire & Rubber Company* |