# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____ & TITLE - IN RE: _____

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

This party's parent corporation(s) are listed below:

The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_____        _____
   Signature of Attorney                                                          Name of Firm

_____        _____
   Address                                                                        City/State/Zip Code

Date _____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

# **CERTIFICATE OF SERVICE**

On May 15. 2013, I electronically filed the following document:

**CORPORATE DISCLOSURE STATEMENT [FILED BY SHELL OIL COMPANY]**

through the CM/ECF system, which will send a notice of electronic filing to the parties on the attached service list and I also caused the foregoing document and notice of electronic filing to be mailed to the same parties pursuant to the electronic case filing administrative policies and procedures of the United States Judicial Panel on Multidistrict Litigation.

Executed on May 15, 2013, at San Francisco, California.

> *s/s Shady E. Joulani*
> Shady E. Joulani
> sjoulani@nixonpeabody.com
> Nixon Peabody LLP
> One Embarcadero Center, 18th Floor
> San Francisco, CA  94111
> Tel:  415-984-8200
> Fax:  415-984-8300
> *Attorneys for Defendant Shell Oil Company*

SERVICE LIST
Daniel Deuyour v. BF Goodrich, et al.
Central District of CA Case No. 2:13-cv-02333-BRO (AJWx) – MDL No. 875

Patrick DeBlase                                  Tel: 310-575-9955
Eric Brown                                       Fax: 310-575-9919
Michael C. Eyerly                                *Attorneys for Plaintiffs*
Stephen T. Blackburn
DEBLASE BROWN EYERLY LLP
680 So. Santa Fe Avenue
Los Angeles, CA 90021

DeHay and Elliston LLP                           213-271-2727
Lara M Kruska                                    213-271-2730 (fax)
Paul Christopher White, II                       lkruska@dehay.corn
Kelvin Timothy Wyles                             *Attorneys for Pneumo-Abex LLC*
707 Wilshire Boulevard Suite 4300
Los Angeles, CA 90017

Glaspy and Glaspy                                925-947-1300
David M Glaspy                                   925-947-1594 (fax)
One Walnut Creek Center                          DGlaspy@Glaspy.com
100 Pringle Avenue Suite 750                     *Attorneys for BF Goodrich Company*
Walnut Creek, CA 94596-8104

Hawkins Parnell Thackston and Young LLP          213-486-8000
Barry R Schirm                                   213-486-8080 (fax)
445 South Figueroa Street Suite 3200             bschirm@hptylaw.com
Los Angeles, CA 90071                            *Attorneys for Kelly-Moore Paint Company Inc.*


Howard Rome Martin and Ridley LLP                650-365-7715
Henry D Rome                                     650-364-5297 (fax)
Frederick W Gatt                                 fgatt@hrmrlaw.com
1775 Woodside Road Suite 200                     *Attorneys for IMO Industries Inc.*
Redwood City, CA 94061-3436

SERVICE LIST
Daniel Deuyour v. BF Goodrich, et al.
Central District of CA Case No. 2:13-cv-02333-BRO (AJWx) – MDL No. 875

| | |
|---|---|
| Prindle Amaro Goetz Hillyard Barnes and Reinholtz LLP<br>Carla Lynn Crochet<br>Arpi Galfayan<br>Jeremy David Milbrodt<br>310 Golden Shore 4th Floor<br>Long Beach, CA 90802 | 562-436-3946<br>562-495-0564 (fax)<br>ccrochet@prindlelaw.com<br>*Attorneys for Ingersoll-Rand Company* |
| Sedgwick Detert Moran & Arnold<br>Craig S Barnes<br>Steven D DI Saia<br>Robert Kum<br>801 S Figueroa St, 19th Floor<br>Los Angeles, CA 90017 | 213-615-8001<br>craig.barnes@sedgwicklaw.com<br>Assigned: 04/09/2013<br>*Attorneys for Parker Haniffin Corporation* |
| Tucker Ellis LLP<br>Nathan T Newman<br>Lance Wilson<br>Jenny-Anne S Flores<br>John K Son<br>515 South Flower Street 42nd Floor<br>Los Angeles, CA 90071 | 213- 430-3400<br>213-430-3409 (fax)<br>jenny-anne.flores@tuckerellis.com<br>*Attorneys for Carrier Corporation; Jerguson Gage and Valve Company* |
| Walsworth Franklin Bevins and McCall LLP<br>Katherine Paige Gardiner<br>Derek S Johnson<br>601 Montgomery Street 9th Floor<br>San Francisco, CA 94111-2612 | 415-781-7072<br>415-392-6258 (fax)<br>kgardiner@wfbm.com<br>*Attorneys for General Electric Company* |
| CBS Corporation<br>c/o CSC Corporation Service Company<br>2710 Gateway Oaks Drive, #150N<br>Sacramento, CA 95833 | CBS Corporation |

SERVICE LIST
Daniel Deuyour v. BF Goodrich, et al.
Central District of CA Case No. 2:13-cv-02333-BRO (AJWx) – MDL No. 875

Foster Wheeler Energy Corporation
c/o CT Corporation
818 W Seventh Street
Los Angeles, CA 90017

Foster Wheeler Energy Corporation

Honeywell International Inc.
c/o CSC Corporation Service Company
2710 Gateway Oaks Drive, #150N
Sacramento, CA 95833

Honeywell International Inc.

Luxaire Inc.
c/o The Prentice Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite150N
Sacramento, CA 95833

Luxaire Inc.

Union Carbide Corporation
c/o CT Corporation
818 W Seventh Street
Los Angeles, CA 90017

Union Carbide Corporation

Yorke-Luxaire Inc.
c/o The Prentice Hall Corporation System, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA  95833

*Attorneys for Yorke-Luxaire Inc.*

<u>SERVICE LIST</u>
<u>Daniel Deuyour v. BF Goodrich, et al.</u>
Central District of CA Case No. 2:13-cv-02333-BRO (AJWx) – MDL No. 875

| | |
|---|---|
| Georgia-Pacific LLC<br>c/o CT Corporation<br>818 W. Seventh Street<br>Los Angeles, CA  90017 | *Attorneys for Georgia-Pacific LLC* |
| Lewis Brisbois Bisgaard & Smith LLP<br>Elan N. Stone<br>221 North Figueroa Street, Suite 1200<br>Los Angeles, CA  90012 | Tel:  213-250-1800<br>Fax:  213-580-7942<br>estone@lbbslaw.com<br>*Attorneys for Defendant The Goodyear Tire & Rubber Company* |