**PRINDLE, AMARO, GOETZ,
HILLYARD, BARNES & REINHOLTZ LLP**
Arpi Galfayan (SBN 228146)
310 Golden Shore, 4th Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
agalfayan@prindlelaw.com

Attorneys for Defendant
INGERSOLL RAND COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA ANN SUTHERLAND, Individually and as Personal Representative to the Estate of ALLEN SUTHERLAND, Deceased, PHILLIP ALLEN SUTHERLAND, and TRACY ANN SUTHERLAND<br><br>Plaintiffs,<br><br>v.<br><br>B.R. FUSTEN & CO.;<br>CBS CORPORATION (f/k/a Viacom, Inc., Successor-by-Merger to CBS Corporation, Successor-by-Merger to Westinghouse Electric Corporation);<br>CLEAVER-BROOKS, INC., (individually and f/k/a Aqua-Chem, Inc.);<br>CROWN, CORK & SEAL, AS SUCCESSOR-IN-INTEREST TO MUNDET CORK;<br>DOUGLASS INSULATION COMPANY, INC.;<br>FLOWSERVE CORPORATION, Individually and as Successor-in-Interest to DURCO INTERNATIONAL, INC. fka THE DURIRON COMPNAY, INC;<br>FMC CORPORATION;<br>FRASERS BOILER SERVICES INC.;<br>FRASER EDWARDS INC.;<br>GEORGIA-PACIFIC, LLC, (f/k/a Georgia-Pacific Corporation, Individually and as Successor-in-Interest | CASE NO. 3:13-cv-01879 MEJ<br><br>Civil Action No. (Superior Court of the State of California for the County of San Francisco) NO. CGC-12-276023)<br><br>**NOTICE OF TAG ALONG ACTION** |

-1-
NOTICE OF TAG ALONG ACTION

to Bestwall Gypsum Company);
GOULDS PUMPS, INCORPORATED;
HANSON PERMANENTE CEMENT, INC., (f/k/a Kaiser Cement Corporation, Individually and as Successor-in-Interest to Kaiser Gypsum Company, Inc.);
HOPEMAN BROTHERS COMPANY;
HILL BROTHERS CHEMICAL COMPANY;
IMO INDUSTRIES, INC. FKA IMO DELAVAL INC.;
INGERSOLL-RAND COMPANY;
J AND H MARINE;
ITT CORPORATION FKA ITT INDUSTRIES, INC.;
J.T. THORPE & SON, INC
KAISER GYPSUM COMPANY, INC.;
KELLY-MOORE PAINT COMPANY, INC.;
M. SLAYEN AND ASSOCIATES, INC.;
METALCLAD INSULATION CORPORATION;
OWENS-ILLINOIS, INC. (Individually and as Successor-in-Interest to Owens-Illinois Glass Company and d/b/a O-I);
PARKER-HANNIFIN CORPORATION, AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY;
SOCO WEST, INC.;
SYD CARPENTER MARINE CONTRACTOR, INC.;
THOMAS DEE ENGINEERING CO.;
TRIPLE A MACHINE SHOP, INC. (a/k/a Triple A Shipyard);
UNION CARBIDE CORPORATION;
YARWAY CORPORATION, AND Does 16-300,

        Defendants.

**PLEASE TAKE NOTICE** that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an Order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C §1407 ("MDL Transfer Order"). The MDL Transfer Order also applies to "tag-along actions," or

-2-
NOTICE OF TAG ALONG ACTION

actions involving common questions of fact filed after the January 27, 1991 filings of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

On November 23, 2011, the Panel on Multidistrict Litigation and the Hon. Eduardo C. Robreno issued an order and recommendation terminating the new transfer of tag-along actions to MDL, with several exceptions, including cases venued in the Northern District of California.

The undersigned hereby notifies the Court that this is a potential "tag-along action" that may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer Order pursuant to MDL Rule 7.4(a) or (2) file an Order to show cause why the action should not be transferred, pursuant to MDL Rule 7.3(a)

Mailed to:

Jeffery N. Lüthi
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20544-0005

Dated: May 01, 2013

Respectfully submitted,

PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP

By: Arpi Galfayan (CA S.B. # 228146)
Attorneys for Defendant
INGERSOLL RAND COMPANY

-3-
NOTICE OF TAG ALONG ACTION

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served via hand delivery to plaintiffs' counsel via U.S. mail and electronic service on all counsel of record on May 01, 2013.

Arpi Galfayan (CA S.B. # 228146)
PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP
310 Golden Shore, 4th Floor
Long Beach, CA 90802
agalfayan@prindlelaw.com

Attorneys for Defendant
INGERSOLL RAND COMPANY