**PROOF OF SERVICE**
*Barbara Ann Sutherland, et al., v. B.R. Fusten & Co., et al.,*
*Case No. 3:13-cv-01879 MEJ*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to this action. My business address is 310 Golden Shore, Fourth Floor, Long Beach, California 90802.

On May 17, 2013, I served the foregoing document described as **NOTICE OF TAG ALONG ACTION** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

| | |
|---|---|
| **Denyse Finn Clancy** | SEE ATTACHED SERVICE LIST |
| **Eric Asher Policastro** | |
| **John Langdoc** | |
| **Tiffany Newlin Dickenson** | |
| Baron Budd, P.C. | |
| 3102 Oak Lawn Avenue | |
| Suite 1100 | |
| Dallas, TX 75219 | |
| (214) 521-3605 | |
| Email: dclancy@baronbudd.com | |
| **Attorney for Plaintiffs** | |

☒ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Long Beach, California.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17, 2013, at Long Beach, California.

_____
MAGDALENA PEREZ

1

## DEFENSE COUNSEL SERVICE LIST
*Barbara Ann Sutherland, et al., v. B.R. Fusten & Co., et al.,*
*Case No. 3:13-cv-01879 MEJ*

2

3

**Sharon L. Clisham**                                    Attorneys for **B.R. Funsten & Co.**

4   Walsworth Franklin Bevins & McCall, LLP
601 Montgomery Street, Ninth Floor

5   San Francisco, CA 94111-2612
415-781-7072

6   Fax: 415-391-6258
sclisham@wfbm.com

7

8   **Carlos A. Silva**                                   Attorneys for **CBS Corporation**
**Kathleen Burnam Ebrahimi**                             *formerly known as*

9   Pond North                                           Viacom Inc.
350 South Grand Avenue

10  Suite 3300
San Francisco, CA 90071

11  (213) 617-6170
Fax: (213) 623-3594

12  Email: csilva@pondnorth.com

13

14  **Gary D. Sharp**                                     Attorneys for **Cleaver-Brooks, Inc.**
Foley & Mansfield, P.L.L.P.                               *formerly known as*

15  300 Lakeside Drive, Suite 1900                        Aqua-Chem. Inc.
Oakland, CA 94612

16  510-590-9500
Fax: 510-590-9595

17

18  **Mark A. Love**                                      Attorneys for **Douglas Insulation Company,**
Selman Breitman LLP                                      **Inc.**

19  33 New Montgomery, Sixth Floor
San Francisco, CA 94105

20  415-979-0400
Fax: 415-979-2099

21  mlove@selmanbreitman.com

22  **David T. Biderman**                                 Attorneys for **Georgia-Pacific LLC**
Perkins Coie LLP                                         *formerly known as*

23  Four Embarcadero Center, Suite 2400                   Georgia-Pacific Corporation

24  San Francisco, CA 94111-4131
415-344-7000

25  Fax: 415-344-7288
Dbiderman@perkinscoie.com

26

27

28

| | |
|---|---|
| 1 | |
| | **Jennifer Judin** |
| | Dehay & Elliston LLP |
| 2 | 1111 Broadway, Suite 1950 |
| | Oakland, CA 94607 |
| 3 | 510-285-0750 |
| | Fax: 510-285-0740 |
| 4 | jjudin@dehay.com |

**Jennifer Judin**
Dehay & Elliston LLP
1111 Broadway, Suite 1950
Oakland, CA 94607
510-285-0750
Fax: 510-285-0740
jjudin@dehay.com

Attorneys for **Hanson Permanente Cement, Inc.**
*formerly known as*
Kaiser Cement Corporation

**Michael A. Vasquez**
Vasquez Estrada & Conway LLP
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555
Fax: 415-453-0549
mvasquez@vandelaw.com

Attorneys for **Hill Brothers Chemical Company**

Barbara Admas
Adams Nye Becht LLP
222 Kearny Street, Seventh Floor
San Francisco, CA 94108-4521
415-982-8955
Fax: 415-982-2042
badmas@admasnye.com

Attorneys for **J and H Marine**

**Jeffery J. Fadeff**
Bassi, Edlin, Huie & Blum LLP
500 Washington Street, Suite 700
San Francisco, CA 94104
415-397-9006
Fax: 415-397-1339

Attorneys for **J.T. Thorpe & Son, Inc.**

**Jennifer Judin**
Dehay & Elliston LLP
1111 Broadway, Suite 1950
Oakland, CA 94607
510-285-0750
Fax: 510-285-0740
jjudin@dehay.com

Attorneys for **Kaiser Gypsum Company, Inc.**

**Todd N. Wade**
Hawkins Parnell Thackston & Young LLP
Three Embarcadero Center, 8th Floor
San Francisco, CA 94111-4024
415-766-3200
Fax: 415-766-3250
twade@hptylaw.com

Attorneys for **Kelly-Moore Paint Company, Inc.**

1 | **James A. Rapore** — Attorneys for **Owens-Illinois Inc.**
Schiff Hardin LLP
2 | One Market, 32nd Floor
Spear Street Tower
3 | San Francisco, CA 94105
Fax (415) 901-8701
4 | rapore@schiffhardin.com

5

6 | **Michael T. McCall** — Attorneys for **Thomas Dee Engineering Co.**
Walsworth Franklin Bevins & McCall, LLP
7 | 601 Montgomery Street, Ninth Floor
San Francisco, CA 94111-2612
8 | 415-781-7072
Fax: 415-391-6258
9 | mmccall@wfbm.com

10

11 | **Joseph Duffy** — Attorneys for **Yarway Corporation**
Morgan, Lewis & Bockius LLP
11 | One Market, Spear Street Tower
12 | San Francisco, CA 94105-1126
415-442-1000
13 | Fax: 415-442-1001
kalmquist@morganlewis.com
14

15 | **Vernice Trina Louie** — Attorneys for **Fraser-Edwards Company**
**Sonja E. Blomquist**
16 | Low, Ball & Lynch
505 Montgomery Street
17 | 7th Floor
San Francisco, CA 94111
18 | 415-981-6630
Fax: 415-982-1634
19 | Email: vlouie@lowball.com

20

21 | **Carlos A. Silva** — Attorneys for **Frasers Boiler Services Inc.**
**Kathleen Burnam Ebrahimi**
22 | Pond North
350 South Grand Avenue
23 | Suite 3300
San Francisco, CA 90071
24 | (213) 617-6170
Fax: (213) 623-3594
25 | Email: csilva@pondnorth.com

26

27

28

1

2

3

4

5

6

7

8

9

**Frederick W Gatt**
**Henry David Rome**
Howard Rome Martin Ridley
1775 Woodside Road
Suite 200
Redwood City, CA 94061
650-365-7715
Fax: 650-364-5297
Email: fgatt@hrmrlaw.com

Attorneys for **IMO Industries Inc.**

10

11

12

13

14

**John F. Kazanovicz , II**
Pond North LLP
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170
Fax: 213-623-3594
Email: jkazanovicz@pondnorth.com

Attorneys for **FMC Corporation**

15

16

17

18

19

**Anne Cherry Barnett**
McKenna Long and Aldridge
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000
Email: abarnett@mckennalong.com

Attorneys for **Union Carbide Corporation**

20

21

22

23

24

25

26

27

28