UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN McVAY, Individually and as Executrix of the Estate of CARL L. WIEHE, | : : : | |
| | : | CIVIL ACTION NO. 1:13-CV-10001 |
| Plaintiffs | : : | |
| v. | : : | JUDGE DAN POLSTER |
| ARMSTRONG INTERNATIONAL, INC. et al. | : : | |
| | : | **NOTICE OF APPEARANCE** |
| Defendants | : : | |

    Notice is given that Bruce P. Mandel, James N. Kline, Timothy M. Fox, Christine E. Watchhorn, Kurt S. Siegfried, and Robert Zulandt, III of Ulmer & Berne, LLP, hereby enter their appearance as counsel of record for Defendants Armstrong Pumps, BorgWarner Morse TEC Inc. as successor-by-merger to Borg-Warner Corporation, Georgia-Pacific LLC, f/k/a Georgia-Pacific Corporation, Nash Engineering Co., Old Orchard Industrial Corp., Rite Engineering & Manufacturing Corporation, Taco, Inc., and Weir Valves and Controls in the captioned matter.

    Respectfully submitted,

*/s/James N. Kline*
BRUCE P. MANDEL (0022026)
bmandel@ulmer.com
JAMES N. KLINE (0007577)
Jkline@ulmer.com
KURT S. SIEGFRIED (0063563)
ksiegfried@ulmer.com
ROBERT E. ZULANDT III (0071497)
rzulandt@ulmer.com
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH  44113-1448
Telephone: (216) 583-7000

Facsimile: (216) 583-7001

and

TIMOTHY M. FOX (0038976)
tfox@ulmer.com
CHRISTINE E. WATCHORN (0075919)
cwatchorn@ulmer.com
ULMER & BERNE LLP
88 East Broad Street, Suite 1600
Columbus, Ohio 43215
Telephone: (614) 229-0000
Facsimile: (614) 229-0001

Attorneys for Defendants
Armstrong Pumps, BorgWarner Morse TEC Inc. as successor-by-merger to Borg-Warner Corporation, Georgia-Pacific LLC, f/k/a Georgia-Pacific Corporation, Nash Engineering Co., Old Orchard Industrial Corp., Rite Engineering & Manufacturing Corporation, Taco, Inc., and Weir Valves and Controls

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2013, a copy of the foregoing Notice of Appearance on behalf of Defendants Armstrong Pumps, BorgWarner Morse TEC Inc. as successor-by-merger to Borg-Warner Corporation, Georgia-Pacific LLC, f/k/a Georgia-Pacific Corporation, Nash Engineering Co., Old Orchard Industrial Corp., Rite Engineering & Manufacturing Corporation, Taco, Inc., and Weir Valves and Controls was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/*James N. Kline*
BRUCE P. MANDEL (0022026)
ULMER & BERNE LLP

Attorney for Defendants
Armstrong Pumps, BorgWarner Morse TEC Inc. as successor-by-merger to Borg-Warner Corporation, Georgia-Pacific LLC, f/k/a Georgia-Pacific Corporation, Nash Engineering Co., Old Orchard Industrial Corp., Rite Engineering & Manufacturing Corporation, Taco, Inc., and Weir Valves and Controls

CLEV1997 2031578v2
26862.00007