PRINDLE, AMARO, GOETZ,
HILLYARD, BARNES & REINHOLTZ LLP
Arpi Galfayan, Esq. (Bar No. 228146)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
agalfayan@prindlelaw.com

Attorneys for Defendant,
INGERSOLL RAND COMPANY

# UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| BARABAR ANN SUTHERLAND, Individually and as Personal Representative to the Estate of ALLEN SUTHERLAND, Deceased, PHILLIP ALLEN SUTHERLAND, and TRACY ANN SUTHERLAND,<br><br>Plaintiffs,<br><br>v.<br><br>B.R. FUSTEN & CO. et al.,<br><br>Defendants. | Case No. 3:13-cv-01879 MEJ<br><br>Civil Action No. (Superior Court of the State of California for the County of San Francisco) No. CGC-12-276023<br><br>**NOTICE OF ERRATA RE: INGERSOLL RAND COMPANY'S 'S NOTICE OF TAG ALONG ACTION** |

///
///
///
///
///
///
///

1

NOTICE OF ERRATA RE: INGERSOLL RAND COMPANY'S 'S NOTICE OF TAG ALONG ACTION

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant, INGERSOLL RAND COMPANY hereby makes this notice of errata regarding Notice of Tag Along Action. The correct heading on the Notice of Tag Along Action should read before the United States Judicial Panel on Multidistrict Litigation.

DATED: May 17, 2013

PRINDLE, AMARO, GOETZ,
HILLYARD, BARNES & REINHOLTZ LLP

By: _____
Arpi Galfayan, Esq. (Bar No. 228146)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
agalfayan@prindlelaw.com

Attorneys for Defendant,
INGERSOLL RAND COMPANY