## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing, **NOTICE OF ERRATA RE: INGERSOLL RAND COMPANY'S NOTICE OF TAG ALONG ACTION** has been served via ECF upon all counsel of record in the Court's electronic filing system on May 20, 2013.

PRINDLE, AMARO, GOETZ, HILLYARD,
BARNES & REINHOLTZ LLP

BY: Arpi Galfayan, Esq. (Bar No. 228146)
PRINDLE, AMARO, GOETZ,
HILLYARD, BARNES & REINHOLTZ LLP
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
agalfayan@prindlelaw.com

Attorneys for Defendant, Ingersoll Rand Company

# AMENDED PROOF OF SERVICE
*Barbara Ann Sutherland, et al., v. B.R. Fusten & Co., et al.,*
*Case No. 3:13-cv-01879 MEJ*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to this action. My business address is 310 Golden Shore, Fourth Floor, Long Beach, California 90802.

On May 20, 2013, I served the foregoing document described as **NOTICE OF ERRATA RE: NOTICE OF TAG ALONG ACTION** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

**Denyse Finn Clancy**              SEE ATTACHED SERVICE LIST
**Eric Asher Policastro**
**John Langdoc**
**Tiffany Newlin Dickenson**
Baron Budd, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
(214) 521-3605
Email: dclancy@baronbudd.com
**Attorney for Plaintiffs**

☒ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Long Beach, California.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2013, at Long Beach, California.

MAGDALENA PEREZ

## DEFENSE COUNSEL SERVICE LIST
*Barbara Ann Sutherland, et al., v. B.R. Fusten & Co., et al.,*
*Case No. 3:13-cv-01879 MEJ*

**Sharon L. Clisham**　　　　　　　　　　Attorneys for **B.R. Funsten & Co.**
Walsworth Franklin Bevins & McCall, LLP
601 Montgomery Street, Ninth Floor
San Francisco, CA 94111-2612
415-781-7072
Fax: 415-391-6258
sclisham@wfbm.com

**Carlos A. Silva**　　　　　　　　　　　Attorneys for **CBS Corporation**
**Kathleen Burnam Ebrahimi**　　　　　　*formerly known as*
Pond North　　　　　　　　　　　　　　Viacom Inc.
350 South Grand Avenue
Suite 3300
San Francisco, CA 90071
(213) 617-6170
Fax: (213) 623-3594
Email: csilva@pondnorth.com

**Gary D. Sharp**　　　　　　　　　　　Attorneys for **Cleaver-Brooks, Inc.**
Foley & Mansfield, P.L.L.P.　　　　　　*formerly known as*
300 Lakeside Drive, Suite 1900　　　　　Aqua-Chem. Inc.
Oakland, CA 94612
510-590-9500
Fax: 510-590-9595

**Mark A. Love**　　　　　　　　　　　Attorneys for **Douglas Insulation Company, Inc.**
Selman Breitman LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
415-979-0400
Fax: 415-979-2099
mlove@selmanbreitman.com

**David T. Biderman**　　　　　　　　　Attorneys for **Georgia-Pacific LLC**
Perkins Coie LLP　　　　　　　　　　　*formerly known as*
Four Embarcadero Center, Suite 2400　　Georgia-Pacific Corporation
San Francisco, CA 94111-4131
415-344-7000
Fax: 415-344-7288
Dbiderman@perkinscoie.com

