UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN McVAY, Individually and as Executrix of the Estate of CARL L. WIEHE, | ) ) ) ) | CIVIL ACTION NO. 1:13-CV-10001 |
| Plaintiff, | ) ) | |
| -vs- | ) ) ) | JUDGE DAN POLSTER |
| ARMSTRONG INTERNATIONAL, INC, *et al.,* | ) ) ) ) | NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT CLEAVER-BROOKS, INC. |
| Defendants. | ) | |

Please take notice that Daniel P. Carter, and Jeffrey W. Ruple together with the law firm of Buckley King, LPA, 1400 Fifth Third Center, 600 Superior Avenue, Cleveland, OH 44114, hereby enter their appearance in this action, on behalf of Defendant Cleaver-Brooks, Inc.

Respectfully submitted,

/s/ Jeffrey W. Ruple (*Electronically Filed)*
DANIEL P. CARTER (0074848)
carter@buckleyking.com
JEFFREY W. RUPLE (0068742)
ruple@buckleyking.com

OF COUNSEL:

BUCKLEY KING, LPA

1400 Fifth Third Center
600 Superior Avenue, East
Cleveland, Ohio 44114-2652
(216) 363-1400
(216) 579-1020 (*Facsimile*)

Attorneys for Defendant
Cleaver-Brooks, Inc.

1

CERTIFICATE OF SERVICE

    I hereby certify that on May 24, 2013, a copy of the foregoing Notice of Appearance on behalf of Defendant Cleaver-Brooks, Inc. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/ Jeffrey Ruple (*Electronically Filed)*
                                                JEFFREY RUPLE (0068742)