# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Product Liability Litigation

# NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiffs Jeanene Kuhnau, indiv. and on Behalf of Estate of Quentin Kuhnau, Donald Kuhnau and Diana Williams

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Jeanene Kuhnau, et al., v. Allied Packing & Supply, Inc., et al., Northern District of CA, Docket No. 3:13-CV-1669

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

May 24, 2013                                    [signature]
Date                                             Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Sean P. Worsey, LEVIN SIMES LLP, 353 Sacramento Street, 20th Floor, San Francisco, California 94111

Telephone No.: (415) 426-3000           Fax No.: (415) 426-3001

Email Address: sworsey@levinsimes.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Opposition has been served via electronic filing on all counsel of record listed on the Court's website and by Regular U.S. Main on the parties listed on the attached service list on this 24th day of May, 2013.

*/s/ Sean P. Worsey*
Sean P. Worsey

# Jeanene Kuhnau, et al., vs. A.W. Chesterton Company, et al.
## United States District Court for the Northern District of California, Docket No. 3:13-cv-01669
### SERVICE LIST

**ARMSTRONG & ASSOCIATES LLP** One Kaiser Plaza (Suite 625), Oakland, CA, 94612
   Phone: 510-433-1830; Fax: 510-433-1836
   CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK

**BASSI, EDLIN, HUIE & BLUM, LLP** 500 Washington Street, Suite 700, San Francisco, CA, 94111
   Phone: 415-397-9006; Fax: 415-397-1339
   J. T. THORPE & SON, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO J.T. THORPE NORTWHEST, INC.

**BUTY & CURLIANO** 555 City Center (555 12th Street, Suite 1280), Oakland, CA, 94607
   Phone: 510-267-3000; Fax: 510-267-0117
   PEERLESS PACIFIC COMPANY OF OREGON

**DEHAY & ELLISTON LLP** 1111 Broadway, Suite 1950, Oakland, CA, 94607
   Phone: 510-285-0750; Fax: 510-285-0740
   KAISER GYPSUM COMPANY, INC.

**FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP** 633 West Fifth Street, 60th Floor, Los Angeles, CA, 90071
   Phone: 213-873-2100; Fax: 213-873-2125
   THERMAL CERAMICS, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO INTERNATIONAL VERMICULITE

**FOLEY & MANSFIELD, PLLP (Oakland)** 300 Lakeside Drive, Suite 1900, Oakland, CA, 94612
   Phone: 510-590-9500; Fax: 510-590-9595
   AMERON INTERNATIONAL CORPORATION, Individually and as Successor-in-Interest to American Pipe & Construction Co.
   EMERSON ELECTRIC CO., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST AND PARENT ALTER EGO TO ASCO VALVE INC.
   ZURN INDUSTRIES, LLC, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ZURN INDUSTRIES, INC., ERIE CITY IRON WORKS AND KEYSTONE BOILER

**HAWKINS PARNELL THACKSTON & YOUNG LLP** Three Embarcadero Center (8th Floor), San Francisco, CA, 94111-4024
   Phone: 415-766-3200; Fax: 415-766-3250:
   KELLY-MOORE PAINT COMPANY, INC.

**IMAI TADLOCK KEENEY & CORDERY** 100 Bush Street (Suite 1300), San Francisco, CA, 94104
   Phone: 415-675-7000; Fax: 415-675-7008
   ALLIED PACKING & SUPPLY, INC.
   J.S. Guerin & Company

**JACKSON JENKINS RENSTROM LLP** 55 Francisco Street (6th Floor), San Francisco, CA, 94133
   Phone: Main:: 415-982-3600; Fax: Main:: 415-982-3700
   CLAYTON INDUSTRIES

**K&L GATES, LLP** Four Embarcadero Center, Ste. 1200, San Francisco, CA, 94111
    Phone: 415-882-8200; Fax: 415-882-8220
    CRANE CO., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CHAPMAN VALVE CO.
    CRANE CO., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST, PARENT ALTER EGO TO OR FKA PACIFIC BOILER

**LAW OFFICES OF PETER J. NOVA** P.O. Box 1328, Sonoma, CA, 95476
    Phone: 707-938-9610; Fax: 707-938-9612
    PARKER HANNIFIN CORPORATION INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY

**LOW BALL & LYNCH** 505 Montgomery St. (7th Floor), San Francisco, CA, 94111
    Phone: 415-981-6630; Fax: 415-982-1634
    ARMSTRONG INTERNATIONAL, INC.

