**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI | MDL No. 875 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANENE KUHNAU, individually and on Behalf of the Estate of QUENTIN KUHNAU, Decedent; DONALD KUHNAU; DIANA WILLIAMS; and DOES ONE through TEN, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PACKING & SUPPLY, INC., et al.,<br><br>Defendants | Case No. 3:13-cv-01669<br><br>Alameda County Superior Court Case No. RG 12 630145 |

**PLAINTIFFS' MOTION TO VACATE THE
CONDITIONAL TRANSFER ORDER (CTO-552)**

Plaintiffs Jeanene Kuhnau, individually and on Behalf of the Estate of Quentin Kuhnau, Decedent, Donald Kuhnau and Diana Williams (hereinafter "Plaintiffs" or "Movants"), by and through their counsel of record, hereby files this Motion and Brief to Vacate Conditional Transfer Order (CTO-552) entered by the Judicial Panel on Multidistrict Litigation (hereinafter "JPML" or "Panel") on May 3, 2013.

Movants respectfully move the Panel pursuant to JPML Rule 7.1(f) to vacate its order conditionally transferring the above-captioned matter to the United States District Court for the Eastern District of Pennsylvania. This motion is based on the brief in support, which is made a part of this filing, and such other documents or materials as may be presented to the JPML at the time of the hearing on this motion.

Movants further respectfully requests the Clerk to set this motion for hearing at the next

session of the Panel.

          Respectfully submitted,

          **LEVIN SIMES LLP**

          */s/ Sean P. Worsey*
          Sean P. Worsey
          353 Sacramento Street, 20th Floor
          San Francisco, CA 94111
          Tel:   (415) 426-3000
          Fax:   (415) 426-3001
          Email:  sworsey@levinsimes.com

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of this Notice of Opposition has been served via electronic filing on all counsel of record listed on the Court's website and by Regular U.S. Main on the parties listed on the attached service list on this 24th day of May, 2013.

          */s/ Sean P. Worsey*
          Sean P. Worsey

**Jeanene Kuhnau, et al., vs. A.W. Chesterton Company, et al.**
**United States District Court for the Northern District of California, Docket No. 3:13-cv-01669**
SERVICE LIST

**ARMSTRONG & ASSOCIATES LLP** One Kaiser Plaza (Suite 625), Oakland, CA, 94612
  Phone: 510-433-1830; Fax: 510-433-1836
  CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK

**BASSI, EDLIN, HUIE & BLUM, LLP** 500 Washington Street, Suite 700, San Francisco, CA, 94111
  Phone: 415-397-9006; Fax: 415-397-1339
  J. T. THORPE & SON, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO J.T. THORPE NORTWHEST, INC.

**BUTY & CURLIANO** 555 City Center (555 12th Street, Suite 1280), Oakland, CA, 94607
  Phone: 510-267-3000; Fax: 510-267-0117
  PEERLESS PACIFIC COMPANY OF OREGON

**DEHAY & ELLISTON LLP** 1111 Broadway, Suite 1950, Oakland, CA, 94607
  Phone: 510-285-0750; Fax: 510-285-0740
  KAISER GYPSUM COMPANY, INC.

**FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP** 633 West Fifth Street, 60th Floor, Los Angeles, CA, 90071
  Phone: 213-873-2100; Fax: 213-873-2125
  THERMAL CERAMICS, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO INTERNATIONAL VERMICULITE

**FOLEY & MANSFIELD, PLLP (Oakland)** 300 Lakeside Drive, Suite 1900, Oakland, CA, 94612
  Phone: 510-590-9500; Fax: 510-590-9595
  AMERON INTERNATIONAL CORPORATION, Individually and as Successor-in-Interest to American Pipe & Construction Co.
  EMERSON ELECTRIC CO., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST AND PARENT ALTER EGO TO ASCO VALVE INC.
  ZURN INDUSTRIES, LLC, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ZURN INDUSTRIES, INC., ERIE CITY IRON WORKS AND KEYSTONE BOILER

**HAWKINS PARNELL THACKSTON & YOUNG LLP** Three Embarcadero Center (8th Floor), San Francisco, CA, 94111-4024
  Phone: 415-766-3200; Fax: 415-766-3250:
  KELLY-MOORE PAINT COMPANY, INC.

**IMAI TADLOCK KEENEY & CORDERY** 100 Bush Street (Suite 1300), San Francisco, CA, 94104
  Phone: 415-675-7000; Fax: 415-675-7008
  ALLIED PACKING & SUPPLY, INC.
  J.S. Guerin & Company

**JACKSON JENKINS RENSTROM LLP** 55 Francisco Street (6th Floor), San Francisco, CA, 94133
  Phone: Main:: 415-982-3600; Fax: Main:: 415-982-3700
  CLAYTON INDUSTRIES

**K&L GATES, LLP** Four Embarcadero Center, Ste. 1200, San Francisco, CA, 94111
    Phone: 415-882-8200; Fax: 415-882-8220
    CRANE CO., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CHAPMAN VALVE CO.
    CRANE CO., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST, PARENT ALTER EGO TO OR FKA PACIFIC BOILER

**LAW OFFICES OF PETER J. NOVA** P.O. Box 1328, Sonoma, CA, 95476
    Phone: 707-938-9610; Fax: 707-938-9612
    PARKER HANNIFIN CORPORATION INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY

**LOW BALL & LYNCH** 505 Montgomery St. (7th Floor), San Francisco, CA, 94111
    Phone: 415-981-6630; Fax: 415-982-1634
    ARMSTRONG INTERNATIONAL, INC.

