**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO VI | MDL No. 875 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEANENE KUHNAU, individually and on Behalf of the Estate of QUENTIN KUHNAU, Decedent; DONALD KUHNAU; DIANA WILLIAMS; and DOES ONE through TEN, inclusive,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PACKING & SUPPLY, INC., et al.,<br><br>Defendants | Case No. 3:13-cv-01669<br><br>Alameda County Superior Court Case No. RG 12 630145 |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Judicial Panel on Multidistrict Litigation by e-filing with the Court's CM/ECF systems on Friday, May 24, 2013.

**PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-552)**

**PLAINTIFFS' BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-552)**

**NOTICE OF APPEARANCE (JPML FORM 18) FOR PLAINTIFFS**

<u>XX</u>        Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered users and that they were served by Regular U.S. mail.

**SEE ATTACHED SERVICE LIST**

<u>XX</u>        By Regular Mail in a sealed envelope, addressed as noted below, with postage

fully prepaid and placing it for collection and mailing following the ordinary business practices of LEVIN SIMES LLP.

Executed on May 28, 2013, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

<u>/s/ Grace Clark</u>
Grace Clark
353 Sacramento Street, 20th Floor
San Francisco, California 94111
Telephone: (415) 426-3000

*Jeanene Kuhnau, et al., vs. A.W. Chesterton Company, et al.*
United States District Court for the Northern District of California, Docket No. 3:13-cv-01669

**SERVICE LIST**

William H. Armstrong, Esq.
Amber R. Craig, Esq.
**ARMSTRONG & ASSOCIATES LLP**
One Kaiser Plaza, Suite 625
Oakland, CA, 94612
Phone: 510-433-1830; Fax: 510-433-1836
*Counsel of Record for Defendant* CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK

Madeline Buty, Esq.
**BUTY & CURLIANO**
555 City Center, 555 12th Street, Suite 1280
Oakland, CA, 94607
Phone: 510-267-3000; Fax: 510-267-0117
*Counsel of Record for Defendant* PEERLESS PACIFIC COMPANY OF OREGON

Garth W. Aubert, Esq.
Suzanne N. McNulty, Esq.
**FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA, 90071
Phone: 213-873-2100; Fax: 213-873-2125
*Counsel of Record for Defendant* THERMAL CERAMICS, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO INTERNATIONAL VERMICULITE

Gary D. Sharp, Esq.
T. Eric Sun, Esq.
Elizabeth C. Sears, Esq.
**FOLEY & MANSFIELD, PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA, 94612
Phone: 510-590-9500; Fax: 510-590-9595
*Counsel of Record for Defendant* EMERSON ELECTRIC CO., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST AND PARENT ALTER EGO TO ASCO VALVE INC.

Jeffrey J. Fadeff, Esq.
Reshma A. Bajaj, Esq.
**BASSI, EDLIN, HUIE & BLUM, LLP**
500 Washington Street, Suite 700
San Francisco, CA, 94111
Phone: 415-397-9006; Fax: 415-397-1339
*Counsel of Record for Defendant* J. T. THORPE & SON, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO J.T. THORPE NORTWHEST, INC.

Jennifer Judin, Esq.
Jeffrey T. Thayer, Esq.
**DEHAY & ELLISTON LLP**
1111 Broadway, Suite 1950
Oakland, CA, 94607
Phone: 510-285-0750; Fax: 510-285-0740
*Counsel of Record for Defendant* KAISER GYPSUM COMPANY, INC.

J. Scott Wood, Esq.
Elizabeth R. Bain, Esq.
**FOLEY & MANSFIELD, PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA, 94612
Phone: 510-590-9500; Fax: 510-590-9595
*Counsel of Record for Defendant* AMERON INTERNATIONAL CORPORATION, Individually and as Successor-in-Interest to American Pipe & Construction Co.

