**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Appearance has been served via electronic filing on all counsel of record listed on the Court's website and by Regular U.S. Main on the parties listed on the attached service list on this 28th day of May, 2013.

/s/ Jeffrey T. Thayer
***

*Jeanene Kuhnau, et al., vs. A.W. Chesterton Company, et al.*
United States District Court for the Northern District of California, Docket No. 3:13-cv-01669

## SERVICE LIST

William H. Armstrong, Esq.
Amber R. Craig, Esq.
**ARMSTRONG & ASSOCIATES LLP**
One Kaiser Plaza, Suite 625
Oakland, CA, 94612
Phone: 510-433-1830; Fax: 510-433-1836
*Counsel of Record for Defendant* CROWN, CORK & SEAL, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO MUNDET CORK

Madeline Buty, Esq.
**BUTY & CURLIANO**
555 City Center, 555 12th Street, Suite 1280
Oakland, CA, 94607
Phone: 510-267-3000; Fax: 510-267-0117
*Counsel of Record for Defendant* PEERLESS PACIFIC COMPANY OF OREGON

Garth W. Aubert, Esq.
Suzanne N. McNulty, Esq.
**FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA, 90071
Phone: 213-873-2100; Fax: 213-873-2125
*Counsel of Record for Defendant* THERMAL CERAMICS, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO INTERNATIONAL VERMICULITE

Gary D. Sharp, Esq.
T. Eric Sun, Esq.
Elizabeth C. Sears, Esq.
**FOLEY & MANSFIELD, PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA, 94612
Phone: 510-590-9500; Fax: 510-590-9595
*Counsel of Record for Defendant* EMERSON ELECTRIC CO., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST AND PARENT ALTER EGO TO ASCO VALVE INC.

Jeffrey J. Fadeff, Esq.
Reshma A. Bajaj, Esq.
**BASSI, EDLIN, HUIE & BLUM, LLP**
500 Washington Street, Suite 700
San Francisco, CA, 94111
Phone: 415-397-9006; Fax: 415-397-1339
*Counsel of Record for Defendant* J. T. THORPE & SON, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO J.T. THORPE NORTWHEST, INC.

Sean P. Worsey, Esq.
**LEVIN SIMES LLP**
353 Sacramento Street, 20th Floor
San Francisco, CA  94111
Telephone:  (415) 426-3000
**Facsimile:  (415) 426-3001**
*Attorneys for PLAINTIFFS*

J. Scott Wood, Esq.
Elizabeth R. Bain, Esq.
**FOLEY & MANSFIELD, PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA, 94612
Phone: 510-590-9500; Fax: 510-590-9595
*Counsel of Record for Defendant* AMERON INTERNATIONAL CORPORATION, Individually and as Successor-in-Interest to American Pipe & Construction Co.

Dennis M. Young, Esq.
Elizabeth R. Bain, Esq.
**FOLEY & MANSFIELD, PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA, 94612
Phone: 510-590-9500; Fax: 510-590-9595
*Counsel of Record for Defendant* ZURN INDUSTRIES, LLC, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ZURN INDUSTRIES, INC., ERIE CITY IRON WORKS AND KEYSTONE BOILER

*Jeanene Kuhnau, et al., vs. A.W. Chesterton Company, et al.*
United States District Court for the Northern District of California, Docket No. 3:13-cv-01669

## SERVICE LIST

Todd N. Wade, Esq.
Joseph R. Connelly, III, Esq.
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
Three Embarcadero Center, 8th Floor
San Francisco, CA, 94111-4024
Phone: 415-766-3200; Fax: 415-766-3250
*Counsel of Record for Defendant* KELLY-MOORE PAINT COMPANY, INC.

