UNITED STATES JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY      MDL NO. 875
LITIGATION (NO. VI)

―――――――――――――――――――――――――――

This Document Relates To:

―――――――――――――――――――――――――――

| | | |
|---|---|---|
| KAREN McVAY, Individually and as Executrix of the Estate of CARL L. WIEHE, | : : : : | CIVIL ACTION NO. OHN/1:13-CV-10001 |
| Plaintiffs | : : | |
| v. | : : | JUDGE DAN POLSTER |
| ARMSTRONG INTERNATIONAL, INC. et al. | : : | **<u>WITHDRAWAL OF NOTICE OF APPEARANCE</u>** |
| Defendants | : : | |

Notice is hereby given of Withdrawal of the Notice of Appearance filed by the undersigned on May 17, 2013 at Document Number 9385 in the captioned matter, on the basis of the inclusion of an erroneous case caption.

Respectfully submitted,

<u>/s/James N. Kline</u>
BRUCE P. MANDEL (0022026)
bmandel@ulmer.com
JAMES N. KLINE (0007577)
Jkline@ulmer.com
KURT S. SIEGFRIED (0063563)
ksiegfried@ulmer.com
ROBERT E. ZULANDT III (0071497)
rzulandt@ulmer.com
ULMER & BERNE LLP

Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113-1448
Telephone: (216) 583-7000
Facsimile: (216) 583-7001

and

TIMOTHY M. FOX (0038976)
tfox@ulmer.com
CHRISTINE E. WATCHORN (0075919)
cwatchorn@ulmer.com
ULMER & BERNE LLP
88 East Broad Street, Suite 1600
Columbus, Ohio 43215
Telephone: (614) 229-0000
Facsimile: (614) 229-0001

Attorneys for Defendants
Armstrong Pumps, BorgWarner Morse TEC Inc. as successor-by-merger to Borg-Warner Corporation, Georgia-Pacific LLC, f/k/a Georgia-Pacific Corporation, Nash Engineering Co., Old Orchard Industrial Corp., Rite Engineering & Manufacturing Corporation, Taco, Inc., and Weir Valves and Controls

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2013, a copy of the foregoing Withdrawal of Notice of Appearance was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/James N. Kline*
BRUCE P. MANDEL (0022026)
ULMER & BERNE LLP

Attorney for Defendants
Armstrong Pumps, BorgWarner Morse TEC Inc. as successor-by-merger to Borg-Warner Corporation, Georgia-Pacific LLC, f/k/a Georgia-Pacific Corporation, Nash Engineering Co., Old Orchard Industrial Corp., Rite Engineering & Manufacturing Corporation, Taco, Inc., and Weir Valves and Controls