BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| KAREN McVAY, Individually and as Executrix of the Estate of CARL L. WIEHE, | ) ) ) ) | CIVIL ACTION NO. 1:13-CV-10001 |
| Plaintiff, | ) ) | |
| -vs- | ) ) ) | |
| ARMSTRONG INTERNATIONAL, INC., *et al.*, | ) ) ) | ERRATA |
| Defendants. | ) | |

The purpose of this erratum is to correct the heading on the previously filed Notice of Appearance to read Before the United States Judicial Panel on Multidistrict Litigation in place of In the United States District Court for the Northern District of Ohio.

                                                            Respectfully submitted,

OF COUNSEL:

BUCKLEY KING, LPA

                                        /s/ Jeffrey W. Ruple (*Electronically Filed*)
                                        JEFFREY W. RUPLE (0068742)
                                        ruple@buckleyking.com
                                        1400 Fifth Third Center
                                        600 Superior Avenue, East
                                        Cleveland, Ohio 44114-2652
                                        (216) 363-1400
                                        (216) 579-1020 (*Facsimile*)

                                        Attorneys for Defendant Cleaver-Brooks, Inc.

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| KAREN McVAY, Individually and as Executrix of the Estate of CARL L. WIEHE,, | ) ) ) ) | CIVIL ACTION NO. 1:13-CV-10001 |
| Plaintiff, | ) ) | |
| -vs- | ) ) ) | JUDGE DAN POLSTER |
| ARMSTRONG INTERNATIONAL, INC., *et al.,* | ) ) ) | NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT CLEAVER-BROOKS, INC. |
| Defendants. | ) | |

Please take notice that Daniel P. Carter, and Jeffrey W. Ruple together with the law firm of Buckley King, LPA, 1400 Fifth Third Center, 600 Superior Avenue, Cleveland, OH 44114, hereby enter their appearance in this action, on behalf of Defendant Cleaver-Brooks, Inc.

Respectfully submitted,

OF COUNSEL:

BUCKLEY KING, LPA

/s/ Jeffrey W. Ruple (*Electronically Filed)*
DANIEL P. CARTER (0074848)
carter@buckleyking.com
JEFFREY W. RUPLE (0068742)
ruple@buckleyking.com
1400 Fifth Third Center
600 Superior Avenue, East
Cleveland, Ohio 44114-2652
 (216) 363-1400
 (216) 579-1020 (*Facsimile*)

Attorneys for Defendant Cleaver-Brooks, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2013, a copy of the foregoing Notice of Appearance on behalf of Defendant Cleaver-Brooks, Inc. was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system..

/s/ Jeffrey Ruple (*Electronically Filed)*
JEFFREY RUPLE (0068742)