**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION**<br><br>LAURIE DEUYOUR, et al.,<br>Plaintiffs,<br>v.<br>BF GOODRICH CO., et al.,<br>Defendants. | **MDL DOCKET NO. 875**<br><br>**CA C.A. NO.: 2:13-cv-02333** |

**NOTICE OF WITHDRAWAL OF DEFENDANT CARRIER CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 549**

TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:

Defendant Carrier Corporation hereby requests that its Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order No. 549, filed on May 29, 2013, Doc #27, be withdrawn as it was incorrectly filed. The Opposition will be re-filed forthwith.

DATED: June 4, 2013

RESPECTFULLY SUBMITTED,

By: /s/ *John K. Son*

John K. Son
TUCKER ELLIS LLP
515 South Flower Street
42nd Floor
Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
john.son@tuckerellis.com
Attorneys for Defendant
**CARRIER CORPORATION**

CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Tucker Ellis LLP, 135 Main Street, Suite 700, San Francisco, California 94105, in said County and State.

On June 5 2013, I served the following document(s) entitled **NOTICE OF WITHDRAWAL OF DEFENDANT CARRIER CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 549** as follows:

X **VIA ELECTRONIC SERVICE** by causing such documents to be served on the interested parties to this action by submitting an electronic version of the documents via ECF website.

X **BY MAIL:** By placing ( ) the original(s); (**X**) a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

**See Service List**

☑ **(FEDERAL)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 5, 2013 at San Francisco, California.

Anna Pasynkova

Anna Pasynkova

**SERVICE LIST**

CBS Corporation
c/o CSC Corporation Service Company
2710 Gateway Oaks Drive
#150N
Sacramento, CA 95833

Foster Wheeler Energy Corporation
c/o CT Corporation
818 W Seventh Street
Los Angeles, CA 90017

Georgia-Pacific LLC
c/o CT Corporation
818 W Seventh Street
Los Angeles, CA 90017

Honeywell International Inc.
c/o CSC Corporation Service Company
2710 Gateway Oaks Drive
#150N
Sacramento, CA 95833

Kelly-Moore Paint Company Inc.
Registered Agent of Process
987 Commercial Street
San Carlos, CA 94070

Luxaire Inc.
c/o The Prentice Hall Corporation System, Inc.
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833

Shell Oil Company
c/o CT Corporation
818 W Seventh Street
Los Angeles, CA 90017

Union Carbide Corporation
c/o CT Corporation
818 W Seventh Street
Los Angeles, CA 90017

Yorke-Luxaire Inc.
c/o The Prentice Hall Corporation System, Inc.
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833