*DEUYOUR v BF GOODRICH COMPANY, et al.*

# EXHIBIT C

Case MDL No. 875   Document 9405-3   Filed 06/05/13   Page 2 of 4
Case 2:12-cv-60167-ER   Document 32-3   Filed 09/17/13   Page 1 of 1
Case 2:12-cv-60167-ER   Document 32-3   Filed 09/17/13   Page 1 of 1

ER

File

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL DEUYOUR,<br><br>Plaintiff,<br><br>vs.<br><br>BF GOODRICH COMPANY, et al.,<br><br>Defendants. | FILED<br>SEP 11 2012<br>MICHAEL E. KUNZ, Clerk<br>___ Dep. Clerk | Consolidated MDL Docket No. 875<br>E.D. PA Case No. 2:12-cv-60167<br><br>*Honorable Eduardo C. Robreno, Jr.*<br><br>Transferor Court: Northern District of California Civil Action No.: 3:12-cv-03096 |

## [PROPOSED] ORDER GRANTING DEFENDANT JOHN CRANE INC.'S FRCP 12(b)(6) MOTION TO DISMISS

Defendant John Crane Inc.'s FRCP 12(b)(6) motion to dismiss came on regularly for hearing before this Court. The Court has considered the papers submitted in support and in opposition to the motion, the authorities cited by the parties, and the argument of counsel.

After due deliberation, this Court has determined that the Complaint, as presently drafted, fails to state a claim upon which relief may be granted. Therefore,

IT IS ORDERED that:

The motion to dismiss is GRANTED with prejudice.

Dated: Sept. 11, 2012

_____
Judge, U.S. District Court for the
Eastern District of Pennsylvania
Eduardo C. Robreno

-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : | Consolidated Under MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS | : : | 12-60167 |
| v. | : : | Cases in Exhibit "A," attached |
| VARIOUS DEFENDANTS | | |

FILED
SEP 17 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this **14th** day of **September, 2012,** it is hereby **ORDERED** that the Motions to Dismiss listed in Exhibit "A," attached are **GRANTED** as unopposed.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

1

## EXHIBIT A

| Case Number | District | Caption | Filed By | Motion Type | Doc. No. |
|---|---|---|---|---|---|
| 06-61617 | VA-E | Holmes v. AC&S, Inc. et al | CBS Corp. f/k/a Westinghouse Electric Corporation | Dismiss | 46 |
| 09-93727 | GA-S | Kelly v. General Electric Company et al | Anderson Kelly Linda Kelly Ingersoll Rand Company | Dismiss | 42 |
| 10-67134 | DE | Wood et al v. A.W. Chesterton Company et al | Crane Company | Dismiss | 189 |
| 10-69379 | CA-N | Floyd et al v. Air & Liquid Systems Corporation et al | John Crane, Inc. | Dismiss | 241 |
| 11-66391 | AL-N | Childress v. 3M et al | Saint-Gobain Abrasives Inc, F/K/A Norton Company | Dismiss | 244 |
| 11-67281 | LA-E | Vedros et al v. Northrop Grumman Shipbuilding, Inc. et al | Northrop Grumman Shipbuilding, Inc. | Dismiss | 73 |
| 11-67750 | RI | Knowles et al v. A.W. Chesterton Company et al | Laura Knowles Wilford Knowles | Dismiss | 53 |
| 11-67807 | NC-W | Mcswain v. Basf Catalysts Llc et al | Eastern Magnesia Talc Company Basf Catalysts Llc | Dismiss | 24 |
| 12-60157 | NC-W | Sellers v. Air & Liquid Systems Corporation et al | William Powell Company | Dismiss | 55 |
| 12-60163 | NY-S | Leong et al v. Air & Liquid Systems Corporation et al | Plaintiff(s) | Dismiss | 36 |
| 12-60167 | CA-N | Deuyour v. Bf Goodrich Company et al | John Crane, Inc. | Dismiss | 12 |