*DEUYOUR v BF GOODRICH COMPANY, et al.*

# EXHIBIT D

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL DEUYOUR,<br><br>        Plaintiff,<br><br>vs.<br><br>BF GOODRICH COMPANY, et al.,<br><br>        Defendants. | Consolidated MDL Docket No. 875<br>E.D. PA Case No. 2:12-cv-60167<br><br>Honorable Eduardo C. Robreno, Jr.<br><br>Transferor Court: Northern District of California Civil Action No.: 3:12-cv-03096 |

**DEFENDANT JOHN CRANE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FRCP 12(b)(6)**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT**, in above-referenced Court, defendant John Crane Inc. ("JCI") will and hereby does move this Court for an order dismissing the complaint of plaintiff DANIEL DEUYOUR ("plaintiff") (COMPLAINT FOR DAMAGES, hereinafter identified as "Complaint") for failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(6).

Plaintiff's Complaint consists of nothing more than legal and factual conclusions, and fails to allege any specific facts as to causation or the entitlement to punitive damages, and therefore fails to state a claim for which relief can be granted. JCI will therefore request that the Court dismiss plaintiffs' Complaint in its entirety. Alternatively, JCI requests that the Court dismiss each and every cause of action individually. Likewise, plaintiff's Complaint is devoid of any facts which would substantiate an award of punitive damages, warranting dismissal of this claim for damages as a matter of law.

This motion is based upon the authority of FRCP 12(b)(6); Bell Atlantic Corp. v. Twombly (2007) 550 U.S. 544; and Ashcroft v. Iqbal (2009) 129 S.Ct. 1937, as well as this notice; the attached memorandum of points and authorities; the declaration

of Nicole T. Roberts and all exhibits thereto, all filed concurrently herewith; and on the files and records of this Court.

Dated: July 12, 2012.

                    HASSARD BONNINGTON LLP

                    By:    /s/ Nicole T. Roberts
                         Robert L. Nelder
                         CA State Bar No. 125426
                         E-mail: rln@hassard.com

                         Nicole T. Roberts, Esq.
                         CA State Bar No. 203789
                         E-mail: ntr@hassard.com

                         HASSARD BONNINGTON LLP
                         Two Embarcadero Center, Suite 1800
                         San Francisco, California  94111-3941
                         Telephone: (415) 288-9800
                         FAX: (415) 288-9802

                         Attorneys for Defendant
                         JOHN CRANE INC.

DEFENDANT JOHN CRANE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FRCP 12(b)(6)
P:\Wdocs\HBMAIN\01850\01502\00687841.DOC-71212

## CERTIFICATE OF SERVICE

**CASE NAME:** Daniel Deuyour v. BF Goodrich Company, et al.

**COURT:** United States District Court, Eastern District of Pennsylvania

**CASE NUMBER:** 2:12-cv-60167

1. At the time of service I was over 18 years of age and not a party to this action.

2. My business address is Two Embarcadero Center, Suite 1800, San Francisco, CA 94111.

3. July 13, 2012, I served the following documents:

DEFENDANT JOHN CRANE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FRCP 12(b)(6);

DEFENDANT JOHN CRANE INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FRCP 12(b)(6);

DECLARATION OF NICOLE T. ROBERTS IN SUPPORT OF DEFENDANT JOHN CRANE INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FRCP 12(b)(6); and

[PROPOSED] ORDER GRANTING DEFENDANT JOHN CRANE INC.'S FRCP 12(b)(6) MOTION TO DISMISS

4. I served the documents on the **person(s)** below as follows:

X  **By electronically** serving the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website, and these documents are now available for viewing and downloading from the ECF system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 13, 2012.

Michele Smith

-3-

DEFENDANT JOHN CRANE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FRCP 12(b)(6)
P:\Wdocs\HBMAIN\01850\01502\00687841.DOC-71312