CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and am not a party to this action. My business address is Tucker Ellis LLP, 135 Main Street, Suite 700, San Francisco, California 94105, in said County and State.

On May 29, 2013, I served the following document(s) entitled **DEFENDANT CARRIER CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 549** as follows:

X   **VIA ELECTRONIC SERVICE** by causing such documents to be served on the interested parties to this action by submitting an electronic version of the documents via ECF website.

X   **BY MAIL:** By placing ( ) the original(s); (**X**) a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on that date following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in Los Angeles, California, in a sealed envelope with postage fully prepaid.

**See Service List**

☑   **(FEDERAL)**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 29, 2013 at San Francisco, California.

*Anna Pasynkova*

Anna Pasynkova

1

## SERVICE LIST

CBS Corporation

c/o CSC Corporation Service Company

2710 Gateway Oaks Drive

#150N

Sacramento, CA 95833


Foster Wheeler Energy Corporation

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Georgia-Pacific LLC

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Honeywell International Inc.

c/o CSC Corporation Service Company

2710 Gateway Oaks Drive

#150N

Sacramento, CA 95833


Kelly-Moore Paint Company Inc.

Registered Agent of Process

987 Commercial Street

San Carlos, CA 94070

Luxaire Inc.

c/o The Prentice Hall Corporation System, Inc.

2710 Gateway Oaks Drive

Suite 150N

Sacramento, CA 95833


Shell Oil Company

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Union Carbide Corporation

c/o CT Corporation

818 W Seventh Street

Los Angeles, CA 90017


Yorke-Luxaire Inc.

c/o The Prentice Hall Corporation System, Inc.

2710 Gateway Oaks Drive

Suite 150N

Sacramento, CA 95833