BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Daniel S. Weber, Individually,<br><br>Plaintiff,<br><br>v.<br><br>AC & S Inc., et al.,<br><br>Defendants, | E.D. PA Case No. 08-CV-92132<br><br>*Trans. from C.D. IL Case No. 99-02177* |

**STIPULATION TO STAY BRIEFING AND RULING ON OBJECTION TO REMAND**

IT IS STIPULATED by the parties, through their respective counsel, that the briefing and/ruling on defendant Borg Warner TEC, Inc.'s motion to vacate the JPML's Conditional Remand Order of April 9, 2013 (JPML ECF 2:99-cv-02177 Doc. No. 8), filed May 1, 2013, should be stayed as the parties are currently negotiating an agreed resolution of this motion. Parties are discussing the scope of new, limited, discovery to be conducted in the local court as requested by Borg-Warner in their motion. The parties will file a proposed order in reference to the same with the Judicial Panel on Multi-district Litigation as soon as practicable.

IT IS FURTHER STIPULATED that an order staying further briefing and ruling on this motion may be entered without further notice.

Dated: June 5, 2013

| | |
|---|---|
| /S/ Donald W. Ward (*with permission*) | /S/ Michael P. Cascino |
| Attorney for Borg-Warner Inc | One of Plaintiff's Attorneys |
| Carl P. McNulty | Michael P. Cascino |
| Herzog Crebs LLP | Cascino Vaughan Law Offices, Ltd. |
| 100 North Broadway, 14th Fl. | 220 South Ashland Ave. |
| St. Louis, MO 63102 | Chicago, IL 60607 |
| Phone: (314) 231-6700 | (312) 944-0600 |
| Fax: (314) 231-4656 | (312) 944-1870 (fax) |
| dww@herzogcrebs.com | ecf.cvlo@gmail.com |