BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.  MDL 875 |
| Daniel S. Weber, Individually, | E.D. PA Case No. 08-CV-92132 |
| Plaintiff, | *Trans. from C.D. IL Case No. 99-02177* |
| v. | |
| AC & S Inc., et al., | |
| Defendants, | |

**ORDER**

Upon the agreed stipulation by Plaintiff by and through his attorneys, Cascino Vaughan Law Offices, Ltd., and Defendant Borg Warner TEC, Inc., by and through its attorneys, Herzog and Crebs:

**IT IS HEREBY ORDERED** that the stipulation to stay the briefing on Borg Warner TEC, Inc.'s motion to vacate the JPML's Conditional Remand Order of April 9, 2013 (JPML ECF 2:99-cv-02177 Doc. No. 8), is **GRANTED** and the briefing on the motion to vacate is stayed until further notice.

Dated:_____                                    BY THE PANEL:

                                                          _____