BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>*Weber v. A.C. & S. Inc., et al.,* | Civil Action No.  MDL 875<br><br>E.D. PA Case No. 08-CV-92132<br><br>*C.D. IL Case No. 99-2177* |

### Certificate of Service

I hereby certify that on June 5, 2013, I caused the forgoing to be electronically filed with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system which will automatically send notifications of this filing to all active counsel in this case:

**Borg-Warner Corporation**
Mary A. Hatch         :   mah@herzogcrebs.com
Kent L. Plotner       :   kplotner@hrva.com
Donald W. Ward        :   dww@herzogcrebs.com

**Maremont Corporation**
Kent L. Plotner       :   kplotner@hrva.com
John C. Canoni        :   jcanoni@kasowitz.com
Jennifer Studebaker   :   studebakerjm@fpwk.com
David W. Ybarra       :   dwy@greensfelder.com

I further certify that a courtesy copy has been sent via Federal Express to the Clerk of the Panel.

Dated: June 5, 2013

/S/ Michael P. Cascino
Attorneys for Plaintiff
Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
Phone: (312) 944-0600
Fax: (312) 944-1870
Email: ecf.cvlo@gmail.com; mcascino@cvlo.com