BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Daniel S. Weber, Individually, | E.D. PA Case No. 08-CV-92132 |
| Plaintiff, | *Trans. from C.D. IL Case No. 99-02177* |
| v. | |
| AC & S Inc., et al., | |
| Defendants, | |

**Notice of Withdrawal of:
Stipulation to Stay Briefing and Ruling on Objection to Remand
(ECF Doc. No. 9408)**

---

Plaintiff hereby withdraws the *Stipulation to Stay Briefing and Ruling on Objection to Remand* (ECF Doc. No. 9408, filed June 5, 2013.) This withdrawal is pursuant to the Clerk of the Panel's instructions given to plaintiff's counsel via telephone to withdraw the stipulation and re-file it as a motion. The replacement filing will be made shortly.

Dated: June 5, 2013

/S/ Michael P. Cascino
One of Plaintiff's Attorneys
Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
312) 944-0600
(312) 944-1870 (fax)
ecf.cvlo@gmail.com