BEFORE THE UNITED STATES JUDICIAL PANEL
FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Daniel S. Weber, Individually, | E.D. PA Case No. 08-CV-92132 |
| Plaintiff, | *Trans. from C.D. IL Case No. 99-02177* |
| v. | |
| AC & S Inc., et al., | |
| Defendants, | |

**JOINT MOTION TO STAY BRIEFING AND RULING ON OBJECTION TO REMAND**

Plaintiff and defendant Borg-Warner TEC Inc. ("Borg-Warner") move this honorable panel for an order staying briefing and ruling upon defendant Borg-Warner's motion to vacate the JPML's Conditional Remand Order of April 9, 2013 (JPML ECF 2:99-cv-02177 Doc. No. 8), filed May 1, 2013. In support thereof plaintiff states:

Briefing and ruling upon the above motion should be stayed as the parties are currently negotiating an agreed resolution of this motion. Parties are discussing the scope of new, limited, discovery to be conducted in the local court as requested by Borg-Warner in their motion. The parties will file a joint-statement in reference to the same with the Judicial Panel on Multi-district Litigation as soon as practicable. Plaintiff's counsel has conferred with counsel for Borg-Warner, who do not oppose this motion.

Wherefore plaintiff and defendant Borg-Warner request that an order be entered staying further briefing and ruling on this motion.

Dated: June 5, 2013

| | |
|---|---|
| /S/ Donald W. Ward (*with permission*) | /S/ Michael P. Cascino |
| Attorney for Borg-Warner TEC Inc. | One of Plaintiff's Attorneys |
| Donald W. Ward | Michael P. Cascino |
| Herzog Crebs LLP | Cascino Vaughan Law Offices, Ltd. |
| 100 North Broadway, 14th Fl. | 220 South Ashland Ave. |
| St. Louis, MO 63102 | Chicago, IL 60607 |
| Phone: (314) 231-6700 | (312) 944-0600 |
| Fax: (314) 231-4656 | (312) 944-1870 (fax) |
| dww@herzogcrebs.com | ecf.cvlo@gmail.com |