# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:        **July 25, 2013**

LOCATION OF HEARING SESSION:    Edward T. Gignoux Federal Courthouse
Courtroom No. 1, 2nd Floor
156 Federal Street
Portland, Maine  04101

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **July 8, 2013.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, U.S. District Court for the District of Maine

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

### HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on July 25, 2013, the Panel will convene a hearing session in Portland, Maine, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | Paul J. Barbadoro |
| Marjorie O. Rendell | Charles R. Breyer |
| Lewis A. Kaplan | Sarah S. Vance |

SCHEDULE OF MATTERS FOR HEARING SESSION
July 25, 2013 -- Portland, Maine


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT[1]**


MDL No. 2452 - **IN RE: INCRETIN MIMETICS PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Moses Scott and Rosalie Duhon to transfer the following actions to the United States District Court for the Southern District of California:

District of Arizona

Jackie Ruiz v. Merck & Company, Inc., et al., C.A. No. 4:13-00228
Mary Jo Andrews v. Merck, Sharp & Dohme Corporation, et al., C.A. No. 4:13-00229

Southern District of California

Moses Scott v. Merck & Co., Inc., et al., C.A. No. 3:12-02549
Jan Wright v. Merck & Co., Inc., et al., C.A. No. 3:12-02553
Guy Riley v. Merck & Co., Inc., et al., C.A. No. 3:12-02556
Clara Smith v. Merck & Co., Inc., et al., C.A. No. 3:12-02557
Betty Garber v. Amylin Pharmaceuticals, Inc., et al., C.A. No. 3:12-02560
Heidie Skinner v. Merck & Co., Inc., et al., C.A. No. 3:12-02561
Fayette Thomas v. Amylin Pharmaceuticals, Inc., et al., C.A. No. 3:12-02562
Linda Raines v. Amylin Pharmaceuticals, Inc., et al., C.A.No.3:12-02566
Hamid Haqq v. Amylin Pharmaceuticals, Inc., et al., C.A. No. 3:12-02572
Christopher Borden v. Merck & Co., Inc., et al., C.A. No. 3:12-02782

---

[1]   This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer.  See Panel Rules 6.1 and 6.2.  In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.

Schedule of Matters for Hearing Session, Section A                    p. 2
Portland, Maine


MDL No. 2452 (Continued)


<u>Southern District of California</u> (Continued)

Cheryl Ostman v. Amylin Pharmaceuticals, Inc., et al., C.A. No. 3:12-02965
Ronald Cacossa v. Amylin Pharmaceuticals, Inc., et al., C.A. No. 3:12-03020
Ann Jay v. Amylin Pharmaceuticals, Inc., et al., C.A. No. 3:12-03021
James Gilbert, Jr. v. Amylin Pharmaceuticals, Inc., et al., C.A. No. 3:12-03026
Joyce Kovelman v. Merck & Co., Inc., et al., C.A. No. 3:12-03079
Marie Reed v. Merck & Co., Inc., et al., C.A. No. 3:13-00003
Robin Raesky v. Merck & Co., Inc., et al., C.A. No. 3:13-00076
Ralph Thibodeaux v. Amylin Pharmaceuticals, LLC, et al., C.A. No. 3:13-00126
Vickie Lankford v. Amylin Pharmaceuticals, LLC, et al., C.A. No. 3:13-00381
Barbara Lenyard v. Amylin Pharmaceuticals, LLC, et al., C.A. No. 3:13-00515
Lucian Baker v. Merck Sharp & Dohme Corp., et al., C.A. No. 3:13-00516
Dorothy Panko v. Amylin Pharmaceuticals, LLC, et al., C.A. No. 3:13-00632
Rosalie Duhon v. Merck Sharp & Dohme Corp., et al., C.A. No. 3:13-00662
Jeannie M. Donelan v. Amylin Pharmaceuticals, LLC, et al., C.A. No. 3:13-00664
Wayne Cser v. Amylin Pharmaceuticals, LLC, et al., C.A. No. 3:13-00665
Jerome Goldwire, et al. v. Merck & Co., Inc., et al., C.A. No. 3:13-00691
Reita Noe v. Merck & Co., Inc., et al., C.A. No. 3:13-00692
Benny Verania v. Amylin Pharmaceuticals, LLC, et al., C.A. No. 3:13-00693
Alan Burstein, et al. v. Merck & Co., Inc., et al., C.A. No. 3:13-00695
Marty Ward v. Merck & Co., Inc., et al., C.A. No. 3:13-00703
Angelo Consilvio v. Merck & Co., Inc., et al.,C.A. No. 3:13-00732
Edward Naufel, et al. v. Amylin Pharmaceuticals, LLC, et al., C.A. No. 3:13-00733
George Haray, et al. v. Amylin Pharmaceuticals, LLC, et al., C.A. No. 3:13-00734
Marlene Crowell v. Merck & Co., Inc., et al., C.A. No. 3:13-00745
John McGerald v. Amylin Pharmaceuticals, LLC, et al., C.A. No. 3:13-00747
Molly McLin v. Amylin Pharmaceuticals, LLC, et al., C.A. No. 3:13-00748
James Skazis v. Merck Sharp & Dohme Corp., et al., C.A. No. 3:13-00750
Beverly Mitchell v. Amylin Pharmaceuticals, LLC, et al.,C.A. No. 3:13-00754
Robert Loftus, et al. v. Amylin Pharmaceuticals, LLC, et al., C.A. No. 3:13-00812
Darrell Stevenson v. Merck Sharp & Dohme, Corp., et al., C.A. No. 3:13-00817
Regina Sponaugle v. Novo Nordisk Inc., et al., C.A. No. 3:13-00818
Angela McMurren v. Merck Sharp & Dohme, Corp., et al., C.A. No. 3:13-00821
Francisca Anderson v. Merck Sharp & Dohme, Corp. et al., C.A. No. 3:13-00823

Schedule of Matters for Hearing Session, Section A                    p. 3
Portland, Maine

MDL No. 2452 (Continued)

       Southern District of California (Continued)

Juanita A. Benton v. Merck Sharp & Dohme, Corp., et al., C.A. No. 3:13-00824
Jeanette Herbel v. Merck Sharp & Dohme, Corp., et al., C.A. No. 3:13-00833

