BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: Asbestos Products<br>Liability Litigation (No. VI)<br><br>_____ | }<br>}<br>}<br>}<br>}<br>} | MDL Docket No. MDL 875 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Jeanene Kuhnau, Individually and on Behalf of the Estate of Quentin Kuhnau, Decedent, et al.,**<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>**Allied Packing & Supply, Inc., et al.,**<br><br>　　　　**Defendants.** | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} | **Case No. 13-cv-01669** |

**DEFENDANT CRANE CO.'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE
THE CONDITIONAL TRANSFER ORDER (CTO-552)**

Plaintiffs' motion to vacate the conditional transfer order (CTO-552) entered by the Judicial Panel on Multidistrict Litigation on May 3, 2013 should be denied. Plaintiffs' sole basis for their request to vacate CTO-552 is that their motion for remand is pending in the transferor court. But as the JPML has routinely held, including as recently as June 5, 2013, "the pendency of jurisdictional objections generally is not a sufficient reason to delay transfer, and plaintiff can present those objections to the transferee judge." *See* JPML Doc. No. 8861 (citing by way of example *In re Prudential Ins. Co. of America Sales Practices Litig.*, 170 F. Supp. 2d 1346, 1347–48 (J.P.M.L. 2001)). Plaintiffs have offered no compelling reason to vacate CTO-552, and their motion should be denied.

- 2 -

Dated:   June 14, 2013              Respectfully submitted,

           **K&L GATES LLP**

/s/ Michael J. Zukowski
Michael J. Zukowski, (Pa. I.D. 84136)

K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
T:  412-355-6500
F:  412-355-6501

*Attorneys for Defendant Crane Co.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Crane Co.'s Response to Plaintiffs' Motion to Vacate the Conditional Transfer Order (CTO-552) was electronically served on plaintiff's counsel and all counsel of record listed on the Court's website and by regular U.S. mail on the parties listed on the attached service list on June 14, 2013.

/s/ Michael J. Zukowski
Attorney for Defendant Crane Co.

## SERVICE LIST

| | |
|---|---|
| **LEVIN SIMES LLP**<br>353 Sacramento Street<br>20th Floor<br>San Francisco, CA  94111<br>Phone: (415) 426-3000<br>Fax: (415) 426-3001 | Plaintiffs Jeanene Kuhnau, et al. |
| **ARMSTRONG & ASSOCIATES LLP**<br>One Kaiser Plaza<br>Suite 625<br>Oakland, CA  94612<br>Phone: (510) 433-1830<br>Fax:  (510) 433-1836 | CROWN, CORK & SEAL, Individually And As Successor-In-Interest To MUNDET CORK |
| **BASSI, EDLIN, HUIE & BLUM, LLP**<br>500 Washington Street<br>Suite 700<br>San Francisco, CA  94111<br>Phone: (415) 397-9006<br>Fax: (415) 397-1339 | J. T. THORPE & SON, INC., Individually And As Successor-In-Interest To J. T. THORPE NORTHWEST, INC. |
| **BUTY & CURLIANO**<br>City Center<br>555 12th Street<br>Suite 1280<br>Oakland, CA  94607<br>Phone: (510) 267-3000<br>Fax: (510) 267-0117 | PEERLESS PACIFIC COMPANY OF OREGON |
| **DEHAY & ELLISTON LLP**<br>1111 Broadway<br>Suite 1950<br>Oakland, CA  94607<br>Phone:  (510) 285-0750<br>Fax:  (510) 285-0740 | KAISER GYPSUM COMPANY, INC. |
| **FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP**<br>633 West Fifth Street<br>60th Floor<br>Los Angeles, CA  90071<br>Phone:  (213) 873-2100<br>Fax:  (213) 873-2125 | THERMAL CERAMICS, INC., Individually And As Successor-In-Interest To INTERNATIONAL VERMICULITE |

| | |
|---|---|
| **FOLEY & MANSFIELD, PLLP**<br>300 Lakeside Drive<br>Suite 1900<br>Oakland, CA  94612<br>Phone:  (510) 590-9500<br>Fax:  (510) 590-9595 | AMERICAN INTERNATIONAL CORPORATION, Individually And As Successor-In-Interest To AMERICAN PIPE & CONSTRUCTION<br><br>EMERSON ELECTRIC CO., Individually And As Successor-In-Interest And Parent Alter Ego to ASCO VALVE INC.<br><br>ZURN INDUSTRIES, LLC, Individually And As Successor-In-Interest To ZURN INDUSTRIES, INC.<br><br>ERIE CITY IRON WORKS AND KEYSTONE BOILER |
| **HAWKINS PARNELL THACKSON & YOUNG LLP**<br>Three Embarcadero Center<br>8th Floor<br>San Francisco, CA  94111-4024<br>Phone:  (415) 766-3200<br>Fax:  (415) 766-3250 | KELLY-MOORE PAINT COMPANY |
| **IMAI TADLOCK KEENEY & CORDERY**<br>100 Bush Street<br>Suite 1300<br>San Francisco, CA  94104<br>Phone: (415) 675-7000<br>Fax:  (415) 675-7008 | ALLIED PACKIN, INC.<br><br>J.S. GUERIN & COMPANY |
| **JACKSON JENKINS RENSTROM LLP**<br>55 Francisco Street<br>6th Floor<br>San Francisco, CA  94133<br>Phone:  (415) 982-3600<br>Fax:  (415) 982-3700 | CLAYTON INDUSTRIES |
| **LAW OFFICES OF PETER J. NOVA**<br>P. O. Box 1328<br>Sonoma, CA  95476<br>Phone: (707) 938-9610<br>Fax:  (707) 938-9612 | PARKER HANNIFIN CORPORATION Individually And As Successor-In-Interest To  SACOMO SIERRA AND SACOMO MANUFACTURING COMPANY |
| **LOW BALL & LYNCH**<br>505 Montgomery St.<br>7th Floor<br>San Francisco, CA  94111<br>Phone: (415) 981-6630<br>Fax: (415) 982-1634 | ARMSTRONG INTERNATIONAL, INC. |

