# DESROCHERS LAW OFFICES, LLC

2800 East Enterprise Avenue
Appleton, WI  54913
(920) 560-4532 Phone
(920) 560-4501 FAX

---

June 17, 2013

Jeffery N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20544-0005

  Re: MDL 875: In re Asbestos Product Liability Litigation (No. VI)
     <u>Notice of Potential Tag-Along Action</u>

Dear Mr. Lüthi:

  Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant General Electric Company, by its attorneys, hereby notifies the Panel of a potential tag-along action to MDL-875.

  Enclosed is a copy of the docket sheet and complaint for the case <u>*Cindy Zickert, Individually and as Special Administrator for the Estate of Frank L. Zickert, Deceased v. Bayer Crop Science Inc., et al.*</u>

  While the Panel recently terminated the transfer of most new tag-along actions to MDL875, *see* MDL 875 D.E. 8315, this case falls within an exception to that Order because it was filed in the Seventh Circuit by the Cascino Vaughan Law Offices, Ltd. *See* MDL 875 D.E. 8315 at Appendix A # 2.  We understand Magistrate Judge Strawbridge of the Eastern District of Pennsylvania is handling the mediation and settlement of the asbestos cases brought by the Cascino Vaughan firm.  *See* http://www.paed.uscourts.gov/mdl875r.asp.

  Please do not hesitate to contact me should you have any questions about the above.

             Very truly yours,

             */s/ Mark S. DesRochers*
             Mark S. DesRochers

Cc: Counsel of Record (w/o enclosures, by U.S. Mail)

47795903_1.DOCX

Case MDL No. 875   Document 9422   Filed 06/17/13   Page 2 of 2