BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL-875

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN
MADISON DIVISION

| | |
|---|---|
| Cindy Zickert, Individually and as the Special Administrator for the Estate of Frank L. Zickert,<br><br>Plaintiff,<br><br>v.<br><br>Bayer Crop Science, Inc., et al<br><br>Defendants. | Case No. 13-cv-00250 |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that Mark S. DesRochers of the law firm of DesRochers Law Offices, LLC, counsel for the Defendant, Weyerhaeuser Company, in the above-entitled action, hereby certifies that on June 17 , 2013,  I electronically filed the foregoing letter to Jeffery N. Lüthi, Clerk of the Panel, Judicial Panel on Multidistrict Litigation, with attachments (Docket Report and Complaint in the above captioned case) with the Clerk of this Court using the CM/ECF system, and have served all counsel of record in this matter with copies of the same, via regular mail addressed to the following:

>    Plaintiff
>    c/o Michael P. Cascino
>    CASCINO VAUGHAN LAW OFFICES, LTD.
>    220 South Ashland Avenue
>    Chicago, Illinois 60647

>    Owens-Illinois Inc.
>    c/o Brian O'Connor
>    Edward M. Casmere
>    Matthew John Fischer
>    Schiff Hardin LLP
>    233 South Wacker Drive
>    Chicago, IL 60606

Bayer Crop Science, Inc.
c/o Daniel Manna
Foley & Lardner LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202

General Electric Company
c/o Nora Gierke
David Frank
Gierke Frank
7604 Harwood Avenue
Wauwatosa, WI 53213

Metropolitan Life Insurance Company
c/o William P. Croke
Von Briesen & Roper, S.C.
411 E. Wisconsins Avenue, #700
Milwaukee, WI 53201-3262


/s/ Mark S. DesRochers

Dated:  June 17, 2013.

WEYERHAEUSER COMPANY
By counsel

/s/ Mark S. DesRochers
Mark S. DesRochers (WI Bar No. 1001259 )
DesRochers Law Offices, LLC
2800 East Enterprise Avenue
Appleton, Wisconsin 54913
Phone: (920) 560-4532
Fax: (920) 560-4501
Email: markdesrochers1@gmail.com
*Counsel for Defendant Weyerhaeuser Company*