### BEFORE THE UNITED STATES JUDICIAL PANEL
### FOR MULTI-DISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Daniel S. Weber, Individually, <br><br> Plaintiff, <br><br> v. <br><br> AC & S Inc., et al., <br><br> Defendants, | E.D. PA Case No. 08-CV-92132 <br><br> *Trans. from C.D. IL Case No. 99-02177* |

### JOINT MOTION TO WITHDRAW BORG WARNER'S NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER

Defendant Borg-Warner TEC Inc. ("Borg-Warner") and Plaintiff, Daniel S. Weber move this honorable panel for leave to withdraw Borg Warner's Notice of Opposition to Conditional Remand Order of April 9, 2013, filed on April 16, 2013 (Doc No. 9296), based upon the agreement reached by the parties and described more fully below:

Defendant Borg-Warner filed its Notice of Opposition to Conditional Remand Order on or about April 16, 2013. The Conditional Remand Order was issued following the Suggestion of Remand filed by the transferee court, the United States District Court for the Eastern District of Pennsylvania (MDL 875 Case no. 08-CV-92132). The Suggestion of Remand stated that all discovery had been completed in this case. The Conditional Remand Order, in response to the representations in the Suggestion of Remand, indicated that the transferee court (Eastern District of Pennsylvania) had "advised the Panel that coordinated or consolidated pretrial proceedings with respect to the remaining claims have been completed". Defendant Borg Warner objected to the remand of this case for fear that based upon the representations in the Suggestion of Remand

and the Conditional Remand Order, Borg Warner would be denied an opportunity to conduct basic discovery in this case once it was remanded to the Central District of Illinois. Borg Warner has not conducted any discovery to date due to Borg Warner and its counsel only learning of the pendency of this case as of the summer of 2012.

Recently, Defendant Borg-Warner and Plaintiff have come to an agreement whereby Defendant Borg-Warner agrees to withdraw their opposition to the remand of this case to the Central District of Illinois with the understanding that Plaintiff agrees the parties will conduct a Federal Rule of Civil Procedure 26(f) scheduling conference upon remand and submit an agreed scheduling order to the Central District of Illinois court which will provide for no less than six months of discovery from the date of remand and a trial date no earlier than April of 2014.

Based upon the agreement between the parties set forth above, Defendant Borg-Warner agrees to withdraw their opposition to remand. Further Borg Warner and Plaintiff ask leave of this panel to allow the withdrawal of Borg Warner's Notice of Opposition to Conditional Remand Order and requests that the final remand order reflect the agreement of the parties. The parties by their signatures to this joint motion attest that all in this motion is a true and correct representation of their agreement.

Dated: June 17, 2013

/s/ Donald W. Ward_____
Attorney for Borg-Warner TEC Inc.
Donald W. Ward
Herzog Crebs LLP
100 North Broadway, 14th Floor
St. Louis, MO 63102
Phone: (314) 231-6700
Fax: (314) 231-4656
dww@herzogcrebs.com

/s/ Michael P. Cascino_____
One of Plaintiff's Attorneys
Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
ecf.cvlo@gmail.com