UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Daniel S. Weber v. AC & S Inc., et al.,  ) | |
|     E.D. Pennsylvania, C.A. No. 2:08-92132  ) | MDL No. 875 |
|     (C.D. Illinois, C.A. No. 2:99-02177)  ) | |

**ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER
AND VACATING THE JULY 25, 2013, HEARING SESSION ORDER**

A conditional remand order was filed in this action (*Weber*) on April 9, 2013. Prior to expiration of that order's 7-day stay of transmittal, defendant Borg-Warner Corporation filed a notice of opposition to the proposed remand. Defendant later filed a motion and brief to vacate the conditional remand order. Defendant subsequently withdrew its opposition to remand.[1]

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on April 9, 2013, is LIFTED. The action is remanded to the Central District of Illinois.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 12, 2013, are VACATED insofar as they relate to this action.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

---

[1] The Panel notes that the parties to this action have agreed that following remand to the Central District of Illinois, the parties will submit an agreed scheduling order to the Central District of Illinois court which will provide for no less than six months of discovery from the date of remand, and a trial date no earlier than April 2014.