BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| In re: Asbestos Products<br>Liability Litigation (No. VI)<br><br>_____ | }<br>}<br>}<br>}<br>}<br>} | MDL Docket No. MDL 875 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Jeanene Kuhnau, Individually and on**<br>**Behalf of the Estate of Quentin**<br>**Kuhnau, Decedent, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Allied Packing & Supply, Inc., et al.,**<br><br>**Defendants.** | }<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} | Case No. 13-cv-01669 |

### DEFENDANT CRANE CO.'S AMENDED CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Crane Co.'s Response to Plaintiffs' Motion to Vacate the Conditional Transfer Order (CTO-552) was electronically served on plaintiff's counsel and all counsel of record listed on the Court's website on June 14, 2019. I also certify that a true and correct copy of Defendant Crane Co.'s Response to Plaintiffs' Motion to Vacate the Conditional Transfer Order (CTO-552) was served by regular U.S. mail on the parties listed on the attached service list on June 19, 2013.

                                                               /s/ Michael J. Zukowski
                                                               Attorney for Defendant Crane Co.

## SERVICE LIST

| | |
|---|---|
| **LEVIN SIMES LLP**<br>Sean P. Worsey<br>sworsey@levinsimes.com<br>William A. Levin<br>wlevin@levinsimes.com<br>353 Sacramento Street<br>20th Floor<br>San Francisco, CA  94111<br>Phone: (415) 426-3000<br>Fax: (415) 426-3001 | Plaintiffs Jeanene Kuhnau, et al. |
| Amber R. Craig<br>Amber.craig@armstrongetal.com<br>William R. Armstrong<br>Bill.armstrong@armstrongetal.com<br>**ARMSTRONG & ASSOCIATES LLP**<br>One Kaiser Plaza<br>Suite 625<br>Oakland, CA  94612<br>Phone: (510) 433-1830<br>Fax:  (510) 433-1836 | CROWN, CORK & SEAL, Individually And As Successor-In-Interest To MUNDET CORK |
| Jeffrey J. Fadeff<br>jfadeff@behblaw.com<br>Reshma Amarlal Bajaj<br>rbajaj@behblaw.com<br>**BASSI, EDLIN, HUIE & BLUM, LLP**<br>500 Washington Street<br>Suite 700<br>San Francisco, CA  94111<br>Phone: (415) 397-9006<br>Fax: (415) 397-1339 | J. T. THORPE & SON, INC., Individually And As Successor-In-Interest To J. T. THORPE NORTHWEST, INC. |
| Madeline L. Buty<br>mlb@butycurliano.com<br>**BUTY & CURLIANO**<br>City Center<br>555 12th Street<br>Suite 1280<br>Oakland, CA  94607<br>Phone: (510) 267-3000<br>Fax: (510) 267-0117 | PEERLESS PACIFIC COMPANY OF OREGON |
| Jennifer Judin<br>jjudin@dehay.com<br>**DEHAY & ELLISTON LLP**<br>1300 Clay Street, Ste 840<br>Oakland, CA  94612<br>Phone:  (510) 285-0750 | KAISER GYPSUM COMPANY, INC. |

| | |
|---|---|
| Jeffrey Thayer<br>jthayer@dehay.com<br>**DEHAY & ELLISTON LLP**<br>1111 Broadway<br>Suite 1950<br>Oakland, CA  94607<br>Phone:  (510) 285-0750<br>Fax:  (510) 285-0740 | |
| Garth W. Aubert<br>**FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP**<br>633 West Fifth Street<br>60th Floor<br>Los Angeles, CA  90071<br>Phone:  (213) 873-2100<br>Fax:  (213) 873-2125<br><br>Susan N. McNulty<br>suzanne.mcnulty@fitzhunt.com<br>FITZGERALD & ASSOCIATES PLLC<br>Winmats Conversion6<br>2113 Government Street, D-3<br>Ocean Springs, MS  39564<br>Phone:  (213) 955-7700<br>Fax: (213) 955-7725 | THERMAL CERAMICS, INC., Individually And As Successor-In-Interest To INTERNATIONAL VERMICULITE |
| Elizabeth Catherine Sears<br>esears@foleymansfield.com<br>Gary D. Sharp<br>gsharp@foleymansfield.com<br>Tsun-Chi Eric Sun<br>esun@foleymansfield.com<br>Dennis M. Young<br>dyoung@foleymansfield.com<br>**FOLEY & MANSFIELD, PLLP**<br>300 Lakeside Drive<br>Suite 1900<br>Oakland, CA  94612<br>Phone:  (510) 590-9500<br>Fax: (510) 590-9595<br>Joseph R. Connelly, III<br>jconnelly@hptylaw.com<br>Todd N. Wade<br>**HAWKINS PARNELL THACKSON & YOUNG LLP**<br>Three Embarcadero Center<br>8th Floor<br>San Francisco, CA  94111-4024 | AMERICAN INTERNATIONAL CORPORATION, Individually And As Successor-In-Interest To AMERICAN PIPE & CONSTRUCTION<br><br>EMERSON ELECTRIC CO., Individually And As Successor-In-Interest And Parent Alter Ego to ASCO VALVE INC.<br><br>ZURN INDUSTRIES, LLC, Individually And As Successor-In-Interest To ZURN INDUSTRIES, INC.<br><br>ERIE CITY IRON WORKS AND KEYSTONE BOILER<br><br>KELLY-MOORE PAINT COMPANY |

