UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

| | | |
|---|---|---|
| Jeanene Kuhnau, et al. v. Allied Packing & Supply, Inc., et al., | ) | |
| N.D. California, C.A. No. 3:13-01669 | ) | MDL No. 875 |

### ORDER VACATING CONDITIONAL TRANSFER ORDER
### AND VACATING THE JULY 25, 2013, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Kuhnau*) on May 3, 2013. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Kuhnau* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Kuhnau* was remanded to California state court by the Honorable Edward M. Chen in an order filed on June 21, 2013.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-552" filed on May 3, 2013, is VACATED.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 12, 2013, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel