# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE: Asbestos Products Liability Litigation (No. VI)          MDL No. 875

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.2 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Viad Corp writes to notify you of the potential tag along action listed on the attached Schedule of Action.

A docket sheet, Complaint and Amended Complaint is attached.

        **VIAD CORP,**

        **By Counsel:**

        /s/ Stephen M. Schwartz, Esq.
        R. Scott Long, Esq.
        Stephen M. Schwartz, Esq.
        **HENDRICKSON & LONG, PLLC**
        214 Capitol Street (25301)
        Post Office Box 11070
        Charleston, West Virginia  25339
        (304) 346-5500 (phone)
        (304) 346-5515 (facsimile)