# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE: Asbestos Products Liability Litigation (No. VI)     MDL No. 875

## NOTICE OF POTENTIAL TAG-ALONG ACTION
## SCHEDULE OF ACTION

| Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Victor W. Sparks | 4520 Corp, Inc., et al | S.D. West Virginia (Charleston) | 2:13-cv-14276 | Judge Joseph R. Goodwin |

**VIAD CORP,**

By Counsel:

/s/ Stephen M. Schwartz, Esq.
R. Scott Long, Esq.
Stephen M. Schwartz, Esq.
**HENDRICKSON & LONG, PLLC**
214 Capitol Street (25301)
Post Office Box 11070
Charleston, West Virginia 25339
(304) 346-5500 (phone)
(304) 346-5515 (facsimile)