# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**In Re:  Asbestos Products Liability Litigation (No. VI)**                    **MDL-875**

## PROOF OF SERVICE

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing **"Notice of Potential Tag-Along Action"** was served on all parties electronically via ECF, or as indicated below, on **July 3, 2013,** as follows**:**

Clerk, United States District Court,
Southern District of West Virginia, Charleston Division

**Represented Parties:**

Bruce E. Mattock, Esq.                                        *Via E-mail*
GOLDBERG PERSKY & WHITE
Third Floor
1030 Fifth Avenue
Pittsburgh, PA 15219-6295
412/471-3980
Fax: 412/471-8308
Email: bmattock@gpwlaw.com
***Counsel for Plaintiff***

David P. Chervenick, Esq.                                     *Via ECF*
GOLDBERG PERSKY & WHITE
Third Floor
1030 Fifth Avenue
Pittsburgh, PA 15219-6295
412/471-3980
Fax: 412/471-8308
Email: dchervenick@gpwlaw.com
***Counsel for Plaintiff***

Leif J. Ocheltree, Esq.                              *Via E-Mail*
GOLDBERG PERSKY & WHITE
Third Floor
333 Penco Road
Weirton, WV 26062
304/723-0213
Fax: 412/471-8308
Email: locheltree@gpwlaw.com
**Counsel for Plaintiff**

Scott S. Segal, Esq.                                 *Via ECF*
THE SEGAL LAW FIRM
810 Kanawha Boulevard, East
Charleston, WV 25301
304/344-9100
Fax: 304/344-9105
Email:  scott.segal@segal-law.com
**Counsel for Plaintiff**

Timothy L. Eves, Esq.                                *Via ECF*
EVES LAW FIRM
P.O. Box 1291
Huntington, WV 25714-1291
304/736-9999
Fax: 304/733-1818
Email:  eveslaw1@gmail.com
**Counsel for Plaintiff**

J. Tyler Dinsmore, Esq.                              *Via ECF*
Frances M. Rollins, Esq.
Megan L. Fulcher, Esq.
Flaherty Sensabaugh Bonasso PLLC
P.O. Box 3843
Charleston, WV 25301
Phone: (304) 347-3788
Emails: tylerd@fsbwv.com; frollins@fsblaw.com; mfulcher@fsblaw.com
**Counsel for 4520 Corp., Inc.,**
**successor-in-interest to**
**Benjamin F. Shaw Company**

Edward J. Wilbraham, Esq.                        *Via E-Mail*
Susan R. Mitchell, Esq.
Neal F. Wilson, Esq.
WILBRAHAM LAWLER & BUBA
1B Elm Grove Crossing
Wheeling, WV 26003
 (304) 905-9463
Email: smitchell@wlbdeflaw.com
**Counsel for Air & Liquid Systems Corporation,**
**successor-by-merger to Buffalo Pumps, Inc.**

Patrick A. Hewitt, Esq.                          *Via E-Mail*
William J. Witte, Esq.
RILEY, HEWITT, WITTE & ROMANO, P.C.
650 Washington Road, Suite 300
Pittsburgh, PA 15228
Phone: (412) 341-9300
Fax: (412) 341-9177
Emails: phewitt@rhwrlaw.com; wjwitte@rhwrlaw.com
**Counsel for Ajax Magnethermic Corporation**

Diana Leigh Johnson, Esq.                        *Via ECF*
Bowles Rice LLP
600 Quarrier Street
Post Office Box 1386
Charleston, WV 25325
Telephone: (304) 347-1100
Facsimile: (304) 343-2867
Email: dljohnson@bowlesrice.com
*and*
James M. Hall, Esq.                              *Via E-Mail*
Murphy S. Klasing, Esq.
OGDEN, GIBSON, BROOCKS,
LONGORIA & HALL, L.L.P.
1900 Pennzoil South Tower
711 Louisiana Street
Houston, Texas 77002
Telephone: (713) 844-3000
Facsimile: (713) 844-3030
Emails: jhall@ogblh.com; mklasing@ogblh.com
**Counsel for AK Steel Corporation,**
**formerly known as Armco Steel Corporation**

Stephen R. Mlinac, Esq.                                 *Via E-Mail*
Kristy L. Eiter, Esq.
SWARTZ CAMPBELL, LLC
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412)232-9800
(412) 471-1107 FAX
Emails: smlinac@swartzcampbell.com; keiter@swartzcampbell.com
**Counsel for Allied Glove Corporation**

J. Philip Fraley, Esq.                                  *Via ECF*
ORNDORFF & HATFIELD
Village Professionals Building
99 Cracker Barrel Drive, Suite 100
Barboursville, WV 25504
Telephone: (304) 302-0500
Facsimile: (304) 302-0504
Email: pfraley@oandhlaw.com
**Counsel for American Gage & Machine Company**

Joseph S. Beeson, Esq.                                  *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & McELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
**Counsel for Aristech Chemical Corporation,**
**now known as Braskem PP Americas, Inc.**
**in its own right and as successor-in-interest to**
**Novamont, Inc., USS Novamont, Inc. and**
**Aristech Chemical Division of USX Corporation**

Richard Clayton Polley, Esq.                            *Via E-Mail*
DICKIE MCCAMEY & CHILCOTE P.C.
Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272
Email: rpolley@dmclaw.com
**Counsel for Armstrong International, Inc.**

Rodney L. Baker, II, Esq.                                      *Via ECF*
Jason E. Roma, Esq.
HUDDLESTON BOLEN LLP
611 Third Avenue
Post Office Box 2185
Huntington, WV 25722-2185
(304) 529-6181
Emails: rbaker@huddlestonbolen.com; jroma@huddlestonbolen.com
**Counsel for Ashland, Inc., formerly known as**
**Ashland Oil, Inc., formerly known as Ashland Chemical**

Joseph S. Beeson, Esq.                                         *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
**Counsel for Atlas Industries, Inc.**

Stephen B. Farmer, Esq.                                        *Via ECF*
G. Kenneth Robertson, Esq.
Teresa K. Thompson, Esq.
FARMER CLINE & CAMPBELL PLLC
746 Myrtle Road (25314)
Post Office Box 3842
Charleston, WV 25338
(304) 346-5990
Emails: sbfarmer@fcclaw.net; gkrobertson@fcclaw.net; tkthompson@fcclaw.net
**Counsel for Aurora Pump Company**

Lynn Oliver Frye, Esq.                                         *Via ECF*
Michael B. Victorson, Esq.
Patricia M. Bello, Esq.
JACKSON KELLY PLLC
500 Lee Street, East; Suite 1600
Post Office Box 553
Charleston, WV 25322
(304) 340-1000
Emails: lfrye@jacksonkelly.com; mvictorson@jacksonkelly.com; pmbello@jacksonkelly.com
**Counsel for Bayer Corporation,**
**formerly known as Miles, Inc.,**
**successor-in-interest**
**to Bayer U.S.A. and Mobay, Inc.**

Robert R. Leight, Esq.                                          *Via ECF*
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
301 Grant Street
Pittsburgh, PA 15291
(412) 263-2000
Email: rrl@pietragallo.com
*Counsel for Beazer East, Inc., in its*
*own right and as successor to  Koppers Co., Inc.,*
*and other related companies including*
*Thiem Corp., Beazer USA, Inc. and Beazer, PLC*

Michael B. Victorson, Esq.                                     *Via ECF*
Matthew A. Nelson, Esq.
Patricia M. Bello, Esq.
JACKSON KELLY PLLC
500 Lee Street, East; Suite 1600
Post Office Box 553
Charleston, WV 25322
(304) 340-1000
Emails: mvictorson@jacksonkelly.com; mnelson@jacksonkelly.com;
pmbello@jacksonkelly.com
*Counsel for Bechtel Corporation*

Hunter A. McGeary, Esq.                                        *Via E-Mail*
McGeary Law Offices
651 Holiday Drive
Foster Plaza 5, Suite 300
Pittsburgh, PA  15220
(419) 761-0770
Email: hunter@mcgearylaw.com
*Counsel for Borg-Warner Corporation,*
*by its successor-in-interest*
*Borg Warner Morse TEC, Inc.*

Joseph R. Schaper, Esq.                                        *Via E-Mail*
MARON MARVEL BRADLEY & ANDERSON LLC
The Landmarks Building
100 W. Station Square Drive, Suite 250
Pittsburgh, PA 15219
(412) 281-5560
Email: jrs@maronmarvel.com
*Counsel for BP Amoco Chemical Company*

