25BF

# United States District Court
## Southern District of West Virginia (Charleston)
## CIVIL DOCKET FOR CASE #: 2:13-cv-14276

Sparks v. 4520 Corp., Inc. et al
Assigned to: Judge Joseph R. Goodwin
Case in other court: Kanawha Co. Circuit, 13-C-127
Cause: 28:1441 Petition for Removal- Asbestos Litigation

Date Filed: 06/13/2013
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

**Plaintiff**

**Victor W. Sparks**                    represented by    **Bruce E. Mattock**
GOLDBERG PERSKY & WHITE
Third Floor
1030 Fifth Avenue
Pittsburgh, PA 15219-6295
412/471-3980
Fax: 412/471-8308
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P. Chervenick**
GOLDBERG PERSKY & WHITE
Third Floor
1030 Fifth Avenue
Pittsburgh, PA 15219-6295
412/471-3980
Fax: 412/471-8308
Email: dchervenick@gpwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leif J. Ocheltree**
GOLDBERG, PERSKY & WHITE
333 Penco Road
Weirton, WV 26062
304/723-0213
Fax: 412/471-8308
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott S. Segal**
THE SEGAL LAW FIRM
810 Kanawha Boulevard, East
Charleston, WV 25301
304/344-9100
Fax: 304/344-9105
Email: scott.segal@segal-law.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy L. Eves**
EVES LAW FIRM
P. O. Box 1291
Huntington, WV 25714-1291
304/736-9999
Fax: 304/733-1818
Email: eveslaw1@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**4520 Corp., Inc.**    represented by    **Frances M. Rollins**
*successor-in-interest to*    FLAHERTY SENSABAUGH &
BONASSO
P. O. Box 3843
Charleston, WV 25338-3843
304/345-0200
Fax: 304/345-0260
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Tyler Dinsmore**
FLAHERTY SENSABAUGH &
BONASSO
P. O. Box 3843
Charleston, WV 25338-3843
304/345-0200
Fax: 304/345-0260
Email: tylerd@fsbwv.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Leigh Fulcher**
FLAHERTY SENSABAUGH &
BONASSO
P. O. Box 3843
Charleston, WV 25338-3843
304/347-3788
Fax: 304/345-0260
Email: mfulcher@fsblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benjamin F. Shaw Company**    represented by    **Frances M. Rollins**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Tyler Dinsmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Leigh Fulcher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Air & Liquid Systems Corporation**                    represented by    **Edward J. Wilbraham**
*successor-by-merger to*                                                   WILBRAHAM LAWLER & BUBA
                                                                          1B Elm Grove Crossing
                                                                          Wheeling, WV 26003
                                                                          304/905-9463
                                                                          Fax: 304/905-1194
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Neal F. Wilson**
                                                                          WILBRAHAM LAWLER & BUBA
                                                                          1B Elm Grove Crossing
                                                                          Wheeling, WV 26003
                                                                          304/905-9463
                                                                          Fax: 304/905-1194
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Susan R. Mitchell**
                                                                          WILBRAHAM LAWLER & BUBA
                                                                          1B Elm Grove Crossing
                                                                          Wheeling, WV 26003
                                                                          304/905-9463
                                                                          Fax: 304/905-1194
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Buffalo Pumps, Inc.**                                 represented by    **Edward J. Wilbraham**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

                                                                          **Neal F. Wilson**
                                                                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan R. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ajax Magnethermic Corporation**        represented by    **Patrick A. Hewitt**
                                                           RILEY HEWITT WITTE & ROMANO

                                                           Suite 300
                                                           650 Washington Road
                                                           Pittsburgh, PA 15228
                                                           412/341-9300
                                                           Fax: 412/341-9177
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **William J. Witte**
                                                           RILEY HEWITT WITTE & ROMANO

                                                           Suite 300
                                                           650 Washington Road
                                                           Pittsburgh, PA 15228
                                                           412/341-9300
                                                           Fax: 412/341-9177
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**AK Steel Corporation**                  represented by    **Diana Leigh Johnson**
*formerly known as*                                        BOWLES RICE MCDAVID GRAFF &
Armco Steel Corporation                                    LOVE
                                                           P. O. Box 1386
                                                           Charleston, WV 25325-1386
                                                           304/347-1100
                                                           Fax: 304/347-1756
                                                           Email: dljohnson@bowlesrice.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James M. Hall**
                                                           OGDEN GIBSON BROOCKS
                                                           LONGORIA & HALL
                                                           1900 Pennzoil South Tower
                                                           711 Louisiana Street
                                                           Houston, TX 77002
                                                           713/844-3000

Fax: 713/844-3030
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Murphy S. Klasing**
OGDEN GIBSON BROOCKS
LONGORIA & HALL
1900 Pennzoil South Tower
711 Louisiana Street
Houston, TX 77002
713/844-3000
Fax: 713/844-3030
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Alliance Machine Company**

<u>Defendant</u>

**Allied Glove Corporation**               represented by   **Kristy L. Eiter**
                                                            SWARTZ CAMPBELL
                                                            4750 U. S. Steel Tower
                                                            600 Grant Street
                                                            Pittsburgh, PA 15219
                                                            412/232-9800
                                                            Fax: 412/471-1107
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stephen R. Mlinac**
                                                            SWARTZ CAMPBELL
                                                            4750 U. S. Steel Tower
                                                            600 Grant Street
                                                            Pittsburgh, PA 15219
                                                            412/232-9800
                                                            Fax: 412/471-1107
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**American Gage & Machine Company**        represented by   **J. Philip Fraley**
                                                            ORNDORFF & HATFIELD
                                                            Village Professional Building, Suite
                                                            100
                                                            99 Cracker Barrel Drive
                                                            Barboursville, WV 25504
                                                            304/302-0500
                                                            Fax: 304/302-0504
                                                            Email: pfraley@oandhlaw.com
                                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Ametek, Inc.**
*successor-in-interest to*

**Defendant**

**Haveg Industries, Inc.**

**Defendant**

**Aristech Chemical Corporation**          represented by **Beth Ann Rauer**
*now known as*                                              ROBINSON & McELWEE
                                                            P. O. Box 1791
                                                            Charleston, WV 25326
                                                            304/344-5800
                                                            Fax: 304/344-9566
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joseph S. Beeson**
                                                            ROBINSON & McELWEE
                                                            P. O. Box 1791
                                                            Charleston, WV 25326-1791
                                                            304/344-5800
                                                            Fax: 304/344-9566
                                                            Email: jsb@ramlaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Braskem PP Americas, Inc.**          represented by **Beth Ann Rauer**
*in its own right and as successor-in-*                     (See above for address)
*interest to*                                              *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joseph S. Beeson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Novamont, Inc.**          represented by **Beth Ann Rauer**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Joseph S. Beeson**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**USS Novamont, Inc.**
*and*

represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aristech Chemical Division of USX Corporation**

represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Armstrong International, Inc.**

represented by **Richard C. Polley**
DICKIE MCCAMEY & CHILCOTE
Suite 400
Two PPG Place
Pittsburgh, PA 15222-5402
412/281-7272
Fax: 412/392-5367
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Armstrong Pumps, Inc.**

**Defendant**

**Ashland, Inc.**
*formerly known as*
Ashland Oil, Inc.
*formerly known as*
Ashland Chemical

represented by **Jason E. Roma**
HUDDLESTON BOLEN
P. O. Box 2185
Huntington, WV 25722-2185
304/529-6181
Fax: 304/522-4312
Email: jroma@huddlestonbolen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rodney L. Baker , II**
HUDDLESTON BOLEN

P. O. Box 2185
Huntington, WV 25722-2185
304/529-6181
Fax: 304/522-4312
Email: rbaker@huddlestonbolen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Atlas Industries, Inc.**                 represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aurora Pump Company**                 represented by **G. Kenneth Robertson**
FARMER CLINE & CAMPBELL
P. O. Box 3842
Charleston, WV 25338
304/346-5990
Fax: 346-5980
Email: gkrobertson@fcclaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Farmer**
FARMER CLINE & CAMPBELL
P. O. Box 3842
Charleston, WV 25338
304/346-5990
Fax: 304/346-5980
Email: sbfarmer@fcclaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Teresa K. Thompson**
FARMER CLINE & CAMPBELL
P. O. Box 3842
Charleston, WV 25338
304/346-5990
Fax: 304/346-5980
Email: tkthompson@fcclaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer Corporation**                    represented by  **Lynn Oliver Frye**
*formerly known as*                                     JACKSON KELLY
                                                        P. O. Box 1068
                                                        Martinsburg, WV 25402
                                                        304/263-8800
                                                        Fax: 304/263-7110
                                                        Email: lfrye@jacksonkelly.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael B. Victorson**
                                                        JACKSON KELLY
                                                        P. O. Box 553
                                                        Charleston, WV 25322-0553
                                                        304/340-1000
                                                        Fax: 304/340-1051
                                                        Email: mvictorson@jacksonkelly.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Patricia M. Bello**
                                                        JACKSON KELLY
                                                        P. O. Box 553
                                                        Charleston, WV 25322-0553
                                                        304/340-1000
                                                        Fax: 304/340-1051
                                                        Email: pmbello@jacksonkelly.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Miles, Inc.**                          represented by  **Lynn Oliver Frye**
*successor-in-interest to*                               (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael B. Victorson**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Patricia M. Bello**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer U.S.A.**                         represented by  **Lynn Oliver Frye**
*and*                                                   (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael B. Victorson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia M. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mobay, Inc.**                    represented by   **Lynn Oliver Frye**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael B. Victorson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia M. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beazer East, Inc.**             represented by   **Robert R. Leight**
*in its own right and as successor to*             PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI
One Oxford Centre, 38th Floor
301 Grant Street
Pittsburgh, PA 15219
412/263-2000
Fax: 412/263-4222
Email: rrl@pietragallo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Koppers Co., Inc.**             represented by   **Robert R. Leight**
*and other related companies including*            (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thiem Corp.**                   represented by   **Robert R. Leight**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beazer USA, Inc.**                    represented by    **Robert R. Leight**
*and*                                                     (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Beazer, PLC**                         represented by    **Robert R. Leight**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Bechtel Corporation**                 represented by    **Matthew A. Nelson**
                                                          JACKSON KELLY
                                                          P. O. Box 553
                                                          Charleston, WV 25322-0553
                                                          304/340-1000
                                                          Fax: 304/340-1050
                                                          Email: mnelson@jacksonkelly.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael B. Victorson**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Patricia M. Bello**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Borg-Warner Corporation**             represented by    **Hunter A. McGeary**
*by its successor-in-interest*                            MCGEARY LAW OFFICES
                                                          Foster Plaza 5, Suite 300
                                                          651 Holiday Drive
                                                          Pittsburgh, PA 15220
                                                          419/761-0770
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Borg Warner Morse TEC, Inc.**         represented by    **Hunter A. McGeary**
                                                          (See above for address)

                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**
**BP Amoco Chemical Company**                  represented by   **Joseph R. Schaper**
                                                                  MARON MARVEL BRADLEY &
                                                                  ANDERSON
                                                                  The Landmarks Building
                                                                  Suite 250
                                                                  100 West Station Square Drive
                                                                  Pittsburgh, PA 15219
                                                                  412/733-8391
                                                                  Fax: 412/281-5522
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**
**BP Products North America, Inc.**            represented by   **Joseph R. Schaper**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**
**Brand Insulations, Inc.**
*a subsidiary of*

**Defendant**
**WMX Technologies, Inc.**

**Defendant**
**Bucyrus International, Inc.**
*formerly known as*
Bucyrus-Erie Company

**Defendant**
**Cabot Corporation**                          represented by   **Beth Ann Rauer**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Joseph S. Beeson**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**
**Cameron International Corporation**          represented by   **Diana Leigh Johnson**
*formerly known as*                                               (See above for address)
Cooper Cameron Corporation                                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James M. Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Murphy S. Klasing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carver Pump Company**                    represented by   **Raj A. Shah**
HENDRICKSON & LONG
P. O. Box 11070
Charleston, WV 25339
304/346-5500
Fax: 304/346-5515
Email: rshah@handl.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cashco, Inc.**                           represented by   **Jeffry H. Hall**
HENDRICKSON & LONG
P. O. Box 11070
Charleston, WV 25339
304/346-5500
Fax: 304/346-5515
Email: jhall@handl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Long**
HENDRICKSON & LONG
P. O. Box 11070
Charleston, WV 25339
304/346-5500
Fax: 304/346-5515
Email: scott@handl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Schwartz**
HENDRICKSON & LONG
214 Capitol Street
Charleston, WV 25301
304/346-5500
Fax: 304/346-5515
Email: sschwartz@handl.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Catalytic Construction Company**

**Defendant**

| | | |
|---|---|---|
| **CBS Corporation**<br>*formerly known as*<br>Viacom, Inc., as successor by merger to<br>CBS Corporation<br>*formerly known as*<br>Westinghouse Electric Corporation | represented by | **Barbara Allen Samples**<br>HENDRICKSON & LONG<br>P. O. Box 11070<br>Charleston, WV 25339<br>304/346-5500<br>Fax: 304/346-5515<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **David K. Hendrickson**<br>HENDRICKSON & LONG<br>P. O. Box 11070<br>Charleston, WV 25339<br>304/346-5500<br>Fax: 304/346-5515<br>Email: daveh@handl.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Stephen M. Schwartz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Certainteed Corporation**

**Defendant**

| | | |
|---|---|---|
| **Chevron U.S.A., Inc.** | represented by | **Andrew P. Arbogast**<br>SPILMAN THOMAS & BATTLE<br>P. O. Box 273<br>Charleston, WV 25321-0273<br>304/340-3800<br>Fax: 304/340-3801<br>Email: aarbogast@spilmanlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Edward W. Rugeley , III**<br>SPILMAN THOMAS & BATTLE<br>P. O. Box 273<br>Charleston, WV 25321-0273<br>304/340-3800 |

Fax: 304/340-3801
Email: nrugeley@spilmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Hartwell**
SPILMAN THOMAS & BATTLE
P. O. Box 273
Charleston, WV 25321-0273
304/340-3800
Fax: 304/340-3801
Email: whartwell@spilmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Cincinnati Gasket, Packing &**          represented by   **Lola M. James**
**Mfg., Inc.**                                                 WILLMAN & SILVAGGIO
                                                               Suite 150
                                                               5500 Corporate Drive
                                                               Pittsburgh, PA 15237
                                                               412/366-3333
                                                               Fax: 412/366-3462
                                                               Email: ljames@willmanlaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver-Brooks, Inc.**
*formerly known as*
Aqua-Chem, Inc.

**Defendant**

**Columbia Paint Corp.**                      represented by   **Beth Ann Rauer**
*doing business as*                                            (See above for address)
Columbia Paint Town                                            *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Joseph S. Beeson**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Columbian Chemicals Company**               represented by   **Matthew A. Nelson**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Michael B. Victorson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia M. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Columbus McKinnon Corporation**            represented by   **Jenna Perkins Wood**
*successor-by-merger to*                                       RAWLE & HENDERSON
                                                              Suite 307
                                                              80 - 12th Street
                                                              Wheeling, WV 26003-3271
                                                              304/232-1203
                                                              Fax: 304/232-1205
                                                              Email: jwood@rawle.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Lift-Tech International, Inc.**            represented by   **Jenna Perkins Wood**
*and its Shaw-Box Hoist Division*                             (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Cooper Industries, Inc.**                 represented by   **Beth Ann Rauer**
*in its own right and as successor to*                        (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Joseph S. Beeson**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Crouse-Hinds Co.**                        represented by   **Beth Ann Rauer**
*and the*                                                     (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Joseph S. Beeson**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Cooper Bessemer Corp**
*and as successor-in-interest to*

represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**McGraw-Edison Co.**

represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wagner Electric Corp.**

represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Studebaker Worthington, Inc.**

represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edison International Inc.**

represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tung Sol Electric, Inc.**                    represented by    **Beth Ann Rauer**
*and as successor-in-interest to*                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Joseph S. Beeson**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Joy Manufacturing Company**                  represented by    **Beth Ann Rauer**
*and others*                                                  (See above for address)
*also known as*                                               *LEAD ATTORNEY*
Joy Technologies, Inc.                                        *ATTORNEY TO BE NOTICED*

                                                              **Joseph S. Beeson**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**Copes-Vulcan, Inc.**

**Defendant**

**Corbesco, Inc.**                             represented by    **Devin C. Daines**
*formerly known as*                                           STEPTOE & JOHNSON
Corrugated Asbestos Contractors, Inc.                         400 White Oaks Boulevard
                                                              Bridgeport, WV 26330
                                                              304/933-8000
                                                              Fax: 304/933-8183
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **J. Greg Goodykoontz**
                                                              STEPTOE & JOHNSON
                                                              400 White Oaks Boulevard
                                                              Bridgeport, WV 26330
                                                              304/933-8000
                                                              Fax: 304/933-8183
                                                              Email: Greg.Goodykoontz@steptoe-
                                                              johnson.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

James J.A. Mulhall
STEPTOE & JOHNSON
400 White Oaks Boulevard
Bridgeport, WV 26330
304/933-8000
Fax: 304/933-8183
Email: James.Mulhall@steptoe-
johnson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crane Company, Inc.**                  represented by  **Jon B. Orndorff**
ORNDORFF & HATFIELD
Village Professional Building, Suite
100
99 Cracker Barrel Drive
Barboursville, WV 25504
304/302-0500
Fax: 304/302-0504
Email: jorndorff@oandhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Crown, Cork & Seal Company**          represented by  **Lisa R. Whisler**
**(USA), Inc.**                          THOMSON RHODES & COWIE
*Successor to*                           1010 Two Chatham Center
Pittsburgh, PA 15219
412/232-3400
Fax: 412/232-3498
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mundet Cork**                          represented by  **Lisa R. Whisler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cyprus Amax Minerals Company**        represented by  **Beth Ann Rauer**
*as successor to*                        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cyprus Foote Minerals Company**       represented by    **Beth Ann Rauer**
*and*                                                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                                        **Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Foote Minerals Company**             represented by    **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                                         **Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dana Corporation**
*in its own right and as successor to*

