IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | CONSOLIDATED UNDER MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS v. VARIOUS DEFENDANTS | : : : : : : : | |

**FILED**
**JUL 1 5 2013**
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## FOURTH SUGGESTION TO THE PANEL ON MULTIDISTRICT LITIGATION ("THE PANEL") CONCERNING FUTURE TAG-ALONG TRANSFERS

**AND NOW**, this **15th** day of **July, 2013**, it is hereby **SUGGESTED** that the Panel decline to transfer and consolidate tag-along cases to MDL-875 from the Northern District of California.[1]

The Court further **SUGGESTS**, therefore, that the only jurisdictions from which tag-along cases should continue to be transferred are the following:[2]

---

[1] The Court suggests that the Panel cease future transfers of cases from this jurisdiction for the same reasons set forth in the Suggestion to the Judicial Panel of Multidistrict Litigation Concerning Future Tag-Along Transfers, No. 01-md-875 (E.D. Pa. Nov. 23, 2011), ECF No. 8282. Namely, fewer than fifty cases from this jurisdiction are pending. Additionally, the local jurisdiction is ready, willing and able to adjudicate future cases. The MDL Court will continue to adjudicate all pending cases in the "pipeline," all of which are now subject to scheduling orders.

[2] In addition, the MDL Court will continue to hear asbestos cases that originate in the Eastern District of Pennsylvania.

- The Seventh Circuit, including the Western and Eastern Districts of Wisconsin, the Northern and Southern Districts of Indiana, and the Northern, Central and Southern Districts of Illinois (167 cases pending), in which the Plaintiffs are represented by the Cascino Vaughan Law Offices; and
- The Northern District of Ohio, including Maritime Docket (MARDOC) cases (2,654 cases pending).

It is so **SUGGESTED**.

_/s/ Ed C. Adeen_
EDUARDO C. ROBRENO
PRESIDING JUDGE, MDL-875