

July 25, 2013

Erik DiMarco
212.915.5126 (direct)
917.553.7425 (mobile)
Erik.DiMarco@wilsonelser.com

Mr. Jeffery N. Lüthi
Clerk of the Panel on Multidistrict Litigation
Federal Judiciary Building
One Columbus Circle, N.E., Room G255
Washington, D.C. 20002

    Re:    Notice of Potential Tag-Along Action
             Asbestos Products Liability Litigation
             MDL Docket No. 875

Dear Mr. Lüthi:

    I hereby notify you, as required by Rule 7.1(a) of the Rules of Procedure of Judicial Panel on Multidistrict Litigation, of the pendency of a potential tag-along action to the cases transferred by the Panel's July 29, 1991 Order and Opinion to the Eastern District of Pennsylvania and assigned to the Honorable Eduardo C. Robreno.

    The potential tag-along action is entitled <u>Prentice et al v. Electric Boat Corporation</u> and it is pending in the United States District Court, District of Connecticut, Docket No.: 3:13-cv-01050-WWE.

    Enclosed are copies of plaintiffs' Schedule of Actions, Summons and Complaint and the Docket Sheet for this case.

                                        Sincerely,

              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                        Erik C. DiMarco

Enclosures

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

5645147v.1



cc:  Hon. Warren W. Eginton
United States District Judge for the District of Connecticut
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard - 2nd Floor Annex
Bridgeport, Connecticut 06604
*Via U.S. mail*

Christopher Meisenkothen, Esq.
Early, Lucarelli, Sweeney & Meisenkothen
265 Church Street, 11th Floor
One Century Tower
New Haven, CT 06508
Attorneys for Plaintiff
*Via U.S. mail*

5645147v.1