## SCHEDULE OF ACTIONS

| Index No. | Case Name: | Judge: |
|---|---|---|
| 3:13-cv-01050 (WWE) | *Richard Prentice and Shirlee Prentice v. Electric Boat Corporation* | Hon. Warren W. Eginton |

5646043v.1