BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : MDL NO. 875 |

## CERTIFICATION OF SERVICE

I hereby certify that I have on this 25th day of July, 2013, caused to be served a copy of Defendant, Electric Boat Corporation's, Notice of Potential Tag Along Actions, letter to MDL filing same and this Certification of Service to plaintiff's counsel via email and/or regular mail and on the 25th day of July, 2013, to all known defense counsel listed on the attached Attorney Service List by email and/or regular mail.

Dated: July 25, 2013

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: _____/s/_____
Erik C. DiMarco, Esq. (ct 19417)
150 East 42nd St
New York, NY 10017
Tel.: 212-915-5126
Fax: 212-490-3038
Erik.DiMarco@wilsonelser.com
Attorney for Defendant
Electric Boat Corporation
Our File No.: 07411.00092

5645177v.1

## ATTORNEY SERVICE LIST

| | |
|---|---|
| Christopher Meisenkothen, Esq.<br>Early, Lucarelli, Sweeney & Meisenkothen<br>265 Church Street, 11th Floor<br>One Century Tower<br>New Haven, CT 06508 | Plaintiffs |

5645177v.1