BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : : : : | MDL NO. 875 |

## ELECTRIC BOAT CORPORATION'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. §1407

Defendant Electric Boat Corporation ("Electric Boat") by and through its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby respectfully submits this motion to transfer in connection with the following cases:

1) <u>Richard Prentice and Shirlee Prentice v. Electric Boat, et al</u>. (United States District Court, Eastern District of Pennsylvania, MDL 875, 2:12-cv-60159-ER; and

2) <u>Richard Prentice and Shirlee Prentice v. Electric Boat</u>, (United States District Court, District of Connecticut, 3:13-cv-01050-WWE).

For the reasons discussed more fully in Electric Boat's accompanying brief, incorporated herein by reference, Electric Boat moves pursuant to 42 USC §1407 to transfer the second action to the MDL 875, where it can be litigated in the same court as the pending companion case, and where the sole issue that distinguishes the two cases is currently pending.

Dated: August 5, 2013　　　　　　　　　　**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Erik C. DiMarco*
　　　　　　　　　　　　　　　　　　　　Erik C. DiMarco, Esq.
　　　　　　　　　　　　　　　　　　　　150 E. 42nd Street
　　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　Tel.: 212.915.5126
　　　　　　　　　　　　　　　　　　　　Fax: 212.490.3038
　　　　　　　　　　　　　　　　　　　　Email: erik.dimarco@wilsonelser.com

*Counsel for Plaintiffs*
Christopher Meisenkothen, Esq.
Early, Lucarelli, Sweeney & Meisenkothen
265 Church Street, 11th Floor
One Century Tower
New Haven, CT 06508
Tel.: 203-777-7799
Fax: 203-785-1671
Email: cmeisenkothen@elslaw.com