BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL-875-In re Asbestos Products Liability Litigation (No. VI)

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Actions No. | Judge |
|---|---|---|---|
| **Plaintiffs**:<br>Richard Prentice and Shirlee Prentice<br><br>**Defendants**:<br>**Air & Liquid Systems Corporation**, as Successor by Merger to Buffalo Pumps, Inc.,<br>**CBS Corporation**, a Delaware Corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation and as successor in interest to B.F. Sturtevant,<br>**Elliot Turbomachinery Co., Inc**.,<br>**Foster Wheeler L.L.C**.,<br>**General Electric Company**,<br>**Electric Boat Corporation**,<br>**Viad Corporation**, individually and as successor to Griscom Russell | United States District Court, Eastern District of Pennsylvania | 2:12-cv-60159 | Eduardo Robreno |
| **Plaintiffs**:<br>Richard Prentice and Shirlee Prentice<br><br>**Defendants**:<br>Electric Boat Corporation | United States District Court, District of Connecticut | 3:13-cv-01050 | Warren W. Eginton |

5662784v.1