BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : : : : | MDL NO. 875 |

## PROOF OF SERVICE

     I hereby certify that a copy of the forgoing Motion to Transfer, Brief in Support of Electric Boat Corporation's Motion to Transfer, Schedule of Actions, and this Certificate of Service was served via Electronic Case Filing (ECF) on August 5, 2013 to the following:

Ivan Ladd-Smith clerk to Hon. Warren W. Eginton
United States District Judge for the District of Connecticut
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard - 2nd Floor Annex
Bridgeport, Connecticut 06604
     **Presiding over:** Richard Prentice and Shirlee Prentice v. Electric Boat Corporation No.
         2:12-cv-60159


Michele Ventura, Esq. clerk to Hon. Eduardo Robreno
United States District Court Eastern District of Pennsylvania
Room 11614
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Telephone: (215) 597-4073
     **Presiding over:** Richard Prentice and Shirlee Prentice v. Air & Liquid Systems
     Corporation, etc., et al. including Electric Boat Corporation No. 3:13-cv-01050

Christopher Meisenkothen
Early, Lucarelli, Sweeney & Meisenkothen, LLC
One Century Tower
265 Church St., 11th Fl.
PO Box 1866
New Haven, CT 06508-1866
Tel.: 203-777-7799
Fax: 203-785-1671
Email: cmeisenkothen@elslaw.com
      **Counsel for plaintiffs: Richard Prentice and Shirlee Prentice**
      USDC for the District of Connecticut, No. 3:13-cv-01050

      USDC for the Eastern District of Pennsylvania, No. 2:12-cv-60159