UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>This Documents Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHAN, as successor-in-interest to William Chan,<br><br>     Plaintiff,<br>vs.<br><br>OWENS-ILLINOIS, INC., a corporation; ASBESTOS CORPORATION, LTD., a corporation; CROWN CORK AND SEAL COMPANY U.S.A., INC., a corporation; PARKER-HANNIFIN CORPORATION, a corporation; J.T. THORPE & SON, INC., a corporation; FOSTER WHEELER ENERGY CORPORATION, a corporation; THOMAS DEE ENGINEERING COMPANY, a corporation; CLEAVER-BROOKS, INC., a corporation; RILEY STOKER CORPORATION, a corporation; DOE ONE, a corporation; DOE TWO, a corporation; DOE THREE, a corporation; DOE FOUR, a corporation; DOE FIVE, a corporation; BLACK & WHITE COMPANY, a co-partnership; DOE SIX and DOE SEVEN, partners Associated in business under the common name and style of BLACK & WHITE COMPANY; DOE EIGHT through DOE ONE HUNDRED,<br>     Defendants. | (ASBESTOS)<br><br>United States District Court<br>Northern District of California<br>Case No. 3:13-cv-3548 MEJ<br><br>DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION |

**TO THE CLERK OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION:**

  1.  On July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordination pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions,"

BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

DEFENDANT FOSTER WHEELERENERGY CORPORATION'S
NOTICE OF POTENTIAL TAG-ALONG ACTION

or actions involving common questions of fact filed after the January 17, 1991, filing of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party of counsel in actions previously transferred under section 1407 or under consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is aslo named or in which that counsel appears.

2. The undersigned notifies the court that the state court action that has now been removed to federal court (a copy of the original state court complaint is provided herewith as an attachment to this filing) is a potential "tag-along action" which is subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a), or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

3. For the Court's information, the defendants denominated as the "BLACK & WHITE COMPANY, a co-partnership," and "DOE SIX and DOE SEVEN, partners Associated in business under the common name and style of BLACK & WHITE COMPANY," are fictitious defendants, and were included in the caption by Plaintiff to represent presently-unknown defendants who may be identified in the future.

Defendant FOSTER WHEELER ENERGY CORPORATION ("Foster Wheeler") is providing written notice of this Notice of Potential Tag-Along Action to all adverse parties. Foster Wheeler reserves the right to amend or supplement this Notice of Potential Tag-Along Action.

Dated: August 6, 2013

By: BRYDON HUGO & PARKER
/s/ Thomas J. Moses
Edward R. Hugo [Bar No. 124839]
Charles S. Park [Bar No. 161430]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

BRYDON HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2

DEFENDANT FOSTER WHEELERENERGY CORPORATION'S
NOTICE OF POTENTIAL TAG-ALONG ACTION