UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>This Documents Relates To: | MDL 875 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHAN, as successor-in-interest to William Chan,<br><br>        Plaintiff,<br>vs.<br><br>OWENS-ILLINOIS, INC., a corporation; ASBESTOS CORPORATION, LTD., a corporation; CROWN CORK AND SEAL COMPANY U.S.A., INC., a corporation; PARKER-HANNIFIN CORPORATION, a corporation; J.T. THORPE & SON, INC., a corporation; FOSTER WHEELER ENERGY CORPORATION, a corporation; THOMAS DEE ENGINEERING COMPANY, a corporation; CLEAVER-BROOKS, INC., a corporation; RILEY STOKER CORPORATION, a corporation; DOE ONE, a corporation; DOE TWO, a corporation; DOE THREE, a corporation; DOE FOUR, a corporation; DOE FIVE, a corporation; BLACK & WHITE COMPANY, a co-partnership; DOE SIX and DOE SEVEN, partners Associated in business under the common name and style of BLACK & WHITE COMPANY; DOE EIGHT through DOE ONE HUNDRED,<br><br>        Defendants. | (ASBESTOS)<br><br>District Court of California<br>Northern District of California<br>Case No.  CV-13-3548 MEJ<br><br>SCHEDULE OF ACTIONS |

**SCHEDULE OF ACTIONS**

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. § 1442,

filed in the Northern District of California, and its Notice of Potential Tag-Along Action

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

1

SCHEDULE OF ACTIONS

filed herewith in this Court, Defendant FOSTER WHEELER ENERGY CORPORATION ("Foster Wheeler") hereby provides notice that Foster Wheeler has no related action currently pending before the Judicial Panel of Multidistrict Litigation:

| | |
|---|---|
| Dated: August 6, 2013 | BRYDON HUGO & PARKER |
| | By: /s/ Thomas J. Moses |

Edward R. Hugo [Bar No. 124839]
Charles S. Park [Bar No. 161430]
Thomas J. Moses [Bar No. 116002]
BRYDON HUGO & PARKER
135 Main Street, 20th Floor
San Francisco, CA 94105
Telephone:  (415) 808-0300
Facsimile:  (415) 808-0333
Email: service@bhplaw.com

Attorneys for Defendant
FOSTER WHEELER ENERGY CORPORATION

BRYDON
HUGO & PARKER
135 MAIN STREET
20TH FLOOR
San Francisco, CA 94105

2
SCHEDULE OF ACTIONS