UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION<br><br>NO. VI<br><br>This Documents Relates To: | MDL 875 |
|---|---|

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GEORGE CHAN, as successor-in-interest to William Chan,<br><br>               Plaintiff,<br>vs.<br><br>OWENS-ILLINOIS, INC., a corporation; ASBESTOS CORPORATION, LTD., a corporation; CROWN CORK AND SEAL COMPANY U.S.A., INC., a corporation; PARKER-HANNIFIN CORPORATION, a corporation; J.T. THORPE & SON, INC., a corporation; FOSTER WHEELER ENERGY CORPORATION, a corporation; THOMAS DEE ENGINEERING COMPANY, a corporation; CLEAVER-BROOKS, INC., a corporation; RILEY STOKER CORPORATION, a corporation; DOE ONE, a corporation; DOE TWO, a corporation; DOE THREE, a corporation; DOE FOUR, a corporation; DOE FIVE, a corporation; BLACK & WHITE COMPANY, a co-partnership; DOE SIX and DOE SEVEN, partners Associated in business under the common name and style of BLACK & WHITE COMPANY; DOE EIGHT through DOE ONE HUNDRED,<br><br>               Defendants. | (ASBESTOS)<br><br>United States District Court<br>Northern District of California<br>Case No. 3:13-cv-3548 MEJ<br><br>CERTIFICATE OF SERVICE |

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is service@bhplaw.com and my business address is 135 Main Street, 20th Floor, San Francisco, California 94105. On the date below, I served the following:

DEFENDANT FOSTER WHEELER ENERGY CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION

SCHEDULE OF ACTIONS

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA CIVIL DOCKET REPORT

on the following:

LAW OFFICE OF BRUCE L. AHNFELDT  
1005 Jefferson Street  
Post Office Box 6078  
Napa, CA 94559  
Fax: (707) 224-2518

Via U.S. Mail to Attached Service List

    X  By placing the document(s) listed above in a sealed envelope and placing the envelope for collection and mailing on the date below following the firm's ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on the same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. (**Attached Service List**)

I declare under penalty of perjury that the above is true and correct. Executed on August 6, 2013, at San Francisco, California.

*Wanda D. Claudio*  
Wanda D. Claudio

Edward R. Hugo [Bar No. 124839]  
Charles S. Park [Bar No. 161430]  
Thomas J. Moses [Bar No. 116002]  
BRYDON HUGO & PARKER  
135 Main Street, 20th Floor  
San Francisco, CA 94105  
Telephone: (415) 808-0300  
Facsimile: (415) 808-0333  
Email: service@bhplaw.com

Attorneys for Defendant  
FOSTER WHEELER ENERGY CORPORATION

BRYDON  
HUGO & PARKER  
135 MAIN STREET  
20TH FLOOR  
San Francisco, CA 94105

2  
CERTIFICATE OF SERVICE

## MAILING LIST
### George Chan et al. v. Owens-Illinois, Inc., et al.
### Napa Superior Court Case Number 26-60861

| **Defendant** | **Coordinating Counsel for Defense** |
|---|---|
| __ Coordinating Defense Counsel | BERRY & BERRY<br>P. O. Box 16070<br>Oakland, CA 94610<br>(510) 250-0200; F: (510) 835-5117 |
| __ Asbestos Corporation, Ltd. | WILSON ELSER MOSKOWITZ ET AL<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105<br>(415) 433-0990; F: (415) 434-1370 |
| __ Crown Cork and Seal Company, U.S.A., Inc. | ARMSTRONG & ASSOCIATES LLP<br>One Kaiser Plaza, Suite 625<br>Oakland, CA 94612<br>(510) 433-1830; F: (510) 433-1836 |
| __ J. T. Thorpe & Son, Inc. | BASSI, EDLIN, HUIE & BLUM LLP<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>(415) 397-9006; F: (415) 397-1339 |
| __ Owens-Illinois, Inc. | SCHIFF HARDIN LLP<br>1 Market Plaza<br>Spear Street, Tower 32nd Fl<br>San Francisco, CA 94105<br>(415) 901-8700; F: (415) 901-8701 |
| __ Thomas Dee Engineering Company | WALSWORTH, FRANKLIN, BEVINS & MCCALL LLP<br>601 Montgomery Street, 9th Fl.<br>San Francisco, CA 94111-2612<br>(415) 781-7072; F: (415) 391-6258 |
| __ Parker Hannifin Corporation | PETER NOVA<br>P.O. BOX 1328<br>Sonoma, CA 95476<br>(707) 938-9610 |

| | |
|---|---|
| _ Riley Stoker Corporation | Foley & Mansfield, PLLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA 94612<br>(510) 590-9500; (F) (510) 590-9595 |
| __ Cleaver-Brooks, Inc. | FOLEY & MANSFIELD, PLLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA 94612<br>(510) 590-9500; (F) 510-590-9595 |
| _ Black & White Company | For the Court's information, the defendants denominated as the "BLACK & WHITE COMPANY, a co-partnership," and "DOE SIX and DOE SEVEN, partners Associated in business under the common name and style of BLACK & WHITE COMPANY," are fictitious defendants, and were included in the caption by Plaintiff to represent presently-unknown defendants who may be identified in the future. |