# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 08/09/13

District Court: S.D. Mississippi

Number of Actions: 3

Complaints and Docket Sheets are attached.

*Clerk of the Panel*