# DESROCHERS LAW OFFICES, LLC

2800 East Enterprise Avenue
Appleton, WI  54913
(920) 560-4532 Phone
(920) 560-4501 FAX

---

August 13, 2013

Jeffery N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20544-0005

      Re:    MDL 875: In re Asbestos Product Liability Litigation (No. VI)
              Notice of Potential Tag-Along Action

Dear Mr. Lüthi:

      Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant General Electric Company, by its attorneys, hereby notifies the Panel of a potential tag-along action to MDL-875.

      Enclosed is a copy of the docket sheet and complaint for the case *Harvey Helms, Individually and as the special administrator for the purposes of this lawsuit on behalf of Mabel Karl v. 3M Company, et al.*

      While the Panel recently terminated the transfer of most new tag-along actions to MDL875, *see* MDL 875 D.E. 8315, this case falls within an exception to that Order because it was filed in the Seventh Circuit by the Cascino Vaughan Law Offices, Ltd. *See* MDL 875 D.E. 8315 at Appendix A # 2.  We understand Magistrate Judge Strawbridge of the Eastern District of Pennsylvania is handling the mediation and settlement of the asbestos cases brought by the Cascino Vaughan firm.  *See* http://www.paed.uscourts.gov/mdl875r.asp.

      Please do not hesitate to contact me should you have any questions about the above.

                          Very truly yours,

                          *s/ Mark S. DesRochers*
                          Mark S. DesRochers

Cc: Counsel of Record (w/o enclosures, by U.S. Mail)

49224648_1.DOCX