BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL-875

| | |
|---|---|
| Harvey Helms, Individually and as the special administrator for the purposes of this lawsuit on behalf of Mabel Karl,<br><br>Plaintiff,<br><br>v.<br><br>3M Company, *et al.*,<br><br>Defendants. | Case No. 3:13-cv-429 |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that Mark S. DesRochers of the law firm of DesRochers Law Offices, LLC, counsel for the Defendant, Weyerhaeuser Company, in the above-entitled action, hereby certifies that on August 13 , 2013,  I electronically filed the foregoing letter to Jeffery N. Lüthi, Clerk of the Panel, Judicial Panel on Multidistrict Litigation, with attachments (Docket Report and Complaint in the above captioned case) with the Clerk of this Court using the CM/ECF system, and have served all counsel of record in this matter with copies of the same, via regular mail addressed to the following:

        Plaintiff
        c/o Michael P. Cascino
        CASCINO VAUGHAN LAW OFFICES, LTD.
        220 South Ashland Avenue
        Chicago, Illinois 60647

        Owens-Illinois Inc.
        c/o Brian O'Connor
        Edward M. Casmere
        Matthew John Fischer
        Schiff Hardin LLP
        233 South Wacker Drive
        Chicago, IL 60606

3M Company
c/o Edward J. McCambridge
Emily Zapotocny
Segal, McCambridge, Singer & Mahoney Ltd.
Sears Tower
233 S. Wacker Drive, Ste. 5500
Chicago, IL 60606

CBS Corporation
c/o Roshan Nicholas Rajkumar
Bowman and Brooke, LLP
150 South 5th Street, Suite 3000
Minneapolis, MN 55402

Metropolitan Life Insurance Company
c/o William P. Croke
Von Briesen & Roper, S.C.
411 E. Wisconsins Avenue, #700
Milwaukee, WI 53201-3262


/s/ Mark S. DesRochers

Dated:  August 13, 2013.

WEYERHAEUSER COMPANY
By counsel


/s/ Mark S. DesRochers
Mark S. DesRochers (WI Bar No. 1001259 )
DesRochers Law Offices, LLC
2800 East Enterprise Avenue
Appleton, Wisconsin 54913
Phone: (920) 560-4532
Fax: (920) 560-4501
Email: markdesrochers1@gmail.com
*Counsel for Defendant Weyerhaeuser Company*