BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MDL-875

| | |
|---|---|
| Brian Heckel, Individually and as the special administrator for the purposes of this lawsuit on behalf of Sharon Heckel, )<br><br>Plaintiff, )<br><br>v. )<br><br>3M Company, *et al.*, )<br><br>Defendants. ) | Case No. 3:13-cv-459 |

## AMENDED CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that Mark S. DesRochers of the law firm of DesRochers Law Offices, LLC, counsel for the Defendant, Weyerhaeuser Company, in the above-entitled action, hereby certifies that on August 13, 2013, I electronically filed the foregoing letter to Jeffery N. Lüthi, Clerk of the Panel, Judicial Panel on Multidistrict Litigation, with attachments (Docket Report and Complaint in the above captioned case) with the Clerk of this Court using the CM/ECF system, served all counsel of record in this matter with copies of the same, via regular mail addressed below, and I further certify that on August 14, 2013, I served the two parties listed below for whom counsel has not yet appeared, via regular mail, also at the addresses listed below:

       Plaintiff
       c/o Michael P. Cascino
       CASCINO VAUGHAN LAW OFFICES, LTD.
       220 South Ashland Avenue
       Chicago, Illinois 60647

       Owens-Illinois Inc.
       c/o Brian O'Connor
       Edward M. Casmere
       Matthew John Fischer
       Schiff Hardin LLP
       233 South Wacker Drive
       Chicago, IL 60606

    3M Company
    c/o Edward J. McCambridge
    Emily Zapotocny
    Segal, McCambridge, Singer & Mahoney Ltd.
    Sears Tower
    233 S. Wacker Drive, Ste. 5500
    Chicago, IL 60606

    CBS Corporation
    c/o Roshan Nicholas Rajkumar
    Bowman and Brooke, LLP
    150 South 5th Street, Suite 3000
    Minneapolis, MN 55402

    Metropolitan Life Insurance Company
    c/o William P. Croke
    Von Briesen & Roper, S.C.
    411 E. Wisconsins Avenue, #700
    Milwaukee, WI 53201-3262

    General Electric Company
    3135 Easton Turnpike
    Fairfield, CT 06828

    The Attorney General for the State of Wisconsin
    Wisconsin Department of Justice
    P.O. Box 7857
    Madison, WI 53707-7857


                                                    /s/ Mark S. DesRochers

Dated: August 14, 2013.

                                                    WEYERHAEUSER COMPANY
                                                    By counsel


/s/ Mark S. DesRochers
Mark S. DesRochers (WI Bar No. 1001259)
DesRochers Law Offices, LLC
2800 East Enterprise Avenue
Appleton, Wisconsin 54913
Phone: (920) 560-4532
Fax: (920) 560-4501
Email: markdesrochers1@gmail.com
*Counsel for Defendant Weyerhaeuser Company*