BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION
MDL-875

| | |
|---|---|
| Brian Heckel, Individually and as the special administrator for the purposes of this lawsuit on behalf of Sharon Heckel, ) ) ) ) Plaintiff, ) ) v. ) ) 3M Company, *et al.*, ) ) Defendants. ) ) | Case No. 3:13-cv-459 |

## ERRATA

The undersigned files this Erratta to correct the fact that the attached Notice of Potential Tag Along was inadvertently omitted from the original filing of Notice of Potential Tag Along in the above captioned matter on August 13, 2013.

      Respectfully submitted,

      WEYERHAEUSER COMPANY

      By counsel

 /s/ Mark S. DesRochers_____
Mark S. DesRochers (WI Bar No. 1001259)
DesRochers Law Offices, LLC
2800 East Enterprise Avenue
Appleton, Wisconsin 54913
Phone: (920) 560-4532
Fax: (920) 560-4501
Email: mark@desrocherslaw.com
*Counsel for Defendant Weyerhaeuser Company*