# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### SOUTHERN DISTRICT OF MISSISSIPPI
Jackson,  Mississippi

August 16, 2013

J. T. Noblin
CLERK

245 E. Capitol St., Suite 316
Jackson, MS  39201

_Mailing Address:_
  P. O. Box 23552
  Jackson, MS  39225-3552

TELEPHONE
(601) 965-4440

*DIVISIONS*
  SOUTHERN at Gulfport
  2012 15th Street, Suite 403
  Zip 39501

  HATTIESBURG at Hattiesburg
  701 Main St., Suite 200 Zip 39401

  JACKSON at Jackson (601) 965-4439
  245 E. Capitol, Suite 316
  Zip 39201

  EASTERN & WESTERN at Jackson
  245 E. Capitol, Suite 316
  Zip 39201

Mr. Jeffery N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, N. E.  #G-255
Washington, DC   20002-8000

Re:    *Jeromy Faggard, et al. v. Phillips 66 Company, et al.*
       Civil Action No. 2:13cv161 WJG-RHW

Dear Mr. Luthi:

It has come to the attention of the clerk's office that the captioned litigation may involve issues related to Asbestos Products Liability Litigation.  If so, this litigation may be subject to the jurisdiction of the Multidistrict Litigation Panel, MDL Panel 875 (No. VI).

According to the directive of your office, we enclose a copy of the docket sheet, as well as a copy of the complaint and/or notice of removal which has been filed in this cause. Attorneys for the parties of this action are being notified by NEF.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

J. T. Noblin, Clerk

By: *D. McDonald*
    D. McDonald, Deputy Clerk