**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson,  Mississippi

August 15, 2013

J. T. Noblin
CLERK

245 E. Capitol St., Suite 316
Jackson, MS  39201

*Mailing Address:*
    P. O. Box 23552
    Jackson, MS  39225-3552

TELEPHONE
(601) 965-4440

*DIVISIONS*
    SOUTHERN at Gulfport
    2012 15th Street, Suite 403
    Zip 39501

    HATTIESBURG at Hattiesburg
    701 Main St., Suite 200 Zip 39401

    JACKSON at Jackson (601) 965-4439
    245 E. Capitol, Suite 316
    Zip 39201

    EASTERN & WESTERN at Jackson
    245 E. Capitol, Suite 316
    Zip 39201

Mr. Jeffery N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, N. E.  #G-255
Washington, DC   20002-8000

Re:   *Michael Flynn v. Phillips 66 Company, et al.*
      Civil Action No. 2:13cv160 WJG-RHW

Dear Mr. Luthi:

It has come to the attention of the clerk's office that the captioned litigation may involve issues related to Asbestos Products Liability Litigation.  If so, this litigation may be subject to the jurisdiction of the Multidistrict Litigation Panel, MDL Panel 875.

According to the directive of your office, we enclose a copy of the docket sheet, as well as a copy of the complaint and/or notice of removal which has been filed in this cause. Attorneys for the parties of this action are being notified by NEF.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

J. T. Noblin, Clerk

By: *D. McDonald*
    D. McDonald, Deputy Clerk