## UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 08/16/2013**

**District Court: E.D. Wisconsin**

**Number of Actions: 2**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL