**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
BEFORE THE JUDICIAL COUNCIL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.) | Consolidated Under MDL DOCKET NO. 875 |
| LINDY DAWN GUENTHER, individually and as successor in interest to GEORGE BOLTON, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>Defendants. | EDPA Civil Action No. 12-CV-60128<br><br>*Transferor District Court*: Northern District of California Civil Action No. CA-N 12-00723<br><br>**FILED**<br>JUL 17 2013<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

ORDER GRANTING (1) LEAVE TO FILE AND SERVE A FIRST AMENDED COMPLAINT; AND (2) TO APPOINT LINDY DAWN GUENTHER AS SUCCESSOR IN INTEREST TO DECEDENT GEORGE BOLTON

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff's Motion for 1) Leave to file and serve a first amended complaint and 2) To appoint Lindy Dawn Guenther as Successor in Interest to Decedent George Bolton having been granted on _July 16_, 2013, the Court makes the following orders:

1

---

{PROPOSED} ORDER GRANTING (1) LEAVE TO FILE AND SERVE A FIRST AMENDED COMPLAINT; AND (2) TO APPOINT KAREN DUNN AS SUCCESSOR IN INTEREST TO DECEDENT MARTIN DUNN
*Lindy Dawn Guenther v. Air & Liquid Systems Corp., et al. (EDPA Civil Action No.)*

1. Plaintiff's motion for an Order Granting Leave to File and Serve a First Amended Complaint in the above-entitled action is hereby GRANTED.

2. GEORGE BOLTON'S causes of action against Defendants shall be continued by his successor-in-interest, LINDY DAWN GUENTHER.

IT IS SO ORDERED.

DATED: 7/16/2013

_____
Presiding Judge Eduardo C. Robreno

2

{PROPOSED} ORDER GRANTING (1) LEAVE TO FILE AND SERVE A FIRST AMENDED COMPLAINT; AND (2) TO APPOINT KAREN DUNN AS SUCCESSOR IN INTEREST TO DECEDENT MARTIN DUNN
Lindy Dawn Guenther v. Air & Liquid Systems Corp., et al. (EDPA Civil Action No.)

Exhibit B, Page 000008