BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : : : | MDL NO. 875 |

## CERTIFICATION OF SERVICE

I hereby certify that I have, on this 21st day of August, 2013, caused to be served a copy of Electric Boat Corporation's Corporate Disclosure Statement and Erik C. DiMarco's Notice of Appearance as counsel for Defendant Electric Boat Corporation and this Certification of Service to plaintiff's counsel as noted on the below service list via email and/or regular mail and on the 21st day of August, 2013.

Dated: August 21, 2013

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**

By:_____/s/_____
Erik C. DiMarco, Esq. (ct 19417)
150 East 42nd St
New York, NY 10017
Tel.: 212-915-5126
Fax: 212-490-3038
Erik.DiMarco@wilsonelser.com
Attorney for Defendant
Electric Boat Corporation
Our File No.: 07411.00092

5691629v.1

## ATTORNEY SERVICE LIST

| | |
|---|---|
| Christopher Meisenkothen, Esq.<br>Early, Lucarelli, Sweeney & Meisenkothen<br>265 Church Street, 11th Floor<br>One Century Tower<br>New Haven, CT 06508 | Plaintiffs |

5691629v.1