BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : MDL NO. 875 |

## CERTIFICATION OF SERVICE

I hereby certify that on August 22, 2013, a copy of the forgoing **REPLY BRIEF IN SUPPORT OF ELECTRIC BOAT CORPORATION'S MOTION TO TRANSFER** and this Certificate of Service was served via Electronic Case Filing (ECF) provided by the Judicial Panel on Multidistrict Litigation and shall be available for viewing and downloading from the ECF system by all counsel of record and to those registered to receive a Notice of Electronic Filing for this case.

Dated: August 22, 2013

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By:_____/s/_____
Erik C. DiMarco, Esq.
150 E. 42nd Street
New York, New York
Tel.: 212-915-2126
Fax: 212-490-3038
erik.dimarco@wilsonelser.com
Attorneys for Defendant
Electric Boat Corporation
Our File No.: 07411.00092