UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Payne v. A.W. Chesterton Company, et al., ) | |
|     E.D. Pennsylvania, C.A. No. 2:11-67704 ) | MDL No. 875 |
|     (S.D. Illionis, C.A. No. 3:11-00820) ) | |

### ORDER REVOKING CONDITIONAL REMAND ORDER

A conditional remand order was filed in this matter (*Payne*) on August 21, 2013, pursuant to a suggestion of remand issued by the Honorable Eduardo C. Robreno, the transferee judge. The Panel has now been informed that the transferee judge has issued a revised suggestion of remand.

IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on August 23, 2013, is REVOKED. A second conditional remand order will issue shortly.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel