## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111.

On the date set forth below, I served a copy of the foregoing document(s) described as:

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS AIR & LIQUID SYSTEMS CORPORATION SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.; AND BURNHAM CORPORATION**

[X]  by electronically serving the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 3, 2013, at San Francisco, California.

*/s/ Eileen Spiers*
Eileen Spiers