BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) <br><br> THIS DOCUMENT RELATES TO: | ) Consolidated under MDL DOCKET <br> ) NO. 875 <br> ) <br> ) <br> ) |
| GEORGE BOLTON, an individual, and KAREN BOLTON, an individual, <br><br> Plaintiffs, <br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, et al., <br><br> Defendants. | ) EDPA Civil Action No. 12-cv-60128 <br> ) <br> ) <br> ) DEFENDANT BURNHAM <br> ) CORPORATION'S DISCLOSURE AND <br> ) CERTIFICATION OF INTERESTED <br> ) PARTIES <br> ) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Burnham Corporation, hereby states the following:

1. Burnham Holdings, Inc. is the parent company of Burnham Corporation.

2. No person or publicity held corporation owns 10% of more of the outstanding shares of Burnham Holdings, Inc.'s stock.

3. Burnham Corporation's insurance carrier is Utica National Insurance Company.

16777864v.1

1

Dated: September 3, 2013						GORDON & REES LLP

									By: /s/ Glen R. Powell
										GLEN R. POWELL
										Attorneys for Defendant
									BURNHAM CORPORATION