BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Consolidated under MDL DOCKET NO. 875 |
| THIS DOCUMENT RELATES TO: | |
| GEORGE BOLTON, an individual, and KAREN BOLTON, an individual, | EDPA Civil Action No. 12-cv-60128 |
| Plaintiffs, | **Accompanying Documents** |
| v. | 1. Opposition to Conditional Remand Order. |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | |
| Defendants. | |

**DECLARATION OF GLEN R. POWELL IN SUPPORT OF MOTION OF DEFENDANT AIR & LIQUID SYSTEMS CORP., SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC. and BURNHAM CORPORATION, TO VACATE CONDITIONAL REMAND ORDER**

I, Glen R. Powell, hereby declare that:

1. I am an attorney at law, a member in good standing of the State Bar of California. I am duly admitted to practice before all the courts of the State of California and the U.S. District Court for the Northern District in California. I practice with Gordon & Rees LLP, attorneys of record for defendant Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc. ("Buffalo") and Burnham Corporation ("Burnham") in this action, and am one of the attorneys

16619980v.1

responsible for this representation. In that capacity I have personal knowledge regarding filings in and matters related to this case and all the matters contained in this declaration. I make this declaration in support of Buffalo and Burnham's Motion to Vacate the Judicial Panel on Multidistrict Litigation Conditional Remand Order.

2. A true and correct copy of Plaintiff's Notice of Motion and Motion For Remand, is attached hereto as Exhibit A.

3. A true and correct copy of Order of Court Granting Plaintiffs' Motion For Leave to File a First Amended Complaint, date July 17, 2013, is attached as Exhibit B.

4. A true and correct copy of plaintiffs' First Amended Complaint filed on August 27, 2013 is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of September, 2013 at San Francisco, California.

/s/ Glen R. Powell
Glen R. Powell