# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
BEFORE THE JUDICIAL COUNCIL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.) | Consolidated Under MDL DOCKET NO. 875 |
| LINDY DAWN GUENTHER, individually and as successor in interest to GEORGE BOLTON, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | EDPA Civil Action No. 12-CV-60128<br><br>*Transferor District Court*: Northern District of California Civil Action No. CA-N 12-00723 |

### PLAINTIFF'S NOTICE OF MOTION FOR SUGGESTION OF REMAND

LINDY DAWN GUENTHER, Individually and as Successor-in-Interest to GEORGE BOLTON, deceased, ("Plaintiff), by and through her undersigned counsel, hereby submits this Motion for Suggestion of Remand. For the following reasons, Plaintiff respectfully requests this Court remand this case to the Northern District of California.

### I. PROCEDURAL HISTORY

This lawsuit was filed by Mr. George Bolton on November 23, 2011 in the Superior Court of the State of California for the County of Alameda. Mr. Bolton's

1

claims were based on his asbestos-related mesothelioma, which he was diagnosed with on or about July 14, 2011. *See* Exhibit A, Diagnosing Reports, dated July 21, 2011.

On or about February 14, 2012, Defendant Crane Co. filed a notice of removal pursuant to Title 28 U.S.C. §1442(a)(1) and 1446(a). This case was subsequently transferred to this Honorable Court, which set forth a discovery scheduling order. Plaintiff, George Bolton, died on April 18, 2013. On July 2, 2013, Plaintiff filed a Motion for Leave to file and serve a first amended complaint and to appoint Lindy Dawn Guenther as Successor in Interest to decedent George Bolton. To date, all discovery in this matter has been completed and all motions have been ruled upon by this Court.

## II. ARGUMENTS & AUTHORITIES

A. Remand is appropriate.

"The purpose of the MDL statute is to consolidate and coordinate pretrial proceedings in one court to avoid [. . . conflicting and duplicative pretrial demands on parties and witnesses in related cases." *In re Automotive Refinishing Paint*, 229 F.R.D. 482, 488 (E.D. Pa. 2005) (quoting *In Re Regents of Univ. of Cal.*, 964 F.2d 1128, 1131 (Fed. Cir. 1992)) (alterations in original)]. In the instant matter, all pretrial proceedings have been completed. Accordingly, the expertise and centralized handling offered by the MDL will no longer be required in this matter, as this case is ready for trial.

Pursuant to Administrative Order No. 18, Plaintiff states the following:

1. 12-00723
2. 12-CV-60128
3. Lindy Dawn Guenther, Individually and as Successor-in-Interest to George Bolton, deceased

4. Diagnosing Reports attached hereto as "Exhibit A"
5. Air & Liquid Systems Corporation, Burnham LLC, Crane Co, Georgia-Pacific LLC, Ingersoll-Rand Company, Kelly-Moore Paint Company, Inc. and Lennox Industries, Inc.
6. Plaintiff certifies that this Motion for Suggestion of Remand is being served on all counsel of record simultaneously with filing.
7.
    a. Yes, Plaintiff has complied with Administrative Order No. 12.
    b. Plaintiff, George Bolton, is deceased.
    c. No.
    d. Discovery has been completed.
    e. The parties have engaged in *ad hoc* settlement negotiations, but no formal settlement conference has been held.
    f. The only pending motion is: Plaintiff's Motion for Leave to file and serve a first amended complaint and to appoint Lindy Dawn Guenther as Successor in Interest to decedent George Bolton.
    g. Plaintiff is prepared for trial.
    h. Plaintiff is not qualified to speak on the level of congestion in the Northern District of California.

### III. CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion for Suggestion of Remand and remand this case to the Northern District of California.

Respectfully submitted,

VENUS BURNS
Attorneys for Plaintiff

3

PLAINTIFF'S MOTION FOR SUGGESTION OF REMAND

Exhibit A, Page 000003

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion for Suggestion of Remand was served on all counsel registered to receive a Notice of Electronic Filing by electronically serving the document via The United States District Court Electronic Case filing website; (CM/ECF notification system) for this case, on this 11th day of July, 2013.

_____
SHANNA M. CHUSTZ

4

PLAINTIFF'S MOTION FOR SUGGESTION OF REMAND

# EXHIBIT A



**Seton Medical Center**
1900 Sullivan Ave
Daly City, CA 94015

| BOLTON, GEORGE T | | MRN 52-99-98 | Gender MALE | DOB 11/20/1949 |
|---|---|---|---|---|
| Phone (650)302-8350 | SSN XXX-XX-6598 | Account # 00029873783 | Type INPATIENT | Admitted 07/13/2011 | Discharged 07/18/2011 |
| Admitting: LESLIE MORETTI | | | Attending: LESLIE MORETTI | | |

### Pathology Report

| Accession CPS11-2950 | Ordered By ALEXANDER YAP | Read By | Collection Date 7/14/2011 10:33:00 AM |
|---|---|---|---|

Tests Ordered

Surgical Pathology

General Comments

---

Surgical Pathology
Surgical Pathology                SEE BELOW                                     Resulted: 07/15/11 02:21 PM

```
Collection Date: 7/14/2011
Received Date:  7/14/2011
Result Date:    7/15/2011

PRE-OP DX: Left pleural effusion
SPECIMEN(s) Received:
1: LEFT LUNG BIOPSY
2: LEFT PLEURA BIOPSY

FINAL DIAGNOSIS
1.       Left lung biopsy:  Malignant mesothelioma, epithelial type.
2.   Left pleural biopsy:  Malignant mesothelioma, epithelial type.


ADDENDUM
Bronchial Washings:  Negative for malignancy.


Addendum Comment
An additional specimen part is received, consisting of 20 mls of clear
fluid (bronchial washings).  Cytospins are prepared and a cell block is
embedded as C.


DMJ:dmj  7/18/2011 ***Electronically Signed Out By Don M. Jacobs,
M.D.***




GROSS DESCRIPTION
#1, "Left lung biopsy", consists of two wedge shaped portions of lung,
the largest of which is about 4.5 x 1.0 x 0.4 cm. The lung parenchyma
shows multiple tan nodules up to about 0.6 cm. Representative sections
as A.
#2, "Left pleural biopsy", are two irregular fragments of soft
tan-pink, the largest of which is 1.5 x 1.3 x 0.4 cm. Entirely embedded
```

| BOLTON, GEORGE T | | 52-99-98 | CPS11-2950 | |
|---|---|---|---|---|
| Last Updated: 07/21/2011 10:56a PDT | | **FINAL REPORT** | | Page 1 of |

This document contains private and confidential health information protected by state and federal law.

Exhibit A, Page 000006