# EXHIBIT B

Case MDL No. 875 Document 9516-34 Filed 09/03/13 Page 2 of 3
Case 2:12-cv-60128-ER Document 154 Filed 07/02/13 Page 1 of 2
Case 2:12-cv-60128-ER Document 150-1 Filed 07/02/13 Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
BEFORE THE JUDICIAL COUNCIL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.) | Consolidated Under MDL DOCKET NO. 875 |
| LINDY DAWN GUENTHER, individually and as successor in interest to GEORGE BOLTON, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> AIR & LIQUID SYSTEMS CORPORATION, *et al.*, <br><br> Defendants. | EDPA Civil Action No. 12-CV-60128 <br><br> *Transferor District Court*: Northern District of California Civil Action No. CA-N 12-00723 |

**FILED**

**JUL 17 2013**

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER GRANTING (1) LEAVE TO FILE AND SERVE A FIRST AMENDED COMPLAINT; AND (2) TO APPOINT LINDY DAWN GUENTHER AS SUCCESSOR IN INTEREST TO DECEDENT GEORGE BOLTON**

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff's Motion for 1) Leave to file and serve a first amended complaint and 2) To appoint Lindy Dawn Guenther as Successor in Interest to Decedent George Bolton having been granted on _July 16_, 2013, the Court makes the following orders:

---

1

{PROPOSED} ORDER GRANTING (1) LEAVE TO FILE AND SERVE A FIRST AMENDED COMPLAINT; AND (2) TO APPOINT KAREN DUNN AS SUCCESSOR IN INTEREST TO DECEDENT MARTIN DUNN
*Lindy Dawn Guenther v. Air & Liquid Systems Corp., et al.* (EDPA Civil Action No.)

Exhibit B, Page 000007

1. Plaintiff's motion for an Order Granting Leave to File and Serve a First Amended Complaint in the above-entitled action is hereby GRANTED.

2. GEORGE BOLTON'S causes of action against Defendants shall be continued by his successor-in-interest, LINDY DAWN GUENTHER.

IT IS SO ORDERED.

DATED: 7/16/2013

_____
Presiding Judge Eduardo C. Robreno

{PROPOSED} ORDER GRANTING (1) LEAVE TO FILE AND SERVE A FIRST AMENDED COMPLAINT; AND (2) TO APPOINT KAREN DUNN AS SUCCESSOR IN INTEREST TO DECEDENT MARTIN DUNN
Lindy Dawn Guenther v. Air & Liquid Systems Corp., et al. (EDPA Civil Action No.)

Exhibit B, Page 000008