BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) MDL DOCKET NO. 875 |
| This Document Relates To: | ) ) ) |
| ROBERT KALIS | ) ) |
| Plaintiff, | ) CASE NO. 1:13-CV-5334 |
| v. | ) ) ) |
| A.W. CHESTERTON COMPANY, et al., | ) ) |
| Defendants. | ) |

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending before the federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under any section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along" action" which may be subject to transfer to the Eastern District of Pennsylvania.  The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a) or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Dated:  August 29, 2013

**FOLEY & MANSFIELD, P.L.L.P.**

By: /s/ Jacob D. Sawyer
Jacob D. Sawyer            #6281475
Joseph P. Rejano           #6294183
55 West Monroe Street, Suite 3430
Chicago, IL 60603
(312) 254-3800
(312) 254-3801 [FAX]
Attorneys for Defendant CBS Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.  I further certify that I caused a copy of the foregoing document to be served upon all other counsel of record, per the attached Service List, via U.S. Mail, postage prepaid, at their listed addresses on this 29th day of August, 2013.

/s/ Jacob D. Sawyer

**Attorneys for Plaintiff**
Michael Peter Cascino
Cascino Vaughn Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600

**A.W. Chesterton Company**
Mark Coad Sampson, Jr.
Segal McCambridge Singer & Mahoney
Willis Tower
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645-8440
Fax: (312) 645-7711

**Carrier Corporation**
Lyndon C. Molzahn
Perry C. Rocco
Molzahn Rocco Reed & Rouse LLC
20 North Clark Street, Suite 2300
Chicago, IL 60602
Phone: (312) 917-1880

**Cleaver Brooks**
Daniel R. Griffin
O'Connell Tivin Miller & Burns, LLC
135 South LaSalle Street
Suite 2300
Chicago, IL 60603
(312) 256-8800
Fax: (312) 256-8808

**Dana Holding Corporation**
Lance E. Mueller
Celba, LLC
225 East Maso Street, 5th Floor
Milwaukee, WI 53202
Phone: (414) 688-0785
Fax: (414) 220-4191

**General Electric Co.**
Jeffrey Michael Schieber
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
(312) 853-7925

**General Refractories Co.**
William D. Serritella
James Toohey
Jeffery G. Chrones
Kevin G. Owens
Jack Riley Jr.
Robert Spitkovsky
Mark D. Johnson
David A. Cyr
Angela M. Kotsalieff
Heidi K. Beach
H. Patrick Morris
David F. Fanning
Johnson & Bell, Ltd
33 West Monroe Street, Suite 2700
Chicago, IL 60603
Phone: (312) 372-0770
Fax: (312) 372-9818

**Owens-Illinois, Inc.**
Stephen M. Copenhaver, Esq.
Brian Watson, Esq.
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606

**Ingersoll-Rand Company; Trane U.S. Inc.**
Brian J. Huelsmann
Kelly M. Libbra
HeplerBroom LLC
130 North Main Street
Edwardsville, IL 62025-0510
Phone: (618) 656-0184
Fax: (618) 656-1364

**York International Corporation**
M. Ann Hatch
Herzog Crebs LLP
100 North Broadway – 14th Floor
St. Louis, MO 61302-2728
Phone: (314) 231-6700