BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)<br><br>THIS DOCUMENT RELATES TO: | ) Consolidated under MDL DOCKET<br>) NO. 875<br>)<br>) |

| | |
|---|---|
| GEORGE BOLTON, an individual, and KAREN BOLTON, an individual,<br><br>                 Plaintiffs,<br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>                 Defendants. | ) EDPA Civil Action No. 12-cv-60128<br>)<br>) <u>NOTICE OF WITHDRAWAL</u> OF<br>) DEFENDANTS AIR & LIQUID<br>) SYSTEMS CORP. (SUCCESSOR BY<br>) MERGER TO BUFFALO PUMPS,<br>) INC.) AND BURNHAM<br>) CORPORATION'S CORPORATE<br>) DISCLOSURE STATEMENTS<br>) ACCOMPANYING MOTION TO<br>) VACATE CONDITIONAL REMAND<br>) ORDER FOR CAN/4:12-CV-00723 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Defendants AIR & LIQUID SYSTEMS CORPORATION successor by merger to BUFFALO PUMPS, INC. ("BUFFALO") and BURNHAM CORPORATION ("BURNHAM"), hereby withdraw their Corporate Disclosure Statements associated with their Motion to Vacate the Conditional Remand Order.

Dated: September 5, 2013                  GORDON & REES LLP

                                              By: /s/ Glen R. Powell
                                                   MICHAEL J. PIETRYKOWSKI
                                                   JAMES G. SCADDEN
                                                   GLEN R. POWELL
                                                   Attorneys for Defendant
                                                   AIR & LIQUID SYSTEMS CORP., successor by merger to BUFFALO PUMPS, INC.; BURNHAM CORPORATION