BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)<br><br>THIS DOCUMENT RELATES TO: | ) Consolidated under MDL DOCKET<br>) NO. 875<br>)<br>) |

| | |
|---|---|
| GEORGE BOLTON, an individual, and KAREN BOLTON, an individual,<br><br>                    Plaintiffs,<br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>                    Defendants. | ) EDPA Civil Action No. 12-cv-60128<br>)<br>) <u>NOTICE OF WITHDRAWAL</u> OF<br>) MOTION OF DEFENDANTS AIR &<br>) LIQUID SYSTEMS CORP.<br>) (SUCCESSOR BY MERGER TO<br>) BUFFALO PUMPS, INC.) AND<br>) BURNHAM CORPORATION TO<br>) VACATE CONDITIONAL REMAND<br>) ORDER FOR CAN/4:12-CV-00723 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Defendants AIR & LIQUID SYSTEMS CORPORATION successor by merger to BUFFALO PUMPS, INC. ("BUFFALO") and BURNHAM CORPORATION ("BURNHAM"), hereby withdraw their Motion to Vacate the Conditional Remand Order, supporting documents and exhibits.

Dated: September 5, 2013                    GORDON & REES LLP

                                              By: <u>/s/ Glen R. Powell</u>
                                                  MICHAEL J. PIETRYKOWSKI
                                                  JAMES G. SCADDEN
                                                  GLEN R. POWELL
                                                  Attorneys for Defendant
                                                  AIR & LIQUID SYSTEMS CORP., successor by merger to BUFFALO PUMPS, INC.; BURNHAM CORPORATION