BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)<br><br>THIS DOCUMENT RELATES TO: | ) Consolidated under MDL DOCKET<br>) NO. 875<br>)<br>)<br>) |

| | |
|---|---|
| GEORGE BOLTON, an individual, and KAREN BOLTON, an individual,<br><br>                     Plaintiffs,<br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>                     Defendants. | ) EDPA Civil Action No. 12-cv-60128<br>)<br>)<br>) DEFENDANT AIR & LIQUID<br>) SYSTEMS CORPORATION<br>) SUCCESSOR BY MERGER TO<br>) BUFFALO PUMPS, INC.'S<br>) DISCLOSURE AND CERTIFICATION<br>) OF INTERESTED PARTIES<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to Federal Rule of Civil Procedure, Rule 7.1, the undersigned, counsel of record for non-governmental corporate party, Defendant AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    (1)    AIR & LIQUID SYSTEMS CORPORATION, successor by merger to BUFFALO PUMPS, INC. is a wholly-owned subsidiary of Ampco-Pittsburgh Corporation, a publicly-traded company.

2

(2) Utica National Insurance Group, Resolute Management Inc., Fireman's Fund, and Liberty Mutual also have a pecuniary interest in the subject matter in controversy or in a party to the proceeding.

Dated: September 3, 2013                    GORDON & REES LLP

By: /s/ Glen R. Powell
   GLEN R. POWELL
   Attorneys for Defendant
   AIR & LIQUID SYSTEMS
   CORPORATION, successor by merger to
   BUFFALO PUMPS, INC.