CERTIFICATE OF SERVICE

*George Bolton and Karen Bolton v. Air & Liquid Systems Corporation, et al.*
*MDL No. 875 – In Re: Asbestos Products Liability Litigation (No. VI)*
*EDPA Civil Action No. 12-cv-60128*

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is: Gordon & Rees LLP 275 Battery Street, Suite 2000, San Francisco, CA  94111.

On the date set forth below, I served a copy of the foregoing document(s) described as:

**DEFENDANT AIR & LIQUID SYSTEMS CORPORATION SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC.'S DISCLOSURE AND CERTIFICATION OF INTERESTED PARTIES**

☒ by electronically serving the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  September 5, 2013, at San Francisco, California.

Eileen Spiers