## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)** )<br>) | **Consolidated under MDL DOCKET NO. 875** |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | |

| | |
|---|---|
| GEORGE BOLTON, an individual, and KAREN BOLTON, an individual, )<br>) | **EDPA Civil Action No. 12-cv-60128** |
| ) | |
| Plaintiffs, ) | DEFENDANT BURNHAM |
| v. ) | CORPORATION'S DISCLOSURE AND |
| ) | CERTIFICATION OF INTERESTED |
| AIR & LIQUID SYSTEMS CORPORATION, et al., ) | PARTIES |
| ) | |
| Defendants. ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Burnham Corporation, hereby states the following:

1. Burnham Holdings, Inc. is the parent company of Burnham Corporation.

2. No person or publicity held corporation owns 10% of more of the outstanding shares of Burnham Holdings, Inc.'s stock.

3. Burnham Corporation's insurance carrier is Utica National Insurance Company.

16777864v.1

1

Dated: September 3, 2013

GORDON & REES LLP

By: /s/ Glen R. Powell
GLEN R. POWELL
Attorneys for Defendant
BURNHAM CORPORATION