BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)<br><br>THIS DOCUMENT RELATES TO: | ) Consolidated under MDL DOCKET<br>) NO. 875<br>)<br>) |

| | |
|---|---|
| GEORGE BOLTON, an individual, and<br>KAREN BOLTON, an individual,<br><br>　　　　　　　　　　　Plaintiffs,<br>　v.<br><br>AIR & LIQUID SYSTEMS<br>CORPORATION, et al.,<br><br>　　　　　　　　　　　Defendants. | ) EDPA Civil Action No. 12-cv-60128<br>)<br>) **NOTICE OF MOTION OF**<br>) **DEFENDANTS AIR & LIQUID**<br>) **SYSTEMS CORP. (SUCCESSOR BY**<br>) **MERGER TO BUFFALO PUMPS,**<br>) **INC.) AND BURNHAM**<br>) **CORPORATION TO VACATE**<br>) **CONDITIONAL REMAND ORDER**<br>) **FOR CAN/4:12-CV-00723** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Defendants AIR & LIQUID SYSTEMS CORPORATION successor by merger to BUFFALO PUMPS, INC. ("BUFFALO") and BURNHAM CORPORATION ("BURNHAM"), moves the Judicial Panel on MultiDistrict Litigation for an order to vacate the Conditional Remand Order issued in the above referenced case.

This motion is made on the grounds that discovery has not been completed in this case. The proposed Amended Complaint adds a new plaintiff with an individualized claim that has not been the subject of any discovery to date and Defendants have a right to conduct discovery on the new Plaintiff and her claims brought as an individual wrongful death plaintiff before this matter is remanded back to the local district court.

This motion is also based on Code of Civil Procedure sections (Cal. Code Civ.

16797209v.1

1

2

Proc. § 377.34, § 377.61.) The motion is also based on *In Re Regents of University of California* 964 F. 2d 1128, 1131 (Fed Cir. 1992) and other related authorities.

Further, this motion is based upon this Notice, the attached Memorandum of Points and Authorities, the attached Declaration of Glen R. Powell, all the pleadings and documents filed herein, and on such oral and documentary evidence as may be presented at any hearing on this motion.

Dated: September 5, 2013                GORDON & REES LLP

By: /s/ Glen R. Powell
MICHAEL J. PIETRYKOWSKI
JAMES G. SCADDEN
GLEN R. POWELL
Attorneys for Defendant
AIR & LIQUID SYSTEMS CORP., successor by merger to BUFFALO PUMPS, INC.; BURNHAM CORPORATION