# EXHIBIT B

Case 2:12-cv-60128-ER   Document 9523-4   Filed 09/05/13   Page 2 of 3
Case 2:12-cv-60128-ER   Document 154   Filed 07/05/13   Page 1 of 2
Case 2:12-cv-60128-ER   Document 150-1   Filed 07/02/13   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
BEFORE THE JUDICIAL COUNCIL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO.)

LINDY DAWN GUENTHER, individually
and as successor in interest to GEORGE
BOLTON, deceased,

                        Plaintiff,

        vs.

AIR & LIQUID SYSTEMS
CORPORATION, *et al.*,

        Defendants.

Consolidated Under
MDL DOCKET NO. 875

EDPA Civil Action No.
12-CV-60128

*Transferor District Court*:
Northern District of California
Civil Action No. CA-N 12-00723

**FILED**

JUL 1 7 2013

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**ORDER GRANTING (1) LEAVE TO FILE AND SERVE A
FIRST AMENDED COMPLAINT; AND (2) TO APPOINT LINDY DAWN
GUENTHER AS SUCCESSOR IN INTEREST TO DECEDENT GEORGE
BOLTON**

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF

RECORD:

        Plaintiff's Motion for 1) Leave to file and serve a first amended complaint and 2)

To appoint Lindy Dawn Guenther as Successor in Interest to Decedent George Bolton

having been granted on *July 16*, 2013, the Court makes the following

orders:

---

1

{PROPOSED} ORDER GRANTING (1) LEAVE TO FILE AND SERVE A FIRST AMENDED COMPLAINT;
*AND (2) TO APPOINT KAREN DUNN AS SUCCESSOR IN INTEREST TO DECEDENT MARTIN DUNN*
Lindy Dawn Guenther v. Air & Liquid Systems Corp., et al. (EDPA Civil Action No.)

Case MDL No. 875 Document 9523-4 Filed 09/05/13 Page 3 of 3
Case 2:12-cv-60128-ER Document 150-1 Filed 07/02/13 Page 2 of 2
Case 2:12-cv-60128-ER Document 150-1 Filed 07/02/13 Page 2 of 2

1.   Plaintiff's motion for an Order Granting Leave to File and Serve a First Amended Complaint in the above-entitled action is hereby GRANTED.

2.   GEORGE BOLTON'S causes of action against Defendants shall be continued by his successor-in-interest, LINDY DAWN GUENTHER.

IT IS SO ORDERED.

DATED: 7/16/2013

Presiding Judge Eduardo C. Robreno

{PROPOSED} ORDER GRANTING (1) LEAVE TO FILE AND SERVE A FIRST AMENDED COMPLAINT;
AND (2) TO APPOINT KAREN DUNN AS SUCCESSOR IN INTEREST TO DECEDENT MARTIN DUNN
Lindy Dawn Guenther v. Air & Liquid Systems Corp., et al. (EDPA Civil Action No.)

Exhibit B, Page 000008