Certificate of Service

I hereby certify that on September 18, 2013 a copy of foregoing Plaintiff's Notice of Appearance has been electronically filed. Notice of this filing will be sent by e-mail to all parties by plaintiff's counsel or by mail to anyone unable to accept electronic e-mail.

s/ Christopher Meisenkothen
Christopher Meisenkothen, Esq.
Federal Bar # ct20906
Early, Lucarelli, Sweeney & Meisenkothen, LLC
265 Church Street – 11th Floor
New Haven, Connecticut 06510
203-777-7799
203-785-1671 (fax)
cmeisenkothen@elslaw.com
Counsel for the Plaintiffs