**BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | MDL NO. 875 |
| LIABILTY LITIGATION | : | |
| | : | |
| PRENTICE, et al v. ELECTRIC BOAT | : | 3:13-cv-01050 WWE |

### MOTION FOR LEAVE TO FILE AN APPEARANCE

The plaintiff in the above captioned matter hereby request the Court for leave to file an Appearance, filed September 18, 2013. The plaintiff missed the deadline to file said Appearance, but has filed responsive pleadings.

s/ct20906
Christopher Meisenkothen, Esq.
Federal Bar # ct20906
Early, Lucarelli, Sweeney & Meisenkothen, LLC
265 Church Street – 11th Floor
New Haven, Connecticut 06510
203-777-7799
203-785-1671 (fax)
cmeisenkothen@elslaw.com
Counsel for the Plaintiffs

Certificate of Service

I hereby certify that on September 18, 2013 a copy of foregoing Plaintiff's Motion for Leave to File an Appearance has been electronically filed. Notice of this filing will be sent by e-mail to all parties by plaintiff's counsel or by mail to anyone unable to accept electronic e-mail.

                                        s/ Christopher Meisenkothen
                                        Christopher Meisenkothen, Esq.
                                        Federal Bar # ct20906
                                        Early, Lucarelli, Sweeney & Meisenkothen, LLC
                                        265 Church Street – 11th Floor
                                        New Haven, Connecticut 06510
                                        203-777-7799
                                        203-785-1671 (fax)
                                        cmeisenkothen@elslaw.com
                                        Counsel for the Plaintiffs