# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 10/01/2013

District Court: S.D. New York

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL