BEFORE THE JUDICIAL COUNCIL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.) _____ <br><br> LINDY DAWN GUENTHER, individually and as successor in interest to GEORGE BOLTON, deceased, <br><br>                                   Plaintiff, <br>        vs. <br><br> AIR & LIQUID SYSTEMS CORPORATION, *et al.*, <br><br>                                   Defendants. | Consolidated Under <br> MDL DOCKET NO. 875 <br><br> EDPA Civil Action No. <br> 12-CV-60128 <br><br> *Transferor District Court*: <br> Northern District of California <br> Civil Action No. CA-N 12-00723 |

## PLAINTIFF'S  MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS AIR & LIQUID  SYSTEMS AND BURNHAM'S MOTION TO VACATE CONDITIONAL REMAND ORDER FOR CAN.4:12-CV-00723

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that LINDY DAWN GUENTHER, Individually and as Successor-in-Interest to GEORGE BOLTON, deceased, ("Plaintiff), by and through her undersigned counsel, hereby moves the Judicial Panel on Multidistrict Litigation for an order for leave to file an opposition to Defendants Air & Liquid Systems Corp. and Burnham Corp.'s ("Defendants") Motion to Vacate Conditional Remand Order on the grounds that Plaintiff was unable to file a timely opposition due to not having registered for Judicial Panel Multidistrict Litigation ("JPML")

cases and only learned about the subject motion on October 7, 2013.

Good cause exists for allowing leave for Plaintiff to file an untimely opposition on the grounds of mistake and inadvertence in that Plaintiff's counsel was not aware of a separate registration requirement to receive filings, such as the present motion, under the JPML separate and apart from the notices Plaintiff had been receiving from the Case Management/Electronic Case Files ("CM/ECF") system.

On or about September 5, 2013, Defendants filed a Motion to Vacate Conditional Remand Order for CAN/4:12-CV-00723.  The deadline to oppose Defendant's Motion was September 24, 2013.  Plaintiffs were unable to file this Opposition by the deadline due to not having registered for Judicial Panel Multidistrict Litigation cases, upon mistake and inadvertence.

Upon learning that such an omission based on mistake and inadvertence had occurred, Plaintiff immediately registered to obtain a log-in and get access to the JPML case docket on October 8, 2013 and prepared their response which is being filed concurrently with this motion for leave.

Plaintiff respectfully requests that the Court grant this Motion for Leave to file an untimely opposition to Defendants' Motion to Vacate Conditional Remand Order.

DATED: September 25, 2013              Respectfully submitted,

                                       **WEITZ & LUXENBERG, P.C.**

                                       By: /s/ Venus Burns

                                       VENUS BURNS
                                       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I am a resident of the State of California. I am over the age of 18 years and am not a party to the within action. My business address is 1880 Century Park East, Suite 700, Los Angeles, California 90067.

On the date executed below, I served a copy of the foregoing document(s) described as:

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS AIR & LIQUID SYSTEMS AND BURNHAM'S MOTION TO VACATE CONDITIONAL REMAND ORDER FOR CAN.4:12-CV-00723**

Via the United States Judicial Panel on Multidistrict Litigation's Official Court Electronic Document Filing System on the recipients designated on the Notice of Electronic Filing or Other Activity generated by the Court's website.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 9, 2013 at Los Angeles, California.

_____
Razmine Sahakyan