# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. IV) | : | MDL DOCKET NO. 875 |
| | : | |
| GEORGE BOLTON | : | E.D. PA Civil Action No. |
| | : | 12-cv-60128 |
| v. | : | |
| | : | Transferor Court: |
| AIR & LIQUID SYSTEMS CORP., et al. | : | CA –N  12–00723 |

O R D E R

AND NOW, this 19th day of April, 2012, this matter having been referred to me for pretrial management, it is hereby **ORDERED** that:

(1) All fact-based discovery must be completed by July 19, 2012.   Based on the representation of Plaintiff's Counsel that Mr. Bolton's health is declining, the noticing and completion of his deposition should be given priority.

(2) Plaintiff's expert reports must be served by August 10, 2012.

(3) Defendant's expert reports must be served by September 10, 2012.

(4) Rebuttal expert reports must be served by October 1, 2012.

(5) Summary Judgment motions must be filed by October 29, 2012.

(6) Responses to summary judgment motions are due on November 29, 2012.

(7) Replies, if any, are due on December 20, 2012.

(8) During the course of completing discovery, the parties are expected to work together to move this case forward.   **No party may file any discovery motion without prior permission from my chambers.**   To the extent that there are discovery disputes arising before the close of discovery which Counsel cannot, in good faith, resolve without court intervention, Counsel are directed to submit a short email to my law clerk <Judy_Kiesel@paed.uscourts.gov> listing the areas of dispute, without any argument or statement of positions.   A telephone or in-person conference to discuss and resolve the dispute will be scheduled at my discretion.

(9) This Court does not take lightly requests for extensions of deadlines outlined in this scheduling order.   A request for extension of time will only be granted for "good cause" shown.   Additionally, the parties are reminded that, consistent with Local Rule 16(b)(4), no stipulation to extend deadlines is effective unless approved by the Court.

(10) A final pre-remand hearing, including oral argument on all opposed summary judgment motions, will be scheduled by the Honorable Eduardo C. Robreno in a separate order.


BY THE COURT:


 S/M. FAITH ANGELL
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE




By E-Mail to: the Honorable Eduardo C. Robreno

| | |
|---|---|
| Benno B. Ashrafi, Esq. | bashrafi@weitzlux.com |
| Cindy Saxey, Esq. | csaxey@weitzlux.com |
| Glen R. Powell, Esq. | gpowell@gordonrees.com |
| Michele C. Barnes, Esq. | michele.barnes@klgates.com |
| Michael J. Zukowski, Esq. | michael.zukowski@klgates.com |
| Gavin D. Whitis, Esq. | gwhitis@pondnorth.com |
| Diane T. Gorczyca, Esq. | dgorczyca@perkinscoie.com |
| Katherine P. Gardiner, Esq. | kgardiner@wfbm.com |
| Henry D. Rome, Esq. | hrome@hrmrlaw.com |
| Trina M. Clayton, Esq. | tclayton@hrmrlaw.com |
| Amy Jo Talarico, Esq. | atalarico@morganlewis.com |
| Kristina F. Almquist, Esq. | kalmquist@morganlewis.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. IV) | : | MDL DOCKET NO. 875 |
| | : | |
| GEORGE BOLTON | : | E.D. PA Civil Action No. |
| | : | 12-cv-60128 |
| v. | : | |
| | : | Transferor Court: |
| AIR & LIQUID SYSTEMS CORP., et al. | : | CA –N  12–00723 |

 O R D E R

AND NOW, this 19th day of July, 2012, upon consideration of the July 16, 2012 letter addressed to me from Counsel for Plaintiffs requesting that my most recent scheduling order entered in *Dunn v. Air & Liquid Systems,* 12-60126, also be entered in the above-captioned case, and after holding a conference call to permit Defendants to raise any objections to this request, it is hereby **ORDERED** that:

(1) As soon as possible and no later than July 26, 2012, Counsel shall enter into stipulations to use prior PMK deposition testimony and/or agree upon dates to take case specific PMK deposition testimony.

(2) To the extent that the parties cannot come to an agreement related to the use of prior PMK testimony and/or the scheduling of case specific PMK depositions, Counsel will be required to appear for a **hearing on July 26, 2012 at 10:30 a.m.** in Courtroom (Court of Appeals Courtroom), Robert N.C. Nix Building, **900 Market Street,** Philadelphia, PA 19107. Counsel who have been involved in the dispute must be present, and prepared to argue their respective positions and whether meet and confer obligations have been met.

(3) Counsel are to work together to complete all remaining discovery on an expedited basis. To the extent that Counsel cannot, in good faith, resolve an issue without Court intervention, they are to promptly notify my chambers, via email to my law clerk at judy_kiesel@paed.uscourts.gov.   No discovery motions may be filed without prior permission from my chambers.

(4)   While discovery may continue beyond the July 19, 2012 deadline, all remaining deadlines as set forth in my April 19, 2012 scheduling order have not been changed.   It is my intent to keep this case on schedule to be ready for a final pre-remand hearing before Judge Robreno on February 26, 2013.

BY THE COURT:

 S/M. FAITH ANGELL_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

By E-Mail to:  the Honorable Eduardo C. Robreno

| | |
|---|---|
| Benno B. Ashrafi, Esq. | bashrafi@weitzlux.com |
| Cindy Saxey, Esq. | csaxey@weitzlux.com |
| Venus Burns, Esq. | vburns@weitzlux.com |
| Glen R. Powell, Esq. | gpowell@gordonrees.com |
| John F. Hughes, Esq. | jhughes@gordonrees.com |
| James P. Cunningham, Esq. | james.cunningham@tuckerellis.com |
| Michele C. Barnes, Esq. | michele.barnes@klgates.com |
| Michael J. Zukowski, Esq. | michael.zukowski@klgates.com |
| Gavin D. Whitis, Esq. | gwhitis@pondnorth.com |
| Daniel D. O'Shea, Esq. | doshea@perkinscoie.com |
| Henry D. Rome, Esq. | hrome@hrmrlaw.com |
| Trina M. Clayton, Esq. | tclayton@hrmrlaw.com |
| Julia A. Gowin, Esq. | jgowin@hptylaw.com |
| Andrea Casalett, Esq. | acasalett@mckennalong.com |
| Felicia Yi-Wen Feng, Esq. | ffeng@mckennalong.com |
| Lisa L. Oberg, Esq. | loberg@mckennalong.com |
| Jennifer Lee, Esq. | jelee@mckennalong.com |
| Anthony C. Chiosso, Esq. | achiosso@jjr-law.com |
| Amy Jo Talarico, Esq. | atalarico@morganlewis.com |
| Kristina F. Almquist, Esq. | kalmquist@morganlewis.com |
| Zac Baker, Esq. | zac.baker@klgates.com |