# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS : Consolidated Under MDL
LIABILITY LITIGATION (No. VI) : 875

VARIOUS PLAINTIFFS :

v. :

: Cases listed in Exhibit
: "A," attached
VARIOUS DEFENDANTS :

**FILED JUL -1 2013 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk**

## O R D E R

**AND NOW**, this **1st** day of **July, 2013**, it is hereby **ORDERED** that a Rule is **ISSUED** for Plaintiffs to show cause why the cases on Exhibit "A," attached, should not be dismissed or remanded to the transferor court.[1]

It is further **ORDERED** that Plaintiffs' counsel shall provide a written report to the Court by indicating whether each case falls into one (1) of four (4) categories:

(1) All viable defendants have been or can be dismissed, and the case can be dismissed to the **"bankruptcy only"** docket.

(2) The case has **settled** in its entirety, and will be dismissed and closed. A proposed order has been filed.

---

[1] The scheduling orders have run on these cases, or there has been no recent activity in the cases, and there are no pending motions.

1

    **(3)**    The case complies with the factors set forth in Administrative Order 18,[2] the case is ready to be **remanded** to the transferee court, and a motion for a suggestion of remand has been filed.

    **(4)**    The case will be voluntarily **dismissed**, and a proposed order has been filed.

A written report for each case must be emailed to the MDL 875 law clerk at michele_ventura@paed.uscourts.gov, **and filed on the docket**, no later than **Friday, July 12, 2013**.

It is further **ORDERED** that failure to provide a status update in a given case may result in the dismissal of the case for lack of prosecution.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.

---

[2] Administrative Order 18 is available at: http://www.paed.uscourts.gov/documents/MDL/MDL875/Administrative Order_18.pdf. Counsel are reminded to **include a list of remaining defendants** in their motion for a suggestion of remand if the case is to be remanded.

EXHIBIT A

| CASE NUMBER | CASE FLAG | CAPTION |
|---|---|---|
| 12-60128 | CA-N | BOLTON et al v. AIR & LIQUID SYSTEMS CORPORATION et al |
| 09-91897 | VA-E | STEVENS v. 3M BUSINESS PRODUCTS SALES, INC. et al |