# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
BEFORE THE JUDICIAL COUNCIL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.) | Consolidated Under MDL DOCKET NO. 875 |
| LINDY DAWN GUENTHER, individually and as successor in interest to GEORGE BOLTON, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, *et al.*,<br><br>Defendants. | EDPA Civil Action No. 12-CV-60128<br><br>*Transferor District Court*: Northern District of California Civil Action No. CA-N 12-00723 |

## PLAINTIFF'S NOTICE OF MOTION FOR SUGGESTION OF REMAND

LINDY DAWN GUENTHER, Individually and as Successor-in-Interest to GEORGE BOLTON, deceased, ("Plaintiff"), by and through her undersigned counsel, hereby submits this Motion for Suggestion of Remand. For the following reasons, Plaintiff respectfully requests this Court remand this case to the Northern District of California.

### I. PROCEDURAL HISTORY

This lawsuit was filed by Mr. George Bolton on November 23, 2011 in the Superior Court of the State of California for the County of Alameda. Mr. Bolton's

claims were based on his asbestos-related mesothelioma, which he was diagnosed with on or about July 14, 2011. *See* Exhibit A, Diagnosing Reports, dated July 21, 2011.

On or about February 14, 2012, Defendant Crane Co. filed a notice of removal pursuant to Title 28 U.S.C. §1442(a)(1) and 1446(a). This case was subsequently transferred to this Honorable Court, which set forth a discovery scheduling order. Plaintiff, George Bolton, died on April 18, 2013. On July 2, 2013, Plaintiff filed a Motion for Leave to file and serve a first amended complaint and to appoint Lindy Dawn Guenther as Successor in Interest to decedent George Bolton. To date, all discovery in this matter has been completed and all motions have been ruled upon by this Court.

## II. ARGUMENTS & AUTHORITIES

A.  Remand is appropriate.

"The purpose of the MDL statute is to consolidate and coordinate pretrial proceedings in one court to avoid [. . . conflicting and duplicative pretrial demands on parties and witnesses in related cases." *In re Automotive Refinishing Paint*, 229 F.R.D. 482, 488 (E.D. Pa. 2005) (quoting *In Re Regents of Univ. of Cal.*, 964 F.2d 1128, 1131 (Fed. Cir. 1992)) (alterations in original)]. In the instant matter, all pretrial proceedings have been completed. Accordingly, the expertise and centralized handling offered by the MDL will no longer be required in this matter, as this case is ready for trial.

Pursuant to Administrative Order No. 18, Plaintiff states the following:

1. 12-00723
2. 12-CV-60128
3. Lindy Dawn Guenther, Individually and as Successor-in-Interest to George Bolton, deceased

4. Diagnosing Reports attached hereto as "Exhibit A"
5. Air & Liquid Systems Corporation, Burnham LLC, Crane Co, Georgia-Pacific LLC, Ingersoll-Rand Company, Kelly-Moore Paint Company, Inc. and Lennox Industries, Inc.
6. Plaintiff certifies that this Motion for Suggestion of Remand is being served on all counsel of record simultaneously with filing.
7.
   a. Yes, Plaintiff has complied with Administrative Order No. 12.
   b. Plaintiff, George Bolton, is deceased.
   c. No.
   d. Discovery has been completed.
   e. The parties have engaged in *ad hoc* settlement negotiations, but no formal settlement conference has been held.
   f. The only pending motion is: Plaintiff's Motion for Leave to file and serve a first amended complaint and to appoint Lindy Dawn Guenther as Successor in Interest to decedent George Bolton.
   g. Plaintiff is prepared for trial.
   h. Plaintiff is not qualified to speak on the level of congestion in the Northern District of California.

### III. CONCLUSION

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion for Suggestion of Remand and remand this case to the Northern District of California.

Respectfully submitted,

VENUS BURNS
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion for Suggestion of Remand was served on all counsel registered to receive a Notice of Electronic Filing by electronically serving the document via The United States District Court Electronic Case filing website;

(CM/ECF notification system) for this case, on this 11th day of July, 2013.

_____
SHANNA M. CHUSTZ

# EXHIBIT A



Seton Medical Center
1900 Sullivan Ave
Daly City, CA 94015

**BOLTON, GEORGE T**  MRN: 52-99-98  Gender: MALE  DOB: 11/20/1949

| Phone | SSN | Account # | Type | Admitted | Discharged |
|---|---|---|---|---|---|
| (650)302-8350 | XXX-XX-6598 | 00029873783 | INPATIENT | 07/13/2011 | 07/18/2011 |

Admitting: LESLIE MORETTI        Attending: LESLIE MORETTI

### Pathology Report

| Accession | Ordered By | Read By | Collection Date |
|---|---|---|---|
| CPS11-2950 | ALEXANDER, VAP... | | 7/13/2011 10:43:00 AM |

Tests Ordered

Surgical Pathology

General Comments

Resulted: 07/15/11 02:21 PI

Surgical Pathology
Surgical Pathology              SEE BELOW

Collection Date: 7/14/2011
Received Date: 7/14/2011
Result Date: 7/15/2011

PRE-OP DX: Left pleural effusion
SPECIMEN(s) Received:
1: LEFT LUNG BIOPSY
2: LEFT PLEURA BIOPSY

FINAL DIAGNOSIS
1.     Left lung biopsy: Malignant mesothelioma, epithelial type.
2.     Left pleural biopsy: Malignant mesothelioma, epithelial type.

