# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:          **December 5, 2013**

LOCATION OF HEARING SESSION:     Lloyd D. George United States Courthouse
                                 Courtroom 7C, 7th Floor
                                 333 Las Vegas Boulevard South
                                 Las Vegas, Nevada  89101

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- • Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- • Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **November 18, 2013.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

                    FOR THE PANEL:

                    Jeffery N. Lüthi
                    Clerk of the Panel

cc:  Clerk, United States District for the District of Nevada

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on December 5, 2013, the Panel will convene a hearing session in Las Vegas, Nevada, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| Paul J. Barbadoro | Marjorie O. Rendell |
| Charles R. Breyer | Lewis A. Kaplan |
| Sarah S. Vance | Ellen S. Huvelle |

SCHEDULE OF MATTERS FOR HEARING SESSION
December 5, 2013 -- Las Vegas, Nevada

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT[1]

MDL No. 2481 - **IN RE: ALUMINUM WAREHOUSING ANTITRUST LITIGATION**

Motion of plaintiff Superior Extrusion, Inc., to transfer the following actions to the United States District Court for the Eastern District of Michigan:

Northern District of Florida

Master Screens Inc., et al. v. Goldman Sachs Group Inc., et al., C.A. No. 4:13-00431

Eastern District of Louisiana

River Parish Contractors Inc. v. Goldman Sachs Group, Inc., et al.,
    C.A. No. 2:13-05267

Eastern District of Michigan

Superior Extrusion, Inc. v. Goldman Sachs Group, Inc., et al., C.A. No. 2:13-13315

---

[1] This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer.  See Panel Rules 6.1 and 6.2.  In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.

Schedule of Matters for Hearing Session, Section A                              p. 2
Las Vegas, Nevada


**MDL No. 2483 - IN RE: URBAN OUTFITTERS FAIR LABOR STANDARDS ACT (FLSA) AND WAGE AND HOUR LITIGATION**

Motion of defendants Urban Outfitters, Inc., and Urban Outfitters Wholesale, Inc., to transfer the following actions to the United States District Court for the Northern District of California:

<u>Northern District of California</u>

Alexander Moore v. Urban Outfitters Wholesale, Inc., C.A. No. 3:13-02245
David Berry v. Urban Outfitters Wholesale, Inc., et al., C.A. No. 3:13-02628
Shakora Abdulhaqq, et al. v. Urban Outfitters, C.A. No. 3:13-03184

<u>Middle District of Florida</u>

Crystal Ramirez v. Urban Outfitters, Inc., C.A. No. 6:13-01074

<u>Eastern District of New York</u>

Jeffrey McEarchen, et al. v. Urban Outfitters, Inc., C.A. No. 1:13-03569


**MDL No. 2484 - IN RE: OCWEN LOAN SERVICING, LLC, FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) LITIGATION**

Motion of plaintiffs Charles L. Payton, et al., to transfer the following actions to the United States District Court for the Southern District of Alabama:

<u>Southern District of Alabama</u>

Jeffrey D. Terrell, et al. v. Ocwen Loan Servicing, LLC, Bky. Advy. No. 1:13-00040
Charles L. Payton, et al. v. Ocwen Loan Servicing, LLC, C.A. No. 1:13-00235

<u>Northern District of Florida</u>

Rufus Walden, et al. v. Ocwen Loan Servicing, LLC, C.A. No. 4:13-00361

Schedule of Matters for Hearing Session, Section A                    p. 3
Las Vegas, Nevada


MDL No. 2484 (Continued)


        Northern District of Georgia

    Julie Sciortino, et al. v. Ocwen Loan Servicing, LLC, C.A. No. 1:13-00732

        Southern District of Iowa

    Todd Struthers, et al. v. Ocwen Loan Servicing, LLC, CA. No. 4:13-00189


MDL No. 2485 - **IN RE: NEW CINGULAR WIRELESS PCS, LLC DATA SERVICES
            SALES TAX REFUND LITIGATION**

    Motion, as amended, of plaintiff New Cingular Wireless PCS LLC to transfer the
following actions to the United States District Court for the Western District of Washington:

        Eastern District of Washington

    New Cingular Wireless PCS LLC v. City of Pullman, Washington,
        C.A. No. 2:13-00267
    New Cingular Wireless PCS LLC v. City of Spokane, Washington,
        C.A. No. 2:13-00275
    New Cingular Wireless PCS LLC v. City of Spokane Valley, Washington,
        C.A. No. 2:13-00307
    New Cingular Wireless PCS LLC v. City of Kennewick, Washington,
        C.A. No. 2:13-05079
    New Cingular Wireless PCS LLC v. City of West Richland, Washington,
        C.A. No. 2:13-05082
    New Cingular Wireless PCS LLC v. City of  Richland, Washington,
        C.A. No. 2:13-05085

        Western District of Washington

    New Cingular Wireless PCS LLC v. City of Renton, Washington,
        C.A. No. 2:13-01283
    New Cingular Wireless PCS LLC v. City of Tukwila, Washington,
        C.A. No. 2:13-01287

Schedule of Matters for Hearing Session, Section A                    p. 4
Las Vegas, Nevada

MDL No. 2485 (Continued)

       Western District of Washington (Continued)

New Cingular Wireless PCS LLC v. City of Kent, Washington,
    C.A. No. 2:13-01290
New Cingular Wireless PCS LLC v. City of Auburn, Washington,
    C.A. No. 2:13-01309
New Cingular Wireless PCS LLC v. The City of Federal Way, Washington,
    C.A. No. 2:13-01398
New Cingular Wireless PCS LLC v. City of Mountlake Terrace, Washington,
    C.A. No. 2:13-01423
New Cingular Wireless PCS LLC v. City of Kirkland, Washington,
    C.A. No. 2:13-01436
New Cingular Wireless PCS LLC v. The City of Edmonds, Washington,
    C.A. No. 2:13-01464
New Cingular Wireless PCS LLC v. City of Clyde Hill, Washington,
    C.A. No. 2:13-01534
New Cingular Wireless PCS LLC v. City of Longview, Washington,
    C.A. No. 3:13-05611
New Cingular Wireless PCS LLC v. City of University Place, Washington,
    C.A. No. 3:13-05694

