BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI)<br><br>THIS DOCUMENT RELATES TO: | MDL DOCKET NO. 875 |
| LINDY DAWN GUENTHER, individually as successor in interest to George Bolton, deceased,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>　　　　　　　　Defendants. | Eastern District of Pennsylvania Civil Action No. 12-cv-60128<br><br>**DECLARATION OF GLEN R. POWELL IN SUPPORT OF DEFENDANT AIR & LIQUID SYSTEMS CORP., SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC. and BURNHAM CORPORATION'S REPLY BRIEF TO VACATE CONDITIONAL REMAND ORDER FOR CAN/4:12-CV-00723**<br><br>Accompanying Document: Reply Brief<br><br>Date: December 5, 2013<br>Time: **Designated for Consideration Without Oral Argument** |

1

I, Glen R. Powell, hereby declare that:

1. I am an attorney at law, a member in good standing of the State Bar of California. I am duly admitted to practice before all the courts of the State of California and the U.S. District Court for the Northern District in California. I practice with Gordon & Rees LLP, attorneys of record for defendant Air & Liquid Systems Corporation, successor by merger to Buffalo Pumps, Inc. ("Buffalo") and Burnham Corporation ("Burnham") in this action, and am one of the attorneys responsible for this representation. In that capacity I have personal knowledge regarding filings in and matters related to this case and all the matters contained in this declaration. I make this declaration in support of Buffalo and Burnham's Reply Brief to Plaintiff's Notice of Motion For of Remand.

2. A true and correct copy of Plaintiff's Notice of Motion and Motion For Remand, is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of October, 2013 at San Francisco, California.

/s/ Glen R. Powell
Glen R. Powell