BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LEGISLATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br><br>THIS DOCUMENT RELATES TO: | MDL DOCKET NO. 875 |
| GEORGE BOLTON, an individual; and KAREN BOLTON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION,<br><br>Defendants. | ED-PA Civil Action No. 12-cv-60128<br><br>Northern District of California<br>USDC Case No. 4:12-00723-DMR |

### WITHDRAWAL OF LENNOX INDUSTRIES INC.'S BRIEF IN SUPPORT OF MOTION TO VACATE SUGGESTED REMAND ORDER

TO THE CLERK OF THE COURT, THIS HONORABLE COURT, AND TO ALL PARTIES

AND THEIR ATTORNEYS OF RECORD HEREIN:

Lennox Industries Inc. hereby withdraws its Brief In Support Of Motion To Vacate Suggested Remand Order, filed October 17, 2013. The Motion was filed in error. The proof of service is included with this withdrawal request.

1

DATED: October 18, 2013

                          MCKENNA LONG & ALDRIDGE LLP

                          By: _____
                                      LISA L. OBERG
                                      JENNIFER J. LEE
                                      ANDREA J. CASALETT

                                      Attorneys for Defendant
                                      LENNOX INDUSTRIES INC.

SF 27609049.1

WITHDRAWAL OF LENNOX INDUSTRIES INC.'S BRIEF IN SUPPORT OF MOTION TO VACATE SUGGESTED REMAND ORDER

# PROOF OF SERVICE VIA UNITED STATES DISTRICT COURT ELECTRONIC DOCUMENT FILING SYSTEM

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Market Plaza, Spear Tower, 24th Floor, San Francisco, California 94105. On **October 17, 2013**, I electronically served a true and correct copy of the within document(s):

**DEFENDANT LENNOX INDUSTRIES INC.'S BRIEF IN SUPPORT OF MOTION TO VACATE THE SUGGESTED REMAND ORDER**

via the United States District Court, Judicial Panel on Multidistrict Litigation's Official Court Electronic Document Filing System on the recipients designated on the Notice of Electronic Filing or Other Activity generated by the Court's website.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **October 17, 2013**, at San Francisco, California.

_____
KRISTINA E. CHUNG

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE

# PROOF OF SERVICE VIA UNITED STATES DISTRICT COURT ELECTRONIC DOCUMENT FILING SYSTEM

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Market Plaza, Spear Tower, 24th Floor, San Francisco, California 94105. On **October 18, 2013**, I electronically served a true and correct copy of the within document(s):

**WITHDRAWAL OF LENNOX INDUSTRIES INC.'S BRIEF IN SUPPORT OF MOTION TO VACATE SUGGESTED REMAND ORDER**

via the United States District Court, Judicial Panel on Multidistrict Legislation's Official Court Electronic Document Filing System on the recipients designated on the Notice of Electronic Filing or Other Activity generated by the Court's website.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I further declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **October 18, 2013**, at San Francisco, California.

_____
KRISTINA E. CHUNG