# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Civil Action No. |
| LIABILTY LITIGATION | : | 3:13-cv-01050-WWE |
| | : | |
| RICHARD PRENTICE AND | : | 3:13-cv-01050-WWE |
| SHIRLEE PRENTICE | : | |
| | : | |
| vs. | : | |
| | : | |
| AIR & LIQUID SYSTEMS | : | |
| CORPORATION, et. al., | : | |

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED that the above reference action be and the same is hereby discontinued, with prejudice as to all defendants, and that this Stipulation can be filed with the Clerk of the United States District Court of Connecticut without further notice to any party.

                                                Respectfully submitted,
                                                THE PLAINTIFFS

                                                /s/Jeffrey Kanca, Esq.
                                                Jeffrey Kanca, Esq.
                                                Federal Bar No.: ct29263
                                                Early, Lucarelli, Sweeney, &
                                                Meisenkothen, LLC
                                                265 Church Street, 11th Floor
                                                New Haven, CT 06510
                                                203-777-7799 phone
                                                203-785-1671 fax
                                                jkanca@elslaw.com
                                                Counsel for the Plaintiffs

**Certificate of Service**

I hereby certify that on November 5, 2013 a copy of foregoing **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/Jeffrey Kanca, Esq.
Jeffrey Kanca, Esq.
Federal Bar No.: ct29263
Early, Lucarelli, Sweeney, &
Meisenkothen, LLC
265 Church Street, 11th Floor
New Haven, CT  06510
203-777-7799 phone
203-785-1671 fax
jkanca@elslaw.com
Counsel for the Plaintiff