# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Richard Prentice, et al. v. Electric Boat Corp., | ) | |
| D. Connecticut, C.A. No. 3:13-01050 | ) | MDL No. 875 |

## ORDER DEEMING MOTION MOOT
## AND VACATING THE DECEMBER 5, 2013, HEARING SESSION ORDER

Before the Panel is a motion by defendant Electric Boat Corporation seeking transfer of the above action (*Prentice*) pursuant to 28 U.S.C. § 1407. In its motion, defendant seeks transfer of this action to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings ongoing in MDL No. 875. The Panel has now been advised that, pursuant to a Stipulation of Discontinuance, *Prentice* was dismissed with prejudice in the District of Connecticut by the Honorable Warren W. Eginton in a minute order filed on November 6, 2013.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 15, 2013, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel