BEFORE THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

In re ASBESTOS PRODUCT LIABILITY LITIGATION (NO. VI)        MDL No. 875

------------------------------------------------------------------------X
RITA MAE PERKINS, Individually and as
Personal Representative of the Estate of WAYNE
PHILIP PERKINS, deceased,

                                  Plaintiff,

   - against –

AIR & LIQUID SYSTEMS CORPORATION,        Index No. 1:13-cv-08561-CM
 as successor by merger to
 BUFFALO PUMPS, INC.;
ARMSTRONG INTERNATIONAL, INC.,
AURORA PUMP COMPANY;
A.W. CHESTERTON COMPANY;
BETHLEHEM STEEL CORPORATION;
COFFIN TURBO PUMP, INC.;
EASTON ELECTRICAL, INC.,
 as successor-in-interest to
 CUTLER-HAMMER, INC.;
ELECTROLUX HOME PRODUCTS, INC.,
 as successor–in-interest to
 COPES-VULCAN, INC.;
ELLIOTT COMPANY;
FMC CORPORATION,
 For its former CROSBY VALVE subsidiary;
FOSTER WHEELER ENERGY
 CORPORATION
GENERAL ELECTRIC COMPANY;
GOULDS PUMPS, INC.;
HONEYWELL INTERNATIONAL, INC.,
 f/k/a ALLIED SIGNAL, INC.,
 f/k/a ALLIED CORPORATION,
 successor-in-interest to
 BENDIX CORPORATION;
IMO INDUSTRIES, INC.,
 f/k/a IMO DELAVAL, INC.,
 f/k/a/ TRANSAMERICA DELAVAL, INC.,
 F/K/A DELAVAL TURBINE, INC.,
INGERSOLL-RAND COMPANY;
JOHN CRANE, INC.;
THE NASH ENGINEERING COMPANY;
OWENS-ILLINOIS, INC.;
SPIRAX SARCO, INC.;
SVI NEWCO, INC.,

f/k/a SVI CORPORATION,
 f/k/a STOCKHAM VALVES & FITTINGS,
 f/k/a MARLIN VALVE;
TRANE U.S. INC.,
 f/k/a AMERICAN STANDARD INC.;
TYCO FLOW CONTROLS, INC.,
 a/k/a HANCOCK VALVES;
UNION CARBIDE CHEMICALS & PLASTICS
 COMPANY, INC.;
UNIROYAL HOLDING, INC.,
 f/k/a UNIROYAL, INCORPORATED,
 f/k/a UNITED STATES RUBBER
 COMPANY;
VIAD CORP.,
 as successor-in-interest to
 GRISCOM RUSSELL CO.;
VIKING PUMP, INC.;
WARREN PUMPS, INC.;
WILLIAM POWELL COMPANY;
3M COMPANY,
 a/k/a MINNESOTA MINING AND
 MANUFACTURING COMPANY;
METROPOLITAN LIFE INSURANCE
 COMPANY;
OXY USA INC.,
 f/k/a CITIES SERVICE OIL AND GAS
 CORPORATION;
MAERSK LINE, LIMITED,
 as successor-in-interest to
FARRELL LINES, INC.,
                                        Defendants.
------------------------------------------------------------------------X

## NOTICE OF POTENTIAL TAG-ALONG

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant Viad Corporation (hereinafter "Defendant") hereby notifies the Panel of the pendency of a tag-along action in Federal District Court, styled "RITA MAE PERKINS, Individually and as Personal Representative of the Estate of WAYNE PHILIP PERKINS, Deceased v. AIR & LIQUID SYSTEMS CORPORATION, as successor by merger to

BUFFALO PUMPS, INC., et. al" in the United States District Court for the Southern District of New York (Civil Docket No. 1:13-cv-08561-CM). Such action involves common questions of fact with those actions previously transferred to the Panel pursuant to 28 U.S.C. §1407. *See* Verified Complaint attached hereto as Exhibit A.

WHEREFORE, Defendant respectfully requests that the Panel transfer this tag-along to the United States District Court for the Eastern District of Pennsylvania.

Dated: New York, New York
December 10, 2013

MOUND COTTON WOLLAN & GREENGRASS

By: _____
Francis A. Montbach (FAM9631)
Attorneys for Defendant Viad Corp
One Battery Park Plaza
New York, NY 10004
Phone: (212) 804-4200
Fax: (212) 344-8066
fmontbach@moundcotton.com