<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )

                          :      ss.

COUNTY OF NEW YORK  )

       Marian Kelly, being duly sworn, deposes and says:

       Deponent is not a party to this action, is over the age of 18 years and resides in Maywood, New Jersey

       On the 10th day of December, 2013, deponent served the within DEFENDANT VIAD NOTICE OF POTENTIAL TAG ALONG upon:

Rebecca M. Katz
Motley Rice LLC
275 7TH Avenue, 2nd Floor
New York, NY   10001
Attorneys for Plaintiff

See Attached Defendants' Rider

At the addresses designated by said attorneys for the purpose of depositing the same, enclosed in a postpaid properly addressed wrapper, directed to said attorneys at the above address in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                  Marian Kelly

Sworn to before me this
10th day of December, 2013.

                Notary Public

IRENE SIEGEL
Notary Public, State of New York
No. 41-4872330
Qualified in Queens County
Commission Expires Oct. 14, 2014

## DEFENDANTS' RIDER

AIR & LIQUID SYSTEMS CORPORATION,
  as successor by merger to
BUFFALO PUMPS, INC.
CT Corporation
116 Pine Street
Suite 320
Harrisburg, PA   17101

    - and –

Terrence W. Kenny
600 Grant Street
Suite 5085
Pittsburgh, PA   15219

**ARMSTRONG INTERNATIONAL, INC.**
816 Maple Street
Three Rivers, MI   49093

**AURORA PUMP COMPANY**
800 Airport Road
North Aurora, IL   60542

**A.W. CHESTERTON COMPANY**
CT Corporation System
111 Eighth Avenue
New York, NY   10011

    - and –

A.W. Chesterton Company
500 Unicorn Park Drive
Woburn, MA   01801

**BETHLEHEM STEEL CORPORATION**
1170 Eighth Avenue
Bethlehem, PA   18016

- 1 -

**COFFIN TURBO PUMP, INC.**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE   9801

**EATON ELECTRICAL, INC.**
 as successor-in-interest to
 CUTLER HAMMER, INC.
CT Corporation System
111 Eighth Avenue
New York, NY   10011

- and –

111 Superior Avenue
Cleveland, OH   44114

**ELECTROLUX HOME PRODUCTS, INC.,**
 as successor-in-interest to
 COPES-VULCAN, INC.
CT Corporation System
111 Eighth Avenue
New York, NY  10011

- and –

10200 David Taylor Drive
Charlotte, NC   28262

**ELLIOTT COMPANY**
CT Corporation System
111 Eighth Avenue
New York, NY   10011

- and –

Elliott Company
North 4th Street
Jennette, PA   15644

**FMC CORPORATION,**
 for its subsidiary
 CROSBY VALVE
CT Corporation System

- 2 -

111 Eighth Avenue
New York, NY   10011

 - and –

1735 Market Street
Philadelphia, PA   19103

**FOSTER WHEELER ENERGY CORPORATION**
CT Corporation
111 Eighth Avenue
New York, NY   10011

 - and –

53 Frontage Road
Hampton, NJ   08827

**GENERAL ELECTRIC COMPANY**
3135 Easton Turnpike
Fairfield, CT   06828

**GOULD PUMPS, INC.**
The Corporation
240 Fall Street
Senaca Falls, NY   13148

 - and –

c/o ITT Corporation
1133 Westchester Avenue
White Plains, NY  10604

**HONEYWELL INTERNATIONAL, INC.,**
 f/k/a Allied Signal, Inc. f/k/a Allied Corporation,
 successor-in-interest to
 BENDIX CORPORATION
Corporation Service Company
80 State Street
Albany, NY   12207

 - and –

101 Columbia Road

Morristown, NJ   07960

**IMO INDUSTRIES, INC.**
 f/k/a IMO DELAVAL, INC.,
 f/k/a TRANSAMERICA DELAVAL, INC.,
 f/k/a DELAVAL TURBINE, INC.
CT Corporation System
111 Eighth Avenue
New York, NY   10011

