# EXHIBIT A

FILED: NEW YORK COUNTY CLERK 09/27/2013

NYSCEF DOC. NO. 1

INDEX NO. 190350/2013

RECEIVED NYSCEF: 09/27/2013

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

RITA MAE PERKINS, Individually and as
Personal Representative of the Estate of WAYNE
PHILIP PERKINS, deceased,

                         Plaintiff,

         -against-

AIR & LIQUID SYSTEMS CORPORATION,
    as successor by merger to
      BUFFALO PUMPS, INC.;
ARMSTRONG INTERNATIONAL, INC.;
AURORA PUMP COMPANY;
A.W. CHESTERTON COMPANY;
BETHLEHEM STEEL CORPORATION;
COFFIN TURBO PUMP, INC.;
EATON ELECTRICAL, INC.,
    as successor-in-interest to
      CUTLER-HAMMER, INC.;
ELECTROLUX HOME PRODUCTS, INC.,
    as successor-in-interest to
      COPES-VULCAN, INC.;
ELLIOTT COMPANY;
FMC CORPORATION,
    for its former CROSBY VALVE subsidiary;
FOSTER WHEELER ENERGY
    CORPORATION;
GENERAL ELECTRIC COMPANY;
GOULDS PUMPS, INC.;
HONEYWELL INTERNATIONAL INC.,
    f/k/a ALLIED SIGNAL, INC.,
    f/k/a ALLIED CORPORATION,
    successor-in-interest to
    BENDIX CORPORATION;
IMO INDUSTRIES INC.,
    f/k/a IMO DELAVAL, INC.,
    f/k/a TRANSAMERICA DELAVAL, INC.,
    f/k/a DELAVAL TURBINE, INC.;
INGERSOLL-RAND COMPANY;
JOHN CRANE, INC.;
THE NASH ENGINEERING COMPANY;
OWENS-ILLINOIS, INC.;

Index No.:

Date Filed:

Plaintiff designates
**NEW YORK COUNTY**
as the place of trial

The basis of venue is
**DEFENDANTS' PLACE
OF BUSINESS AND/OR
EXPOSURE SITE**

**SUMMONS**

SPIRAX SARCO, INC.;
SVI NEWCO, INC.,
    f/k/a SVI CORPORATION,
    f/k/a STOCKHAM VALVES & FITTINGS,
    f/k/a MARLIN VALVE;
TRANE U.S. INC.,
    f/k/a AMERICAN STANDARD INC.;
TYCO FLOW CONTROLS INC.,
    a/k/a HANCOCK VALVES;
UNION CARBIDE CHEMICALS & PLASTICS
    COMPANY INC.;
UNIROYAL HOLDING, INC.,
    f/k/a UNIROYAL, INCORPORATED,
    f/k/a UNITED STATES RUBBER
    COMPANY;
VIAD CORP.,
    as successor-in-interest to
    GRISCOM RUSSELL CO.;
VIKING PUMP, INC.;
WARREN PUMPS, INC.;
WILLIAM POWELL COMPANY;
3M COMPANY,
    a/k/a MINNESOTA MINING AND
    MANUFACTURING COMPANY;
METROPOLITAN LIFE INSURANCE
    COMPANY;
OXY USA INC.,
    f/k/a CITIES SERVICE OIL AND GAS
    CORPORATION;
MAERSK LINE, LIMITED,
    as successor-in-interest to
    FARRELL LINES, INC.,

                        Defendants.

**TO THE ABOVE NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** to answer the Verified Complaint in this action and to serve a copy of your Answer, or, if the Verified Complaint is not served with this Summons, to serve a Notice of Appearance, on the Plaintiff's Attorney within twenty (20) days after the service of this Summons, exclusive of the day of service, or within thirty (30) days after service is complete if this Summons is not personally delivered to you within the State of New York. In case of your failure to answer, judgment will be taken against you by default for the relief demanded in the Verified Complaint.

Dated: New York, New York
        September 27, 2013

By: _Rebecca M. Katz_
        Rebecca M. Katz, Esq.
        Alex R. Straus, Esq. (not yet admitted)
        **Motley Rice LLC**
        275 Seventh Avenue, 2nd Floor
        New York, NY 10001
        (212) 577-0041
        (212) 577-0054 (fax)
        rkatz@motleyrice.com
        astraus@motleyrice.com

        *Attorneys for Plaintiff*

**Defendants' addresses:**

**SEE ATTACHED DEFENDANTS RIDER**

**DEFENDANTS' RIDER**

**AIR & LIQUID SYSTEMS CORPORATION,**
   **as successor by merger to**
       **BUFFALO PUMPS, INC.**
CT Corporation System
116 Pine Street
Suite 320
Harrisburg, PA  17101

-and-

Terrence W. Kenny
600 Grant Street
Suite 5085
Pittsburgh, PA  15219


**ARMSTRONG INTERNATIONAL, INC.**
816 Maple Street
Three Rivers, MI  49093


**AURORA PUMP COMPANY**
800 Airport Road
North Aurora, IL  60542


**A.W. CHESTERTON COMPANY**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

500 Unicorn Park Drive
Woburn, MA  01801


**BETHLEHEM STEEL CORPORATION**
1170 Eighth Ave.
Bethlehem, PA  18016

**COFFIN TURBO PUMP, INC.**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801


**EATON ELECTRICAL, INC.,**
   **as successor-in-interest to**
    **CUTLER-HAMMER, INC.**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

1111 Superior Avenue
Cleveland, OH  44114


**ELECTROLUX HOME PRODUCTS, INC.,**
   **as successor-in-interest to**
    **COPES-VULCAN, INC.**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

10200 David Taylor Drive
Charlotte, NC  28262


**ELLIOTT COMPANY**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

North 4th Street
Jeannette, PA  15644

**FMC CORPORATION,**
>       **for its former subsidiary**
>       **CROSBY VALVE**

CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

1735 Market Street
Philadelphia, PA  19103

**FOSTER WHEELER ENERGY CORPORATION**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

53 Frontage Road
Hampton, NJ 08827

**GENERAL ELECTRIC COMPANY**
3135 Easton Turnpike
Fairfield, CT  06828

**GOULDS PUMPS, INC.**
The Corporation
240 Fall Street
Seneca Falls, NY  13148

-and-

c/o ITT Corporation
1133 Westchester Avenue
White Plains, NY  10604

**HONEYWELL INTERNATIONAL INC.,**
    **f/k/a ALLIED SIGNAL, INC.,**
    **f/k/a ALLIED CORPORATION,**
    **successor-in-interest to**
    **BENDIX CORPORATION**
Corporation Service Company
80 State Street
Albany, NY  12207

-and-

101 Columbia Road
Morristown, NJ  07960

**IMO INDUSTRIES INC.,**
    **f/k/a IMO DELAVAL, INC.,**
    **f/k/a TRANSAMERICA DELAVAL, INC.,**
    **f/k/a   DELAVAL TURBINE, INC.**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

3525 Quaker Bridge Road
Suite 912
Hamilton, NJ  08619

**INGERSOLL-RAND COMPANY**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

One Centennial Avenue
Piscataway, NJ  08855

**JOHN CRANE, INC.**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

Terrence P. McNamara
6400 W Oakton Street
Morton Grove, IL  60053

**THE NASH ENGINEERING COMPANY**
Corporation Service Company
80 State Street
Albany, NY  12207

-and-

9 Trefoil Drive
Trumbull, CT  06611

**OWENS-ILLINOIS, INC.**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

1 Michael Owens Way
Tax-Plaza 1
Perrysburg, OH  43551

**SPIRAX SARCO, INC.**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

1150 Northpoint Blvd.
Blythewood, SC  29016

**SVI NEWCO, INC.,**
      **f/k/a SVI CORPORATION,**
      **f/k/a STOCKHAM VALVES & FITTINGS,**
      **f/k/a MARLIN VALVE**
Box 10326
Birmingham, AL  35202


**TRANE U.S. INC.**
      **f/k/a AMERICAN STANDARD INC.**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

One Centennial Ave.
Box 6820
Piscataway, NJ  08855


**TYCO FLOW CONTROLS INC.,**
      **a/k/a HANCOCK VALVES**
Schiff Hardin LLP
666 Fifth Ave
17th Floor
New York, NY  10103


**UNION CARBIDE CHEMICALS & PLASTICS COMPANY INC.**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

2030 Dow Center
Midland, MI  48674

**UNIROYAL HOLDING, INC.**
       **f/k/a UNIROYAL, INCORPORATED,**
       **f/k/a UNITED STATES RUBBER COMPANY**
Greenfield, Stein & Senior
600 Third Ave - 11th Floor
New York, NY  10016
-and-

c/o CDU Holding Inc Liquidatin Trust
70 Great Hill Road
Naugatuck, CT  06770


**VIAD CORP.,**
       **as successor-in-interest to**
       **GRISCOM RUSSELL CO.**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

1850 North Central Ave.
Suite 1900
Phoenix, AZ  85004


**VIKING PUMP, INC.**
406 State Street
Cedar Falls, IA  50613


**WARREN PUMPS, INC.**
82 Bridges Avenue
Warren, MA  01083


**WILLIAM POWELL COMPANY**
D R Cowart
2503 Spring Cove Ave.
Cincinnati, OH  45214

**3M COMPANY,**
     **a/k/a MINNESOTA MINING AND**
      **MANUFACTURING COMPANY**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

3M Center
Bldg 224-5N-40
St. Paul, MN  55144


**METROPOLITAN LIFE INSURANCE COMPANY**
One Madison Avenue
New York, NY  10010


**OXY USA INC.,**
     **f/k/a CITIES SERVICE OIL**
      **AND GAS CORPORATION**
CT Corporation System
111 Eighth Avenue
New York, NY  10011

-and-

110 West 7th Street
Tulsa, OK  74119


**MAERSK LINE, LIMITED,**
     **as successor-in-interest to**
      **FARRELL LINES, INC.**
General Counsel
One Commercial Place
20th Floor
Norfolk, VA  23510

-and-

c/o AP Moller-Maersk
Giralda Farms #2 Madison Ave
Madison, NJ  07940

Rebecca M. Katz, Esq., an attorney duly admitted to practice before the Courts of the State of New York, hereby certifies in accordance with 22 NYCRR Part 130-1.1-a of the Rules of the Chief Administrator that to the best of my knowledge, information and belief, which was formed after a reasonable inquiry under the circumstances, the presentation of the foregoing Summons and Verified Complaint and its contents are not frivolous, as the term is defined in Part 130.

Dated: New York, New York
        September 26, 2013

Rebecca M. Katz, Esq.
**MOTLEY RICE LLC**
275 Seventh Avenue, 2nd Floor
New York, NY 10001
(212) 577-0041
(212) 577-0054 (fax)
rkatz@motleyrice.com

*Attorneys for Plaintiff*

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

RITA MAE PERKINS, Individually and as
Personal Representative of the Estate of WAYNE
PHILIP PERKINS, deceased,

                    Plaintiff,

       -against-

AIR & LIQUID SYSTEMS CORPORATION,
    as successor by merger to
    BUFFALO PUMPS, INC.;
ARMSTRONG INTERNATIONAL, INC.;
AURORA PUMP COMPANY;
A.W. CHESTERTON COMPANY;
BETHLEHEM STEEL CORPORATION;
COFFIN TURBO PUMP, INC.;
EATON ELECTRICAL, INC.,
    as successor-in-interest to
    CUTLER-HAMMER, INC.;
ELECTROLUX HOME PRODUCTS, INC.,
    as successor-in-interest to
    COPES-VULCAN, INC.;
ELLIOTT COMPANY;
FMC CORPORATION,
    for its former CROSBY VALVE subsidiary;
FOSTER WHEELER ENERGY
    CORPORATION;
GENERAL ELECTRIC COMPANY;
GOULDS PUMPS, INC.;
HONEYWELL INTERNATIONAL INC.,
    f/k/a ALLIED SIGNAL, INC.,
    f/k/a ALLIED CORPORATION,
    successor-in-interest to
    BENDIX CORPORATION;
IMO INDUSTRIES INC.,
    f/k/a IMO DELAVAL, INC.,
    f/k/a TRANSAMERICA DELAVAL, INC.,
    f/k/a DELAVAL TURBINE, INC.;
INGERSOLL-RAND COMPANY;
JOHN CRANE, INC.;
THE NASH ENGINEERING COMPANY;
OWENS-ILLINOIS, INC.;

Index No.:

Date Filed:

**VERIFIED COMPLAINT**

SPIRAX SARCO, INC.;
SVI NEWCO, INC.,
    f/k/a SVI CORPORATION,
    f/k/a STOCKHAM VALVES & FITTINGS,
    f/k/a MARLIN VALVE;
TRANE U.S. INC.,
    f/k/a AMERICAN STANDARD INC.;
TYCO FLOW CONTROLS INC.,
    a/k/a HANCOCK VALVES;
UNION CARBIDE CHEMICALS & PLASTICS
    COMPANY INC.;
UNIROYAL HOLDING, INC.,
    f/k/a UNIROYAL, INCORPORATED,
    f/k/a UNITED STATES RUBBER
    COMPANY;
VIAD CORP.,
    as successor-in-interest to
    GRISCOM RUSSELL CO.;
VIKING PUMP, INC.;
WARREN PUMPS, INC.;
WILLIAM POWELL COMPANY;
3M COMPANY,
    a/k/a MINNESOTA MINING AND
    MANUFACTURING COMPANY;
METROPOLITAN LIFE INSURANCE
    COMPANY;
OXY USA INC.,
    f/k/a CITIES SERVICE OIL AND GAS
    CORPORATION;
MAERSK LINE, LIMITED,
    as successor-in-interest to
    FARRELL LINES, INC.,

                Defendants.

NOW COMES plaintiff, Rita Mae Perkins, individually and as personal representative of the estate of Wayne Philip Perkins, deceased, by and through counsel undersigned, and declaring against the above-named defendants, states as follows:

1.      Wayne Philip Perkins ("Mr. Perkins") was born on October 1, 1932.

2.      Mr. Perkins was diagnosed with the asbestos-related carcinoma, mesothelioma, on September 27, 2010.

3.      Mr. Perkins died on December 27, 2010 from the asbestos-related carcinoma, mesothelioma.

4.      During the years 1957 through 1973, Mr. Perkins was employed by various shipowners, some or all of which sailed in and out of ports in the state of New York, including ports in New York City.

5.      Plaintiff brings this action against three groups of defendants: (1) the shipowner employers ("Shipowner Defendant(s)") upon whose vessels Mr. Perkins sailed throughout his entire sailing career as a merchant mariner assigned to, in part, the engine department as specified in his Certificates of Discharge, which are attached to this Verified Complaint (Exhibit A) and incorporated herein as if fully set forth herein; (2) the manufacturers ("Manufacturer Defendant(s)") who manufactured and/or distributed asbestos-containing products to which Mr. Perkins was exposed during his employment as a mariner aboard the above-referenced vessels and due to which Mr. Perkins suffered severe injuries and losses from which he died; and (3) Metropolitan Life Insurance Company, which tested asbestos workers and conducted scientific studies related to asbestos exposure.

## PARTIES

6.     Plaintiff Rita Mae Perkins resides at 422 Loggin Road, Frankfort, ME 04438.

7.     Manufacturer Defendant Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc. was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

8.     Manufacturer Defendant Armstrong International Inc. was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

9.     Manufacturer Defendant Aurora Pump Company was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

10.     Manufacturer Defendant A.W. Chesterton Company was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

2

11.     Manufacturer Defendant Bethlehem Steel Corporation was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

12.     Manufacturer Defendant Coffin Turbo Pump, Inc. was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

13.     Manufacturer Defendant Eaton Electrical Inc., as successor-in-interest to Cutler-Hammer, Inc., was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

14.     Manufacturer Defendant Electrolux Home Products, Inc., as successor-in-interest to Copes-Vulcan, Inc., was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

15.     Manufacturer Defendant Elliott Company was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant,

it has engaged in the sale and distribution of materials and products containing the substance asbestos.

16.     Manufacturer Defendant FMC Corporation, for its former Crosby Valve subsidiary, was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

17.     Manufacturer Defendant Foster Wheeler Energy Corporation was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

18.     Manufacturer Defendant General Electric Company was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

19.     Manufacturer Defendant Goulds Pumps, Inc. was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

20.     Manufacturer Defendant Honeywell International Inc., f/k/a Allied Signal, Inc.,

f/k/a Allied Corporation, successor-in-interest to Bendix Corporation, was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

21.    Manufacturer Defendant IMO Industries Inc., f/k/a IMO DeLaval, Inc., f/k/a Transamerica DeLaval, Inc., f/k/a DeLaval Turbine, Inc., was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

22.    Manufacturer Defendant Ingersoll-Rand Company was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

23.    Manufacturer Defendant John Crane, Inc. was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

24.    Manufacturer Defendant The Nash Engineering Company was and is a duly organized foreign corporation doing business and/or transacting business in the State of New

York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

25.     Manufacturer Defendant Owens-Illinois, Inc. was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

26.     Manufacturer Defendant Spirax Sarco, Inc. was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

27.     Manufacturer Defendant SVI Newco, Inc., f/k/a SVI Corporation, f/k/a Stockham Valves & Fittings, f/k/a Marlin Valve, was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

28.     Manufacturer Defendant Trane U.S. Inc., f/k/a American Standard Inc., was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

29.     Manufacturer Defendant Tyco Flow Controls Inc., a/k/a Hancock Valves, was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

30.     Manufacturer Defendant Union Carbide Chemicals & Plastics Company Inc. was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

31.     Manufacturer Defendant Uniroyal Holding, Inc., f/k/a Uniroyal, Incorporated, f/k/a United States Rubber Company, was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

32.     Manufacturer Defendant Viad Corp., as successor-in-interest to Griscom Russell Corp., was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

33.     Manufacturer Defendant Viking Pump, Inc. was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant,

it has engaged in the sale and distribution of materials and products containing the substance asbestos.

34.     Manufacturer Defendant Warren Pumps, Inc. was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

35.     Manufacturer Defendant William Powell Company was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

36.     Manufacturer Defendant 3M Company, a/k/a Minnesota Mining and Manufacturing Company, was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

37.     Defendant Metropolitan Life Insurance Company was and is a duly organized corporation doing business and/or transacting business in the State of New York.

