## UNITED STATES COAST GUARD
## Certificate of Discharge
### TO MERCHANT SEAMAN

Serial No. 1  2156809
CG-718A (Rev.1-54)

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

(Signature of Seaman)

Louis F. Nagel
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 1st day of October, 19 58

United States Shipping Commissioner.
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman: Wayne Phillip PERKINS (In full)
Citizenship: US   U. S. Merchant Mariners Document No. Z 965070
Rating: Jr. 3d Assistant Engineer (Capacity in which employed)
Date of Shipment: 9/22/58
Place of Shipment: New York
Date of Discharge: 10/1/58
Place of Discharge: New York
Name of Ship: American Export Lines, Inc. ss EXPEDITOR
Official No.: 251971   Class of Vessel: Steam (Steam, Motor, Sail or Barge)
Nature of Voyage: Coastwise (Foreign, Intercoastal or Coastwise)

---

## UNITED STATES COAST GUARD
## Certificate of Discharge
### TO MERCHANT SEAMAN

Serial No. 1  799207
CG-718A (Rev.1-54)

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

(Signature of Seaman)

L. F. Nagel
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 22 day of Sept., 19 58

United States Shipping Commissioner.
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman: Wayne P. Perkins   22 (In full)
Citizenship: USA   U. S. Merchant Mariners Document No. Z 965070
Rating: Jr. 3rd. Asst. Engr. (Capacity in which employed)
Date of Shipment: 7-30-58
Place of Shipment: New York
Date of Discharge: 9-21-58
Place of Discharge: New York
Name of Ship: American Export Lines, Inc. Expeditor
Official No.: 251971   Class of Vessel: Steam (Steam, Motor, Sail or Barge)
Nature of Voyage: Foreign (Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

D. Palmer

## Certificate 1

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

### UNITED STATES COAST GUARD
### Certificate of Discharge
### TO MERCHANT SEAMAN

Serial No. I 2038509

(Signature of Seaman)

H. L. SWITZER
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 21st day of JULY, 19 58

United States Shipping Commissioner (or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev.1-54)

207

- Name of Seaman: PERKINS, Wayne P (In full)
- Citizenship: U.S.A.   U. S. Merchant Mariners Document No. Z 965070
- Rating: 3rd Asst. Engr. (Capacity in which employed)
- Date of Shipment: 3 JULY 1958   7-3-58
- Place of Shipment: NEW YORK, N. Y.
- Date of Discharge: 21st JULY 1958   7-21-58
- Place of Discharge: NEW YORK, N. Y.
- Name of Ship: American Export Lines, Inc. S. S. INDEPENDENCE
- Official No.: 261147   Class of Vessel: STEAM PASS. (Steam, Motor, Sail or Barge)
- Nature of Voyage: FOREIGN (Foreign, Intercoastal or Coastwise)

---

## Certificate 2

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

### UNITED STATES COAST GUARD
### Certificate of Discharge
### TO MERCHANT SEAMAN

Serial No. I 2095857

(Signature of Seaman)

H. L. Switzer
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 2nd day of JULY, 19 58

United States Shipping Commissioner (or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev.1-54)

207

- Name of Seaman: WAYNE P PERKINS (In full)
- Citizenship: U.S.A.   U. S. Merchant Mariners Document No. Z 965070
- Rating: 3rd Asst. Engineer (Capacity in which employed)
- Date of Shipment: 13 JUNE 1958   6-13-58
- Place of Shipment: NEW YORK, N. Y.
- Date of Discharge: 2nd JULY 1958   7-2-58
- Place of Discharge: NEW YORK, N. Y.
- Name of Ship: American Export Lines, Inc. S. S. INDEPENDENCE
- Official No.: 261147   Class of Vessel: STEAM PASS. (Steam, Motor, Sail or Barge)
- Nature of Voyage: FOREIGN (Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

*S. Palmer*

## Certificate of Discharge #1

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

Serial No. I 1818004

(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 28 day of April, 1958.

W F C Kuhne — United States Shipping Commissioner (or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev.1-54)

| Field | Value |
|---|---|
| Name of Seaman | PERKINS, Wayne Philip (In full) |
| Citizenship | USA |
| U. S. Merchant Mariners Document No. Z | z 965070 |
| Rating | Jr 3rd Asst Engineer (Capacity in which employed) |
| Date of Shipment | 15 April 1958 |
| Place of Shipment | New York |
| Date of Discharge | 28 April 1958 |
| Place of Discharge | New York |
| Name of Ship | American Export Lines, Inc  S/S Exporter |
| Official No. | 249062 |
| Class of Vessel | Steam (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Coastwise (Foreign, Intercoastal or Coastwise) |

22

## Certificate of Discharge #2

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

Serial No. I 1635633

(Signature of Seaman)

Christiansen (Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 14 day of April, 1958.

