ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:13-cv-08561-CM

Perkins v. Air & Liquid Systems Corporation et al
Assigned to: Judge Colleen McMahon
Case in other court: State Court-Supreme, 190350-13
Cause: 28:1446 Notice of Removal

Date Filed: 12/02/2013
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Federal Question

### Plaintiff

**Rita Mae Perkins**
*individually and as personal representative of the Estate of Wayne Philip Perkins, deceased*

V.

### Defendant

**Air & Liquid Systems Corporation**
*as successor by merger to Buffalo Pumps, Inc.*
other
Buffalo Pumps, Inc.

### Defendant

**Viad Corp.**                                  represented by  **Francis Allen Montbach**
                                                Mound Cotton Wollan & Greengrass (NYC)
                                                One Battery Park Plaza
                                                9th Floor
                                                New York, NY 10004
                                                212-804-4229
                                                Fax: 212-344-8066
                                                Email: FMontbach@Moundcotton.com
                                                *ATTORNEY TO BE NOTICED*

### Defendant

**Foster Wheeler Energy Corporation**           represented by  **Dennis Enrique Vega**
                                                Sedgwick LLP (CA)
                                                One Market Plaza, Steuart Tower, 8th Floor

San Francisco, CA 94105
(973)-242-0002
Fax: (973)-242-8099
Email: dennis.vega@sedgwicklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| General Electric Company | represented by | **Dennis Enrique Vega** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/02/2013 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 190350-13. (Filing Fee $ 400.00, Receipt Number 1082457).Document filed by Viad Corp.(laq) (Entered: 12/04/2013) |
| 12/02/2013 | | Magistrate Judge Ronald L. Ellis is so designated. (laq) (Entered: 12/04/2013) |
| 12/02/2013 | | Case Designated ECF. (laq) (Entered: 12/04/2013) |
| 12/04/2013 | 2 | JOINDER to join re: 1 Notice of Removal. Document filed by Foster Wheeler Energy Corporation. (Attachments: # 1 Certification of Service for FW Joinder)(Vega, Dennis) (Entered: 12/04/2013) |
| 12/04/2013 | 3 | JOINDER to join re: 1 Notice of Removal. Document filed by General Electric Company. (Attachments: # 1 Certification of Service for GE Joinder)(Vega, Dennis) (Entered: 12/04/2013) |
| 12/05/2013 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Viad Corp..(Montbach, Francis) (Entered: 12/05/2013) |
| 12/05/2013 | 5 | DECLARATION of Francis A. Montbach re: 1 Notice of Removal. Document filed by Viad Corp.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Montbach, Francis) (Entered: 12/05/2013) |
| 12/05/2013 | 6 | **FILING ERROR - NOT ALL CORPORATE PARENTS/OTHER AFFILIATES WERE ADDED - RULE 7.1 CORPORATE DISCLOSURE STATEMENT.** Identifying Corporate Parent Foster Wheeler LLC for Foster Wheeler Energy Corporation. Document filed by Foster Wheeler Energy Corporation.(Vega, Dennis) Modified on 12/6/2013 (lb). (Entered: 12/05/2013) |
| 12/05/2013 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by General Electric Company.(Vega, Dennis) (Entered: 12/05/2013) |
| 12/05/2013 | 8 | NOTICE OF APPEARANCE by Dennis Enrique Vega on behalf of Foster Wheeler Energy Corporation. (Attachments: # 1 Cert of Service of FW Notice of Appearance) (Vega, Dennis) (Entered: 12/05/2013) |

| | | |
|---|---|---|
| 12/05/2013 | 9 | NOTICE OF APPEARANCE by Dennis Enrique Vega on behalf of General Electric Company. (Attachments: # 1 Cert of Service of GE Notice of Appearance)(Vega, Dennis) (Entered: 12/05/2013) |
| 12/06/2013 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR. Note to Attorney Dennis Enrique Vega to RE-FILE Document 6 Rule 7.1 Corporate Disclosure Statement,. ERROR(S): Not All Corporate Parents were added. Please re-file this document and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s). (lb) (Entered: 12/06/2013) |
| 12/09/2013 | 10 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Foster Wheeler LLC (Delaware), Corporate Parent Foster Wheeler Holdings Ltd., Corporate Parent Foster Wheeler AG (Switzerland), Corporate Parent Foster Wheeler Holdings Ltd. (Bermuda), Other Affiliate Foster Wheeler Ltd. (Bermuda) for Foster Wheeler Energy Corporation. Document filed by Foster Wheeler Energy Corporation. (Vega, Dennis) (Entered: 12/09/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/10/2013 08:23:45 | | | |
| PACER Login: | mc1641 | Client Code: | 2966.013 |
| Description: | Docket Report | Search Criteria: | 1:13-cv-08561-CM |
| Billable Pages: | 2 | Cost: | 0.20 |