IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO.: 875 |
| THERESA HEARN, PERSONAL REPRESENTATIVE OF THE ESTATE OF LEONARD B. HEARN | CIVIL ACTION |
| v. | NO.: 2:13-CV-00298-ER (ED PA) |
| OWENS ILLINOIS, INC., et. al. | |

FILED
DEC - 3 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### PLAINTIFF'S AND DEFENDANT HUBBELL LIGHTING, INC.'S JOINT MOTION TO DISMISS

Now comes Plaintiff, Theresa Hearn, Personal Representative of the Estate of Leonard B. Hearn and Defendant Hubbell Lighting, Inc. and hereby jointly move to dismiss, with prejudice and without interest or costs, all claims against Defendant Hubbell Lighting, Inc. including cross claims in the above-captioned cause of action. The action shall remain pending against all other parties.

WHEREFORE, Plaintiff and Defendant respectfully request their Joint Motion to Dismiss be granted.

Weitz & Luxenberg, P.C.

_/s/ N. Wilson_
Neidra Wilson, Esquire
Attorney for Plaintiff

German, Gallagher & Murtagh

_/s/ Robert P. Corbin_
Robert P. Corbin, Esquire
Tiffany J. Giangiulio, Esquire
Hubbell Lighting, Inc.

SO ORDERED.

12/2/13

_/s/ Eduardo C. Robreno_
Eduardo C. Robreno, J.

RECEIVED
NOV 27 2013
By _____