## PROOF OF SERVICE

The undersigned attorney certifies that on December 30, 2013, this notice was filed with the Clerks for the United States Judicial Panel on Multidistrict Litigation, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the Western District of Wisconsin using the CM/ECF system, which will send notification of such filing upon each party including:

Michael P. Cascino
Robert G. McCoy
Casino Vaughn Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607-5308
ecf.cvlo@gmail.com
bmccoy@cvlo.com
**Attorneys for Gary Souja, Individually
and as Special Administrator for
the Estate of Oswald F. Suoja, Deceased**

By: /s/ Brian O. Watson
     Brian O. Watson

15640-0889

CH2\13992713.1