## PROOF OF SERVICE

The undersigned attorney certifies that on January 11, 2014, these papers were filed with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which will send notification of such filing upon each party including:

Michael P. Cascino
Robert G. McCoy
Casino Vaughn Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607-5308
ecf.cvlo@gmail.com
bmccoy@cvlo.com
**Attorneys for Gary Souja, Individually
and as Special Administrator for
the Estate of Oswald F. Suoja, Deceased**

/s/ Brian O. Watson
Brian O. Watson

15640-0889

CH2\14044636.6