BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : | MDL NO. 875 |
| This Document Relates To: | : | |
| GARY SOUJA, Individually and as Special Administrator for the Estate of OSWALD F. SUOJA, Deceased, | : | Transferred from the Western District of Wisconsin Case No. 99-00475 |
| Plaintiff, | : | |
| v. | : | Transferred to the Eastern District of Pennsylvania |
| OWENS-ILLINOIS, INC., | : | Case No. 09-60256 |
| Defendant. | : | |

### DEFENDANT OWENS-ILLINOIS, INC.'S
### MOTION TO VACATE THE CRO

Pursuant to 28 U.S.C. § 1407(a) and Rule 10.2(e) of the Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant Owens-Illinois, Inc. requests that the Panel vacate the Conditional Remand Order (ECF No. 2) and submits the attached Brief in Support of Its Motion to Vacate the CRO.

Dated: January 13, 2014      Respectfully submitted,

By: /s/ Brian O. Watson
Edward Casmere
Brian O. Watson
Schiff Hardin LLP
233 S. Wacker Dr. Suite 6600
Chicago, Illinois 60606
(312) 258-5500
(312) 258-5600 (facsimile)
*Attorneys for Owens-Illinois, Inc.*