## **SCHEDULE OF ACTIONS**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| GARY SOUJA, Individually and as Special Administrator for the Estate of OSWALD F. SUOJA, Deceased, | W.D. Wis. | 3:99-cv-00475-bbc | District Judge Barbara B. Crabb |