# EXHIBIT A

CLOSED,DIVERSITY

# U.S. District Court
## Western District of Wisconsin (Madison)
## CIVIL DOCKET FOR CASE #: 3:99–cv–00475–bbc

| | |
|---|---|
| SUOJA, DELORES AGNES v. OWENS–ILLINOIS, INC. | Date Filed: 08/05/1999 |
| Assigned to: District Judge Barbara B. Crabb | Date Terminated: 10/25/1999 |
| Referred to: Magistrate Judge Stephen L. Crocker | Jury Demand: Plaintiff |
| Demand: $75,000 | Nature of Suit: 368 P.I. : Asbestos |
| Cause: No cause code entered | Jurisdiction: Diversity |

**Plaintiff**

**Suoja, Delores Agnes**                 represented by   **Michael P. Cascino**
                                                           Cascino Vaughan Law Offices, Ltd.
                                                           220 S. Ashland Avenue
                                                           Chicago, IL 60607
                                                           312–944–0600
                                                           Fax: 312–944–1870
                                                           Email: ecf.cvlo@gmail.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jill A. Rakauski**
                                                           CASCINO VAUGHAN LAW OFFICES,
                                                           LTD.
                                                           220 S. ASHLAND AVENUE

                                                           CHICAGO, IL 60607–5308
                                                           (312) 944–0600
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oswald F. Suoja**                      represented by   **Michael P. Cascino**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jill A. Rakauski**
                                                           CASCINO VAUGHAN LAW OFFICES,
                                                           LTD.
                                                           CHICAGO, IL 60607–5308
                                                           (312) 944–0600
                                                           *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Owens–Illinois Inc.**                  represented by   **Matthew John Fischer**
                                                           Schiff Hardin LLP
                                                           233 South Wacker Drive
                                                           Suite 6600
                                                           Chicago, IL 60606
                                                           312–258–5500
                                                           Fax: 312–258–5700
                                                           Email: mfischer@schiffhardin.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Robert H. Riley**
                                                           SCHIFF, HARDIN &WAITE
                                                           7200 SEARS TOWER

CHICAGO, IL 60606
(312) 876–1000
*ATTORNEY TO BE NOTICED*

**Defendant**

**T &N Plc**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/1999 | | Jams Import Utility Entry (Entered: 08/05/1999) |
| 08/05/1999 | | NORTC (Entered: 08/06/1999) |
| 08/05/1999 | 1 | JS–44 (Entered: 08/06/1999) |
| 08/05/1999 | 2 | COMPLAINT (Entered: 08/06/1999) |
| 10/25/1999 | 3 | ORDER –CERTIFIED MDL CONDITIONAL TRANSFER ORDER TO E.D.OF PA. (Entered: 10/26/1999) |
| 11/12/1999 | 4 | ANSWER W/AFFIRMATIVE DEFENSES DEMAND, BY DEFT. OWENS–ILLINOIS, INC. (Entered: 11/12/1999) |
| 11/06/2001 | 5 | ORDER DISMISSING DEFT. TURNER &NEWALL, PLC W/O PREJUDICE. (SEE 92–C–824–S FOR ORDER) CC MLD. (Entered: 11/06/2001) |
| 05/20/2004 | 6 | MOTION BY PLTF. TO APPOINT SPECIAL ADMINISTRATOR FOR OSWALD SUOJA, TO SUBSTITUTE PARTIES AND AMEND COMPLAINT. (Entered: 05/20/2004) |
| 02/20/2008 | 7 | MOTION (COPY) of suggestion for remand from U.S. District Court for Eastern District of Pennsylvania to W.D. of Wisconsin for trial, by plaintiffs Suoja, Delores Agnes, Oswald F. Suoja. Brief in Opposition due by 3/12/2008, Brief in Reply due by 3/24/2008. (Attachments: #1 Proposed Order) (Cascino, Michael) Modified text on 2/27/2008 to clarify that motion is a copy of what was filed in another district. (Jensen, Lori). (Entered: 02/20/2008) |
| 04/04/2008 | 8 | MOTION to Quash *Plaintiffs' Notice of Deposition and Rider* by Defendant Inc. Owens–illinois.Response due by 4/11/2008. (Fischer, Matthew) Modified on 4/7/2008 to clarify that motion is a copy of what was filed in another district. (Kamke, Lynn). (Entered: 04/04/2008) |
| 11/17/2008 | 9 | MOTION To appoint Special Administrator by Plaintiff Oswald F. Suoja.Response due by 11/24/2008. (Attachments: #1 proposed order) (Cascino, Michael) (Entered: 11/17/2008) |
| 12/30/2013 | 10 | Notice by Defendant Owens–Illinois Inc. *NOTICE OF OPPOSITION TO CRO.* (Watson, Brian) (Entered: 12/30/2013) |

# EXHIBIT B

ASBESTOS,CASREF/ASB,CVLO−3,DS/ASB,MDL−875,WI−W

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:09−cv−60256−ER**

SOUJA et al v. INC. OWENS−ILLINOIS et al
Assigned to: HONORABLE EDUARDO C. ROBRENO
Referred to: MAGISTRATE JUDGE DAVID R.
STRAWBRIDGE (Settlement)
Case in other court: WD/WI, 99−00475
Cause: 28:1332 Diversity−Asbestos Litigation

Date Filed: 01/07/2009
Jury Demand: None
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**DELORES AGNES SUOJA**

represented by **JILL A. RAKAUSKI**
PENN RAKAUSKI
927 MAIN STREET
RACINE, WI 53403
262/636−0036
*TERMINATED: 08/06/2009*
*LEAD ATTORNEY*

**MICHAEL P. CASCINO**
CASCINO VAUGHAN LAW OFFICES
LTD
220 S. ASHLAND AVENUE
CHICAGO, IL 60607
312−944−0600
Fax: 312−944−1870
Email: ecf.cvlo@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT G. MCCOY**
CASCINO VAUGHAN LAW OFFICES
220 S ASHLAND AVE
CHICAGO, IL 60607
312−944−0600
Email: bmccoy@cvlo.com
*ATTORNEY TO BE NOTICED*

**ROBERT MATTHEW SCHROEDER**
CASCINO VAUGHN
220 S. ASHLAND AVE
CHICAGO, IL 60607
312−944−0600
Email: mschroeder@cvlo.com
*TERMINATED: 11/06/2012*

**Plaintiff**

**OSWALD F SUOJA**
*TERMINATED: 03/25/2009*

represented by **JILL A. RAKAUSKI**
(See above for address)
*TERMINATED: 03/25/2009*
*LEAD ATTORNEY*

**MICHAEL P. CASCINO**
(See above for address)
*TERMINATED: 03/25/2009*
*LEAD ATTORNEY*

**ROBERT G. MCCOY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GARY SOUJA**
*INDIVIDUALLY ADN AS SPECIAL*
*ADMINISTRATOR FOR THE ESTATE*
*OF OSWALD F. SUOJA, DECEASED*

represented by   **JILL A. RAKAUSKI**
(See above for address)
*TERMINATED: 08/06/2009*
*LEAD ATTORNEY*

**MICHAEL P. CASCINO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ROBERT G. MCCOY**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ROBERT MATTHEW SCHROEDER**
(See above for address)
*TERMINATED: 11/06/2012*

V.

**Defendant**

**INC. OWENS–ILLINOIS**
*TERMINATED: 11/08/2012*

represented by   **MATTHEW J. FISCHER**
SCHIFF HARDIN &WAITE
7200 SEARS TOWER
CHICAGO, IL 60606
312–258–5591
Email: mfischer@schiffhardin.com
*TERMINATED: 11/08/2012*
*LEAD ATTORNEY*

**ROBERT H. RILEY**
SCHIFF HARDIN &WAITE
7200 SEARS TOWER
233 S. WACKER DR
CHICAGO, IL 60606
TEL 312–258–5500
Email: rriley@schiffhardin.com
*TERMINATED: 11/08/2012*
*LEAD ATTORNEY*

**BRIAN O'CONNOR WATSON**
SCHIFF HARDIN LLP
233 S. WACKER DR STE 6600
CHICAGO, IL 60606
312–258–5500
Email: bwatson@schiffhardin.com
*TERMINATED: 11/08/2012*

**DAVID M. SETTER**
FORMAN PERRY WATKINS KRUTZ
&TARDY
1775 SHERMAN ST., #1900
DENVER, CO 80203
303–837–6400
Email: dmsetter@fpwk.com
*TERMINATED: 11/08/2012*

**EDWARD M. CASMERE**
SCHIFF HARDIN LLP
233 S. WACKER DR
6600 SEARS TOWER
CHICAGO, IL 60606

312−258−5500
Email: ecasmere@schiffhardin.com
*TERMINATED: 11/08/2012*

**JENNIFER MARIE STUDEBAKER**
FORMAN PERRY WATKINS KRUTZ
&TARDY
200 SOUTH LAMAR ST
JACKSON, MS 39201−2131
601−960−8600
Email: studebakerjm@fpwk.com
*TERMINATED: 11/08/2012*

**JOSHUA D. LEE**
SCHIFF HARDIN
233 S. WACKER DRIVE
SUITE 6600
CHICAGO, IL 60606
312−258−5649
Email: jdlee@schiffhardin.com
*TERMINATED: 11/08/2012*

**Defendant**

**T &N PLC**


V.

**Respondent**

**D.O. ALVIN SCHONFELD**          represented by   **SCOTT D. SIMPKINS**
CLIMACO LEFKOWITZ PECA
WILCOX &GAROFOLI CO LPA
1220 HURON ROAD
SUITE 1000
CLEVELAND, OH 44115
216−621−8484
Email: sdsimp@climacolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/07/2009 | 1 | TRANSFER ORDER NO. 313 THAT THE CLERK OF COURT IS ORDERED TO INITIATE THE PROCEDURES FOR THE TRANSFER OF MDL 875 CASES FROM THE U.S.D.C. WESTERN DISTRICT OF WISCONSIN, IN ACCORDANCE WITH THE TERMS OF THIS COURT'S ADMINISTRATIVE ORDER NO. 11. ENTERED AND COPIES MAILED. (kmk, ) (Entered: 01/09/2009) |
| 01/07/2009 | 2 | ADMINISTRATIVE ORDER NO. 11 THAT THE MODIFICATIONS TO THE EXISTING PROCEDURES FOR THE PROCESSING OF CASES, DOCKETS, PLEADINGS AND ORDERS IN MDL 875 CASES ARE ADOPTED AS OUTLINED IN THIS ORDER, ETC. ENTERED AND COPIES MAILED. (kmk, ) (Entered: 01/09/2009) |
| 01/07/2009 | 3 | NOTICE TO COUNSEL (kmk, ) (Entered: 01/09/2009) |
| 02/13/2009 | 4 | ORDER THAT A HEARING ON PLAINTIFFS' MOTION TO APPOINT A SPECIAL ADMINISTRATOR WILL BE HELD ON 3/3/2009 AT 9:00 AM IN COURTROOM 11A. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/13/2009. 2/17/2009 ENTERED AND COPIES MAILED AND E−MAILED.(mbh, ) (Entered: 02/17/2009) |

