## <u>PROOF OF SERVICE</u>

The undersigned attorney certifies that on January 13, 2014, these papers were filed with the Clerk for the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which will send notification of such filing upon each party including:

Michael P. Cascino
Robert G. McCoy
Casino Vaughn Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607-5308
ecf.cvlo@gmail.com
bmccoy@cvlo.com
**Attorneys for Gary Souja, Individually
and as Special Administrator for
the Estate of Oswald F. Suoja, Deceased**


/s/ Brian O. Watson
Brian O. Watson

15640-0889

CH2\14044636.8