## Certificate of Service

I hereby certify that on January 14, 2014, I caused the forgoing to be electronically filed with the United States Judicial Panel on Multi-District Litigation using the CM/ECF system. A courtesy copy of such filing shall be sent via email to the following counsel of record:

**Attorneys for Defendant Owens-Illinois Inc.**:
Brian O'Connor Watson          :          bwatson@schiffhardin.com; edocket@schiffhardin.com

Dated: January 14, 2014

/S/ Michael P. Cascino
Attorneys for Plaintiffs

Michael P. Cascino
Cascino Vaughan Law Offices Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
Phone: 312.944.0600
Email: ecf.cvlo@gmail.com