```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS      :   Consolidated Under
LIABILITY LITIGATION (No. VI) :   MDL DOCKET NO. 875
                              :
VARIOUS PLAINTIFFS            :
                              :
                              :
                              :   FILED
         v.                   :
                              :   JAN 29 2014
                              :
                              :   MICHAEL E. KUNZ, Clerk
                              :   By _____ Dep. Clerk
VARIOUS DEFENDANTS            :
```

### FIFTH SUGGESTION TO THE PANEL ON MULTIDISTRICT LITIGATION ("THE PANEL") CONCERNING FUTURE TAG-ALONG TRANSFERS

**AND NOW,** this **28th** day of **January, 2014,** it is hereby **SUGGESTED** that the Panel decline to transfer and consolidate tag-along cases to MDL-875 from the Seventh Circuit in which the Plaintiffs are represented by the Cascino Vaughan Law Offices.[1]

The Court further **SUGGESTS**, therefore, that the only jurisdiction from which tag-along cases should continue to be transferred is the Northern District of Ohio, including Maritime

---

[1] The Court suggests that the Panel cease future transfers of cases from this jurisdiction for the same reasons set forth in the Suggestion to the Judicial Panel of Multidistrict Litigation Concerning Future Tag-Along Transfers, No. 01-md-875 (E.D. Pa. Nov. 23, 2011), ECF No. 8282. Specifically, fewer than 150 cases from this jurisdiction are pending in the MDL Court. All of these pending cases are on scheduling orders and will be ripe for adjudication or remand within the next year. The MDL Court will continue to adjudicate pending cases in the "pipeline," all of which are now subject to scheduling orders.

1

Docket (MARDOC) cases (2,657 cases pending).[2]

                                                It is so **SUGGESTED**.

*/s/ Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO**
**PRESIDING JUDGE, MDL-875**

---

[2] In addition, the MDL Court will continue to hear asbestos cases that originate in the Eastern District of Pennsylvania.