| | | |
|---|---|---|
| **Northern California**<br>San Francisco<br>(415) 217-1240<br><br>**Southern California**<br>Los Angeles<br>(213) 617-6170<br><br>Our File No. 4520-3974 | **Pond North LLP**<br><br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071<br>Telephone: (213) 617-6170<br>Fax: (213) 623-3594<br>www.pondnorth.com | **New England**<br>Massachusetts<br>(781) 556-0600<br><br>Rhode Island<br>(401) 383-8831<br><br>kjamison@pondnorth.com |

January 29, 2014

Clerk of the Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

   *Re:* *Charles Lockett, et al. vs. A.O. Smith Corporation, et al.*
     *Case Number: 3:14-cv-00379 RS*
     *Our Client: CBS Corporation, a Delaware corporation, f/k/a Viacom*
     *Inc., successor by merger to CBS Corporation, a Pennsylvania*
     *corporation, f/k/a Westinghouse Electric Corporation*
     *("Westinghouse")*

Dear Sir or Madam:

  Attached are the Complaint, Notice of Removal, Notice of Tag-Along Action, and other associated pleadings in the above-referenced action.

  As stated in the Notice of Tag-Along Action, the above-referenced asbestos personal injury action is appropriate for transfer to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 and the July 29, 1991 Order of the Judicial Panel on Multidistrict Litigation.

  Accordingly, CBS Corporation (f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation) requests that the Clerk of the Panel either: (1) enter a conditional transfer order pursuant to MDL Rule 12(a) or (2) file an order to show cause why the actions should not be transferred, pursuant to MDL

Clerk of the Judicial Panel on Multidistrict Litigation
January 29, 2014
Page 2

Rule 13(b).

    Thank you for your attention to this matter.

                                                       Sincerely,

                                                       POND NORTH LLP

                                                       *Kevin D. Jamison*

                                                       Kevin D. Jamison

KDJ/jle
Enclosures

4835-8124-4440, v. 1

1 | FRANK D. POND (Bar No. 126191)
KEVIN D. JAMISON (Bar No. 222105)
2 | kjamison@pondnorth.com
KIMBERLY L. RIVERA (Bar No. 205528)
3 | krivera@pondnorth.com
MARY KATHERINE BACK (Bar No. 234021)
4 | mback@pondnorth.com
JUSTIN F. CRONIN (Bar No. 260188)
5 | jcronin@pondnorth.com
POND NORTH LLP
6 | 350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
7 | Telephone: (213) 617-6170
Facsimile: (213) 623-3594
8 |
9 | Attorneys for Defendant CBS Corporation, a Delaware
corporation, f/k/a Viacom Inc., successor by merger to
10 | CBS Corporation, a Pennsylvania corporation, f/k/a
Westinghouse Electric Corporation

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Consolidated Under MDL Docket No. 875 |

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES LOCKETT AND DORI LOCKETT, <br> Plaintiffs, <br> vs. <br> A.O. SMITH CORPORATION; et al., <br> Defendants. | Case No: 3:14-cv-0379 <br><br> **NOTICE OF TAG-ALONG ACTION** |

PLEASE TAKE NOTICE THAT on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending in federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial

1 proceedings pursuant to 28 U.S.C. §1407 ("MDL Transfer Order"). That order also applies to "tag-
2 along actions", or actions involving common questions of fact filed after the January 17, 1991 filings
3 of the Panel's Order to Show Cause. MDL Rule 7.5(e) provides:

4     Any party of counsel in actions previously transferred under section 1407 or under
5 consideration by the Panel for transfer under section 1407 shall promptly notify the Clerk of the
6 Panel of any potential "tag-along actions" in which that party is also named or in which that counsel
7 appears.

8     The undersigned hereby notifies the court that this is a potential "tag-along action" which
9 may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of the Panel may
10 either (1) enter a conditional transfer order pursuant to MDL Rule 7.4(a) or (2) file an order to show
11 cause why the action should not be transferred, pursuant to MDL Rule 17.5(b).

DATED: January 24, 2014

MARY KATHERINE BACK
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 617-6170
Facsimile: (213) 623-3594
Attorneys for Defendant CBS Corporation, a
Delaware corporation, f/k/a Viacom Inc.,
successor by merger to CBS Corporation, a
Pennsylvania corporation, f/k/a Westinghouse
Electric Corporation

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 350 South Grand Avenue, Suite 3300, Los Angeles, CA 90071.

On January 24, 2014, I served the following document(s): **NOTICE OF TAG-ALONG ACTION** on the interested parties in this action as follows:

**Napoli Bern Ripka Shkolnik & Associates LLP**
**111 Corporate Drive, Suite 225**
**Ladrea Ranch, CA 92694**

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Los Angeles, California.

☒ By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☐ By E-Service: I electronically served the above document(s) via **CM/ECF** on the recipients opting for e-service.

☐ By Personal Service: I caused to be delivered by courier **Nationwide Legal Express,** such envelope by hand to the offices of the above addressee(s).

☐ By Personal Service: I delivered such envelope by hand to the offices of the addressee(s).

☐ By Facsimile Machine: The document was transmitted by facsimile transmission to the number(s) indicated and was reported as complete and without error.

Executed: January 24, 2014

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ Nanette Leali_
Nanette Leali
4520.3974

## Notices

3:14-cv-00379 Lockett et al v. AO Smith Corporation et al

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered by Back, Mary on 1/24/2014 at 7:42 PM PST and filed on 1/24/2014

**Case Name:** Lockett et al v. AO Smith Corporation et al
**Case Number:** 3:14-cv-00379
**Filer:** CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation
**Document Number:** 4

**Docket Text:**
**NOTICE by CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation** *Notice of Tag-Along Action* **(Back, Mary) (Filed on 1/24/2014)**

**3:14-cv-00379 Notice has been electronically mailed to:**

Mary Katherine Back     mback@pondnorth.com, cfulkerson@pondnorth.com, efile@pondnorth.com, jengler@pondnorth.com, kjamison@pondnorth.com, ncrystal@pondnorth.com

**3:14-cv-00379 Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

Charles Lockett

Dori Lockett

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Ntc of Tag Along.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/24/2014] [FileNumber=10342058-0]
[a9a77aa4438578c7c821d7dd0664f7d9f288a45889718b2fe5d692e70a7d51637092
bd5f983d3d07d67ecf27203736a60d5707d89b7a2b7378eecd1efb59b6c0]]