ATTACHMENT 1 of 9 of 9

FRANK D. POND (Bar No. 126191)
KEVIN D. JAMISON (Bar No. 222105)
kjamison@pondnorth.com
KIMBERLY L. RIVERA (Bar No. 205528)
krivera@pondnorth.com
MARY KATHERINE BACK (Bar No. 234021)
mback@pondnorth.com
JUSTIN F. CRONIN (Bar No. 260188)
jcronin@pondnorth.com
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 617-6170
Facsimile: (213) 623-3594

Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES LOCKETT AND DORI LOCKETT,<br><br>Plaintiffs,<br><br>vs.<br><br>A.O. SMITH CORPORATION; et al.,<br><br>Defendants. | Case No: 3:14-cv-0379<br><br>**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 7.1, AND LOCAL CIVIL RULE 3-16** |

Pursuant to Federal Rules of Civil Procedure, Rule 7.1 and Local Civil Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding, as noted below:

Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by

Case MDL No. 875 Document 9644-9 Filed 01/29/14 Page 3 of 20
Case3:14-cv-00379-NC Document2 Filed01/24/14 Page2 of 3

merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("CBS Corporation") states, by and through the undersigned counsel, that on December 31, 2005, Viacom, Inc. changed its name to CBS Corporation.

CBS Corporation is a publicly traded company with no parent company; however, National Amusements, Inc. is a privately held company which owns the majority of the voting stock of CBS Corporation. No publicly held corporation owns 10% or more of the stock of CBS Corporation.

The undersigned, counsel of record for CBS Corporation, certifies that the following listed party may have a pecuniary interest in the outcome of this case:

(1) CBS CORPORATION, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation;

(2) National Amusements, Inc.

These representations are made to enable the Court to evaluate possible disqualification or recusal pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 3-16.

Dated: January 24, 2014

POND NORTH LLP

By: _____
MARY KATHERINE BACK
Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation f/k/a Westinghouse Electric Corporation

DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 7.1
4520-3974:4815-8514-9976.v1

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 350 South Grand Avenue, Suite 3300, Los Angeles, CA 90071.

On January 24, 2014, I served the following document(s): **DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 7.1, AND LOCAL CIVIL RULE 3-16** on the interested parties in this action as follows:

**Napoli Bern Ripka Shkolnik & Associates LLP**
**111 Corporate Drive, Suite 225**
**Ladrea Ranch, CA 92694**

☐ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Los Angeles, California.

☒ By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☐ By E-Service: I electronically served the above document(s) via **CM/ECF** on the recipients opting for e-service.

☐ By Personal Service: I caused to be delivered by courier **Nationwide Legal Express,** such envelope by hand to the offices of the above addressee(s).

☐ By Personal Service: I delivered such envelope by hand to the offices of the addressee(s).

☐ By Facsimile Machine: The document was transmitted by facsimile transmission to the number(s) indicated and was reported as complete and without error.

Executed: January 24, 2014

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Nanette Leali
4520.3974

---

DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 7.1
4520-3974:4842-1163-6504.v2

## Notices

3:14-cv-00379 Lockett et al v. AO Smith Corporation et al

### U.S. District Court

### California Northern District

## Notice of Electronic Filing

The following transaction was entered by Back, Mary on 1/24/2014 at 7:30 PM PST and filed on 1/24/2014

**Case Name:** Lockett et al v. AO Smith Corporation et al
**Case Number:** 3:14-cv-00379
**Filer:** CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation
**Document Number:** 2

**Docket Text:**
**Certificate of Interested Entities by CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation identifying Other Affiliate National Amusements, Inc. for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation. (Back, Mary) (Filed on 1/24/2014)**

**3:14-cv-00379 Notice has been electronically mailed to:**

Mary Katherine Back    mback@pondnorth.com, cfulkerson@pondnorth.com, efile@pondnorth.com, jengler@pondnorth.com, kjamison@pondnorth.com, ncrystal@pondnorth.com

