ATTACHMENT 3

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action.  My business address is 350 South Grand Avenue, Suite 3300, Los Angeles, California, 90012.

On January 29, 2014, I served copies of the following document(s): (1) **Notice of Tag-Along Action; (2) Proof of Service; (3) Court Docket with attached Complaint; (4) Notice of Removal of Action Under 28 U.S.C. Section 1442(A)(1) (Federal Officer); Demand for Jury trial and Declaration of Mary Katherine Back; and (5) Second Amended Complaint**, on the interested parties in this action by placing a true and correct copy of such document, enclosed in a sealed envelope, addressed as follows:

**Served via First Class Mail**
Ethan Horn, Esq.
Email:  ehorn@napolibern.com
Edward Paige Allison, Esq.
Email:  pallinson@napolibern.com
NAPOLI BERN RIPKA SHKOLNIK &
ASSOCIATES LLP
111 Corporate Drive, Suite 225
Ladera Ranch, CA  92694
*Attorneys for Plaintiffs Charles Lockett and Dori Lockett*

**Served via First Class Mail**
All Parties as Listed on the Attached Service List

☒ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at, Los Angeles, California, on all parties not opting for e-service.

☐ By E-Service:  I electronically served the above document(s) via ECF/PACER on all parties opting for e-service.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒        (Federal)        I declare under penalty of perjury that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated this 29th day of January, 2014

*Respectfully Submitted*,

/s/ Kevin D. Jamison
_____

Kevin D. Jamison, Esq.  (CA SBN 222105)
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA  90071
Telephone:  (213) 617-6170
Facsimile:  (213) 623-3594
Email:  kjamison@pondnorth.com
Attorneys for Defendant
CBS Corporation, a Delaware corporation, f/k/a
Viacom Inc., successor by merger to CBS
Corporation, a Pennsylvania corporation, f/k/a
Westinghouse Electric Corporation

4520-3974:4831-9759-9768.v1

<u>MASTER SERVICE LIST</u>

*<u>Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.</u>*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
| --- | --- | --- |
| Napoli, Bern, Ripka Shkolnik & Associates LLP<br>111 Corporate Drive, Suite 225<br>Ladera Ranch, CA  92694<br>Ethan Horn, Esq.<br>Email: <u>ehorn@napolibern.com</u><br>Edward Paige Allinson, Esq.<br>Email: <u>pallinson@napaolibern.com</u> | T:  949/234-6032<br>F:  949/429-0892 | Plaintiff Charles Lockett |
| Napoli, Bern, Ripka Shkolnik & Associates LLP<br>111 Corporate Drive, Suite 225<br>Ladera Ranch, CA  92694<br>Ethan Horn, Esq.<br>Email: <u>ehorn@napolibern.com</u><br>Edward Paige Allinson, Esq.<br>Email: <u>pallinson@napaolibern.com</u> | T:  949/234-6032<br>F:  949/429-0892 | Plaintiff Dori Lockett |

Updated:  1/29/14

4520-3974:4847-0800-7960.v1

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Berry & Berry<br>2930 Lakeshore Avenue<br>P.O. Box 16070<br>Oakland, CA  94610-6070<br>Peter R. Gilbert, Esq.<br>Email: peterg@berryandberry.com | T:  510/835-8330<br>F:  510/835-5117 | Designated Defense Counsel |
| Bennett Samuelson Reynolds & Allard<br>A Professional Corporation, Attorneys at Law<br>1301 Marina Village Parkway, Suite 300<br>Alameda, CA  94501-1084<br>Richard L. Reynolds, Esq.<br>Email:  rreynolds@bsralaw.com<br>Steven L. Clarence, Esq.<br>Email: sclarence@bsralw.com | T:  510/444-7688<br>F:  510/444-5849 | Defendant A.O. Smith Corporation |
| Gordon & Rees, LLP<br>Embarcadero Center West<br>275 Battery Street, Twentieth Floor<br>San Francisco, CA  94111<br>Michael J. Pietrykowski, Esq.<br>Email:  mpietrykowski@gordonrees.com<br>James G. Scadden, Esq.<br>Email:  jscadden@gordonrees.com | T:  415/986-5900<br>F:  415/986-8054 | Defendant Air & Liquid Systems Corporation, a/k/a Buffalo Pumps, Inc. |
| Hake Law<br>A Professional Corporation<br>655 Montgomery Street, Suite 1000<br>San Francisco, CA  94111<br>Kathryn Lucille Hof, Esq.<br>Email:  lucy@hakelaw.com | T:  415/926-5800<br>F:  415/926-5801 | Defendant Allied Insulation Supply Co., Inc. |

