# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 2/3/2014

**District Court:** S.D. Indiana

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL