# U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:13-cv-01999-SEB-DKL
## Internal Use Only

HUCK et al v. A.W. CHESTERTON CO. et al
Assigned to: Judge Sarah Evans Barker
Referred to: Magistrate Judge Denise K. LaRue
Case in other court: Marion County Superior Court, 49D02-1311-MI-041208
Cause: 28:1441 Petition for Removal- Asbestos Litigation

Date Filed: 12/18/2013
Jury Demand: Defendant
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: U.S. Government Defendant

Discovery Deadline:
Dispositive Motion Deadline:

Settlement Conference:
Final Pretrial Conference:
Trial Date:

**Plaintiff**

| | | |
|---|---|---|
| **PAUL L. HUCK** | represented by | **Ashleigh M. Resetarits** |

**PAUL L. HUCK**                    represented by    **Ashleigh M. Resetarits**
GEORGE & FARINAS, LLP
151 North Delaware Street
Suite 1700
Indianapolis, IN 46204
317-637-6071
Fax: 317-685-6505
Email: ar@georgeandfarinas.com
*ATTORNEY TO BE NOTICED*

**Kathleen A. Musgrave Farinas**
GEORGE & FARINAS, LLP
151 North Delaware Street, Suite 1700
Indianapolis, IN 46204
(317) 637-6071
Fax: (317) 685-6505
Email: kf@georgeandfarinas.com
*ATTORNEY TO BE NOTICED*

**Linda S. George**
GEORGE & FARINAS, LLP
151 North Delaware Street
Suite 1700
Indianapolis, IN 46204
(317) 637-6071
Fax: (317) 685-6505
Email: lg@lgkflaw.com
*ATTORNEY TO BE NOTICED*

**Todd Christopher Barnes**
GEORGE & FARINAS LLP

151 N. Delaware
Suite 1700
Indianapolis, IN 46204
(317) 637-6071
Fax: (317) 685-6505
Email: tb@georgeandfarinas.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PHYLLIS SUE HUCK**                    represented by    **Ashleigh M. Resetarits**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen A. Musgrave Farinas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda S. George**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd Christopher Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.W. CHESTERTON CO.**                represented by    **Jason Lorne Kennedy**
SEGAL MCCAMBRIDGE SINGER &
MAHONEY, LTD.
Suite 5500
233 S. Wacker Drive
Chicago, IL 60611
(312) 645-7800
Fax: (312) 645-7711
Email: jkennedy@smsm.com
*ATTORNEY TO BE NOTICED*

**Jill Marie Felkins**
SEGAL MCCAMBRIDGE SINGER &
MAHONEY
Suite 5500
233 S. Wacker Drive
Chicago, IL 60606
312-644-6983
Fax: 312-645-7711
Email: jfelkins@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**AIR & LIQUID SYSTEMS CORP.**          represented by  **Dennis F. Cantrell**
*as successor by merger to Buffalo*                     CANTRELL, STRENSKI &
*Pumps, Inc.*                                           MEHRINGER, LLP
*other*                                                 150 West Market Street
BUFFALO PUMPS, INC.                                     Suite 800
                                                        Indianapolis, IN 46204
                                                        (317)352-3500
                                                        Fax: (317)352-3501
                                                        Email: dcantrell@csmlawfirm.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Susan Elizabeth Mehringer**
                                                        CANTRELL STRENSKI &
                                                        MEHRINGER, LLP
                                                        150 W. Market Street
                                                        Suite 800
                                                        Indianapolis, IN 46204
                                                        (317) 352-3500
                                                        Fax: (317) 352-3501
                                                        Email: smehringer@csmlawfirm.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**AURORA PUMP COMPANY**                  represented by  **Jason Lorne Kennedy**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jill Marie Felkins**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**BASF CORPORATION**                     represented by  **Bruce G. Jones**
                                                        FAEGRE BAKER DANIELS, LLP
                                                        2200 Wells Fargo Center
                                                        90 South 7th Street
                                                        Minneapolis, MN 55420-3901
                                                        612-766-7000
                                                        Fax: 612-766-1600
                                                        Email: bruce.jones@faegrebd
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Christine R.M. Kain**
                                                        FAEGRE BAKER DANIELS, LLP
                                                        2200 Wells Fargo Center
                                                        90 South 7th Street
                                                        Minneapolis, MN 55420-3901
                                                        612-766-7000

Fax: 612-766-1600
Email: christine.kain@faegrebd.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin M. Kimmerling**
FAEGRE BAKER DANIELS LLP -
Indianapolis
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204
(317) 237-0300
Fax: (317) 237-1000
Email:
kevin.kimmerling@FaegreBD.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BRIGGS & STRATTON**              represented by   **Erica Kay Drew**
**CORPORATION**                                     WOODEN & MCLAUGHLIN LLP
                                                    One Indiana Square
                                                    Suite 1800
                                                    Indianapolis, IN 46204-2019
                                                    317-860-5338
                                                    Fax: 317-639-6444
                                                    Email: edrew@woodmclaw.com
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**CBS CORPORATION**                represented by   **Christopher N. Wahl**
*formerly known as*                                 HILL FULWIDER, P.C.
VIACOM, INC.                                        One Indiana Square, Suite 2400
*formerly known as*                                 211 N. Pennsylvania Street
WESTINGHOUSE ELECTRIC                               Indianapolis, IN 46204
                                                    (317) 488-2000
                                                    Fax: (317) 630-2768
                                                    Email: chris@hfmfm.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **David J. Saferight**
                                                    HILL FULWIDER, PC
                                                    One Indiana Square, Suite 2400
                                                    Indianapolis, IN 46204
                                                    (317) 488-2000
                                                    Fax: (317) 630-2768
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Keith J. Hays**
                                                    HILL FULWIDER, P.C.
                                                    One Indiana Square, Suite 2400

211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 488-2000
Fax: (317) 630-2768
Email: khays@hillfulwider.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CARRIER CORPORATION**                    represented by    **Raymond T. Seach**
RILEY BENNETT & EGLOFF LLP
141 East Washington Street
Suite 400
Indianapolis, IN 46204
(317)636-8000
Fax: (317)636-8027
Email: rseach@rbelaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CERTAINTEED CORP.**                      represented by    **Daniel M. Long**
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
(317)237-3886
Fax: (317)237-3900
Email: danlong@fbtlaw.com
*ATTORNEY TO BE NOTICED*

**John Charles Babione , II**
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
(317) 237-3862
Fax: (317) 237-3900
Email: jbabione@fbtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CRANE CO.**                              represented by    **Douglas B. King**
WOODEN & MCLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019
(317) 639-6151
Fax: (317) 639-6444
Email: dking@woodmaclaw.com
*ATTORNEY TO BE NOTICED*

**Erica Kay Drew**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kip S.M. McDonald**
WOODEN & MCLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019
317-639-6151
Fax: 317-639-6444
Email: kmcdonald@woodmclaw.com
*ATTORNEY TO BE NOTICED*

