# U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:13-cv-01986-TWP-TAB
## Internal Use Only

HEDDEN et al v. A.W. CHESTERTON CO. et al                    Date Filed: 12/16/2013
Assigned to: Judge Tanya Walton Pratt                              Jury Demand: Both
Referred to: Magistrate Judge Tim A. Baker                       Nature of Suit: 368 P.I. : Asbestos
Case in other court: Marion County Superior Court, 49D02-        Jurisdiction: Federal Question
        1311-MI-040765
Cause: 28:1441 Petition for Removal- Asbestos Litigation

Discovery Deadline:                                               Settlement Conference:
Dispositive Motion Deadline:                                      Final Pretrial Conference:
                                                     Trial Date:

**Plaintiff**

**BRYAN KIMBERLY HEDDEN**        represented by    **Ashleigh M. Resetarits**
                                                   GEORGE & FARINAS, LLP
                                                   151 North Delaware Street
                                                   Suite 1700
                                                 Indianapolis, IN 46204
                                                 317-637-6071
                                               Fax: 317-685-6505
                                               Email: ar@georgeandfarinas.com
                                               *ATTORNEY TO BE NOTICED*

                                               **Kathleen A. Musgrave Farinas**
                                               GEORGE & FARINAS, LLP
                                               151 North Delaware Street, Suite 1700
                                               Indianapolis, IN 46204
                                               (317) 637-6071
                                               Fax: (317) 685-6505
                                               Email: kf@georgeandfarinas.com
                                               *ATTORNEY TO BE NOTICED*

                                               **Linda S. George**
                                               GEORGE & FARINAS, LLP
                                               151 North Delaware Street
                                               Suite 1700
                                               Indianapolis, IN 46204
                                               (317) 637-6071
                                               Fax: (317) 685-6505
                                               Email: lg@lgkflaw.com
                                               *ATTORNEY TO BE NOTICED*

                                               **Todd Christopher Barnes**
                                               GEORGE & FARINAS LLP

151 N. Delaware
Suite 1700
Indianapolis, IN 46204
(317) 637-6071
Fax: (317) 685-6505
Email: tb@georgeandfarinas.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CYNTHIA HEDDEN**                     represented by   **Ashleigh M. Resetarits**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen A. Musgrave Farinas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Linda S. George**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Todd Christopher Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**A.W. CHESTERTON CO.**                represented by   **Jason Lorne Kennedy**
SEGAL MCCAMBRIDGE SINGER &
MAHONEY, LTD.
Suite 5500
233 S. Wacker Drive
Chicago, IL 60611
(312) 645-7800
Fax: (312) 645-7711
Email: jkennedy@smsm.com
*ATTORNEY TO BE NOTICED*

**Jill Marie Felkins**
SEGAL MCCAMBRIDGE SINGER &
MAHONEY
Suite 5500
233 S. Wacker Drive
Chicago, IL 60606
312-644-6983
Fax: 312-645-7711
Email: jfelkins@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**AURORA PUMP COMPANY**                    represented by   **Jason Lorne Kennedy**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jill Marie Felkins**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**CBS CORPORATION**                        represented by   **Christopher N. Wahl**
*formerly known as*                                         HILL FULWIDER, P.C.
VIACOM, INC.                                                One Indiana Square, Suite 2400
*formerly known as*                                         211 N. Pennsylvania Street
WESTINGHOUSE ELECTRIC                                       Indianapolis, IN 46204
                                                             (317) 488-2000
                                                             Fax: (317) 630-2768
                                                             Email: chris@hfmfm.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **David J. Saferight**
                                                             HILL FULWIDER, P.C.
                                                             One Indiana Square, Suite 2400
                                                             211 N. Pennsylvania Street
                                                             Indianapolis, IN 46204
                                                             (317) 488-2000
                                                             Fax: (317) 630-2768
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Keith J. Hays**
                                                             HILL FULWIDER, P.C.
                                                             One Indiana Square, Suite 2400
                                                             211 N. Pennsylvania Street
                                                             Indianapolis, IN 46204
                                                             (317) 488-2000
                                                             Fax: (317) 630-2768
                                                             Email: khays@hillfulwider.com
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**CERTAINTEED CORP.**                      represented by   **Daniel M. Long**
                                                             FROST BROWN TODD LLC
                                                             201 North Illinois Street, Suite 1900
                                                             P.O. Box 44961
                                                             Indianapolis, IN 46244-0961
                                                             (317)237-3886
                                                             Fax: (317)237-3900
                                                             Email: danlong@fbtlaw.com
                                                             *ATTORNEY TO BE NOTICED*

**John Charles Babione , II**
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
(317) 237-3862
Fax: (317) 237-3900
Email: jbabione@fbtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CRANE CO.**                    represented by    **Douglas B. King**
WOODEN & MCLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019
(317) 639-6151
Fax: (317) 639-6444
Email: dking@woodmaclaw.com
*ATTORNEY TO BE NOTICED*

**Erica Kay Drew**
WOODEN & MCLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019
317-860-5338
Fax: 317-639-6444
Email: edrew@woodmclaw.com
*ATTORNEY TO BE NOTICED*

**Kip S.M. McDonald**
WOODEN & MCLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019
317-639-6151
Fax: 317-639-6444
Email: kmcdonald@woodmclaw.com
*ATTORNEY TO BE NOTICED*

