## Proof of Service

I hereby certify that on February 4, 2014, I caused the forgoing to be electronically filed with the United States Judicial Panel on Multi-District Litigation using the CM/ECF system which will automatically send notification of this filing to the following CM/ECF participants in this case:

**Counsel for Defendant Owens-Illinois Inc.**
Brian O. Watson            :     bwatson@schiffhardin.com


I further certify that a copy was served via email to:

**Counsel for Defendant Owens-Illinois Inc.**
| | | |
|---|---|---|
| Brian O. Watson | : | bwatson@schiffhardin.com |
| Edward M. Casmere | : | ecasmere@schiffhardin.com |
| Robert H. Riley | : | rriley@schiffhardin.com |
| Matthew J. Fischer | : | mfischer@schiffhardin.com |
| Joshua D. Lee | : | jdlee@schiffhardin.com |
| David M. Setter | : | dmsetter@fpwk.com |
| Jennifer M. Studebaker | : | studebakerjm@fpwk.com |


**Dated:** February 4, 2104

/s/ *Robert G. McCoy*
Attorney for the plaintiff

Robert G. McCoy
Attorney for the Plaintiff
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600
(312) 944-1870 (fax)
bmccoy@cvlo.com