UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (No. VI)                                                      MDL No. 875

(SEE ATTACHED SCHEDULE)

**ORDER VACATING CONDITIONAL REMAND ORDER**

       A conditional remand order was filed in the actions listed on the attached schedule on January 30, 2014. In the absence of any opposition, the conditional remand order was finalized with respect to these actions on February 7, 2014. The Panel has now determined that the civil actions on the attached schedule were included on the conditional remand order in error.

       IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on January 30, 2014, is VACATED insofar as it relates to these actions.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                              MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11−64036 | WIE | 2 | 00−00881 | SVATEK v. ACANDS INC et al |
| PAE | 2 | 09−60440 | WIE | 2 | 97−00447 | JONES et al v. ACANDS INC et al |

\* − denotes that the civil action has been severed.