# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:  **March 27, 2014**

LOCATION OF HEARING SESSION:  United States Courthouse Annex
Courtroom 15B
333 West Broadway
San Diego, California  92101

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **March 10, 2014.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, United States District for the Southern District of California

# UNITED STATES JUDICIAL PANEL
### on
# MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on March 27, 2014, the Panel will convene a hearing session in San Diego, California, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

Marjorie O. Rendell          Charles R. Breyer
Lewis A. Kaplan              Sarah S. Vance
Ellen Segal Huvelle

## SCHEDULE OF MATTERS FOR HEARING SESSION
March 27, 2014 -- San Diego, California


## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

(This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.)


MDL No. 2515 –   **IN RE: PILOT FLYING J FUEL REBATE CONTRACT LITIGATION (NO. II)**

Motion of defendants Pilot Corporation and Pilot Travel Centers LLC to transfer the following actions to the United States District Court for the Eastern District of Tennessee:

Middle District of Alabama

SHORELINE TRANSPORTATION OF ALABAMA USA, INC. V. PILOT CORPORATION, ET AL., C.A. No. 2:13‑00362

Northern District of Alabama

OSBORN TRANSPORTATION, INC. V. PILOT CORPORATION, ET AL., C.A. No. 4:13‑00897

Southern District of Alabama

WRIGHT TRANSPORTATION, INC. V. PILOT CORPORATION, ET AL., C.A. No. 1:13‑00352

District of New Jersey

NATIONAL RETAIL TRANSPORTATION, INC., ET AL. V. PILOT CORPORATION, ET AL., C.A. No. 2:13‑04798
MARIO'S EXPRESS SERVICE, INC. V. PILOT CORPORATION, ET AL., C.A. No. 2:13‑05398

District of New Mexico

TRIPLE D SUPPLY, LLC, ET AL. V. PILOT CORPORATION, ET AL., C.A. No. 2:13‑00655

Southern District of Ohio

FST EXPRESS, INC. V. PILOT TRAVEL CENTERS, LLC, C.A. No. 2:13−01005

MDL No. 2516 −   **IN RE: AGGRENOX ANTITRUST LITIGATION**

Motion of defendants Boehringer Ingelheim Pharmaceuticals, Inc.; Barr Pharmaceuticals, Inc.; Barr Laboratories Inc.; Duramed Pharmaceuticals Inc.; Duramed Pharmaceuticals Sales Corp.; and Teva Pharmaceuticals USA, Inc., to transfer the following actions to the United States District Court for the District of Connecticut:

District of Connecticut

A.F. OF L. − A.G.C. BUILDINGS TRADE WELFARE PLAN V. BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, ET AL., C.A. No. 3:13−01716
PAINTERS DISTRICT COUNCIL NO. 30 HEALTH & WELFARE FUND V. BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, ET AL., C.A. No. 3:13−01763
PROFESSIONAL DRUG COMPANY, INC. V. BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, ET AL., C.A. No. 3:13−01776

Eastern District of Pennsylvania

MIAMI−LUKEN, INC. V. BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, ET AL., C.A. No. 2:13−06543
INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 132 HEALTH AND WELFARE FUND V. TEVA PHARMACEUTICALS USA, INC., ET AL. C.A. No. 2:13−06579
PLUMBERS & PIPEFITTERS LOCAL 178 HEALTH & WELFARE TRUST FUND V. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 2:13−06692
UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1776 PARTICIPATING EMPLOYERS HEALTH AND WELFARE FUND V. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 2:13−06734
ROCHESTER DRUG CO−OPERATIVE, INC. V. BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG, ET AL., C.A. No. 2:13−06992
FRATERNAL ORDER OF POLICE MIAMI LODGE 20, INSURANCE TRUST FUND V. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 2:13−06999
MAN−U SERVICE CONTRACT TRUST FUND V. TEVA PHARMACEUTICALS USA, INC., ET AL., C.A. No. 2:13−07068

Middle District of Tennessee

PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST V. TEVA
PHARMACEUTICALS USA, INC., ET AL., C.A. No. 3:13‒01382

