*OFFICE OF THE CLERK*

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WISCONSIN

*120 North Henry Street, Room 320 ● Madison, WI 53703 ● 608-264-5156*

February 24, 2014

Mr. Jeffery N. Luthi, Clerk
U.S. Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, NE
Washington, DC  20002-8041

      Re:     Prust v. Weyerhaeuser Company, et al.
              WD WI Case No. 14-cv-143

Dear Mr. Luthi:

      Enclosed please find a copy of the complaint and docket sheet in the above-captioned case for consideration as a possible tag-along asbestos action.

      Please feel free to contact us if you have any questions.

                    Sincerely,

                    PETER OPPENEER, CLERK OF COURT

                    By:     s/ Lori Jensen

                        Deputy Clerk