## BEFORE THE JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| ------------------------------------------------------ x | | |
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : | MDL NO. 875 |
| ------------------------------------------------------ x | | |
| This Document Relates To: | : | |
| ------------------------------------------------------ x | | |
| GARY SOUJA, Individually and as Special Administrator for the Estate of OSWALD F. SUOJA, Deceased, | : : : : | Transferred from the Western District of Wisconsin Case No. 99-00475 |
| Plaintiff, | : : | |
| v. | : : | Transferred to the Eastern District of Pennsylvania |
| OWENS-ILLINOIS, INC., | : : | Case No. 09-60256 |
| Defendant. | : | |
| ------------------------------------------------------ x | | |

### DEFENDANT OWENS-ILLINOIS, INC.'S
### <u>WITHDRAWAL OF MOTION TO VACATE THE CRO</u>

Pursuant to 28 U.S.C. § 1407(a) and Rule 10.2 of the Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant Owens-Illinois, Inc. withdraws the Notice of Opposition to CRO (ECF No. 4) and the Motion to Vacate the CRO (ECF No. 8) based on the MDL 875 order of February 24, 2014, granting Plaintiff's Motion to Amend the Record (Ex. A).

- 2 -

Dated:  February 25, 2014			Respectfully submitted,


					By: /s/ Brian O. Watson
					    Edward Casmere
					    Brian O. Watson
					    Schiff Hardin LLP
					    233 S. Wacker Dr. Suite 6600
					    Chicago, Illinois  60606
					    (312) 258-5500
					    (312) 258-5600 (facsimile)
					    *Attorneys for Owens-Illinois, Inc.*