# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS     :    Consolidated Under
LIABILITY LITIGATION (No. VI) :    MDL DOCKET NO. 875
                        :
SOUJA                   FILED :
                        :
    v.            13 2014 :
                        :
VARIOUS DEFENDANTS   MICHAEL E. KUNZ, Clerk
                   By_____Dep. Clerk   E.D. Pa Case No. 09-60256

<u>O R D E R</u>

**AND NOW**, this **24th** day of **February, 2014**, it is hereby
**ORDERED** that Plaintiff's Motion to Amend the Record (ECF No. 148)
is **GRANTED**.[1] It is further **ORDERED** that the Clerk of Court remove
the designation "TERMINATED" from Defendant Owens-Illinois and
reinstate said Defendant as active on the docket.

                         **AND IT IS SO ORDERED.**

                         _____
                         EDUARDO C. ROBRENO, J.

---

[1]     Defendant Owens-Illinois filed a motion for partial
summary judgment as to Plaintiff's claims for conspiracy and
punitive damages. Plaintiff filed a statement of non-opposition
as to Defendant's motion based on conspiracy, but requested that
this Court defer or deny the punitive damages portion of the
motion pursuant to this Court's decision in <u>Anderson v. A.W.
Chesterton</u>, No 11-63482, Doc No. 354 (E.D. Pa May 15, 2012)
(Robreno, J.). The Court granted the unopposed portion of
Defendant's partial motion for summary judgment on November 8,
2012. It appears from the docket that Owens-Illinois was then
marked terminated by the clerk's office.

      However, Plaintiff has remaining claims for products
liability and loss of consortium against Defendant Owens-
Illinois. Moreover, the Court entered a suggestion of remand on
December 16, 2013 and severed the punitive damages claims.
Therefore, Owens-Illinois should be marked as an active defendant
on the docket as to those claims.