**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**


**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Souja, et al.  v. Inc. Owens-Illinois, et al., | ) | |
| E.D. Pennsylvania, C.A. No. 2:09-60256 | ) | MDL No. 875 |
| (W.D. Wisconsin, C.A. No. 3:99-00475 | ) | |


**ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER**
**AND VACATING THE MARCH 27, 2014, HEARING SESSION ORDER**


A conditional remand order was filed in this action (*Souja*) on December 23, 2013.  Prior to expiration of that order's 7-day stay of transmittal, defendants in *Souja* filed a notice of opposition to the proposed remand.  Defendants subsequently withdrew their opposition to remand.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on December 23, 2013, is LIFTED.  The action is remanded to the Western District of Wisconsin.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 21, 2014, are VACATED insofar as they relate to this action.


FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel