## UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
### SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

April 10, 2014

Arthur Johnston
CLERK

501 E. Court St, Suite 2.500
Jackson, MS 39201

TELEPHONE
(601)608-4000

DIVISIONS
SOUTHERN at Gulfport
2012 15th Street
Suite 403 Zip 39501

EASTERN at Hattiesburg
701 Main St., Room 200 Zip 39401

NORTHERN at Jackson
501 E. Court St., Suite 2.500 Zip 39201

WESTERN at Jackson
501 E. Court St., Suite 2.500 Zip 39201

Jeffery N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, N.E. #G-255
Washington, DC 20002-8000

      Re:    Moulder vs. Phillips 66 Company, et al.
             Civil Action No. 3:14-cv-299 WHB-RHW

Dear Mr. Luthi:

      It has come to the attention of the clerk's office that the captioned litigation may involve issues related to Asebestos Product Liability Litigation, MDL 875. If so, this litigation may be subject to the jurisdiction of the Multidistrict Litigation Panel.

      According to the directive of your office, we enclose a copy of the notice of removal and docket sheet pertaining to this cause. By copy of this letter, we are noticing the attorneys for the parties of this action.

      If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

      Yours very truly,

      ARTHUR JOHNSTON, CLERK

      By: _____
            R. Lowery, Deputy Clerk

Enclosure
cc: Counsel of Record