IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS | : : : | |
| v. | : : : | FILED AUG 11 2014 |
| VARIOUS DEFENDANTS | : : | MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk |

**SIXTH SUGGESTION TO THE PANEL ON MULTIDISTRICT LITIGATION ("THE PANEL") CONCERNING FUTURE TAG-ALONG TRANSFERS**

**AND NOW**, this **8th** day of **August, 2014**, it is hereby **SUGGESTED** that the Panel decline to transfer and consolidate tag-along cases to MDL-875 from the Northern District of Ohio.[1]

It is so **SUGGESTED**.

EDUARDO C. ROBRENO
PRESIDING JUDGE, MDL-875

---

[1] The Court suggests that the Panel cease future transfers of cases from this jurisdiction for the same reasons set forth in the Suggestion to the Judicial Panel of Multidistrict Litigation Concerning Future Tag-Along Transfers, No. 01-md-875 (E.D. Pa. Nov. 23, 2011), ECF No. 8282. Specifically, all pending cases transferred from the Northern District of Ohio are under scheduling orders in which all discovery deadlines have passed and dispositive motions are pending.

1