BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: Asbestos Products Liability Litigation (No. VI)          MDL No. 875

## SCHEDULE OF ACTION

|   | Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Valerie K. Presley, Individually and as Special Administrator of the Estate of Cleveland Kite, Deceased | Air & Liquid Systems Corporation also known as Buffalo Pumps, Inc.<br><br>Altra Industrial Motion, Inc. formerly known as Colfax Power Transmission Group<br><br>Arvinmeritor, Inc.<br><br>Aurora Pump Company<br><br>A.W. Chesterton Company<br><br>Borg Warner Corporation by it successor-in-interest, Borg Warner Morse Tec, Inc.<br><br>Bucyrus International, Inc. also known as Bucyrus Erie<br><br>Bucyrus Mining Equipment also known as | S.D. Illinois | 14-cv-00712-NJR-SCW | Judge Nancy J. Rosenstengel |

| | | | | | |
|---|---|---|---|---|---|
| | | Bucyrus Erie | | | |
| | | Cameron International Corp. | | | |
| | | Carver Pump Company | | | |
| | | Caterpillar, Inc., individually and as successor to Bucyrus International, a/k/a Bucyrus Mining Equipment, a/k/a Bucyrus-Erie | | | |
| | | CBS Corporaton, merger to CBS Corporation, f/k/a Westinghouse Electric Corporation formerly known as Viacom, Inc. | | | |
| | | Certain-Teed Corporation | | | |
| | | Chicago Gasket Company | | | |
| | | Cleaver-Brooks, Inc. formerly known as Cleaver-Brooks, a division of Aqua-Chem, Inc. | | | |
| | | CNA Holdings, Inc. formerly known as Celanese Corp. | | | |
| | | Commonwealth | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Edison Company | | | |
| | | Continental Teves, Inc. | | | |
| | | Conwed Corporation | | | |
| | | Cooper Industries, LLC formerly known as Wagner Crane Brakes | | | |
| | | Crane Co. Sue individually and as successor-in-interest to Cochrane, Inc., a/k/a Jenkins Valves, Inc., a/k/a Pacific Pump, Inc. | | | |
| | | Crosby Valve & Gage Company | | | |
| | | Crown Cork & Seal Company, Inc. | | | |
| | | Crown Holdings, Inc. | | | |
| | | CSX Railroad doing business as L & N Railroad Company | | | |
| | | Cummins, Inc. | | | |
| | | Dana Companies, LLC | | | |
| | | Dap, Inc. | | | |
| | | Dover Corpora- | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | tion, Blackmer Division | | | |
| | | Draco Mechanical Supply, Inc | | | |
| | | Eaton Corporation formerly known as Cuttler-Hammer | | | |
| | | Eaton Hydraulics, LLC | | | |
| | | Elliott Company, I | | | |
| | | Excelsior Packing & Gaskets | | | |
| | | Exxon Mobil Corporation | | | |
| | | Flowserve Corporation sued individually and as successor-in-interest to BW/IP International, Inc., f/k/a Byron Jackson Pump Division and Pacific Pumps | | | |
| | | FMC Corporation sued as successor of Northern Pumps and Peerless Pumps | | | |
| | | Ford Motor Company | | | |
| | | Foster Wheeler Energy Corporartion | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | sued individually and as successor-in-interest to C.H. Wheeler | | | |
| | | Gardner Denver, Inc. | | | |
| | | General Electric Company | | | |
| | | Georgia-Pacific, LLC | | | |
| | | Goodyear Tire and Rubber Company, The | | | |
| | | General Gasket Corporation | | | |
| | | The Gorman-Rupp Company | | | |
| | | Goulds Pumps, Inc. | | | |
| | | Greene Tweed & Co., Inc | | | |
| | | Honeywell International, Inc. | | | |
| | | Illinois Tool Works, Inc. individually and as successor-in-interest to Devcon Corp. | | | |
| | | Imo Industries, Inc. individually and as successor-in-interest to Deleval Turbine, Inc. | | | |
| | | Ingalls Ship- | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | building a division of Huntington Ingalls Industries | | | |
| | | Ingersoll-Rand Company | | | |
| | | ITT Corporation formerly known as ITT Industries, Inc. | | | |
| | | John Crane, Inc. | | | |
| | | J.P. Bushnell Packing Supply Co. | | | |
| | | Kaiser Gypsum Company Inc. | | | |
| | | Kelly Moore Paint Company | | | |
| | | Lamons Gasket Company | | | |
| | | L & N Railroad Company doing business as CSX Railroad | | | |
| | | Meadwestvaco Corp. also known as Meade Corp. | | | |
| | | Metropolitan Life Insurance Company | | | |
| | | Motion Controls Industries, Inc. as successor-in-interest to Car- | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | lisle Corporation | | | |
| | | Nash Engineering Company formerly known as Garnder Denver Nash LLC | | | |
| | | Northrup Grumman doing business as Ingalls Shipyard | | | |
| | | Oakfabco, Inc. formerly known as Kewanee Boiler Corp. | | | |
| | | Owens-Illinois, Inc. | | | |
| | | Pneumo Abex Corporation | | | |
| | | Riley Power, Inc. formerly known as Riley Stoker Corporation | | | |
| | | Rockwell Automation, Inc. | | | |
| | | Saint Gobain Abrasives, Inc. formerly known as Norton Co. | | | |
| | | Schneider Electric USA, Inc. individually and on behalf of Square D Company | | | |
| | | Sealing | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Equipment Products Co., Inc. also known as Sepco Corporation | | | |
| | | Sprinkmann Sons Corporation | | | |
| | | Taco, Inc. | | | |
| | | Trane US, Inc. formerly known as American Standard, Inc. | | | |
| | | Union Carbide Corporation | | | |
| | | United Technologies Corporation individually and as successor in interest to Pratt & Whitney | | | |
| | | Viking Pumps, Inc. | | | |
| | | Warren Pumps, LLC | | | |
| | | Weil-Mclain Company | | | |
| | | Whitney Automotive Group, Inc. formerly known as J.C. Whitney & Co. | | | |
| | | York International Corporation | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Young Group, LTD formerly known as Young Sales Corp. Young Insulation Group of St. Louis, Inc. Zurn Industries, LLC 3M also known as Minnesota Mining and Manufacturing Company Flowserve Corporation formerly known as Durco International, successor-in-interest to the Duriron Co., Inc. | | | |