

ELECTRONICALLY FILED
5/4/2011 10:52 AM
CV-2011-900034.00
CIRCUIT COURT OF
MARENGO COUNTY, ALABAMA
RUSTY NICHOLS, CLERK

## IN THE CIRCUIT COURT OF MARENGO COUNTY, STATE OF ALABAMA

| | |
|---|---|
| CLEVELAND G. KITE ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| BILL VANN COMPANY, INC. ) | |
| ) | |
| MOTION INDUSTRIES, INC. ) | |
| ) | |
| WARRIOR 1-STOP BUILDING ) | Civil Action No.: |
| SUPPLY ) | |
| ) | |
| ABB, INC. ) | |
| ) | _____ |
| AMERICAN STANDARD, INC. ) | |
| ) | |
| AURORA PUMP ) | |
| ) | JURY DEMAND |
| A.W. CHESTERTON COMPANY ) | |
| ) | |
| BUFFALO PUMPS, INC. ) | |
| ) | |
| CAMERON INTERNATIONAL ) | |
| CORPORATION ) | |
| ) | |
| CATERPILLAR, INC. ) | |
| ) | |
| CBS CORPORATION, f/k/a ) | |
| Viacom, Inc., successor by merger to ) | |
| CBS Corporation, f/k/a ) | |
| Westinghouse Electric Corporation ) | |
| ) | |
| CLEAVER-BROOKS, INC., a ) | |
| division of Aqua Chem, Inc. ) | |
| ) | |
| COOPER INDUSTRIES, INC. ) | |
| ) | |
| CRANE COMPANY ) | |
| ) | |
| CROWN CORK & SEAL ) | |
| COMPANY, INC., individually and ) | |
| as successor in interest to Mundet ) | |
| Cork Corporation ) | |
| ) | |



A

CROWN HOLDINGS, INC.                          )
                                             )
CUMMINS, INC.                                )
                                             )
DANA COMPANIES, LLC, f/k/a                   )
**Dana Corporation,** as successor in        )
interest to **Victor Manufacture &**         )
**Gasket Company**                           )
                                             )
DANA HOLDING                                 )
CORPORATION                                  )
                                             )
EATON CORPORATION                            )
                                             )
EATON HYDRAULICS, LLC,                       )
individually and as successor in             )
interest to **Vickers, Inc.**                )
                                             )
FLOWSERVE CORPORATION,                       )
f/k/a **Durco International, Inc.,**          )
successor in interest to the **Duriron**     )
**Company, Inc.**                            )
                                             )
FOSTER-WHEELER                               )
CORPORATION                                  )
                                             )
GENERAL ELECTRIC                             )
COMPANY                                      )
                                             )
GENERAL MOTORS LLC,                          )
individually and as successor in             )
interest to **ACDelco**                      )
                                             )
GEORGIA-PACIFIC LLC                          )
                                             )
GOODYEAR TIRE & RUBBER                       )
COMPANY                                      )
                                             )
GORMAN-RUPP COMPANY                          )
                                             )
GOULDS PUMPS,                                )
INCORPORATED                                 )
                                             )
HONEYWELL                                    )
INTERNATIONAL, INC.                          )
                                             )

INGERSOLL-RAND COMPANY              )
                                    )
JOHN CRANE, INC., f/k/a John        )
Crane Packing Company               )
                                    )
LESLIE CONTROLS, INC.               )
                                    )
METROPOLITAN LIFE                   )
INSURANCE COMPANY                   )
                                    )
OAKFABCO, INC., f/k/a Kewanee       )
Boiler Corporation                  )
                                    )
ROCKWELL AUTOMATION,                )
INC., a/k/a Rockwell International   )
Corporation                         )
                                    )
SAINT-GOBAIN ABRASIVES,             )
INC., f/k/a Norton Company          )
                                    )
SCHNEIDER ELECTRIC USA,             )
INC., individually and on behalf of )
Square D Company                    )
                                    )
SEPCO CORPORATION                   )
                                    )
TRANE U.S., INC.                    )
                                    )
UNION CARBIDE                       )
CORPORATION, f/k/a Union            )
Carbide Chemicals and Plastics      )
Company, Inc.                       )
                                    )
UNITED TECHNOLOGIES                 )
CORPORATION, individually and       )
as successor in interest to Pratt & )
Whitney                             )
                                    )
VIKING PUMP                         )
                                    )
WARREN PUMPS, INC.                  )
                                    )
YORK INTERNATIONAL                  )
CORPORATION                         )
                                    )
JOHN DOE, 1-100, inclusive          )

premises owners, manufactures,      )
sellers or installers of asbestos-     )
containing materials and products   )
(Names & Addresses unknown)    )
                                  )
     **Defendants.**         )

## COMPLAINT

**COMES NOW** Plaintiff by and through counsel and files this Complaint stating as follows:

### BACKGROUND FACTS – PLAINTIFF

1.     Plaintiff, CLEVELAND G. KITE, (hereinafter "Kite" or "Plaintiff") a resident of Alabama, was exposed to asbestos dust, asbestos particles, asbestos containing materials and products that were produced, manufactured, specified for use, installed, distributed, sold and/or placed into the stream of commerce by the producer and/or distributor Defendants during his employment as a machinist, engine room worker, and security guard.

2.     As a result of his exposure to asbestos dust, asbestos particles, asbestos containing materials and products, Kite has been injured and suffers damages including being diagnosed with an asbestos related disease.

3.     At all times relevant hereto, with the exception of Metropolitan Life Insurance Company, the above-named Defendants were in control of premises and/or were manufacturers, processors, importers, converters, compounders, merchants, installers, removers, sellers, distributors, marketers, suppliers of asbestos, asbestos insulation materials, and/or asbestos-containing products (hereinafter referred to as "asbestos products"). In addition, each of the above-named Defendants, acting by and through their servants, agents and employees, caused such asbestos products to be sold and placed in the stream of commerce.

### BACKGROUND FACTS - THE DEFENDANTS

4.    The Plaintiff adopts, alleges, and incorporates herein by reference all of the averments and allegations set forth in the preceding paragraphs of this complaint as if fully set forth herein.

5.    With the exception of defendant, Metropolitan Life Insurance Company, each and every one of the following defendants produced, distributed, manufactured, installed, insured, owned, and/or maintained and/or controlled the premises, facilities and worksites containing asbestos-containing products and/or materials, including their own asbestos-containing products and/or materials and asbestos-containing products and/or materials produced or manufactured by others:

6.    Bill Vann Company, Inc., an Alabama corporation, may be served through its registered agent c/o William O. Vann, 2944 Redmont Park Lane, Birmingham, AL 35205.

7.    Motion Industries, Inc., a Delaware corporation with its principal place of business in Alabama, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

8.    Warrior 1-Stop Building Supply, an Alabama corporation incorporated in Marengo County, Alabama, may be served through its highest ranking officer at its principal place of business at 1005 Cypress Point East, Demopolis, AL 36732.

9.    ABB, Inc., f/k/a Asea Brown Boveri, f/k/a BBC Brown Boveri Electric, a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

10.   American-Standard, Inc., a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

11.     Aurora Pump, an Illinois corporation, may be served through its registered agent c/o Lynette Jones, 13175 Balantyne Corporate Place, Charlotte, NC 28277.

12.     A.W. Chesterton Company, a Massachusetts corporation, may be served through its registered agent, CT Corporation System, 818 West Seventh Street, Los Angeles, CA 90017.

13.     Buffalo Pumps, Inc., a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 111 Eighth Avenue, New York, NY 10011.

14.     Cameron International Corporation, a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

15.     Caterpillar, Inc., a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

16.     CBS Corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, f/k/a Westinghouse Electric Corporation, a Delaware corporation, may be served through its highest ranking officer at 1515 Broadway, 51st Floor, New York, NY 10036.

17.     Cleaver-Brooks, Inc., a division of Aqua Chem, Inc., a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

18.     Cooper Industries, Inc., an Ohio corporation, may be served through its registered agent c/o CT Corporation System, 707 Virginia Street East, Charleston, WV 25301.

19.     Crane Company, an Illinois corporation, may be served through its registered agent c/o CT Corporation System, 208 South LaSalle Street, Chicago, IL 60604.

20.     Crown Cork & Seal Company, Inc., individually and as successor in interest to Mundet Cork Corporation, a Pennsylvania corporation, may be served through its highest

ranking officer at One Crown Way, Philadelphia, PA 19154.

21.     Crown Holdings, Inc., a Pennsylvania corporation, may be served through its highest ranking officer at One Crown Way, Philadelphia, PA 19154.

22.     Cummins, Inc., an Indiana corporation, may be served through its registered agent c/o CSC Lawyers Incorporating Service, Inc., 150 South Perry Street, Montgomery, AL 36104.

23.     Dana Companies, LLC, f/k/a Dana Corporation, as successor in interest to Victor Manufacture & Gasket Company, a Virginia corporation, may be served through its registered agent c/o CT Corporation System, 1300 East Ninth Street, Suite 1010, Cleveland, OH 44114.

24.     Dana Holding Corporation, a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 1300 East Ninth Street, Suite 1010, Cleveland, OH 44114.

25.     Eaton Corporation, an Ohio corporation, may be served through its registered agent c/o CT Corporation System, 1300 East Ninth Street, Suite 1010, Cleveland, OH 44114.

26.     Eaton Hydraulics, LLC, individually and as successor in interest to Vickers, Inc., a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 1300 East Ninth Street, Suite 1010, Cleveland, OH 44114.

27.     Flowserve Corporation, f/k/a Durco International, Inc., successor in interest to the Duriron Company, Inc., a New York corporation, may be served through its registered agent c/o CT Corporation System, 111 Eighth Avenue, New York, NY 10011.

28.     Foster-Wheeler Corporation, a New York corporation, may be served through its registered agent c/o CT Corporation System, 111 Eighth Avenue, New York, NY 10011.

29.     General Electric Company, a New York corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery,

AL 36104.

30.     General Motors LLC, individually and as successor in interest to ACDelco, a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

31.     Georgia-Pacific LLC, individually and as successor in interest to Bestwall Gypsum Company, a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

32.     Goodyear Tire & Rubber Company, an Ohio corporation, may be served through its registered agent c/o CSC Lawyers Incorporating Service, Inc., 150 South Perry Street, Montgomery, AL 36104.

33.     Gorman-Rupp Company, an Ohio corporation, may be served through its registered agent c/o James C. Gorman, 600 South Airport Road, Mansfield, OH 44903.

34.     Goulds Pumps, Incorporated, a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

35.     Honeywell International, Inc., individually and as successor in interest to Allied Chemical Inc., f/k/a Bendix Corporation, a Delaware corporation, may be served through its registered agent c/o CSC Lawyers Incorporating Service, Inc., 150 South Perry Street, Montgomery, AL 36104.

37.     Ingersoll-Rand Company, a New Jersey corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

38.     John Crane, Inc., f/k/a John Crane Packing Company, a Delaware corporation,

8

may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

39.     Leslie Controls, Inc., a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 4701 Cox Road, Suite 301, Glen Allen, VA 23060.

40.     Metropolitan Life Insurance Company, a New York corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104. Metropolitan Life Insurance Company did not produce or distribute asbestos or asbestos containing products; rather, Metropolitan Life Insurance Company insured asbestos products.

41.     Oakfabco, Inc., f/k/a Kewanee Boiler Corporation, an Illinois corporation, may be served through its registered agent c/o Vanessa Cici Fry, 210 West 22nd Street, Suite 105, Oak Brook, Illinois 60523.

42.     Rockwell Automation, Inc., a/k/a Rockwell International Corporation, a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

43.     Saint-Gobain Abrasives, Inc., f/k/a Norton Company, a Massachusetts corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

44.     Schneider Electric USA, Inc., individually and on behalf of Square D Company, Inc., a Delaware corporation, may be served through its registered agent c/o CSC Lawyers Incorporating Service, Inc., 150 South Perry Street, Montgomery, AL 36104.

45.     Sepco Corporation, a California corporation, may be served through its registered agent c/o CT Corporation System, 818 West Seventh Street, Los Angeles, CA 90017.

46.    Trane U.S., Inc., a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

47.    Union Carbide Corporation, f/k/a Union Carbide Chemicals and Plastics Company, Inc., a New York corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

48.    United Technologies Corporation, individually and as successor interest to Pratt & Whitney, a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 120 South Central Avenue, Clayton, MO 63105.

49.    Viking Pump, Inc., a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 500 East Court Avenue, Des Moines, IA 50309.

50.    Warren Pumps, Inc., a Massachusetts corporation, may be served through its registered agent c/o CT Corporation System, 101 Federal Street, Boston, MA 02110.

51.    York International Corporation, a Delaware corporation, may be served through its registered agent c/o CT Corporation System, 2 North Jackson Street, Suite 605, Montgomery, AL 36104.

52.    Defendants JOHN DOE, 1-100, inclusive manufacturers, sellers, or installers of asbestos-containing products (Names & Addresses unknown), and/or in control of premises where asbestos containing products are/were in use, are Alabama or foreign corporations, partnerships, associations or other legal entities which transact business in the State of Alabama and in this county and which is capable of being sued. Once the identity and whereabouts of John Doe, 1-100, are established, said Defendants will be served with a copy of summons and complaint as provided by law. Defendants JOHN DOE, 1-100, are subject to the jurisdiction and venue of this Court.

## ALLEGATIONS

53.     Kite has been diagnosed with and suffers from an asbestos related disease as a result of his exposure to crocidolite, amosite, chrysotile, tremolite and other fibrous, incombustible, and chemical-resistant mineral substances commonly and generically referred to as "asbestos".

