**CT** Corporation

**Service of Process Transmittal**
05/22/2014
CT Log Number 525002010

TO:     Stacie Simpson
        Navigant Consulting
        PACE Claim Services, LLC, 100 American Metro Blvd
        Suite 108
        Hamilton, NJ 08619

RE:     **Process Served in Illinois**

FOR:    Crane Co. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Valerie K. Presley, Individually and as Special Administrator of the Estate of Cleveland Kite, Deceased, Pltfs. vs. Air & Liquid Systems Corporation, etc., et al. including Crane Co., etc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Attachment, Complaint, Affidavit, Entry, Certificate(s), Notice, Motion(s), |
| **COURT/AGENCY:** | St. Clair County - 20th Judicial Circuit Court, IL<br>Case # 14L146 |
| **NATURE OF ACTION:** | Asbestos Litigation - Fatal Injury/Wrongful Death |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/22/2014 at 14:15 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Laci M. Whitley<br>Flint & Associates, LLC<br>112 Magnolia Drive<br>P.O. Box 930<br>Glen Carbon, IL 62034<br>618-288-4777 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/22/2014, Expected Purge Date: 05/27/2014<br>Image SOP<br>Email Notification, Stacie Simpson PACEservice@paceclaims.com<br>Email Notification, Crane Co. SOP CraneCoCTService@klgates.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Khalilah Starks |
| **ADDRESS:** | 208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

**Case Number** 14-L-146

**Amount Claimed** $50,000.01

VALERIE K. PRESLEY, Individually and as

Special Administrator of the Estate of

CLEVELAND KITE, Deceased,

**VS**

AIR & LIQUID SYSTEMS CORPORATION

a/k/a BUFFALO PUMPS, INC., et al,

**Plaintiff(s)**

**Defendant(s)**

Classification Prefix L _____ Code 01 _____ Nature of Action Tort - Other _____ Code 2

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. Carson C. Menges _____ Code _____ NAME Crane Co.
Address 112 Magnolia Drive
City Glen Carbon, Illinois _____ Phone 618-288-4777
Add. Pltf. Atty. _____ Code _____

ADDRESS CT Corporation System

### SUMMONS COPY

208 South LaSalle Street, Suite 814

CITY & STATE Chicago, IL 60604

To the above named defendant(s). . . . . . :

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☑ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, 4 - 25 20 14

KAHALAH A. CLAY
Clerk of Court

BY DEPUTY: Vickie Dale

**SEAL**

DATE OF SERVICE: May 2 2014
(To be inserted by officer on copy left with defendant or other person)
2:15 pm

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

Name of defendant                                        Date of service

_____                    _____

_____                    _____

_____                    _____

_____                    _____

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - (Other service):

| SHERIFF'S FEES |
|---|
| Service and return _____ $ |
| Miles _____ . . . . . . . . . $_____ |
| Total . . . . . . . . . . . . . . . . . . . . $_____ |
| |
| Sheriff of _____ County |

_____, Sheriff of _____ County

_____, Deputy



**IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS**

VALERIE K. PRESLEY, Individually and as Special )
Administrator of the Estate of CLEVELAND KITE, Deceased, )
                                                        )
            Plaintiff,                                  )
                                                        )
-vs.-                                                   )        No. 14-L- 14 6
                                                        )
                                                        )
AIR & LIQUID SYSTEMS CORPORATION, *a/k/a*               )
    BUFFALO PUMPS, INC.,                                )
ALTRA INDUSTRIAL MOTION, INC., *f/k/a*                  )
    COLFAX POWER TRANSMISSION GROUP,                    )
ABB, INC.,                                              )
ARVINMERITOR, INC.,                                     )
AURORA PUMP COMPANY,                                    )
A.W. CHESTERTON COMPANY                                 )
BORG WARNER CORPORATION *by its successor-*             )
    *in-interest,* BORG WARNER MORSE TEC, INC.,         )
BUCYRUS INTERNATIONAL, INC., *a/k/a* Bucyrus Erie       )
BUCYRUS MINING EQUIPMENT, INC., *a/k/a* Bucyrus Erie,   )
CAMERON INTERNATIONAL, CORP.,                           )
CARVER PUMP COMPANY,                                    )
CATERPILLAR, INC., *individually and as successor to* Bucyrus )
    *International, a/k/a Bucyrus Mining Equipment, a/k/a* )
    *Bucyrus-Erie*                                      )
CBS CORPORATION, *f/k/a* VIACOM, INC. *merger to*       )
    CBS CORPORATION, *f/k/a* WESTINGHOUSE               )
    ELECTRIC CORPORATION,                               )
CERTAIN-TEED CORPORATION,                               )
CHICAGO GASKET COMPANY,                                 )
CLEAVER-BROOKS, INC. *f/k/a* CLEAVER-BROOKS,            )
    *a division of* Aqua-Chem, Inc.,                    )
CNA HOLDINGS, INC., *f/k/a* Celanese Corp.,             )
COMMONWEALTH EDISON COMPANY,                            )
CONTINENTAL TEVES, INC.,                                )
CONWED CORPORATION,                                     )
COOPER INDUSTRIES, LLC, *f/k/a* Wagner Crane Brakes,    )
CRANE CO., (*sued individually and as*                  )
    *Successor-in-interest to* COCHRANE, INC., *a/k/a* JENKINS )
    VALVES, INC., *a/k/a* PACIFIC PUMP, INC.,           )
CROSBY VALVE & GAGE COMPANY,                            )
CROWN CORK & SEAL COMPANY, INC.,                        )
CROWN HOLDINGS, INC.,                                   )

FILED
ST. CLAIR COUNTY

FEB 0 7 2014

*[signature]*
CIRCUIT CLERK

CSX RAILROAD d/b/a L&N RAILROAD,                                      )
CUMMINS, INC.,                                                        )
DANA COMPANIES, LLC                                                   )
DAP, INC.,                                                            )
DOVER CORPORATION, BLACKMER DIVISION,                                 )
DRACO MECHANICAL SUPPLY, INC.,                                        )
EATON CORPORATION f/k/a CUTTLER-HAMMER,                               )
EATON HYDRAULICS, LLC,                                                )
ELLIOTT COMPANY, I,                                                   )
EXCELSIOR PACKING AND GASKET,                                         )
EXXON MOBIL CORPORATION,                                              )
FLOWSERVE CORPORATION, *sued individually and*                        )
    *as successor-in-interest to* BW/IP International, Inc.,          )
    *f/k/a* Byron Jackson Pump Division and Pacific Pumps,            )
FLOWSERVE CORPORATION, f/k/a DURCO                                    )
    INTERNATIONAL, INC., successor-in-interest to the                 )
    DURIRON CO., INC.,                                                )
FMC CORPORATION, *sued as successor of*                               )
    NORTHERN PUMPS and PEERLESS PUMPS,                                )
FORD MOTOR COMPANY,                                                   )
FOSTER WHEELER ENERGY CORPORATION                                     )
    (*sued individually and as successor-in-interest to*              )
    C.H. WHEELER),                                                    )
GARDNER DENVER, INC.,                                                 )
GENERAL ELECTRIC COMPANY,                                             )
GENERAL GASKET CORPORATION,                                           )
GEORGIA-PACIFIC, LLC,                                                 )
THE GOODYEAR TIRE & RUBBER COMPANY,                                   )
THE GORMAN-RUPP COMPANY,                                              )
GOULDS PUMPS, INC.,                                                   )
GREENE TWEED & CO. INC.,                                              )
HONEYWELL INTERNATIONAL, INC.,                                        )
ILLINOIS TOOL WORKS, INC., *individually and as*                      )
    *successor-in-interest to* DEVCON CORP.,                          )
IMO INDUSTRIES, INC., *individually and as successor-in-*             )
    *to* DELAVAL TURBINE, INC.,                                       )
INGALLS SHIPBUILIDING *a division of* HUNTINGTON                      )
    INGALLS INDUSTRIES,                                               )
INGERSOLL-RAND COMPANY,                                               )
ITT CORPORATION, *f/k/a* ITT INDUSTRIES, INC.,                        )
JOHN CRANE, INC.,                                                     )
J.P. BUSHNELL PACKING SUPPLY CO.,                                     )
KAISER GYPSUM COMPANY INC.,                                           )
KELLY MOORE PAINT COMPANY,                                            )
LAMONS GASKET COMPANY,                                                )
L&N RAILROAD d/b/a CSX RAILROAD,                                      )

MEADWESTVACO CORP., *a/k/a* MEADE CORP.,  )
METROPOLITAN LIFE INSURANCE COMPANY,  )
MOTION CONTROLS INDUSTRIES, INC., *as successor-in-*  )
   *interest to* Carlisle Corporation,  )
NASH ENGINEERING COMPANY, *f/k/a* GARDNER DENVER )
   NASH, LLC, *as successor-in-interest to* GARDNER DENVER )
   NASH, LLC, *as successor-in-interest* to NASH  )
   ENGINEERING COMPANY,  )
NORTHRUP GRUMMAN, d/b/a INGALLS SHIPYARD,  )
OAKFABCO, INC., *f/k/a* KEWANEE BOILER CORP.,  )
OWENS-ILLINOIS, INC.,  )
PNEUMO ABEX CORPORATION,  )
RILEY POWER, INC., *f/k/a* RILEY STOKER CORPORATION,  )
ROCKWELL AUTOMATION INC.,  )
SAINT GOBAIN ABRASIVES, INC., *f/k/a* NORTON CO.,  )
SCHNEIDER ELECTRIC USA, INC., *individually and on behalf* )
   *of* SQUARE D COMPANY,  )
SEALING EQUIPMENT PRODUCTS, CO., INC., *a/k/a*  )
   SEPCO CORPORATION,  )
SPRINKMANN SONS CORPORATION,  )
TACO, INC.,  )
TRANE US, INC., *f/k/a* AMERICAN STANDARD, INC.,  )
UNION CARBIDE CORPORATION,  )
UNITED TECHNOLOGIES CORPORATION, *individually and*  )
   *as successor in interest to* PRATT & WHITNEY,  )
VIKING PUMPS, INC.,  )
WARREN PUMPS, LLC,  )
WEIL-MCLAIN COMPANY,  )
WHITNEY AUTOMOTIVE GROUP, INC. *f/k/a*  )
   J.C. WHITNEY & CO.,  )
YORK INTERNATIONAL CORPORATION,  )
YOUNG GROUP, LTD, *f/k/a* YOUNG SALES CORP.,  )
YOUNG INSULATION GROUP OF ST. LOUIS, INC.,  )
ZURN INDUSTRIES, LLC, and  )
3M, *a/k/a* MINNESOTA MINING AND MANUFACTURING  )
   COMPANY,  )
   )
             Defendants.  )

*(w)*
## ~~FIRST AMENDED~~ COMPLAINT

## COUNT I

### NEGLIGENCE COUNT AS TO MANUFACTURERS OF ASBESTOS PRODUCTS

COMES NOW the Plaintiff, VALERIE K. PRESLEY, Individually and as Special

Administrator of the Estate of CLEVELAND KITE, by her attorneys, Flint & Associates, LLC, and for her cause of action against the Defendants, states:

Plaintiff, VALERIE K. PRESLEY currently resides in Mobile, Alabama. The Plaintiff's Decedent, CLEVELAND KITE, was employed by the following employers: U.S. Navy, U.S. Coast Guard, L&N Railroad/CSX Railroad and Northrup Grumman d/b/a Ingalls Shipyard.

2.      Plaintiff brings this action pursuant to 740 ILCS 180/1-2.2, 755 ILCS 5/27-6 and 750 ILCS 65/15.

3.      During the course of the Decedent's employment, the Decedent, CLEVELAND KITE, was exposed to and inhaled asbestos fibers emanating from certain products he was working with and around, which were manufactured, sold, distributed or installed by the Defendants: AIR & LIQUID SYSTEMS CORPORATION, *a/k/a* BUFFALO PUMPS, INC., ALTRA INDUSTRIAL MOTION, INC., *f/k/a* COLFAX POWER TRANSMISSION GROUP, ABB, INC., ARVINMERITOR, INC., AURORA PUMP COMPANY, A.W. CHESTERTON COMPANY, BORG WARNER CORPORATION *by its successor*-in-*interest*, BORG WARNER MORSE TEC, INC., BUCYRUS INTERNATIONAL, INC., *a/k/a* Bucyrus Erie BUCYRUS MINING EQUIPMENT, INC., *a/k/a* Bucyrus Erie, CAMERON INTERNATIONAL, CORP., CARVER PUMP COMPANY, CATERPILLAR, INC., *individually and as successor to* Bucyrus *International, a/k/a Bucyrus Mining Equipment, a/k/a Bucyrus-Erie* CBS CORPORATION, *f/k/a* VIACOM, INC. *merger to* CBS CORPORATION, *f/k/a* WESTINGHOUSE ELECTRIC CORPORATION, CERTAIN-TEED CORPORATION, CHICAGO GASKET COMPANY, CLEAVER-BROOKS, INC. *f/k/a* CLEAVER-BROOKS, *a division of* Aqua-Chem, Inc., CNA HOLDINGS, INC., *f/k/a* Celanese Corp., COMMONWEALTH EDISON COMPANY, CONTINENTAL TEVES, INC.,

CONWED CORPORATION, COOPER INDUSTRIES, LLC, *f/k/a* Wagner Crane Brakes,

CRANE CO., (*sued individually and as Successor-in-interest to* COCHRANE, INC., *a/k/a*

JENKINS VALVES, INC., *a/k/a* PACIFIC PUMP, INC.,   CROSBY VALVE & GAGE

COMPANY,   CROWN CORK & SEAL COMPANY, INC., CROWN HOLDINGS, INC.,

CSX RAILROAD d/b/a L&N RAILROAD,   CUMMINS, INC.,    DANA COMPANIES, LLC,

 DAP, INC., DOVER CORPORATION, BLACKMER DIVISION, DRACO MECHANICAL

SUPPLY, INC., EATON CORPORATION f/k/a CUTLER-HAMMER,    EATON

HYDRAULICS, LLC, ELLIOTT COMPANY, I,    EXCELSIOR PACKING AND GASKET,

EXXON MOBIL CORPORATION,   FLOWSERVE CORPORATION, *sued individually and*

 *as successor-in-interest to* BW/IP International, Inc., *f/k/a* Byron Jackson  Pump Division and

Pacific Pumps, FLOWSERVE CORPORATION, f/k/a DURCO INTERNATIONAL, INC.,

successor-in-interest to the DURIRON CO., INC.,   FMC CORPORATION, *sued as successor*

*of* NORTHERN PUMPS and PEERLESS PUMPS,   FORD MOTOR COMPANY,

FOSTER WHEELER ENERGY CORPORATION  *sued individually and as successor-in-*

*interest to* C.H. WHEELER,  GARDNER DENVER, INC., GENERAL ELECTRIC

COMPANY,  GENERAL GASKET CORPORATION, GEORGIA-PACIFIC, LLC,

THE GOODYEAR TIRE & RUBBER COMPANY, THE GORMAN-RUPP COMPANY,

GOULDS PUMPS, INC., GREENE TWEED & CO. INC.,  HONEYWELL

INTERNATIONAL, INC.,  ILLINOIS TOOL WORKS, INC., *individually and as*

*successor-in-interest to* DEVCON CORP.,   IMO INDUSTRIES, INC., *individually and a*

*successor-in-to* DELAVAL TURBINE, INC., INGALLS SHIPBUILIDING *a division of*

HUNTINGTON INGALLS INDUSTRIES,  INGERSOLL-RAND COMPANY,

ITT CORPORATION, *f/k/a* ITT INDUSTRIES, INC., JOHN CRANE, INC.,

J.P. BUSHNELL PACKING SUPPLY CO., KAISER GYPSUM COMPANY INC.,
KELLY MOORE PAINT COMPANY, LAMONS GASKET COMPANY, L&N RAILROAD
d/b/a CSX RAILROAD, MEADWESTVACO CORP., *a/k/a* MEADE CORP.,
METROPOLITAN LIFE INSURANCE COMPANY, MOTION CONTROLS INDUSTRIES,
INC., *as successor-in-interest to* Carlisle Corporation, NASH ENGINEERING COMPANY,
*f/k/a* GARDNER DENVER, NASH, LLC, *as successor-in-interest to* GARDNER DENVER
NASH, LLC, *as successor-in-interest* to NASH ENGINEERING COMPANY, NORTHRUP
GRUMMAN, d/b/a INGALLS SHIPYARD, OAKFABCO, INC., *f/k/a* KEWANEE BOILER
CORP., OWENS-ILLINOIS, INC., PNEUMO ABEX CORPORATION, RILEY POWER,
INC., *f/k/a* RILEY STOKER CORPORATION, ROCKWELL AUTOMATION INC.,
SAINT GOBAIN ABRASIVES, INC., *f/k/a* NORTON CO., SCHNEIDER ELECTRIC USA,
INC., *individually and on behalf of* SQUARE D COMPANY, SEALING EQUIPMENT
PRODUCTS, CO., INC., *a/k/a* SEPCO CORPORATION, SPRINKMANN SONS
CORPORATION, TACO, INC., TRANE US, INC., *f/k/a* AMERICAN STANDARD, INC.,
UNION CARBIDE CORPORATION, UNITED TECHNOLOGIES CORPORATION,
*individually and as successor in interest to* PRATT & WHITNEY, VIKING PUMPS, INC.,
WARREN PUMPS, LLC, WEIL-MCLAIN COMPANY, WHITNEY AUTOMOTIVE
GROUP, INC. *f/k/a* J.C. WHITNEY & CO., YORK INTERNATIONAL CORPORATION,
YOUNG GROUP, LTD, *f/k/a* YOUNG SALES CORP., YOUNG INSULATION GROUP OF
ST. LOUIS, INC., ZURN INDUSTRIES, LLC, and 3M, *a/k/a* MINNESOTA MINING AND
MANUFACTURING COMPANY.

    4.     At all times herein set forth, the Defendants' products were being employed in the
manner and for the purposes for which they were intended.

5.    The Decedent's exposure to and inhalation of the asbestos fibers emanating from the above-mentioned products were completely foreseeable and could or should have been anticipated by the Defendants.

6.    The Defendants knew or should have known that the asbestos fibers contained in their products had a toxic, poisonous, and highly deleterious effect upon the health of persons inhaling them.

7.    That in or about February 8, 2011, the Plaintiff and Decedent first became aware that CLEVELAND KITE had developed mesothelioma and at a later date learned that said disease was wrongfully caused.

8.    That on January 26, 2014, Plaintiff's Decedent died of mesothelioma.

9.    At all times herein relevant, the Defendants had a duty to exercise reasonable care and caution for the safety of the Decedent and others working with and around the products of the Defendants containing asbestos.

10.    The Defendants failed to exercise ordinary care and caution for the safety of the Plaintiff in one or more of the following respects:

(a)  Included asbestos in their products, even though it was completely foreseeable and could or should have been anticipated that persons working with or around them would inhale asbestos fibers;

(b)  Included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling them;

(c)  Included asbestos in their products when adequate substitutes for the asbestos in them was available;

(d)  Failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling the asbestos fibers contained in them;

(e) Failed to provide any or adequate instructions concerning the safe methods of working with and around the products, including specific instructions on how to avoid inhaling the asbestos fibers in them; and

(f) Failed to conduct tests on the asbestos containing products manufactured, sold, delivered or installed by the Defendants in order to determine the hazards to which workers might be exposed while working with the products.

(g) Designed, manufactured and sold equipment, vehicles, machinery, technologies and systems that included asbestos-containing components and required and/or specified the use of asbestos-containing replacement components.

(h) Designed respiratory protection systems, including masks and/or respirators, which failed to protect the Plaintiff from inhaling asbestos fibers.

11.    That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the Defendants mentioned above, the Decedent was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing Decedent to develop mesothelioma, which ultimately led to his death; the Decedent, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; the Decedent, prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, the Decedent was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of monies which otherwise would have accrued to him and his estate; further, by reason of the death of the Decedent, his family has been deprived of his means of support and has lost the society of the Decedent; lastly, substantial sums of money were expended by the Decedent's estate for funeral and burial.

WHEREFORE, Plaintiff prays judgment be entered against the Defendants for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS which will fairly and reasonably compensate for the Plaintiff's injuries.

## COUNT II

### WILLFUL AND WANTON

COMES NOW the Plaintiff, VALERIE K. PRESLEY, Individually and as Special Administrator of the Estate of CLEVELAND KITE, by her attorneys, Flint & Associates, LLC, and for her cause of action against the Defendants, state:

1.

2.      Defendants are guilty of one or more of the following acts or omissions amounting to willful and wanton misconduct:

(a)  Intentionally or with a reckless disregard for the safety of Plaintiff, included asbestos in their products, even though it was completely foreseeable and could or should have been anticipated that persons working with or around them would inhale asbestos fibers;

(b)  Intentionally or with a reckless disregard for the safety of Plaintiff, included asbestos in their products when the Defendants knew or should have known that said asbestos fibers would have a toxic, poisonous and highly deleterious effect upon the health of persons inhaling them;

(c)  Intentionally or with a reckless disregard for the safety of Plaintiff, included asbestos in the products when adequate substitutes for the asbestos in them was available;

(d)  Intentionally or with a reckless disregard for the safety of the Plaintiff, failed to provide any or adequate warnings to persons working with and around the products of the dangers of inhaling the asbestos fibers in them;

(e)  Intentionally or with a reckless disregard for the safety of the Plaintiff, failed to provide any or adequate instructions concerning the safe methods of working with and around the products,

including specific instructions on how to avoid inhaling the asbestos fibers in them; and

(f) Intentionally or with a reckless disregard for the safety of the Plaintiff, failed to conduct tests on the asbestos containing products manufactured, sold or delivered by the Defendants in order to determine the hazards to which workers might be exposed while working with the products and/or conspired with others to conceal the results of such tests.

(g) Intentionally or with a reckless disregard for the safety of the Plaintiff, designed, manufactured and sold equipment, vehicles, machinery, technologies and systems that included asbestos-containing components and required and/or specified the use of asbestos-containing replacement components.

3. Plaintiffs repeat and reallege Paragraph 9 of Count I as and for Paragraphs 10 of this Count II.

WHEREFORE, Plaintiff prays judgment be entered against the Defendants for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS which will fairly and reasonably compensate for the Plaintiff's injuries.

## COUNT III

### CONSPIRACY

COMES NOW the Plaintiff, VALERIE K. PRESLEY, Individually and as Special Administrator of the Estate of CLEVELAND KITE, by her attorneys, Flint & Associates, LLC, and for her cause of action against the Defendants, state:

1– 8. Plaintiff repeats and realleges Paragraphs 1 - 8 of Count I as and for Paragraphs 1- 8 of this Count III.

9. During the course of his employment, Plaintiff was exposed to and inhaled, ingested or otherwise absorbed large amounts of asbestos fibers emanating from certain products they were working with and around which were manufactured, sold or distributed by the

Defendants named in Count I above.

10.    The Defendants, including METROPOLITAN LIFE INSURANCE COMPANY, HONEYWELL INTERNATIONAL INC., and PNEUMO ABEX CORPORATION, and/or their predecessors-in-interest in Madison County, Illinois, Cicero, Illinois, Chicago, Illinois, Libertyville, Illinois and Waukegan, Illinois as well as other locations, knowingly agreed, contrived, combined, confederated and conspired among themselves and with other entities, including Johns-Manville Corporation, Union Asbestos & Rubber Company, Pittsburgh-Corning Corporation and United States Gypsum, to cause Plaintiff's injury, disease and illness by exposing Plaintiff to harmful and dangerous asbestos-containing products and/or machinery requiring or calling for the use of asbestos and/or asbestos-containing products. Defendants and other entities further knowingly agreed, contrived, combined, confederated and conspired to deprive Plaintiff of the opportunity of informed free choice as to whether to use said asbestos-containing products and/or machinery requiring or calling for the use of asbestos and/or asbestos-containing products or to expose himself to said dangers. In this connection, Plaintiff has sued METROPOLITAN LIFE INSURANCE COMPANY, HONEYWELL INTERNATIONAL INC., and PNEUMO ABEX CORPORATION in their capacities as co-conspirators. Defendants committed the above-described wrongs, some of which wrongful conduct occurred at the locations above, by willfully misrepresenting and suppressing the truth as to the risks and dangers associated with the use of and exposure to Defendants' asbestos-containing products and/or machinery requiring or calling for the use of asbestos and/or asbestos-containing products.

11.    In furtherance of said conspiracy, Defendants, METROPOLITAN LIFE INSURANCE COMPANY, HONEYWELL INTERNATIONAL INC., and PNEUMO ABEX

CORPORATION, performed the following overt acts:

(a)    for many decades, Defendants METROPOLITAN LIFE INSURANCE COMPANY, HONEYWELL INTERNATIONAL INC., and PNEUMO ABEX CORPORATION, individually, jointly, and in conspiracy with each other and other entities, have been in possession of medical and scientific data, literature and test reports which clearly indicated that the inhalation of asbestos dust and fibers resulting from the ordinary and foreseeable use of said asbestos-containing products and/or machinery requiring or calling for the use of asbestos and/or asbestos-containing products were unreasonably dangerous, hazardous, deleterious to human health, carcinogenic and potentially deadly;

(b)    despite the medical and scientific data, literature and test reports possessed by and available to Defendants, Defendants individually, jointly, and in conspiracy with each other and other entities, fraudulently, willfully and maliciously:

(1)    withheld, concealed and suppressed said medical and scientific data, literature and test reports regarding the risks of asbestosis, cancer, mesothelioma and other illnesses and diseases from Plaintiff who was using and being exposed to Defendants' asbestos-containing products and/or machinery requiring or calling for the use of asbestos and/or asbestos-containing products;

(2)    caused to be released, published and disseminated medical and scientific data, literature and test reports containing information and statements regarding the risks of asbestosis, cancer, mesothelioma and other illnesses and diseases, which Defendants knew were incorrect, incomplete, outdated and misleading; and

(3)    distorted the results of medical examinations conducted upon Plaintiff and workers such as Plaintiff who were using asbestos-containing products and/or machinery requiring or calling for the use of asbestos and/or asbestos-containing products and being exposed to the inhalation of asbestos dust and fibers by falsely stating and/or concealing the nature and extent of the harm to which Plaintiff and workers such as Plaintiff have suffered.

(c)    In addition, certain of the defendants, including but not limited to METROPOLITAN LIFE INSURANCE COMPANY, HONEYWELL INTERNATIONAL INC., and PNEUMO ABEX CORPORATION contrived, combined, confederated and conspired through a series of industry trade meetings and the creation of organizations such as the Air Hygiene Foundation (later the Industrial Hygiene Foundation) to establish authoritative standards for the control of industrial dusts which would act as a defense in personal injury lawsuits, despite knowing that compliance with such standards would not protect workers such as Plaintiff from contracting an asbestos disease or cancer.

(d)     In furtherance of said conspiracies, Defendants and/or their co-conspirators contributed to cause the establishment of a Threshold Limit Value for asbestos exposure, and contributed to the maintenance of such Threshold Limit Value despite evidence that this supposed "safe" level of exposure to asbestos would not protect the health of workers such as Plaintiff even if complied with.

(e)     As the direct and proximate result of the false and fraudulent representations, omissions and concealments set forth above, Defendants, individually, jointly, and in conspiracy with each other, intended to induce the Plaintiff to rely upon said false and fraudulent representations, omissions and concealments, to continue to expose himself to the dangers inherent in the use of and exposure to Defendants' asbestos-containing products, and/or machinery requiring or calling for the use of asbestos and/or asbestos-containing products and/or products which caused the release of respirable asbestos fibers.

12.     Defendants individually, and as members of a conspiracy, and as agents of other co-conspirators were in a position of superior knowledge regarding the health hazards of asbestos and therefore the Plaintiff and others deciding to use said asbestos-containing products to which Plaintiff was exposed had a right to rely and did rely on the published reports commissioned by the Defendants regarding the health hazards of asbestos and the absence of published medical and scientific data regarding the hazards of asbestos and asbestos-containing products and/or machinery requiring or calling for the use of asbestos and/or asbestos-containing products.

13.     As a direct and proximate result of Defendants' intentional publication of deceptive and misleading medical data and information, as described in the preceding paragraphs, upon which data the Plaintiff reasonably relied, the Defendants caused asbestos and asbestos-containing products and/or machinery requiring or calling for the use of asbestos and/or asbestos-containing products to be used by Plaintiff and Plaintiff inhaled or otherwise ingested hazardous asbestos dust, and/or will inhale or ingest hazardous asbestos dust, resulting in injuries.

Page **13** of **36**

14.     Additionally and alternatively, as a direct and proximate result of Defendants' actions and omissions as described above, the Plaintiff was caused to remain ignorant concerning the danger of human exposure to asbestos, resulting in damage to the Plaintiff by depriving the Plaintiff and workers such as Plaintiff, of opportunities to be aware of the hazards of asbestos exposure, and thus the opportunity to take proper safety precautions and/or avoid exposure to asbestos dust. Because of this ignorance on the part of the Plaintiff, Defendants' failure to warn, Defendants' concealment from the Plaintiff of the alteration of their published test results, and the actions and omissions and concerted design and conspiracy of METROPOLITAN LIFE INSURANCE COMPANY, HONEYWELL INTERNATIONAL INC., and PNEUMO ABEX CORPORATION, some of which wrongful conduct occurred in Madison County, Illinois, and others, all as described above, the Plaintiff was exposed to asbestos and asbestos-containing products and/or machinery containing or calling for the use of asbestos and/or asbestos-containing products used at his places of employment and/or his family members' place employment and has inhaled or otherwise ingested hazardous asbestos dust resulting in his developing mesothelioma.

