**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**IN RE:** Asbestos Products Liability Litigation (No. VI)                                              MDL No. 875

**AMENDED PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Potential Tag-Along Action and Schedule of Action was served via email on Justine Flanagan, Acting Clerk of Court of the U.S. District Court for the Southern District of Illinois, and via the CM/ECF system of the U.S. District Court for the Southern District of Illinois on the parties below on August 19, 2014. Cameron International Corp., Georgia-Pacific LLC, Illinois Tool Works, Inc., MW Custom Papers, LLC (incorrectly named MeadWestVaco Corp. a/k/a Meade Corp.), and Northrop Grumman Corporation (erroneously named in the complaint as Northrup Grumman, d/b/a Ingalls Shipyard) have not joined the Notice of Potential Tag-Along Action but are also represented HeplerBroom LLC.

The following entities are listed on the docket sheet of the potential tag-along action in the Southern District of Illinois but have not yet appeared: 3M, Altra Industrial Motion, Inc., Arvinmeritor, Inc., Aurora Pump Company, Bucyrus International Inc., CBS Corporation, CSX Railroad, Commonwealth Edison Company, Continental Teves, Inc., Cooper Industries, LLC, Crosby Valve & Gage Company, Crown Cork & Seal Company, Inc., Crown Holdings, Inc., Cummins, Inc., Dover Corporation, Blackmer Division, Eaton Corporation, Eaton & Hydraulics LLC, Elliott Company, I, Exxon Mobil Corporation, FMC Corporation, Foster Wheeler Energy Corporation, General Gasket Corporation, Honeywell International, Inc., Ingalls Shipbuilding, J.P. Bushnell Packing Supply Co., Kaiser Gypsum Company Inc., Kelly Moore Paint Company,

L & N Railroad Company, Lamons Gasket Company, Nash Engineering Company, Owens-Illinois, Inc., Schneider Electric USA, Inc., Sealing Equipment Products Co., Inc., Sprinkmann Sons Corporation, Union Carbide Corporation, United Technologies Corporation, Whitney Automotive Group, Inc., Young Group, LTD., Young Insulation Group of St. Louis, Inc. They have not been served.

Respectfully submitted,

 /s/ Benjamin J. Wilson_____
Benjamin J. Wilson          # 63329
HEPLERBROOM LLC
hbasbfed@heplerbroom.com
130 N. Main Street
P.O. Box 510
Edwardsville, Illinois 62025-0510
Phone:  (618) 656-0184
Fax:  (618) 656-1364
*Attorney for Defendants Crane Co., Caterpillar, Inc., Trane U.S., Inc., and Ingersoll-Rand Company*

**Counsel for Plaintiff**
Laci Marie Whitley
Flint & Associates, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone:  (618) 288-4777
Facsimile:  (618) 288-2864
lwhitley@toverdict.com

**Counsel for Draco Mechanical Supply, Inc.; Rockwell Automation, Inc.; Goodyear Tire and Rubber Company; Motion Controls Industries, Inc.; A.W. Chesterton Company**
Alexander J. Baker
Kurowski Shultz LLC
Swansea, IL  62226
Phone:  (618) 277-5500
Facsimile: (618) 277-6334
abaker@kslfllc.com

**Counsel for Conwed Corporation; Goulds Pumps, Inc.**
Mark D. Bauman
James M. Brodzik
Kevin T. Dawson
Dennis J. Graber

**Counsel for Dap, Inc.; Flowserve Corporation; Gardner Denver, Inc.; Greene Tweed & Co., Inc.; Weil-Mclain Company; Zurn Industries, LLC**
Bradley R. Bultman
Madeline Victoria Tzall

Nicole E. Rice
Trevor A. Sondag
Hinshaw & Culbertson
521 West Main Street
Suite 300, P.O. Box 509
Belleville, IL 62222-0509
Phone:  (618) 277-2400
Facsimile:  (618) 277-1144
mbauman@hinshawlaw.com
jbrodzik@hinshawlaw.com
kdawson@hinshawlaw.com
stlouisasbestos@hinshawlaw.com
nrice@hinshawlaw.com
tsondag@hinshawlaw.com

**Counsel for Chicago Gasket Company**
Amy Marie Callaghan
Matushek, Nilles & Sinars, L.L.C.
55 West Monroe Street
Suite 700
Chicago, IL 60603
Phone:  (312) 750-1215
Facsimile:  (312) 750-1273
amcallaghan@matushek.com

