**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**IN RE:** Asbestos Products Liability Litigation (No. VI)     MDL No. 875

**WITHDRAWAL OF AMENDED PROOF OF SERVICE**

    I have been notified by the Clerk's Office that the Amended Proof of Service filed earlier today did not have the case selected and was not spread when it was filed. I am therefore withdrawing the Amended Proof of Service so that it can be properly re-filed.

    Respectfully submitted,

    _/s/ Benjamin J. Wilson_____
    Benjamin J. Wilson     # 63329
    HEPLERBROOM LLC
    hbasbfed@heplerbroom.com
    130 N. Main Street
    P.O. Box 510
    Edwardsville, Illinois 62025-0510
    Phone: (618) 656-0184
    Fax: (618) 656-1364
    *Attorney for Defendants Crane Co., Caterpillar, Inc., Trane U.S., Inc., and Ingersoll-Rand Company*