UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

| | |
|---|---|
| Hall v. Norfolk Southern Railway Company, )  E.D. Pennsylvania, C.A. No. 2:14-60000  )  (N. Ohio, C.A. No. 3:14-10000)    ) | MDL No. 875 |

### ORDER REINSTATING STAY OF CONDITIONAL REMAND ORDER

A conditional remand order was filed in this action (*Hall*) on August 18, 2014. Due to administrative error, the stay of this conditional remand order was lifted prematurely on August 25, 2014. These circumstances require reinstatement of the conditional remand order in order to permit the parties a timely opportunity to respond to the conditional remand.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on August 18, 2014, is REINSTATED.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel