**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

_____

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS** | ) | **CONSOLIDATED UNDER** |
| **LIABILITY LITIGATION (NO. VI)** | ) | **MDL DOCKET NO.: 875** |

---

| | | |
|---|---|---|
| **VALERIE K. PRESLEY, as Personal** | ) | |
| **Representative of the Estate of** | ) | |
| **CLEVELAND G. KITE, deceased** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **E.D. PA. CASE NO.:** |
| | ) | **2:11-CV-67753** |
| **BILL VANN COMPANY** | ) | |
| **LLC., et al.,** | ) | |
| | ) | **Transferred from USDC-S.D. AL.** |
| **Defendants.** | ) | **CASE NO.: 2:11-cv-00444** |

**DEFENDANTS' NOTICE OF OPPOSITION
TO CONDITIONAL REMAND ORDER**

COME NOW Defendants CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation; Saint-Gobain Abrasives, Inc. f/k/a Norton Company; Sepco Corporation; Honeywell International, Inc.; Dana Companies, LLC f/k/a Dana Corporation; Crane Co.; Cameron International Corporation; and Cummins, Inc. (hereinafter collectively "Defendants"), and submit herewith their Notice of Opposition to Conditional Remand Order. [JPML Doc. 9790]. In support hereof, Defendants say as follows:

1.      On October 24, 2014, this Panel issued a Conditional Remand Order notifying the parties that this matter would be remanded to the Southern

1

District of Alabama absent submission of Notice of Opposition from any party. [JPML Doc. 9790].   Defendants submit herewith their Opposition to the Conditional Remand Order.   However, as set forth more fully below, Defendants oppose remand of this matter only to the extent that certain limited discovery remains to be completed prior to this action being ready for trial in the Southern District of Alabama.

2.     A Scheduling Order governing this action was entered on January 25, 2012, and pursuant to a joint motion of the parties, on June 4, 2012, certain Scheduling Order deadlines were extended.   [E.D. Pa. Doc. 17 and E.D. Pa. Doc. 27, respectively].   Following completion of fact discovery, in the fall of 2012, the parties engaged in extensive summary judgment briefing on issues including product identification and the statute of limitations.   On August 13, 2014, the Eastern District of Pennsylvania Court issued Orders on pending summary judgment motions, granting some summary judgment motions, while denying others.

3.     With summary judgment motions disposed of, on September 29, 2014, an Order to Show Cause was issued as to why the case should not be remanded to the Southern District of Alabama.   [E.D. Pa. Doc. 232].   Plaintiff filed *Plaintiff's Response to Order to Show Cause (DOC 232)* and *Plaintiff's Amended Response to Order to Show Cause (DOC 232)* setting forth her view of the status of this action.   [E.D. Pa. Doc. 234 and E.D. Pa. Doc. 236, respectively]. In both submissions, Plaintiff represented to the Court that "[f]act discovery has been substantially completed" and "Plaintiff's expert depositions have now been

completed."   However, Defendants disagree that discovery is complete and assert that limited fact and expert discovery is needed to adequately prepare for trial.

4.	Significantly, on April 3, 2014, during the pendency of motions for summary judgment, Plaintiff filed a Suggestion of Death notifying the parties and the Court that Cleveland G. Kite (hereinafter "Kite") passed away on January 26, 2014.  [E.D. Pa. Doc. 186]  Along with the Suggestion of Death, Plaintiff filed a *Motion to Substitute Valerie K. Presley as Personal Representative of the Estate of Cleveland Kite, Deceased as Party Plaintiff*.  [E.D. Pa. Doc. 187].  Plaintiff's Motion to Substitute was granted on May 1, 2014.  [E.D. Pa. Doc. 188].

5.	As a consequence of Kite's death, under Alabama law, whereas Plaintiff's cause of action was previously exclusively a personal injury action, Defendants can anticipate Plaintiff asserting a statutory wrongful death cause of action.  No discovery has been conducted with respect to Kite's cause of death. Plaintiff has not furnished a Death Certificate for Kite, and Plaintiff has not furnished expert reports relating Kite's death to exposure to any Defendant's products.  In order to adequately prepare this action for trial before the Southern District of Alabama, at a minimum, Defendants require discovery regarding the circumstances surrounding Kite's final illness, the deposition testimony of his personal representative, medical records and testimony of his treating physicians, and testimony from Plaintiff's expert witnesses regarding the circumstances and cause of Kite's death.  Consequently, Defendants may need to supplement their own expert reports based on what is learned about Kite's

3

death.

