## AMENDED CERTIFICATE OF SERVICE
### (To Notice of Opposition to Conditional Remand Order)

I hereby certify that on the 31st day of October, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and served the below listed counsel via email as follows:

George M. Keahey
P.O. Box 934
Grove Hill, AL 36451
marc@keaheylawoffice.com

Joi C. Scott
Alabama State University
Office of General Counsel
P.O. 271
Montgomery, AL 36101
jscott@alasu.edu

                                              s/ James A. Harris, III
                                              OF COUNSEL