# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendant - Warren Pumps LLC

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Cleveland G. Kite, Plaintiff v. Bill Vann Company, Inc., et al., Defendants, Eastern District of Pennsylvania, ED Pa

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 11/14/14 | *William T. Mills, II* (signed) |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

William Mills, II, Porterfield Harper Mills Motlow & Ireland, 22 Inverness Ctr Pkwy, Ste 600, Birmingham, AL 35242

Telephone No.: (205) 980-5000        Fax No.: (205) 980-5001

Email Address: wtm@phm-law.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

# CERTIFICATE OF SERVICE

I hereby certify that on **November 14, 2014**, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system which will send notification of such filing to the following:

Attorney for Plaintiff
G. Patterson Keahey
LAW OFFICE OF G. PATTERSON KEAHEY
One Independence Plaza, Suite 612
Birmingham, Alabama 35209

Attorney for CBS
James A. Harris, III
HARRIS & HARRIS, LLP
2501 20th Place South, Suite 450
Birmingham, Alabama 35223

Attorney for Saint Gobain
Robert H. Sprain, Jr.
SPRAIN LAW FIRM, PC
1707 29th Court South
Birmingham, AL 35209

Attorney for Dana Companies f/k/a Dana Corporation
Evelyn F. Davis
HAWKINS PARNELL
	THACKSTON & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street N E
Atlanta, GA 30308-3243

Attorney for Crane Co.
Timothy A. Clarke
VICKERS, RIIS, MURRAY
	and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568

Attorney for Cameron International
Stewart McCloud
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223

Attorney for Honeywell International
Frank E. Lankford, Jr.
HUIE FERNAMBUCQ & STEWART, LLP
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223

                                                  Respectfully submitted,

                                                  ***s/ William T. Mills, II***
                                                  William T. Mills, II
                                                  Porterfield, Harper, Mills, Motlow
                                                      & Ireland, P.A.
                                                  22 Inverness Center Parkway
                                                  Suite 600
                                                  Birmingham, Alabama 35242
                                                  (205) 980-5000 / (205) 980-5001 Fax
                                                  ASB-0402-L72W; MIL014
                                                  E-mail: wtm@phm-law.com