# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Cleveland G. Kite, Plaintiff v. Bill Vann Company, Inc., et al., Defendants, Eastern District of Pennsylvania

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Warren Pumps LLC, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

[✓] This party's parent corporation(s) are listed below:

Colfax Corporation

[ ] The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

[ ] This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_William T. Mills II_
Signature of Attorney

Porterfield Harper Mills Motlow & Ireland, P.A.
Name of Firm

22 Inverness Center Parkway, Suite 600
Address

Birmingham, Alabama 35242
City/State/Zip Code

Date 11/14/14

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement.
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

## CERTIFICATE OF SERVICE

I hereby certify that on **November 14, 2014**, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system which will send notification of such filing to the following:

Attorney for Plaintiff
G. Patterson Keahey
LAW OFFICE OF G. PATTERSON KEAHEY
One Independence Plaza, Suite 612
Birmingham, Alabama 35209

Attorney for CBS
James A. Harris, III
HARRIS & HARRIS, LLP
2501 20th Place South, Suite 450
Birmingham, Alabama 35223

Attorney for Saint Gobain
Robert H. Sprain, Jr.
SPRAIN LAW FIRM, PC
1707 29th Court South
Birmingham, AL 35209

Attorney for Dana Companies f/k/a Dana Corporation
Evelyn F. Davis
HAWKINS PARNELL
    THACKSTON & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street N E
Atlanta, GA 30308-3243

Attorney for Crane Co.
Timothy A. Clarke
VICKERS, RIIS, MURRAY
    and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568

Attorney for Cameron International
Stewart McCloud
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223

Attorney for Honeywell International
Frank E. Lankford, Jr.
HUIE FERNAMBUCQ & STEWART, LLP
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223

                                                        Respectfully submitted,

                                                        ***s/ William T. Mills, II***
                                                        William T. Mills, II
                                                        Porterfield, Harper, Mills, Motlow
                                                            & Ireland, P.A.
                                                        22 Inverness Center Parkway
                                                        Suite 600
                                                        Birmingham, Alabama 35242
                                                        (205) 980-5000 / (205) 980-5001 Fax
                                                        ASB-0402-L72W; MIL014
                                                        E-mail: wtm@phm-law.com