## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on **November 14, 2014**, I electronically filed the **Notice of Appearance and Corporate Disclosure Statement for Cummins, Inc.** with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system which will send notification of such filing to the following:

Attorney for Plaintiff
G. Patterson Keahey
LAW OFFICE OF G. PATTERSON KEAHEY
One Independence Plaza, Suite 612
Birmingham, Alabama 35209

Attorney for CBS
James A. Harris, III
HARRIS & HARRIS, LLP
2501 20th Place South, Suite 450
Birmingham, Alabama 35223

Attorney for Saint Gobain
Robert H. Sprain, Jr.
SPRAIN LAW FIRM, PC
1707 29th Court South
Birmingham, AL 35209

Attorney for Dana Companies f/k/a Dana Corporation
Evelyn F. Davis
HAWKINS PARNELL
      THACKSTON & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street N E
Atlanta, GA 30308-3243

Attorney for Crane Co.
Timothy A. Clarke
VICKERS, RIIS, MURRAY
      and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568

Attorney for Cameron International
Stewart McCloud
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223

Attorney for Honeywell International
Frank E. Lankford, Jr.
HUIE FERNAMBUCQ & STEWART, LLP
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223

        Respectfully submitted,

        *s/ William T. Mills, II*
        William T. Mills, II
        Porterfield, Harper, Mills, Motlow
           & Ireland, P.A.
        22 Inverness Center Parkway
        Suite 600
        Birmingham, Alabama 35242
        (205) 980-5000 / (205) 980-5001 Fax
        ASB-0402-L72W; MIL014
        E-mail: wtm@phm-law.com