### UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & Title – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Valerie K. Presley, Personal Representative of the Estate of CLEVELAND G. KITE v. Bill Vann Company, LLC, et al.*, In the Eastern District of Pennsylvania, Case No. 2:11-cv-67753 (Transferred from the Southern District of Alabama, Case No. 2:11-cv-00444)

### CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby on the 14th day of November, 2014, I electronically filed the foregoing with the Clerk of the JPML using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ James A. Harris, III
OF COUNSEL