BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
_____
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS<br>LIABILITY LITIGATION (NO. VI) | ) <br> ) | CONSOLIDATED UNDER<br>MDL DOCKET NO.: 875 |
| VALERIE K. PRESLEY, as Personal<br>Representative of the Estate of<br>CLEVELAND G. KITE, deceased | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| vs. | ) <br> ) | E.D. PA. CASE NO.:<br>2:11-CV-67753 |
| BILL VANN COMPANY<br>LLC., et al., | ) <br> ) <br> ) | Transferred from USDC-S.D. AL. |
| Defendants. | ) | CASE NO.: 2:11-cv-00444 |

**DEFENDANTS' MOTION TO VACATE CONDITIONAL REMAND ORDER**

COME NOW Defendants CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation; Saint-Gobain Abrasives, Inc. f/k/a Norton Company; Honeywell International, Inc.; Dana Companies, LLC f/k/a Dana Corporation; Crane Co.; Cameron International Corporation; and Cummins, Inc. (hereinafter collectively "Defendants"), pursuant to Rule 10.2(e), R.P.J.P.M.L., 277 F.R.D. 280 (2011) and move to vacate the Conditional Remand Order [J.P.M.L. Doc. 9790] issued in this case. In support hereof, Defendants say as follows:

On October 24, 2014, this Panel issued a Conditional Remand Order

1

notifying the parties that this matter would be remanded to the Southern District of Alabama absent submission of Notice of Opposition from any party. [J.P.M.L. Doc. 9790]. Defendants submitted their Notice of Opposition to the Conditional Remand Order on October 31, 2014. [J.P.M.L. Doc. 9792]. On the same day, the Panel published a briefing schedule requiring Defendants to file a Motion to Vacate and Brief in Support of Motion to Vacate, by November 14, 2012. [J.P.M.L. Docket Text Entry October 31, 2014].

Defendants now move herein to vacate the Conditional Remand Order, and submit simultaneously herewith their Brief in Support of Defendants' Motion to Vacate Conditional Remand Order, also pursuant to Rule 10.2(e), R.P.J.P.M.L., 277 F.R.D. 280 (2011). As set forth in full in Defendants' Brief in Support of Motion to Vacate Conditional Remand Order, which is adopted and incorporated as if set forth fully herein, due to the passage of time and changed circumstances, Defendants oppose remand of this action to the extent that limited additional discovery must necessarily be completed prior to this action being ready for trial in the Southern District of Alabama.

WHEREFORE, the above premises considered, Defendants move to vacate Conditional Remand Order [J.P.M.L. Doc. 9790].

        s/ James A. Harris, III
        James A. Harris, III
        **Bar ID #: ASB-0683-R74J**
        Nicole M. Hardee
        **Bar ID #: ASB-0073-P71G**

**OF COUNSEL:**

**HARRIS & HARRIS, LLP**

2501 20th Place South, Suite 450
Birmingham, Alabama 35223
TEL:  (205) 871-5777
FAX:  (205) 871-0029
Email: jamey@harris-harris.com
Email: nicole@harris-harris.com

*Attorneys for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation*

s/ Robert H. Sprain, Jr. *(with permission)*
Robert H. Sprain, Jr., Esq.
**Bar ID #: ASB-4177-A38R**

**OF COUNSEL:**

**SPRAIN LAW FIRM, PC**
1707 29th Court South
Birmingham, AL  35209
TEL: (205) 437-3232
FAX: (205) 802-7083
Email: rhs@sprainlaw.com

*Attorney for Defendant Saint-Gobain Abrasives, Inc. f/k/a Norton Company*

/s/Frank E. Lankford, Jr. *(with permission)*
Frank E. Lankford, Jr., Esquire
**Bar ID #: ASB-8409-K71F**
Stewart W. McCloud, Esquire
**Bar ID #: ASB-9656-A50M**

**OF COUNSEL:**

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
TEL: (205) 251-1193
FAX: (205) 251-1256

Email: fel@hfsllp.com
Email: swm@hfsllp.com

*Attorneys for Defendant Honeywell International Inc.*

/s/ Evelyn F. Davis
Evelyn F. Davis
**Bar ID #: ASB-1485-C19E**
Catherine McCormack
**Bar ID #: ASB-5582-I63M**

**OF COUNSEL:**

**HAWKINS PARNELL THACKSTON & YOUNG** LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
TEL: (404) 614-7400
FAX: (404) 614-7500
Email: edavis@hptylaw.com
Email: cmcormack@hptylaw.com

*Attorneys for Defendant Dana Companies, LLC, f/k/a Dana Corporation*

/s/ F. Grey Redditt, Jr. *(with permission)*
F. Grey Redditt, Jr.
**Bar ID #: ASB-5142-R64F**
Timothy A. Clarke
**Bar ID #: ASB-1440-R67T**

**OF COUNSEL:**

**VICKERS, RIIS, MURRAY and CURRAN, L.L.C.**
Post Office Drawer 2568
Mobile, Alabama 36652-2568
TEL: (251) 432-9772
FAX: (251) 432-9781
E-Mail: gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

*Attorneys for Crane Co.*

4

                        <u>/s/ Steward W. McCloud</u> *(with permission)*
                        Stewart W. McCloud, Esquire
                        **Bar ID #: ASB-9656-A50M**
                        Christopher S. Rodgers
                        **Bar ID #: ASB-4665-G54C**

**OF COUNSEL:**

**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
TEL: (205) 251-1193
FAX: (205) 251-1256
Email: swm@hfsllp.com
Email: CRodgers@huielaw.com

                        *Attorneys for Defendant Cameron*
                        *International Corporation*


                        <u>s/ William T. Mills, II</u>  *(with permission)*
                        William T. Mills, II
                        **Bar ID #: ASB-0402-L72W**

**OF COUNSEL:**

**PORTERFIELD, HARPER, MILLS, MOTLOW & IRELAND, P.A.**
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
TEL: (205) 980-5000
FAX: (205) 980-5001 Fa
E-mail:  wtm@phm-law.com

                        *Attorneys for Cummins, Inc.*