UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE-IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Valerie K. Presley, Personal Representative of the Estate of CLEVELAND G. KITE v. Bill Vann Company, LLC, et al.*, In the Eastern District of Pennsylvania, Case No. 2:11-cv-67753 (Transferred from the Southern District of Alabama, Case No. 2:11-cv-00444)

**CERTIFICATE OF SERVICE**
(Defendants' Motion and Brief in Support of Motion to Vacate Conditional Remand Order)

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby on the 14th day of November, 2014, electronically filed the foregoing with the Clerk of the JPML using the CM/ECF system which will send notification of such filing to all counsel of record.

G. Patterson Keahey
**LAW OFFICES OF G. PATTERSON KEAHEY, PC**
One Independence Plaza, Suite 612
Birmingham, AL 35209
TEL: (205) 871-0707
FAX: (205)871-0801
Email: efile@mesohelp.com
*Attorney for Plaintiff*

Robert H. Sprain, Jr., Esq.
**SPRAIN LAW FIRM, PC**
1707 29th Court South
Birmingham, AL  35209
TEL: (205) 437-3232
FAX: (205) 802-7083
Email: rhs@sprainlaw.com
*Attorneys for Defendant Saint-Gobain Abrasives, Inc. f/k/a Norton Company*

Frank E. Lankford, Jr., Esquire
Stewart W. McCloud, Esquire
**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
TEL: (205) 251-1193
FAX: (205) 251-1256
Email: fel@hfsllp.com
Email: swm@hfsllp.com
*Attorneys for Defendant Honeywell International Inc.*

1

Evelyn F. Davis
Catherine McCormack
**HAWKINS PARNELL THACKSTON & YOUNG** LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
TEL: (404) 614-7400
FAX: (404) 614-7500
Email: edavis@hptylaw.com
Email: cmcormack@hptylaw.com
*Attorneys for Defendant Dana Companies, LLC, f/k/a Dana Corporation*

F. Grey Redditt, Jr.
Timothy A. Clarke
**VICKERS, RIIS, MURRAY and CURRAN, L.L.C.**
Post Office Drawer 2568
Mobile, Alabama 36652-2568
TEL: (251) 432-9772
FAX: (251) 432-9781
E-Mail: gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com
*Attorneys for Crane Co.*

Stewart W. McCloud, Esquire
Christopher S. Rodgers
**HUIE, FERNAMBUCQ & STEWART, LLP**
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
TEL: (205) 251-1193
FAX: (205) 251-1256
Email: swm@hfsllp.com
Email: CRodgers@huielaw.com
*Attorneys for Defendant Cameron International Corporation*

William T. Mills, II
**PORTERFIELD, HARPER, MILLS, MOTLOW & IRELAND, P.A.**
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
TEL: (205) 980-5000
FAX: (205) 980-5001
E-mail: wtm@phm-law.com
*Attorneys for Cummins, Inc.*

2

3

<u>s/ James A. Harris, III</u>
James A. Harris, III
**Bar ID #: ASB-0683-R74J**
Nicole M. Hardee
**Bar ID #:  ASB-0073-P71G**
**HARRIS & HARRIS, LLP**
2501 20th Place South, Suite 450
Birmingham, Alabama 35223
TEL:  (205) 871-5777
FAX:  (205) 871-0029
Email: jamey@harris-harris.com
Email: nicole@harris-harris.com

*Attorneys for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation*
