BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN THE UNITED STATE DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No.VI) | ) ) ) ) | CONSOLIDATED UNDER MDL DOCKET NO. 875 |
| THIS DOCUMENT RELATES TO: | ) ) | Case No. 2:11-CV-67753 |
| CLEVELAND KITE, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| BILL VANN COMPANY, INC., et al. | ) ) ) | (Case No. 2:11-CV-00444 in the U.S. District Court, S.D. Alabama, N. Division) |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned, Robert H. Sprain, Jr., and files this notice of appearance as counsel for the Defendant, Saint-Gobain Abrasives, Inc. f/k/a Norton Company, without waiver of any available defenses, and hereby requests that all future pleadings, orders and correspondence be served upon him in addition to the other counsel of record in the above-styled case.

Respectfully submitted this 14th day of November, 2014.

/s/ Robert H. Sprain, Jr.
Robert H. Sprain, Jr. (ASB-4177-A38R)
Attorney for Saint-Gobain Abrasives, Inc. f/k/a Norton Company

OF COUNSEL:

SPRAIN LAW FIRM, PC
1707 29th Court South
Birmingham, Alabama  35209
205.437.3232 Phone
205.802.7083 Fax
**rhs@sprainlaw.com**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and served the below listed counsel via email as follows:

George M. Keahey
P.O. Box 934
Grove Hill, AL 36451
marc@keaheylawoffice.com

Joi C. Scott
Alabama State University
Office of General Counsel
P.O. 271
Montgomery, AL 36101
jscott@alasu.edu

                                          ***/s/ Robert H. Sprain, Jr.***

                                          Of Counsel