| | | |
|---|---|---|
| 1 | **Jennifer Judin** | Attorneys for **Hanson Permanente Cement, Inc.** |
| 2 | Dehay & Elliston LLP<br>1111 Broadway, Suite 1950 | *formerly known as* |
| 3 | Oakland, CA 94607<br>510-285-0750 | Kaiser Cement Corporation |
| 4 | Fax: 510-285-0740<br>jjudin@dehay.com | |
| 5 | | |
| 6 | **Michael A. Vasquez**<br>Vasquez Estrada & Conway LLP | Attorneys for **Hill Brothers Chemical Company** |
| 7 | Courthouse Square<br>1000 Fourth Street, Suite 700 | |
| 8 | San Rafael, CA 94901<br>415-453-0555 | |
| 9 | Fax: 415-453-0549<br>mvasquez@vandelaw.com | |
| 10 | | |
| 11 | Barbara Admas<br>Adams Nye Becht LLP | Attorneys for **J and H Marine** |
| 12 | 222 Kearny Street, Seventh Floor<br>San Francisco, CA 94108-4521 | |
| 13 | 415-982-8955<br>Fax: 415-982-2042 | |
| 14 | badmas@admasnye.com | |
| 15 | | |
| 16 | **Jeffery J. Fadeff**<br>Bassi, Edlin, Huie & Blum LLP | Attorneys for **J.T. Thorpe & Son, Inc.** |
| 17 | 500 Washington Street, Suite 700<br>San Francisco, CA 94104 | |
| 18 | 415-397-9006<br>Fax: 415-397-1339 | |
| 19 | | |
| 20 | **Jennifer Judin**<br>Dehay & Elliston LLP | Attorneys for **Kaiser Gypsum Company, Inc.** |
| 21 | 1111 Broadway, Suite 1950<br>Oakland, CA 94607 | |
| 22 | 510-285-0750<br>Fax: 510-285-0740 | |
| 23 | jjudin@dehay.com | |
| 24 | **Todd N. Wade** | Attorneys for **Kelly-Moore Paint Company, Inc.** |
| 25 | Hawkins Parnell Thackston & Young LLP<br>Three Embarcadero Center, 8th Floor | |
| 26 | San Francisco, CA 94111-4024<br>415-766-3200 | |
| 27 | Fax: 415-766-3250<br>twade@hptylaw.com | |
| 28 | | |

| | |
|---|---|
| **James A. Rapore**<br>Schiff Hardin LLP<br>One Market, 32nd Floor<br>Spear Street Tower<br>San Francisco, CA 94105<br>Fax (415) 901-8701<br>rapore@schiffhardin.com | Attorneys for **Owens-Illinois Inc.** |
| **Michael T. McCall**<br>Walsworth Franklin Bevins & McCall, LLP<br>601 Montgomery Street, Ninth Floor<br>San Francisco, CA 94111-2612<br>415-781-7072<br>Fax: 415-391-6258<br>mmccall@wfbm.com | Attorneys for **Thomas Dee Engineering Co.** |
| **Joseph Duffy**<br>Morgan, Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>415-442-1000<br>Fax: 415-442-1001<br>kalmquist@morganlewis.com | Attorneys for **Yarway Corporation** |
| **Vernice Trina Louie**<br>**Sonja E. Blomquist**<br>Low, Ball & Lynch<br>505 Montgomery Street<br>7th Floor<br>San Francisco, CA 94111<br>415-981-6630<br>Fax: 415-982-1634<br>Email: vlouie@lowball.com | Attorneys for **Fraser-Edwards Company** |
| **Carlos A. Silva**<br>**Kathleen Burnam Ebrahimi**<br>Pond North<br>350 South Grand Avenue<br>Suite 3300<br>San Francisco, CA 90071<br>(213) 617-6170<br>Fax: (213) 623-3594<br>Email: csilva@pondnorth.com | Attorneys for **Frasers Boiler Services Inc.** |

| | |
|---|---|
| **Frederick W Gatt**<br>**Henry David Rome**<br>Howard Rome Martin Ridley<br>1775 Woodside Road<br>Suite 200<br>Redwood City, CA 94061<br>650-365-7715<br>Fax: 650-364-5297<br>Email: fgatt@hrmrlaw.com | Attorneys for **IMO Industries Inc.** |
| **John F. Kazanovicz, II**<br>Pond North LLP<br>350 South Grand Avenue<br>Suite 3300<br>Los Angeles, CA 90071<br>213-617-6170<br>Fax: 213-623-3594<br>Email: jkazanovicz@pondnorth.com | Attorneys for **FMC Corporation** |
| **Anne Cherry Barnett**<br>McKenna Long and Aldridge<br>101 California Street<br>41st Floor<br>San Francisco, CA 94111<br>415-267-4000<br>Email: abarnett@mckennalong.com | Attorneys for **Union Carbide Corporation** |
| **Arpi Galfayan**<br>Prindle, Amaro, Goetz, Hillyard<br>Barnes & Reinholtz LLP<br>310 Golden Shore, 4th Floor<br>Long Beach, CA 90802<br>562-436-3946<br>Email: agalfayan@prindlelaw.com | Attorney for **Triple A Machine Shop, Inc.** |