**MORGAN LEWIS & BOCKIUS** Spear Street Tower (One Market Plaza), San Francisco, CA, 94105
    Phone: 415-442-1000; Fax: 415-442-1001
    GRINNELL LLC
    YARWAY CORPORATION

**MURRIN & ASSOCIATES** 3675 Mt Diablo Blvd # 230, Lafayette, CA, 94549
    Phone: 925-284-5770; Fax: 925-262-2111
    SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY

**PERKINS COIE LLP (SF)** Four Embarcadero Center (Suite 2400), San Francisco, CA, 94111
    Phone: 415-344-7000; Fax: 415-344-7288
    GEORGIA-PACIFIC CORPORATION

**POND NORTH (Los Angeles Office)** 350 South Grand Ave. (Suite 3300), Los Angeles, CA, 90071
    Phone: 213-617-6170; Fax: 213-623-3594
    FAMILIAN CORPORATION, DBA FAMILIAN PIPE & SUPPLY
    Familian Northwest, Inc., now known as Ferguson Enterprises, Inc.
    FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PEERLESS PUMP COMPANY

**POND NORTH (San Francisco Office)** 100 Spear Street (Suite 1200), San Francisco, CA, 94105
    Phone: 415-217-1240; Fax: 415-644-0578
    FAMILIAN CORPORATION, DBA FAMILIAN PIPE & SUPPLY
    Familian Northwest, Inc., now known as Ferguson Enterprises, Inc.
    FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PEERLESS PUMP COMPANY

**PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP (SF)** 1 California Street, Suite 1910, San Francisco, CA, 94111
    Phone: 415-788-8354; Fax: 415-788-3625
    ITT CORPORATION FKA ITT INDUSTRIES, INC.,   INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BELL & GOSSETT
    TRANE U.S. INC., FKA AMERICAN STANDARD, INC., INDIVIDUALLY AND AS SUCCESSOR INTEREST TO KEWANEE BOILER CORPORATION

**SELMAN BREITMAN LLP (SF)** 33 New Montgomery, 6th Floor, San Francisco, CA, 94105
    Phone: 415-979-0400; Fax: 415-979-2099
    DOUGLASS INSULATION CO., INC.
    OAKFABCO, INC INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO AND/OR FKA AND/OR FDBA KEWANEE BOILER CORPORATION

**THOMPSON & KNIGHT LLP** 650 California Street, Fifth Floor, San Francisco, CA, 94108
    Phone: 415-433-3900; Fax: 415-433-3950
    HONEYWELL INTERNATIONAL, INC.   FKA ALLIED SIGNAL INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION

**TUCKER ELLIS & WEST LLP (SF)** 135 Main St., Suite 700, San Francisco, CA, 94105
    Phone: 415-617-2400; Fax: 415-617-2409
    CARRIER CORPORATION

**TUCKER ELLIS & WEST, LLP (LA)** 515 South Flower Street (Forty Second Floor), Los Angeles, CA, 90071-2223
    Phone: 213-430-3400; Fax: 213-430-3409
    CARRIER CORPORATION

**WALSWORTH FRANKLIN BEVINS & MCCALL, LLP** 601 Montgomery Street, 9th Floor, San Francisco, CA, 94111
    Phone: 415-781-7072; Fax: 415-391-6258
    GENERAL ELECTRIC COMPANY

**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP** 525 Market St., 17th Floor, San Francisco, CA, 94105
    Phone: 415-433-0990; Fax: 415-434-1370
    ASBESTOS CORPORATION, LTD.
    BURNHAM CORPORATION

**AGENTS FOR SERVICE OF PROCESS (US MAIL ONLY)**
**Agents:   Please Provide plaintiffs with counsel information**

**BURNHAM CORPORATION**
    THE CORPORATION TRUST COMPANY (DE)
    1209 Orange Street, Wilmington, DE, 19801

**FERGUSON ENTERPRISES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FAMILIAN CORPORATION FKA FAMILIAN PIPE & SUPPLY CO., INC.**
    CSC Lawyers Incorporating Service (SAC)
    2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA, 95833
    Phone: 800-222-2122; Fax: 916-563-2121

**GRINNELL LLC**
    CT Corporation System (Plantation-FL)
    1200 South Pine Island Road, Plantation, FL, 33324