**MORGAN LEWIS & BOCKIUS** Spear Street Tower (One Market Plaza), San Francisco, CA, 94105
    Phone: 415-442-1000; Fax: 415-442-1001
    GRINNELL LLC
    YARWAY CORPORATION

**MURRIN & ASSOCIATES** 3675 Mt Diablo Blvd # 230, Lafayette, CA, 94549
    Phone: 925-284-5770; Fax: 925-262-2111
    SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY

**PERKINS COIE LLP (SF)** Four Embarcadero Center (Suite 2400), San Francisco, CA, 94111
    Phone: 415-344-7000; Fax: 415-344-7288
    GEORGIA-PACIFIC CORPORATION

**POND NORTH (Los Angeles Office)** 350 South Grand Ave. (Suite 3300), Los Angeles, CA, 90071
    Phone: 213-617-6170; Fax: 213-623-3594
    FAMILIAN CORPORATION, DBA FAMILIAN PIPE & SUPPLY
    Familian Northwest, Inc., now known as Ferguson Enterprises, Inc.
    FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PEERLESS PUMP COMPANY

**POND NORTH (San Francisco Office)** 100 Spear Street (Suite 1200), San Francisco, CA, 94105
    Phone: 415-217-1240; Fax: 415-644-0578
    FAMILIAN CORPORATION, DBA FAMILIAN PIPE & SUPPLY
    Familian Northwest, Inc., now known as Ferguson Enterprises, Inc.
    FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PEERLESS PUMP COMPANY

**PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP (SF)** 1 California Street, Suite 1910, San Francisco, CA, 94111
    Phone: 415-788-8354; Fax: 415-788-3625
    ITT CORPORATION FKA ITT INDUSTRIES, INC.,   INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BELL & GOSSETT
    TRANE U.S. INC., FKA AMERICAN STANDARD, INC., INDIVIDUALLY AND AS SUCCESSOR INTEREST TO KEWANEE BOILER CORPORATION

**SELMAN BREITMAN LLP (SF)** 33 New Montgomery, 6th Floor, San Francisco, CA, 94105
>Phone: 415-979-0400; Fax: 415-979-2099
>DOUGLASS INSULATION CO., INC.
>OAKFABCO, INC INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO AND/OR FKA AND/OR FDBA KEWANEE BOILER CORPORATION

**THOMPSON & KNIGHT LLP** 650 California Street, Fifth Floor, San Francisco, CA, 94108
>Phone: 415-433-3900; Fax: 415-433-3950
>HONEYWELL INTERNATIONAL, INC.   FKA ALLIED SIGNAL INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION

**TUCKER ELLIS & WEST LLP (SF)** 135 Main St., Suite 700, San Francisco, CA, 94105
>Phone: 415-617-2400; Fax: 415-617-2409
>CARRIER CORPORATION

**TUCKER ELLIS & WEST, LLP (LA)** 515 South Flower Street (Forty Second Floor), Los Angeles, CA, 90071-2223
>Phone: 213-430-3400; Fax: 213-430-3409
>CARRIER CORPORATION

**WALSWORTH FRANKLIN BEVINS & MCCALL, LLP** 601 Montgomery Street, 9th Floor, San Francisco, CA, 94111
>Phone: 415-781-7072; Fax: 415-391-6258
>GENERAL ELECTRIC COMPANY

**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP** 525 Market St., 17th Floor, San Francisco, CA, 94105
>Phone: 415-433-0990; Fax: 415-434-1370
>ASBESTOS CORPORATION, LTD.
>BURNHAM CORPORATION

**AGENTS FOR SERVICE OF PROCESS (US MAIL ONLY)**
**Agents:   Please Provide plaintiffs with counsel information**

**BURNHAM CORPORATION**
>THE CORPORATION TRUST COMPANY (DE)
>1209 Orange Street, Wilmington, DE, 19801

**FERGUSON ENTERPRISES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FAMILIAN CORPORATION FKA FAMILIAN PIPE & SUPPLY CO., INC.**
>CSC Lawyers Incorporating Service (SAC)
>2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA, 95833
>Phone: 800-222-2122; Fax: 916-563-2121

**GRINNELL LLC**
>CT Corporation System (Plantation-FL)
>1200 South Pine Island Road, Plantation, FL, 33324