Dennis M. Young, Esq.
Elizabeth R. Bain, Esq.
**FOLEY & MANSFIELD, PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA, 94612
Phone: 510-590-9500; Fax: 510-590-9595
*Counsel of Record for Defendant* ZURN INDUSTRIES, LLC, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ZURN INDUSTRIES, INC., ERIE CITY IRON WORKS AND KEYSTONE BOILER

*Jeanene Kuhnau, et al., vs. A.W. Chesterton Company, et al.*
United States District Court for the Northern District of California, Docket No. 3:13-cv-01669

## SERVICE LIST

Todd N. Wade, Esq.
Joseph R. Connelly, III, Esq.
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
Three Embarcadero Center, 8th Floor
San Francisco, CA, 94111-4024
Phone: 415-766-3200; Fax: 415-766-3250
*Counsel of Record for Defendant* KELLY-MOORE PAINT COMPANY, INC.

Bruce Imai, Esq.
David E. Toomey, Esq.
**IMAI TADLOCK KEENEY & CORDERY**
100 Bush Street, Suite 1300
San Francisco, CA, 94104
Phone: 415-675-7000; Fax: 415-675-7008
*Counsel of Record for Defendant* ALLIED PACKING & SUPPLY, INC.

Theodore T. Cordery, Esq.
**IMAI TADLOCK KEENEY & CORDERY**
100 Bush Street, Suite 1300
San Francisco, CA, 94104
Phone: 415-675-7000; Fax: 415-675-7008
*Counsel of Record for Defendant* J.S. Guerin & Company

Gabriel A. Jackson, Esq.
Anthony C. Chiosso, Esq.
**JACKSON JENKINS RENSTROM LLP**
55 Francisco Street, 6th Floor
San Francisco, CA, 94133
Phone: 415-982-3600; Fax: 415-982-3700
*Counsel of Record for Defendant* CLAYTON INDUSTRIES

Michele C. Barnes, Esq.
Bogdan-Alexandru Albu, Esq.
**K&L GATES, LLP**
Four Embarcadero Center, Ste. 1200
San Francisco, CA, 94111
Phone: 415-882-8200; Fax: 415-882-8220
*Counsel of Record for Defendants* CRANE CO., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CHAPMAN VALVE CO. and CRANE CO., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST, PARENT ALTER EGO TO OR FKA PACIFIC BOILER

Peter J. Nova, Esq.
**LAW OFFICES OF PETER J. NOVA**
P.O. Box 1328
Sonoma, CA, 95476
Phone: 707-938-9610; Fax: 707-938-9612
*Counsel of Record for Defendant* PARKER HANNIFIN CORPORATION INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY

Sonja E. Blomquist, Esq.
Karen L. Moore, Esq.
**LOW BALL & LYNCH**
505 Montgomery St., 7th Floor
San Francisco, CA, 94111
Phone: 415-981-6630; Fax: 415-982-1634
*Counsel of Record for Defendant* ARMSTRONG INTERNATIONAL, INC.

Kristina F. Almquist, Esq.
**MORGAN LEWIS & BOCKIUS**
Spear Street Tower
One Market Plaza
San Francisco, CA, 94105
Phone: 415-442-1000; Fax: 415-442-1001
*Counsel of Record for Defendant* GRINNELL LLC

*Jeanene Kuhnau, et al., vs. A.W. Chesterton Company, et al.*
United States District Court for the Northern District of California, Docket No. 3:13-cv-01669

**SERVICE LIST**

Joseph Duffy, Esq.
**MORGAN LEWIS & BOCKIUS**
Spear Street Tower
One Market Plaza
San Francisco, CA, 94105
Phone: 415-442-1000; Fax: 415-442-1001
*Counsel of Record for Defendant:* YARWAY CORPORATION

Charles Murrin, Esq.
**MURRIN & ASSOCIATES**
3675 Mt Diablo Blvd, Suite 230
Lafayette, CA, 94549
Phone: 925-284-5770; Fax: 925-262-2111
*Counsel of Record for Defendant* SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY

David T. Biderman, Esq.
Eric D. Sentlinger, Esq.
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA, 94111
Phone: 415-344-7000; Fax: 415-344-7288
*Counsel of Record for Defendant* GEORGIA-PACIFIC CORPORATION

Frank D. Pond, Esq.
Jennifer C. Rasmussen, Esq.
Kathleen B. Ebrahimi, Esq.
**POND NORTH**
350 South Grand Ave., Suite 3300
Los Angeles, CA, 90071
Phone: 213-617-6170; Fax: 213-623-3594
**POND NORTH**
100 Spear Street, Suite 1200
San Francisco, CA, 94105
Phone: 415-217-1240; Fax: 415-644-0578
*Counsel of Record for Defendants* FAMILIAN CORPORATION, DBA FAMILIAN PIPE & SUPPLY and Familian Northwest, Inc., now known as Ferguson Enterprises, Inc.