Theodore T. Cordery, Esq.
**IMAI TADLOCK KEENEY & CORDERY**
100 Bush Street, Suite 1300
San Francisco, CA, 94104
Phone: 415-675-7000; Fax: 415-675-7008
*Counsel of Record for Defendant* J.S. Guerin & Company

Michele C. Barnes, Esq.
Bogdan-Alexandru Albu, Esq.
**K&L GATES, LLP**
Four Embarcadero Center, Ste. 1200
San Francisco, CA, 94111
Phone: 415-882-8200; Fax: 415-882-8220
*Counsel of Record for Defendants* CRANE CO., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO CHAPMAN VALVE CO. and CRANE CO., INDIVIDUALLY, AS SUCCESSOR-IN-INTEREST, PARENT ALTER EGO TO OR FKA PACIFIC BOILER

Sonja E. Blomquist, Esq.
Karen L. Moore, Esq.
**LOW BALL & LYNCH**
505 Montgomery St., 7th Floor
San Francisco, CA, 94111
Phone: 415-981-6630; Fax: 415-982-1634
*Counsel of Record for Defendant* ARMSTRONG INTERNATIONAL, INC.

Bruce Imai, Esq.
David E. Toomey, Esq.
**IMAI TADLOCK KEENEY & CORDERY**
100 Bush Street, Suite 1300
San Francisco, CA, 94104
Phone: 415-675-7000; Fax: 415-675-7008
*Counsel of Record for Defendant* ALLIED PACKING & SUPPLY, INC.

Gabriel A. Jackson, Esq.
Anthony C. Chiosso, Esq.
**JACKSON JENKINS RENSTROM LLP**
55 Francisco Street, 6th Floor
San Francisco, CA, 94133
Phone: 415-982-3600; Fax: 415-982-3700
*Counsel of Record for Defendant* CLAYTON INDUSTRIES

Peter J. Nova, Esq.
**LAW OFFICES OF PETER J. NOVA**
P.O. Box 1328
Sonoma, CA, 95476
Phone: 707-938-9610; Fax: 707-938-9612
*Counsel of Record for Defendant* PARKER HANNIFIN CORPORATION INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY

Kristina F. Almquist, Esq.
**MORGAN LEWIS & BOCKIUS**
Spear Street Tower
One Market Plaza
San Francisco, CA, 94105
Phone: 415-442-1000; Fax: 415-442-1001
*Counsel of Record for Defendant* GRINNELL LLC

*Jeanene Kuhnau, et al., vs. A.W. Chesterton Company, et al.*
United States District Court for the Northern District of California, Docket No. 3:13-cv-01669

## SERVICE LIST

Joseph Duffy, Esq.
**MORGAN LEWIS & BOCKIUS**
Spear Street Tower
One Market Plaza
San Francisco, CA, 94105
Phone: 415-442-1000; Fax: 415-442-1001
*Counsel of Record for Defendant:* YARWAY CORPORATION

David T. Biderman, Esq.
Eric D. Sentlinger, Esq.
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA, 94111
Phone: 415-344-7000; Fax: 415-344-7288
*Counsel of Record for Defendant* GEORGIA-PACIFIC CORPORATION

Frank D. Pond, Esq.
Kevin D. Jamison, Esq.
Mary Katherine Back, Esq.
**POND NORTH**
350 South Grand Ave., Suite 3300
Los Angeles, CA, 90071
Phone: 213-617-6170; Fax: 213-623-3594
**POND NORTH**
100 Spear Street, Suite 1200
San Francisco, CA, 94105
Phone: 415-217-1240; Fax: 415-644-0578
*Counsel of Record for Defendant* FMC CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO PEERLESS PUMP COMPANY

Charles Murrin, Esq.
**MURRIN & ASSOCIATES**
3675 Mt Diablo Blvd, Suite 230
Lafayette, CA, 94549
Phone: 925-284-5770; Fax: 925-262-2111
*Counsel of Record for Defendant* SOCO-WEST, INC. FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN CHEMICAL & MANUFACTURING COMPANY

Frank D. Pond, Esq.
Jennifer C. Rasmussen, Esq.
Kathleen B. Ebrahimi, Esq.
**POND NORTH**
350 South Grand Ave., Suite 3300
Los Angeles, CA, 90071
Phone: 213-617-6170; Fax: 213-623-3594
**POND NORTH**
100 Spear Street, Suite 1200
San Francisco, CA, 94105
Phone: 415-217-1240; Fax: 415-644-0578
*Counsel of Record for Defendants* FAMILIAN CORPORATION, DBA FAMILIAN PIPE & SUPPLY and Familian Northwest, Inc., now known as Ferguson Enterprises, Inc.