        District of Colorado

Theresa Graham v. Merck & Co., Inc., et al.,C.A. No. 1:13-00878

        District of Kansas

Vernie Young v. Amylin Pharmaceuticals, LLC, et al., C.A. No. 2:13-02152

        Eastern District of Missouri

Dawn Mooney v. Merck Sharp & Dohme, Corp., et al., C.A. No. 4:13-00598

        Western District of Oklahoma

Roy Wickware, et al. v. Merck Sharp & Dohme, Corp., et al., C.A. No. 5:13-00330
Mario Ross v. Merck Sharp & Dohme, Corp., et al., C.A. No. 5:13-00332

        Middle District of Pennsylvania

Nancy Sylvainus, et al. v. Merck Sharp & Dohme Corp., et al., C.A. No. 3:13-00866

MDL No. 2453 - **IN RE: ADDERALL XR (AMPHETAMINE/DEXTROAMPHETAMINE)
MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION**

Motion of plaintiff Allyson Netwall to transfer the following actions to the United States
District Court for the Eastern District of Pennsylvania:

<u>Central District of California</u>

Erin Shaffer v. Shire LLC, et al., C.A. No. 2:13-02363

<u>Southern District of Florida</u>

Monica Barba, et al. v. Shire US, Inc., et al., C.A. No. 1:13-21158

<u>Eastern District of Pennsylvania</u>

Allyson Netwall v. Shire U.S., Inc., et al., C.A. No. 2:13-01669

MDL No. 2454 - **IN RE: FRANCK'S LAB, INC., PRODUCTS LIABILITY LITIGATION**

Motion of defendants Franck's Lab, Inc., and Franck's Pharmacy, Inc., to transfer certain
of the following actions to the United States District Court for the Eastern District of Louisiana,
and motion of plaintiffs Sergio Hambav, et al.; Ester Gonzalez, et al.; Ema Arakelian; Natividad
Lopez; and Randy Brown to transfer certain of the following actions to the United States District
of Court for the Central District of California:

<u>Central District of California</u>

Cheryl Avakian v. Franck's Lab, Inc., et al., C.A. No. 2:13-01068
Roy Romero, et al. v. Franck's Lab, Inc., et al., C.A. No. 2:13-01335
Joseph Cotugno, et al. v. Franck's Compounding Lab, et al., C.A. No. 2:13-01360
Migdalia Aguilar, et al. v. Franck's Lab, Inc., et al., C.A. No. 2:13-01371
Levon Jingozian v. Franck's Lab, Inc., et al., C.A. No. 2:13-01468
Sergio Hambav, et al. v. Franck's Lab, Inc., et al., C.A. No. 2:13-02058
Ester Gonzalez, et al. v. Franck's Lab, Inc., et al., C.A. No. 2:13-02358
Ema Arakelian v. Franck's Pharmacy, et al., C.A. No. 2:13-02437
Natividad Lopez v. Franck's Lab, Inc., et al., C.A. No. 2:13-02445
Jim Hermanson, et al. v. Franck's Lab, Inc., et al., C.A. No. 5:13-00432

Schedule of Matters for Hearing Session, Section A                              p. 5
Portland, Maine

MDL No. 2454 (Continued)

### District of Colorado

Randy Brown v. Franck's Lab, Inc., et al., C.A. No. 1:13-00846

### Middle District of Florida

Evanston Insurance Company v. Franck's Lab, Inc. et al., C.A. No. 5:12-00603

### Northern District of Indiana

Josephine Bienick v. Franck's Lab, Inc., C.A. No.1:12-00197
Eldon Wayne McKinley, et al. v. Franck's Lab, Inc., et al., C.A. No. 1:13-00060
Bernice Tharp v. Franck's Lab, Inc., et al., C.A. No. 1:13-00061

### Eastern District of Louisiana

Ruth Smith v. Franck's Lab, Inc., et al., C.A. No.2:12-02398
Michele Laventhal v. Franck's Lab, Inc., et al., C.A. No. 2:12-02608
James Johnson, Jr. v. Franck's Lab, Inc., et al., C.A. No. 2:12-02738
Susan Kappelman, et al. v. Wells Pharmacy Network, L.L.C., et al., C.A. No. 2:12-02838

### District of Nevada

Howard McMaster v. Franck's Lab, Inc., et al., C.A. No. 3:13-00100
Brenda Hess v. Franck's Lab, Inc., et al., C.A. No. 3:13-00121

## MDL No. 2455 - **IN RE: STERICYCLE, INC., STERI-SAFE CONTRACT LITIGATION**

Motion of defendant Stericycle, Inc., to transfer the following actions to the United States District Court for the Northern District of Illinois:

### Southern District of California

Sassan Alavi, M.D. v. Stericycle, Inc., et al., C.A. No. 3:13-00880

Schedule of Matters for Hearing Session, Section A                              p. 6
Portland, Maine


MDL No. 2455 (Continued)


### Northern District of Illinois

Lyndon Veterinary Clinic, PLLC v. Stericycle, Inc., C.A. No. 1:13-02499
Harry C.  Midgley, III v. Stericycle, Inc., C.A. No. 1:13-03448

### Western District of Pennsylvania

Cochranton Veterinary Hospital v. Stericycle, Inc., C.A. No. 1:13-00071


MDL No. 2456 - **IN RE: KASHI COMPANY MARKETING AND SALES PRACTICES
                LITIGATION**

Motion of plaintiff Nadine Saubers to transfer the following actions to the United States
District Court for the Southern District of California:

### Southern District of California

Nadine Saubers v. Kashi Company, C.A. No. 3:13-00899
Denelda Norwood v. Kashi Company, C.A. No. 3:13-00956
Jeanne Burns v. Kashi Company, C.A. No. 3:13-00959

### District of New Jersey

Wendy Perel, et al. v. Kashi Company, C.A. No. 2:13-02369

MDL No. 2457 - **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 (NO. II)**

Motion of plaintiffs Joe Winkeler and Charles Robin, Sr., et al., to transfer the following actions to the United States District Court for the Southern District of Mississippi:

Southern District of Alabama

Heritage First Bancshares, Inc., et al. v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00203
Beaufort Engineering Services, Inc., et al. v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00204