| | |
|---|---|
| **MORGAN LEWIS & BOCKIUS**<br>Spear Street Tower<br>One Market Plaza<br>San Francisco, CA  94105<br>Phone: (415) 442-1000<br>Fax: (415) 442-1001 | GRINNNELL LLC<br>YARWAY CORPORATION |
| **MURRIN & ASSOCIATES**<br>3675 Mt. Diablo Blvd #230<br>Lafayette, CA  94549<br>Phone: (925) 284-5770<br>Fax: (925) 262-2111 | SOCO-WEST FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, Individually And As Successor-In-Interest To WESTERN CHEMICAL & MANUFACTURING COMPANY |
| **PERKINS COIE LLP**<br>Four Embarcadero Center<br>Suite 2400<br>San Francisco, CA  94111<br>Phone: (415) 344-7000<br>Fax: (415) 344-7288 | GEORGIA-PACIFIC CORPORATION |
| **POND NORTH**<br>350 South Grand Avenue<br>Suite 3300<br>Los Angeles, CA  90071<br>Phone: (213) 617-6170<br>Fax: (213) 623-3594 | FAMILIAN CORPORATION, DBA FAMILIAN PIPE & SUPPLY<br>FAMILIAN NORTHWEST, INC. Now Known As FERGUSON ENTERPRISES, INC.<br>FMC CORPORATION Individually And As Successor-In-Interest To PEERLESS PUMP COMPANY |
| **POND NORTH**<br>100 Spear Street<br>Suite 1200<br>San Francisco, CA  94105<br>Phone: (415) 217-1240<br>Fax: (415) 644-0578 | FAMILIAN CORPORATION, DBA FAMILIAN PIPE & SUPPLY<br>FAMILIAN NORTHWEST, INC. Now Known As FERGUSON ENTERPRISES, INC.<br>FMC CORPORATION Individually And As Successor-In-Interest To PEERLESS PUMP COMPANY |
| **PRINGLE, AMARO, GOETZ, HILLYARD, BARNES,& REINHOLTZ LLP**<br>1 California Street<br>Suite 1910<br>San Francisco, CA  94111<br>Phone: (415) 788-8354<br>Fax: (415) 788-3625 | ITT COPORATION FKA ITT INDUSTRIES, INC. Individually And As Successor-In-Interest To  BELL & GOSSETT<br>TRANE U.S. INC. FKA AMERICAN STANDARD, INC. Individually And As Successor-In-Interest To KEWANEE BOILER CORPORATION |

| | |
|---|---|
| **SELMAN BREITMAN LLP**<br>33 New Montgomery<br>6th Floor<br>San Francisco, CA  94105<br>Phone: (415) 979-0400<br>Fax: (415) 979-2099 | DOUGLAS INSULATION CO. INC.<br>OAKFABCO, INC. Individually And As Successor-In-Interest To And/Or FKA and/or FDBA KEWANEE BOILER CORPORATION |
| **THOMPSON & KNIGHT LLP**<br>650 California Street<br>Fifth Floor<br>San Francisco, CA  94108<br>Phone: (415) 433-3900<br>Fax: (415) 433-3950 | HONEYWELL INTERNATIONAL INC. FKA ALLIED SIGNAL INC. Individually And As Successor-In-Interest To THE BENDIX CORPORATION |
| **TUCKER ELLIS & WEST LLP**<br>135 Main Street<br>Suite 700<br>San Francisco, CA  94105<br>Phone: (415) 617-2400<br>Fax: (415) 617-2409 | CARRIER CORPORATION |
| **TUCKER ELLIS & WEST LLP**<br>515 South Flower Street<br>42nd Floor<br>Los Angeles, CA  90071-2223<br>Phone: (213) 430-3400<br>Fax: (213) 430-3409 | CARRIER CORPORATION |
| **WALSWORTH FRANKLIN BEVINS & MCCALL, LLP**<br>601 Montgomery Street<br>9th Floor<br>San Francisco, CA  94111<br>Phone: (415) 781-7072<br>Fax: (415) 391-6258 | GENERAL ELECTRIC COMPANY |
| **WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP**<br>525 Market Street<br>17th Floor<br>San Francisco, CA  94105<br>Phone: (415) 433-0990<br>Fax: (415) 434-1370 | ASBESTOS CORPORATION, LTD.<br>BURNHAM CORPORATION |

**AGENTS FOR SERVICE OF PROCESS (US MAIL ONLY)**

**BURNHAM CORPORATION**
THE CORPORATION TRUST COMPANY (DE)
1209 Orange Street
Wilmington, DE  19801

FERGUSON ENERPRISES, INC.,
Individually And As Successor-In-Interest
To  FAMILIAN CORPORATION FKA
FAMILIAN PIPE AND SUPPLY CO., INC.
**CSC LAWYERS INCORPORATING SERVICE**
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA  95833
Phone: (800) 222-2122
Fax: (916) 563-2121

**GRINNELL LLC**
CT Corporation System
1200 South Pine Island Road
Plantation, FL  33324