Phone:  (415) 766-3200
Fax:  (415) 766-3250

Theodore T. Cordery
**IMAI TADLOCK KEENEY & CORDERY**
Bruce Imai
admin@itkc.com
100 Bush Street
Suite 1300
San Francisco, CA  94104
Phone: (415) 675-7000
Fax:  (415) 675-7008

ALLIED PACKING, INC.
J.S. GUERIN & COMPANY

Anthony C. Chiosso
achiosso@jjr-law.com
Gabriel A. Jackson
gaby@jjr-law.com
**JACKSON JENKINS RENSTROM LLP**
55 Francisco Street
6th Floor
San Francisco, CA  94133
Phone:  (415) 982-3600
Fax:  (415) 982-3700

CLAYTON INDUSTRIES

Peter J. Nova
**LAW OFFICES OF PETER J. NOVA**
P. O. Box 1328
Sonoma, CA  95476
Phone: (707) 938-9610
Fax:  (707) 938-9612

PARKER HANNIFIN CORPORATION
Individually And As Successor-In-Interest
To  SACOMO SIERRA AND SACOMO
MANUFACTURING COMPANY

**LOW BALL & LYNCH**
505 Montgomery St.
7th Floor
San Francisco, CA  94111
Phone: (415) 981-6630
Fax: (415) 982-1634

ARMSTRONG INTERNATIONAL, INC.

Karen Lenae Mooore
kmoore@lowball.com
Sonja E. Blomquist
sblomquist@lowball.com
**SELMAN BREITMAN LLP**
33 New Montgomery
6th Floor
San Francisco, CA  94105

| Counsel | Party |
|---|---|
| Joseph Duffy<br>**MORGAN LEWIS & BOCKIUS**<br>Spear Street Tower<br>One Market Plaza<br>San Francisco, CA  94105<br>Phone: (415) 442-1000<br>Fax: (415) 442-1001 | GRINNNELL LLC<br>YARWAY CORPORATION |
| Charles P. Murrin<br>Charles.murrin@murrinlaw.net<br>**MURRIN & ASSOCIATES**<br>3675 Mt. Diablo Blvd #230<br>Lafayette, CA  94549<br>Phone: (925) 284-5770<br>Fax: (925) 262-2111 | SOCO-WEST FKA BRENNTAG WEST, INC. FKA SOCO-LYNCH CORPORATION, Individually And As Successor-In-Interest To WESTERN CHEMICAL & MANUFACTURING COMPANY |
| David T. Biderman<br>dbiderman@perkinscoie.com<br>Eric Dean Sentlinger<br>esentlinger@perkinscoie.com<br>**PERKINS COIE LLP**<br>Four Embarcadero Center<br>Suite 2400<br>San Francisco, CA  94111<br>Phone: (415) 344-7000<br>Fax: (415) 344-7288 | GEORGIA-PACIFIC CORPORATION |
| Jennifer C. Rasmussen<br>jrasmussen@pondnorth.com<br>**POND NORTH**<br>350 South Grand Avenue<br>Suite 3300<br>Los Angeles, CA  90071<br>Phone: (213) 617-6170<br>Fax: (213) 623-3594 | FAMILIAN CORPORATION, DBA FAMILIAN PIPE & SUPPLY<br>FAMILIAN NORTHWEST, INC. Now Known As FERGUSON ENTERPRISES, INC.<br>FMC CORPORATION Individually And As Successor-In-Interest To PEERLESS PUMP COMPANY |
| Frank D. Pond<br>fpond@pondnorth.com<br>Kevin Douglas jamison<br>kjamison@pondnorth.com<br>Mary Katherine Back<br>mback@pondnorth.com<br>**POND NORTH**<br>100 Spear Street<br>Suite 1200<br>San Francisco, CA  94105<br>Phone: (415) 217-1240<br>Fax: (415) 644-0578 | FAMILIAN PIPE & SUPPLY<br>FAMILIAN NORTHWEST, INC. Now Known As FERGUSON ENTERPRISES, INC.<br>FMC CORPORATION Individually And As Successor-In-Interest To PEERLESS PUMP COMPANY<br>FAMILIAN COROR ATION, doing business as FAMILIAN PIPE & SUPPLY |