Joseph S. Beeson, Esq.                          *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
***Counsel for Cabot Corporation***

Diana Leigh Johnson, Esq.                       *Via ECF*
Bowles Rice LLP
600 Quarrier Street
Post Office Box 1386
Charleston, WV 25325-1386
Telephone: (304) 347-1100
Facsimile: (304) 343-2867
Email: dljohnson@bowlesrice.com
**and**
James M. Hall, Esq.                             *Via E-Mail*
Murphy S. Klasing, Esq.
OGDEN, GIBSON, BROOCKS,
LONGORIA & HALL, L.L.P.
1900 Pennzoil South Tower
711 Louisiana Street
Houston, Texas 77002
Telephone: (713) 844-3000
Facsimile: (713) 844-3030
Emails: jhall@ogblh.com; mklasing@ogblh.com
***Counsel for Cameron International***
***Corporation, formerly known as***
***Cooper Cameron Corporation***

R. Scott Long, Esq.                             *Via ECF*
Jeffry H. Hall, Esq.
HENDRICKSON & LONG PLLC
214 Capitol St.
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304) 346-5515
Emails: Scott@handl.com; Jhall@handl.com
***Counsel for Cashco, Inc.***

David K. Hendrickson, Esq.                              *Via ECF*
Barbara A. Samples, Esq.
HENDRICKSON & LONG, PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304) 346-5515
Emails: daveh@handl.com; bsamples@handl.com
*Counsel for CBS Corporation,*
*formerly known as Viacom, Inc.,*
*as successor by merger to*
*CBS Corporation, formerly known as*
*Westinghouse Electric Corporation*

Edward W. Rugeley III, Esq.                             *Via ECF*
Andrew P. Arbogast, Esq.
William M. Hartwell, Esq.
SPILMAN THOMAS & BATTLE, PLLC
PO Box 273
Charleston, WV 25321-0273
(304) 340-3800 *(telephone)*
(304) 340-3801 *(facsimile)*
Emails: nrugeley@spilmanlaw.com; aarbogast@spilmanlaw.com; whartwell@spilmanlaw.com
*Counsel for Chevron U.S.A., Inc.*

Lola M. James, Esq.                                    *Via ECF*
WILLMAN & SILVAGGIO LLP
5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
(412) 366-3333
Email: ljames@willmanlaw.com
*Counsel for The Cincinnati Gasket,*
*Packing & Mfg., Inc.*

Joseph S. Beeson, Esq.                                 *Via ECF*
Beth Ann Rauer, Esq.
**ROBINSON & McELWEE PLLC**
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
*Counsel for Columbia Paint Corp.,*
*doing business as Columbia Paint Town*

Michael B. Victorson, Esq.                          *Via ECF*
Matthew A. Nelson, Esq.
Patricia M. Bello, Esq.
JACKSON KELLY PLLC
500 Lee Street, East; Suite 1600
Post Office Box 553
Charleston, WV 25322
(304) 340-1000
Emails: mvictorson@jacksonkelly.com; mnelson@jacksonkelly.com;
pmbello@jacksonkelly.com
**Counsel for Columbian Chemicals Company**

Jenna Perkins Wood, Esq.                            *Via ECF*
RAWLE & HENDERSON, LLP
Board of Trade Building
80 - 12th Street, Suite 307
Wheeling, WV 26003
PHONE: 304-232-1203
FAX: 304-232-1205
Email: jwood@rawle.com
**Counsel for Columbus McKinnon Corporation**
**successor-by-merger to**
**Lift-Tech International, Inc.**
**and its Shaw-Box Hoist Division**

Joseph S. Beeson, Esq.                              *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
**Counsel for Cooper Industries, Inc.,**
**in its own right and as successor to**
**Crouse-Hinds Co. and the Cooper**
**Bessemer Corp and as successor-in-interest**
**to McGraw-Edison Co., Wagner Electric Corp.,**
**Studebaker Worthington, Inc.,**
**Edison International Inc., Tung Sol Electric, Inc.**
**and as successor-in-interest to**
**Joy Manufacturing Company**
**a/k/a Joy Technologies, Inc. and others**

James J.A. Mulhall, Esq.                                    *Via ECF*
J. Greg Goodykoontz, Esq.
Devin C. Daines, Esq.
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000
Emails: James.Mulhall@steptoe-johnson.com; Greg.Goodykoontz@steptoe-johnson.com;
Devin.Daines@steptoe-johnson.com
***Counsel for Corbesco, Inc.,***
***formerly known as***
***Corrugated Asbestos Contractors***


Jon B. Orndorff, Esq.                                      *Via ECF*
ORNDORFF & HATFIELD
Village Professionals Building
99 Cracker Barrel Drive, Suite 100
Barboursville, WV 25504
Telephone (304) 302-0500
Facsimile (304) 302-0504
Email: jorndorff@oandhlaw.com
***Counsel for Crane Company, Inc.***


Lisa R. Whisler, Esq.                                      *Via E-Mail*
THOMSON, RHODES & COWIE, P.C.
1010 Two Chatham Center
Pittsburgh, PA 15219
(412) 232-3400
Email: LRW@trc-law.com
***Counsel for Crown, Cork & Seal Company (USA), Inc.,***
***successor to Mundet Cork***


Joseph S. Beeson, Esq.                                     *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
***Counsel for Cyprus Amax Minerals Company***
***as successor to Cyprus Foote Minerals Company***
***and Foote Minerals Company***

Stephen B. Farmer, Esq.                                    *Via ECF*
G. Kenneth Robertson, Esq.
Teresa K. Thompson, Esq.
FARMER CLINE & CAMPBELL PLLC
746 Myrtle Road (25314)
Post Office Box 3842
Charleston, WV 25338
(304) 346-5990
Emails: sbfarmer@fcclaw.net; gkrobertson@fcclaw.net; tkthompson@fcclaw.net
**Counsel for Dezurik, Inc.**

R. Scott Long, Esq.                                        *Via ECF*
Jeffry H. Hall, Esq.
**HENDRICKSON & LONG PLLC**
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304) 346-5515
Emails: Scott@handl.com; Jhall@handl.com
**Counsel for Dravo Corporation**

William R. Slicer, Esq.                                    *Via ECF*
Christopher D. Negley, Esq.
SHUMAN, MCCUSKEY & SLICER, PLLC
Street: 1411 Virginia Street, East, Suite 200 (25301)
Post Office Box 3953
Charleston, WV 25339-3953
(304) 345-1400
Emails: wslicer@shumanlaw.com; cnegley@shumanlaw.com
**Counsel for Duro Dyne Corporation**

Paula L. Durst, Esq.                                       *Via ECF*
SPILMAN THOMAS & BATTLE, PLLC
P. O. Box 273
Charleston, WV 25321-0273
(304) 340-3800 – telephone
(304) 340-3801 – facsimile
Email: pdurst@spilmanlaw.com
**Counsel for E.I. Du Pont**
**De Nemours & Company**

James J.A. Mulhall, Esq.                         *Via ECF*
J. Greg Goodykoontz, Esq.
Devin C. Daines, Esq.
Kelly Little Guice, Esq.
Frank J. Stanek, Esq.
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000
Emails: James.Mulhall@steptoe-johnson.com; Greg.Goodykoontz@steptoe-johnson.com;
Devin.Daines@steptoe-johnson.com; Kelly.LittleGuice@steptoe-johnson.com;
Frank.Stanek@steptoe-johnson.com
***Counsel for Eaton Corporation,***
***in its own right and as successor to***
***Cutler-Hammer, Inc.***

Joni M. Mangino, Esq.                            *Via E-Mail*
Joseph R. Petrina, Esq.
ZIMMER KUNZ, PLLC
600 Grant Street
3300 U.S. Steel Tower
Pittsburgh, PA 15219-2702
(412) 281-8000
Emails: mangino@zklaw.com; petrina@zklaw.com
***Counsel for Eichleay Corporation***

Andrew W. Knuth, III, Esq.                       *Via E-Mail*
MORGAN, LEWIS & BOCKIUS, LLP
One Oxford Centre, Thirty Second Floor
Pittsburgh, PA 15210
(412) 560-7411
Email: aknuth@morganlewis.com
***Counsel for Elliott Company,***
***formerly known as***
***Elliott Turbomachinery Co.***

Barbara J. Buba, Esq.                            *Via E-Mail*
Susan R. Mitchell, Esq.
Neal F. Wilson, Esq.
WILBRAHAM LAWLER & BUBA
1B Elm Grove Crossing
Wheeling, WV 26003
(304) 905-9463
Email: smitchell@wlbdeflaw.com
***Counsel for The Fairbanks Company***