**Defendant**

**Smith & Kanzler, Victor Manufacturing & Gasket Co.**

**Defendant**

**Degussa Corporation**
*in its own right and as successor-in-interest to*

**Defendant**

**Degussa Carbon Black Corporation**

**Defendant**

**Dezurik, Inc.**                    represented by    **G. Kenneth Robertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                                         **Stephen B. Farmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Teresa K. Thompson
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dravo Corporation**                    represented by   **Jeffry H. Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Duro Dyne Corporation**                represented by   **Christopher D. Negley**
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339
304/345-1400
Fax: 304/343-1826
Email: cnegley@shumanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William R. Slicer**
SHUMAN MCCUSKEY & SLICER
P. O. Box 3953
Charleston, WV 25339
304/345-1400
Fax: 304/343-1826
Email: wslicer@shumanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**E.I. Du Pont De Nemours &**            represented by   **Paula L. Durst**
**Company**                                               SPILMAN THOMAS & BATTLE
P. O. Box 273
Charleston, WV 25321-0273
304/340-3800
Fax: 304/340-3801
Email: pdurst@spilmanlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eaton Corporation**                    represented by   **Devin C. Daines**
*in its own right and as successor-in-*                   (See above for address)
*interest to*                                             *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Frank Stanek**
                                                          STEPTOE & JOHNSON
                                                          400 White Oaks Boulevard
                                                          Bridgeport, WV 26330
                                                          304/624-8000
                                                          Fax: 304/624-8183
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **J. Greg Goodykoontz**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James J.A. Mulhall**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kelly Little Guice**
                                                          STEPTOE & JOHNSON
                                                          400 White Oaks Boulevard
                                                          Bridgeport, WV 26330
                                                          304/933-8147
                                                          Fax: 304/933-8183
                                                          Email: Kelly.LittleGuice@steptoe-
                                                          johnson.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Cutler-Hammer, Inc.**                  represented by   **Devin C. Daines**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Frank Stanek**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**J. Greg Goodykoontz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James J.A. Mulhall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Little Guice**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eichleay Corporation**               represented by   **Joni Mangino**
                                                        ZIMMER KUNZ
                                                        3300 USX Tower
                                                        600 Grant Street
                                                        Pittsburgh, PA 15219-2702
                                                        412/281-8000
                                                        Fax: 412/281-1765
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joseph R. Petrina**
                                                        ZIMMER KUNZ
                                                        3300 U.S. Steel Tower
                                                        600 Grant Street
                                                        Pittsburgh, PA 15219-2702
                                                        412/281-8000
                                                        Fax: 412/281-1765
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Elliott Company**                    represented by   **Andrew W. Knuth , III**
*formerly known as*                                     MORGAN LEWIS & BOCKIUS
Elliott Turbomachinery Co.                              One Oxford Centre, Thirty Second
                                                        Floor
                                                        Pittsburgh, PA 15210
                                                        412/560-7411
                                                        Fax: 412/560-7001
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**F.B. Wright Company of Pittsburgh**

**Defendant**

**The Fairbanks Company**                   represented by   **Barbara J. Buba**
                                                             WILBRAHAM LAWLER & BUBA
                                                             1B Elm Grove Crossing
                                                             Wheeling, WV 26003
                                                             304/905-9463
                                                             Fax: 304/905-1194
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Neal F. Wilson**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Susan R. Mitchell**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Fairmont Supply Company**                 represented by   **Lynn Oliver Frye**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Michael B. Victorson**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Patricia M. Bello**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Famous Furnace & Supply Co.**             represented by   **Lola M. James**
*also known as*                                              (See above for address)
Famous Supply Company of Wheeling                            *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Flowserve U.S., Inc.**                    represented by   **Megan Leigh Fulcher**
*and its Byron Jackson Pump Division*                        (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ollie M. Harton**

HAWKINS PARNELL THACKSTON
& YOUNG
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243
404/614-7565
Fax: 404/614-7500
Email: oharton@hptylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Flowserve US, Inc.**                    represented by    **Ollie M. Harton**
*formerly known as*                                         (See above for address)
Flowserve FSD Corporation                                   *LEAD ATTORNEY*
*formerly known as*                                         *ATTORNEY TO BE NOTICED*
Durametallic Corp.

**Defendant**

**Flowserve U.S. Inc.**                   represented by    **Ollie M. Harton**
*formerly known as*                                         (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Flowserve FSD Corporation**            represented by    **Ollie M. Harton**
*as successor to*                                           (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Durco International**                   represented by    **Ollie M. Harton**
*and the*                                                   (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Duriron Company**                       represented by    **Ollie M. Harton**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Flowserve U.S. Inc.**                   represented by    **Frances M. Rollins**
*formerly known as*                                         (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **J. Tyler Dinsmore**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Leigh Fulcher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Flowserve FSD Corporation**          represented by   **Frances M. Rollins**
*as successor to*                                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Tyler Dinsmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Leigh Fulcher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward Valves, Inc.**          represented by   **Frances M. Rollins**
*and*                                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Tyler Dinsmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Leigh Fulcher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward Vogt Valve Company**          represented by   **Frances M. Rollins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Tyler Dinsmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Megan Leigh Fulcher
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Flowserve U.S. Inc.**    represented by    **Ollie M. Harton**
*formerly known as*    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Flowserve FSD Corporation**    represented by    **Ollie M. Harton**
*as successor to*    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Valtek International**    represented by    **Ollie M. Harton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Flsmidth Inc.**    represented by    **Edward A. Smallwood**
*formerly known as*    SWARTZ CAMPBELL
F.L. Smidth, Inc.    4750 U. S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
412/232-9800
Fax: 412/471-1106
Email:
esmallwood@swartzcampbell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Flsmidth Dorr-Oliver Eimco, Inc.**    represented by    **Joseph R. Schaper**
*formerly known as*    (See above for address)
Dorr-Oliver Eimco USA, Inc.    *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Flsmidth Salt Lake City, Inc.**    represented by    **Philip P. Keating**
*formerly known as*    PIETRAGALLO GORDON ALFANO
FLSmidth Dorr-Oliver Eimco    BOSICK & RASPANTI
*formerly known as*    One Oxford Centre, 38th Floor
Dorr-Oliver Eimco USA, Inc.    301 Grant Street
Pittsburgh, PA 15219

412/263-2000
Fax: 412/263-2001
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Fluor Constructors International**    represented by    **Lori Streets Muldoon**
*also known as*                                           PULLIN FOWLER FLANAGAN
Fluor Corporation                                         BROWN & POE
                                                          901 Quarrier Street
                                                          Charleston, WV 25301
                                                          304/344-0100
                                                          Fax: 304/342-1545
                                                          Email: lstreets@pffwv.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Stephen M. Fowler**
                                                          PULLIN FOWLER FLANAGAN
                                                          BROWN & POE
                                                          901 Quarrier Street
                                                          Charleston, WV 25301
                                                          304/344-0100
                                                          Fax: 304/342-1545
                                                          Email: sfowler@pffwv.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Fluor Constructors International,**    represented by    **Lori Streets Muldoon**
**Inc.**                                                   (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Stephen M. Fowler**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Fluor Corporation**                    represented by    **Lori Streets Muldoon**
*doing business as*                                        (See above for address)
CSC- Lawyers Incorporating Service                         *LEAD ATTORNEY*
Company                                                    *ATTORNEY TO BE NOTICED*

                                                          **Stephen M. Fowler**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Fluor Enterprises, Inc.**                     represented by    **Lori Streets Muldoon**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Stephen M. Fowler**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**FMC Corporation**                             represented by    **Beth Ann Rauer**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Joseph S. Beeson**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Ford Motor Company**                          represented by    **Frances M. Rollins**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **J. Tyler Dinsmore**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Megan Leigh Fulcher**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Foseco, Inc.**
*in its own right and as successor to*

**Defendant**

**Gibson-Homans Co.**

**Defendant**

**Baltimore Ennis Land Co., Inc.**
*and as Subsidiary of*

**Defendant**

**Foseco PLC**

**Defendant**

**The Gage Company**
*formerly known as*
The Egag Company

**Defendant**

**Gardner Denver, Inc.**                    represented by   **Lola M. James**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**General Refractories Company**

**Defendant**

**Gentex Corporation**                      represented by   **Brian S. Lindsay**
                                                            JENKINS FENSTERMAKER
                                                            P. O. BOX 2688
                                                            Huntington, WV 25726-2688
                                                            304/523-2100
                                                            Fax: 304/523-2347
                                                            Email: bsl@jenkinsfenstermaker.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Robert H. Sweeney , Jr.**
                                                            JENKINS FENSTERMAKER
                                                            P. O. BOX 2688
                                                            Huntington, WV 25726-2688
                                                            304/523-2100
                                                            Fax: 304/523-2347
                                                            Email: rhs@jenkinsfenstermaker.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Genuine Parts Company**                   represented by   **William J. Witte**
*doing business as*                                          (See above for address)
Napa Auto Parts                                             *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**George Hamilton, Inc.**                   represented by   **Lola M. James**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**The Goodyear Tire & Rubber Company**     represented by    **Matthew A. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael B. Victorson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia M. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goulds Electronics, Inc.**     represented by    **Jason E. Roma**
*successor-in-interest to*                              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rodney L. Baker , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ITE Circuit Breaker Company**     represented by    **Jason E. Roma**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rodney L. Baker , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Goulds Pumps, Inc.**

**Defendant**

**Greene Tweed & Co.**     represented by    **Jeffry H. Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Long**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Grinnell LLC**                                represented by    **Andrew W. Knuth , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hinchliffe & Keener, Inc.**

**Defendant**

**Honeywell International, Inc.**              represented by    **Jeffry H. Hall**
*formerly known as*                                            (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AlliedSignal, Inc.**                         represented by    **Jeffry H. Hall**
*in its own right and as successor-in-*                        (See above for address)
*interest to*                                                 *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allied Corporation**                         represented by    **Jeffry H. Hall**
*and as successor-in-interest to*                              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allied Chemical**                                    represented by    **Jeffry H. Hall**
*and as successor-in-interest to*                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **R. Scott Long**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Bendix**

**Defendant**

**Howden North America, Inc.**                        represented by    **Patrick A. Hewitt**
*formerly known as*                                                    (See above for address)
Howden Buffalo, Inc.                                                   *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **William J. Witte**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Huntington Alloys Corporation**                     represented by    **Brian S. Lindsay**
*formerly known as*                                                    (See above for address)
INCO Alloys International, Inc.                                        *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Robert H. Sweeney , Jr.**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Huntsman International LLC**                         represented by    **Jason E. Roma**
*formerly known as*                                                    (See above for address)
Huntsman Chemical Company                                             *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

                                                                       **Rodney L. Baker , II**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**IU North America, Inc.**

*as successor by merger to*

**Defendant**

**The Garp Company**
*formerly known as*
The Gage Company
*formerly known as*
Pittsburgh Gage and Supply Company

**Defendant**

**IMO Industries, Inc.**                    represented by    **Eric K. Falk**
*and as successor to*                                          RAWLE & HENDERSON
*formerly known as*                                            The Henry W. Oliver Building, Suite
IMO Delaval                                                    1000
*formerly known as*                                            535 Smithfield Street
DeLaval, Inc.                                                  Pittsburgh, PA 15222
*formerly known as*                                            412/261-5700
Transamerica DeLaval, Inc.                                     Fax: 412/261-5710
*formerly known as*                                            *LEAD ATTORNEY*
DeLaval Turbine, Inc.                                          *ATTORNEY TO BE NOTICED*
*formerly known as*
Devalco Corporation                                            **Julie Nord Friedman**
                                                               RAWLE & HENDERSON
                                                               The Henry W. Oliver Building, Suite
                                                               1000
                                                               535 Smithfield Street
                                                               Pittsburgh, PA 15222
                                                               412/261-5700
                                                               Fax: 412/261-5710
                                                               Email: jfriedman@rawle.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Michael R. Lobick**
                                                               RAWLE & HENDERSON
                                                               The Henry W. Oliver Building, Suite
                                                               1000
                                                               535 Smithfield Street
                                                               Pittsburgh, PA 15222
                                                               412/261-5700
                                                               Fax: 412/261-5710
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Warren Pumps, Inc.**                      represented by    **Eric K. Falk** ,
                                                               RAWLE & HENDERSON

                                                               The Henry W. Oliver Building, Suite
                                                               1000
                                                               535 Smithfield Street

Pittsburgh, PA 15222

412/261-5700
Fax: 412/261-5710
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Nord Friedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael R. Lobick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Industrial Holdings Corporation**                  represented by **Brian S. Lindsay**
*formerly known as*                                                   (See above for address)
The Carborundum Corporation                                           *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Robert H. Sweeney , Jr.**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Industrial Rubber Products**

**Defendant**

**Ingersoll-Rand Company**                  represented by **Jeffry H. Hall**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **R. Scott Long**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stephen M. Schwartz**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Insul Company, Inc.**                  represented by **Joni Mangino**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Petrina**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ITT Corporation**                           represented by   **Max T. Busatto**
*formerly known as*                                           DICKIE MCCAMEY & CHILCOTE
ITT Industries, Inc.                                          Suite 400
                                                              Two PPG Place
                                                              Pittsburgh, PA 15222
                                                              412/392-5290
                                                              Fax: 412/392-5367
                                                              Email: mbusatto@dmclaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Timothy Robert Stevenson**
                                                              DICKIE MCCAMEY & CHILCOTE
                                                              Suite 400
                                                              Two PPG Place
                                                              Pittsburgh, PA 15222-5402
                                                              412/392-5532
                                                              Fax: 412/392-5367
                                                              Email: stevent@dmclaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**J.H. France Refractories Company**          represented by   **Daniel R. Bentz**
                                                              MARKS O'NEILL O'BRIEN
                                                              DOHERTY & KELLY
                                                              2600 Gulf Tower
                                                              707 Grant Street
                                                              Pittsburgh, PA 15219
                                                              412/391-6171
                                                              Fax: 412/391-8804
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Joseph L. Orszulak , II**
                                                              MARKS O'NEILL O'BRIEN &
                                                              COURTNEY
                                                              2600 Gulf Tower
                                                              707 Grant Street
                                                              Pittsburgh, PA 15219

412/391-6171
Fax: 412/391-8804
Email: jorszulak@mooclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jabo Supply Corporation**                          represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jacobs Engineering Group, Inc.**                   represented by **Christopher Stuart Colby**
VANDEVENTER BLACK
P. O. Box 1558
Richmond, VA 25218-1558
804/237-8800
Fax: 804/237-8801
Email: ccolby@vanblk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark S. Brennan , Sr.**
VANDEVENTER BLACK
P. O. Box 1558
Richmond, VA 23218-1558
804/237-8804
Fax: 804/237-8801
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Crane, Inc.**                                 represented by **George J. Anetakis**
FRANKOVITCH ANETAKIS
COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062
304/723-4400
Fax: 304/723-5892
Email: george@facslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Decapio**

FRANKOVITCH ANETAKIS
COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062
304/723-4400
Fax: 304/723-5892
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joy Technologies, Inc.**
*also known as and as successor-in-interest to*

represented by **Lola M. James**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joy Mining Machinery**
*in its own right and as successor-in-interest to*

represented by **Lola M. James**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joy Technologies, Inc.**
*in its own right and as successor-in-interest to*

represented by **Lola M. James**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joy Manufacturing, Inc.**
*and its subsidiary*

represented by **Lola M. James**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**T&L Supply Co.**

represented by **Lola M. James**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lindberg**

represented by **G. Kenneth Robertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Farmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Teresa K. Thompson
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**M.S. Jacobs & Associates, Inc.**          represented by **Joni Mangino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Petrina**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Magnetek, Inc.**          represented by **C. James Zezsutek**
DINSMORE & SHOHL
One Oxford Centre, 28th Floor
301 Grant Street
Pittsburgh, PA 15219
412/281-5000
Fax: 412/281-5055
Email: james.zezsutek@dinsmore.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Singley**
DINSMORE & SHOHL
One Oxford Centre, 29th Floor
301 Grant Street
Pittsburgh, PA 15219
412/288-5868
Fax: 412/281-5055
Email: david.singley@dinslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mallinckrodt LLC**          represented by **Beth Ann Rauer**
*formerly known as*                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mallinckrodt, Inc.**
*in its own right and as successor-in-interest to*

represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Imcera Group, Inc.**
*and*

represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**International Minerals and Chemical Corporation**
*and as successor-in-interest to*

represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allied Industrial Materials Corporation**
*and as successor-in-interest to*

represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**E.J. Lavino Company**

represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Joseph S. Beeson
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**McCann Shields Paint Company**      represented by   **Joni Mangino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Petrina**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**McCarls, Inc.**      represented by   **Daniel R. Bentz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph L. Orszulak , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**McJunkin Redman Corporation**      represented by   **Jason E. Roma**
*formerly known as*
McJunkin Corporation
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rodney L. Baker , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Meadwestvaco Corporation**      represented by   **Matthew A. Nelson**
*successor-in-interest to and formerly*
*known as*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia M. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Westvaco Corporation**                    represented by   **Matthew A. Nelson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Patricia M. Bello**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Metropolitan Life Insurance**             represented by   **Charles M. Love , III**
**Company**                                                 BOWLES RICE
*also known as*                                             P. O. Box 1386
Metropolitan Insurance Company                             Charleston, WV 25325-1386
                                                            304/347-1100
                                                            Fax: 304/347-1756
                                                            Email: clove@bowlesrice.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Diana Leigh Johnson**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stephen A. Fennell**
                                                            STEPTOE & JOHNSON
                                                            1330 Connecticut Avenue, NW
                                                            Washington, DC 20036
                                                            202/429-3000
                                                            Fax: 202/429-3902
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Milwaukee Valve Company**

**Defendant**

**Mine Safety Appliances Company**          represented by   **Luke A. Lafferre**
                                                            HUDDLESTON BOLEN
                                                            P. O. Box 2185
                                                            Huntington, WV 25722-2185
                                                            304/691-8308
                                                            Fax: 304/522-4312
                                                            Email: llafferre@huddlestonbolen.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Minnotte Contracting Corporation**  represented by  **Joni Mangino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Petrina**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monongahela Power Company**  represented by  **Matthew A. Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia M. Bello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Morgan Engineering Systems, Inc.**  represented by  **Jason E. Roma**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rodney L. Baker , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Moyno, Inc.**  represented by  **William J. Donovan**
BURNS WHITE
Four Northshore Center
106 Isabella Street
Pittsburgh, PA 15212
412/995-3000
Fax: 412/995-3300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mueller Steam Specialty**  represented by  **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Joseph S. Beeson
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nagle Pumps, Inc.**