ADDENDUM
Bronchial Washings: Negative for malignancy.

Addendum Comment
An additional specimen part is received, consisting of 20 mls of clear
fluid (bronchial washings). Cytospins are prepared and a cell block is
embedded as C.

DMJ:dmj  7/18/2011 ***Electronically Signed Out By Don M. Jacobs,
M.D.***

GROSS DESCRIPTION
#1, 3Left lung biopsy4, consists of two wedge shaped portions of lung,
the largest of which is about 4.5 x 1.0 x 0.4 cm. The lung parenchyma
shows multiple tan nodules up to about 0.6 cm. Representative sections
as A.
#2, 3Left pleural biopsy4, are two irregular fragments of soft
tan-pink, the largest of which is 1.5 x 1.3 x 0.4 cm. Entirely embedded

| BOLTON, GEORGE T | 52-99-98 | CPS11-2950 | Page 1 of |
|---|---|---|---|
| Last Updated: 07/21/2011 10:56a PDT | **FINAL REPORT** | | |

This document contains private and confidential health information protected by state and federal law.

## Notices

2:12-cv-60128-ER BOLTON et al
v. AIR & LIQUID SYSTEMS
CORPORATION et al
ASBESTOS,CA-N,CASREF/ASB,MDL-875,MFA/ASB

### United States District Court

### Eastern District of Pennsylvania

### Notice of Electronic Filing

The following transaction was entered by BURNS, VENUS on 7/11/2013 at 3:25 PM EDT and filed on 7/11/2013

**Case Name:** BOLTON et al v. AIR & LIQUID SYSTEMS CORPORATION et al
**Case Number:** 2:12-cv-60128-ER
**Filer:** GEORGE BOLTON
**Document Number:** 152

**Docket Text:**
**NOTICE by GEORGE BOLTON** *Motion for Suggestion of Remand* **(BURNS, VENUS)**

**2:12-cv-60128-ER Notice has been electronically mailed to:**

AMY JO TALARICO    atalarico@morganlewis.com, kjerome@morganlewis.com, nicole.smith@morganlewis.com, wlancaster@morganlewis.com

ARPI GALFAYAN    agalfayan@prindlelaw.com, ccrochet@prindlelaw.com, jmilbrodt@prindlelaw.com

BENNO B. ASHRAFI    bashrafi@weitzlux.com, vcarter@weitzlux.com

CARLA LYNN CROCHET    ccrochet@prindlelaw.com

DANIEL DENNIS O'SHEA    doshea@perkinscoie.com, syoungquist@perkinscoie.com

FELICIA YI-WEN FENG    ffeng@mckennalong.com, kchung@mckennalong.com

GLEN R. POWELL    gpowell@gordonrees.com

HENRY DAVID ROME    hrome@hrmrlaw.com, brbailey@hrmrlaw.com, drinnert@hrmrlaw.com, larmanino@hrmrlaw.com, lcastleberry@hrmrlaw.com, lrauch@hrmrlaw.com, mgordon@hrmrlaw.com, vmeak@hrmrlaw.com

JAMES PATRICK CUNNINGHAM    james.cunningham@tuckerellis.com, anna.pasynkova@tuckerellis.com, debi.dilling@tuckerellis.com

JENNIFER J. LEE    jelee@mckennalong.com

JEREMY DAVID MILBRODT    jmilbrodt@prindlelaw.com

JOHN F. HUGHES    jhughes@gordonrees.com, nevans@gordonrees.com

JOSEPH RAYMOND CONNELLY , III    jconnelly@hptylaw.com, jwoodland@hptylaw.com

JULIA A. GOWIN    jgowin@hptylaw.com, cbee@hptylaw.com, eprince@hptylaw.com

KRISTINA F. ALMQUIST    kalmquist@morganlewis.com, kjerome@morganlewis.com, nicole.smith@morganlewis.com, wlancaster@morganlewis.com

LISA L. OBERG    loberg@mckennalong.com

MICHAEL J. ZUKOWSKI    michael.zukowski@klgates.com, jonathan.paul@klgates.com, klgatesasbestos@klgates.com, marilyn.guichard@klgates.com

MICHELE CHERIE BARNES    michele.barnes@klgates.com, james.boston@klgates.com, jeff.dizon@klgates.com

TRINA MARIE CLAYTON    tclayton@hrmrlaw.com, larmanino@hrmrlaw.com, mgordon@hrmrlaw.com, mmontiel@hrmrlaw.com

VENUS BURNS    vburns@weitzlux.com, cwuellner@weitzlux.com, esugiarto@weitzlux.com, gjoyner@weitzlux.com

**2:12-cv-60128-ER Notice will not be electronically mailed to:**

LANCE DOUGLAS WILSON
TUCKER ELLIS WEST LLP
135 MAIN ST STE 700
SAN FRANCISCO, CA 94105

MEGAN FRANCES CESARE-EASTMAN
K&L GATES LLP
4 EMBARCADERO CENTER 12TH FL
SAN FRANCISCO, CA 94111

SABRINA L. AXT
LIVINSTON LAW FIRM
1600 S MAIN ST SUITE 280
WALNUT CREEK, CA 94111

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=7/11/2013] [FileNumber=11786894-

0] [a2a48ea2fd2ecee02f7b2dea987992d5ae0660886352f70254e219b353247e6fb2
8c62584e44479b159ca0dae6b0c38ccf5dc027f820f3c4122e39891fc42e6c]]