MDL No. 2486 - **IN RE: PROSPECT MORTGAGE, LLC, FAIR LABOR STANDARDS
ACT (FLSA) AND WAGE AND HOUR LITIGATION**

    Motion of defendant Prospect Mortgage, LLC, to transfer the following actions to the
United States District Court for the Northern District of Illinois:

       District of Arizona

James Barker, et al. v. Prospect Mortgage, LLC, C.A. No. 2:13-00822

       Central District of California

Osric Brown, et al. v. Prospect Mortgage, LLC, C.A. No. 2:13-02850

Schedule of Matters for Hearing Session, Section A                          p. 5
Las Vegas, Nevada

MDL No. 2486 (Continued)

#### Eastern District of California

Bonny Franklin, et al. v. Prospect Mortgage, LLC, C.A. No.  2:13-00790

#### Northern District of California

Javan Devore, et al. v. Prospect Mortgage, LLC, C.A. No. 3:13-01841

#### District of Colorado

Otto Miiller v. Prospect Mortgage, LLC, C.A. No. 1:13-01079

#### District of Connecticut

Shelley Adams, et al. v. Prospect Mortgage, LLC, C.A. No. 3:13-00581

#### District of Delaware

David Henson v. Prospect Mortgage, LLC, C.A. No. 1:13-00719

#### Middle District of Florida

Michael Graham, et al. v. Prospect Mortgage, LLC, C.A. No. 8:13-01050

#### Southern District of Florida

Byron Andrews, et al. v. Prospect Mortgage, LLC, C.A. No. 1:13-21453

#### Northern District of Georgia

David Alexander, et al. v. Prospect Mortgage, LLC, C.A. No. 1:13-01312

#### District of Hawaii

John Dispirito, et al. v. Prospect Mortgage, LLC, C.A. No. 1:13-00192

Schedule of Matters for Hearing Session, Section A                    p. 6
Las Vegas, Nevada


MDL No. 2486 (Continued)


      <u>District of Idaho</u>

Judy Bauer, et al. v. Prospect Mortgage, LLC, C.A. No. 1:13-00190

      <u>Northern District of Illinois</u>

Jeremy Allaway, et al. v. Prospect Mortgage, LLC, C.A. No. 1:13-03004

      <u>Southern District of Indiana</u>

Judith Albertson, et al. v. Prospect Mortgage, LLC, C.A. No. 1:13-00653

      <u>Southern District of Iowa</u>

Andrew Glenn, et al. v. Prospect Mortgage, LLC, C.A. No. 4:13-00184

      <u>Western District of Louisiana</u>

Damon Cutty v. Prospect Mortgage, LLC, C.A. No. 5:13-00820

      <u>District of Maryland</u>

Larry Cadenhead, et al. v Prospect Mortgage, LLC, C.A. No. 1:13-01186

      <u>District of Massachusetts</u>

John Alves, et al. v. Prospect Mortgage, LLC, C.A. No.1:13-10985

      <u>Eastern District of Michigan</u>

Laura Noble v. Prospect Mortgage, LLC, C.A. No. 5:13-11837

      <u>District of Minnesota</u>

Thomas Gallagher, et al. v. Prospect Mortgage, LLC, C.A. No. 0:13-00941

Schedule of Matters for Hearing Session, Section A                    p. 7
Las Vegas, Nevada

MDL No. 2486 (Continued)

      District of Nevada

Carlos Arias, et al. v. Prospect Mortgage, LLC, C.A. No. 2:13-00671

      District of New Jersey

Matthew Zimmerman, et al v. Prospect Mortgage, LLC, C.A. No. 2:13-02585

      District of New Mexico

Catherine Avants v. Prospect Mortgage, LLC, C.A. No. 1:13-00376

      Eastern District of New York

Lisa Baez, et al. v. Prospect Mortgage, LLC, C.A. No. 1:13-02449

      Northern District of New York

Sadiki Pierre, et al. v. Prospect Mortgage, LLC, C.A. No. 1:13-00453

      Southern District of New York

Justin Couillard, et al. v. Prospect Mortgage, LLC, C.A. No. 1:13-02676

      Western District of New York

Thomas Del Gaizo, et al. v. Prospect Mortgage, LLC, C.A. No. 6:13-06200

      Eastern District of North Carolina

Van Fleming, et al. v. Prospect Mortgage, LLC, C.A. No. 4:13-00098

      Middle District of North Carolina

Stacey Johnson, et al. v. Prospect Mortgage, LLC, C.A. No. 1:13-00331

Schedule of Matters for Hearing Session, Section A                              p. 8
Las Vegas, Nevada

MDL No. 2486 (Continued)

           Western District of North Carolina

Joseph Keever, et al. v. Prospect Mortgage, LLC, C.A. No. 3:13-00241

           Northern District of Ohio

Victor Chappell v. Prospect Mortgage, LLC, C.A. No. 1:13-00911

           District of Oregon

Gregory Barnhart, et al. v. Prospect Mortgage, LLC, C.A. No. 3:13-00669

           District of South Carolina

Richard Kaponer v. Prospect Mortgage, LLC, C.A. No. 9:13-01121

           Northern District of Texas

Dorianne Blunt, et al. v. Prospect Mortgage, LLC, C.A. No. 3:13-01595

           Western District of Texas

Brian Hopple v. Prospect Mortgage, LLC, C.A. No. 3:13-00137

           Eastern District of Virginia

Thomas Sehler, et al. v. Prospect Mortgage, LLC, C.A. No. 1:13-00473

           Western District of Washington

Julie Cairone, et al. v. Prospect Mortgage, LLC, C.A. No. 2:13-00722

Schedule of Matters for Hearing Session, Section A                    p. 9
Las Vegas, Nevada