- and –

3525 Quaker Bridge Road
Suite 912
Hamilton, NJ   08619

**INGERSOLL-RAND COMPANY**
CT Corporation System
111 Eighth Avenue
New York, NY   10011

- and –

One Centennial Avenue
Piscataway, NJ  08855

**JOHN CRANE, INC.**
CT Corporation System
111 Eighth Avenue
New York, NY   10011

- and –

Terrence P. McNamara
6400 W. Oakton Street
Morton Grove, IL   60053

**THE NASH ENGINEERING COMPANY**
Corporation Service Company
80 State Street
Albany, NY   12207

- and –

9 Trefoil Drive

Trumbull, CT   06611

**OWENS-ILLINOIS, INC.**
CT Corporation System
111 Eighth Avenue
New York, NY   10011

- and –

1 Michael Owens Way
Tax-Plaza 1
Perrysburg, OH   43551

**SPIRAX SARCO, INC.**
CT Corporation System
111 Eighth Avenue
New York, NY   10011

- and –

Spirax Sarco, Inc.
1150 Northpoint Boulevard
Blythewood, SC   29016

**SVI NEWCO, INC.,**
 f/k/a SVI CORPORATION,
 f/k/a STOCKHAM VALVES & FITTINGS,
 f/k/a MARLIN VALVE
Box 10326
Birmingham, AL   35202

**TRANE U.S. INC.**
 f/k/a AMERICAN STANDARD, INC.
CT Corporation System
111 Eighth Avenue
New York, NY   10011

- and –

One Centennial Avenue
Box 6820
Piscataway, NJ   08855

**TYCO FLOW CONTROLS, INC.,**
 a/k/a HANCOCK VALVES

- 5 -

Schiff Hardin LLP
666 Fifth Avenue
17th Floor
New York, NY   10103

**UNION CARBIDE CHEMICALS & PLASTICS COMPANY, INC.**
CT Corporation System
111 Eighth Avenue
New York, NY   10011

     - and –

2030 Dow Center
Midland, MI   48674

**UNIROYAL HOLDING, INC.**
 f/k/a UNIROYAL, INCORPORATED,
 f/k/a UNITED STATES RUBBER COMPANY
Greenfield, Stein & Senior
600 Third Avenue – 11th Floor
New York, NY   10016

     - and –

c/o CDU Holdings, Inc. Liquidation Trust
70 Great Hill Road
Naugatuck, CT   06770

     - and –

Uniroyal Holdings, Inc.
 f/k/a Uniroyal, Incorporated,
f/k/a United States Rubber Company
1850 North Central Avenue
Suite 1900
Phoenix, AZ   85004

**VIKING PUMP, INC.**
406 State Street
Cedar Falls, IA   50613

**WARREN PUMPS, INC.**
82 Bridges Avenue

Warren, MA   01083


**WILLIAM POWELL COMPANY**
D R Cowart
2503 Spring Cove Avenue
Cincinnati, OH   45214

**3M  COMPANY,**
 **a/k/a MINNESOTA MINING AND**
 **MANUFACTURING COMPANY**
Ct Corporation System
111 Eighth Avenue
New York, NY   10011

        - and –

3M Center
Building 224-5N-40
St. Paul, MN   55144

**METROPOLITAN LIFE INSURANCE COMPANY**
One Madison Avenue
New York, NY   10010

**OXY USA, INC.,**
 **f/k/a CITIES SERVICE OIL**
 **AND GAS CORPORATION**
CT Corporation System
111 Eighth Avenue
New York, NY   10011

        - and –

110 West 7th Street
Tulsa, OK   74119


**MAERSK LINE, LIMITED,**
 **as successor-in-interest to**
**FARRELL LINES, INC.**
General Counsel
One Commercial Place
20th Floor
Norfolk, VA   23510

- and –


c/o AP Moller-Maerski
Giralda Farms #2 Madison Avenue
Madison, NJ   07940