38.     Shipowner Defendant Oxy USA Inc., f/k/a Cities Service Oil and Gas Corporation, was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of

materials and products containing the substance asbestos.

39.     Shipowner Defendant Maersk Line, Limited, as successor-in-interest to Farrell Lines, Inc., was and is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York. At all times relevant, it has engaged in the sale and distribution of materials and products containing the substance asbestos.

### SUBJECT MATTER JURISDICTION AND GOVERNING LAW

40.     Concurrent original jurisdiction over the subject matter of this Verified Complaint exists based upon Article III, Section 2 of the Constitution of the United States, as this case arises under an Act of Congress properly termed the Jones Act, 46 U.S.C. § 30104, *et seq.*, as well as actions for unseaworthiness and product liability under the General Admiralty and Maritime Law wherein Mr. Perkins, at all times relevant, was a merchant mariner who served his employers aboard ships owned and/or operated by Shipowner Defendants, which said vessels utilized and carried asbestos and asbestos-containing products and other hazardous products to which Mr. Perkins was exposed to the detriment of his health.

41.     The Jones Act and General Admiralty and Maritime Law provide the law governing this cause of action to the exclusion of state substantive law relating to personal injury and wrongful death actions.

### GENERAL ALLEGATIONS

42.     On or about the entirety of his sea service career, Mr. Perkins was required by his employers to perform duties which included the constant exposure to asbestos friable fibers causing him to breathe into his system carcinogenic asbestos dust resulting in harm to him,

including a form of cancer commonly known as mesothelioma. These events of harm occurred constantly and while in many waters and ports-of-call wherein venue, no matter where laid, is inconvenient to the numerous scattered parties herein, along with multiple witnesses thereto.

43.     The asbestos and asbestos-containing products found aboard the vessels upon which Mr. Perkins sailed are known to be highly toxic to mankind, and the human body can be contaminated by asbestos and asbestos-containing products through inhalation and ingestion.

44.     Defendants, all of them, knew or should have known of the dangers associated with exposure to asbestos and asbestos-containing products in the workplace.

45.     Mr. Perkins was exposed to dangerous and unlawful concentrations of asbestos in the ambient air, in potable water and food furnished by his employer due to his assigned work and/or in close proximity of said asbestos and asbestos-containing products.

46.     Defendants, all of them, knew with substantial certainty that harmful contact with Mr. Perkins' person would result from his exposure to asbestos present aboard the vessels upon which he served through the products that were produced and/or supplied to or brought aboard the vessels upon which he worked.

47.     The Manufacturer Defendants knew, at times relevant herein, that their asbestos and/or asbestos-containing products posed a significant risk to human health, through inhalation and ingestion, and yet the Manufacturer Defendants with willful and wanton disregard for Mr. Perkins' safety and human health, failed to test and/or reveal their test results, failed to warn users of the dangers of exposure to said products in marketing and/or placing said products into the stream of commerce giving rise to exemplary and punitive damages under General Admiralty and Maritime Law.

48.     Harmful contamination with Mr. Perkins' person occurred due to the asbestos and

asbestos-containing products found and/or utilized aboard the vessels upon which Mr. Perkins sailed including, but not limited to, the asbestos and asbestos-containing products that the Manufacturer Defendants produced and/or supplied, and Mr. Perkins was in fact injured as a result of his continued exposure to said products during the course of his career as a mariner.

49.     Defendants, jointly and severally, breached their duty to Mr. Perkins in the following particulars, including but not limited to:

(a)     Failed to adequately warn Mr. Perkins of the dangerous characteristics of asbestos and asbestos-containing products;

(b)     Failed to provide Mr. Perkins with the information as to what would be reasonably safe and sufficient wearing apparel and proper protective equipment and appliances, to protect Mr. Perkins from being harmed and disabled by exposure to asbestos and asbestos-containing materials;

(c)     Failed to place adequate warnings on said asbestos and asbestos-containing materials, to warn of the health hazards associated with coming in contact with said products;

(d)     Failed to exercise reasonable care to publish, adopt and enforce safety plans and/or a safe method of handling and installing asbestos and asbestos-containing materials;

(e)     Failed to adopt and utilize a substitute material to eliminate asbestos fibers in the products produced and/or utilized aboard the aforementioned vessels;

(f)     Failed to test asbestos and asbestos-containing material to determine their disease causing propensities prior to distributing and/or utilizing releasing these products, and if in fact any Defendant tested these products, then said Defendants were negligent in concealing the results from the public;

(g)     Failed to warn of the scientifically recognized

synergism between exposure to asbestos in conjunction with smoking and other agents; and

(h)     Failed to act in a reasonable and prudent manner.

50.     As a direct and proximate result of Defendants' aforementioned tortious acts, Mr. Perkins sustained a serious, incurable, and progressive asbestos-related disease.  Mr. Perkins contracted an asbestos-related disease in the form of a cancer, commonly known as mesothelioma, and suffered other bodily injuries including:  great pain of mind and body, shock, disgrace, outrage, humiliation, indignity, disability, loss of the joys, pleasures, and vitalities of life, exacerbation of existing disease, and ultimately lost his life in succumbing to his illness.

51.     Mr. Perkins developed pleural abnormalities, interstitial fibrosis, asbestosis, lung cancer and/or mesothelioma and, as a result, was extremely fearful of developing such cancer and/or extremely fearful of the ravages of such cancers from which he suffers.

52.     Mr. Perkins experienced severe mental anguish, great pain, and suffered the ravages of cancer and/or progressive shortness of breath.

53.     As a result of Mr. Perkins' asbestos-related condition, he suffered great pain of mind and body and met a premature death.

54.     Mr. Perkins incurred medical bills and other expenses.  Mr. Perkins sustained wage losses in an indeterminate amount, which amount will be demonstrated at trial.

55.     By the wrongful action, neglect and/or default, Defendants caused Mr. Perkins wrongful death and all further causes of action filed on behalf of Mr. Perkins.


## CAUSES OF ACTION AGAINST THE SHIPOWNER DEFENDANTS

### COUNT I

### JONES ACT CLAIM

NOW COMES Plaintiff and hereby re-alleges and incorporates by reference all of the previous allegations set forth above and further state as against the Shipowner Defendants, that:

56.     As a direct approximate result of the negligence under the Jones Act, 46 U.S.C. § 30104, Mr. Perkins suffered from incurable cancer known as mesothelioma, along with the sequela thereof.

57.     The Shipowner Defendants were negligent in their failure:

(a)     To provide adequate warning to the crew of the hazards of asbestos utilized and/or carried shipboard;

(b)     To provide adequate training and supervision to the crew in the use and/or cleanup of asbestos and asbestos-containing products; and

(c)     To provide adequate equipment for the protection of the crew in the use of asbestos and/or asbestos-containing products.

58.     As a direct and proximate result of the aforementioned acts and omissions by each of the defending parties herein, Mr. Perkins sustained injuries as an indivisible, cumulative cause of each of the stated Defendants as contemplated in *American Fire & Casualty Company v. Flynn*, 341 U.S. 6, 71 S. Ct. 534 (1951).  Plaintiff seeks damages as below stated, *inter alia*:

(a)     Loss of earnings and earnings capacity;

(b)     Conscious pain and suffering, past and future;

(c)     Mental anguish, fright and shock, embarrassment, humiliation or mortification, past or future;

(d)     Medical expenses and costs;

(e)     Household services;

(f)     Loss of pleasure, including social and recreational amenities, past and future;

(g)     Loss of society and companionship;

    (h)    Death by wrongful acts;

    (i)    Loss of support, costs of estate planning, and funeral expenses; and

    (j)    Any and all other elements of damages cognizable in law or which may be raised, pleaded and proved by Plaintiff during the pendency of this cause and at the time of trial.

WHEREFORE, Plaintiff demands trial by jury and judgment against each of the Defendants, jointly and severally, in an amount to be determined at trial for Compensatory damages and Punitive damages, both separate amounts in a sum that exceeds the jurisdictional limits of all lower Courts, as well as interest and costs to be taxed in accordance with law and such other and further measures of relief as the Court may determine to be appropriate and just.

## COUNT II

### UNSEAWORTHINESS UNDER GENERAL ADMIRALTY AND MARITIME LAW

NOW COMES Plaintiff and hereby re-alleges and incorporates by reference all the previous allegations set forth above and further states as against Shipowner Defendants that:

59.    As a direct and proximate result of the negligence of the unseaworthiness of the vessels, Mr. Perkins suffered and died from incurable cancer known as mesothelioma, along with the sequela thereof.

60.    The vessels owned and/or operated by Shipowner Defendants were unseaworthy under the General Admiralty and Maritime Law in that their vessels presented an unreasonably unsafe working environment, whereby Shipowner Defendants substantially breached the implied warranty of providing a reasonably safe vessel and working conditions, which was to be reasonably fit for the purpose for which it was intended.

61.    The vessels were unseaworthy in part due to their lack of necessary equipment to

perform tasks in safety; the lack of adequate training and supervision in the use of a carcinogenic known as asbestos and the lack of adequate ventilation and personal protective measures to reduce the risk of injury to the crew.

62.     Defendants knew for decades of the hazards of asbestos and asbestos-containing products, or in the exercise of reasonable care, should have known of these hazards. Notwithstanding this knowledge, Defendants failed to provide necessary equipment to perform tasks in safety; failed to provide adequate training in the use of asbestos and further failed to provide personal protective measures and devices in a willful and conscious disregard for the safety of Mr. Perkins and those similarly situated, causing Mr. Perkins' exposure to asbestos and resulting mesothelioma thereby entitling him to an award of exemplary and punitive damages according to proof.

63.     As a direct and proximate result of the aforementioned acts and omissions by each of the defending parties herein, Mr. Perkins sustained injuries as an indivisible, cumulative cause of each of the stated Defendants as contemplated in *American Fire & Casualty Company v. Flynn*, 341 U.S. 6, 71 S. Ct. 534 (1951).  Plaintiff seeks damages as below stated, *inter alia*:

    (a)    Loss of earnings and earnings capacity;

    (b)    Conscious pain and suffering, past and future;

    (c)    Mental anguish, fright and shock, embarrassment, humiliation or mortification, past or future;

    (d)    Medical expenses and costs;

    (e)    Household services;

    (f)    Loss of pleasure, including social and recreational amenities, past and future;

    (g)    Loss of society and companionship;

    (h)    Death by wrongful acts;

    (i)    Loss of support, costs of estate planning, and funeral

expenses; and

(j)     Exemplary and punitive damages; and

(k)     Any and all other elements of damages cognizable in law
or which may be raised, pleaded and proved by
Plaintiff during the pendency of this cause and at the
time of trial.

WHEREFORE, Plaintiff demands trial by jury and judgment against each of the Defendants, jointly and severally, in an amount to be determined at trial for Compensatory damages and Punitive damages, both separate amounts in a sum that exceeds the jurisdictional limits of all lower Courts, as well as interest and costs to be taxed in accordance with law and such other and further measures of relief as the Court may determine to be appropriate and just.

## COUNT III

## LOSS OF CONSORTIUM

NOW COMES Plaintiff and hereby realleges paragraphs 1 through 55 and paragraphs 59 through 63 as if set forth fully herein.

64.     During times relevant herein, Mr. Perkins and Plaintiff Rita Mae Perkins were lawfully married.

65.     As a direct and proximate result of the unseaworthiness of Shipowner Defendants' vessels, Plaintiff Rita Mae Perkins has lost the consortium, society and companionship of her husband, Mr. Perkins, and has performed every personal service for her husband and suffered economic loss as a result of having to take care of him.

WHEREFORE, Plaintiff demands trial by jury and judgment against each of the Defendants, jointly and severally, in an amount to be determined at trial for Compensatory damages and Punitive damages, both separate amounts in a sum that exceeds the jurisdictional limits of all lower Courts, as well as interest and costs to be taxed in accordance with law and

such other and further measures of relief as the Court may determine to be appropriate and just.

## CAUSES OF ACTION AGAINST MANUFACTURER DEFENDANTS

## COUNT I

## NEGLIGENCE

66.     Plaintiff hereby incorporates by reference the allegations made in paragraphs 1 through 55 as more fully set forth herein.

67.     During his employment aboard merchant vessels, Mr. Perkins used, handled and/or was in a proximity of others who used and handled asbestos and asbestos-containing products, which caused him to contract a severe health affliction in the form of a cancer known as mesothelioma.  The asbestos and asbestos-containing products in and about the vessels upon which Mr. Perkins worked are known to be highly toxic to mankind and the human body can be contaminated by asbestos and asbestos-containing products through inhalation and/or ingestion.

68.     Defendants knew or should have known of the dangers associated with exposure to the carcinogens in asbestos and asbestos-containing products.

69.     Defendants are or were, and at all times material hereto, engaged in the business of designing, manufacturing, distributing and/or assembling various asbestos products for sale to and use by shipowners and/or shipyards, including Defendants herein.

70.     Defendants intended that their products be used in or about vessels, including those referenced herein.  Defendants sold and placed their products in the stream of commerce for sale.

71.     At the time of the manufacture and/or sale of asbestos and asbestos-containing products by Defendants to Mr. Perkins' employers, Defendants knew and/or had reason to know that Mr. Perkins and those similarly situated would be exposed to the above-referenced products.

72.     Each of the products manufactured or supplied by Defendants, at all times relevant, were being used in a manner for which they were intended and in a manner which was reasonably foreseeable.

73.     During the times material hereto, Defendants owed Mr. Perkins a duty of ordinary care in its marketing, designing, selling, labeling, manufacturing and/or distributing asbestos and/or asbestos-containing products.

74.     During times material hereto, Defendants, jointly and severally, owed a duty to Mr. Perkins and all others similarly situated to manufacture, prepare and market their products in a manner reasonably calculated to prevent them to be used without a danger of the health and safety of persons such as Mr. Perkins.   Furthermore, Defendants owed a duty to warn and instruct regarding the uses of their asbestos-containing products.

75.     During times material hereto, Defendants manufactured and distributed, supplied and/or otherwise placed within said vessels upon which Mr. Perkins served asbestos-containing products of which Defendants under the exercise of ordinary care should and/or could have known were inherently defective, ultrahazardous, dangerous, poisonous, or otherwise highly harmful to Mr. Perkins.

76.     Mr. Perkins' exposures to asbestos were foreseeable by Defendants.

77.     Defendants breached their duty of ordinary care and were negligent in that they knew and/or should have known that their asbestos-containing products were likely to injure and cause respiratory disease in persons who were exposed to their products without warnings or adequate warnings, that exposure to Defendants' asbestos-containing products would create hazardous, unsafe work areas and risk to the health of Mr. Perkins.   Furthermore, Defendants:

> (a)     Failed to properly design and manufacture the products;

(b)     Failed to formulate their products so as to minimize or eliminate the toxic effects upon their uses;

(c)     Failed to properly prepare, inspect, and process said products so they would not be transferred from the manufacturers' possession in a defective state and that said products would be reasonably fit for the particular purpose intended  and of merchantable quality;

(d)     Failed to properly manufacture the products;

(e)     Failed to accurately label and give adequate warnings and instructions regarding the composition and use of the products and their possible toxic effects upon their users; and

(f)     Failed to properly market and advertise said products.

78.     Defendants knew for decades of the hazards of asbestos and asbestos-containing products, or in the exercise of reasonable care, should have known of these hazards. Notwithstanding this knowledge, Defendants manufactured, supplied, advertised and sold said products.  Defendants, in a conscious disregard for the safety of Mr. Perkins and others, without giving any notice of defects to Mr. Perkins, placed and persisted in placing the products described above into the stream of commerce, causing Mr. Perkins' exposure to asbestos thereby entitling him to an award of exemplary and punitive damages according to proof.

79.     As a direct and proximate result of the aforementioned acts and omissions by each of the defending parties herein, Mr. Perkins sustained injuries as an indivisible, cumulative cause of each of the stated Defendants as contemplated in *American Fire & Casualty Company v. Flynn*, 341 U.S. 6, 71 S.Ct. 534 (1951).  Plaintiff seeks damages as below stated, *inter alia*:

(a)     Loss of earnings and earnings capacity;

(b)     Conscious pain and suffering, past and future;

(c)     Mental anguish, fright and shock, embarrassment, humiliation or mortification, past or future;

(c)     Medical expenses and costs;

(e)     Household services;

(f)     Loss of pleasure, including social and recreational amenities, past and future;

(g)     Loss of society and companionship;

(h)     Death by wrongful acts;

(i)     Loss of support, costs of estate planning, and funeral expense;

(j)     Exemplary and punitive damages; and

(k)     Any and all other elements of damages cognizable in law or which may be raised, pleaded and proved by Plaintiff during the pendency of this cause and at the time of trial.

WHEREFORE, Plaintiff demands trial by jury and judgment against each of the Defendants, jointly and severally, in an amount to be determined at trial for Compensatory damages and Punitive damages, both separate amounts in a sum that exceeds the jurisdictional limits of all lower Courts, as well as interest and costs to be taxed in accordance with law and such other and further measures of relief as the Court may determine to be appropriate and just.

## COUNT II

## STRICT PRODUCT LIABILITY

NOW COMES Plaintiff and hereby realleges and incorporates paragraphs 1 through 55 and paragraphs 66 through 79 as though more fully set forth herein and further states:

80.     Defendant Manufacturers designed, distributed, supplied, labeled, and/or placed into the stream of commerce asbestos and asbestos-containing products.

81.    Said products were defective and constituted an unreasonable risk of harm to persons, including Mr. Perkins, who was exposed to asbestos and asbestos friable dust contained in said products.

82.    The defective condition of the products existed at the time they were placed into the stream of commerce by Defendants and continued to exist without substantial change at the time of Mr. Perkins' exposure to them during the course of his employment as a merchant mariner as aforementioned.

83.    Defendants knew, or should have known, of the unreasonably dangerous condition of the products and the substantial danger to human health that condition created.

84.    Defendants failed to test their products and further failed to adequately inform or warn Mr. Perkins of the dangers and harmful character of the products.

85.    As a direct and proximate result of the dangerous and defective condition of said products that Defendants placed in the stream of commerce, Mr. Perkins died from injuries and losses.  Defendants are liable to the estate of Mr. Perkins under the theory of strict liability and tort as described in Section 402(a) of the Restatement (2d) of Torts.