United States Shipping Commissioner (or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev.1-54)

| Field | Value |
|---|---|
| Name of Seaman | Wayne P. Perkins (In full) |
| Citizenship | USA |
| U. S. Merchant Mariners Document No. z | z965070 |
| Rating | Jr 3rd Asst Engineer (Capacity in which employed) |
| Date of Shipment | Feb. 26, 1958 |
| Place of Shipment | New York |
| Date of Discharge | 14 April '58 |
| Place of Discharge | New York |
| Name of Ship | American Export Lines, Inc  S/S Exporter |
| Official No. | 249062 |
| Class of Vessel | Steam (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign (Foreign, Intercoastal or Coastwise) |

22

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE.

D. Palmer

## Certificate of Discharge #1

Serial No. I 1614162
FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

(Signature of Seaman) Wayne P Perkins

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 25 day of Feb, 1958

C F Troxel
(Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev.1-54)

- Name of Seaman: P PERKINS, Wayne Philip (In full)
- Citizenship: USA
- U.S. Merchant Mariners Document No. Z 965070
- Rating: Jr 3rd Asst Engr (Capacity in which employed)
- Date of Shipment: 14 February 1958
- Place of Shipment: New York
- Date of Discharge: 25 February 1958
- Place of Discharge: New York
- Name of Ship: American Export Lines, Inc S/S Exporter
- Official No.: 249062
- Class of Vessel: Steam (Steam, Motor, Sail or Barge)
- Nature of Voyage: Coastwise (Foreign, Intercoastal or Coastwise)

22

---

## Certificate of Discharge #2

Serial No. I 1662671
FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

(Signature of Seaman) Wayne P Perkins

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 13 day of Feb, 1958

C F Troxel
(Master of Vessel)
United States Shipping Commissioner.

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev.1-54)

- Name of Seaman: PERKINS, Wayne Phillip (In full)
- Citizenship: USA
- U.S. Merchant Mariners Document No. Z 965070
- Rating: Jr 3rd Asst Engineer (Capacity in which employed)
- Date of Shipment: 2 January 1958
- Place of Shipment: New York
- Date of Discharge: 13 February 1958
- Place of Discharge: New York
- Name of Ship: American Export Lines, Inc S/S Exporter
- Official No.: 249062
- Class of Vessel: Steam (Steam, Motor, Sail or Barge)
- Nature of Voyage: Foreign (Foreign, Intercoastal or Coastwise)

22

---

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECTS MERCHANT SEAMAN
FILE.

J. Palmer

## Certificate 1 (Serial No. I 1589399)

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

(Signature of Seaman)

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 2 day of January, 19 58

C F Troxel
(of Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev. 1-54)

21

- Name of Seaman: PERKINS, Wayne Phillip (In full)
- Citizenship: USA
- U. S. Merchant Mariners Document No. Z 965070
- Rating: 3rd Asst Engineer (Capacity in which employed)
- Date of Shipment: 21 December 1957
- Place of Shipment: New York
- Date of Discharge: 1 January 1958
- Place of Discharge: New York
- Name of Ship: American Export Lines  S/S Exporter
- Official No.: 249062
- Class of Vessel: Steam (Steam, Motor, Sail or Barge)
- Nature of Voyage: Coastwise (Foreign, Intercoastal or Coastwise)

## Certificate 2 (Serial No. I 1540935)

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

(Signature of Seaman)

C F Troxel (Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 20 day of December, 19 57

United States Shipping Commissioner.

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev. 1-54)

22

- Name of Seaman: PERKINS, Wayne Phillip (In full)
- Citizenship: USA
- U. S. Merchant Mariners Document No. Z 965070
- Rating: Jr 3rd Asst Engineer (Capacity in which employed)
- Date of Shipment: 8 Nov 1957
- Place of Shipment: New York
- Date of Discharge: 20 Dec 1957
- Place of Discharge: New York
- Name of Ship: American Export Lines  S/S Exporter
- Official No.: 249062
- Class of Vessel: Steam (Steam, Motor, Sail or Barge)
- Nature of Voyage: Foreign (Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE.