| 03/25/2009 | 5 | ORDER THAT GARY SUOJA IS APPOINTED SPECIAL ADMINISTRATOR SOLELY FOR THE PURPOSES OF THE PURSUING THE ABOVE LAWSUIT. THE COMPLAINT IS AMENDED ON ITS FACE SUBSTITUTING GARY SUOJA, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF OSWALD F. SUOJA, AS PLAINTIFF HEREIN SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 3/3/2009. 3/26/2009 ENTERED AND COPIES MAILED AND E−MAILED.(mbh, ) (Entered: 03/26/2009) |
|---|---|---|
| 07/29/2009 | 6 | MOTION to Withdraw as Attorney *Jill A. Rakauski* filed by DELORES AGNES SUOJA, GARY SOUJA, OSWALD F SUOJA.Certificate of Service. (Attachments: # 1 Text of Proposed Order)(CASCINO, MICHAEL) (Entered: 07/29/2009) |
| 08/06/2009 | 7 | ORDER THAT THE APPEARANCE OF JILL A. RAKAUSKI IS WITHDRAWN AS ONE OF THE ATTORNEYS OF RECORD FOR PLAINTIFFS FOR THE CASES LISTED IN ATTACHED EXHIBIT "A". SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/5/2009. 8/7/2009 ENTERED AND COPIES MAILED AND E−MAILED.(mbh, ) (Entered: 08/07/2009) |
| 04/28/2010 | 8 | *(FILED IN ERROR)*ORDER THAT ALL DEFENDANTS IN THE CASES LISTED IN EXHIBIT "A", ATTACHED, ARE DISMISSED WITHOUT PREJUDICE FOR LACK OF PROSECUTION. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/13/10. 4/29/10 ENTERED AND COPIES MAILED, E−MAILED. (Entered: 04/29/2010) |
| 07/19/2010 | 9 | ORDER THAT A RULE TO SHOW CAUSE HEARING AND/OR STATUS AND SCHEDULING CONFERENCE FOR CASES IN WHICH PLAINTIFFS REPRESENTED BY THE CASCINO VAUGHAN LAW OFFICE IS SET FOR 8/17/10 AT 9:30 AM., ETC. ENTERED AND COPIES MAILED AND E−MAILED (SEE #7369 IN MDL 01−875).(tj, ) (Entered: 07/22/2010) |
| 08/24/2010 | 10 | ORDER THAT THE CASES LISTED IN EXHIBIT "A", ATTACHED, ARE REFERRED TO THE HONORABLE UNITED STATES DISTRICT JUDGE LOWELL A. REED, JR. FOR MEDIATION AND ALL NECESSARY PRETRIAL PROCEEDINGS. (SEE PAPER #7430 ON 01−MD−875 FOR CASE LIST). SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/18/10. 8/24/10 ENTERED AND COPIES MAILED, E−MAILED.(ahf) (Entered: 08/24/2010) |
| 04/19/2011 | 11 | ORDER REFERRING ASBESTOS CASE TO MAGISTRATE JUDGE DAVID R. STRAWBRIDGE. ( SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/18/11. ) 4/21/11 ENTERED AND COPIES MAILED AND E−MAILED.(gn, ) (Entered: 04/21/2011) |
| 06/09/2011 | 12 | ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR PRETRIAL DISCOVERY, SETTLEMENT CONFERENCE, AND TRIAL PREPARATION. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/9/2011. 6/13/2011 ENTERED AND COPIES MAILED AND E−MAILED. (aeg, ) (Entered: 06/13/2011) |
| 08/16/2011 | 13 | ORDER THAT THE FOLLOWING PROCEDURES APPLY FOR THE FILING OF ALL MOTIONS OR PLEADINGS THAT APPLY IDENTICALLY TO, ETC. IT IS FURTHER ORDERED THAT IF THE FILING ATTORNEY HAS NOT YET MADE AN APPEARANCE ON A CIVIL ACTION, THE CLERK'S OFFICE WILL NOTE THE ATTORNEY'S APPEARANCE FROM THE DOCUMENT BEING FILED AND A SEPARATE NOTICE OF APPEARANCE WILL NOT BE REQUIRED. IT IS FURTHER ORDERED THAT NOTHING IN THIS ORDER RELIEVES ANY COUNSEL OF THE DUTY TO COMPLY WITH THE MDL 875 PRO HAC VICE PROCEDURES PURSUANT TO ADMINISTRATIVE ORDER NO. 23, WHICH REQUIRES ALL COUNSEL TO BE REGISTERED ON ECF SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 8/16/2011. 8/16/2011 ENTERED AND COPIES MAILED AND E−MAILED.(jcab) (Entered: 08/16/2011) |
| 09/28/2011 | 14 | ORDER THAT, AS TO THE CASES IDENTIFIED IN EXHIBIT "A" THE FOLLOWING DISCOVERY AND PRETRIAL MANAGEMENT DEADLINES SHALL APPLY: SEE ATTACHED.. SIGNED BY MAGISTRATE JUDGE |

| | | DAVID R. STRAWBRIDGE ON 9/27/11. 9/29/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 09/29/2011) |
|---|---|---|
| 10/06/2011 | 15 | PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO OBTAIN MEDICAL RECORDS FOR CASES IN CVLO–3 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(dp, ) (Entered: 10/06/2011) |
| 10/12/2011 | 16 | PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO SUBMIT LONG FORM ANSWERS TO PLAINTIFFS' COMPLAINTS PURSUANT TO RULE 7 AND RULE 8(C) OF THE FEDERAL RULES OF CIVIL PROCEDURE filed by PLAINTIFF. (ems) (Entered: 10/12/2011) |
| 10/13/2011 | 17 | ORDER THAT PLAINTIFFS' COUNSEL SHALL SUBMIT TO THE DEFENDANTS AND TO THE COURT A LIST OF VIABLE DEFENDANTS WHO HAVE STATED THAT THEY ARE UNLIKELY TO VOLUNTARILY DISMISS IN THE CASES LISTED IN THE CVLO–1 AND 2 AND CVLO–3 CASE GROUPS NO LATER THAN 10/21/11. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/12/11. 10/14/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 10/14/2011) |
| 10/21/2011 | 18 | CERTAIN DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION CONCERNING CASE MANAGEMENT AND SCHEDULING ORDERS FOR GROUPS CVLO–1 AND 2 AND PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO OBTAIN MEDICAL RECORDS IN CVLO–3 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(dp, ) (Entered: 10/21/2011) |
| 10/25/2011 | 19 | ORDER THAT THE MOTION FOR ADDITIONAL TIME TO OBTAIN MEDICIAL RECORDS FOR CASES IN CVLO–3 IS DENIED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/25/11. 10/25/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 10/26/2011) |
| 10/26/2011 | 20 | PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION CONCERNING THE REVISED AND RESTATED CASE MANAGEMENT AND SCHEDULING ORDER FOR THOSE CASES PREVIOUSLY SUBJECT TO SCHEDULING ORDERS FOR THE GROUPS CVLO–1 AND CVLO–2 AND PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO OBTAIN MEDICAL RECORDS IN CVLO–3. (Attachments: # 1 exhibit A, # 2 proposed order)(kp, ) (Entered: 10/26/2011) |
| 10/26/2011 | 21 | MOTION TO DEFENDANTS TO COMPEL AND/OR VERIFY COMPLIANCE. filed by PLAINTIFF(S). (Attachments: # 1 MEMORANDUM, # 2 Exhibit, # 3 Text of Proposed Order)(amas) (Entered: 10/27/2011) |
| 11/02/2011 | 22 | NOTICE THAT JENNIFER M. STUDEBAKER, EDWARD CASMERE, ROBERT H. RILEY, MATTHEW J. FISCHER, AND JOSHUA D. LEE ENTER THEIR APPEARANCES AS COUNSEL OF RECORD FOR OWENS–ILLINOIS, INC.(dp, ) (Entered: 11/02/2011) |
| 11/02/2011 | 23 | ORDER THAT NO RECORDS RELATING TO CVLO MDL–875 CASES CURRENTLY BEING HOUSED AT IKON SHALL BE DESTROYED BEFORE 12/2/11. IT IS FURTHER ORDERED THAT COUNSEL SHALL DISCUSS THE MATTER WITH THE IKON REPRESENTATIVES AND UPDATE THE COURT ON THE FATE OF THOSE RECORDS BY 11/10/11.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/2/11. 11/4/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 11/04/2011) |
| 11/03/2011 | 24 | ORDER THAT BY 11/4/11, PLAINTIFFS' COUNSEL SHALL DISMISS ALL DEFENDANTS IN THE TOP TEN CASE GROUP AGAINST WHOM THEY ARE NOT GOING TO PROCEED. BY 11/18/11, PLAINTIFFS' COUNSEL SHALL DISMISS ALL DEFENDANTS IN THE CVLO–12CASE GROUP AGAINST WHOM THEY ARE NOT GOING TO PROCEED. BY 12/2/11, PLAINTIFFS' COUNSEL SHALL DISMISS ALL DEFENDANTS IN THE CVLO–3 CASE GROUP AGAINST WHOM THEY ARE NOT GOING TO PROCEED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/2/11. 11/4/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 11/04/2011) |

| 11/07/2011 | 25 | Certain Defendants' Response to Plaintiffs' Motion to Compel and/or Verify Compliance with Rule 26(a)(1)(A)(ii). Certificate of Service. (Attachments: # 1 Exhibit A).(ahf) (Entered: 11/08/2011) |
|---|---|---|
| 11/09/2011 | 26 | ORDER THAT AS TO ALL CVLO CASES WHICH HAVE BEEN SET ON A SCHEDULING ORDER BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE, ALL PARTIES SHALL COMPLY WITH THE ATTACHED RECORDS COLLECTION PROTOCOL. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/9/11. 11/10/11 ENTERED AND COPIES MAILED, E−MAILED.(ahf) (Entered: 11/10/2011) |
| 11/09/2011 | 27 | ORDER THAT AS TO ALL CVLO CASES WHICH HAVE BEEN SET ON A SCHEDULING ORDER BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE, ALL PARTIES SHALL COMPLY WITH THE ATTACHED RECORDS COLLECTION PROTOCOL. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/9/11. 11/12/11 ENTERED AND COPIES MAILED AND E−MAILED. (aeg, ) (Entered: 11/12/2011) |
| 11/14/2011 | 28 | REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO DEFENDANTS TO COMPEL AND/OR VERIFY COMPLIANCE WITH RULE 26 (a)(1)(A)(ii). (aeg, ) (Entered: 11/15/2011) |
| 11/21/2011 | 29 | MOTION AND MEMORANDUM to Compel FOREMAN, PERRY WATKINS, KRUTZ &TARDY, LLP TO TURN OVER W.R. GRACE STUDY DOCUMENTS RELATING TO DRS. SCHONFELD AND ANDERSONfiled by CERTAIN PLAINTIFFS. (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C, # 4 EXHIBIT D, # 5 EXHIBIT E, # 6 PROPOSED ORDER, # 7 CERTIFICATE OF SERVICE)(uh, ) (Entered: 11/21/2011) |
| 11/21/2011 | 30 | ORDER THAT A HEARING IS SCHEDULED ON MONDAY 12/5/11 AT 10:30AM IN COURTROOM 3H IN ORDER TO ARGUE THE FOLLOWING MOTIONS RELATED TO DRS. SCHONFELD, ANDERSON, AND SADEK: PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING DRS. ANDERSON AND SADEK AND DEFENDANTS MOTION TO COMPEL THE SAME. DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM ALVIN J. SCHONFELD,D.O.. PLAINTIFFS' MOTION TO COMPEL AND/OR VERIFY COMPLIANCE WITH RULE 26(a)(1)(A)(ii). PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING SCREENING DOCUMENTS. PLAINTIFFS' TO BE FILED MOTION REGARDING THE W.R. GRACE DOCUMENTS. IT IS FURTHER ORDERED THAT BY 11/18/11, PLAINTIFFS SHALL FILE THEIR MOTION REGARDING THE W.R. GRACE DOCUMENTS. BY 11/23/11, DEFENDANTS' SHALL FILE THEIR RESPONSE TO THE MOTION.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/18/11. 11/21/11 ENTERED AND COPIES MAILED, E−MAILED.(dp, ) (Entered: 11/21/2011) |
| 11/21/2011 | 31 | ORDER THAT PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO SUBMIT LONG FORM ANSWERS TO PLAINTIFFS' COMPLAINTS PURSUANT TO RULE 7 AND RULE 8(C) OF THE FEDERAL RULES OF CIVIL PROCEDURE (MDL 875 DOC. NO. 8188) IS DENIED AS MOOT. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/14/2011. 11/21/2011 ENTERED AND COPIES MAILED AND E−MAILED.(jcab) (Entered: 11/21/2011) |
| 11/25/2011 | 32 | RESPONSE to MOTION to Compel FORMAN PERRY WATKINS KRUTZ AND TARDY LLP TO TURN OVER W.R. GRACE STUDY DOCUMENTS RELATING TO DRS. SCHONFELD AND ANDERSON filed by CERTAIN DEFENDANTS. (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C, # 4 EXHIBIT D, # 5 EXHIBIT E)(uh, ) (Attachments: # 1 EXHIBIT A, # 2 EXHIBIT B, # 3 EXHIBIT C, # 4 EXHIBIT D, # 5 EXHIBIT E)(uh, ) Modified on 11/25/2011 (td, ). (Entered: 11/25/2011) |
| 11/30/2011 | 33 | RESPONSE IN SUPPORT OF Motion re (39 in 2:09−cv−60945−ER, 20 in 2:09−cv−60154−ER, 19 in 2:09−cv−60364−ER, 27 in 2:09−cv−60512−ER, 26 in 2:09−cv−60519−ER, 18 in 2:09−cv−60329−ER, 31 in 2:09−cv−60286−ER, 29 in 2:09−cv−60487−ER, 28 in 2:09−cv−60504−ER, 22 in 2:09−cv−60536−ER, 48 in 2:09−cv−60939−ER, 12 in 2:09−cv−60455−ER, 26 in 2:09−cv−60444−ER, 19 in |