**3:14-cv-00379 Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

Charles Lockett

Dori Lockett

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\7.1 Statement.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/24/2014] [FileNumber=10342046-0]
[303d0710eade7498a489e2acbd9fa7bd720213579443f47c13a8a2d3ebabdd6dcf47
a79b972512fca3daa05c2c9fe4b2892d8d93e1a45b4809491e71765748b2]]

FRANK D. POND (Bar No. 126191)
KEVIN D. JAMISON (Bar No. 222105)
kjamison@pondnorth.com
KIMBERLY L. RIVERA (Bar No. 205528)
krivera@pondnorth.com
MARY KATHERINE BACK (Bar No. 234021)
mback@pondnorth.com
JUSTIN F. CRONIN (Bar No. 260188)
jcronin@pondnorth.com
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 617-6170
Facsimile: (213) 623-3594

Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES P. LOCKETT AND DORI LOCKETT, <br><br> Plaintiffs, <br><br> vs. <br><br> A.O. SMITH CORPORATION; et al. <br><br> Defendants. | Case No: 3:14-cv-0379 <br><br> **DEFENDANT CBS CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** <br><br> Local Rule 3-13 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 3-13, defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("Westinghouse") hereby notifies the Court of the pendency of other actions or proceedings as follows:

1

1. <u>Multi-District Litigation</u>

The above-entitled action appears to involve all or a material part of the same subject matter as other actions which are pending in the United States District Court for the Eastern District of Pennsylvania, where all Federal Court asbestos personal injury actions have been centralized pursuant to the Order of the judicial panel on multi-district litigation for coordinated or consolidated pretrial proceedings pursuant to United States Code section 1407 ("MDL Transfer Order").

In its MDL Transfer Order, the judicial panel found that the consolidated actions, similar to the instant case, dealt with common questions of fact relating to injuries or wrongful death allegedly caused by exposure to asbestos, "'and that centralization under § 1407 in the Eastern District of Pennsylvania will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation." *Fung v. Abex Corp.*, 816 F. Supp. 569, 573 (N.D. Cal. 1992). The MDL Transfer Order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 1991 filings of the Panel's Order to Show Cause. (See Westinghouse's Notice of Tag-Along Action filed concurrently herewith).

Accordingly, because the above-entitled case involves a claim for injuries allegedly caused by exposure to asbestos, Westinghouse requests that this action be transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to the multi-district litigation procedures in order to conserve resources, avoid conflicting rulings and outcomes, and promote an efficient determination of the action.

2. <u>State Court Action</u>

Further, the above-entitled action involves all or a material part of the same subject matter and all or substantially all of the same parties as another action which is pending in the Superior Court of California for the County of Alameda, and entitled *Charles Lockett and Dore Lockett v. A.O. Smith, et al.*, and bears the Alameda Superior Court Case Number RG-13-686746 (the "State Court Action").

The other pending action is indeed the State Court corollary of the instant action, and is the matter from which this instant action arises. Accordingly, it involves the same parties and subject

matter as the instant pending action. It is, like the instant action, an asbestos personal injury lawsuit involving the allegedly injured Plaintiff (Charles Lockett) and his wife (Dori Lockett) who have sued numerous defendants asserting Causes of Action of Negligence, Strict Liability, False Representation, Intentional Tort/Intentional, Premises/Contractor Liability, General Negligence, Vicarious Liability, and Loss of Consortium that arise out of Mr. Lockett's alleged occupational and non-occupational exposure to asbestos as a pipefitter at various California and Washington refineries and industrial sites (1980-2009) and shipyards (1970-1980), through personal construction work (1970-1973), and through shade tree automotive repair work (1950-1960). The defendants consist of product and equipment manufacturers and suppliers, contractors, and premises defendants.

As the State Court Action is the action from which the instant removed action arises, and because under 28 United States Code section 1446(d), once a case has been removed to Federal Court, "the State court shall proceed no further unless and until the case is remanded," Westinghouse submits that no action from this Court is required, based on the mere pendency of the State Court Action, to avoid conflicts, conserve resources, or promote an efficient determination of the action.