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Tucker Ellis, LLP<br>515 South Flower Street, 42nd Floor<br>Los Angeles, CA  90071<br>Anthony D. Brosamle, Esq.<br>Email:<br>anthony.brosamle@tuckerellis.com | | Defendant American Optical Company |
| Low, Ball & Lynch<br>505 Montgomery Street, 7th Floor<br>San Francisco, CA  94111-2584<br>Sonja Blomquist, Esq.<br>Email:  sblomquist@lowball.com<br>James Regan, Esq.<br>Email:  jregan@lowball.com | T:  415/981-6630<br>F:  415/399-1506 | Defendant Armstrong International, Inc. |
| Wilson Elser Moskowitz Edelman & Dicker LLP<br>525 Market Street, 17th Floor<br>San Francisco, CA  94105-2725<br>Mary Ellen Gambino, Esq.<br>Email:  mary.gambino@wilsonelser.com | T:  415/433-0990<br>F:  415/434-1370 | Defendant Asbestos Corporation, Ltd. |
| Reed Smith, LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA  94105-3659<br>Steve Boranian, Esq.<br>Email:  sboranian@reedsmith.com<br>Karen Braje, Esq.<br>Email:  kbraje@reedsmith.com<br>Matthew Peters, Esq.<br>Email:  mpeters@reedsmith.com | T:  415/543-8700<br>F:  415/391-8269 | Defendant BASF Catalysts, LLC |
| Bassi, Edlin, Huie & Blum<br>500 Washington Street, Suite 700<br>San Francisco, CA  94111<br>Jeremy D. Huie, Esq.<br>Email:  jhuie@behblaw.com | T:  415/397-9006<br>F:  415/397-1339 | Defendant Bechtel Corp. |

4520-3974:4847-0800-7960.v1

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Burnham & Brown<br>1901 Harrison Street, 11th Floor<br>Oakland, CA  94612<br>Jeffrey S. Gillespie, Esq.<br>Email: jgillespie@burnhambrown.com<br>Walter C. Rundin, Esq.<br>Email: wrundin@burnhambrown.com | T:  510/444-6800<br>F:  510/835-6666 | Defendant BorgWarner Morse Tec, Inc., as successor-by-merger to Borg-Warner Corporation |
| Foley & Mansfield, PLLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA  94612<br>Douglas G. Wah, Esq.<br>Email: dwah@foleymansfield.com<br>Robert Menchini, Esq.<br>Email: rmenchini@foleymansfield.com | T:  510/444-6800<br>F:  510/835-6666 | Defendant Burnham LLC, f/k/a Burnham Corporation |
| Tucker Ellis, LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>Sara Egide, Esq.<br>Email: sara.egide@tuckerellis.com | T:  415/617-2400<br>F:  415/617-2409 | Defendant Carrier Corporation |
| Berkes, Crane, Robinson & Seal<br>515 South Figueroa, Suite 1500<br>Los Angeles, CA  90071<br>Joni Loomis, Esq.<br>Email: jloomis@bcrslaw.com | T:  213/955-1150<br>F:  213/955-1155 | Defendant Carver Pump Company |
| McKenna, Long & Aldridge<br>One Market Plaza<br>Spear Tower, 24th Floor<br>San Francisco, CA  94105<br>Lisa Oberg, Esq.<br>Email: loberg@mckennalong.com<br>Jennifer Lee, Esq.<br>Email:  jelee@mckennalong.com | T:  415/267-4000<br>F:  415/267-4198 | Defendant CertainTeed Corporation |