**Travis R. Smith**
WOODEN & MCLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019
317-639-6151
Fax: 317-639-6444
Email: tsmith@woodmclaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CROWN CORK & SEAL COMPANY, INC.**

represented by **Douglas B. King**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Kay Drew**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Travis R. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DYNATRON/BONDO CORPORATION**

represented by **Douglas B. King**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Kay Drew**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kip S.M. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Travis R. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FARGO INSULATION COMPANY**         represented by   **Jeffrey Alan Musser**
ROCAP MUSSER LLP
10401 North Meridian St.
Suite 120
Indianapolis, IN 46290
(317) 846-0700
Fax: (317) 846-0973
Email: jam@rocap-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**GARDNER DENVER, INC.**              represented by   **Jason Lorne Kennedy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Marie Felkins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL ELECTRIC COMPANY**          represented by   **Christopher N. Wahl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Keith J. Hays**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GEORGIA-PACIFIC LLC**               represented by   **Andrew J. Detherage**
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-7717
Fax: (317) 231-7433
Email: andy.detherage@btlaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan D. Mattingly**
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-7391
Fax: (317) 231-7433
Email: jmatting@btlaw.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**GOULDS PUMPS INC.**                     represented by   **Sonia Chanda Das**
                                                          ROCAP MUSSER LLP
                                                          10401 N. Meridian Street
                                                          Suite 120
                                                          Indianapolis, IN 46290
                                                          (317) 846-0700
                                                          Fax: (317) 846-0973
                                                          Email: sdas@rocap-law.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**HOLLINGSWORTH & VOSE**                  represented by   **Bryan S Strawbridge**
**COMPANY**                                               KRIEG DEVAULT LLP - Indpls.
                                                          Northside
                                                          12800 N. Meridian Street
                                                          Suite 300
                                                          Carmel, IN 46032
                                                          317-238-6313
                                                          Fax: 317-636-1507
                                                          Email: bstrawbridge@kdlegal.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Thomas J. Costakis**
                                                          KRIEG DEVAULT, LLP
                                                          2800 One Indiana Square
                                                          Indianapolis, IN 46204
                                                          (317)238-6225
                                                          Fax: (317)636-1507
                                                          Email: tcostakis@kdlegal.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**HONEYWELL INTERNATIONAL,**              represented by   **Daniel M. Long**
**INC.**                                                  (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **John Charles Babione , II**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**INGERSOLL-RAND COMPANY**                represented by   **Daun Antoinette Weliever**
                                                          LEWIS WAGNER LLP
                                                          501 Indiana Avenue
                                                          Suite 200
                                                          Indianapolis, IN 46202
                                                          (317)237-0500

Fax: (317)630-2790
Email: dweliever@lewiswagner.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**IMO INDUSTRIES**                    represented by   **John W. Woodard , Jr.**
*formerly known as*                                    WYATT TARRANT & COMBS LLP
IMO DELAVAL                                            500 West Jefferson Street
                                                       Suite 2800
                                                       Louisville, KY 40202
                                                       (502) 562-7148
                                                       Fax: (502) 589-0309
                                                       Email: jwoodard@wyattfirm.com
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN CRANE, INC.**                  represented by   **Jason Lorne Kennedy**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jill Marie Felkins**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**JOHNSON CONTROLS, INC.**            represented by   **Donald G. Orzeske**
                                                       GOODIN ORZESKE &
                                                       BLACKWELL, P.C
                                                       50 East 91st Street
                                                       Suite 104
                                                       Indianapolis, IN 46240
                                                       (317)846-4000
                                                       Fax: (317)846-8000
                                                       Email: dorzeske@goblaw.com
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jennifer L. Blackwell**
                                                       GOODIN ORZESKE &
                                                       BLACKWELL, P.C
                                                       50 East 91st Street
                                                       Suite 104
                                                       Indianapolis, IN 46240
                                                       (317)846-4000
                                                       Fax: (317)846-8000
                                                       Email: jblackwell@goblaw.com
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**LINK-BELT CONSTRUCTION
EQUIPMENT CO. LTD**

**Defendant**

| | | |
|---|---|---|
| **LOCKHEED MARTIN CORPORATION** | represented by | **Germaine Winnick Willett** |

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282
(317)236-5993
Fax: (317)592-4841
Email: germaine.willett@icemiller.com
*ATTORNEY TO BE NOTICED*

**Kevin R. Knight**
ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282
(317)236-5828
Fax: (317)592-4685
Email: kevin.knight@icemiller.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **LORILLARD TOBACCO COMPANY** | represented by | **Bryan S Strawbridge** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas B. King**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas J. Costakis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY** | represented by | **Daniel David Trachtman** |

WOODEN & MCLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019
(317)639-6151
Fax: (317)639-6444
Email: dtrachtman@woodmclaw.com
*ATTORNEY TO BE NOTICED*

**Douglas B. King**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Erica Kay Drew**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James McGinnis Boyers**
WOODEN & MCLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019
317-639-6151
Fax: 317-639-6444
Email: jboyers@woodmclaw.com
*ATTORNEY TO BE NOTICED*

**John D. Waller**
WOODEN & MCLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019
(317)639-6151
Fax: (317)639-6444
Email: jwaller@woodmaclaw.com
*ATTORNEY TO BE NOTICED*

**Justin Kashman**
WOODEN & MCLAUGHLIN LLP
211 N. Pennsylvania Street
One Indiana Square, Suite 1800
Indianapolis, IN 46204
317-639-6151
Fax: 317-639-6444
Email: jkashman@woodmclaw.com
*ATTORNEY TO BE NOTICED*

**Kip S.M. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Mark Adolay**
WOODEN & MCLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019
317-639-6151
Fax: 317-639-6444
Email: madolay@woodmclaw.com
*ATTORNEY TO BE NOTICED*

**Travis R. Smith**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**NMBFIL, INC.**                        represented by   **Erica Kay Drew**
*formerly known as*                                     (See above for address)
BONDO CORP.                                             *ATTORNEY TO BE NOTICED*

                                                        **Kip S.M. McDonald**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Travis R. Smith**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**PIC CONTRACTORS, INC.**

**Defendant**

**PACKINGS & INSULATIONS
CORPORATION**

**Defendant**

**QUINCY COMPRESSOR, LLC**

**Defendant**

**RILEY POWER, INC.**                   represented by   **Reginald B. Bishop**
*formerly known as*                                     ROBERTS & BISHOP
BABCOCK BORSIG POWER, INC.                              118 North Delaware Street
*formerly known as*                                     Indianapolis, IN 46204
D.B. RILEY, INC.                                        (317) 631-1151
*formerly known as*                                     Fax: (317) 631-0178
RILEY STOKER CORP.                                      Email: rbishop@roberts-bishop.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**RT VANDERBILT COMPANY**               represented by   **Christopher N. Wahl**
*as successor in interest to Gouveneur*                  (See above for address)
*Talc and International Talc Company*                    *ATTORNEY TO BE NOTICED*
*other*
GOUVENEUR TALC AND                                      **David J. Saferight**
INTERNATIONAL TALC                                      (See above for address)
COMPANY                                                 *ATTORNEY TO BE NOTICED*

                                                        **Keith J. Hays**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**SPX CORPORATION**
*real party in interest*
COPES-VULCAN, INC.