**Travis R. Smith**
WOODEN & MCLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019
317-639-6151
Fax: 317-639-6444
Email: tsmith@woodmclaw.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**CROWN CORK & SEAL**            represented by   **Douglas B. King**
**COMPANY, INC.**                                 (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Erica Kay Drew**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Kip S.M. McDonald**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Travis R. Smith**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**FARGO INSULATION COMPANY**     represented by   **Jeffrey Alan Musser**
                                                  ROCAP MUSSER LLP
                                                  10401 North Meridian St.
                                                  Suite 120
                                                  Indianapolis, IN 46290
                                                  (317) 846-0700
                                                  Fax: (317) 846-0973
                                                  Email: jam@rocap-law.com
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**GARDNER DENVER INC.**          represented by   **Jason Lorne Kennedy**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Jill Marie Felkins**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**GENERAL ELECTRIC COMPANY**     represented by   **Christopher N. Wahl**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Keith J. Hays**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**GEORGIA-PACIFIC LLC**          represented by   **Andrew J. Detherage**

BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-7717
Fax: (317) 231-7433
Email: andy.detherage@btlaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan D. Mattingly**
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-7391
Fax: (317) 231-7433
Email: jmatting@btlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**GOULD PUMPS, INC.**                     represented by   **Sonia Chanda Das**
ROCAP MUSSER LLP
10401 N. Meridian Street
Suite 120
Indianapolis, IN 46290
(317) 846-0700
Fax: (317) 846-0973
Email: sdas@rocap-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**HONEYWELL INTERNATIONAL,**              represented by   **Daniel M. Long**
**INC.**                                                   (See above for address)
*formerly known as*                                        *ATTORNEY TO BE NOTICED*
ALLIEDSIGNAL, INC.

**John Charles Babione , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**INGERSOLL-RAND COMPANY**

**Defendant**

**IMO INDUSTRIES**                        represented by   **John W. Woodard , Jr.**
*formerly known as*                                        WYATT TARRANT & COMBS LLP
IMO DELAVAL                                                500 West Jefferson Street
Suite 2800
Louisville, KY 40202
(502) 562-7148
Fax: (502) 589-0309
Email: jwoodard@wyattfirm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN CRANE, INC.**                    represented by   **Jason Lorne Kennedy**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jill Marie Felkins**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**LINK-BELT CONSTRUCTION
EQUIPMENT CO. LTD**

**Defendant**

**METROPOLITAN LIFE**                   represented by   **Daniel David Trachtman**
**INSURANCE COMPANY**                                    WOODEN & MCLAUGHLIN LLP
                                                        One Indiana Square
                                                        Suite 1800
                                                        Indianapolis, IN 46204-2019
                                                        (317)639-6151
                                                        Fax: (317)639-6444
                                                        Email: dtrachtman@woodmclaw.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Douglas B. King**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Erica Kay Drew**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James McGinnis Boyers**
                                                        WOODEN & MCLAUGHLIN LLP
                                                        One Indiana Square
                                                        Suite 1800
                                                        Indianapolis, IN 46204-2019
                                                        317-639-6151
                                                        Fax: 317-639-6444
                                                        Email: jboyers@woodmclaw.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John D. Waller**
                                                        WOODEN & MCLAUGHLIN LLP
                                                        One Indiana Square
                                                        Suite 1800
                                                        Indianapolis, IN 46204-2019
                                                        (317)639-6151
                                                        Fax: (317)639-6444

Email: jwaller@woodmaclaw.com
*ATTORNEY TO BE NOTICED*

**Justin Kashman**
WOODEN & MCLAUGHLIN LLP
211 N. Pennsylvania Street
One Indiana Square, Suite 1800
Indianapolis, IN 46204
317-639-6151
Fax: 317-639-6444
Email: jkashman@woodmclaw.com
*ATTORNEY TO BE NOTICED*

**Kip S.M. McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Mark Adolay**
WOODEN & MCLAUGHLIN LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019
317-639-6151
Fax: 317-639-6444
Email: madolay@woodmclaw.com
*ATTORNEY TO BE NOTICED*

**Travis R. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PIC CONTRACTORS, INC.**

**Defendant**

**PACKINGS & INSULATIONS
CORPORATION**

**Defendant**

**RILEY POWER, INC.**                represented by   **Reginald B. Bishop**
*formerly known as*                                   ROBERTS & BISHOP
BABCOCK BORSIG POWER, INC.                            118 North Delaware Street
*formerly known as*                                   Indianapolis, IN 46204
D.B. RILEY, INC.                                      (317) 631-1151
*formerly known as*                                   Fax: (317) 631-0178
RILEY STOKER CORP.                                    Email: rbishop@roberts-bishop.com
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**SPX CORPORATION**

*successor-in-interest to Copes-Vulcan,*
*Inc.*
*real party in interest*
COPES-VULCAN, INC.

**Defendant**

**UNION CARBIDE CORPORATION**         represented by   **John Charles Babione , II**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**WARREN PUMPS, LLC**                 represented by   **Douglas B. King**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Erica Kay Drew**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Kip S.M. McDonald**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Travis R. Smith**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**YARWAY CORPORATION**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/16/2013 | 6 | NOTICE OF REMOVAL from Marion County Superior Court, case number 49D02-1311-MI-040765, filed by GENERAL ELECTRIC COMPANY, CBS CORPORATION. (Filing fee $400, receipt number IP038674) (Attachments: # 1 Exhibit A Case-Specific Complaint for Damages and Demand for Jury Trial, # 2 Exhibit B state court records including appearances, summonses, service of summonses, motion for jury trial date, order granting motion, plaintiffs' preliminary disclosure statement, plaintiffs' statement of special damages, plaintiffs' preliminary fact witness list, plaintiffs' response to master set of interrogatories, # 3 Civil Cover Sheet)(DJH) (Entered: 12/18/2013) |
| 12/16/2013 | 7 | NOTICE of Appearance by Christopher N. Wahl on behalf of Defendants CBS CORPORATION and GENERAL ELECTRIC COMPANY. (DJH) (Entered: 12/18/2013) |
| 12/16/2013 | 8 | Corporate Disclosure Statement by CBS CORPORATION identifying Corporate Parent NATIONAL AMUSEMENTS, INC., Corporate Parent NAI ENTERTAINMENT HOLDINGS, LLC, Corporate Parent GAMCO |