**MDL No. 2517 ‒ IN RE: TOYS"R"US, INC., WAGE AND HOUR EMPLOYMENT
PRACTICES LITIGATION**

Motion of defendant Toys"R"US‒Delaware, Inc., to transfer the following actions to the
United States District Court for the Central of California:

Central District of California

HICKS V. TOYS"R"US, INC., ET AL., C.A. No. 2:13‒01302

Eastern District of California

SMITH V. TOYS"R"US‒DELAWARE, INC., C.A. No. 1:13‒00254

**MDL No. 2518 ‒ IN RE: PERRIGO‒MANUFACTURED GLUCOSAMINE
PRODUCTS MARKETING AND SALES PRACTICES
LITIGATION**

Motion of plaintiffs Christopher Nelson, Marc Group, John J. Gross, and Brian Calvert to
transfer the following actions to the United States District Court for the District of Maryland:

Southern District of California

ECKLER V. WAL‒MART STORES, INC., C.A. No. 3:12‒00727
NUNEZ V. SUPERVALU, INC., ET AL., C.A. No. 3:13‒00626

District of Delaware

NELSON V. WALGREEN CO., C.A. No. 1:13‒01871

Southern District of Florida

GROUP V. WALGREEN CO., C.A. No. 9:13‒81105

Northern District of Illinois

GUILIN V. WALGREENS COMPANY, C.A. No. 1:11‒07763

- 3 -

District of New Jersey

GROSS V. WALGREEN CO., C.A. No. 1:13−06630

Southern District of New York

QUINN, ET AL. V. WALGREEN CO., C.A. No. 7:12−08187

Western District of Pennsylvania

CALVERT V. WALGREEN CO., C.A. No. 2:13−01161

MDL No. 2519 −   **IN RE: AIG WORKERS COMPENSATION INSURANCE POLICYHOLDER LITIGATION**

Motion of defendants American International Overseas Limited; AIG Risk Management Inc.; AIU Insurance Company; American Fuji Fire and Marine Insurance Company; American Home Assurance Company; Chartis Property Casualty Company (n.k.a. AIG Property Casualty Company); Commerce and Industry Insurance Company; Granite State Insurance Company; Illinois National Insurance Company; The Insurance Company of the State of Pennsylvania; National Union Fire Insurance Company of Pittsburgh, PA; New Hampshire Insurance Company; and Yosemite Insurance Company to transfer the following actions to the United States District Court for the Northern District of Illinois:

Northern District of California

FRANJO, INC. V. AMERICAN INTERNATIONAL GROUP, INC., ET AL., C.A. No. 4:13−04685

Northern District of Illinois

BEACH MEDICAL MARKETING, INC. V. AMERICAN INTERNATIONAL GROUP, INC., ET AL., C.A. No. 1:13−08250

District of New Jersey

JPS COLLISION, INC. V. AMERICAN INTERNATIONAL GROUP, INC., ET AL, C.A. No. 2:13−05990

Southern District of New York

JAYARVEE, INC., ET AL. V. AMERICAN INTERNATIONAL GROUP, INC., ET AL., C.A. No. 1:13−07137

MDL No. 2520 –  **IN RE: CHEMED CORPORATION SHAREHOLDER DERIVATIVE LITIGATION**

Motion of plaintiff Mildred A. North to transfer the following actions to the United States District Court for the Southern District of Ohio:

District of Delaware

KBC ASSET MANAGEMENT N.V. V. MCNAMARA, ET AL., C.A. No. 1:13–01854

Southern District of Ohio

NORTH V. MCNAMARA, ET AL., C.A. No. 1:13–00833

MDL No. 2521 –  **IN RE: LIDODERM ANTITRUST LITIGATION**

Motion of plaintiffs United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund and Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund to transfer the following actions to the United States District Court for the Northern District of California:

Northern District of California

UNITED FOOD AND COMMERCIAL WORKERS LOCAL 1776 & PARTICIPATING EMPLOYERS HEALTH AND WELFARE FUND V. TEIKOKU PHARMA USA, INC., ET AL., C.A. No. 3:13–05257
FRATERNAL ORDER OF POLICE, FORT LAUDERDALE LODGE 31, INSURANCE TRUST FUND V. TEIKOKU PHARMA USA, INC., ET AL., C.A. No. 3:13–05280