54.     Asbestos fibers are highly carcinogenic when inhaled or otherwise ingested into the human body and cause irreparable, progressive and deadly tissue damage which can manifest itself as malignant mesothelioma, lung cancer and other cancers.  Most airborne asbestos fibers are microscopic in size, fall at a very slow rate and can easily be "re-entrained" into the atmosphere.  All asbestos fibers are indestructible up to very high temperatures and do not disintegrate.  Asbestos fibers can be found suspended in the atmosphere of an industrial plant indefinitely, even many years after the ACMs from which the fibers were released are no longer in use.  Suspended asbestos fibers settle on all objects introduced into such environments, including, but not limited to, work clothing, and can be carried from place to place, even away from the work place, by the movement of the person wearing the clothing.  Such asbestos-laden clothing can contaminate a home, car or other locations by subsequently releasing asbestos fibers into the atmosphere of the new location.

55.     From approximately 1957 through 1993, Kite was exposed to asbestos and asbestos containing products.

56.     During the above-stated years, Kite, while working with and around asbestos and asbestos products manufactured and supplied by Defendants, was caused to inhale asbestos fibers which were released from the said products and became airborne during the products' intended use.

57.     At all times pertinent hereto, the product or products manufactured, distributed, sold and supplied by the defendant corporations reached Kite without any substantial changes in the condition of the product or products from the time they were sold.

58.     Each Defendant, both substantially prior to and during the exposure period, contaminated the work sites of Kite with respirable asbestos fibers by one or more of the following means:

a.      installing, removing, handling, designing, testing, evaluating, manufacturing, mining, packaging, furnishing, supplying and/or selling ACMs;

b.      recommending and/or approving (at least tacitly) of the use of ACMs in conjunction with, in, or on equipment and/or other products they installed, removed, handled, designed, manufactured, packaged, furnished, supplied and/or sold;

c.      failing to warn of the health hazards associated with or otherwise discourage the use of ACMs in conjunction with, on or in equipment and/or other products they installed, removed, handled, designed, manufactured, packaged, furnished, supplied and/or sold when the use of the same was reasonably foreseeable;

d.      failing to maintain the work sites of Kite in a reasonably safe manner by allowing those sites to become contaminated with asbestos;

e.      failing to adequately warn Kite of the danger posed by the inhalation or injection of asbestos fibers, and/or failing to provide appropriate safety equipment to eliminate her exposure to asbestos;

12

        f.      In addition, contractors and subcontractors are sued for negligently installing, removing, selecting, selling, sanding, cutting, and otherwise disturbing asbestos-containing products in such a manner to cause the release of asbestos fibers;

        g.      In addition, premises owners are sued for negligently installing, removing, maintaining or disturbing asbestos and failing to warn contractor employees of the hazards in their facilities including their exposure to asbestos.

59.     At all relevant times hereto, the Defendants knew or should have known all of the following: (1) that asbestos is a deleterious and carcinogenic substance, extremely hazardous to human life; (2) that asbestos fibers in all ACMs are easily released into the air and indefinitely contaminate a work environment; (3) that asbestos fibers are virtually indestructible and can easily be "re-entrained" into the work environment for many years after they are initially released; (4) that people are exposed to asbestos through the use and/or presence of ACMs; and (5) that the combined use of ACMs over a significant period of time would pollute Kite's home and work environment, virtually insuring that he would constantly be exposed to asbestos.

## REMOVAL

60.     Removal of this action is improper for the following reasons: (a) the federal courts lack subject matter jurisdiction over this action; (b) this action does not involve a federal question; (c) there is lack of complete diversity of citizenship between the Plaintiff and Defendants; (d) the presence of Alabama Defendants eliminates the Defendants' right of removal even when there is complete diversity of citizenship between the Plaintiff and Defendants; (e) the Plaintiff expressly disclaims every claim arising under the Constitution, treaties or law of the United States (including any claim arising from an act or omission on a federal enclave, or by

any officer of the United States or any agency or person acting under him/her under color of such office); (f) no claim of admiralty or maritime law is raised; and (g) the Circuit Court of Marengo County, Alabama is proper venue for this action.

61.     Removal based in whole or in part on the bankruptcy of any Defendant, whether named or fictitious, any joint tortfeasors and/or any predecessor, successor, subsidiary, affiliate, assignee, etc., thereof, would be frivolous. Under Alabama law, the Defendants are jointly and severally liable to Plaintiff with no right of contribution and/or indemnity among or between themselves, any other joint tortfeasors and/or third persons. The Plaintiff in his/her sole discretion may choose to pursue a claim against one joint tortfeasor, all tortfeasors, or of any combination thereof. Moreover, the Plaintiff, in his/her sole discretion, may choose to collect any judgment entered against multiple Defendants from one, all, or any combination thereof. Therefore, the bankruptcy of any entity referenced hereinabove will have no effect on removing Defendant's liability to the Plaintiff whatsoever.

## VENUE

62.     Venue is proper in this Court pursuant to *Ala. Code* § 6-3-7 (a) (1975). One of the Defendants who manufactured, sold, distributed, and/or supplied asbestos-containing products to which Plaintiff was exposed was incorporated in and/or has its principal place of business in Marengo County, Alabama. Venue is appropriate with regard to the remaining Defendants by virtue of the fact that they are joint tortfeasors with the resident Defendant. In addition, Cleveland Kite worked in and around Marengo County and thus would have been exposed to asbestos-containing products in Marengo County. Therefore, venue is proper in Marengo County, Alabama.

## FIRST CAUSE OF ACTION
### NEGLIGENCE

14

63.     The Plaintiff adopts, alleges, and incorporates herein by reference all of the averments and allegations set forth in the preceding paragraphs of this complaint as if fully set forth herein.

64.   At all times relevant hereto, with the exception of Defendant Metropolitan Life Insurance,  the above-named defendants are liable to the plaintiff jointly and/or severally for being generally negligent in failing to provide a safe product, and more specifically as follows:

a.      For carelessly and negligently installing, distributing, supplying, manufacturing and selling the said asbestos and asbestos products so as to cause injury to the plaintiff-decedent;

b.      For carelessly and negligently creating and allowing a dangerous condition to exist by failing to properly package the said products;

c.      For carelessly and negligently allowing a dangerous condition by failing to inspect the packaging of the said products;

d.      For carelessly and negligently creating and allowing a dangerous condition by failing to provide proper instructions for handling said products;

e.      For failing to exercise the requisite degree of care and caution in the distribution, manufacture, supply and sale of the said products;

f.      For failing to warn and/or adequately warn of the dangers of the product or products when the defendant corporations knew or should have known that the use and/or exposure to the product or products would cause disease and injury;

g.      For failing to take reasonable precautions to warn of the dangers to which plaintiff-decedent was exposed when the defendants knew or should have known of the said dangers;

h.      In failing to warn the plaintiff-decedent what would be safe and sufficient wearing apparel for a person who is exposed to or using the said product or products;

i.      For negligently failing to inform the plaintiff-decedent of what would be

15

safe, sufficient and proper protective equipment and appliances when using or being exposed to the products.;

j.    For failing to test the products;

k.    For failing to remove the product from the market when the defendant corporations knew or should have known of the hazards of exposure to the products;

l.    For failing to use substitute materials for the asbestos in the asbestos-containing products;

m.    For failing to mark, label or otherwise identify and distinguish during installation and subsequently those products which contain asbestos;

n.    For failing to warn the plaintiff-decedent's employer of the dangers associated with the inhalation of asbestos fibers;

o.    In negligently suppressing the dissemination of medical and scientific information relating to the harmful effects of exposure to asbestos and asbestos containing products and in prohibiting the publication of certain scientific and medical articles.

WHEREFORE, Plaintiff demands judgment against each of the Defendants, including the fictitious party Defendants, jointly and severally, and that punitive damages be awarded to Plaintiff in an amount which will fairly and adequately compensate the Plaintiff for the injuries and damages sustained by the Plaintiff due to Defendants' outrageous and/or other wrongful behavior, and in an amount which will adequately reflect the enormity of the Defendants' wrongful acts, and which will effectively prevent other similar acts. Plaintiff requests reasonable attorney's fees. Further, Plaintiff requests that the Court enter a judgment consistent with the verdict, and that it also award Plaintiff interest from the date of judgment and the costs incurred by the court in managing this lawsuit.

## SECOND CAUSE OF ACTION
## STRICT LIABILITY

65.     The Plaintiff adopts, alleges, and incorporates herein by reference all of the averments and allegations set forth in the preceding paragraphs of this complaint as if fully set forth herein.

66.  At all times relevant hereto, with the exception of Defendant Metropolitan Life Insurance, the above-named defendants are strictly liable to the plaintiff as follows:

a.     For failure to properly, adequately and safely label the produce or products;

b.     For selling a product or products which were in a defective condition and unreasonably dangerous in their design and manufacture at the said time of sale;

c.     For selling a product or products which were in a defective condition because they were without all necessary elements to make them safe for use;

d.     For selling a product or products that were in a defective condition and because of a failure to give adequate and complete warnings of the known or knowable dangers involved in the use and exposure to the product or products.

WHEREFORE, Plaintiff demands judgment against each of the Defendants, including the fictitious party Defendants, jointly and severally, and that punitive damages be awarded to Plaintiff in an amount which will fairly and adequately compensate the Plaintiff for the injuries and damages sustained by the Plaintiff due to Defendants' outrageous and/or other wrongful behavior, and in an amount which will adequately reflect the enormity of the Defendants' wrongful acts, and which will effectively prevent other similar acts. Plaintiff requests reasonable attorney's fees. Further, Plaintiff requests that the Court enter a judgment consistent with the verdict, and that it also award Plaintiff interest from the date of judgment and the costs incurred by the court in managing this lawsuit.

17

## THIRD CAUSE OF ACTION
## GROSS, WILLFUL AND WANTON MISCONDUCT

67.     The Plaintiff adopts, alleges, and incorporates herein by reference all of the averments and allegations set forth in the preceding paragraphs of this complaint as if fully set forth herein.

68.     The Defendants are liable to the Plaintiff for their gross, willful and wanton misconduct in knowingly and intentionally concealing and misrepresenting the dangerous characteristics of their asbestos products, as well as concealing the detrimental aspects of asbestos contained in its products to the plaintiff-decedent's health and physical condition.

WHEREFORE, Plaintiff demands judgment against each of the Defendants, including the fictitious party Defendants, jointly and severally, and that punitive damages be awarded to Plaintiff in an amount which will fairly and adequately compensate the Plaintiff for the injuries and damages sustained by the Plaintiff due to Defendants' outrageous and/or other wrongful behavior, and in an amount which will adequately reflect the enormity of the Defendants' wrongful acts, and which will effectively prevent other similar acts. Plaintiff requests reasonable attorney's fees. Further, Plaintiff requests that the Court enter a judgment consistent with the verdict, and that it also award Plaintiff interest from the date of judgment and the costs incurred by the court in managing this lawsuit.

## FOURTH CAUSE OF ACTION
## PREMISE LIABILITY AS TO DEFENDANTS JOHN DOE, 1-100

69.     The Plaintiff adopts, alleges, and incorporates herein by reference all of the averments and allegations set forth in the preceding paragraphs of this complaint as if fully set forth herein.

18

70.     Plaintiff was exposed to asbestos while on the premises of the Premise Defendants. Plaintiff was on Premises Defendants' premises at their express or implied invitation and entered for a purpose connected with the business of Premises Defendants, or their predecessors in interest, that resulted or may have resulted in their mutual economic benefit.

71.     The condition of Premises Defendants' property posed an unreasonable risk of harm to those on the premises and their families, including Kite. The presence of asbestos and asbestos dust on Premises Defendants' premises constituted a concealed defect at the time that Plaintiff arrived at the premises. The manner of use of asbestos and asbestos-containing materials at Premises Defendants' facilities created an unreasonably dangerous condition at these facilities for both primary and secondary asbestos exposure.

72.     While Plaintiff was working at these premises, his work activity included being exposed to asbestos particles and asbestos dust.

73.     As the possessors, owners, operators, managers, and/or occupiers of the premises, Premises Defendants had non-delegable duties to keep the premises safe for invitees.

74.     Premises Defendants knew or should have known of the danger of exposure to asbestos or asbestos dust on their premises and failed to exercise ordinary care to protect Plaintiff from the danger. Premises Defendants failed to adequately warn Plaintiff of the presence and hazards of asbestos, asbestos dust and others working with asbestos and failed to make this condition reasonably safe. These failures were a proximate cause of Plaintiff's injuries and damages.

75.     Further, Premises Defendants, or their predecessors in interest, engaged in negligent activity by exposing Plaintiff secondarily to asbestos particles and/or asbestos dust. Premises Defendants, their agents, servants, and/or employees were further guilty of certain acts,

19

wrongs, omissions, and/or undertakings with respect to the use and misuse of asbestos-containing products at Premises Defendant's facilities, each of which, independently or in combination with one another, amount to negligence. This negligent activity, omission or undertaking was a proximate cause of Plaintiff's injuries and damages.

WHEREFORE, Plaintiff demands judgment against each of the Defendants, including the fictitious party Defendants, jointly and severally, and that punitive damages be awarded to Plaintiff in an amount which will fairly and adequately compensate the Plaintiff for the injuries and damages sustained by the Plaintiff due to Defendants' outrageous and/or other wrongful behavior, and in an amount which will adequately reflect the enormity of the Defendants' wrongful acts, and which will effectively prevent other similar acts. Plaintiff requests reasonable attorney's fees. Further, Plaintiff requests that the Court enter a judgment consistent with the verdict, and that it also award Plaintiff interest from the date of judgment and the costs incurred by the court in managing this lawsuit.

## FIFTH CAUSE OF ACTION
## CONSPIRACY AGAINST METROPOLITAN LIFE INSURANCE COMPANY

76. The Plaintiff adopts, alleges, and incorporates herein by reference all of the averments and allegations set forth in the preceding paragraphs of this complaint as if fully set forth herein.