15.     As as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the Defendants mentioned above, the Decedent was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing Decedent to develop mesothelioma, which ultimately led to his death; the Decedent, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; the Decedent, prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his

asbestos-induced disease and conditions, the Decedent was hindered and prevented from

pursuing his normal course of employment, thereby losing large sums of monies which otherwise

would have accrued to him and his estate; further, by reason of the death of the Decedent, his

family has been deprived of his means of support and has lost the society of the Decedent; lastly,

substantial sums of money were expended by the Decedent's estate for funeral and burial.

WHEREFORE, Plaintiffs pray judgment be entered against the Defendants for a sum in

excess of FIFTY THOUSAND ($50,000.00) DOLLARS which will fairly and reasonably

compensate for the Plaintiffs' injuries.

## COUNT IV

### NEGLIGENT SPOLIATION OF EVIDENCE

COMES NOW the Plaintiff, VALERIE K. PRESLEY, Individually and as Special

Administrator of the Estate of CLEVELAND KITE, by her attorneys, Flint & Associates, LLC

and for his cause of action against the Defendants, state:

1.      Prior to the commencement of this case, Defendants had in their respective

possession, custody and control documents and information relating to issues in this case.

2.      Upon information and belief, said issues include, but are not limited to: the

identification of asbestos-containing products to which Decedent was exposed, the locations to,

and at, which defendants sold, distributed and applied asbestos-containing products; the identity

of the manufacturers and others in the distribution chain of said products; and, defendants'

knowledge, notice and information regarding the hazards of asbestos and whether or not they

were negligent.

3.      It was foreseeable to a reasonable person/entity in the respective positions of

Defendants, that said documents and information constituted evidence, which was material to

potential civil litigation-namely, asbestos litigation. Said defendants had a duty to maintain and preserve said documents and information because they knew or should have known that said documents and information were material evidence in potential asbestos litigation.

4.      Plaintiff has sought, but been unable to obtain, full disclosure of relevant documents and information from Defendants, leading to the inference that Defendants destroyed and otherwise disposed of said documents and information.

5.      Said defendants and each of them breached their duty to preserve said material evidence by destroying and otherwise disposing of said documents and information, at a time when they and each of them knew or should have known that the same constituted material evidence in potential civil litigation.

6.      As a direct and proximate result of said destruction and disposal of material evidence, Plaintiff has been prejudiced and impaired in proving claims against all potentially liable parties, including, but not limited to, said defendants and, as a further result thereof, has been compelled to dismiss and/or unfavorably compromise said claims against other defendants.

7.      As a result of this prejudice and impairment, Plaintiff has been caused to suffer damages in the form of impaired ability to recover against Defendants and lost or reduced compensation from other potentially liable parties in this litigation.

WHEREFORE, Plaintiff prays this Court to enter judgment against Defendants and to award compensatory damages in an amount to be proved at trial, but believed to exceed FIFTY THOUSAND ($50,000.00) DOLLARS and for such other and further relief that his Court deems appropriate.

## COUNT V

### WILLFUL AND WANTON SPOLIATION OF EVIDENCE

COMES NOW the Plaintiff, VALERIE K. PAULSEN, Individually and as Special Administrator of the Estate of CLEVELAND KITE, by her attorneys, Flint & Associates, LLC, and for her cause of action against the Defendants, state:

1.    Plaintiff herein incorporates by reference paragraphs 1-5 of Count IV.

2.    In destroying and disposing of said material evidence, said defendants and each of them acted intentionally and/or in reckless disregard of their duty to preserve the same.

3.    As a direct and proximate result of said destruction and disposal of material evidence, Plaintiff has been prejudiced and impaired in proving claims against all potentially liable parties, including, but not limited to, said defendants and, as a further result thereof, has been compelled to dismiss and/or unfavorably compromise said claims against other defendants.

4.    As a result of this prejudice and impairment, Plaintiff has been caused to suffer damages in the form of impaired ability to recover against Defendants and lost or reduced compensation from other potentially liable parties in this litigation.

WHEREFORE, Plaintiff prays this Court to enter judgment against Defendants and to award: compensatory damages in an amount to be proved at trial, but believed to exceed $50,000 and punitive damages in an amount sufficient to punish Defendants for their misconduct and to deter similarly situated parties from committing like acts of misconduct in the future; and for such other and further relief that this Court deems appropriate.

## COUNT VI

### GENERAL MARITIME LAW – UNSEAWORTHINESS

NOW COMES the Plaintiff, VALERIE K. PRESLEY, Individually and as Special Administrator of the Estate of CLEVELAND KITE, by counsel Flint & Associates, LLC, and for her cause of action against the Defendants, (ADD ALL MFTR DEFENDANTS PLUS

INGALLS) states:

1.    Plaintiff incorporates by reference all paragraphs of Count I.

2.    At said time and place, the General Maritime Law of the United States held Defendant to warrant that its vessel, vessel crew, and vessel equipment and appurtenances were reasonably fit and seaworthy.

3.    Defendant breached its warranty of seaworthiness as follows:

(a)    Said vessel was inadequately equipped to contain asbestos fibers emanating from asbestos and asbestos-containing products being utilized thereon;

(b)    The use of asbestos and asbestos-containing materials and/or products by Plaintiff and by others in the vicinity of Plaintiff and/or in areas in which Plaintiff performed work was required and/or permitted on said vessel;

(c)    Plaintiff was required to perform work in the vicinity of asbestos and of those using asbestos and/or asbestos-containing materials and/or products on said vessel;

(d)    The vessel crew lacked appropriate training for dealing with asbestos and asbestos-containing products;

(e)    The vessel lacked appropriate procedures for dealing with asbestos and asbestos-containing products; and

(f)    The vessel lacked appropriate equipment to allow crew members to deal with asbestos and asbestos-containing products.

4.    That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the Defendants mentioned above, the Decedent was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing Decedent to develop mesothelioma, which ultimately led to his death; the Decedent, prior to his death, was compelled to expend and

become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; the Decedent, prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, the Decedent was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of monies which otherwise would have accrued to him and his estate; further, by reason of the death of the Decedent, his family has been deprived of his means of support and has lost the society of the Decedent; lastly, substantial sums of money were expended by the Decedent's estate for funeral and burial.

WHEREFORE, Plaintiff prays judgment be entered against the Defendants for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS which will fairly and reasonably compensate for the Plaintiff and Decedent's injuries.

### COUNT VII

#### JONES ACT-NEGLIGENCE

NOW COMES the Plaintiff, VALERIE K. PRESLEY, Individually and as Special Administrator of the Estate of CLEVELAND KITE, by and through counsel, Flint & Associates, LLC, and for her cause of action against the Defendants NORTHRUP GRUMMAN d/b/a INGALLS SHIPYARD and INGALLS SHIPBUILDING, a division of HUNTINGTON INGALLS INDUSTRIES states:

1.  Plaintiff was employed as a member of the crew of defendants, NORTHRUP GRUMMAN d/b/a INGALLS SHIPYARD and INGALLS SHIPBUILDING, a division of HUNTINGTON INGALLS INDUSTRIES, who had vessels in navigation owned and operated

by said defendants. Plaintiff was therefore a seaman and accordingly this Count is brought under the Jones Act, 46 U.S.C. §688.

2.  During and throughout the course of his employment as a machinist, on the vessel(s) mentioned above and elsewhere, the Plaintiff was exposed to and inhaled asbestos fibers emanating from asbestos and asbestos-containing produced that he was working with and around.

3.  Pursuant to the Jones Act, Defendants had a legal duty to Plaintiff to use reasonable care to provide Plaintiff with a safe place to work, to provide adequate assistance to Plaintiff to perform his job duties in safety, to affect a prompt and timely rescue, to provide prompt and timely medical assistance, and otherwise exercise reasonable care.

4.  Defendant breached its statutory duties under the Jones Act and was negligent in one or more of the following respects:

> (a) Failed to provide Plaintiff with a reasonably safe place to work;
>
> (b) Specified and required the use of asbestos and/or asbestos-containing materials and/or products by Plaintiff and by others in the vicinity of Plaintiff and/or in areas in which Plaintiff performed work;
>
> (c) Required Plaintiff to perform work in the vicinity of asbestos and of those using asbestos and/or asbestos-containing materials and/or products;
>
> (d) Purchased/provided asbestos and/or asbestos-containing materials and/or products for use by Plaintiff and others working in the vicinity of Plaintiff;
>
> (e) Failed to replace asbestos and asbestos-containing materials and/or products with non-asbestos substitutes, which Defendants knew or should have known were available;
>
> (f) Failed to warn Plaintiff that he was working with and/or around asbestos and/or asbestos-containing materials and/or products and of the risks associated therewith, including that Plaintiff was being exposed to asbestos fibers and of the adverse health

effects of such exposure;

(g) Failed to require and/or advise Plaintiff and others, to use equipment and practices designed to reduce the release of asbestos fibers and/or exposure to asbestos;

(h) Failed to provide systems, equipment, engineering controls and proper maintenance thereof designed and necessary to contain asbestos fibers and reduce and/or eliminate exposure to asbestos; and

(i) Failed to provide Plaintiff with adequate assistance to perform his duties.

5.  That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the Defendants mentioned above, the Decedent was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing Decedent to develop mesothelioma, which ultimately led to his death; the Decedent, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; the Decedent, prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, the Decedent was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of monies which otherwise would have accrued to him and his estate; further, by reason of the death of the Decedent, his family has been deprived of his means of support and has lost the society of the Decedent; lastly, substantial sums of money were expended by the Decedent's estate for funeral and burial.

WHEREFORE, Plaintiff prays judgment be entered against the Defendants for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS which will fairly and reasonably compensate for the Plaintiff and Decedent's injuries.

## COUNT VIII

## SAFE WORKPLACE

NOW COMES the Plaintiff, VALERIE K. PRESLEY, Individually and as Special Administrator of the Estate of CLEVELAND KITE, by counsel Flint & Associates, LLC, and for her cause of action against the Defendants NORTHRUP GRUMMAN d/b/a INGALLS SHIPYARD and INGALLS SHIPBUILDING, a division of HUNTINGTON INGALLS INDUSTRIES states:

1.      Plaintiff was employed by each Defendant at various times and locations, including, but not limited to, those specified.

2.      The latency period for asbestos-related diseases is in excess of any potentially applicable repose period for filing a workers' compensation or administrative occupational disease claim.

3.      While working for Defendants, Plaintiff was exposed to and inhaled, ingested or otherwise absorbed asbestos fumes emanating from asbestos and/or asbestos-containing materials and/or products present and being used by Plaintiff and others.

4.      Plaintiff exposure to and inhalation, ingestion and/or absorption of said asbestos was foreseeable and could or should have been anticipated by Defendants.

5.      Defendants knew or should have known that exposure to asbestos posed an unreasonable risk of harm to Plaintiff and others similarly situated.

6.      Defendants, as Plaintiff's employer, had duties to provide Plaintiff with a safe place to work.

7.      Defendants breached their respective duties to provide Plaintiff with a safe place to work in one or more of the following respects:

a.  Specified and required the use of asbestos and/or asbestos-containing
materials and/or products by Plaintiff and by others in the vicinity of Plaintiff
and/or in areas in which Plaintiff performed work;

b.  Required Plaintiff to perform work in the vicinity of asbestos and of those
using asbestos and/or asbestos-containing materials and/or products;

c.  Purchased/provided asbestos and/or asbestos-containing materials and/or
products for use by Plaintiff and others working in the vicinity of Plaintiff;

d.  Failed to replace asbestos and asbestos-containing materials and/or products
with non-asbestos substitutes, which Defendants knew or should have known
were available;

e.  Failed to warn Plaintiff that s/he was working with and/or around asbestos
and/or asbestos-containing materials and/or products and of the risks
associated therewith, including that Plaintiff was being exposed to asbestos
fumes and of the adverse health effects of such exposure;

f.  Failed to require and/or advise Plaintiff and others, to use equipment and
practices designed to reduce the release of asbestos fumes and/or exposure to
asbestos; and,

g.  Failed to provide systems, equipment, engineering controls and proper
maintenance thereof designed and necessary to contain asbestos and asbestos
fumes and reduce and/or eliminate exposure to asbestos.

8.     As a direct and proximate result of Defendants' failure to provide Plaintiff with a

safe place to work, Plaintiff was exposed to and inhaled, ingested or otherwise absorbed asbestos

in sufficient amounts to cause disease and/or other harm.

9.     That as a direct and proximate result of one or more of the foregoing acts or

omissions on the part of the Defendants mentioned above, the Decedent was exposed to and

inhaled, ingested or otherwise absorbed asbestos fibers causing Decedent to develop

mesothelioma, which ultimately led to his death; the Decedent, prior to his death, was compelled

to expend and become liable for large sums of monies for hospital, medical and other health care

services necessary for the treatment of his asbestos-induced disease and conditions; the

Decedent, prior to his death, experienced great physical pain and mental anguish as a result of

the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his

asbestos-induced disease and conditions, the Decedent was hindered and prevented from

pursuing his normal course of employment, thereby losing large sums of monies which otherwise

would have accrued to him and his estate; further, by reason of the death of the Decedent, his

family has been deprived of his means of support and has lost the society of the Decedent; lastly,

substantial sums of money were expended by the Decedent's estate for funeral and burial.

WHEREFORE, Plaintiff prays judgment be entered against the Defendants for a sum in

excess of FIFTY THOUSAND ($50,000.00) DOLLARS which will fairly and reasonably

compensate for the Plaintiff and Decedent's injuries.

## COUNT IX

### NEGLIGENCE

NOW COMES the Plaintiff, VALERIE K. PAULSEN, Individually and as Special

Administrator of the Estate of CLEVELAND KITE, by counsel Flint & Associates, LLC, and for

her cause of action against the Defendants NORTHRUP GRUMMAN d/b/a INGALLS

SHIPYARD and INGALLS SHIPBUILDING, a division of HUNTINGTON INGALLS

INDUSTRIES, states:

1.      Plaintiff incorporates by reference paragraphs 1-8 of the General Allegations and

paragraphs 2-6 of Count VII.

2.      Plaintiff was unaware and had no reasonable way to know or realize the risks of

being exposed to asbestos.  Defendants should have anticipated that Plaintiff did not know and

would not discover or realize the risks of being exposed to asbestos.

3.      Defendants had a duty to use ordinary care for the safety of Plaintiff in conducting any operations or activities and in reducing or eliminating unreasonable risks that arose from said operations and/or activities.

4.      Defendants breached their respective duties to Plaintiff and were negligent in one or more of the following respects:

a.  Specified and required the use of asbestos and/or asbestos-containing materials and/or products by Plaintiff and by others in the vicinity of Plaintiff and/or in areas in which Plaintiff performed work;

b.  Required Plaintiff to perform work in the vicinity of asbestos and of those using asbestos and/or asbestos-containing materials and/or products;

c.  Purchased/provided asbestos and/or asbestos-containing materials and/or products for use by Plaintiff and others working in the vicinity of Plaintiff;

d.  Failed to replace asbestos and asbestos-containing materials and/or products with non-asbestos substitutes, which Defendants knew or should have known were available;

e.  Failed to warn Plaintiff that s/he was working with and/or around asbestos and/or asbestos-containing materials and/or products and of the risks associated therewith, including that Plaintiff was being exposed to asbestos fumes and of the adverse health effects of such exposure;

f.  Failed to require and/or advise Plaintiff and others, to use equipment and practices designed to reduce the release of asbestos fumes and/or exposure to asbestos; and,

g.  Failed to provide systems, equipment, engineering controls and proper maintenance thereof designed and necessary to contain asbestos and asbestos fumes and reduce and/or eliminate exposure to asbestos.

5.      As a direct and proximate result of Defendants' negligence and failure to exercise ordinary care, Plaintiff was exposed to and inhaled, ingested or otherwise absorbed asbestos in sufficient amounts to cause disease and/or other harm.

6.      That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the Defendants mentioned above, the Decedent was exposed to and

inhaled, ingested or otherwise absorbed asbestos fibers causing Decedent to develop

mesothelioma, which ultimately led to his death; the Decedent, prior to his death, was compelled

to expend and become liable for large sums of monies for hospital, medical and other health care

services necessary for the treatment of his asbestos-induced disease and conditions; the

Decedent, prior to his death, experienced great physical pain and mental anguish as a result of

the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his

asbestos-induced disease and conditions, the Decedent was hindered and prevented from

pursuing his normal course of employment, thereby losing large sums of monies which otherwise

would have accrued to him and his estate; further, by reason of the death of the Decedent, his

family has been deprived of his means of support and has lost the society of the Decedent; lastly,

substantial sums of money were expended by the Decedent's estate for funeral and burial.

WHEREFORE, Plaintiff prays judgment be entered against the Defendants for a sum in

excess of FIFTY THOUSAND ($50,000.00) DOLLARS which will fairly and reasonably

compensate for the Plaintiff and Decedent's injuries.

**COUNT X**

WILLFUL AND WANTON MISCONDUCT

NOW COMES the Plaintiff, VALERIE K. PRESLEY, Individually and as Special

Administrator of the Estate of CLEVELAND KITE, by counsel Flint & Associates, LLC and for

her cause of action against the Defendants NORTHRUP GRUMMAN d/b/a INGALLS

SHIPYARD and INGALLS SHIPBUILDING, a division of HUNTINGTON INGALLS

INDUSTRIES, states:

1.      Plaintiff incorporates by reference paragraphs 1 – 8 of the General Allegations

and paragraphs 2-6 of Count VIII.

2.     Plaintiff was unaware and had no reasonable way to know or realize the risks of being exposed to asbestos. Defendants should have anticipated that Plaintiff did not know and would not discover or realize the risks of being exposed to asbestos.

3.     Defendants had duties to use ordinary care to see that the premises, at which Plaintiff was lawfully present, were in a reasonably safe condition for use by the Plaintiff. Defendants had a duty to use ordinary care for the safety of Plaintiff in conducting and/or controlling any operations or activities on said premises and in reducing or eliminating unreasonable risks that arose from said operations and/or activities; to refrain from willful and wanton acts or omissions that would harm Plaintiff.

4.     Defendants breached their respective duties to Plaintiff and were guilty of one or more of the following willful and wanton acts and/or omissions:

> a.  Intentionally or with a reckless disregard for the safety of Plaintiff, specified and required operations involving the use of asbestos and/or asbestos-containing materials and/or products by Plaintiff and by others, including agents/employees of Defendants and/or of other contractors, in the vicinity of Plaintiff and/or in areas in which Plaintiff performed work;
>
> a.  Intentionally or with a reckless disregard for the safety of Plaintiff, required Plaintiff to perform work in the vicinity of asbestos and of those using asbestos and/or asbestos-containing materials and/or products;
>
> b.  Intentionally or with a reckless disregard for the safety of Plaintiff, purchased/provided asbestos and/or asbestos-containing materials and/or products for use at the above-named premises;
>
> c.  Intentionally or with a reckless disregard for the safety of Plaintiff, failed to replace asbestos and asbestos-containing materials and/or products at the premises with non-asbestos substitutes, which Defendants knew or should have known were available;
>
> d.  Intentionally or with a reckless disregard for the safety of Plaintiff, failed to warn Plaintiff that s/he was working with and/or around asbestos and/or asbestos-containing materials and/or products and of the risks associated therewith, including that Plaintiff was being exposed to asbestos fumes and of the adverse health effects of such exposure;

e. Intentionally or with a reckless disregard for the safety of Plaintiff, failed to require and/or advise Plaintiff and others, other contractors and Defendant's agents/employees to use equipment and practices designed to reduce the release of asbestos fumes and/or exposure to asbestos; and,

f. Failed to provide systems, equipment, engineering controls and proper maintenance thereof designed and necessary to contain asbestos and asbestos fumes and reduce and/or eliminate exposure to asbestos.

5. Defendants, as sophisticated entities, possessed specific knowledge concerning the dangers of asbestos, including, but not limited to, that workers exposed to asbestos will inevitably be harmed in some manner. Defendants knew that their acts and omissions created a substantial risk that persons such as Plaintiff would suffer illness as a result and, therefore, carried out the same with complete indifference to, and/or conscious disregard for, the life, health and welfare of the Plaintiff.

6. As a direct and proximate result of one or more of the foregoing willful, wanton, intentional and/or reckless acts and/or omissions by Defendants, Plaintiff was exposed to and inhaled, ingested or otherwise absorbed asbestos in sufficient amounts to cause disease and/or other harm.

7. That as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the Defendants mentioned above, the Decedent was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing Decedent to develop mesothelioma, which ultimately led to his death; the Decedent, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; the Decedent, prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, the Decedent was hindered and prevented from

pursuing his normal course of employment, thereby losing large sums of monies which otherwise would have accrued to him and his estate; further, by reason of the death of the Decedent, his family has been deprived of his means of support and has lost the society of the Decedent; lastly, substantial sums of money were expended by the Decedent's estate for funeral and burial.

## COUNT XI

### STRICT LIABILITY/ULTRA-HAZARDOUS ACTIVITY

COMES NOW the Plaintiff, VALERIE K. PRESLEY, Individually and as Special Administrator of the estate of CLEVELAND KITE, by her attorneys, Flint & Associates, LLC, and for her cause of action against the Defendants, states:

1.     Defendants, NORTHRUP GRUMMAN d/b/a INGALLS SHIPYARD and INGALLS SHIPBUILDING, a division of HUNTINGHOTN INGALLS INDUSTRIES, owned, operated and/or controlled premises located in Mobile, Alabama, at all times relevant hereto.

2.     Plaintiff was present on said premises of NORTHRUP GRUMMAN d/b/a INGALLS SHIPYARD and INGALLS SHIPBUILDING a division of HUNTINGTON INGALLS INDUSTRIES, while working as a machinist from 1988 until 1989.

3.     While present upon the above-named premises, Plaintiff was exposed to asbestos fiber emanating from asbestos containing materials and raw asbestos present and being used at said premises by Plaintiff and others. Plaintiff was exposed to and inhaled, ingested or otherwise absorbed the asbestos fibers.

4.     As a direct and proximate result of said exposure, inhalation, ingestion and/or absorption, Plaintiff suffers from asbestos-related disease, including but not limited to, lung cancer.

5.     The latency period for asbestos related diseases is in excess of any potentially

applicable repose period for filing a workers' compensation or administrative occupational disease claim.

6.      Plaintiff's exposure to and inhalation, ingestion and/or absorption of said asbestos fibers was foreseeable and could or should have been anticipated by Defendant and each of them.

7.      Defendant knew or should have known that exposure to asbestos fibers posed an unreasonable risk of harm to Plaintiff and others similarly situated.

8.      Defendant's use of asbestos-containing products and raw products at the above-named facilities, in a manner causing the release of asbestos fibers, constituted an ultra-hazardous activity. Defendant is strictly liable for injuries caused by such activity, regardless of the amount care exercised.

9.      As as a direct and proximate result of one or more of the foregoing acts or omissions on the part of the Defendants mentioned above, the Decedent was exposed to and inhaled, ingested or otherwise absorbed asbestos fibers causing Decedent to develop mesothelioma, which ultimately led to his death; the Decedent, prior to his death, was compelled to expend and become liable for large sums of monies for hospital, medical and other health care services necessary for the treatment of his asbestos-induced disease and conditions; the Decedent, prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, the Decedent was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of monies which otherwise would have accrued to him and his estate; further, by reason of the death of the Decedent, his family has been deprived of his means of support and has lost the society of the Decedent; lastly,

substantial sums of money were expended by the Decedent's estate for funeral and burial.

WHEREFORE, Plaintiff prays judgment be entered against the Defendants for a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS which will fairly and reasonably compensate for the Plaintiff's injuries.

**COUNT XII**

FEDERAL EMPLOYERS LIABILITY ACT (FELA)

1.      That Plaintiff, VALERIE K. PRESLEY, Individually and as Special Administrator of the Estate of CLEVELAND KITE, brings this action pursuant to the Federal Employer's Liability Act, 45 U.S.C., Section 1, et seq.

2.      That Defendant L& N RAILROAD/CSX RAILROAD in their present capacity or through predecessor corporations, are or were corporations existing under the laws of one of the several states of the United States as common carriers by rail; and for the purpose thereof presently do or did operate tracks, locomotives, railroad cars or repair facilities and transact substantial business in and about the State of Illinois, County of Madison.

3.      That during the course of Plaintiff's employment, Defendant L&N RAILROAD/CSX RAILROAD or through its predecessors, were engage in interstate commerce as a common carrier by rail, and all or part of the duties of the Plaintiff were in furtherance of and did closely, directly and substantially affect interstate commerce; wherefore, the rights and liabilities of the parties were and are governed by the Federal Employer's Liability Act, 45 U.S.C., Section 1, et seq., which Act grants this Court jurisdiction over this action.

4.      That Plaintiff was engaged in the course of his employment with L&N RAILROAD/CSX RAILROAD or its predecessors, from approximately 1978 to 1985 throughout various locations in the Defendants' rail systems, as an engine machinist and in other

various roles and capacities where he was required and caused to work with, and in the vicinity of toxic substances, which caused him to suffer severe and permanent injury to his person.

5.      That Plaintiff worked with and/or around a number of asbestos containing products during the years described above, and these products included, but were not necessarily limited to, the following: asbestos rope, asbestos paste for heating rails, pipe and/or block insulation, gaskets, packing, cements, boiler lagging and insulation, locomotives, brake shoes, brake linings, insulation in buildings, cars, and other structures.

6.      CLEVELAND KITE, inhaled, ingested, or otherwise absorbed asbestos fibers emanating from asbestos-containing products that he worked with or around, and while working with others working with asbestos-containing products.

7.      That at all times relevant, plaintiff was unaware of the dangerous propensities of asbestos and asbestos-containing products and was unaware of the cause of his latent abnormal medical conditions.

8.      That the Defendants, by and through their duly authorized agents, servants, and employees, were then and there guilty of one or more of the following negligent acts or omissions in violation of the Federal Employer's Liability Act:

    a.  In failing to provide Plaintiff with a reasonably safe place within which to work;
    b.  In failing to furnish Plaintiff with safe and suitable tools and equipment including adequate protective masks and/or protective inhalation services;
    c.  In failing to warn plaintiff of the true nature and hazardous effects of the asbestos and other dusty materials;
    d.  In failing to operate its rail yard facilities in a safe and reasonable manner;
    e.  In failing to provide instructions or a method for the safe use of asbestos and asbestos insulation products;
    f.  In failing to provide adequate, if any, instructions int eh use or removal of asbestos insulation products;
    g.  In failing to test asbestos-containing products prior to requiring employees to work with the same, to determine their ultra hazardous nature;
    h.  In formulating and using a method of handling asbestos and asbestos-related materials, exposing Plaintiff to high concentrations of asbestos fibers;

     i.  In failing to provide Plaintiff with safe and proper ventilation systems in its facilities;

     j.  In allowing unsafe practices to become the standard practice;

     k.  IN failing to exercise reasonable care in publishing and enforcing a safety plan and method of handling and installing said asbestos and asbestos-related insulation materials and other asbestos-containing products;

     l.  In failing to inquire of the suppliers of asbestos-containing products as to the hazardous nature of asbestos;

     m.  In requiring employees to work with an ultra hazardous product;

     n.  In failing to exercise adequate, if any, care for the health and safety of employees, including the Plaintiff;

     o.  In failing to periodically test and examine Plaintiff to determine if he was subject to any ill effects of his exposure to asbestos-related products and other hazardous substances;

     p.  In failing to periodically inspect its locomotives, boilers, railroad cars, their appurtenances and its repair facilities in order to ascertain any contamination by asbestos fibers; and

     q.  In failing to produce any or adequate warning to the Plaintiff regarding exposure to a known carcinogen, asbestos.

    9.   That as a direct and proximate result, in whole or in part, of one or more of the

foregoing negligent acts or omissions on the part of the Defendants mentioned above, the

Plaintiff suffered exposure to toxic substances, including asbestos and asbestos-containing

materials, which caused him to sustain severe injury, resulting in impairment and disability.

    10.   That the Plaintiff suffers from an asbestos-related disease, namely lung cancer.

    11.   That until a date after February 8, 2011, Plaintiff did not know nor reasonably

should he have known, that he had mesothelioma and that the cause of said injury that brought

about said disease on or about February 8, 2011, was wrongfully caused.

    12. That as a direct and proximate result of one or more of the foregoing acts or omissions on

the part of the Defendants mentioned above, the Decedent was exposed to and inhaled,

ingested or otherwise absorbed asbestos fibers causing Decedent to develop

mesothelioma, which ultimately led to his death; the Decedent, prior to his death, was

compelled to expend and become liable for large sums of monies for hospital, medical

and other health care services necessary for the treatment of his asbestos-induced disease

and conditions; the Decedent, prior to his death, experienced great physical pain and mental anguish as a result of the inhalation, ingestion and absorption of said asbestos fibers; that as a further result of his asbestos-induced disease and conditions, the Decedent was hindered and prevented from pursuing his normal course of employment, thereby losing large sums of monies which otherwise would have accrued to him and his estate; further, by reason of the death of the Decedent, his family has been deprived of his means of support and has lost the society of the Decedent; lastly, substantial sums of money were expended by the Decedent's estate for funeral and burial.