**Counsel for CNA Holdings, Inc.**
S. Christopher Collier
Hawkins Parnell Thackston & Young LLP
303 Peachtree Street NE
Suite 4000
Atlanta, GA 30308-3243
Phone:  (404) 614-7400
Facsimile:  (404) 614-7500
scollier@hptylaw.com

Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower - Suite 5500
233 South Wacker Drive
Chicago, IL 60606
Phone:  (312) 645-7800
Facsimile:  (312) 645-7711
bbultman@smsm.com
mtzall@smsm.com

**Counsel for Air & Liquid Systems Corporation; Warren Pumps, LLC; Certain-Teed Corporation; Dana Companies, LLC; Excelsior Packing & Gaskets; Imo Industries, Inc.; Riley Power, Inc.; Saint Gobain Abrasives, Inc.; Taco, Inc.; Viking Pumps, Inc.**
Patrick D. Cloud
Keith B. Hill
Gary C. Pinter
Heyl, Royster, Voelker & Allen, P.C.
105 West Vandalia St., Ste. 100
P.O. Box 467
Edwardsville, IL 62025
Phone:  (618) 656-4646
Facsimile:  (618) 656-7940
pcloud@heylroyster.com
khill@heylroyster.com
gpinter@heylroyster.com

**Counsel for Bucyrus Mining Equipment; CNA Holdings, Inc.; Oakfabco, Inc.**
Tracy J. Cowan
Earl B. Thames, Jr.
Karen M. Volkman
J. Michael Ward
Hawkins Parnell Thackston & Young LLP
10 South Broadway
Suite 1300
St. Louis, MO 63102-1708

Phone:  (314) 678-8600
Facsimile:  (314) 678-8686
tcowan@hptylaw.com
bthames@hptylaw.com
kvolkman@hptylaw.com
mward@hptylaw.com

**Counsel for John Crane, Inc.; Cleaver-Brooks, Inc.**
Sean P. Fergus
Meredith S. Hudgens
O'Connell , Tivin, Miller & Burns L.L.C.
135 S. LaSalle St.
Suite 2300
Chicago, IL 60603
Phone:  (312) 256-8800
Facsimile:  (312) 256-8808
sean@otmblaw.com
mhudgens@otmblaw.com

**Counsel for Cleaver-Brooks, Inc.**
Erin Renee Griebel
Rosenblum, Schwartz, Rogers & Glass, P.C.
120 South Central Avenue
Suite 130
Clayton, MO 63105
Phone:  (312)256-8800
Facsimile:  (312) 256-8808
egriebel@rsrglaw.com

**Counsel for  ABB, Inc.; Borg Warner Corporation; York International Corporation**
M. Ann Hatch
Gary L. Smith
Donald W. Ward
Justin Andrew Welply
Herzog Crebs LLP
100 North Broadway
Suite 1400
St. Louis, MO 63102
Phone:  (314) 231-6700
Facsimile:  (314) 231-4656
mah@herzogcrebs.com
gls@herzogcrebs.com
dww@herzogcrebs.com
jaw@herzogcrebs.com

**Counsel for Metropolitan Life Insurance Company**
Charles L. Joley
Joley Nussbaumer Oliver & Beasley
8 East Washington Street
Belleville, IL 62220-2190
Phone:  (618) 235-2020
Facsimile:  (618) 235-9632
cjoley@ilmoattorneys.com

**Counsel for General Electric Company**
Anita M. Kidd
Armstrong Teasdale LLP
7700 Forsyth Blvd.
Suite 1800
St. Louis, MO 63105-1810
Phone:  (314) 621-5070
Facsimile:  (314) 612-2329

**Counsel for Carver Pump Company; The Gorman-Rupp Company**
Leslie G. Offergeld
Walker & Williams
4343 West Main Street
Belleville, IL 62226
Phone:  (618) 277-1000
lgo@wawpc.net

akidd@armstrongteasdale.com

**Counsel for Pneumo Abex Corporation**
Thomas L. Orris
Ross S. Titzer
Williams Venker & Sanders LLC
Bank of America Tower
100 North Broadway, Ste. 21
St. Louis, MO 63102
Phone:  (314) 345-5000
torris@wvslaw.com
Rtitzer@wvslaw.com

**Counsel for ITT Corporation**
Jeffrey E. Rogers
Undray Wilks
McGuire Woods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601
Phone:  (312) 750-8686
Facsimile:  (312) 558-4385
jerogers@mcguirewoods.com
uwilks@mcguirewoods.com

**Counsel for Ford Motor Company**
Greensfelder, Hemker & Gale, P.C.
12 Wolf Creek Drive
Suite 100
Belleville, IL 62226
dwy@greensfelder.com