6.      In addition to Kite's passing, and also during the pendency of summary judgment motions, one of Plaintiff's originally identified expert witnesses, Richard Hatfield, became unable to testify due to his declining health. In August, 2013, Plaintiff was required to substitute a new expert witness, George Pineda.  [E.D. Pa. Doc. 172].  Although Plaintiff's new expert witness Pineda adopted the original expert report of Hatfield, Defendants must consider the need for a deposition of this new expert witness.

7.      Also, as a result of the passage of time and Plaintiff's failure to provide certain information, additional discovery is needed with regard to issues such as prior settlements on behalf of Kite, Bankruptcy Trust claims and payments, medical care provided to Kite in the years prior to his death, as well as Medicare payments on Kite's behalf.

WHEREFORE, the above premises considered, Defendants submit their Notice of Opposition to Conditional Remand Order opposing remand of this action to the extent, as set forth above, limited additional discovery must necessarily be completed prior to this action being ready for trial in the Southern District of Alabama.

s/ James A. Harris, III
James A. Harris, III
**Bar ID #: ASB-0683-R74J**
Nicole M. Hardee
**Bar ID #:  ASB-0073-P71G**

**OF COUNSEL:**

**HARRIS & HARRIS, LLP**
2501 20th Place South, Suite 450
Birmingham, Alabama 35223

TEL:  (205) 871-5777
FAX:  (205) 871-0029
Email: jamey@harris-harris.com
Email: nicole@harris-harris.com

Attorneys for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

s/ Robert H. Sprain, Jr.
Robert H. Sprain, Jr., Esq.
**Bar ID #: ASB-4177-A38R**

**OF COUNSEL:**

**SPRAIN LAW FIRM, PC**
1707 29th Court South
Birmingham, AL  35209
TEL: (205) 437-3232
FAX: (205) 802-7083
Email: rhs@sprainlaw.com

Attorney for Defendant Saint-Gobain Abrasives, Inc. f/k/a Norton Company

/s/Frank E. Lankford, Jr.
Frank E. Lankford, Jr., Esquire
**Bar ID #: ASB-8409-K71F**
/s/Stewart W. McCloud
Stewart W. McCloud, Esquire
**Bar ID #: ASB-9656-A50M**

**OF COUNSEL:**

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
TEL: (205) 251-1193
FAX: (205) 251-1256
Email: fel@hfsllp.com
Email: swm@hfsllp.com

Attorneys for Defendants Sepco
Corporation and Honeywell International
Inc.


/s/ Evelyn F. Davis
Evelyn F. Davis
**Bar ID #: ASB-1485-C19E**
Catherine McCormack
**Bar ID #: ASB-5582-I63M**

**OF COUNSEL:**

**HAWKINS PARNELL THACKSTON & YOUNG** LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
TEL: (404) 614-7400
FAX: (404) 614-7500
Email: edavis@hptylaw.com
Email: cmcormack@hptylaw.com

Attorneys for Defendant Dana
Companies, LLC, f/k/a Dana
Corporation


/s/ F. Grey Redditt, Jr.
F. Grey Redditt, Jr.
**Bar ID #: ASB-5142-R64F**
Timothy A. Clarke
**Bar ID #: ASB-1440-R67T**

**OF COUNSEL:**

**VICKERS, RIIS, MURRAY and CURRAN, L.L.C.**
Post Office Drawer 2568
Mobile, Alabama 36652-2568
TEL: (251) 432-9772
FAX: (251) 432-9781
E-Mail: greddit@vickersriis.com
E-Mail: tclarke@vickersriis.com

Attorneys for Crane Co.

6

/s/ Christopher S. Rodgers
Christopher S. Rodgers
**Bar ID #: ASB-4665-G54C**

**OF COUNSEL:**

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
TEL: (205) 251-1193
FAX: (205) 251-1256
Email: CRodgers@huielaw.com

Attorneys for Defendant Cameron
International Corporation


s/ William T. Mills, II
William T. Mills, II
**Bar ID #: ASB-0402-L72W**

**OF COUNSEL:**

**Porterfield, Harper, Mills, Motlow & Ireland, P.A.**
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
TEL: (205) 980-5000
FAX: (205) 980-5001 Fa
E-mail:  wtm@phm-law.com

Attorney for Cummins, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


s/ James A. Harris, III
OF COUNSEL