Frank D. Pond, Esq.
Kevin D. Jamison, Esq.
Mary Katherine Back, Esq.
**POND NORTH**
350 South Grand Ave., Suite 3300
Los Angeles, CA, 90071
Phone: 213-617-6170; Fax: 213-623-3594
**POND NORTH**
100 Spear Street, Suite 1200
San Francisco, CA, 94105
Phone: 415-217-1240; Fax: 415-644-0578
*Counsel of Record for Defendant* FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PEERLESS PUMP COMPANY

Kenneth B. Prindle, Esq.
Arpi Galfayan, Esq.
**PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP**
1 California Street, Suite 1910
San Francisco, CA, 94111
Phone: 415-788-8354; Fax: 415-788-3625
*Counsel of Record for Defendants* ITT CORPORATION FKA ITT INDUSTRIES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BELL & GOSSETT and TRANE U.S. INC., FKA AMERICAN STANDARD, INC., INDIVIDUALLY AND AS SUCCESSOR INTEREST TO KEWANEE BOILER CORPORATION

*Jeanene Kuhnau, et al., vs. A.W. Chesterton Company, et al.*
United States District Court for the Northern District of California, Docket No. 3:13-cv-01669

**SERVICE LIST**

Mark A. Love, Esq.
W. Joseph Gunter, Esq.
**SELMAN BREITMAN LLP**
33 New Montgomery, 6th Floor
San Francisco, CA, 94105
Phone: 415-979-0400; Fax: 415-979-2099
*Counsel of Record for Defendants*
DOUGLASS INSULATION CO., INC. and OAKFABCO, INC INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO AND/OR FKA AND/OR FDBA KEWANEE BOILER CORPORATION

David R. Ongaro, Esq.
Susan Q. Haines, Esq.
Nevin C. Brownfield, Esq.
**THOMPSON & KNIGHT LLP**
650 California Street, Fifth Floor
San Francisco, CA, 94108
Phone: 415-433-3900; Fax: 415-433-3950
*Counsel of Record for Defendant*
HONEYWELL INTERNATIONAL, INC. FKA ALLIED SIGNAL INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION

Sara K. Egide, Esq.
**TUCKER ELLIS & WEST LLP**
135 Main St., Suite 700
San Francisco, CA, 94105
Phone: 415-617-2400; Fax: 415-617-2409
*Counsel of Record for Defendant* CARRIER CORPORATION

John K. Son, Esq.
**TUCKER ELLIS & WEST LLP**
515 South Flower Street, 42nd Floor
Los Angeles, CA, 90071-2223
Phone: 213-430-3400; Fax: 213-430-3409
*Counsel of Record for Defendant* CARRIER CORPORATION

Charles T. Sheldon, Esq.
Katherine P. Gardiner, Esq.
Derek S. Johnson, Esq.
**WALSWORTH FRANKLIN BEVINS & MCCALL, LLP**
601 Montgomery Street, 9th Floor
San Francisco, CA, 94111
Phone: 415-781-7072; Fax: 415-391-6258
*Counsel of Record for Defendant* GENERAL ELECTRIC COMPANY

Tanya Xiomara Johnson, Esq.
**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP** 525 Market St., 17th Floor, San Francisco, CA, 94105
Phone: 415-433-0990; Fax: 415-434-1370
*Counsel of Record for Defendant* ASBESTOS CORPORATION, LTD.

*Agent for Service of Process for Defendant*
BURNHAM CORPORATION
THE CORPORATION TRUST COMPANY
1209 Orange Street, Wilmington, DE, 19801

*Agent for Service of Process for Defendant*
FERGUSON ENTERPRISES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FAMILIAN CORPORATION FKA FAMILIAN PIPE & SUPPLY CO., INC.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA, 95833
Phone: 800-222-2122; Fax: 916-563-2121