Kenneth B. Prindle, Esq.
Arpi Galfayan, Esq.
**PRINDLE, AMARO, GOETZ, HILLYARD, BARNES & REINHOLTZ LLP**
1 California Street, Suite 1910
San Francisco, CA, 94111
Phone: 415-788-8354; Fax: 415-788-3625
*Counsel of Record for Defendants* ITT CORPORATION FKA ITT INDUSTRIES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BELL & GOSSETT and TRANE U.S. INC., FKA AMERICAN STANDARD, INC., INDIVIDUALLY AND AS SUCCESSOR INTEREST TO KEWANEE BOILER

*Jeanene Kuhnau, et al., vs. A.W. Chesterton Company, et al.*
United States District Court for the Northern District of California, Docket No. 3:13-cv-01669

## SERVICE LIST

Mark A. Love, Esq.
W. Joseph Gunter, Esq.
**SELMAN BREITMAN LLP**
33 New Montgomery, 6th Floor
San Francisco, CA, 94105
Phone: 415-979-0400; Fax: 415-979-2099
*Counsel of Record for Defendants*
DOUGLASS INSULATION CO., INC. and OAKFABCO, INC INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO AND/OR FKA AND/OR FDBA KEWANEE BOILER CORPORATION

Sara K. Egide, Esq.
**TUCKER ELLIS & WEST LLP**
135 Main St., Suite 700
San Francisco, CA, 94105
Phone: 415-617-2400; Fax: 415-617-2409
*Counsel of Record for Defendant* CARRIER CORPORATION

Charles T. Sheldon, Esq.
Katherine P. Gardiner, Esq.
Derek S. Johnson, Esq.
**WALSWORTH FRANKLIN BEVINS & MCCALL, LLP**
601 Montgomery Street, 9th Floor
San Francisco, CA, 94111
Phone: 415-781-7072; Fax: 415-391-6258
*Counsel of Record for Defendant* GENERAL ELECTRIC COMPANY

*Agent for Service of Process for Defendant*
BURNHAM CORPORATION
THE CORPORATION TRUST COMPANY
1209 Orange Street, Wilmington, DE, 19801

David R. Ongaro, Esq.
Susan Q. Haines, Esq.
Nevin C. Brownfield, Esq.
**THOMPSON & KNIGHT LLP**
650 California Street, Fifth Floor
San Francisco, CA, 94108
Phone: 415-433-3900; Fax: 415-433-3950
*Counsel of Record for Defendant*
HONEYWELL INTERNATIONAL, INC. FKA ALLIED SIGNAL INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO THE BENDIX CORPORATION

John K. Son, Esq.
**TUCKER ELLIS & WEST LLP**
515 South Flower Street, 42nd Floor
Los Angeles, CA, 90071-2223
Phone: 213-430-3400; Fax: 213-430-3409
*Counsel of Record for Defendant* CARRIER CORPORATION

Tanya Xiomara Johnson, Esq.
**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP** 525 Market St., 17th Floor, San Francisco, CA, 94105
Phone: 415-433-0990; Fax: 415-434-1370
*Counsel of Record for Defendant* ASBESTOS CORPORATION, LTD.

*Agent for Service of Process for Defendant FERGUSON ENTERPRISES, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FAMILIAN CORPORATION FKA FAMILIAN PIPE & SUPPLY CO., INC.*
CSC Lawyers Incorporating Service
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA, 95833
Phone: 800-222-2122; Fax: 916-563-2121