Northern District of Florida

Ozean, LLC v. BP PLC, et al., C.A. No. 3:13-00247
Ozean Marine LLC v. BP PLC, et al., C.A. No. 3:13-00248
Joe Winkeler v. BP PLC, et al., C.A. No. 3:13-00249

Eastern District of Louisiana

Jensen Beach Marketing, Inc., et al. v. BP Exploration & Production, Inc., et al., C.A. No. 2:13-01439
Charles Robin, Sr., et al. v. BP Exploration & Production, Inc., et al., C.A. No. 2:13-01648
Pineville Gardens, LLC, et al. v. BP Exploration & Production, Inc., et al., C.A. No. 2:13-01665
Micky Loomis, et al. v. BP Exploration & Production, Inc., et al., C.A. No. 2:13-01687
The Stationer, Ltd., et al. v. BP Exploration & Production, Inc., et al., C.A. No. 2:13-01727
St. Tammany Parish Library v. BP Exploration & Production, Inc., et al., C.A. No. 2:13-01729
Fire Protection Services, Inc. v. BP PLC, et al., C.A. No. 2:13-01758

Middle District of Louisiana

City of Baton Rouge v. BP America Production Company, et al., C.A. No. 3:13-00252

Schedule of Matters for Hearing Session, Section A                                    p. 8
Portland, Maine


MDL No. 2457 (Continued)


      <u>Southern District of Mississippi</u>

    Bonnie Johnson v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00137
    John Michaels v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00139
    Cherish Passeno v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00141
    Charles Sclafini, Jr. v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00142
    John Sepe v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00143


MDL No. 2458 - **IN RE: EFFEXOR (VENLAFAXINE HYDROCHLORIDE) PRODUCTS
                LIABILITY LITIGATION**

    Motion of plaintiffs Glenn Boyer, et al., to transfer the following actions to the United
States District Court for the Eastern District of Pennsylvania:

      <u>Central District of California</u>

    Danyah Taha, et al. v. Pfizer Inc et al., C.A. No. 2:13-02577
    I.L. v. Pfizer Inc., et al., C.A. No. 2:13-02578
    D.R., et al. v. Pfizer Inc., et al., C.A. No. 8:13-00591

      <u>Eastern District of California</u>

    A.S. v. Pfizer, Inc., et al., C.A. No. 1:13-00524
    Amanda Hatherley v. Pfizer, Inc., et al., C.A. No. 2:13-00719

      <u>Southern District of California</u>

    A.H., et al. v. Pfizer, Inc., et al., C.A. No. 3:13-00879

      <u>Northern District of Illinois</u>

    Tonya Sitkowski, et al. v. Wyeth Pharmaceuticals, Inc., et al., C.A. No. 1:12-08326

Schedule of Matters for Hearing Session, Section A                                    p. 9
Portland, Maine

MDL No. 2458 (Continued)

### Northern District of Mississippi

Billie Sue Miles v. Wyeth, Inc., et al., C.A. No. 3:12-00041

### Northen District of Ohio

Melissa Beatty v. Wyeth Pharmaceuticals, Inc., et al., C.A. No. 1:13-00677

### Eastern District of Pennsylvania

Glenn Boyer, et al. v. Wyeth Pharmaceuticals, Inc., et al., C.A. No. 2:12-00739
Quintin Decker, et al. v. Wyeth Pharmaceuticals, Inc., et al., C.A. No. 2:12-02052
Lilypearl Victory Demastus, et al. v. Wyeth Pharmaceuticals, Inc., et al.,
   C.A. No. 2:12-05057
Alivia Adamczyk, et al. v. Wyeth Pharmaceuticals, Inc., et al., C.A. No. 2:12-05058
Kevin Johnson, et al. v. Wyeth Pharmaceuticals, Inc., et al., C.A. No. 2:12-06366

MDL No. 2459 - **IN RE: LIPITOR (ATORVASTATIN CALCIUM) MARKETING, SALES
               PRACTICES AND PRODUCTS LIABILITY LITIGATION**

   Motion of plaintiffs Evalina Smalls, Waltraud Gina Kane, and Susan Marie Turner  to
transfer the following actions to the United States District Court for the  District of South
Carolina:

### Southern District of Illinois

Kimberly Hines v. Pfizer Inc., C.A. No. 3:13-00404

### District of South Carolina

Evalina Smalls v. Pfizer Inc., C.A. No. 2:13-00796
Waltraud Gina Kane v. Pfizer Inc., C.A. No. 2:13-01012
Susan Marie Turner v. Pfizer Inc., C.A. No. 2:13-01108

Schedule of Matters for Hearing Session, Section A                               p. 10
Portland, Maine


MDL No. 2459 (Continued)


      Eastern District of Virginia

    Patricia Colbert v. Pfizer Inc., C.A. No. 2:13-00178


MDL No. 2460 - **IN RE: NIASPAN ANTITRUST LITIGATION**

    Motion, as amended, of defendants Abbott Laboratories; AbbVie Inc.; AbbVie Respiratory LLC; and Kos Pharmaceuticals, Inc., to transfer the following actions to the United States District Court for the Southern District of New York:

      Eastern District of Pennsylvania

    United Food & Commercial Workers Union and Midwest Health Benefits Fund v.
       AbbVie, Inc., et al., C.A. No. 2:13-01747
    Professional Drug Company, Inc. v. Abbott Laboratories, et al., C.A. No. 2:13-01792
    Rochester Drug Co-Operative, Inc. v. Abbott Laboratories, et al., C.A. No. 2:13-01820
    United Food and Commercial Workers Local 1776 & Participating Employers Health and
       Welfare Fund v. Abbott Laboratories, et al., C.A. No. 2:13-01977
    Painters District Council No. 30 Health & Welfare Fund v. AbbVie Inc., et al.,
       C.A. No. 2:13-02343
    New York Hotel Trades Council & Hotel Assoc. of New York City, Inc. Health Benefits
       Fund v. AbbVie Inc., et al., C.A. No. 2:13-02523
    Electrical Workers 242 and 294 Health & Welfare Fund v. AbbVie, Inc., et al.,
       C.A. No. 2:13-02861