| | |
|---|---|
| Kathleen B. Ebrahimi<br>kebrahimi@pondnorth.com<br>505 Montgomery Street<br>13th Floor<br>San Francisco, CA  94111<br>Phone:  (415) 217-1240<br>Fax:  (415) 394-0484 | |
| Arpi Galfayan<br>agalfayan@prindlelaw.com<br>**PRINGLE, AMARO, GOETZ, HILLYARD, BARNES,& REINHOLTZ LLP**<br>310 Golden Shore - 4th Floor<br>Long Beach, CA  90802<br>Phone:  (562) 436-3946<br>Fax:  (562) 495-0564 | ITT COPORATION FKA ITT INDUSTRIES, INC. Individually And As Successor-In-Interest To  BELL & GOSSETT<br><br>TRANE U.S. INC. FKA AMERICAN STANDARD, INC. Individually And As Successor-In-Interest To KEWANEE BOILER CORPORATION |
| Kenneth Bruce Prindle<br>kprindle@prindlelaw.com<br>Mark Kirk Hillyard<br>mhillyard@prindlelaw.com<br>**PRINGLE, AMARO, GOETZ, HILLYARD, BARNES,& REINHOLTZ LLP**<br>1 California Street<br>Suite 1910<br>San Francisco, CA  94111<br>Phone: (415) 788-8354<br>Fax: (415) 788-3625 | |
| Mark Anthony Love<br>mlove@selmanbreitman.com<br>**SELMAN BREITMAN LLP**<br>33 New Montgomery<br>6th Floor<br>San Francisco, CA  94105<br>Phone: (415) 979-0400<br>Fax: (415) 979-2099 | DOUGLASS INSULATION CO. INC.<br><br>OAKFABCO, INC. Individually And As Successor-In-Interest To And/Or FKA and/or FDBA KEWANEE BOILER CORPORATION |

| | |
|---|---|
| David R. Ongaro<br>Nevin C. Brownfield<br>Susan Q. Haines<br>**THOMPSON & KNIGHT LLP**<br>650 California Street<br>Fifth Floor<br>San Francisco, CA  94108<br>Phone: (415) 433-3900<br>Fax: (415) 433-3950 | HONEYWELL INTERNATIONAL INC. FKA ALLIED SIGNAL INC. Individually And As Successor-In-Interest To THE BENDIX CORPORATION |
| John K. Son<br>John.son@tuckerellis.com<br>**TUCKER ELLIS & WEST LLP**<br>135 Main Street<br>Suite 700<br>San Francisco, CA  94105<br>Phone: (415) 617-2400<br>Fax: (415) 617-2409 | CARRIER CORPORATION |
| **TUCKER ELLIS & WEST LLP**<br>515 South Flower Street<br>42nd Floor<br>Los Angeles, CA  90071-2223<br>Phone: (213) 430-3400<br>Fax: (213) 430-3409 | CARRIER CORPORATION |
| Charles T. Sheldon<br>csheldon@wfbm.com<br>Deerek S. Johnson<br>djohnson@wfbm.com<br>Katherine Paige Gardiner<br>kgardiner@wfbm.com<br>**WALSWORTH FRANKLIN BEVINS & MCCALL, LLP**<br>601 Montgomery Street<br>9th Floor<br>San Francisco, CA  94111<br>Phone: (415) 781-7072<br>Fax: (415) 391-6258 | GENERAL ELECTRIC COMPANY |