Lynn Oliver Frye, Esq.                                    *Via ECF*
Michael B. Victorson, Esq.
Patricia M. Bello, Esq.
JACKSON KELLY PLLC
500 Lee Street, East; Suite 1600
Post Office Box 553
Charleston, WV 25322
(304) 340-1000
Emails: lfrye@jacksonkelly.com; mvictorson@jacksonkelly.com; pmbello@jacksonkelly.com
***Counsel for Fairmont Supply Company***

Lola M. James, Esq.                                      *Via ECF*
WILLMAN & SILVAGGIO LLP
5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
(412) 366-3333
Email: ljames@willmanlaw.com
***Counsel for Famous Furnace & Supply Co.,***
***also known as Famous Supply Company of Wheeling***

Ollie M. Harton, Esq.                                    *Via ECF*
HAWKINS PARNELL THACKSTON & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
(404) 614-7400 (Phone)
(404) 614-7600 (Fax)
Renaissance Tower
109 Capitol Street, Suite 1000
Charleston, WV 25301
(304) 345-8545
Email: oharton@hptylaw.com
***Counsel for Flowserve U.S., Inc.,***
***and its Byron Jackson Pump Division***

Ollie M. Harton, Esq.                                    *Via ECF*
HAWKINS PARNELL THACKSTON & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
(404) 614-7400 (Phone)
(404) 614-7600 (Fax)
Renaissance Tower
109 Capitol Street, Suite 1000
Charleston, WV 25301
(304) 345-8545
Email: oharton@hptylaw.com
***Counsel for Flowserve US, Inc.,***
***formerly known as Flowserve FSD Corporation,***
***formerly known as Durametallic Corp.***

Ollie M. Harton, Esq.                                    *Via ECF*
HAWKINS PARNELL THACKSTON & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
(404) 614-7400 (Phone)
(404) 614-7600 (Fax)
Renaissance Tower
109 Capitol Street, Suite 1000
Charleston, WV 25301
(304) 345-8545
Email: oharton@hptylaw.com
***Counsel for Flowserve U.S. Inc.,***
***formerly known as Flowserve FSD***
***as successor to Durco International***
***and the Duriron Company***

J. Tyler Dinsmore, Esq.                              *Via ECF*
Frances M. Rollins, Esq.
Megan L. Fulcher, Esq.
FLAHERTY SENSABAUGH BONASSO PLLC
Post Office Box 3843
Charleston, WV 25338-3843
(304) 347-3788
Emails: tylerd@fsbwv.com; frollins@fsblaw.com; mfulcher@fsblaw.com
**Counsel for Flowserve U.S. Inc.,**
**formerly known as Flowserve FSD**
**as successor to**
**Edward Valves, Inc. and**
**Edward Vogt Valve Company**


Ollie M. Harton, Esq.                               *Via ECF*
HAWKINS PARNELL THACKSTON & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
(404) 614-7400 (Phone)
(404) 614-7600 (Fax)
Renaissance Tower
109 Capitol Street, Suite 1000
Charleston, WV 25301
(304) 345-8545
Email: oharton@hptylaw.com
**Counsel for Flowserve U.S. Inc.,**
**formerly known as Flowserve FSD**
**as successor to Valtek International**


Joseph R. Schaper, Esq.                             *Via E-Mail*
MARON MARVEL BRADLEY & ANDERSON LLC
The Landmarks Building
100 W. Station Square Drive, Suite 250
Pittsburgh, PA 15219
(412) 281-5560
Email: jrs@maronmarvel.com
**Counsel for Flsmidth Dorr-Oliver Eimco, Inc.,**
**formerly known as Dorr-Oliver Eimco USA, Inc.**

Philip P. Keating, Esq.                                    *Via E-Mail*
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
301 Grant Street
Pittsburgh, PA 15291
(412) 263-2000
Email: PPK@pietragallo.com
**Counsel for Flsmidth Salt Lake City, Inc.**
**f/k/a Flsmidth Dorr-Oliver Eimco,**
**f/k/a Dorr-Oliver Eimco USA, Inc.**

Stephen M. Fowler, Esq.                                    *Via ECF*
Lori Streets Muldoon, Esq.
PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC
901 Quarrier Street
Charleston, WV 25301
(304) 344-0100
Emails: sfowler@pffwv.com; lstreets@pffwv.com
**Counsel for Fluor Constructors International**
**also known as Fluor Corporation**

Stephen M. Fowler, Esq.                                    *Via ECF*
Lori Streets Muldoon, Esq.
PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC
901 Quarrier Street
Charleston, WV 25301
(304) 344-0100
Emails: sfowler@pffwv.com; lstreets@pffwv.com
**Counsel for Fluor Constructors International, Inc.**

Stephen M. Fowler, Esq.                                    *Via ECF*
Lori Streets Muldoon, Esq.
PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC
901 Quarrier Street
Charleston, WV 25301
(304) 344-0100
Emails: sfowler@pffwv.com; lstreets@pffwv.com
**Counsel for Fluor Corporation**

Stephen M. Fowler, Esq.                          *Via ECF*
Lori Streets Muldoon, Esq.
PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC
901 Quarrier Street
Charleston, WV 25301
(304) 344-0100
Emails: sfowler@pffwv.com; lstreets@pffwv.com
**Counsel for Fluor Enterprises, Inc.**

Joseph S. Beeson, Esq.                           *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
**Counsel for FMC Corporation**

J. Tyler Dinsmore, Esq.                          *Via ECF*
Frances M. Rollins, Esq.
Megan L. Fulcher, Esq.
FLAHERTY SENSABAUGH BONASSO PLLC
Post Office Box 3843
200 Capitol Street
Charleston, WV 25338-3843
(304) 347-4207
Emails: tylerd@fsbwv.com; frollins@fsblaw.com; mfulcher@fsblaw.com
**Counsel for Ford Motor Company**

Lola M. James, Esq.                              *Via ECF*
WILLMAN & SILVAGGIO LLP
5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
(412) 366-3333
Email: ljames@willmanlaw.com
**Counsel for Gardner Denver, Inc.**

Robert H. Sweeney, Jr., Esq.                     *Via ECF*
Brian S. Lindsay, Esq.
JENKINS FENSTERMAKER, PLLC
Post Office Box 2688
Huntington, WV 257262688
Phone: (304) 523-2100
Fax: (304) 523-2347
Emails: rhs@jenkinsfenstermaker.com; bsl@jenkinsfenstermaker.com
**Counsel for Gentex Corporation**

William J. Witte, Esq.                                  *Via E-Mail*
RILEY, HEWITT, WITTE
& ROMANO, P.C.
650 Washington Road, Suite 300
Pittsburgh, PA 15228
Phone: (412) 341-9300
Fax: (412) 341-9177
Email: wjwitte@rhwrlaw.com
**Counsel for Genuine Parts Company**
**doing business as NAPA Auto Parts**

Lola M. James, Esq.                                    *Via ECF*
WILLMAN & SILVAGGIO LLP
5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
(412) 366-3333
Email: ljames@willmanlaw.com
**Counsel for George Hamilton, Inc.**

Michael B. Victorson, Esq.                             *Via ECF*
Matthew A. Nelson, Esq.
Patricia M. Bello, Esq.
JACKSON KELLY PLLC
500 Lee Street, East; Suite 1600
Post Office Box 553
Charleston, WV 25322
(304) 340-1000
Emails: mvictorson@jacksonkelly.com; mnelson@jacksonkelly.com;
pmbello@jacksonkelly.com
**Counsel for The Goodyear Tire**
** & Rubber Company**

Rodney L. Baker, II, Esq.                              *Via ECF*
Jason E. Roma, Esq.
HUDDLESTON BOLEN LLP
611 Third Avenue
Post Office Box 2185
Huntington, WV 257222185
(304) 529-6181
Emails: rbaker@huddlestonbolen.com; jroma@huddlestonbolen.com
**Counsel for Goulds Electronics, Inc.,**
**successor-in-interest to**
**ITE Circuit Breaker Company**

R. Scott Long, Esq.                                          *Via ECF*
Jeffry H. Hall, Esq.
HENDRICKSON & LONG PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304) 346-5515
Emails: Scott@handl.com; Jhall@handl.com
**Counsel for Greene Tweed & Co.**

Andrew W. Knuth, III, Esq.                                   *Via E-Mail*
MORGAN, LEWIS & BOCKIUS, LLP
One Oxford Centre, Thirty Second Floor
Pittsburgh, PA 15210
(412) 560-7411
Email: aknuth@morganlewis.com
**Counsel for Grinnell LLC**