**Defendant**

**Nibco, Inc.**                    represented by **Paula L. Durst**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nitro Industrial Coverings, Inc.**    represented by **Joni Mangino**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Petrina**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**O.C. Keckley Company**

**Defendant**

**Occidental Chemical Corporation**    represented by **Barbara Allen Samples**
*also known as*                (See above for address)
Hooker Chemical Corporation        *LEAD ATTORNEY*
*also known as*                *ATTORNEY TO BE NOTICED*
Hooker Chemicals & Plastics
Corporation                    **David K. Hendrickson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oglebay Norton Company**        represented by **Jenna Perkins Wood**
*also known as*                (See above for address)
Oglebay Norton Engineered Materials    *LEAD ATTORNEY*
*also known as*                *ATTORNEY TO BE NOTICED*

ON Marine Services, Inc., and its
division The Ferro Engineering
Division

**Defendant**

**Osram Sylvania, Inc.**
*in its own right and as successor-in-interest to*

**Defendant**

**Union Insulating Company**
*and others*

**Defendant**

**Owens-Illinois, Inc.**                    represented by **Barbara Allen Samples**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David K. Hendrickson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**P&H Mining Equipment, Inc.**
*formerly known as*
Harnischfeger Corporation

**Defendant**

**Parker-Hannifin Corp.**                    represented by **Andrew P. Arbogast**
*Brass Products Division*                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward W. Rugeley , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Hartwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parker-Hannifin Corporation**               represented by   **Andrew P. Arbogast**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward W. Rugeley , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Hartwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peerless Industries, Inc.**                represented by   **Anne D. Harman**
DINSMORE & SHOHL
Bennett Square
2100 Market Street
Wheeling, WV 26003
304/230-1700
Fax: 304/230-1610
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pennzoil-Quaker State Company**            represented by   **Barbara Allen Samples**
*also known as and successor-in-interest*                     (See above for address)
*to*                                                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David K. Hendrickson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Quaker State Corporation**                 represented by   **Barbara Allen Samples**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

David K. Hendrickson
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**          represented by   **Charles M. Love , III**
*formerly known as*                                 (See above for address)
Monsanto Company                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Diana Leigh Johnson**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Plotkin Brothers Supply, LLP**    represented by   **Richard C. Polley**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Shannan Noe Cerrone**
                                                    DICKIE MCCAMEY & CHILCOTE
                                                    Suite 400
                                                    Two PPG Place
                                                    Pittsburgh, PA 15222
                                                    412/281-7272
                                                    Fax: 888/811-7144
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Pneumo Abex Corporation**
*Successor-in-interest to*

**Defendant**

**Abex Corporation**
*Friction Products Division*

**Defendant**

**Power Piping Company**            represented by   **James W. Young , Jr.**
                                                    WILLMAN & SILVAGGIO
                                                    Suite 150
                                                    5500 Corporate Drive
                                                    Pittsburgh, PA 15237
                                                    412/366-3333
                                                    Fax: 412/366-3462
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
**PPG Industries, Inc.**

       represented by  **Jon B. Orndorff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald H. Hatfield , Jr.**
ORNDORFF & HATFIELD
Village Professionals Building, Suite
100
99 Cracker Barrel Drive
Barboursville, WV 25504
304/302-0500
Fax: 304/302-0504
Email: rhatfield@oandhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Premier Refractories, Inc.**
*formerly known as*

       represented by  **Daniel R. Bentz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph L. Orszulak , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Adience, Inc.**
*successor-in-interest to*

       represented by  **Daniel R. Bentz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph L. Orszulak , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Adience Company, LP**
*successor to*

       represented by  **Daniel R. Bentz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph L. Orszulak , II**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**BMI, Inc.**                                            represented by **Daniel R. Bentz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph L. Orszulak , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**RCH Newco II, LLC**                                    represented by **Jeffry H. Hall**
*formerly known as*                                                    (See above for address)
Robertson Ceco Corporation                                            *LEAD ATTORNEY*
*formerly known as*                                                    *ATTORNEY TO BE NOTICED*
H.H. Robertson Company

**R. Scott Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Reading Crane**                                        represented by **Christian W. Wrabley**
ZIMMER KUNZ
3300 USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
412/281-8000
Fax: 412/281-1765
Email: wrabley@zklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Research-Cottrell, Inc.**                              represented by **G. Kenneth Robertson**
*now known as*                                                          (See above for address)
AWT Air Company                                                        *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Farmer**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Teresa K. Thompson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rhone-Poulenc AG Company, Inc.**
*as successor to*

represented by **Kimberly A. Martin**
LEWIS BRISBOIS BISGAARD &
SMITH
Third Floor
209 Capital Street
Charleston, WV 25301
304/553-0166
Fax: 304/343-1805
Email: kmartin@lbbslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Scott Masterson**
LEWIS BRISBOIS BISGAARD &
SMITH
Third Floor
209 Capitol Street
Charleston, WV 25301
304/553-0166
Fax: 304/343-1805
Email: masterson@lbbslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Agricultural Products
Company, Inc.**

represented by **Kimberly A. Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Scott Masterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amchem Products, Inc.**
*and*

represented by **Kimberly A. Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Scott Masterson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benjamin Foster Company**                  represented by   **Kimberly A. Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Scott Masterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Riley Power, Inc.**                         represented by   **Dennis F. Wolford**
*formerly known as*                                           REED LUCE TOSH WOLFORD &
Babcock Borsig Power, Inc.                                    DOUGLASS
*formerly known as*                                           999 Third Street
DB Riley, Inc.                                                Beaver, PA 15009
*formerly known as*                                           724/774-9220
Riley Stoker Corporation                                      Fax: 724/774-2211
                                                              Email: dwolford@reedluce.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Kathryn L. Johnston**
REED TOSH WOLFORD &
DOUGLASS
999 Third Street
Beaver, PA 15009
724/774-9220
Fax: 724/774-2411
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robinson Fans, Inc.**                       represented by   **Lola M. James**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rockwell Automation, Inc.**
*successor-by-merger to*

**Defendant**

**Reliance Motion Control**

**Defendant**

**Rust Engineering & Construction, Inc.**
*formerly known as*
Rust International Corporation
*also known as*
Treco Construction Services, Inc.

**Defendant**

**Rust International Corp.**
*formerly known as*
Rust International Corporation

**Defendant**

**Safety First Industries, Inc.**                    represented by    **Joseph R. Schaper**
*also known as*                                                        (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Safety First Supply of Canada, LTD**              represented by    **Joseph R. Schaper**
*successor-in-interest to*                                            (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Safety First Supply**                              represented by    **Joseph R. Schaper**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**The Sager Corporation**                            represented by    **Richard C. Polley**
*successor-in-interest to the*                                        (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Timothy Robert Stevenson**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Sager Glove Corporation**                          represented by    **Richard C. Polley**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Timothy Robert Stevenson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Saint-Gobain Abrasives, Inc.**                    represented by    **Jeffry H. Hall**
*formerly known as*                                                  (See above for address)
Norton Company                                                       *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **R. Scott Long**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Schneider Electric USA, Inc.**                    represented by    **Jon B. Orndorff**
*formerly known as*                                                  (See above for address)
Square D Corporation                                                 *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **J. Philip Fraley**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Seco/Warwick Corporation**                        represented by    **Jeffry H. Hall**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **R. Scott Long**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Stephen M. Schwartz**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Shell Oil Company**                               represented by    **Barbara Allen Samples**
*in its own right, and as successor by*                              (See above for address)
*merger to*                                                          *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **David K. Hendrickson**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*

                          *ATTORNEY TO BE NOTICED*

                          **Stephen M. Schwartz**
                          (See above for address)
                          *LEAD ATTORNEY*
                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Pennzoil-Quaker State Corporation**     represented by   **Barbara Allen Samples**
*Successor by merger to*                            (See above for address)
                          *LEAD ATTORNEY*
                          *ATTORNEY TO BE NOTICED*

                          **David K. Hendrickson**
                          (See above for address)
                          *LEAD ATTORNEY*
                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Quaker State Company**           represented by   **Barbara Allen Samples**
                          (See above for address)
                          *LEAD ATTORNEY*
                          *ATTORNEY TO BE NOTICED*

                          **David K. Hendrickson**
                          (See above for address)
                          *LEAD ATTORNEY*
                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Siemens Corporation**            represented by   **Jenna Perkins Wood**
*successor-in-interest to*                       (See above for address)
                          *LEAD ATTORNEY*
                          *ATTORNEY TO BE NOTICED*

**Defendant**

**ITE Circuit Breaker Company**     represented by   **Jenna Perkins Wood**
                          (See above for address)
                          *LEAD ATTORNEY*
                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Spirax Sarco, Inc.**

**Defendant**

**SPX Cooling Technologies, Inc.**    represented by   **Beth Ann Rauer**
*formerly known as*                         (See above for address)
Marley Cooling Technologies, Inc.              *LEAD ATTORNEY*
*formerly known as*                         *ATTORNEY TO BE NOTICED*
The Marley Cooling Tower Company

                                           **Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sterling Fluid Systems (USA), LLC**      represented by   **Beth Ann Rauer**
*formerly known as*                                       (See above for address)
Peerless Pump Company                           *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                             **Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sullair Corporation**                  represented by   **Lola M. James**
                                             (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sunbeam Products, Inc.**          represented by   **Jeffry H. Hall**
*as successor-in-interest to*                             (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                             **R. Scott Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                             **Raj A. Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sunbeam Corporation**               represented by   **Jeffry H. Hall**
                                             (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                             **R. Scott Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sundyne Corporation**

**Defendant**

**SVI Corporation**                                    represented by **Lola M. James**
*formerly known as*                                                      (See above for address)
Stockham Valves & Fitting                                               *LEAD ATTORNEY*
*formerly known as*                                                      *ATTORNEY TO BE NOTICED*
Marlin Valve

**Defendant**

**Swindell-Dressler International
Company**

**Defendant**

**Taco, Inc.**                                          represented by **Jeffry H. Hall**
*formerly known as*                                                      (See above for address)
Taco Products, Inc.                                                      *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **R. Scott Long**
                                                                         (See above for address)
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Stephen M. Schwartz**
                                                                         (See above for address)
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Tasco Insulation, Inc.**
*formerly known as*
The Asbestos Service Company

**Defendant**

**Team Industrial Services, Inc.**                     represented by **Diana Leigh Johnson**
*formerly known as*                                                      (See above for address)
Team Environmental Services, Inc.                                        *LEAD ATTORNEY*
*formerly known as*                                                      *ATTORNEY TO BE NOTICED*
Leak Repairs, Inc.
                                                                         **James M. Hall**
                                                                         (See above for address)
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Murphy S. Klasing**
                                                                         (See above for address)
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Townsend & Bottum, Inc.**
*also known as*
Black & Veatch
*also known as*
Black & Veatch, as successor-in-interest to Townsend & Bottum, Inc.

represented by **Hunter A. McGeary**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Trane U.S., Inc.**
*formerly known as*

represented by **Jeffry H. Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Standard, Inc.**
*and is division, in its own right and as successor to*

represented by **Jeffry H. Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Westinghouse Airbrake**
*and/or*

represented by **Jeffry H. Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WABCO**

represented by **Jeffry H. Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**UB West Virginia, Inc.**            represented by  **Frances M. Rollins**
*formerly known as*                                   (See above for address)
Union Boiler Company                                  *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**J. Tyler Dinsmore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Leigh Fulcher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Union Carbide Corporation**        represented by  **Kimberly A. Martin**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Ronald Scott Masterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**United Conveyor Corporation**      represented by  **Jenna Perkins Wood**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**United States Steel Corporation**  represented by  **Andrew P. Arbogast**
*formerly known as*                                   (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Edward W. Rugeley , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Hartwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Steel, LLC**                    represented by    **Andrew P. Arbogast**
*successor by merger to*                                         (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Edward W. Rugeley , III**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **William M. Hartwell**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**USX Corporation**                             represented by    **Andrew P. Arbogast**
*and its division*                                               (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Edward W. Rugeley , III**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **William M. Hartwell**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**American Steel & Wire Co.**                   represented by    **Andrew P. Arbogast**
*also known as*                                                  (See above for address)
Amercable Div.                                                   *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Edward W. Rugeley , III**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **William M. Hartwell**
                                                                 (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Universal Refractories Corporation**          represented by **Robert R. Leight**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Viking Pump, Inc.**          represented by **Barbara J. Buba**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cheryl Esposito Kaufman**
WILBRAHAM LAWLER & BUBA
Two Gateway Center, 17th Floor
Pittsburgh, PA 15222
412/255-0500
Fax: 412/255-0505
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan R. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vimasco Corporation**          represented by **Brian S. Lindsay**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles K. Gould**
JENKINS FENSTERMAKER
P. O. BOX 2688
Huntington, WV 25726-2688
304/523-2100
Fax: 304/523-2347
Email: ckg@jenkinsfenstermaker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert H. Sweeney , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Virginia Electric and Power Company**

represented by   **Barbara Allen Samples**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David K. Hendrickson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Waco, Inc.**
*formerly known as*
WACO Insulation, Inc.

represented by   **Edward J. Wilbraham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal F. Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan R. Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warren Pumps, Inc.**

represented by   **Jeffry H. Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Washington Group International, Inc.**
*formerly known as*

**Defendant**

**Raytheon Engineers and Constructors, Inc.**
*and all its domestic subsidiaries including the*

**Defendant**

**Badger Company, Inc.**
*now known as*
URS Energy & Construction, Inc.

**Defendant**

**Watson McDaniel Company**

**Defendant**

| | | |
|---|---|---|
| **Weil-McLain Company** | represented by | **Jason E. Roma** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Rodney L. Baker , II** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Whiting Corporation** | represented by | **Lori Streets Muldoon** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Stephen M. Fowler** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **The William Powell Company** | represented by | **Paula L. Durst** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Wyeth Holdings Corporation** | represented by | **Andrew P. Arbogast** |
| *formerly known as* | | (See above for address) |

American Cyanamid Company

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward W. Rugeley , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William M. Hartwell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yarway Corporation**
*individually and as successor-in-interest to*

**Defendant**

**Yarnall-Waring Company**

**Defendant**

**The Young Group, Ltd.**
*formerly known as*
Young Sales Corporation

represented by **Beth Ann Rauer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph S. Beeson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zurn Industries, LLC**

represented by **Jeffry H. Hall**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Long**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Albee Homes, Inc.**

**Defendant**

**Alfa Laval, Inc.**                                    represented by   **Shannan Noe Cerrone**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Atwood & Morrill Co., Inc.**                         represented by   **Brian S. Lindsay**
*doing business as*                                                     (See above for address)
Weir Valves & Controls USA Inc.                                         *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Robert H. Sweeney , Jr.**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Carrier Corporation**                               represented by   **Frances M. Rollins**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **J. Tyler Dinsmore**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Megan Leigh Fulcher**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**Clark-Reliance Corporation**
*individually and as successor to*

**Defendant**

**Jerguson**

**Defendant**

**Flowserve, U.S., Inc.**
*and its Aldrich Brand*

**Defendant**

**Flowserve U.S., Inc.**
*Individually and as successor to*

**Defendant**

**Rockwell Manufacturing Company**

<u>Defendant</u>

**Edward Valves, Inc.**                              represented by **Megan Leigh Fulcher**
*and*                                                                     (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Nordstrom Valves, Inc.**

<u>Defendant</u>

**FMC Corporation**                              represented by **Beth Ann Rauer**
*individually and as successor to*                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *ATTORNEY TO BE NOTICED*

                                                                              **Joseph S. Beeson**
                                                                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Northern Pump Company**                     represented by **Beth Ann Rauer**
                                                                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *ATTORNEY TO BE NOTICED*

                                                                              **Joseph S. Beeson**
                                                                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Coffin and Peerless Pump Company**      represented by **Beth Ann Rauer**
                                                                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *ATTORNEY TO BE NOTICED*

                                                                              **Joseph S. Beeson**
                                                                              (See above for address)
                                                                              *LEAD ATTORNEY*
                                                                              *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Hill Brothers Chemical Company**

<u>Defendant</u>

**The Nash Engineering Company**           represented by **Kenneth S. Mroz**

SWARTZ CAMPBELL
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219
412/232-9800
Fax: 412/471-1106
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pentair Valves & Controls US LP**
*and its Hancock Valves Brand*
*formerly known as*
Tyco Valves & Controls LP

**Defendant**

**Quintec Industries, Inc.**

**Defendant**

**Schutte & Koerting LLC**

**Defendant**

**Sur-Seal Corporation**
*doing business as*
Sur-Seal Gasket & Packing Co.

represented by **Lola M. James**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Velan Valve Corp.**

represented by **G. Kenneth Robertson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Farmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Teresa K. Thompson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Viad Corporation**
*formerly known as*

represented by **R. Scott Long**
HENDRICKSON & LONG
214 Capitol Street
Charleston, WV 25301
304/346-5500
Fax: 304/346-5515

Email: scott@handl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Dial Corporation**                 represented by **R. Scott Long**
*successor-in-interest to*                                (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Stephen M. Schwartz**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Griscom-Russell**                      represented by **R. Scott Long**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Stephen M. Schwartz**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**The Walworth Company**

**Defendant**

**Weinman Pump and Supply Company**

**Defendant**

**Weir Valves & Controls USA, Inc.**     represented by **Brian S. Lindsay**
*formerly known as*                                       (See above for address)
Atwood & Morrill Co., Inc.                                *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert H. Sweeney , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Yeomans Chigago Corporation**