MDL No. 2488 - **IN RE: CYBIL FISHER LITIGATION**

Motion of plaintiff Cybil Fisher to transfer the following actions to the United States District Court for the Eastern District of Wisconsin:

District of Arizona

Cybil Fisher v. United States of America, et al., C.A. No. 2:13-00056

Southern District of Indiana

Cybil Fisher v. United States of America, et al., C.A. No. 1:13-00075

District of Minnesota

Cybil Fisher v. United States of America, et al., C.A. No. 0:13-00051

District of South Dakota

Cybil Fisher v. United States of America, et al., C.A. No. 4:13-04080

Northern District of Texas

Cybil Fisher v. United States of America, et al., C.A. No. 3:13-00085

Western District of Texas

Cybil Fisher v. United States of America, et al., C.A. No. 5:13-00610

Eastern District of Virginia

Cybil Fisher v. United States of America, et al., C.A. No. 3:13-00008

Eastern District of Wisconsin

Cybil Fisher v. United States of America, et al., C.A. No. 1:13-00776

Western District of Wisconsin

Cybil Fisher v. United States of America, et al., C.A. No. 3:13-00013

Schedule of Matters for Hearing Session, Section A                              p. 10
Las Vegas, Nevada


MDL No. 2489 - **IN RE: MEDICARE ADVANTAGE ORGANIZATION REIMBURSEMENT LITIGATION**

Motion of defendants Mid-Century Insurance Company; Farmers Texas County Mutual Insurance Company; Mid-Century Insurance Company of Texas; and Farmers Insurance Company, Inc., to transfer the following actions to the United States District Court for the Eastern District of Tennessee:

District of Kansas

Humana Insurance Company v. Farmers Insurance Company, Inc., C.A. No. 2:13-02367

Western District of Missouri

Humana Health Plan, Inc. v. Farmers Insurance Company, Inc., C.A. No. 4:13-00730

Eastern District of Tennessee

Cariten Health Plan, Inc. v. Mid-Century Insurance Company, C.A. No. 3:13-00417

Western District of Texas

Humana Insurance Company v. Farmers Texas County Mutual Insurance Company, et al., C.A. No. 1:13-00611


MDL No. 2491 - **IN RE: GNC CORP. TRIFLEX PRODUCTS MARKETING AND SALES PRACTICES LITIGATION (NO. II)**

Motion of defendants GNC Holdings; GNC Corporation; General Nutrition Centers, Inc.; and General Nutrition Corporation, Inc., to transfer the following actions to the United States District Court for the Western District of Pennsylvania:

Southern District of California

Michael Lerma, et al. v. GNC Corporation, C.A. No. 3:13-00933

Schedule of Matters for Hearing Session, Section A                              p. 11
Las Vegas, Nevada


MDL No. 2491 (Continued)


Southern District of Florida

Robert Toback v. GNC Holdings, Inc., et al., C.A. No. 9:13-80526

Northern District of Ohio

Robert Calvert v. GNC Corporation, C.A. No. 4:13-01697


MDL No. 2492 - **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
STUDENT-ATHLETE CONCUSSION INJURY LITIGATION**

Motion of plaintiffs Adrian Arrington, et al., to transfer the following actions to the United
States District Court for the Northern District of Illinois:

Northern District of Illinois

Adrian Arrington, et al. v. National Collegiate Athletic Association et al.,
   C.A. No. 1:11-06356

Eastern District of Tennessee

Chris Walker, et al. v. National College Athletic Association, C.A. No. 1:13-00293


MDL No. 2493 - **IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE
CONSUMER PROTECTION ACT LITIGATION**

Motion of defendant Monitronics International, Inc., to transfer the following actions to
the United States District Court for the Western District of Washington:

Central District of California

Kerry O'Shea v. Alliance Security LLC, et al., C.A. No. 8:13-01054

Schedule of Matters for Hearing Session, Section A                                      p. 12
Las Vegas, Nevada


MDL No. 2493 (Continued)


### Southern District of California

George Cain v. Monitronics International, Inc., C.A. No. 3:13-01549

### Western District of Washington

Edith Bowler, et al. v. Monitronics International, Inc., C.A. No. 2:13-00321

### Northern District of West Virginia

Diana Mey v. Monitronics International, Inc., et al., C.A. No. 5:11-00090


**MDL No. 2495 - IN RE: ATLAS ROOFING CORPORATION CHALET SHINGLE
                              PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Diane Dishman, et al., to transfer the following actions to the United
States District Court for the Northern District of Georgia:

### Middle District of Alabama

Kira Knight v. Atlas Roofing Corporation, C.A. No. 3:13-00643

### Northern District of Georgia

Diane Dishman, et al. v. Atlas Roofing Corporation, C.A. No. 1:13-02195

### Western District of North Carolina

Wolfpen II Planned Community Homeowners Association, Inc. v. Atlas Roofing
     Corporation, C.A. No. 1:13-00207

### Southern District of Ohio

Brian David Seltzer v. Atlas Roofing Corporation, C.A. No. 1:13-00474

Schedule of Matters for Hearing Session, Section A                         p. 13
Las Vegas, Nevada


MDL No. 2495 (Continued)


### District of South Carolina

David Dickson, et al. v. Atlas Roofing Corporation, C.A. No. 0:13-01505

### Middle District of Tennessee

Teri Curatolo, et al. v. Atlas Roofing Corporation, C.A. No. 3:13-00865


MDL No. 2496 - **IN RE: KOREAN RAMEN NOODLE PRODUCTS ANTITRUST
          LITIGATION**

Motion of plaintiff Stephen Fenerjian to transfer the following actions to the United
States District Court for the Northern District of California:

### Central District of California

The Plaza Company v. Nong Shim Company, Ltd., et al., C.A. No. 2:13-05274
Anthony An, et al. v. Nongshim Company, Ltd, et al., C.A. No. 2:13-05962