86.    As a direct and proximate result of the acts and omissions afore stated by each of the defending parties herein, Mr. Perkins sustained injuries as an indivisible, cumulative cause of each of the stated Defendants as contemplated in *American Fire & Casualty Company v. Flynn*, 341 U.S. 6, 71 S.Ct. 534 (1951).  Plaintiff seeks damages as below stated, *inter alia*:

  (a)    Loss of earnings and earnings capacity;

  (b)    Conscious pain and suffering, past and future;

  (c)    Mental anguish, fright and shock, embarrassment, humiliation or mortification, past or future;

  (d)    Medical expenses and costs;

(e)     Household services;

(f)     Loss of pleasure, including social and recreational
amenities, past and future;

(g)     Loss of society and companionship;

(h)     Death by wrongful acts;

(i)     Loss of support, costs of estate planning, and funeral expense;

(j)     Exemplary and punitive damages; and

(l)     Any and all other elements of damages cognizable
in law or which may be raised, pleaded and proved
by Plaintiff during the pendency of this cause and at
the time of trial.

WHEREFORE, Plaintiff demands trial by jury and judgment against each of the Defendants, jointly and severally, in an amount to be determined at trial for Compensatory damages and Punitive damages, both separate amounts in a sum that exceeds the jurisdictional limits of all lower Courts, as well as interest and costs to be taxed in accordance with law and such other and further measures of relief as the Court may determine to be appropriate and just.

## COUNT III

## LOSS OF CONSORTIUM

NOW COMES Plaintiff and hereby realleges paragraphs 1 through 55 and paragraphs 66 through 86 as if set forth fully herein.

87.     During times relevant herein, Mr. Perkins and Plaintiff Rita Mae Perkins were lawfully married.

88.     As a direct and proximate result of the negligence and strict liability of Manufacturer Defendants, Plaintiff Rita Mae Perkins has lost the consortium, society and companionship of her husband, Mr. Perkins, and has performed every personal service for her

husband and suffered economic loss as a result of having to take care of him.

WHEREFORE, Plaintiff demands trial by jury and judgment against each of the Defendants, jointly and severally, in an amount to be determined at trial for Compensatory damages and Punitive damages, both separate amounts in a sum that exceeds the jurisdictional limits of all lower Courts, as well as interest and costs to be taxed in accordance with law and such other and further measures of relief as the Court may determine to be appropriate and just.

## CAUSE OF ACTION AGAINST
## METROPOLITAN LIFE INSURANCE COMPANY

NOW COMES Plaintiff and hereby realleges paragraphs 1 through 55 and paragraphs 66 through 86 as if set forth fully herein.

89.     Defendant Metropolitan Life Insurance Company, through its Policyholders Service Bureau, undertook duties owed by Defendants to Mr. Perkins by testing asbestos workers and conducting scientific studies related to asbestos exposure.

90.     In undertaking these duties, Defendant Metropolitan Life Insurance Company knew, or in the exercise of reasonable diligence should have known, that it was providing testing service for the ultimate protection of third parties, including Mr. Perkins.

91.     In both conducting said tests and in publishing the alleged results thereof, Defendant Metropolitan Life Insurance Company failed to exercise reasonable care to conduct or publish timely complete, adequate and accurate tests concerning health effects of asbestos exposure.

92.     Defendant Metropolitan Life Insurance Company also caused to be published intentionally false, misleading, inaccurate and deceptive information about the adverse health effects of asbestos exposure.

93.    Mr. Perkins unwittingly but justifiably relied upon the purported thoroughness of the tests and information disseminated by the Defendant Metropolitan Life Insurance Company, which published these test results and information in a leading medical journal.

94.    As a direct and proximate result of the failures on the part of this defendant in conducting tests and publishing results thereof which were false, misleading, inaccurate, deceptive and untruthful, Defendant Metropolitan Life Insurance Company caused, encouraged and promoted Mr. Perkins' asbestos exposure and caused and/or contributed to the injuries sustained by Mr. Perkins as more fully described herein.

95.    By reason of the foregoing, Defendant Metropolitan Life Insurance Company acted with reckless and wanton disregard for the welfare of the general public, including Mr. Perkins.

WHEREFORE, Plaintiff demands trial by jury and judgment against each of the Defendants, jointly and severally, in an amount to be determined at trial for Compensatory damages and Punitive damages, both separate amounts in a sum that exceeds the jurisdictional limits of all lower Courts, as well as interest and costs to be taxed in accordance with law and such other and further measures of relief as the Court may determine to be appropriate and just.

## CAUSE OF ACTION AGAINST CONSPIRING DEFENDANTS

## CONSPIRACY AND COLLECTIVE LIABILITY/CONCERT OF ACTION

NOW COMES Plaintiff and hereby realleges paragraphs 1 through 55, paragraphs 66 through 86 and paragraphs 89 through 95 as if set forth fully herein.

96.    Metropolitan Life Insurance Company and/or Manufacturer Defendants (collectively, "Conspiring Defendants") since the early 1900's have been possessed of medical

and scientific data which raised questions concerning the safety of asbestos in the workplace and which demonstrated the existence of health hazards to those exposed to, or coming in contact with, asbestos products.

97.     Conspiring Defendants collectively and through explicit agreement and consciously parallel behavior, controlled industry standards regarding the testing, manufacture, sale, distribution and use of asbestos products and controlled the level of knowledge on the part of the public regarding the hazards of exposure to fibers and dust emanating from and released by Manufacturer Defendants' asbestos products.

98.     Conspiring Defendants through agreement and consciously parallel behavior intentionally failed to warn potential users, and Mr. Perkins in particular, of the serious bodily harm which may result from the inhalation of, and exposure to, asbestos fibers and dust emanating from and released by asbestos products.

99.     Conspiring Defendants conspired and/or acted in concert to withhold, conceal and suppress medical and scientific data and literature regarding the risks of exposure to asbestos and asbestos products, and the association of this exposure to the development of asbestosis, cancer, mesothelioma and other illnesses and diseases from Mr. Perkins and others similarly situated, who were using, being exposed to, or coming into contact with Manufacturer Defendants' asbestos products and airborne fibers and dust emanating from and released by those products.

100.    Conspiring Defendants through agreement and consciously parallel behavior released, published and disseminated invalid, inaccurate, outdated and misleading medical and scientific data, literature and test reports containing information and statements regarding the risks of asbestosis, cancer, mesothelioma and other illnesses and diseases which Conspiring Defendants knew were invalid, inaccurate, outdated and misleading.

101.    Conspiring Defendants distorted the results of medical examinations conducted upon Mr. Perkins and/or workers similarly situated who were using asbestos products and being exposed to the inhalation of asbestos fibers and dust by falsely stating and/or concealing the nature and extent of the harm to which Mr. Perkins and workers such as Mr. Perkins had suffered.

102.    Conspiring Defendants while cognizant of this data deliberately chose to ignore the health and safety issues raised therein, and embarked upon a plan of deception intended to deprive the public at large of alarming medical and scientific findings which remained in their exclusive possession and under their exclusive control.

103.    Conspiring Defendants conspired and/or acted in concert with each other and with other members of the asbestos industry through agreement and consciously parallel behavior:

>   (a)    to withhold from users of their products, and from persons who Defendants knew or should have known would be exposed to their products, information regarding the health risks of inhaling or ingesting asbestos fibers and dust;
>
>   (b)    to eliminate or prevent investigation into the health hazards of exposure to asbestos fibers and dust; and
>
>   (c)    to assure that asbestos products became widely used in industries such as construction, shipbuilding, machine fabrication and similar such industries, irrespective of the potential and actual risk of harm to the user/consumer.

104.    Mr. Perkins reasonably and in good faith relied upon the false and fraudulent representations, omissions and concealments made by Conspiring Defendants regarding the nature of their asbestos products and was deprived of an opportunity to make an informed decision concerning his use of, exposure to, and contact with, Defendants' products.

105.    Mr. Perkins consequently in no respect can be blamed, should Plaintiff be unable to establish which of the asbestos products caused Mr. Perkins' injuries.

106.     Conspiring Defendants, whether acting individually or in concert with others, violated their common law duty of care owed to Mr. Perkins or otherwise engaged in culpable activity against the Mr. Perkins.

107.     The actions and inactions of Conspiring Defendants independently and/or collectively constitute a pattern or practice of intentional wrongful conduct and/or malice resulting in damage and injury to Mr. Perkins.

108.     By reason of the above, Conspiring Defendants are jointly and severally liable to Plaintiff for the injuries and damages sustained by virtue of industry-wide or enterprise liability.

109.     Alternatively, Conspiring Defendants are liable to Plaintiff for the injuries and damages sustained by virtue of their substantial share of the asbestos products market within the area in which Mr. Perkins was employed.

110.     As a direct and proximate result of his wrongful exposure to asbestos at the hands of Manufacturer Defendants, Mr. Perkins contracted an asbestos-related illness with sequela and was caused to suffer severe physical pain, mental anguish, pecuniary losses, loss of enjoyment of life and death.

WHEREFORE, Plaintiff demands trial by jury and judgment against each of the Defendants, jointly and severally, in an amount to be determined at trial for Compensatory damages and Punitive damages, both separate amounts in a sum that exceeds the jurisdictional limits of all lower Courts, as well as interest and costs to be taxed in accordance with law and such other and further measures of relief as the Court may determine to be appropriate and just.

## CAUSE OF ACTION AGAINST ALL DEFENDANTS

## JOINT AND SEVERAL LIABILITY

NOW COMES Plaintiff and hereby realleges paragraphs 1 through 110 as if set forth

fully herein.

111.    The limitations on liability set forth in NY CLS CPLR § 1601 do not apply

because the following exemptions apply:

a.     Defendant acted with reckless disregard for the safety of others.  *See*

NY CLS CPLR § 1602(7).

b.     Defendant unlawfully released into the environment a substance hazardous

to public health, safety or the environment, a substance acutely hazardous

to public health, safety or the environment or a hazardous waste, as

defined in NY CLS ECL § 27 and § 37 and in violation of NY CLS ECL

§ 71.  *See* NY CLS CPLR § 1602(9).

112.    By reason of the forgoing, joint and several liability is applicable to all non-

railroad defendants.


Dated: New York, New York
       September 27, 2013

Respectfully submitted,

**MOTLEY RICE LLC**


By:   *Rebecca M. Katz*
      Rebecca M. Katz, Esq.
      Alex R. Straus, Esq. (not yet admitted)
      275 Seventh Avenue, 2nd Floor
      New York, NY 10001
      (212) 577-0041
      (212) 577-0054 (fax)
      rkatz@motleyrice.com
      astraus@motleyrice.com

*Attorneys for Plaintiff*

STATE OF NEW YORK      )
                       )  ss:
COUNTY OF NEW YORK  )


The undersigned, an attorney admitted to practice in the Courts of New York State shows:

Deponent is a member of the firm MOTLEY RICE LLC counsel for Plaintiff in the within action; deponent has read the foregoing Summons and Verified Complaint and knows the contents thereof; the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes same to be true. This verification is made by deponent and not by Plaintiff because Plaintiff resides outside the County of New York where the deponent maintains her office.


Dated: New York, New York
       September 27, 2013


                                    _Rebecca M. Katz_
                                    Rebecca M. Katz, Esq.



U.S. Department
of Transportation

**United States
Coast Guard**

Commanding Officer
United States Coast Guard
National Maritime Center

4200 Wilson Blvd. Suite 510
Arlington, VA  22203-1804
Staff Symbol: NMC-4A
Phone: (703) 522-3103

16713/23485

Mr. Wayne P. Perkins
P.O. Box 261
Castine, ME  04421-0261

NOV 0 9 1999

Dear Mr. Perkins:

In further response to your letter of September 28, 1999, we are enclosing certified copies of
your Certificates of Discharge held in our merchant marine service record for you.  If you believe
that Certificates of Discharge are missing from this record, we suggest you contact the shipping
companies that employed you during the relevant period.  We maintain only the Certificates of
Discharge that are forwarded to us by the shipping companies.

Sincerely,

*Conchita F. Parker*

CONCHITA PARKER
Seamen Documentation Specialist
Marine Personnel Division
By direction of the Commanding Officer

Encl:  Certificates of Discharge

*Ships he was on in Coastguard*

FORWARD THIS COPY TO HEADQUARTERS

# UNITED STATES COAST GUARD
## Certificate of Discharge
### TO MERCHANT SEAMAN

*(Signature of Seaman)*

A. E. Stanley *(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this  7th  day of  December , 19 53

*United States Shipping Commissioner.*
*(or Master of Vessel)*

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. H 434419

CG 718A (Rev. 6-48)

| | |
|---|---|
| Name of Seaman | Wayne P. Perkins *(In full)* |
| Citizenship | USA   Certificate of Identification No. Z 965070 |
| Rating | Lic. Jr. Engr. *(Capacity in which employed)* |
| Date of Shipment | 11/21/53 |
| Place of Shipment | New York |
| Date of Discharge | 12/7/53 |
| Place of Discharge | New York |
| Name of Ship | African Endeavor |
| Official No. | 239616   Class of Vessel Steam *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | Coastwise *(Foreign, Intercoastal or Coastwise)* |

---

FORWARD THIS COPY TO HEADQUARTERS

# UNITED STATES COAST GUARD   35
## Certificate of Discharge
### TO MERCHANT SEAMAN

*(Signature of Seaman)*

*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this  20  day of  November , 19 53

*United States Shipping Commissioner.*
*(or Master of Vessel)*

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. H 277129

CG 718A (Rev. 6-48)

| | |
|---|---|
| Name of Seaman | Wayne P. Perkins *(In full)* |
| Citizenship | USA   Certificate of Identification No. Z 965070 |
| Rating | Lic. Jr. Engr. *(Capacity in which employed)* |
| Date of Shipment | 9/17/53 |
| Place of Shipment | New York |
| Date of Discharge | November 20 1953 |
| Place of Discharge | New York |
| Name of Ship | African Endeavor |
| Official No. | 239616   Class of Vessel Steam *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | Foreign *(Foreign, Intercoastal or Coastwise)* |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE
F. Palmer

FORWARD THIS COPY TO HEADQUARTERS

## UNITED STATES COAST GUARD
### Certificate of Discharge
#### TO MERCHANT SEAMAN

Serial No. H 344824

CG 718A (Rev. 6-48)

(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me
and are correct and that the signatures hereto were witnessed by me.

Dated this 17 day of September 19 53

United States Shipping Commissioner.
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping
commissioner under this act, the master shall sign the certification
on the line designated for the shipping commissioner's signature.

Name of Seaman          Wayne P. Perkins
                        (In full)
Citizenship    USA      Certificate of
                        Identification No. Z 965070
Rating         Lic. Jr. Engr.
                        (Capacity in which employed)
Date of Shipment        9/3/53
Place of Shipment       New York
Date of Discharge       9/16/53
Place of Discharge      N.Y.
Name of Ship            African Endeavor
Official No. 239616     Class of Vessel    Steam
                        (Steam, Motor, Sail or Barge)
Nature of Voyage        Coastwise
                        (Foreign, Intercoastal or Coastwise)

---

FORWARD THIS COPY TO HEADQUARTERS

## UNITED STATES COAST GUARD
### Certificate of Discharge
#### TO MERCHANT SEAMAN

Serial No. H 344770

CG 718A (Rev. 6-48)

(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me
and are correct and that the signatures hereto were witnessed by me.

Dated this 2 day of September 19 53

United States Shipping Commissioner
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping
commissioner under this act, the master shall sign the certification
on the line designated for the shipping commissioner's signature.

Name of Seaman          Wayne P. Perkins
                        (In full)
Citizenship    USA      Certificate of
                        Identification No. Z 965070
Rating         Lic. Jr. Engr.
                        (Capacity in which employed)
Date of Shipment        6/29/53
Place of Shipment       New York
Date of Discharge       September 2, 1953
Place of Discharge      New York
Name of Ship            African Endeavor
Official No. 239616     Class of Vessel    Steam
                        (Steam, Motor, Sail or Barge)
Nature of Voyage        Foreign
                        (Foreign, Intercoastal or Coastwise)

36

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECTS MERCHANT SEAMAN
FILE
T. Palmer

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)
DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Serial No. I 8488841

Certificate of Discharge
to Merchant Seaman

*(Signature of Seaman)*

M J Dalton
*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **11th** day of **July** 19**73**

United States Shipping Commissioner.
*(Master of Vessel)*

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

004 30 4913

CG - 718A (REV. 4-67)

Name of Seaman **PERKINS   Wayne P**
*(In full)*                     D 1

Citizenship **USA**  U. S. Merchant Mariners Document

Rating **3rd Assistant Engineer**
*(Capacity in which employed)*

Date of Shipment **22 May   1973**

Place of Shipment **New York**

Date of Discharge **11 July   1973**

Place of Discharge **New York**

Name of Ship **SS Export Adventurer**

Name of Employer **American Export Lines Inc**

Official No. **284024** Class of Vessel **Steam**
*(Steam, Motor, Sail or Barge)*

Nature of Voyage **Foreign**
*(Foreign, Intercoastal or Coastwise)*

---

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)
DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Serial No. I 8509425

Certificate of Discharge
to Merchant Seaman

*(Signature of Seaman)*

John R. CAIN
*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **21st** day of **May** 19 **73**

United States Shipping Commissioner.
*(or Master of Vessel)*

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

004 30 4913

CG - 718A (REV. 4-67)

Name of Seaman **Wayne P. PERKINS**
*(In full)*

Citizenship **USA**  U. S. Merchant Mariners Document N.