J. Palmer

## Certificate of Discharge #1

Serial No. 1 774787 — CG-718A (Rev.1-54)

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

(Signature of Seaman) — Wayne Perkins

E. C. KRUGER (Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 7th day of November, 57.

United States Shipping Commissioner (or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

- Name of Seaman: Wayne Phillip PERKINS (In full)
- Citizenship: USA
- U. S. Merchant Mariners Document No. Z 965070
- Rating: Jr 3rd Asst. Engr. (Capacity in which employed)
- Date of Shipment: 10/22/57
- Place of Shipment: New York
- Date of Discharge: 11/7/57
- Place of Discharge: New York
- Name of Ship: SS EXPORTER (AMERICAN EXPORT LINES)
- Official No.: 249062
- Class of Vessel: STEAM (Steam, Motor, Sail or Barge)
- Nature of Voyage: COASTWISE (Foreign, Intercoastal or Coastwise)

## Certificate of Discharge #2

Serial No. 1 662695 — CG-718A (Rev.1-54)

FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

(Signature of Seaman) — Wayne Perkins

E. C. KRUGER (Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 21 day of October, 19 57.

United States Shipping Commissioner (or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

- Name of Seaman: Wayne P. PERKINS (In full)
- Citizenship: USA
- U. S. Merchant Mariners Document No. Z 965070
- Rating: Jr 3rd Asst Engr (Capacity in which employed)
- Date of Shipment: 4 SEPTEMBER 1957   9-4-57
- Place of Shipment: NEW YORK
- Date of Discharge: 21 October 1957   10-21-57
- Place of Discharge: NEW YORK
- Name of Ship: SS EXPORTER AMERICAN EXPORT LINE
- Official No.: 249062
- Class of Vessel: STEAM (Steam, Motor, Sail or Barge)
- Nature of Voyage: FOREIGN (Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

J. Palmer

## Certificate of Discharge #1

Serial No. 1526125

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

### UNITED STATES COAST GUARD
### Certificate of Discharge
### TO MERCHANT SEAMAN

(Signature of Seaman): Wayne Perkins

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this _____ day of Sept, 19 57

C R Walther (or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev.1-54)

- Name of Seaman: PERKINS, Wayne Phillip (In full)
- Citizenship: USA    U. S. Merchant Mariners Document No. Z 965070
- Rating: Jr 3rd Assistant Engr (Capacity in which employed)
- Date of Shipment: 23 August 1957
- Place of Shipment: New York
- Date of Discharge: 3 Sept 1957
- Place of Discharge: New York
- Name of Ship: American Export Lines, Inc  S/S Exporter
- Official No.: 249062    Class of Vessel: Steam (Steam, Motor, Sail or Barge)
- Nature of Voyage: Coastwise (Foreign, Intercoastal or Coastwise)

---

## Certificate of Discharge #2

Serial No. 1526098

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

### UNITED STATES COAST GUARD
### Certificate of Discharge
### TO MERCHANT SEAMAN

(Signature of Seaman): Wayne Perkins

J. G. Kruger (Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 22 day of August, 19 57

United States Shipping Commissioner.

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev.1-54)

- Name of Seaman: Wayne Phillip PERKINS (In full)
- Citizenship: USA    U. S. Merchant Mariners Document No. Z 965070
- Rating: Jr 3rd Asst Engineer (Capacity in which employed)
- Date of Shipment: July 10, 1957
- Place of Shipment: New York
- Date of Discharge: 22 August 1957
- Place of Discharge: New York
- Name of Ship: American Export Lines  S/S Exporter
- Official No.: 249062    Class of Vessel: Steam (Steam, Motor, Sail or Barge)
- Nature of Voyage: Foreign (Foreign, Intercoastal or Coastwise)

---

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

J. Palmer

## UNITED STATES COAST GUARD
### Certificate of Discharge
### TO MERCHANT SEAMAN

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

Serial No. I 1526052
CG-718A (Rev.1-54)

(Signature of Seaman) *Wayne Perkins*

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **10** day of **July**, 19**57**

*E C Kruger* (or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| Field | Value |
|---|---|
| Name of Seaman | PERKINS, Wayne Phillip (In full) |
| Citizenship | USA  U. S. Merchant Mariners Document No. z Z 965070 |
| Rating | Jr 3rd Asst Engineer (Capacity in which employed) |
| Date of Shipment | 27 June 1957 |
| Place of Shipment | New York |
| Date of Discharge | 9 July 1957 |
| Place of Discharge | New York |
| Name of Ship | American Export Lines  S/S Exporter |
| Official No. | 249062  Class of Vessel  Steam (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Coastwise (Foreign, Intercoastal or Coastwise) |