| | | |
|---|---|---|
| | | 2:09–cv–60356–ER, 38 in 2:09–cv–60406–ER, 32 in 2:09–cv–60482–ER, 34 in 2:09–cv–60947–ER, 26 in 2:09–cv–60268–ER, 33 in 2:09–cv–60952–ER, 19 in 2:09–cv–60331–ER, 22 in 2:09–cv–60231–ER, 16 in 2:09–cv–60326–ER, 44 in 2:09–cv–60648–ER, 19 in 2:09–cv–60456–ER, 22 in 2:09–cv–60395–ER, 33 in 2:09–cv–60298–ER, 33 in 2:09–cv–60445–ER, 20 in 2:09–cv–60466–ER, 22 in 2:09–cv–60535–ER, 43 in 2:09–cv–60550–ER, 28 in 2:09–cv–60552–ER, 17 in 2:09–cv–60164–ER, 21 in 2:09–cv–60547–ER, 40 in 2:09–cv–60645–ER, 23 in 2:09–cv–60537–ER, 32 in 2:09–cv–60287–ER, 37 in 2:09–cv–60267–ER, 26 in 2:09–cv–60186–ER, 28 in 2:09–cv–60273–ER, 29 in 2:09–cv–60481–ER, 39 in 2:09–cv–60266–ER, 38 in 2:09–cv–60937–ER, 34 in 2:09–cv–60501–ER, 23 in 2:09–cv–60296–ER, 28 in 2:09–cv–60513–ER, 33 in 2:09–cv–60285–ER, 22 in 2:09–cv–60440–ER, 27 in 2:09–cv–60523–ER, 29 in 2:09–cv–60256–ER, 33 in 2:09–cv–60498–ER) MOTION to Compel filed by CERTAIN PLAINTIFFS. (Attachments: # 1 PROPOSED ORDER, # 2 EXHIBIT A, # 3 EXHIBIT B–1, # 4 EXHIBIT B–2, # 5 EXHIBIT C–1 PART 1, # 6 EXHIBIT C–1 PART 2, # 7 EXHIBIT C–2, # 8 CERTIFICATE OF SERVICE)(uh, ) (Entered: 11/30/2011) |
| 11/30/2011 | 34 | RESPONSE IN SUPPORT OF Motion re (39 in 2:09–cv–60945–ER, 20 in 2:09–cv–60154–ER, 19 in 2:09–cv–60364–ER, 27 in 2:09–cv–60512–ER, 26 in 2:09–cv–60519–ER, 18 in 2:09–cv–60329–ER, 31 in 2:09–cv–60286–ER, 29 in 2:09–cv–60487–ER, 28 in 2:09–cv–60504–ER, 22 in 2:09–cv–60536–ER, 48 in 2:09–cv–60939–ER, 12 in 2:09–cv–60455–ER, 26 in 2:09–cv–60444–ER, 19 in 2:09–cv–60356–ER, 38 in 2:09–cv–60406–ER, 32 in 2:09–cv–60482–ER, 34 in 2:09–cv–60947–ER, 26 in 2:09–cv–60268–ER, 33 in 2:09–cv–60952–ER, 19 in 2:09–cv–60331–ER, 22 in 2:09–cv–60231–ER, 16 in 2:09–cv–60326–ER, 44 in 2:09–cv–60648–ER, 19 in 2:09–cv–60456–ER, 22 in 2:09–cv–60395–ER, 33 in 2:09–cv–60298–ER, 33 in 2:09–cv–60445–ER, 20 in 2:09–cv–60466–ER, 22 in 2:09–cv–60535–ER, 43 in 2:09–cv–60550–ER, 28 in 2:09–cv–60552–ER, 17 in 2:09–cv–60164–ER, 21 in 2:09–cv–60547–ER, 40 in 2:09–cv–60645–ER, 23 in 2:09–cv–60537–ER, 32 in 2:09–cv–60287–ER, 37 in 2:09–cv–60267–ER, 26 in 2:09–cv–60186–ER, 28 in 2:09–cv–60273–ER, 29 in 2:09–cv–60481–ER, 39 in 2:09–cv–60266–ER, 38 in 2:09–cv–60937–ER, 34 in 2:09–cv–60501–ER, 23 in 2:09–cv–60296–ER, 28 in 2:09–cv–60513–ER, 33 in 2:09–cv–60285–ER, 22 in 2:09–cv–60440–ER, 27 in 2:09–cv–60523–ER, 29 in 2:09–cv–60256–ER, 33 in 2:09–cv–60498–ER) MOTION to Compel filed by CERTAIN PLAINTIFFS. (Attachments: # 1 PROPOSED ORDER, # 2 EXHIBIT A, # 3 EXHIBIT B–1, # 4 EXHIBIT B–2, # 5 EXHIBIT C–1 PART 1, # 6 EXHIBIT C–1 PART 2, # 7 EXHIBIT C–2, # 8 CERTIFICATE OF SERVICE)(uh, ) (Entered: 11/30/2011) |
| 12/02/2011 | 35 | CERTAIN DEFENDANTS' COMBINED MOTION FOR LEAVE TO FILE SUR–REPLY AND SUR–REPLY IN SUPPORT OF RESPONSE TO MOTION TO COMPEL FORMAN PERRY WATKINS KRUTZ AND TARDY LLP TO TURN OVER W.R. GRACE STUDY DOCUMENTS RELATING TO DRS. SCHONFELD AND ANDERSON. (Attachments: # 1 Exhibit, # 2 Exhibit)(dp, ) Modified on 12/5/2011 (lboy, ). (Entered: 12/02/2011) |
| 12/09/2011 | 36 | ORDER THAT PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING DRS. ANDERSON AND SADEK IS GRANTED IN PART AND DENIED IN PART, DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM ALVIN J. SCHONFELD, D.O. IS GRANTED IN PART AND DENIED IN PART, AND PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING SCREENING DOCUMENTS IS GRANTED IN PART AND DENIED IN PART. IT IS FURTHER ORDERED THAT PLAINTIFFS MOTION TO COMPEL AND/OR VERIFY COMPLIANCE WITH RULE 26 (A)(1)(A)(ii) IS DENIED AND PLAINTIFFS' MOTION TO COMPEL FORMAN PERRY WATKINS KRUTZ &TARDY, LLP TO TURN OVER W.R. GRACE STUDY DOCUMENTS RELATING TO DRS. SCHONFELD ANN ANDERSON IS DENIED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/9/2011. (Attachments: # 1 EXHIBIT A) 12/12/2011 ENTERED AND COPIES MAILED, AND E–MAILED.(uh, ) (Entered: 12/12/2011) |
| 12/13/2011 | 37 | MEMORANDUM OPINION THAT THE APPROPRIATE PLACE FOR PLAINTIFFS TO PURSE THE RELIEF THEY SEEK IS WITH THE CANKRUPTCY COURT THAT ISSUED THE ORDER. ACCORDINGLY, WE HAVE DENIED PLAINTIFFS' MOTION. SIGNED BY MAGISTRATE JUDGE |

| | | DAVID R. STRAWBRIDGE ON 12/13/11. 12/13/11 ENTERED AND COPIES MAILED, E–MAILED (dp, ) (Entered: 12/13/2011) |
|---|---|---|
| 12/14/2011 | 38 | ORDER THAT THE DECEMBER 9, 2011 ORDER AND ACCOMPANYING MEMORANDUM DATED DECEMBER 13,2011 ARE AMENDED TO APPLY TO THE CASES LISTED IN EXHIBIT "A" ATTACHED.(SEE O1–875 DOCS. 8306, 8313 SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/13/11. 12/14/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 12/14/2011) |
| 12/20/2011 | 39 | ORDER THAT PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION CONCERNING THE REVISED AND RESTATED CASE MANAGEMENT AND SCHEDULING ORDER FOR THE CASES LISTED IN EXHIBIT A ARE HEREBY DENIED AS MOOT. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/20/2011.12/21/2011 ENTERED AND COPIES MAILED, E–MAILED.(stwe, ) (Entered: 12/21/2011) |
| 12/21/2011 | 40 | BY OUR ORDER OF DECEMBER 9, 2011 AND AS EXPLAINED IN OUR MEMORANDUM OPINION OF DECEMBER 12, 2011, WE DETERMINED THAT DEFENDANTS WERE ENTITLED TO THE DISCOVERY OF "MATERIALS NECESSARY TO MEASURE 'POSITIVE' AND/OR 'NEGATIVE' RATES," AND OF "MATERIALS REGARDING THE DAILY VOLUME OF SCREENINGS PERFORMED BY EACH DIAGNOSING DOCTOR." WE FURTHER DIRECTED PARTIES "TO WORK TOGETHER TO REACH AN AGREEMENT ON THE LEAST INTRUSIVE, MOST EXPEDITIOUS WAY TO PROVIDE THE DEFENDANTS THE INFORMATION REASONABLY NEEDED TO UNDERTAKE" THESE TESTING EXERCISES, ETC. (SEE 01–MD–875 DOC. NO. 8830 FOR COMPLETE CASE LIST) SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/20/2011. 12/22/2011 ENTERED AND COPIES MAILED AND E–MAILED. (aeg, ) (Entered: 12/22/2011) |
| 12/29/2011 | 41 | ORDER THAT PLAINTIFFS SHALL HAVE UNTIL 1/10/12 TO FILE ANY SUCH MOTION. IT IS FURTHER ORDERED THAT ALL MATERIALS TO BE PRODUCED PURSUANT TO THE 12/20 ORDER THAT WERE PREVIOUSLY TO BE PRODUCED BY 1/10/12, MUST BE PRODUCED ON OR BEFORE 1/17/12. FOLLOWING UPON A FURTHER REQUEST BY THE PLAINTIFFS FOR AN EXTENSION OF TIME TO PRODUCE THE MATERIALS SUBJECT TO THE ORDER OF 12/9/11, IT IS HEREBY FURTHER ORDERED THAT ALL MATERIALS THAT WERE PREVIOUSLY TO BE PRODUCED BY 12/30/11, MUST BE PRODUCED ON OR BEFORE 1/6/12.(SEE 01–875 PAPER NO. 8344 FOR FULL CASE LIST). SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/29/11. 12/29/11 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 12/29/2011) |
| 01/11/2012 | 42 | PLAINTIFF'S COMBINED MOTION AND MEMORANDUM TO RECONSIDER ORDER ENTERED 12–20–2011 (SEE PAPER NO. 41 ON CASE 08–88250 FOR COMPLETE PDF) (Attachments: # 1 Certificate of Service)(stwe, ) (Entered: 01/12/2012) |
| 01/17/2012 | 43 | PLAINTIFFS' COMBINED MOTION AND MEMORANDUM FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL. CERTIFICATE OF SERVICE. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C).(ahf) (Entered: 01/18/2012) |
| 01/17/2012 | 44 | ORDER THAT PLAINTIFFS' COMBINED MOTION AND MEMORANDUM TO RECONSIDER ORDER ENTERED 12/20/2011 (E.G. 08–90011 DOC. NO. 26), IS DENIED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 1/17/2012. 1/18/2012 ENTERED AND COPIES MAILED AND E–MAILED.(amas) (Entered: 01/18/2012) |
| 01/18/2012 | 45 | ORDER THAT THE PRODUCTION OF THOSE SPECIFIC DOCUMENTS THAT WERE THE SUBJECT OF PLAINTIFFS' MOTION TO RECONSIDER IS SUSPENDED SUBJECT TO FURTHER ORDER OF THE HONORABLE EDUARDO C. ROBRENO, FOLLOWING UPON PLAINTIFFS' ANTICIPATED MOTION TO RECONSIDER BEFORE JUDGE ROBRENO, AS MAY BE TO THEM UNDER 28 U.S.C.636(b)(1)(A). ACCORDINGLY, PLAINTIFFS' |

| | | MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL (E.G.08–88250 DOC.42) IS DENIED AS MOOT.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 1/18/12. 1/19/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 01/19/2012) |
|---|---|---|
| 01/24/2012 | 46 | PLAINTIFFS' OBJECTIONS TO DECEMBER 20,2011 ORDER. (SEE 01–875 DOC NO. 8394 FOR CASE LIST)(dp, ) (Entered: 01/24/2012) |
| 02/01/2012 | 47 | ORDER THAT FOLLOWING UPON OUR ORDER OF THIS SAME DATE IN THE "TOP TEN" CASES(E.G. 11–63482 DOC. NO. 299), ALL PARTIES ARE ADVISED THAT THE MDL COURT WILL NOT CONSIDER MOTIONS IN LIMINE. IT IS THE JUDGMENT OF THIS COURT THAT THOSE MOTIONS WILL BE MORE APPROPRIATELY HANDLED IN THE DISTRICT COURTS TO WHICH THE CASES WILL BE REMANDED. ACCORDINGLY, THE PARTIES ARE HEREBY ORDERED TO REFRAIN FROM FILING ANY SUCH MOTIONS IN THE MDL.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/1/12. 2/1/12 ENTERED AND COPIES MAILED, E–MAILED (dp, ) (Entered: 02/01/2012) |
| 02/06/2012 | 48 | CERTAIN DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DECEMBER 20,2011 ORDER PURSUANT TO 28 U.S.C.636(b)(1)(A) AND FEDERAL RULE OF CIVIL PROCEDURE 72(a). CERTIFICATE OF SERVICE (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit) (dp, ) Modified on 2/8/2012 (stwe, ). (Entered: 02/07/2012) |
| 02/08/2012 | 49 | ORDER THAT PLAINTIFFS' OBJECTIONS TO MAGISTRATE JUDGE STRAWBRIDGE'S 12/30/11 DISCOVERY ORDER ARE OVERRULED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/6/12. 2/9/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 02/09/2012) |
| 02/14/2012 | 50 | DEFENDANTS' COMBINED MOTION AND BRIEF FOR SANCTIONS FOR THE FAILURE OF CASCINO VAUGHAN LAW OFFICES, DR.ALVIN SCHONFELD, DR. HENRY ANDERSON, AND DR.IBRAHIM SADEK TO PRODUCE DOCUMENTS PURSUANT TO THE COURT'S ORDERS. (SEE PAPER NO.8439 ON 01–MD–875 FOR COMPLETE DOCUMENTS PDF) (Entered: 02/14/2012) |
| 02/14/2012 | 51 | ORDER THAT PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION MUST BE FILED ON OR BEFORE 2/21/12. DEFENDANTS SHALL NOT FILE A REPLY WITHOUT THE PERMISSION OF THE COURT. AND IF DEFENDANTS CHOOSE TO SEEK LEAVE TO FILE A REPLY, SUCH A REQUEST MUST BE MADE ON OR BEFORE 2/23/12.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/14/12. 2/15/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 02/15/2012) |
| 02/14/2012 | 52 | ORDER THAT COUNSEL FOR PLAINTIFFS AND DESIGNATED MEMBERS OF THE DEFENSE LIAISON COUNCIL ARE COMPELLED TO APPEAR IN PHILADELPHIA ON 3/5/12 AT 9:30AM FOR A CONFERENCE ON COMPLIANCE WITH OUR AMENDED CASE MANAGEMENT AND SCHEDULING ORDER PERTAIN TO DRS. SCHONFELD, ANDERSON, AND SADEK OF 2/9/12 (SEE E.G; 08–89293 DOC.NO.96), AND ANY ISSUES ASSOCIATED WITH ANY OF OUR PREVIOUS ORDERS REGARDING THE PRODUCTION OF DOCUMENTS PERTAINING TO THESE DOCTORS. COUNSEL FOR ANY OTHER CONCERNED PARTIES MAY, BUT ARE NOT REQUIRED TO ATTEND. COUNSEL IN ATTENDANCE ARE EXPECTED TO RESERVE THE ENTIRE DAY FOR THE SESSION IN PHILADELPHIA. IF COUNSEL SO DESIRES, THE COURT WILL MAKE ITSELF AVAILABLE ON THIS DATE TO DISCUSS SETTLEMENT.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/14/12. 2/15/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 02/15/2012) |
| 02/16/2012 | 53 | NON–PARTY WITNESS ALVIN SCHONFELD, D.O.'S OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS. Modified on 2/21/2012 (amas, ). (Entered: 02/16/2012) |