Dated: January 24, 2014

POND NORTH LLP

By: _____
MARY KATHERINE BACK
Attorneys for Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

3

DEFENDANT CBS CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING
4520-3974:4813-6691-5096.v1

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 350 South Grand Avenue, Suite 3300, Los Angeles, CA 90071.

On January 24, 2014, I served the following document(s): **DEFENDANT CBS CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** on the interested parties in this action as follows:

**Napoli Bern Ripka Shkolnik & Associates LLP**
**111 Corporate Drive, Suite 225**
**Ladrea Ranch, CA 92694**

☐ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Los Angeles, California.

☒ By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☐ By E-Service: I electronically served the above document(s) via **CM/ECF** on the recipients opting for e-service.

☐ By Personal Service: I caused to be delivered by courier **Nationwide Legal Express**, such envelope by hand to the offices of the above addressee(s).

☐ By Personal Service: I delivered such envelope by hand to the offices of the addressee(s).

☐ By Facsimile Machine: The document was transmitted by facsimile transmission to the number(s) indicated and was reported as complete and without error.

Executed: January 24, 2014

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Nanette Leali_
Nanette Leali
4520.3974

DEFENDANT CBS CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING
4520-3974:4839-1278-7480.v2

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:14-cv-00379-RS

Lockett et al v. AO Smith Corporation et al  
Assigned to: Hon. Richard Seeborg  
Case in other court: Alameda County Superior Court, RG13686746  
Cause: 28:1442 Petition for Removal

Date Filed: 01/24/2014  
Jury Demand: Both  
Nature of Suit: 368 P.I. : Asbestos  
Jurisdiction: Federal Question

**Plaintiff**

Charles P Lockett     represented by     **Ethan A Horn**  
Cotkin Collins & Ginsburg  
200 W Santa Ana Blvd #800  
Santa Ana, CA 92701  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Dori Lockett     represented by     **Ethan A Horn**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AO Smith Corporation**

**Defendant**

**Air and Liquid Systems Corporation**  
*also known as*  
Buffalo Pumps, Inc.

**Defendant**

**Allied Insulation Supply Company, Inc.**

**Defendant**

**American Optical Company**

**Defendant**

Armstrong International, Inc.

**Defendant**

**Asbestos Corporation, Ltd.**

**Defendant**

**BASF Catalyst LLC**

**Defendant**

**Bechtel Corporation**

**Defendant**

**Borgwarner Morse Tec, Inc.**
*Successor*
Borg-Warner Corporation

**Defendant**

**Burnham LLC**
*formerly known as*
Burnham Corporation

**Defendant**

**Carrier Corporation**

**Defendant**

**Carver Pump Company**

**Defendant**

| | | |
|---|---|---|
| **CBS Corporation**<br>*formerly known as*<br>Viacom Inc.<br>*formerly known as*<br>Westinghouse Electric Corporation | represented by | **Frank D. Pond**<br>Pond North LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA 90071<br>(213) 617-6170<br>Fax: (213) 623-3594<br>Email: fpond@pondnorth.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Justin Finnell Cronin**<br>Poind North LLP<br>350 South Grand Avenue<br>Suite 3300<br>Los Angeles, CA 90071<br>213-617-6170<br>Fax: 213-623-3594 |

Email: jcronin@pondnorth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Kevin Douglas Jamison
Pond North LLP
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
(213) 617-6170
Fax: (213) 623-3594
Email: kjamison@pondnorth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Kimberly Lynn Rivera
Pond North LLP
350 South Grand Avenue
Suite 3300
Los Angeles, Ca 90071
213-617-6162
Fax: 213-623-3594
Email: krivera@pondnorth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Gavin David Whitis
Pond North LLP
350 South Grand Ave
Ste 3300
Los Angeles, CA 90071
415-217-1240
Fax: 4153940484
Email: gwhitis@pondnorth.com
*ATTORNEY TO BE NOTICED*

### Mary Katherine Back
Pond North LLP
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170
Fax: 213-623-3594
Email: mback@pondnorth.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Certainteed Corporation**