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Sedgwick LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA  94104-2834<br>Eugene Brown, Esq.<br>Email:<br>eugene.brown@sedgwicklaw.com | T:  415/781-7900<br>F:  415/781-2635 | Defendant Chevron USA, Inc. |
| Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz, LLP<br>310 Golden Shore Avenue, 4th Floor<br>Long Beach, CA  90802<br>Andy J. Goetz, Esq.<br>Email:  agoetz@prindlelaw.com | T:  562/436-3946<br>F:  562/495-0564 | Defendant Chicago Pneumatic Tool Company, LLC |
| Foley & Mansfield, PLLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA  94612<br>Elizabeth R. Bain, Esq.<br>Email:  ebain@foleymansfield.com | T: 510/590-9500<br>F:  510/590-9595 | Defendants Cleaver Brooks Co., Inc., f/k/a Cleaver Brooks, a Division of Aqua-Chem, Inc. |
| K&L Gates, LLP<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA  94111<br>Michelle C. Barnes, Esq.<br>Email:  michele.barnes@klgates.com | T:  415/882-8200<br>F:  415/882-8220 | Defendant Crane Co. |
| Jackson, Jenkins, Renstrom, LLP<br>55 Francisco Street, 6th Floor<br>San Francisco, CA  94133<br>Gabriel A. Jackson, Esq.<br>Email:  gaby@jjrlaw.com<br>Peter K. Renstrom, Esq.<br>Email:  peter@jjrlaw.com<br>Lisa A. Corman, Esq.<br>Email:  lcorman@jjrlaw.com | T:  415/982-3600<br>F:  415/982-3700 | Defendant DAP, Inc. |

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Dorsett & Jackson<br>3800 Noakes Street<br>Los Angeles, CA  90023<br>Whitney Roberts, Person Authorized to Accept Service of Process | | Defendant Dorsett & Jackson, Inc. |
| Armstrong & Associates, LLP<br>One Kaiser Plaza, Suite 625<br>Oakland, CA  94612<br>William Armstrong, Esq.<br>Email:<br>bill.armstrong@armstrongetal.com<br>Jennifer Denise Fitzpatrick, Esq.<br>Email:<br>Jennifer.Fitzpatrick@armstrongetal.com | T:  510/433-1830<br>F:  510/433-1836 | Defendant Elementis Chemicals, Inc. |
| Morgan Lewis & Bockius<br>One Market Plaza<br>Spear Street Tower<br>San Francisco, CA  94105<br>Kristina Almquist, Esq.<br>Email:  kalmquist@morganlewis.com | T:  415/442-1000<br>F  415/442-1001 | Defendant Elliot Company, individually and as successor-in-interest to Elliott Turbomachinery Co., Inc. |
| Armstrong & Associates, LLP<br>One Kaiser Plaza, Suite 625<br>Oakland, CA  94612<br>William Armstrong, Esq.<br>Email:<br>bill.armstrong@armstrongetal.com<br>Bradley P. Kaplan, Esq.<br>Email: brad.kaplan@armstrongetal.com | T:  510/433-1830<br>F:  510/433-1836 | Defendant Exxon Mobil Oil Corporation |