**Defendant**

**SPIRAX SARCO, INC.**                        represented by   **Dennis F. Cantrell**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Susan Elizabeth Mehringer**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**TACO, INC.**                                represented by   **Susan Elizabeth Mehringer**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**UNION CARBIDE CORPORATION**                 represented by   **John Charles Babione , II**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**WARREN PUMPS, LLC**                         represented by   **Douglas B. King**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Erica Kay Drew**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Kip S.M. McDonald**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Travis R. Smith**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**YARWAY CORPORATION**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/18/2013 | 1 | NOTICE OF REMOVAL from Marion County Superior Court, case number 49D02-1311-MI-041208, filed by CBS CORPORATION, GENERAL ELECTRIC COMPANY. (Filing fee $400, receipt number IP038703) (Attachments: # 1 Civil Cover Sheet, # 2 Ex. A - State Court |

| | | |
|---|---|---|
| | | Record (Complaint), # 3 Ex. B-1 - State Court Record Cont. (Attorney Appearances, Request for Jury Trial, Summonses, Plaintiff's Disclosure Statement, Statement of Special Damages, Notice of Dismissal of Air&Liquid Systems Corp., Defendant IMO Industries' Answer.), # 4 Ex. B-2 State Court Record Cont. (Ptf. Prelim. Fact Witness List, Ptf's Interrogatory Responses, Plaintiff Discovery Requests, Answer - Johnson Controls, Stipulation to Substitute Defendant, Summonses, Answer- Aurora Pump, Answer - John Crane, Answer - A.W. Chesterton Co., Answer - Gardner Denver, Inc., Answer - Metropolitan Life Insurance Co.,)(MEH) (Entered: 12/19/2013) |
| 12/18/2013 | 2 | NOTICE of Appearance by Christopher N. Wahl on behalf of Defendants CBS CORPORATION, GENERAL ELECTRIC COMPANY. (MEH) (Entered: 12/19/2013) |
| 12/18/2013 | 3 | Corporate Disclosure Statement by CBS CORPORATION. (MEH) (Entered: 12/19/2013) |
| 12/18/2013 | 4 | Corporate Disclosure Statement by GENERAL ELECTRIC COMPANY. (MEH) (Entered: 12/19/2013) |
| 12/19/2013 | 5 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (MEH) (Entered: 12/19/2013) |
| 12/19/2013 | 🔒 | **(Court only)** ***Case Opening is Complete. (MEH) (Entered: 12/19/2013) |
| 12/19/2013 | 6 | **ORDERED STRICKEN PER 40 **NOTICE of Appearance by Kathleen A. Musgrave Farinas on behalf of Plaintiffs PAUL L. HUCK, PHYLLIS SUE HUCK. (Farinas, Kathleen) Modified on 12/23/2013 (MAC). (Entered: 12/19/2013) |
| 12/19/2013 | 7 | NOTICE of Appearance by Linda S. George on behalf of Plaintiffs PAUL L. HUCK, PHYLLIS SUE HUCK. (George, Linda) (Entered: 12/19/2013) |
| 12/19/2013 | 8 | NOTICE of Appearance by Ashleigh M. Resetarits on behalf of Plaintiffs PAUL L. HUCK, PHYLLIS SUE HUCK. (Resetarits, Ashleigh) (Entered: 12/19/2013) |
| 12/19/2013 | 9 | NOTICE of Appearance by Todd Christopher Barnes on behalf of Plaintiffs PAUL L. HUCK, PHYLLIS SUE HUCK. (Barnes, Todd) (Entered: 12/19/2013) |
| 12/19/2013 | 10 | NOTICE *of Cessation of Transfers to MDL and of Intent to Respond to Remand*, filed by Plaintiffs PAUL L. HUCK, PHYLLIS SUE HUCK (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B) (Barnes, Todd) (Entered: 12/19/2013) |
| 12/19/2013 | 11 | NOTICE of Appearance by Keith J. Hays on behalf of Defendants CBS CORPORATION, GENERAL ELECTRIC COMPANY, RT VANDERBILT COMPANY. (Hays, Keith) (Entered: 12/19/2013) |
| 12/19/2013 | 12 | NOTICE *of SUPPLEMENT TO RECORD*, filed by Defendants CBS |

| | | CORPORATION, GENERAL ELECTRIC COMPANY (Wahl, Christopher) (Entered: 12/19/2013) |
|---|---|---|
| 12/19/2013 | 13 | NOTICE of Appearance by Christopher N. Wahl on behalf of Defendant RT VANDERBILT COMPANY. (Wahl, Christopher) (Entered: 12/19/2013) |
| 12/19/2013 | 14 | *Defendant Vanderbilt Minerals, LLC's* ANSWER to Complaint *Affirmative Defenses and Jury Demand*, filed by RT VANDERBILT COMPANY.(Wahl, Christopher) (Entered: 12/19/2013) |
| 12/19/2013 | 15 | *Defendant General Electric Company's* ANSWER to Complaint *Affirmative Defenses and Demand for Jury Trial*, filed by GENERAL ELECTRIC COMPANY.(Wahl, Christopher) (Entered: 12/19/2013) |
| 12/19/2013 | 16 | *Defendant Westinghouse Electric Corporation's* ANSWER to Complaint *Affirmative Defenses and Demand for Jury Trial*, filed by CBS CORPORATION.(Wahl, Christopher) (Entered: 12/19/2013) |
| 12/20/2013 | 17 | NOTICE of Appearance by John D. Waller on behalf of Defendant METROPOLITAN LIFE INSURANCE COMPANY. (Waller, John) (Entered: 12/20/2013) |
| 12/20/2013 | 18 | NOTICE of Appearance by Jonathan D. Mattingly on behalf of Defendant GEORGIA-PACIFIC LLC. (Mattingly, Jonathan) (Entered: 12/20/2013) |
| 12/20/2013 | 19 | ANSWER to Complaint , filed by GEORGIA-PACIFIC LLC. (Attachments: # 1 Exhibit A - Defendant Georgia-Pacific LLC's Answer to George & Farinas' Living Master Complaint)(Mattingly, Jonathan) (Entered: 12/20/2013) |
| 12/20/2013 | 20 | ORDER OF RECUSAL. Clerk is directed to randomly reassign case and notify parties of newly assigned Judge. Signed by Magistrate Judge Mark J. Dinsmore on 12/20/2013. (NLR) (Entered: 12/20/2013) |
| 12/20/2013 | 21 | NOTICE of Reassignment of Case to Magistrate Judge Denise K. LaRue. Magistrate Judge Mark J. Dinsmore no longer assigned to the case. Please include the new case number, **1:13-cv-1999-SEB-DKL**, on all future filings in this matter. (MEH) (Entered: 12/20/2013) |
| 12/20/2013 | 22 | NOTICE of Appearance by Raymond T. Seach on behalf of Defendant CARRIER CORPORATION. (Seach, Raymond) (Entered: 12/20/2013) |
| 12/20/2013 | 23 | NOTICE of Parties' First Extension of Time, filed by Defendant CARRIER CORPORATION. (Seach, Raymond) (Entered: 12/20/2013) |
| 12/20/2013 | 24 | Corporate Disclosure Statement by CARRIER CORPORATION. (Seach, Raymond) (Entered: 12/20/2013) |
| 12/23/2013 | 25 | NOTICE of Appearance by Sonia Chanda Das on behalf of Defendant GOULDS PUMPS INC.. (Das, Sonia) (Entered: 12/23/2013) |
| 12/23/2013 | 26 | Corporate Disclosure Statement by GOULDS PUMPS INC.. (Das, Sonia) (Entered: 12/23/2013) |