| | | |
|---|---|---|
| | | INVESTORS, INC. for CBS CORPORATION.. (DJH) (Entered: 12/18/2013) |
| 12/17/2013 | 1 | NOTICE of Appearance by Ashleigh M. Resetarits on behalf of Plaintiffs BRYAN KIMBERLY HEDDEN, CYNTHIA HEDDEN. (Resetarits, Ashleigh) (Entered: 12/17/2013) |
| 12/17/2013 | 2 | NOTICE of Appearance by Linda S. George on behalf of Plaintiffs BRYAN KIMBERLY HEDDEN, CYNTHIA HEDDEN. (George, Linda) (Entered: 12/17/2013) |
| 12/17/2013 | 3 | NOTICE of Appearance by Todd Christopher Barnes on behalf of Plaintiffs BRYAN KIMBERLY HEDDEN, CYNTHIA HEDDEN. (Barnes, Todd) (Entered: 12/17/2013) |
| 12/17/2013 | 4 | NOTICE *OF CESSATION OF TRANSFERS TO ASBESTOS MDL and OF INTENT TO RESPOND TO REMOVAL*, filed by Plaintiffs BRYAN KIMBERLY HEDDEN, CYNTHIA HEDDEN (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B) (Barnes, Todd) (Entered: 12/17/2013) |
| 12/17/2013 | 5 | NOTICE of Appearance by Kathleen A. Musgrave Farinas on behalf of Plaintiffs BRYAN KIMBERLY HEDDEN, CYNTHIA HEDDEN. (Farinas, Kathleen) (Entered: 12/17/2013) |
| 12/18/2013 | 9 | Corporate Disclosure Statement by GENERAL ELECTRIC COMPANY identifying Corporate Parent GENERAL ELECTRIC CAPITAL CORPORATION, Corporate Parent VALUEVISION MEDIA, INC. for GENERAL ELECTRIC COMPANY.. (DJH) (Entered: 12/18/2013) |
| 12/18/2013 | 10 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (DJH) (Entered: 12/18/2013) |
| 12/18/2013 | 🔒 | **(Court only)** ***Case Opening is Complete. (DJH) (Entered: 12/18/2013) |
| 12/18/2013 | 11 | NOTICE to File Corporate Disclosure Statement to A.W. CHESTERTON CO., AURORA PUMP COMPANY, CERTAINTEED CORP., FARGO INSULATION COMPANY, GARDNER DENVER INC., GEORGIA-PACIFIC LLC, GOULD PUMPS, INC., HONEYWELL INTERNATIONAL, INC., IMO INDUSTRIES, JOHN CRANE, INC., METROPOLITAN LIFE INSURANCE COMPANY, RILEY POWER, INC. (LAB) (JD) (Entered: 12/18/2013) |
| 12/19/2013 | 12 | NOTICE of Appearance by Keith J. Hays on behalf of Defendants CBS CORPORATION, GENERAL ELECTRIC COMPANY. (Hays, Keith) (Entered: 12/19/2013) |
| 12/19/2013 | 13 | NOTICE *of Supplement to Record*, filed by Defendants CBS CORPORATION, GENERAL ELECTRIC COMPANY (Wahl, Christopher) (Entered: 12/19/2013) |
| 12/19/2013 | 14 | *Defendant General Electric Company's* ANSWER to Complaint *Affirmative Defenses and Demand for Jury Trial*, filed by GENERAL ELECTRIC COMPANY.(Wahl, Christopher) (Entered: 12/19/2013) |
| | | |

| 12/19/2013 | 15 | *Defendant Westinghouse Electric Corporation's* ANSWER to Complaint *Affirmative Defenses and Demand for Jury Trial*, filed by CBS CORPORATION.(Wahl, Christopher) (Entered: 12/19/2013) |
|---|---|---|
| 12/20/2013 | 16 | NOTICE of Appearance by John D. Waller on behalf of Defendant METROPOLITAN LIFE INSURANCE COMPANY. (Waller, John) (Entered: 12/20/2013) |
| 12/20/2013 | 17 | NOTICE of Appearance by Jonathan D. Mattingly on behalf of Defendant GEORGIA-PACIFIC LLC. (Mattingly, Jonathan) (Entered: 12/20/2013) |
| 12/20/2013 | 18 | ANSWER to Complaint , filed by GEORGIA-PACIFIC LLC. (Attachments: # 1 Exhibit A - Defendant Georgia-Pacific LLC's Answer to George & Farinas' Living Master Complaint)(Mattingly, Jonathan) (Entered: 12/20/2013) |
| 12/20/2013 | 19 | NOTICE of Appearance by Sonia Chanda Das on behalf of Defendant GOULD PUMPS, INC.. (Das, Sonia) (Entered: 12/20/2013) |
| 12/20/2013 | 20 | Corporate Disclosure Statement by GOULD PUMPS, INC. identifying Corporate Parent ITT Corporation for GOULD PUMPS, INC... (Das, Sonia) (Entered: 12/20/2013) |
| 12/20/2013 | 21 | NOTICE *of Automatic Extension*, filed by Defendant GOULD PUMPS, INC. (Das, Sonia) (Entered: 12/20/2013) |
| 12/20/2013 | 22 | First MOTION to Remand , filed by Plaintiffs BRYAN KIMBERLY HEDDEN, CYNTHIA HEDDEN. (Farinas, Kathleen) (Entered: 12/20/2013) |
| 12/20/2013 | 23 | BRIEF/MEMORANDUM in Support re 22 First MOTION to Remand , filed by Plaintiffs BRYAN KIMBERLY HEDDEN, CYNTHIA HEDDEN. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Farinas, Kathleen) (Entered: 12/20/2013) |
| 12/20/2013 | 24 | First MOTION *to Request for Oral Argument and Hearing on Motion to Remand*, filed by Plaintiffs BRYAN KIMBERLY HEDDEN, CYNTHIA HEDDEN. (Attachments: # 1 Text of Proposed Order Proposed Order) (Farinas, Kathleen) (Entered: 12/20/2013) |
| 12/23/2013 | 25 | NOTICE of Appearance by Jeffrey Alan Musser on behalf of Defendant FARGO INSULATION COMPANY. (Musser, Jeffrey) (Entered: 12/23/2013) |
| 12/23/2013 | 26 | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by FARGO INSULATION COMPANY.(Musser, Jeffrey) (Entered: 12/23/2013) |
| 12/23/2013 | 27 | Corporate Disclosure Statement by FARGO INSULATION COMPANY. (Musser, Jeffrey) (Entered: 12/23/2013) |
| 12/23/2013 | 28 | NOTICE of Appearance by John Charles Babione, II on behalf of Defendant UNION CARBIDE CORPORATION. (Babione, John) (Entered: 12/23/2013) |