District of Minnesota

GREATER METROPOLITAN HOTEL EMPLOYERS–EMPLOYEES HEALTH AND WELFARE FUND, ET AL. V. ENDO PHARMACEUTICALS INC., ET AL., C.A. No. 0:13–03399

Eastern District of Pennsylvania

DROGUERIA BETANCES, INC. V. ENDO PHARMACEUTICALS, INC., ET AL., C.A. No. 2:13–06542
ROCHESTER DRUG CO–OPERATIVE, INC. V. ENDO PHARMACEUTICALS INC., ET AL., C.A. No. 2:13–07217

District of Rhode Island

CITY OF PROVIDENCE, RHODE ISLAND V. ENDO PHARMACEUTICALS, INC., ET AL., C.A. No. 1:13‑00771

Middle District of Tennessee

PIRELLI ARMSTRONG RETIREE MEDICAL BENEFITS TRUST V. TEIKOKU PHARMA USA, INC., ET AL., C.A. No. 3:13‑01378

MDL No. 2522 –   **IN RE: TARGET CORPORATION CUSTOMER DATA SECURITY BREACH LITIGATION**

Motion of plaintiff Ann Michael Lagarde to transfer of certain of the following actions to the United States District Court for the Middle District of Louisiana or, in the alternative, the United States District Court for the Eastern District of Louisiana; motion of plaintiffs Christina L. Rothschild, et al., to transfer of certain of the following actions to the United States District Court for the District of Utah; and motion of plaintiffs Marcie Ashenfarb, et al., to transfer of certain of the following actions to the United States District Court for the District of Minnesota:

Central District of California

KLEIN V. TARGET CORPORATION, ET AL., C.A. No. 8:13‑01974

Northern District of California

KIRK V. TARGET CORPORATION, C.A. No. 3:13‑05885
WREDBERG V. TARGET CORPORATION, C.A. No. 3:13‑05901
GUZMAN, ET AL. V. TARGET CORPORATION, C.A. No. 3:13‑05953

Southern District of California

BOHANNON V. TARGET CORPORATION, C.A. No. 3:13‑03139

District of Colorado

COUNCIL V. TARGET CORPORATION, C.A. No. 1:13‑03479

Middle District of Florida

CRUZ V. TARGET CORPORATION, C.A. No. 8:13‑03200
KWAN V. TARGET CORPORATION, ET AL., C.A. No. 8:13‑03252

    <u>Southern District of Florida</u>

GRAY V. TARGET CORPORATION, C.A. No. 0:13−62769

    <u>Northern District of Illinois</u>

IN RE: TARGET CORPORATION CUSTOMER SECURITY BREACH
LITIGATION, C.A. No. 1:13−09070
MCCARTER V. TARGET CORPORATION, C.A. No. 1:13−09147
NOVAK, ET AL. V. TARGET CORPORATION, C.A. No. 1:13−09165
MCPHERSON V. TARGET CORPORATION, C.A. No. 1:13−09188
ELLIS V. TARGET CORPORATION, C.A. No. 1:13−09232
VASQUEZ, ET AL. V. TARGET CORPORATION, ET AL., C.A. No. 1:13−09279

    <u>Southern District of Illinois</u>

SWITZER, ET AL. V. TARGET CORPORATION, C.A. No. 3:13−01319

    <u>Eastern District of Louisiana</u>

HAWKINS V. TARGET CORPORATION, C.A. No. 2:13−06770

    <u>Middle District of Louisiana</u>

LAGARDE V. TARGET CORPORATION OF MINNESOTA, ET AL., C.A.
No. 3:13−00821

    <u>District of Massachusetts</u>

TIRADO V. TARGET CORPORATION, ET AL., C.A. No. 1:13−13212
HELLER V. TARGET CORPORATION, C.A. No. 1:13−13257
DERBA V. TARGET CORPORATION, C.A. No. 1:13−13267