77. Defendant Metropolitan Life Insurance Company agreed and conspired with miners, manufacturers, sellers, distributors, and installers of asbestos-containing products to suppress and misrepresent the hazards of exposure to asbestos.

78. Defendant Metropolitan Life Insurance Company, as well as other members of the asbestos industry, engaged in investigations and research as to the hazards of asbestos and often edited out material deemed to be potentially harmful to the asbestos industry and only published

20

favorable portions of their findings and/or refrained from publishing anything. Furthermore, Metropolitan Life financially aided the asbestos industry in its endeavors to mislead and obfuscate.

79.     Defendant Metropolitan Life Insurance Company knowingly and willfully conspired to perpetuate the actions and omissions referred to herein as well as aided and abetted manufacturers of asbestos-containing products in keeping the Plaintiff, other business invitees, users, bystanders, household members, members of the general public and others similarly situated ignorant of the risks they faced when exposed to asbestos and asbestos containing products knowing that they would not discover or realize the danger or would fail to protect themselves against it.

80.     Defendant Metropolitan Life Insurance Company directly and indirectly materially misrepresented that asbestos was not hazardous and/or could be used safely when they:

        a.     Had no adequate basis for such representations;

        b.     Knew that a significant health hazard to human life existed from asbestos.

81.     Defendant Metropolitan Life Insurance Company had reason to expect that as a result of such representation, Plaintiff, other business invitees, users, bystanders, household members, members of the general public and others similarly situated would be exposed to asbestos.

82.     Even after the dangers of asbestos finally began to be known to Plaintiff, other business invitees, users, bystanders, household members, members of the general public or others similarly situated, Metropolitan Life Insurance Company continued to act wrongfully both individually and together in a conspiracy to mislead and misrepresent the extent of the past

wrongful actions and omissions and to destroy records and hide witnesses and other evidence and to such other wrongful and unnecessary action so as to:

      a.    Prevent and delay Plaintiff and others similarly situated from filing legal action to recover for these injuries and/or;

      b.    Defeat and/or delay such legal actions and the final collection of any judgment.

83.    Similarly, Defendant Metropolitan Life Insurance Company aided and abetted the manufacturers, miners, suppliers, and users of asbestos and asbestos products in keeping the true dangers of asbestos exposure secret and/or misrepresented.

84.    As a direct and proximate result of the above wrongful conspiracy of Metropolitan Life Insurance Company, Plaintiff was exposed to asbestos and Plaintiff developed the asbestos-related diseases discussed and sustained the injuries described herein.

85.    As a direct and proximate result of one or more of the foregoing acts and/or omissions on the part of Metropolitan Life Insurance Plaintiff was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing Plaintiff to develop the asbestos-related diseases aforesaid, which has disabled and disfigured Plaintiff. Plaintiff has been compelled to expend and become liable for large sums of monies for hospital, medical, and other health care services necessary for the treatment of his asbestos-induced diseases and conditions. Plaintiff has experienced great physical pain and mental anguish as a result of his asbestos-induced diseases and conditions. Plaintiff has been hindered and prevented from pursuing his normal course of employment, thereby loosing large sums of money which otherwise would have accrued him.

WHEREFORE, Plaintiff demands judgment against each of the Defendants, including the fictitious party Defendants, jointly and severally, and that punitive damages be awarded to

Plaintiff in an amount which will fairly and adequately compensate the Plaintiff for the injuries and damages sustained by the Plaintiff due to Defendants' outrageous and/or other wrongful behavior, and in an amount which will adequately reflect the enormity of the Defendants' wrongful acts, and which will effectively prevent other similar acts. Plaintiff requests reasonable attorney's fees. Further, Plaintiff requests that the Court enter a judgment consistent with the verdict, and that it also award Plaintiff interest from the date of judgment and the costs incurred by the court in managing this lawsuit.

## DAMAGES

86.    Plaintiff adopts, alleges, and incorporates herein by reference all of the applicable averments, allegations, and disclaimers set forth in the preceding paragraphs of this complaint as if fully set forth herein and further state:

87.    As a direct and proximate result of one or more of the foregoing acts and/or omissions on the part of Defendants, Plaintiff was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing Plaintiff to develop the asbestos-related diseases aforesaid, which has disabled and disfigured Plaintiff. Plaintiff has been compelled to expend and become liable for large sums of monies for hospital, medical, and other health care services necessary for the treatment of his asbestos-induced diseases and conditions. Plaintiff has experienced great physical pain and mental anguish as a result of his asbestos-induced diseases and conditions. Plaintiff has been hindered and prevented from pursuing his normal course of employment, thereby loosing large sums of money which otherwise would have accrued him.

WHEREFORE, Plaintiff demands judgment against each of the Defendants, including the fictitious party Defendants, jointly and severally, and that punitive damages be awarded to Plaintiff in an amount which will fairly and adequately compensate the Plaintiff for the injuries

and damages sustained by the Plaintiff due to Defendants' outrageous and/or other wrongful behavior, and in an amount which will adequately reflect the enormity of the Defendants' wrongful acts, and which will effectively prevent other similar acts. Plaintiff requests reasonable attorney's fees. Further, Plaintiff requests that the Court enter a judgment consistent with the verdict, and that it also award Plaintiff interest from the date of judgment and the costs incurred by the court in managing this lawsuit.

This 4th day of May, 2011.

s/G. Marc Keahey
George Marshall Keahey

Keahey Law Office
PO Box 934
Grove Hill, Alabama 36451
PHONE. 251-275-3127
FACSIMILE. 251-275-3129
EMAIL. marc_keahey@yahoo.com

s/G. Patterson Keahey
G. PATTERSON KEAHEY  (KEA004)
ASB-6357-A64G
*Attorney for Plaintiff*

LAW OFFICES OF G. PATTERSON KEAHEY
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
PHONE:        205-871-0707
FACSIMILE: 205-871-0801
EMAIL:        alasbestos@mesohelp.com

## PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY.

s/G. Patterson Keahey
G. PATTERSON KEAHEY

NOTICE TO THE CLERK OF COURT:

PLEASE SERVE A COPY OF THIS COMPLAINT UPON ALL DEFENDANTS BY U.S.

CERTIFIED MAIL.

AL–S,ASBESTOS,MDL–875

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:11–cv–67753–ER

KITE v. BILL VANN COMPANY, INC. et al
Assigned to: HONORABLE EDUARDO C. ROBRENO
Case in other court:  ALABAMA SOUTHERN, 11–00444
Cause: 28:1332 Diversity–Asbestos Litigation

Date Filed: 11/03/2011
Jury Demand: Both
Nature of Suit: 368 P.I. : Asbestos
Jurisdiction: Diversity

**Plaintiff**

**CLEVELAND G. KITE**
*TERMINATED: 05/01/2014*

represented by **GEORGE M. KEAHEY**
POBOX 934
GROVE HILL, AL 36451
251–275–3127
*TERMINATED: 05/01/2014*

**GROVER PATTERSON KEAHEY ,
JR.**
LAW OFFICES OF G. PATTERSON
KEAHEY, PC
ONE INDEPENDENCE PLAZA
SUITE 612
BIRMINGHAM, AL 35209
205/871–0707
Email: efile@mesohelp.com
*TERMINATED: 05/01/2014*

**Plaintiff**

**VALERIE K. PRESLEY**
*PERSONAL REPRESENTATIVE OF THE
ESTATE OF CLEVELAND KITE,
DECEASED*

represented by **GEORGE M. KEAHEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GROVER PATTERSON KEAHEY ,
JR.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BILL VANN COMPANY, INC.**
*TERMINATED: 11/06/2012*

represented by **FRANK GREY REDDITT , JR.**
VICKERS RIIS MURRAY &CURRAN
LLC
PO DRAWER 2568
MOBILE, AL 36652–2568
251–342–9772
Email: gredditt@vickersriis.com
*TERMINATED: 11/06/2012*

**ROY W. HARRELL , III**
VICKERS RIIS MURRAY CURRAN
LLC
56 ST JOSEPH ST
POBOX 2568
MOBILE, AL 36602
*TERMINATED: 11/06/2012*

**TIMOTHY ALLEN CLARKE**

VICKERS RIIS MURRAY &CURRAN
LLC
RSA Trustmark Building
107 St. Francis Street, 21st Floor
MOBILE, AL 36602
251–432–9772
Fax: 251–432–9781
Email: tclarke@vickersriis.com
*TERMINATED: 11/06/2012*

**Defendant**

**CRANE CO.**                          represented by   **FRANK GREY REDDITT , JR.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **MICHAEL J. ZUKOWSKI**
                                                        KLGATES
                                                        KLGATES CENTER
                                                        210 SIXTH AVE
                                                        PITTSBURGH, PA 15222–2613
                                                        412/355–6500
                                                        Email: michael.zukowski@klgates.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **ROY W. HARRELL , III**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **TIMOTHY ALLEN CLARKE**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**FOSTER WHEELER**                     represented by   **FRANK GREY REDDITT , JR.**
**CORPORATION**                                         (See above for address)
*TERMINATED: 08/13/2014*                                *TERMINATED: 08/13/2014*

                                                        **ROY W. HARRELL , III**
                                                        (See above for address)
                                                        *TERMINATED: 08/13/2014*

                                                        **TIMOTHY ALLEN CLARKE**
                                                        (See above for address)
                                                        *TERMINATED: 08/13/2014*

**Defendant**

**GOULDS PUMPS INC.**                  represented by   **FRANK GREY REDDITT , JR.**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **ROY W. HARRELL , III**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **TIMOTHY ALLEN CLARKE**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**MOTION INDUSTRIES INC.**             represented by   **ROBERT F. NORTHCUTT**
*TERMINATED: 02/12/2013*                                CAPELL HOWARD PC
                                                        POBOX 2069

MONTGOMERY, AL 36102
*TERMINATED: 02/12/2013*

**Defendant**

**WARRIOR 1–STOP BUILDING
SUPPLY COMPANY**
*TERMINATED: 01/23/2012*

represented by **CHRISTOPHER L. MCILWAIN**
HUBBARD SMITH MCILWAIN
BRAKEFIELD &BROWDER PC
POBOX 2427
TUSCALOOSA, AL 35403–2427
205–345–6789
*TERMINATED: 01/23/2012*

**G. STEPHEN WIGGINS**
808 LURLEEN WALLACE BLVD N
TUSCALOOSA, AL 35401
205–345–6789
*TERMINATED: 01/23/2012*

**RALEY LIVINGSTON WIGGINS**
POBOX 2427
TUSCALOOSA, AL 35403
205–345–6789
Email: rwiggins@hubbardfirm.com
*TERMINATED: 01/23/2012*

**Defendant**

**AURORA PUMP CO.**
*TERMINATED: 08/11/2014*

represented by **JENNIFER THOMPSON WALTERS**
NELSON MULLINS RILEY
&SCARBOROUGH
201 17TH STREET
NW SUITE 1700
ATLANTA, GA 30363
404–322–6176
Email: jennifer.walters@nelsonmullins.com
*TERMINATED: 08/11/2014*

**Defendant**

**A.W. CHESTERTON CO.**

represented by **EDWARD BAILEY MCDONOUGH ,
JR.**
MCDONOUGH PC
POBOX 1943
MOBILE, AL 36633
251–432–3296
Email: ebm@emcdonoughlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**BUFFALO PUMPS INC.**

represented by **EDWARD BAILEY MCDONOUGH ,
JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FLOWSERVE CORPORATION**
*TERMINATED: 11/06/2012*

represented by **EDWARD BAILEY MCDONOUGH ,
JR.**
(See above for address)
*TERMINATED: 11/06/2012*

**Defendant**

**SCHNEIDER ELECTRIC USA INC**
*TERMINATED: 11/06/2012*

represented by **EDWARD BAILEY MCDONOUGH ,
JR.**

(See above for address)
*TERMINATED: 11/06/2012*

**Defendant**

**CAMERON INTERNATIONAL CORP.**
*TERMINATED: 08/11/2014*

represented by **CHRISTOPHER S. RODGERS**
HUIE FERNAMBUCQ &STEWART LLP
THREE PROTECTIVE CENTER
2801 HIGHWAY 280 SOUTH STE 200
BIRMINGHAM, AL 35223–2484
205–251–1193
*TERMINATED: 08/11/2014*

**STEWART W. MCCLOUD**
HUIE FERNAMBUCQ STEWART LLP
2801 HIGHWAY 280 SOUTH
PROTECTIVE CTR THREE STE 200
BIRMINGHAM, AL 35223
205–251–1193
Email: swm@hfsllp.com
*TERMINATED: 08/11/2014*

**Defendant**

**CATERPILLAR INC.**
*TERMINATED: 02/17/2012*

represented by **KRISTINE M. BEST**
CLINTON &CLINTON
1 CHASE CORPORATE CTR STE 400
BIRMINGHAM, AL 35244
562–216–5001
Email: kbest@clinton–clinton.com
*TERMINATED: 02/17/2012*

**WILLIAM L. WAUDBY**
BAKER DONELSON BEARMAN
1600 WELLS FARGO TOWER
420 20TH STREET NORTH
BIRMINGHAM, AL 35203
205–244–3894
Email: bwaudby@bakerdonelson.com
*TERMINATED: 01/19/2012*

**Defendant**

**THE GOODYEAR TIRE &RUBBER COMPANY**
*TERMINATED: 07/26/2012*

represented by **WILLIAM L. WAUDBY**
(See above for address)
*TERMINATED: 07/26/2012*

**Defendant**

**CBS CORPORATION**

represented by **JAMES A. HARRIS , III**
HARRIS HARRIS LLP
COLONIAL BANK BUILDING
2501 20TH PLACE SOUTH
SUITE 450
BIRMINGHAM, AL 35223
205–871–5777
Email: jamey@harris–harris.com
*ATTORNEY TO BE NOTICED*