13.     That Plaintiff was a strong and able bodied man of gainful employment at the time of the manifestation of his illness. As a result of his illness, he suffers damages by way of his diminished ability to render services, society, affection, counseling and support to his household. In addition, Plaintiff suffers damages of a personal and pecuniary nature including, but not limited to, conscious pain and suffering and emotional distress.

WHEREFORE, Plaintiff prays this Court to enter judgment against Defendant, [RR DEFENDANT], and to award: compensatory damages in an amount to be proved at trial, but believed to exceed FIFTY THOUSAND ($50,000.00) DOLLARS; punitive damages in an amount sufficient to punish Defendants for their misconduct and to deter similarly situated parties from committing like acts of misconduct in the future; and for such other and further relief that this Court deems appropriate.

## COUNT XIII

### LOCOMOTIVE BOILER INSPECTION ACT (FELA)

1.     Plaintiff repeats and re-alleges Paragraphs 1-13 of Count X of this Complaint as if fully set forth herein.

14. That from 1978 to 1985, Plaintiff was employed with L&N RAILROAD/CSX RAILROAD as a machinist in various locations in Defendant's system, and continued in his employment in this and other capacities working in, or and about locomotives, boilers, and their appurtenances, and was engaged in the performance of his duties at the time he was exposed to asbestos and asbestos-containing materials and other toxic substances.

15. Plaintiff was exposed to asbestos and asbestos-containing materials and other toxic substances while performing the job duties of a machinist.

16. That at said time and subsequent thereto, Defendant was engaged in interstate commerce as a common carrier by rail, by reason whereof the rights and liabilities of the parties were and are governed by the Act of Congress known as the Locomotive Boiler Inspection Act, 45 U.S.C., Sections 22-34.

17. That the Defendant, by and through its agents, servants and employees, violated the Locomotive Boiler Inspection Act, in that they failed to provide Plaintiff with a locomotive and its appurtenances which were in a proper and safe condition, and safe to work on or about, by committing one or more of the acts or omissions hereinbefore alleged in Count XI, Paragraph 8 of Plaintiff's Complaint.

18. That as a direct and proximate result, in whole or in part, of one or more of the foregoing acts or omissions on the part of the Defendant, L&N RAILROAD/CSX RAILROAD, Plaintiff was forced to work on or about defective and unsafe locomotives, locomotive boilers and their appurtenances, all of which resulted in his injury, impairment and disability as hereinbefore described.

WHEREFORE, Plaintiff demands judgment against Defendant, L&N RAILROAD/CSX

RAILROAD, in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS which

will fairly and reasonably compensate for the Plaintiff's injuries.

Respectfully submitted,

FLINT & ASSOCIATES, LLC

By: *Laci Whitley*
        Ethan A. Flint, #6286170
        Jill M. Price, #6282444
        Carson C. Menges, #6286825
        John B. Woelfel, #6227237
        Laci M. Whitley #6314263
        112 Magnolia Drive
        P.O. Box 930
        Glen Carbon, Illinois 62034
        (618) 288-4777:  telephone
        (618) 288-2864:  facsimile

WHEREFORE, Plaintiff demands judgment against Defendant, L&N RAILROAD/CSX

RAILROAD, in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS which

will fairly and reasonably compensate for the Plaintiff's injuries.

Respectfully submitted,

FLINT & ASSOCIATES, LLC

By: _____

Ethan A. Flint, #6286770
Jill M. Price, #6282444
Carson C. Menges, #6286825
John B. Woelfel, #6227237
Laci M. Whitley #6314263
112 Magnolia Drive
P.O. Box 930
Glen Carbon, Illinois 62034
(618) 288-4777:  telephone
(618) 288-2864:  facsimile



**IN THE CIRCUIT COURT**
**TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

VALERIE K. PRESLEY, Individually and as Special )
Administrator of the Estate of CLEVELAND KITE, Deceased, )
)
Plaintiff, )
)
-vs.- )       No. 14-L- 1 4 6
)
AIR & LIQUID SYSTEMS CORPORATION, *a/k/a* )
    BUFFALO PUMPS, INC., et al, )
)
Defendants. )

## AFFIDAVIT REGARDING DAMAGES SOUGHT

COMES NOW Ethan A. Flint, Carson C. Menges, John B. Woelfel and Jill M. Price of

Flint & Associates, LLC, pursuant to Illinois Supreme Court Rule 222(b), and states on his oath

that the damages sought in the above captioned matter exceed $50,000.

FLINT & ASSOCIATES, LLC

By: _____
Jill M. Price, #6282444
112 Magnolia Drive
P.O. Box 930
Glen Carbon, Illinois 62034
(618) 288.4777
Fax:  (618) 288.2864

FILED
ST. CLAIR COUNTY
FEB 0 7 2014
CIRCUIT CLERK
15

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil

Procedure, the undersigned certifies that the statements set forth in this instrument are true and

correct, except as to matters therein stated to be on information and belief and as to such matters

the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Jill M. Price

Page 1 of 1



**IN THE CIRCUIT COURT**
**TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

VALERIE K. PRESLEY, Individually and as Special )
Administrator of the Estate of CLEVELAND KITE, Deceased, )
                                            )
               Plaintiff, )
                                            )
-vs.-                                 )    No. 14-L- 146
                                            )
AIR & LIQUID SYSTEMS CORPORATION, *a/k/a* )
   BUFFALO PUMPS, INC., et al, )
                                            )
           Defendants. )

## ENTRY OF APPEARANCE

COME NOW Flint & Associates, LLC, Ethan A. Flint, Carson C. Menges, John B.

Woelfel and Jill M. Price, as counsel for the Plaintiff, VALERIE K. PRESLEY, Individually and

as Special Administrator of the Estate of CLEVELAND KITE, Deceased, and enter their

appearance in the above numbered cause of action.

Respectfully submitted,
FLINT & ASSOCIATES, LLC

By: _____
     Ethan A. Flint, #6286170
     Jill M. Price, #6282444
     Carson C. Menges, #6286825
     John B. Woelfel, #6227237
     112 Magnolia Drive
     P.O. Box 930
     Glen Carbon, Illinois 62034
     (618) 288-4777: telephone
     (618) 288-2864: facsimile

FILED
ST. CLAIR COUNTY
FEB 0 7 2014
CIRCUIT CLERK
15

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing instrument was served upon Defendants with a copy of the complaint and summons as of the date noted on the return summons.



# IN THE CIRCUIT COURT
## TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS

VALERIE K. PRESLEY, Individually and as Special )
Administrator of the Estate of CLEVELAND KITE, Deceased, )
)
              Plaintiff, )
)
-vs.- )   No. 14-L- *14 6*
)
AIR & LIQUID SYSTEMS CORPORATION, *a/k/a* )
   BUFFALO PUMPS, INC., et al, )
)
              Defendants. )

## NOTICE OF ATTORNEY'S LIEN

     TAKE NOTICE that, pursuant to 770 ILCS 5/1, Plaintiff's attorneys Flint & Associates,

LLC, have a statutory lien upon any and all proceeds recovered in the above-numbered cause of

action.  Pursuant to Illinois law, 770 ILCS 5/1, this lien shall attach to any verdict, judgment or

order entered and to any money or property which may be recovered, on account of such suits,

claims, demands or causes of action, from and after the time of service of this notice.

                                   Respectfully submitted,
                                   FLINT & ASSOCIATES, LLC

                          By: _____
                                 Ethan A. Flint, #6286170
                                 Jill M. Price, #6282444
                                 Carson C. Menges, #6286825
                                 John B. Woelfel, #6227237
                                 112 Magnolia Drive
                                 P.O. Box 930
                                 Glen Carbon, Illinois 62034
                                 (618) 288-4777:  telephone
                                 (618) 288-2864:  facsimile
                                 www.ToVerdict.com



FILED
ST. CLAIR COUNTY
FEB 0 7 2014
CIRCUIT CLERK
16

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon Defendants with a copy of the complaint and summons as of the date noted on the return summons.



**IN THE CIRCUIT COURT**
**TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

VALERIE K. PRESLEY, Individually and as Special )
Administrator of the Estate of CLEVELAND KITE, Deceased, )
)
Plaintiff, )
)
-vs.- )   No. 14-L- 146
)
AIR & LIQUID SYSTEMS CORPORATION, *a/k/a* )
  BUFFALO PUMPS, INC., et al, )
)
Defendants. )

## MOTION TO APPOINT SPECIAL PROCESS SERVER

COME NOW the Plaintiff, VALERIE K. PRESLEY, Individually and as Special

Administrator of the Estate of CLEVELAND KITE, Deceased, by and through counsel, Flint &

Associates, LLC., and pursuant to 735 ILCS 5/2-202, moves this Court to appoint Joseph S.

Saville as a special process server in this action and for their motion state as follows:

1. Joseph S. Saville is a private person over 18 years of age and not a party to the action.

2. Mr. Saville resides at 1507 Gem Court, Wentzville, Missouri 63385.

3. Mr. Saville is a citizen in good standing and under no legal disability which would

   prevent him from acting as a special process server in the instant action.

4. Mr. Saville is a certified City of St. Louis Twenty-Second Circuit Court Process

   Server, License No. 494.

WHEREFORE, the Plaintiff respectfully prays that this Court enter an order appointing

Joseph S. Saville as special process server in the instant case.



FILED
ST. CLAIR COUNTY

FEB 0 7 2014

CIRCUIT CLERK
16

Respectfully submitted,
FLINT & ASSOCIATES, LLC

By: _____
     Ethan A. Flint, #6286170
     Jill M. Price, #6282444
     Carson C. Menges, #6286825
     John B. Woelfel, #6227237
     112 Magnolia Drive
     P.O. Box 930
     Glen Carbon, Illinois 62034
     (618) 288-4777:  telephone
     (618) 288-2864:  facsimile

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document will be personally served to Defendant, attached with the complaint and summons, to the address and on the date marked in the return of service of summons.

_____



**IN THE CIRCUIT COURT**
**TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

VALERIE K. PRESLEY, Individually and as Special )
Administrator of the Estate of CLEVELAND KITE, Deceased, )
                                                   )
           Plaintiff, )
                                                   )
-vs.-                                          )   No. 14-L- 146
                                                   )
AIR & LIQUID SYSTEMS CORPORATION, *a/k/a* )
  BUFFALO PUMPS, INC., et al, )
                                                   )
           Defendants. )

FILED
ST. CLAIR COUNTY
FEB 0 7 2014
Kahilah a. Clay
CIRCUIT CLERK

## MOTION TO APPOINT SPECIAL ADMINISTRATOR

COMES NOW Flint & Associated, LLC, to suggest the death of CLEVELAND KITE

and hereby moves this Honorable Court to appoint a Special Administrator pursuant to 735 ILCS

5/2-1008 and 740 ILCS 180/2.1, and in support thereof states as follows:

1.     That on or about February 7, 2014 VALERIE K. PRESLEY filed the instant

personal injury cause of action.

2.     That on or about January 6, 2014 CLEVELAND KITE died.   A copy of

Decedent's Death Certificate is attached hereto as Exhibit A.

3.     That VALERIE K. PRESLEY is the daughter and next of kin of the Decedent and

CLEVELAND KITE, and fully qualified and capable of performing the duties of Special

Administrator in the present action, without legal disability.

4.     That VALERIE K. PRESLEY requests that she be appointed Special

Administrator with full power to prosecute, compromise, or otherwise dispose of the instant

cause of action and all claims within, as well as to obtain Decedent's personal records (including

but not limited to medical records) for purposes of prosecuting this and any related action.

Page 1 of 2

WHEREFORE, Movant prays that this Honorable Court enter an Order appointing VALERIE K. PRESLEY, as Special Administrator of the Estate of CLEVELAND KITE, deceased, with all of the powers requested above.

Respectfully submitted,
FLINT & ASSOCIATES, LLC

By: _____
Ethan A. Flint, #6286170
Jill M. Price, #6282444
Carson C. Menges, #6286825
John B. Woelfel, #6227237
112 Magnolia Drive
P.O. Box 930
Glen Carbon, Illinois 62034
(618) 288-4777:  telephone
(618) 288-2864:  facsimile

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document will be personally served to Defendant, attached with the complaint and summons, to the address and on the date marked in the return of service of summons.

_____

# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:14–cv–00712–NJR–SCW

| | |
|---|---|
| Presley v. Air &Liquid Systems Corporation et al | Date Filed: 06/19/2014 |
| Assigned to: Judge Nancy J. Rosenstengel | Jury Demand: Defendant |
| Referred to: Magistrate Judge Stephen C. Williams | Nature of Suit: 368 P.I. : Asbestos |
| Case in other court:  St. Clair County, Illinois, 14–L–146 | Jurisdiction: Federal Question |
| Cause: 28:1446 Petition for Removal– Personal Injury | |

**Plaintiff**

**Valerie K. Presley**
*Individually and as Special Administrator*
*of the Estate of CLEVELAND KITE,*
*Deceased*

represented by **Laci Marie Whitley**
Flint &Associates, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
618–288–4777
Fax: 618–288–2864
Email: lwhitley@toverdict.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Air &Liquid Systems Corporation**
*also known as*
Buffalo Pumps, Inc.

represented by **Keith B. Hill**
Heyl, Royster et al. – Edwardsville
105 West Vandalia St., Ste. 100
P.O. Box 467
Edwardsville, IL 62025
618–656–4646
Fax: 618–656–7940
Email: khill@heylroyster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick D. Cloud**
Heyl, Royster et al. – Edwardsville
105 West Vandalia St., Ste. 100
P.O. Box 467
Edwardsville, IL 62025
618–656–4646
Email: pcloud@heylroyster.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Altra Industrial Motion, Inc.**
*formerly known as*
Colfax Power Transmission Group

**Defendant**

**ABB, Inc.**

represented by **Gary L. Smith**
Herzog Crebs LLP – St. Louis, MO
100 North Broadway
Suite 1400
St. Louis, MO 63102
314–231–6700
Fax: 314–231–4656
Email: gls@herzogcrebs.com
*ATTORNEY TO BE NOTICED*

**Justin Andrew Welply**
Herzog Crebs LLP – St. Louis, MO
100 North Broadway
Suite 1400
St. Louis, MO 63102
314–231–6700
Fax: 314–231–4656
Email: jaw@herzogcrebs.com
*ATTORNEY TO BE NOTICED*

**Mary Ann Hatch**
Herzog, Crebs et al.
5111 West Main Street
Belleville, IL 62226
618–235–7656
Email: mah@herzogcrebs.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arvinmeritor, Inc.**

**Defendant**

**Aurora Pump Company**

**Defendant**

**A.W. Chesterton Company**                represented by   **Alexander J. Baker**
Kurowski Shultz LLC
228 West Pointe Drive
Swansea, IL 62226
618–277–5500
Fax: 618–277–6334
Email: abaker@kslfllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Borg Warner Corporation**               represented by   **Donald W. Ward**
*by it successor–in–interest, Borg Warner*               Herzog Crebs LLP – St. Louis, MO
*Morse Tec, Inc.*                                        100 North Broadway
Suite 1400
St. Louis, MO 63102
314–231–6700
Email: dww@herzogcrebs.com
*ATTORNEY TO BE NOTICED*

**Gary L. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Andrew Welply**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Ann Hatch**
Herzog, Crebs et al.
Generally Admitted
5111 West Main Street
Belleville, IL 62226
618–235–7656
Email: mah@herzogcrebs.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bucyrus International, Inc.**
*also known as*
Bucyrus Erie

**Defendant**

**Bucyrus Mining Equipment**     represented by     **Tracy J. Cowan**
*also known as*                                     Hawkins, Parnell et al. – St. Louis
Bucyrus Erie                                  10 South Broadway
                                                Suite 1300
                                                St. Louis, MO 63102–1708
                                                314–678–8600
                                                Fax: 314–678–8686
                                                Email: tcowan@hptylaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Karen M. Volkman**
                                                Hawkins, Parnell et al. – St. Louis
                                                10 South Broadway
                                                Suite 1300
                                                St. Louis, MO 63102–1708
                                                314–678–8600
                                                Fax: 314–678–8686
                                                Email: kvolkman@hptylaw.com
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Cameron International Corp.**     represented by     **Benjamin J. Wilson**
                                                  HeplerBroom LLC
                                                One Metropolitan Square
                                                211 North Broadway, Ste. 2700
                                                St. Louis, MO 63102
                                                314–241–6160
                                                Fax: 314–241–6116
                                                Email: hbasb@heplerbroom.com
                                                *ATTORNEY TO BE NOTICED*

                                                **Carl J. Geraci**
                                                HeplerBroom LLC
                                                One Metropolitan Square
                                                211 North Broadway, Ste. 2700
                                                St. Louis, MO 63102
                                                314–480–4227
                                                Fax: 314–241–6116
                                                Email: hbasb@heplerbroom.com
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Carver Pump Company**     represented by     **Leslie G. Offergeld**
                                                  Walker &Williams
                                                4343 West Main Street
                                                Belleville, IL 62226
                                                618–277–1000
                                                Email: lgo@wawpc.net
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Caterpillar, Inc.**     represented by     **Benjamin J. Wilson**
*individually and as successor to Bucyrus*                  (See above for address)
*International, a/k/a Bucyrus Mining*                    *ATTORNEY TO BE NOTICED*

*Equipment, a/k/a Bucyrus−Erie*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CBS Corporaton**
*merger to CBS Corporation, f/k/a*
*Westinghouse Electric Corporation*
*formerly known as*
Viacom, Inc.

**Defendant**

**Certain−Teed Corporation**          represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chicago Gasket Company**          represented by   **Amy Marie Callaghan**
Matushek Nilles et al
55 West Monroe Street
Suite 700
Chicago, IL 60603
312−750−1215
Fax: 312−750−1273
Email: amcallaghan@matushek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cleaver−Brooks, Inc.**          represented by   **Erin Renee Griebel**
*formerly known as*                              Rosenblum, Schwartz et al.
Cleaver−Brooks, a division of                    120 South Central Avenue
Aqua−Chem, Inc.                                  Suite 130
                                                 Clayton, MO 63105
                                                 3122568800
                                                 Fax: 3122568808
                                                 Email: egriebel@rsrglaw.com
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Meredith S Hudgens**
                                                 O'Connell , Tivin, Miller &Burns L.L.C.
                                                 135 S. LaSalle St.
                                                 Suite 2300
                                                 Chicago, IL 60603
                                                 312−256−8800
                                                 Fax: 312−256−8808
                                                 Email: mhudgens@otmblaw.com
                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**CNA Holdings, Inc.**          represented by   **Earl B. Thames , Jr.**
*formerly known as*                              Hawkins, Parnell et al. − St. Louis
Celanese Corp.                                   10 South Broadway
                                                 Suite 1300
                                                 St. Louis, MO 63102−1708
                                                 314−678−8600
                                                 Fax: 314−678−8686
                                                 Email: bthames@hptylaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Stephen Christopher Collier**
Hawkins Parnell Thackston &Young LLP
303 Peachtree Street NE
Suite 4000
Atlanta, GA 30308–3243
404–614–7400
Fax: 404–614–7500
Email: scollier@hptylaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Commonwealth Edison Company**

**Defendant**

**Continental Teves, Inc.**

**Defendant**

**Conwed Corporation**                    represented by   **Dennis J. Graber**
Hinshaw &Culbertson – Belleville
Generally Admitted
521 West Main Street
Suite 300, P.O. Box 509
Belleville, IL 62222
618–277–2400
Email: stlouisasbestos@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
Hinshaw &Culbertson LLP–Belleville
521 West Main St.
Suite 300
P.O.Box 509
Belleville, IL 62222–0509
618–277–2400
Fax: 618–277–1144
Email: jbrodzik@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
Hinshaw &Culbertson LLP–Belleville
521 West Main St.
Suite 300
P.O.Box 509
Belleville, IL 62222–0509
618–277–2400
Fax: 618–277–1144
Email: kdawson@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
Hinshaw &Culbertson – Belleville
Generally Admitted
521 West Main Street
Suite 300, P.O. Box 509
Belleville, IL 62222
618–277–2400
Email: mbauman@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
Hinshaw &Culbertson LLP–Belleville
521 West Main St.

Suite 300
P.O.Box 509
Belleville, IL 62222−0509
618−979−1586
Fax: 618−277−1144
Email: nrice@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
Hinshaw &Culbertson LLP−Belleville
521 West Main St.
Suite 300
P.O.Box 509
Belleville, IL 62222−0509
618−277−2400
Fax: 618−277−1144
Email: tsondag@hinshawlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cooper Industries, LLC**
*formerly known as*
Wagner Crane Brakes

**Defendant**

**Crane Co.**                                    represented by  **Benjamin J. Wilson**
*sued individually and as*                       (See above for address)
*successor−in−interest to Cochrane, Inc.,*       *ATTORNEY TO BE NOTICED*
*a/k/a Jenkins Valves, Inc., a/k/a Pacific*
*Pump, Inc.*

**Defendant**

**Crosby Valve &Gage Company**

**Defendant**

**Crown Cork &Seal Company, Inc.**

**Defendant**

**Crown Holdings, Inc.**

**Defendant**

**CSX Railroad**
*doing business as*
L &N Railroad Company

**Defendant**

**Cummins, Inc.**

**Defendant**

**Dana Companies, LLC**                          represented by  **Gary C. Pinter**
                                                 Heyl, Royster et al. − Edwardsville
                                                 105 West Vandalia St., Ste. 100
                                                 P.O. Box 467
                                                 Edwardsville, IL 62025
                                                 618−656−4646
                                                 Fax: 618−656−7940
                                                 Email: gpinter@heylroyster.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dap, Inc.**        represented by   **Madeline Victoria Tzall**
Segal, McCambridge et al.
Sears Tower – Suite 5500
233 South Wacker Drive
Chicago, IL 60606
312–645–6056
Fax: 312–645–7711
Email: mtzall@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dover Corporation, Blackmer Division**

**Defendant**

**Draco Mechanical Supply, Inc**     represented by   **Alexander J. Baker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eaton Corporation**
*formerly known as*
Cuttler–Hammer

**Defendant**

**Eaton Hydraulics, LLC**

**Defendant**

**Elliott Company, I**

**Defendant**

**Excelsior Packing &Gaskets**     represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Exxon Mobil Corporation**

**Defendant**

**Flowserve Corporation**     represented by   **Bradley R. Bultman**
*sued individually and as*                         Segal, McCambridge et al.
*successor–in–interest to BW/IP*           Sears Tower – Suite 5500
*International, Inc., f/k/a Byron Jackson*    233 South Wacker Drive
*Pump Division and Pacific Pumps*       Chicago, IL 60606
312–645–7800
Fax: 312–645–7711
Email: bbultman@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**FMC Corporation**
*sued as successor of Northern Pumps and*
*Peerless Pumps*

**Defendant**

**Ford Motor Company**                    represented by   **David W. Ybarra**
                                                           Greensfelder, Hemker et al. – Belleville
                                                           Generally Admitted
                                                           12 Wolf Creek Drive
                                                           Suite 100
                                                           Belleville, IL 62226
                                                           Email: dwy@greensfelder.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Foster Wheeler Energy Corporartion**
*sued individually and as*
*successor−in−interest to C.H. Wheeler*

**Defendant**

**Gardner Denver, Inc.**                  represented by   **Madeline Victoria Tzall**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**              represented by   **Anita M. Kidd**
                                                           Armstrong Teasdale LLP−St Louis
                                                           7700 Forsyth Blvd.
                                                           Suite 1800
                                                           St. Louis, MO 63105−1810
                                                           314−621−5070
                                                           Fax: 314−612−2329
                                                           Email: akidd@armstrongteasdale.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Georgia−Pacific, LLC**                  represented by   **Benjamin J. Wilson**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Carl J. Geraci**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Goodyear Tire and Rubber Company,**     represented by   **Alexander J. Baker**
**The**                                                    (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**General Gasket Corporation**

**Defendant**

**The Gorman−Rupp Company**               represented by   **Leslie G. Offergeld**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Goulds Pumps, Inc.**                    represented by

**Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greene Tweed &Co., Inc**                represented by   **Bradley R. Bultman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Honeywell International, Inc.**

**Defendant**

**Illinois Tool Works, Inc.**              represented by   **Brian J. Huelsmann**
*individually and as successor−in−interest*                Hepler Broom et al.
*to Devcon Corp.*                                          130 N. Main Street
                                                           P.O. Box 510
                                                           Edwardsville, IL 62025−0510
                                                           618−656−0184
                                                           Email: bjh@heplerbroom.com
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Imo Industries, Inc.**                   represented by   **Keith B. Hill**
*individually and as successor−in−interest*                (See above for address)
*to Deleval Turbine, Inc.*                                 *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

**Defendant**

**Ingersoll−Rand Company**                 represented by   **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ITT Corporation**                          represented by   **Jeffrey E. Rogers**
*formerly known as*                                          McGuire Woods LLP – Chicago, IL
ITT Industries, Inc.                                        77 West Wacker Drive
                                                            Suite 4100
                                                            Chicago, IL 60601
                                                            312–750–8686
                                                            Fax: 312–558–4385
                                                            Email: jerogers@mcguirewoods.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Undray Wilks**
                                                            McGuire Woods LLP – Chicago, IL
                                                            77 West Wacker Drive
                                                            Suite 4100
                                                            Chicago, IL 60601
                                                            312–750–3584
                                                            Fax: 312–920–6197
                                                            Email: uwilks@mcguirewoods.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**John Crane, Inc.**                         represented by   **Sean P. Fergus**
                                                            O'Connell , Tivin, Miller &Burns L.L.C.
                                                            135 S. LaSalle St.
                                                            Suite 2300
                                                            Chicago, IL 60603
                                                            312–256–8800
                                                            Fax: 312–256–8808
                                                            Email: sean@otmblaw.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**J.P. Bushnell Packing Supply Co.**

**Defendant**

**Kaiser Gypsum Company Inc.**

**Defendant**

**Kelly Moore Paint Company**

**Defendant**

**Lamons Gasket Company**

**Defendant**

**L &N Railroad Company**
*doing business as*
CSX Railroad

**Defendant**

**Meadwestvaco Corp.**                       represented by   **Brian J. Huelsmann**
*also known as*                                             (See above for address)
Meade Corp.                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Metropolitan Life Insurance Company**      represented by   **Charles L. Joley**
                                                            Joley, Nussbaumer, et al.
                                                            8 East Washington Street

Belleville, IL 62220–2190
618–235–2020
Fax: 618-235-9632
Email: cjoley@ilmoattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Motion Controls Industries, Inc.**    represented by  **Alexander J. Baker**
*as successor−in−interest to Carlisle*                (See above for address)
*Corporation*                             *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nash Engineering Company**
*formerly known as*
Garnder Denver Nash LLC

**Defendant**

**Northrup Grumman**    represented by  **Brian J. Huelsmann**
*doing business as*                     Hepler Broom et al.
Ingalls Shipyard                      Generally Admitted
130 N. Main Street
P.O. Box 510
Edwardsville, IL 62025–0510
618–656–0184
Email: bjh@heplerbroom.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Oakfabco, Inc.**    represented by  **John M. Ward**
*formerly known as*                    Hawkins, Parnell et al. − St. Louis
Kewanee Boiler Corp.              10 South Broadway
Suite 1300
St. Louis, MO 63102–1708
314–678–8600
Fax: 314–678–8686
Email: mward@hptylaw.com
*ATTORNEY TO BE NOTICED*

**Tracy J. Cowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Owens−Illinois, Inc.**

**Defendant**

**Pneumo Abex Corporation**    represented by  **Thomas L. Orris**
Williams Venker &Sanders LLC
Bank of America Tower
100 North Broadway, Ste. 21
St. Louis, MO 63102
314–345–5000
Email: torris@wvslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross S. Titzer**
Williams Venker &Sanders LLC
Bank of America Tower

100 North Broadway, Ste. 21
St. Louis, MO 63102
314–345–5027
Fax: 314–345–5055
Email: rtitzer@wvslaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Riley Power, Inc.**                         represented by   **Keith B. Hill**
*formerly known as*                                            (See above for address)
Riley Stoker Corporation                                       *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Rockwell Automation, Inc.**                 represented by   **Alexander J. Baker**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Saint Gobain Abrasives, Inc.**              represented by   **Keith B. Hill**
*formerly known as*                                            (See above for address)
Norton Co.                                                     *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D
Company*

**Defendant**

**Sealing Equipment Products Co., Inc.**
*also known as*
Sepco Corporation

**Defendant**

**Sprinkmann Sons Corporation**

**Defendant**

**Taco, Inc.**                                represented by   **Keith B. Hill**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Trane US, Inc.**                            represented by   **Benjamin J. Wilson**
*formerly known as*                                            (See above for address)
American Standard, Inc.                                        *ATTORNEY TO BE NOTICED*

                                                               **Carl J. Geraci**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Union Carbide Corporation**

**Defendant**

**United Technologies Corporation**
*individually and as successor in interest
to Pratt &Whitney*

**Defendant**

**Viking Pumps, Inc.**                    represented by **Keith B. Hill**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Warren Pumps, LLC**                     represented by **Keith B. Hill**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Weil–Mclain Company**                   represented by **Bradley R. Bultman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Whitney Automotive Group, Inc.**
*formerly known as*
J.C. Whitney &Co.

**Defendant**

**York International Corporation**        represented by **Donald W. Ward**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Gary L. Smith**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Justin Andrew Welply**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Mary Ann Hatch**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Young Group, LTD**
*formerly known as*
Young Sales Corp.