      District of Rhode Island

    City of Providence, Rhode Island v. AbbVie Inc., et al., C.A. No. 1:13-00292

## MDL No. 2461 - **IN RE: MYKEY TECHNOLOGY INC. PATENT LITIGATION**

Motion of plaintiff MyKey Technology Inc. to transfer the following actions to the United States District Court for the Central District of California:

### Central District of California

MyKey Technology, Inc. v. Intelligent Computer Solutions, Inc., C.A. No. 2:12-10927
MyKey Technology, Inc. v. CPR Tools Inc., et al., C.A. No. 2:13-02302
MyKey Technology, Inc. v. CRU Acquisitions Group LLC, et al., C.A. No. 2:13-02476

### Western District of Washington

MyKey Technology, Inc. v. CRU Acquisitions Group LLC, C.A. No. 3:13-05266

### Eastern District of Wisconsin

MyKey Technology, Inc. v. Botchek, C.A. No. 2:13-00302
MyKey Technology, Inc. v. TEFKAT LLC, C.A. No. 2:13-00413

## MDL No. 2462 - **IN RE: BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, PATENT LITIGATION**

Motion of plaintiff Brandywine Communications Technologies, LLC, to transfer the following actions to the United States District Court for the Middle District of Florida:

### District of Arizona

Brandywine Communications Technologies, LLC v. Datum Communications Incorporated, C.A. No. 2:13-00119
Brandywine Communications Technologies, LLC v. Internet Holdings LLC, C.A. No. 2:13-00121
Brandywine Communications Technologies, LLC v. Dakota Communications LLC, C.A. No. 4:13-00041

Schedule of Matters for Hearing Session, Section A                                p. 12
Portland, Maine

MDL No. 2462 (Continued)


Western District of Arkansas

Brandywine Communications Technologies, LLC v. NATCO Communications, Inc.,
        C.A. No. 3:13-03043
Brandywine Communications Technologies, LLC v. American Network
        Communications, Inc., C.A. No. 4:13-04008

Central District of California

Brandywine Communications Technologies, LLC v. Corporate West Computer Systems
        Inc., C.A. No. 2:12-11008
Brandywine Communications Technologies, LLC v. Sonic.net Inc., C.A. No. 2:12-11011
Brandywine Communications Technologies, LLC v. Impulse Advanced Communications
        LLC, C.A. No. 2:12-11013
Brandywine Communications Technologies, LLC v. MM Internet Inc.,
        C.A. No. 2:12-11015
Brandywine Communications Technologies, LLC v. Coastal Web Online Corporation,
        C.A. No. 2:12-11016
Brandywine Communications Technologies, LLC v. Surfnet Communication Inc.,
        C.A. No. 2:12-11017
Brandywine Communications Technologies, LLC v. CDS Wireless Inc.,
        C.A. No. 2:12-11029
Brandywine Communications Technologies, LLC v. LA Bridge Inc.,
        C.A. No. 2:12-11030

Eastern District of California

Brandywine Communications Technologies, LLC v. OM Networks,
        C.A. No. 2:13-00508

Northern District of California

Brandywine Communications Technologies, LLC v. AT&T Corp., et al.,
        C.A. No. 4:12-02494

Schedule of Matters for Hearing Session, Section A                               p. 13
Portland, Maine


MDL No. 2462 (Continued)


     <u>District of Colorado</u>

Brandywine Communications Technologies, LLC v. Precision Communications, Inc.,
    C.A. No. 1:13-00056

     <u>District of Delaware</u>

Brandywine Communications Technologies, LLC v. InReach Internet, Inc.,
    C.A. No. 1:12-01765
Brandywine Communications Technologies, LLC v. MegaPath Inc.,
    C.A. No. 1:12-01767
Brandywine Communications Technologies, LLC v. Windstream Corporation,
    C.A. No. 1:12-01769
Brandywine Communications Technologies, LLC v. Consolidated Communications
    Holdings Inc., C.A. No. 1:12-01784

     <u>Middle District of Florida</u>

Brandywine Communications Technologies, LLC v. Centurylink, Inc., et al.,
    C.A. No. 6:12-00286

     <u>District of Idaho</u>

Brandywine Communications Technologies, LLC v. Orbitcom, Inc.,
    C.A. No. 1:12-00643
Brandywine Communications Technologies, LLC v. Cactus International, Inc.,
    C.A. No. 3:12-00641

     <u>Northern District of Illinois</u>

Brandywine Communications Technologies, LLC v. DLS Computer Services, Inc.,
    C.A. No. 1:12-10317

Schedule of Matters for Hearing Session, Section A                    p. 14
Portland, Maine


MDL No. 2462 (Continued)


     <u>District of Maine</u>

Brandywine Communications Technologies, LLC v. Union River Telephone Company,
    C.A. No. 1:12-00403
Brandywine Communications Technologies, LLC v. Coastal Telco Services, Inc.,
    C.A. No. 2:12-00401

     <u>District of Massachusetts</u>

Brandywine Communications Technologies, LLC v. Galaxy Internet Services, Inc.,
    C.A. No. 1:13-10068

     <u>District of Minnesota</u>

Brandywine Communications Technologies, LLC v. HickoryTech Corporation,
    C.A. No. 0:12-03187

     <u>District of New Hampshire</u>

Brandywine Communications Technologies, LLC v. G4 Communications Corporation,
    C.A. No. 1:13-00017

     <u>Southern District of Ohio</u>

Brandywine Communications Technologies, LLC v. DBSolutions, Inc.,
    C.A. No. 2:13-00278

     <u>Northern District of Oklahoma</u>

Brandywine Communication Technologies, LLC v. MBO Data, LLC,
    C.A. No. 4:13-00045

Schedule of Matters for Hearing Session, Section A                                   p. 15
Portland, Maine


MDL No. 2462 (Continued)


       District of Oregon

Brandywine Communications Technologies, LLC v. Graydog Internet, Inc.,
    C.A. No. 3:12-02332
Brandywine Communications Technologies, LLC v. PEAK Internet, LLC,
    C.A. No. 6:12-02335
Brandywine Communications Technologies, LLC v. Stayton Cooperative Telephone
    Company, C.A. No. 6:12-02336