| | |
|---|---|
| Mary Ellen Gambino<br>Mary.gambino@wilsonelser.com<br>Tanya Xiomara Johnson<br>Tanya.johnson@wilsonelser.com**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP**<br>525 Market Street<br>17th Floor<br>San Francisco, CA  94105<br>Phone: (415) 433-0990<br>Fax: (415) 434-1370 | ASBESTOS CORPORATION, LTD.<br>BURNHAM CORPORATION |
| **AGENTS FOR SERVICE OF PROCESS (US MAIL ONLY)** | |
| THE CORPORATION TRUST COMPANY (DE)<br>1209 Orange Street<br>Wilmington, DE  19801 | BURNHAM CORPORATION |
| **CSC LAWYERS INCORPORATING SERVICE**<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA  95833<br>Phone: (800) 222-2122<br>Fax: (916) 563-2121<br><br>Frank D. Pond<br>Jennifer C. Rasmussen<br>Kathleen B. Ebrahimi<br>See above | FERGUSON ENTERPRISES, INC., Individually and as Successor-in-Interest to FAMILIAN CORPORATION, f/k/a FAMILIAN PIPE AND SUPPLY CO., Inc. |
| CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL  33324 | GRINNELL LLC |
| Kristina Francia Almquist<br>kalmquist@morganlewis.com<br>**MORGAN LEWIS AND BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA  94105-11126<br>Phone: (415) 442-1000<br>Fax: (415) 442-1000 | |
| c/o CT Corporation Company<br>818 W. Seventh Street<br>Los Angeles,  CA 90017 | A.W. CHESTERTON COMPANY |
| c/o CSC Corporation Service Company | CBS CORPORATION |

2710 Gateway Oaks Drive
#150N
Sacramento, CA 95833

c/o CT Corporation System                INGERSOLL-RAND COMPANY
818 W. Seventh Street
Los Angeles, CA 90016

c/o Corporate Creations Network, Inc.    OAKFABCO, INC.

131-A Stoney Circle
Suite 500
Santa Rosa, CA 95400


c/o Corporation Company                  OWENS-ILLINOIS, INC
555 Capitol Mall
Suite 1000
Sacramento, CA 95813

**RAPID-AMERICAN CORP.**
c/o Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Drive
Suite 150N
Sacramento,  CA 95833

**STERLING FLUID SYSTEMS (USA) LLC**
c/o CT Corporation System
818 W. Seventh Street
Los Angeles,  CA 90017


**TRANE, U.S., INC.**
c/o CT Corporation Company
818 W. Seventh Street
Los Angeles,  CA 90017


**UNION CARBIDE CORPORATION**
c/o CT Corporation
818 W Seventh Street
Los Angeles,  CA 90017

David E Toomey
IMAI TADLOCK KEENEY & CORDERY
100 Bush Street
Suite 1300
San Francisco,  CA 94104

David R Ongaro
THOMPSON & KNIGHT LLP
650 California Street
Fifth Floor
San Francisco,  CA 94108

**AMERON INTERNATIONAL CORPORATION**
Elizabeth R Bain
FOLEY & MANSFIELD PLLP
300 Lakeside Drive
Suite 1900
Oakland,  CA 94612

**CONSOLIDATED SUPPLY CO.**
Ioana Mondescu
imondescu@archernorris.com
Eugene  C. Blackard
ARCHER NORRIS, ATTORNEYS AT LAW
2033 North Main Street
Suite 800

P.O. Box 8035
Walnut Creek,  CA 94596


Garth W Aubert
FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT LLP
633 West Fifth Street
60th Floor
Los Angeles,  CA 90071

**AMERON INTERNATIONAL CORPORATION**
J. Scott Wood
FOLEY & MANSFIELD
300 FIFTH AVENUE
SUITE 3850
SEATTLE,  WA 98104

Nevin C Brownfield
THOMPSON & KNIGHT, LLP
650 California Street
Fifth Floor
San Francisco,  CA 94108

Sarak K Egide
TUCKER ELLIS & WEST LLP
135 Main Street
Suite 700
San Francisco,  CA 94105

Susan Q Haines
THOMPSON & KNIGHT, LLP
650 California Street
Fifth Floor
San Francisco,  CA 94108

| | |
|---|---|
| William Joseph Gunter | DOUGLASS INSULATION CO., INC. |
| SELMAN BREITMAN LLP | OAKFABCO, INC. |
| 33 New Montgomery | |
| 6th Floor | |
| San Francisco,  CA 94105 | |