R. Scott Long, Esq.                                          *Via ECF*
Jeffry H. Hall, Esq.
HENDRICKSON & LONG PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304) 346-5515
Emails: Scott@handl.com; Jhall@handl.com
**Counsel for Honeywell International, Inc.**
**formerly known as AlliedSignal, Inc.,**
**in its own right and as successor-in-interest**
**to Allied Corporation and as**
**successor-in-interest to Allied Chemical**

Patrick A. Hewitt, Esq.                                      *Via E-Mail*
William J. Witte, Esq.
RILEY, HEWITT, WITTE
& ROMANO, P.C.
650 Washington Road, Suite 300
Pittsburgh, PA 15228
Phone: (412) 341-9300
Fax:  (412) 341-9177
Emails: phewitt@rhwrlaw.com; wjwitte@rhwrlaw.com
**Counsel for Howden North America, Inc.**
**formerly known as Howden Buffalo, Inc**

19

Robert H. Sweeney, Jr., Esq.                         *Via ECF*
Brian S. Lindsay, Esq.
JENKINS FENSTERMAKER, PLLC
Post Office Box 2688
Huntington, WV 25726-2688
Phone: (304) 523-2100
Fax: (304) 523-2347
Emails: rhs@jenkinsfenstermaker.com; bsl@jenkinsfenstermaker.com
***Counsel for Huntington Alloys Corporation,***
***formerly known as INCO Alloys International, Inc.***

Rodney L. Baker, II, Esq.                            *Via ECF*
Jason E. Roma, Esq.
HUDDLESTON BOLEN LLP
611 Third Avenue
Post Office Box 2185
Huntington, WV 257222185
(304) 529-6181
Emails: rbaker@huddlestonbolen.com; jroma@huddlestonbolen.com
***Counsel for Huntsman International LLC,***
***formerly known as Huntsman Chemical Company***

Julie Nord Friedman, Esq.                            *Via ECF*
RAWLE & HENDERSON, LLP
The Henry W. Oliver Building
Suite 1000
535 Smithfield Street
Pittsburgh, PA 15222
(412) 261-5700
Email: jfriedman@rawle.com
***Counsel for IMO Industries, Inc.,***
***formerly known as IMO Delaval,***
***formerly known as Delaval, Inc.,***
***formerly known as Transamerica Delaval, Inc.,***
***formerly known as Delaval Turbine, Inc.,***
***formerly known as Delaval Corporation***
***and as successor to Warren Pumps, Inc.***

Robert H. Sweeney, Jr., Esq.                    *Via ECF*
Brian S. Lindsay, Esq.
JENKINS FENSTERMAKER, PLLC
Post Office Box 2688
Huntington, WV 257262688
Phone: (304) 523-2100
Fax: (304) 523-2347
Emails: rhs@jenkinsfenstermaker.com; bsl@jenkinsfenstermaker.com
**Counsel for Industrial Holdings Corporation**
**formerly known as The Carborundum Corporation**

Dennis J. Geis, Jr. Esq.                        *Via E-Mail*
Miles A. Kirshner, Esq.
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, Pennsylvania 15219
(412) 281-4256
Emails: dgeis@margolisedelstein.com; mkirshner@margolisedelstein.com
**Counsel for Industrial Rubber Products**

R. Scott Long, Esq. WV Bar #2238               *Via ECF*
Jeffry H. Hall, Esq. WV Bar #5312
HENDRICKSON & LONG PLLC
214 Capitol St., P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304) 346-5515
Emails: Scott@handl.com; Jhall@handl.com
**Counsel for Ingersoll-Rand Company**

Joni M. Mangino, Esq.                           *Via E-Mail*
Joseph R. Petrina, Esq.
ZIMMER KUNZ, PLLC
600 Grant Street
3300 U.S. Steel Tower
Pittsburgh, PA 15219-2702
(412) 281-8000
Emails: mangino@zklaw.com; petrina@zklaw.com
**Counsel for Insul Company, Inc.**

Max T. Busatto, Esq.                                        *Via ECF*
Timothy R. Stevenson, Esq.
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412) 281-7272
Emails: mbusatto@dmclaw.com; stevent@dmclaw.com
***Counsel for ITT Corporation***
***formerly known as***
***ITT Industries, Inc.***

Joseph L. Orszulak, II, Esq.                               *Via ECF*
Daniel R. Bentz, Esq.
MARKS O'NEILL O'BRIEN,
DOHERTY & KELLY, P.C.
2600 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 3916171
(412) 3918804 Fax
Emails: jorszulak@mooclaw.com; dbentz@moodklaw.com
***Counsel for J.H. France Refractories Company***

Joseph S. Beeson, Esq.                                     *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
***Counsel for Jabo Supply Corporation***

Mark S. Brennan, Sr., Esq.                                 *Via ECF*
Christopher S. Colby, Esq.
VANDEVENTER BLACK LLP
707 E. Main Street, Suite 1700
P.O. Box 1558
Richmond, VA 23218-1558
Telephone: (804) 237-8800
Facsimile: (804) 237-8801
Email: mbrennan@vanblk.com; ccolby@vanblk.com
***Counsel for Jacobs Engineering Group, Inc.***

George J. Anetakis, Esq.                                   *Via ECF*
Thomas J. Decapio, Esq.
FRANKOVITCH, ANETAKIS,
COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062
(304) 723-4400
Emails: george@facslaw.com; tom@facslaw.com
**Counsel for John Crane, Inc.**

Lola M. James, Esq.                                        *Via ECF*
WILLMAN & SILVAGGIO LLP
5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
(412) 366-3333
Email: ljames@willmanlaw.com
**Counsel for Joy Technologies, Inc.**
**a/k/a and as successor-in-interest to**
**Joy Mining Machinery in its own right**
**and as successor-in-interest to**
**Joy Technologies, Inc. in its own right**
**and as successor-in-interest to**
**Joy Manufacturing, Inc.**
**and its subsidiary T&L Supply Co.**

Stephen B. Farmer, Esq.                                    *Via ECF*
G. Kenneth Robertson, Esq.
Teresa K. Thompson, Esq.
FARMER CLINE & CAMPBELL PLLC
746 Myrtle Road (25314)
Post Office Box 3842
Charleston, WV 25338
(304) 346-5990
Emails: sbfarmer@fcclaw.net; gkrobertson@fcclaw.net; tkthompson@fcclaw.net
**Counsel for Lindberg**

Joni M. Mangino, Esq.                                      *Via E-Mail*
Joseph R. Petrina, Esq.
ZIMMER KUNZ, PLLC
600 Grant Street
3300 U.S. Steel Tower
Pittsburgh, PA 15219-2702
(412) 281-8000
Emails: mangino@zklaw.com; petrina@zklaw.com
**Counsel for M.S. Jacobs & Associates, Inc.**

C. James Zeszutek, Esq.                                    *Via ECF*
David J. Singley, Esq.
DINSMORE & SHOHL, LLP
One Oxford Centre
301 Grant Street, 28th Floor
Pittsburgh, PA  15219
412-281-5000
Emails: james.zeszutek@dinsmore.com; david.singley@dinslaw.com
**Counsel for Magnetek, Inc.**

Joseph S. Beeson, Esq.                                     *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
**Counsel for Mallinckrodt LLC,**
**formerly known as Mallinckrodt, Inc.**
**in its own right and as successor-in-interest**
**to Imcera Group, Inc. and**
**International Minerals and Chemical Corporation**
** and as successor-in-interest to**
**Allied Industrial Materials Corporation and as**
**successor-in-interest to E.J. Lavino Company**

Joni M. Mangino, Esq.                                      *Via E-Mail*
Joseph R. Petrina, Esq.
ZIMMER KUNZ, PLLC
600 Grant Street
3300 U.S. Steel Tower
Pittsburgh, PA 15219-2702
(412) 281-8000
Emails: mangino@zklaw.com; petrina@zklaw.com
**Counsel for McCann Shields Paint Company**

Joseph L. Orszulak, II, Esq.                              *Via ECF*
Daniel R. Bentz, Esq.
MARKS O'NEILL O'BRIEN,
DOHERTY & KELLY, P.C.
2600 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 3916171
(412) 3918804 Fax
Emails: jorszulak@mooclaw.com; dbentz@moodklaw.com
**Counsel for McCarls, Inc.**