**Defendant**

**York Industries Corporation**
*also known as*
York Insulation Co.

**Defendant**

**York International Corporation**
*individually and as successor to Frick
Company*

**Defendant**

**Albee Homes, Inc.**

**Defendant**

**Duke Energy Carolinas, LLC**          represented by **Edward A. Smallwood**
*also known as*                                      (See above for address)
Duke Energy Corporation                           *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Hilary C. Bonenberger**
                                                  SWARTZ CAMPBELL
                                                  4750 U. S. Steel Tower
                                                  600 Grant Street
                                                  Pittsburgh, PA 15219
                                                  412/232-9800
                                                  Fax: 412/471-1106
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Duke Energy Corporation**              represented by **Edward A. Smallwood**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Hilary C. Bonenberger**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2013 | | CASE assigned to Judge Joseph R. Goodwin. (ras) (Entered: 06/24/2013) |
| 06/13/2013 | 1 | NOTICE OF REMOVAL by Viad Corporation with summons, complaint, docket sheet, and miscellaneous documents from Circuit Court of Kanawha County. Filing Fee $400.00. Receipt #0425-2473913. (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | D, # 2 Exhibit E, # 3 Exhibit F, # 4 Civil Cover Sheet) (cbo) (Entered: 06/26/2013) |
| 06/13/2013 | 2 | DECLARATION by Viad Corporation in support of 1 Notice of Removal, (Attachments: # 1 Exhibit A, # 2 Exhibit A cont., # 3 Exhibit B, # 4 Exhibit B cont., # 5 Exhibit C) (cbo) (Entered: 06/26/2013) |
| 06/13/2013 | 3 | AMENDED DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Viad Corporation. (cbo) (Entered: 06/26/2013) |
| 06/13/2013 | 4 | ANSWER TO AMENDED COMPLAINT ATTACHED TO NOTICE OF REMOVAL with Jury Demand by Viad Corporation. (cbo) (Entered: 06/26/2013) |
| 06/26/2013 | 5 | STANDING ORDER IN RE: ASSIGNMENT AND REFERRAL OF CIVIL ACTIONS AND MATTERS TO MAGISTRATE JUDGES ENTERED APRIL 8, 2013. Discovery referred to Magistrate Judge Tinsley. (cc: attys; any unrepresented party) (cbo) |
| 06/26/2013 | 6 | DOCKET SHEET from the Circuit Court of Kanawha County as of 6/26/2013. (cbo) (Modified on 6/26/2013 to replace docket sheet with an updated version from state court) (skh). |
| 06/26/2013 | 7 | CORPORATE DISCLOSURE STATEMENT by American Gage & Machine Company (Attachment: # 1 Certificate of Service)(Fraley, J.) |
| 06/26/2013 | | NOTICE OF DOCKET CORRECTION re: 6 Docket Sheet from the Circuit Court of Kanawha County as of 6/26/2013. CORRECTION: Docket Sheet replaced with updated docket sheet from state court. (skh) |
| 06/27/2013 | 8 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Pharmacia Corporation (Johnson, Diana) |
| 06/27/2013 | 9 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Metropolitan Life Insurance Company (Johnson, Diana) |
| 06/27/2013 | 10 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Seco/Warwick Corporation (Schwartz, Stephen) |
| 06/27/2013 | 11 | ANSWER TO AMENDED COMPLAINT by American Gage & Machine Company. (Attachment: # 1 Certificate of Service)(Fraley, J.) (Modified on 6/28/2013 to remove crossclaim as no crossclaim is contained within the answer) (skh). |
| 06/27/2013 | 12 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Ingersoll-Rand Company (Schwartz, Stephen) |
| 06/27/2013 | 13 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Trane U.S., Inc. (Schwartz, Stephen) |
| 06/27/2013 | 14 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Taco, Inc. (Schwartz, Stephen) |
| | | |

| 06/27/2013 | 15 | CORPORATE DISCLOSURE STATEMENT by CBS Corporation (Schwartz, Stephen) |
| 06/27/2013 | 16 | CORPORATE DISCLOSURE STATEMENT by Virginia Electric and Power Company (Schwartz, Stephen) |
| 06/27/2013 | 17 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Eaton Corporation (Mulhall, James) |
| 06/28/2013 | 18 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Flsmidth Inc. (Smallwood, Edward) |
| 06/28/2013 | 19 | CORPORATE DISCLOSURE STATEMENT by Cabot Corporation (Beeson, Joseph) |
| 06/28/2013 | 20 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Corbesco, Inc. (Mulhall, James) |
| 06/28/2013 | 21 | CORPORATE DISCLOSURE STATEMENT by Cyprus Amax Minerals Company (Beeson, Joseph) |
| 06/28/2013 | 22 | CORPORATE DISCLOSURE STATEMENT by The Goodyear Tire & Rubber Company (Victorson, Michael) |
| 06/28/2013 | 23 | CORPORATE DISCLOSURE STATEMENT by Columbia Paint Corp. (Beeson, Joseph) |
| 06/28/2013 | 24 | CORPORATE DISCLOSURE STATEMENT by Jabo Supply Corporation (Beeson, Joseph) |
| 06/28/2013 | 25 | CORPORATE DISCLOSURE STATEMENT by SPX Cooling Technologies, Inc. (Beeson, Joseph) |
| 06/28/2013 | 26 | ANSWER TO AMENDED COMPLAINT by Carver Pump Company.(Shah, Raj) |
| 06/28/2013 | 27 | ANSWER TO AMENDED COMPLAINT by Sunbeam Products, Inc.(Shah, Raj) |
| 06/28/2013 | 28 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Sunbeam Products, Inc. (Shah, Raj) |
| 06/28/2013 | 29 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant John Crane, Inc. (Anetakis, George) |
| 06/28/2013 | 30 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Owens-Illinois, Inc. (Schwartz, Stephen) |
| 06/28/2013 | 31 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Pennzoil-Quaker State Company (Schwartz, Stephen) |
| 06/28/2013 | 32 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Shell Oil Company (Schwartz, Stephen) |
| 06/28/2013 | 33 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of |

| | | Civil Procedure, by Defendant Occidental Chemical Corporation (Schwartz, Stephen) |
|---|---|---|
| 06/28/2013 | 34 | CORPORATE DISCLOSURE STATEMENT by Bechtel Corporation (Victorson, Michael) |
| 06/28/2013 | 35 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Dravo Corporation (Schwartz, Stephen) |
| 06/28/2013 | 36 | ANSWER TO AMENDED COMPLAINT with Jury Demand by Schneider Electric USA, Inc. (Attachment: # 1 Certificate of Service)(Fraley, J.) (Modified on 6/30/2013 to remove crossclaim as none is contained within the answer) (skh) |
| 06/28/2013 | 37 | CORPORATE DISCLOSURE STATEMENT by Schneider Electric USA, Inc., Schneider Electric USA, Inc., Schneider Electric USA, Inc. (Attachment: # 1 Certificate of Service )(Fraley, J.) |
| 06/28/2013 | 38 | CORPORATE DISCLOSURE STATEMENT by Vimasco Corporation (Lindsay, Brian) |
| 06/28/2013 | 39 | CORPORATE DISCLOSURE STATEMENT by Industrial Holdings Corporation (Lindsay, Brian) |
| 06/28/2013 | 40 | CORPORATE DISCLOSURE STATEMENT by Huntington Alloys Corporation (Lindsay, Brian) |
| 07/01/2013 | 41 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Cashco, Inc. (Schwartz, Stephen) |
| 07/01/2013 | 42 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Greene Tweed & Co. (Schwartz, Stephen) |
| 07/01/2013 | 43 | CORPORATE DISCLOSURE STATEMENT by Union Carbide Corporation (Martin, Kimberly) |
| 07/01/2013 | 44 | CORPORATE DISCLOSURE STATEMENT by Amchem Products, Inc. (Martin, Kimberly) |
| 07/01/2013 | 45 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendants Edward Valves, Inc., Edward Vogt Valve Company, Flowserve U.S., Inc. (Fulcher, Megan) |
| 07/01/2013 | 46 | CORPORATE DISCLOSURE STATEMENT by Chevron U.S.A., Inc. (Rugeley, Edward) |
| 07/01/2013 | 47 | CORPORATE DISCLOSURE STATEMENT by Wyeth Holdings Corporation (Rugeley, Edward) |
| 07/01/2013 | 48 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant RCH Newco II, LLC (Schwartz, Stephen) |
| 07/01/2013 | 49 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Zurn Industries, LLC (Schwartz, Stephen) |
| 07/01/2013 | 50 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of |

|  |  | Civil Procedure, by Defendant Warren Pumps, Inc. (Schwartz, Stephen) |
|---|---|---|
| 07/01/2013 | 51 | CORPORATE DISCLOSURE STATEMENT by Bayer Corporation (Victorson, Michael) |
| 07/01/2013 | 52 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Carver Pump Company (Shah, Raj) |
| 07/02/2013 | 53 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendants 4520 Corp., Inc., Benjamin F. Shaw Company (Fulcher, Megan) |
| 07/02/2013 | 54 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Mueller Steam Specialty (Beeson, Joseph) |
| 07/02/2013 | 55 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant The Young Group, Ltd. (Beeson, Joseph) |
| 07/02/2013 | 56 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Riley Power, Inc. (Wolford, Dennis) |
| 07/02/2013 | 57 | CORPORATE DISCLOSURE STATEMENT by Nibco, Inc. (Durst, Paula) |
| 07/02/2013 | 58 | CORPORATE DISCLOSURE STATEMENT by The William Powell Company (Durst, Paula) |
| 07/02/2013 | 59 | NOTICE OF APPEARANCE by Julie Nord Friedman, Eric K. Falk, Michael R. Lobick on behalf of IMO Industries, Inc., Warren Pumps, Inc. (Friedman, Julie) (Modified on 7/2/2013 to add party filer) (skh). |
| 07/02/2013 | 60 | CORPORATE DISCLOSURE STATEMENT by IMO Industries, Inc. (Friedman, Julie) |
| 07/02/2013 | 61 | CORPORATE DISCLOSURE STATEMENT by Ajax Magnethermic Corporation (Hewitt, Patrick) |
| 07/02/2013 | 62 | DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, Federal Rules of Civil Procedure, by Defendant Howden North America, Inc. (Hewitt, Patrick) |
| 07/02/2013 | 63 | CORPORATE DISCLOSURE STATEMENT by E.I. Du Pont De Nemours & Company (Durst, Paula) |
| 07/02/2013 | 64 | CORPORATE DISCLOSURE STATEMENT by Columbian Chemicals Company (Victorson, Michael) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/03/2013 08:50:07 | | |
| **PACER Login:** | hl0262 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:13-cv-14276 |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

13-C-127
Stucky

FILED
D.V.

## COMPLAINT

2013 JAN 18    PM 3:20

KANAWHA COUNTY CIRCUIT COURT

1.    Plaintiff, Victor M. Sparks, resides in Hitchins, Kentucky.  Mr. Sparks' date of birth is April 4, 1938. Mr. Sparks was employed as a laborer, carpenter and pipefitter throughout the State of West Virginia and elsewhere. Mr. Sparks has the lung injury, Asbestosis and Mesothelioma.

2.

(a)    The defendant, 4520 CORP., INC., successor-in-interest to BENJAMIN F. SHAW COMPANY, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Alabama.

(b)    The defendant, AIR & LIQUID SYSTEMS CORPORATION, successor-by-merger to BUFFALO PUMPS, INC., is a corporation incorporated under the laws of Delaware, with its principal place of business located in the State of New York.

(c)    The defendant, AJAX MAGNETHERMIC CORPORATION, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Ohio.

(d)    The defendant, AK STEEL CORPORATION, f/k/a Armco Steel Corporation, is a corporation incorporated under the laws of the State of Ohio, with its principal place of business located in the State of Ohio.

(e)    The defendant, ALLIANCE MACHINE COMPANY, is a foreign corporation, with its principal place of business located in the Commonwealth of Pennsylvania

(f)    The defendant, ALLIED GLOVE CORPORATION, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Wisconsin.

25

(g)     The defendant, AMERICAN GAGE & MACHINE COMPANY, is a corporation incorporated under the laws of the State of Illinois, with its principal place of business located in the State of Missouri.

(h)     The defendant, AMETEK, INC., successor-in-interest to Haveg Industries, Inc., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the Commonwealth of Pennsylvania.

(i)     The defendant, ARISTECH CHEMICAL CORPORATION, (now known as Braskem PP Americas, Inc.), in its own right and as successor-in-interest to Novamont, Inc., USS Novamont, Inc. and Aristech Chemical Division of USX Corporation, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the Commonwealth of Pennsylvania.

(j)     The defendant, ARMSTRONG INTERNATIONAL, INC., is a corporation incorporated under the laws of the State of Michigan, with its principal place of business located in the State of Michigan.

(k)     The defendant, ARMSTRONG PUMPS, INC., is a corporation incorporated under the laws of the State of New York, with its principle place of business located in the State of New York.

(l)     The defendant, ASHLAND, INC., f/k/a Ashland Oil, Inc., f/k/a Ashland Chemical, is a corporation incorporated under the laws of the State of Kentucky, with its principal place of business located in the State of Kentucky.

(m)     The defendant, ATLAS INDUSTRIES, INC., is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(n)     The defendant, AURORA PUMP COMPANY, is a corporation incorporated under the laws of the State of Illinois, with its principal place of business located in the State of Illinois.

(o)     The defendant, BAYER CORPORATION, f/k/a Miles, Inc. and successor-in-interest to Bayer U.S.A. and Mobay, Inc., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the Commonwealth of Pennsylvania.

(p)     The defendant, BEAZER EAST, INC., in its own right and as successor to Koppers Co., Inc., and other related companies including Thiem Corp., Beazer USA, Inc., and Beazer, PLC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Delaware.

(q)     The defendant, BECHTEL CORPORATION, is a corporation incorporated under the laws of the State of Nevada, with its principal place of business located in the State of California.

(r)     The defendant, BORG-WARNER CORPORATION, by its successor-in-interest, BorgWarner Morse TEC, Inc., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Michigan.

(s)     The defendant, BP AMOCO CHEMICAL COMPANY, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Texas.

(t)     The defendant, BP PRODUCTS NORTH AMERICA, INC., is a corporation incorporated under the laws of the State of Maryland, with its principal place of business located in the State of Illinois.

27

(u)  The defendant, BRAND INSULATIONS, INC., a subsidiary of WMX Technologies, Inc., is a corporation incorporated under the laws of the State of Illinois, with its principal place of business located in the State of Illinois.

(v)  The defendant, BUCYRUS INTERNATIONAL, INC., f/k/a Bucyrus-Erie Company, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of West Virginia.

(w)  The defendant, CABOT CORPORATION, is a corporation incorporated under the laws of the State of Massachusetts, with its principal place of business located in the State of Massachusetts.

(x)  The defendant, CAMERON INTERNATIONAL CORPORATION, f/k/a COOPER CAMERON CORPORATION, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Texas.

(y)  The defendant, CARVER PUMP COMPANY, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Iowa.

(z)  The defendant, CASHCO, INC., is a corporation incorporated under the laws of the State of Kansas, with its principal place of business located in the State of Kansas.

(aa)  The defendant, CATALYTIC CONSTRUCTION COMPANY, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the Commonwealth of Pennsylvania.

(bb)  The defendant, CBS CORPORATION, f/k/a Viacom, Inc., as successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of New York.

(cc)    The defendant, CERTAINTEED CORPORATION, is a corporation incorporated under the laws of the State of Maryland, with its principal place of business located in the Commonwealth of Pennsylvania.

(dd)    The defendant, CHEVRON U.S.A., INC., is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the State of California.

(ee)    The defendant, THE CINCINNATI GASKET, PACKING & MFG., INC., is a corporation incorporated under the laws of the State of Ohio, with its principal place of business located in the State of Ohio.

(ff)    The defendant, CLEAVER-BROOKS, INC., f/k/a Aqua-Chem, Inc., is a corporation incorporated under the laws of the State of Wisconsin, with its principal place of business located in the State of Wisconsin.

(gg)    The defendant, COLUMBIA PAINT CORP., d/b/a COLUMBIA PAINT TOWN, is a corporation incorporated under the laws of the State of West Virginia, with its principal place of business located in the State of West Virginia.

(hh)    The defendant, COLUMBIAN CHEMICALS COMPANY, is a corporation incorporated under the laws of the State of Delaware, having its principal place of business located in the State of Georgia.

(ii)    The defendant, COLUMBUS MCKINNON CORPORATION, successor-by-merger to Lift-Tech International, Inc., and its Shaw-Box Hoist Division, is a corporation incorporated under the laws of the State of New York, with its principal place of business located in the State of New York.

29

(jj)     The defendant, COOPER INDUSTRIES, INC., in its own right and as successor to Crouse-Hinds Co. and the Cooper Bessemer Corp, and as successor-in-interest to McGraw-Edison Co., Wagner Electric Corp., Studebaker Worthington, Inc., Edison International Inc., Tung Sol Electric, Inc. and as successor-in-interest to Joy Manufacturing Company, a/k/a/ Joy Technologies, Inc., and others, is a corporation incorporated under the laws of the State of Ohio, with its principal place of business located in the State of Texas.

(kk)     The defendant, COPES-VULCAN, INC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the Commonwealth of Pennsylvania.

(ll)     The defendant, CORBESCO, INC., f/k/a Corrugated Asbestos Contractors, Inc., is a corporation incorporated under the laws of the State of Louisiana, with its principal place of business located in the State of Louisiana.

(mm)     The defendant, CRANE COMPANY, INC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Connecticut.

(nn)     The defendant, CROWN, CORK & SEAL COMPANY (USA), INC., is a corporation incorporated under the laws of the State of New York, with its principal place of business located in the Commonwealth of Pennsylvania.

(oo)     The defendant, CYPRUS AMAX MINERALS COMPANY, as successor to Cyprus Foote Minerals Company and Foote Minerals Company, is a corporate incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Arizona.

(pp)    The defendant, DANA CORPORATION, in its own right and as successor to Smith & Kanzler, Victor Manufacturing & Gasket Co., is a corporation incorporated under the laws of the State of Virginia, with its principal place of business located in the State of Ohio.

(qq)    The defendant, DEGUSSA CORPORATION, in its own right and as successor-in-interest to DEGUSSA CARBON BLACK CORPORATION, is a corporation incorporated under the laws of the State of Alabama, with its principal place of business located in the State of Ohio.

(rr)    The defendant, DEZURIK, INC., is a corporation incorporated under the laws of the State of Kansas, with its principal place of business located in the State of Kansas.

(ss)    The defendant, DRAVO CORPORATION, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(tt)    The defendant, DURO DYNE CORPORATION, is a corporation incorporated under the laws of the State of New York, with its principal place of business located in the State of New York.

(uu)    The defendant, E.I. DU PONT DE NEMOURS & COMPANY, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Delaware.

(vv)    The defendant, EATON CORPORATION, in its own right and as successor-in-interest to Cutler-Hammer, Inc., is a corporation incorporated under the laws of the State of Ohio, with its principal place of business located in the State of Ohio.

(ww)    The defendant, EICHLEAY CORPORATION, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the Commonwealth of Pennsylvania.

(xx)    The defendant, ELLIOTT COMPANY, f/k/a Elliott Turbomachinery Co., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the Commonwealth of Pennsylvania.