### Northern District of California

Stephen Fenerjian v. Nong Shim Company, Ltd., et al., C.A. No. 3:13-04115
Pitco Foods v. Nong Shim Company, Ltd., et al., C.A. No. 3:13-04148
Jill Bonnington v. Nong Shim Company, Ltd., et al., C.A. No. 3:13-04296
Christina Nguyen v. Nong Shim Company, Ltd., et al., C.A. No. 4:13-04308

Schedule of Matters for Hearing Session, Section A                                    p. 14
Las Vegas, Nevada


MDL No. 2497 - **IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON
JULY 6, 2013**

Motion of defendant The Boeing Company to transfer the following actions to the United
States District Court for the Northern District of California:

<u>Northern District of California</u>

Hector Machorro, Jr., et al. v. Asiana Airlines, Inc., C.A. No. 4:13-03286
Zhengheng Xie, et al. v. Asiana Airlines, Inc., C.A. No. 4:13-03489
Liman Qian, et al. v. Asiana Airlines, Inc., et al., C.A. No. 4:13-03684
Kazuhisa Yanagihara, et al. v. Asiana Airlines, Inc., et al., C.A. No. 4:13-03686
Sun Hong Andrighetto, et al. v. Asiana Airlines, Inc., et al., C.A. No. 4:13-03687
Soon Hee Chung, et al. v. Asiana Airlines, Inc., et al., C.A. No. 4:13-03712
Huiling Chen, et al. v. Asiana Airlines, Inc., et al., C.A. No. 4:13-03881
Amanda McLean v. Asiana Airlines, Inc., et al., C.A. No. 4:13-03895
Ryan Boesch v. Asiana Airlines, Inc., et al., C.A. No. 4:13-03896

<u>Northern District of Illinois</u>

Jinhua Yang, et al. v. The Boeing Company, C.A. No. 1:13-06846


MDL No. 2498 - **IN RE: NUTRAMAX COSAMIN MARKETING AND SALES
PRACTICES LITIGATION**

Motion of defendant Nutramax Laboratories, Inc., to transfer the following actions to the
United States District Court for the Central District of California or, in the alternative, the United
States District Court for the District of Maryland:

<u>Southern District of California</u>

Robert Dorfman v. Nutramax Laboratories, Inc., et al., C.A. No. 3:13-00873

<u>Southern District of Florida</u>

Demetri Spencer, et al. v. Nutramax Laboratories, Inc., et al., C.A. No. 1:13-21289

<u>Northern District of Illinois</u>

Chad Conrad v. Nutramax Laboratories, Inc., C.A. No.1:13-03780

Schedule of Matters for Hearing Session, Section A                    p. 15
Las Vegas, Nevada


MDL No. 2499 - **IN RE:  GOODMAN MANUFACTURING CO., L.P., HVAC
PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff PB Property Management, Inc., to transfer the following actions to the
United States District Court for the Middle District of Florida:

Central District of California

Anne McVicar, et al. v. Goodman Manufacturing Company, L.P., et al.,
   C.A. No. 8:13-01223

Middle District of Florida

PB Property Management, Inc. v. Goodman Manufacturing Company, L.P., et al.,
   C.A. No. 3:12-01366
Janet Helm v. Goodman Global, Inc., et al., C.A. No. 8:13-01213

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 - **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Opposition of defendants Air & Liquid Systems Corporation, and Burnham Corporation to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Northern District of California:

Eastern District of Pennsylvania

George Bolton, et al. v. Air & Liquid Systems Corporation, et al., C.A. No. 2:12-60128
   (N.D. California, C.A. No. 4:12-00723)

Motion of defendant Electric Boat Corporation to transfer the following action to the United States District Court for the Eastern District of Pennsylvania:

District of Connecticut

Richard Prentice, et al. v. Electric Boat Corporation, C.A. No. 3:13-01050

MDL No. 1720 - **IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**

Opposition of plaintiff American Eagle Outfitters, Inc., to transfer of the following action to the United States District Court for the Eastern District of New York:

Western District of Pennsylvania

American Eagle Outfitters, Inc. v. Visa, Inc., et al., C.A. No. 2:13-01290

Schedule of Matters for Hearing Session, Section B                          p. 17
Las Vegas, Nevada


## MDL No. 1871 - **IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Adrienne Abel, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

<u>Southern District of Illinois</u>

Adrienne Abel, et al. v. SmithKline Beecham Corporation, C.A. No. 3:13-00780


## MDL No. 1964 - **IN RE: NUVARING PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Heather Carlena Bennett, et al.; Laura Reyes, et al.; Ovion Starnisha Anderson, et al.; and Eva Arce, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Missouri:

<u>Northern District of California</u>

Heather Carlena Bennett, et al. v. Organon USA Inc., C.A. No. 3:13-03606
Laura Reyes, et al. v. Organon USA, Inc., C.A. No. 4:13-03428
Ovion Starnisha Anderson, et al. v. Organon USA, Inc., et al., C.A. No. 4:13-03599
Eva Arce, et al. v. Organon USA Inc., et al., C.A. No. 4:13-04218


## MDL No. 2047 - **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Braxton H. Collins, et al., and Jason S. Herrington, et al., and defendant Ace Hardware Corporation to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

<u>Southern District of Mississippi</u>

Braxton H. Collins, et al. v. Bass Homes, Inc., et al., C.A. No. 1:13-00297
Jason S. Herrington, et al. v. Bass Homes, Inc., et al., C.A. No. 1:13-00323

Schedule of Matters for Hearing Session, Section B                              p. 18
Las Vegas, Nevada


## MDL No. 2099 - **IN RE: STANFORD ENTITIES SECURITIES LITIGATION**

Opposition of defendants Proskauer Rose LLP, Chadbourne & Parke LLP, and Thomas V. Sjoblom to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the District of Columbia:

Northern District of Texas

Ralph S. Janvey, et al. v. Proskauer Rose, LLP, et al., C.A. No. 3:12-00644
     (D. District of Columbia, C.A. No. 1:12-00155)


## MDL No. 2106 - **IN RE: FONTAINEBLEAU LAS VEGAS CONTRACT LITIGATION**

Opposition of defendant Bank of America, N.A., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the District of Nevada:

Southern District of Florida

Avenue CLO Fund, Ltd., et al. v. Sumitomo Mitsui Banking Corporation, et al.,
     C.A. No. 1:09-23835 (D. Nevada, C.A. No. 2:09-01047)


## MDL No. 2179 - **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

Oppositions of plaintiffs Capital Bank, N.A.; State of Yucatan; J&K Investments of Mississippi, Inc.; and Angela Armstrong, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

Middle District of Florida

Capital Bank, N.A. v. BP Exploration & Production, Inc., C.A. No. 2:13-00543

Southern District of Florida

State of Yucatan v. BP Exploration & Production, Inc., et al., C.A. No. 4:13-10148

Schedule of Matters for Hearing Session, Section B                          p. 19
Las Vegas, Nevada


MDL No. 2179 (Continued)


      <u>Southern District of Mississippi</u>

J&K Investments of Mississippi, Inc. v. BP p.l.c., et al., C.A. No. 1:13-00325

      <u>Southern District of Texas</u>

Angela Armstrong, et al. v. BP Exploration & Production Inc., et al.,
    C.A. No. 4:13-02192


MDL No. 2181 - **IN RE: METHOD OF PROCESSING ETHANOL BYPRODUCTS AND RELATED SUBSYSTEMS ('858) PATENT LITIGATION**

Oppositions of defendants Pacific Ethanol, Inc., and Homeland Energy Solutions, LLC, to transfer of their respective following actions to the United States District Court for the Southern District of Indiana:

      <u>Eastern District of California</u>

GS Cleantech Corporation v. Pacific Ethanol, Inc., C.A. No. 2:13-01042

      <u>Northern District of Iowa</u>

GS Cleantech Corporation v. Homeland Energy Solutions, LLC, C.A. No. 6:13-02058

Schedule of Matters for Hearing Session, Section B                              p. 20
Las Vegas, Nevada

MDL No. 2187 - **IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**

Oppositions of plaintiffs Sheila Dekalb, et al.; Linda C. Meehan; Barbara Karnes, et al.;
Jeannetta Smith, et al.; Dixie Sorenson, et al.; Hayley McClesky, et al.; Rebekah Ruth Bristow,
et al.; and Diane Weed, et al., to transfer of their respective following actions to the United
States District Court for the Southern District of West Virginia:

Central District of California

Sheila Dekalb, et al. v. C.R. Bard, Inc., et al., C.A. No. 2:13-06308
Linda C. Meehan v. Nicholas J. Thanos, M.D., et al., C.A. No. 8:13-01166

Eastern District of Missouri

Barbara Karnes, et al. v. C.R. Bard, Inc., C.A. No. 4:13-01681

Western District of Oklahoma

Jeannetta Smith, et al. v. CR Bard, Inc., C.A. No. 5:13-00803
Dixie Sorenson, et al. v. CR Bard, Inc., C.A. No. 5:13-00806
Hayley McClesky, et al. v. CR Bard Inc., C.A. No. 5:13-00849
Rebekah Ruth Bristow, et al. v. CR Bard Inc., C.A. No. 5:13-00850
Diane Weed, et al. v. CR Bard Inc., C.A. No. 5:13-01012

MDL No. 2197 - **IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT
PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Northern District of Ohio:

District of Massachusetts

Anne Antonelli, et al. v. DJD Medical, Inc., et al., C.A. No. 1:13-11835
Linda Bailey, et al. v. DJD Medical, Inc., et al., C.A. No.  1:13-11837
Dennis Cowan, et al. v. DJD Medical, Inc., et al., C.A. No. 1:13-11838
Melanie Dukas v. DJD Medical, Inc., et al., C.A. No. 1:13-11839
James Filkins, et. al. v. DJD Medical, Inc., et al., C.A. No. 1:13-11840

Schedule of Matters for Hearing Session, Section B                                    p. 21
Las Vegas, Nevada


MDL No. 2197 (Continued)


          District of Massachusetts (Continued)

     Melford Hamilton, et al. v. DJD Medical, Inc., et al., C.A. No. 1:13-11842
     Jeffrey Havlick, et al. v. DJD Medical, Inc., et al., C.A. No. 1:13-11843
     Wayne Mendoza, et al. v. DJD Medical, Inc., et al., C.A. No. 1:13-11845
     Lucy Sahagian, et al. v. DePuy Orthopaedics, Inc., et al., C.A. No. 1:13-11849
     Heidi Warren, et al. v. DJD Medical, Inc., et al., C.A. No. 1:13-11851
     Elizabeth Wynne, et al. v. DJD Medical, Inc., et al., C.A. No. 1:13-11852
     Jodi Bennett v. DJD Medical, Inc., et al., C.A. No. 1:13-11890
     Sharon Parker v. DJD Medical, Inc., et al., C.A. No. 1:13-11892

          District of Minnesota

     Debra J. Youngdahl v. DePuy Orthopaedics, Inc.,  et al., C.A. No. 0:13-02468


MDL No. 2243 - **IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS
               LIABILITY LITIGATION (NO. II)**

     Opposition of plaintiff Frances Maher to transfer of certain claims in the following action
to the United States District Court for the District of New Jersey:

          Eastern District of Virginia

     Frances Maher v. Novartis Pharmaceuticals Corporation, et al., C.A. No. 1:13-00728


MDL No. 2284 - **IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES
               AND PRODUCTS LIABILITY LITIGATION**

     Opposition of plaintiffs Lance Parris, et al., to transfer of the following action to the
United States District Court for the Eastern District of Pennsylvania:

          Eastern District of Kentucky

     Lance Parris, et al. v. E.I. Du Pont De Nemours and Company, C.A. No. 2:13-00146

MDL No. 2295 - **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION**

Oppositions of plaintiff Edilberto I. Cavero and defendant Wells Fargo Bank, N.A. to transfer of the following action to the United States District Court for the Southern District of California:

Southern District of Florida

Edilberto I. Cavero v. Portfolio Recovery Associates LLC, et al., C.A. No. 1:13-22252

MDL No. 2325 - **IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Susannah Elton, et al.; Anna Tanguay, et al.; and Kathryn Carpenter, et al., to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Central District of California

Susannah Elton, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:13-05712
Anna Tanguay, et al. v. American Medical Systems Inc., et al., C.A. No. 2:13-05937
Kathryn Carpenter, et al. v. American Medical Systems, Inc., et al., C.A. No. 2:13-06022

MDL No. 2326 - **IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs and defendants Anahat Sandhu, M.D.; Sammy Vick, M.D.; and Sammy Vick, M.D., P.A. to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Eastern District of Arkansas

Judith Johnson, et al. v. Baptist Health, et al., C.A. No. 4:13-00509

Schedule of Matters for Hearing Session, Section B                              p. 23
Las Vegas, Nevada

MDL No. 2326 (Continued)

        Western District of Arkansas

Belinda Walton v. Baptist Health, et al., C.A. No. 6:13-06097

        Central District of California

Sherry Pate, et al. v. Boston Scientific Corporation, et al., C.A. No. 2:13-06321
Cheryl Mauck, et al. v. Boston Scientific Corporation, et al., C.A. No. 2:13-06343
Kitty Kellar, et al. v. Sam Siddighi, et al., C.A. No. 5:13-01438

        Eastern District of California

Micaella Shears v. Boston Scientific Corporation, et al., C.A. No. 1:13-01298

        Northern District of California

Rebecca Milan v. Anita Kotamraju Rama, M.D., et al., C.A. No. 3:13-03796

        Southern District of Indiana

Lisa Rinker v. Medventure Technology Corporation, et al., C.A. No. 1:13-01233
Amanda Smith v. Medventure Technology Corporation, et al., C.A. No. 1:13-01234
Judith Penn, et al. v. Medventure Technology Corporation, C.A. No. 4:13-00108
Julie Bocock, et al. v. Medventure Technology Corporation, et al., C.A. No. 4:13-00109
Della Cross, et al. v. Medventure Technology Corporation, et al., C.A. No. 4:13-00110
Martina Adkins, et al. v. Medventure Technology Corporation, et al.,
        C.A. No. 4:13-00111
Rita Kwasniewski, et al. v. Medventure Technology Corporation, et al.,
        C.A. No. 4:13-00112
Diana Lindeman, et al. v. Medventure Technology Corporation, et al.,
        C.A. No. 4:13-00113
Tina Hardy, et al. v. Medventure Technology Corporation, et al., C.A. No. 4:13-00116
Ada Herrmann, et al. v. Medventure Technology Corporation, et al.,
        C.A. No. 4:13-00117

Schedule of Matters for Hearing Session, Section B                    p. 24
Las Vegas, Nevada


MDL No. 2326 (Continued)


            Southern District of Indiana (Continued)

Barbara Brown, et al. v. Medventure Technology Corporation, et al.,
     C.A. No. 4:13-00118
Adrienne Burton, et al. v. Medventure Technology Corporation, et al.,
     C.A. No. 4:13-00119
Suzanne Seeley, et al. v. Medventure Technology Corporation, et al.,
     C.A. No. 4:13-00120
Terry Strawser, et al. v. Medventure Technology Corporation, et al.,
     C.A. No. 4:13-00121

            Eastern District of Missouri

Janice Pierson, et al. v. Boston Scientific Corporation, C.A. No. 4:13-01509

            District of Nevada

Amber Martinez, et al. v. Rafael G. Juarez, M.D., et al., C.A. No. 2:13-01653

            Eastern District of Pennsylvania

Dorothea Matthews v. Boston Scientific Corporation, et al., C.A. No. 2:13-04393
Patricia Stiger v. Boston Scientific Corporation, et al., C.A. No. 2:13-04394
Susan Irene Sullivan v. Boston Scientific, Inc., et al., C.A. No. 2:13-04589
Gertrude J. Addison v. Boston Scientific, Inc., et al., C.A. No. 2:13-04697
Judy K. Farmer v. Boston Scientific, Inc., et al., C.A. No. 2:13-04698
Sue Ann Dickerson v. Boston Scientific, Inc., et al., C.A. No. 2:13-04699
Peggy L. Favors v. Boston Scientific, Inc., et al., C.A. No. 2:13-04700
Shavaughn L. White v. Boston Scientific, Inc., et al., C.A. No. 2:13-04710
Amy Mettie v. Boston Scientific, Inc., et al., C.A. No. 2:13-04711
Joyce Gibson v. Boston Scientific Corp., et al., C.A. No. 2:13-04712
Kay Frances Rockwell, et al. v. Boston Scientific, Inc., et al., C.A. No. 2:13-04713
Marcy Marie Pruitt, et al. v. Boston Scientific, Inc., et al., C.A. No. 2:13-04714
Charlene Faye Allin, et al. v. Boston Scientific Corp., et al., C.A. No. 2:13-04813
Cindy L. Marshall v. Boston Scientific, Inc., et al., C.A. No. 2:13-04828

Schedule of Matters for Hearing Session, Section B                                    p. 25
Las Vegas, Nevada

MDL No. 2326 (Continued)

      Eastern District of Pennsylvania (Continued)

    Lisa A. Harpold v. Boston Scientific, Corp., et al., C.A. No. 2:13-04829
    C. Jane Mowry, et al. v. Boston Scientific Corp., et al., C.A. No. 2:13-04891
    Doris Olewnik v. Boston Scientific Corporation, et al., C.A. No. 2:13-04892
    Diane Disanto, et al. v. Boston Scientific Corp., et al., C.A. No. 2:13-04893
    Beverly Ann Sexton v. Boston Scientific, Inc., et al., C.A. No. 2:13-04908
    Billie Jo Shull v. Boston Scientific, Inc., et al., C.A. No. 2:13-04909
    Marilyn Robinson Sevilla v. Boston Scientific, Inc., et al., C.A. No. 2:13-04910
    Rhoda Goodman, et al. v. Boston Scientific Corp., et al., C.A. No. 2:13-04911
    Adela C. Soliz v. Boston Scientific Corp., et al., C.A. No. 2:13-05003
    Diana F. Montemayor v. Boston Scientific Corp., et al., C.A. No. 2:13-05004
    Lisa Meatrice Brown v. Boston Scientific, Inc., et al., C.A. No. 2:13-05005
    Rosanna DiBiase v. Boston Scientific Corp., et al., C.A. No. 5:13-04701

      Western District of Texas

    Diana Palos, et al. v. Sammy Vick, M.D., et al., C.A. No. 5:13-00805

MDL No. 2327 - **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS
             LIABILITY LITIGATION**

    Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Southern District of West Virginia:

      Central District of California

    Amber Clavesilla, et al. v. Johnson & Johnson, et al., C.A. No. 2:13-06284
    Joan Miller, et al. v. Johnson & Johnson, et al., C.A. No. 2:13-06285
    Kelley Lange, et al. v. Mentor Worldwide LLC, et al., C.A. No. 2:13-06287
    Megan Moses, et al. v. Johnson & Johnson, et al., C.A. No. 2:13-06288
    Pamela Ruiz, et al. v. Johnson & Johnson, et al., C.A. No. 2:13-06289

Schedule of Matters for Hearing Session, Section B                    p. 26
Las Vegas, Nevada


MDL No. 2327 (Continued)


### Eastern District of Missouri

Rhonda Johnson, et al. v. Johnson & Johnson, et al., C.A. No. 4:13-01763
Angela Davidson, et al. v. Johnson & Johnson, et al., C.A. No. 4:13-01765

### District of New Mexico

Esther Jasso, et al. v. Johnson & Johnson, et al., C.A. No. 2:13-00897

### Western District of Oklahoma

Brenda Trotter v. Jeffrey J. Smith, M.D., et al., C.A. No. 5:13-00831
Joy L. Halliburton, et al. v. Johnson & Johnson, et al., C.A. No. 5:13-00832
Kathleen Teague, et al. v. Johnson & Johnson, et al., C.A. No. 5:13-00833
Diana Wade, et al. v. Johnson & Johnson, et al., C.A. No. 5:13-00834
Kelli Gooch, et al. v. Johnson & Johnson, et al., C.A. No. 5:13-00836
Sarah Ruth Allbritton, et al. v. Johnson & Johnson, et al., C.A. No. 5:13-00838
Tammy McCaughtry, et al. v. Johnson & Johnson, et al., C.A. No. 5:13-00839
Inola Killsfirst, et al. v. Johnson & Johnson, et al., C.A. No. 5:13-00840
Michelle States, et al. v. Johnson & Johnson, et al., C.A. No. 5:13-00841
Harae Page, et al. v. Johnson & Johnson et al., C.A. No. 5:13-00844
Teresa Marie Anderson, et al. v. Johnson & Johnson, et al., C.A. No. 5:13-00845
Valerie Spears, et al. v. Johnson & Johnson, et al., C.A. No. 5:13-00846

### Eastern District of Pennsylvania

Kathryn McGee, et al. v. Ethicon Women's Health & Urology, et al.,
   C.A. No. 2:13-04388
Carla Hibler v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-04932
Leeanna Turner v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-04933
Cassandra E. Dawson v. Johnson & Johnson, et al., C.A. No. 2:13-04934
Doris R. Carter, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-04953
Bernadette Ely v. Johnson & Johnson, et al., C.A. No. 2:13-04954
Brenda Jo French v. Johnson & Johnson, et al., C.A. No. 2:13-04955

Schedule of Matters for Hearing Session, Section B                              p. 27
Las Vegas, Nevada


MDL No. 2327 (Continued)


       Eastern District of Pennsylvania (Continued)

Theresa Dempsey v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-04956
Christine Greenwood, et al. v. Ethicon Women's Health & Urology, et al.,
    C.A. No. 2:13-04957
Brenda J. Carson v. Johnson & Johnson, et al., C.A. No. 2:13-04958
Barbara N. Bagwell v. Johnson & Johnson, et al., C.A. No. 2:13-04959
Lana Holt, et al. v. Ethicon Women's Health & Urology et al., C.A. No. 2:13-04960
Connie Sue Berry v. Johnson & Johnson, et al., C.A. No. 2:13-04961
Cynthia Dawn Nicholson v. Johnson & Johnson, et al., C.A. No. 2:13-04962
Gina Marie Collins v. Johnson & Johnson, et al., C.A. No. 2:13-04963
Kimberly L. Adkins v. Johnson & Johnson, et al., C.A. No. 2:13-04964
Iliana A. Perez v. Johnson & Johnson, et al., C.A. No. 2:13-05010
Betty Anne Giove, et al. v. Ethicon, Inc., et al., C.A. No. 2:13-05011
Kathleen J. Tomer v. Johnson & Johnson, et al., C.A. No. 2:13-05013
Connie Rubio v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05014
Ann Porter-Toure, et al. v. Ethicon Women's Health & Urology, et al.,
    C.A. No. 2:13-05015
Geraldine Barry v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05016
Susan McFarland, et al. v. Ethicon Women's Health & Urology, et al.,
    C.A. No. 2:13-05017
Alice Deimler, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05018
Ella Cederberg-Ebaugh, et al. v. Ethicon Women's Health and Urology, et al.,
    C.A. No. 2:13-05292
Caroline Holbrook, et al. v. Ethicon Women's Health & Urology, et al.,
    C.A. No. 2:13-05294
Cathy Eifert, et al. v. Ethicon Women's Health & Urology,  et al., C.A. No. 2:13-05295
Patsy Cousins v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05296
Irene Gordon, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05297
Patricia Tallo v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05301
Debbie Zimmers, et al. v. Ethicon Women's Health & Urology, et al.,
    C.A. No. 2:13-05302
Theresa Lynn Thomas v. Johnson & Johnson, et al., C.A. No. 2:13-05303
Cheryl Veri, et al. v. Ethicon Women's Health and Urology, et al., C.A. No. 2:13-05304
Kelley Owens, et al. v. Ethicon, Inc., et al., C.A. No. 2:13-05305

Schedule of Matters for Hearing Session, Section B                              p. 28
Las Vegas, Nevada


MDL No. 2327 (Continued)


      Eastern District of Pennsylvania (Continued)

    Julie Carr v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05306
    Elizabeth Peil v. Ethicon Women's Health and Urology, et al., C.A. No. 2:13-05307
    Patricia Hebert v. Ethicon Women's Health & Urology, et al., C.A. No. 2:13-05308
    Sharon Beltz v. Ethicon Women's Health & Urology, et al., C.A. No. 5:13-04931
    Kelly Mohn, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 5:13-05012
    Diana Perigo, et al. v. Ethicon Women's Health & Urology, et al., C.A. No. 5:13-05293
    Margaret Klima-Mills, et al. v. Ethicon Women's Health & Urology, et al.,
        C.A. No. 5:13-05298
    Suzanne M. Emmett, et al. v. Ethicon Women's Health & Urolgy, et al.,
        C.A. No. 5:13-05299

      Southern District of Texas

    Maria DeLeon v. Alejandro Tey, M.D., et al., C.A. No. 7:13-00439


MDL No. 2342 - **IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS
            LIABILITY LITIGATION**

    Oppositions of plaintiffs C.A. et al., and Rhonda Durr to transfer of their respective
following actions to the United States District Court for the Eastern District of Pennsylvania:

      Northern District of California

    C.A. et al. v. Pfizer, Inc. et al., C.A. No.  4:13-04087

      Southern District of Texas

    Rhonda Durr v. Erwin, M.D., et al., C.A. No. 3:13-00320

Schedule of Matters for Hearing Session, Section B                                    p. 29
Las Vegas, Nevada


MDL No. 2385 - **IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS
                  LIABILITY LITIGATION**

Opposition of plaintiffs Billie Jean Friend, et al., to transfer of the following action to the
United States District Court for the Southern District of Illinois:

                    Eastern District of Missouri

Billie Jean Friend, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,
     C.A. No. 4:13-01788


MDL No. 2387 - **IN RE: COLOPLAST CORP. PELVIC SUPPORT SYSTEMS PRODUCTS
                  LIABILITY LITIGATION**

Opposition of plaintiffs Marie Howe, et al., to transfer of the following action to the United
States District Court for the Southern District of West Virginia:

                    Central District of California

Marie Howe, et al. v. Coloplast Corp., et al., C.A. No. 2:13-06344


MDL No. 2418 - **IN RE: PLAVIX MARKETING, SALES PRACTICES AND PRODUCTS
                  LIABILITY LITIGATION (NO. II)**

Opposition of plaintiffs Vondell Bankert, et al.; Helen Yuan, et al.; and Philip Lopresti,
et al., to transfer of their respective following actions to the United States District Court for the
District of New Jersey:

                    Northern District of California

Vondell Bankert, et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 3:13-04003
Helen Yuan, et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 3:13-04010
Philip Lopresti, et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 3:13-04079

Schedule of Matters for Hearing Session, Section B                    p. 30
Las Vegas, Nevada


MDL No. 2428 - **IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE
                PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Yvonne H. Tate and Kelly Jennings, et al., to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

Central District of California

Yvonne H. Tate v. Fresenius USA Inc., et al., C.A. No. 2:13-05271

Northern District of California

Kelly Jennings, et al. v. Fresenius USA Inc., et al., C.A. No. 3:13-03795


MDL No. 2434 - **IN RE: MIRENA IUD PRODUCTS LIABILITY LITIGATION**

Opposition of defendant Bayer HealthCare Pharmaceuticals, Inc., to transfer of the following action to the United States District Court for the Southern District of New York:

District of New Jersey

Cynthia Butt, et al. v. Bayer HealthCare Pharmaceuticals, Inc., C.A. No. 2:13-04608


MDL No. 2441 - **IN RE: STRYKER REJUVENATE AND ABG II HIP IMPLANT
                PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Arthur Curnow, et al., to transfer of the following action to the United States District Court for the District of Minnesota:

Eastern District of Michigan

Arthur Curnow, et al. v. The Stryker Corporation, et al., C.A. No. 2:13-13271

Schedule of Matters for Hearing Session, Section B                          p. 31
Las Vegas, Nevada


MDL No. 2452 - **IN RE:  INCRETIN-BASED THERAPIES PRODUCTS LIABILITY
                LITIGATION**

Opposition of plaintiff Phillip N. Golomb to transfer of the following action to the United States District Court for the Southern District of California:

<u>Middle District of Alabama</u>

Phillip N. Golomb v. Merck & Co., Inc., et al., C.A. No. 2:13-00659


MDL No. 2458 - **IN RE: EFFEXOR (VENLAFAXINE HYDROCHLORIDE) PRODUCTS
                LIABILITY LITIGATION**

Opposition of plaintiffs J.K.B., et al.; K.E.R., et al.; J.M.J., et al.; K.P.P., et al.; and L.C.V., et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

<u>Central District of California</u>

J.K.B., et al. v. Pfizer, Inc., et al., C.A. No. 2:13-05043

<u>Eastern District of California</u>

K.E.R., et al. v. Pfizer, Inc., C.A. No. 2:13-01401

<u>Northern District of California</u>

J.M.J., et al. v. Pfizer, Inc., et al., C.A. No. 3:13-03226

<u>Southern District of California</u>

K.P.P., et al. v. Pfizer, Inc., et al., C.A. No. 3:13-01674
L.C.V., et al. v. Pfizer, Inc., et al., C.A. No. 3:13-01686

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)     Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)     Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

(i)     The parties affected by a motion to transfer may agree to waive oral argument.  The Panel will take this into consideration in determining the need for oral argument.

(c)     Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

(i)      the dispositive issue(s) have been authoritatively decided; or

(ii)     the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)     Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

(i)     Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

(ii)    The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

(e)   <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)   <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.