Rating **3rd Assistant Engineer**
*(Capacity in which employed)*

Date of Shipment **14 May 1973**

Place of Shipment **New York**

Date of Discharge **21 May 1973**

Place of Discharge **New York**

Name of Ship **SS Export Adventurer**

Name of Employer **American Export Lines Inc**

Official No. **284024** Class of Vessel **Steam**
*(Steam, Motor, Sail or Barge)*

Nature of Voyage **Coastwise**
*(Foreign, Intercoastal or Coastwise)*

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE
J. Palmer

23

**FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)**
DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

*Certificate of Discharge*
*to Merchant Seaman*

*(Signature of Seaman)*

_____ (Master of Vessel)
I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this **8th** day of **March** 19 **73**

J F Cain _____
(or Master of Vessel)

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

004 30 4913

Serial No. I 8512467

CG - 718A (REV. 4-67)

Name of Seaman **PERKINS  Wayne Phillip**
(In full)                                    D 1
Citizenship **USA** U. S. Merchant
Mariners Document N
Rating **3rd Assistant Engineer**
(Capacity in which employed)
Date of Shipment **27 February 1973**
Place of Shipment **New York**
Date of Discharge **8 March    1973**
Place of Discharge **New York**
Name of Ship **SS Export Adventurer**
Name of Employer **American Export Lines Inc**
Official No. **284024**  Class of Vessel **Steam**
(Steam, Motor, Sail or Barge)
Nature of Voyage **Coastwise**
(Foreign, Intercoastal or Coastwise)

---

23

**FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)**
DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

*Certificate of Discharge*
*to Merchant Seaman*

*(Signature of Seaman)*

M J Dalton _____
(Master of Vessel)
I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this **26th** day of **Feb** 19 **73**

_____
United States Shipping Commissioner.

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

004 30 4913

Serial No. I 8423080

CG - 718A (REV. 4-67)

Name of Seaman **PERKINS  Wayne P.**
(In full)                                    D 1
Citizenship **USA**  U. S. Merchant
Mariners Document No.
Rating **3rd Asst Engineer**
(Capacity in which employed)
Date of Shipment **21 December 1972**
Place of Shipment **New York**
Date of Discharge **26 Ferbruary 1973**
Place of Discharge **New York**
Name of Ship **SS Export Adventurer**
Name of Employer **American Export Lines Inc**
Official No. **284024**  Class of Vessel **Steam**
(Steam, Motor, Sail or Barge)
Nature of Voyage **Foreign**
(Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECTS MERCHANT SEAMAN
FILE

23

Serial No. I 8480182

CG - 718A (REV. 4-67)

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

*Wayne S. Perkins*
(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **20th** day of **Dec** 19 **72**

*J R Cain*
United States Shipping Commissioner
(or Master of Vessel)

J R Cain

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

004 30 4913

Name of Seaman   **PERKINS   Wayne P**
(In full)

D 1

Citizenship   **USA**   U. S. Merchant
Mariners Document )

Rating   **3rd Asst Engineer**
(Capacity in which employed)

Date of Shipment   **13 December 1972**

Place of Shipment   **New York**

Date of Discharge   **20 December 1972**

Place of Discharge   **New York**

Name of Ship   **SS Export Adventurer**

Name of Employer   **American Export Lines Inc**

Official No.   **284024**   Class of Vessel   **Steam**
(Steam, Motor, Sail or Barge)

Nature of Voyage   **Coastwise**
(Foreign, Intercoastal or Coastwise)

---

23

Serial No. I 8466048

CG - 718A (REV. 4-67)

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

*Wayne S. Perkins*
(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **7th** day of **Aug** 19 **72**

*J R Cain*
United States Shipping Commissioner
(or Master of Vessel)

J R CAIN

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

004 30 4913

Name of Seaman   **PERKINS   Wayne P**
(In full)

Citizenship   **USA**   U. S. Merchant
Mariners Document No. Z   **965070**

Rating   **3rd Asst Engineer**
(Capacity in which employed)

Date of Shipment   **25 July 1972**

Place of Shipment   **New York**

Date of Discharge   **7 Aug 1972**

Place of Discharge   **New York**

Name of Ship   **SS Export Adventurer**

Name of Employer   **American Export IsbrandtsenLines Inc**

Official No.   **284024**   Class of Vessel   **Steam**
(Steam, Motor, Sail or Barge)

Nature of Voyage   **Coastwise**
(Foreign, Intercoastal or Coastwise)

---

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

*F. Palmer*

23

Serial No. I 7891328

CG - 718A (REV. 4-67)

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD
Certificate of Discharge
to Merchant Seaman

(Signature of Seaman)

Robt FRASER
(Master of Vessel)

I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this __24th__ day of __July__ 19 __72__

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

004 30 4913

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne P |
| | (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. z 965070 |
| Rating | 3rd Assistant Engineer (W.S.) |
| | (Capacity in which employed) |
| Date of Shipment | 23 May  1972 |
| Place of Shipment | New York |
| Date of Discharge | 24 July 1972 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American ExportIsbrandtsenLinesInc |
| Official No. | 284024   Class of Vessel   Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign |
| | (Foreign, Intercoastal or Coastwise) |

---

Serial No. I 8466007

CG - 718A (REV. 4-67)

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD
Certificate of Discharge
to Merchant Seaman

(Signature of Seaman)

Anthony L. Lake
(Master of Vessel)

I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this __10th__ day of __May__ 19 __72__

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

004 30 4913

| | |
|---|---|
| Name of Seaman | Wayne P. Perkins   23 |
| | (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. z 965070 |
| Rating | 3rd Asst.Engineer |
| | (Capacity in which employed) |
| Date of Shipment | March 9,1972 |
| Place of Shipment | NewYork,N.Y. |
| Date of Discharge | May 10, 1972 |
| Place of Discharge | New York,N.Y. |
| Name of Ship | S.S. Export Adventurer |
| Name of Employer | American Export Isbrandtsen Lines |
| Official No. | 284024   Class of Vessel   Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE                S. Palmer

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)
DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD
Certificate of Discharge
to Merchant Seaman

Serial No. I 7827818

_(Signature of Seaman)_

W H Reilly
_(Master of Vessel)_
I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this 18th day of Jan , 19 71

W H Reilly
_(or Master of Vessel)_

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

004 30 4913

CG - 719A (REV. 4-67)

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne Phillip |
| | _(In full)_ |
| Citizenship | USA  U. S. Merchant |
| | Mariners Document No. Z 965070 |
| Rating | 3rd Assistant Engineer |
| | _(Capacity in which employed)_ |
| Date of Shipment | 8 January 1971 |
| Place of Shipment | New York |
| Date of Discharge | 18 January 1971 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American ExportIsbrandtsenLines Inc |
| Official No. | 284024  Class of Vessel Steam |
| | _(Steam, Motor, Sail or Barge)_ |
| Nature of Voyage | Coastwise |
| | _(Foreign, Intercoastal or Coastwise)_ |

---

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD
Certificate of Discharge
to Merchant Seaman

Serial No. I 6411850

_(Signature of Seaman)_

E M Lewerenz
_(Master of Vessel)_
I HEREBY CERTIFY that the above entries were made by me
and are correct and that the signatures hereto were wit-
nessed by me.

Dated this 8th day of Jan , 19 71

United States Shipping Commissioner.

Note—Whenever a master performs the duties of the shipping
commissioner under this act, the master shall sign the cer-
tification on the line designated for the shipping commis-
sioner's signature.

004 30 4913

CG - 719A (REV. 6-62)

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne P |
| | _(In full)_ |
| Citizenship | USA  U. S. Merchant |
| | Mariners Document No. Z 965070 |
| Rating | 3rd Assistant Engineer |
| | _(Capacity in which employed)_ |
| Date of Shipment | 19 November 1970 |
| Place of Shipment | New York |
| Date of Discharge | 7 January 1971 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American ExportIsbrandtsenLines In |
| Official No. | 284024  Class of Vessel Steam |
| | _(Steam, Motor, Sail or Barge)_ |
| Nature of Voyage | Foreign |
| | _(Foreign, Intercoastal or Coastwise)_ |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE
J. Palmer

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

_(Signature of Seaman)_

_(Master of Vessel)_

I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this __18th__ day of __March__ 19 __71__

W H Reilly                United States Shipping Commissioner
(or Master of Vessel)

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

004 30 4913

Serial No. I 7968905

CG - 718A (REV. 4-67)

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne P . <br> _(In full)_ |
| Citizenship | USA  U. S. Merchant <br> Mariners Document No. z 965070 |
| Rating | 3rd Assistant Engineer <br> _(Capacity in which employed)_ |
| Date of Shipment | 9 March 1971 |
| Place of Shipment | New York |
| Date of Discharge | 18 March 1971 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export IsbrandtsenLines Inc |
| Official No. | 284024  Class of Vessel  Steam <br> _(Steam, Motor, Sail or Barge)_ |
| Nature of Voyage | Coastwise <br> _(Foreign, Intercoastal or Coastwise)_ |

---

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

_(Signature of Seaman)_

W H Reilly

_(Master of Vessel)_

I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this __8th__ day of __March__ 19 __71__

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

004 30 4913

Serial No. I 7743345

CG - 718A (REV. 4-67)

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne P . <br> _(In full)_ |
| Citizenship | USA  U. S. Merchant <br> Mariners Document No. z 965070 |
| Rating | 3rd Assistant Engineer <br> _(Capacity in which employed)_ |
| Date of Shipment | 19 January 1971 |
| Place of Shipment | New York |
| Date of Discharge | 8 March 1971 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export IsbrandtsenLines Inc |
| Official No. | 284024  Class of Vessel  Steam <br> _(Steam, Motor, Sail or Barge)_ |
| Nature of Voyage | Foreign <br> _(Foreign, Intercoastal or Coastwise)_ |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE            J. Palmer

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

(Signature of Seaman)

J P McKenna (Master of Vessel)

I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this __8th__ day of __March__ 19 __72__

J P McKenna ~~United States Shipping Commissioner~~
(or Master of Vessel)

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

004 30 4913

Serial No. I 8018808

CG - 718A (REV. 4-67)

| | |
|---|---|
| Name of Seaman | PERKINS   Wayne P |
| | (In full) |
| Citizenship | USA  U. S. Merchant Mariners Document No. z 965 070 |
| Rating | 3rd Assistant Engineer |
| | (Capacity in which employed) |
| Date of Shipment | 4 March 1972 |
| Place of Shipment | ~~New York~~  Norfolk |
| Date of Discharge | 8 March 1972 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export Isbrandtsen Lines Inc |
| Official No. | 284024  Class of Vessel  Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Coastwise |
| | (Foreign, Intercoastal or Coastwise) |

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

(Signature of Seaman)

J P McKenna (Master of Vessel)

I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this __22nd__ day of __Feb__ 19 __72__

~~United States Shipping Commissioner~~
(or Master of Vessel)

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

004 30 4913

Serial No. I 8337587

CG - 718A (REV. 4-67)

| | |
|---|---|
| Name of Seaman | PERKINS   Wayne P |
| | (In full) |
| Citizenship | USA  U. S. Merchant Mariners Document No. z 965070 |
| Rating | 3rd Asst Engineer |
| | (Capacity in which employed) |
| Date of Shipment | 15 February 1972 |
| Place of Shipment | New York |
| Date of Discharge | 22 February 1972 |
| Place of Discharge | ~~New York~~  ~~Norfolk~~  Newport News |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export Isbrandtsen Lines Inc |
| Official No. | 284024  Class of Vessel  Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Coastwise |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE          J. Palmer

**Serial No. I 8423578**

CG - 718A (REV. 4-67)

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)
DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD
Certificate of Discharge
to Merchant Seaman

(Signature of Seaman)

F. SHELLENBARGER
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 24 day of Jan. 19 72

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

004 30 4913

Name of Seaman  **Wayne P Perkins**  24
(In full)
Citizenship  **USA**  U. S. Merchant Mariners Document No. z **965070**
Rating  **Jr 3rd Asst/Engineer**
(Capacity in which employed).
Date of Shipment  **Jan.5, 1972**
Place of Shipment  **New York, N.Y.**
Date of Discharge  **Jan. 24, 1972**
Place of Discharge  **New York, N.Y.**
Name of Ship  **SS Export Challenger**
Name of Employer  **American Export Isbrandtsen Lines**
Official No. **292227**  Class of Vessel  **Steam**
(Steam, Motor, Sail or Barge)
Nature of Voyage  **Coastwise**
(Foreign, Intercostal or Coastwise)

---

**Serial No. I 7996128**

CG - 718A (REV. 4-67)

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)
DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD
Certificate of Discharge
to Merchant Seaman

(Signature of Seaman)
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 16th day of May 19 71

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

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

Name of Seaman  **WAYNE P. PERKINS**  23
(In full)
Citizenship  **U S A**  U. S. Merchant Mariners Document No. z **965070**
Rating  **3rd ASST. ENGR**
(Capacity in which employed)
Date of Shipment  **19 March 1971**
Place of Shipment  **New York**
Date of Discharge  **16 May 1971**
Place of Discharge  **New York**
Name of Ship  **S.S.EXPORT ADVENTURER**
Name of Employer  **AMERICAN EXPORT ISBRANDTSEN LINES**
Official No. **284024**  Class of Vessel  **Steam**
(Steam, Motor, Sail or Barge)
Nature of Voyage  **Foreign**
(Foreign, Intercostal or Coastwise)

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

J. Palmer

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

(Signature of Seaman)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **13th** day of **Nov** 19**70**

C F Troxel ~~United States Shipping Commissioner~~
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. I 7797498

CG - 718A (REV. 4-67)

004 30 4913

| | |
|---|---|
| Name of Seaman | **PERKINS Wayne Phillip** |
| | (In full) |
| Citizenship | **USA** U. S. Merchant Mariners Document No. Z **965070** |
| Rating | **3rd Assistant Engineer** |
| | (Capacity in which employed) |
| Date of Shipment | **9 November 1970** |
| Place of Shipment | **New York** |
| Date of Discharge | **18 November 1970** |
| Place of Discharge | **New York** |
| Name of Ship | **SS Export Adventurer** |
| Name of Employer | **American ExportIsbrandtsenLines Inc** |
| Official No. | **284024** Class of Vessel **Steam** |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | ~~Foreign~~ **Coastwise** |
| | (Foreign, Intercoastal or Coastwise) |

---

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

(Signature of Seaman)

C F Troxel

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **9th** day of **Nov** 19**70**

United States Shipping Commissioner,
~~(or Master of Vessel)~~

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. I 7827831

CG - 718A (REV. 4-67)

004 30 4913

| | |
|---|---|
| Name of Seaman | **PERKINS Wayne P** |
| | (In full) |
| Citizenship | **USA** U. S. Merchant Mariners Document No. Z **965070** |
| Rating | **3rd Esst Engineer** |
| | (Capacity in which employed) |
| Date of Shipment | **25 September 1970** |
| Place of Shipment | **New York** |
| Date of Discharge | **8 November 1970** |
| Place of Discharge | **New York** |
| Name of Ship | **SS Export Adventurer** |
| Name of Employer | **American ExportIsbrandtsenLines Inc** |
| Official No. | **284024** Class of Vessel **Steam** |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | **Foreign** |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECTS MERCHANT SEAMAN FILE   J. Palmer

Serial No. I 7591436

## FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

*Wayne P. Perkins*
(Signature of Seaman)

Charles F. Troxel
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this __24th__ day of __September__ 19 __70__

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

004 30 4913

CG - 718A (REV. 4-67)

| | |
|---|---|
| Name of Seaman | **Wayne P. Perkins**  #23 (In full) |
| Citizenship **U.S.A.** | U. S. Merchant Mariners Document No. z **965070** |
| Rating | **3rd Assistant Engineer (WS)** (Capacity in which employed) |
| Date of Shipment | **September 17, 1970** |
| Place of Shipment | **New York, N. Y.** |
| Date of Discharge | **September 24, 1970** |
| Place of Discharge | **New York, N. Y.** |
| Name of Ship | **S. S. EXPORT ADVENTURER** |
| Name of Employer | **American Export Isbrandtsen Lines** |
| Official No. **284024** Class of Vessel | **Steam** (Steam, Motor, Sail or Barge) |
| Nature of Voyage | **Coastwise** (Foreign, Intercostal or Coastwise) |

---

Serial No. I 1661436

## FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

(Signature of Seaman)

Charles F. Troxel
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this __16th__ day of __September__ 19 __70__

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

004 30 4913

CG - 718A (REV. 4-67)

| | |
|---|---|
| Name of Seaman | **Wayne P. Perkins**  #23 (In full) |
| Citizenship **U.S.A.** | U. S. Merchant Mariners Document No. z **965070** |
| Rating | **3rd Assistant Engineer (Watch)** (Capacity in which employed) |
| Date of Shipment | **August 5, 1970** |
| Place of Shipment | **New York, N. Y.** |
| Date of Discharge | **September 16, 1970** |
| Place of Discharge | **New York, N. Y.** |
| Name of Ship | **S. S. EXPORT ADVENTURER** |
| Name of Employer | **American Export Isbrandtsen Lines, Inc.** |
| Official No. **284024** Class of Vessel | **Steam** (Steam, Motor, Sail or Barge) |
| Nature of Voyage | **Foreign** (Foreign, Intercostal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

J. Palmer

23

**FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)**

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

*Certificate of Discharge
to Merchant Seaman*

Serial No. I 7490870

(Signature of Seaman)

R Peksens                    (Master of Vessel)
I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this 22 day of April 19 70

R Peksens
United States Shipping Commissioner
(or Master of Vessel)

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

004 30 4913

Name of Seaman   PERKINS  Wayne Phillip
(In full)
Citizenship   USA   U. S. Merchant
Mariners Document No. Z   965070

Rating   3rd A/Engr
(Capacity in which employed)

Date of Shipment   16 April 1970

Place of Shipment   New York

Date of Discharge   22 April 1970

Place of Discharge   New York

Name of Ship   SS EXPORT ADVENTURER

Name of Employer   AMERICAN EXPORT ISBRANDTSEN LINES

Official No.   284024   Class of Vessel   Steam
(Steam, Motor, Sail or Barge)

Nature of Voyage   Coastwise
(Foreign, Intercoastal or Coastwise)

---

**FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)**

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

*Certificate of Discharge
to Merchant Seaman*

Serial No. I 7616257

(Signature of Seaman)

R E PEKSENS                    (Master of Vessel)
I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this 15th day of APRIL 19 70

United States Shipping Commissioner
(or Master of Vessel)

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

004 30 4913

Name of Seaman   Wayne P PERKINS   23
(In full)
Citizenship   USA   U. S. Merchant
Mariners Document No. Z   965070

Rating   THIRD ASSISTANT ENGINEER
(Capacity in which employed)

Date of Shipment   2/19/70

Place of Shipment   NEW YORK

Date of Discharge   4/15/70

Place of Discharge   NEW YORK

Name of Ship   S.S. EXPORT ADVENTURER

Name of Employer   American Export Isbrandtsen Lines, Inc.