---

## UNITED STATES COAST GUARD
### Certificate of Discharge
### TO MERCHANT SEAMAN

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

Serial No. I 1335342
CG-718A (Rev.1-54)

(Signature of Seaman) *Wayne Perkins*

*E C Kruger* (Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **27** day of **June**, 19**57**

United States Shipping Commissioner. (or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| Field | Value |
|---|---|
| Name of Seaman | PERKINS, Wayne Phillip (In full) |
| Citizenship | USA  U. S. Merchant Mariners Document No. zZ 965070 |
| Rating | Jr 3rd Asst Engineer (Capacity in which employed) |
| Date of Shipment | 17 May 1957 |
| Place of Shipment | New York |
| Date of Discharge | 26 June 1957 |
| Place of Discharge | New York |
| Name of Ship | S/S Exporter |
| Official No. | 249062  Class of Vessel  Steam (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

## Certificate of Discharge #1 (Serial No. I 1382450)

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

*(Signature of Seaman)* Wayne P. Perkins
*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 16 day of May, 19 57

E C Kruger — *(Shipping Commissioner or Master of Vessel)*

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev.1-54)

- 1338
- X Phillip OK 22
- Name of Seaman: PERKINS, Wayne Philip (In full)
- Citizenship: USA   U. S. Merchant Mariners Document No. Z: Z 965070
- Rating: Jr 3rd Asst Engr (Capacity in which employed)
- Date of Shipment: 6 May 1957
- Place of Shipment: New York
- Date of Discharge: 16 May 1957
- Place of Discharge: New York
- Name of Ship: S/S Exporter
- Official No.: 249062   Class of Vessel: Steam (Steam, Motor, Sail or Barge)
- Nature of Voyage: Coastwise (Foreign, Intercoastal or Coastwise)

---

## Certificate of Discharge #2 (Serial No. I 1348141)

**FORWARD THIS COPY TO COMMANDANT (M.V.P.—1)**

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

*(Signature of Seaman)* Wayne P. Perkins

E C Kruger — *(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 6 day of May, 19 57

*United States Shipping Commissioner*

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG-718A (Rev.1-54)

- 22
- Name of Seaman: PERKINS, Wayne Phillip OK (In full)
- Citizenship: USA   U. S. Merchant Mariners Document No. Z: Z 965070
- Rating: Jr 3rd Asst Engr (Capacity in which employed)
- Date of Shipment: 25 March 1957
- Place of Shipment: New York
- Date of Discharge: 5 May 1957
- Place of Discharge: New York
- Name of Ship: S/S Exporter
- Official No.: 249062   Class of Vessel: Steam (Steam, Motor, Sail or Barge)
- Nature of Voyage: Foreign (Foreign, Intercoastal or Coastwise)

---

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE

*J. Palmer*

## UNITED STATES COAST GUARD
## Certificate of Discharge

FORWARD THIS COPY TO HEADQUARTERS

Serial No. G-688 2196
CG 718A Rev

(Signature of Seaman) *Wayne P. Perkins*

C. E. RIDDLE
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **12th** day of **December**, 19**54**

United States Shipping Commissioner
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman: **WAYNE P. PERKINS** (In full)
Citizenship: **USA**    Certificate of Identification No. Z **965070**
Rating: **THIRD ASSISTANT ENG'R.** (Capacity in which employed)
Date of Shipment: **11-30-54**
Place of Shipment: **PORTLAND, MAINE**
Date of Discharge: **12-12-54**
Place of Discharge: **NORFOLK, VA.**
Name of Ship: **S.S. BENT'S FORT**
Official No. **248910**   Class of Vessel **STEAM** (Steam, Motor, Sail or Barge)
Nature of Voyage: **COASTWISE** (Foreign, Intercoastal or Coastwise)

---

## UNITED STATES COAST GUARD
## Certificate of Discharge
### TO MERCHANT SEAMAN

FORWARD THIS COPY TO HEADQUARTERS

Serial No. H 434463
CG 718A (Rev. 6-48)

(Signature of Seaman) *W. P. Perkins*

A. E. STANLEY
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this **27th** day of **October**, 19**54**

United States Shipping Commissioner
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