| 02/22/2012 | 54 | PLAINTIFFS' MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL. CERTIFICATE OF SERVICE.(uh, ) (Entered: 02/23/2012) |
|---|---|---|
| 02/22/2012 | 55 | PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS REGARDING PRODUCTION OF DOCUMENTS CONCERNING DOCTORS SCHONFELD, ANDERSON AND SADEK. FOR FULL PDF ATTACHMENTS SEE 08–88250 PAPER NUMBER 54. (kah, ) (Entered: 02/23/2012) |
| 02/28/2012 | 56 | DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS FOR THE FAILURE OF CASCINO VAUGHAN LAW OFFICES, DR. ALVIN SCHONFELD, DR. HENRY ANDERSON, AND DR. IBRAHIM SADEK TO PRODUCE DOCUMENTS PURSUANT TO THE COURT'S ORDERS. (kah, ) (Entered: 02/28/2012) |
| 03/06/2012 | 57 | ORDER THAT COUNSEL SHALL SUBMIT TO CHAMBERS BY 3/15/11, A COLLABORATIVELY DRAFTED AMENDED SCHEDULING ORDER(S) AND RECOMMENDED CASES LISTS FOR ALL CVLO CASES WHICH WILL, INTER ALIA : SEE ATTACHED. IT IS FURTHER ORDERED THAT ALL SCHEDULING DEADLINES OTHER THAN THOSE FOR DISPOSITIVE MOTIONS INCLUDING SUMMARY JUDGEMENT MOTIONS AND AO12 MOTIONS TO DISMISS ARE STAYED UNTIL NEW SCHEDULING ORDERS HAVE BEEN ENTERED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 3/6/12. 3/7/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 03/07/2012) |
| 03/20/2012 | 58 | ORDER THAT PLAINTIFFS' MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL IS DENIED AS MOOT. DEFENDANTS' MOTIONS FOR SANCTIONS IS DENIED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 3/6/12. 3/20/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 03/20/2012) |
| 03/22/2012 | 60 | ORDER THAT AS AGREED TO BY PLAINTIFFS' COUNSEL DURING THE 3/22/12 TELEPHONE CONFERENCE, THEY MUST PROVIDE TO DEFENSE COUNSEL, AS A PART OF THEIR BANKRUPTCY DISCOVERY RESPONSES, ANY RELEVANT BANKRUPTCY TRUST MATERIALS IN THEIR POSSESSION OR CONTROL.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 3/22/12. 3/23/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 03/23/2012) |
| 03/23/2012 | 59 | ORDER THAT PLAINTIFFS' COUNSEL SHALL SELECT, FROM THE 80 CASES CURRENTLY IN CVLO–110 CASES TO BE IN "SUB–GROUP A" OF ACCELERATED CASES BY 3/27/12, 10 CASES TO BE IN "SUB–GROUP B" BY 4/2/12, AND 17 CASES TO BE IN "SUB–GROUP C" BY 4/5/12. THE REMAINING CVLO–12CASES WILL BE DISTRIBUTED INTO CASE GROUPS, CVLO–3 THROUGH CVLO–7.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 3/23/12. 3/23/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 03/23/2012) |
| 04/12/2012 | 61 | ORDER THAT, AS TO THE CASES IDENTIFIED ON THE ATTACHED LIST, THE FOLLOWING DISCOVERY AND PRETRIAL MANAGEMENT DEADLINES SHALL APPLY: PLAINTIFFS MUST SUBMIT TO THE DEFENDANTS AND TO THE COURT A LIST OF VIABLE DEFENDANTS WHO THEY ARE UNLIKELY TO VOLUNTARILY DISMISS IN EACH OF THESE CASES BY MAY 1, 2012; ETC. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 4/11/2012. 4/12/2012 ENTERED AND COPIES MAILED AND E–MAILED. (aeg, ) (Entered: 04/12/2012) |
| 04/27/2012 | 62 | PLAINTIFFS' OBJECTIONS TO SCHEDULING ORDERS ENTERED ON 4/12/2012. (SEE PAPER #8551 ON 01–MD–875 FOR PDF AND CASE LIST)(stwe, ) (Entered: 04/27/2012) |
| 05/02/2012 | 63 | PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE.CERTIFICATE OF SERVICE (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(dp, ) (Entered: 05/02/2012) |
| 05/03/2012 | 64 | ORDER THAT DEFENDANTS' RESPONSES TO PLAINTIFFS' OBJECTIONS TO SCHEDULING ORDERS ENTERED ON 4/12/12 (E.G. 08–88250 DOC.68) AND PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE (E.G. 08–88250 |

| | | |
|---|---|---|
| | | DOC.71) SHALL BE CONSOLIDATED INTO ONE RESPONSE BRIEF AND SHALL BE DUE BY 5/9/12.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 5/3/12. 5/4/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 05/04/2012) |
| 05/10/2012 | 65 | CERTAIN DEFENDANTS' COMBINED RESPONSE TO PLAINTIFFS' OBJECTIONS TO SCHEDULING ORDERS ENTERED 4/12/2012 AND PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D1, # 5 Exhibit D2, # 6 Exhibit D3, # 7 Exhibit D4, # 8 Exhibit E, # 9 Exhibit F1, # 10 Exhibit F2, # 11 Exhibit F3, # 12 Exhibit F4, # 13 Exhibit F5, # 14 Exhibit F6, # 15 Exhibit F7, # 16 Exhibit G, # 17 Exhibit H, # 18 Exhibit I)(stwe, ) (Entered: 05/10/2012) |
| 05/10/2012 | 66 | PLAINTIFFS' RESPONSE IN OPPOSITION TO CERTAIN DEFENDANTS' MOTION FOR PROTECTIVE ORDER CONCERNING REQUESTS TO ADMIT AND REQUESTS FOR PRODUCTION PROPOUNDED BY PLAINTIFFS (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(dp, ) (Entered: 05/10/2012) |
| 05/29/2012 | 67 | ORDER THAT PLAINTIFF'S OBJECTIONS TO SCHEDULING ORDERS ENTERED APRIL 12, 2012, LISTED IN EXHIBIT "A", ATTACHED, ARE OVERRULED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/25/2012. 5/29/2012 ENTERED AND COPIES MAILED AND E–MAILED. (aeg, ) (Entered: 05/29/2012) |
| 05/31/2012 | 68 | ORDER THAT THE JOINDER MOTION FILED BY ERICSSON,INC. IS GRANTED. ALL OTHER NOTICES OR MOTIONS FOR JOINDER PROPERLY FILED BY ANY OTHER PARTIES ARE ACCEPTED AND THE PROPOSED JOINDERS ARE ALSO GRANTED. PLAINTIFFS' MOTION FOR RULE 16 CONFERENCE IS DENIED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 5/31/12. 6/1/12 ENTERED AND COPIES MAILED, E–MAILED (dp, ) (Entered: 06/01/2012) |
| 06/18/2012 | 69 | PLAINTIFFS' MOTION TO MODIFY AND/OR CLARIFY DEPOSITION PROTOCOL (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(dp, ) (Entered: 06/19/2012) |
| 06/27/2012 | 70 | CERTAIN DEFENDANTS' COMBINED MOTION AND MEMORANDUM OF LAW TO STRIKE CASCINO VAUGHAN'S SUPPLEMENTAL RESPONSE TO STANDARD INTERROGATORIES. CERTIFICATE OF SERVICE.(SEE DOC NO. 8638 IN 01–MD–875 FOR COMPLETE SET OF EXHIBITS)(dp, ) (Entered: 06/27/2012) |
| 07/03/2012 | 71 | OWENS–ILLINOIS, INC.'S JOINDER IN GEORGIA–PACIFIC LLC F/K/A GEORGIA–PACIFIC CORP.'S RESPONSE TO PLAINTIFFS' MOTION TO MODIFY AND/OR CLARIFY DEPOSITION PROTOCOL. (Attachments: # 1 Exhibit, # 2 Exhibit)(dp, ) (Entered: 07/03/2012) |
| 07/03/2012 | 72 | ORDER THAT THE APPLICABLE RATE OF INTEREST FOR UNPAID FEES SHALL BE 3.5% AND AT THE DISCRETION OF THE COURT, COUNSEL MAY BE ENTITLED TO REIMBURSEMENT FOR SUCCESSFUL MOTIONS TO COLLECT EXPERT WITNESS FEES FROM DELINQUENT PARTIES. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 7/3/2012. (Attachments: # 1 Case List, # 2 Deposition) 7/5/2012 ENTERED AND COPIES MAILED, E–MAILED. (stwe, ) (Entered: 07/05/2012) |
| 07/10/2012 | 73 | PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE "CERTAIN DEFENDANTS' COMBINED MOTION AND MEMORANDUM OF LAW TO STRIKE CASCINO VAUGHAN'S SUPPLEMENTAL RESPONSE TO STANDARD INTERROGATORIES." (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(dp, ) (Entered: 07/10/2012) |
| 07/10/2012 | 74 | ORDER THAT THE MOTION FOR EXTENSION OF TIME IS DENIED WITHOUT PREJUDICE. PLAINTIFFS MAY, IF APPROPRIATE, RESPOND FURTHER DURING OR AFTER THE ORAL ARGUMENT SCHEDULED FOR |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | 7/13/12 IN PHILADELPHIA.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 7/10/12. 7/11/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 07/11/2012)                                                                                                                                                                                                                                                                                                                                                                                     |
| 07/11/2012 | 75 | NOTICE THAT ORAL ARGUMENT ON THE ATTACHED LIST OF MOTIONS. ADDITIONALLY A CONFERENCE REGARDING THE ISSUES OF (1) DISCOVERY AND BRIEFING CONSOLIDATION, (2) DISCOVERY SUPPLEMENTATIONS AND (3) SEPTEMBER DAUBERT HEARING WILL BE HELD. THESE ARGUMENTS/CONFERENCE WILL TAKE PLACE ON FRIDAY 7/13/12 AT 9:30AM IN COURTROOM 3H.(dp, ) (Entered: 07/12/2012)                                                                                                                                                                                            |
| 07/13/2012 | 76 | PLAINTIFF'S RESPONSE IN OPPOSITION TO CERTAIN DEFENDANTS' MOTION TO STRIKE CASCINO VAUGHAN'S SUPPLEMENTAL RESPONSE TO STANDARD INTERROGATORIES. (SEE PAPER NO. 8657 ON 01–MD–875 FOR COMPLETE DOCUMENT PDF)(kp, ) (Entered: 07/13/2012)                                                                                                                                                                                                                                                                                                             |
| 07/13/2012 | 77 | ORDER THAT THE MOTION TO MODIFY AND/OR CLARIFY THE DEPOSITION PROTOCOL IS DENIED WITHOUT PREJUDICE.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 7/13/12. 7/16/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 07/16/2012)                                                                                                                                                                                                                                                                                                           |
| 07/17/2012 | 78 | ORDER THAT CERTAIN DEFENDANTS' MOTION TO STRIKE CASCINO VAUGHAN'S SUPPLEMENTAL RESPONSE TO STANDARD INTERROGATORIES IS DENIED. GENERAL ELECTRIC'S MOTION TO STRIKE IS DENIED. GEORGIA–PACIFIC LLC'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37 ARE GRANTED IN PART. (SEE ATTACHED). INLAND INC.'S MOTION TO STRIKE IS GRANTED AND THE SUPPLEMENTAL INTERROGATORY ANSWERS ARE STRUCK. OWENS–ILLINOIS, INC'S MOTIONS TO STRIKE ARE GRANTED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 7/17/12. 7/18/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 07/18/2012) |
| 07/17/2012 | 79 | ORDER THAT NO MOTIONS STYLED AS MOTIONS IN LIMINE SHALL BE FILED IN ANY OF THE CASCINO VAUGHAN LAW OFFICES CASES IN MDL–875. NOTWITHSTANDING THE FOREGOING, ANY PARTY WHO BELIEVES THAT ANY PARTICULAR CASE PRESENTS A LIMINE ISSUE THAT WOULD HAVE A CASE DISPOSITIVE EFFECT, MUST PRESENT SUCH ISSUE TO THE COURT AS A MOTION FOR SUMMARY JUDGEMENT. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 7/17/12. (Attachments: # 1 Exhibit) 7/18/12 ENTERED AND COPIES MAILED, E–MAILED (dp, ) (Entered: 07/18/2012)                                 |
| 08/03/2012 | 80 | ORDER THAT THE COURT WILL NOT ADOPT PLAINTIFFS' SUGGESTIONS REGARDING AMENDING THE SCHEDULING ORDERS OR THE DEPOSITION PROTOCOL FOUND IN THEIR 7/27/2012 SUBMISSION OR THEIR PREVIOUSLY DENIED MOTION TO MODIFY AND/OR CLARIFY THE DEPOSITION PROTOCOL. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 8/3/2012. (Attachments: # 1 Case List) 8/3/2012 ENTERED AND COPIES MAILED, E–MAILED.(stwe, ) (Entered: 08/03/2012)                                                                                                                          |
| 08/03/2012 | 81 | ORDER THAT THE 4/11/12 CASE MANAGEMENT AND SCHEDULING ORDER PERTAINING TO DRS. SCHONFELD, ANDERSON, AND SADEK IS VACATED AND THE CASE MANAGEMENT AND SCHEDULING ORDER OTHERWISE APPLICABLE TO EACH CASE SHALL CONTROL ALL DEADLINES, SUBJECT ONLY TO PARAGRAPH (4) WITHIN.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 8/3/12. (Attachments: # 1 Exhibit) 8/3/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 08/03/2012)                                                                                                             |
| 08/06/2012 | 82 | MOTION to Strike filed by INC. OWENS–ILLINOIS.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(WATSON, BRIAN) (Entered: 08/06/2012)                                                                                                                                                                                                                                                                                                                                                |
| 08/08/2012 | 83 | PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SUBMIT EXPERT REPORTS FOR CVLO–3 CASES (Attachments: # 1 Text of Proposed Order, # 2                                                                                                                                                                                                                                                                                                                                                                                                                   |