**Defendant**

**Chevron USA Inc.**

**Defendant**

**Chicago Pneumatic Tool Company, LLC**

**Defendant**

**Cleaver Brooks, Inc.**
*formerly known as*
Cleaver Brooks, a division of Aqua-Chem, Inc.

**Defendant**

**Crane Co.**

**Defendant**

**DAP, Inc.**

**Defendant**

**Dorsett & Jackson, Inc.**

**Defendant**

**Elementis Chemicals, Inc**

**Defendant**

**Elliott Company**
*Successor*
Elliott Turbomachinery Co., Inc.

**Defendant**

**Exxon Mobil Oil Corporation**

**Defendant**

**ExxonMobil Oil Corporation**
*formerly known as*
Mobil Oil Corporation

**Defendant**

**Fabco Automotive Corporation**

**Defendant**

Ferro Engineering
*Division of On Marine Services*

**Defendant**

**FMC Corporation**
*Successor*
Northern Pump Company
*Successor*
Coffin
*Successor*
Peerless Pump Company
*Successor*
Chicago Pump Company

**Defendant**

**Ford Motor Company**

**Defendant**

**Foseco, Inc.**

**Defendant**

**Foster Wheeler Energy Corporation**

**Defendant**

**Fryer-Knowles, Inc.**

**Defendant**

**General Electric Company**

**Defendant**

**Genuine Parts Company**

**Defendant**

**Georgia Pacific, LLC**
*formerly known as*
Georgia Pacific Corporation

**Defendant**

**Grinnell LLC**
*formerly known as*
Grinnell Corporation
*Successor*
Grinnell Fire Protection Systems Company, Inc.

**Defendant**

Hanson Permanente Cement, Inc.

**Defendant**

Hill Brothers Chemical Company

**Defendant**

Hollingsworth & Vose Company

**Defendant**

Homosote Company

**Defendant**

Honeywell International, Inc.
*formerly known as*
AlliedSignal, Inc.
*formerly known as*
Bendix Corporation

**Defendant**

IMO Industries, Inc.

**Defendant**

Ingersoll-Rand Company

**Defendant**

ITT Corporation

**Defendant**

J-M Manufacturing Company, Inc.

**Defendant**

John Crane, Inc.

**Defendant**

John K. Bice, Inc.

**Defendant**

Kaiser Gypsum Company, Inc.

**Defendant**

Kelly Moore Paint Company

**Defendant**

Lorillard Tobacco Company

**Defendant**

Maremount Corporation

**Defendant**

Melrath Gasket Inc.

**Defendant**

Metalclad Insulation Corporation

**Defendant**

NMBFIL, Inc.

**Defendant**

Oakfabco, Inc.
*formerly known as*
Kewanee Boiler Corp.

**Defendant**

Parker-Hannifin Corporation
*Successor*
Sacomo-Sierra Corp.

**Defendant**

Parsons Corporation

**Defendant**

Pep Boys Manny Moe and Jack of California

**Defendant**

Pneumo Abex Corporation

**Defendant**

Primesource Building Products, Inc.

**Defendant**

Republic Supply Company

**Defendant**

Rich-Tex, Inc.

**Defendant**

Riley Power, Inc.

*formerly known as*
Riley Stoker Corporation
*formerly known as*
Union Iron Works

**Defendant**

**RSCC Wire and Cable, LLC**
*Successor*
RSCC Wire and Cable, Inc.

**Defendant**

**Scott Company of California**

**Defendant**

**Sequoia Ventures, Inc.**
*formerly known as*
Bechtel Corporation

**Defendant**

**Shell Oil Company**

**Defendant**

**Soco-West, Inc.**
*formerly known as*
Brenntag West, Inc.
*formerly known as*
Soco-Lynch Corporation
*Successor*
Western Chemical and Manufacturing Co.

**Defendant**

**Lunkenheimer Company**

**Defendant**

**William Powell Company**

**Defendant**

**Thomas Dee Engineering Co. Inc.**

**Defendant**

**Trane US, Inc.**
*formerly known as*
American Standard, Inc.

**Defendant**

Union Carbide Corporation

**Defendant**

Union Oil Company of California

**Defendant**

Velan Valve Corp.