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Armstrong & Associates, LLP<br>One Kaiser Plaza, Suite 625<br>Oakland, CA  94612<br>William Armstrong, Esq.<br>Email:<br>bill.armstrong@armstrongetal.com<br>Bradley P. Kaplan, Esq.<br>Email: brad.kaplan@armstrongetal.com | T:  510/433-1830<br>F:  510/433-1836 | Defendant ExxonMobil Oil Corporation f/k/a Mobil Oil Corporation |
| Foley & Lardner<br>One Maritime Plaza, Sixth Floor<br>San Francisco, CA  94111-3409<br>Yesenia Garcia Perez, Esq.<br>Email: ygarciaperez@foley.com | T:  415/434-4484<br>F  415/434-4507 | Defendant Fabco Automotive Corporation |
| Foley & Mansfield, PLLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA  94612<br>Douglas G. Wah, Esq.<br>Email: dwah@foleymansfield.com<br>Robert Menchini, Esq.<br>Email: rmenchini@foleymansfield.com | T: 510/590-9500<br>F:  510/590-9595 | Defendant Ferro Engineering Division of ON Marine Services |
| Pond North LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA  90071<br>Kevin D. Jamison, Esq.<br>Email:  kjamison@pondnorth.com<br>Gavin D. Whitis, Esq.<br>Email:  gwhitis@pondnorth.com<br>Russell W. Schatz, Esq.<br>Email:  rschatz@pondnorth.com<br>Justin F. Cronin, Esq.<br>Email:  jcronin@pondnorth.com | T:  213/617-6165<br>F:  213/623-3594 | Defendant FMC Corporation, Individually & as Successor to Northern Pump Company, Coffin, Peerless Pump Company and Chicago Pump Company |

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Lankford, Crawford Moreno, LLP<br>1850 Mt. Diablo Boulevard, Suite 600<br>Walnut Creek, CA  94596<br>Paul Lannus, Esq.<br>Email: plannus@lclaw.com | T:  925/300-3520<br>F:  925/300-3386 | Defendant Ford Motor Company |
| Gordon & Rees, LLP<br>Embarcadero Center West<br>275 Battery Street, Twentieth Floor<br>San Francisco, CA  94111<br>Michael J. Pietrykowski, Esq.<br>Email:  mpietrykowski@gordonrees.com | T:  415/986-5900<br>F:  415/986-8054 | Defendant Foseco, Inc. |
| Brydon Hugo & Parker<br>135 Main Street, 20th Floor<br>San Francisco, CA  94105-1812<br>Brian Harold Buddell, Esq.<br>Email:  bbuddell@bhplaw.com | T:  415/808-0300<br>F:  415/808-0333 | Defendant Foster Wheeler Energy Corporation |
| Connor & Bishop<br>44 Montgomery Street, Suite 1750<br>San Francisco, CA  94104<br>Rachel H. Leonard, Esq.<br>Email:  rleonard@connbish.com | T:  415/434-3006<br>F:  415/434-1445 | Defendant Fryer-Knowles Inc. |
| Walsworth, Franklin, Bevins & McCall<br>601 Montgomery Street, 9th Floor<br>San Francisco, CA  94111<br>Katherine Gardiner, Esq.<br>Email:  kgardiner@wfbm.com | T:  415/781-7072<br>F:  415/391-6258 | Defendant General Electric Company |
| Pond North LLP<br>350 South Grand Avenue, Suite 3300<br>Los Angeles, CA  90071<br>Timothy C. Pieper, Esq.<br>Email:  tpieper@pondnorth.com | T:  213/617-6170<br>F:  213/623-3594 | Defendant Genuine Parts Company |

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Perkins Coie, LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA  94111<br>David T. Biderman, Esq.<br>Email: dbiderman@perkinscoie.com<br>Diane T. Gorczyca, Esq.<br>Email: dgorczyca@perkinscoie.com | T:  415/344-7000<br>F:  415/344-7050 | Defendant Georgia-Pacific, LLC f/ka/ Georgia-Pacific Corporation |
| Morgan Lewis & Bockius<br>One Market Plaza<br>Spear Street Tower<br>San Francisco, CA  94105<br>Kristina Almquist, Esq.<br>Email:  kalmquist@morganlewis.com | T:  415/442-1000<br>F  415/442-1001 | Defendant Grinnell LLC, formerly known as Grinnell corporation, sued Individually and as Successor in Interest to Grinnell Fire Protection Systems Company, Inc. |
| DeHay & Elliston, LLP<br>1111 Broadway, Suite 1950<br>Oakland, CA  94607<br>Amber Craig, Esq.<br>Email:  acraig@dehay.com | T:  510/285-0750<br>F:  510/285-0740 | Defendant Hanson Permanente Cement, Inc. |
| Vasquez, Estrada & Conway, LLP<br>Courthouse Square<br>1000 Fourth Street, Suite 700<br>San Rafael, CA  94901<br>Patricia Kantor Conway, Esq.<br>Email:  pconway@vandelaw.com<br>Marisa R. Chaves, Esq.<br>Email: mchaves@vandelaw.com | T:  415/453-0555<br>F:  415/453-0549 | Defendant Hill Brothers Chemical Company |

4520-3974:4847-0800-7960.v1

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Greenberg Traurig, LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94303<br>William J. Goines, Esq.<br>Email:  goinesw@gtlaw.com<br>Alice Chu, Esq.<br>Email:  chua@gtlaw.com<br>Daniel K. Newman, Esq.<br>Email:  newmandk@gtlaw.com | T:  650/328-8500<br>F:  650/328-8508 | Defendant Hollingsworth & Vose Company |
| Glaspy & Glaspy<br>One Walnut Creek Center<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, CA  94596<br>David Glaspy, Esq.<br>Email:  dglaspy@glaspy.com | T:  925/947-1300<br>F:  925/947-1594 | Defendant Homasote Company |
| Perkins Coie, LLP<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA  94111<br>Bo Kim, Esq.<br>Email:  kimbo@perkinscoie.com | T:  415/344-7000<br>F:  415/344-7050 | Defendant Honeywell International, Inc., f/k/a AlliedSignal, Inc., f/k/a The Bendix Corporation |
| Howard, Rome, Martin & Ridley<br>1775 Woodside Road, Suite 200<br>Redwood City, CA  94061-3436<br>Henry David Rome, Esq.<br>Email:  hrome@hrmrlaw.com | T:  650/365-7715<br>F:  650/364-5297 | Defendant IMO Industries, Inc. |
| Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz, LLP<br>310 Golden Shore Avenue, 4th Floor<br>Long Beach, CA  90802<br>Kenneth Prindle, Esq.<br>Email: kprindle@prindlelaw.com | T:  562/436-3946<br>F:  562/495-0564 | Defendant Ingersoll-Rand Company |

4520-3974:4847-0800-7960.v1

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz, LLP<br>310 Golden Shore Avenue, 4th Floor<br>Long Beach, CA  90802<br>Kenneth Prindle, Esq.<br>Email: kprindle@prindlelaw.com | T:  562/436-3946<br>F:  562/495-0564 | Defendant ITT Corporation |
| Walsworth, Franklin, Bevins & McCall<br>One City Boulevard West, Fifth Floor<br>Orange, CA  92868-3677<br>Michael T. McCall, Esq.<br>Email:  mmccall@wfbm.com | T:  714/634-2522<br>F:  714/634-0686 | Defendant J-M Manufacturing Company, Inc. |
| Hassard Bonnington LLP<br>Two Embarcadero Center, Suite 1800<br>San Francisco, CA  94111<br>Robert Nelder, Esq.<br>Email: rln@hassard.com | T:  415/288-9800<br>F:  415/288-9802 | Defendant John Crane, Inc. |
| Becherer, Kannett & Schweitzer<br>The Water Tower<br>1255 Powell Street<br>Emeryville, CA 94608<br>Jennifer Thai, Esq.<br>Email: jthai@bkscal.com | T:  510/658-3600<br>F:  510/658-1151 | Defendant John K. Bice, Inc. |
| DeHay & Elliston, LLP<br>1111 Broadway, Suite 1950<br>Oakland, CA  94607<br>Amber Craig, Esq.<br>Email: acraig@dehay.com | T:  510/285-0750<br>F:  510/285-0740 | Defendant Kaiser Gypsum Company, Inc. |

4520-3974:4847-0800-7960.v1

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Hawkins, Parnell, Thackston & Young, LLP<br>3 Embarcadero Center, 8th Floor<br>San Francisco, CA  94111-4024<br>Mark Hilliard, Esq.<br>Email: mhilliard@hptylaw.com | T:  415/766-3200<br>F:  415/766-3250 | Defendant Kelly Moore Paint Company |
| Greenberg Traurig, LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA  94303<br>William J. Goines, Esq.<br>Email:  goinesw@gtlaw.com<br>Alice Chu, Esq.<br>Email:  chua@gtlaw.com<br>Daniel K. Newman, Esq.<br>Email:     newmandk@gtlaw.com | T:  650/328-8500<br>F:  650/328-8508 | Defendant Lorillard Tobacco Company |
| Hawkins, Parnell, Thackston & Young, LLP<br>3 Embarcadero Center, 8th Floor<br>San Francisco, CA  94111-4024<br>Mark Hilliard, Esq.<br>Email: mhilliard@hptylaw.com | T:  415/766-3200<br>F:  415/766-3250 | Defendant Maremont Corp. |
| Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz, LLP<br>310 Golden Shore Avenue, 4th Floor<br>Long Beach, CA  90802<br>Kenneth Prindle, Esq.<br>Email: kprindle@prindlelaw.com | T:  562/436-3946<br>F:  562/495-0564 | Defendant Melrath Gasket, Inc. |
| McKenna, Long & Aldridge<br>One Market Plaza<br>Spear Tower, 24th Floor<br>San Francisco, CA  94105<br>Lisa Oberg, Esq.<br>Email:  loberg@mckennalong.com | T:  415/267-4000<br>F:  415/267-4198 | Defendant Metalclad Insulation Corporation |

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Tucker Ellis, LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>Ferlin Ruiz, Esq.<br>Email: ferlin.ruiz@tuckerellis.com | T: 415/617-2400<br>F: 415/617-2409 | Defendant NMBFIL, Inc. |
| Selman Breitman, LLP<br>33 New Montgomery Street, 6th Fl.<br>San Francisco, CA  94105<br>Joseph W. Gunter, Esq.<br>Email:  jgunter@selmanbreitman.com<br>Gilliam F. Stewart, Esq.<br>Email:  gstewart@selmanbreitman.com | T:  415/979-0400<br>F:  415/979-2099 | Defendant Oakfabco, Inc., f/k/a Kewanee Boiler Corp. |
| Bassi, Edlin, Huie & Blum<br>500 Washington Street, Suite 700<br>San Francisco, CA  94111<br>Marte J. Bassi, Esq.<br>Email:  mbassi@bmb-law.com<br>E. Reno Cross, Esq.<br>Email:  rcross@behblaw.com | T:  415/397-9006<br>F:  415/397-1339 | Defendant Parker Hannifin Corporation, individually and as successor in interest to Sacomo-Sierra Corp. |
| Foley & Mansfield, PLLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA  94612<br>Melissa M. Corica, Esq.<br>Email:  mcorica@foleymansfield.com | T: 510/590-9500<br>F:  510/590-9595 | Defendant Parsons Corporation |
| McKenna, Long & Aldridge<br>One Market Plaza<br>Spear Tower, 24th Floor<br>San Francisco, CA  94105<br>Jennifer J. Lee, Esq.<br>Email:  jelee@mckennalong.com | T:  415/267-4000<br>F:  415/267-4198 | Defendant Pep Boys Manny Moe & Jack of California |

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Brydon, Hugo & Parker<br>135 Main Street, 20th Floor<br>San Francisco, CA  94105<br>Donna Maul, Esq.<br>Email:  dmaul@bhplaw.com | T:  415/808-0300<br>F:  415/808-0333 | Defendant Pneumo Abex, Corp. |
| Walsworth Franklin Bevins & McCall<br>1 City Boulevard West, 5th Floor<br>Orange, CA  92868<br>Tina Broccardo VanDam, Esq.<br>Email:  tvandam@wfbm.com | T:  714/634-2522<br>F:  714/634-0686 | Defendant PrimeSource Building Products, Inc. |
| Foley & Mansfield, PLLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA  94612<br>Douglas G. Wah, Esq.<br>Email: dwah@foleymansfield.com<br>Robert Menchini, Esq.<br>Email: rmenchini@foleymansfield.com | T: 510/590-9500<br>F: 510/590-9595 | Defendant Republic Supply Co. |
| Imai Tadlock Keeney & Cordery<br>100 Bush Street, Suite 1300<br>San Francisco, CA  94104<br>Theodore Cordery, Esq.<br>Email:  tcordery@itkc.com | T:  415/675-7000<br>F:  415/675-7008 | Defendant Rich-Tex, Inc. |
| Foley & Mansfield, PLLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA  94612<br>Deborah Gustafson, Esq.<br>Email:  dgustafson@foleymansfield.com | T: 510/590-9500<br>F:  510/590-9595 | Defendant Riley Power, Inc., f/k/a Riley Stoker Corporation, individually and as successor in interest to Union Iron Works |

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| Hawkins, Parnell, Thackston & Young, LLP<br>3 Embarcadero Center, 8th Floor<br>San Francisco, CA  94111-4024<br>Todd N. Wade, Esq.<br>Email:  twade@hptylaw.com<br>Lisa H. Lazarus, Esq.<br>Email:  llaszarus@hptylaw.com | T:  415/766-3200<br>F:  415/766-3250 | RSCC Wire & Cable, LLC, individually and as successor-in- interest to RSCC Wire & Cable, Inc. |
| Selman Breitman, LLP<br>33 New Montgomery Street, 6th Fl.<br>San Francisco, CA  94105<br>Richard Dumont, Esq.<br>Email: RDumont@selmanbreitman.com | T:  415/979-0400<br>F:  415/979-2099 | Defendant Scott Company of California |
| Bassi, Edlin, Huie & Blum<br>500 Washington Street, Suite 700<br>San Francisco, CA  94111<br>Jeremy D. Huie, Esq.<br>Email:  jhuie@behblaw.com | T:  415/397-9006<br>F:  415/397-1339 | Defendant Sequoia Ventures, Inc. f/k/a Bechtel Corporation |
| Nixon & Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA  94111<br>Jennifer A. Kuenster, Esq.<br>Email:  jkuenster@nixonpeabody.com<br>Ross Petty, Esq.<br>Email: rpetty@nixonpeabody.com | T:  415/984-8200<br>F:  415/984-8300 | Defendant Shell Oil Company |
| Murrin & Associates LLC<br>3675 Mount Diablo Blvd., Suite 230<br>Lafayette, CA  94594<br>Charles P. Murrin, Esq<br>Email: charles.murrin@murrinlaw.net<br>Megan G. Duplanty, Esq.<br>Email:<br>megan@duplanty@murrinlaw.net | T:  925/284-5770<br>F:  925-262-2111 | Defendant Soco-West, Inc. f/k/a Brenntag West, Inc., f/k/a Soco-Lynch Corporation; successor-in-interest to Western Chemical & Manufacturing Co. |

Page 15 of 18

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| The Lunkenheimer Company<br>P.O. Box 141451<br>Cincinnati, OH  45250-1451 | | Defendant The Lunkenheimer Company |
| Foley & Mansfield, PLLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA  94612<br>Nicole Brown Yuen, Esq.<br>Email: nyuen@foleymansfield.com<br>Khaled Taqi-Eddin, Esq.<br>Email: ktaqi@foleymansfield.com | T: 510/590-9500<br>F:  510/590-9595 | Defendant The William Powell Co. |
| Walsworth, Franklin, Bevins & McCall<br>601 Montgomery Street, 9th Floor<br>San Francisco, CA  94111<br>Pamela Bobowski, Esq.<br>Email: pbobowski@wfbm.com | T: 415/781-7072<br>F:  415/391-6258 | Defendant Thomas Dee Engineering Co., Inc. |
| Prindle, Amaro, Goetz, Hillyard, Barnes & Reinholtz, LLP<br>310 Golden Shore Avenue, 4th Floor<br>Long Beach, CA  90802<br>Kenneth Prindle, Esq.<br>Email: kprindle@prindlelaw.com | T: 562/436-3946<br>F:  562/495-0564 | Defendant Trane US, Inc., f/k/a American Standard, Inc. |
| Brydon Hugo & Parker<br>135 Main Street, 20th Floor<br>San Francisco, CA  94105-1812<br>Brian Harold Buddell, Esq.<br>Email:  bbuddell@bhplaw.com | T: 415/808-0300<br>F:  415/808-0333 | Defendant Union Carbide Corporation |
| Sedgwick LLP<br>333 Bush Street, 30th Floor<br>San Francisco, CA  94104-2834<br>Eugene Brown, Esq.<br>Email:<br>eugene.brown@sedgwicklaw.com | T: 415/781-7900<br>F:  415/781-2635 | Defendant Union Oil Company of California |

4520-3974:4847-0800-7960.v1

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

| COUNSEL | TELEPHONE/FAX | PARTIES REPRESENTED |
|---|---|---|
| McKenna, Long & Aldridge<br>One Market Plaza<br>Spear Tower, 24th Floor<br>San Francisco, CA  94105<br>Lisa Oberg, Esq.<br>Email: loberg@mckennalong.com | T:  415/267-4000<br>F:  415/267-4198 | Defendant Velan Valve Corp. |
| Tucker Ellis, LLP<br>135 Main Street, Suite 700<br>San Francisco, CA 94105<br>James Cunningham, Esq.<br>Email:<br>james.cunningham@tuckerellis.com | T:  415/617-2400<br>F:  415/617-2409 | Defendant Warren Pumps, LLC |
| Pandell Law Firm, Inc.<br>1990 N. California Blvd., Suite 1010<br>Walnut Creek, CA  94596<br>Jane Curran Pandell, Esq.<br>Email:  janepandell@pandell-law.com | T:  925/974-1700<br>F:  925/974-1709 | Defendant Washington Group International, Inc., individually and as successor-in-interest to Morrison-Knudsen, Inc. |
| Foley & Mansfield, PLLP<br>300 Lakeside Drive, Suite 1900<br>Oakland, CA  94612<br>Dennis Young, Esq.<br>Email: dyoung@foleymansfield.com<br>Elizabeth R. Bain, Esq.<br>Email: ebain@foleymansfield.com | T: 510/590-9500<br>F:  510/590-9595 | Defendant Zurn Industries, LLC, individually and as successor to Erie City Ironworks |
| Imai Tadlock Keeney & Cordery<br>100 Bush Street, Suite 1300<br>San Francisco, CA  94104<br>Bruce Imai, Esq.<br>Email:  bimai@itkc.com | T:  415/675-7000<br>F:  415/675-7008 | Defendant Allied Packing & Supply, Inc. |

Master Service List
*Charles Lockett and Dori Lockett vs. A.O. Smith Corporation, et al.*
**United States District Court – Northern District of California**
**Case No.:  3:14-cv-00379-RS**

4847-0800-7960, v.  1

4520-3974:4847-0800-7960.v1