| 12/23/2013 | 27 | NOTICE of Parties' First Extension of Time, filed by Defendant GOULDS PUMPS INC. (Das, Sonia) Modified event type on 12/26/2013 (JD). (Entered: 12/23/2013) |
| 12/23/2013 | 28 | NOTICE of Appearance by Jeffrey Alan Musser on behalf of Defendant FARGO INSULATION COMPANY. (Musser, Jeffrey) (Entered: 12/23/2013) |
| 12/23/2013 | 29 | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by FARGO INSULATION COMPANY.(Musser, Jeffrey) (Entered: 12/23/2013) |
| 12/23/2013 | 30 | Corporate Disclosure Statement by FARGO INSULATION COMPANY. (Musser, Jeffrey) (Entered: 12/23/2013) |
| 12/23/2013 | 31 | NOTICE of Appearance by Kevin R. Knight on behalf of Defendant LOCKHEED MARTIN CORPORATION. (Knight, Kevin) (Entered: 12/23/2013) |
| 12/23/2013 | 32 | NOTICE of Appearance by Germaine Winnick Willett on behalf of Defendant LOCKHEED MARTIN CORPORATION. (Willett, Germaine) (Entered: 12/23/2013) |
| 12/23/2013 | 33 | NOTICE of Appearance by John Charles Babione, II on behalf of Defendant UNION CARBIDE CORPORATION. (Babione, John) (Entered: 12/23/2013) |
| 12/23/2013 | 34 | NOTICE of Parties' First Extension of Time, filed by Defendants CERTAINTEED CORP., HONEYWELL INTERNATIONAL, INC., UNION CARBIDE CORPORATION. (Babione, John) (Entered: 12/23/2013) |
| 12/23/2013 | 35 | Corporate Disclosure Statement by UNION CARBIDE CORPORATION identifying Corporate Parent UNION CARBIDE CORPORATION, Corporate Parent THE DOW CHEMICAL COMPANY for UNION CARBIDE CORPORATION.. (Babione, John) (Entered: 12/23/2013) |
| 12/23/2013 | 36 | NOTICE of Parties' First Extension of Time, filed by Defendant LOCKHEED MARTIN CORPORATION. (Knight, Kevin) (Entered: 12/23/2013) |
| 12/23/2013 | 37 | Corporate Disclosure Statement by LOCKHEED MARTIN CORPORATION. (Knight, Kevin) (Entered: 12/23/2013) |
| 12/23/2013 | 38 | Corporate Disclosure Statement by CERTAINTEED CORP. identifying Corporate Parent CERTAINTEED CORPORATION, Corporate Parent Compagnie de Saint-Gobain, Corporate Parent THE WENDEL GROUP for CERTAINTEED CORP... (Babione, John) (Entered: 12/23/2013) |
| 12/23/2013 | 39 | Corporate Disclosure Statement by HONEYWELL INTERNATIONAL, INC. identifying Corporate Parent HONEYWELL INTERNATIONAL, INC., Corporate Parent AlliedSignal, Inc. for HONEYWELL INTERNATIONAL, INC... (Babione, John) (Entered: 12/23/2013) |

| 12/23/2013 | 40 | ORDER Striking re 6 Notice of Appearance filed by PHYLLIS SUE HUCK, PAUL L. HUCK (S.O.). Signed by Judge Sarah Evans Barker on 12/23/2013.(MAC) (Entered: 12/23/2013) |
| 12/23/2013 | 🔒 | **(Court only)** *** Attorney Kathleen A. Musgrave Farinas terminated. (MAC) (Entered: 12/23/2013) |
| 12/23/2013 | 41 | NOTICE of Appearance by Kevin M. Kimmerling on behalf of Defendant BASF CORPORATION. (Kimmerling, Kevin) (Entered: 12/23/2013) |
| 12/23/2013 | 42 | NOTICE of Parties' First Extension of Time, filed by Defendant BASF CORPORATION (Kimmerling, Kevin) Modified event type on 12/26/2013 (JD). (Entered: 12/23/2013) |
| 12/23/2013 | 43 | Corporate Disclosure Statement by BASF CORPORATION identifying Corporate Parent BASF SE, Corporate Parent BASF Catalysts Holding LLC for BASF CORPORATION.. (Kimmerling, Kevin) (Entered: 12/23/2013) |
| 12/24/2013 | 44 | NOTICE of Appearance by Thomas J. Costakis on behalf of Defendant LORILLARD TOBACCO COMPANY. (Costakis, Thomas) (Entered: 12/24/2013) |
| 12/24/2013 | 45 | NOTICE of Appearance by Bryan S Strawbridge on behalf of Defendant LORILLARD TOBACCO COMPANY. (Strawbridge, Bryan) (Entered: 12/24/2013) |
| 12/24/2013 | 46 | Corporate Disclosure Statement by LORILLARD TOBACCO COMPANY. (Strawbridge, Bryan) (Entered: 12/24/2013) |
| 12/24/2013 | 47 | ANSWER to Complaint (Notice of Removal) , filed by LORILLARD TOBACCO COMPANY.(Strawbridge, Bryan) (Entered: 12/24/2013) |
| 12/24/2013 | 48 | NOTICE of Appearance by Thomas J. Costakis on behalf of Defendant HOLLINGSWORTH & VOSE COMPANY. (Costakis, Thomas) (Entered: 12/24/2013) |
| 12/24/2013 | 49 | NOTICE of Appearance by Bryan S Strawbridge on behalf of Defendant HOLLINGSWORTH & VOSE COMPANY. (Strawbridge, Bryan) (Entered: 12/24/2013) |
| 12/24/2013 | 50 | Corporate Disclosure Statement by HOLLINGSWORTH & VOSE COMPANY. (Strawbridge, Bryan) (Entered: 12/24/2013) |
| 12/24/2013 | 51 | NOTICE of Parties' First Extension of Time, filed by Defendant HOLLINGSWORTH & VOSE COMPANY. (Strawbridge, Bryan) (Entered: 12/24/2013) |
| 12/26/2013 | 52 | NOTICE of Appearance by Erica Kay Drew on behalf of Defendant CRANE CO.. (Drew, Erica) (Entered: 12/26/2013) |
| 12/26/2013 | 53 | Corporate Disclosure Statement by CRANE CO.. (Drew, Erica) (Entered: 12/26/2013) |

| 12/26/2013 | 54 | NOTICE of Parties' First Extension of Time, filed by Defendant CRANE CO.. (Drew, Erica) (Entered: 12/26/2013) |
| --- | --- | --- |
| 12/26/2013 | 55 | NOTICE of Appearance by Kip S.M. McDonald on behalf of Defendant WARREN PUMPS, LLC. (McDonald, Kip) Modified filing party on 12/26/2013 (MGG). (Entered: 12/26/2013) |
| 12/26/2013 | 56 | Corporate Disclosure Statement by WARREN PUMPS, LLC. (McDonald, Kip) Modified filing party on 12/26/2013 (MGG). (Entered: 12/26/2013) |
| 12/26/2013 | 57 | NOTICE of Parties' First Extension of Time, filed by Defendant WARREN PUMPS, LLC. (McDonald, Kip) (Entered: 12/26/2013) |
| 12/26/2013 | 58 | NOTICE of Appearance by Travis R. Smith on behalf of Defendant CROWN CORK & SEAL COMPANY, INC.. (Smith, Travis) (Entered: 12/26/2013) |
| 12/26/2013 | 59 | Corporate Disclosure Statement by CROWN CORK & SEAL COMPANY, INC.. (Smith, Travis) (Entered: 12/26/2013) |
| 12/26/2013 | 60 | NOTICE of Parties' First Extension of Time, filed by Defendant CROWN CORK & SEAL COMPANY, INC.. (Smith, Travis) (Entered: 12/26/2013) |
| 12/26/2013 | 61 | NOTICE of Appearance by Travis R. Smith on behalf of Defendant CRANE CO.. (Smith, Travis) (Entered: 12/26/2013) |
| 12/26/2013 | 62 | NOTICE of Appearance by Travis R. Smith on behalf of Defendant WARREN PUMPS, LLC. (Smith, Travis) (Entered: 12/26/2013) |
| 12/26/2013 | 63 | NOTICE of Appearance by Kip S.M. McDonald on behalf of Defendant CRANE CO.. (McDonald, Kip) (Entered: 12/26/2013) |
| 12/26/2013 | 64 | NOTICE of Appearance by Kip S.M. McDonald on behalf of Defendant CROWN CORK & SEAL COMPANY, INC.. (McDonald, Kip) (Entered: 12/26/2013) |
| 12/26/2013 | 65 | NOTICE of Appearance by Erica Kay Drew on behalf of Defendant WARREN PUMPS, LLC. (Drew, Erica) (Entered: 12/26/2013) |
| 12/26/2013 | 66 | NOTICE of Appearance by Erica Kay Drew on behalf of Defendant CROWN CORK & SEAL COMPANY, INC.. (Drew, Erica) (Entered: 12/26/2013) |
| 12/26/2013 | 67 | NOTICE of Appearance by Douglas B. King on behalf of Defendant CROWN CORK & SEAL COMPANY, INC.. (King, Douglas) (Entered: 12/26/2013) |
| 12/26/2013 | 68 | NOTICE of Appearance by Douglas B. King on behalf of Defendant WARREN PUMPS, LLC. (King, Douglas) (Entered: 12/26/2013) |
| 12/26/2013 | 69 | NOTICE of Appearance by Douglas B. King on behalf of Defendant CRANE CO.. (King, Douglas) (Entered: 12/26/2013) |

| 12/26/2013 | 70 | NOTICE of Appearance by Travis R. Smith on behalf of Defendant NMBFIL, INC and DYNATRON/BONDO CORPORATION (Smith, Travis) Added filing party on 12/26/2013 (MGG). (Entered: 12/26/2013) |
|---|---|---|
| 12/26/2013 | 71 | ANSWER to Complaint , filed by NMBFIL, INC and DYNATRON/BONDO CORPORATION. (Attachments: # 1 Exhibit A to NMBFil Answer)(Smith, Travis) Added filing party on 12/26/2013 (MGG). (Entered: 12/26/2013) |
| 12/26/2013 | 72 | Corporate Disclosure Statement by NMBFIL, INC., and DYNATRON/BONDO CORPORATION.(Smith, Travis) Added filing party on 12/26/2013 (MGG). (Entered: 12/26/2013) |
| 12/26/2013 | 73 | NOTICE of Appearance by Erica Kay Drew on behalf of Defendants DYNATRON/BONDO CORPORATION, NMBFIL, INC.. (Drew, Erica) (Entered: 12/26/2013) |
| 12/26/2013 | 74 | NOTICE of Appearance by Kip S.M. McDonald on behalf of Defendants DYNATRON/BONDO CORPORATION, NMBFIL, INC.. (McDonald, Kip) (Entered: 12/26/2013) |
| 12/26/2013 | 75 | NOTICE of Appearance by Douglas B. King on behalf of Defendants DYNATRON/BONDO CORPORATION, LORILLARD TOBACCO COMPANY. (King, Douglas) (Entered: 12/26/2013) |
| 12/26/2013 | 76 | NOTICE of Appearance by Reginald B. Bishop on behalf of Defendant RILEY POWER, INC.. (Bishop, Reginald) (Entered: 12/26/2013) |
| 12/26/2013 | 77 | Corporate Disclosure Statement by RILEY POWER, INC.. (Bishop, Reginald) (Entered: 12/26/2013) |
| 12/26/2013 | 78 | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by RILEY POWER, INC..(Bishop, Reginald) (Entered: 12/26/2013) |
| 12/26/2013 | 79 | NOTICE of Appearance by Jill Marie Felkins on behalf of Defendant AURORA PUMP COMPANY. (Felkins, Jill) (Entered: 12/26/2013) |
| 12/26/2013 | 80 | NOTICE of Appearance by Jill Marie Felkins on behalf of Defendant A.W. CHESTERTON CO.. (Felkins, Jill) (Entered: 12/26/2013) |
| 12/26/2013 | 81 | NOTICE of Appearance by Jill Marie Felkins on behalf of Defendant GARDNER DENVER, INC.. (Felkins, Jill) (Entered: 12/26/2013) |
| 12/26/2013 | 82 | NOTICE of Appearance by Jill Marie Felkins on behalf of Defendant JOHN CRANE, INC.. (Felkins, Jill) (Entered: 12/26/2013) |
| 12/26/2013 | 83 | NOTICE of Appearance by Jason Lorne Kennedy on behalf of Defendant JOHN CRANE, INC.. (Kennedy, Jason) (Entered: 12/26/2013) |
| 12/26/2013 | 84 | NOTICE of Appearance by Jason Lorne Kennedy on behalf of Defendant GARDNER DENVER, INC.. (Kennedy, Jason) (Entered: 12/26/2013) |
| 12/26/2013 | 85 | NOTICE of Appearance by Jason Lorne Kennedy on behalf of |

| | | Defendant A.W. CHESTERTON CO.. (Kennedy, Jason) (Entered: 12/26/2013) |
|---|---|---|
| 12/26/2013 | 86 | NOTICE of Appearance by Jason Lorne Kennedy on behalf of Defendant AURORA PUMP COMPANY. (Kennedy, Jason) (Entered: 12/26/2013) |
| 12/26/2013 | 87 | NOTICE of Appearance by Daun Antoinette Weliever on behalf of Defendant INGERSOLL-RAND COMPANY. (Weliever, Daun) (Entered: 12/26/2013) |
| 12/26/2013 | 88 | NOTICE of Parties' First Extension of Time, filed by Defendant INGERSOLL-RAND COMPANY. (Weliever, Daun) (Entered: 12/26/2013) |
| 12/27/2013 | 89 | Corporate Disclosure Statement by AURORA PUMP COMPANY. (Felkins, Jill) (Entered: 12/27/2013) |
| 12/27/2013 | 90 | Corporate Disclosure Statement by GARDNER DENVER, INC.. (Felkins, Jill) (Entered: 12/27/2013) |
| 12/30/2013 | 91 | Corporate Disclosure Statement by JOHN CRANE, INC.. (Felkins, Jill) (Entered: 12/30/2013) |
| 12/30/2013 | 92 | Corporate Disclosure Statement by INGERSOLL-RAND COMPANY identifying Corporate Parent Ingersoll Rand PLC for INGERSOLL-RAND COMPANY.. (Weliever, Daun) (Entered: 12/30/2013) |
| 12/30/2013 | 93 | NOTICE of Appearance by Dennis F. Cantrell on behalf of Defendant SPIRAX SARCO, INC.. (Cantrell, Dennis) (Entered: 12/30/2013) |
| 12/30/2013 | 94 | NOTICE of Parties' First Extension of Time, filed by Defendant SPIRAX SARCO, INC.. (Cantrell, Dennis) (Entered: 12/30/2013) |
| 12/30/2013 | 95 | Corporate Disclosure Statement by SPIRAX SARCO, INC.. (Cantrell, Dennis) (Entered: 12/30/2013) |
| 12/30/2013 | 96 | NOTICE of Appearance by Susan Elizabeth Mehringer on behalf of Defendant TACO, INC.. (Mehringer, Susan) (Entered: 12/30/2013) |
| 12/30/2013 | 97 | NOTICE of Parties' First Extension of Time, filed by Defendant TACO, INC.. (Mehringer, Susan) (Entered: 12/30/2013) |
| 12/30/2013 | 98 | Corporate Disclosure Statement by TACO, INC.. (Mehringer, Susan) (Entered: 12/30/2013) |
| 01/02/2014 | 99 | NOTICE of Appearance by John W. Woodard, Jr on behalf of Defendant IMO INDUSTRIES. (Woodard, John) (Entered: 01/02/2014) |
| 01/02/2014 | 100 | Corporate Disclosure Statement by IMO INDUSTRIES. (Woodard, John) (Entered: 01/02/2014) |
| 01/02/2014 | 101 | NOTICE of Appearance by Kathleen A. Musgrave Farinas on behalf of Plaintiffs PAUL L. HUCK, PHYLLIS SUE HUCK. (Farinas, Kathleen) (Entered: 01/02/2014) |

| 01/02/2014 | 102 | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by GOULDS PUMPS INC.. (Attachments: # 1 Exhibit Answer to Living Master Complaint of Goulds Pumps, Inc.)(Das, Sonia) (Entered: 01/02/2014) |
| 01/08/2014 | 103 | NOTICE of Appearance by Erica Kay Drew on behalf of Defendant BRIGGS & STRATTON CORPORATION. (Drew, Erica) (Entered: 01/08/2014) |
| 01/08/2014 | 104 | Corporate Disclosure Statement by BRIGGS & STRATTON CORPORATION. (Drew, Erica) (Entered: 01/08/2014) |
| 01/08/2014 | 105 | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by BRIGGS & STRATTON CORPORATION. (Attachments: # 1 Exhibit A to Answer)(Drew, Erica) (Entered: 01/08/2014) |
| 01/08/2014 | 106 | Corporate Disclosure Statement by METROPOLITAN LIFE INSURANCE COMPANY identifying Corporate Parent MetLife, Inc. for METROPOLITAN LIFE INSURANCE COMPANY.. (Waller, John) (Entered: 01/08/2014) |
| 01/10/2014 | 107 | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by CRANE CO.. (Attachments: # 1 Exhibit A to Answer)(Drew, Erica) (Entered: 01/10/2014) |
| 01/10/2014 | 108 | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by INGERSOLL-RAND COMPANY. (Attachments: # 1 Exhibit Exhibit A-Ingersoll Rand's Answer to George & Farinas Living Master Complaint)(Weliever, Daun) (Entered: 01/10/2014) |
| 01/10/2014 | 109 | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by WARREN PUMPS, LLC.(McDonald, Kip) (Entered: 01/10/2014) |
| 01/10/2014 | 110 | NOTICE of Appearance by Jennifer L. Blackwell on behalf of Defendant JOHNSON CONTROLS, INC.. (Blackwell, Jennifer) (Entered: 01/10/2014) |
| 01/10/2014 | 111 | EXHIBIT re 109 Answer to Complaint (Notice of Removal) by WARREN PUMPS, LLC. (McDonald, Kip) (Entered: 01/10/2014) |
| 01/10/2014 | 112 | NOTICE of Appearance by Donald G. Orzeske on behalf of Defendant JOHNSON CONTROLS, INC.. (Orzeske, Donald) (Entered: 01/10/2014) |
| 01/10/2014 | 113 | Corporate Disclosure Statement by JOHNSON CONTROLS, INC.. (Blackwell, Jennifer) (Entered: 01/10/2014) |
| 01/15/2014 | 114 | *Defendant Lockheed Martin Corporation's* ANSWER to Complaint *for Damages and Demand for Jury Trial, with Affirmative Defenses and Request for Trial by Jury*, filed by LOCKHEED MARTIN CORPORATION.(Knight, Kevin) (Entered: 01/15/2014) |
| 01/15/2014 | 115 | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by BASF CORPORATION. (Attachments: # 1 Exhibit Exhibit A- |

| | | |
|---|---|---|
| | | Defendant BASF Catalysts LLC's Answer to George & Farinas Living Master Complaint and Jury Demand)(Kimmerling, Kevin) (Entered: 01/15/2014) |
| 01/15/2014 | 116 | MOTION for Attorney(s) Bruce Jones to Appear pro hac vice (No fee paid with this filing), filed by Defendant BASF CORPORATION. (Attachments: # 1 Exhibit 1-Declaration of Bruce Jones, # 2 Text of Proposed Order)(Kimmerling, Kevin) (Entered: 01/15/2014) |
| 01/15/2014 | 117 | MOTION for Attorney(s) Christine R.M. Kain to Appear pro hac vice (No fee paid with this filing), filed by Defendant BASF CORPORATION. (Attachments: # 1 Exhibit 1-Declaration of Christine R.M. Kain, # 2 Text of Proposed Order)(Kimmerling, Kevin) (Entered: 01/15/2014) |
| 01/16/2014 | 118 | RECEIPT #IP039099 for pro hac vice fees (Bruce Jones, Christine Kain) in the amount of $60.00, paid by Faegre Baker & Daniels, LLP. (DJH) (Entered: 01/16/2014) |
| 01/17/2014 | 119 | First MOTION to Remand , filed by Plaintiffs PAUL L. HUCK, PHYLLIS SUE HUCK. (Farinas, Kathleen) (Entered: 01/17/2014) |
| 01/17/2014 | 120 | BRIEF/MEMORANDUM in Support re 119 First MOTION to Remand , filed by Plaintiffs PAUL L. HUCK, PHYLLIS SUE HUCK. (Attachments: # 1 Exhibit A- Pathology Report, # 2 Exhibit B-Discovery Response)(Farinas, Kathleen) (Entered: 01/17/2014) |
| 01/20/2014 | 121 | ANSWER to Complaint (Notice of Removal) with jury demand *Answer to Plaintiffs' Case-Specific Complaint for Damages*, filed by CROWN CORK & SEAL COMPANY, INC.. (Attachments: # 1 Exhibit Defendant Crown Cork & Seal Company, Inc.'s Answer to George & Farinas Living Master Complaint and Jury Demand)(Smith, Travis) (Entered: 01/20/2014) |
| 01/21/2014 | 122 | ANSWER to Complaint (Notice of Removal) with Jury Demand *and Affirmative Defenses*, filed by HONEYWELL INTERNATIONAL, INC..(Babione, John) (Entered: 01/21/2014) |
| 01/21/2014 | 123 | ANSWER to Complaint (Notice of Removal) with Jury Demand *and Affirmative Defenses*, filed by CERTAINTEED CORP..(Babione, John) (Entered: 01/21/2014) |
| 01/21/2014 | 124 | ANSWER to Complaint (Notice of Removal) with Jury Demand *and Affirmative Defenses*, filed by UNION CARBIDE CORPORATION. (Babione, John) (Entered: 01/21/2014) |
| 01/21/2014 | 125 | ORDER granting 116 Motion to Appear pro hac vice for Attorney Bruce Jones on behalf of BASF CORPORATION. Signed by Judge Sarah Evans Barker on 1/21/2014. Copy Mailed. (JD) (Entered: 01/22/2014) |
| 01/22/2014 | 126 | ORDER granting 117 Motion to Appear pro hac vice of Attorney Christine R.M. Kain on behalf of BASF CORPORATION. Signed by Judge Sarah Evans Barker on 1/22/2014. (JD) (Entered: 01/22/2014) |
| | | |

| 01/23/2014 | | [127](#) | *Carrier Corporation's* ANSWER to Complaint , filed by CARRIER CORPORATION.(Seach, Raymond) (Entered: 01/23/2014) |
| 01/23/2014 | | [128](#) | MOTION to Dismiss for Lack of Jurisdiction *Personal*, filed by Defendant HOLLINGSWORTH & VOSE COMPANY. (Strawbridge, Bryan) (Entered: 01/23/2014) |
| 01/23/2014 | | [129](#) | BRIEF/MEMORANDUM in Support re [128](#) MOTION to Dismiss for Lack of Jurisdiction *Personal* , filed by Defendant HOLLINGSWORTH & VOSE COMPANY. (Attachments: # [1](#) Exhibit Exhibit A - Affidavit of Douglas Guimond)(Strawbridge, Bryan) (Entered: 01/23/2014) |
| 01/23/2014 | | [130](#) | NOTICE of Appearance by Bruce G. Jones on behalf of Defendant BASF CORPORATION. (Jones, Bruce) (Entered: 01/23/2014) |
| 01/24/2014 | | [131](#) | NOTICE of Appearance by Christine R.M. Kain on behalf of Defendant BASF CORPORATION. (Kain, Christine) (Entered: 01/24/2014) |
| 01/29/2014 | | [132](#) | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by TACO, INC..(Mehringer, Susan) (Entered: 01/29/2014) |
| 01/29/2014 | | [133](#) | ANSWER to Complaint (Notice of Removal) with Jury Demand *and Affirmative Defenses*, filed by SPIRAX SARCO, INC..(Cantrell, Dennis) (Entered: 01/29/2014) |

**Case #: 1:13-cv-01999-SEB-DKL**

# EXHIBIT A

STATE OF INDIANA ) MARION COUNTY SUPERIOR COURT
) CIVIL DIVISION ROOM NO. 2
COUNTY OF MARION ) CAUSE NO. 49D02-_____ Electronically Filed

Nov 12 2013 12:54PM
Elizabeth L. White
Clerk of the Marion Circuit Court
Case Number: 49D02-1311-MI-041208
Transaction ID: 54542301

PAUL L. HUCK AND PHYLLIS SUE HUCK )
    Plaintiffs )
)
    v. )
)
A.W. Chesterton Co., )
Air & Liquid Systems Corp as successor by merger to )
    Buffalo Pumps, Inc. )
Aurora Pump Company )
BASF Corporation )
Briggs & Stratton Corporation )
CBS Corporation, f/k/a Viacom, Inc., )
    Successor by Merger to CBS Corp., a PA )
    Corporation, f/k/a Westinghouse Electric, )
Carrier Corporation )
CertainTeed Corp. )
Crane Co., )
Crown Cork & Seal Company, Inc. )
Dynatron/Bondo Corporation )
Fargo Insulation Company, )
Gardner Denver Inc., )
General Electric Company, )
Georgia-Pacific LLC, )
Goulds Pumps, Inc., )
Hollingsworth & Vose Company, )
Honeywell International, Inc. )
Ingersoll-Rand Company, )
IMO Industries, f/k/a IMO DeLaval, )
John Crane, Inc. )
Johnson Controls, Inc. )
Link-Belt Construction Equipment Co. LTD, )
Lockheed Martin Corporation )
Lorillard Tobacco Company, )
Metropolitan Life Insurance Company, )
NMBFIL, Inc., f/k/a Bondo Corp., )
P.I.C. Contractors, Inc. )
Packings & Insulations Corporation )
Quincy Compressor, LLC )

Riley Power Inc., f/k/a Babcock Borsig Power, Inc.,  )
    f/k/a D.B. Riley, Inc., f/k/a Riley Stoker Corp.,  )
RT Vanderbilt Company,  )
RT Vanderbilt Company, as Successor in Interest to  )
    Gouveneur Talc and International Talc Company,  )
    Inc.,  )
SPX, Corporation, Successor-in-Interest to  )
    Copes-Vulcan, Inc.  )
Spirax Sarco Inc.  )
Taco, Inc.  )
Union Carbide Corporation,  )
Warren Pumps, LLC,  )
Yarway Corporation  )
    Defendants.  )

## CASE-SPECIFIC COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

### General Allegations

1. George & Farinas Living Master Complaint and Jury Demand, TID 42304935, is incorporated by reference. **Paul L. Huck** is referred to as "Exposed Plaintiff" in the Master Complaint and in this Case-Specific Complaint.

2. Exposed Plaintiff was diagnosed with malignant pleural mesothelioma on or About September 17, 2013.

3. Asbestos caused Exposed Plaintiff's disease.

4. Further case specific information will be provided in the Verified Disclosure Statement as provided by Local Rule.

### Premises Defendants

5.     The following Defendants owned, operated, or controlled premises where Exposed Plaintiff was exposed to asbestos.  They are referred to as "Premises Defendants" in the Master Complaint and in this Case-Specific Complaint:     **Lockheed Martin Corporation**

6.     Claims against Premises Defendants are governed by the law of the state where the Premises Defendant's premises was located.

## Product Defendants

7.     The following Defendants manufactured, sold, or distributed asbestos or asbestos containing products to which Exposed Plaintiff was exposed.  They are referred to as "Product Defendants" in the Master Complaint and in this Case-Specific Complaint.

**A.W. Chesterton Co.**
**Air & Liquid Systems Corp as successor by merger to Buffalo Pumps, Inc.**
**Aurora Pump Company**
**BASF Corporation**
**Briggs & Stratton Corporation**
**CBS Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corp., a PA**
        **Corporation, f/k/a Westinghouse Electric**
**Carrier Corporation**
**CertainTeed Corp.**
**Crane Co.**
**Crown Cork & Seal Company, Inc.**
**Dynatron/Bondo Corporation**
**Gardner Denver Inc.**
**General Electric Company**
**Georgia-Pacific LLC**
**Goulds Pumps, Inc.**
**Hollingsworth & Vose Company**
**Honeywell International, Inc.**
**Ingersoll-Rand Company**
**IMO Industries, f/k/a IMO DeLaval**
**John Crane, Inc.**
**Johnson Controls, Inc.**
**Link-Belt Construction Equipment Co. LTD**
**Lorillard Tobacco Company**
**NMBFIL, Inc., f/k/a Bondo Corp.**
**Quincy Compressor, LLC**
**Riley Power Inc., f/k/a Babcock Borsig Power, Inc., f/k/a D.B. Riley, Inc., f/k/a Riley Stoker**
        **Corp.**
**RT Vanderbilt Company**

RT Vanderbilt Company, as Successor in Interest to Gouveneur Talc and
    International Talc Company Inc.
SPX, Corporation, Successor-in-Interest to Copes-Vulcan, Inc.
Spirax Sarco Inc.
Taco, Inc.
Union Carbide Corporation
Warren Pumps, LLC
Yarway Corporation

### Contractors

8.    The following Defendants were Contractors who created airborne asbestos

through activities such as installing, removing, maintaining, demolishing, disturbing, replacing,

cleaning, testing, labeling, and surveying areas where asbestos was located. They are referred to

as "Contractor Defendants" in the Master Complaint and in this Case-Specific Complaint.

> CBS Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corp., a
>     PA Corporation, f/k/a Westinghouse Electric
> Fargo Insulation Company
> General Electric Company
> Link-Belt Construction Equipment Co. LTD,
> P.I.C. Contractors, Inc.
> Packings & Insulations Corporation
> Riley Power Inc., f/k/a Babcock Borsig Power, Inc., f/k/a D.B. Riley, Inc.,
>     f/k/a Riley Stoker Corp.

### Conspirators

9.    The following Defendants conspired to misrepresent and hide the dangers of

asbestos. They are referred to as "Conspirators" in the Master Complaint and in this Case-

Specific Complaint.

> Metropolitan Life Insurance Company

### Miners

10.    The following Defendants mined and sold commercial asbestos. They are

referred to as "Miners" in this Case-Specific complaint.

> BASF Corporation
> Hollingsworth & Vose Company
> Union Carbide Corporation
> RT Vanderbilt Company
> RT Vanderbilt Company, as Successor in Interest to Gouveneur Talc and
>     International Talc Company Inc.

11.    Claims against Product Defendants apply to Miners.

### Maritime Law

12.    Exposed Plaintiff was exposed to asbestos attributable to the following

Defendants while engaged in traditional maritime activities. These Defendants are referred to as

"Maritime Defendants" in this Case-Specific Complaint.

**A.W. Chesterton Co.**
**Air & Liquid Systems Corp as successor by merger to Buffalo Pumps, Inc**
**Aurora Pump Company**
**CBS Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corp., a PA**
**    Corporation, f/k/a Westinghouse Electric**
**Carrier Corporation**
**Crane Co.**
**Crown Cork & Seal Company, Inc.**
**Gardner Denver Inc.**
**General Electric Company**
**Goulds Pumps, Inc.**
**Ingersoll-Rand Company**
**IMO Industries, f/k/a IMO DeLaval**
**John Crane, Inc.**
**P.I.C. Contractors, Inc.**
**Packings & Insulations Corporation**
**SPX, Corporation, Successor-in-Interest to Copes-Vulcan, Inc.**
**Taco, Inc.**
**Union Carbide Corporation**
**Warren Pumps, LLC**
**Yarway Corporation**

13.    Exposed Plaintiff was exposed to asbestos attributable to Maritime Defendants

while on navigable waters or on land due to a vessel on navigable water.

14.    Maritime law preempts state law with respect to claims against Maritime Defendants, to the extent state law would conflict with the harmonious system of uniform maritime law.

15.    State law may be applied to expand the remedies available under maritime law.

16.    Exposed Plaintiff learned of his/her asbestos-related disease and/or its cause within the past three years.

17.    Maritime Defendants' conduct was intentional, outrageous, or reckless and wanton, and was done with a conscious disregard for the safety and health of persons such as Exposed Plaintiff.

18.    Maritime Defendants acted maliciously and/or with intentional disregard for the rights of Exposed Plaintiff.

19.    Exposed Plaintiff is entitled to punitive damages.

20.    Plaintiff specifically disclaims any federal cause of action or any claim that would give rise to federal jurisdiction. To the extent Plaintiff's asbestos exposure took place on a federal enclave, or to the extent that any of Plaintiff's asbestos exposure occurred on board vessels of the United States military (including Naval ships) or in the construction, maintenance and/or repair of United States military vessels and/or aircraft, Plaintiff's negligence claims against Maritime Defendants are not based on the theory of defective design, but rather are based only on the theory of failure to warn. Since there is no evidence that the United States Government, or any of its military branches, specifically instructed manufacturers from which it purchased asbestos-containing products not to warn about the health hazards associated with exposure to asbestos, there can be no valid claim to federal jurisdiction pursuant to federal enclave, federal officer or federal contractor provisions of the United States Code. This

disclaimer pertains to all of Plaintiff's claims against Maritime Defendants, including those of negligence and products liability.

## Case Status

21.     Plaintiff(s) requests this case be treated as **EXIGENT** pursuant to the Marion County Mass Tort Local Rules.

## Spouse

22.     **Phyllis Sue Huck** is Exposed Plaintiff's spouse.


Respectfully submitted on this the 12th day of November, 2013.

Linda George, 15744-49
Kathleen A. Farinas, 20283-34
Todd Barnes, 25904-49
Ashleigh M. Resetarits,
**GEORGE & FARINAS, LLP**
151 North Delaware, Suite 1700
Indianapolis, IN 46204
Phone: (317) 637-6071
Fax: (317) 685-6505
lg@georgeandfarinas.com


## Certificate of Service

I hereby certify that this Master Complaint was served on all counsel of record on e-File and Serve pursuant to Marion County LR49-TR8 Rule 701.

Linda George