| | | |
|---|---|---|
| 12/23/2013 | 29 | NOTICE of Parties' First Extension of Time, filed by Defendants CERTAINTEED CORP., HONEYWELL INTERNATIONAL, INC., UNION CARBIDE CORPORATION. (Babione, John) (Entered: 12/23/2013) |
| 12/23/2013 | 30 | NOTICE of Appearance by Erica Kay Drew on behalf of Defendant CRANE CO.. (Drew, Erica) (Entered: 12/23/2013) |
| 12/23/2013 | 31 | Corporate Disclosure Statement by CRANE CO.. (Drew, Erica) (Entered: 12/23/2013) |
| 12/23/2013 | 32 | Corporate Disclosure Statement by CERTAINTEED CORP. identifying Corporate Parent CERTAINTEED CORPORATION, Corporate Parent Compagnie de Saint-Gobain, Corporate Parent THE WENDEL GROUP for CERTAINTEED CORP... (Babione, John) (Entered: 12/23/2013) |
| 12/23/2013 | 33 | NOTICE of Parties' First Extension of Time, filed by Defendant CROWN CORK & SEAL COMPANY, INC. (Drew, Erica) Modified filing party on 12/26/2013 (MGG). (Entered: 12/23/2013) |
| 12/23/2013 | 34 | Corporate Disclosure Statement by UNION CARBIDE CORPORATION identifying Corporate Parent UNION CARBIDE CORPORATION, Corporate Parent THE DOW CHEMICAL COMPANY for UNION CARBIDE CORPORATION.. (Babione, John) (Entered: 12/23/2013) |
| 12/23/2013 | 35 | NOTICE of Appearance by Travis R. Smith on behalf of Defendant CROWN CORK & SEAL COMPANY, INC.. (Smith, Travis) (Entered: 12/23/2013) |
| 12/23/2013 | 36 | Corporate Disclosure Statement by CROWN CORK & SEAL COMPANY, INC.. (Smith, Travis) (Entered: 12/23/2013) |
| 12/23/2013 | 37 | NOTICE of Parties' First Extension of Time, filed by Defendant CROWN CORK & SEAL COMPANY, INC.. (Smith, Travis) (Entered: 12/23/2013) |
| 12/23/2013 | 38 | Corporate Disclosure Statement by HONEYWELL INTERNATIONAL, INC. (Babione, John) Modified docket text on 12/26/2013 (MGG). (Entered: 12/23/2013) |
| 12/23/2013 | 39 | NOTICE of Appearance by Kip S.M. McDonald on behalf of Defendant WARREN PUMPS, LLC. (McDonald, Kip) (Entered: 12/23/2013) |
| 12/23/2013 | 40 | Corporate Disclosure Statement by WARREN PUMPS, LLC. (McDonald, Kip) (Entered: 12/23/2013) |
| 12/23/2013 | 41 | NOTICE of Parties' First Extension of Time, filed by Defendant WARREN PUMPS, LLC. (McDonald, Kip) (Entered: 12/23/2013) |
| 12/24/2013 | 42 | NOTICE of Appearance by Travis R. Smith on behalf of Defendant WARREN PUMPS, LLC. (Smith, Travis) (Entered: 12/24/2013) |
| 12/24/2013 | 43 | NOTICE of Appearance by Travis R. Smith on behalf of Defendant CRANE CO.. (Smith, Travis) (Entered: 12/24/2013) |

| 12/24/2013 | 44 | NOTICE of Appearance by Erica Kay Drew on behalf of Defendant WARREN PUMPS, LLC. (Drew, Erica) (Entered: 12/24/2013) |
|---|---|---|
| 12/24/2013 | 45 | NOTICE of Appearance by Erica Kay Drew on behalf of Defendant CROWN CORK & SEAL COMPANY, INC.. (Drew, Erica) (Entered: 12/24/2013) |
| 12/24/2013 | 46 | NOTICE of Appearance by Kip S.M. McDonald on behalf of Defendant CROWN CORK & SEAL COMPANY, INC.. (McDonald, Kip) (Entered: 12/24/2013) |
| 12/24/2013 | 47 | NOTICE of Appearance by Kip S.M. McDonald on behalf of Defendant CRANE CO.. (McDonald, Kip) (Entered: 12/24/2013) |
| 12/24/2013 | 48 | NOTICE of Appearance by Douglas B. King on behalf of Defendant WARREN PUMPS, LLC. (King, Douglas) (Entered: 12/24/2013) |
| 12/24/2013 | 49 | NOTICE of Appearance by Douglas B. King on behalf of Defendant CRANE CO.. (King, Douglas) (Entered: 12/24/2013) |
| 12/24/2013 | 50 | NOTICE of Appearance by Douglas B. King on behalf of Defendant CROWN CORK & SEAL COMPANY, INC.. (King, Douglas) (Entered: 12/24/2013) |
| 12/24/2013 | 51 | NOTICE of Appearance by Reginald B. Bishop on behalf of Defendant RILEY POWER, INC.. (Bishop, Reginald) (Entered: 12/24/2013) |
| 12/24/2013 | 52 | Corporate Disclosure Statement by RILEY POWER, INC.. (Bishop, Reginald) (Entered: 12/24/2013) |
| 12/24/2013 | 53 | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by RILEY POWER, INC..(Bishop, Reginald) (Entered: 12/24/2013) |
| 12/26/2013 | 54 | NOTICE of Appearance by Jill Marie Felkins on behalf of Defendant AURORA PUMP COMPANY. (Felkins, Jill) (Entered: 12/26/2013) |
| 12/26/2013 | 55 | NOTICE of Appearance by Jill Marie Felkins on behalf of Defendant A.W. CHESTERTON CO.. (Felkins, Jill) (Entered: 12/26/2013) |
| 12/26/2013 | 56 | NOTICE of Appearance by Jill Marie Felkins on behalf of Defendant GARDNER DENVER INC.. (Felkins, Jill) (Entered: 12/26/2013) |
| 12/26/2013 | 57 | NOTICE of Appearance by Jill Marie Felkins on behalf of Defendant JOHN CRANE, INC.. (Felkins, Jill) (Entered: 12/26/2013) |
| 12/26/2013 | 58 | NOTICE of Appearance by Jason Lorne Kennedy on behalf of Defendant JOHN CRANE, INC.. (Kennedy, Jason) (Entered: 12/26/2013) |
| 12/26/2013 | 59 | NOTICE of Appearance by Jason Lorne Kennedy on behalf of Defendant GARDNER DENVER INC.. (Kennedy, Jason) (Entered: 12/26/2013) |
| 12/26/2013 | 60 | NOTICE of Appearance by Jason Lorne Kennedy on behalf of Defendant A.W. CHESTERTON CO.. (Kennedy, Jason) (Entered: 12/26/2013) |
| 12/26/2013 | 61 | NOTICE of Appearance by Jason Lorne Kennedy on behalf of Defendant AURORA PUMP COMPANY. (Kennedy, Jason) (Entered: 12/26/2013) |

| | | |
|---|---|---|
| 12/27/2013 | 62 | Corporate Disclosure Statement by GARDNER DENVER INC.. (Felkins, Jill) (Entered: 12/27/2013) |
| 12/27/2013 | 63 | Corporate Disclosure Statement by AURORA PUMP COMPANY. (Felkins, Jill) (Entered: 12/27/2013) |
| 12/30/2013 | 64 | Corporate Disclosure Statement by JOHN CRANE, INC.. (Felkins, Jill) (Entered: 12/30/2013) |
| 12/31/2013 | 65 | NOTICE of Appearance by John W. Woodard, Jr on behalf of Defendant IMO INDUSTRIES. (Woodard, John) (Entered: 12/31/2013) |
| 12/31/2013 | 66 | Corporate Disclosure Statement by IMO INDUSTRIES. (Woodard, John) (Entered: 12/31/2013) |
| 01/02/2014 | 67 | ANSWER to Complaint (Notice of Removal) with demand for trial by jury , filed by IMO INDUSTRIES.(Woodard, John) (Entered: 01/02/2014) |
| 01/02/2014 | 68 | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by GOULD PUMPS, INC.. (Attachments: # 1 Exhibit Answer to Living Master Complaint of Goulds Pumps, Inc.)(Das, Sonia) (Entered: 01/02/2014) |
| 01/03/2014 | 69 | RESPONSE in Opposition re 22 First MOTION to Remand , filed by Defendant CBS CORPORATION. (Attachments: # 1 Exhibit A - Affidavit of James M. Gate, # 2 Exhibit B - Affidavit of Roger B. Horne, Jr. RADM USN (RET), # 3 Exhibit C - 1 of 2 - MIL - T - 17600C, # 4 Exhibit C - 2 of 2 - MIL - T - 17600C, # 5 Exhibit D - MIL STD - 769B, # 6 Exhibit E - MIL - I - 15024, # 7 Exhibit F - MIL - M - 15071E, # 8 Exhibit G - Affidavit of Samuel A. Forman, M.D., # 9 Exhibit H - Amicus Curiae Excerpts)(Wahl, Christopher) (Entered: 01/03/2014) |
| 01/03/2014 | 70 | RESPONSE in Opposition re 22 First MOTION to Remand , filed by Defendant GENERAL ELECTRIC COMPANY. (Attachments: # 1 Exhibit 1 - Affidavit of David Hobson, # 2 Exhibit 2 - Affidavit of Admiral Ben J. Lehman, # 3 Exhibit 3 - Affidavit of Lawrence Stillwell Betts, M.D., Ph.D., # 4 Exhibit A to Betts Affidavit, # 5 Exhibit B to Betts Affidavit, # 6 Exhibit C to Betts Affidavit, # 7 Exhibit D to Betts Affidavit, # 8 Exhibit E to Betts Affidavit, # 9 Exhibit F to Betts Affidavit, # 10 Exhibit G to Betts Affidavit, # 11 Exhibit H to Betts Affidavit, # 12 Exhibit I to Betts Affidavit (1 of 3), # 13 Exhibit I to Betts Affidavit (2 of 3), # 14 Exhibit I to Betts Affidavit (3 of 3), # 15 Exhibit J to Betts Affidavit, # 16 Exhibit K to Betts Affidavit, # 17 Exhibit L to Betts Affidavit, # 18 Exhibit M to Betts Affidavit, # 19 Exhibit N to Betts Affidavit, # 20 Exhibit O to Betts Affidavit, # 21 Exhibit P to Betts Affidavit (1 of 2), # 22 Exhibit P to Betts Affidavit (2 of 2), # 23 Exhibit Q to Betts Affidavit, # 24 Exhibit R to Betts Affidavit, # 25 Exhibit S to Betts Affidavit (1 of 2), # 26 Exhibit S to Betts Affidavit (2 of 2), # 27 Exhibit T to Betts Affidavit, # 28 Exhibit U to Betts Affidavit, # 29 Exhibit V to Betts Affidavit, # 30 Exhibit W to Betts Affidavit, # 31 Exhibit X to Betts Affidavit, # 32 Exhibit Y to Betts Affidavit, # 33 Exhibit Z to Betts Affidavit, # 34 Exhibit AA to Betts Affidavit, # 35 Exhibit BB, # 36 Exhibit CC to Betts Affidavit (1 of 6), # 37 Exhibit CC |

| | | |
|---|---|---|
| | | to Betts Affidavit (2 of 6), # 38 Exhibit CC to Betts Affidavit (3 of 6), # 39 Exhibit CC to Betts Affidavit (4 of 6), # 40 Exhibit CC to Betts Affidavit (5 of 6), # 41 Exhibit CC to Betts Affidavit (6 of 6), # 42 Exhibit DD to Betts Affidavit, # 43 Exhibit EE to Betts Affidavit)(Wahl, Christopher) (Entered: 01/03/2014) |
| 01/06/2014 | 🔒 | **(Case Participants)** Notice from the Office of the Clerk regarding Exhibit 4 attached to 70 Response in Opposition to Motion. This document appears to have been filed in violation of the Federal Rules of Civil Procedure (rule 5.2). (TRG) (Entered: 01/06/2014) |
| 01/08/2014 | 71 | Corporate Disclosure Statement by METROPOLITAN LIFE INSURANCE COMPANY identifying Corporate Parent METLIFE, INC. for METROPOLITAN LIFE INSURANCE COMPANY.. (Waller, John) (Entered: 01/08/2014) |
| 01/10/2014 | 72 | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by CRANE CO.. (Attachments: # 1 Exhibit A to Answer)(Drew, Erica) (Entered: 01/10/2014) |
| 01/10/2014 | 73 | ANSWER to Complaint (Notice of Removal) with Jury Demand , filed by WARREN PUMPS, LLC.(McDonald, Kip) (Entered: 01/10/2014) |
| 01/10/2014 | 74 | EXHIBIT re 73 Answer to Complaint (Notice of Removal) by WARREN PUMPS, LLC. (McDonald, Kip) (Entered: 01/10/2014) |
| 01/10/2014 | 75 | REPLY in Support of Motion re 22 First MOTION to Remand , filed by Plaintiffs BRYAN KIMBERLY HEDDEN, CYNTHIA HEDDEN. (Attachments: # 1 Exhibit Index, # 2 Exhibit A- Military Specification, # 3 Exhibit B-Uniform Labeling Program, # 4 Exhibit C- Discovery Response, # 5 Exhibit D- Hobson Deposition, # 6 Exhibit E- Lehman Deposition, # 7 Exhibit F- Warning Labels, # 8 Exhibit G- Military Standard 129B, # 9 Exhibit H- Military Standard 129C, # 10 Exhibit I- Military Standard 129D, # 11 Exhibit J-Consolidated Hazardous Item List, # 12 Exhibit K- Horne Deposition 2008, # 13 Exhibit L- Horne Deposition 2006, # 14 Exhibit M- Horne Deposition 2007, # 15 Exhibit N- Betts Deposition)(Farinas, Kathleen) (Entered: 01/10/2014) |
| 01/10/2014 | 76 | First MOTION to Strike 69 Response in Opposition to Motion, 70 Response in Opposition to Motion *Specific Portions of Defendants' Argument and Designated Evidence Relating to Design and Manufacture of Asbestos Containing Products*, filed by Plaintiffs BRYAN KIMBERLY HEDDEN, CYNTHIA HEDDEN. (Farinas, Kathleen) (Entered: 01/10/2014) |
| 01/10/2014 | 77 | BRIEF/MEMORANDUM in Support re 76 First MOTION to Strike 69 Response in Opposition to Motion, 70 Response in Opposition to Motion *Specific Portions of Defendants' Argument and Designated Evidence Relating to Design and Manufacture of Asbestos Containing Products* , filed by Plaintiffs BRYAN KIMBERLY HEDDEN, CYNTHIA HEDDEN. (Farinas, Kathleen) (Entered: 01/10/2014) |
| 01/17/2014 | 78 | ANSWER to Complaint (Notice of Removal) with Jury Demand *and* |

| | | |
|---|---|---|
| | | *Affirmative Defenses*, filed by HONEYWELL INTERNATIONAL, INC. (Babione, John) Modified docket text on 1/21/2014 (MGG). (Entered: 01/17/2014) |
| 01/17/2014 | 79 | ANSWER to Complaint (Notice of Removal) with Jury Demand *and Affirmative Defenses*, filed by CERTAINTEED CORP.(Babione, John) Modified docket text on 1/21/2014 (MGG). (Entered: 01/17/2014) |
| 01/17/2014 | 80 | ANSWER to Complaint (Notice of Removal) with Jury Demand *and Affirmative Defenses*, filed by UNION CARBIDE CORPORATION. (Babione, John) Modified docket text on 1/21/2014 (MGG). (Entered: 01/17/2014) |
| 01/20/2014 | 81 | ANSWER to Complaint (Notice of Removal) with Jury Demand *Answer to Plaintiffs' Case-Specific Complaint for Damages*, filed by CROWN CORK & SEAL COMPANY, INC.. (Attachments: # 1 Exhibit Defendant Crown Cork & Seal Company, Inc.'s Answer to George & Farinas Living Master Complaint and Jury Demand)(Smith, Travis) (Entered: 01/20/2014) |
| 01/23/2014 | 82 | ORDER granting 24 Motion for Oral Argument on Motion to Remand - Oral Argument and Hearing on Plaintiffs' Motion to Remand will be held on April 3, 2014 at 1:30 p.m., in Room 344 of the U.S. District Court, for the Southern District of Indiana, Indianapolis Division. Each side is allotted twenty minutes each for a total of forty minutes. Signed by Judge Tanya Walton Pratt on 1/23/2014. (JD) (Entered: 01/23/2014) |
| 01/24/2014 | 83 | RESPONSE in Opposition re 76 First MOTION to Strike 69 Response in Opposition to Motion and 70 Response in Opposition to Motion *Specific Portions of Defendants' Argument and Designated Evidence Relating to Design and Manufacture of Asbestos Containing Products*, filed by Defendants CBS CORPORATION, GENERAL ELECTRIC COMPANY. c/s (CKM) (Main Document 83 replaced on 1/29/2014) (MGG). (Entered: 01/27/2014) |
| 01/28/2014 | 84 | SCHEDULING ORDER - Initial Pretrial Conference set for 2/28/2014 02:00 PM in room #234, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Magistrate Judge Tim A. Baker. The parties shall file the proposed CMP no less than seven days prior to the pretrial conference. Filing of the plan will not automatically vacate the pretrial conference. The conference will remain set unless specifically vacated by the Court, which is unlikely. ***SEE ORDER***. Signed by Magistrate Judge Tim A. Baker on 1/28/2014. (JKS) (Entered: 01/28/2014) |

**Case #: 1:13-cv-01986-TWP-TAB**

# EXHIBIT A

| STATE OF INDIANA | · ) | MARION COUNTY SUPERIOR COURT |
| | ) | CIVIL DIVISION ROOM NO. 2 |
| COUNTY OF MARION | ) | CAUSE NO. 49D02-_____ |

Electronically Filed
Nov 06 2013 04:06PM
Elizabeth L. White
Clerk of the Marion Circuit Court
Case Number: 49D02-1311-MI-040765
Transaction ID: 54510290

**BRYAN KIMBERLY HEDDEN and** )
**CYNTHIA HEDDEN** )
    **Plaintiffs** )
)
    **v.** )
)
**A.W. Chesterton Co.,** )
**Aurora Pump Company** )
**CBS Corporation, f/k/a Viacom, Inc.,** )
    **Successor by Merger to CBS Corp., a PA** )
    **Corporation, f/k/a Westinghouse Electric,** )
**CertainTeed Corp.** )
**Crane Co.,** )
**Crown Cork & Seal Company, Inc.** )
**Fargo Insulation Company,** )
**Gardner Denver Inc.,** )
**General Electric Company,** )
**Georgia-Pacific LLC,** )
**Gould Pumps, Inc.,** )
**Honeywell International, Inc.** )
**Ingersoll-Rand Company,** )
**IMO Industries, f/k/a IMO DeLaval,** )
**John Crane, Inc.** )
**Link-Belt Construction Equipment Co. LTD,** )
**Metropolitan Life Insurance Company,** )
**P.I.C. Contractors, Inc.** )
**Packings & Insulations Corporation** )
**Riley Power Inc., f/k/a Babcock Borsig Power, Inc.,** )
    **f/k/a D.B. Riley, Inc., f/k/a Riley Stoker Corp.,** )
**SPX, Corporation, Successor-in-Interest to** )
    **Copes-Vulcan, Inc.** )
**Union Carbide Corporation,** )
**Warren Pumps, LLC,** )
**Yarway Corporation** )
    **Defendants.** )

**CASE-SPECIFIC COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

## General Allegations

1.    George & Farinas Living Master Complaint and Jury Demand, TID 42304935, is incorporated by reference. **Bryan Kimberly Hedden** is referred to as "Exposed Plaintiff" in the Master Complaint and in this Case-Specific Complaint.

2.    Exposed Plaintiff was diagnosed with malignant pleural mesothelioma on or about August 21, 2013.

3.    Asbestos caused Exposed Plaintiff's disease.

4.    Further case specific information will be provided in the Verified Disclosure Statement as provided by Local Rule.

## Premises Defendants

5.    The following Defendants owned, operated, or controlled premises where Exposed Plaintiff was exposed to asbestos. They are referred to as "Premises Defendants" in the Master Complaint and in this Case-Specific Complaint:    **NONE**

6.    Claims against Premises Defendants are governed by the law of the state where the Premises Defendant's premises was located.

## Product Defendants

7.    The following Defendants manufactured, sold, or distributed asbestos or asbestos containing products to which Exposed Plaintiff was exposed. They are referred to as "Product Defendants" in the Master Complaint and in this Case-Specific Complaint.

**A.W. Chesterton Co.**
**Aurora Pump Company**
**CBS Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corp., a PA**
         **Corporation, f/k/a Westinghouse Electric**
**CertainTeed Corp.**
**Crane Co.**

Crown Cork & Seal Company, Inc.
Gardner Denver Inc.
General Electric Company
Georgia-Pacific LLC
Gould Pumps, Inc.
Honeywell International, Inc.
Ingersoll-Rand Company
IMO Industries, f/k/a IMO DeLaval
John Crane, Inc.
Link-Belt Construction Equipment Co. LTD,
Riley Power Inc., f/k/a Babcock Borsig Power, Inc., f/k/a D.B. Riley, Inc., f/k/a Riley Stoker
    Corp.
SPX, Corporation, Successor-in-Interest to Copes-Vulcan, Inc.
Union Carbide Corporation
Warren Pumps, LLC
Yarway Corporation

## Contractors

8.    The following Defendants were Contractors who created airborne asbestos

through activities such as installing, removing, maintaining, demolishing, disturbing, replacing,

cleaning, testing, labeling, and surveying areas where asbestos was located. They are referred to

as "Contractor Defendants" in the Master Complaint and in this Case-Specific Complaint.

> CBS Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corp., a
>     PA Corporation, f/k/a Westinghouse Electric
> Fargo Insulation Company
> General Electric Company
> Link-Belt Construction Equipment Co. LTD,
> P.I.C. Contractors, Inc.
> Packings & Insulations Corporation
> Riley Power Inc., f/k/a Babcock Borsig Power, Inc., f/k/a D.B. Riley, Inc.,
>     f/k/a Riley Stoker Corp.

## Conspirators

9.    The following Defendants conspired to misrepresent and hide the dangers of

asbestos. They are referred to as "Conspirators" in the Master Complaint and in this Case-

Specific Complaint.

> Metropolitan Life Insurance Company

## Miners

10. The following Defendants mined and sold commercial asbestos. They are referred to as "Miners" in this Case-Specific complaint.

### Union Carbide Corporation

11. Claims against Product Defendants apply to Miners.

## Maritime Law

12. Exposed Plaintiff was exposed to asbestos attributable to the following Defendants while engaged in traditional maritime activities. These Defendants are referred to as "Maritime Defendants" in this Case-Specific Complaint.

**A.W. Chesterton Co.**
**Aurora Pump Company**
**CBS Corporation, f/k/a Viacom, Inc., Successor by Merger to CBS Corp., a PA**
    **Corporation, f/k/a Westinghouse Electric**
**Crane Co.**
**Crown Cork & Seal Company, Inc.**
**Gardner Denver Inc.**
**General Electric Company**
**Gould Pumps, Inc.**
**Ingersoll-Rand Company**
**IMO Industries, f/k/a IMO DeLaval**
**John Crane, Inc.**
**P.I.C. Contractors, Inc.**
**Packings & Insulations Corporation**
**SPX, Corporation, Successor-in-Interest to Copes-Vulcan, Inc.**
**Union Carbide Corporation**
**Warren Pumps, LLC**
**Yarway Corporation**

13. Exposed Plaintiff was exposed to asbestos attributable to Maritime Defendants while on navigable waters or on land due to a vessel on navigable water.

14. Maritime law preempts state law with respect to claims against Maritime Defendants, to the extent state law would conflict with the harmonious system of uniform maritime law.

15. State law may be applied to expand the remedies available under maritime law.

16. Exposed Plaintiff learned of his/her asbestos-related disease and/or its cause within the past three years.

17. Maritime Defendants' conduct was intentional, outrageous, or reckless and wanton, and was done with a conscious disregard for the safety and health of persons such as Exposed Plaintiff.

18. Maritime Defendants acted maliciously and/or with intentional disregard for the rights of Exposed Plaintiff.

19. Exposed Plaintiff is entitled to punitive damages.

20. Plaintiff specifically disclaims any federal cause of action or any claim that would give rise to federal jurisdiction. To the extent Plaintiff's asbestos exposure took place on a federal enclave, or to the extent that any of Plaintiff's asbestos exposure occurred on board vessels of the United States military (including Naval ships) or in the construction, maintenance and/or repair of United States military vessels and/or aircraft, Plaintiff's negligence claims against Maritime Defendants are not based on the theory of defective design, but rather are based only on the theory of failure to warn. Since there is no evidence that the United States Government, or any of its military branches, specifically instructed manufacturers from which it purchased asbestos-containing products not to warn about the health hazards associated with exposure to asbestos, there can be no valid claim to federal jurisdiction pursuant to federal enclave, federal officer or federal contractor provisions of the United States Code. This disclaimer pertains to all of Plaintiff's claims against Maritime Defendants, including those of negligence and products liability.

**Case Status**

21.    Plaintiff(s) requests this case be treated as **EXIGENT** pursuant to the Marion County Mass Tort Local Rules.

**Spouse**

22.    **Cynthia Hedden** is Exposed Plaintiff's spouse.

Respectfully submitted on this the 6th day of November, 2013.

Linda George, 15744-49
Kathleen A. Farinas, 20283-34
Todd Barnes, 25904-49
Ashleigh M. Resetarits,
**GEORGE & FARINAS, LLP**
151 North Delaware, Suite 1700
Indianapolis, IN 46204
Phone: (317) 637-6071
Fax: (317) 685-6505
lg@lgkflaw.com

**Certificate of Service**

I hereby certify that this Master Complaint was served on all counsel of record on e-File and Serve pursuant to Marion County LR49-TR8 Rule 701.

Linda George