    <u>District of Minnesota</u>

HORTON V. TARGET CORPORATION, ET AL., C.A. No. 0:13−03583
BURKSTRAND, ET AL. V. TARGET CORPORATION, C.A. No. 0:13−03593
ALONSO III V. TARGET CORPORATION, C.A. No. 0:13−03601
REED V. TARGET CORPORATION, C.A. No. 0:13−03617
ASHENFARB, ET AL. V. TARGET CORPORATION, C.A. No. 0:14−00010
SAVEDOW V. TARGET CORPORATION, C.A. No. 0:14−00054

Eastern District of Missouri

RANSOM, ET AL. V. TARGET CORPORATION, ET AL., C.A. No. 4:13‒02591

Eastern District of New York

SHANLEY, ET AL. V. TARGET CORPORATION, C.A. No. 2:13‒07279

District of Oregon

PURCELL V. TARGET CORPORATION, C.A. No. 3:13‒02274

District of Rhode Island

KNOWLES, ET AL. V. TARGET CORPORATION, C.A. No. 1:13‒00793

District of Utah

ROTHSCHILD, ET AL. V. TARGET, C.A. No. 1:13‒00178

Western District of Washington

SYLVESTER V. TARGET CORPORATION, C.A. No. 2:13‒02286

MDL No. 2523 ‒   **IN RE: OXYELITE PRO AND JACK3D PRODUCTS LIABILITY LITIGATION**

Motion of defendant USPlabs, LLC, to transfer the following actions to the United States District Court for the Eastern District of Pennsylvania or, in the alternative, the United States District Court for the Western District of Texas:

Southern District of California

CAMPOS, ET AL. V. USPLABS, LLC, ET AL., C.A. No. 3:13‒02891
REED, ET AL. V. USPLABS, LLC, ET AL., C.A. No. 3:13‒03135

Northern District of Florida

PAYNE, ET AL. V. USPLABS, LLC, ET AL., C.A. No. 4:13‒00627

Southern District of Florida

MAZZEO V. USPLABS, LLC, C.A. No. 0:13‒62639

- 8 -

District of Hawaii

VAN HOUTEN V. USPLABS, LLC, ET AL., C.A. No. 1:13−00635
WAIKIKI V. USPLABS, LLC, ET AL., C.A. No. 1:13−00639

Eastern District of Pennsylvania

BATTUELLO V. USPLABS, LLC, ET AL., C.A. No. 2:13−04101

Western District of Texas

SPARLING, ET AL. V. DOYLE, ET AL., C.A. No. 3:13−00323
OGBONNA V. USPLABS, LLC, ET AL., C.A. No. 3:13−00347

MDL No. 2524 −   **IN RE: HEALTH MANAGEMENT ASSOCIATES, INC., QUI TAM LITIGATION (NO. II)**

Motion of the United States of America to transfer the following actions to the United States District Court for the Middle District of Florida:

Middle District of Florida

UNITED STATES OF AMERICA, ET AL. V. HEALTH MANAGEMENT ASSOCIATES, INC., ET AL., C.A. No. 2:11−00014
NAPOLIELLO V. HEALTH MANAGEMENT ASSOCIATES, INC., C.A. No. 8:08−01795

Southern District of Florida

UNITED STATES OF AMERICA, EX REL. V. HEALTH MANAGEMENT ASSOCIATES, INC., C.A. No. 0:11−62445

Middle District of Georgia

UNITED STATES, EX REL ET AL. V. HOSPITAL MANAGEMENT ASSOCIATES, INC., ET AL., C.A. No. 3:09−00135
WILLIAMS, EX REL V. HEALTH MANAGMENT ASSOCIATES INC., ET AL., C.A. No. 3:12−00151

Northern District of Illinois

PLANTZ, ET AL. V. HEALTH MANAGEMENT ASSOCIATES INC., ET AL., C.A. No. 1:13−01212

Western District of North Carolina

MASON, ET AL. V. HEALTH MANAGEMENT ASSOCIATES, INC., ET AL., C.A. No. 3:10‒00472

Eastern District of Pennsylvania

UNITED STATES OF AMERICA, EX REL MILLER, ET AL. V. HEALTH MANAGEMENT ASSOCIATES, INC., C.A. No. 5:10‒03007

District of South Carolina

USA, ET AL. V. HEALTH MANAGEMENT ASSOCIATES INC., ET AL., C.A. No. 0:11‒01713

MDL No. 2526 ‒   **IN RE: ERIC FLORES LITIGATION (NO. II)**

Motions, as amended, of plaintiff Eric Flores to transfer the following actions to the United States District Court for the District of District of Columbia:

Southern District of Ohio

FLORES V. U.S. ATTORNEY GENERAL, ET AL., C.A. No. 2:14‒00084

Western District of Washington

FLORES V. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL., C.A. No. 2:12‒02044

Western District of Wisconsin

FLORES V. UNITED STATES ATTORNEY GENERAL, ET AL., C.A. No. 3:14‒00043

Southern District of West Virginia

FLORES V. UNITED STATES ATTORNEY GENERAL, ET AL., C.A. No. 2:14‒03647

MDL No. 2527 –   **IN RE: FIRST NATIONAL COLLECTION BUREAU, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Motion of defendant First National Collection Bureau, Inc., to transfer the following actions to the United States District Court for the Southern District of California:

Eastern District of California

NEAL V. FIRST NATIONAL COLLECTION BUREAU, INC., C.A. No. 2:13–01206

Southern District of California

HUNTER V. FIRST NATIONAL COLLECTION BUREAU, INC., C.A. No. 3:13–01515

District of Nevada

BEELL V. FIRST NATIONAL COLLECTION BUREAU, INC., C.A. No. 2:13–01303

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 –        **IN RE: ASBESTOS PRODUCTS LIABILITY
                     LITIGATION (NO. VI)**

Opposition of defendant Owens‑Illinois, Inc., to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Western District of Wisconsin:

Western District of Wisconsin

SOUJA, ET AL. V. INC. OWENS‑ILLINOIS, ET AL., C.A. No. 3:99‑00475

MDL No. 1203 –       **IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/
                     DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Betty Lou Adams to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Western District of Oklahoma

ADAMS V. PFIZER INC., ET AL., C.A. No. 5:14‑00068

MDL No. 1334 –       **IN RE: MANAGED CARE LITIGATION**

Opposition of defendants UnitedHealthcare of New York, Inc.; UnitedHealthcare Insurance Company; UnitedHealthcare Plan of the River Valley, Inc.; UnitedHealthcare of North Carolina; MAMSI Life and Health Insurance Company; and UnitedHealth Group Incorporated, to remand, under 28 U.S.C. § 1407(a), of their respective following actions to their respective transferor courts:

District of Connecticut

CT STATE MEDICAL V. UNITED HEALTHCARE, ET AL., C.A. No. 3:01‑01498
LAUGEL V. UNITED HEALTHCARE, ET AL., C.A. No. 3:01‑01499

Eastern District of North Carolina

NORTH CAROLINA MEDIC V. UNITEDHEALTH GROUP, ET AL., C.A. No. 5:04‑00410

Southern District of New York

MEDICAL SOCIETY V. UNITED HEALTHCARE, ET AL., C.A. No. 1:01‑08372
BORRERO, ET AL. V. UNITED HEALTHCARE, ET AL., C.A. No. 1:01‑08374

Middle District of Tennessee

TENNESSEE MEDICAL V. UNITED HEALTHGROUP, ET AL., C.A. No. 3:02‑00497
ROSENBERG V. UNITED HEALTHGROUP, ET AL., C.A. No. 3:02‑00499

MDL No. 1760 –   **IN RE: AREDIA AND ZOMETA PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Elizabeth M. Kuzara, Ina Carolyn Cherry, Shelly Martin, and Anne Francis Davis to remand, under 28 U.S.C. § 1407(a), of their respective following actions to the United States District Court for the Southern District of New York:

Southern District of New York

KUZARA V. NOVARTIS PHARMACEUTICALS CORPORATION, C.A. No. 1:06‑04463
CHERRY V. NOVARTIS PHARMACEUTICALS CORPORATION, C.A. No. 1:06‑06151
MARTIN V. NOVARTIS PHARMACEUTICALS CORPORATION, C.A. No. 1:06‑06506
DAVIS V. NOVARTIS PHARMACEUTICALS CORPORATION, C.A. No. 1:06‑08297

MDL No. 1840 –   **IN RE: MOTOR FUEL TEMPERATURE SALES PRACTICES LITIGATION**

Oppositions of plaintiffs and defendant Chevron USA, Inc., to remand, under 28 U.S.C. § 1407(a), of their respective following actions to their respective transferor courts:

Middle District of Alabama

WILLIAMS, ET AL. V. BP CORPORATION NORTH AMERICA, INC., ET AL., C.A. No. 2:07‑00179
COOK, ET AL. V. HESS CORPORATION, ET AL., C.A. No. 2:07‑00750

Eastern District of Arkansas

JONES, ET AL. V. EZ MART STORES INC., ET AL., C.A. No. 4:07‑00246

District of Arizona

PAYNE, ET AL. V. CHEVRON USA, INC., ET AL., C.A. No. 2:07‒00478

Southern District of Florida

REDSTONE, ET AL. V. CHEVRON USA, INC., ET AL., C.A. No. 1:07‒20751

Northern District of Georgia

RUTHERFORD, ET AL. V. MURPHY OIL USA, INC., ET AL., C.A. No. 4:07‒00113
RUTHERFORD, ET AL. V. RACETRAC PETROLEUM, INC., C.A. No. 4:07‒00124

Western District of Kentucky

KEEN EXPLORATION, LLC, ET AL. V. AMOCO OIL COMPANY, ET AL.,
C.A. No. 5:07‒00014

Eastern District of Louisiana

LALOR V. BP CORPORATION NORTH AMERICA, INC., ET AL., C.A.
No. 2:07‒03985

District of Maryland

SAGALYN V. CHEVRON USA, INC., ET AL., C.A. No. 8:07‒00430

Western District of Missouri

DONALDSON, ET AL. V. BP CORPORATION NORTH AMERICA, INC., ET AL.,
C.A. No. 4:07‒00093

Southern District of Mississippi

WASH V. CHEVRON USA, INC., ET AL., C.A. No. 4:07‒00037

Eastern District of North Carolina

NEESE, ET AL. V. ABERCROMBIE OIL CO. INC., ET AT., C.A. No. 5:07‒00091

District of New Mexico

BARKER, ET AL. V. CHEVRON USA, ET AL., C.A. No. 2:07‒00293

- 14 -

District of Nevada

KOHUT, ET AL. V. CHEVRON USA, INC., ET AL., C.A. No. 2:07−00285

Western District of Oklahoma

MASSEY, ET AL. V. BP CORPORATION NORTH AMERICA INC., ET AL.,
C.A. No. 5:07−00102
CARY, ET AL. V. BP CORPORATION NORTH AMERICA INC., ET AL.,
C.A. No. 5:07−00155
BOWER, ET AL. V. 7−ELEVEN, INC., ET AL., C.A. No. 5:07−00779

District of South Carolina

KORLESKI V. BP CORPORATION NORTH AMERICA INC., ET AL.,
C.A. No. 6:07−03218

Eastern District of Tennessee

SHIELDS, ET AL. V. RACETRAC PETROLEUM, INC., ET AL., C.A. No. 1:07−00169

Middle District of Tennessee

CONLIN, ET AL. V. CHEVRON USA, INC., ET AL., C.A. No. 3:07−00317

Western District of Tennessee

FOSTER, ET AL. V. BP NORTH AMERICA PETROLEUM, INC., ET AL.,
C.A. No. 2:07−02059

Eastern District of Texas

CRAFT V. THE KROGER CO, C.A. No. 1:07−00271
COUCH, ET AL. V. BP PRODUCTS, ET AL., C.A. No. 6:07−00291

District of Utah

JENKINS, ET AL. V. AMOCO OIL, C.A. No. 2:07−00661

Eastern District of Virginia

GRAHAM V. CHEVRON USA, INC., ET AL., C.A. No. 1:07−00193

MDL No. 1871 –  **IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Charles Gore; Mark Morehead, et al.; and James La Fountaine, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Middle District of Alabama

GORE V. GLAXOSMITHKLINE, LLC, C.A. No. 3:13–00897

Northern District of California

MOREHEAD, ET AL. V. MCKESSON CORPORATION, ET AL., C.A. No. 3:13–05842
LA FOUNTAINE, ET AL. V. MCKESSON, ET AL., C.A. No. 4:13–05841
STADIG, ET AL. V. MCKESSON CORPORATION, ET AL., C.A. No. 4:14–00416

MDL No. 1964 –  **IN RE: NUVARING PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Rhonda Major–Mack; Ashley Rifenberg, et al.; Tammy L. Stevens; and Leslie Flourney, ET AL., to transfer of their respective following actions to the United States District Court for the Eastern District of Missouri:

Northern District of California

MAJOR–MACK V. ORGANON USA, INC., ET AL., C.A. No. 3:13–05421
RIFENBERY, ET AL. V. ORGANON USA, INC., ET AL., C.A. No. 3:13–05463
STEVENS V. ORGANON USA, INC., ET AL., C.A. No. 3:13–05713
FLOURNEY, ET AL. V. ORGANON USA, INC., ET AL., C.A. No. 3:14–00037

MDL No. 2100 –  **IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Maryam T. Bennett, et al., to remand, under 28 U.S.C. § 1407(a), the following action to the United States District Court for the Northern District of Georgia:

Northern District of Georgia

BENNETT, ET AL. V. BAYER HEALTHCARE PHARMACEUTICALS INC., ET AL., C.A. No. 2:13–00112

- 16 -

MDL No. 2165 –   **IN RE: ENDANGERED SPECIES ACT SECTION 4 DEADLINE LITIGATION**

Opposition of plaintiffs Xerces Society for Invertebrate Conservation, et al., to transfer of the following action to the United States District Court for the District of District of Columbia:

District of Oregon

XERCES SOCIETY FOR INVERTEBRATE CONSERVATION, ET AL. V. JEWELL, ET AL., C.A. No. 3:13‒01103

MDL No. 2323 –   **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

Opposition of plaintiffs Albert Lewis, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Western District of Missouri

LEWIS, ET AL. V. KANSAS CITY CHIEFS FOOTBALL CLUB, INC., C.A. No. 4:14‒00004

MDL No. 2325 –   **IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Senaida Garcia and Holly Hall to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Northern District of Texas

GARCIA V. ETHICON INC., ET AL., C.A. No. 3:13‒04775

Southern District of Texas

HALL V. AMERICAN MEDICAL SYSTEMS, INC., C.A. No. 4:14‒00081

MDL No. 2387 –   **IN RE: COLOPLAST CORP. PELVIC SUPPORT SYSTEMS PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Santa Del Angel to transfer of the following action to the United States District Court for the Southern District of West Virginia:

Southern District of Texas

DEL ANGEL V. SHAMOON DOCTOR, M.D., ET AL., C.A. No. 1:13−00235

MDL No. 2416 –   **IN RE: CAPITAL ONE TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Opposition of plaintiff David T. Gilchrist to transfer of the following actions to the United States District Court for the Northern District of Illinois:

Western District of Washington

GILCHRIST V. CAPITAL ONE SERVICES LLC, C.A. No. 3:14−05020
GILCHRIST V. CAPITAL ONE SERVICES LLC, C.A. No. 3:14−05021

MDL No. 2478 –   **IN RE: CONVERGENT TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Motion of defendant Convergent Outsourcing, Inc., to transfer the following action to the United States District Court for the District of Connecticut:

Middle District of Florida

MEININGER V. TARGET NATIONAL BANK, ET AL., C.A. No. 8:12−00871

MDL No. 2493 –   **IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Opposition of defendant Honeywell International, Inc., to transfer of the following action to the United States District Court for the Northern District of West Virginia:

Southern District of West Virginia

MEY, ET AL. V. HONEYWELL INTERNATIONAL, INC., ET AL., C.A. No. 2:12−01721

## RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)    Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)    Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

      (i)    The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c)    Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

      (i)    the dispositive issue(s) have been authoritatively decided; or

      (ii)    the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)    Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

      (i)    Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

      (ii)    The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

(e)    Duty to Confer.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)    Time Limit for Oral Argument.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.