**NICHOLE MAPP HARDEE**
HARRIS HARRIS LLP
2501 20TH PLACE S
COLONIAL BANK BLDG STE 450
BIRMINGHAM, AL 35209
205–871–5777
Email: nicole@harris–harris.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**CROWN CORK &SEAL CO. INC.**   represented by   **ANNE LAURIE MCCLURKIN**
MCDOWELL KNIGHT ROEDDER
&SLEDGE LLC
POBOX 350
MOBILE, AL 36601
251–432–5300
Email: amcclurkin@mcdowellknight.com
*ATTORNEY TO BE NOTICED*

**WALTER T. GILMER , JR.**
MCDOWELL KNIGHT ROEDDER
&SLEDGE LLC
POBOX 350
MOBILE, AL 36601
251–432–5300
Fax: 251–432–5303
Email: wgilmer@mcdowellknight.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**CROWN HOLDINGS INC**   represented by   **ANNE LAURIE MCCLURKIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

**WALTER T. GILMER , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DANA COMPANIES LLC**   represented by   **CATHERINE A. MCCORMACK**
HAWKINS PARNELL THACKSTON
&YOUNG LLP
4000 SUN TRUST PLAZA
303 PEACHTREE ST. NE
ATLANTA, GA 30308–3243
404–614–7400
Email: cmccormack@hptylaw.com
*ATTORNEY TO BE NOTICED*

**EVELYN FLETCHER DAVIS**
HAWKINS PARNELL LLP
4000 SUNTRUST PLAZA
303 PEACHTREE ST NE
ATLANTA, GA 30308
404–614–7400
Email: edavis@hplegal.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**DANA HOLDING CORPORATION**   represented by   **CATHERINE A. MCCORMACK**
(See above for address)
*ATTORNEY TO BE NOTICED*

**EVELYN FLETCHER DAVIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

represented by

**UNION CARBIDE CORPORATION**
*TERMINATED: 05/30/2012*

**CATHERINE A. MCCORMACK**
(See above for address)
*TERMINATED: 05/30/2012*

**EVELYN FLETCHER DAVIS**
(See above for address)
*TERMINATED: 05/30/2012*

**GREGG MITCHEL MCCORMICK**
MAYNARD COOPER &GALE PC
1901 SIXTH AVENUE NORTH
2400 REGIONS HARBERT PLAZA
BIRMINGHAM, AL 35203
205–254–1000
Email: gmccormick@maynardcooper.com
*TERMINATED: 05/30/2012*

**JOHN AARON EARNHARDT**
MAYNARD COOPER &GALE PC
1901 SIXTH AVENUE NORTH
2400 REGIONS HARBERT PLAZA
BIRMINGHAM, AL 35203
205–254–1000
Email: jearnhardt@maynardcooper.com
*TERMINATED: 05/30/2012*

**Defendant**

**EATON CORPORATION**          represented by   **JOHN ALBERT SMYTH , III**
*TERMINATED: 11/06/2012*                        MAYNARD COOPER &GALE PC
                                                1901 SIXTH AVE NORTH
                                                2400 REGIONS/HARBERT PLAZA
                                                BIRMINGHAM, AL 35203
                                                205–254–1000
                                                Email: jsmyth@maynardcooper.com
                                                *TERMINATED: 11/06/2012*

**KATHERINE B. COLLIER**
MAYNARD COOPER &GALE PC
1901 – 6TH AVE NORTH STE 2400
BIRMINGHAM, AL 35203
205–254–1863
Email: kcollier@maynardcooper.com
*TERMINATED: 11/06/2012*

**Defendant**

**GENERAL ELECTRIC COMPANY**   represented by   **JENELLE R. EVANS**
*TERMINATED: 11/06/2012*                        BALCH &BINGHAM LLP
                                                1901 SIXTH AVE NORTH
                                                SUITE 2700
                                                BIRMINGHAM, AL 35203
                                                205–226–8760
                                                Email: jevans@balch.com
                                                *TERMINATED: 11/06/2012*

**S. ALLEN BAKER , JR.**
BALCH BINGHAM
POBOX 306
BIRMINGHAM, AL 35201
205–226–3416
*TERMINATED: 11/06/2012*

**Defendant**

                               represented by

**GEORGIA–PACIFIC LLC**
*TERMINATED: 09/11/2012*

**ALLAN R. WHEELER**
BURR &FORMAN LLP
420 NORTH 20TH STREET
SUITE 3400
BIRMINGHAM, AL 35203
205–458–5235
Email: awheeler@burr.com
*TERMINATED: 09/11/2012*

**Defendant**

**GORMAN–RUPP COMPANY**          represented by   **FRANK E. LANKFORD , JR.**
HUIE, FERNAMBUCG &STEWART
2801 HIGHWAY 280 SOUTH
THE PROTECTIVE CENTER, SUITE 200
BIRMINGHAM, AL 35223
205–251–1193
Fax: 205–251–1256
Email: fel@hfsllp.com
*ATTORNEY TO BE NOTICED*

**STEWART W. MCCLOUD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. W. DINNING , JR.**
LLOYD &DINNING, LLC
P.O. DRAWER 740
DEMOPOLIS, AL 36732–0740
TEL 334–289–0556
*ATTORNEY TO BE NOTICED*

**Defendant**

**SEPCO CORPORATION**          represented by   **FRANK E. LANKFORD , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEWART W. MCCLOUD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. W. DINNING , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN CRANE INC.**          represented by   **FRANK E. LANKFORD , JR.**
*TERMINATED: 08/29/2012*                      (See above for address)
*TERMINATED: 08/29/2012*

**STEWART W. MCCLOUD**
(See above for address)
*TERMINATED: 08/29/2012*

**W. W. DINNING , JR.**
(See above for address)
*TERMINATED: 08/29/2012*

**Defendant**

**HONEYWELL INTERNATIONAL INC.**          represented by   **FRANK E. LANKFORD , JR.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**JENELLE R. EVANS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**STEWART W. MCCLOUD**
(See above for address)
*ATTORNEY TO BE NOTICED*

**W. W. DINNING , JR.**
(See above for address)
*TERMINATED: 04/23/2013*

**Defendant**

**METROPOLITAN LIFE**                represented by   **JOI C. SCOTT**
**INSURANCE COMPANY**                                 ALABAMA STATE UNIVERSITY
                                                      OFFICE OF GENERAL COUNSEL
                                                      POBOX 271
                                                      MONTGOMERY, AL 36101–0271
                                                      334–306–3820
                                                      *ATTORNEY TO BE NOTICED*

                                                      **MICHAEL A. VERCHER**
                                                      CHRISTIAN &SMALL LLP
                                                      FINANCIAL CENTER, SUITE 1800
                                                      505 NORTH 20TH STREET
                                                      BIRMINGHAM, AL 35203–2696
                                                      205–795–6588
                                                      Fax: 205–328–7234
                                                      Email: mavercher@csattorneys.com
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**SAINT–GOBAIN ABRASIVES INC.**      represented by   **ROBERT H. SPRAIN , JR.**
                                                      SPRAIN &MEIGHEN PC
                                                      1707 – 29TH COURT SOUTH
                                                      BIRMINGHAM, AL 35209
                                                      205–437–3232
                                                      Email: rhs@sprainlaw.com
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**VIKING PUMP INC**                  represented by   **DONALD C. PARTRIDGE**
                                                      FORMAN PERRY WATKINS KRUTZ
                                                      &TARDY
                                                      POBOX 22608
                                                      JACKSON, MS 39225–2608
                                                      601–974–8775
                                                      Fax: 601–960–8613
                                                      Email: partridgedc@fpwk.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **RICHARD MUNCIE CRUMP**
                                                      FORMAN, PERRY, WATKINS, KRUTZ
                                                      &TARDY, PLLC
                                                      200 SOUTH LAMAR ST
                                                      CITY CENTRE BLDG STE 100
                                                      JACKSON, MS 39201
                                                      601–969–4272
                                                      Fax: 601–960–8613
                                                      Email: CRUMPRM@FPWK.COM
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**CUMMINS INC**                                     represented by   **WILLIAM T. MILLS , II**
                                                                   PORTERFIELD HARPER MILLS PA
                                                                   22 INVERNESS CENTER PARKWAY
                                                                   SUITE 600
                                                                   BIRMINGHAM, AL 35242
                                                                   205−980−5000
                                                                   Email: wtm@phm−law.com
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**WARREN PUMPS LLC**                               represented by   **WILLIAM T. MILLS , II**
*TERMINATED: 08/11/2014*                                           (See above for address)
                                                                   *TERMINATED: 08/11/2014*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2011 | 1 | TRANSFER ORDER NO. 1113 THAT THE CLERK OF COURT IS ORDERED TO INITIATE THE PROCEDURES FOR THE TRANSFER OF MDL 875 CASES FROM THE U.S.D.C. SOUTHERN DISTRICT OF ALABAMA, IN ACCORDANCE WITH THE TERMS OF THIS COURT'S ADMINISTRATIVE ORDER NO. 11. ENTERED AND COPIES MAILED. (dp, ) (Entered: 11/07/2011) |
| 11/03/2011 | 2 | AMENDED ADMINISTRATIVE ORDER NO. 11 THAT THE MODIFICATIONS TO THE EXISTING PROCEDURES FOR THE PROCESSING OF CASES, DOCKETS, PLEADINGS AND ORDERS IN MDL 875 CASES ARE ADOPTED AS OUTLINED IN THIS ORDER, ETC. ENTERED AND COPIES MAILED. (dp, ) (Entered: 11/07/2011) |
| 11/03/2011 | 3 | NOTICE TO COUNSEL (dp, ) (Entered: 11/07/2011) |
| 12/02/2011 | 4 | STATUS REPORT by CLEVELAND G. KITE. (Attachments: # 1 Exhibit A)(KEAHEY, GROVER) (Entered: 12/02/2011) |
| 12/02/2011 | 5 | NOTICE by CLEVELAND G. KITE *of the Continuation of Plaintiff's Trial Preservation Video Deposition* (KEAHEY, GROVER) (Entered: 12/02/2011) |
| 12/06/2011 | 6 | NOTICE by CLEVELAND G. KITE re 5 Notice (Other) (KEAHEY, GROVER) (Entered: 12/06/2011) |
| 12/06/2011 | 7 | ORDER THAT IN THE CASES LISTED IN EXHIBIT "A", ATTACHED, A STATUS AND SCHEDULING CONFERENCE WILL BE HELD ON 1/24/2012 AT 2:00 P.M. IN COURTROOM 11A, UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PA 19106; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/6/2011. 12/6/2011 ENTERED AND COPIES MAILED AND E−MAILED. (ems) (Entered: 12/06/2011) |
| 12/06/2011 | 8 | NOTICE of Appearance by GREGG MITCHEL MCCORMICK on behalf of UNION CARBIDE CORPORATION with Certificate of Service(tomg, ) (Entered: 12/07/2011) |
| 12/06/2011 | 9 | NOTICE of Appearance by JOHN AARON EARNHARDT on behalf of UNION CARBIDE CORPORATION with Certificate of Service(tomg, ) (Entered: 12/07/2011) |
| 12/19/2011 | 10 | NOTICE of Appearance by MICHAEL J. ZUKOWSKI on behalf of CRANE CO. with Certificate of Service(ZUKOWSKI, MICHAEL) (Entered: 12/19/2011) |
| 12/29/2011 | 11 | NOTICE of Voluntary Dismissal of *Defendant Warrior 1−Stop with prejudice* filed by CLEVELAND G. KITE, Certificate of Service.(KEAHEY, GROVER) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 12/30/2011 (lisad, ). (Entered: 12/29/2011) |

| 01/09/2012 | 12 | NOTICE of Appearance by KRISTINE M. BEST on behalf of CATERPILLAR INC. (BEST, KRISTINE) (Entered: 01/09/2012) |
|---|---|---|
| 01/10/2012 | 13 | MOTION to Withdraw *and Substitution of Counsel* filed by CATERPILLAR INC..Certificate of Service.(WAUDBY, WILLIAM) (Entered: 01/10/2012) |
| 01/19/2012 | 14 | ORDER THAT THE MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL IS GRANTED AS OUTLINED HEREIN.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/19/2012.1/20/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 01/20/2012) |
| 01/20/2012 | 15 | Disclosure Statement Form pursuant to FRCP 7.1 with Certificate of Service by DANA COMPANIES LLC.(DAVIS, EVELYN) (Entered: 01/20/2012) |
| 01/23/2012 | 16 | ORDER THAT DEFT, WARRIOR 1–STOP BUILDING SUPPLY, INC., IS DISMISSED WITH PREJUDICE.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/20/2012. 1/23/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 01/23/2012) |
| 01/25/2012 | 17 | ORDER THAT SCHEDULING DEADLINES ARE SET AS OUTLINED IN THIS ORDER, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/25/2012; 1/26/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 01/26/2012) |
| 02/07/2012 | 18 | NOTICE by FOSTER WHEELER CORPORATION *OF INTENT TO SERVE SUBPOENA ON A NON–PARTY* (REDDITT, FRANK) (Entered: 02/07/2012) |
| 02/15/2012 | 19 | STIPULATION of Dismissal *Without Prejudice* by CATERPILLAR INC.. (BEST, KRISTINE) (Entered: 02/15/2012) |
| 02/17/2012 | 20 | ORDER THAT THE DEFENDANT CATERPILLAR INC. IS DISMISSED WITHOUT PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/16/2012. 2/21/2012 ENTERED AND COPIES MAILED, E–MAILED.(kk, ) (Entered: 02/21/2012) |
| 04/24/2012 | 21 | NOTICE by UNION CARBIDE CORPORATION *of Service of Discovery* (EARNHARDT, JOHN) (Entered: 04/24/2012) |
| 05/23/2012 | 22 | STIPULATION of Dismissal by UNION CARBIDE CORPORATION. (EARNHARDT, JOHN) (Entered: 05/23/2012) |
| 05/24/2012 | 23 | Joint MOTION for Extension of Time to Complete Discovery filed by CLEVELAND G. KITE..(KEAHEY, GROVER) (Entered: 05/24/2012) |
| 05/24/2012 | 24 | NOTICE by CLEVELAND G. KITE *Supplemental Discovery Responses to Defendants' Master Set of Interrogatories and Requests for Production* (KEAHEY, GROVER) (Entered: 05/24/2012) |
| 05/29/2012 | 25 | STIPULATION of Dismissal by THE GOODYEAR TIRE &RUBBER COMPANY. (Attachments: # 1 Text of Proposed Order Proposed Order)(WAUDBY, WILLIAM) (Entered: 05/29/2012) |
| 05/30/2012 | 26 | ORDER THAT EACH AND EVERY CLAIM AGAINST UNION CARBIDE CORPORATION IS HEREBY DISMISSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/30/2012; 5/30/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 05/30/2012) |
| 06/04/2012 | 27 | JOINT MOTION AND ORDER THAT THE SCHEDULING DEADLINES ARE EXTENDING AS OUTLINED HEREIN. NO FURTHER EXTENSIONS WILL BE GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/1/2012;6/4/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 06/04/2012) |
| 06/07/2012 | 28 | MOTION to Compel filed by CLEVELAND G. KITE.Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(KEAHEY, GROVER) (Entered: 06/07/2012) |
| 06/11/2012 | 29 | MOTION to Strike 28 MOTION to Compel filed by FOSTER WHEELER CORPORATION.Certificate of Service.(REDDITT, FRANK) (Entered: 06/11/2012) |

| 06/21/2012 | 30 | NOTICE by CLEVELAND G. KITE of Withdrawal of 28 Motion to Compel, Certificate of Service. (KEAHEY, GROVER) Modified on 6/22/2012 (md). (Entered: 06/21/2012) |
|---|---|---|
| 07/02/2012 | 31 | MOTION for Summary Judgment filed by CUMMINS INC.Memorandum Brief. (Attachments: # 1 Memorandum Brief, # 2 Exhibit Evidentiary Submission, # 3 Text of Proposed Order Proposed Order)(MILLS, WILLIAM) (Entered: 07/02/2012) |
| 07/02/2012 | 32 | ORDER THAT A FINAL PRE–REMAND HEARING, INCLUDING ORAL ARGUMENT ON ALL OPPOSED SUMMARY JUDGMENT MOTIONS, WILL BE HELD ON 11/26/2012 AT 10:00 A.M. IN COURTROOM 15A, JAMES A. BYRNE UNITED STATES COURTHOUSE, 601 MARKET STREET, PHILADELPHIA, PENNSYLVANIA 19106; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/29/2012. 7/3/2012 ENTERED AND COPIES MAILED AND E–MAILED. (sg) (Entered: 07/03/2012) |
| 07/03/2012 | 33 | MOTION to Dismiss *or, in the Alternative, Motion for Summary Judgment* filed by CAMERON INTERNATIONAL CORP..Memorandum of Law. (Attachments: # 1 Exhibit Memorandum of Law in Support of Motion to Dismiss, # 2 Exhibit A – deposition excerpts, # 3 Exhibit B – deposition excerpts, # 4 Exhibit C – deposition excerpts)(MCCLOUD, STEWART) (Entered: 07/03/2012) |
| 07/11/2012 | 34 | MOTION for Leave to File *First Amended Complaint* filed by CLEVELAND G. KITE.Certificate of Service. (Attachments: # 1 Exhibit A)(KEAHEY, GROVER) (Entered: 07/11/2012) |
| 07/17/2012 | 35 | MOTION for Leave to File *Amended Complaint* filed by CLEVELAND G. KITE.Certificate of Service. (Attachments: # 1 Exhibit A)(KEAHEY, GROVER) (Entered: 07/17/2012) |
| 07/17/2012 | 36 | RESPONSE in Opposition re 33 MOTION to Dismiss *or, in the Alternative, Motion for Summary Judgment* filed by CLEVELAND G. KITE. (Attachments: # 1 Exhibit A)(KEAHEY, GROVER) (Entered: 07/17/2012) |
| 07/25/2012 | 37 | NOTICE by CLEVELAND G. KITE *Of Filing Expert Reports* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(KEAHEY, GROVER) (Entered: 07/25/2012) |
| 07/25/2012 | 38 | NOTICE by CLEVELAND G. KITE re 37 Notice (Other) *Filing Complete Report of Dr. S. Dikman* (Attachments: # 1 Exhibit Dr. S. Dikman's Report)(KEAHEY, GROVER) (Entered: 07/25/2012) |
| 07/26/2012 | 39 | ORDER THAT THE PLAINTIFF'S CLAIMS AGAINST THE GOODYEAR TIRE &RUBBER COMPANY ARE HEREBY DISMISSED WITHOUT PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/25/2012; 7/26/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 07/26/2012) |
| 08/21/2012 | 40 | STIPULATION of Dismissal by JOHN CRANE INC., CLEVELAND G. KITE. (LANKFORD, FRANK) (Entered: 08/21/2012) |
| 08/21/2012 | 41 | ANSWER to Complaint by WARREN PUMPS LLC.(MILLS, WILLIAM) (Entered: 08/21/2012) |
| 08/24/2012 | 42 | NOTICE by FOSTER WHEELER CORPORATION *of Filing of Expert Reports* (REDDITT, FRANK) (Entered: 08/24/2012) |
| 08/24/2012 | 43 | NOTICE by BILL VANN COMPANY, INC. *of Filing of Expert Reports* (REDDITT, FRANK) (Entered: 08/24/2012) |
| 08/24/2012 | 44 | NOTICE by GOULDS PUMPS INC. *of Filing of Expert Reports* (REDDITT, FRANK) (Entered: 08/24/2012) |
| 08/24/2012 | 45 | NOTICE by DANA COMPANIES LLC *of Filing Expert Report* (Attachments: # 1 Exhibit James D. Crapo, M.D. Expert Report)(DAVIS, EVELYN) (Entered: 08/24/2012) |

| 08/24/2012 | 46 | NOTICE by BUFFALO PUMPS INC. *of its Expert Reports* (MCDONOUGH, EDWARD) (Entered: 08/24/2012) |
|---|---|---|
| 08/24/2012 | 47 | NOTICE by CBS CORPORATION *of Service of Expert Disclosures* (HARRIS, JAMES) (Entered: 08/24/2012) |
| 08/24/2012 | 48 | NOTICE by WARREN PUMPS LLC *of its Expert Reports* (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C)(MILLS, WILLIAM) (Entered: 08/24/2012) |
| 08/24/2012 | 49 | NOTICE by SCHNEIDER ELECTRIC USA INC *of Filing its Expert Reports* (MCDONOUGH, EDWARD) (Entered: 08/24/2012) |
| 08/24/2012 | 50 | NOTICE by CUMMINS INC *of its Expert Reports* (Attachments: #_1 Exhibit A, #_2 Exhibit B, #_3 Exhibit C)(MILLS, WILLIAM) (Entered: 08/24/2012) |
| 08/24/2012 | 51 | NOTICE by VIKING PUMP INC *of Service of Expert Disclosures with Exhibits* (CRUMP, RICHARD) (Entered: 08/24/2012) |
| 08/24/2012 | 52 | NOTICE by EATON CORPORATION *of filing Expert Reports* (SMYTH, JOHN) (Entered: 08/24/2012) |
| 08/25/2012 | 53 | NOTICE by CUMMINS INC re 50 Notice (Other) *of Supplemental Expert Report* (Attachments: #_1 Exhibit A)(MILLS, WILLIAM) (Entered: 08/25/2012) |
| 08/27/2012 | 54 | NOTICE by GOULDS PUMPS INC. *of Filing of Expert Report of Thomas F. McCaffery* (REDDITT, FRANK) (Entered: 08/27/2012) |
| 08/27/2012 | 55 | NOTICE by FOSTER WHEELER CORPORATION *of Filing of Expert Report of Thomas F. McCaffery* (REDDITT, FRANK) (Entered: 08/27/2012) |
| 08/27/2012 | 56 | NOTICE by CUMMINS INC re 50 Notice (Other) *Of Filing Second Supplemental Expert Report* (Attachments: #_1 Exhibit C)(MILLS, WILLIAM) (Entered: 08/27/2012) |
| 08/27/2012 | 57 | NOTICE by AURORA PUMP CO. *OF FILING EXPERT REPORTS* (Attachments: #_1 Exhibit Exhibit A, #_2 Exhibit Exhibit B_Part 1, #_3 Exhibit Exhibit B_Part 2, #_4 Exhibit Exhibit B_Part 3, #_5 Exhibit Exhibit B_Part 4, #_6 Exhibit Exhibit B_Part 5, #_7 Exhibit Exhibit B_Part 6, #_8 Exhibit Exhibit C_Part 1, #_9 Exhibit Exhibit C_Part 2, #_10 Exhibit Exhibit C_Part 3, #_11 Exhibit Exhibit C_Part 4, #_12 Exhibit Exhibit D)(WALTERS, JENNIFER) (Entered: 08/27/2012) |
| 08/27/2012 | 58 | NOTICE by SAINT–GOBAIN ABRASIVES INC. *of Expert Disclosures* (Attachments: #_1 Affidavit Exhibit A, #_2 Exhibit Exhibit B, #_3 Exhibit Exhibit C, #_4 Exhibit Exhibit D, #_5 Exhibit Exhibit E, #_6 Exhibit Exhibit F)(SPRAIN, ROBERT) (Entered: 08/27/2012) |
| 08/27/2012 | 59 | NOTICE by GORMAN–RUPP COMPANY *of Filing Expert Disclosures* (LANKFORD, FRANK) (Entered: 08/27/2012) |
| 08/27/2012 | 60 | NOTICE by DANA COMPANIES LLC *Expert Reports* (Attachments: #_1 Exhibit Exhibit A – Mary Finn, #_2 Exhibit Exhibit B – Tom McCaffery)(DAVIS, EVELYN) (Entered: 08/27/2012) |
| 08/27/2012 | 61 | NOTICE by CBS CORPORATION *of Service of Expert Report* (HARRIS, JAMES) (Entered: 08/27/2012) |
| 08/27/2012 | 62 | NOTICE by METROPOLITAN LIFE INSURANCE COMPANY *of Expert Disclosure &Witness List* (VERCHER, MICHAEL) (Entered: 08/27/2012) |
| 08/27/2012 | 63 | NOTICE by GENERAL ELECTRIC COMPANY *of Service of Expert Reports* (EVANS, JENELLE) (Entered: 08/27/2012) |
| 08/27/2012 | 64 | NOTICE by SEPCO CORPORATION *Of Filing Expert Reports* (Attachments: #_1 Appendix Part 2)(LANKFORD, FRANK) (Entered: 08/27/2012) |
| 08/27/2012 | 65 | NOTICE by HONEYWELL INTERNATIONAL INC. *of Filing Expert Reports/Disclosures* (Attachments: #_1 Appendix Part 2)(LANKFORD, FRANK) (Entered: 08/27/2012) |

| | | |
|---|---|---|
| 08/27/2012 | 66 | NOTICE by WARREN PUMPS LLC re 48 Notice (Other) *of Filing of Supplement Expert Report* (Attachments: # 1 Exhibit D)(MILLS, WILLIAM) (Entered: 08/27/2012) |
| 08/28/2012 | 67 | MOTION for Summary Judgment filed by GEORGIA–PACIFIC LLC.Brief. (Attachments: # 1 Supplement Brief in Support of Motion for Final Summary Judgment, # 2 Exhibit Exhibits to Brief in Support of Motion for Final Summary Judgment)(WHEELER, ALLAN) (Entered: 08/28/2012) |
| 08/29/2012 | 68 | ORDER THAT ALL OF THE PLAINTIFF'S CLAIMS AGAINST JOHN CRANE, INC., ARE HEREBY DISMISSED WITHOUT PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/28/2012; 8/29/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 08/29/2012) |
| 08/31/2012 | 69 | NOTICE by CROWN CORK &SEAL CO. INC., CROWN HOLDINGS INC – *Notice of Service of Expert Reports* (GILMER, WALTER) (Entered: 08/31/2012) |
| 09/07/2012 | 70 | Joint MOTION to Dismiss *With Prejudice Defendant Georgia–Pacific LLC* filed by GEORGIA–PACIFIC LLC.. (Attachments: # 1 Text of Proposed Order)(WHEELER, ALLAN) (Entered: 09/07/2012) |
| 09/11/2012 | 71 | MOTION AND ORDER THAT DEFENDANT GEORGIA–PACIFIC LLC IS HEREBY DISMISSED WITH PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 9/11/2012. 9/12/2012 ENTERED AND COPIES MAILED AND E–MAILED. (ems) (Entered: 09/12/2012) |
| 10/09/2012 | 72 | MOTION for Summary Judgment filed by AURORA PUMP CO..Memorandum, Certificate of Service. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(WALTERS, JENNIFER) (Entered: 10/09/2012) |
| 10/10/2012 | 73 | MOTION for Summary Judgment filed by BILL VANN COMPANY, INC..Memorandum. (Attachments: # 1 Brief in Support of Motion for Summary Judgment, # 2 Exhibit A, # 3 Exhibit B)(REDDITT, FRANK) (Entered: 10/10/2012) |
| 10/10/2012 | 74 | MOTION for Summary Judgment filed by WARREN PUMPS LLC.Memorandum, Brief, Affidavit, Declaration, Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Text of Proposed Order Proposed Order of Judgment)(MILLS, WILLIAM) (Entered: 10/10/2012) |
| 10/10/2012 | 75 | MOTION for Summary Judgment filed by CBS CORPORATION.Brief, Certificate of Service. (Attachments: # 1 Brief, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(HARRIS, JAMES) (Entered: 10/10/2012) |
| 10/10/2012 | 76 | MOTION for Summary Judgment filed by SAINT–GOBAIN ABRASIVES INC... (Attachments: # 1 Supplement Memorandum of Law in Support of Its Motion for Summary Judgement, # 2 Exhibit SGA MSJ Exhibit A Kite Trial Deposition Vol. I, # 3 Exhibit SGA MSJ Exhibit B Kite Trial Deposition Vol. II, # 4 Exhibit SGA MSJ Exhibit C Kite Trial Deposition Vol. III, # 5 Exhibit SGA MSJ Exhibit D Affidavit of Thomas Service, PhD, PE)(SPRAIN, ROBERT) (Entered: 10/10/2012) |
| 10/10/2012 | 77 | MOTION for Summary Judgment filed by GORMAN–RUPP COMPANY.Memorandum of Law, Certifice of Service. (Attachments: # 1 Supplement Memorandum of Law, # 2 Exhibit "A", # 3 Exhibit "B", # 4 Exhibit "C", # 5 Text of Proposed Order Proposed Order of Judgment)(MCCLOUD, STEWART) (Entered: 10/10/2012) |
| 10/10/2012 | 78 | MOTION for Summary Judgment filed by SEPCO CORPORATION.Memorandum of Law, Certificate of Service. (Attachments: # 1 Supplement Memorandum of Law, # 2 Exhibit "A", # 3 Exhibit "B", # 4 Exhibit "C", # 5 Text of Proposed Order Proposed Order of Judgment)(MCCLOUD, STEWART) (Entered: 10/10/2012) |
| 10/10/2012 | 79 | NOTICE by METROPOLITAN LIFE INSURANCE COMPANY *of Filing of Motion for Summary Judgment* (VERCHER, MICHAEL) (Entered: 10/10/2012) |

| | | |
|---|---|---|
| 10/10/2012 | 80 | MOTION for Summary Judgment filed by HONEYWELL INTERNATIONAL INC..Brief and Evidentiary Submission. (Attachments: # 1 Supplement Memorandum Brief in Support of Motion for Summary Judgment, # 2 Supplement Evidentiary Submission in Support of Motion for Summary Judgment, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E)(EVANS, JENELLE) (Entered: 10/10/2012) |
| 10/10/2012 | 81 | MOTION for Summary Judgment filed by DANA COMPANIES LLC.Brief, Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(DAVIS, EVELYN) (Entered: 10/10/2012) |
| 10/10/2012 | 82 | MOTION for Summary Judgment filed by EATON CORPORATION.Brief, Certificate of Service. (Attachments: # 1 Eaton Corporation's Brief in Support Motion for Summary Judgment, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Text of Proposed Order Proposed Order)(SMYTH, JOHN) (Entered: 10/10/2012) |
| 10/10/2012 | 83 | MOTION for Summary Judgment filed by FLOWSERVE CORPORATION.Memorandum, Certificate of Service. (Attachments: # 1 Memorandum of Law)(MCDONOUGH, EDWARD) (Entered: 10/10/2012) |
| 10/10/2012 | 84 | MOTION for Summary Judgment filed by FOSTER WHEELER CORPORATION.Memorandum. (Attachments: # 1 Memorandum In Support of Motion for Summary Judgment, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit B−1, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E)(REDDITT, FRANK) (Entered: 10/10/2012) |
| 10/10/2012 | 85 | First MOTION for Summary Judgment filed by METROPOLITAN LIFE INSURANCE COMPANY.Memorandum, Certificate of Service. (Attachments: # 1 Statement of Facts, # 2 Memorandum of Law, # 3 Exhibit Exhibit 1, # 4 Exhibit Exhibit 2, # 5 Exhibit Exhibit 3, # 6 Exhibit Exhibit 4, # 7 Exhibit Exhibit 5, # 8 Exhibit Exhibit 6, # 9 Exhibit Exhibit 7, # 10 Exhibit Exhibit 8, # 11 Exhibit Exhibit 9, # 12 Exhibit Exhibit 10, # 13 Exhibit Exhibit 11, # 14 Exhibit Exhibit 12, # 15 Exhibit Exhibit 13)(VERCHER, MICHAEL) (Entered: 10/10/2012) |
| 10/10/2012 | 86 | MOTION for Summary Judgment filed by GENERAL ELECTRIC COMPANY.Brief and Evidentiary Submission. (Attachments: # 1 Supplement Brief in Support of Motion for Summary Judgment, # 2 Supplement Evidentiary Submission in Support of Motion for Summary Judgment, # 3 Exhibit Exhibit A to Evidentiary Submission, # 4 Exhibit Exhibit B to Evidentiary Submission, # 5 Exhibit Exhibit C to Evidentiary Submission, # 6 Exhibit Exhibit D to Evidentiary Submission, # 7 Exhibit Exhibit E to Evidentiary Submission, # 8 Exhibit Exhibit F to Evidentiary Submission, # 9 Exhibit Exhibit G to Evidentiary Submission, # 10 Exhibit Exhibit H to Evidentiary Submiss)(EVANS, JENELLE) (Entered: 10/10/2012) |
| 10/10/2012 | 87 | MOTION for Summary Judgment filed by CROWN CORK &SEAL CO. INC., CROWN HOLDINGS INC.. (Attachments: # 1 Memo of Facts and Law in Support of Motion for Summary Judgment, # 2 Exhibit Ex. 1, # 3 Exhibit Ex. 2, # 4 Exhibit Ex. 3, # 5 Exhibit Ex. 4, # 6 Exhibit Ex. 5, # 7 Proposed Order of Dismissal)(MCCLURKIN, ANNE) (Entered: 10/10/2012) |
| 10/10/2012 | 88 | MOTION for Summary Judgment filed by A.W. CHESTERTON CO..Memorandum, Certificate of Service. (Attachments: # 1 Memorandum of Law, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(MCDONOUGH, EDWARD) (Entered: 10/10/2012) |
| 10/10/2012 | 89 | MOTION for Summary Judgment filed by GOULDS PUMPS INC..Memorandum. (Attachments: # 1 Memorandum In Support of Motion for Summary Judgment, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit B−1, # 5 Exhibit C, # 6 Exhibit D)(CLARKE, TIMOTHY) (Entered: 10/10/2012) |
| 10/10/2012 | 90 | MOTION for Summary Judgment filed by BUFFALO PUMPS INC..Memorandum, Certificate of Service. (Attachments: # 1 Memorandum of Law, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(MCDONOUGH, EDWARD) (Entered: 10/10/2012) |

| | | |
|---|---|---|
| 10/10/2012 | 91 | MOTION for Summary Judgment filed by SCHNEIDER ELECTRIC USA INC. Memorandum, Certificate of Service. (Attachments: # 1 Memorandum of Law, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F)(MCDONOUGH, EDWARD) (Entered: 10/10/2012) |
| 10/10/2012 | 92 | MOTION for Summary Judgment filed by CRANE CO..Memorandum in Support of Motion, with Certificate of Service. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit F–1, # 8 Exhibit F–2, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Text of Proposed Order)(ZUKOWSKI, MICHAEL) (Entered: 10/10/2012) |
| 10/10/2012 | 93 | MOTION for Summary Judgment filed by VIKING PUMP INC.Memorandum, Certificate of Service. (Attachments: # 1 Memorandum Brief, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(PARTRIDGE, DONALD) (Entered: 10/10/2012) |
| 10/12/2012 | 94 | SUPPLEMENTAL BRIEF in Support of 89 Motion for Summary Judgment filed by GOULDS PUMPS INC., Certificate of Service. (Attachments: # 1 Exhibit 1, # 2 Affidavit Declaration of Thomas F. McCaffery, # 3 Text of Proposed Order)(CLARKE, TIMOTHY) Modified on 10/15/2012 (md). (Entered: 10/12/2012) |
| 10/12/2012 | 95 | NOTICE by FOSTER WHEELER CORPORATION re 84 MOTION for Summary Judgment (Attachments: # 1 Affidavit Declaration of Thomas F. McCaffery)(CLARKE, TIMOTHY) (Entered: 10/12/2012) |
| 10/12/2012 | 96 | NOTICE by FOSTER WHEELER CORPORATION re 84 MOTION for Summary Judgment , 95 Notice (Other) *(PROPOSED ORDER)* (CLARKE, TIMOTHY) (Entered: 10/12/2012) |
| 10/16/2012 | 97 | NOTICE by VIKING PUMP INC re 93 MOTION for Summary Judgment (Attachments: # 1 Affidavit Declaration of Roger B. Horne, Jr.)(PARTRIDGE, DONALD) (Entered: 10/16/2012) |
| 10/17/2012 | 98 | ORDER THAT THE REQUESTS ARE DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/17/2012. 10/17/2012 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 10/17/2012) |
| 10/23/2012 | 99 | Disclosure by All Plaintiffs.(KEAHEY, GROVER) (Entered: 10/23/2012) |
| 10/24/2012 | 100 | RESPONSE in Opposition re 33 MOTION to Dismiss *or, in the Alternative, Motion for Summary Judgment* filed by CLEVELAND G. KITE. (Attachments: # 1 Exhibit A)(KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 101 | RESPONSE in Opposition re 31 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 102 | RESPONSE in Opposition re 72 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 103 | RESPONSE in Opposition re 74 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 104 | RESPONSE in Opposition re 75 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 105 | RESPONSE in Opposition re 76 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 106 | RESPONSE in Opposition re 77 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 107 | RESPONSE in Opposition re 78 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 108 | RESPONSE in Opposition re 85 First MOTION for Summary Judgment filed by CLEVELAND G. KITE. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(KEAHEY, GROVER) (Entered: 10/24/2012) |

| 10/24/2012 | 109 | RESPONSE in Opposition re 81 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 110 | RESPONSE in Opposition re 90 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 111 | RESPONSE in Opposition re 92 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit D−1, # 6 Exhibit D−2, # 7 Exhibit D−3)(KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 112 | RESPONSE in Opposition re 84 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 113 | RESPONSE in Opposition re 87 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 114 | RESPONSE in Opposition re 89 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 115 | RESPONSE in Opposition re 93 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/24/2012 | 116 | RESPONSE in Opposition re 88 MOTION for Summary Judgment filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 10/24/2012) |
| 10/25/2012 | 117 | NOTICE by CLEVELAND G. KITE re 103 Response in Opposition to Motion, 112 Response in Opposition to Motion, 101 Response in Opposition to Motion, 114 Response in Opposition to Motion, 111 Response in Opposition to Motion, 113 Response in Opposition to Motion, 102 Response in Opposition to Motion, 107 Response in Opposition to Motion, 110 Response in Opposition to Motion, 116 Response in Opposition to Motion, 108 Response in Opposition to Motion, 105 Response in Opposition to Motion, 104 Response in Opposition to Motion, 100 Response in Opposition to Motion, 109 Response in Opposition to Motion, 115 Response in Opposition to Motion, 106 Response in Opposition to Motion *Master Appendix Exhibit List* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 8A, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 10A)(KEAHEY, GROVER) (Entered: 10/25/2012) |
| 10/26/2012 | 118 | MOTION for Leave to File *Additional Expert Report* filed by CLEVELAND G. KITE.Certificate of Service and Certificate of Conference.(KEAHEY, GROVER) (Entered: 10/26/2012) |
| 11/06/2012 | 119 | ORDER THAT THE MOTIONS FOR SUMMARY JUDGMENT LISTED IN EXHIBIT "A" ATTACHED ARE GRANTED AS UNOPPOSED. IT IS FURTHER ORDERED THAT THE MOTIONS LISTED IN EXHIBIT "B," ATTACHED, ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/05/2012.11/6/2012 ENTERED AND COPIES E−MAILED.(jmf, ) (Entered: 11/06/2012) |
| 11/06/2012 | 120 | REPLY to Response to Motion re 31 MOTION for Summary Judgment filed by CUMMINS INC. (MILLS, WILLIAM) (Entered: 11/06/2012) |
| 11/06/2012 | 121 | ORDER THAT THE MOTIONS FOR SUMMARY JUDGMENT LISTED IN EXHIBIT "A" ATTACHED, ARE GRANTED AS UNOPPOSED. IT IS FURTHER ORDER THAT THE MOTIONS LISTED IN EXHIBIT "B" ATTACHED, ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/5/2012.11/07/2012 ENTERED AND COPIES MAILED, E−MAILED.(jmf, ) Modified on 11/7/2012 (lisad, ). (Entered: 11/07/2012) |
| 11/07/2012 | 122 | REPLY to Response to Motion re 72 MOTION for Summary Judgment filed by AURORA PUMP CO.. (WALTERS, JENNIFER) (Entered: 11/07/2012) |
| 11/07/2012 | 123 | REPLY to Response to Motion re 84 MOTION for Summary Judgment filed by FOSTER WHEELER CORPORATION. (REDDITT, FRANK) (Entered: 11/07/2012) |

| | | |
|---|---|---|
| 11/07/2012 | 124 | REPLY to Response to Motion re 89 MOTION for Summary Judgment filed by GOULDS PUMPS INC.. (CLARKE, TIMOTHY) (Entered: 11/07/2012) |
| 11/07/2012 | 125 | REPLY to Response to Motion re 81 MOTION for Summary Judgment filed by DANA COMPANIES LLC. (DAVIS, EVELYN) (Entered: 11/07/2012) |
| 11/07/2012 | 126 | NOTICE by FOSTER WHEELER CORPORATION *Notice of Filing Notice of Deposition* (REDDITT, FRANK) (Entered: 11/07/2012) |
| 11/07/2012 | 127 | REPLY to Response to Motion re 74 MOTION for Summary Judgment filed by WARREN PUMPS LLC. (MILLS, WILLIAM) (Entered: 11/07/2012) |
| 11/07/2012 | 128 | REPLY to Response to Motion re 85 First MOTION for Summary Judgment filed by METROPOLITAN LIFE INSURANCE COMPANY. (VERCHER, MICHAEL) (Entered: 11/07/2012) |
| 11/07/2012 | 129 | REPLY to Response to Motion re 92 MOTION for Summary Judgment *with Certificate of Service* filed by CRANE CO.. (ZUKOWSKI, MICHAEL) (Entered: 11/07/2012) |
| 11/07/2012 | 130 | REPLY to Response to Motion re 77 MOTION for Summary Judgment filed by GORMAN–RUPP COMPANY. (MCCLOUD, STEWART) (Entered: 11/07/2012) |
| 11/07/2012 | 131 | REPLY to Response to Motion re 33 MOTION to Dismiss *or, in the Alternative, Motion for Summary Judgment* filed by CAMERON INTERNATIONAL CORP.. (MCCLOUD, STEWART) (Entered: 11/07/2012) |
| 11/07/2012 | 132 | REPLY to Response to Motion re 78 MOTION for Summary Judgment filed by SEPCO CORPORATION. (MCCLOUD, STEWART) (Entered: 11/07/2012) |
| 11/07/2012 | 133 | REPLY to Response to Motion re 76 MOTION for Summary Judgment filed by SAINT–GOBAIN ABRASIVES INC.. (Attachments: # 1 Exhibit Exhibit A Kite Depo Vol. 1, # 2 Exhibit Exhibit B Kite Depo Vol. 2)(SPRAIN, ROBERT) (Entered: 11/07/2012) |
| 11/07/2012 | 134 | RESPONSE in Support re 87 MOTION for Summary Judgment filed by CROWN CORK &SEAL CO. INC., CROWN HOLDINGS INC. (MCCLURKIN, ANNE) (Entered: 11/07/2012) |
| 11/07/2012 | 135 | REPLY to Response to Motion re 88 MOTION for Summary Judgment filed by A.W. CHESTERTON CO.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(MCDONOUGH, EDWARD) (Entered: 11/07/2012) |
| 11/07/2012 | 136 | REPLY to Response to Motion re 90 MOTION for Summary Judgment filed by BUFFALO PUMPS INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 6 Exhibit F, # 7 Exhibit G)(MCDONOUGH, EDWARD) (Entered: 11/07/2012) |
| 11/07/2012 | 137 | MOTION to Strike 117 Notice (Other),,,, filed by CBS CORPORATION.Certificate of Service.(HARRIS, JAMES) (Entered: 11/07/2012) |
| 11/07/2012 | 138 | REPLY to Response to Motion re 93 MOTION for Summary Judgment filed by VIKING PUMP INC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(PARTRIDGE, DONALD) (Entered: 11/07/2012) |
| 11/07/2012 | 139 | REPLY to Response to Motion re 75 MOTION for Summary Judgment filed by CBS CORPORATION. (Attachments: # 1 Exhibit E, # 2 Exhibit F, # 3 Exhibit G, # 4 Exhibit H, # 5 Exhibit I, # 6 Brief)(HARRIS, JAMES) (Entered: 11/07/2012) |
| 11/08/2012 | 141 | ORDER THAT THE MOTIONS LISTED IN EXHIBIT "A" ATTACHED ARE GRANTED AS UNOPPOSED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/7/12. 11/14/12 ENTERED AND COPIES MAILED, E–MAILED (dp, ) (Entered: 11/14/2012) |
| 11/09/2012 | 140 | ORDERED THAT A FINAL PRE–REMAND HEARING, INCLUDING ORAL ARGUMENT ON ALL OPPOSED SUMMARY JUDGMENT MOTIONS, WILL BE HELD ON FEBRUARY 12, 2013 AT 10:00 A.M. IN COURTROOM 15A. THIS ORDER SUPERCEDES ANY PREVIOUSLY ENTERED ORDER CONCERNING THE DATE ON WHICH THE HERAING WILL BE HELD |

| | | AND PROVIDES A PROTOCOL TO BE FOLLOWED BY PLAINTIFFS'S COUNSEL PRIOR TO THIS HEARING. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/8/12. 11/9/12 ENTERED AND COPIES MAILED, E−MAILED.(jaa, ) (Entered: 11/09/2012) |
|---|---|---|
| 11/14/2012 | 142 | NOTICE by FOSTER WHEELER CORPORATION re 126 Notice (Other) *Cancellation of Deposition* (REDDITT, FRANK) (Entered: 11/14/2012) |
| 11/20/2012 | 143 | ANSWER to Complaint −*Answer to Plaintiff's First Amended Complaint* by CROWN CORK &SEAL CO. INC., CROWN HOLDINGS INC.(GILMER, WALTER) (Entered: 11/20/2012) |
| 11/20/2012 | 144 | NOTICE by METROPOLITAN LIFE INSURANCE COMPANY of Withdrawal of 85 Motion for Summary Judgment, Certificate of Service. (VERCHER, MICHAEL) Modified on 11/21/2012 (md). (Entered: 11/20/2012) |
| 11/20/2012 | 145 | ANSWER to Complaint *Answer to Plaintiff's First Amended Complaint* by AURORA PUMP CO..(WALTERS, JENNIFER) (Entered: 11/20/2012) |
| 11/20/2012 | 146 | ANSWER to Complaint *as last amended* by CBS CORPORATION.(HARRIS, JAMES) (Entered: 11/20/2012) |
| 11/21/2012 | 147 | RESPONSE in Opposition re 137 MOTION to Strike 117 Notice (Other),,,, filed by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 11/21/2012) |
| 11/21/2012 | 148 | MOTION for Leave to File *Sur−Reply* filed by CLEVELAND G. KITE.Certificate of Service. (Attachments: # 1 Exhibit A)(KEAHEY, GROVER) (Entered: 11/21/2012) |
| 11/21/2012 | 149 | *Defendant's* ANSWER to Complaint *as Last Amended* by WARREN PUMPS LLC.(MILLS, WILLIAM) (Entered: 11/21/2012) |
| 11/21/2012 | 150 | *Defendant's* ANSWER to Complaint *as Last Amended* by CUMMINS INC.(MILLS, WILLIAM) (Entered: 11/21/2012) |
| 11/26/2012 | 151 | ANSWER to Complaint *as last amended* by VIKING PUMP INC.(PARTRIDGE, DONALD) (Entered: 11/26/2012) |
| 11/29/2012 | 152 | *Saint−Gobain Abrasives, Inc., f/k/a/ Norton Company's Answer to Plaintiff's First Amended Complaint* ANSWER to Complaint together with to 1st Amended Complaint by SAINT−GOBAIN ABRASIVES INC..(SPRAIN, ROBERT) (Entered: 11/29/2012) |
| 11/30/2012 | 153 | ANSWER to Complaint by DANA COMPANIES LLC.(DAVIS, EVELYN) (Entered: 11/30/2012) |
| 11/30/2012 | 154 | ANSWER to Complaint *Answer to Plaintiff's First Amended Complaint* by DANA COMPANIES LLC.(DAVIS, EVELYN) (Entered: 11/30/2012) |
| 12/10/2012 | 155 | *Amended* ANSWER to Complaint *As Last Amended* by CBS CORPORATION.(HARRIS, JAMES) (Entered: 12/10/2012) |
| 12/13/2012 | 156 | NOTICE by GOULDS PUMPS INC. *OF NOTICE OF FILING NOTICE OF DEPOSITION OF GERALD MARKOWITZ, Ph.D* (REDDITT, FRANK) (Entered: 12/13/2012) |
| 12/21/2012 | 157 | MOTION AND ORDER FOR LEAVE TO OBTAIN A DIFFERENT MEDICAL EXPERT UNDER THE CONDITIONS STATED IN THIS ORDER. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 12/20/2012.12/21/2012 ENTERED AND COPIES MAILED, E−MAILED.(tomg, ) (Entered: 12/21/2012) |
| 12/21/2012 | 158 | NOTICE by CLEVELAND G. KITE *Additional Expert Report* (Attachments: # 1 Exhibit A)(KEAHEY, GROVER) (Entered: 12/21/2012) |
| 12/21/2012 | 159 | Disclosure with Certificate of Service by CLEVELAND G. KITE.(KEAHEY, GROVER) (Entered: 12/21/2012) |
| 01/03/2013 | 160 | ORDER THAT THE MOTIONS FOR LEAVE TO FILE LISTED IN EXHIBIT "A", ATTACHED, ARE GRANTED AS UNOPPOSED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/2/2013. 1/3/2013 ENTERED |

| | | AND COPIES MAILED AND E–MAILED. (ems) (Entered: 01/03/2013) |
|---|---|---|
| 01/03/2013 | 161 | NOTICE by DANA COMPANIES LLC *of Filing Expert Report* (DAVIS, EVELYN) (Entered: 01/03/2013) |
| 01/03/2013 | 162 | PLAINTIFF'S SUR–REPLY TO ALL DEFENDANTS' REPLIES. Certificate of Service. (ems) (Entered: 01/04/2013) |
| 01/24/2013 | 163 | ORDER THAT A FINAL PRE–REMAND HEARING, INCLUDING ORAL ARGUMENT ON ALL OPPOSED SUMMARY JUDGMENT MOTIONS, WILL BE HELD ON 7/22/2013 AT 10:00 A.M., IN COURTROOM 15A, ETC. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 1/23/2013. 1/25/2013 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 01/25/2013) |
| 02/08/2013 | 164 | STIPULATION of Dismissal *of Motion Industries* by CLEVELAND G. KITE. (Attachments: # 1 Text of Proposed Order Proposed Order)(KEAHEY, GROVER) (COPY FORWARDED TO JUDGE FOR APPROVAL) Modified on 2/11/2013 (uh, ). (Entered: 02/08/2013) |
| 02/12/2013 | 165 | STIPULATION AND ORDER THAT DEFENDANT MOTION INDUSTRIES IS DISMISSED WITH PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 2/11/2013. 2/12/2013 ENTERED AND COPIES MAILED AND E–MAILED. (ems) (Entered: 02/12/2013) |
| 04/18/2013 | 166 | ORDER THAT THE MOTIONS LISTED IN EXHIBIT "A," ATTACHED, ARE GRANTED AS UNOPPOSED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/17/13. 4/19/13 ENTERED AND COPIES MAILED, E–MAILED.(dp, ) (Entered: 04/19/2013) |
| 05/09/2013 | 167 | Joint MOTION for Clarification *of COURTS ORDER GRANTING HONEYWELL INTERNATIONAL INC.S MOTION FOR SUMMARY JUDGMENT* filed by HONEYWELL INTERNATIONAL INC..Certificate of Service. (Attachments: # 1 Text of Proposed Order Proposed Order)(EVANS, JENELLE) (Entered: 05/09/2013) |
| 07/03/2013 | 168 | ORDER THAT THE FINAL PRE–REMAND HEARING, INCLUDING ORAL ARGUMENT ON ALL OPPOSED SUMMARY JUDGMENT MOTIONS IN EACH OF THE CASES LISTED IN EXHIBIT "A", ATTACHED, IS CANCELED. THE PENDING MOTIONS WILL BE DECIDED ON PAPERS. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/2/2013. 7/3/2013 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 07/03/2013) |
| 07/17/2013 | 169 | MOTION FOR LEAVE TO OBTAIN A DIFFERENT EXPERT filed by CLEVELAND G. KITE..(KEAHEY, GROVER) (Entered: 07/17/2013) |
| 07/22/2013 | 170 | STATUS REPORT by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 07/22/2013) |
| 07/26/2013 | 171 | NOTICE by FOSTER WHEELER CORPORATION *Notice of Deposition of Captain William Lowell* (REDDITT, FRANK) (Entered: 07/26/2013) |
| 08/09/2013 | 172 | ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO OBTAIN A DIFFERENT EXPERT. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/8/2013.8/9/2013 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 08/09/2013) |
| 08/09/2013 | 173 | ORDER CLARIFYING THE COURT'S 4/19/2013 ORDER GRANTING HONEYWELL INTERNATIONAL INC.'S MOTION FOR SUMMARY JUDGMENT. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/8/2013.8/9/2013 ENTERED AND COPIES MAILED, E–MAILED.(tomg, ) (Entered: 08/09/2013) |
| 08/14/2013 | 174 | Objections by CLEVELAND G. KITE re 171 Notice (Other) . (KEAHEY, GROVER) (Entered: 08/14/2013) |
| 09/06/2013 | 175 | NOTICE by CLEVELAND G. KITE *Of Filing the Expert Report of George H. Pineda, CIH, CHMM* (KEAHEY, GROVER) (Entered: 09/06/2013) |

| | | |
|---|---|---|
| 10/01/2013 | <u>176</u> | Supplement to MOTION for Summary Judgment <u>74</u> /i> filed by WARREN PUMPS LLC.Certificate of Service. (Attachments: # <u>1</u> Exhibit A)(MILLS, WILLIAM) Modified on 10/2/2013 (uh, ). (Entered: 10/01/2013) |
| 10/18/2013 | <u>177</u> | MOTION for Leave to File *Supplemental Rule 56(c) Memo of Law in Support of MSJ* filed by A.W. CHESTERTON CO..Memorandum. (Attachments: # <u>1</u> Exhibit Order)(MCDONOUGH, EDWARD) (Entered: 10/18/2013) |
| 10/18/2013 | <u>178</u> | MOTION for Leave to File *Supplemental Rule 56(c) Memo of Law in Support of MSJ* filed by BUFFALO PUMPS INC..Memorandum. (Attachments: # <u>1</u> Exhibit Order, # <u>2</u> Exhibit Order)(MCDONOUGH, EDWARD) (Entered: 10/18/2013) |
| 10/31/2013 | <u>179</u> | MOTION for Leave to File *Second Supplemental Brief in Support of Summary Judgment* filed by CBS CORPORATION.Certificate of Service. (Attachments: # <u>1</u> Exhibit Exhibit 1)(HARRIS, JAMES) (Entered: 10/31/2013) |
| 11/01/2013 | <u>180</u> | RESPONSE in Opposition re <u>178</u> MOTION for Leave to File *Supplemental Rule 56(c) Memo of Law in Support of MSJ,* <u>177</u> MOTION for Leave to File *Supplemental Rule 56(c) Memo of Law in Support of MSJ,* <u>179</u> MOTION for Leave to File *Second Supplemental Brief in Support of Summary Judgment* filed by CLEVELAND G. KITE. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit F, # <u>4</u> Exhibit G, # <u>5</u> Exhibit H, # <u>6</u> Exhibit I, # <u>7</u> Exhibit J, # <u>8</u> Exhibit K, # <u>9</u> Exhibit L, # <u>10</u> Exhibit M &N, # <u>11</u> Exhibit O, # <u>12</u> Exhibit P, # <u>13</u> Exhibit Q, # <u>14</u> Exhibit R, # <u>15</u> Exhibit S, # <u>16</u> Exhibit T)(KEAHEY, GROVER) (Entered: 11/01/2013) |
| 11/11/2013 | <u>181</u> | REPLY to Response to Motion re <u>179</u> MOTION for Leave to File *Second Supplemental Brief in Support of Summary Judgment* filed by CBS CORPORATION. (HARRIS, JAMES) (Entered: 11/11/2013) |
| 11/15/2013 | <u>182</u> | REPLY to Response to Motion re <u>178</u> MOTION for Leave to File *Supplemental Rule 56(c) Memo of Law in Support of MSJ,* <u>177</u> MOTION for Leave to File *Supplemental Rule 56(c) Memo of Law in Support of MSJ,* <u>179</u> MOTION for Leave to File *Second Supplemental Brief in Support of Summary Judgment Defendant Crane Co.'s Reply to Plaintiff's Omnibus Response to Defendants' Motions for Leave (ECF #180), with Certificate of Service* filed by CRANE CO.. (ZUKOWSKI, MICHAEL) (Entered: 11/15/2013) |
| 11/19/2013 | <u>183</u> | REPLY to Response to Motion re <u>177</u> MOTION for Leave to File *Supplemental Rule 56(c) Memo of Law in Support of MSJ* filed by A.W. CHESTERTON CO.. (MCDONOUGH, EDWARD) (Entered: 11/19/2013) |
| 11/19/2013 | <u>184</u> | REPLY to Response to Motion re <u>178</u> MOTION for Leave to File *Supplemental Rule 56(c) Memo of Law in Support of MSJ* filed by BUFFALO PUMPS INC.. (MCDONOUGH, EDWARD) (Entered: 11/19/2013) |
| 12/12/2013 | <u>185</u> | MOTION for Leave to File *Supplemental Brief and Evidentiary Material in Support of Summary Judgment* filed by VIKING PUMP INC.Certificate of Service. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B)(PARTRIDGE, DONALD) (Entered: 12/12/2013) |
| 04/03/2014 | <u>186</u> | SUGGESTION OF DEATH Upon the Record as to Cleveland Kite by CLEVELAND G. KITE. (KEAHEY, GROVER) (Entered: 04/03/2014) |
| 04/03/2014 | <u>187</u> | MOTION to Substitute Party filed by CLEVELAND G. KITE.. (Attachments: # <u>1</u> Exhibit Letters Testamentary, # <u>2</u> Text of Proposed Order Proposed Order)(KEAHEY, GROVER) (Entered: 04/03/2014) |
| 05/01/2014 | <u>188</u> | ORDER THAT THE MOTION OF MOVANT VALERIE K. PRESLEY FOR SUBSTITUTION OF LIVING PARTY (DOC. NO. 187) IS GRANTED, AND VALERIE K. PRESLEY, THE PERSONAL REPRESENTATIVE OF THE ESTATE OF CLEVELAND KITE, DECEASED, IS SUBSTITUTED AS PLAINTIFF IN THIS ACTION. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 4/30/2014. 5/1/2014 ENTERED AND COPIES MAILED AND E–MAILED. (aeg, ) (Entered: 05/01/2014) |
| 06/16/2014 | <u>189</u> | MOTION to Dismiss filed by CLEVELAND G. KITE, VALERIE K. PRESLEY.. (Attachments: # <u>1</u> Text of Proposed Order Proposed Order)(KEAHEY, GROVER) (Entered: 06/16/2014) |

| 06/17/2014 | 190 | RESPONSE in Opposition re 189 MOTION to Dismiss filed by CRANE CO.. (Attachments: # 1 Exhibit A)(ZUKOWSKI, MICHAEL) (Entered: 06/17/2014) |
| 06/17/2014 | 191 | NOTICE by HONEYWELL INTERNATIONAL INC. *Of Joinder in Crane Co. Response to Plaintiff's Motion to Voluntarily Dismiss All Remaining Defendants* (MCCLOUD, STEWART) (Entered: 06/17/2014) |
| 06/17/2014 | 192 | NOTICE by CAMERON INTERNATIONAL CORP. *of Joinder in Crane Co's Response to Plaintiff's Motion to Voluntarily Dismiss All Remaining Defendants* (MCCLOUD, STEWART) (Entered: 06/17/2014) |
| 06/17/2014 | 193 | RESPONSE in Opposition re 189 MOTION to Dismiss *Voluntarily* filed by GOULDS PUMPS INC.. (Attachments: # 1 Exhibit A)(CLARKE, TIMOTHY) (Entered: 06/17/2014) |
| 06/17/2014 | 194 | RESPONSE in Opposition re 189 MOTION to Dismiss *Voluntarily* filed by FOSTER WHEELER CORPORATION. (Attachments: # 1 Exhibit A)(CLARKE, TIMOTHY) (Entered: 06/17/2014) |
| 06/18/2014 | 195 | JOINDER in Defendant Crane Co.'s Response to Plaintiff's Motion to Voluntarily Dismiss all Remaining Defendants filed by AURORA PUMP CO., Certificate of Service.(WALTERS, JENNIFER) Modified on 6/19/2014 (md). (Entered: 06/18/2014) |
| 06/18/2014 | 196 | JOINDER in Crane Co.'s Response To Plaintiff's Motion To Voluntarily Dismiss All Remaining Defendants filed by CBS CORPORATION.(HARRIS, JAMES) Modified on 6/19/2014 (md). (Entered: 06/18/2014) |
| 06/18/2014 | 197 | RESPONSE in Opposition re 189 MOTION to Dismiss filed by WARREN PUMPS LLC. (MILLS, WILLIAM) (Entered: 06/18/2014) |
| 06/18/2014 | 198 | JOINDER in Crane Co. and Warren Pumps, LLC's Responses to Plaintiff's Motion to Voluntarily Dismiss All Remaining Defendants filed by VIKING PUMP INC., Certificate of Service.(CRUMP, RICHARD) Modified on 6/19/2014 (md). (Entered: 06/18/2014) |
| 06/18/2014 | 199 | JOINDER in "Defendant Crane Co.'s Response to Plaintiff's Motion to Voluntarily Dismiss All Remaining Defendants" filed by CROWN CORK &SEAL CO. INC., CROWN HOLDINGS INC.(GILMER, WALTER) Modified on 6/19/2014 (md). (Entered: 06/18/2014) |
| 06/18/2014 | 200 | RESPONSE in Opposition re 189 MOTION to Dismiss filed by CUMMINS INC. (MILLS, WILLIAM) (Entered: 06/18/2014) |
| 06/18/2014 | 201 | JOINDER in Warren Pumps' Objection to Plaintiff's Voluntary Dismissal filed by CBS CORPORATION.(HARRIS, JAMES) Modified on 6/19/2014 (md). (Entered: 06/18/2014) |
| 06/18/2014 | 202 | JOINDER in Crane Co.'s, etc. Responses in Opposition to Plaintiff's Motion to Voluntarily Dismiss All Remaining Defendants filed by A.W. CHESTERTON CO., Certificate of Service.(MCDONOUGH, EDWARD) Modified on 6/19/2014 (md). (Entered: 06/18/2014) |
| 06/18/2014 | 203 | JOINDER in Crane Co.'s, etc. Responses in Opposition to Plaintiff's Motion to Voluntarily Dismiss All Remaining Defendants filed by BUFFALO PUMPS INC., Certificate of Service.(MCDONOUGH, EDWARD) Modified on 6/19/2014 (md). (Entered: 06/18/2014) |
| 06/19/2014 | 204 | Joinder in Crane Co.'s Response to Plaintiff's Motion to Voluntarily Dismiss All Remaining Defendants filed by DANA COMPANIES LLC.(MCCORMACK, CATHERINE) Modified on 6/20/2014 (md). (Entered: 06/19/2014) |
| 06/20/2014 | 205 | Joinder in Crane Co.'s Response to Plaintiffs' Motion to Dismiss filed by SAINT–GOBAIN ABRASIVES INC., Certificate of Service.(SPRAIN, ROBERT) Modified on 6/23/2014 (md). (Entered: 06/20/2014) |
| 06/24/2014 | 206 | ORDER THAT THE PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL (ECF NO. 189 ) IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 6/24/14.6/26/14 ENTERED AND COPIES E–MAILED.(va, ) |

| | | |
|---|---|---|
| | | (Entered: 06/26/2014) |
| 08/08/2014 | 207 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT CUMMINS, INC. (DOC. NO. 31) IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/8/2014.8/11/2014 ENTERED AND COPIES MAILED, E–MAILED.(jmg, ) (Entered: 08/11/2014) |
| 08/08/2014 | 208 | ORDER THAT THE MOTIONS FOR LEAVE TO FILE A SUPPLEMENTAL RULE 56(C) MEMO, LISTED IN EXHIBIT "A," ATTACHED, ARE DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/7/2014.8/12/2014 ENTERED AND COPIES MAILED, E–MAILED.(jmg, ) (Entered: 08/12/2014) |
| 08/11/2014 | 209 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT AURORA PUMPS LLC (DOC. NO. 72) IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/8/2014.8/13/2014 ENTERED AND COPIES MAILED, E–MAILED.(jmg, ) (Entered: 08/13/2014) |
| 08/11/2014 | 210 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT WARREN PUMPS LLC (DOC. NO. 74) IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/8/2014.8/13/2014 ENTERED AND COPIES MAILED, E–MAILED.(jmg, ) (Entered: 08/13/2014) |
| 08/11/2014 | 211 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT CAMERON INTERNATIONAL CORPORATION (DOC. NO. 33) IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/8/2014.8/13/2014 ENTERED AND COPIES MAILED, E–MAILED.(jmg, ) (Entered: 08/13/2014) |
| 08/12/2014 | 212 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT GOULDS PUMPS, INC. IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/11/14.8/13/14 ENTERED AND COPIES MAILED AND EMAILED TO COUNSEL.(jaa, ) (Entered: 08/13/2014) |
| 08/12/2014 | 213 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT GORMAN–RUPP COMPANY IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/11/14.8/13/14 ENTERED AND COPIES MAILED AND EMAILED TO COUNSEL.(jaa, ) (Entered: 08/13/2014) |
| 08/12/2014 | 214 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT VIKING PUMPS, INC. IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/11/14.8/13/14 ENTERED AND COPIES MAILED AND EMAILED TO COUNSEL.(jaa, ) (Entered: 08/13/2014) |
| 08/12/2014 | 215 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT BUFFALO PUMPS, INC. IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/11/14.8/13/14 ENTERED AND COPIES MAILED AND EMAILED TO COUNSEL.(jaa, ) (Entered: 08/13/2014) |
| 08/13/2014 | 216 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT A.W. CHESTERTON CO. IS GRANTED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/12/14.8/13/14 ENTERED AND COPIES MAILED AND EMAILED TO COUNSEL.(jaa, ) (Entered: 08/13/2014) |
| 08/13/2014 | 217 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS CROWN CORK &SEAL COMPANY, INC. AND CROWN HOLDINGS, INC. IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/12/14.8/13/14 ENTERED AND COPIES MAILED AND EMAIELD TO COUNSEL.(jaa, ) (Entered: 08/13/2014) |
| 08/13/2014 | 218 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT DANA COMPANIES LLC IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/12/14.8/13/14 ENTERED AND COPIES MAILED AND EMAILED TO COUNSEL.(jaa, ) (Entered: 08/13/2014) |
| 08/13/2014 | 219 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT SEPCO CORPORATION IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/12/14.8/13/14 ENTERED AND COPIES MAILED AND EMAILED TO COUNSEL.(jaa, ) (Entered: 08/13/2014) |

| 08/13/2014 | 220 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT SAINT–GOBAIN ABRASIVES, INC. IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/12/14.8/13/14 ENTERED AND COPIES MAILED AND EMAILED TO COUNSEL.(jaa, ) (Entered: 08/13/2014) |
|---|---|---|
| 08/13/2014 | 221 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT CRANE CO. IS DENIED. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/12/14.8/13/14 ENTERED AND COPIES MAILED AND EMAILED TO COUNSEL.(jaa, ) (Entered: 08/13/2014) |
| 08/13/2014 | 222 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT FOSTER WHEELER CORPORATION (DOC. NO. 84) IS GRANTED; ETC.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/13/2014. 8/14/2014 ENTERED AND COPIES MAILED AND E–MAILED. (ems) (Entered: 08/14/2014) |
| 08/14/2014 | 223 | ORDER THAT THE MOTION FOR SUMMARY JUDGMENT OF DEFENDANT CBS CORPORATION IS GRANTED IN PART; DENIED IN PART; ITS MOTION TO STRIKE IS DENIED WITHOUT PREJUDICE. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/13/2014.8/14/2014 ENTERED AND COPIES MAILED, AND E–MAILED.(uh, ) (Entered: 08/14/2014) |