**Defendant**

**Young Insulation Group of St. Louis,
Inc.**

**Defendant**

**Zurn Industries, LLC**                  represented by **Madeline Victoria Tzall**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**3M**
*also known as*
Minnesota Mining and Manufacturing
Company

**<u>Defendant</u>**

**Flowserve Corporation**                              represented by **Bradley R. Bultman**
*formerly known as*                                                    (See above for address)
Durco International, successor−in−interest                             *ATTORNEY TO BE NOTICED*
to the Duriron Co., Inc.

**<u>Cross Claimant</u>**

**Conwed Corporation**                                represented by **Dennis J. Graber**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **James M. Brodzik**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Kevin T. Dawson**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Mark D. Bauman**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Nicole E. Rice**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Trevor A. Sondag**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

V.

**<u>Cross Defendant</u>**

**3M**

**<u>Cross Defendant</u>**

**A.W. Chesterton Company**

**<u>Cross Defendant</u>**

**ABB, Inc.**

**<u>Cross Defendant</u>**

**Air &Liquid Systems Corporation**                   represented by **Keith B. Hill**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Patrick D. Cloud**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**<u>Cross Defendant</u>**

**Altra Industrial Motion, Inc.**

**<u>Cross Defendant</u>**

**Arvinmeritor, Inc.**

**<u>Cross Defendant</u>**

**Aurora Pump Company**

<u>Cross Defendant</u>

**Borg Warner Corporation**
*by it successor−in−interest, Borg Warner*
*Morse Tec, Inc.*

<u>Cross Defendant</u>

**Bucyrus International, Inc.**

<u>Cross Defendant</u>

**Bucyrus Mining Equipment**

<u>Cross Defendant</u>

**CBS Corporaton**
*merger to CBS Corporation, f/k/a*
*Westinghouse Electric Corporation*

<u>Cross Defendant</u>

**CNA Holdings, Inc.**                     represented by  **Earl B. Thames , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Stephen Christopher Collier**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**CSX Railroad**

<u>Cross Defendant</u>

**Cameron International Corp.**            represented by  **Benjamin J. Wilson**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Carl J. Geraci**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Carver Pump Company**

<u>Cross Defendant</u>

**Caterpillar, Inc.**                      represented by  **Benjamin J. Wilson**
*individually and as successor to Bucyrus*                 (See above for address)
*International, a/k/a Bucyrus Mining*                       *ATTORNEY TO BE NOTICED*
*Equipment, a/k/a Bucyrus−Erie*
                                                          **Carl J. Geraci**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Certain−Teed Corporation**              represented by  **Keith B. Hill**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Chicago Gasket Company**

<u>**Cross Defendant**</u>

**Cleaver–Brooks, Inc.**

<u>**Cross Defendant**</u>

**Commonwealth Edison Company**

<u>**Cross Defendant**</u>

**Continental Teves, Inc.**

<u>**Cross Defendant**</u>

**Cooper Industries, LLC**

<u>**Cross Defendant**</u>

**Crane Co.**
*sued individually and as*
*successor–in–interest to Cochrane, Inc.,*
*a/k/a Jenkins Valves, Inc., a/k/a Pacific*
*Pump, Inc.*

<u>**Cross Defendant**</u>

**Crosby Valve &Gage Company**

<u>**Cross Defendant**</u>

**Crown Cork &Seal Company, Inc.**

<u>**Cross Defendant**</u>

**Crown Holdings, Inc.**

<u>**Cross Defendant**</u>

**Cummins, Inc.**

<u>**Cross Defendant**</u>

**Dana Companies, LLC**                     represented by  **Gary C. Pinter**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Keith B. Hill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Dap, Inc.**                               represented by  **Madeline Victoria Tzall**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Dover Corporation, Blackmer Division**

<u>**Cross Defendant**</u>

**Draco Mechanical Supply, Inc**

<u>**Cross Defendant**</u>

**Eaton Corporation**

**Cross Defendant**

**Eaton Hydraulics, LLC**

**Cross Defendant**

**Elliott Company, I**

**Cross Defendant**

**Excelsior Packing &Gaskets**                    represented by   **Keith B. Hill**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Exxon Mobil Corporation**

**Cross Defendant**

**FMC Corporation**
*sued as successor of Northern Pumps and*
*Peerless Pumps*

**Cross Defendant**

**Flowserve Corporation**                         represented by   **Bradley R. Bultman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Flowserve Corporation**                         represented by   **Bradley R. Bultman**
*sued individually and as*                                        (See above for address)
*successor−in−interest to BW/IP*                                  *ATTORNEY TO BE NOTICED*
*International, Inc., f/k/a Byron Jackson*
*Pump Division and Pacific Pumps*

**Cross Defendant**

**Ford Motor Company**                            represented by   **David W. Ybarra**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Foster Wheeler Energy Corporartion**
*sued individually and as*
*successor−in−interest to C.H. Wheeler*

**Cross Defendant**

**Gardner Denver, Inc.**                          represented by   **Madeline Victoria Tzall**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**

**Cross Defendant**

**General Gasket Corporation**

**Cross Defendant**

**Georgia–Pacific, LLC**                              represented by **Benjamin J. Wilson**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Carl J. Geraci**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Goodyear Tire and Rubber Company, The**

**Cross Defendant**

**The Gorman–Rupp Company**

**Cross Defendant**

**Goulds Pumps, Inc.**                                represented by **Dennis J. Graber**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **James M. Brodzik**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Kevin T. Dawson**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Mark D. Bauman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Nicole E. Rice**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Trevor A. Sondag**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene Tweed &Co., Inc**                            represented by **Bradley R. Bultman**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Honeywell International, Inc.**

**Cross Defendant**

**ITT Corporation**                                   represented by **Jeffrey E. Rogers**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Undray Wilks**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Illinois Tool Works, Inc.**                         represented by **Brian J. Huelsmann**
*individually and as successor–in–interest*          (See above for address)

*to Devcon Corp.*                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Imo Industries, Inc.**                  represented by  **Keith B. Hill**
*individually and as successor−in−interest*              (See above for address)
*to Deleval Turbine, Inc.*                               *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

**Cross Defendant**

**Ingersoll−Rand Company**                represented by  **Benjamin J. Wilson**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Carl J. Geraci**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.P. Bushnell Packing Supply Co.**

**Cross Defendant**

**John Crane, Inc.**                      represented by  **Sean P. Fergus**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Kaiser Gypsum Company Inc.**

**Cross Defendant**

**Kelly Moore Paint Company**

**Cross Defendant**

**L &N Railroad Company**

**Cross Defendant**

**Lamons Gasket Company**

**Cross Defendant**

**Meadwestvaco Corp.**                    represented by  **Brian J. Huelsmann**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metropolitan Life Insurance Company**   represented by  **Charles L. Joley**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Motion Controls Industries, Inc.**
*as successor−in−interest to Carlisle*
*Corporation*

**Cross Defendant**

**Nash Engineering Company**

**Cross Defendant**

**Northrup Grumman**

**Cross Defendant**

**Oakfabco, Inc.**                     represented by **John M. Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tracy J. Cowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens–Illinois, Inc.**

**Cross Defendant**

**Pneumo Abex Corporation**           represented by **Thomas L. Orris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross S. Titzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Power, Inc.**                 represented by **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rockwell Automation, Inc.**

**Cross Defendant**

**Saint Gobain Abrasives, Inc.**      represented by **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D*
*Company*

**Cross Defendant**

**Sealing Equipment Products Co., Inc.**

**Cross Defendant**

**Sprinkmann Sons Corporation**

**Cross Defendant**

**Taco, Inc.**                        represented by **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Trane US, Inc.**       represented by **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**

**Cross Defendant**

**United Technologies Corporation**
*individually and as successor in interest
to Pratt &Whitney*

**Cross Defendant**

**Viking Pumps, Inc.**       represented by **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps, LLC**       represented by **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil–Mclain Company**       represented by **Bradley R. Bultman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Whitney Automotive Group, Inc.**

**Cross Defendant**

**York International Corporation**

**Cross Defendant**

**Young Group, LTD**

**Cross Defendant**

**Young Insulation Group of St. Louis,
Inc.**

**Cross Defendant**

**Zurn Industries, LLC**       represented by **Madeline Victoria Tzall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Goulds Pumps, Inc.**       represented by **Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**3M**

**Cross Defendant**

**A.W. Chesterton Company**

**Cross Defendant**

**ABB, Inc.**

**Cross Defendant**

**Air &Liquid Systems Corporation**      represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick D. Cloud**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Altra Industrial Motion, Inc.**

**Cross Defendant**

**Arvinmeritor, Inc.**

**Cross Defendant**

**Aurora Pump Company**

**Cross Defendant**

**Borg Warner Corporation**
*by it successor−in−interest, Borg Warner
Morse Tec, Inc.*

**Cross Defendant**

**Bucyrus International, Inc.**

**Cross Defendant**

**Bucyrus Mining Equipment**

**Cross Defendant**

**CBS Corporaton**
*merger to CBS Corporation, f/k/a*
*Westinghouse Electric Corporation*

**Cross Defendant**

**CNA Holdings, Inc.**                 represented by **Earl B. Thames , Jr.**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Stephen Christopher Collier**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CSX Railroad**

**Cross Defendant**

**Cameron International Corp.**        represented by **Benjamin J. Wilson**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Carl J. Geraci**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Carver Pump Company**

**Cross Defendant**

**Caterpillar, Inc.**                  represented by **Benjamin J. Wilson**
*individually and as successor to Bucyrus*            (See above for address)
*International, a/k/a Bucyrus Mining*                  *ATTORNEY TO BE NOTICED*
*Equipment, a/k/a Bucyrus−Erie*
                                                       **Carl J. Geraci**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Certain−Teed Corporation**           represented by **Keith B. Hill**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Chicago Gasket Company**

**Cross Defendant**

**Cleaver−Brooks, Inc.**

**Cross Defendant**

**Commonwealth Edison Company**

**Cross Defendant**

**Continental Teves, Inc.**

**Cross Defendant**

**Conwed Corporation**                    represented by   **Dennis J. Graber**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James M. Brodzik**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Kevin T. Dawson**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Mark D. Bauman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Nicole E. Rice**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Trevor A. Sondag**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper Industries, LLC**

**Cross Defendant**

**Crane Co.**
*sued individually and as*
*successor−in−interest to Cochrane, Inc.,*
*a/k/a Jenkins Valves, Inc., a/k/a Pacific*
*Pump, Inc.*

**Cross Defendant**

**Crosby Valve &Gage Company**

**Cross Defendant**

**Crown Cork &Seal Company, Inc.**

**Cross Defendant**

**Crown Holdings, Inc.**

**Cross Defendant**

**Cummins, Inc.**

**Cross Defendant**

**Dana Companies, LLC**                    represented by   **Gary C. Pinter**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Keith B. Hill**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dap, Inc.**                                    represented by **Madeline Victoria Tzall**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Dover Corporation, Blackmer Division**

**Cross Defendant**

**Draco Mechanical Supply, Inc**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Eaton Hydraulics, LLC**

**Cross Defendant**

**Elliott Company, I**

**Cross Defendant**

**Excelsior Packing &Gaskets**                   represented by **Keith B. Hill**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Exxon Mobil Corporation**

**Cross Defendant**

**FMC Corporation**
*sued as successor of Northern Pumps and*
*Peerless Pumps*

**Cross Defendant**

**Flowserve Corporation**                        represented by **Bradley R. Bultman**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Flowserve Corporation**                        represented by **Bradley R. Bultman**
*sued individually and as*                       (See above for address)
*successor−in−interest to BW/IP*                 *ATTORNEY TO BE NOTICED*
*International, Inc., f/k/a Byron Jackson*
*Pump Division and Pacific Pumps*

**Cross Defendant**

**Ford Motor Company**                           represented by **David W. Ybarra**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Foster Wheeler Energy Corporartion**
*sued individually and as*
*successor−in−interest to C.H. Wheeler*

**Cross Defendant**

**Gardner Denver, Inc.**                     represented by **Madeline Victoria Tzall**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**General Electric Company**

**Cross Defendant**

**General Gasket Corporation**

**Cross Defendant**

**Georgia–Pacific, LLC**                     represented by **Benjamin J. Wilson**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

                                             **Carl J. Geraci**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Goodyear Tire and Rubber Company,
The**

**Cross Defendant**

**The Gorman–Rupp Company**

**Cross Defendant**

**Greene Tweed &Co., Inc**                   represented by **Bradley R. Bultman**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Honeywell International, Inc.**

**Cross Defendant**

**ITT Corporation**                          represented by **Jeffrey E. Rogers**
                                             (See above for address)
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Undray Wilks**
                                             (See above for address)
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Illinois Tool Works, Inc.**                represented by **Brian J. Huelsmann**
*individually and as successor−in−interest* (See above for address)
*to Devcon Corp.*                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Imo Industries, Inc.**                     represented by **Keith B. Hill**
*individually and as successor−in−interest* (See above for address)
*to Deleval Turbine, Inc.*                   *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

**Cross Defendant**

**Ingersoll–Rand Company**                    represented by   **Benjamin J. Wilson**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Carl J. Geraci**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.P. Bushnell Packing Supply Co.**

**Cross Defendant**

**John Crane, Inc.**                          represented by   **Sean P. Fergus**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Kaiser Gypsum Company Inc.**

**Cross Defendant**

**Kelly Moore Paint Company**

**Cross Defendant**

**L &N Railroad Company**

**Cross Defendant**

**Lamons Gasket Company**

**Cross Defendant**

**Meadwestvaco Corp.**                        represented by   **Brian J. Huelsmann**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metropolitan Life Insurance Company**       represented by   **Charles L. Joley**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Motion Controls Industries, Inc.**
*as successor–in–interest to Carlisle*
*Corporation*

**Cross Defendant**

**Nash Engineering Company**

**Cross Defendant**

**Northrup Grumman**

**Cross Defendant**

**Oakfabco, Inc.**                            represented by   **John M. Ward**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Tracy J. Cowan**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens–Illinois, Inc.**

**Cross Defendant**

**Pneumo Abex Corporation**　　　　represented by　**Thomas L. Orris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross S. Titzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Power, Inc.**　　　　represented by　**Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rockwell Automation, Inc.**

**Cross Defendant**

**Saint Gobain Abrasives, Inc.**　　　　represented by　**Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D*
*Company*

**Cross Defendant**

**Sealing Equipment Products Co., Inc.**

**Cross Defendant**

**Sprinkmann Sons Corporation**

**Cross Defendant**

**Taco, Inc.**　　　　represented by　**Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Trane US, Inc.**　　　　represented by　**Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**

<u>Cross Defendant</u>

**United Technologies Corporation**
*individually and as successor in interest*
*to Pratt &Whitney*

<u>Cross Defendant</u>

**Viking Pumps, Inc.**                          represented by  **Keith B. Hill**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Warren Pumps, LLC**                           represented by  **Keith B. Hill**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Weil–Mclain Company**                         represented by  **Bradley R. Bultman**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Whitney Automotive Group, Inc.**

<u>Cross Defendant</u>

**York International Corporation**

<u>Cross Defendant</u>

**Young Group, LTD**

<u>Cross Defendant</u>

**Young Insulation Group of St. Louis,
Inc.**

<u>Cross Defendant</u>

**Zurn Industries, LLC**                        represented by  **Madeline Victoria Tzall**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

<u>Cross Claimant</u>

**Cameron International Corp.**                  represented by  **Benjamin J. Wilson**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Carl J. Geraci**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

V.

<u>Cross Defendant</u>

**3M**

<u>Cross Defendant</u>

**A.W. Chesterton Company**

**Cross Defendant**

**ABB, Inc.**

**Cross Defendant**

**Air &Liquid Systems Corporation**          represented by **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick D. Cloud**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Altra Industrial Motion, Inc.**

**Cross Defendant**

**Arvinmeritor, Inc.**

**Cross Defendant**

**Aurora Pump Company**

**Cross Defendant**

**Borg Warner Corporation**          represented by **Donald W. Ward**
*by it successor−in−interest, Borg Warner*          (See above for address)
*Morse Tec, Inc.*          *ATTORNEY TO BE NOTICED*

**Gary L. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Andrew Welply**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Ann Hatch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Bucyrus International, Inc.**

**Cross Defendant**

**Bucyrus Mining Equipment**

**Cross Defendant**

**CBS Corporaton**
*merger to CBS Corporation, f/k/a*
*Westinghouse Electric Corporation*

**Cross Defendant**

**CNA Holdings, Inc.**          represented by **Earl B. Thames , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Christopher Collier**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CSX Railroad**

**Cross Defendant**

**Carver Pump Company**

**Cross Defendant**

**Caterpillar, Inc.**              represented by    **Benjamin J. Wilson**
*individually and as successor to Bucyrus*          (See above for address)
*International, a/k/a Bucyrus Mining*               *ATTORNEY TO BE NOTICED*
*Equipment, a/k/a Bucyrus−Erie*
                                                   **Carl J. Geraci**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Certain−Teed Corporation**      represented by    **Keith B. Hill**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Chicago Gasket Company**

**Cross Defendant**

**Cleaver−Brooks, Inc.**

**Cross Defendant**

**Commonwealth Edison Company**

**Cross Defendant**

**Continental Teves, Inc.**

**Cross Defendant**

**Conwed Corporation**            represented by    **Dennis J. Graber**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **James M. Brodzik**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Kevin T. Dawson**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Mark D. Bauman**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Nicole E. Rice**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Trevor A. Sondag**
                                                   (See above for address)

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper Industries, LLC**

**Cross Defendant**

**Crane Co.**
*sued individually and as*
*successor−in−interest to Cochrane, Inc.,*
*a/k/a Jenkins Valves, Inc., a/k/a Pacific*
*Pump, Inc.*

**Cross Defendant**

**Crosby Valve &Gage Company**

**Cross Defendant**

**Crown Cork &Seal Company, Inc.**

**Cross Defendant**

**Crown Holdings, Inc.**

**Cross Defendant**

**Cummins, Inc.**

**Cross Defendant**

**Dana Companies, LLC**                    represented by  **Gary C. Pinter**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Keith B. Hill**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dap, Inc.**                              represented by  **Madeline Victoria Tzall**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dover Corporation, Blackmer Division**

**Cross Defendant**

**Draco Mechanical Supply, Inc**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Eaton Hydraulics, LLC**

**Cross Defendant**

**Elliott Company, I**

**Cross Defendant**

**Excelsior Packing &Gaskets**                     represented by  **Keith B. Hill**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Exxon Mobil Corporation**

<u>Cross Defendant</u>

**FMC Corporation**
*sued as successor of Northern Pumps and
Peerless Pumps*

<u>Cross Defendant</u>

**Flowserve Corporation**                          represented by  **Bradley R. Bultman**
*sued individually and as*                                         (See above for address)
*successor−in−interest to BW/IP*                                   *ATTORNEY TO BE NOTICED*
*International, Inc., f/k/a Byron Jackson*
*Pump Division and Pacific Pumps*

<u>Cross Defendant</u>

**Ford Motor Company**                             represented by  **David W. Ybarra**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Foster Wheeler Energy Corporartion**
*sued individually and as*
*successor−in−interest to C.H. Wheeler*

<u>Cross Defendant</u>

**Gardner Denver, Inc.**                           represented by  **Madeline Victoria Tzall**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**General Electric Company**

<u>Cross Defendant</u>

**General Gasket Corporation**

<u>Cross Defendant</u>

**Georgia−Pacific, LLC**                           represented by  **Benjamin J. Wilson**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Carl J. Geraci**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Goodyear Tire and Rubber Company,
The**

<u>Cross Defendant</u>

**The Gorman−Rupp Company**

**Cross Defendant**

**Goulds Pumps, Inc.**                        represented by   **Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene Tweed &Co., Inc**                    represented by   **Bradley R. Bultman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Honeywell International, Inc.**

**Cross Defendant**

**ITT Corporation**                           represented by   **Jeffrey E. Rogers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Undray Wilks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Illinois Tool Works, Inc.**                 represented by   **Brian J. Huelsmann**
*individually and as successor−in−interest*                   (See above for address)
*to Devcon Corp.*                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Imo Industries, Inc.**                      represented by   **Keith B. Hill**
*individually and as successor−in−interest*                   (See above for address)
*to Deleval Turbine, Inc.*                                   *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

**Cross Defendant**

**Ingersoll−Rand Company**                    represented by

**Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.P. Bushnell Packing Supply Co.**

**Cross Defendant**

**John Crane, Inc.**                                   represented by   **Sean P. Fergus**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Kaiser Gypsum Company Inc.**

**Cross Defendant**

**Kelly Moore Paint Company**

**Cross Defendant**

**L &N Railroad Company**

**Cross Defendant**

**Lamons Gasket Company**

**Cross Defendant**

**Meadwestvaco Corp.**                                 represented by   **Brian J. Huelsmann**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metropolitan Life Insurance Company**                represented by   **Charles L. Joley**
                                                                       (See above for address)
                                                                       *LEAD ATTORNEY*
                                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Motion Controls Industries, Inc.**
*as successor−in−interest to Carlisle*
*Corporation*

**Cross Defendant**

**Nash Engineering Company**

**Cross Defendant**

**Northrup Grumman**                                   represented by   **Brian J. Huelsmann**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Oakfabco, Inc.**                                     represented by   **John M. Ward**
                                                                       (See above for address)
                                                                       *ATTORNEY TO BE NOTICED*

**Tracy J. Cowan**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens–Illinois, Inc.**

**Cross Defendant**

**Pneumo Abex Corporation**                    represented by   **Thomas L. Orris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross S. Titzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Power, Inc.**                          represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rockwell Automation, Inc.**

**Cross Defendant**

**Saint Gobain Abrasives, Inc.**               represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D*
*Company*

**Cross Defendant**

**Sealing Equipment Products Co., Inc.**

**Cross Defendant**

**Sprinkmann Sons Corporation**

**Cross Defendant**

**Taco, Inc.**                                 represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Trane US, Inc.**                             represented by   **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**

<u>Cross Defendant</u>

**United Technologies Corporation**
*individually and as successor in interest*
*to Pratt &Whitney*

<u>Cross Defendant</u>

**Viking Pumps, Inc.**                                 represented by  **Keith B. Hill**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Warren Pumps, LLC**                                  represented by  **Keith B. Hill**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Weil–Mclain Company**                                represented by  **Bradley R. Bultman**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Whitney Automotive Group, Inc.**

<u>Cross Defendant</u>

**York International Corporation**

<u>Cross Defendant</u>

**Young Group, LTD**

<u>Cross Defendant</u>

**Young Insulation Group of St. Louis,
Inc.**

<u>Cross Defendant</u>

**Zurn Industries, LLC**                               represented by  **Madeline Victoria Tzall**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

<u>Cross Claimant</u>

**Caterpillar, Inc.**                                  represented by  **Benjamin J. Wilson**
*individually and as successor to Bucyrus*                            (See above for address)
*International, a/k/a Bucyrus Mining*                                  *ATTORNEY TO BE NOTICED*
*Equipment, a/k/a Bucyrus–Erie*
                                                                      **Carl J. Geraci**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

V.

<u>Cross Defendant</u>

**3M**

<u>Cross Defendant</u>

**A.W. Chesterton Company**

**Cross Defendant**

**ABB, Inc.**

**Cross Defendant**

**Air &Liquid Systems Corporation**          represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick D. Cloud**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Altra Industrial Motion, Inc.**

**Cross Defendant**

**Arvinmeritor, Inc.**

**Cross Defendant**

**Aurora Pump Company**

**Cross Defendant**

**Borg Warner Corporation**          represented by   **Donald W. Ward**
*by it successor−in−interest, Borg Warner*          (See above for address)
*Morse Tec, Inc.*          *ATTORNEY TO BE NOTICED*

**Gary L. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Andrew Welply**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Ann Hatch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Bucyrus International, Inc.**

**Cross Defendant**

**Bucyrus Mining Equipment**

**Cross Defendant**

**CBS Corporaton**
*merger to CBS Corporation, f/k/a*
*Westinghouse Electric Corporation*

**Cross Defendant**

**CNA Holdings, Inc.**          represented by   **Earl B. Thames , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Christopher Collier**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CSX Railroad**

**Cross Defendant**

**Cameron International Corp.**                    represented by   **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Carver Pump Company**

**Cross Defendant**

**Certain–Teed Corporation**                       represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Chicago Gasket Company**

**Cross Defendant**

**Cleaver–Brooks, Inc.**

**Cross Defendant**

**Commonwealth Edison Company**

**Cross Defendant**

**Continental Teves, Inc.**

**Cross Defendant**

**Conwed Corporation**                             represented by   **Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper Industries, LLC**

**Cross Defendant**

**Crane Co.**
*sued individually and as*
*successor−in−interest to Cochrane, Inc.,*
*a/k/a Jenkins Valves, Inc., a/k/a Pacific*
*Pump, Inc.*

**Cross Defendant**

**Crosby Valve &Gage Company**

**Cross Defendant**

**Crown Cork &Seal Company, Inc.**

**Cross Defendant**

**Crown Holdings, Inc.**

**Cross Defendant**

**Cummins, Inc.**

**Cross Defendant**

**Dana Companies, LLC**                     represented by **Gary C. Pinter**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Keith B. Hill**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dap, Inc.**                               represented by **Madeline Victoria Tzall**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dover Corporation, Blackmer Division**

**Cross Defendant**

**Draco Mechanical Supply, Inc**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Eaton Hydraulics, LLC**

**Cross Defendant**

**Elliott Company, I**

**Cross Defendant**

**Excelsior Packing &Gaskets**                    represented by  **Keith B. Hill**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Exxon Mobil Corporation**

**Cross Defendant**

**FMC Corporation**
*sued as successor of Northern Pumps and
Peerless Pumps*

**Cross Defendant**

**Flowserve Corporation**                         represented by  **Bradley R. Bultman**
*sued individually and as*                                        (See above for address)
*successor−in−interest to BW/IP*                                  *ATTORNEY TO BE NOTICED*
*International, Inc., f/k/a Byron Jackson*
*Pump Division and Pacific Pumps*

**Cross Defendant**

**Ford Motor Company**                            represented by  **David W. Ybarra**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Foster Wheeler Energy Corporartion**
*sued individually and as*
*successor−in−interest to C.H. Wheeler*

**Cross Defendant**

**Gardner Denver, Inc.**                          represented by  **Madeline Victoria Tzall**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**

**Cross Defendant**

**General Gasket Corporation**

**Cross Defendant**

**Georgia−Pacific, LLC**                          represented by  **Benjamin J. Wilson**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Carl J. Geraci**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Goodyear Tire and Rubber Company,
The**

**Cross Defendant**

**The Gorman−Rupp Company**

**Cross Defendant**

**Goulds Pumps, Inc.**                          represented by **Dennis J. Graber**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **James M. Brodzik**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Kevin T. Dawson**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Mark D. Bauman**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Nicole E. Rice**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Trevor A. Sondag**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene Tweed &Co., Inc**                      represented by **Bradley R. Bultman**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Honeywell International, Inc.**

**Cross Defendant**

**ITT Corporation**                             represented by **Jeffrey E. Rogers**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Undray Wilks**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Illinois Tool Works, Inc.**                   represented by **Brian J. Huelsmann**
*individually and as successor−in−interest*     (See above for address)
*to Devcon Corp.*                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Imo Industries, Inc.**                        represented by **Keith B. Hill**
*individually and as successor−in−interest*     (See above for address)
*to Deleval Turbine, Inc.*                      *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

**Cross Defendant**

**Ingersoll−Rand Company**                      represented by

**Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.P. Bushnell Packing Supply Co.**

**Cross Defendant**

**John Crane, Inc.**                    represented by   **Sean P. Fergus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Kaiser Gypsum Company Inc.**

**Cross Defendant**

**Kelly Moore Paint Company**

**Cross Defendant**

**L &N Railroad Company**

**Cross Defendant**

**Lamons Gasket Company**

**Cross Defendant**

**Meadwestvaco Corp.**                  represented by   **Brian J. Huelsmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metropolitan Life Insurance Company**  represented by  **Charles L. Joley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Motion Controls Industries, Inc.**
*as successor−in−interest to Carlisle
Corporation*

**Cross Defendant**

**Nash Engineering Company**

**Cross Defendant**

**Northrup Grumman**                     represented by   **Brian J. Huelsmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Oakfabco, Inc.**                       represented by   **John M. Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tracy J. Cowan**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens–Illinois, Inc.**

**Cross Defendant**

**Pneumo Abex Corporation**                  represented by   **Thomas L. Orris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross S. Titzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Power, Inc.**                  represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rockwell Automation, Inc.**

**Cross Defendant**

**Saint Gobain Abrasives, Inc.**                  represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D
Company*

**Cross Defendant**

**Sealing Equipment Products Co., Inc.**

**Cross Defendant**

**Sprinkmann Sons Corporation**

**Cross Defendant**

**Taco, Inc.**                  represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Trane US, Inc.**                  represented by   **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**

<u>**Cross Defendant**</u>

**United Technologies Corporation**
*individually and as successor in interest*
*to Pratt &Whitney*

<u>**Cross Defendant**</u>

**Viking Pumps, Inc.**                    represented by   **Keith B. Hill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Warren Pumps, LLC**                     represented by   **Keith B. Hill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Weil–Mclain Company**                   represented by   **Bradley R. Bultman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Whitney Automotive Group, Inc.**

<u>**Cross Defendant**</u>

**York International Corporation**

<u>**Cross Defendant**</u>

**Young Group, LTD**

<u>**Cross Defendant**</u>

**Young Insulation Group of St. Louis,
Inc.**

<u>**Cross Defendant**</u>

**Zurn Industries, LLC**                  represented by   **Madeline Victoria Tzall**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

<u>**Cross Claimant**</u>

**Georgia–Pacific, LLC**                  represented by   **Benjamin J. Wilson**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Carl J. Geraci**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


V.

<u>**Cross Defendant**</u>

**3M**

<u>**Cross Defendant**</u>

**A.W. Chesterton Company**

**Cross Defendant**

**ABB, Inc.**

**Cross Defendant**

**Air &Liquid Systems Corporation**          represented by  **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick D. Cloud**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Altra Industrial Motion, Inc.**

**Cross Defendant**

**Arvinmeritor, Inc.**

**Cross Defendant**

**Aurora Pump Company**

**Cross Defendant**

**Borg Warner Corporation**          represented by  **Donald W. Ward**
*by it successor−in−interest, Borg Warner*          (See above for address)
*Morse Tec, Inc.*          *ATTORNEY TO BE NOTICED*

**Gary L. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Andrew Welply**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Ann Hatch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Bucyrus International, Inc.**

**Cross Defendant**

**Bucyrus Mining Equipment**

**Cross Defendant**

**CBS Corporaton**
*merger to CBS Corporation, f/k/a*
*Westinghouse Electric Corporation*

**Cross Defendant**

**CNA Holdings, Inc.**          represented by  **Earl B. Thames , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Christopher Collier**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CSX Railroad**

**Cross Defendant**

**Cameron International Corp.**                  represented by   **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Carver Pump Company**

**Cross Defendant**

**Caterpillar, Inc.**                            represented by   **Benjamin J. Wilson**
*individually and as successor to Bucyrus*                        (See above for address)
*International, a/k/a Bucyrus Mining*                             *ATTORNEY TO BE NOTICED*
*Equipment, a/k/a Bucyrus−Erie*
**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Certain−Teed Corporation**                     represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Chicago Gasket Company**

**Cross Defendant**

**Cleaver−Brooks, Inc.**

**Cross Defendant**

**Commonwealth Edison Company**

**Cross Defendant**

**Continental Teves, Inc.**

**Cross Defendant**

**Conwed Corporation**                           represented by   **Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Cooper Industries, LLC**

<u>**Cross Defendant**</u>

**Crane Co.**
*sued individually and as*
*successor−in−interest to Cochrane, Inc.,*
*a/k/a Jenkins Valves, Inc., a/k/a Pacific*
*Pump, Inc.*

<u>**Cross Defendant**</u>

**Crosby Valve &Gage Company**

<u>**Cross Defendant**</u>

**Crown Cork &Seal Company, Inc.**

<u>**Cross Defendant**</u>

**Crown Holdings, Inc.**

<u>**Cross Defendant**</u>

**Cummins, Inc.**

<u>**Cross Defendant**</u>

**Dana Companies, LLC**                     represented by  **Gary C. Pinter**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Keith B. Hill**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Dap, Inc.**                               represented by  **Madeline Victoria Tzall**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Dover Corporation, Blackmer Division**

<u>**Cross Defendant**</u>

**Draco Mechanical Supply, Inc**

<u>**Cross Defendant**</u>

**Eaton Corporation**

**Cross Defendant**

**Eaton Hydraulics, LLC**

**Cross Defendant**

**Elliott Company, I**

**Cross Defendant**

**Excelsior Packing &Gaskets**                    represented by  **Keith B. Hill**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Exxon Mobil Corporation**

**Cross Defendant**

**FMC Corporation**
*sued as successor of Northern Pumps and*
*Peerless Pumps*

**Cross Defendant**

**Flowserve Corporation**                         represented by  **Bradley R. Bultman**
*sued individually and as*                                        (See above for address)
*successor−in−interest to BW/IP*                                  *ATTORNEY TO BE NOTICED*
*International, Inc., f/k/a Byron Jackson*
*Pump Division and Pacific Pumps*

**Cross Defendant**

**Ford Motor Company**                            represented by  **David W. Ybarra**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Foster Wheeler Energy Corporartion**
*sued individually and as*
*successor−in−interest to C.H. Wheeler*

**Cross Defendant**

**Gardner Denver, Inc.**                          represented by  **Madeline Victoria Tzall**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**

**Cross Defendant**

**General Gasket Corporation**

**Cross Defendant**

**Goodyear Tire and Rubber Company,**
**The**

**Cross Defendant**

**The Gorman−Rupp Company**

**Cross Defendant**

**Goulds Pumps, Inc.**

represented by **Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene Tweed &Co., Inc**

represented by **Bradley R. Bultman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Honeywell International, Inc.**

**Cross Defendant**

**ITT Corporation**

represented by **Jeffrey E. Rogers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Undray Wilks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Illinois Tool Works, Inc.**
*individually and as successor−in−interest
to Devcon Corp.*

represented by **Brian J. Huelsmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Imo Industries, Inc.**
*individually and as successor−in−interest
to Deleval Turbine, Inc.*

represented by **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

**Cross Defendant**

**Ingersoll−Rand Company**

represented by **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.P. Bushnell Packing Supply Co.**

**Cross Defendant**

**John Crane, Inc.**                 represented by **Sean P. Fergus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Kaiser Gypsum Company Inc.**

**Cross Defendant**

**Kelly Moore Paint Company**

**Cross Defendant**

**L &N Railroad Company**

**Cross Defendant**

**Lamons Gasket Company**

**Cross Defendant**

**Meadwestvaco Corp.**                represented by **Brian J. Huelsmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metropolitan Life Insurance Company**   represented by **Charles L. Joley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Motion Controls Industries, Inc.**
*as successor−in−interest to Carlisle
Corporation*

**Cross Defendant**

**Nash Engineering Company**

**Cross Defendant**

**Northrup Grumman**                  represented by **Brian J. Huelsmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Oakfabco, Inc.**                    represented by **John M. Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tracy J. Cowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens–Illinois, Inc.**

**Cross Defendant**

**Pneumo Abex Corporation**                  represented by   **Thomas L. Orris**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ross S. Titzer**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Power, Inc.**                         represented by   **Keith B. Hill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rockwell Automation, Inc.**

**Cross Defendant**

**Saint Gobain Abrasives, Inc.**             represented by   **Keith B. Hill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D
Company*

**Cross Defendant**

**Sealing Equipment Products Co., Inc.**

**Cross Defendant**

**Sprinkmann Sons Corporation**

**Cross Defendant**

**Taco, Inc.**                                represented by   **Keith B. Hill**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Trane US, Inc.**                            represented by   **Benjamin J. Wilson**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Carl J. Geraci**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**

**Cross Defendant**

**United Technologies Corporation**
*individually and as successor in interest*
*to Pratt &Whitney*

**Cross Defendant**

**Viking Pumps, Inc.**                    represented by  **Keith B. Hill**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Warren Pumps, LLC**                     represented by  **Keith B. Hill**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Weil–Mclain Company**                   represented by  **Bradley R. Bultman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Whitney Automotive Group, Inc.**

**Cross Defendant**

**York International Corporation**

**Cross Defendant**

**Young Group, LTD**

**Cross Defendant**

**Young Insulation Group of St. Louis,
Inc.**

**Cross Defendant**

**Zurn Industries, LLC**                  represented by  **Madeline Victoria Tzall**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


**Cross Claimant**

**Ingersoll–Rand Company**                represented by  **Benjamin J. Wilson**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Carl J. Geraci**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*


V.

**Cross Defendant**

**Chicago Gasket Company**

**Cross Defendant**

**Cleaver–Brooks, Inc.**

**Cross Defendant**

**Commonwealth Edison Company**

**Cross Defendant**

**Continental Teves, Inc.**

**Cross Defendant**

**Conwed Corporation**                    represented by **Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper Industries, LLC**

**Cross Defendant**

**Crane Co.**
*sued individually and as*
*successor−in−interest to Cochrane, Inc.,*
*a/k/a Jenkins Valves, Inc., a/k/a Pacific*
*Pump, Inc.*

**Cross Defendant**

**Crosby Valve &Gage Company**

**Cross Defendant**

**Crown Cork &Seal Company, Inc.**

**Cross Defendant**

**Crown Holdings, Inc.**

**Cross Defendant**

**Cummins, Inc.**

**Cross Defendant**

**Dana Companies, LLC**                    represented by **Gary C. Pinter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith B. Hill**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dap, Inc.**                                    represented by  **Madeline Victoria Tzall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dover Corporation, Blackmer Division**

**Cross Defendant**

**Draco Mechanical Supply, Inc**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Eaton Hydraulics, LLC**

**Cross Defendant**

**Elliott Company, I**

**Cross Defendant**

**Excelsior Packing &Gaskets**                   represented by  **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Exxon Mobil Corporation**

**Cross Defendant**

**FMC Corporation**
*sued as successor of Northern Pumps and*
*Peerless Pumps*

**Cross Defendant**

**Flowserve Corporation**                        represented by  **Bradley R. Bultman**
*sued individually and as*                       (See above for address)
*successor−in−interest to BW/IP*                 *ATTORNEY TO BE NOTICED*
*International, Inc., f/k/a Byron Jackson*
*Pump Division and Pacific Pumps*

**Cross Defendant**

**Ford Motor Company**                           represented by  **David W. Ybarra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Foster Wheeler Energy Corporartion**
*sued individually and as*
*successor−in−interest to C.H. Wheeler*

**Cross Defendant**

**Gardner Denver, Inc.**                                   represented by   **Madeline Victoria Tzall**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**General Electric Company**

**Cross Defendant**

**General Gasket Corporation**

**Cross Defendant**

**Georgia–Pacific, LLC**                                   represented by   **Benjamin J. Wilson**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Carl J. Geraci**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Goodyear Tire and Rubber Company,
The**

**Cross Defendant**

**The Gorman–Rupp Company**

**Cross Defendant**

**Goulds Pumps, Inc.**                                     represented by   **Dennis J. Graber**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **James M. Brodzik**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Kevin T. Dawson**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Mark D. Bauman**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Nicole E. Rice**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

                                                                            **Trevor A. Sondag**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene Tweed &Co., Inc**                                 represented by   **Bradley R. Bultman**
                                                                            (See above for address)
                                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Honeywell International, Inc.**

**Cross Defendant**

**ITT Corporation**                                    represented by   **Jeffrey E. Rogers**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Undray Wilks**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Illinois Tool Works, Inc.**                          represented by   **Brian J. Huelsmann**
*individually and as successor−in−interest*                             (See above for address)
*to Devcon Corp.*                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Imo Industries, Inc.**                               represented by   **Keith B. Hill**
*individually and as successor−in−interest*                             (See above for address)
*to Deleval Turbine, Inc.*                                              *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

**Cross Defendant**

**J.P. Bushnell Packing Supply Co.**

**Cross Defendant**

**John Crane, Inc.**

**Cross Defendant**

**Kaiser Gypsum Company Inc.**

**Cross Defendant**

**Kelly Moore Paint Company**

**Cross Defendant**

**L &N Railroad Company**

**Cross Defendant**

**Lamons Gasket Company**

**Cross Defendant**

**Meadwestvaco Corp.**                                 represented by   **Brian J. Huelsmann**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metropolitan Life Insurance Company**                represented by   **Charles L. Joley**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Motion Controls Industries, Inc.**
*as successor−in−interest to Carlisle*
*Corporation*

**Cross Defendant**

**Nash Engineering Company**

**Cross Defendant**

**Northrup Grumman**                    represented by   **Brian J. Huelsmann**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**3M**

**Cross Defendant**

**A.W. Chesterton Company**

**Cross Defendant**

**ABB, Inc.**

**Cross Defendant**

**Air &Liquid Systems Corporation**     represented by   **Keith B. Hill**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Patrick D. Cloud**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Altra Industrial Motion, Inc.**

**Cross Defendant**

**Arvinmeritor, Inc.**

**Cross Defendant**

**Aurora Pump Company**

**Cross Defendant**

**Borg Warner Corporation**             represented by   **Donald W. Ward**
*by it successor−in−interest, Borg Warner*                (See above for address)
*Morse Tec, Inc.*                                         *ATTORNEY TO BE NOTICED*

                                                          **Gary L. Smith**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Justin Andrew Welply**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mary Ann Hatch**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Bucyrus International, Inc.**

**Cross Defendant**

**Bucyrus Mining Equipment**

**Cross Defendant**

**CBS Corporaton**
*merger to CBS Corporation, f/k/a*
*Westinghouse Electric Corporation*

**Cross Defendant**

**CNA Holdings, Inc.**                  represented by   **Earl B. Thames , Jr.**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Stephen Christopher Collier**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CSX Railroad**

**Cross Defendant**

**Cameron International Corp.**         represented by   **Benjamin J. Wilson**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Carl J. Geraci**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Carver Pump Company**

**Cross Defendant**

**Caterpillar, Inc.**                   represented by   **Benjamin J. Wilson**
*individually and as successor to Bucyrus*               (See above for address)
*International, a/k/a Bucyrus Mining*                     *ATTORNEY TO BE NOTICED*
*Equipment, a/k/a Bucyrus−Erie*
                                                         **Carl J. Geraci**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Certain−Teed Corporation**           represented by   **Keith B. Hill**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Oakfabco, Inc.**                      represented by   **John M. Ward**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Tracy J. Cowan**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens−Illinois, Inc.**

**Cross Defendant**

**Pneumo Abex Corporation**                    represented by   **Thomas L. Orris**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Ross S. Titzer**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Power, Inc.**                          represented by   **Keith B. Hill**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rockwell Automation, Inc.**

**Cross Defendant**

**Saint Gobain Abrasives, Inc.**               represented by   **Keith B. Hill**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D
Company*

**Cross Defendant**

**Sealing Equipment Products Co., Inc.**

**Cross Defendant**

**Sprinkmann Sons Corporation**

**Cross Defendant**

**Taco, Inc.**                                 represented by   **Keith B. Hill**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Trane US, Inc.**                             represented by   **Benjamin J. Wilson**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Carl J. Geraci**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**

**Cross Defendant**

**United Technologies Corporation**
*individually and as successor in interest
to Pratt &Whitney*

**Cross Defendant**

**Viking Pumps, Inc.**                    represented by **Keith B. Hill**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps, LLC**                     represented by **Keith B. Hill**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil−Mclain Company**                   represented by **Bradley R. Bultman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Whitney Automotive Group, Inc.**

**Cross Defendant**

**York International Corporation**

**Cross Defendant**

**Young Group, LTD**

**Cross Defendant**

**Young Insulation Group of St. Louis, Inc.**

**Cross Defendant**

**Zurn Industries, LLC**                  represented by **Madeline Victoria Tzall**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Trane US, Inc.**                        represented by **Benjamin J. Wilson**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Carl J. Geraci**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Carver Pump Company**

**Cross Defendant**

**Caterpillar, Inc.**                     represented by **Benjamin J. Wilson**
*individually and as successor to Bucyrus*    (See above for address)
*International, a/k/a Bucyrus Mining*          *ATTORNEY TO BE NOTICED*
*Equipment, a/k/a Bucyrus−Erie*

                                          **Carl J. Geraci**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Certain–Teed Corporation**                      represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Chicago Gasket Company**

**Cross Defendant**

**Cleaver–Brooks, Inc.**

**Cross Defendant**

**Commonwealth Edison Company**

**Cross Defendant**

**Continental Teves, Inc.**

**Cross Defendant**

**Conwed Corporation**                            represented by   **Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper Industries, LLC**

**Cross Defendant**

**Crane Co.**
*sued individually and as*
*successor–in–interest to Cochrane, Inc.,*
*a/k/a Jenkins Valves, Inc., a/k/a Pacific*
*Pump, Inc.*

**Cross Defendant**

**Crosby Valve &Gage Company**

**Cross Defendant**

**Crown Cork &Seal Company, Inc.**

**Cross Defendant**

**Crown Holdings, Inc.**

**Cross Defendant**

**Cummins, Inc.**

**Cross Defendant**

**Dana Companies, LLC**                     represented by **Gary C. Pinter**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Keith B. Hill**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dap, Inc.**                               represented by **Madeline Victoria Tzall**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dover Corporation, Blackmer Division**

**Cross Defendant**

**Draco Mechanical Supply, Inc**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Eaton Hydraulics, LLC**

**Cross Defendant**

**Elliott Company, I**

**Cross Defendant**

**Excelsior Packing &Gaskets**             represented by **Keith B. Hill**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Exxon Mobil Corporation**

**Cross Defendant**

**FMC Corporation**
*sued as successor of Northern Pumps and*
*Peerless Pumps*

**Cross Defendant**

**Flowserve Corporation**                  represented by **Bradley R. Bultman**
*sued individually and as*                  (See above for address)
*successor−in−interest to BW/IP*            *ATTORNEY TO BE NOTICED*
*International, Inc., f/k/a Byron Jackson*
*Pump Division and Pacific Pumps*

**Cross Defendant**

**Ford Motor Company**                    represented by  **David W. Ybarra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Foster Wheeler Energy Corporartion**
*sued individually and as*
*successor−in−interest to C.H. Wheeler*

**Cross Defendant**

**Gardner Denver, Inc.**                   represented by  **Madeline Victoria Tzall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**

**Cross Defendant**

**General Gasket Corporation**

**Cross Defendant**

**Georgia−Pacific, LLC**                   represented by  **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Goodyear Tire and Rubber Company,
The**

**Cross Defendant**

**The Gorman−Rupp Company**

**Cross Defendant**

**Goulds Pumps, Inc.**                     represented by  **Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene Tweed &Co., Inc**                 represented by **Bradley R. Bultman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Honeywell International, Inc.**

**Cross Defendant**

**ITT Corporation**                        represented by **Jeffrey E. Rogers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Undray Wilks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Illinois Tool Works, Inc.**              represented by **Brian J. Huelsmann**
*individually and as successor−in−interest*   (See above for address)
*to Devcon Corp.*                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Imo Industries, Inc.**                   represented by **Keith B. Hill**
*individually and as successor−in−interest*   (See above for address)
*to Deleval Turbine, Inc.*                 *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

**Cross Defendant**

**Ingersoll−Rand Company**                 represented by **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.P. Bushnell Packing Supply Co.**

**Cross Defendant**

**John Crane, Inc.**                       represented by **Sean P. Fergus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Kaiser Gypsum Company Inc.**

**Cross Defendant**

**Kelly Moore Paint Company**

<u>**Cross Defendant**</u>
**L &N Railroad Company**

<u>**Cross Defendant**</u>
**Lamons Gasket Company**

<u>**Cross Defendant**</u>
**Meadwestvaco Corp.**                    represented by **Brian J. Huelsmann**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>
**Metropolitan Life Insurance Company**   represented by **Charles L. Joley**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>
**Motion Controls Industries, Inc.**
*as successor−in−interest to Carlisle*
*Corporation*

<u>**Cross Defendant**</u>
**Nash Engineering Company**

<u>**Cross Defendant**</u>
**Northrup Grumman**                      represented by **Brian J. Huelsmann**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>
**Oakfabco, Inc.**                        represented by **John M. Ward**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Tracy J. Cowan**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>
**Owens−Illinois, Inc.**

<u>**Cross Defendant**</u>
**Pneumo Abex Corporation**               represented by **Thomas L. Orris**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Ross S. Titzer**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>
**Riley Power, Inc.**                     represented by **Keith B. Hill**
                                          (See above for address)
                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rockwell Automation, Inc.**

**Cross Defendant**

**3M**

**Cross Defendant**

**A.W. Chesterton Company**

**Cross Defendant**

**ABB, Inc.**

**Cross Defendant**

**Air &Liquid Systems Corporation**      represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick D. Cloud**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Altra Industrial Motion, Inc.**

**Cross Defendant**

**Arvinmeritor, Inc.**

**Cross Defendant**

**Aurora Pump Company**

**Cross Defendant**

**Borg Warner Corporation**      represented by   **Donald W. Ward**
*by it successor−in−interest, Borg Warner*      (See above for address)
*Morse Tec, Inc.*      *ATTORNEY TO BE NOTICED*

**Gary L. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Andrew Welply**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Ann Hatch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Bucyrus International, Inc.**

**Cross Defendant**

**Bucyrus Mining Equipment**

**Cross Defendant**

**CBS Corporaton**
*merger to CBS Corporation, f/k/a
Westinghouse Electric Corporation*

**Cross Defendant**

**CNA Holdings, Inc.**                    represented by  **Earl B. Thames , Jr.**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Stephen Christopher Collier**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CSX Railroad**

**Cross Defendant**

**Cameron International Corp.**           represented by  **Benjamin J. Wilson**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Carl J. Geraci**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Saint Gobain Abrasives, Inc.**          represented by  **Keith B. Hill**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D
Company*

**Cross Defendant**

**Sealing Equipment Products Co., Inc.**

**Cross Defendant**

**Sprinkmann Sons Corporation**

**Cross Defendant**

**Taco, Inc.**                            represented by  **Keith B. Hill**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**

**Cross Defendant**

**United Technologies Corporation**
*individually and as successor in interest
to Pratt &Whitney*

**Cross Defendant**

**Viking Pumps, Inc.**                              represented by **Keith B. Hill**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps, LLC**                               represented by **Keith B. Hill**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil–Mclain Company**                             represented by **Bradley R. Bultman**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Whitney Automotive Group, Inc.**

**Cross Defendant**

**York International Corporation**

**Cross Defendant**

**Young Group, LTD**

**Cross Defendant**

**Young Insulation Group of St. Louis,
Inc.**

**Cross Defendant**

**Zurn Industries, LLC**                            represented by **Madeline Victoria Tzall**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Illinois Tool Works, Inc.**                       represented by **Brian J. Huelsmann**
*individually and as successor−in−interest*          (See above for address)
*to Devcon Corp.*                                    *ATTORNEY TO BE NOTICED*

V.
**Cross Defendant**

**CSX Railroad**

**Cross Defendant**

**Cameron International Corp.**                      represented by **Benjamin J. Wilson**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Carl J. Geraci**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Carver Pump Company**

**Cross Defendant**

**Caterpillar, Inc.**
*individually and as successor to Bucyrus International, a/k/a Bucyrus Mining Equipment, a/k/a Bucyrus−Erie*

represented by **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Certain−Teed Corporation**

represented by **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Chicago Gasket Company**

**Cross Defendant**

**Cleaver−Brooks, Inc.**

**Cross Defendant**

**Commonwealth Edison Company**

**Cross Defendant**

**Continental Teves, Inc.**

**Cross Defendant**

**Conwed Corporation**

represented by **Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper Industries, LLC**

**Cross Defendant**

**Crane Co.**
*sued individually and as successor−in−interest to Cochrane, Inc., a/k/a Jenkins Valves, Inc., a/k/a Pacific Pump, Inc.*

**Cross Defendant**

**Crosby Valve &Gage Company**

**Cross Defendant**

**Crown Cork &Seal Company, Inc.**

**Cross Defendant**

**Crown Holdings, Inc.**

**Cross Defendant**

**Cummins, Inc.**

**Cross Defendant**

**Dana Companies, LLC**                    represented by   **Gary C. Pinter**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Keith B. Hill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dap, Inc.**                              represented by   **Madeline Victoria Tzall**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dover Corporation, Blackmer Division**

**Cross Defendant**

**Draco Mechanical Supply, Inc**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Eaton Hydraulics, LLC**

**Cross Defendant**

**Elliott Company, I**

**Cross Defendant**

**Excelsior Packing &Gaskets**            represented by   **Keith B. Hill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Exxon Mobil Corporation**

**Cross Defendant**

**FMC Corporation**
*sued as successor of Northern Pumps and*
*Peerless Pumps*

**Cross Defendant**

**Flowserve Corporation**
*sued individually and as*
*successor−in−interest to BW/IP*
*International, Inc., f/k/a Byron Jackson*
*Pump Division and Pacific Pumps*

represented by **Bradley R. Bultman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ford Motor Company**

represented by **David W. Ybarra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Foster Wheeler Energy Corporartion**
*sued individually and as*
*successor−in−interest to C.H. Wheeler*

**Cross Defendant**

**Gardner Denver, Inc.**

represented by **Madeline Victoria Tzall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**

**Cross Defendant**

**General Gasket Corporation**

**Cross Defendant**

**Georgia−Pacific, LLC**

represented by **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Goodyear Tire and Rubber Company,
The**

**Cross Defendant**

**The Gorman−Rupp Company**

**Cross Defendant**

**Goulds Pumps, Inc.**

represented by **Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)
*ATTORNEY TO BE NOTICED*

Cross Defendant

**Greene Tweed &Co., Inc**                        represented by   **Bradley R. Bultman**
(See above for address)
*ATTORNEY TO BE NOTICED*

Cross Defendant

**Honeywell International, Inc.**

Cross Defendant

**ITT Corporation**                               represented by   **Jeffrey E. Rogers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Undray Wilks**
(See above for address)
*ATTORNEY TO BE NOTICED*

Cross Defendant

**Imo Industries, Inc.**                          represented by   **Keith B. Hill**
*individually and as successor−in−interest*                        (See above for address)
*to Deleval Turbine, Inc.*                                          *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Cross Defendant

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

Cross Defendant

**Ingersoll−Rand Company**                        represented by   **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

Cross Defendant

**J.P. Bushnell Packing Supply Co.**

Cross Defendant

**John Crane, Inc.**

Cross Defendant

**Kaiser Gypsum Company Inc.**

Cross Defendant

**Kelly Moore Paint Company**

<u>**Cross Defendant**</u>

**L &N Railroad Company**

<u>**Cross Defendant**</u>

**Lamons Gasket Company**

<u>**Cross Defendant**</u>

**3M**

<u>**Cross Defendant**</u>

**A.W. Chesterton Company**

<u>**Cross Defendant**</u>

**ABB, Inc.**

<u>**Cross Defendant**</u>

**Air &Liquid Systems Corporation**               represented by **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick D. Cloud**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Altra Industrial Motion, Inc.**

<u>**Cross Defendant**</u>

**Arvinmeritor, Inc.**

<u>**Cross Defendant**</u>

**Aurora Pump Company**

<u>**Cross Defendant**</u>

**Borg Warner Corporation**               represented by **Donald W. Ward**
*by it successor−in−interest, Borg Warner*     (See above for address)
*Morse Tec, Inc.*                              *ATTORNEY TO BE NOTICED*

**Gary L. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Andrew Welply**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Ann Hatch**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Bucyrus International, Inc.**

<u>**Cross Defendant**</u>

**Bucyrus Mining Equipment**

**Cross Defendant**

**CBS Corporaton**
*merger to CBS Corporation, f/k/a*
*Westinghouse Electric Corporation*

**Cross Defendant**

**CNA Holdings, Inc.**                            represented by   **Earl B. Thames , Jr.**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Stephen Christopher Collier**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Meadwestvaco Corp.**                            represented by   **Brian J. Huelsmann**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metropolitan Life Insurance Company**           represented by   **Charles L. Joley**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Motion Controls Industries, Inc.**
*as successor−in−interest to Carlisle*
*Corporation*

**Cross Defendant**

**Nash Engineering Company**

**Cross Defendant**

**Northrup Grumman**                              represented by   **Brian J. Huelsmann**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Oakfabco, Inc.**                                represented by   **John M. Ward**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Tracy J. Cowan**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens−Illinois, Inc.**

**Cross Defendant**

**Pneumo Abex Corporation**                       represented by   **Thomas L. Orris**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Ross S. Titzer**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Power, Inc.**                            represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rockwell Automation, Inc.**

**Cross Defendant**

**Saint Gobain Abrasives, Inc.**                 represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D
Company*

**Cross Defendant**

**Sealing Equipment Products Co., Inc.**

**Cross Defendant**

**Sprinkmann Sons Corporation**

**Cross Defendant**

**Taco, Inc.**                                   represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Trane US, Inc.**                               represented by   **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**

**Cross Defendant**

**United Technologies Corporation**
*individually and as successor in interest
to Pratt &Whitney*

**Cross Defendant**

**Viking Pumps, Inc.**                           represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps, LLC**                           represented by   **Keith B. Hill**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil–Mclain Company**                         represented by   **Bradley R. Bultman**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Whitney Automotive Group, Inc.**

**Cross Defendant**

**York International Corporation**

**Cross Defendant**

**Young Group, LTD**

**Cross Defendant**

**Young Insulation Group of St. Louis,
Inc.**

**Cross Defendant**

**Zurn Industries, LLC**                        represented by   **Madeline Victoria Tzall**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**ITT Corporation**                             represented by   **Jeffrey E. Rogers**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Undray Wilks**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**CNA Holdings, Inc.**                          represented by   **Earl B. Thames , Jr.**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Stephen Christopher Collier**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CSX Railroad**

**Cross Defendant**

**Cameron International Corp.**                  represented by   **Benjamin J. Wilson**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Carver Pump Company**

**Cross Defendant**

**Caterpillar, Inc.**                    represented by   **Benjamin J. Wilson**
*individually and as successor to Bucyrus*                (See above for address)
*International, a/k/a Bucyrus Mining*                     *ATTORNEY TO BE NOTICED*
*Equipment, a/k/a Bucyrus–Erie*
                                                          **Carl J. Geraci**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Certain–Teed Corporation**            represented by   **Keith B. Hill**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Chicago Gasket Company**

**Cross Defendant**

**Cleaver–Brooks, Inc.**

**Cross Defendant**

**Commonwealth Edison Company**

**Cross Defendant**

**Continental Teves, Inc.**

**Cross Defendant**

**Conwed Corporation**                  represented by   **Dennis J. Graber**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James M. Brodzik**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kevin T. Dawson**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark D. Bauman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Nicole E. Rice**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Trevor A. Sondag**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper Industries, LLC**

**Cross Defendant**

**Crane Co.**
*sued individually and as*
*successor−in−interest to Cochrane, Inc.,*
*a/k/a Jenkins Valves, Inc., a/k/a Pacific*
*Pump, Inc.*

**Cross Defendant**

**Crosby Valve &Gage Company**

**Cross Defendant**

**Crown Cork &Seal Company, Inc.**

**Cross Defendant**

**Crown Holdings, Inc.**

**Cross Defendant**

**Cummins, Inc.**

**Cross Defendant**

**Dana Companies, LLC**                     represented by   **Gary C. Pinter**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Keith B. Hill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dap, Inc.**                                represented by   **Madeline Victoria Tzall**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dover Corporation, Blackmer Division**

**Cross Defendant**

**Draco Mechanical Supply, Inc**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Eaton Hydraulics, LLC**

**Cross Defendant**

**Elliott Company, I**

**Cross Defendant**

**Excelsior Packing &Gaskets**              represented by   **Keith B. Hill**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Exxon Mobil Corporation**

**Cross Defendant**

**FMC Corporation**
*sued as successor of Northern Pumps and*
*Peerless Pumps*

**Cross Defendant**

**Flowserve Corporation**                    represented by   **Bradley R. Bultman**
*sued individually and as*                                    (See above for address)
*successor−in−interest to BW/IP*                              *ATTORNEY TO BE NOTICED*
*International, Inc., f/k/a Byron Jackson*
*Pump Division and Pacific Pumps*

**Cross Defendant**

**Ford Motor Company**                       represented by   **David W. Ybarra**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Foster Wheeler Energy Corporartion**
*sued individually and as*
*successor−in−interest to C.H. Wheeler*

**Cross Defendant**

**Gardner Denver, Inc.**                     represented by   **Madeline Victoria Tzall**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**

**Cross Defendant**

**General Gasket Corporation**

**Cross Defendant**

**Georgia−Pacific, LLC**                     represented by   **Benjamin J. Wilson**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Carl J. Geraci**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Goodyear Tire and Rubber Company,**
**The**

**Cross Defendant**

**The Gorman−Rupp Company**

**Cross Defendant**

**Greene Tweed &Co., Inc**                   represented by

**Bradley R. Bultman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Honeywell International, Inc.**

**Cross Defendant**

**Illinois Tool Works, Inc.**                    represented by   **Brian J. Huelsmann**
*individually and as successor−in−interest*                       (See above for address)
*to Devcon Corp.*                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Imo Industries, Inc.**                         represented by   **Keith B. Hill**
*individually and as successor−in−interest*                       (See above for address)
*to Deleval Turbine, Inc.*                                        *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

**Cross Defendant**

**Ingersoll−Rand Company**                       represented by   **Benjamin J. Wilson**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Carl J. Geraci**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.P. Bushnell Packing Supply Co.**

**Cross Defendant**

**John Crane, Inc.**

**Cross Defendant**

**Kaiser Gypsum Company Inc.**

**Cross Defendant**

**Kelly Moore Paint Company**

**Cross Defendant**

**L &N Railroad Company**

**Cross Defendant**

**Lamons Gasket Company**

**Cross Defendant**

**Meadwestvaco Corp.**                           represented by   **Brian J. Huelsmann**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metropolitan Life Insurance Company**          represented by   **Charles L. Joley**
                                                                  (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Motion Controls Industries, Inc.**
*as successor−in−interest to Carlisle*
*Corporation*

**Cross Defendant**

**Nash Engineering Company**

**Cross Defendant**

**Northrup Grumman**                    represented by  **Brian J. Huelsmann**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**3M**

**Cross Defendant**

**A.W. Chesterton Company**

**Cross Defendant**

**ABB, Inc.**

**Cross Defendant**

**Air &Liquid Systems Corporation**     represented by  **Keith B. Hill**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Patrick D. Cloud**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Altra Industrial Motion, Inc.**

**Cross Defendant**

**Arvinmeritor, Inc.**

**Cross Defendant**

**Aurora Pump Company**

**Cross Defendant**

**Borg Warner Corporation**             represented by  **Donald W. Ward**
*by it successor−in−interest, Borg Warner*              (See above for address)
*Morse Tec, Inc.*                                       *ATTORNEY TO BE NOTICED*

                                        **Gary L. Smith**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Justin Andrew Welply**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Mary Ann Hatch**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Bucyrus International, Inc.**

**Cross Defendant**

**Bucyrus Mining Equipment**

**Cross Defendant**

**CBS Corporaton**
*merger to CBS Corporation, f/k/a
Westinghouse Electric Corporation*

**Cross Defendant**

**Oakfabco, Inc.**                    represented by   **John M. Ward**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Tracy J. Cowan**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens–Illinois, Inc.**

**Cross Defendant**

**Pneumo Abex Corporation**           represented by   **Thomas L. Orris**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Ross S. Titzer**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Power, Inc.**                 represented by   **Keith B. Hill**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rockwell Automation, Inc.**

**Cross Defendant**

**Saint Gobain Abrasives, Inc.**      represented by   **Keith B. Hill**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D
Company*

**Cross Defendant**

**Sealing Equipment Products Co., Inc.**

**Cross Defendant**

**Sprinkmann Sons Corporation**

**Cross Defendant**

| **Taco, Inc.** | represented by | **Keith B. Hill** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| **Trane US, Inc.** | represented by | **Benjamin J. Wilson** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Carl J. Geraci** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

**Union Carbide Corporation**

**Cross Defendant**

**United Technologies Corporation**
*individually and as successor in interest
to Pratt & Whitney*

**Cross Defendant**

| **Viking Pumps, Inc.** | represented by | **Keith B. Hill** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| **Warren Pumps, LLC** | represented by | **Keith B. Hill** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

| **Weil–Mclain Company** | represented by | **Bradley R. Bultman** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

**Cross Defendant**

**Whitney Automotive Group, Inc.**

**Cross Defendant**

**York International Corporation**

**Cross Defendant**

**Young Group, LTD**

**Cross Defendant**

**Young Insulation Group of St. Louis,
Inc.**

**Cross Defendant**

**Zurn Industries, LLC**                                 represented by   **Madeline Victoria Tzall**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**John Crane, Inc.**


V.

**Cross Defendant**

**CBS Corporaton**
*merger to CBS Corporation, f/k/a*
*Westinghouse Electric Corporation*

**Cross Defendant**

**CNA Holdings, Inc.**                                    represented by   **Earl B. Thames , Jr.**
                                                                         (See above for address)
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Stephen Christopher Collier**
                                                                         (See above for address)
                                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CSX Railroad**

**Cross Defendant**

**Cameron International Corp.**

**Cross Defendant**

**Carver Pump Company**

**Cross Defendant**

**Caterpillar, Inc.**
*individually and as successor to Bucyrus*
*International, a/k/a Bucyrus Mining*
*Equipment, a/k/a Bucyrus−Erie*

**Cross Defendant**

**Certain−Teed Corporation**

**Cross Defendant**

**Chicago Gasket Company**

**Cross Defendant**

**Cleaver−Brooks, Inc.**

**Cross Defendant**

**Commonwealth Edison Company**

**Cross Defendant**

**Continental Teves, Inc.**

**Cross Defendant**

**Conwed Corporation**

**Cross Defendant**

**Cooper Industries, LLC**

**Cross Defendant**

**Crane Co.**
*sued individually and as*
*successor−in−interest to Cochrane, Inc.,*
*a/k/a Jenkins Valves, Inc., a/k/a Pacific*
*Pump, Inc.*

**Cross Defendant**

**Crosby Valve &Gage Company**

**Cross Defendant**

**Crown Cork &Seal Company, Inc.**

**Cross Defendant**

**Crown Holdings, Inc.**

**Cross Defendant**

**Cummins, Inc.**

**Cross Defendant**

**Dana Companies, LLC**                     represented by   **Gary C. Pinter**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Keith B. Hill**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dap, Inc.**                               represented by   **Madeline Victoria Tzall**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dover Corporation, Blackmer Division**

**Cross Defendant**

**Draco Mechanical Supply, Inc**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Eaton Hydraulics, LLC**

**Cross Defendant**

**Elliott Company, I**

**Cross Defendant**

**Excelsior Packing &Gaskets**              represented by   **Keith B. Hill**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Exxon Mobil Corporation**

**Cross Defendant**

**FMC Corporation**
*sued as successor of Northern Pumps and*
*Peerless Pumps*

**Cross Defendant**

**Flowserve Corporation**                    represented by **Bradley R. Bultman**
*sued individually and as*                                  (See above for address)
*successor−in−interest to BW/IP*                            *ATTORNEY TO BE NOTICED*
*International, Inc., f/k/a Byron Jackson*
*Pump Division and Pacific Pumps*

**Cross Defendant**

**Ford Motor Company**                       represented by **David W. Ybarra**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Foster Wheeler Energy Corporartion**
*sued individually and as*
*successor−in−interest to C.H. Wheeler*

**Cross Defendant**

**Gardner Denver, Inc.**                     represented by **Madeline Victoria Tzall**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**                 represented by **Anita M. Kidd**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Gasket Corporation**

**Cross Defendant**

**Georgia−Pacific, LLC**                     represented by **Benjamin J. Wilson**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Carl J. Geraci**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Goodyear Tire and Rubber Company,**
**The**

**Cross Defendant**

**The Gorman−Rupp Company**

**Cross Defendant**

**Goulds Pumps, Inc.**                            represented by   **Dennis J. Graber**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **James M. Brodzik**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Kevin T. Dawson**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Mark D. Bauman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Nicole E. Rice**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Trevor A. Sondag**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene Tweed &Co., Inc**                        represented by   **Bradley R. Bultman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Honeywell International, Inc.**

**Cross Defendant**

**ITT Corporation**                               represented by   **Jeffrey E. Rogers**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Undray Wilks**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Illinois Tool Works, Inc.**                     represented by   **Brian J. Huelsmann**
*individually and as successor−in−interest*                       (See above for address)
*to Devcon Corp.*                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Imo Industries, Inc.**                          represented by   **Keith B. Hill**
*individually and as successor−in−interest*                       (See above for address)
*to Deleval Turbine, Inc.*                                        *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

**Cross Defendant**

| | | |
|---|---|---|
| **Ingersoll–Rand Company** | represented by | **Benjamin J. Wilson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Carl J. Geraci**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

<u>**Cross Defendant**</u>

**J.P. Bushnell Packing Supply Co.**

<u>**Cross Defendant**</u>

**Kaiser Gypsum Company Inc.**

<u>**Cross Defendant**</u>

**Kelly Moore Paint Company**

<u>**Cross Defendant**</u>

**L &N Railroad Company**

<u>**Cross Defendant**</u>

**Lamons Gasket Company**

<u>**Cross Defendant**</u>

| | | |
|---|---|---|
| **Meadwestvaco Corp.** | represented by | **Brian J. Huelsmann**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

<u>**Cross Defendant**</u>

| | | |
|---|---|---|
| **Metropolitan Life Insurance Company** | represented by | **Charles L. Joley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Cross Defendant**</u>

**Motion Controls Industries, Inc.**
*as successor–in–interest to Carlisle Corporation*

<u>**Cross Defendant**</u>

**Nash Engineering Company**

<u>**Cross Defendant**</u>

| | | |
|---|---|---|
| **Northrup Grumman** | represented by | **Brian J. Huelsmann**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

<u>**Cross Defendant**</u>

| | | |
|---|---|---|
| **Oakfabco, Inc.** | represented by | **John M. Ward**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Tracy J. Cowan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

<u>**Cross Defendant**</u>

**Owens–Illinois, Inc.**

**Cross Defendant**

**Pneumo Abex Corporation**                    represented by   **Thomas L. Orris**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Ross S. Titzer**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**3M**

**Cross Defendant**

**A.W. Chesterton Company**

**Cross Defendant**

**ABB, Inc.**

**Cross Defendant**

**Air &Liquid Systems Corporation**             represented by   **Keith B. Hill**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Patrick D. Cloud**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Altra Industrial Motion, Inc.**

**Cross Defendant**

**Arvinmeritor, Inc.**

**Cross Defendant**

**Aurora Pump Company**

**Cross Defendant**

**Borg Warner Corporation**                     represented by   **Donald W. Ward**
*by it successor−in−interest, Borg Warner*                      (See above for address)
*Morse Tec, Inc.*                                               *ATTORNEY TO BE NOTICED*

                                                                **Gary L. Smith**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Justin Andrew Welply**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Mary Ann Hatch**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Bucyrus International, Inc.**

**Cross Defendant**

**Bucyrus Mining Equipment**                     represented by   **Tracy J. Cowan**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Karen M. Volkman**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Power, Inc.**                            represented by   **Keith B. Hill**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rockwell Automation, Inc.**

**Cross Defendant**

**Saint Gobain Abrasives, Inc.**                 represented by   **Keith B. Hill**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D
Company*

**Cross Defendant**

**Sealing Equipment Products Co., Inc.**

**Cross Defendant**

**Sprinkmann Sons Corporation**

**Cross Defendant**

**Taco, Inc.**                                   represented by   **Keith B. Hill**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Trane US, Inc.**                               represented by   **Benjamin J. Wilson**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Carl J. Geraci**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**

**Cross Defendant**

**United Technologies Corporation**
*individually and as successor in interest
to Pratt &Whitney*

**Cross Defendant**

**Viking Pumps, Inc.**                                   represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps, LLC**                                    represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil–Mclain Company**                                  represented by   **Bradley R. Bultman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Whitney Automotive Group, Inc.**

**Cross Defendant**

**York International Corporation**

**Cross Defendant**

**Young Group, LTD**

**Cross Defendant**

**Young Insulation Group of St. Louis,
Inc.**

**Cross Defendant**

**Zurn Industries, LLC**                                 represented by   **Madeline Victoria Tzall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Carver Pump Company**

V.

**Cross Defendant**

**CBS Corporaton**
*merger to CBS Corporation, f/k/a
Westinghouse Electric Corporation*

**Cross Defendant**

**CNA Holdings, Inc.**                                   represented by   **Earl B. Thames , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Christopher Collier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CSX Railroad**

**Cross Defendant**

**Cameron International Corp.**                  represented by   **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Caterpillar, Inc.**                           represented by   **Benjamin J. Wilson**
*individually and as successor to Bucyrus*      (See above for address)
*International, a/k/a Bucyrus Mining*           *ATTORNEY TO BE NOTICED*
*Equipment, a/k/a Bucyrus−Erie*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Certain−Teed Corporation**                    represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Chicago Gasket Company**

**Cross Defendant**

**Cleaver−Brooks, Inc.**

**Cross Defendant**

**Commonwealth Edison Company**

**Cross Defendant**

**Continental Teves, Inc.**

**Cross Defendant**

**Conwed Corporation**                          represented by   **Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper Industries, LLC**

**Cross Defendant**

**Crane Co.**
*sued individually and as*
*successor−in−interest to Cochrane, Inc.,*
*a/k/a Jenkins Valves, Inc., a/k/a Pacific*
*Pump, Inc.*

**Cross Defendant**

**Crosby Valve &Gage Company**

**Cross Defendant**

**Crown Cork &Seal Company, Inc.**

**Cross Defendant**

**Crown Holdings, Inc.**

**Cross Defendant**

**Cummins, Inc.**

**Cross Defendant**

**Dana Companies, LLC**                    represented by  **Gary C. Pinter**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Keith B. Hill**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dap, Inc.**                              represented by  **Madeline Victoria Tzall**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dover Corporation, Blackmer Division**

**Cross Defendant**

**Draco Mechanical Supply, Inc**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Eaton Hydraulics, LLC**

**Cross Defendant**

**Elliott Company, I**

**Cross Defendant**

**Excelsior Packing &Gaskets**

represented by **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Exxon Mobil Corporation**

<u>**Cross Defendant**</u>

**FMC Corporation**
*sued as successor of Northern Pumps and Peerless Pumps*

<u>**Cross Defendant**</u>

**Flowserve Corporation**
*sued individually and as successor−in−interest to BW/IP International, Inc., f/k/a Byron Jackson Pump Division and Pacific Pumps*

represented by **Bradley R. Bultman**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Ford Motor Company**

represented by **David W. Ybarra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Foster Wheeler Energy Corporartion**
*sued individually and as successor−in−interest to C.H. Wheeler*

<u>**Cross Defendant**</u>

**Gardner Denver, Inc.**

represented by **Madeline Victoria Tzall**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**General Electric Company**

represented by **Anita M. Kidd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**General Gasket Corporation**

<u>**Cross Defendant**</u>

**Georgia−Pacific, LLC**

represented by **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Goodyear Tire and Rubber Company, The**

<u>**Cross Defendant**</u>

**The Gorman–Rupp Company**

<u>**Cross Defendant**</u>

**Goulds Pumps, Inc.**                    represented by   **Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Greene Tweed &Co., Inc**               represented by   **Bradley R. Bultman**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Honeywell International, Inc.**

<u>**Cross Defendant**</u>

**ITT Corporation**                      represented by   **Jeffrey E. Rogers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Undray Wilks**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Illinois Tool Works, Inc.**            represented by   **Brian J. Huelsmann**
*individually and as successor−in−interest*              (See above for address)
*to Devcon Corp.*                                        *ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Imo Industries, Inc.**                 represented by   **Keith B. Hill**
*individually and as successor−in−interest*              (See above for address)
*to Deleval Turbine, Inc.*                               *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Cross Defendant**</u>

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

**Cross Defendant**

**Ingersoll–Rand Company**                    represented by  **Benjamin J. Wilson**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Carl J. Geraci**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.P. Bushnell Packing Supply Co.**

**Cross Defendant**

**John Crane, Inc.**                          represented by  **Sean P. Fergus**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Kaiser Gypsum Company Inc.**

**Cross Defendant**

**Kelly Moore Paint Company**

**Cross Defendant**

**L &N Railroad Company**

**Cross Defendant**

**Lamons Gasket Company**

**Cross Defendant**

**Meadwestvaco Corp.**                        represented by  **Brian J. Huelsmann**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metropolitan Life Insurance Company**       represented by  **Charles L. Joley**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**3M**

**Cross Defendant**

**A.W. Chesterton Company**

**Cross Defendant**

**ABB, Inc.**

**Cross Defendant**

**Air &Liquid Systems Corporation**           represented by  **Keith B. Hill**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Patrick D. Cloud**
                                                              (See above for address)

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Altra Industrial Motion, Inc.**

**Cross Defendant**

**Arvinmeritor, Inc.**

**Cross Defendant**

**Aurora Pump Company**

**Cross Defendant**

**Borg Warner Corporation**
*by it successor−in−interest, Borg Warner Morse Tec, Inc.*

represented by **Donald W. Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Andrew Welply**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Ann Hatch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Bucyrus International, Inc.**

**Cross Defendant**

**Bucyrus Mining Equipment**

represented by **Tracy J. Cowan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen M. Volkman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Motion Controls Industries, Inc.**
*as successor−in−interest to Carlisle Corporation*

**Cross Defendant**

**Nash Engineering Company**

**Cross Defendant**

**Northrup Grumman**

represented by **Brian J. Huelsmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Oakfabco, Inc.**

represented by **John M. Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tracy J. Cowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens–Illinois, Inc.**

**Cross Defendant**

**Pneumo Abex Corporation**                    represented by   **Thomas L. Orris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross S. Titzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Power, Inc.**                          represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rockwell Automation, Inc.**

**Cross Defendant**

**Saint Gobain Abrasives, Inc.**               represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D*
*Company*

**Cross Defendant**

**Sealing Equipment Products Co., Inc.**

**Cross Defendant**

**Sprinkmann Sons Corporation**

**Cross Defendant**

**Taco, Inc.**                                 represented by   **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Trane US, Inc.**                             represented by   **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**

<u>Cross Defendant</u>

**United Technologies Corporation**
*individually and as successor in interest*
*to Pratt &Whitney*

<u>Cross Defendant</u>

**Viking Pumps, Inc.**                    represented by  **Keith B. Hill**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Warren Pumps, LLC**                     represented by  **Keith B. Hill**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Weil–Mclain Company**                   represented by  **Bradley R. Bultman**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Whitney Automotive Group, Inc.**

<u>Cross Defendant</u>

**York International Corporation**

<u>Cross Defendant</u>

**Young Group, LTD**

<u>Cross Defendant</u>

**Young Insulation Group of St. Louis,**
**Inc.**

<u>Cross Defendant</u>

**Zurn Industries, LLC**                  represented by  **Madeline Victoria Tzall**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

<u>Cross Claimant</u>

**The Gorman–Rupp Company**

V.

<u>Cross Defendant</u>

**Bucyrus International, Inc.**

<u>Cross Defendant</u>

**Bucyrus Mining Equipment**

<u>Cross Defendant</u>

**CBS Corporaton**
*merger to CBS Corporation, f/k/a*

*Westinghouse Electric Corporation*

**Cross Defendant**

**CNA Holdings, Inc.**                 represented by   **Earl B. Thames , Jr.**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Stephen Christopher Collier**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CSX Railroad**

**Cross Defendant**

**Cameron International Corp.**

**Cross Defendant**

**Carver Pump Company**

**Cross Defendant**

**Caterpillar, Inc.**
*individually and as successor to Bucyrus*
*International, a/k/a Bucyrus Mining*
*Equipment, a/k/a Bucyrus−Erie*

**Cross Defendant**

**Certain−Teed Corporation**

**Cross Defendant**

**Chicago Gasket Company**

**Cross Defendant**

**Cleaver−Brooks, Inc.**

**Cross Defendant**

**Commonwealth Edison Company**

**Cross Defendant**

**Continental Teves, Inc.**

**Cross Defendant**

**Conwed Corporation**

**Cross Defendant**

**Cooper Industries, LLC**

**Cross Defendant**

**Crane Co.**
*sued individually and as*
*successor−in−interest to Cochrane, Inc.,*
*a/k/a Jenkins Valves, Inc., a/k/a Pacific*
*Pump, Inc.*

**Cross Defendant**

**Crosby Valve &Gage Company**

<u>Cross Defendant</u>

**Crown Cork &Seal Company, Inc.**

<u>Cross Defendant</u>

**Crown Holdings, Inc.**

<u>Cross Defendant</u>

**Cummins, Inc.**

<u>Cross Defendant</u>

**Dana Companies, LLC**

<u>Cross Defendant</u>

**Dap, Inc.**                                          represented by **Madeline Victoria Tzall**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

<u>Cross Defendant</u>

**Dover Corporation, Blackmer Division**

<u>Cross Defendant</u>

**Draco Mechanical Supply, Inc**

<u>Cross Defendant</u>

**Eaton Corporation**

<u>Cross Defendant</u>

**Eaton Hydraulics, LLC**

<u>Cross Defendant</u>

**Elliott Company, I**

<u>Cross Defendant</u>

**Excelsior Packing &Gaskets**

<u>Cross Defendant</u>

**Exxon Mobil Corporation**

<u>Cross Defendant</u>

**FMC Corporation**
*sued as successor of Northern Pumps and
Peerless Pumps*

<u>Cross Defendant</u>

**Flowserve Corporation**                             represented by **Bradley R. Bultman**
*sued individually and as*                                           (See above for address)
*successor−in−interest to BW/IP*                                     *ATTORNEY TO BE NOTICED*
*International, Inc., f/k/a Byron Jackson*
*Pump Division and Pacific Pumps*

<u>Cross Defendant</u>

**Ford Motor Company**                                represented by **David W. Ybarra**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Foster Wheeler Energy Corporartion**
*sued individually and as*
*successor−in−interest to C.H. Wheeler*

**Cross Defendant**

**Gardner Denver, Inc.**                 represented by   **Madeline Victoria Tzall**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**             represented by   **Anita M. Kidd**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Gasket Corporation**

**Cross Defendant**

**Georgia−Pacific, LLC**                 represented by   **Benjamin J. Wilson**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Carl J. Geraci**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Goodyear Tire and Rubber Company,**
**The**

**Cross Defendant**

**Goulds Pumps, Inc.**                   represented by   **Dennis J. Graber**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James M. Brodzik**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kevin T. Dawson**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark D. Bauman**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Nicole E. Rice**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Trevor A. Sondag**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene Tweed &Co., Inc**                    represented by **Bradley R. Bultman**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Honeywell International, Inc.**

**Cross Defendant**

**ITT Corporation**                           represented by **Jeffrey E. Rogers**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Undray Wilks**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Illinois Tool Works, Inc.**                 represented by **Brian J. Huelsmann**
*individually and as successor−in−interest*                  (See above for address)
*to Devcon Corp.*                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Imo Industries, Inc.**                      represented by **Keith B. Hill**
*individually and as successor−in−interest*                  (See above for address)
*to Deleval Turbine, Inc.*                                   *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

**Cross Defendant**

**Ingersoll−Rand Company**                    represented by **Benjamin J. Wilson**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Carl J. Geraci**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.P. Bushnell Packing Supply Co.**

**Cross Defendant**

**John Crane, Inc.**                          represented by **Sean P. Fergus**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Kaiser Gypsum Company Inc.**

**Cross Defendant**

**Kelly Moore Paint Company**

**Cross Defendant**

**L &N Railroad Company**

**Cross Defendant**

**Lamons Gasket Company**

**Cross Defendant**

**Meadwestvaco Corp.**                   represented by   **Brian J. Huelsmann**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metropolitan Life Insurance Company**   represented by   **Charles L. Joley**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Motion Controls Industries, Inc.**
*as successor−in−interest to Carlisle*
*Corporation*

**Cross Defendant**

**Nash Engineering Company**

**Cross Defendant**

**Northrup Grumman**                      represented by   **Brian J. Huelsmann**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**3M**

**Cross Defendant**

**A.W. Chesterton Company**

**Cross Defendant**

**ABB, Inc.**

**Cross Defendant**

**Air &Liquid Systems Corporation**        represented by   **Keith B. Hill**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Patrick D. Cloud**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Altra Industrial Motion, Inc.**

**Cross Defendant**

**Arvinmeritor, Inc.**

**Cross Defendant**

**Aurora Pump Company**

**Cross Defendant**

**Borg Warner Corporation**
*by it successor−in−interest, Borg Warner Morse Tec, Inc.*

represented by **Donald W. Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Andrew Welply**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Ann Hatch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Oakfabco, Inc.**

represented by **John M. Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tracy J. Cowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens−Illinois, Inc.**

**Cross Defendant**

**Pneumo Abex Corporation**

represented by **Thomas L. Orris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross S. Titzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Power, Inc.**

represented by **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rockwell Automation, Inc.**

**Cross Defendant**

**Saint Gobain Abrasives, Inc.**

represented by **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D Company*

**Cross Defendant**

**Sealing Equipment Products Co., Inc.**

**Cross Defendant**

**Sprinkmann Sons Corporation**

**Cross Defendant**

**Taco, Inc.**                              represented by  **Keith B. Hill**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Trane US, Inc.**                          represented by  **Benjamin J. Wilson**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Carl J. Geraci**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**

**Cross Defendant**

**United Technologies Corporation**
*individually and as successor in interest*
*to Pratt &Whitney*

**Cross Defendant**

**Viking Pumps, Inc.**                      represented by  **Keith B. Hill**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps, LLC**                       represented by  **Keith B. Hill**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil–Mclain Company**                     represented by  **Bradley R. Bultman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Whitney Automotive Group, Inc.**

**Cross Defendant**

**York International Corporation**

**Cross Defendant**

**Young Group, LTD**

**Cross Defendant**

**Young Insulation Group of St. Louis,
Inc.**

**Cross Defendant**

**Zurn Industries, LLC**                    represented by **Madeline Victoria Tzall**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Cross Claimant**

**Pneumo Abex Corporation**                 represented by **Thomas L. Orris**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ross S. Titzer**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


V.

**Cross Defendant**

**Bucyrus International, Inc.**

**Cross Defendant**

**Bucyrus Mining Equipment**                represented by **Tracy J. Cowan**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Karen M. Volkman**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**CBS Corporaton**
*merger to CBS Corporation, f/k/a*
*Westinghouse Electric Corporation*

**Cross Defendant**

**CNA Holdings, Inc.**                      represented by **Earl B. Thames , Jr.**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Stephen Christopher Collier**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**CSX Railroad**

**Cross Defendant**

**Cameron International Corp.**             represented by **Benjamin J. Wilson**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Carl J. Geraci**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**Carver Pump Company**                     represented by **Leslie G. Offergeld**
                                                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Caterpillar, Inc.**
*individually and as successor to Bucyrus International, a/k/a Bucyrus Mining Equipment, a/k/a Bucyrus−Erie*

represented by **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Certain−Teed Corporation**

represented by **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Chicago Gasket Company**

**Cross Defendant**

**Cleaver−Brooks, Inc.**

**Cross Defendant**

**Commonwealth Edison Company**

**Cross Defendant**

**Continental Teves, Inc.**

**Cross Defendant**

**Conwed Corporation**

represented by **Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Cooper Industries, LLC**

**Cross Defendant**

**Crane Co.**
*sued individually and as*
*successor−in−interest to Cochrane, Inc.,*
*a/k/a Jenkins Valves, Inc., a/k/a Pacific*
*Pump, Inc.*

represented by  **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Crosby Valve &Gage Company**

**Cross Defendant**

**Crown Cork &Seal Company, Inc.**

**Cross Defendant**

**Crown Holdings, Inc.**

**Cross Defendant**

**Cummins, Inc.**

**Cross Defendant**

**Dana Companies, LLC**

represented by  **Gary C. Pinter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dap, Inc.**

represented by  **Madeline Victoria Tzall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Dover Corporation, Blackmer Division**

**Cross Defendant**

**Draco Mechanical Supply, Inc**

**Cross Defendant**

**Eaton Corporation**

**Cross Defendant**

**Eaton Hydraulics, LLC**

**Cross Defendant**

**Elliott Company, I**

**Cross Defendant**

**Excelsior Packing &Gaskets**

represented by  **Keith B. Hill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Exxon Mobil Corporation**

**Cross Defendant**

**FMC Corporation**
*sued as successor of Northern Pumps and*
*Peerless Pumps*

**Cross Defendant**

**Flowserve Corporation**
*sued individually and as*
*successor−in−interest to BW/IP*
*International, Inc., f/k/a Byron Jackson*
*Pump Division and Pacific Pumps*

represented by **Bradley R. Bultman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ford Motor Company**

represented by **David W. Ybarra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Foster Wheeler Energy Corporartion**
*sued individually and as*
*successor−in−interest to C.H. Wheeler*

**Cross Defendant**

**Gardner Denver, Inc.**

represented by **Madeline Victoria Tzall**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Electric Company**

represented by **Anita M. Kidd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**General Gasket Corporation**

**Cross Defendant**

**Georgia−Pacific, LLC**

represented by **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Goodyear Tire and Rubber Company,**
**The**

**Cross Defendant**

**The Gorman−Rupp Company**

represented by **Leslie G. Offergeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Goulds Pumps, Inc.**

represented by

**Dennis J. Graber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Brodzik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin T. Dawson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark D. Bauman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicole E. Rice**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Trevor A. Sondag**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Greene Tweed &Co., Inc**                     represented by  **Bradley R. Bultman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Honeywell International, Inc.**

**Cross Defendant**

**ITT Corporation**                            represented by  **Jeffrey E. Rogers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Undray Wilks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Illinois Tool Works, Inc.**                  represented by  **Brian J. Huelsmann**
*individually and as successor−in−interest*                    (See above for address)
*to Devcon Corp.*                                              *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Imo Industries, Inc.**                       represented by  **Keith B. Hill**
*individually and as successor−in−interest*                    (See above for address)
*to Deleval Turbine, Inc.*                                     *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Ingalls Shipbuilding**
*a division of Huntington Ingalls Industries*

**Cross Defendant**

**Ingersoll−Rand Company**                     represented by  **Benjamin J. Wilson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carl J. Geraci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**J.P. Bushnell Packing Supply Co.**

**Cross Defendant**

**John Crane, Inc.**                    represented by   **Sean P. Fergus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Kaiser Gypsum Company Inc.**

**Cross Defendant**

**Kelly Moore Paint Company**

**Cross Defendant**

**L &N Railroad Company**

**Cross Defendant**

**Lamons Gasket Company**

**Cross Defendant**

**Meadwestvaco Corp.**                  represented by   **Brian J. Huelsmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Metropolitan Life Insurance Company** represented by   **Charles L. Joley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Motion Controls Industries, Inc.**
*as successor−in−interest to Carlisle*
*Corporation*

**Cross Defendant**

**Nash Engineering Company**

**Cross Defendant**

**Northrup Grumman**                    represented by   **Brian J. Huelsmann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Oakfabco, Inc.**                      represented by   **John M. Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tracy J. Cowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Owens–Illinois, Inc.**

**Cross Defendant**

**3M**

**Cross Defendant**

**A.W. Chesterton Company**

**Cross Defendant**

**ABB, Inc.**                                  represented by  **Gary L. Smith**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Justin Andrew Welply**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Mary Ann Hatch**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Air &Liquid Systems Corporation**           represented by  **Keith B. Hill**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Patrick D. Cloud**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Altra Industrial Motion, Inc.**

**Cross Defendant**

**Arvinmeritor, Inc.**

**Cross Defendant**

**Aurora Pump Company**

**Cross Defendant**

**Borg Warner Corporation**                   represented by  **Donald W. Ward**
*by it successor−in−interest, Borg Warner*                    (See above for address)
*Morse Tec, Inc.*                                             *ATTORNEY TO BE NOTICED*

                                                               **Gary L. Smith**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Justin Andrew Welply**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Mary Ann Hatch**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Pneumo Abex Corporation**                     represented by  **Thomas L. Orris**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Ross S. Titzer**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Riley Power, Inc.**                           represented by  **Keith B. Hill**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Rockwell Automation, Inc.**

**Cross Defendant**

**Saint Gobain Abrasives, Inc.**                represented by  **Keith B. Hill**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Schneider Electric USA, Inc.**
*individually and on behalf of Square D
Company*

**Cross Defendant**

**Sealing Equipment Products Co., Inc.**

**Cross Defendant**

**Sprinkmann Sons Corporation**

**Cross Defendant**

**Taco, Inc.**                                  represented by  **Keith B. Hill**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Trane US, Inc.**                              represented by  **Benjamin J. Wilson**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Carl J. Geraci**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Union Carbide Corporation**

**Cross Defendant**

**United Technologies Corporation**
*individually and as successor in interest
to Pratt &Whitney*

**Cross Defendant**

**Viking Pumps, Inc.**                     represented by  **Keith B. Hill**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Warren Pumps, LLC**                      represented by  **Keith B. Hill**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Weil–Mclain Company**                    represented by  **Bradley R. Bultman**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Whitney Automotive Group, Inc.**

**Cross Defendant**

**York International Corporation**         represented by  **Donald W. Ward**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Gary L. Smith**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Justin Andrew Welply**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Mary Ann Hatch**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**Young Group, LTD**

**Cross Defendant**

**Young Insulation Group of St. Louis,
Inc.**

**Cross Defendant**

**Zurn Industries, LLC**                   represented by  **Madeline Victoria Tzall**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/19/2014 | 1 | Case Opened. Documents may now be electronically filed. Case number 14–712–JPG–SCW must be placed on all documents prior to filing them electronically. (Attachments: # 1 Consent to Magistrate Judge)(anm) (Entered: 06/19/2014) |
| 06/19/2014 | 2 | NOTICE OF REMOVAL by Air &Liquid Systems Corporation from St. Clair County, case number 14–L–146. ( Filing fee $ 400 receipt number 0754–2323018) (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Exhibit A)(Hill, Keith) (Entered: 06/19/2014) |

| | | |
|---|---|---|
| 06/19/2014 | 3 | NOTICE OF REMOVAL by Warren Pumps, LLC from St. Clair County, case number 14–L–146. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F–1, # 8 Exhibit F–2, # 9 Exhibit F–3, # 10 Exhibit G, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J–1, # 14 Exhibit J–2, # 15 Exhibit J–3, # 16 Exhibit K, # 17 Exhibit L, # 18 Exhibit M, # 19 Exhibit N, # 20 Exhibit O, # 21 Exhibit P–1, # 22 Exhibit P–2, # 23 Exhibit P–3, # 24 Exhibit P–4, # 25 Exhibit P–5, # 26 Exhibit P–6, # 27 Exhibit P–7A, # 28 Exhibit P–7B, # 29 Exhibit P–8, # 30 Exhibit P–9, # 31 Exhibit P–10, # 32 Exhibit P–11, # 33 Exhibit P–12, # 34 Exhibit P–13, # 35 Exhibit P–14, # 36 Exhibit P–15A, # 37 Exhibit P–15B, # 38 Exhibit P–16, # 39 Exhibit P–17, # 40 Exhibit P–18, # 41 Exhibit P–19, # 42 Exhibit P–20, # 43 Exhibit P–21, # 44 Exhibit P–22A, # 45 Exhibit P–22B, # 46 Exhibit P–23, # 47 Exhibit P–24, # 48 Exhibit P–25A, # 49 Exhibit P–25B, # 50 Exhibit P–26, # 51 Exhibit P–27, # 52 Exhibit P–28, # 53 Exhibit P–29, # 54 Exhibit P–30, # 55 Exhibit P–31, # 56 Exhibit P–32A, # 57 Exhibit P–32B, # 58 Exhibit P–33)(Hill, Keith) (Entered: 06/19/2014) |
| 06/20/2014 | 4 | ORDER OF RECUSAL. Judge J. Phil Gilbert recused. Case reassigned to Judge Michael J. Reagan for all further proceedings. Signed by Judge J. Phil Gilbert on 6/20/2014. (jdh) (Entered: 06/20/2014) |
| 06/23/2014 | 5 | NOTICE of Appearance by Mark D. Bauman on behalf of Conwed Corporation, Goulds Pumps, Inc. (Bauman, Mark) (Entered: 06/23/2014) |
| 06/23/2014 | 6 | NOTICE of Appearance by Kevin T. Dawson on behalf of Conwed Corporation, Goulds Pumps, Inc. (Dawson, Kevin) (Entered: 06/23/2014) |
| 06/23/2014 | 7 | NOTICE of Appearance by Dennis J. Graber on behalf of Conwed Corporation, Goulds Pumps, Inc. (Graber, Dennis) (Entered: 06/23/2014) |
| 06/23/2014 | 8 | ORDER OF RECUSAL. Judge Michael J. Reagan recused. Case reassigned to Chief Judge David R. Herndon for all further proceedings. Signed by Judge Michael J. Reagan on 06/23/14. (dkd) (Entered: 06/23/2014) |
| 06/24/2014 | 9 | NOTICE of Appearance by Nicole E. Rice on behalf of Conwed Corporation, Goulds Pumps, Inc. (Rice, Nicole) (Entered: 06/24/2014) |
| 06/24/2014 | 10 | NOTICE of Appearance by James M. Brodzik on behalf of Conwed Corporation, Goulds Pumps, Inc. (Brodzik, James) (Entered: 06/24/2014) |
| 06/24/2014 | 11 | *Conwed Corporation's* ANSWER to Complaint , CROSSCLAIM against All Defendants by Conwed Corporation.(Brodzik, James) (Entered: 06/24/2014) |
| 06/24/2014 | 12 | Corporate Disclosure Statement by Conwed Corporation identifying Corporate Parent Leucadia, LLC for Conwed Corporation. (Brodzik, James) (Entered: 06/24/2014) |
| 06/24/2014 | 13 | *Goulds Pumps, Inc.'s* ANSWER to Complaint , CROSSCLAIM against All Defendants by Goulds Pumps, Inc..(Brodzik, James) (Entered: 06/24/2014) |
| 06/24/2014 | 14 | Corporate Disclosure Statement by Goulds Pumps, Inc. identifying Corporate Parent ITT Corporation for Goulds Pumps, Inc.. (Brodzik, James) (Entered: 06/24/2014) |
| 06/25/2014 | 15 | ORDER OF RECUSAL. Chief Judge David R. Herndon recused. Case reassigned to Judge Nancy J. Rosenstengel for all further proceedings. Signed by Chief Judge David R. Herndon on 6/24/14. (cekf) (Entered: 06/25/2014) |
| 06/25/2014 | 16 | NOTICE of Appearance by Gary C. Pinter on behalf of Dana Companies, LLC (Pinter, Gary) (Entered: 06/25/2014) |
| 06/25/2014 | 17 | NOTICE of Appearance by David W. Ybarra on behalf of Ford Motor Company (Ybarra, David) (Entered: 06/25/2014) |
| 06/25/2014 | 18 | MOTION to Dismiss *Pursuant to Federal Rule of Civil Procedure 12(b)(6)* by Warren Pumps, LLC. Responses due by 7/28/2014 (Hill, Keith) (Entered: 06/25/2014) |

| 06/25/2014 | 19 | NOTICE of Appearance by Justin Andrew Welply on behalf of Borg Warner Corporation (Welply, Justin) (Entered: 06/25/2014) |
|---|---|---|
| 06/25/2014 | 20 | NOTICE of Appearance by Donald W. Ward on behalf of Borg Warner Corporation (Ward, Donald) (Entered: 06/25/2014) |
| 06/25/2014 | 21 | NOTICE of Appearance by Mary Ann Hatch on behalf of Borg Warner Corporation (Hatch, Mary) (Entered: 06/25/2014) |
| 06/25/2014 | 22 | NOTICE of Appearance by Gary L. Smith on behalf of Borg Warner Corporation (Smith, Gary) (Entered: 06/25/2014) |
| 06/25/2014 | 23 | MOTION to Dismiss *Pursuant to Federal Rule of Civil Procedure 12(b)(6)* by Dana Companies, LLC. Responses due by 7/28/2014 (Attachments: # 1 Exhibit 1)(Pinter, Gary) (Entered: 06/25/2014) |
| 06/25/2014 | 24 | NOTICE of Appearance by Brian J. Huelsmann on behalf of Northrup Grumman (Huelsmann, Brian) (Entered: 06/25/2014) |
| 06/25/2014 | 25 | MOTION to Dismiss for Failure to State a Claim , MOTION to Dismiss for Lack of Jurisdiction by Northrup Grumman. Responses due by 7/28/2014 (Huelsmann, Brian) (Entered: 06/25/2014) |
| 06/26/2014 | 26 | NOTICE of Appearance by Patrick D. Cloud on behalf of Air &Liquid Systems Corporation (Cloud, Patrick) (Entered: 06/26/2014) |
| 06/26/2014 | 27 | MOTION to Dismiss *PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)* by Air &Liquid Systems Corporation. Responses due by 7/31/2014 (Attachments: # 1 Exhibit 1)(Cloud, Patrick) (Entered: 06/26/2014) |
| 06/26/2014 | 28 | NOTICE of Appearance by Keith B. Hill on behalf of Viking Pumps, Inc. (Hill, Keith) (Entered: 06/26/2014) |
| 06/26/2014 | 29 | NOTICE of Appearance by Keith B. Hill on behalf of Dana Companies, LLC (Hill, Keith) (Entered: 06/26/2014) |
| 06/26/2014 | 30 | NOTICE of Appearance by Keith B. Hill on behalf of Saint Gobain Abrasives, Inc. (Hill, Keith) (Entered: 06/26/2014) |
| 06/26/2014 | 31 | NOTICE of Appearance by Keith B. Hill on behalf of Taco, Inc. (Hill, Keith) (Entered: 06/26/2014) |
| 06/26/2014 | 32 | NOTICE of Appearance by Keith B. Hill on behalf of Riley Power, Inc. (Hill, Keith) (Entered: 06/26/2014) |
| 06/26/2014 | 33 | NOTICE of Appearance by Keith B. Hill on behalf of Imo Industries, Inc.(individually and as successor–in–interest to Deleval Turbine, Inc.) (Hill, Keith) (Entered: 06/26/2014) |
| 06/26/2014 | 34 | NOTICE of Appearance by Keith B. Hill on behalf of Excelsior Packing &Gaskets (Hill, Keith) (Entered: 06/26/2014) |
| 06/26/2014 | 35 | NOTICE of Appearance by Keith B. Hill on behalf of Certain–Teed Corporation (Hill, Keith) (Entered: 06/26/2014) |
| 06/26/2014 | 36 | MOTION to Dismiss for Failure to State a Claim by Certain–Teed Corporation, Excelsior Packing &Gaskets, Imo Industries, Inc.(individually and as successor–in–interest to Deleval Turbine, Inc.), Riley Power, Inc., Taco, Inc.. Responses due by 7/31/2014 (Attachments: # 1 Exhibit 1)(Hill, Keith) (Entered: 06/26/2014) |
| 06/26/2014 | 37 | MOTION to Dismiss for Failure to State a Claim by Saint Gobain Abrasives, Inc., Viking Pumps, Inc.. Responses due by 7/31/2014 (Attachments: # 1 Exhibit 1)(Hill, Keith) (Entered: 06/26/2014) |
| 06/26/2014 | 38 | MOTION for Leave to File *Supplement Motion to Dismiss* by Warren Pumps, LLC. (Attachments: # 1 Exhibit 1)(Hill, Keith) (Entered: 06/26/2014) |
| 06/26/2014 | 39 | ENTRY STRICKEN – MOTION for Leave to File *Supplment Motion to Dismiss* by Warren Pumps, LLC. (Attachments: # 1 Exhibit 1)(Hill, Keith) Modified on |

| | | 6/27/2014 (tkm ). (Entered: 06/26/2014) |
|---|---|---|
| 06/26/2014 | 40 | NOTICE of Appearance by Benjamin J. Wilson on behalf of Cameron International Corp., Caterpillar, Inc., Georgia–Pacific, LLC, Ingersoll–Rand Company, Trane US, Inc. (Wilson, Benjamin) (Entered: 06/26/2014) |
| 06/26/2014 | 41 | MOTION for Leave to File *Supplement Motion to Dismiss* by Dana Companies, LLC. (Pinter, Gary) (Entered: 06/26/2014) |
| 06/26/2014 | 42 | NOTICE of Appearance by Carl J. Geraci on behalf of Cameron International Corp., Caterpillar, Inc., Georgia–Pacific, LLC, Ingersoll–Rand Company, Trane US, Inc. (Geraci, Carl) (Entered: 06/26/2014) |
| 06/26/2014 | 43 | Corporate Disclosure Statement by Cameron International Corp.. (Geraci, Carl) (Entered: 06/26/2014) |
| 06/26/2014 | 44 | Corporate Disclosure Statement by Caterpillar, Inc. identifying Other Affiliate BlackRock, Inc., Other Affiliate State Street Corporation for Caterpillar, Inc.. (Geraci, Carl) (Entered: 06/26/2014) |
| 06/26/2014 | 45 | Corporate Disclosure Statement by Georgia–Pacific, LLC identifying Corporate Parent Georgia–Pacific Holdings, LLC for Georgia–Pacific, LLC. (Geraci, Carl) (Entered: 06/26/2014) |
| 06/26/2014 | 46 | Corporate Disclosure Statement by Ingersoll–Rand Company identifying Corporate Parent Ingersoll Rand PLC for Ingersoll–Rand Company. (Geraci, Carl) (Entered: 06/26/2014) |
| 06/26/2014 | 47 | Corporate Disclosure Statement by Trane US, Inc. identifying Corporate Parent Ingersoll Rand PLC for Trane US, Inc.. (Geraci, Carl) (Entered: 06/26/2014) |
| 06/26/2014 | 48 | MOTION to Dismiss *Counts IV and V of Plaintiff's Complaint and Memorandum of Law* by Cameron International Corp., Caterpillar, Inc., Georgia–Pacific, LLC, Ingersoll–Rand Company, Trane US, Inc.. Responses due by 7/31/2014 (Geraci, Carl) (Entered: 06/26/2014) |
| 06/26/2014 | 49 | ANSWER to Complaint *Affirmative and Other Defenses, Answer to Any CounterClaims*, CROSSCLAIM against All Defendants by Cameron International Corp..(Geraci, Carl) (Entered: 06/26/2014) |
| 06/26/2014 | 50 | ANSWER to Complaint *Affirmative and Other Defenses, Answer to Any CounterClaims*, CROSSCLAIM against All Defendants by Caterpillar, Inc..(Geraci, Carl) (Entered: 06/26/2014) |
| 06/26/2014 | 51 | ANSWER to Complaint *Affirmative and Other Defenses, Answer to Any CounterClaims*, CROSSCLAIM against All Defendants by Georgia–Pacific, LLC.(Geraci, Carl) (Entered: 06/26/2014) |
| 06/26/2014 | 52 | ANSWER to Complaint *Affirmative and Other Defenses, Answer to Any CounterClaims*, CROSSCLAIM against All Defendants by Ingersoll–Rand Company.(Geraci, Carl) (Entered: 06/26/2014) |
| 06/26/2014 | 53 | ANSWER to Complaint *Affirmative and Other Defenses, Answer to Any CounterClaims*, CROSSCLAIM against All Defendants by Trane US, Inc..(Geraci, Carl) (Entered: 06/26/2014) |
| 06/26/2014 | 54 | NOTICE of Appearance by Brian J. Huelsmann on behalf of Illinois Tool Works, Inc. (Huelsmann, Brian) (Entered: 06/26/2014) |
| 06/26/2014 | 55 | NOTICE of Appearance by Brian J. Huelsmann on behalf of Meadwestvaco Corp. (Huelsmann, Brian) (Entered: 06/26/2014) |
| 06/26/2014 | 56 | Corporate Disclosure Statement by Meadwestvaco Corp. identifying Corporate Parent Meadwestvaco Corporation, Other Affiliate BlackRock, Inc., Other Affiliate Capital World Investors, Inc for Meadwestvaco Corp.. (Huelsmann, Brian) (Entered: 06/26/2014) |
| 06/26/2014 | 57 | ANSWER to Complaint *Affirmative and Other Defenses, Answer to Any CounterClaims*, CROSSCLAIM against All Defendants by Illinois Tool Works, |

| | | |
|---|---|---|
| | | Inc..(Huelsmann, Brian) (Entered: 06/26/2014) |
| 06/26/2014 | 58 | ANSWER to Complaint *Answer to CounterClaims and Cross Claims for Contribution and Jury Demand* by Meadwestvaco Corp..(Huelsmann, Brian) (Entered: 06/26/2014) |
| 06/26/2014 | 59 | MOTION to Dismiss *Counts IV and V of Plaintiff's Complaint and Memorandum of Law* by Illinois Tool Works, Inc.. Responses due by 7/31/2014 (Huelsmann, Brian) (Entered: 06/26/2014) |
| 06/26/2014 | 60 | MOTION to Dismiss for Lack of Jurisdiction *(Failure to Establish Personal Jurisdiction)* by Meadwestvaco Corp.. Responses due by 7/31/2014 (Huelsmann, Brian) (Entered: 06/26/2014) |
| 06/26/2014 | 61 | NOTICE of Appearance by Jeffrey E. Rogers on behalf of ITT Corporation (Rogers, Jeffrey) (Entered: 06/26/2014) |
| 06/26/2014 | 62 | *ITT Corporation's* ANSWER to Complaint *AND AFFIRMATIVE DEFENSES AND ANSWER TO ALL CROSS−CLAIMS*, CROSSCLAIM against CNA Holdings, Inc., CSX Railroad, Cameron International Corp., Carver Pump Company, Caterpillar, Inc., Certain−Teed Corporation, Chicago Gasket Company, Cleaver−Brooks, Inc., Commonwealth Edison Company, Continental Teves, Inc., Conwed Corporation, Cooper Industries, LLC, Crane Co., Crosby Valve &Gage Company, Crown Cork &Seal Company, Inc., Crown Holdings, Inc., Cummins, Inc., Dana Companies, LLC, Dap, Inc., Dover Corporation, Blackmer Division, Draco Mechanical Supply, Inc, Eaton Corporation, Eaton Hydraulics, LLC, Elliott Company, I, Excelsior Packing &Gaskets, Exxon Mobil Corporation, FMC Corporation, Flowserve Corporation(sued individually and as successor−in−interest to BW/IP International, Inc., f/k/a Byron Jackson Pump Division and Pacific Pumps), Flowserve Corporation, Ford Motor Company, Foster Wheeler Energy Corporartion, Gardner Denver, Inc., General Electric Company, General Gasket Corporation, Georgia−Pacific, LLC, Goodyear Tire and Rubber Company, The, The Gorman−Rupp Company, Greene Tweed &Co., Inc, Honeywell International, Inc., ITT Corporation, Illinois Tool Works, Inc., Imo Industries, Inc., Ingalls Shipbuilding, Ingersoll−Rand Company, J.P. Bushnell Packing Supply Co., John Crane, Inc., Kaiser Gypsum Company Inc., Kelly Moore Paint Company, L &N Railroad Company, Lamons Gasket Company, Meadwestvaco Corp., Metropolitan Life Insurance Company, Motion Controls Industries, Inc., Nash Engineering Company, Northrup Grumman, 3M, A.W. Chesterton Company, ABB, Inc., Air &Liquid Systems Corporation, Altra Industrial Motion, Inc., Arvinmeritor, Inc., Aurora Pump Company, Borg Warner Corporation, Bucyrus International, Inc., Bucyrus Mining Equipment, CBS Corporaton, Oakfabco, Inc., Owens−Illinois, Inc., Pneumo Abex Corporation, Riley Power, Inc., Rockwell Automation, Inc., Saint Gobain Abrasives, Inc., Schneider Electric USA, Inc., Sealing Equipment Products Co., Inc., Sprinkmann Sons Corporation, Taco, Inc., Trane US, Inc., Union Carbide Corporation, United Technologies Corporation, Viking Pumps, Inc., Warren Pumps, LLC, Weil−Mclain Company, Whitney Automotive Group, Inc., York International Corporation, Young Group, LTD, Young Insulation Group of St. Louis, Inc., Zurn Industries, LLC by ITT Corporation.(Rogers, Jeffrey) (Entered: 06/26/2014) |
| 06/26/2014 | 63 | Corporate Disclosure Statement by ITT Corporation. (Rogers, Jeffrey) (Entered: 06/26/2014) |
| 06/26/2014 | 64 | NOTICE of Appearance by Undray Wilks on behalf of ITT Corporation (Wilks, Undray) (Entered: 06/26/2014) |
| 06/27/2014 | 65 | NOTICE of Appearance by Trevor A. Sondag on behalf of Conwed Corporation, Goulds Pumps, Inc. (Sondag, Trevor) (Entered: 06/27/2014) |
| 06/27/2014 | 66 | NOTICE of Appearance by Tracy J. Cowan on behalf of Oakfabco, Inc. (Cowan, Tracy) (Entered: 06/27/2014) |
| 06/27/2014 | 67 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 39 Motion for Leave to File filed by Warren Pumps, LLC. Motion is a duplicate filing of the Motion at document 38. Docket entry STRICKEN as Ordered by the Court. No further action required by the filer as to this document. (tkm )THIS TEXT |

| | | ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 06/27/2014) |
|---|---|---|
| 06/27/2014 | 68 | NOTICE of Appearance by John M. Ward on behalf of Oakfabco, Inc. (Ward, John) (Entered: 06/27/2014) |
| 06/27/2014 | 69 | NOTICE by Oakfabco, Inc. *of Filing Motion to Adopt State Court Motions* (Attachments: # 1 Exhibit to Oakfabco's Motion to Adopt State Court Motions)(Ward, John) (Entered: 06/27/2014) |
| 06/27/2014 | 70 | Corporate Disclosure Statement by Oakfabco, Inc.. (Ward, John) (Entered: 06/27/2014) |
| 06/27/2014 | 71 | NOTICE of Appearance by Anita M. Kidd on behalf of General Electric Company (Kidd, Anita) (Entered: 06/27/2014) |
| 06/27/2014 | 72 | MOTION to Dismiss for Lack of Jurisdiction by General Electric Company. Responses due by 7/31/2014 (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Kidd, Anita) (Entered: 06/27/2014) |
| 06/30/2014 | 73 | NOTICE of Appearance by Charles L. Joley on behalf of Metropolitan Life Insurance Company (Joley, Charles) (Entered: 06/30/2014) |
| 06/30/2014 | 74 | ANSWER to Complaint by Metropolitan Life Insurance Company.(Joley, Charles) (Entered: 06/30/2014) |
| 06/30/2014 | 75 | DEMAND for Trial by Jury by Metropolitan Life Insurance Company. (Joley, Charles) (Entered: 06/30/2014) |
| 06/30/2014 | 76 | Corporate Disclosure Statement by Metropolitan Life Insurance Company identifying Corporate Parent Metlife, Inc. for Metropolitan Life Insurance Company, Metropolitan Life Insurance Company, Metropolitan Life Insurance Company, Metropolitan Life Insurance Company, Metropolitan Life Insurance Company, Metropolitan Life Insurance Company, Metropolitan Life Insurance Company, Metropolitan Life Insurance Company, Metropolitan Life Insurance Company, Metropolitan Life Insurance Company. (Joley, Charles) (Entered: 06/30/2014) |
| 07/01/2014 | 77 | ANSWER to Complaint *Counterclaims and Cross−Claims for Contribution and Affirmative and Other Defenses to All Counterclaims and Cross−Claims for Contribution and Jury Demand* by Northrup Grumman.(Huelsmann, Brian) (Entered: 07/01/2014) |
| 07/02/2014 | 78 | NOTICE of Appearance by Tracy J. Cowan on behalf of Bucyrus Mining Equipment (Cowan, Tracy) (Entered: 07/02/2014) |
| 07/02/2014 | 79 | NOTICE of Appearance by Karen M. Volkman on behalf of Bucyrus Mining Equipment (Volkman, Karen) (Entered: 07/02/2014) |
| 07/02/2014 | 80 | MOTION to Dismiss for Failure to State a Claim *OR ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT AND MEMORANDUM OF LAW IN SUPPORT* by Bucyrus Mining Equipment. Responses due by 8/4/2014 (Volkman, Karen) (Entered: 07/02/2014) |
| 07/02/2014 | 81 | NOTICE of Appearance by Sean P. Fergus on behalf of John Crane, Inc. (Fergus, Sean) (Entered: 07/02/2014) |
| 07/02/2014 | 82 | Corporate Disclosure Statement by John Crane, Inc.. (Fergus, Sean) (Entered: 07/02/2014) |
| 07/02/2014 | 83 | MOTION to Dismiss for Failure to State a Claim *Counts IV and V Spoliation Claims* by John Crane, Inc.. Responses due by 8/4/2014 (Fergus, Sean) (Entered: 07/02/2014) |
| 07/02/2014 | 84 | *Answer to Plaintiff's Complaint, Affirmative Defenses, Jury Demand* ANSWER to 53 Answer to Complaint, Crossclaim, 49 Answer to Complaint, Crossclaim, 51 Answer to Complaint, Crossclaim, 11 Answer to Complaint, Crossclaim, 52 Answer to Complaint, Crossclaim, 50 Answer to Complaint, Crossclaim, 62 Answer to Complaint, Crossclaim,,,,,,,,,,,,,,,,,, 57 Answer to Complaint, Crossclaim, |

| | | |
|---|---|---|
| | | 13 Answer to Complaint, Crossclaim , ANSWER to 53 Answer to Complaint, Crossclaim, 49 Answer to Complaint, Crossclaim, 51 Answer to Complaint, Crossclaim, 11 Answer to Complaint, Crossclaim, 52 Answer to Complaint, Crossclaim, 50 Answer to Complaint, Crossclaim, 62 Answer to Complaint, Crossclaim,,,,,,,,,,,,,,,,,57 Answer to Complaint, Crossclaim, 13 Answer to Complaint, Crossclaim , ANSWER to 53 Answer to Complaint, Crossclaim, 49 Answer to Complaint, Crossclaim, 51 Answer to Complaint, Crossclaim, 11 Answer to Complaint, Crossclaim, 52 Answer to Complaint, Crossclaim, 50 Answer to Complaint, Crossclaim, 62 Answer to Complaint, Crossclaim,,,,,,,,,,,,,,,,,57 Answer to Complaint, Crossclaim, 13 Answer to Complaint, Crossclaim , ANSWER to 53 Answer to Complaint, Crossclaim, 49 Answer to Complaint, Crossclaim, 51 Answer to Complaint, Crossclaim, 11 Answer to Complaint, Crossclaim, 52 Answer to Complaint, Crossclaim, 50 Answer to Complaint, Crossclaim, 62 Answer to Complaint, Crossclaim,,,,,,,,,,,,,,,,,57 Answer to Complaint, Crossclaim, 13 Answer to Complaint, Crossclaim , ANSWER to 53 Answer to Complaint, Crossclaim, 49 Answer to Complaint, Crossclaim, 51 Answer to Complaint, Crossclaim, 11 Answer to Complaint, Crossclaim, 52 Answer to Complaint, Crossclaim, 50 Answer to Complaint, Crossclaim, 62 Answer to Complaint, Crossclaim,,,,,,,,,,,,,,,,,57 Answer to Complaint, Crossclaim, 13 Answer to Complaint, Crossclaim , ANSWER to 53 Answer to Complaint, Crossclaim, 49 Answer to Complaint, Crossclaim, 51 Answer to Complaint, Crossclaim, 11 Answer to Complaint, Crossclaim, 52 Answer to Complaint, Crossclaim, 50 Answer to Complaint, Crossclaim, 62 Answer to Complaint, Crossclaim,,,,,,,,,,,,,,,,,57 Answer to Complaint, Crossclaim , ANSWER to 53 Answer to Complaint, Crossclaim, 49 Answer to Complaint, Crossclaim, 51 Answer to Complaint, Crossclaim, 11 Answer to Complaint, Crossclaim, 52 Answer to Complaint, Crossclaim, 50 Answer to Complaint, Crossclaim, 62 Answer to Complaint, Crossclaim,,,,,,,,,,,,,,,,,57 Answer to Complaint, Crossclaim , ANSWER to 53 Answer to Complaint, Crossclaim, 49 Answer to Complaint, Crossclaim, 51 Answer to Complaint, Crossclaim, 11 Answer to Complaint, Crossclaim, 52 Answer to Complaint, Crossclaim, 50 Answer to Complaint, Crossclaim, 62 Answer to Complaint, Crossclaim, 13 Answer to Complaint, Crossclaim , ANSWER to 53 Answer to Complaint, Crossclaim, 51 Answer to Complaint, Crossclaim, 11 Answer to Complaint, Crossclaim, 52 Answer to Complaint, Crossclaim, 50 Answer to Complaint, Crossclaim, 62 Answer to Complaint, Crossclaim,,,,,,,,,,,,,,,,,57 Answer to Complaint, Crossclaim, 13 Answer to Complaint, Crossclaim , CROSSCLAIM *For Contributions* against All Defendants by John Crane, Inc..(Fergus, Sean) (Entered: 07/02/2014) |
| 07/03/2014 | 85 | Corporate Disclosure Statement by Warren Pumps, LLC identifying Corporate Parent Colfax Pump Group for Warren Pumps, LLC, Warren Pumps, LLC, Warren Pumps, LLC, Warren Pumps, LLC, Warren Pumps, LLC, Warren Pumps, LLC, Warren Pumps, LLC, Warren Pumps, LLC, Warren Pumps, LLC, Warren Pumps, LLC. (Hill, Keith) (Entered: 07/03/2014) |
| 07/03/2014 | 86 | Corporate Disclosure Statement by Imo Industries, Inc.(individually and as successor–in–interest to Deleval Turbine, Inc.) identifying Corporate Parent CLFX LLC, Corporate Parent Imo Holdings, Inc., Corporate Parent Colfax Corporation for Imo Industries, Inc., Imo Industries, Inc., Imo Industries, Inc., Imo Industries, Inc., Imo Industries, Inc., Imo Industries, Inc., Imo Industries, Inc., Imo Industries, Inc., Imo Industries, Inc., Imo Industries, Inc.. (Hill, Keith) (Entered: 07/03/2014) |
| 07/03/2014 | 87 | Corporate Disclosure Statement by Viking Pumps, Inc. identifying Corporate Parent Houdaille Industries, Inc. for Viking Pumps, Inc., Viking Pumps, Inc., Viking Pumps, Inc., Viking Pumps, Inc., Viking Pumps, Inc., Viking Pumps, Inc., Viking Pumps, Inc., Viking Pumps, Inc., Viking Pumps, Inc., Viking Pumps, Inc., Viking Pumps, Inc.. (Hill, Keith) (Entered: 07/03/2014) |
| 07/03/2014 | 88 | Corporate Disclosure Statement by Certain–Teed Corporation identifying Corporate Parent Compagnie de Saint–Gobain, Paris, France for Certain–Teed Corporation, Certain–Teed Corporation, Certain–Teed Corporation, Certain–Teed Corporation, Certain–Teed Corporation, Certain–Teed Corporation, Certain–Teed |

| | | |
|---|---|---|
| | | Corporation, Certain–Teed Corporation, Certain–Teed Corporation, Certain–Teed Corporation, Certain–Teed Corporation. (Hill, Keith) (Entered: 07/03/2014) |
| 07/03/2014 | 89 | Corporate Disclosure Statement by Saint Gobain Abrasives, Inc.. (Hill, Keith) (Entered: 07/03/2014) |
| 07/03/2014 | 90 | Corporate Disclosure Statement by Dana Companies, LLC identifying Corporate Parent Dana Holding Corporation for Dana Companies, LLC, Dana Companies, LLC, Dana Companies, LLC, Dana Companies, LLC, Dana Companies, LLC, Dana Companies, LLC, Dana Companies, LLC, Dana Companies, LLC, Dana Companies, LLC, Dana Companies, LLC, Dana Companies, LLC. (Hill, Keith) (Entered: 07/03/2014) |
| 07/03/2014 | 91 | Corporate Disclosure Statement by Riley Power, Inc. identifying Corporate Parent Babcock Power Inc. a Delaware Corporation for Riley Power, Inc., Riley Power, Inc., Riley Power, Inc., Riley Power, Inc., Riley Power, Inc., Riley Power, Inc., Riley Power, Inc., Riley Power, Inc., Riley Power, Inc., Riley Power, Inc.. (Hill, Keith) (Entered: 07/03/2014) |
| 07/03/2014 | 92 | Corporate Disclosure Statement by Excelsior Packing &Gaskets. (Hill, Keith) (Entered: 07/03/2014) |
| 07/07/2014 | 93 | NOTICE of Appearance by Leslie G. Offergeld on behalf of Carver Pump Company (Offergeld, Leslie) (Entered: 07/07/2014) |
| 07/07/2014 | 94 | DISCLOSURE OF INTERESTED PARTIES by Carver Pump Company.(Offergeld, Leslie) (Entered: 07/07/2014) |
| 07/07/2014 | 95 | *Carver Pump's* ANSWER to Complaint *and Cross–Claims and*, CROSSCLAIM against All Defendants by Carver Pump Company.(Offergeld, Leslie) (Entered: 07/07/2014) |
| 07/08/2014 | 96 | NOTICE of Appearance by Leslie G. Offergeld on behalf of The Gorman–Rupp Company (Offergeld, Leslie) (Entered: 07/08/2014) |
| 07/08/2014 | 97 | DISCLOSURE OF INTERESTED PARTIES by The Gorman–Rupp Company.(Offergeld, Leslie) (Entered: 07/08/2014) |
| 07/08/2014 | 98 | ANSWER to Complaint *and Cross Claims and*, CROSSCLAIM against All Defendants by The Gorman–Rupp Company.(Offergeld, Leslie) (Entered: 07/08/2014) |
| 07/09/2014 | 99 | NOTICE of Appearance by Earl B. Thames, Jr on behalf of CNA Holdings, Inc. (Thames, Earl) (Entered: 07/09/2014) |
| 07/09/2014 | 100 | NOTICE by CNA Holdings, Inc. *Notice of Filing* (Attachments: # 1 Exhibit Exhibit A)(Thames, Earl) (Entered: 07/09/2014) |
| 07/09/2014 | 101 | NOTICE of Appearance by Stephen Christopher Collier on behalf of CNA Holdings, Inc. (Collier, Stephen) (Entered: 07/09/2014) |
| 07/10/2014 | 102 | NOTICE of Appearance by Mary Ann Hatch on behalf of ABB, Inc. (Hatch, Mary) (Entered: 07/10/2014) |
| 07/10/2014 | 103 | NOTICE of Appearance by Justin Andrew Welply on behalf of ABB, Inc. (Welply, Justin) (Entered: 07/10/2014) |
| 07/10/2014 | 104 | NOTICE of Appearance by Gary L. Smith on behalf of ABB, Inc. (Smith, Gary) (Entered: 07/10/2014) |
| 07/10/2014 | 105 | MOTION to Dismiss by Crane Co.. Responses due by 8/14/2014 (Attachments: # 1 Exhibit MSJ, # 2 Exhibit Saint Clair Complaint)(Wilson, Benjamin) (Entered: 07/10/2014) |
| 07/10/2014 | 106 | Corporate Disclosure Statement by ABB, Inc.. (Smith, Gary) (Entered: 07/10/2014) |
| 07/10/2014 | 107 | MOTION to Dismiss for Failure to State a Claim *Pursuant to F.R.C.P. 12(b)(6)* by ABB, Inc.. Responses due by 8/14/2014 (Attachments: # 1 Exhibit Exhibit 1)(Smith, Gary) (Entered: 07/10/2014) |

| | | |
|---|---|---|
| 07/10/2014 | 108 | MOTION Motion to Join by Crane Co.. (Attachments: #_1 Exhibit Exhibit 1, #_2 Exhibit Exhibit 2, #_3 Exhibit Exhibit 2 Part 1, #_4 Exhibit Exhibit 2 Part 2, #_5 Exhibit Exhibit 3 Part 3, #_6 Exhibit Exhibit 3 Part 4, #_7 Exhibit Exhibit 3 Part 5, #_8 Exhibit Exhibit 4 Part 1, #_9 Exhibit Exhibit 4 Part 2, #_10 Exhibit Exhibit 4 Part 3, #_11 Exhibit Exhibit 4 Part 4)(Wilson, Benjamin) (Entered: 07/10/2014) |
| 07/10/2014 | 109 | NOTICE of Appearance by Benjamin J. Wilson on behalf of Crane Co. (Wilson, Benjamin) (Entered: 07/10/2014) |
| 07/10/2014 | 110 | Corporate Disclosure Statement by Crane Co.. (Wilson, Benjamin) (Entered: 07/10/2014) |
| 07/10/2014 | 111 | Corporate Disclosure Statement by Borg Warner Corporation. (Smith, Gary) (Entered: 07/10/2014) |
| 07/10/2014 | 112 | MOTION to Dismiss for Failure to State a Claim *Pursuant to F.R.C.P. 12(b)(6)* by Borg Warner Corporation. Responses due by 8/14/2014 (Smith, Gary) (Entered: 07/10/2014) |
| 07/10/2014 | 113 | NOTICE of Appearance by Mary Ann Hatch on behalf of York International Corporation (Hatch, Mary) (Entered: 07/10/2014) |
| 07/10/2014 | 114 | NOTICE of Appearance by Donald W. Ward on behalf of York International Corporation (Ward, Donald) (Entered: 07/10/2014) |
| 07/10/2014 | 115 | NOTICE of Appearance by Justin Andrew Welply on behalf of York International Corporation (Welply, Justin) (Entered: 07/10/2014) |
| 07/10/2014 | 116 | NOTICE of Appearance by Gary L. Smith on behalf of York International Corporation (Smith, Gary) (Entered: 07/10/2014) |
| 07/10/2014 | 117 | Corporate Disclosure Statement by York International Corporation identifying Corporate Parent Johnson Controls, Inc. for York International Corporation. (Smith, Gary) (Entered: 07/10/2014) |
| 07/10/2014 | 118 | MOTION to Dismiss for Failure to State a Claim *Pursuant to F.R.C.P. 12(b)(6)* by York International Corporation. Responses due by 8/14/2014 (Attachments: #_1 Exhibit Exhibit 1)(Smith, Gary) (Entered: 07/10/2014) |
| 07/10/2014 | 119 | NOTICE of Appearance by Ross S. Titzer on behalf of Pneumo Abex Corporation (Titzer, Ross) (Entered: 07/10/2014) |
| 07/10/2014 | 120 | Corporate Disclosure Statement by Pneumo Abex Corporation. (Titzer, Ross) (Entered: 07/10/2014) |
| 07/10/2014 | 121 | MOTION *for institution of denials under Federal Rule 5(c)(1)(b)* by Pneumo Abex Corporation. (Titzer, Ross) (Entered: 07/10/2014) |
| 07/10/2014 | 122 | *Defendant Pneumo Abex LLC* ANSWER to Complaint *and Affirmative Defenses*, CROSSCLAIM against All Defendants by Pneumo Abex Corporation.(Titzer, Ross) (Entered: 07/10/2014) |
| 07/10/2014 | 123 | NOTICE of Appearance by Thomas L. Orris on behalf of Pneumo Abex Corporation (Orris, Thomas) (Entered: 07/10/2014) |
| 07/15/2014 | 124 | NOTICE of Appearance by Alexander J. Baker on behalf of Motion Controls Industries, Inc. (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 125 | Corporate Disclosure Statement by Motion Controls Industries, Inc.. (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 126 | MOTION to Dismiss *Plaintiff's Complaint Pursuant to 735 ILCS 5/2−619* by Motion Controls Industries, Inc.. Responses due by 8/18/2014 (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 127 | MEMORANDUM in Support re 126 MOTION to Dismiss *Plaintiff's Complaint Pursuant to 735 ILCS 5/2−619* filed by Motion Controls Industries, Inc.. (Baker, Alexander) (Entered: 07/15/2014) |

| 07/15/2014 | 128 | NOTICE of Appearance by Alexander J. Baker on behalf of Goodyear Tire and Rubber Company, The (Baker, Alexander) (Entered: 07/15/2014) |
|---|---|---|
| 07/15/2014 | 129 | Corporate Disclosure Statement by Goodyear Tire and Rubber Company, The. (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 130 | MOTION to Dismiss *Plaintiff's Complaint Pursuant to 735 ILCS 5/2−619* by Goodyear Tire and Rubber Company, The. Responses due by 8/18/2014 (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 131 | MEMORANDUM in Support re 130 MOTION to Dismiss *Plaintiff's Complaint Pursuant to 735 ILCS 5/2−619* filed by Goodyear Tire and Rubber Company, The. (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 132 | NOTICE of Appearance by Bradley R. Bultman on behalf of Flowserve Corporation(sued individually and as successor−in−interest to BW/IP International, Inc., f/k/a Byron Jackson Pump Division and Pacific Pumps), Flowserve Corporation (Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 133 | ANSWER to Complaint *and All Cross Claims* by Flowserve Corporation(sued individually and as successor−in−interest to BW/IP International, Inc., f/k/a Byron Jackson Pump Division and Pacific Pumps), Flowserve Corporation.(Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 134 | MOTION to Dismiss by Flowserve Corporation(sued individually and as successor−in−interest to BW/IP International, Inc., f/k/a Byron Jackson Pump Division and Pacific Pumps), Flowserve Corporation. Responses due by 8/18/2014 (Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 135 | Corporate Disclosure Statement by Flowserve Corporation(sued individually and as successor−in−interest to BW/IP International, Inc., f/k/a Byron Jackson Pump Division and Pacific Pumps), Flowserve Corporation. (Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 136 | NOTICE of Appearance by Bradley R. Bultman on behalf of Greene Tweed &Co., Inc (Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 137 | ANSWER to Complaint *and All Cross Claims* by Greene Tweed &Co., Inc.(Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 138 | MOTION to Dismiss by Greene Tweed &Co., Inc. Responses due by 8/18/2014 (Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 139 | Corporate Disclosure Statement by Greene Tweed &Co., Inc. (Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 140 | NOTICE of Appearance by Bradley R. Bultman on behalf of Flowserve Corporation(sued individually and as successor−in−interest to BW/IP International, Inc., f/k/a Byron Jackson Pump Division and Pacific Pumps), Flowserve Corporation (Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 141 | ANSWER to Complaint *and All Cross Claims* by Flowserve Corporation(sued individually and as successor−in−interest to BW/IP International, Inc., f/k/a Byron Jackson Pump Division and Pacific Pumps), Flowserve Corporation.(Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 142 | MOTION to Dismiss by Flowserve Corporation(sued individually and as successor−in−interest to BW/IP International, Inc., f/k/a Byron Jackson Pump Division and Pacific Pumps), Flowserve Corporation. Responses due by 8/18/2014 (Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 143 | Corporate Disclosure Statement by Flowserve Corporation(sued individually and as successor−in−interest to BW/IP International, Inc., f/k/a Byron Jackson Pump Division and Pacific Pumps), Flowserve Corporation. (Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 144 | NOTICE of Appearance by Bradley R. Bultman on behalf of Weil−Mclain Company (Bultman, Bradley) (Entered: 07/15/2014) |

| 07/15/2014 | 145 | ANSWER to Complaint *and All Cross Claims* by Weil–Mclain Company.(Bultman, Bradley) (Entered: 07/15/2014) |
| --- | --- | --- |
| 07/15/2014 | 146 | MOTION to Dismiss by Weil–Mclain Company. Responses due by 8/18/2014 (Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 147 | Corporate Disclosure Statement by Weil–Mclain Company. (Bultman, Bradley) (Entered: 07/15/2014) |
| 07/15/2014 | 148 | NOTICE of Appearance by Alexander J. Baker on behalf of Rockwell Automation, Inc. (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 149 | Corporate Disclosure Statement by Motion Controls Industries, Inc.. (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 150 | NOTICE of Appearance by Madeline Victoria Tzall on behalf of Dap, Inc. (Tzall, Madeline) (Entered: 07/15/2014) |
| 07/15/2014 | 151 | ANSWER to Complaint *and all Cross−Claims* by Dap, Inc..(Tzall, Madeline) (Entered: 07/15/2014) |
| 07/15/2014 | 152 | MOTION to Dismiss by Dap, Inc.. Responses due by 8/18/2014 (Tzall, Madeline) (Entered: 07/15/2014) |
| 07/15/2014 | 153 | MOTION to Dismiss *Plaintiff's Complaint Pursuant to 735 ILCS 5/2−619* by Rockwell Automation, Inc.. Responses due by 8/18/2014 (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 154 | Corporate Disclosure Statement by Dap, Inc.. (Tzall, Madeline) (Entered: 07/15/2014) |
| 07/15/2014 | 155 | MEMORANDUM in Support re 153 MOTION to Dismiss *Plaintiff's Complaint Pursuant to 735 ILCS 5/2−619* filed by Rockwell Automation, Inc.. (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 156 | NOTICE of Appearance by Madeline Victoria Tzall on behalf of Zurn Industries, LLC (Tzall, Madeline) (Entered: 07/15/2014) |
| 07/15/2014 | 157 | ANSWER to Complaint *and All Cross−Claims* by Zurn Industries, LLC.(Tzall, Madeline) (Entered: 07/15/2014) |
| 07/15/2014 | 158 | NOTICE of Appearance by Alexander J. Baker on behalf of Draco Mechanical Supply, Inc (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 159 | MOTION to Dismiss by Zurn Industries, LLC. Responses due by 8/18/2014 (Tzall, Madeline) (Entered: 07/15/2014) |
| 07/15/2014 | 160 | Corporate Disclosure Statement by Draco Mechanical Supply, Inc. (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 161 | Corporate Disclosure Statement by Zurn Industries, LLC. (Tzall, Madeline) (Entered: 07/15/2014) |
| 07/15/2014 | 162 | NOTICE of Appearance by Madeline Victoria Tzall on behalf of Gardner Denver, Inc. (Tzall, Madeline) (Entered: 07/15/2014) |
| 07/15/2014 | 163 | ANSWER to Complaint *and All Cross−Claims* by Gardner Denver, Inc..(Tzall, Madeline) (Entered: 07/15/2014) |
| 07/15/2014 | 164 | MOTION to Dismiss by Gardner Denver, Inc.. Responses due by 8/18/2014 (Tzall, Madeline) (Entered: 07/15/2014) |
| 07/15/2014 | 165 | MOTION to Dismiss *Plaintiff's Complaint pursuant to 735 ILCS 5/2−619(4) − (5)* by Draco Mechanical Supply, Inc. Responses due by 8/18/2014 (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 166 | Corporate Disclosure Statement by Gardner Denver, Inc.. (Tzall, Madeline) (Entered: 07/15/2014) |
| 07/15/2014 | 167 | MEMORANDUM in Support re 165 MOTION to Dismiss *Plaintiff's Complaint pursuant to 735 ILCS 5/2−619(4) − (5)* filed by Draco Mechanical Supply, Inc. |

| | | |
|---|---|---|
| | | (Baker, Alexander) (Entered: 07/15/2014) |
| 07/15/2014 | 168 | Corporate Disclosure Statement by Rockwell Automation, Inc.. (Baker, Alexander) (Entered: 07/15/2014) |
| 07/17/2014 | 169 | Amended MOTION to Dismiss *Plaintiff's Complaint and Memorandum of Law in Support of the Same* by Goodyear Tire and Rubber Company, The. Responses due by 8/21/2014 (Baker, Alexander) (Entered: 07/17/2014) |
| 07/17/2014 | 170 | Amended MOTION to Dismiss *Plaintiff's Complaint and Memorandum of Law in Support of the Same* ( Responses due by 8/21/2014), MOTION to Amend/Correct by Rockwell Automation, Inc.. (Baker, Alexander) (Entered: 07/17/2014) |
| 07/18/2014 | 171 | Amended MOTION to Amend/Correct *Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support of the Same* by Motion Controls Industries, Inc.. (Baker, Alexander) (Entered: 07/18/2014) |
| 07/18/2014 | 172 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 169 Motion to Dismiss filed by Goodyear Tire and Rubber Company, The, 170 Motion to Dismiss, Motion to Amend/Correct filed by Rockwell Automation, Inc., 171 Motion to Amend/Correct filed by Motion Controls Industries, Inc.. See attached document for specifics. (jaj) (Entered: 07/18/2014) |
| 07/18/2014 | 173 | NOTICE of Appearance by Alexander J. Baker on behalf of A.W. Chesterton Company (Baker, Alexander) (Entered: 07/18/2014) |
| 07/18/2014 | 174 | Corporate Disclosure Statement by A.W. Chesterton Company. (Baker, Alexander) (Entered: 07/18/2014) |
| 07/18/2014 | 175 | MOTION to Dismiss *Plaintiff's Complaint and Memorandum In Support of the Same* by A.W. Chesterton Company. Responses due by 8/21/2014 (Baker, Alexander) (Entered: 07/18/2014) |
| 07/18/2014 | 176 | STRICKEN: Amended MOTION to Dismiss *Plaintiff's Complaint and Memorandum of Law in Support of the Same* by Draco Mechanical Supply, Inc. Responses due by 8/21/2014 (Baker, Alexander) (Entered: 07/18/2014) |
| 07/18/2014 | 177 | Amended MOTION to Dismiss *Plaintiff's Complaint and Memorandum of Law in Support of the Same* by Draco Mechanical Supply, Inc. Responses due by 8/21/2014 (Baker, Alexander) (Entered: 07/18/2014) |
| 07/21/2014 | 178 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 176 Motion to Dismiss filed by Draco Mechanical Supply, Inc. Document is a duplicate of document 177 with the exception of the certificate of service. (trb)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/21/2014) |
| 07/23/2014 | 179 | MOTION to Withdraw 98 Answer to Complaint, Crossclaim *to file Motion to Dismiss Pursuant to Fed.R.Civ.P. 12 (b)(6)* by The Gorman–Rupp Company. (Attachments: # 1 Exhibit A)(Offergeld, Leslie) (Entered: 07/23/2014) |
| 07/23/2014 | 180 | MOTION to Withdraw 95 Answer to Complaint, Crossclaim *to file Motion to Dismiss Pursuant to Fed.R.Civ.P. 12 (b)(6)* by Carver Pump Company. (Attachments: # 1 Exhibit A)(Offergeld, Leslie) (Entered: 07/23/2014) |
| 07/24/2014 | 181 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 179 Motion to Withdraw filed by The Gorman–Rupp Company, 180 Motion to Withdraw filed by Carver Pump Company. See attached document for specifics. (bkl) (Entered: 07/24/2014) |
| 07/24/2014 | 182 | ORDER granting 108 Motion to join in notice of removal. Signed by Magistrate Judge Stephen C. Williams on 7/24/2014. (anj)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/24/2014) |
| 07/25/2014 | 183 | NOTICE of Appearance by Meredith S Hudgens on behalf of Cleaver–Brooks, Inc. (Hudgens, Meredith) (Entered: 07/25/2014) |
| 07/25/2014 | 184 | Corporate Disclosure Statement by Cleaver–Brooks, Inc. identifying Corporate Parent Cleaver Holdings, Inc. for Cleaver–Brooks, Inc.. (Hudgens, Meredith) |

| | | (Entered: 07/25/2014) |
|---|---|---|
| 07/25/2014 | 185 | ENTRY STRICKEN: First MOTION for Leave to File *Answer to Plaintiff's Complaint Out of Time* by Cleaver–Brooks, Inc.. (Hudgens, Meredith) (Entered: 07/25/2014) |
| 07/25/2014 | 186 | NOTICE of Appearance by Erin Renee Griebel on behalf of Cleaver–Brooks, Inc. (Griebel, Erin) (Entered: 07/25/2014) |
| 07/28/2014 | 187 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 185 Motion for Leave to File filed by Cleaver–Brooks, Inc.. The signature on a document and login/password of the attorney should be the same– Erin Griebel s/ the document. Login/password used was for Meredith Hudgens. Document must be re–filed.(trb)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/28/2014) |
| 07/29/2014 | 188 | First MOTION for Leave to File *Answer to Plaintiff's Complaint Out of Time* by Cleaver–Brooks, Inc.. (Hudgens, Meredith) (Entered: 07/29/2014) |
| 07/30/2014 | 189 | NOTICE of Appearance by Amy Marie Callaghan on behalf of Chicago Gasket Company (Callaghan, Amy) (Entered: 07/30/2014) |
| 07/30/2014 | 190 | MOTION to Dismiss *Plaintiff's Complaint and Memorandum of Law in Support of the Same* by Chicago Gasket Company. Responses due by 9/2/2014 (Attachments: # 1 Exhibit Exhibit A)(Callaghan, Amy) (Entered: 07/30/2014) |
| 07/31/2014 | 191 | ORDER granting 188 Motion for Leave to File. Answer to be filed by August 7, 2014. Signed by Magistrate Judge Stephen C. Williams on 7/31/2014. (anj)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 07/31/2014) |
| 08/04/2014 | 192 | *Cleaver–Brooks, Inc.'s* ANSWER to Complaint *and to all Cross–Claims* by Cleaver–Brooks, Inc..(Hudgens, Meredith) (Entered: 08/04/2014) |
| 08/04/2014 | 193 | STRICKEN – Corporate Disclosure Statement by Bucyrus Mining Equipment identifying Corporate Parent Caterpillar Inc. for Bucyrus Mining Equipment. (Volkman, Karen) Modified on 8/5/2014 (cjo). (Entered: 08/04/2014) |
| 08/05/2014 | 194 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 193 Corporate Disclosure Statement filed by Bucyrus Mining Equipment. Party filer selected in cm/ecf is inconsistent with the filer referenced on the pdf document. Further, the party referenced in the pdf is not a party to this case.(cjo)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 08/05/2014) |
| 08/05/2014 | 195 | Corporate Disclosure Statement by Bucyrus Mining Equipment identifying Corporate Parent Caterpillar Inc. for Bucyrus Mining Equipment. (Volkman, Karen) (Entered: 08/05/2014) |