       Middle District of Tennessee

Brandywine Communications Technologies, LLC v. Loretto Communication Services,
    Inc., C.A. No. 1:13-00004

       Eastern District of Texas

Brandywine Communications Technologies, LLC v. TMN, Inc., C.A. No. 6:12-01006
Brandywine Communications Technologies, LLC v. Texas Communications, Inc.,
    C.A. No. 6:12-01008

       Southern District of Texas

Brandywine Communications Technologies, LLC v. Colorado Valley Communications,
    Inc., C.A. No. 4:13-00772

       District of Utah

Brandywine Communications Technologies, LLC v. Ikano Communications, Inc.,
    C.A. No. 2:12-01214

       Eastern District of Wisconsin

Brandywine Communications Technologies, LLC v. Trinet-E Telecommunications Inc.,
    C.A. No. 1:12-01314

## MDL No. 2463 - **IN RE: FRESH DAIRY PRODUCTS ANTITRUST LITIGATION (NO. II)**

Motion of defendants National Milk Producers Federation; Dairy Farmers of America, Inc.; Land O'Lakes, Inc.; Dairylea Cooperative Inc.; and Agri-Mark, Inc., to transfer the following actions to the United States District Court for the Northern District of California:

Northern District of California

Matthew Edwards, et al. v. National Milk Producers Federation, et al.,
    C.A. No. 3:11-04766
Jeffrey Robb, et al. v. National Milk Producers Federation, et al., C.A. No. 3:11-04791
Boys and Girls Club of the East Valley, et al. v. National Milk Producers Federation,
    et al., C.A. No. 3:11-05253

Southern District of Illinois

Brenda Blakeman v. National Milk Producers Federation, et al., C.A. No. 3:12-01246
First Impressions Salon, Inc. v. National Milk Producers Federation, et al.,
    C.A. No. 3:13-00454


## MDL No. 2464 - **IN RE: HSBC MORTGAGE CORPORATION FORCE-PLACED HAZARD INSURANCE LITIGATION**

Motion of plaintiffs LaQuenta Montanez, et al., to transfer the following actions to the United States District Court for the Eastern District of Pennsylvania:

Southern District of Florida

Javier Lopez v. HSBC Bank USA, N.A., et al., C.A. No. 1:13-21104

Eastern District of Pennsylvania

LaQuenta Montanez, et al. v. HSBC Mortgage Corporation (USA), et al.,
    C.A. No. 2:11-04074

MDL No. 2465 - **IN RE: JPMORGAN CHASE BANK, N.A., MORTGAGE CORPORATION FORCE-PLACED HAZARD INSURANCE LITIGATION**

Motion of plaintiffs Patricia McNeary-Calloway, et al., to transfer the following actions to the United States District Court for the Northern District of California:

<u>Northern District of California</u>

Patricia McNeary-Calloway, et al. v. JPMorgan Chase Bank, N.A., et al.,
   C.A. No. 3:11-03058

<u>Southern District of Florida</u>

Alfred Herrick, et al. v. JPMorgan Chase Bank, N.A., et al., C.A. No. 1:13-21107

<u>Southern District of New York</u>

Edward Isom, Jr. v JPMorgan Chase Bank N.A., et al., C.A. No. 1:12-05431

MDL No. 2466 - **IN RE: WELLS FARGO BANK, N.A., MORTGAGE CORPORATION FORCE-PLACED HAZARD INSURANCE LITIGATION**

Motion of plaintiffs Debra Simpkins, et al., to transfer the following actions to the United States District Court for the Southern District of Illinois or, alternatively, the United States District Court for the Northern District of California:

<u>Northern District of California</u>

Danny Lane, et al. v. Wells Fargo Bank, N.A., C.A. No. 3:12-04026

<u>Southern District of Florida</u>

Ira M. Fladell, et al. v. Wells Fargo Bank, N.A., et al., C.A. No. 0:13-60721

<u>Southern District of Illinois</u>

Debra Simpkins, et al. v. Wells Fargo Bank, N.A., et al., C.A. No. 3:12-00768

Schedule of Matters for Hearing Session, Section A                                     p. 18
Portland, Maine

MDL No. 2466 (Continued)

### Northern District of Indiana

Judith Hallie v. Wells Fargo Bank, N.A., et al., C.A. No. 2:12-00235

### District of New Jersey

Anthony Kite v. Wells Fargo Bank, N.A., et al., C.A. No. 3:13-02075

### Southern District of New York

Wayne Miller v. Wells Fargo Bank, N.A., et al., C.A. No. 7:13-01541

MDL No. 2467 - **IN RE: BANK OF AMERICA, N.A., MORTGAGE CORPORATION
              FORCE-PLACED HAZARD INSURANCE LITIGATION**

Motion of plaintiffs Christopher Gustafson, et al., to transfer the following actions to the
United States District Court for the Central District of California:

### Central District of California

Christopher Gustafson, et al. v. BAC Home Loan Services, LP, et al.,
    C.A. No. 8:11-00915
Robin Vitek v. Bank of America, N.A., et al., C.A. No. 8:13-00816

### Middle District of Florida

Pamela Karp v. Bank of America Corporation, C.A. No. 8:12-01700

### Southern District of Florida

Cheryl Hall, et al. v. Bank of America, N.A., et al., C.A. No. 1:12-22700

### Western District of Wisconsin

Colleen Decambaliza v. QBE Holdings, Inc., et al., C.A. No. 3:13-00286

MDL No. 2468 - **IN RE: PILOT FLYING J FUEL REBATE CONTRACT LITIGATION**

Motion of plaintiff Ohio Auto Delivery, Inc., to transfer the following actions to the United States District Court for the Northern District of Ohio:

<u>Northern District of Alabama</u>

Charles E. Winborn, et al. v. Pilot Corporation, et al., C.A. No. 2:13-00772
Osborn Transportation, Inc. v. Pilot Corporation, et al., C.A. No. 4:13-00897

<u>Eastern District of Arkansas</u>

National Trucking Financial Reclamation Services, LLC v. Pilot Corporation, et al., C.A. No. 4:13-00250

<u>Northern District of Florida</u>

Jerry Floyd v. Pilot Corporation, C.A. No. 3:13-00318

<u>Northern District of Illinois</u>

Edis Trucking, Inc. v. Pilot Corporation, et al.,C.A. No. 1:13-03294

<u>Southern District of Mississippi</u>

Bruce Taylor v. Pilot Corporation, et al., C.A. No. 3:13-00244
Mike Campbell v. Pilot Corporation, et al., C.A. No. 3:13-00319

<u>Northern District of Ohio</u>

Ohio Auto Delivery, Inc. v. Pilot Travel Centers, LLC, C.A. No. 1:13-01207

Schedule of Matters for Hearing Session, Section A                                    p. 20
Portland, Maine


MDL No. 2469 - **IN RE: CAPATRITI BRAND OLIVE OIL MARKETING AND SALES
PRACTICES LITIGATION**

Motion of defendant Kangadis Food Inc., d/b/a The Gourment Factory to transfer the
following actions to the United States District Court for the Southern District of New York:

<u>District of New Jersey</u>

Frank Toscano v. Kangadis Food Inc., C.A. No. 3:13-03124

<u>Southern District of New York</u>

North American Olive Oil Association v. Kangadis Food Inc., C.A. No. 1:13-00868
Joseph Ebin, et al. v. Kangadis Food Inc., C.A. No. 1:13-02311

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 - **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Oppositions of plaintiffs Laurie Deuyour, et al., and Jeanene Kuhnau, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

<u>Central District of California</u>

Laurie Deuyour, et al. v. BF Goodrich Company, et al., C.A. No. 2:13-02333

<u>Northern District of California</u>

Jeanene Kuhnau, et al. v. Allied Packing & Supply, Inc., et al., C.A. No. 3:13-01669

Opposition of defendant Borg-Warner Morse TEC Inc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Central District of Illinois:

<u>Eastern District of Pennsylvania</u>

Daniel S. Weber v. AC & S Inc., et al., C.A. No. 2:08-92132 (C.D. Illinois,
      C.A. No. 2:99-02177)

MDL No. 1760 - **IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY
                  LITIGATION**

Opposition of plaintiffs James Marsh, Robert Traphagen, Rose Mary Meierhofer, Natalie Goldstein, and Scott Carpenter to remand, under 28 U.S.C. § 1407(a), of their respective following actions to their respective transferor courts:

<u>Middle District of Tennessee</u>

James Marsh v. Novartis Pharmaceuticals Corp., C.A. No. 3:06-00503
      (E.D. New York, C.A. No. 1:06-01086)

Schedule of Matters for Hearing Session, Section B                          p. 22
Portland, Maine

MDL No. 1760 (Continued)


Middle District of Tennessee (Continued)

Robert Traphagen v. Novartis Pharmaceuticals Corp., C.A. No. 3:06-00744
    (S.D. New York, C.A. No. 1:06-04112)
Rose Mary Meierhofer v. Novartis Pharmaceuticals Corp., C.A. No. 3:06-00816
    (S.D. New York, C.A. No. 1:06-04462)
Goldstein v. Novartis Pharmaceuticals Corp., C.A. No. 3:06-00863
    (S.D. New York, C.A. No. 1:06-05512)
Scott Carpenter v. Novartis Pharmaceuticals Corp., et al., C.A. No. 3:06-00860
    (S.D. New York, C.A. No. 1:06-05516)


MDL No. 1871 - **IN RE: AVANDIA MARKETING, SALES PRACTICES AND
          PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff State of Maryland to transfer of the following action to the United
States District Court for the Eastern District of Pennsylvania:

District of Maryland

State of Maryland v. GlaxoSmithKline, LLC, C.A. No. 1:13-00976


MDL No. 1964 - **IN RE: NUVARING PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Nikole Grove, et al.; Amy Wiltsey, et al.; and Juanita Burton
to transfer of their respective following actions to the United States District Court for
the Eastern District of Missouri:

Northern District of California

Nikole Grove, et al. v. Organon USA, Inc., et al., C.A. No. 3:13-02138
Amy Wiltsey, et al. v. Organon USA Inc., et al., C.A. No. 3:13-02144
Juanita Burton v. Organon USA Inc., et al., C.A. No. 4:13-01535

Schedule of Matters for Hearing Session, Section B                    p. 23
Portland, Maine


## MDL No. 2042 - **IN RE: REFRIGERANT COMPRESSORS ANTITRUST LITIGATION**

Motion of defendants Embraco North America, Inc.; Whirlpool S.A.; and Whirlpool Corporation to transfer the following action to the United States District Court for the Eastern District of Michigan:

Western District of Kentucky

General Electric Company v. Whirlpool Corporation, et al., C.A. No. 3:13-00213


## MDL No. 2099 - **IN RE: STANFORD ENTITIES SECURITIES LITIGATION**

Oppositions of plaintiffs Troy Lillie, et al., and defendant State of Louisiana Office of Financial Institutions to transfer of the following action to the United States District Court for the Northern District of Texas:

Middle District of Louisiana

Troy Lillie, et al. v. Stanford Trust Company, et al., C.A. No. 3:13-00150


## MDL No. 2119 - **IN RE: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) LITIGATION**

Motion of Todd Williams to transfer of the following actions to the United States District Court for the District of Arizona:

Northern District of Georgia

The Bank of New York Mellon Trust Company National Association v. Todd Williams, C.A. No. 1:13-00901

Southern District of New York

Todd Williams v. GMAC Mortgage LLC, Bky. Adv. No. 1:13-01309

MDL No. 2151 - **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Opposition of defendants Toyota Motor North America, Inc.; Toyota Motor Sales, U.S.A., Inc.; Toyota Motor Engineering & Manufacturing North America, Inc.; and Toyota Motor Corporation to transfer of the following action to the United States District Court for the Central District of California:

District of Colorado

Annette Henson, et al. v. Toyota Motor Sales, U.S.A., Inc., et al., C.A. No. 1:13-00694

MDL No. 2179 - **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

Southern District of Alabama

King Seafood, Inc. v. BP Exploration & Production, Inc., C.A. No. 1:13-00196
Bert P. Noojin v. BP Exploration & Production, Inc., C.A. No. 1:13-00197
Beaufort Engineering Services, Inc., et al. v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00204
City of Foley Utilities Board v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00206
The Cooperative District of the City of Spanish Fort, Alabama v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00209
Mobile County Board of Health v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00210
The City of Spanish Fort, Alabama v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00220
MRI, LLC, et al. v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00230
Wolf Bay, LLC v. BP Exploration & Production, Inc., et al., C.A. No. 1:13-00231

Schedule of Matters for Hearing Session, Section B                              p. 25
Portland, Maine


MDL No. 2179 (Continued)


      Middle District of Florida

TD Auditing, et al. v. BP Exploration & Production, Inc., et al., C.A. No. 8:13-01007
City of Treasure Island, Florida v. BP Exploration & Production, Inc. et al.,
    C.A. No. 8:13-01008
City of St. Pete Beach, Florida v. BP Exploration & Production, Inc., et al.,
    C.A. No. 8:13-01009
Tampa Bay Water v. BP Exploration & Production, Inc. et al., C.A. No. 8:13-01012
Tampa Sports Authority v. BP Exploration & Production, Inc., et al.,
    C.A. No. 8:13-01013
City of St. Petersburg, Florida v. BP Exploration & Production, Inc., et al.,
    C.A. No. 8:13-01014
City of St. Pete Beach, Florida v. BP Exploration & Production, Inc., et al.,
    C.A. No. 8:13-01045
City of Treasure Island, Florida v. BP Exploration & Production, Inc., et al.,
    C.A. No. 8:13-01046
City of St. Petersburg, Florida v. BP Exploration & Production, Inc., et al.,
    C.A. No. 8:13-01049
Tampa Sports Authority v. BP Exploration & Production, Inc., et al.,
    C.A. No. 8:13-01056
Tampa Bay Water v. BP Exploration & Production, Inc., et al., C.A. No. 8:13-01057
Sunshine Enterprises of Jacksonville, Inc., et al. v. BP Exploration & Production, Inc.,
    et al., C.A. No. 8:13-01070
Central Financial Holdings, Inc. v. BP Exploration & Production, Inc., et al.,
    C.A. No. 8:13-01071


      Northern District of Florida

Heath Rushing, et al. v. BP Exploration & Production, Inc., et al., C.A. No. 3:13-00243
Royster Construction Company, Inc., et al. v. BP Exploration and Production, Inc.,
    et al., C.A. No. 3:13-00245
Joe Winkeler v. BP PLC, et al., C.A. No. 3:13-00249

Schedule of Matters for Hearing Session, Section B                                    p. 26
Portland, Maine


MDL No. 2179 (Continued)


      Southern District of Florida

Robert V. Taylor, et al. v. BP Exploration & Production, Inc., et al.,
   C.A. No. 4:13-10078
Anderson Outdoor Advertising, Inc., et al. v. BP Exploration & Production, Inc., et al.,
   C.A. No. 4:13-10087
Robert Kitrick, et al. v. BP Exploration & Production, Inc., et al., C.A. No. 4:13-10091
Robert D. Fuller v. BP Exploration & Production, Inc., et al., C.A. No. 4:13-10094


      Middle District of Louisiana

City of Baton Rouge v. BP America Production, Company, et al., C.A. No. 3:13-00252


      Southern District of Mississippi

Gautier Family Sports Resort and Marina, L.L.C. v. BP Exploration & Production, Inc.,
   et al., C.A. No. 1:13-00149
Mary Walker Real Property Co., L.L.C. v. BP Exploration & Production, Inc., et al.,
   C.A. No. 1:13-00150
CC's Bait Shop, L.L.C. v. BP Exploration & Production, Inc., et al.,
   C.A. No. 1:13-00151
Concept Properties, LLC v. BP Exploration & Production, Inc., et al.,
   C.A. No. 1:13-00152
City of Pascagoula, Mississippi v. BP Exploration & Production, Inc., et al.,
   C.A. No. 1:13-00153
Jackson County, Mississippi v. BP Exploration & Production, Inc., et al.,
   C.A. No. 1:13-00154
City of Ocean Springs, Mississippi v. BP Exploration & Production, Inc. et al.,
   C.A. No. 1:13-00155
City of Moss Point, Mississippi v. BP Exploration & Production, Inc., et al.,
   C.A. No. 1:13-00156
City of Gautier, Mississippi v. BP Exploration & Production, Inc., et al.,
   C.A. No. 1:13-00157
Diamondhead Casino Corporation, et al. v. BP Exploration & Production, Inc., et al.,
   C.A. No. 1:13-00187

Schedule of Matters for Hearing Session, Section B                    p. 27
Portland, Maine


MDL No. 2179 (Continued)


       Eastern District of Texas

       Humble Lodging, LLC, et al. v. BP America Production, Company, et al.,
          C.A. No. 1:13-00248
       City of South Padre Island v. BP Exploration & Production, Inc., et al.,
          C.A. No. 1:13-00249


MDL No. 2197 - **IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT
          PRODUCTS LIABILITY LITIGATION**

      Opposition of plaintiff James M. Benson to transfer of the following action to the United
States District Court for the Northern District of Ohio:

       District of Nevada

       James M. Benson v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:13-00713


MDL No. 2244 - **IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT
          PRODUCTS LIABILITY LITIGATION**

      Oppositions of plaintiffs Carrie Veronica Jones, Emanuel Fanning, and Heide Hamelberg
to transfer of their respective following actions to the United States District Court for the
Northern District of Texas:

       Central District of California

       Carrie Veronica Jones v. DePuy Orthopadeics, Inc., et al., C.A. No. 2:13-03178
       Emanuel Fanning v. DePuy Orthopaedics, Inc., et al., C.A. No. 2:13-03179
       Heide Hamelberg v. DePuy Orthopadeics, Inc., et al., C.A. No. 2:13-03180

**MDL No. 2262 - IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST
                LITIGATION**

Opposition of plaintiff CEMA Joint Venture to transfer of the following action to the
United States District Court for the Southern District of New York:

<u>Northern District of Ohio</u>

CEMA Joint Venture v. RBS Citizens, N.A., et al., C.A. No. 5:13-00904

**MDL No. 2265 - IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE-BACKED
                SECURITIES LITIGATION**

Opposition of plaintiffs The Prudential Life Insurance Company, Ltd., et al., to transfer
of the following action to the United States District Court for the Central District of California:

<u>District of New Jersey</u>

The Prudential Life Insurance Company, Ltd., et al. v. Countrywide Financial Corp.,
    et al., C.A. No. 2:13-01992

**MDL No. 2272 - IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY
                LITIGATION**

Opposition of defendants Zimmer, Inc.; Zimmer Holdings, Inc.; and Zimmer Surgical,
Inc., to transfer of the following action to the United States District Court for the Northern
District of Illinois:

<u>Eastern District of Pennsylvania</u>

Sandra Stevenson v. Zimmer, Inc., et al., C.A. No. 2:13-00317

MDL No. 2327 - **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**

Oppositions of plaintiffs Coleen M. Perry, et al.; Kelly Strantz, et al.; and Mary
Schillachi to transfer of their respective following actions to the United States District Court for
the Southern District of West Virginia:

Eastern District of California

Coleen M. Perry, et al. v Hung T. Luu, M.D., et al., C.A. No. 1:13-00729

Eastern District of Missouri

Kelly Strantz, et al. v. Johnson & Johnson, et al., C.A. No. 4:13-00802

Western District of Missouri

Mary Schillachi v. Christopher Roberts, M.D., et al., C.A. No. 3:13-05063

MDL No. 2333 - **IN RE: MI WINDOWS AND DOORS, INC., PRODUCTS LIABILITY
LITIGATION**

Opposition of defendant MI Windows and Doors, Inc., to transfer of the following action
to the United States District Court for the District of South Carolina:

District of Minnesota

Jamie Reed, et al. v. MI Windows and Doors Inc., C.A. No. 0:13-00781

MDL No. 2371 - **IN RE: UNIFIED MESSAGING SOLUTIONS LLC PATENT
LITIGATION**

Opposition of defendant BOKF, NA to transfer of the following action to the United
States District Court for the Northern District of Illinois:

Northern District of Texas

Unified Messaging Solutions LLC v. BOKF, NA, C.A. No. 3:13-00181

MDL No. 2387 - **IN RE: COLOPLAST CORP. PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION**

Opposition of defendants RTI Biologics, Inc., and RTI Donor Services, Inc., to transfer of the following action to the United States District Court for the Southern District of West Virginia:

District of Minnesota

Lynette Klauck, et al. v. Analytic Biosurgical Solutions, et al., C.A. No. 0:13-00943

MDL No. 2413 - **IN RE: FRITO-LAY NORTH AMERICA, INC., "ALL NATURAL"
LITIGATION**

Oppositions of plaintiffs Stayce Deaton and Allan Mooney to transfer of their respective following actions to the United States District Court for the Eastern District of New York:

Western District of Arkansas

Stayce Deaton v. Frito-Lay North America, Inc., et al., C.A. No. 1:12-01029

District of Minnesota

Allan Mooney v. Frito-Lay, Inc., et al., C.A. No. 0:13-00648

MDL No. 2418 - **IN RE: PLAVIX MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION (NO. II)**

Oppositions of plaintiffs Randall K. Ritchey; George W. Davis et al.; Dale Guinn, et al.; Jose Marrero; Robert L. Green; Kenneth R. Howell, et al.; Franklin Addison, et al.; Dorothy G. Gibson; and Sheila Austin to transfer of their respective following actions to the United States District Court for the District of New Jersey:

Northern District of California

Randall K. Ritchey v. Bristol-Myers Squibb Company, et al., C.A. No. 3:13-01461
George W. Davis et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 3:13-01462
Dale Guinn, et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 3:13-01487

Schedule of Matters for Hearing Session, Section B                          p. 31
Portland, Maine


MDL No. 2418 (Continued)


      <u>Northern District of California</u> (Continued)

Jose Marrero v. Bristol-Myers Squibb Company, et al., C.A. No. 3:13-01488
Robert L. Green v. Bristol-Myers Squibb Company, et al., C.A. No. 3:13-01489
Kenneth R. Howell, et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 3:13-01516
Franklin Addison, et al. v. Bristol-Myers Squibb Company, C.A. No. 3:13-02166
Dorothy G. Gibson v. Bristol-Myers Squibb Company, et al., C.A. No. 4:13-01416

      <u>Eastern District of Louisiana</u>

Sheila Austin v. Sanofi-Aventis U.S. LLC, et al., C.A. No. 2:13-00566


MDL No. 2428 - **IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE
             PRODUCTS LIABILITY LITIGATION**

    Oppositions of plaintiffs Aurora Nunez, et al., and Robert Lee Spears, et al., to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

      <u>Central District of California</u>

Aurora Nunez, et al. v. Fresenius USA, Inc., et al., C.A. No. 2:13-02729

      <u>Eastern District of Missouri</u>

Robert Lee Spears, et al. v. Fresenius Medical Care North America, Inc., et al.,
    C.A. No. 4:13-00855

Schedule of Matters for Hearing Session, Section B                    p. 32
Portland, Maine


MDL No. 2434 - **IN RE: MIRENA IUD PRODUCTS LIABILITY LITIGATION**

Oppositions of defendant Bayer HealthCare Pharmaceuticals, Inc., to transfer of the following actions to the United States District Court for the Southern District of New York:

<u>Northern District of California</u>

Nicole Baker v. Bayer HealthCare Pharmaceuticals, Inc., C.A. No. 3:13-00490

<u>Western District of Kentucky</u>

Danika Vanden Bosch, et al. v. Bayer HealthCare Pharmaceuticals, Inc.,
   C.A. No. 3:13-00431

<u>Eastern District of Louisiana</u>

Brianna Steele v. Bayer HealthCare, LLC, et al., C.A. No. 2:13-00528

<u>Southern District of Mississippi</u>

Britney G. Austin v. Bayer Pharmaceuticals Corporation, et al., C.A. No. 5:13-00028

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)      Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)      Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

　　　　(i)   The parties affected by a motion to transfer may agree to waive oral argument.  The Panel will take this into consideration in determining the need for oral argument.

(c)      Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

　　　　(i)    the dispositive issue(s) have been authoritatively decided; or

　　　　(ii)   the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)      Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

　　　　(i)    Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

　　　　(ii)   The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

(e)     <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)     <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.