Rodney L. Baker, II, Esq.                                    *Via ECF*
Jason E. Roma, Esq.
HUDDLESTON BOLEN LLP
611 Third Avenue
Post Office Box 2185
Huntington, WV 257222185
(304) 529-6181
Emails: rbaker@huddlestonbolen.com; jroma@huddlestonbolen.com
**Counsel for McJunkin Redman Corporation,**
**formerly known as McJunkin Corporation**

Matthew A. Nelson, Esq.                                      *Via ECF*
Patricia M. Bello, Esq.
JACKSON KELLY PLLC
500 Lee Street, East; Suite 1600
Post Office Box 553
Charleston, WV 25322
(304) 340-1000
Emails: mnelson@jacksonkelly.com; pmbello@jacksonkelly.com
**Counsel for Meadwestvaco Corporation**
**successor-in-interest to and formerly**
**known as Westvaco Corporation**

Charles M. Love, III, Esq.                                   *Via ECF*
Diana L. Johnson, Esq.
BOWLES RICE LLP
600 Quarrier Street
Charleston, WV 25301
(304) 347-1100
Email: clove@bowlesrice.com; dljohnson@bowlesrice.com

*OF COUNSEL*

Stephen A. Fennell, Esq.                                     *Via E-Mail*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
Email: sfennell@steptoe.com
**Counsel for Metropolitan Life Insurance Company**
**also known as Metropolitan Insurance Company**

Luke A. Lafferre, Esq.                                    *Via ECF*
HUDDLESTON BOLEN LLP
611 Third Avenue
Post Office Box 2185
Huntington, WV 25722
(304) 529-6181
Email: llafferre@huddlestonbolen.com
**Counsel for Mine Safety Appliances Company**

Joni M. Mangino, Esq.                                    *Via E-Mail*
Joseph R. Petrina, Esq.
ZIMMER KUNZ, PLLC
600 Grant Street
3300 U.S. Steel Tower
Pittsburgh, PA 15219-2702
(412) 281-8000
Emails: mangino@zklaw.com; petrina@zklaw.com
**Counsel for Minnotte Contracting Corporation**

Matthew A. Nelson, Esq.                                  *Via ECF*
Patricia M. Bello, Esq.
JACKSON KELLY PLLC
500 Lee Street, East; Suite 1600
Post Office Box 553
Charleston, WV 25322
(304) 340-1000
Emails: mnelson@jacksonkelly.com; pmbello@jacksonkelly.com
**Counsel for Monongahela Power Company**

Rodney L. Baker, II, Esq.                                *Via ECF*
Jason E. Roma, Esq.
HUDDLESTON BOLEN LLP
611 Third Avenue
Post Office Box 2185
Huntington, WV 257222185
(304) 529-6181
Emails: rbaker@huddlestonbolen.com; jroma@huddlestonbolen.com
**Counsel for Morgan Engineering Systems, Inc.**

William J. Donovan, Esq.                          *Via E-Mail*
BURNS WHITE LLC
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212
(412) 995-3000
(412) 995-3300 Facsimile
Email: wjdonovan@burnswhite.com
**Counsel for Moyno, Inc.**

Joseph S. Beeson, Esq.                            *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
**Counsel for Mueller Steam Specialty**

Paula L. Durst, Esq.                              *Via ECF*
SPILMAN THOMAS & BATTLE, PLLC
P. O. Box 273
Charleston, WV 25321-0273
(304) 340-3800 – telephone
(304) 340-3801 – facsimile
Email: pdurst@spilmanlaw.com
**Counsel for Nibco, Inc.**

Joni M. Mangino, Esq.                             *Via E-Mail*
Joseph R. Petrina, Esq.
ZIMMER KUNZ, PLLC
600 Grant Street
3300 U.S. Steel Tower
Pittsburgh, PA 15219-2702
(412) 281-8000
Emails: mangino@zklaw.com; petrina@zklaw.com
**Counsel for Nitro Industrial Coverings, Inc.**

David K. Hendrickson, Esq.                    *Via ECF*
Barbara A. Samples, Esq.
HENDRICKSON & LONG, PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304)346-5515
Emails: daveh@handl.com; bsamples@handl.com
**Counsel for Occidental Chemical Corporation,**
**also known as Hooker Chemical Corporation,**
**also known as Hooker Chemical and Plastics Corporation**

Jenna Perkins Wood, Esq.                      *Via ECF*
RAWLE & HENDERSON, LLP
Board of Trade Building
80 - 12th Street, Suite 307
Wheeling, WV 26003
PHONE: 304-232-1203
FAX: 304-232-1205
Email: jwood@rawle.com
**Counsel for Oglebay Norton Company,**
** also known as Oglebay Norton Engineered Materials**
**also known as ON Marine Services, Inc.**
**and its division The Ferro Engineering Division**

David K. Hendrickson, Esq.                    *Via ECF*
Barbara A. Samples, Esq.
HENDRICKSON & LONG, PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304)346-5515
Emails: daveh@handl.com; bsamples@handl.com
**Counsel for Owens-Illinois, Inc.**

Edward W. Rugeley III, Esq.       *Via ECF*
Andrew P. Arbogast, Esq.
William M. Hartwell, Esq.
SPILMAN THOMAS & BATTLE, PLLC
Post Office Box 273
Charleston, WV 25321-0273
(304) 340-3800 – telephone
(304) 340-3801 – facsimile
Emails: nrugeley@spilmanlaw.com; aarbogast@spilmanlaw.com; whartwell@spilmanlaw.com
**Counsel for Parker-Hannifin Corp.**
**Brass Products Division**

Edward W. Rugeley III, Esq.       *Via ECF*
Andrew P. Arbogast, Esq.
William M. Hartwell, Esq.
SPILMAN THOMAS & BATTLE, PLLC
Post Office Box 273
Charleston, WV 25321-0273
(304) 340-3800 – telephone
(304) 340-3801 – facsimile
Emails: nrugeley@spilmanlaw.com; aarbogast@spilmanlaw.com; whartwell@spilmanlaw.com
**Counsel for Parker-Hannifin Corporation**

Anne D. Harman, Esq.       *Via E-Mail*
DINSMORE & SHOHL, LLP
Bennett Square
2100 Market St.
Wheeling, WV  26003
Telephone:  (304) 230-1700
Email: Anne.Harman@dinslaw.com
**Counsel for Peerless Industries, Inc.**

David K. Hendrickson, Esq.       *Via ECF*
Barbara A. Samples, Esq.
HENDRICKSON & LONG, PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304)346-5515
Emails: daveh@handl.com; bsamples@handl.com
**Counsel for Pennzoil-Quaker State Company**
**also known as and successor-in-interest to**
**Quaker State Corporation**

Charles M. Love, III, Esq.                          *Via ECF*
Diana L. Johnson, Esq.
Bowles Rice LLP
600 Quarrier Street
Charleston, WV 25301
(304) 347-1100
Emails: clove@bowlesrice.com; dljohnson@bowlesrice.com
***Counsel for Pharmacia Corporation***
***formerly known as Monsanto Company***

Richard C. Polley, Esq.                             *Via E-Mail*
Shannan E. Noé, Esq.
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412) 281-7272
Emails: rpolley@dmclaw.com; snoe@dmclaw.com
***Counsel for Plotkin Brothers Supply, LLP***

James W. Young, Jr., Esq.                           *Via E-Mail*
WILLMAN & SILVAGGIO LLP
5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
(412) 366-3333
Email: jyoung@willmanlaw.com
***Counsel for Power Piping Company***

Jon B. Orndorff, Esq.                               *Via ECF*
Ronald H. Hatfield, Jr., Esq.
ORNDORFF & HATFIELD
Village Professionals Building
99 Cracker Barrel Drive, Suite 100
Barboursville, WV 25504
Telephone (304) 3020500
Facsimile (304) 3020504
Emails: jorndorff@oandhlaw.com; rhatfield@oandhlaw.com
***Counsel for PPG Industries, Inc.***

Joseph L. Orszulak, II, Esq.                                    *Via ECF*
Daniel R. Bentz, Esq.
MARKS O'NEILL O'BRIEN,
DOHERTY & KELLY, P.C.
2600 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 3916171
(412) 3918804 Fax
Emails: jorszulak@mooclaw.com; dbentz@moodklaw.com
**Counsel for Premier Refractories, Inc.,**
**formerly known as Adience, Inc.,**
**successor-in-interest to Adience Company, LP,**
**successor to BMI, Inc.**


R. Scott Long, Esq.                                            *Via ECF*
Jeffry H. Hall, Esq.
HENDRICKSON & LONG PLLC
214 Capitol St., P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304)346-5515
Emails: Scott@handl.com; Jhall@handl.com
**Counsel for RCH Newco II, LLC,**
**formerly known as**
**Robertson Ceco Corporation,**
**formerly known as**
**H.H. Robertson Company**


Christian W. Wrabley, Esq.                                    *Via ECF*
ZIMMER KUNZ, PLLC
3300 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 281-8000
Email: wrabley@zklaw.com
**Counsel for Reading Crane**

Stephen B. Farmer, Esq.                                    *Via ECF*
G. Kenneth Robertson, Esq.
Teresa K. Thompson, Esq.
FARMER CLINE & CAMPBELL PLLC
746 Myrtle Road (25314)
Post Office Box 3842
Charleston, WV 25338
(304) 346-5990
Emails: sbfarmer@fcclaw.net; gkrobertson@fcclaw.net; tkthompson@fcclaw.net
*Counsel for Research-Cottrell, Inc.*
*now known as AWT Air Company*

R. Scott Masterson, Esq.                                   *Via ECF*
Kimberly A. Martin, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
209 Capitol Street, Third Floor
Charleston, WV 25301
(304) 553-0166
Emails: masterson@lbbslaw.com; kmartin@lbbslaw.com
*Counsel for Rhone-Poulenc AG Company, Inc.*
*as successor to Union Carbide Agricultural*
*Products Company, Inc., Amchem Products, Inc.*
*and Benjamin Foster Company*

Dennis F. Wolford, Esq.                                    *Via ECF*
Kathryn L. Johnston, Esq.
REED, TOSH, WOLFORD & DOUGLASS, P.C.
999 Third Street
Beaver, PA 15009
(724) 774-9220
Emails: dwolford@reedluce.com; kjohnston@reedluce.com
*Counsel for Riley Power, Inc.*
*formerly known as Babcock Borsig Power, Inc.*
*formerly known as DB Riley, Inc.*
*formerly known as Riley Stoker Corporation*

Lola M. James, Esq.                                        *Via ECF*
WILLMAN & SILVAGGIO LLP
5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
(412) 366-3333
Email: ljames@willmanlaw.com
*Counsel for Robinson Fans, Inc.*

Joseph R. Schaper, Esq.                                    *Via E-Mail*
MARON MARVEL BRADLEY & ANDERSON LLC
The Landmarks Building
100 W. Station Square Drive
Suite 250
Pittsburgh, PA 15219
(412) 281-5560
Email: jrs@maronmarvel.com
**Counsel for Safety First Industries, Inc.**
**also known as Safety First Supply of Canada, LTD**
**successor-in-interest to Safety First Supply**

Richard C. Polley, Esq.                                    *Via ECF*
Timothy R. Stevenson, Esq.
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412) 281-7272
Emails: rpolley@dmclaw.com; stevent@dmclaw.com
**Counsel for The Sager Corporation,**
**successor-in-interest to the**
**Sager Glove Corporation**

R. Scott Long, Esq.                                        *Via ECF*
Jeffry H. Hall, Esq.
HENDRICKSON & LONG PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304)346-5515
Emails: Scott@handl.com; Jhall@handl.com
**Counsel for Saint-Gobain Abrasives, Inc.,**
**formerly known as Norton Company**

Jon B. Orndorff, Esq.                                      *Via ECF*
ORNDORFF & HATFIELD
Village Professionals Building
99 Cracker Barrel Drive, Suite 100
Barboursville, WV 25504
Telephone (304) 302-0500
Facsimile (304) 302-0504
Email: jorndorff@oandhlaw.com
**Counsel for Schneider Electric USA, Inc.**
**formerly known as Square D Corporation**

R. Scott Long, Esq.                                    *Via ECF*
Jeffry H. Hall, Esq.
HENDRICKSON & LONG PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304)346-5515
Emails: Scott@handl.com; Jhall@handl.com
**Counsel for Seco/Warwick Corporation**

R. Scott Long, Esq.                                    *Via ECF*
Jeffry H. Hall, Esq.
HENDRICKSON & LONG PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304)346-5515
Emails: Scott@handl.com; Jhall@handl.com
**Counsel for Shell Oil Company in its own right
and as successor by merger to
Pennzoil-Quaker State Corporation
successor by merger to Quaker State Company**

Jenna Perkins Wood, Esq.                               *Via ECF*
RAWLE & HENDERSON, LLP
Board of Trade Building
80 - 12th Street, Suite 307
Wheeling, WV 26003
PHONE: 304-232-1203
FAX: 304-232-1205
Email: jwood@rawle.com
**Counsel for Siemens Corporation
successor-in-interest to
ITE Circuit Breaker Company**

Joseph S. Beeson, Esq.                                    *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
**Counsel for SPX Cooling Technologies, Inc.**
**formerly known as Marley Cooling**
**Technologies, Inc. formerly known as**
**The Marley Cooling Tower Company**

Joseph S. Beeson, Esq.                                    *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
**Counsel for Sterling Fluid Systems (USA), LLC**
**formerly known as Peerless Pump Company**

Lola M. James, Esq.                                      *Via ECF*
WILLMAN & SILVAGGIO LLP
5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
(412) 366-3333
Email: ljames@willmanlaw.com
**Counsel for Sullair Corporation**

R. Scott Long, Esq.                                      *Via ECF*
Jeffry H. Hall, Esq.
HENDRICKSON & LONG PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304)346-5515
Emails: Scott@handl.com; Jhall@handl.com
**Counsel for Sunbeam Products, Inc.**
**as successor-in-interest**
**to Sunbeam Corporation**

Lola M. James, Esq.                                          *Via ECF*
WILLMAN & SILVAGGIO LLP
5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
(412) 366-3333
Email: ljames@willmanlaw.com
**Counsel for SVI Corporation,**
**formerly known as**
**Stockham Valves & Fitting,**
**formerly known as Marlin Valve**

R. Scott Long, Esq.                                          *Via ECF*
Jeffry H. Hall, Esq.
HENDRICKSON & LONG PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304)346-5515
Emails: Scott@handl.com; Jhall@handl.com
**Counsel for Taco, Inc.,**
**formerly known as Taco Products, Inc.**

Diana Leigh Johnson, Esq.                                    *Via ECF*
Bowles Rice LLP
600 Quarrier Street
Post Office Box 1386
Charleston, WV 25325-1386
Telephone: (304) 347-1100
Facsimile: (304) 343-2867
Email: dljohnson@bowlesrice.com
**and**
James M. Hall, Esq.                                          *Via E-Mail*
Murphy S. Klasing, Esq.
OGDEN, GIBSON, BROOCKS,
LONGORIA & HALL, L.L.P.
1900 Pennzoil South Tower
711 Louisiana Street
Houston, Texas 77002
Telephone: (713) 844-3000
Facsimile: (713) 844-3030
Emails: jhall@ogblh.com; mklasing@ogblh.com
**Counsel for Team Industrial Services, Inc.,**
**formerly known as Team Environmental Services, Inc.,**
**formerly known as Leak Repairs, Inc.**

Hunter A. McGeary, Jr., Esq.                          *Via E-Mail*
McGeary Law Offices
651 Holiday Drive
Foster Plaza 5, Suite 300
Pittsburgh, PA 15220
(412) 761-0770)
Email: hunter@mcgearylaw.com
**Counsel for Townsend & Bottum, Inc.,**
**also known as Black & Veatch,**
**also known as Black & Veatch as**
**successor-in-interest to**
**Townsend & Bottum, Inc.**


R. Scott Long, Esq.                                  *Via ECF*
Jeffry H. Hall, Esq.
HENDRICKSON & LONG PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304)346-5515
Emails: Scott@handl.com; Jhall@handl.com
**Counsel for Trane U.S., Inc.,**
**formerly known as American Standard, Inc.**
**and its division, in its own right and as successor to**
**Westinghouse Airbrake and/or WABCO**


J. Tyler Dinsmore, Esq.                              *Via ECF*
Frances M. Rollins, Esq.
Megan L. Fulcher, Esq.
FLAHERTY SENSABAUGH BONASSO PLLC
Post Office Box 3843
200 Capitol Street
Charleston, WV 25338-3843
(304) 347-4207
Emails: tylerd@fsbwv.com; frollins@fsblaw.com; mfulcher@fsblaw.com
**Counsel for UB WV, Inc.,**
**formerly known as Union Boiler Company**


R. Scott Masterson, Esq.                             *Via ECF*
Kimberly A. Martin, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
209 Capitol Street, Third Floor
Charleston, WV 25301
(304) 553-0166
Emails: masterson@lbbslaw.com; kmartin@lbbslaw.com
**Counsel for Union Carbide Corporation**

Jenna Perkins Wood, Esq.                           *Via ECF*
RAWLE & HENDERSON, LLP
Board of Trade Building
80 - 12th Street, Suite 307
Wheeling, WV 26003
PHONE: 304-232-1203
FAX: 304-232-1205
Email: jwood@rawle.com
**Counsel for United Conveyor Corporation**

Edward W. Rugeley III, Esq.                        *Via ECF*
Andrew P. Arbogast, Esq.
William M. Hartwell, Esq.
SPILMAN THOMAS & BATTLE, PLLC
Spilman Center
300 Kanawha Boulevard, East
P. O. Box 273
Charleston, WV 25321-0273
(304) 340-3800 – *telephone*
(304) 340-3801 – *facsimile*
Emails: nrugeley@spilmanlaw.com; aarbogast@spilmanlaw.com; whartwell@spilmanlaw.com
**Counsel for United States Steel Corporation**
**formerly known as United States Steel, LLC**
**successor by merger to USX Corporation**
**and is division American Steel & Wire Co.**
**also known as Amercable Div.**

Robert R. Leight, Esq.                             *Via ECF*
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
One Oxford Centre, 38th Floor
301 Grant Street
Pittsburgh, PA 15291
(412) 263-2000
Email: rrl@pietragallo.com
**Counsel for Universal Refractories Corporation**

Barbara J. Buba, Esq.                                    *Via E-Mail*
Susan R. Mitchell, Esq.
Cheryl Esposito Kaufman, Esq.
WILBRAHAM LAWLER & BUBA
Two Gateway Center, 17th Floor
Pittsburgh, PA 15222
(412) 255-0500
Email: smitchell@wlbdeflaw.com; cek@wlbdeflaw.com
**Counsel for Viking Pump, Inc.**

Robert H. Sweeney, Jr., Esq.                            *Via ECF*
Charles K. Gould, Esq.
JENKINS FENSTERMAKER, PLLC
Post Office Box 2688
Huntington, WV 25726-2688
(304) 523-2100
Emails: rhs@jenkinsfenstermaker.com; ckg@jenkinsfenstermaker.com
**Counsel for Vimasco Corporation**

David K. Hendrickson, Esq.                              *Via ECF*
Barbara A. Samples, Esq.
HENDRICKSON & LONG, PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304) 346-5515
Emails: daveh@handl.com; bsamples@handl.com
**Counsel for Virginia Electric and Power Company**

Edward J. Wilbraham, Esq.                               *Via E-Mail*
Susan R. Mitchell, Esq.
Neal F. Wilson, Esq.
WILBRAHAM LAWLER & BUBA
1B Elm Grove Crossing
Wheeling, WV 26003
(304) 905-9463
Email: smitchell@wlbdeflaw.com
**Counsel for Waco, Inc.,**
**formerly known as**
**WACO Insulation, Inc.**

R. Scott Long, Esq.                                    *Via ECF*
Jeffry H. Hall, Esq.
HENDRICKSON & LONG PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304) 346-5515
Emails: Scott@handl.com; Jhall@handl.com
**Counsel for Warren Pumps, Inc.**

Rodney L. Baker, II, Esq.                              *Via ECF*
Jason E. Roma, Esq.
HUDDLESTON BOLEN LLP
611 Third Avenue
Post Office Box 2185
Huntington, WV 257222185
(304) 529-6181
Emails: rbaker@huddlestonbolen.com; jroma@huddlestonbolen.com
**Counsel for Weil-McLain Company**

Stephen M. Fowler, Esq.                               *Via ECF*
Lori Streets Muldoon, Esq.
PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC
901 Quarrier Street
Charleston, WV 25301
(304) 344-0100
Emails: sfowler@pffwv.com; lstreets@pffwv.com
**Counsel for Whiting Corporation**

Paula L. Durst, Esq.                                  *Via ECF*
SPILMAN THOMAS & BATTLE, PLLC
P. O. Box 273
Charleston, WV 25321-0273
(304) 340-3800 – telephone
(304) 340-3801 – facsimile
Email: pdurst@spilmanlaw.com
**Counsel for The William Powell Company**

Edward W. Rugeley III, Esq.                              *Via ECF*
Andrew P. Arbogast, Esq.
William M. Hartwell, Esq.
SPILMAN THOMAS & BATTLE, PLLC
Spilman Center
300 Kanawha Boulevard, East
P. O. Box 273
Charleston, WV 25321-0273
(304) 340-3800 – *telephone*
(304) 340-3801 – *facsimile*
Emails: nrugeley@spilmanlaw.com; aarbogast@spilmanlaw.com; whartwell@spilmanlaw.com
**Counsel for Wyeth Holdings Corporation**
**formerly known as**
**American Cyanamid Company**

Joseph S. Beeson, Esq.                                   *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
**Counsel for The Young Group, Ltd.,**
**formerly known as**
**Young Sales Corporation**

R. Scott Long, Esq.                                      *Via ECF*
Jeffry H. Hall, Esq.
HENDRICKSON & LONG PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304) 346-5515
Emails: Scott@handl.com; Jhall@handl.com
**Counsel for Zurn Industries, LLC**

Shannan E. Noé, Esq.                                     *Via E-Mail*
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222
(412) 281-7272
Email: snoe@dmclaw.com
**Counsel for Alfa Laval, Inc.**

Robert H. Sweeney, Jr., Esq.                          *Via ECF*
Brian S. Lindsay, Esq.
JENKINS FENSTERMAKER, PLLC
Post Office Box 2688
Huntington, WV 257262688
Phone: (304) 523-2100
Fax: (304) 523-2347
Emails: rhs@jenkinsfenstermaker.com; bsl@jenkinsfenstermaker.com
***Counsel for Atwood & Morrill Co., Inc.,***
***doing business as***
***Weir Valves & Controls USA Inc.***

J. Tyler Dinsmore, Esq.                               *Via ECF*
Frances M. Rollins, Esq.
Megan L. Fulcher, Esq.
FLAHERTY SENSABAUGH BONASSO PLLC
Post Office Box 3843
Charleston, WV 25338-3843
(304) 347-3788
Emails: tylerd@fsbwv.com; frollins@fsblaw.com; mfulcher@fsblaw.com
***Counsel for Carrier Corporation***

Joseph S. Beeson, Esq.                                *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
***Counsel for FMC Corporation,***
***individually and as successor to***
***Northern Pump Company***

Joseph S. Beeson, Esq.                                *Via ECF*
Beth Ann Rauer, Esq.
ROBINSON & MCELWEE PLLC
Post Office Box 1791
Charleston, WV 25326
(304) 344-5800
Emails: jsb@ramlaw.com; bar@ramlaw.com
***Counsel for Coffin and Peerless Pump Company***

Kenneth S. Mroz, Esq.                          *Via E-Mail*
SWARTZ CAMPBELL LLC
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 232-9800
Email: kmroz@swartzcampbell.com
**Counsel for The Nash Engineering Company**

Vernon L. Hopkinson (Bar No. 3656)            *Via E-Mail*
COHNE, RAPPAPORT & SEGAL, P.E.
257 East 200 South, Suite 700
Salt Lake City, UT 84111
(801) 532-2666
Email: vern@crslaw.com
**Counsel for** Roger G. Segal, Chapter 7 Bankruptcy
Trustee for **Quintec Industries, Inc.**

Lola M. James, Esq.                            *Via ECF*
WILLMAN & SILVAGGIO LLP
5500 Corporate Drive, Suite 150
Pittsburgh, PA 15237
(412) 366-3333
Email: ljames@willmanlaw.com
**Counsel for Sur-Seal Corporation**
**doing business as Sur-Seal**
**Gasket and Packing Co.**

Stephen B. Farmer, Esq.                        *Via ECF*
G. Kenneth Robertson, Esq.
Teresa K. Thompson, Esq.
FARMER CLINE & CAMPBELL PLLC
746 Myrtle Road (25314)
Post Office Box 3842
Charleston, WV 25338
(304) 346-5990
Emails: sbfarmer@fcclaw.net; gkrobertson@fcclaw.net; tkthompson@fcclaw.net
**Counsel for Velan Valve Corp.**

R. Scott Long, Esq.                                    *Via ECF*
Stephen M. Schwartz, Esq.
HENDRICKSON & LONG PLLC
214 Capitol Street
P.O. Box 11070
Charleston, WV 25339
Telephone: (304) 346-5500
Facsimile: (304) 346-5515
Emails: Scott@handl.com; sschwartz@handl.com
***Counsel for Viad Corporation***
***formerly known as The Dial Corporation***
***successor-in-interest to Griscom-Russell***


Robert H. Sweeney, Jr., Esq.                           *Via ECF*
Brian S. Lindsay, Esq.
JENKINS FENSTERMAKER, PLLC
Post Office Box 2688
Huntington, WV 257262688
Phone: (304) 523-2100
Fax: (304) 523-2347
Emails: rhs@jenkinsfenstermaker.com; bsl@jenkinsfenstermaker.com
***Counsel for Weir Valves & Controls USA, Inc.***
***formerly known as Atwood & Morrill Co., Inc.***


Edward A. Smallwood, Esq.                              *Via ECF*
Hilary C. Bonenberger, Esq.
SWARTZ CAMPBELL, LLC
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 232-9800
Emails: esmallwood@swartzcampbell.com; hbonenberger@swartzcampbell.com
***Counsel for Duke Energy Carolinas, LLC***
***also known as Duke Energy Corporation***

**Non-Represented Parties Served Via U.S. Mail, First Class Postage prepaid:**

**Alliance Machine Company**
c/o Reunion Industries
Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808

**Armstrong Pumps, Inc.**
93 East Ave.
North Tonawanda, NY 14120-6594

**Brand Insulations, Inc.**
a subsidiary of
**WMX Technologies, Inc.**
c/o C.T. Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604-1101

**Bucyrus International, Inc.**
formerly known as Bucyrus-Erie Company
c/o CT Corporation System
5400 D Big Tyler Road
Charleston, WV 25313

**Catalytic Construction Company**
c/o URS Energy & Construction, Inc.
720 Park Boulevard
P.O. Box 73
Boise, ID 83729

**Certainteed Corporation**
Suite Ford & Old School Road
Valley Forge, PA 19482

**Cleaver-Brooks, Inc.**,
formerly known as Aqua-Chem, Inc.
c/o Ronald G. Thimm
11950 W. Lake Park Drive
Milwaukee, WI 53224

**Copes-Vulcan, Inc.**
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

**Dana Corporation,**
in its own right and as
successor to **Smith & Kanzler,**
**Victor Manufacturing & Gasket Co.**
c/o C.T. Corporation System
1300 East 9th Street
Cleveland, OH 44114

**Degussa Corporation,**
in its own right and as successor to
**Degussa Carbon Black Corporation**
RR01, Box 453D
Belpre, OH 45714

**F.B. Wright Company of Pittsburgh**
#5 Industrial Park Drive
Oakdale, PA 15071

**Flsmidth Inc.,**
**formerly known as F.L. Smidth, Inc.**
2040 Avenue C
Bethlehem, PA 18017-2186

**Foseco, Inc.,** in its own right
and as successor to
**Gibson-Homans Co.,**
**Baltimore Ennis Land Co., Inc.**
and as subsidiary of **Foseco PLC**
438 King Street, Suite C
Charleston, SC 29403

**The Gage Company,**
formerly known as The Egag Company
c/o Paul E. Peck, Esq.
Drummond & Drummond
1 Monument Way
Portland, ME 04101

**General Refractories Company**
One Bala Avenue, Suite 10
Bala Cynwyd, PA 19004

**Goulds Pumps, Inc.**
c/o Maria Tzortzatos
4 West Red Oak Lane
White Plains, NY 10604

**Hinchliffe & Keener, Inc.**
c/o Richard C. Polley, Esq.
DICKIE, McCAMEY & CHILCOTE, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

**Honeywell International, Inc.**, formerly
known as **AlliedSignal, Inc.,** in its own right
and as successor-in-interest to **Bendix**
c/o Julie Nord Friedman, Esq.
RAWLE & HENDERSON, LLP
The Henry W. Oliver Building, Suite 1000
535 Smithfield Street
Pittsburgh, PA 15222

**IU North America, Inc.,**
as successor by merger to
**The Garp Company,** formerly known as
The Gage Company, formerly known as
Pittsburgh Gage and Supply Company
c/o C.T. Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

**Milwaukee Valve Company**
16550 West Stratton Drive
New Berlin, WI 53151

**Nagle Pumps, Inc.**
c/o James Nagle
1249 Center Avenue
Chicago Heights, IL 60411

**O.C. Keckley Company**
c/o D.S. Miller
3400 Cleveland Street
Skokie, IL 60076

**Osram Sylvania, Inc.,** in its own right
and as successor-in-interest to
**Union Insulating Company**
c/o CT Corporation
101 Federal Street
Boston, MA 02110

**P&H Mining Equipment, Inc.**
formerly known as
Harnischfeger Corporation
Corporation Service Company
1600 Laidley Tower
Charleston, WV 25301

**Pneumo Abex Corporation**
successor-in-interest to
**Abex Corporation, Friction Products Division**
c/o The United States Corporation Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808-1645

**Rockwell Automation, Inc.**,
successor by merger to
**Reliance Motion Control**
777 East Wisconsin Avenue, Suite 1251
Milwaukee, WI 53202

**Rust Engineering & Construction, Inc.**
formerly known as
Rust International Corporation
a/k/a Treco Construction Services, Inc.
1001 Fannin, Suite 4000
Houston, TX 77002

**Spirax Sarco, Inc.**
c/o Don B. Harrison
1150 Northpoint Boulevard
Blythewood, SC 29016

**Sundyne Corporation**
c/o C.T. Corporation System
1675 Broadway, Ste 1200
Denver, CO 80202

**Swindell-Dressler International Company**
c/o National Registered Agents, Inc.
300 Kanawha Boulevard
Charleston, WV 25321-0273

**Tasco Insulation, Inc.,** formerly known as
The Asbestos Service Company
c/o Daniel J. Michalee, Esq.
Gallagher, Sharp, Fulton and Norman
Buckley Building, 6th Floor
1501 Euclid Avenue
Cleveland, OH 44115

**Washington Group International, Inc.,**
formerly known as Raytheon Engineers
and Constructors, Inc., and all its domestic
subsidiaries including the **Badger Company, Inc.,**
now known as URS Energy & Construction
c/o CT Corporation System
5400 D Big Tyler Road
Charleston, WV 25313

**Watson McDaniel Company**
428 Jones Blvd.
Pottstown, PA 19464

**Yarway Corporation,**
 individually and as
successor-in-interest to
**Yarnall-Waring Company**
c/o C.T. Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

**Albee Homes, Inc.**
c/o Alex Gross
931 Summit Street
Niles, OH 44446

**Clark-Reliance Corporation,**
individually and as
successor to **Jerguson**
c/o The Corporation Trust Company
1209 North Orange Street
Wilmington, DE 19801-1120

**Flowserve, U.S., Inc.**
and its Aldrich Brand
c/o Sam Barrett
5215 North O'Conner Boulevard, Suite 2300
Irving, TX 75039

**Flowserve U.S., Inc.,** individually
and as successor to
**Rockwell Manufacturing Company,**
**Edward Valves, Inc.** and
**Nordstrom Valves, Inc.**
General Counsel
5215 North O'Conner Boulevard, Suite 2300
Irving, TX 75039

**Hill Brothers Chemical Company**
Ronald R. Hill
1657 North Main Street
Orange, CA 92867

**Pentair Valves & Controls US LP,**
and its Hancock Valves Brand,
formerly known as Tyco Valves & Controls LP
c/o Tax Department
P.O. Box 8799
Princeton, NJ 08543

**Schutte & Koerting LLC**
2510 Metropolitan drive
Trevose, PA  19053

**The Walworth Company**
13641 Dublin Court
Stafford, TX 77477

**Weinman Pump and Supply Company**
5001 Baum Boulevard, Suite 419
Pittsburgh, PA 15213-1851

**Yeomans Chicago Corporation**
c/o Walter W. Morrissey
1900 Spring Road, Suite 200
Oak Brook, IL 60523

**York Industries Corporation,**
also known as York Insulation Co.
P.O. Box 1592
York, PA 17405

**York International Corporation,**
individually and as
successor to Frick Company
c/o C.T. Corporation System
5400 D Big Tyler Road
Charleston, WV 25313

**VIAD CORP,**

**By Counsel:**

/s/ Stephen M. Schwartz, Esq.
R. Scott Long, Esq. (WV Bar #2238)
Stephen M. Schwartz, Esq. (WV Bar #6665)
**HENDRICKSON & LONG, PLLC**
214 Capitol Street (25301)
Post Office Box 11070
Charleston, West Virginia  25339
(304) 346-5500 (phone)
(304) 346-5515 (facsimile)