(yy)    The defendant, F.B. WRIGHT COMPANY of PITTSBURGH, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(zz)    The defendant, THE FAIRBANKS COMPANY, is a corporation incorporated under the laws of the State of Georgia, with its principal place of business located in the state of Georgia.

(aaa)    The defendant, FAIRMONT SUPPLY COMPANY, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(bbb)    The defendant, FAMOUS FURNACE & SUPPLY, a/k/a Famous Supply Company of Wheeling, is a corporation incorporated under the laws of the State of West Virginia, with its principal place of business located in the State of West Virginia.

(ccc)    The defendant, FLOWSERVE U.S., INC., and its Byron Jackson Pump Division, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Texas.

(ddd)    The defendant, FLOWSERVE US, INC., f/k/a FLOWSERVE FSD CORPORATION, f/k/a/ Durametallic Corp., is a corporation incorporated under the laws of the State of Michigan, with its principal place of business located in the State of Michigan.

(eee)    The defendant, FLOWSERVE U.S. INC., f/k/a Flowserve FSD Corporation, as successor to Durco International and the Duriron Company, is a corporation incorporated under

32

the laws of the State of Delaware, with its principal place of business located in the State of Texas.

(fff)   The defendant, FLOWSERVE U.S. INC., f/k/a Flowserve FSD Corporation, as successor to Edward Valves, Inc. and Edward Vogt Valve Company, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Texas.

(ggg)   The defendant, FLOWSERVE U.S. INC., f/k/a Flowserve FSD Corporation, as successor to Valtek International, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Utah.

(hhh)   The defendant, FLSMIDTH INC., f/k/a F.L. SMIDTH, INC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the Commonwealth of Pennsylvania.

(iii)   The defendant, FLSMIDTH DORR-OLIVER EIMCO, INC., f/k/a Dorr-Oliver Eimco USA, Inc., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Utah.

(jjj)   The defendant, FLSMIDTH SALT LAKE CITY, INC. f/k/a FLSmidth Dorr-Oliver Eimco, f/k/a Dorr-Oliver Eimco USA, Inc., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Utah.

(kkk)   The defendant, FLUOR CONSTRUCTORS INTERNATIONAL, a/k/a FLUOR CORPORATION, Inc., is a corporation incorporated under the laws of the State of California, with its principal place of business located in the State of Texas.

(lll)   The defendant, FLUOR CONSTRUCTORS INTERNATIONAL, INC., is a corporation incorporated under the laws of the State of California, with its principal place of business located in the State of Texas.

(mmm)The defendant, FLUOR CORPORATION, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Texas.

(nnn)   The defendant, FLUOR ENTERPRISES, INC., is a corporation incorporated under the laws of the State of California, with its principal place of business located in the State of Texas.

(ooo)   The defendant, FMC CORPORATION, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Delaware.

(ppp)   The defendant, FORD MOTOR COMPANY, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Michigan.

(qqq)   The defendant, FOSECO, INC., in its own right and as successor to Gibson-Homans Co., Baltimore Ennis Land Co., Inc., and as Subsidiary of Foseco PLC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Ohio.

(rrr)   The defendant, FOSTER WHEELER, L.L.C., survivor to a merger with Foster Wheeler Corporation, f/k/a Foster Wheeler Corporation, is a corporation incorporated under the laws of the State of New Jersey, with its principal place of business located in the State of New Jersey.

(sss)   The defendant, THE GAGE COMPANY, formerly known as The Egag Company, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the State of New York.

(ttt)   The defendant, GARDNER DENVER, INC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Illinois.

(uuu)   The defendant, GENERAL ELECTRIC COMPANY, is a corporation incorporated under the laws of the State of New York, with its principal place of business located in the State of New York.

(vvv)   The defendant, GENERAL REFRACTORIES COMPANY, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(www)  The defendant, GENTEX CORPORATION, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the Commonwealth of Pennsylvania.

(xxx)   The defendant, GENUINE PARTS COMPANY, d/b/a NAPA Auto Parts, is a corporation incorporated under the laws of the State of Georgia, with its principal place of business located in the State of Georgia.

(yyy)   The defendant, GEORGE V. HAMILTON, INC., is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(zzz)   The defendant, THE GOODYEAR TIRE & RUBBER COMPANY, is a corporation incorporated under the laws of the State of Ohio, with its principal place of business located in the State of Ohio.

(aaaa)  The defendant, GOULDS ELECTRONICS (successor-in-interest to ITE CIRCUIT BREAKER COMPANY), is a corporation incorporated under the laws of the State of Arizona, with its principal place of business in the State of Ohio.

(bbbb)  The defendant, GOULDS PUMPS, INC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of New York.

(cccc)  The defendant, GREENE TWEED & CO., is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(dddd)  The defendant, GRINNELL LLC, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of New Jersey.

(eeee)  The defendant, HINCHLIFFE & KEENER, INC., is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(ffff)   The defendant, HONEYWELL INTERNATIONAL, INC., f/k/a AlliedSignal, Inc., in its own right and as successor-in-interest to Allied Corporation, and as successor-in-interest to Allied Chemical, and as successor-in-interest to Bendix, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of New Jersey.

(gggg)  The defendant, HOWDEN NORTH AMERICA, INC., f/k/a HOWDEN BUFFALO, INC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of South Carolina.

(hhhh)  The defendant, HUNTINGTON ALLOYS CORPORATION, f/k/a INCO Alloys International, Inc., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of West Virginia.

(iiii)    The defendant, HUNTSMAN INTERNATIONAL LLC, f/k/a Huntsman Chemical Company, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Utah.

(jjjj)    The defendant, IU NORTH AMERICA, INC., as successor by merger to The Garp Company, f/k/a The Gage Company, f/k/a Pittsburgh Gage and Supply Company, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(kkkk) The defendant, IMO INDUSTRIES, INC., f/k/a IMO DeLaval, DeLaval, Inc., f/k/a Transamerica DeLaval, Inc., f/k/a DeLaval Turbine, Inc., DeValco Corporation, and as successor to Warren Pumps, Inc., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of New Jersey.

(llll)    The defendant, INDUSTRIAL HOLDINGS CORPORATION, f/k/a The Carborundum Corporation, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of New York.

(mmmm)     The defendant, INDUSTRIAL RUBBER PRODUCTS, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(nnnn) The defendant, INGERSOLL-RAND COMPANY, is a corporation incorporated under the laws of the State of New Jersey, with its principal place of business located in the State of New Jersey.

(oooo) The defendant, INSUL COMPANY, INC., is a corporation incorporated under the laws of the State of Ohio, with its principal place of business located in the State of Ohio.

(pppp) The defendant, ITT CORPORATION, f/k/a ITT INDUSTRIES, INC., is a corporation incorporated under the laws of the State of Mississippi, with its principal place of business located in the State of New York.

(qqqq) The defendant, J.H. FRANCE REFRACTORIES COMPANY, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(rrrr)   The defendant, JABO SUPPLY CORPORATION, is a corporation incorporated under the laws of the State of West Virginia, with its principal place of business located in the State of West Virginia.

(ssss)   The defendant, JACOBS ENGINEERING GROUP, INC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of California.

(tttt)   The defendant, JOHN CRANE, INC., is a corporation incorporated under the laws of the State of Illinois, with its principal place of business located in the State of Illinois.

(uuuu) The defendant, JOY TECHNOLOGIES, INC., a/k/a and as successor-in-interest to Joy Mining Machinery, in its own right and as successor-in-interest to Joy Technologies, Inc., in its own right and as successor-in-interest to Joy Manufacturing, Inc., and its subsidiary, T&L Supply Co. is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(vvvv) The defendant, LINDBERG, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of North Carolina.

(wwww)    The defendant, M.S. JACOBS & ASSOCIATES, INC., is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(xxxx) The defendant, MAGNETEK, INC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Tennessee.

(yyyy) The defendant, MALLINCKRODT LLC, f/k/a Mallinckrodt, Inc., in its own right and as successor-in-interest to Imcera Group, Inc., and International Minerals and Chemical Corporation, and as successor-in-interest to Allied Industrial Materials Corporation and as successor-in-interest to E.J. Lavino Company, is a corporation incorporated under the laws of the State of Missouri, with its principal place of business located in the State of Missouri.

(zzzz) The defendant, McCANN SHIELDS PAINT COMPANY, is a corporation incorporated under the laws of the commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(aaaaa) The defendant, McCARLS, INC., is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(bbbbb)    The defendant, McJUNKIN REDMAN CORPORATION, f/k/a McJunkin Corporation, is a corporation incorporated under the laws of the State of West Virginia, with its principal place of business located in the State of West Virginia.

(ccccc) The defendant, MEADWESTVACO CORPORATION, successor-in-interest to and f/k/a WESTVACO Corporation, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Virginia.

(ddddd)     The defendant, METROPOLITAN LIFE INSURANCE COMPANY, a/k/a METROPOLITAN INSURANCE COMPANY, is a corporation, with its principal place of business located in the State of New York.

(eeeee) The defendant, MILWAUKEE VALVE COMPANY, is a corporation incorporated under the laws of the State of Wisconsin, with its principal place of business located in the State of Wisconsin.

(fffff) The defendant, MINE SAFETY APPLIANCES COMPANY, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(ggggg)     The defendant, MINNOTTE CONTRACTING CORPORATION, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(hhhhh)     The defendant, MONONGAHELA POWER COMPANY, is a corporation incorporated under the laws of the State of West Virginia, with its principal place of business located in the State of West Virginia.

(iiiii)   The defendant, MORGAN ENGINEERING SYSTEMS, INC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Ohio.

(jjjjj)   The defendant, MOYNO, INC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Ohio.

(kkkkk)     The defendant, MUELLER STEAM SPECIALTY, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of North Carolina.

40

(lllll)   The defendant, NAGLE PUMPS, INC., is a corporation incorporated under the laws of the State of Illinois, with its principal place of business located in the State of Illinois.

(mmmmm)   The defendant, NIBCO, INC., is a corporation incorporated under the laws of the State of Indiana, with its principal place of business located in the State of Indiana.

(nnnnn)   The defendant, NITRO INDUSTRIAL COVERINGS, INC., is a corporation incorporated under the laws of the State of West Virginia, with its principal place of business located in the State of West Virginia.

(ooooo)   The defendant, O.C. KECKLEY COMPANY, is a corporation incorporated under the laws of the State of Illinois, with its principal place of business located in the State of Illinois.

(ppppp)   The defendant, OCCIDENTAL CHEMICAL CORPORATION, a/k/a Hooker Chemical Corporation and Hooker Chemicals & Plastics Corporation, is a corporation incorporated under the laws of the State of Texas, with its principal place of business located in the State of Texas.

(qqqqq)   The defendant, OGLEBAY NORTON COMPANY, a/k/a Oglebay Norton Engineered Materials, Inc., a/k/a ON Marine Services, Inc., and its division Ferro Engineering, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Ohio.  Said defendant is successor to and legally responsible for Ferro Engineering and others.

(rrrrr)   The defendant, OSRAM SYLVANIA, INC., in its own right and as successor-in-interest to Union Insulating Company and others, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Massachusetts.

(sssss) The defendant, OWENS-ILLINOIS, INC., is a corporation incorporated under the laws of the State of Ohio, with its principal place of business located in the State of Ohio.

(ttttt) The defendant, P&H MINING EQUIPMENT, INC., f/k/a Harnischfeger Corporation, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Wisconsin.

(uuuuu) The defendant, PARKER-HANNIFIN CORP., Brass Products Division, is a corporation incorporated under the laws of the State of Ohio, with its principal place of business located in the State of Ohio.

(vvvvv) The defendant, PARKER-HANNIFIN CORPORATION, is a corporation incorporated under the laws of the State of Ohio, with its principal place of business located in the State of Ohio.

(wwwww) The defendant, PEERLESS INDUSTRIES, INC., is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(xxxxx) The defendant, PENNZOIL-QUAKER STATE COMPANY, a/k/a and as successor-in-interest to Quaker State Corp., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the Commonwealth of Pennsylvania.

(yyyyy) The defendant, PHARMACIA CORPORATION, f/k/a MONSANTO COMPANY, is a corporation incorporated under the laws of the State of Missouri, with its principal place of business located in the State of Missouri.

(zzzzz) The defendant, PLOTKIN BROTHERS SUPPLY, LLP, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(aaaaaa)     The defendant, PNEUMO ABEX CORPORATION, Successor-in-Interest to ABEX CORPORATION, Friction Products Division, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Massachusetts.

(bbbbbb)     The defendant, POWER PIPING COMPANY, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(cccccc)     The defendant, PPG INDUSTRIES, INC., is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(dddddd)     The defendant, PREMIER REFRACTORIES, INC., f/k/a Adience, Inc., successor-in-interest to Adience Company, LP, successor to BMI, Inc., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Delaware.

(eeeeee)     The defendant, RCH NEWCO II, LLC, f/k/a Robertson Ceco Corporation, f/k/a H.H. Robertson Company, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the Commonwealth of Pennsylvania.

(ffffff) The defendant, READING CRANE, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(gggggg)     The defendant, RESEARCH-COTTRELL, INC., n/k/a AWT Air Company, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of New Jersey.

43

(hhhhhh)     The defendant, RHONE-POULENC AG COMPANY, INC., as successor to Union Carbide Agricultural Products Company, Inc., Amchem Products, Inc. and Benjamin Foster Company, is a corporation incorporated under the laws of the New York, with its principal place of business located in the State of North Carolina.

(iiiiii)   The defendant, RILEY POWER, INC., f/k/a BABCOCK BORSIG POWER, INC., f/k/a DB Riley, Inc., f/k/a Riley Stoker Corporation, is a corporation incorporated under the laws of the state of Massachusetts, with its principal place of business located in the state of Massachusetts.

(jjjjjj)   The defendant, ROBINSON FANS, INC., is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(kkkkkk)     The defendant, ROCKWELL AUTOMATION, INC., successor-by-merger to Reliance Motion Control, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Wisconsin.

(llllll)   The defendant, RUST ENGINEERING & CONSTRUCTION, INC., f/k/a Rust International Corporation, a/k/a Treco Construction Services, Inc., is a corporation incorporated under the laws of the State of Delaware, having its principal place of business located in the State of Texas.

(mmmmmm) The defendant, RUST INTERNATIONAL CORP., is a corporation incorporated under the laws of the State of Delaware, having its principal place of business located in the State of Texas.

(nnnnnn)     The defendant, SAFETY FIRST INDUSTRIES, INC., also known as Safety First Supply of Canada, LTD, successor-in-interest to Safety First Supply, is a foreign corporation with its principal place of business located in Richmond Hill Ontario.

(oooooo)    The defendant, THE SAGER CORPORATION, successor-in-interest to the Sager Glove Corporation, is a corporation incorporated under the laws of the State of Illinois, with its principal place of business located in the State of Illinois.

(pppppp)    The defendant, SAINT-GOBAIN ABRASIVES, INC., f/k/a Norton Company, is a corporation incorporated under the laws of the State of Massachusetts, with its principal place of business located in the State of Massachusetts.

(qqqqqq)    The defendant, SCHNEIDER ELECTRIC USA, INC., f/k/a Square D Corporation, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Illinois.

(rrrrrr)   The defendant, SECO/WARWICK CORPORATION, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in Meadville, Pennsylvania

(ssssss)   The defendant, SHELL OIL COMPANY, in its own right, and as successor by merger to Pennzoil-Quaker State Corporation, successor by merger to Quaker State Company, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Texas.

(tttttt)   The defendant, SIEMENS CORPORATION (successor-in-interest to ITE CIRCUIT BREAKER CO.), is a corporation incorporated under the laws of the State of New York, with its principal place of business located in New York.

(uuuuuu)    The defendant, SPIRAX SARCO, INC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of South Carolina.

(vvvvvv)     The defendant, SPX COOLING TECHNOLOGIES, INC., f/k/a Marley Cooling Technologies, Inc., f/k/a The Marley Cooling Tower Company, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of North Carolina.

(wwwwww)     The defendant, STERLING FLUID SYSTEMS (USA), LLC, f/k/a Peerless Pump Company, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Indianapolis.

(xxxxxx)     The defendant, SULLAIR CORPORATION, is a corporation incorporated under the laws of the State of Indiana, with its principal place of business located in the State of Indiana.

(yyyyyy)     The defendant, SUNBEAM PRODUCTS, INC., successor-in-interest to Sunbeam Corporation, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Texas.

(zzzzzz)     The defendant, SUNDYNE CORPORATION, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Colorado.

(aaaaaaa)     The defendant, SVI CORPORATION, f/k/a Stockham Valves & Fitting, f/k/a Marlin Valve, is a corporation incorporated under the laws of the State of Alabama, with its principal place of business located in the State of Alabama.

(bbbbbbb)     The defendant, SWINDELL-DRESSLER INTERNATIONAL COMPANY, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in Allison Park, Pennsylvania.

(ccccccc)    The defendant, TACO, INC., is a corporation incorporated under the laws of the State of Rhode Island, with its principal place of business located in the State of Rhode Island.

(ddddddd)    The defendant, TASCO INSULATION, INC., f/k/a The Asbestos Service Company, is a corporation incorporated under the laws of the State of Ohio, with its principal place of business located in the State of Ohio.

(eeeeeee)    The defendant, TEAM INDUSTRIAL SERVICES, INC., f/k/a Team Environmental Services, Inc., f/k/a Leak Repairs, Inc., is a corporation incorporated under the laws of the State of Texas, with its principal place of business located in the State of Texas.

(fffffff) The defendant, TOWNSEND & BOTTUM, INC., a/ka BLACK & VEATCH, a/k/a BLACK & VEATCH, successor-in-interest to Townsend & Bottum, Inc., is a corporation incorporated under the laws of the State of Michigan, with its principal place of business located in the State of Michigan.

(ggggggg)    The defendant, TRANE U.S., INC., f/k/a American Standard, Inc., and its division, in its own right and as successor to Westinghouse Airbrake and/or WABCO, is a corporation incorporated under the laws of the State of New York, with its principal place of business located in the State of New York.

(hhhhhhh)    The defendant, UB WEST VIRGINIA, INC., f/k/a UNION BOILER COMPANY, is a corporation incorporated under the laws of the State of West Virginia, with its principal place of business located in the State of West Virginia.

(iiiiiii) The defendant, UNION CARBIDE CORPORATION, is a corporation incorporated under the laws of the State of New York with its principal place of business located in the State of Texas.

47

(jjjjjjj) The defendant, UNITED CONVEYOR CORPORATION, is a corporation incorporated under the laws of the State of Illinois, with its principal place of business located in the State of Illinois.

(kkkkkkk)   The defendant, UNITED STATES STEEL CORPORATION, f/k/a United States Steel, LLC, successor by merger to USX CORPORATION, and its division American Steel & Wire Co., a/k/a Amercable Div., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in Commonwealth of Pennsylvania.

(lllllll) The defendant, UNIVERSAL REFRACTORIES CORPORATION, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Wisconsin.

(mmmmmmm)   The defendant, VIKING PUMP, INC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Iowa.

(nnnnnnn)   The defendant, VIMASCO CORPORATION, is a corporation incorporated under the laws of the State of West Virginia, with its principal place of business located in the State of West Virginia.

(ooooooo)   The defendant, VIRGINIA ELECTRIC AND POWER COMPANY, is a corporation incorporated under the laws of the State of Virginia, with its principal place of business located in the State of Virginia.

(ppppppp)   The defendant, WACO, Inc., f/k/a WACO Insulation, Inc., is a corporation incorporated under the laws of the State of Virginia, with its principal place of business located in the State of Virginia.

(qqqqqqq)     The defendant, WARREN PUMPS, INC., is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Massachusetts.

(rrrrrr) The defendant, WASHINGTON GROUP INTERNATIONAL, f/k/a Raytheon Engineers and Constructors, Inc., and all its domestic subsidiaries, including the Badger Company, Inc., n/k/a URS ENERGY & CONSTRUCTION, INC., is a corporation incorporated under the laws of the State of Massachusetts, with its principal place of business located in the Commonwealth of Pennsylvania.

(sssssss)     The defendant, WATSON McDANIEL COMPANY, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(ttttttt)  The defendant, WEIL-McLAIN COMPANY, is a corporation incorporated under the laws of the State of Indiana, having its principal place of business located in the State of Indiana.

(uuuuuuu)     The defendant, WHITING CORPORATION, is a corporation incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Illinois.

(vvvvvvv)     The defendant, THE WILLIAM POWELL COMPANY, is a corporation incorporated under the laws of the State of Ohio, with its principal place of business located in the State of Ohio.

(wwwwwww) The defendant, WYETH HOLDINGS CORPORATION, f/k/a American Cyanamid Company, is a corporation incorporated under the laws of the State of Maine, with its principal place of business located in the State of New Jersey.

(xxxxxxx)    The defendant, YARWAY CORPORATION, individually and as successor-in-interest to Yarnall-Waring Company, is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

(yyyyyyy)    The defendant, THE YOUNG GROUP, LTD., f/k/a Young Sales Corporation, is a corporation incorporated under the laws of the State of Missouri, with its principal place of business located in the State of Missouri.

(zzzzzzz)    The defendant, ZURN INDUSTRIES, INC., is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its principal place of business located in the Commonwealth of Pennsylvania.

3.    The injuries and cause of action alleged herein are due in part to actions and events hereinafter described occurring in West Virginia, as a result of the Defendant corporations doing business in the State of West Virginia, and as a result of actions elsewhere.

4.    During the time Plaintiff was exposed to products of various Defendants, the products reached Plaintiff's jobsites or Plaintiff's locales without any substantial change in the condition of the product or products from the time they were sold or distributed by the Defendants.

5.    The Plaintiff, while employed in his various occupations were exposed to and did inhale asbestos dust and other dust from products of the defendants, which caused the conditions as hereinafter set forth, resulting in disability.  Plaintiff's exposures occurred at various places located in the State of West Virginia, as well as exposures elsewhere.

6.    The following defendant corporations, were, at all times relevant herein, the owners and operators (hereinafter "premises owners"), of chemical processing plants, research facilities,

electrical and steam generating plants and industrial facilities situated in West Virginia and

elsewhere, which are hereafter referred to as "plants":

AK STEEL CORPORATION, f/k/a Armco Steel Corporation;
ARISTECH CHEMICAL CORPORATION,
  (now known as Braskem PP Americas, Inc.)
  in its own right and as successor-in-interest to Novamont, Inc.,
  USS Novamont, Inc. and Aristech Chemical Division of USX Corporation;
ASHLAND, INC., f/k/a Ashland Oil, Inc., f/k/a Ashland Chemical;
BAYER CORPORATION, f/k/a/ Miles, Inc. and
  successor-in-interest to Bayer U.S.A. and Mobay, Inc.;
BEAZER EAST, INC., in its own right and as successor to Koppers Co., Inc.,
  and other related companies including Thiem Corp., Beazer USA, Inc., and
  Beazer, PLC.;
BORG-WARNER CORPORATION,
  by its successor-in-interest, BorgWarner Morse TEC, Inc.;
BP AMOCO CHEMICAL COMPANY;
BP PRODUCTS NORTH AMERICA, INC.;
CABOT CORPORATION;
CHEVRON U.S.A., INC.;
COLUMBIA PAINT CORP., d/b/a COLUMBIA PAINT TOWN;
COLUMBIAN CHEMICALS COMPANY;
CYPRUS AMAX MINERALS COMPANY,
  as successor to Cyprus Foote Minerals Company and Foote Minerals Company;
DEGUSSA CORPORATION, in its own right and
  as successor-in-interest to DEGUSSA CARBON
  BLACK CORPORATION;
DRAVO CORPORATION;
E.I. DU PONT DE NEMOURS & COMPANY;
FMC CORPORATION;
GENERAL ELECTRIC COMPANY;
THE GOODYEAR TIRE & RUBBER COMPANY;
HONEYWELL INTERNATIONAL, INC., f/k/a AlliedSignal, Inc.,
  as successor-in-interest to Allied Chemical;
HUNTINGTON ALLOYS CORPORATION,
  f/k/a INCO Alloys International, Inc.
HUNTSMAN INTERNATIONAL LLC, f/k/a Huntsman Chemical Company;
INDUSTRIAL HOLDINGS CORPORATION,
  f/k/a The Carborundum Corporation;
MEADWESTVACO CORPORATION,
  successor-in-interest to and f/k/a
  WESTVACO Corporation;
MONONGAHELA POWER COMPANY;
OCCIDENTAL CHEMICAL CORPORATION,
  a/k/a Hooker Chemical Corporation and Hooker Chemicals & Plastics Corporation;

OSRAM SYLVANIA, INC.,
  in its own right and as successor-in-interest to Union Insulating Company and others;
OWENS-ILLINOIS, INC.;
PENNZOIL-QUAKER STATE COMPANY,
  a/k/a/ and as successor-in-interest to Quaker State Corp. ;
PHARMACIA CORPORATION, f/k/a MONSANTO COMPANY;
PPG INDUSTRIES, INC.;
SHELL OIL COMPANY, in its own right, and as successor by
  merger to Pennzoil-Quaker State Corporation,
  successor by merger to Quaker State Company;
UNION CARBIDE CORPORATION;
UNITED STATES STEEL CORPORATION,
  f/k/a United States Steel, LLC, successor by merger to
  USX CORPORATION;
VIRGINIA ELECTRIC AND POWER COMPANY;
WYETH HOLDINGS CORPORATION;
  f/k/a AMERICAN CYANAMID COMPANY.

7.    The following defendant corporations (hereinafter defendant "sellers") or their predecessors

in interest, at all times relevant, engaged in one or more of the following activities involving

asbestos and/or silica and other ingredients in their materials, including, but not limited to, the

mining, milling, manufacturing, distributing, supplying, selling and/or using and/or recommending,

and/or installing and/or removing asbestos materials and/or other dangerous ingredients and

products:

4520 CORP., INC., successor-in-interest to BENJAMIN F. SHAW COMPANY;
AIR & LIQUID SYSTEMS CORPORATION,
  successor-by-merger to BUFFALO PUMPS, INC.;
AJAX MAGNETHERMIC CORPORATION;
ALLIANCE MACHINE COMPANY;
ALLIED GLOVE CORPORATION;
AMERICAN GAGE & MACHINE COMPANY;
AMETEK, INC.;
ARMSTRONG INTERNATIONAL INC.;
ARMSTRONG PUMPS, INC.;
ATLAS INDUSTRIES, INC.;
AURORA PUMP COMPANY;
BEAZER EAST, INC., in its own right and as successor
  to Koppers Co., Inc., and other related companies
  including Thiem Corp., Beazer USA, Inc., and Beazer, PLC.;

BECHTEL CORPORATION;

BORG WARNER CORPORATION, by its successor-in-interest,
  BorgWarner Morse TEC, Inc.;

BRAND INSULATIONS, INC., a subsidiary of WMX Technologies, Inc.

BUCYRUS INTERNATIONAL, INC., f/k/a Bucyrus-Erie Company;

CAMERON INTERNATIONAL CORPORATION,
  f/k/a COOPER CAMERON CORPORATION

CARVER PUMP COMPANY;

CASHCO, INC.;

CATALYTIC CONSTRUCTION COMPANY;

CBS CORPORATION, f/k/a Viacom, Inc., as successor by merger
  to CBS Corporation, f/k/a Westinghouse Electric Corporation;

CERTAINTEED CORPORATION;

THE CINCINNATI GASKET, PACKING & MFG., INC.;

CLEAVER-BROOKS, INC., f/k/a Aqua-Chem, Inc.;

COLUMBIA PAINT CORP., d/b/a COLUMBIA PAINT TOWN;

COLUMBUS MCKINNON CORPORATION, successor-by-merger to
  Lift-Tech International, Inc., and its Shaw-Box Hoist Division;

COOPER INDUSTRIES, INC., in its own right and as successor
  to Crouse-Hinds Co. and the Cooper Bessemer Corp, and as successor-in-interest
  to McGraw-Edison Co., Wagner Electric Corp., Studebaker Worthington, Inc.,
  Edison International Inc.,Tung Sol Electric, Inc. and as successor-in-interest to
  Joy Manufacturing Company, a/k/a/ Joy Technologies, Inc., and others;

COPES-VULCAN, INC.;

CORBESCO, INC., f/k/a Corrugated Asbestos Contractors, Inc.;

CRANE COMPANY, INC.;

CROWN, CORK & SEAL COMPANY (USA), INC.;

DANA CORPORATION;

DEZURIK, INC.;

DRAVO CORPORATION;

DURO DYNE CORPORATION;

E.I. DU PONT DE NEMOURS & COMPANY;

EATON CORPORATION, in its own right and as successor-in-interest to
  Cutler-Hammer, Inc.;

EICHLEAY CORPORATION;

ELLIOTT COMPANY, f/k/a Elliott Turbomachinery Co.;

F.B. WRIGHT COMPANY of PITTSBURGH;

THE FAIRBANKS COMPANY;

FAIRMONT SUPPLY COMPANY;

FAMOUS FURNACE & SUPPLY CO.,
  a/k/a Famous Supply Company of Wheeling;

FLOWSERVE U.S., INC., and its Byron Jackson Pump Division;

FLOWSERVE US, INC., f/k/a FLOWSERVE FSD CORPORATION,
  f/k/a/ Durametallic Corp.;

FLOWSERVE U.S. INC., f/k/a Flowserve FSD Corporation,
  as successor to Durco International and the Duriron Company;

FLOWSERVE U.S. INC., f/k/a Flowserve FSD Corporation, as successor to
   Edward Valves, Inc. and Edward Vogt Valve Company;
FLOWSERVE U.S. INC., f/k/a Flowserve FSD Corporation,
   as successor to Valtek International;
FLSMIDTH INC., f/k/a F.L. SMIDTH, INC.;
FLSMIDTH DORR-OLIVER EIMCO, INC., f/k/a Dorr-Oliver Eimco USA, Inc.;
FLSMIDTH SALT LAKE CITY, INC. f/k/a FLSmidth Dorr-Oliver Eimco,
   f/k/a Dorr-Oliver Eimco USA, Inc.;
FLUOR CONSTRUCTORS INTERNATIONAL, a/k/a FLUOR CORPORATION, Inc.;
FLUOR CONSTRUCTORS INTERNATIONAL, INC.;
FLUOR CORPORATION;
FLUOR ENTERPRISES, INC.
FMC CORPORATION;
FORD MOTOR COMPANY;
FOSECO, INC., in its own right and as successor to
   Gibson-Homans Co., Baltimore Ennis Land Co., Inc.,
   and as Subsidiary of Foseco PLC.;
FOSTER WHEELER, L.L.C., survivor to a merger with Foster Wheeler
   Corporation, f/k/a Foster Wheeler Corporation;
THE GAGE COMPANY; formerly known as the Egag Company;
GARDNER DENVER, INC.;
GENERAL ELECTRIC COMPANY;
GENERAL REFRACTORIES COMPANY;
GENTEX CORPORATION;
GENUINE PARTS COMPANY, d/b/a NAPA Auto Parts;
GEORGE V. HAMILTON, INC.;
THE GOODYEAR TIRE & RUBBER COMPANY;
GOULDS ELECTRONICS (successor-in-interest to
   ITE CIRCUIT BREAKER COMPANY);
GOULDS PUMPS, INC.;
GREENE TWEED & CO.;
GRINNELL LLC;
HINCHLIFFE & KEENER, INC.;
HONEYWELL INTERNATIONAL, INC.,
   f/k/a AlliedSignal, Inc., in its own right and as successor-in-interest to
   Allied Corporation, and as successor-in-interest to Bendix;
HOWDEN NORTH AMERICA, INC., f/k/a HOWDEN BUFFALO, INC.;
IU NORTH AMERICA, INC., as successor by merger to The Garp Company,
   f/k/a The Gage Company,
   f/k/a Pittsburgh Gage and Supply Company;
IMO INDUSTRIES, INC., f/k/a IMO DeLaval, DeLaval, Inc., f/k/a Transamerica DeLaval,
   Inc., f/k/a DeLaval Turbine, Inc., DeValco Corporation, and as successor to
   Warren Pumps, Inc.;
INDUSTRIAL HOLDINGS CORPORATION,
   f/k/a The Carborundum Corporation;
INDUSTRIAL RUBBER PRODUCTS;

INGERSOLL-RAND COMPANY;

INSUL COMPANY, INC.;

ITT CORPORATION, f/k/a ITT INDUSTRIES, INC;

J.H. FRANCE REFRACTORIES COMPANY;

JABO SUPPLY CORPORATION;

JACOBS ENGINEERING GROUP, INC.;

JOHN CRANE, INC.;

JOY TECHNOLOGIES, INC.; a/k/a and as successor-in-interest
   to Joy Mining Machinery, in its own right and as successor-in-interest to
   Joy Technologies, Inc., in its own right and as successor-in-interest to
   Joy Manufacturing, Inc., and its subsidiary, T&L Supply Co.

LINDBERG;

M.S. JACOBS & ASSOCIATES, INC.;

MAGNETEK, INC.;

MALLINCKRODT LLC, f/k/a Mallinckrodt, Inc., in its own
   right and as successor-in-interest to Imcera Group, Inc., and International
   Minerals and Chemical Corporation, and as successor-in-interest to Allied
   Industrial Materials Corporation and as successor-in-interest to E.J. Lavino Company;

McCANN SHIELDS PAINT COMPANY;

McCARLS, INC.;

McJUNKIN REDMAN CORPORATION, f/k/a McJunkin Corporation;

MILWAUKEE VALVE COMPANY;

MINE SAFETY APPLIANCES COMPANY;

MINNOTTE CONTRACTING CORPORATION;

MORGAN ENGINEERING SYSTEMS, INC.;

MOYNO, INC.;

MUELLER STEAM SPECIALTY;

NAGLE PUMPS, INC.;

NIBCO, INC.;

NITRO INDUSTRIAL COVERINGS, INC.;

O.C. KECKLEY COMPANY;

OGLEBAY NORTON COMPANY,
   a/k/a Oglebay Norton Engineered Materials, Inc.,
   a/k/a ON Marine Services, Inc.,
   and its division Ferro Engineering;

OWENS-ILLINOIS, INC.;

P&H MINING EQUIPMENT, INC., f/k/a Harnischfeger Corporation;

PARKER-HANNIFIN CORP.;

PARKER-HANNIFIN CORPORATION;

PEERLESS INDUSTRIES, INC.;

PLOTKIN BROTHERS SUPPLY, LLP;

PNEUMO ABEX CORPORATION, Successor-in-Interest to ABEX CORPORATION,
   Friction Products Division;

POWER PIPING COMPANY;

PREMIER REFRACTORIES, INC., f/k/a Adience, Inc.,
   successor-in-interest to Adience Company, LP, successor to BMI, Inc.;

RCH NEWCO II, LLC, f/k/a Robertson Ceco Corporation, f/k/a H.H. Robertson Company;
READING CRANE;
RESEARCH-COTTRELL, INC., n/k/a AWT Air Company;
RHONE-POULENC AG COMPANY, INC.,
  as successor to Union Carbide Agricultural Products Company, Inc.,
  Amchem Products, Inc. and Benjamin Foster Company;
RILEY POWER, INC., f/k/a BABCOCK BORSIG POWER, INC.,
  f/k/a DB Riley, Inc., f/k/a Riley Stoker Corporation;
ROBINSON FANS, INC.;
ROCKWELL AUTOMATION, INC.
  successor-by-merger to Reliance Motion Control;
RUST ENGINEERING & CONSTRUCTION, INC., f/k/a Rust International Corporation,
a/k/a Treco Construction Services, Inc.;
RUST INTERNATIONAL CORP.;
SAFETY FIRST SUPPLY CANADA, LTD., also known as Safety
  First Industries, Inc., successor-in-interest-to Safety First Supply;
THE SAGER CORPORATION, successor-in-interest to the Sager
  Glove Corporation;
SAINT-GOBAIN ABRASIVES, INC., f/k/a Norton Company;
SCHNEIDER ELECTRIC USA, INC., f/k/a Square D Corporation;
SECO/WARWICK CORPORATION;
SIEMENS CORPORATION (successor-in-interest to ITE CIRCUIT BREAKER CO.);
SPIRAX SARCO, INC.;
SPX COOLING TECHNOLOGIES, INC.,
  f/k/a Marley Cooling Technologies, Inc., f/k/a The Marley Cooling Tower Company;
STERLING FLUID SYSTEMS (USA), LLC,
  f/k/a Peerless Pump Company;
SULLAIR CORPORATION;
SUNBEAM PRODUCTS, INC., successor-in-interest to Sunbeam Corporation;
SUNDYNE CORPORATION;
SVI CORPORATION, f/k/a Stockham Valves & Fitting, f/k/a Marlin Valve;
SWINDELL-DRESSLER INTERNATIONAL COMPANY;
TACO, INC.;
TASCO INSULATION, INC., f/k/a/ The Asbestos Service Company;
TEAM INDUSTRIAL SERVICES, INC., f/k/a Team Environmental Services, Inc.,
  f/k/a Leak Repairs, Inc.;
TOWNSEND & BOTTUM, INC., a/ka BLACK & VEATCH,
  a/k/a BLACK & VEATCH, successor-in-interest to Townsend & Bottum, Inc.;
TRANE U.S., INC., f/k/a American Standard, Inc., and its division, in its own
  right and as successor to Westinghouse Airbrake and/or WABCO;
UB WEST VIRGINIA, INC., f/k/a UNION BOILER COMPANY;
UNION CARBIDE CORPORATION;
UNITED CONVEYOR CORPORATION;
UNITED STATES STEEL CORPORATION, f/k/a United States Steel, LLC, successor
  by merger to USX CORPORATION, and its division American Steel & Wire Co.,
  a/k/a Amercable Div.;

UNIVERSAL REFRACTORIES CORPORATION;
VIKING PUMP, INC.;
VIMASCO CORPORATION;
WACO, Inc., f/k/a WACO Insulation, Inc.;
WARREN PUMPS, INC.;
WASHINGTON GROUP INTERNATIONAL,
  f/k/a Raytheon Engineers and Constructors, Inc., and all its domestic
  subsidiaries, including the Badger Company, Inc.;
  n/k/a URS ENERGY & CONSTRUCTION, INC.
WATSON McDANIEL COMPANY;
WEIL-McLAIN COMPANY;
WHITING CORPORATION;
THE WILLIAM POWELL COMPANY;
YARWAY CORPORATION, individually and as successor-in-interest to
  Yarnall-Waring Company;
THE YOUNG GROUP, LTD., f/k/a Young Sales Corporation;
ZURN INDUSTRIES, INC.

## COUNT I

### AGAINST -"SELLERS"

8.     At all times pertinent hereto, Plaintiff was exposed to asbestos and other harmful ingredients contained in products manufactured, supplied, and/or sold by the various Defendants identified as sellers acting through their agents, servants and employees.

9.     The condition of Plaintiff is a direct and proximate result of the negligence of the Defendants, both jointly and severally, in that they produced, supplied, and/or sold, and/or used, and/or specified and/or removed products containing asbestos and other dangerous ingredients including silica, which products Defendants knew, or in the exercise of reasonable care, should have known, were inherently, excessively, and ultrahazardously dangerous to Plaintiff.

10.     Plaintiff's condition is a direct and proximate result of the negligence of the Defendants, both jointly and severally, in that they produced, supplied and/or sold, and/or used, and/or specified, and/or delivered products containing asbestos and other dangerous ingredients and did further:

(a)  Fail to warn Plaintiff of the dangers of the said products when the Defendants knew, or should have known, that exposure to the asbestos-containing products and other ingredients of said products would cause disease and injury;

(b)  Fail to take reasonable precautions to warn the Plaintiff of the dangers to which he was exposed when the Defendants knew, or should have known, of such dangers;

(c)  Fail to exercise reasonable care to warn the Plaintiff of the danger to which he was exposed by use of the asbestos-containing products and other ingredients in said Defendants' products;

(d)  Fail to inform the Plaintiff of what would be safe and sufficient apparel for a person who was exposed to or used the product or products;

(e)  Fail to inform the Plaintiff of what would be safe, sufficient and proper protective equipment and appliances when using or being exposed to asbestos-containing products and other ingredients in said Defendants' products;

(f)  Fail to inform the Plaintiff of what would be safe and proper methods of handling and using their products;

(g)  Fail to test the asbestos-containing products in order to ascertain the dangers involved;

(h)  Fail to test the other ingredients in their products to ascertain the dangers involved;

(i)  Fail to remove the asbestos-containing products from the market when the Defendants knew, or should have known, of the hazards of the exposure to asbestos and the use of asbestos-containing products and/or of other ingredients in their products;

(j)  Fail to place any warnings on the asbestos-containing products to warn the handlers thereof of the dangers of said asbestos-containing products and failure to warn of dangers of other ingredients in their products including silica.

11.   As a direct and proximate result of the negligence of the Defendant corporations, both jointly and severally, Plaintiff has suffered, and will in the future suffer, damages for medical treatment, drugs and other unknown remedial medical measures, great pain of the body and mind, embarrassment and inconvenience, loss of earning capacity, loss of enjoyment of life, and shortening of his life expectancy.

12.     As a direct and proximate result of the negligence of the Defendant corporations, both jointly and severally, Plaintiff has suffered and is suffering from lung injury and such may progress into other severe and disabling diseases of the body, shock and other attendant nervous or emotional disorders, has an increased risk of malignancy and other diseases and injuries, all of which are or may be permanent in nature.  In fact, Plaintiff is suffering from the asbestos-related malignancy, Mesothelioma.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment on his behalf against the defendants, both jointly and severally, for an amount that is above this Court's jurisdictional minimum, as provided by law, and also for the cost of this action.

## COUNT II

## AGAINST "SELLERS"

13.     Plaintiff incorporates the aforementioned paragraphs by reference hereto as fully set forth herein.

14.     The Defendant corporations identified as sellers are strictly liable, both jointly and severally, to Plaintiff for failure to properly, adequately, and safely label the asbestos-containing products, and/or their silica containing products and/or products containing dangerous ingredients, for selling and/or using and/or specifying asbestos-containing products and/or silica containing products and/or products containing dangerous ingredients that were in a defective condition; for selling products that were unreasonably safe; for selling products containing asbestos, silica and other dangerous ingredients that were in a defective condition and unreasonably unsafe because of failure to give reliable and complete warnings of the known and knowable dangers involved in the use and exposure to products containing asbestos, and/or silica and/or other dangerous ingredients.

15.   As a result of the strict liability of the Defendants, both jointly and severally, Plaintiff has, and will in the future, suffer damages for medical treatment, drugs and other unknown remedial medical measures, great pain of body and mind, embarrassment and inconvenience, loss of earning capacity, loss of enjoyment of life, and shortening of his life expectancy.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment on his behalf against the defendants, both jointly and severally, for an amount that is above this Court's jurisdictional minimum, as provided by law, and also for the cost of this action.

## COUNT III

### AGAINST "SELLERS"

16.   Plaintiff incorporates the aforementioned paragraphs by reference hereto as fully set forth herein.

17.   Defendants expressly or impliedly warranted that the products manufactured, supplied, sold and/or delivered and/or specified by each of them were suitable and fit for the purpose for which they were manufactured and sold and were not abnormally dangerous to the general public and persons similarly situated to the Plaintiff.

18.   Said warranties by the Defendants were false and untrue and were breached by each of the said Defendants.

19.   As a direct and proximate result of Defendants' breach of said warranties, both jointly and severally, the Plaintiff suffered and will in the future suffer from diseases due to Defendants' actions, have and will suffer damages for medical treatment, drugs and other unknown remedial medical measures, great pain of body and mind, embarrassment and inconvenience, loss of earning capacity, loss of enjoyment of life, and shortening of his life expectancy and Plaintiff has been damaged as previously described.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment on his behalf against the defendants, both jointly and severally, for an amount that is above this Court's jurisdictional minimum, as provided by law, and also for the cost of this action.

## COUNT IV

### AGAINST "SELLERS"

20.   Plaintiff incorporates the aforementioned paragraphs by reference hereto as fully set forth herein.

21.   Defendants, individually, together and/or as a group, have possessed, since the 1920's, medical and scientific data which indicated that asbestos-containing products were hazardous to health.  Prompted by pecuniary motives, the Defendants, individually, together and/or as a group, willfully, wantonly and in total disregard for the safety of the Plaintiff, failed to act upon said medical and scientific data.  Rather, they conspired together to deceive the public and the Plaintiff in several aspects, including, but not limited to:

(a)   By controlling industry supported research in a manner inconsistent with the health and safety interest of the asbestos-containing products users and consumers.

(b)   By successfully tainting reports of medical and scientific data appearing in industry and medical literature.

(c)   By suppressing certain medical and scientific information relating to the harmful effects of exposure to asbestos-containing products.

(d)   By prohibiting the publication of certain scientific and medical articles.

22.   Such conspiratorial activities deprived the users, mechanics, laborers and installers of Defendants' asbestos-containing products of the opportunity to determine whether or not they would expose themselves to the unreasonably and ultrahazardous dangers of the asbestos-containing products of said Defendants.

61

23.    As a direct and proximate result of the willful, wanton, outrageous conduct and utter disregard for the safety of the Plaintiff, Plaintiff was exposed to asbestos-containing products and contracted an asbestos-related lung injury and an asbestos-related malignancy.

24.    As a direct and proximate result of the willful, wanton, and reckless misconduct and utter disregard for the safety of Plaintiff, Plaintiff has been injured and damaged as previously described.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment on his behalf against the defendants, both jointly and severally, for an amount that is above this Court's jurisdictional minimum, as provided by law, and also for the cost of this action.

## COUNT V

### AGAINST PREMISE OWNERS

25.    Plaintiff incorporates the aforementioned paragraphs by reference hereto as fully set forth herein.

26.    The defendant premises owners, as owners and operators of the plants described above, owed Plaintiff, a business invitee workman, the duty to provide him with a reasonably safe place to work and a duty to exercise reasonable care in protecting the Plaintiff from work place hazards. The defendant premises owners, and each of them, breached this duty in the following manners:

(a)    The defendants specified or contracted for the use of asbestos products, and also provided such products for use by co-workers of the Plaintiff and Plaintiff and further failed to restrict the use of asbestos products in their plants even after the defendants knew or should have known of the dangers associated with work place exposure to airborne asbestos fibers;

(b)    The defendants, and each of them, knew, or with the exercise of reasonable care should have known, of the dangers associated with work place exposure to airborne asbestos fibers created by the sawing, cutting, application and other use of asbestos products, and by the demolition and tearing out of existing asbestos insulation and of asbestos products, components, and materials;

(c)    The defendants failed to take reasonable precautions or exercise due care to warn Plaintiff of the danger and harm to which he was exposed while working in close

proximity to asbestos insulations and other craftsman whose work activities created airborne asbestos fibers;

(d)   The defendants failed to provide Plaintiff with protective equipment and clothing to guard him from inhalation of asbestos fibers;

(e)   The design, construction, maintenance, installation, placement or continued placement by failure to remove or render harmless asbestos products in the defendants' facilities as identified above created an unreasonable risk of harm to the Plaintiff who were directed to work on the defendant's premises;

(f)   The defendants failed to provide adequate inspection and supervision with regard to the activities of their employees and contractors and subcontractors involved in the use, disturbance or tearout of asbestos as aforesaid, after they had actual or constructive notice of the existence of unsafe working conditions on their premises arising from said asbestos products;

(g)   The defendants violated applicable statutes and regulations controlling the conduct where the exposures occurred, including the provisions of West Virginia Law dealing with safety and welfare of employees, particularly Sections 21-3-1, 21-3-2, 21-3-7, 21-3-18, and other applicable laws and regulations.

27.   As a direct and proximate result of the exposure to the asbestos and asbestos-containing products above described, but not limited thereto, the Plaintiff has sustained the injuries set forth.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment on his behalf against the defendants, both jointly and severally, for an amount that is above this Court's jurisdictional minimum, as provided by law, and also for the cost of this action.

## COUNT VI

## AGAINST METROPOLITAN LIFE

28.   Plaintiff incorporates the aforementioned paragraphs by reference hereto as fully set forth herein.

29.   In or about the year 1930, and at various times prior and subsequent thereto, up to and including the present time, defendant Metropolitan Life Insurance Company undertook and assumed a duty to provide the asbestos industry, the scientific community and company users of

63

asbestos with information, inspections, instructions, supervision, recommendations, assistance, notices, reports, methods, findings, cautions, warnings, advice, designs, equipment, safeguards, guidance and services to properly, adequately and reasonably provide safe working conditions, all allegedly to preserve and protect the life, health and safety of employees exposed to asbestos, including Plaintiff and his co-workers, and particularly to protect them from the dangerous and defective properties of asbestos, asbestos products and compounds and/or other dangerous substances at or about the workplace.

30.    Plaintiff avers that various employers and their employees, including Plaintiff and scientists and others similarly situated, were dependent upon the undertakings of Metropolitan to preserve and protect the life, health and safety of individuals, including Plaintiff, by not assisting the said companies in selling dangerous products.

31.    Metropolitan, by its active and passive negligence, failed to exercise the standard of care and skill it was obliged to exercise by reason of its aforesaid undertakings and assumption of duty, thereby causing, creating or permitting dangerous conditions and exposure to dangerous and defective substances; and thereby failing to properly safeguard Plaintiff and all others similarly situated.

32.    As a result of the aforesaid negligence of the defendant Metropolitan, Plaintiff was injured.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment on his behalf against the defendants, both jointly and severally, for an amount that is above this Court's jurisdictional minimum, as provided by law, and also for the cost of this action.

## COUNT VII

## AGAINST METROPOLITAN LIFE

33.   Plaintiff incorporates the aforementioned paragraphs by reference hereto as fully set forth herein.

34.   For a number of years, Metropolitan provided insurance coverage for various manufacturers of asbestos-containing products.

35.   For a number of years, Dr. A.J. Lanza served as assistant medical director of Metropolitan.

36.   At all times relevant, the activities of Dr. Lanza hereinafter described were undertaken as a servant, agent or employee of Metropolitan.

(a)   Beginning in approximately 1934, Metropolitan Life Insurance Company and certain asbestos producers and manufacturers including Johns-Manville Corporation and Raybestos Manhattan, through their agents, Vandiver Brown, attorney J.C. Hobart, Sumner Simpson and J. Rohrbach, suggested to Dr. Anthony Lanza, as agent of Metropolitan Life Insurance Company, that Lanza publish a study on asbestos in which Lanza would affirmatively misrepresent material facts about asbestos exposure and concerning the seriousness of the disease processes, asbestosis and related diseases.   This was accomplished through intentional deletion of Lanza's feeling of asbestosis as "fatal" and through other selective editing that affirmatively misrepresented asbestos as causing diseases less serious than they really were known to be.   As a result, Lanza's study was published in the medical literature in this misleading fashion in 1935.   This fraudulent misrepresentation and fraudulent nondisclosure was motivated in part by a desire to influence proposed legislation to regulate asbestos exposure and to provide a defense in disputes involving Metropolitan as insurer.

(b)   In 1936, American Brake Block Corporation, Asbestos Manufacturing Company, Gatke Corporation, Johns-Manville Corporation, Keasbey & Mattison Company, Raybestos-Manhattan, Russell Manufacturing, Union Asbestos and Rubber Company, and United Gypsum Company, entered into an agreement with the Saranac Laboratories. Under this agreement, these companies acquired the power to decide what information Saranac Laboratories could publish about asbestos disease and could also control in what form such publications were to occur.   This agreement gave these companies power to affirmatively misrepresent the results of the work at Saranac, and also gave these conspirators power to suppress material facts included in any study.   On numerous occasions thereafter, these companies together with Metropolitan, exercised their power to prevent Saranac scientists from

disclosing material scientific data, resulting in numerous misstatements of fact being made at scientific meetings.

(c)    On November 11, 1948, representatives of the following companies met at the headquarters of Johns-Manville Corporation:  American Brake Block Division of American Brake and Shoe Foundry, Gatke Corporation, Keasbey & Mattison Company, Raybestos-Manhattan, Inc., Thermoid Company, Union Asbestos and Rubber Company, United States Gypsum Company and Metropolitan.  U.S. Gypsum did not send a representative to the meeting, but instead authorized Vandiver Brown of Johns-Manville to represent its interest at the meeting and to take action on its behalf.

(d)    At this November 11, 1948 meeting, these companies and Metropolitan decided to exert their influence to materially alter and misrepresent material facts about the substance of research previously started by Dr. Leroy Gardner at the Saranac Laboratories.  Dr. Gardner's research involved the carcinogenicity of asbestos in mice and also included an evaluation of the health effects of asbestos on humans with a critical review of the then existing standards of dust exposure for asbestos and asbestos products.

(e)    At this meeting, these companies and Metropolitan and subsequently their agent, Dr. Vorwald, intentionally and affirmatively determined that Dr. Gardner's work should be edited to delete material facts about the cancer causing propensity of asbestos and the health effects of asbestos on humans and to delete the critique of the dust standards.  This was published, as altered, in the scientific literature.  These companies and Metropolitan thereby fraudulently misrepresented the risks of asbestos exposure to the public, in general, scientists, and persons exposed to asbestos such as the Plaintiff.

(f)    As a direct result of the actions as described above, Dr. Gardner's edited work was published in the Journal of Industrial Hygiene, AMA Archives of Industrial Hygiene and Occupational Health in 1951 in a form that stressed those portions of Dr. Gardner's work that Metropolitan wished stressed, but which omitted references to human asbestosis and cancer, thereby fraudulently and affirmatively misrepresenting the extent of risks.  Metropolitan and the companies it joined with affirmatively and deliberately disseminated this misleading publication.

(g)    Such action constituted a material affirmative misrepresentation of material facts involving Dr. Gardner's work and resulted in creating an appearance that inhalation of asbestos was less of a health problem than Dr. Gardner's unedited work indicated.

(h)    In 1955, Johns-Manville, for itself and on behalf of Metropolitan, through their agent Kenneth Smith, caused to be published in the AMA Archives of Industrial Health, an article entitled "Pulmonary Disability In Asbestos Workers".  This published study materially altered the results of an earlier study in 1949 concerning the same set of

66

workers. This alteration of Dr. Smith's study constituted a fraudulent and material representation about the extent of the risk associated with asbestos inhalation.

(i)    In 1955, the National Cancer Institute held a meeting at which Johns-Manville, individually and as an agent for Metropolitan, and A. Vorwald, as their agent, affirmatively misrepresented that there were no existing animal studies concerning the relationship between asbestos exposure and cancer, when, in fact, Metropolitan was in secret possession of several studies which demonstrated that positive evidence did exist.

(j)    Metropolitan approved and ratified and furthered the previous acts of Johns-Manville, Raybestos Manhattan, and A.J. Lanza.

37.    The acts of Metropolitan as described above, constitute a fraudulent concealment and/or a fraudulent misrepresentation which proximately caused injury to the Plaintiff in the following manner:

(a)    Metropolitan intended the publication of false and misleading reports and/or the nondisclosure of documented reports of health hazards of asbestos, in order to:

(i)    Maintain a favorable atmosphere for the continued sale and distribution of asbestos and asbestos-related products;

(ii)    Assist in the continued pecuniary gain through the control and reduction of claims;

(iii)    Influence proposed legislation to regulate asbestos exposure;

(iv)    Provide a defense in lawsuits brought for injury resulting from asbestos disease.

(b)    Metropolitan intended reliance upon the published reports regarding the safety of asbestos and asbestos-related products.

(c)    Plaintiff suffered injury as a direct and proximate result of the acts alleged herein.

38.    Metropolitan has, as previously stated, altered, influenced, and created significant portions of medical literature which are false and misleading statements concerning the dangers of asbestos

exposure and disease. In so doing, Metropolitan, and its aforesaid agents, provided a body of medical literature which, when relied upon by persons investigating such literature, would have lead to a false impression of the dangers of asbestos exposure.

39.    Additionally, the publication of such literature acted to inhibit the development of the literature and effectively delayed the dissemination of accurate knowledge of the dangers. Metropolitan owed a duty to the Plaintiff, and the public as a whole, when contributing to the medical literature to do so in good faith and with the reasonable care expected of any professional contributing to such literature; Metropolitan's failure to do so is willful and wanton negligence and a separate intentional tort creating a duty to compensate the Plaintiff for injuries sustained as a proximate contributing result of the actions of Metropolitan Life Insurance Company.

40.    As a direct and proximately result of the fraudulent concealment and/or fraudulent representation by Metropolitan and its agents, the Plaintiff suffered the diseases, injuries and damages set forth in the foregoing paragraphs.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment on his behalf against the defendants, both jointly and severally, for an amount that is above this Court's jurisdictional minimum, as provided by law, and also for the cost of this action.

COUNT VIII

AIDING AND ABETTING AGAINST METROPOLITAN LIFE

41.    Plaintiff incorporates the aforementioned paragraphs by reference hereto as fully set forth herein.

42.    Defendant, Metropolitan Life Insurance Company, individually and in concert with American Brake Block Corporation, Asbestos Manufacturing Company, Gatke Corporation, Johns-Manville Corporation, Keasbey & Mattison Company, Raybestos-Manhattan, Russell

68

Manufacturing, Union Asbestos and Rubber Company, United Gypsum Company, Thermoid Company and others knowingly agreed and conspired among themselves to engage in a course of conduct that was reasonably likely to result in injury to Plaintiff.

43.    Defendant, Metropolitan Life Insurance Company, knew or should have known that the perversion of the scientific and medical literature as aforesaid would cause the harmful effects of asbestos exposure and would cause Plaintiff injury.

44.    Defendant, Metropolitan Life Insurance Company, gave substantial assistance and/or encouragement to the conspirators and this aided and abetted their sale of asbestos products in a defective and dangerous condition and their reduction and control of claims against them.

45.    The actions of Metropolitan Life Insurance Company make it liable to Plaintiff pursuant to Section 876 of the Restatement of Torts (Second) since Metropolitan Life Insurance Company has acted in concert with others to cause harm to the Plaintiff.

46.    As a direct and proximate result of the actions of defendant, Metropolitan Life Insurance Company, Plaintiff suffered and will continue to suffer serious bodily injury; endured and will continue to endure great pain and suffering and mental anguish; incurred and will continue to incur medical expenses; lost earnings and earning capacity; and was otherwise damaged.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment on his behalf against the defendants, both jointly and severally, for an amount that is above this Court's jurisdictional minimum, as provided by law, and also for the cost of this action.

## COUNT IX

## MISREPRESENTATION AGAINST METROPOLITAN LIFE INSURANCE COMPANY

47.    Plaintiff incorporates the aforementioned paragraphs by reference hereto as fully set forth herein.

48.   The actions of defendant Metropolitan Life Insurance Company as described above constituted conscious misrepresentation involving risk of physical harm and/or negligent misrepresentation involving risk of physical harm.

49.   Metropolitan Life Insurance Company is liable to Plaintiff for his injury pursuant to Section 310 and 311 of the Restatement of Torts (Second).

50.   As a direct and proximate result of the actions of defendant, Metropolitan Life Insurance Company, Plaintiff suffered and will continue to suffer serious bodily injury; endured and will continue to endure great pain and suffering and mental anguish; incurred and will continue to incur medical expenses; lost earnings and earning capacity; and was otherwise damaged.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment on his behalf against the defendants, both jointly and severally, for an amount that is above this Court's jurisdictional minimum, as provided by law, and also for the cost of this action.

## COUNT X

## PUNITIVE DAMAGES AS TO ALL DEFENDANTS

51.   Plaintiff incorporates the aforementioned paragraphs by reference hereto as fully set forth herein.

52.   The conduct of the defendants as set forth above were willful, wanton, malicious and in reckless disregard of the safety of the Plaintiff and others and therefore, justifies the award of punitive damages

53.   As a direct and proximate result of these acts, Plaintiff suffered and will continue to suffer serious bodily injury; endured and will continue to endure great pain and suffering and mental anguish; incurred and will continue to incur medical expenses, lost earnings and earning capacity, and was otherwise damaged.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment on his behalf against the defendants, both jointly and severally, for an amount that is above this Court's jurisdictional minimum, as provided by law, and also for the cost of this action.

<u>COUNT XI</u>

OWENS-ILLINOIS' LIABILITY FOR
OWENS-CORNING CORPORATION

54.   Plaintiff incorporates the aforementioned paragraphs by reference hereto as fully set forth herein.

55.   Owens-Illinois, Inc. developed the asbestos product known as Kaylo.

56.   Owens-Illinois knew of the hazardous nature of Kaylo.

57.   If it is proved that Owens-Illinois failed to inform Owens-Corning of the dangers of Kaylo and the findings of Owens-Illinois' sponsored research regarding potential hazards of Kaylo, and failed to inform Owens-Corning of the deceptive nature of information it had published concerning Kaylo, then Owens-Illinois would have liability for Owens-Corning's asbestos products.

58.   Owens-Illinois sold Kaylo through Owens-Corning and subsequently sold all rights in Kaylo to Owens-Corning.

59.   Owens-Illinois' failure to disclose the dangers of Kaylo and its deceptive statements with respect thereto, including claims that Kaylo was not toxic or harmful, contributed to Owens-Corning's sale of Kaylo in a dangerous and defective condition.

60.   Owens-Illinois and Owens-Corning also conspired to suppress knowledge of the dangers of asbestos in Kaylo so as to increase sales of Kaylo.

61.   Owens-Illinois, with full knowledge of the toxic and dangerous characteristics of the Kaylo Insulation line it had sold to Owens-Corning, manufactured and supplied packaging to Owens-Corning for use with the Kaylo Insulation which packaging did not contain adequate warnings as to

71

the toxic and dangerous characteristics of the Kaylo Insulation product. As such, Owens-Illinois is liable for having contributed to the preparation and sale of a defective product and the toxic and dangerous Kaylo insulation product, which were sold without adequate warnings.

62.     The actions of Owens-Illinois kept Plaintiff and others ignorant of the dangers of asbestos in defendants' and Owens-Corning's products. In this way, Owens-Illinois aided efforts to sell products containing asbestos.

63.     The defendant, Owens-Illinois is liable for all injuries resulting from asbestos products sold by Owens-Corning.

## COUNT XII

### CONSPIRACY COUNTS AGAINST PNEUMO ABEX CORPORATION, SUCCESSOR-IN-INTEREST TO ABEX CORPORATION, FRICTION PRODUCTS DIVISION

64.     Plaintiff incorporates the aforementioned paragraphs by reference hereto as fully set forth herein.

65.     The members of the conspiracy include Unarco, Johns-Manville, Raybestos Manhattan, H.K. Porter, American Asbestos Textile Corp., Asten Hill Manufacturing Co., and Pneumo Abex Corporation, successor-in-interest to Abex Corporation, Friction Products Division, and its predecessors, including American Brake Block.

66.     The conspirators agreed to conspire to assert that asbestos was safe when they knew it was not. They also agreed to suppress information about the harmful effects of asbestos.

67.     The conspiracy occurred and functioned during the time period 1935 to the 1970's.

68.     The actions of the conspiracy kept Plaintiff and others ignorant of the dangers of asbestos and defendants' products. In this way, the conspirators aided efforts to sell products containing asbestos.

69.   The defendant, Pneumo Abex Corporation, successor-in-interest to Abex Corporation, Friction Products Division, and its/their predecessor as a member of the conspiracy, is liable for all injuries resulting from asbestos products of members of the conspiracy.

WHEREFORE, Plaintiff prays that this Honorable Court enter judgment on his behalf against the defendants, both jointly and severally, for an amount that is above this Court's jurisdictional minimum, as provided by law, and also for the cost of this action.

WHEREFORE, as to all other Counts of the Complaint, Plaintiff prays that this Honorable Court enter judgment on his behalf against the defendants, both jointly and severally, for an amount that is above this Court's jurisdictional minimum, as provided by law, and also for the cost of this action.

### JURY DEMAND

PLAINTIFF DEMAND A TRIAL BY JURY AS TO ALL ISSUES TRIABLE BY A JURY RAISED HEREIN.

GOLDBERG, PERSKY & WHITE, P.C.

BY: _Bruce E. Mattock / by BJP_
    David P. Chervenick, Esquire (W.V. I.D. 7002)
    Bruce E. Mattock, Esquire (W.V. I.D. 6996)
    Leif J. Ocheltree, Esquire (W.V. I.D. 10401)
    1030 Fifth Avenue
    Pittsburgh, PA  15219
    (412) 471-3980

THE SEGAL LAW FIRM

BY: _Scott S. Segal / by BJP_
    Scott S. Segal, Esquire (W.V. I.D. 4717)
    The Segal Law Firm
    810 Kanawha Boulevard, E.
    Charleston, WV  25301

Timothy L. Eves, Esquire
Eves Law Firm, PLLC
5348 U.S. Rt. 60 East
Huntington, WV 25705
(304) 736-9999

ATTORNEYS FOR PLAINTIFFS

EFiled:  May 02 2013 03:38PM EDT
Transaction ID 52089709



IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

*In Re: Asbestos Personal Injury Litigation*
*The Honorable Ronald E. Wilson*

CIVIL ACTION NO. 03-C-9600
MASTER FILE

THIS DOCUMENT APPLIES TO:

VICTOR W. SPARKS,

Civil Action No.  13-C-127 KAN

     Plaintiff

vs.

4520 CORP., INC., successor-in-interest to
BENJAMIN F. SHAW CO., et al.

     Defendants

## AMENDED COMPLAINT

     AND NOW comes the Plaintiff, by counsel, Goldberg, Persky & White, P.C. and Leif J. Ocheltree, Esquire, pursuant to Rule 15 of the West Virginia Rules of Civil Procedure and Order of Court, and amends his Complaint as follows:

     1.     The paragraphs of the original Complaints and any amendments thereto are incorporated by reference as though set forth fully at length herein.

     2.     Plaintiff, Victor Sparks, filed a Complaint in Civil Action on January 18, 2013 alleging that the defendants caused his asbestos-related diseases and mesothelioma.

     3.     Plaintiff amends his Complaint to correct his residence to Huntington, West Virginia.

     4.     Plaintiff amends his Complaint to correct his middle initial to "W".

     5.     Plaintiff further amends his work history to include his exposure in the US Navy as a boiler tender from July 1955 through April 1957 aboard the USS Taconic.

6.      Discovery and further investigation has revealed that Plaintiff, while employed in his various occupations, was exposed to and did inhale asbestos dust and other dust from products of the defendants, which caused the conditions set forth therein.  The following defendants, at all time relevant, engaged in one or more of the following activities involving asbestos and other ingredients in their materials, including, but not limited to, the mining, milling, manufacturing, distributing, supplying, selling and/or using, and/or recommending, and/or installing, and/or removing asbestos materials, other dangerous ingredients and products and are joined to this action as "product" and/or "supplier/distributor" defendants in the above-captioned case:

a.  Albee Homes, Inc.;
b.  Alfa Laval, Inc.;
c.  Atwood & Morrill Co., Inc., d/b/a Weir Valves & Controls USA Inc.;
d.  Carrier Corporation;
e.  Clark-Reliance Corporation, individually and as successor to Jerguson;
f.  Flowserve, U.S., Inc. and its Aldrich Brand;
g.  Flowserve U.S., Inc., Individually and as successor to Rockwell Manufacturing Company, Edward Valves, Inc. and Nordstrom Valves, Inc.;
h.  FMC Corporation, individually and as successor to Northern Pump Company, Coffin and Peerless Pump Company;
i.  Hill Brothers Chemical Company;
j.  The Nash Engineering Company;
k.  Pentair Valves & Controls US LP, f/k/a Tyco Valves & Controls LP, and its Hancock Valves Brand;
l.  Quintec Industries, Inc.;
m.  Schutte & Koerting LLC;
n.  Sur-Seal Corporation, d/b/a Sur-Seal Gasket & Packing Co;
o.  Velan Valve Corp.;
p.  Viad Corporation, f/k/a The Dial Corporation, successor-in-interest to Griscom-Russell;
q.  The Walworth Company;
r.  Weinman Pump and Supply Company;
s.  Weir Valves & Controls USA, Inc., f/k/a Atwood & Morrill Co., Inc.;
t.  Yeomans Chicago Corporation;
u.  York Industries Corporation, a/k/a York Insulation Co.;
v.  York International Corporation, individually and as successor to Frick Company.

7.     Discovery and further investigation has revealed that Plaintiff, while employed in his various occupations, was exposed to and did inhale asbestos dust and other dust from products of the defendants, which caused the conditions set forth therein.   The following defendant corporations, were, at all times relevant herein, the owners and operators ("premises owners"), of chemical processing plants, research facilities, electrical and steam generating plants and industrial facilities situated in West Virginia and are joined to this action as a "plant" and/or "premise" party-defendant:

      a.   Albee Holmes, Inc.;
      b.   Duke Energy Carolinas, LLC, a/k/a Duke Energy Corporation ;
      c.   Duke Energy Corporation.

8.     Discovery and further investigation has revealed that injuries and damages were suffered by Victor Sparks and were caused by and were the direct and proximate result of the deliberate intent of Albee Homes, Inc., as defined in West Virginia Code Section 23-4-2(c)(2)(ii). Mr. Sparks was exposed to unsafe working conditions in his workplace which presented a high degree of risk and a strong probability of serious injury and/or death.   Albee Homes, Inc., by and through its employees, permitted Mr. Sparks to become exposed to airborne asbestos fibers and to inhale said fibers throughout his career with them when Albee Homes had actual knowledge that the inhalation of airborne asbestos fibers could cause serious injury or death.   The actions of said defendant were wanton, willful and reckless.   Albee Homes had actual and subjective realization and appreciation of the existence of the aforementioned unsafe working conditions and also had actual and subjective realization and appreciation that there was a high degree of risk and strong probability that serious injury or death could occur as a result of such specific unsafe working conditions. Such specific unsafe working conditions, as alleged, were in violation of West Virginia safety statutes, rules, regulations and commonly accepted and well-known safety standards within

the chemical manufacturing industry.  Despite the existence of such safety standards, Albee Homes, Inc. exposed its employee, Victor Sparks, to the aforementioned unsafe working conditions intentionally and in a willful, wanton and reckless disregard for his safety.  Albee Homes owed the Plaintiff a duty to make inspections and remediate all unsafe working conditions at work sites where it employed Plaintiff in West Virginia and elsewhere.  As a direct and proximate result of the intentional, willful, wanton and reckless conduct of Albee Homes, Inc., Victor Sparks suffered severe personal injury.  Plaintiff Victor Sparks claims compensatory and punitive damages of said defendant.  Albee Homes, Inc.'s actions entitle the Plaintiff to a cause of action pursuant to Section 23-4-2(c)(2)(ii) of the West Virginia Code.  Based on the foregoing and in addition to being added as a "products" and/or "supplier/distributor" and "plant" and/or "premise" party-defendant, Albee Homes, Inc. is also joined to this action as a "deliberate intent" party-defendant.

WHEREFORE, Plaintiff amends his Complaint as set forth herein and prays that this Honorable Court enter judgment on his behalf against defendants in an amount deemed just and proper by the jury to adequately compensate Plaintiff for his damages in an amount deemed just by the jury, with interest and costs of suit.

JURY TRIAL DEMANDED.

Respectfully submitted,

By: /s/ David P. Chervenick, Esq. (W.V. Bar #7002)
GOLDBERG, PERSKY & WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, PA  15219
(412) 471-3980

By: /s/ Leif J. Ocheltree, Esq. (W.V. I.D. 10401)
GOLDBERG, PERSKY & WHITE, P.C.
333 Penco Road
Weirton, WV 26062
(304) 723-0213

/s/ Scott S. Segal, Esquire (W.V. I.D. 4717)
THE SEGAL LAW FIRM
The Segal Law Firm
810 Kanawha Boulevard, E.
Charleston, WV 25301

Timothy L. Eves, Esquire
Eves Law Firm, PLLC
5348 U.S. Rt. 60 East
Huntington, WV 25705
(304) 736-9999

ATTORNEYS FOR PLAINTIFFS

IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

*In Re: Asbestos Personal Injury Litigation*
        *The Honorable Ronald E. Wilson*

                                                CIVIL ACTION NO. 03-C-9600
                                                MASTER FILE

THIS DOCUMENT APPLIES TO:

VICTOR W. SPARKS,                               Civil Action No.  13-C-127 KAN

        Plaintiff

vs.

4520 CORP., INC., successor-in-interest to
BENJAMIN F. SHAW CO., et al.

        Defendants


## CERTIFICATE OF SERVICE


        I, Leif J. Ocheltree, Esquire, do hereby certify that on May 2, 2013, I electronically filed

and served the foregoing Amended Complaint with the Clerk of the Court using the File &

ServeXpress System, which will serve such filing on all known counsel of record.  Counsel of

Record will also be served through the West Virginia Secretary of State.

                                By: /s/ Leif J. Ocheltree, Esq. (W.V. I.D. 10401)
                                GOLDBERG, PERSKY & WHITE, P.C.
                                333 Penco Road
                                Weirton, WV  26062
                                (304) 723-0213

                                *Attorney for Plaintiff*