Official No.   284024   Class of Vessel   Steam
(Steam, Motor, Sail or Barge)

Nature of Voyage   Foreign
(Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECTS MERCHANT SEAMAN
FILE
T. Palmer

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

*Certificate of Discharge*
*to Merchant Seaman*

*Wayne P Perkins*
(Signature of Seaman)

R. PEKSENS
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **18th** day of **FEB** 19**70**

Peksens
(Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.   **004 30 4913**

Serial No. I 7025387

CG - 718A (REV. 4-67)

23

Name of Seaman   **PERKINS   Wayne P**
(In full)

Citizenship   **USA**   U. S. Merchant Mariners Document No. z **965070**

Rating   **3rd Assistant Engineer**
(Capacity in which employed)

Date of Shipment   **2/13/70**

Place of Shipment   **New York**

Date of Discharge   **2/18/70**

Place of Discharge   **New York**

Name of Ship   **SS Export Adventurer**

Name of Employer   **American ExportIsbrandtsenLines Inc**

Official No.   **284024**   Class of Vessel   **Steam**
(Steam, Motor, Sail or Barge)

Nature of Voyage   **Coastwise**
(Foreign, Intercoastal or Coastwise)

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

*Certificate of Discharge*
*to Merchant Seaman*

*Wayne P Perkins*
(Signature of Seaman)

R Peksens
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **13th** day of **February** 19**70**

United States Shipping Commissioner.
(Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.   **004 30 4913**

Serial No. I 7124446

CG - 718A (REV. 4-67)

23

Name of Seaman   **PERKINS   Wayne P**
(In full)

Citizenship   **USA**   U. S. Merchant Mariners Document No. z **965070**

Rating   **3rd Assistant Engineer**
(Capacity in which employed)

Date of Shipment   **17 December 1969**

Place of Shipment   **New York**

Date of Discharge   **12 February 1970**

Place of Discharge   **New York**

Name of Ship   **SS Export Adventurer**

Name of Employer   **American ExportIsbrandtsenLines Inc**

Official No.   **284024**   Class of Vessel   **Steam**
(Steam, Motor, Sail or Barge)

Nature of Voyage   **Foreign**
(Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECTS MERCHANT SEAMAN
FILE

S. Palmer

23

**Serial No. I 6807044**

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

*Certificate of Discharge
to Merchant Seaman*

*(Signature of Seaman)*

C E Reilly
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by
me and are correct and that the signatures hereto were
witnessed by me.

Dated this 16th day of Dec , 19 69

C E Reilly
United States Shipping Commissioner

Cg - 718A (REV. 3-67)

Note—Whenever a master performs the duties of the ship-
ping commissioner under this act, the master shall sign
the certification on the line designated for the shipping
commissioner's signature.

004 30 4913

| | |
|---|---|
| Name of Seaman | PERKINS   Wayne Phillip |
| | (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z 965070 |
| Rating | 3rd Assistant Engineer |
| | (Capacity in which employed) |
| Date of Shipment | 6 December 1969 |
| Place of Shipment | New York |
| Date of Discharge | 16 December 1969 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export IsbrandtsenLines In |
| Official No. | 284024   Class of Vessel   Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Coastwise |
| | (Foreign, Intercoastal or Coastwise) |

---

23

**Serial No. I 7690167**

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

*Certificate of Discharge
to Merchant Seaman*

*(Signature of Seaman)*

C F Troxel
(Master of Vessel)

I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this 5th day of December 19 69

United States Shipping Commissioner.

Cg - 718A (REV. 4-67)

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

004 30 4913

| | |
|---|---|
| Name of Seaman | PERKINS   Wayne P |
| | (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z 965070 |
| Rating | 3rd Assistant Engineer |
| | (Capacity in which employed) |
| Date of Shipment | 14 October   1969 |
| Place of Shipment | New York |
| Date of Discharge | 5 December 1969 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American ExportIsbrandtsenLines Inc |
| Official No. | 284024   Class of Vessel   Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

J. Palmer

**23**

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

Serial No. I 7652841

(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this **14** day of **Oct** 19 **69**

C F Troxel

(or Master of Vessel)

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

004 30 4913

CG - 718A (REV. 4-67)

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne Phillip |
| | (In full) |
| Citizenship | USA  U. S. Merchant Mariners Document No. z  965070 |
| Rating | 3rd Assistant Engineer |
| | (Capacity in which employed) |
| Date of Shipment | 25 September 1969 |
| Place of Shipment | New York |
| Date of Discharge | 13 October  1969 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export Isbrandtsen Lines Inc |
| Official No. | 284024  Class of Vessel  Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Coastwise |
| | (Foreign, Intercoastal or Coastwise) |

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

Serial No. I 7466213

(Signature of Seaman)

C. F. TROXEL
(Master of Vessel)

I HEREBY CERTIFY that the above entries were
made by me and are correct and that the signatures
hereto were witnessed by me.

Dated this **25th** day of **September** 19 **69**

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the
shipping commissioner under this act, the master shall
sign the certification on the line designated for the
shipping commissioner's signature.

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

CG - 718A (REV. 4-67)

| | |
|---|---|
| Name of Seaman | Wayne P. Perkins |
| | (In full) |
| Citizenship | USA  U. S. Merchant Mariners Document No. z  965070 |
| Rating | 3rd Asst Engineer |
| | (Capacity in which employed) |
| Date of Shipment | 11 August 1969 |
| Place of Shipment | NEW YORK, NY |
| Date of Discharge | 24  September 1969 |
| Place of Discharge | NEW YORK, N.Y. |
| Name of Ship | SS EXPORT ADVENTURER |
| Name of Employer | AMERICAN EXPORT  ISBRANDTSEN LINES |
| Official No. | 284024  Class of Vessel  Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

J. Palmer

23

Serial No. I 6564159

CG - 718A (REV. 3-67)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

_(Signature of Seaman)_

C F Troxel
_(Master of Vessel)_

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **11th** day of **August** , 19 **69**

C F Troxel
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

004 30 4913

| | |
|---|---|
| Name of Seaman | **PERKINS  Wayne Phillip** |
| | (In full) |
| Citizenship | **USA**  U. S. Merchant Mariners Document No. Z **965070** |
| Rating | **3rd Assistant Engineer** |
| | (Capacity in which employed) |
| Date of Shipment | **31 July  1969** |
| Place of Shipment | **New York** |
| Date of Discharge | **10 August 1969** |
| Place of Discharge | **New York** |
| Name of Ship | **SS Export Adventurer** |
| Name of Employer | **American Export Isbrandtsen Lines Inc** |
| Official No. | **284024**  Class of Vessel  **Steam** |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | **Coastwise** |
| | (Foreign, Intercoastal or Coastwise) |

21

Serial No. I 742958

CG - 718A (REV. 4-67)

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)
DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

_(Signature of Seaman)_

CHARLES R. WALTHER
_(Master of Vessel)_

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **30th** day of **July** 19 **69**

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| | |
|---|---|
| Name of Seaman | **Wayne P. Perkins** |
| | (In full) |
| Citizenship | **USA**  U. S. Merchant Mariners Document No. Z **965070** |
| Rating | **3rd A/Engineer** |
| | (Capacity in which employed) |
| Date of Shipment | **11 July 1969** |
| Place of Shipment | **NEW YORK, N.Y.** |
| Date of Discharge | **30 July 1969** |
| Place of Discharge | **NEW YORK, N.Y.** |
| Name of Ship | **C.V. LIGHTNING** |
| Name of Employer | **AMERICAN EXPORT ISBRANDTSEN LINES** |
| Official No. | **518063**  Class of Vessel  **Container** |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | **Foreign** |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

J. Palmer

**6690712**

Serial No. 1

CG - 718A (REV. 3-67)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

*Wayne P. Perkins*
(Signature of Seaman)

J E Wilbur
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 2nd day of May 19 69

United States Shipping Commissioner.

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman **PERKINS, Wayne P,**
(In full)

Citizenship **USA** U. S. Merchant Mariners Document No. Z **965070**

Rating **3rd Asst Engineer**
(Capacity in which employed)

Date of Shipment **17 March 1969**

Place of Shipment **New York**

Date of Discharge **2 May 1969**

Place of Discharge **New York**

Name of Ship **SS Export Adventurer**

Name of Employer **American Export IsbrandtsenLines In**

Official No. **284024** Class of Vessel **Steam**
(Steam, Motor, Sail or Barge)

Nature of Voyage **Foreign**
(Foreign, Intercoastal or Coastwise)

---

**23**

**6825089**

Serial No. 1

CG - 718A (REV. 3-67)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

*Wayne P. Perkins*
(Signature of Seaman)

J E Wilbur
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 17th day of March, 19 69

J E Wilbur
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman **PERKINS, Wayne Phillip**
(In full)

Citizenship **USA** U. S. Merchant Mariners Document No. Z **965070**

Rating **3rd Assistant Engineer**
(Capacity in which employed)

Date of Shipment **17 February 1969**

Place of Shipment **New York**

Date of Discharge **16 March 1969**

Place of Discharge **New York**

Name of Ship **SS Export Adventurer**

Name of Employer **American Export IsbrandtsenLines In**

Official No. **284024** Class of Vessel **Steam**
(Steam, Motor, Sail or Barge)

Nature of Voyage **Coastwise**
(Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

*J. Palmer*

23

**6418520**

Serial No.

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

### Certificate of Discharge to Merchant Seaman

X _Wayne_ _____
(Signature of Seaman)

C F Troxel

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **31st** day of ~~May~~ **Dec** , 19 **68**

_____
United States Shipping Commissioner.
~~XXXXXXXXXXXXX~~

CG-718A (REV. 6-62)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| | |
|---|---|
| Name of Seaman | PERKINS   Wayne Phillip |
| | (In full) |
| Citizenship | USA   U. S. Merchant   965070 |
| | Mariners Document No. Z |
| Rating | **3rd Assistant Engineer** (WS) |
| | (Capacity in which employed) |
| Date of Shipment | **14 October 1968** |
| Place of Shipment | **New York** |
| Date of Discharge | **31 December ~~21~~1968** |
| Place of Discharge | **New York** |
| Name of Ship | **SS Export Adventurer** |
| Name of Employer | **American Export IsbrandtsenLines** |
| Official No. | **284024**   Class of Vessel   **Steam** |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | **Foreign** |
| | (Foreign, Intercoastal or Coastwise) |

---

23

**6157220**

Serial No.

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

### Certificate of Discharge to Merchant Seaman

_Wayne_ _____
(Signature of Seaman)

C F Troxel

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **13th** day of ~~Sept~~ **October** , 19 **68**

C F Troxel _____
~~United States Shipping Commissioner.~~
(or Master of Vessel)

CG-718A (REV. 6-62)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| | |
|---|---|
| Name of Seaman | PERKINS   Wayne P |
| | (In full) |
| Citizenship | USA   U. S. Merchant   965070 |
| | Mariners Document No. Z |
| Rating | ~~Ex~~ **3rd Assistant Engr** |
| | (Capacity in which employed) |
| Date of Shipment | **23 Sept 1968** 9-23-68 |
| Place of Shipment | **New York** |
| Date of Discharge | **13 ~~Sept~~ October 1968** 10-13-68 |
| Place of Discharge | **New York** |
| Name of Ship | **SS Export Adventurer** |
| Name of Employer | **American Export IsbrandtsenLines Inc** |
| Official No. | **284024**   Class of Vessel   **Steam** |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | **Foreign** |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

J. Palmer

23

659866

Serial No. I

CG - 718A (REV. 3-67)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

*Wayne B Perkins*
(Signature of Seaman)

FREDERICK N MAC LEAN
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by
me and are correct and that the signatures hereto were
witnessed by me.

Dated this 23 day of SEPTEMBER , 19 68

*J. Fain*
United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the ship-
ping commissioner under this act, the master shall sign
the certification on the line designated for the shipping
commissioner's signature.

Name of Seaman   Wayne Philip PERKINS
                                    (In full)

Citizenship   USA   U. S. Merchant
                     Mariners Document No. Z   965070

Rating   3/A/ENGINEER  (w S)
                (Capacity in which employed)

Date of Shipment   14 JUL 68

Place of Shipment   NEW YORK, N Y

Date of Discharge   9-22-68  9/22/68

Place of Discharge   N.Y.

Name of Ship   SS EXPORT ADVENTURER

Name of Employer   AMERICAN EXPORT
ISBRANDTSEN LINES INC

Official No.   284024   Class of Vessel   STEAM CARGO
                                (Steam, Motor, Sail or Barge)

Nature of Voyage   FOREIGN
                        (Foreign, Intercoastal or Coastwise)

---

23

6802246

Serial No. I

CG - 718A (REV. 3-67)

DEPARTMENT OF TRANSPORTATION
UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

*Wayne P Perkins*
(Signature of Seaman)

C F Troxel
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by
me and are correct and that the signatures hereto were
witnessed by me.

Dated this 13th day of July , 19 68

*C F Troxel*
(or Master of Vessel)

Note—Whenever a master performs the duties of the ship-
ping commissioner under this act, the master shall sign
the certification on the line designated for the shipping
commissioner's signature.

Name of Seaman   PERKINS   Wayne Philip
                                    (In full)

Citizenship   USA   U. S. Merchant
                     Mariners Document No. Z   965070

Rating   3rd Assistant Engineer
                (Capacity in which employed)

Date of Shipment   2 July 1968

Place of Shipment   New York

Date of Discharge   14 July 1968  7-13-68

Place of Discharge   New York

Name of Ship   SS Export Adventurer

Name of Employer   American Export Isbrandtsen Lines Inc

Official No.   284024   Class of Vessel   Steam
                                (Steam, Motor, Sail or Barge)

Nature of Voyage   Coastwise
                        (Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE
*S. Palmer*

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)

**TREASURY DEPARTMENT
UNITED STATES COAST GUARD**

*Certificate of Discharge
to Merchant Seaman*

*(Signature of Seaman)*

C F Troxel
*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 1st day of July, 19 68

United States Shipping Commissioner.
Master of Vessel

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. 6147465

CG - 718A (REV. 6-62)

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne P |
| | (In full) |
| Citizenship | USA  U. S. Merchant Mariners Document No. Z  965070 |
| Rating | 3rd Asst Engineer |
| | (Capacity in which employed) |
| Date of Shipment | 15 April  1968 |
| Place of Shipment | New York |
| Date of Discharge | 1 July 1968 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export IsbrandtsenLines In |
| Official No. | 284024  Class of Vessel  Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign |
| | (Foreign, Intercoastal or Coastwise) |

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)

**TREASURY DEPARTMENT
UNITED STATES COAST GUARD**

*Certificate of Discharge
to Merchant Seaman*

*(Signature of Seaman)*

C F Troxel
*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 15th day of April, 19 68

C F Troxel    United States Shipping Commissioner.
Master of Vessel

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. 5862790

CG - 718A (REV. 6-62)

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne P |
| | (In full) |
| Citizenship | USA  U. S. Merchant Mariners Document No. Z  965070 |
| Rating | 3rd Asst Engineer |
| | (Capacity in which employed) |
| Date of Shipment | 26 March 1968 |
| Place of Shipment | New York |
| Date of Discharge | 14 April 1968 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export IsbrandtsenLinesInc |
| Official No. | 284024  Class of Vessel  Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Coastwise |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

S. Palmer

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

### Certificate of Discharge in Merchant Seaman

Serial No. **5372247**

_____ (Signature of Seaman)

C F Troxel _____ (Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **26th** day of **March** 19 **68**

_____ United States Shipping Commissioner.

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 6-62)

Name of Seaman **PERKINS   Wayne P**
(In full)

Citizenship **USA** U. S. Merchant Mariners Document No.Z **965070**

Rating **3rd Asst Engineer** ( ωS )
(Capacity in which employed)

Date of Shipment **8 January 1968**

Place of Shipment **New York**

Date of Discharge **25 March   1968**

Place of Discharge **New York**

Name of Ship **SS Export Adventurer**

Name of Employer **American Export IsbrandtsenLines Inc**

Official No. **284024** Class of Vessel **Steam**
(Steam, Motor, Sail or Barge)

Nature of Voyage **Foreign**
(Foreign, Intercoastal or Coastwise)

---

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

### Certificate of Discharge in Merchant Seaman

Serial No. **5872949**

_____ (Signature of Seaman)

_____ (Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **9th** day of **Oct** , 19 **167**

J E Wilbur _____ United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 6-62)

Name of Seaman **PERKINS   Wayne P.**
(In full)

Citizenship **USA** U. S. Merchant Mariners Document No.Z **965070**

Rating **3rd Asst Engineer**
(Capacity in which employed)

Date of Shipment **30 Sept 1967**

Place of Shipment **New York**

Date of Discharge **8 Oct   1967**

Place of Discharge **New York**

Name of Ship **SS Export Adventurer**

Name of Employer **American Export IsbrandtsenLines Inc**

Official No. **284024** Class of Vessel **Steam**
(Steam, Motor, Sail or Barge)

Nature of Voyage **Coastwise**
(Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE
S. Palmer

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)

TREASURY DEPARTMENT
UNITED STATES COAST GUARD

**Certificate of Discharge
to Merchant Seaman**

Serial No. 5862770

(Signature of Seaman)

F. L. KILGLINE (Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **29** day of **SEPT**, 19 **67**

United States Shipping Commissioner,
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG - 718A (REV. 6-62)

| | |
|---|---|
| Name of Seaman | WAYNE P. PERKINS (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z 965070 |
| Rating | THIRD ASSISTANT ENGINEER (Capacity in which employed) |
| Date of Shipment | 6 JULY 1967 |
| Place of Shipment | NEW YORK, NEW YORK |
| Date of Discharge | 29 SEPTEMBER 1967 |
| Place of Discharge | NEW YORK, NEW YORK |
| Name of Ship | S.S. EXPORT ADVENTURER |
| Name of Employer | AMERICAN EXPORT ISBRANDTSEN LINES |
| Official No. | 284024   Class of Vessel STEAM (Steam, Motor, Sail or Barge) |
| Nature of Voyage | FOREIGN (Foreign, Intercoastal or Coastwise) |

---

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)

TREASURY DEPARTMENT
UNITED STATES COAST GUARD

**Certificate of Discharge
to Merchant Seaman**

Serial No. 5488046

(Signature of Seaman)

V R Antworth (Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **5th** day of **July**, 19 **67**

V R Antworth   United States Shipping Commissioner XXXXXXXXXXXXXXXXXXXXX

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG - 718A (REV. 6-62)

| | |
|---|---|
| Name of Seaman | PERKINS   Wayne P (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z 965070 |
| Rating | 3rd Asst Engineer (Capacity in which employed) |
| Date of Shipment | 24 June 1967 |
| Place of Shipment | New York |
| Date of Discharge | 5 July 1967 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export IsbrandtsenLines |
| Official No. | 284024   Class of Vessel Steam (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign Coastwise (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT MERCHANT SEAMAN
FILE
J. Palmer

23

## FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
### TREASURY DEPARTMENT
### UNITED STATES COAST GUARD

**Certificate of Discharge**
**to Merchant Seaman**

Serial No. 5519471

_____(Signature of Seaman)

F L Kilcline _____(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this  23rd  day of  June , 19 67

_____
United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG - 718A (REV. 6-62)

Name of Seaman  PERKINS  Wayne P
(In full)

Citizenship  USA  U. S. Merchant Mariners Document No. Z  965070

Rating  3rd Assistant Engineer
(Capacity in which employed)

Date of Shipment  3 April 1967

Place of Shipment  New York

Date of Discharge  23 June  1967

Place of Discharge  New York

Name of Ship  SS Export Adventurer

Name of Employer  American Export IsbrandtsenLines Inc

Official No.  284024  Class of Vessel  Steam
(Steam, Motor, Sail or Barge)

Nature of Voyage  Foreign
(Foreign, Intercoastal or Coastwise)

---

23

## FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
### TREASURY DEPARTMENT
### UNITED STATES COAST GUARD

**Certificate of Discharge**
**to Merchant Seaman**

Serial No. 5933028

_____(Signature of Seaman)

W. H. REILLY _____(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this  31st  day of  APRIL  March , 19 67

W H Reilly
United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG - 718A (REV. 6-62)

Name of Seaman  WAYNE PHILLIP PERKINS
(In full)

Citizenship  U.S.A.  U. S. Merchant Mariners Document No. Z  965070

Rating  3rd Ass't. Eng.
(Capacity in which employed)

Date of Shipment  3/22/67

Place of Shipment  NEW YORK

Date of Discharge  3/31/67  4/2/67

Place of Discharge  NEW YORK

Name of Ship  SS EXPORT ADVENTURER

Name of Employer  AMERICAN EXPORT ISBRANDTSENLINES

Official No.  284024  Class of Vessel  Steam
(Steam, Motor, Sail or Barge)

Nature of Voyage  Coastwise
(Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE.

J. Palmer

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

**Certificate of Discharge**
**in Merchant Seaman**

Serial No. II   5872913

(Signature of Seaman)

F L Kilcline
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **22nd** day of **March**, 19 **67**

United States Shipping Commissioner,
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG - 718A (REV. 6-62)

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne P |
| | (In full) |
| Citizenship | USA  U. S. Merchant Mariners Document No. z  965070 |
| Rating | 3rd Asst Engineer (w/s) |
| | (Capacity in which employed) |
| Date of Shipment | 28 December 1966 |
| Place of Shipment | New York |
| Date of Discharge | 21 March  1967  3-21-67 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export IsbrandtsenLines Inc |
| Official No. | 284024  Class of Vessel  Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign |
| | (Foreign, Intercoastal or Coastwise) |

---

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

**Certificate of Discharge**
**in Merchant Seaman**

Serial No. III   5339494

(Signature of Seaman)

F KILCLINE
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 27 day of DEC 19 66

(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG - 718A (REV. 6-62)

| | |
|---|---|
| Name of Seaman | WAYNE A  PERKINS |
| | (In full) |
| Citizenship | USA  U. S. Merchant Mariners Document No. z  965070 |
| Rating | 3rd Assistant Engineer |
| | (Capacity in which employed) |
| Date of Shipment | 12/20/66 |
| Place of Shipment | New York |
| Date of Discharge | 12/27/66 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export IsbrandtsenLines Inc |
| Official No. | 284024  Class of Vessel  Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Coastwise |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

J. Palmer

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

**Certificate of Discharge**
**in Merchant Seaman**

Serial No. 1  5315717

CG-718A (REV. 6-62)

(Signature of Seaman)

L F Nagel                              (Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this   20th   day of   Dec   19  166

United States Shipping-Commissioner.
~~or Master of Vessel~~

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman    PERKINS   Wayne P
                    (In full)

Citizenship    USA   U. S. Merchant   965070
                Mariners Document No. Z

Rating    3rd Asst Engineer (ws)
                    (Capacity in which employed)

Date of Shipment    28  Oct  1966

Place of Shipment    New York

Date of Discharge    19  Dec  1966

Place of Discharge    New York

Name of Ship    SS Export Adventurer

Name of Employer    American Export Isbrandtsen Lines

Official No.    284024   Class of Vessel    Steam
                            (Steam, Motor, Sail or Barge)

Nature of Voyage    Foreign
                    (Foreign, Intercoastal or Coastwise)

---

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

**Certificate of Discharge**
**in Merchant Seaman**

Serial No. 1  5345370

CG-718A (REV. 6-62)

(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this   27th   day of   Oct   , 19  '66

W J Benson                    ~~United States Shipping Commissioner~~
                                (or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman    PERKINS   Wayne P
                    (In full)

Citizenship    USA   U. S. Merchant   965070
                Mariners Document No. Z

Rating    3rd Assistant Engineer
                    (Capacity in which employed)

Date of Shipment    18 October 1966

Place of Shipment    New York

Date of Discharge    27October 1966

Place of Discharge    New York

Name of Ship    SS Export Adventurer

Name of Employer    American Export IsbrandtsenLinesInc

Official No.    284024   Class of Vessel    Steam
                            (Steam, Motor, Sail or Barge)

Nature of Voyage    Coastwise
                    (Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

J. Palmer

23

**FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)**
TREASURY DEPARTMENT
UNITED STATES COAST GUARD
Certificate of Discharge
to Merchant Seaman

Serial No. 5543186

*(Signature of Seaman)*

L F Nagel
*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **17** day of **Oct** , 19**66**

United States Shipping Commissioner.
(or Master of Vessel)

CG - 718A (REV. 8-62)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne P |
| | *(In full)* |
| Citizenship | USA  U. S. Merchant Mariners Document No. Z 965070 |
| Rating | 3rd Asst Engineer (WS) |
| | *(Capacity in which employed)* |
| Date of Shipment | 25 August 1966 |
| Place of Shipment | New York |
| Date of Discharge | 17 Oct  1966 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export IsbrandtsenLines Inc |
| Official No. | 284024  Class of Vessel  Steam |
| | *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | Foreign |
| | *(Foreign, Intercoastal or Coastwise)* |

---

**FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)**
TREASURY DEPARTMENT
UNITED STATES COAST GUARD
Certificate of Discharge
to Merchant Seaman

Serial No. 5840670

*(Signature of Seaman)*

KENNETH H JOHNSON
*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **24** day of **AUG** , 19**66**

United States Shipping Commissioner.
(or Master of Vessel)

CG - 718A (REV. 8-62)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| | |
|---|---|
| Name of Seaman | Wayne Phillip PERKINS |
| | *(In full)* |
| Citizenship | USC  U. S. Merchant Mariners Document No. Z 965070 |
| Rating | 3/A/ENGINEER |
| | *(Capacity in which employed)* |
| Date of Shipment | 7 AUG 66 |
| Place of Shipment | NEW YORK |
| Date of Discharge | 24 AUG 66 |
| Place of Discharge | NEW YORK |
| Name of Ship | SS EXPORT ADVENTURER |
| Name of Employer | AMERICAN EXPORT ISBRANTSEN LINES INC |
| Official No. | 284024  Class of Vessel  STEAM CARGO |
| | *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | COASTWISE |
| | *(Foreign, Intercoastal or Coastwise)* |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE
J. Palmer

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

**Certificate of Discharge**
**to Merchant Seaman**

(Signature of Seaman)

LOUIS FENAGEL
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this _____ day of _____ AUG _____, 19 _6_

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. 5370252

CG-718A (REV. 6-62)

| | |
|---|---|
| Name of Seaman | Wayne Phillip PERKINS   23 |
| | (In full) |
| Citizenship | USC   U. S. Merchant Mariners Document No. Z  965070 |
| Rating | 3/A/ENGINEER (W.S.) |
| | (Capacity in which employed) |
| Date of Shipment | 25 JUN 66 |
| Place of Shipment | NEW YORK |
| Date of Discharge | 8-6-66  6 AUG 1966 |
| Place of Discharge | NEW YORK, N.Y. NEW YORK, N.Y. |
| Name of Ship | SS EXPORT ADVENTURER |
| Name of Employer | AMERICAN EXPORT ISBRANDTSEN LINES INC |
| Official No. | 284024   Class of Vessel  STEAM |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | FOREIGN |
| | (Foreign, Intercostal or Coastwise) |

---

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

**Certificate of Discharge**
**to Merchant Seaman**

(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **24th** day of **June**, 19 '66

R Peksens
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. 5315811

CG-718A (REV. 6-62)

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne P |
| | (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z  965070 |
| Rating | 3rd Asst Engineer |
| | (Capacity in which employed) |
| Date of Shipment | 16 June 1966 |
| Place of Shipment | New York |
| Date of Discharge | 24 June 1966 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export Isbrandtsen Lines |
| Official No. | 284024   Class of Vessel  Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Coastwise |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

F. Palmer

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

**Certificate of Discharge
to Merchant Seaman**

Serial No. 5197472

(Signature of Seaman)

L F Nagel
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 15 day of June, 19 66

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 6-62)

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne P |
| | (In full) |
| Citizenship | USA  U. S. Merchant Mariners Document No. Z  965070 |
| Rating | 3rd Asst Engineer  WS |
| | (Capacity in which employed) |
| Date of Shipment | 26 April 1966 |
| Place of Shipment | New York |
| Date of Discharge | 15 June 1966 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export Isbrandtsen Lines |
| Official No. | 284024  Class of Vessel  Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign |
| | (Foreign, Intercoastal or Coastwise) |

---

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)

**UNITED STATES COAST GUARD**

**Certificate of Discharge
to Merchant Seaman**

Serial No. 4671460

(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 25th day of April, 19 66

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-58)

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne P. |
| | (In full) |
| Citizenship | USA  U. S. Merchant Mariners Document No. Z  965070 |
| Rating | 3rd Asst Engineer |
| | (Capacity in which employed) |
| Date of Shipment | 19 April 1966 |
| Place of Shipment | New York |
| Date of Discharge | 25 April 1966  4-25-66 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export Isbrandtsen Lines |
| Official No. | 284024  Class of Vessel  Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Coastwise |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECTS MERCHANT SEAMAN
FILE.
J. Palmer

2 3

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

**Certificate of Discharge
to Merchant Seaman**

Serial No. 5175021

CG-718A (REV. 6-62)

(Signature of Seaman)

W J Benson
(Master of Vessel)
I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 18th day of April , 19 '66

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| | |
|---|---|
| Name of Seaman | PERKINS  Wayne P, |
| | (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z  965070 |
| Rating | 3rd Asst Engineer (u.s) |
| | (Capacity in which employed) |
| Date of Shipment | 25 February 1966 |
| Place of Shipment | New York |
| Date of Discharge | 18 April   1966 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export Isbrandtsen Lines |
| Official No. | 284024   Class of Vessel  Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign |
| | (Foreign, Intercoastal or Coastwise) |

---

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

**Certificate of Discharge
to Merchant Seaman**

Serial No. 5216439

CG-718A (REV. 6-62)

(Signature of Seaman)

W J Benson
(Master of Vessel)
I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 24th day of Feb. , 19 66

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| | |
|---|---|
| Name of Seaman | Wayne P. PERKINS |
| | (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z  965070 |
| Rating | 3rd Asst Engineer |
| | (Capacity in which employed) |
| Date of Shipment | Feb. 18, 1966 |
| Place of Shipment | New York |
| Date of Discharge | Feb. 24, 1966 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export Isbrandtsen Lines |
| Official No. | 284024   Class of Vessel  Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Coastwise |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

J. Palmer

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)

**UNITED STATES COAST GUARD**

**Certificate of Discharge to Merchant Seaman**

Serial No. 467 1435

(Signature of Seaman)

W J Benson

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 17 day of Feb 19 65

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-59)

| | |
|---|---|
| Name of Seaman | PERKINS, Wayne P. |
| | (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z  965070 |
| Rating | 3rd Asst Engineer (WS) |
| | (Capacity in which employed) |
| Date of Shipment | 22 December 1965 |
| Place of Shipment | New York |
| Date of Discharge | 17 February 1966 |
| Place of Discharge | New York |
| Name of Ship | SS Export Adventurer |
| Name of Employer | American Export Isbrandtsen Lines |
| Official No. | 284024   Class of Vessel   Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign |
| | (Foreign, Intercostal or Coastwise) |

---

21

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)

TREASURY DEPARTMENT
**UNITED STATES COAST GUARD**

**Certificate of Discharge to Merchant Seaman**

Serial No. 5323685

(Signature of Seaman)

E. MOUNTAIN

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 13th day of Sept 19 65

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 6-52)

| | |
|---|---|
| Name of Seaman | Wayne Phillip PERKINS |
| | (In full) |
| Citizenship | U S A   U. S. Merchant Mariners Document No. Z  965070 |
| Rating | 3rd Asst Engr |
| | (Capacity in which employed) |
| Date of Shipment | 9/4/65 |
| Place of Shipment | New York |
| Date of Discharge | 9/13/65 |
| Place of Discharge | New York |
| Name of Ship | S.S. FLYING CLIPPER |
| Name of Employer | AMERICAN EXPORT ISBRANDTSEN LINES |
| Official No. | 252991   Class of Vessel   STEAM |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | COASTWISE |
| | (Foreign, Intercostal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE.

J. Palmer

FORWARD THIS COPY TO COMMANDANT (M.V.P.-1)
TREASURY DEPARTMENT
UNITED STATES COAST GUARD

(21)

**Certificate of Discharge
to Merchant Seaman**

Serial No. 5172695

CG-718A (REV. 6-62)

(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this _3_ day of _____, 19 6_

_____
United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman ___ Wayne P. Perkins

Citizenship ___ USA    U. S. Merchant Mariners' Document No. Z ___ 965070

Rating ___ 3rd Asst. Eng    (Capacity in which employed)

Date of Shipment ___ 27 April 1965

Place of Shipment ___ New York

Date of Discharge ___ 3rd Sept. 1965

Place of Discharge ___ New York

Name of Ship ___ SS Flying Clipper

Name of Employer ___ Am Export Isbrandtsen

Official No. ___ 252991 ___ Class of Vessel ___ Steam (Steam, Motor, Sail or Barge)

Nature of Voyage ___ Foreign (Foreign, Intercoastal or Coastwise)

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

UNITED STATES COAST GUARD

**Certificate of Discharge
to Merchant Seaman**

Serial No. 3524319

CG-718A (REV. 12-58)

(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this _____ day of ___ April ___, 19 65

_____
United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman ___ Wayne P. Perkins (In full)

Citizenship ___ USA    U. S. Merchant Mariners Document No. Z ___ 965070

Rating ___ 3/Eng    (Capacity in which employed)

Date of Shipment ___ Dec 10 1964

Place of Shipment ___ New York, N.Y.

Date of Discharge ___ 4-15-65 April 15 1965

Place of Discharge ___ New York, N.Y.

Name of Ship ___ Flying Clipper

Name of Employer ___ Amer Export-Isbrandtsen

Official No. ___ 252991 ___ Class of Vessel ___ STEAM (Steam, Motor, Sail or Barge)

Nature of Voyage ___ Foreign (Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

T. Palmer

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

UNITED STATES COAST GUARD

### Certificate of Discharge to Merchant Seaman

Serial No. I   4898571

CG-718A (REV. 12-58)

*(Signature of Seaman)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

*(Master of Vessel)*

Dated this ___9th___ day of ___December___ 1964

_____
United States Shipping Commissioner.
(or Master of Vessel)

Note — Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman     **Wayne P. Perkins**
(In Full)                                    21

Citizenship     **U.S.**     U. S. Merchant
Mariners Document No. Z **965070**

Rating     **3rd A/Engr.**
(Capacity in which employed)

Date of Shipment     **11/29/64**

Place of Shipment     **New York**

Date of Discharge     **12/9/64**

Place of Discharge     **New York**

Name of Ship     **Flying Clipper**

Name of Employer     **American Export-Isbrandtsen**

Official No.     **252991**     Class of Vessel     **Steam**
(Steam, Motor, Sail or Barge)

Nature of Voyage     **Coastwise**
(Foreign, Intercostal or Coastwise)

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.-I)

### UNITED STATES COAST GUARD

### Certificate of Discharge to Merchant Seaman

Serial No. I   4655668

CG-718A (REV. 12-58)

*(Signature of Seaman)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

*(Master of Vessel)*

Dated this ___30th___ day of ___Nov.___, 19 ___64___

_____
United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman     **Wayne P. PERKINS**
(In full)

Citizenship     **U.S.**     U. S. Merchant
Mariners Document No. Z **965070**

Rating     **3rd A/Engr.**
(Capacity in which employed)

Date of Shipment     **July 15, 1964**

Place of Shipment     **New York**

Date of Discharge     **11/28/64   11-28-64**

Place of Discharge     **New York**

Name of Ship     **FLYING CLIPPER**

Name of Employer     **AMERICAN EXPORT ISBRANDTSEN**

Official No.     **252991**     Class of Vessel     **Steam**
(Steam, Motor, Sail or Barge)

Nature of Voyage     **Foreign**
(Foreign, Intercostal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

F. Palmer

FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)

**UNITED STATES COAST GUARD**

Serial No. 428 0469

CG-719A (REV. 12-59)

### Certificate of Discharge to Merchant Seaman

_(Signature of Seaman)_

O. Michels
_(Master of Vessel)_

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 6 day of April, 19 64

_United States Shipping Commissioner._
_(or Master of Vessel)_

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman ___ Wayne P. Perkins
_(In full)_

Citizenship ___ USA   U. S. Merchant Mariners Document No. Z965070

Rating ___ 3d A/Engr
_(Capacity in which employed)_

Date of Shipment ___ 12 Feb. 64

Place of Shipment ___ NY

Date of Discharge ___ 5 APR '64

Place of Discharge ___ n Y.

Name of Ship ___ SSExiria

Name of Employer ___ Am Expt Isbrandtsen Lines

Official No. ___ 241356   Class of Vessel ___ Steam
_(Steam, Motor, Sail or Barge)_

Nature of Voyage ___ Foreign
_(Foreign, Intercoastal or Coastwise)_

---

21

FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)

**UNITED STATES COAST GUARD**

Serial No. 4165123

CG-719A (REV. 12-59)

### Certificate of Discharge to Merchant Seaman

_(Signature of Seaman)_

H. W. Foster
_(Master of Vessel)_

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 31 day of Jan., 19 64

_United States Shipping Commissioner._
_(or Master of Vessel)_

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman ___ Wayne P. Perkins
_(In full)_

Citizenship ___ USA   U. S. Merchant Mariners Document No. Z ___ 965070

Rating ___ 3d A/Engr
_(Capacity in which employed)_

Date of Shipment ___ 29 Nov 63

Place of Shipment ___ Chicago

Date of Discharge ___ 1-31-64   31 Jan 64

Place of Discharge ___ N Y

Name of Ship ___ S.S. EXIRIA

Name of Employer ___ AM EXPT ISBRANDTSEN LINES

Official No. ___ 241356   Class of Vessel ___ Steam
_(Steam, Motor, Sail or Barge)_

Nature of Voyage ___ Foreign
_(Foreign, Intercoastal or Coastwise)_

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

F. Palmer

21

**UNITED STATES COAST GUARD**

*Certificate of Discharge to Merchant Seaman*

Serial No. A 337568

_____ (Signature of Seaman)

_____ (Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **29th** day of **Nov.** 19 **63**

H. Y. Coucoun
United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-58)

| | |
|---|---|
| Name of Seaman | **WAYNE P. PERKINS** |
| | (In full) |
| Citizenship **USA** | U. S. Merchant Mariners Document No. Z **965070** |
| Rating | **THIRD ASSISTANT ENGINEER** |
| | (Capacity in which employed) |
| Date of Shipment | **9/19/63** |
| Place of Shipment | **CHICAGO** |
| Date of Discharge | **11/28/63** |
| Place of Discharge | **CHICAGO** |
| Name of Ship | **S.S. EXIRIA** |
| Name of Employer | **AMERICAN EXPORT & ISBRANDTSEN LINES** |
| Official No. **241356** | Class of Vessel **STEAM** |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | **FOREIGN** |
| | (Foreign, Intercoastal or Coastwise) |

---

21

**UNITED STATES COAST GUARD**

*Certificate of Discharge to Merchant Seaman*

Serial No. A 165094

_____ (Signature of Seaman)

T. P. MC KENNA
_____ (Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **19th** day of **SEPT.** 19 **63**

_____
United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-58)

| | |
|---|---|
| Name of Seaman | **WAYNE P PERKINS** |
| | (In full) |
| Citizenship **USA** | U. S. Merchant Mariners Document No. Z **965070** |
| Rating | **THIRD ASSISTANT ENGINEER** |
| | (Capacity in which employed) |
| Date of Shipment | **7/13/63** |
| Place of Shipment | **CHICAGO** |
| Date of Discharge | **9/18/63** |
| Place of Discharge | **CHICAGO** |
| Name of Ship | **S.S. EXIRIA** |
| Name of Employer | **AMERICAN EXPORT & ISBRANDTSEN** |
| Official No. **241356** | Class of Vessel **STEAM** |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | **FOREIGN** |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

J. Palmer

21

**FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)**

UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

*(Signature of Seaman)*

J. P. McKENNA
*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this __13th__ day of __July__, 19__63__

H E S Williams
United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-58)

Serial No. 3615421

| | |
|---|---|
| Name of Seaman | WAYNE P. PERKINS |
| | *(In full)* |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z **965070** |
| Rating | THIRD ASSISTANT ENGINEER |
| | *(Capacity in which employed)* |
| Date of Shipment | 5/4/63 |
| Place of Shipment | CHICAGO |
| Date of Discharge | 7/12/63 |
| Place of Discharge | CHICAGO |
| Name of Ship | S.S. EXIRIA |
| Name of Employer | AMERICAN EXPORT LINES, INC. |
| Official No. | 241356   Class of Vessel   STEAM |
| | *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | FOREIGN |
| | *(Foreign, Intercoastal or Coastwise)* |

---

**FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)**

UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

*(Signature of Seaman)*

E. L. Jungerfield
*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this __3__ day of __May__, 19__63__

Roger W. Berg
United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-58)

Serial No. 4307019

| | |
|---|---|
| Name of Seaman | Wayne P. Perkins |
| | *(In full)* |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z **965070** |
| Rating | 3d A/Engr |
| | *(Capacity in which employed)* |
| Date of Shipment | 2-26-63 |
| Place of Shipment | NY |
| Date of Discharge | 5/3/63 |
| Place of Discharge | Chicago |
| Name of Ship | SS Exiria |
| Name of Employer | Am Expt Lines, Inc. |
| Official No. | 241356   Class of Vessel   Steam |
| | *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | Foreign |
| | *(Foreign, Intercoastal or Coastwise)* |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE
F. Palmer

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

*(Signature of Seaman)*

E. L. Jungerfield
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 25 day of July 19 63

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-58)

Serial No. I 360 45 44

Name of Seaman — Wayne P. Perkins
(In full)

Citizenship — USA   U. S. Merchant Mariners Document No. z 965070

Rating — 3d A/Engr
(Capacity in which employed)

Date of Shipment — NY

Place of Shipment — 12-16-62

Date of Discharge — 2-25-63   2/25/63

Place of Discharge — NY

Name of Ship — SS Exiria

Name of Employer — Am Expt Lines, Inc.

Official No. — 241356   Class of Vessel — Steam
(Steam, Motor, Sail or Barge)

Nature of Voyage — Foreign
(Foreign, Intercoastal or Coastwise)

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

*(Signature of Seaman)*

E. L. Jungerfield
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 15th day of Dec 19 62

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-58)

Serial No. I 4035795

Name of Seaman — Wayne P. Perkins
(In full)

Citizenship — USA   U. S. Merchant Mariners Document No. Z 965070

Rating — 3d A/Engr
(Capacity in which employed)

Date of Shipment — 10-15-62

Place of Shipment — Chicago

Date of Discharge — 12-15-62   15th Dec. 1962

Place of Discharge — New York

Name of Ship — SS Exiria

Name of Employer — Am Expt Lines, Inc.

Official No. — 241356   Class of Vessel — Steam
(Steam, Motor, Sail or Barge)

Nature of Voyage — Foreign
(Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE
*F. Palmer*

FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)

**UNITED STATES COAST GUARD**

Certificate of Discharge
to Merchant Seaman

Serial No. I 3909179

CG-718A (REV. 12-58)

(Signature of Seaman)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 13th day of June, 19 62

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

(Master of Vessel)

Name of Seaman    PERKINS, Wayne P.    23
(In full)

Citizenship    USA    U. S. Merchant Mariners Document No. Z    965070

Rating    3rd Asst. Engr.
(Capacity in which employed)

Date of Shipment    6-5-62

Place of Shipment    NEW YORK, N. Y.

Date of Discharge    6-13-62

Place of Discharge    NEW YORK, N. Y.

Name of Ship    EXPORT AIDE

Name of Employer    AMERICAN EXPORT LINES, INC.

Official No.    284516    Class of Vessel    STEAM
(Steam, Motor, Sail or Barge)

Nature of Voyage    C/W
(Foreign, Intercoastal or Coastwise)

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)

**UNITED STATES COAST GUARD**

Certificate of Discharge
to Merchant Seaman

Serial No. I 4036220

CG-718A (REV. 12-58)

(Signature of Seaman)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 5 day of June, 19 62

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

(Master of Vessel)

Name of Seaman    PERKINS, Wayne Phillip    23
(In full)

Citizenship    USA    U. S. Merchant Mariners Document No. Z    965070

Rating    3rd Asst. Engr.
(Capacity in which employed)

Date of Shipment    April 23, 1962

Place of Shipment    New York, N. Y.

Date of Discharge    6/4/62

Place of Discharge    New York

Name of Ship    EXPORT AIDE

Name of Employer    American Export Lines, Inc.

Official No.    284516    Class of Vessel    Steam
(Steam, Motor, Sail or Barge)

Nature of Voyage    Foreign
(Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE
J. Palmer

23

**FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)**

**UNITED STATES COAST GUARD**

**Certificate of Discharge to Merchant Seaman**

*(Signature of Seaman)*

G W Hudgins
*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 23rd day of April, 19 62

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. 3909201

CG-718A (REV. 12-58)

| | |
|---|---|
| Name of Seaman | Wayne Phillip Perkins |
| | *(In full)* |
| Citizenship | USA    U. S. Merchant Mariners Document No. Z-965070 |
| Rating | Third Asst Engineer |
| | *(Capacity in which employed)* |
| Date of Shipment | 4/14/62 |
| Place of Shipment | New York |
| Date of Discharge | April/22nd   1962 |
| Place of Discharge | New York |
| Name of Ship | Export Aide |
| Name of Employer | American Export Lines, Inc |
| Official No. 284516 Class of Vessel | Steam Pass-Cargo |
| | *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | Coastwise |
| | *(Foreign, Intercoastal or Coastwise)* |

---

**FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)**

**UNITED STATES COAST GUARD**

**Certificate of Discharge to Merchant Seaman**

*(Signature of Seaman)*

F. N. MAC LEAN
*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 13 day of April, 19 62

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. 3909248

CG-718A (REV. 12-58)

| | |
|---|---|
| Name of Seaman | PERKINS, Wayne Phillip    23 |
| | *(In full)* |
| Citizenship | USA  U. S. Merchant Mariners Document No. Z-965070 |
| Rating | 3rd Asst. Engr. |
| | *(Capacity in which employed)* |
| Date of Shipment | Feb. 27, 1962 |
| Place of Shipment | New York, N. Y. |
| Date of Discharge | 4/13/62 |
| Place of Discharge | New York |
| Name of Ship | EXPORT AIDE |
| Name of Employer | American Export Lines, Inc. |
| Official No. 284516 Class of Vessel | Steam |
| | *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | Foreign |
| | *(Foreign, Intercoastal or Coastwise)* |

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECTS MERCHANT SEAMAN FILE
F. Palmer

23

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

**UNITED STATES COAST GUARD**

Certificate of Discharge
to Merchant Seaman

Serial No. 3877931

CG-718A (REV. 12-59)

*(Signature of Seaman)*

*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 26th day of FEB, 19 62

A. C. KOPPER — Master
United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| | |
|---|---|
| Name of Seaman | Wayne P. PERKINS |
| | (In full) |
| Citizenship U.S.A. | U. S. Merchant Mariners Document No. Z 965070 |
| Rating | 3rd ASS'T ENG'R |
| | (Capacity in which employed) |
| | 1J3rd ASST ENGR - 15 FEB 62 |
| Date of Shipment | 16 FEB 62 |
| Place of Shipment | NEW YORK |
| Date of Discharge | 26 FEB 62 |
| Place of Discharge | NEW YORK |
| Name of Ship | EXPORT AIDE |
| Name of Employer | AMERICAN EXPORT LINES |
| Official No. 284,516 | Class of Vessel STEAM |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | COASTWISE |
| | (Foreign, Intercoastal or Coastwise) |

---

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

**UNITED STATES COAST GUARD**

Certificate of Discharge
to Merchant Seaman

Serial No. 3876022

CG-718A (REV. 12-59)

*(Signature of Seaman)*

*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 15 day of Feb, 19 62

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| | |
|---|---|
| Name of Seaman | PERKINS, Wayne Phillip |
| | (In full) |
| Citizenship USA | U. S. Merchant Mariners Document No. Z 965070 |
| Rating | Jr 3rd Asst. Engr. |
| | (Capacity in which employed) |
| Date of Shipment | January 6, 1962 |
| Place of Shipment | New York, N. Y. |
| Date of Discharge | 2/14/62 |
| Place of Discharge | New York |
| Name of Ship | EXPORT AIDE |
| Name of Employer | American Export Lines, Inc. |
| Official No. 284516 | Class of Vessel Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign |
| | (Foreign, Intercoastal or Coastwise) |

24

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

### UNITED STATES COAST GUARD

**Certificate of Discharge to Merchant Seaman**

Serial No. 3752220

(Signature of Seaman)

E. C. KRUGE R
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 5 day of JAN. , 19 62

E. C. KRUGER
United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-58)

| | |
|---|---|
| Name of Seaman | WAYNE P. PERKINS          #24 |
| | (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z   965070 |
| Rating | JR. 3rd. A/ENGINEER |
| | (Capacity in which employed) |
| Date of Shipment | DEC. 26th. 1961 |
| Place of Shipment | NEW YORK N.Y. |
| Date of Discharge | JAN. 5, 1962 |
| Place of Discharge | NEW YORK N.Y. |
| Name of Ship | EXPORT AIDE |
| Name of Employer | AMERICAN EXPORT LINES INC. |
| Official No. | 284516          Class of Vessel   STEAM |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | COASTWISE |
| | (Foreign, Intercoastal or Coastwise) |

---

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

### UNITED STATES COAST GUARD

**Certificate of Discharge in Merchant Seaman**

Serial No. 3831621

(Signature of Seaman)

G. W. HUGGINS
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 26 day of Dec. 19 61

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-58)

| | |
|---|---|
| Name of Seaman | PERKINS, Wayne Phillip          24 |
| | (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z   965070 |
| Rating | Jr. 3rd Asst. Engr. |
| | (Capacity in which employed) |
| Date of Shipment | Nov. 4, 1961 |
| Place of Shipment | New York, N. Y. |
| Date of Discharge | 12/25/61 |
| Place of Discharge | New York |
| Name of Ship | EXPORT AIDE |
| Name of Employer | American Export Lines, Inc. |
| Official No. | 284516          Class of Vessel   Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

J. Palmer

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

**UNITED STATES COAST GUARD**

**Certificate of Discharge to Merchant Seaman**

Serial No. I 3798222

CG-718A (REV. 12-58)

(Signature of Seaman)

G. W. HUDGINS

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 27 day of Oct. 19 61

J. Balen

United States Shipping Commissioner. (or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman   PERKINS, Wayne Phillip   23
(In full)

Citizenship   USA   U. S. Merchant Mariners Document No. Z   965070

Rating   3rd Asst. Engr.
(Capacity in which employed)

Date of Shipment   Sept. 9, 1961

Place of Shipment   New York, N. Y.

Date of Discharge   10/27/61   10-27-61

Place of Discharge   New York

Name of Ship   EXPORT AIDE

Name of Employer   American Export Lines, Inc.

Official No.   284516   Class of Vessel   Steam
(Steam, Motor, Sail or Barge)

Nature of Voyage   Foreign
(Foreign, Intercoastal or Coastwise)

---

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

23

**UNITED STATES COAST GUARD**

**Certificate of Discharge TO MERCHANT SEAMAN**

Serial No. I 2596688

CG-718A (Rev. 12-57)

(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 8TH day of Sept. 19 61

G. W. Hudgins
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman   Wayne P. Perkins
(In full)

Citizenship   USA   U. S. Merchant Mariners Document No. Z   965070

Rating   3rd Asst. Engr.
(Capacity in which employed)

Date of Shipment   Aug. 31, 1961

Place of Shipment   New York

Date of Discharge   Sept. 8, 1961

Place of Discharge   New York

Name of Ship   Export Aide

Name of Employer   American Export Lines, Inc.

Official No.   284516   Class of Vessel   Steam
(Steam, Motor, Sail or Barge)

Nature of Voyage   Coastwise
(Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

F. Palmer

FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)

**UNITED STATES COAST GUARD**

**Certificate of Discharge
to Merchant Seaman**

G. W. HUGGINS
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 30 day of August 1961

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-58)   Serial No. B 3741821

| | |
|---|---|
| Name of Seaman | PERKINS, Wayne Phillip   23 (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z 965070 |
| Rating | 3rd Asst. Engr. (Capacity in which employed) |
| Date of Shipment | July 14, 1961 |
| Place of Shipment | New York, N. Y. |
| Date of Discharge | 8/30/61 |
| Place of Discharge | New York |
| Name of Ship | EXPORT AIDE |
| Name of Employer | American Export Lines, Inc. |
| Official No. | 284516   Class of Vessel   Steam (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign (Foreign, Intercoastal or Coastwise) |

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)

**UNITED STATES COAST GUARD**

**Certificate of Discharge
TO MERCHANT SEAMAN**

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 14 day of July 19 61

United States Shipping Commissioner.
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev. 12-57)   Serial No. I 2609190

23

| | |
|---|---|
| Name of Seaman | WAYNE P. PERKINS (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z 965070 |
| Rating | 3/ASST/ENGINEER (Capacity in which employed) |
| Date of Shipment | JULY 5th, 1961 |
| Place of Shipment | NEW YORK, N.Y. |
| Date of Discharge | JULY 13, 1961 |
| Place of Discharge | NEW YORK, N. Y. |
| Name of Ship | S.S.EXPORT AIDE |
| Name of Employer | AMERICAN EXPORT LINES, INC. |
| Official No. | 284516   Class of Vessel   STEAM (Steam, Motor, Sail or Barge) |
| Nature of Voyage | COASTWISE (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECTS MERCHANT SEAMAN
FILE

F. Palmer

22

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

UNITED STATES COAST GUARD

# Certificate of Discharge
## TO MERCHANT SEAMAN

Serial No. I 596725

*(Signature of Seaman)*

G.W. HUDGINS *(Master of Vessel)*
I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 21 day of June , 19 61

*United States Shipping Commissioner.*
*(or Master of Vessel)*

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev. 12-57)

| | |
|---|---|
| Name of Seaman | WAYNE P. PERKINS |
| | *(In full)* |
| Citizenship | USA U.S. Merchant Mariners Document No. Z 965070 |
| Rating | 3rd. ASST. ENGR. |
| | *(Capacity in which employed)* |
| Date of Shipment | APRIL 19, 1961 |
| Place of Shipment | PORTLAND, OREGON |
| Date of Discharge | 6-21-61 |
| Place of Discharge | NEW YORK |
| Name of Ship | S.S.EXPORT AIDE |
| Name of Employer | AMERICAN EXPORT LINES, INC. |
| Official No. | 284516 Class of Vessel STEAM |
| | *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | FOREIGN |
| | *(Foreign, Intercoastal or Coastwise)* |

---

23

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

UNITED STATES COAST GUARD

# Certificate of Discharge
## to Merchant Seaman

Serial No. I 3022345

*(Signature of Seaman)*

G.W. HUDGINS *(Master of Vessel)*
I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 18 day of APRIL , 19 61

*United States Shipping Commissioner.*
*(or Master of Vessel)*

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-58)

| | |
|---|---|
| Name of Seaman | PHILLIP WAYNE P. PERKINS |
| | *(In full)* |
| Citizenship | USA U.S. Merchant Mariners Document No. Z 965070 |
| Rating | THIRD ASST. ENGINEER |
| | *(Capacity in which employed)* |
| Date of Shipment | APRIL 3, 1961 |
| Place of Shipment | SAN DIEGO, CKX CAL. |
| Date of Discharge | 4-18-61 |
| Place of Discharge | PORTLAND, OREGON |
| Name of Ship | S.S.EXPORT AIDE |
| Name of Employer | AMERICAN EXPORT LINES, INC. |
| Official No. | 284516 Class of Vessel STEAM |
| | *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | COASTWSIE |
| | *(Foreign, Intercoastal or Coastwise)* |

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECTS MERCHANT SEAMAN FILE
J. Palmer

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

**UNITED STATES COAST GUARD**

Certificate of Discharge
to Merchant Seaman

*(Signature of Seaman)*

*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this ____ day of ____, 19 ____

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. I 347 1271   CG-718A (REV. 12-56)

| | |
|---|---|
| Name of Seaman | PERKINS, Wayne Phillip   21 |
| | *(In full)* |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z 965070 |
| Rating | 3rd Asst. Engr. |
| | *(Capacity in which employed)* |
| Date of Shipment | Oct. 27, 1960 |
| Place of Shipment | New York, N. Y. |
| Date of Discharge | 12/18/60 |
| Place of Discharge | New York |
| Name of Ship | EXILONA |
| Name of Employer | American Export Lines, Inc. |
| Official No. | 252303   Class of Vessel   Steam |
| | *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | Foreign |
| | *(Foreign, Intercoastal or Coastwise)* |

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

**UNITED STATES COAST GUARD**

Certificate of Discharge
to Merchant Seaman

*(Signature of Seaman)*

G. M. HUDGINS *(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 26th day of OCT, 19 60

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. I 342 8295   CG-718A (REV. 12-56)

(21)

| | |
|---|---|
| Name of Seaman | WAYNE PHILLIP PERKINS |
| | *(In full)* |
| Citizenship | USA.   U. S. Merchant Mariners Document No. Z 965070 |
| Rating | 3rd ASST ENGR. |
| | *(Capacity in which employed)* |
| Date of Shipment | OCTOBER 14, 1960 |
| Place of Shipment | NEW YORK, N.Y. |
| Date of Discharge | OCTOBER 26, 1960 |
| Place of Discharge | NEW YORK, N.Y. |
| Name of Ship | S. S. EXILONA |
| Name of Employer | AMERICAN EXPORT LINES INC. |
| Official No. | 252303   Class of Vessel   STEAM |
| | *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | COASTWISE |
| | *(Foreign, Intercoastal or Coastwise)* |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

J. Palmer

FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)

UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

Serial No. 3428268

CG-718A (REV. 12-58)

*(Signature of Seaman)*

*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 13 day of OCT 19 60

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| | |
|---|---|
| Name of Seaman | PERKINS, Wayne Phillip    21 |
| | *(In full)* |
| Citizenship | USA   U. S. Merchant Mariners Document No. z 965070 |
| Rating | 3rd Asst. Engr. |
| | *(Capacity in which employed)* |
| Date of Shipment | Aug. 16, 1960 |
| Place of Shipment | New York, N. Y. |
| Date of Discharge | 10/13/60 |
| Place of Discharge | New York |
| Name of Ship | EXILONA |
| Name of Employer | American Export Lines, Inc. |
| Official No. | 252303   Class of Vessel   Steam |
| | *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | Foreign |
| | *(Foreign, Intercoastal or Coastwise)* |

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)

UNITED STATES COAST GUARD

Certificate of Discharge
to Merchant Seaman

Serial No. 3391332

CG-718A (REV. 12-58)

*(Signature of Seaman)*

David P Spence

*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 12 day of August 19 60

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| | |
|---|---|
| Name of Seaman | Wayne Phillip Perkins |
| | *(In full)* |
| Citizenship | USA   U. S. Merchant Mariners Document No. z 965070 |
| Rating | Jr. 3rd. Asst Engineer |
| | *(Capacity in which employed)* |
| Date of Shipment | 8/4/60 |
| Place of Shipment | New York |
| Date of Discharge | 8/12 /60 |
| Place of Discharge | New York |
| Name of Ship | Exilona |
| Name of Employer | American Export Lines, Inc |
| Official No. | 252303   Class of Vessel   Steam |
| | *(Steam, Motor, Sail or Barge)* |
| Nature of Voyage | Coastwise |
| | *(Foreign, Intercoastal or Coastwise)* |

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

J. Palmer

FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)

**UNITED STATES COAST GUARD**

### Certificate of Discharge to Merchant Seaman

Serial No. 3239619

CG-718A (REV. 12-56)

(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me

Dated this _3rd_ day of _Aug_ 19 _60_

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman _PERKINS, Wayne Phillip_   22
(In full)

Citizenship _USA_ U. S. Merchant Mariners Document No. Z _965070_

Rating _Jr. 3rd Asst. Engr._
(Capacity in which employed)

Date of Shipment _June 16, 1960_

Place of Shipment _New York, N. Y._

Date of Discharge _8/3/60_

Place of Discharge _New York_

Name of Ship _EXILONA_

Name of Employer _American Export Lines, Inc._

Official No. _252303_   Class of Vessel _Steam_
(Steam, Motor, Sail or Barge)

Nature of Voyage _Foreign_
(Foreign, Intercoastal or Coastwise)

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)   (22)

**UNITED STATES COAST GUARD**

### Certificate of Discharge
### TO MERCHANT SEAMAN

Serial No. 2332367

CG-718A (Rev.154)

(Signature of Seaman)

G. M. HUDGINS

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this _15th_ day of _JUNE_ 19 _60_

United States Shipping Commissioner.
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman _WAYNE PHILLIP PERKINS_
(In full)

Citizenship _USA_   U. S. Merchant Mariners Document No. Z _965070_

Rating _JR 3rd Asst Engineer_
(Capacity in which employed)

Date of Shipment _JUNE 8, 1960_

Place of Shipment _NEW YORK, N.Y._

Date of Discharge _JUNE 15, 1960_

Place of Discharge _NEW YORK, N.Y._

_AMERICAN EXPORT LINES INC_
Name of Ship _S.S. EXILONA_

Official No. _252303_   Class of Vessel _GTIP AM_
(Steam, Motor, Sail or Barge)

Nature of Voyage _COASTWISE_ (Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
...
_J. Palmer_

Serial No. 3207517

**FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)**

**UNITED STATES COAST GUARD**

**Certificate of Discharge**
**to Merchant Seaman**

*(Signature of Seaman)*

*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 8 day of June, 19 60

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-56)

Name of Seaman     PERKINS, Wayne Phillip     22
(In full)
Citizenship     USA     U. S. Merchant
Mariners Document No. z   965070
Rating     Jr. 3rd Asst. Engr.
(Capacity in which employed)
Date of Shipment     April 15, 1960
Place of Shipment     New York, N. Y.
Date of Discharge     6/7/60
Place of Discharge     New York
Name of Ship     EXILONA
Name of Employer     American Export Lines, Inc.
Official No.     252303     Class of Vessel     Steam
(Steam, Motor, Sail or Barge)
Nature of Voyage     Foreign
(Foreign, Intercoastal or Coastwise)

---

Serial No. 2647218

**FORWARD THIS COPY TO COMMANDANT (M.V.P.–1)**

**UNITED STATES COAST GUARD**

**Certificate of Discharge**
**to Merchant Seaman**

*(Signature of Seamen)*

*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this     day of     19

United States Shipping Commissioner.
(or Master of Vessel)

Note—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (REV. 12-56)

Name of Seaman     PERKINS, Wayne Phillip     22
(In full)
Citizenship     USA     U. S. Merchant
Mariners Document No. z   965070
Rating     Jr. 3rd Asst. Engr.
(Capacity in which employed)
Date of Shipment     Feb. 15, 1960
Place of Shipment     New York, N. Y.
Date of Discharge     4/4/60
Place of Discharge     New York
Name of Ship     EXILONA
Name of Employer     American Export Lines, Inc.
Official No.     252303     Class of Vessel     Steam
(Steam, Motor, Sail or Barge)
Nature of Voyage     Foreign
(Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

22

## FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

### UNITED STATES COAST GUARD
### Certificate of Discharge
### TO MERCHANT SEAMAN

*(Signature of Seaman)*

*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **15th** day of **Feb** xxxx 19 **60**

*United States Shipping Commissioner.*
*(or Master of Vessel)*

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev.1-54)

Serial No. I 181 0599

| | |
|---|---|
| Name of Seaman | **PERKINS, Wayne Phillip** |
| | (In full) |
| Citizenship | **USA** U.S. Merchant' Mariners Document No. Z **965070** |
| Rating | **Jr. 3rd Asst Engineer** |
| | (Capacity in which employed) |
| Date of Shipment | **7 December 1959** |
| Place of Shipment | **NEW YORK** |
| Date of Discharge | **14 February 1959** |
| Place of Discharge | **NEW YORK** |
| Name of Ship | **EXILONA** |
| | **AMERICAN EXPORT LINES INC** |
| Official No. **252303** | Class of Vessel **STEAM** |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | **FOREIGN** |
| | (Foreign, Intercoastal or Coastwise) |

---

21

## FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

### UNITED STATES COAST GUARD
### Certificate of Discharge
### TO MERCHANT SEAMAN

*(Signature of Seaman)*

*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **31** day of **Aug** 19 **59**

*United States Shipping Commissioner.*
*(or Master of Vessel)*

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev. (2-57)

Serial No. I 2424457

| | |
|---|---|
| Name of Seaman | **Wayne P. Perkins** |
| | (In full) |
| Citizenship | **USA** U.S. Merchant Mariners Document No. Z **965070** |
| Rating | **3rd. Asst. Engr.** |
| | (Capacity in which employed) |
| Date of Shipment | **8-11-59** |
| Place of Shipment | **New York** |
| Date of Discharge | **8-31-59** |
| Place of Discharge | **New York** |
| Name of Ship | **Expeditor** |
| Name of Employer | **American Export Lines, Inc.** |
| Official No. **251971** | Class of Vessel **Steam** |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | **Coastwise** |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

**UNITED STATES COAST GUARD**
*Certificate of Discharge*
TO MERCHANT SEAMAN

Serial No. I — 2252335

CG-718A (Rev. I-54)

*Wayne P. Perkins*
(Signature of Seaman)

A. Baldi
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this _10_ day of _Aug._, 19 _59_

United States Shipping Commissioner.
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman  Wayne P. Perkins         21
                        (In full)
Citizenship  USA    U. S. Merchant
                    Mariners Document No. Z  965070

Rating  3rd. Asst. Engr.
            (Capacity in which employed)

Date of Shipment  6-11-59

Place of Shipment  New York

Date of Discharge  8-10-59

Place of Discharge  New York

Name of Ship  American Export Lines, Inc.
              Expeditor

Official No.  251971   Class of Vessel  Steam
                                (Steam, Motor, Sail or Barge)

Nature of Voyage  Foreign
                        (Foreign, Intercoastal or Coastwise)

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

**UNITED STATES COAST GUARD**
*Certificate of Discharge*
TO MERCHANT SEAMAN

Serial No. I — 841361

CG-718A (Rev. I-54)

*Wayne P. Perkins*
(Signature of Seaman)

S. Baldi
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this _10_ day of _June_, 19 _59_

S. Baldi
United States Shipping Commissioner.
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman  Wayne P. Perkins
                        (In full)
Citizenship  USA    U. S. Merchant
                    Mariners Document No. Z  965070

Rating  Jr. 3rd. Asst. Engr.
            (Capacity in which employed)

Date of Shipment  6-1-59

Place of Shipment  New York

Date of Discharge  6-10-59

Place of Discharge  New York

Name of Ship  American Export Lines, Inc.
              Expeditor

Official No.  251971   Class of Vessel  Steam
                                (Steam, Motor, Sail or Barge)

Nature of Voyage  Coastwise
                        (Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

*T. Palmer*

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

## UNITED STATES COAST GUARD
### Certificate of Discharge
#### TO MERCHANT SEAMAN

*Wayne P. Perkins* (Signature of Seaman)

A. Baldi
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signature hereto were witnessed by me.

Dated this 1 day of June, 1959

United States Shipping Commissioner.
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. I   2844156

CG-718A (Rev.1-54)

Name of Seaman  Wayne P. Perkins    22
(In full)

Citizenship  USA   U. S. Merchant Mariners Document No. Z 965070

Rating  Jr. 3rd. Asst. Engr.
(Capacity in which employed)

Date of Shipment  4-8-59

Place of Shipment  New York

Date of Discharge  5-31-59

Place of Discharge  New York

Name of Ship  American Export Lines, Inc. Expeditor

Official No.  251971   Class of Vessel  Steam
(Steam, Motor, Sail or Barge)

Nature of Voyage  Foreign
(Foreign, Intercoastal or Coastwise)

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

## UNITED STATES COAST GUARD
### Certificate of Discharge
#### TO MERCHANT SEAMAN

*Wayne P. Perkins* (Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signature hereto were witnessed by me.

Dated this 7 day of APRIL, 19 59

United States Shipping Commissioner.
(or Master of Vessel)

V.G. IVANOFF

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. I   2163954

CG-718A (Rev.1-54)

Name of Seaman  Wayne Phillip Perkins
(In full)

Citizenship  USA   U. S. Merchant Mariners Document No. Z 965070

Rating  THIRD ASSISTANT ENGINEER
(Capacity in which employed)

Date of Shipment  31 MARCH 1959

Place of Shipment  N.Y., N.Y.

Date of Discharge  7 APRIL 1959

Place of Discharge  N.Y., N.Y.

Name of Ship  SS EXPEDITOR—AMERICAN EXPORT LINES

Official No.  251971   Class of Vessel  STEAM
(Steam, Motor, Sail or Barge)

Nature of Voyage  COASTWISE
(Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE.

*S. Palmer*

FORWARD THIS COPY TO COMMANDANT (M.V.P.—I).

## UNITED STATES COAST GUARD
### Certificate of Discharge
### TO MERCHANT SEAMAN

*(Signature of Seaman)*

A. Baldi
*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 30 day of Mar., 19 59

*United States Shipping Commissioner.*
*(or Master of Vessel)*

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. I 2310918

CG-718A (Rev.1-54)

Name of Seaman   Wayne P. Perkins   22
*(In full)*
Citizenship   USA   U. S. Merchant Mariners Document No. Z 965070
Rating   Jr. 3rd. Asst. Engr.
*(Capacity in which employed)*
Date of Shipment   1-29-59
Place of Shipment   New York
Date of Discharge   3-30-59
Place of Discharge   New York
Name of Ship   American Export Lines, Inc. Expeditor
Official No.   251971   Class of Vessel   Steam
*(Steam, Motor, Sail or Barge)*
Nature of Voyage   Foreign
*(Foreign, Intercoastal or Coastwise)*

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.—I).

## UNITED STATES COAST GUARD
### Certificate of Discharge
### TO MERCHANT SEAMAN

*(Signature of Seaman)*

*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 29 day of JAN, 19 59

J.H. MULKE   United States Shipping Commissioner.
*(or Master of Vessel)*

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Serial No. I 2275714

CG-718A (Rev.1-54)

22
Name of Seaman   Wayne Phillip Perkins
*(In full)*
Citizenship   USA   U. S. Merchant Mariners Document No. Z 965070
Rating   JR 3 ASST. ENGINEER
*(Capacity in which employed)*
Date of Shipment   14 JAN. 1959
Place of Shipment   N.Y., N.Y.
Date of Discharge   28 JAN. 1959
Place of Discharge   N.Y., N.Y.
Name of Ship   SS EXPEDITOR—AMERICAN EXPORT LINES
Official No.   251971   Class of Vessel   STEAM
*(Steam, Motor, Sail or Barge)*
Nature of Voyage   COASTWISE
*(Foreign, Intercoastal or Coastwise)*

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

J. Palmer

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

## UNITED STATES COAST GUARD
## Certificate of Discharge
### TO MERCHANT SEAMAN

Serial No. I 1774980

CG-718A (Rev.1-54)

*Wayne P. Perkins* (Signature of Seaman)

A. Baldi
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 14 day of Jan., 19 59

United States Shipping Commissioner.
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| | |
|---|---|
| Name of Seaman | Wayne P. Perkins     22 |
| | (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. Z 967070 |
| Rating | Jr. 3rd. Asst. Engr. |
| | (Capacity in which employed) |
| Date of Shipment | 12-2-58 |
| Place of Shipment | New York |
| Date of Discharge | 1-13-59 |
| Place of Discharge | New York |
| Name of Ship | American Export Lines, Inc. Expeditor |
| Official No. | 251971  Class of Vessel   Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign |
| | (Foreign, Intercoastal or Coastwise) |

---

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

## UNITED STATES COAST GUARD
## Certificate of Discharge
### TO MERCHANT SEAMAN

Serial No. I 799238

CG-718A (Rev.1-54)

*Wayne P. Perkins* (Signature of Seaman)

A. Baldi
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 25 day of Nov., 19 58

J. B. Gaffney
United States Shipping Commissioner.
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| | |
|---|---|
| Name of Seaman | Wayne P. Perkins     22 |
| | (In full) |
| Citizenship | USA   U. S. Merchant Mariners Document No. 965070 |
| Rating | Jr. 3rd. Asst. Engr. |
| | (Capacity in which employed) |
| Date of Shipment | 10-2-58 |
| Place of Shipment | New York |
| Date of Discharge | 11-25-58 |
| Place of Discharge | New York |
| Name of Ship | American Export Lines, Inc. Expeditor |
| Official No. | 251971  Class of Vessel   Steam |
| | (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign |
| | (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECTS MERCHANT SEAMAN FILE

*J. Palmer*