Name of Seaman: **Wayne P. Perkins** (In full)
Citizenship: **USA**    Certificate of Identification No. Z **965070**
Rating: **3rd Asst Engineer** (Capacity in which employed)
Date of Shipment: **10/14/54**
Place of Shipment: **New York**
Date of Discharge: **10/27/54**
Place of Discharge: **New York**
Name of Ship: **African Endeavor**
Official No. **239616**   Class of Vessel **Steam** (Steam, Motor, Sail or Barge)
Nature of Voyage: **Coastwise** (Foreign, Intercoastal or Coastwise)

---

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

*J. Palmer*

## Certificate 1

**Serial No. H 434482** — CG 718A (Rev. 6-48)

FORWARD THIS COPY TO HEADQUARTERS

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

(Signature of Seaman)
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 14TH day of October, 19 54

United States Shipping Commissioner
(or Master of Vessel)

NOTE — Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

- Name of Seaman: Wayne P. Perkins (In full)
- Citizenship: USA
- Certificate of Identification No. Z-965070
- Rating: Jr. 3rd Asst Engineer (Capacity in which employed)
- Date of Shipment: 8/9/54
- Place of Shipment: New York
- Date of Discharge: 10/13/54
- Place of Discharge: New York
- Name of Ship: African Endeavor
- Official No.: 239616
- Class of Vessel: Steam (Steam, Motor, Sail or Barge)
- Nature of Voyage: Foreign (Foreign, Intercoastal or Coastwise)

## Certificate 2

**Serial No. H 703722** — CG 718A (Rev. 6-48)

FORWARD THIS COPY TO HEADQUARTERS

**UNITED STATES COAST GUARD**   34
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

(Signature of Seaman)
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 22 day of July, 19 54

United States Shipping Commissioner
(or Master of Vessel)

NOTE — Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

- Name of Seaman: Wayne P. Perkins (In full)
- Citizenship: USA
- Certificate of Identification No. Z-965070
- Rating: Jr. 3rd Asst Engr. (Capacity in which employed)
- Date of Shipment: 5/18/54
- Place of Shipment: New York
- Date of Discharge: July 22, 1954
- Place of Discharge: New York
- Name of Ship: African Endeavor
- Official No.: 239616
- Class of Vessel: Steam (Steam, Motor, Sail or Barge)
- Nature of Voyage: Foreign (Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE.

J. Palmer

## Certificate 1

**FORWARD THIS COPY TO HEADQUARTERS**

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

Serial No. H 701850
CG 718A (Rev. 6-48)

(Signature of Seaman) *Wayne P. Perkins*

(Master of Vessel) *G. E. Stanley*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 18 day of May, 1954.

United States Shipping Commissioner.
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

- Name of Seaman: Wayne P. Perkins (In full)
- Citizenship: USA
- Certificate of Identification No. Z 965070
- Rating: Jr. 3rd Asst. Engr. 5/3-5/3 — 3rd Asst. Engr. (Capacity in which employed)
- Date of Shipment: 5/3/54
- Place of Shipment: New York
- Date of Discharge: 5/17/54
- Place of Discharge: New York
- Name of Ship: African Endeavor
- Official No.: 239616
- Class of Vessel: Steam (Steam, Motor, Sail or Barge)
- Nature of Voyage: Coastwise (Foreign, Intercoastal or Coastwise)

## Certificate 2

**FORWARD THIS COPY TO HEADQUARTERS**

**UNITED STATES COAST GUARD** 34
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

Serial No. H 603571
CG 718A (Rev. 6-48)

(Signature of Seaman) *Wayne P. Perkins*

(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 3 day of May, 1954.

United States Shipping Commissioner.
(or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

- Name of Seaman: Wayne P. Perkins (In full)
- Citizenship: USA
- Certificate of Identification No. Z 965070
- Rating: Jr. 3rd Asst. Engineer (Capacity in which employed)
- Date of Shipment: 2/27/54
- Place of Shipment: New York
- Date of Discharge: 5/2/54
- Place of Discharge: New York
- Name of Ship: African Endeavor
- Official No.: 239616
- Class of Vessel: Steam (Steam, Motor, Sail or Barge)
- Nature of Voyage: Foreign (Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY
OF THE INFORMATION CONTAINED
IN SUBJECT'S MERCHANT SEAMAN
FILE.    *J. Palmer*

## Certificate 1

Serial No. H 434321 · CG 718A (Rev. 6-48)

FORWARD THIS COPY TO HEADQUARTERS

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

*(Signature of Seaman)* Wayne P. Perkins

*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 26d day of February, 1954

*United States Shipping Commissioner. (or Master of Vessel)*

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| Field | Value |
|---|---|
| Name of Seaman | Wayne P. Perkins (In full) |
| Citizenship | USA |
| Certificate of Identification No. | Z 965070 |
| Rating | Jr. 3rd Asst. Engr. (Capacity in which employed) |
| Date of Shipment | 2/13/54 |
| Place of Shipment | New York |
| Date of Discharge | 2/26/54 |
| Place of Discharge | New York |
| Name of Ship | African Endeavor |
| Official No. | 239616 |
| Class of Vessel | Steam (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Coastwise (Foreign, Intercoastal or Coastwise) |

## Certificate 2

Serial No. H 486699 · CG 718A (Rev. 6-48)

FORWARD THIS COPY TO HEADQUARTERS  36

**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

*(Signature of Seaman)* Wayne P. Perkins

*(Master of Vessel)*

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 12 day of February, 1954

*United States Shipping Commissioner. (or Master of Vessel)*

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

| Field | Value |
|---|---|
| Name of Seaman | Wayne P. Perkins (In full) |
| Citizenship | USA |
| Certificate of Identification No. | Z 965070 |
| Rating | Lic. Jr. Engr. (Capacity in which employed) |
| Date of Shipment | 12/8/53 |
| Place of Shipment | New York |
| Date of Discharge | 2/12/54 |
| Place of Discharge | New York |
| Name of Ship | African Endeavor |
| Official No. | 239616 |
| Class of Vessel | Steam (Steam, Motor, Sail or Barge) |
| Nature of Voyage | Foreign (Foreign, Intercoastal or Coastwise) |

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

F. Palmer

S.S. 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

Form CG 719-B
TREASURY DEPARTMENT
UNITED STATES COAST GUARD
(Rev. 2-50)

# SEAMAN'S CERTIFICATE APPLICATION

BOOK NO.

M. M. D. No. Z-965070

☐ ORIGINAL
☒ SUPPLEMENTAL

PORT OF _Portland, Maine_   DATE _June 6, 1953_

TYPE OF CERTIFICATE ▶ ☐ CONTINUOUS DISCHARGE BOOK   ☒ U.S. MERCHANT MARINER'S DOCUMENT   ENDORSED AS _Any Unlicensed Rating in the Engine Dept._
Lifeboatman – Ordinary Seaman

NAME OF APPLICANT (FIRST, MIDDLE, AND LAST—PRINT): _Wayne Phillip Perkins_
ADDRESS OF APPLICANT: _Castine, Maine_
DATE OF BIRTH: _1 October, 1932_   PLACE OF BIRTH: _Castine, Maine_
HEIGHT: _5' 10"_   WEIGHT: _175_   COLOR: _White_   COLOR OF HAIR: _Brown_   COLOR OF EYES: _Blue_
NAME OF NEXT OF KIN: _Mrs. Donald Perkins_   RELATIONSHIP: _Mother_
ADDRESS OF NEXT OF KIN: _Castine, Maine_

## CITIZENSHIP OR NATIONALITY RECORD

| DATE NATURALIZED | COURT OF NATURALIZATION | CITY | STATE |
|---|---|---|---|
| | | | |

| IF NATURALIZED THROUGH FATHER, STATE HIS NAME | PROOF OF CITIZENSHIP SUBMITTED |
|---|---|
| | Birth Certificate in the name |

IF NOT NATURALIZED, IS DECLARATION OF INTENTION FILED? (IF SO, STATE PLACE, DATE, AND FILE NUMBER OF INTENTION PAPERS) of Phillip Wayne Sawyer
and cert. of change of name by adoption

IF AN ALIEN, STATE PLACE AND DATE OF PAYMENT OF HEAD TAX   PROOF OF NATIONALITY SUBMITTED to Phillip Wayne Perkins

## LICENSE OR CERTIFICATE RECORD
(Itemize all licenses or certificates now in your possession)

| DESCRIPTION OF PAPERS | PLACE OF ISSUE | DATE OF ISSUE | NO. OF ISSUE |
|---|---|---|---|
| USMMD (Spec. Validated) Wiper and Ordinary Seaman | Portland, Maine | 5/23/52 | Z-965090 |
| License: Third Assistant Engineer, Steam & Motor Vessels, Any Horsepower Oceans | Portland, Maine | 6 June 1953 | 1,1 |

IF ANY LICENSE OR CERTIFICATE HELD BY YOU HAS EVER BEEN REVOKED OR SUSPENDED, SO STATE, GIVING ALL THE CIRCUMSTANCES

## SERVICE RECORD
(Must be certified by official discharges or letters from masters or such other authority deemed reliable, for the past 3 years if possible)

| NAME OF VESSEL | NATIONALITY | SERVICE | GROSS TONNAGE | RATING OF SEAMAN | DATE OF SHIPMENT | DATE OF DISCHARGE |
|---|---|---|---|---|---|---|
| Attended Maine Maritime Academy | | | | | 8/8/50 | 6/6/53 |
| American Sailor | USA | Training | 7129 | Cadet | 1/8/51 | 3/25/51 |
| Empire State | USA | Training | 6059 | Cadet | 12/1/52 | 3/22/53 |
| S.S. Mobiloil | USA | Wiper | | Wiper | 8/1/52 | 8/28/52 |

16—40562-7

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE
S. Palmer

**OATH** (To be administered by issuing officer)

I hereby swear (or affirm) that all the statements on this application are true and correct to the best of my knowledge and belief; that I have never received from the United States Government the document(s) for which I now make application; that I have not applied for and been refused the rating(s) requested in this application within the past 30 days; that no document(s) or endorsements(s) on such document(s) previously issued to me is (are) currently revoked, suspended or under voluntary surrender; and I further swear (or affirm) that I will faithfully and honestly perform all the duties required of me by law and carry out the lawful orders of my superior officers on shipboard.

_____
(Signature of seaman)

Subscribed and sworn to (or affirmed) before me this __6__ day of __JUNE__, 19_53_, at __PORTLAND, MAINE__, County of __CUMBERLAND__ State (Territory or District) of __MAINE__.

I have accordingly issued the documents listed below.

USMMD Z-965070 issued 6 June 1953

_____
(Signature and title of issuing officer)

A. H. NESBIT - CCMI

**U.S. PUBLIC HEALTH SERVICE**

I have this day examined the physical condition of _____ and have found him { competent / incompetent

for the rating of _____

_____
(Surgeon, U. S. Public Health Service)

**CERTIFICATE ISSUED**
(Applicant will not write in this space)

1. CONTINUOUS DISCHARGE BOOK No. —

2. U.S. MERCHANT MARINER'S DOCUMENT No. Z-965070
ENDORSED AS:
(a) CERTIFICATE OF EFFICIENCY AS LIFEBOAT MAN [X]
(b) CERTIFICATE AS TANKERMAN [ ]
(c) CERTIFICATE OF SERVICE AS ABLE SEAMAN [ ]

FOR THE WATERS OF _____

(d) CERTIFICATE OF SERVICE AS Q. M. E. D. Any Unlicensed [X]
Rating in the Engine Department
(e) CERTIFICATE OF SERVICE AS
Ordinary Seaman

NUMBER
1167006

**FINGERPRINTS—RIGHT HAND (rolled impressions)**
(In order to make a proper rolled impression, it is necessary that fingers be rolled from nail to nail)

| 1. Thumb | 2. Index | 3. Middle | 4. Ring | 5. Little |

**FINGERPRINTS—LEFT HAND (rolled impressions)**

| 6. Thumb | 7. Index | 8. Middle | 9. Ring | 10. Little |

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

## Certificate of Discharge #1

**FORWARD THIS COPY TO HEADQUARTERS**
**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

Serial No. H 277229

(Signature of Seaman)
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 29 day of June, 1953

United States Shipping Commissioner (or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG 718A (Rev. 6-48)

- Name of Seaman: WAYNE P. PERKINS (In full)
- Citizenship: USA
- Certificate of Identification No. Z: 965070
- Rating: LIC. JR. ENGR. (Capacity in which employed)
- Date of Shipment: 6/10/53
- Place of Shipment: BOSTON
- Date of Discharge: 6/28/53  6-28-53
- Place of Discharge: New York
- Name of Ship: AFRICAN ENDEAVOR
- Official No.: 239616
- Class of Vessel: STEAM (Steam, Motor, Sail or Barge)
- Nature of Voyage: COASTWISE (Foreign, Intercoastal or Coastwise)

## Certificate of Discharge #2

**FORWARD THIS COPY TO HEADQUARTERS**
**UNITED STATES COAST GUARD**
**Certificate of Discharge**
**TO MERCHANT SEAMAN**

Serial No. G 9209640

(Signature of Seaman): Wayne Perkins
(Master of Vessel)

I HEREBY CERTIFY that the above entries were made by me and are correct and that the signatures hereto were witnessed by me.

Dated this 28th day of Aug, 1952

United States Shipping Commissioner (or Master of Vessel)

NOTE—Whenever a master performs the duties of the shipping commissioner under this act, the master shall sign the certification on the line designated for the shipping commissioner's signature.

CG 718A (Rev. 6-48)

- Name of Seaman: Wayne Perkins (In full)
- Citizenship: US
- Certificate of Identification No. Z: 965070
- Rating: Wiper (Capacity in which employed)
- Date of Shipment: 8-1-52
- Place of Shipment: Portland, Me
- Date of Discharge: 8-28-52  8-28-52
- Place of Discharge: New York, NY
- Name of Ship: Mobiloil
- Official No.: 243709
- Class of Vessel: Steam (Steam, Motor, Sail or Barge)
- Nature of Voyage: Coastwise (Foreign, Intercoastal or Coastwise)

CERTIFIED TO BE A TRUE COPY OF THE INFORMATION CONTAINED IN SUBJECT'S MERCHANT SEAMAN FILE

J. Palmer

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| RITA MAE PERKINS, Individually and as Personal Representative of the Estate of WAYNE PHILIP PERKINS, deceased,<br><br>      Plaintiff,<br><br>  -against-<br><br>AIR & LIQUID SYSTEMS CORPORATION,<br>  as successor by merger to<br>  BUFFALO PUMPS, INC.;<br>ARMSTRONG INTERNATIONAL, INC.;<br>AURORA PUMP COMPANY;<br>A.W. CHESTERTON COMPANY;<br>BETHLEHEM STEEL CORPORATION;<br>COFFIN TURBO PUMP, INC.;<br>EATON ELECTRICAL, INC.,<br>  as successor-in-interest to<br>  CUTLER-HAMMER, INC.;<br>ELECTROLUX HOME PRODUCTS, INC.,<br>  as successor-in-interest to<br>  COPES-VULCAN, INC.;<br>ELLIOTT COMPANY;<br>FMC CORPORATION,<br>  for its former CROSBY VALVE subsidiary;<br>FOSTER WHEELER ENERGY<br>  CORPORATION;<br>GENERAL ELECTRIC COMPANY;<br>GOULDS PUMPS, INC.;<br>HONEYWELL INTERNATIONAL INC.,<br>  f/k/a ALLIED SIGNAL, INC.,<br>  f/k/a ALLIED CORPORATION,<br>  successor-in-interest to<br>  BENDIX CORPORATION;<br>IMO INDUSTRIES INC.,<br>  f/k/a IMO DELAVAL, INC.,<br>  f/k/a TRANSAMERICA DELAVAL, INC.,<br>  f/k/a DELAVAL TURBINE, INC.;<br>INGERSOLL-RAND COMPANY;<br>JOHN CRANE, INC.;<br>THE NASH ENGINEERING COMPANY;<br>OWENS-ILLINOIS, INC.; | Index No.:<br><br>Date Filed:<br><br>Plaintiff designates<br>**NEW YORK COUNTY**<br>as the place of trial<br><br>The basis of venue is<br>**DEFENDANTS' PLACE**<br>**OF BUSINESS AND/OR**<br>**EXPOSURE SITE**<br><br><br>**<u>CERTIFICATION</u>** |

SPIRAX SARCO, INC.;
SVI NEWCO, INC.,
   f/k/a SVI CORPORATION,
   f/k/a STOCKHAM VALVES & FITTINGS,
   f/k/a MARLIN VALVE;
TRANE U.S. INC.,
   f/k/a AMERICAN STANDARD INC.;
TYCO FLOW CONTROLS INC.,
   a/k/a HANCOCK VALVES;
UNION CARBIDE CHEMICALS & PLASTICS
   COMPANY INC.;
UNIROYAL HOLDING, INC.,
   f/k/a UNIROYAL, INCORPORATED,
   f/k/a UNITED STATES RUBBER
   COMPANY;
VIAD CORP.,
   as successor-in-interest to
   GRISCOM RUSSELL CO.;
VIKING PUMP, INC.;
WARREN PUMPS, INC.;
WILLIAM POWELL COMPANY;
3M COMPANY,
   a/k/a MINNESOTA MINING AND
   MANUFACTURING COMPANY;
METROPOLITAN LIFE INSURANCE
   COMPANY;
OXY USA INC.,
   f/k/a CITIES SERVICE OIL AND GAS
   CORPORATION;
MAERSK LINE, LIMITED,
   as successor-in-interest to
   FARRELL LINES, INC.,

                                Defendants.