| | | Exhibit, #3 Exhibit, #4 Exhibit)(dp, ) (Entered: 08/09/2012) |
|---|---|---|
| 08/13/2012 | 84 | Statement *Plaintiff's Expert Witness Reports* by OSWALD F SUOJA. (Attachments: #1 Exhibit 1a, #2 Exhibit 1b, #3 Exhibit 1c, #4 Exhibit 1d, #5 Exhibit 1e, #6 Exhibit 1f, #7 Exhibit 1g, #8 Exhibit 1h, #9 Exhibit 1i1, #10 Exhibit 1i2, #11 Exhibit 1i3, #12 Exhibit 2a, #13 Exhibit 2b, #14 Certificate of Service)(CASCINO, MICHAEL) (Entered: 08/13/2012) |
| 08/15/2012 | 85 | Statement *of Plaintiff's Expert Reports –– Revised August 15, 2012* by GARY SOUJA, DELORES AGNES SUOJA, OSWALD F SUOJA. (Attachments: #1 Exhibit 1–j, #2 Certificate of Service)(CASCINO, MICHAEL) (Entered: 08/15/2012) |
| 08/15/2012 | 86 | MOTION to Consolidate Response Dates re 82 MOTION to Strike filed by GARY SOUJA, DELORES AGNES SUOJA, OSWALD F SUOJA.. (Attachments: #1 Text of Proposed Order, #2 Exhibit A, #3 Exhibit B, #4 Certificate of Service)(CASCINO, MICHAEL) (Entered: 08/15/2012) |
| 08/21/2012 | 87 | ORDER THAT PLAINTIFFS' MOTION TO CONSOLIDATE RESPONSE DATES IS GRANTED IN PART. BY 8/27/12, PLAINTIFFS MAY FILE A CONSOLIDATED RESPONSE BRIEF ONLY FOR THESE EIGHT MOTIONS TO STRIKE FILED BY OWENS–ILLINOIS, INC. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 8/20/12. 8/21/12 ENTERED AND COPIES MAILED AND E–MAILED.(mbh, ) (Entered: 08/21/2012) |
| 08/24/2012 | 88 | EMERGENCY MOTION FOR RELIEF from Order Pursuant to Fed. R. Civ. P. 60(b) re 82 MOTION to Strike, 87 Order on Motion for Miscellaneous Relief, filed by GARY SOUJA, DELORES AGNES SUOJA, Certificate of Service. (Attachments: #1 Text of Proposed Order, #2 Exhibit A, #3 Exhibit B, #4 Exhibit C, #5 Exhibit D, #6 Exhibit E, #7 Certificate of Service)(CASCINO, MICHAEL) Modified on 8/27/2012 (md). (Entered: 08/24/2012) |
| 08/28/2012 | 89 | RESPONSE in Opposition re 82 MOTION to Strike filed by GARY SOUJA, DELORES AGNES SUOJA. (Attachments: #1 Text of Proposed Order, #2 Declaration of Exhibits, #3 Exhibit 1, #4 Exhibit 2, #5 Exhibit 3, #6 Exhibit 4, #7 Certificate of Service)(CASCINO, MICHAEL) (Entered: 08/28/2012) |
| 08/28/2012 | 90 | RESPONSE in Opposition re 82 MOTION to Strike *, Corrected Response* filed by GARY SOUJA, DELORES AGNES SUOJA. (Attachments: #1 Text of Proposed Order, #2 Declaration of Exhibits, #3 Exhibit 1, #4 Exhibit 2, #5 Exhibit 3, #6 Exhibit 4, #7 Certificate of Service)(CASCINO, MICHAEL) (Entered: 08/28/2012) |
| 08/29/2012 | 91 | RESPONSE in Opposition re 82 MOTION to Strike *,(for full exhibits see Ahnert 10–CV–67443 Doc. No. 191)* filed by GARY SOUJA. (Attachments: #1 Text of Proposed Order, #2 Exhibit A, #3 Exhibit B, #4 Certificate of Service)(MCCOY, ROBERT) (Entered: 08/29/2012) |
| 08/29/2012 | 92 | Exhibit List *re Doc. No 91 (Plaintiff's Response in Opposition to Defendants' Motions to Strike Based on Untimely Discovery Responses)* by GARY SOUJA.. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Exhibit 9, #10 Exhibit 10, #11 Exhibit 11, #12 Exhibit 12, #13 Exhibit 13, #14 Exhibit 14, #15 Exhibit 15, #16 Exhibit 16, #17 Exhibit 17, #18 Exhibit 18, #19 Exhibit 19, #20 Exhibit 20, #21 Exhibit 21, #22 Exhibit 22, #23 Exhibit 23, #24 Exhibit 24, #25 Exhibit 25, #26 Exhibit 26, #27 Exhibit 27, #28 Exhibit 28, #29 Exhibit 29, #30 Exhibit 30, #31 Exhibit 31, #32 Exhibit 32, #33 Exhibit 33, #34 Exhibit 34, #35 Exhibit 35, #36 Exhibit 36, #37 Exhibit 37, #38 Exhibit 38, #39 Exhibit 39, #40 Exhibit 40, #41 Exhibit 41, #42 Exhibit 42, #43 Certificate of Service)(MCCOY, ROBERT) (Entered: 08/29/2012) |
| 09/06/2012 | 93 | ORDER THAT THE COURT WILL HOLD A TELEPHONIC ORAL ARGUMENT AT 2PM ON 9/14/12 ON ALL PENDING MOTIONS TO STRIKE INTERROGATORY RESPONSES.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/6/12. 9/7/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 09/07/2012) |

| 09/06/2012 | 94 | ORDER THAT "PLAINTIFFS' EMERGENCY MOTION[s] FOR RELIEF FROM ORDER PURSUANT TO FRCP 60(b)" ARE GRANTED AND DEADLINES SET IN OUR 8/27/12 ORDER ARE APPLICABLE TO THESE CASES. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/6/12.9/7/12 ENTERED AND COPIES MAILED, E−MAILED.(mbh, ) (Entered: 09/07/2012) |
|---|---|---|
| 09/10/2012 | 95 | ORDER THAT THE MOTIONS FOR EXTENSION OF TIME TO SUBMIT EXPERT REPORTS FOR CVLO−3 CASES ARE GRANTED AS UNOPPPOSED AND PLAINTIFFS MAY SUBMIT THEIR EXPERT REPORTS IN THESE CASES BY 8/15/12 AND DEFENDANTS MAY FILE THEIR EXPERT REPORTS BY 9/20/12.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/10/12. (Attachments: # 1 Exhibit) 9/10/12 ENTERED AND COPIES MAILED, E−MAILED.(dp, ) (Entered: 09/10/2012) |
| 09/14/2012 | 96 | PLAINTIFFS' MOTION TO SUBDIVIDE THE CVLO 3 CASE GROUP. (Attachments: # 1 PROPOSED ORDER, # 2 EXHIBIT A, # 3 EXHIBIT 1, # 4 EXHIBIT 2, # 5 EXHIBIT 3, # 6 CERTIFICATE OF SERVICE)(uh, ) (Entered: 09/14/2012) |
| 09/20/2012 | 97 | Disclosure with Certificate of Service by INC. OWENS−ILLINOIS. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(WATSON, BRIAN) (Entered: 09/20/2012) |
| 09/27/2012 | 98 | CERTAIN DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO SUBDIVIDE THE CVLO 3 CASE GROUP (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(stwe, ) (Entered: 09/27/2012) |
| 09/28/2012 | 99 | ORDER THAT BEFORE FILING A MOTION TO EXTEND AN EXPERT DISCOVERY DEADLINE, THE PARTIES SHALL MAKE A GOOD FAITH ATTEMPT TO WORK OUT AN AGREEMENT BETWEEN THEMSELVES; THAT IF A MOTION FOR EXTENSION IS NECESSARY, WITHIN 24 HOURS OF BEING FILED, THE OPPOSING PARTY SHALL EMAIL JOEL LANG AND STATE WHETHER THAT PARTY WILL FILE A RESPONSE TO THE MOTION; AND THAT IF THE OPPOSING PARTY OPTS TO FILE A RESPONSE, IT MUST BE FILED WITHIN THREE DAYS AFTER THE MOTION IS FILED; ETC. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 9/28/2012. 9/29/2012 ENTERED AND COPIES MAILED AND E−MAILED. (aeg, ) (Entered: 09/29/2012) |
| 10/01/2012 | 100 | ORDER THAT PLAINTIFFS' MOTION TO SUBDIVIDE THE CVLO 3 CASE GROUP IS GRANTED IN PART; ETC. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/1/2012. 10/2/2012 ENTERED AND COPIES MAILED AND E−MAILED. (aeg, ) (Entered: 10/02/2012) |
| 10/09/2012 | 101 | MOTION for Partial Summary Judgment filed by INC. OWENS−ILLINOIS.Memorandum and Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(WATSON, BRIAN) (Entered: 10/09/2012) |
| 10/18/2012 | 102 | ORDER THAT THE SUMMARY JUDGMENT RESPONSE AND REPLY DATES IN THE 4/11/2012 SCHEDULING ORDER FOR THE CVLO−3 CASE GROUP ARE AMENDED AS OUTLINED HEREIN. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 10/18/2012. 10/19/2012 ENTERED AND COPIES MAILED AND E−MAILED. (ems) (Entered: 10/19/2012) |
| 10/23/2012 | 103 | CERTAIN DEFENDANTS' MOTION TO BAR THOSE WITNESSES INCLUDED IN CVLO'S "SITE WORKERS BY JOB SITES FOR IL &WI JOB SITES" AND "SITE WORKER PAST TESTIMONY BY JOBSITE FOR IL AND WI JOB SITES," WHERE WITNESSES HAVE NOT BEEN OTHERWISE PROPERLY DISCLOSED AGAINST DEFENDANTS FOR CASES INCLUDED IN CVLO 3, AND ALL SUPPLEMENTS TO THE SAME. MEMORANDUM IN SUPPORT, EXHIBITS, CERTIFICATES OF SERVICE. (APPLIES TO THE CASES LISTED ON EXHIBIT P). (Attachments: # 1 Memorandum of Law, # 2 Proposed Order, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7Exhibit E, # 8 Exhibit F, # 9 Exhibit G part 1, # 10 Exhibit Gpart 2, # 11Exhibit H, # 12Exhibit I, # 13 Exhibit J, # 14Exhibit K, # 15Exhibit L, # 16 Exhibit M, # |

| | | 17Exhibit N, #18Exhibit O, #19Exhibit P)(stwe, ) (Entered: 10/23/2012) |
|---|---|---|
| 10/29/2012 | 104 | Statement *of Non−Opposition Re Defendant Owens−Illinois Inc.'s Motion for Partial Summary Judgment* by GARY SOUJA, DELORES AGNES SUOJA, OSWALD F SUOJA. (Attachments: #1 Certificate of Service)(MCCOY, ROBERT) (Entered: 10/29/2012) |
| 11/05/2012 | 105 | RESPONSE in Support re 101 MOTION for Partial Summary Judgment filed by INC. OWENS−ILLINOIS. (WATSON, BRIAN) (Entered: 11/05/2012) |
| 11/06/2012 | 106 | RESPONSE in Opposition re 103 MOTION to Exclude filed by GARY SOUJA, DELORES AGNES SUOJA. (Attachments: #1 Text of Proposed Order, #2 Exhibit A, #3 Exhibit 1, #4 Exhibit 2, #5 Exhibit 3, #6 Certificate of Service)(MCCOY, ROBERT) (Entered: 11/06/2012) |
| 11/06/2012 | 107 | ORDER THAT THE MOTION TO WITHDRAW ROBERT MATTHEW SCHROEDER AS COUNSEL LISTED IN EXHIBIT "A," ATTACHED, IS GRANTED IN PART AND DENIED IN PART.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/6/12. 11/7/12 ENTERED AND COPIES MAILED, E−MAILED.(dp, ) (Entered: 11/07/2012) |
| 11/08/2012 | 108 | ORDER THAT THE MOTIONS LISTED IN EXHIBIT "A," ATTACHED, ARE GRANTED AS UNOPPOSED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/7/12. 11/8/12 ENTERED AND COPIES MAILED, E−MAILED.(dp, ) (Entered: 11/08/2012) |
| 11/15/2012 | 109 | CERTIFICATE OF SERVICE by INC. OWENS−ILLINOIS *for previously served Rule 26(a) Disclosures and Designations of Prior Testimony* (WATSON, BRIAN) (Entered: 11/15/2012) |
| 11/15/2012 | 110 | CERTAIN DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO THEIR MOTION TO BAR THOSE WITNESSES INCLUDED IN CVLO "SITE WORKERS BY JOB SITES FOR IL &WI JOB SITES" AND "SITE WORKER PAST TESTIMONY BY JOBSITE FOR IL &WI JOB SITES," WHERE WITNESSES HAVE NOT BEEN OTHERWISE PROPERLY DISCLOSED AGAINST DEFENDANTS FOR CASES INCLUDED IN CVLO 3, AND ALL SUPPLEMENTS TO THE SAME. CERTIFICATE OF SERVICE. (SEE 08−89845 DOCUMENT NO. 166 FOR COMPLETE DOCUMENT PDF) (dp,) (Entered: 11/16/2012) |
| 11/16/2012 | 111 | ORDER THAT "CERTAIN DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO THEIR MOTION TO BAR THOSE WITNESSES INCLUDED IN CASCINO VAUGHAN LAW OFFICES' ("CVLO") 'SITE WORKERS BY JOB SITES FOR I1 &WI JOB SITES' AND 'SITE WORKER PAST TESTIMONY BY JOBSITE FOR I1 &WI JOB SITES,' WHERE WITNESSES HAVE NOT BEEN OTHERWISE PROPERLY DISCLOSED AGAINST DEFENDANTS FOR CASES INCLUDED IN CVLO−3, AND ALL SUPPLEMENTS TO THE SAME" IS GRANTED AND THE REPLY ATTACHED TO DEFENDANTS' MOTION IS DEEMED FILED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/16/2012. 11/19/2012 ENTERED AND COPIES MAILED AND E−MAILED. (SEE PAPER # 168 ON 08−89845 FOR REPLY). (ems) (Entered: 11/19/2012) |
| 11/16/2012 | 112 | MEMORANDUM AND/OR OPINION. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/16/2012. 11/19/2012 ENTERED AND COPIES MAILED AND E−MAILED. (ems) (Entered: 11/19/2012) |
| 11/16/2012 | 113 | MEMORANDUM AND/OR OPINION ORDER THAT ALL MOTIONS FOR JOINDER ARE GRANTED. CBS CORPORATIONS MOTION FOR SANCTIONS ARE DENIED. THE REMAINING MOTIONS LISTED IN THIS ORDER ARE GRANTED IN PART AS DESCRIBED IN THE ATTACHED MEMORANDUM IN THAT ALL INTERROGATORY RESPONSES WHICH WERE NOT VERIFIED BY THE PLAINTIFFS ARE STRUCK AND ALL OTHER RELIEF REQUESTED IS DENIED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/16/2012. 11/19/2012 ENTERED AND COPIES MAILED AND E−MAILED. (ems) (Entered: 11/19/2012) |

| 11/28/2012 | 114 | ORDER THAT PLAINTIFFS MAY FILE ANY MOTIONS FOR RECONSIDERATION REGARDING OUR 11/16/12 MEMORANDUM AND ORDER (SEE E.G. 08–90234 DOCS. 94 &95) BY 12/4/12. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/28/12. 11/28/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 11/28/2012) |
|---|---|---|
| 11/28/2012 | 115 | ORDER THAT THE COURT WILL HOLD ORAL ARGUMENT ON "CERTAIN DEFENDANTS' MOTION TO BAR THOSE WITNESSES INCLUDED IN CASCINO VAUGHAN LAW OFFICES' (CVLO) SITE WORKERS BY JOB SITES FOR IL &WI JOB SITES' AND SITE WORKER PAST TESTIMONY BY JOBSITE FOR IL &WI JOB SITES', WHERE WITNESSES HAVE NOT BEEN OTHERWISE PROPERLY DISCLOSED AGAINST DEFENDANTS FOR CASES INCLUDED IN CVLO 3, AND ALL SUPPLEMENTS TO THE SAME" AT 9:30AM ON MONDAY 12/10/12, IN COURTROOM 3H. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 11/28/12. 11/29/12 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 11/29/2012) |
| 12/05/2012 | 116 | MOTION for Reconsideration re 112 Memorandum and/or Opinion, 113 Order (Memorandum and/or Opinion), 111 Order,, *FOR FULL EXHIBITS, see 10–CV–67443 (Ahnert) Doc. No. 286* filed by GARY SOUJA, DELORES AGNES SUOJA.. (Attachments: # 1 Exhibit A (Case List), # 2 Text of Proposed Order, # 3 Certificate of Service)(MCCOY, ROBERT) (Entered: 12/05/2012) |
| 12/22/2012 | 117 | RESPONSE in Opposition re 116 MOTION for Reconsideration re 112 Memorandum and/or Opinion, 113 Order (Memorandum and/or Opinion), 111 Order,, *FOR FULL EXHIBITS, see 10–CV–67443 (Ahnert) Doc. No. 286* filed by INC. OWENS–ILLINOIS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Text of Proposed Order)(WATSON, BRIAN) (Entered: 12/22/2012) |
| 12/27/2012 | 118 | MEMORANDUM AND/OR OPINION. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/27/2012. 12/28/2012 ENTERED AND COPIES MAILED, E–MAILED.(kp, ) (Entered: 12/28/2012) |
| 12/27/2012 | 119 | ORDER THAT ALL RELATED MOTIONS FOR JOINDER ARE HEREBY GRANTED, AND THE MOTION TO BAR IS HEREBY GRANTED. ALL WITNESSES DISCLOSED ON THE "SITE WORKER BY JOB SITES" AND "SITE WORKER PAST TESTIMONY" LISTS AND ALL SUPPLEMENTS THERETO ARE BARRED FROM TESTIFYING AT THE TIME OF TRIAL OR FROM OFFERING AFFIDAVITS OR DECLARATIONS IN OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTIONS, UNLESS THOSE WITNESSES WERE OTHERWISE PROPERLY DISCLOSED. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 12/27/2012. 12/28/2012 ENTERED AND COPIES MAILED, E–MAILED.(kp, ) (Entered: 12/28/2012) |
| 01/08/2013 | 120 | ORDER THAT A FINAL PRE–REMAND HEARING, INCLUDING ORAL ARGUMENT ON ALL OPPOSED SUMMARY JUDGMENT MOTIONS, WILL BE HELD ON 3/11/2013 AT 10:00 A.M. IN COURTROOM 15A, JAMES A. BYRNE UNITED STATES COURTHOUSES, 601 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19106; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/8/2013. 1/9/2013 ENTERED AND COPIES MAILED AND E–MAILED. (ems) (Entered: 01/09/2013) |
| 01/10/2013 | 121 | MOTION for Reconsideration re 118 Memorandum and/or Opinion, 119 Order (Memorandum and/or Opinion),, filed by GARY SOUJA.. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A (Case List), # 3 Exhibit Declaration, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Certificate of Service)(MCCOY, ROBERT) (Entered: 01/10/2013) |
| 01/17/2013 | 122 | MEMORANDUM AND/OR OPINION THAT CVLO HAS FAILED TO PRESENT A PROPER BASIS FOR RECONSIDERING THE ORDER, IT WILL BE DENIED. WE DISPENSE WITH A RECITATION OF THE UNDERLYING CIRCUMSTANCES GIVING RISE TO THIS MOTION AS THEY ARE WELL KNOWN TO COUNSEL AND HAVE BEEN SET OUT IN OUR MEMORANDUM EXPLAINING THE BASIS FOR OUR ORDER AND NEED NOT BE REPEATED HERE. SEE ATTACHED. SIGNED BY MAGISTRATE |

| | | |
|---|---|---|
| | | JUDGE DAVID R. STRAWBRIDGE ON 1/17/13. 1/18/13 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 01/18/2013) |
| 01/17/2013 | 123 | ORDER THAT ALL RELATED MOTIONS FOR JOINDER ARE GRANTED. THE MOTION TO RECONSIDER AND CLARIFY OUR 11/16/2012 ORDER IS DENIED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 1/17/13. 1/18/13 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 01/18/2013) |
| 01/18/2013 | 124 | PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY MOTION AND MEMORANDUM IN SUPPORT OF THEIR MOTION TO RECONSIDER ORDER ENTERED ON 12/27/2012 BY MAGISTATE JUDGE STRAWBRIDGE. (Attachments: # 1 PROPOSED ORDER, # 2 EXHIBIT A, # 3 PROPOSED SUPPLEMENTAL BRIEFING, # 4 EXHIBIT 1, # 5 CERTIFICATE OF SERVICE)(dp, ) (Entered: 01/18/2013) |
| 01/24/2013 | 125 | PLAINTIFFS' AMENDED STATEMENT ON EXPERT WITNESS REPORTS. Certificate of Service. (SEE PAPER # 8803 IN 01–MD–875 FOR COMPLETE DOCUMENT PDF). (ems) (Entered: 01/25/2013) |
| 01/25/2013 | 126 | CERTAIN DEFENDANTS' COMBINED RESPONSE AND MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO RECONSIDER ORDER ENTERED DECEMBER 27, 2012, RE MOTION TO BAR PERSONS IN CVLO MASTER LISTS. Certificate of Service, Exhibits. (ems) (Entered: 01/28/2013) |
| 01/25/2013 | 127 | CERTAIN DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO RECONSIDER ORDER ENTERED 12/27/2012 BY MAGISTRATE JUDGE STRAWBRIDGE.CERTIFICATE OF SERVICE.(dp, ) (Entered: 01/28/2013) |
| 01/30/2013 | 128 | ORDER THAT THE MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY AND ANY RELATED JOINDERS ARE GRANTED AND PLAINTIFF'S "SUPPLEMENTAL AUTHORITY" BRIEF ATTACHED TO THEIR MOTION FOR LEAVE TO FILE IS DEEMED FILED AS OF 1/18/13.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 1/30/13. 1/31/13 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 01/31/2013) |
| 01/31/2013 | 129 | Objections by GARY SOUJA re 123 Order (Memorandum and/or Opinion), 122 Memorandum and/or Opinion, *FOR FULL EXHIBITS, see Ahnert, 10–cv–67443, Doc. No. 332*. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit Declaration, # 4 Certificate of Service)(MCCOY, ROBERT) (Entered: 01/31/2013) |
| 02/01/2013 | 130 | EXPLANATION AND ORDER THAT ANY RELATE JOINDERS ARE GRANTED. THE MOTION FOR RECONSIDERATION IS DENIED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/1/13. 2/1/13 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 02/01/2013) |
| 02/04/2013 | 131 | ORDER THAT PLAINTIFFS' MOTION TO RECONSIDER AND CLARIFY ORDER ENTERED 11/16/12, RE STRIKING INTERROGATORY ANSWERS (E.G. 10–67443, DOC.NO.286) IS DENIED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/4/13. 2/5/13 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 02/05/2013) |
| 02/11/2013 | 132 | MOTION to Strike *Plaintiffs' Amended Statement on Expert Witness Reports* filed by INC. OWENS–ILLINOIS.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)(WATSON, BRIAN) (Entered: 02/11/2013) |
| 02/19/2013 | 133 | MOTION for Extension of Time to File Response/Reply *to Motions to Strike Plaintiffs Amended Statement on Expert Witness Reports* filed by GARY SOUJA.Certificate of Service. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Certificate of Service)(CASCINO, MICHAEL) (Entered: 02/19/2013) |

| 02/20/2013 | 134 | ORDER THAT PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO STRIKE PLAINTIFF'S AMENDED STATEMENT ON EXPERT WITNESS REPORTS IS GRANTED. PLAINTIFFS SHALL RESPOND TO THE FOLLOWING MOTIONS LISTED HEREIN ON OR BEFORE 2/27/13.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 2/20/13. 2/20/13 ENTERED AND COPIES MAILED, E−MAILED.(dp, ) (Entered: 02/20/2013) |
|---|---|---|
| 02/27/2013 | 135 | RESPONSE in Opposition re 132 MOTION to Strike *Plaintiffs' Amended Statement on Expert Witness Reports* filed by GARY SOUJA. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit 1, # 4 Certificate of Service)(MCCOY, ROBERT) (Entered: 02/27/2013) |
| 03/06/2013 | 136 | STATUS REPORT *Regarding the March 11, 2013, Final Pre−Remand Hearing* by DELORES AGNES SUOJA. (CASCINO, MICHAEL) (Entered: 03/06/2013) |
| 03/15/2013 | 137 | NOTICE by INC. OWENS−ILLINOIS *of Telephonic Hearing* (WATSON, BRIAN) (Entered: 03/15/2013) |
| 03/22/2013 | 138 | Statement *of Plaintiff's Clarification of Position at Hearing/Conference re: Motion to Strike Plaintiff's Amended Statement on Expert Witness Reports (Kenoyer and Garza)* by GARY SUOJA, DELORES AGNES SUOJA, OSWALD F SUOJA. (Attachments: # 1 Exhibit A (Case List))(MCCOY, ROBERT) (Entered: 03/22/2013) |
| 04/01/2013 | 139 | CERTAIN DEFENDANTS' MOTION FOR PROTECTIVE ORDER. MEMORANDUM IN SUPPORT. CERTIFICATE OF SERVICE.(SEE 08−88411 DOC. NO.135 FOR COMPLETE EXHIBIT PDF) (Attachments: # 1 Memorandum, # 2 Text of Proposed Order)(dp, ) (Entered: 04/01/2013) |
| 04/03/2013 | 140 | ORDER THAT ALL RELEVANT JOINDERS WHICH WERE FILED IN THE FOURTEEN CASES ON THE ATTACHED LIST ARE GRANTED. THE MOTION IS GRANTED AND "PLANTIFFS AMENDED STATEMENT ON EXPERT WITNESS REPORTS" E.G. (01−MD−875 DOC.8803) IS STRUCK.. SIGNED BY HONORABLE DAVID R. STRAWBRIDGE ON 4/3/13. 4/4/13 ENTERED AND COPIES MAILED, E−MAILED.(dp, ) (Entered: 04/04/2013) |
| 04/16/2013 | 141 | ORDER THAT ALL RELATED JOINDERS ARE GRANTED. THE MOTION FOR PROTECTIVE ORDER IS DENIED.. SIGNED BY MAGISTRATE JUDGE DAVID R. STRAWBRIDGE ON 4/16/13. (Attachments: # 1 C.O.S, # 2 CASE LIST) 4/17/13 ENTERED AND COPIES MAILED, E−MAILED.(dp, ) (Entered: 04/17/2013) |
| 04/17/2013 | 142 | Objections by OSWALD F SUOJA re 140 Order (Memorandum and/or Opinion), . (Attachments: # 1 Exhibit A − Case List, # 2 Text of Proposed Order, # 3 Certificate of Service, # 4 Declaration of Exhibits, # 5 Exhibit 1, # 6 Exhibit 2, # 7 Exhibit 3, # 8 Exhibit 4, # 9 Exhibit 5, # 10 Exhibit 6)(CASCINO, MICHAEL) (Entered: 04/17/2013) |
| 11/18/2013 | 143 | ORDER THAT A RULE IS ISSUED FOR PLAINTIFFS TO SHOW CAUSE WHY THE CASES ON EXHIBIT "A," ATTACHED, SHOULD NOT BE DISMISSED OR REMANDED TO THE TRANSFEROR COURT.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/15/13. 11/18/13 ENTERED AND COPIES MAILED, E−MAILED.(dp, ) (Entered: 11/18/2013) |
| 12/11/2013 | 144 | STATUS REPORT *Regarding the Rule to Show Cause 12/11/2013* by DELORES AGNES SUOJA. (CASCINO, MICHAEL) (Entered: 12/11/2013) |
| 12/16/2013 | 145 | ORDER THAT THE OBJECTIONS TO MAGISTRATE JUDGE STRAWBRIDGE'S ORDER OF 4/3/13, WHICH GRANTED OWENS−ILLINOIS,INC.'S MOTION TO STRIKE PLAINTIFFS' AMENDED STATEMENT ON EXPERT WITNESS REPORTS (AND ALL RELEVANT JOINDERS) ARE OVERRULED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/13/13. 12/16/13 ENTERED AND COPIES MAILED, E−MAILED.(dp, ) (Entered: 12/16/2013) |
| 12/16/2013 | 146 | ORDER THAT THE COURT SUGGESTS THAT THIS CASE SHOULD BE REMANDED TO THE UNITED STATES DISTRICT COURT FOR THE |

| | | WESTERN DISTRICT OF WISCONSIN. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/13/13. 12/17/13 ENTERED AND COPIES MAILED, E–MAILED.(mbh, ) (Entered: 12/17/2013) |
|---|---|---|
| 12/30/2013 | 147 | NOTICE by INC. OWENS–ILLINOIS *NOTICE OF OPPOSITION TO CRO* (WATSON, BRIAN) (Entered: 12/30/2013) |

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DELORES AGNES SUOJA, individually and as special
administrator for the estate of OSWALD F. SUOJA, deceased,

     Plaintiff,

     v.

OWENS-ILLINOIS, INC., a corporation T & N PLC, a
corporation;

     Defendants.

CASE NO.

99 0475 C

**COMPLAINT**

## COMPLAINT

Now comes the plaintiff, DELORES AGNES SUOJA (hereinafter "Plaintiff/Spouse"), individually
and as special administrator for the estate of Oswald F. Suoja (hereinafter "Decedent"), by and through her
attorneys, CASCINO VAUGHAN LAW OFFICES, LTD., and complains of defendants, as follows:

### JURISDICTION

1.    Decedent, Oswald F. Suoja, was an adult citizen of Wisconsin. Plaintiff/Spouse's address is 1902
Maryland Avenue, Superior, Wisconsin 54880. Decedent's Social Security number is ▉▉▉▉▉
Decedent worked with asbestos at various job sites in the state of Wisconsin during his career as an
ASBESTOS WORKER and .

2.    The defendants are all corporations, none of which is incorporated in or has its principal place of
business in the State of Wisconsin, and at all times relevant to the allegations contained herein were
engaged in the business of designing, manufacturing and selling asbestos and/or asbestos-containing
products and/or asbestos-insulated equipment (hereinafter referred to as "asbestos products"). Please
refer to the attached Exhibit A for the state of incorporation and principal place of business of each
defendant.

3.    Jurisdiction is based on diversity of citizenship of the parties hereto under Title 28, United States
Code. §1332.

4.  The amount in controversy exceeds the sum of Seventy-Five Thousand Dollars, exclusive of interest and costs.
     and costs.

5.  Venue is proper pursuant to Title 28, United States Code, §1391.

## GENERAL ALLEGATIONS

6.  Decedent during the course of his employment at various job sites, including those listed on the attached Exhibit B, was exposed to asbestos dust or fibers emanating from the asbestos products which were sold, manufactured, distributed, packaged, installed or otherwise placed into commerce by these defendants.

7.  Decedent was ignorant of the dangerous nature of asbestos and of the nature of the risks incurred by workers working with or near said materials.

8.  Decedent became aware of the asbestos-related condition and said condition was caused by defendants' wrongful conduct within the statute of limitations before the filing of this action.

9.  At all times relevant hereto, plaintiff/spouse was married to decedent and cohabitated with him.

10. As a direct and proximate result of the conduct of defendants, Decedent developed and has been diagnosed as having Malignant Mesothelioma. See medical report at Exhibit C, attached hereto and incorporated herein by this reference.

11. Decedent suffered great pain and physical impairment and plaintiff and decedent suffered great mental pain and anguish, are liable for large sums of money for medical and suffered losses to their personal property and possessions.

## COUNT 1 - PRODUCTS LIABILITY - NEGLIGENCE

12. Plaintiff brings this count for negligence against all defendants, less METROPOLITAN LIFE INSURANCE COMPANY and MINNESOTA MINING AND MANUFACTURING COMPANY, and incorporates by reference all general allegations.

13. It was reasonably foreseeable by defendants that Decedent and other workers would be working with

2

or in the proximity of defendants' asbestos products.

13. Defendants had a duty to exercise reasonable care for the safety of Decedent and others who worked

14. Defendants had a duty to exercise reasonable care for the safety of Decedent and others who worked

with or were exposed to the defendants' asbestos products.

15. Defendants knew or in the exercise of ordinary or reasonable care ought to have known that

exposure to their asbestos products caused disease and/or death and that Decedent did not know that

asbestos products were dangerous or harmful.

16. Notwithstanding the aforementioned duty, defendants, and each of them, were negligent by one or

more of the following acts or omissions:

    a.    Failed to adequately warn Decedent or others of the health hazards of asbestos;

    b.    Failed to warn Decedent or others of the danger and harm of the asbestos after the products
or equipment were installed at the premises;

    c.    Failed to investigate or test for the health effects of asbestos prior to distribution and sale;

    d.    Failed to instruct Decedent, his employers or others in the use of precautionary measures
relating to asbestos-containing products and/or asbestos-insulated equipment; and/or

    e.    Manufactured, supplied, or installed unsafe asbestos-containing products or asbestos-
insulated equipment.

17. As a direct and proximate result of the acts and omissions of the defendants above, plaintiff and

decedent were injured as described above.

## COUNT 2 – PRODUCT LIABILITY (UNREASONABLY DANGEROUS PRODUCT)

18. This cause of action is asserted against the manufacturing and supplying defendants.

19. The defendants' above-described asbestos products were manufactured, supplied and installed in an

unreasonably dangerous condition presenting dangers to the life and health of the ultimate users

thereof and to persons in the position of the Decedent.

20. At all relevant times, the defendants placed their asbestos products on the market knowing that they

would be used without inspection for such unreasonably dangerous defects and defendants expected

3

such asbestos products to reach Decedent and other users and consumers without substantial change in the condition they were in when sold.

in the condition they were in when sold.

21.  Decedent used and handled, or was otherwise exposed to, the supplying defendants' asbestos products in the conditions in which they left the control of such defendants and in a manner that was reasonably foreseeable and/or anticipated by such defendants.

22.  Defendants manufactured, supplied or installed a product, or equipment, that was unreasonably dangerous in nature in that it contained asbestos, and in particular:

a.  Was not accompanied by an adequate warning relating to the health hazards of asbestos products;

b.  Was not accompanied by instructions concerning precautionary measures to be taken to minimize the risk of health hazards associated with asbestos products,

c.  Was not subjected to adequate investigation regarding its hazards to health; and

d.  Was improperly designed with, or specified for, the use of asbestos as opposed to non-asbestos substitutes.

23.  Decedent's exposure to the unreasonably dangerous products manufactured, supplied and installed by the defendants proximately caused injuries set forth above.

## COUNT 3 – CONSPIRACY

24.  This claim is brought against all defendants herein for civil conspiracy and plaintiff incorporates the general allegations above.

25.  The civil conspiracy defendants and other unnamed coconspirators knowingly and willfully combined, agreed, and conspired with each other for the purpose of accomplishing one or more of the following unlawful purposes:

a.  Suppressing information about the health hazards of asbestos, including medical and scientific data, from those persons who would be exposed to the asbestos from the products made and sold by the conspirators,

b.  Affirmatively asserting, in a manner not warranted by the information possessed by the conspirators, claims that the conspirators knew were false, namely, that it was safe to work

4

with and in close proximity to asbestos.

26.     The conspirators in communications between each other and through participation in trade

26.     The conspirators in communications between each other and through participation in trade

organizations and committees of such trade organizations ratified and adopted the unlawful purposes

and conduct of the conspiracy.

27.     One or more of the conspirators performed the following tortious acts in furtherance of the

conspiracy:

    a.    Manufactured, sold, packaged or installed unreasonably dangerous asbestos products to
which the Decedent was exposed.

    b.    Failed to warn about health hazards of asbestos, failed to investigate health hazards of
asbestos or failed to instruct about precautionary measures required for protection;

28.     The agreement of the conspirators and acts done in furtherance of the agreement were the proximate

causes of the injuries set forth above.

## COUNT 4 – DECLARATORY JUDGMENT

29.     Defendants' conduct alleged herein occurred many years before certain changes in the Wisconsin

Statutes affecting the law of joint and several liability, as set forth in §§895.045(1) and 895.85, Wis.

Stats., were enacted as part of so-called "tort reform" in 1995.

30.     Retroactive application of the 1995 legislation purporting to apply to the new versions of

§§895.045(1) and 895.86, Wis. Stats, to defendants' tortious acts, which occurred many years before

the effective date of such legislation, merely because this lawsuit was filed after the effective date

of such legislation, would materially and adversely affect the interests of plaintiff in this matter.

31.     Retroactive application of the current versions of §§895.045(1) and 895.85, Wis. Stats., to the facts

of this case would be unreasonable and unconstitutional, in violation of Article I, §10 and the Fifth

and Fourteenth Amendments of the Constitution of the United States, and in violation of Article IV,

§17(2) of the Constitution of the State of Wisconsin, and contrary to the Supreme Court of

Wisconsin's ruling in Martin v. Richards, 192 Wis. 2d 156. (Docket #91-0016, 1995).

5

## COUNT 5 – LOSS OF CONSORTIUM

32.  Plaintiff brings this claim based upon underlying theories of negligence and strict liability, as

deemed applicable to any of the defendants, and restates and realleges such paragraphs as are stated

for all those claims.

33.  As a direct and proximate result of the one or more of the aforesaid wrongful acts or omissions of

the defendants, plaintiff:

    a.    Has been deprived of the services, companionship, society and relationship of her husband
        from the time of his injury.

    b.    Has been hindered and prevented from transacting and attending to her usual business and
        personal affairs.

## PUNITIVE DAMAGES

34.  Defendants acted maliciously, with willful and wanton disregard for the rights of Decedent for which

plaintiff is entitled to recover punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for relief as follows:

    a.    Judgement against defendants, jointly and severally, for compensatory and general damages.

    b.    Such further legal and equitable relief as the Court orders to do justice in this case; costs and
        disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by a jury of 6.

6

Dated this 3rd day of July, 1999.

_One of the Plaintiff's Attorneys_

MICHAEL P. CASCINO
CASCINO VAUGHAN LAW OFFICES, LTD.
403 West North Avenue
Chicago, Illinois 60610-1117
312-944-0600
312-944-1870 fax

7

Exhibit A
Defendants' Home States and Principal Places of Business

| | | |
|---|---|---|
| Owens-Illinois Corporation | Delaware | Ohio |
| T&N PLC | Delaware | |

| SSN | FirstYrId | LastYrId | SiteLocation | SiteCity | SiteSt |
|-----|-----------|----------|--------------|----------|--------|
| | 1951 | 1952 | INDIANA MICHIGAN POWER CO (TANNERS CREEK) | LAWRENCEBUR | IN |
| | 1952 | 1954 | MILWAUKEE HOUSE OF CORRECTION | MILWAUKEE | WI |
| | | | CORRECTION | | |
| | 1954 | 1956 | BADGER ORDNANCE WORKS | BARABOO | WI |
| | 1970'S | 1970'S | SUNDSTRAND | ROCKFORD | IL |



PLAINTIFF'S
EXHIBIT
B

12/13/96  FRI 11:19 FAX 218 723 8714    IIS TECH CENTER    @002

**ST. MARY'S MEDICAL CENTER**
407 EAST 3RD STREET, DULUTH, MN 55805    218-726-4019
407 EAST 3RD STREET, DULUTH, MN 55805    218-726-4019

PATHOLOGISTS:

SURGICAL PATHOLOGY REPORT

ACCESSION NO.  S-96-12044    COLL/SURG DATE: 11/11/96   REC'D. DATE: 11/11/96

SPECIMEN STATED TO BE:
A) Pelvic peritoneum   B) Mesentery   C) Omentum   D) Left diaphragm

FROZEN SECTION PREPARED

CLINICAL DIAGNOSIS:
Abdominal pain

MACROSCOPIC:
A)  First specimen consists of two gray-white glistening mucinous appearing nodules each measuring approximately 2 mm in diameter.

Frozen section shows a mucin producing neoplasm.  Possibilities include metastatic adenocarcinoma versus mesothelioma.  All tissue is sectioned.

B)  Second specimen consists of a single tissue fragment measuring 2 mm in maximum dimension.  Specimen is submitted in toto.

C)  Third specimen consists of a single tissue fragment measuring 2.5 mm in maximum dimension.  Specimen is submitted in toto.

D)  Fourth specimen consists of a single tissue fragment measuring 3 mm in maximum dimension.  Specimen is submitted in toto.

BWH:SS    11/11/96

MICROSCOPIC:
Microscopic sections of biopsies A-D all show tissue fragments diffusely infiltrated by neoplasm.  The neoplasm is comprised of epithelioid cells arranged in sheets, cords, and occasional tubular structures.  Individual cells have varying amounts of eosinophilic cytoplasm.  There is prominent cytoplasmic vacuolization in some cells with vacuoles displaying marked variation in size.  Some of the vacuolated cells have a signet ring appearance.  Individual cells display mild to moderate pleomorphism with most cells having a fairly prominent eosinophilic nucleolus.  Varying amounts of hyalin to myxoid stroma accompany the tumor cells.  There is minimal mitotic activity.  Mucicarmine stains do demonstrate focal generally faint cytoplasmic positivity in some of the tumor cells, however, the degree of positivity is considerably less than the control slide.  Alcian blue stains show pronounced positivity with intra and extra-cytoplasmic accumulation of mucopolysaccharide that is completely removed by hyaluronidase.  The cytoarchitectural features of the tumor and stain results are all consistent with an epithelial mesothelioma.

DIAGNOSIS:
Peritoneal biopsies from above listed sites A-D:  Epithelial mesothelioma.

Adm. Date: 11/11/96
Adm. Doctor: WIIG, THOMAS H
Surgeon:    WIIG, THOMAS H
Consulting Doctor:
Print Date/Time: 11/13/96   1345

** CONTINUE TO NEXT PAGE **

Patient Name: **SUOJA, OSWALD F**
Medical Record #: (0000) 000653243
Patient Account #: 8323319
DOB:              Age: 73 YRS    Sex: M
Room/Bed:                        Page: 1

**PATHOLOGY REPORT**


PLAINTIFF'S
EXHIBIT

12/13/96  FRI 11:20 FAX 218 723 8711        HIS TECH CENTER                               ☒003

**ST. MARY'S MEDICAL CENTER**
407 EAST 3RD STREET, DULUTH, MN 55805      218-726-4019          PATHOLOGISTS:   DR. FLAA    DR. HENKE    DR. NELSON
407 EAST 3RD STREET, DULUTH, MN 55805      218-726-4019                          DR. VOYARICH   DR. WITRAK   DR. CARTER
                                                                                 DR. VOYARICH   DR. WITRAK   DR. CARTER

## SURGICAL PATHOLOGY REPORT

ACCESSION NO.   S-96-12844   COLL/SURG DATE: 11/11/96   REC'D. DATE: 11/11/96

DIAGNOSIS:

        3903 x 3, 3907
        MCSS:  1

        B.W. HENKE, M.D., PATHOLOGIST                    /BY:DMK     11/13/96
        (AUTHORIZED SIGNATURE)

***** END OF CHART *****

Adm. Date: 11/11/96
Adm. Doctor: WIIG, THOMAS H
Surgeon:   WIIG, THOMAS H
Consulting Doctor:
Print Date/Time: 11/13/96    1345

Patient Name: **SUOJA, OSWALD F**
Medical Record #:  (0000) 000653243
Patient Account #: 8323319
DOB:              Age:  73 YRS    Sex: M
Room/Bed: 7113-01               Page:   2

PATHOLOGY REPORT

# DOUGLAS COUNTY REGISTER OF DEEDS

*State of Wisconsin – County of Douglas*
*State of Wisconsin – County of Douglas*

*This is to certify that this document is a true and correct reproduction of the record filed in the Register of Deeds Office, Douglas County, Wisconsin.*

*Without the raised seal this is an uncertified copy. It is illegal to copy this record unless specifically authorized by law.*

**JAN 1 4 1997**

*Date* — *Register of Deeds* — *Deputy, Register of Deeds*

---

STATE OF WISCONSIN
DEPARTMENT OF HEALTH AND SOCIAL SERVICES
**ORIGINAL CERTIFICATE OF DEATH**

LOCAL FILE NUMBER **400**

| | | |
|---|---|---|
| DECEDENT'S NAME: Oswald  F  SUOJA | SEX: M | DATE OF DEATH: Dec. 29, 1996 |

AGE: 73

DATE OF BIRTH: January 29, 1923

BIRTHPLACE: Douglas

CITY, VILLAGE OR TOWNSHIP: Superior

HOSPITAL (AND EXPIRE) OR OTHER: 1902 Maryland Avenue

MARITAL STATUS: Married

RESIDENCE — STATE: Wisconsin  COUNTY: Douglas  INSIDE CITY, VILLAGE, TOWNSHIP: Superior

STREET AND NUMBER: 1902 Maryland Avenue  ZIP: 54880

STATE OF BIRTH: Minnesota

FATHER: Herman Suoja

MOTHER: Sigrid Henrickson

RACE: White

USUAL OCCUPATION: Asbestos Worker

KIND OF BUSINESS/INDUSTRY: HEAT and FROST INSULATORS

EDUCATION: 12

INFORMANT'S NAME: Delores Dalbec

INFORMANT'S NAME: Delores Suoja   MAILING ADDRESS: 1902 Maryland Avenue   Superior, Wisconsin 54880

METHOD OF DISPOSITION / PLACE OF DISPOSITION: Greenwood Cemetery   LOCATION City/Village/Township: Superior, WI.   DATE December 30, 1996

FUNERAL SERVICE LICENSEE: Lenroot-Maetzold Funeral Home   1209 E 5th Street, Superior, Wisconsin 54880

LICENSE NO. 4689

CERTIFYING PHYSICIAN: Betty Smith DME   DATE OF DEATH: Dec. 29, 1996

MEDICAL CERTIFIER SIGNATURE: Betty Smith DME   DATE SIGNED: 1-6-1997

REGISTRAR SIGNATURE: Kathy F. Hanson

DATE RECEIVED BY REGISTRAR: January 13, 1997

CERTIFIER'S MAILING ADDRESS: 2872 E. Milchesky Road, Foxboro, Wisconsin 54836

**PART I.**

IMMEDIATE CAUSE (a): Mesothelia — Months

(b): Asbestos Exposure — Years

**PART II.** Other significant conditions — Diabetes/Type 1

EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| VARIOUS PLAINTIFFS | : | |
| | : | |
| v. | : | |
| | : | Cases listed in Exhibit "A," |
| VARIOUS DEFENDANTS | : | attached |
| | : | |

### O R D E R

**AND NOW**, this **7th** day of **November, 2012**, it is hereby

**ORDERED** that the motions listed in Exhibit "A," attached, are

granted as unopposed.[1]


**AND IT IS SO ORDERED.**


_____
EDUARDO C. ROBRENO,   J.


---

   [1]   Plaintiffs have not opposed Defendants' motions, including motions for summary judgment. As provided under local rules, the Court must independently determine that the moving party is entitled to judgment as a matter of law. See Loc. R. Civ. P. 7.1(c).

   The basis for Defendants' motions is that there is no genuine dispute as to the material fact of whether Plaintiffs' asbestos-related injuries were caused by products manufactured, supplied, or distributed by these Defendants. See Fed. R. Civ. P. 56(a). Based on the uncontested evidence presented by Defendants, the Court concludes that these Defendants are entitled to judgment as a matter of law.

EXHIBIT A

| Case Number | District | Caption | Filed By | Filed Date | Doc. No. |
|---|---|---|---|---|---|
| 11-67757 | CA-N | Young v. Georgia-Pacific Corporation et al | United Technologies Corporation | 9/10/2012 | 80 |
| 11-67761 | IL-S | Rohr v. Bnsf Railway Company | Bnsf Railway Company | 9/27/2012 | 11 |
| 11-66333 | CT | Mooney v. General Electric Company et al | Cbs Corporation | 10/5/2012 | 16 |
| 11-66333 | CT | Mooney v. General Electric Company et al | General Electric Company | 10/5/2012 | 17 |
| 08-91089 | IN-N | Childs v. Ac And S Inc et al | Rapid American Corp | 10/8/2012 | 117 |
| 10-61345 | WI-W | Rickey v. A.C.And S., Inc. et al | Rhone-Poulenc Ag. Company | 10/8/2012 | 140 |
| 10-61345 | WI-W | Rickey v. A.C.And S., Inc. et al | Union Carbide Chemicals & Plastic Co., Inc. | 10/8/2012 | 141 |
| 10-67817 | WI-E | Boyea v. Acands Inc et al | Rhone-Poulenc Ag Co | 10/8/2012 | 104 |
| 10-67831 | WI-E | Jakubowski v. Acands Inc et al | Cbs Corporation | 10/8/2012 | 120 |
| 10-67885 | WI-E | Andris v. Acands Inc et al | Rhone-Poulenc Ag Co | 10/8/2012 | 122 |
| 10-67885 | WI-E | Andris v. Acands Inc et al | Union Carbide Chemical & Plastics Company Inc | 10/8/2012 | 123 |
| 09-60256 | WI-W | Souja et al v. Inc. Owens-Illinois et al | Inc. Owens-Illinois | 10/9/2012 | 101 |
| 10-67885 | WI-E | Andris v. Acands Inc et al | Georgia-Pacific Corporation | 10/9/2012 | 124 |
| 11-67753 | AL-S | Kite v. Bill Vann Company, Inc. et al | Bill Vann Company, Inc. | 10/10/2012 | 73 |
| 11-67753 | AL-S | Kite v. Bill Vann Company, Inc. et al | Eaton Corporation | 10/10/2012 | 82 |
| 11-67753 | AL-S | Kite v. Bill Vann Company, Inc. et al | Flowserve Corporation | 10/10/2012 | 83 |
| 11-67753 | AL-S | Kite v. Bill Vann Company, Inc. et al | General Electric Company | 10/10/2012 | 86 |
| 11-67753 | AL-S | Kite v. Bill Vann Company, Inc. et al | Schneider Electric Usa Inc | 10/10/2012 | 91 |