**Defendant**

Warren Pumps, LLC

**Defendant**

Washington Group International, Inc.
*Successor*
Morrison-Knudsen, Inc.

**Defendant**

Zurn Industries, LLC
*Successor*
Erie City Ironworks

**Defendant**

Allied Packing and Supply, Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 01/24/2014 | 1 | NOTICE OF REMOVAL *of Action Under 28 U.S.C. Section 1442(A)(1) (Federal Officer); Demand for Jury Trial and Declaration of Mary K. Back* from Alameda County Superior Court. Their case number is RG13686746. (Filing fee $400 receipt number 0971-8322679). Filed byCBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 Part 1 of 3, # 3 Exhibit 2 Part 2 of 3, # 4 Exhibit 2 Part 3 of 3, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Civil Cover Sheet)(Back, Mary) (Filed on 1/24/2014) (Entered: 01/24/2014) |
| 01/24/2014 | 2 | Certificate of Interested Entities by CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation identifying Other Affiliate National Amusements, Inc. for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation. (Back, Mary) (Filed on 1/24/2014) (Entered: 01/24/2014) |
| 01/24/2014 | 3 | NOTICE of Pendency of Other Action by CBS Corporation (Back, Mary) (Filed on 1/24/2014) Modified on 1/27/2014 (dtmS, COURT STAFF). (Entered: 01/24/2014) |

| | | |
|---|---|---|
| 01/24/2014 | 4 | NOTICE of Tag Along Action by CBS Corporation (Back, Mary) (Filed on 1/24/2014) Modified on 1/27/2014 (dtmS, COURT STAFF). (Entered: 01/24/2014) |
| 01/27/2014 | 5 | Case assigned to Magistrate Judge Nathanael M. Cousins. <br><br> Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. <br><br> Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (sv, COURT STAFF) (Filed on 1/27/2014) (Entered: 01/27/2014) |
| 01/27/2014 | 6 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 4/23/2014. Case Management Conference set for 4/30/2014 10:00 AM in Courtroom A, 15th Floor, San Francisco. (dtmS, COURT STAFF) (Filed on 1/27/2014) (Entered: 01/27/2014)** |
| 01/27/2014 | 7 | NOTICE of Appearance by Kevin Douglas Jamison (Jamison, Kevin) (Filed on 1/27/2014) (Entered: 01/27/2014) |
| 01/27/2014 | 8 | NOTICE of Appearance by Gavin David Whitis (Whitis, Gavin) (Filed on 1/27/2014) (Entered: 01/27/2014) |
| 01/27/2014 | 9 | NOTICE of Appearance by Kimberly Lynn Rivera (Rivera, Kimberly) (Filed on 1/27/2014) (Entered: 01/27/2014) |
| 01/27/2014 | 10 | NOTICE of Appearance by Justin Finnell Cronin (Cronin, Justin) (Filed on 1/27/2014) (Entered: 01/27/2014) |
| 01/27/2014 | 11 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by CBS Corporation.. (Back, Mary) (Filed on 1/27/2014) (Entered: 01/27/2014) |
| 01/27/2014 | 12 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge. (lmh, COURT STAFF) (Filed on 1/27/2014) (Entered: 01/27/2014) |
| 01/28/2014 | 13 | **ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Richard Seeborg for all further proceedings. Magistrate Judge Nathanael M. Cousins no longer assigned to the case. Signed by Executive Committee on 1/28/14. (sv, COURT STAFF) (Filed on 1/28/2014) (Entered: 01/28/2014)** |
| 01/28/2014 | 14 | CLERKS NOTICE SCHEDULING CASE MANAGEMENT CONFERENCE. Case Management Statement due by 4/17/2014. Case Management Conference set for 4/23/2014 10:00 AM in Courtroom 3, 17th Floor, San Francisco. (cl, COURT STAFF) |

(Filed on 1/28/2014) (Entered: 01/28/2014)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/28/2014 10:32:11 | | | |
| **PACER Login:** | pn0321 | **Client Code:** | 4520.3974 |
| **Description:** | Docket Report | **Search Criteria:** | 3:14-cv-00379-RS |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |