BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN THE UNITED STATE DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No.VI) | ) ) ) | CONSOLIDATED UNDER MDL DOCKET NO. 875 |
| THIS DOCUMENT RELATES TO: CLEVELAND KITE, Plaintiff, vs. BILL VANN COMPANY, INC., et al. Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:11-CV-67753  (Case No. 2:11-CV-00444 in the U.S. District Court, S.D. Alabama, N. Division) |

## SAINT-GOBAIN ABRASIVES, INC. f/k/a NORTON COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), the defendant, Saint-Gobain Abrasives, Inc., f/k/a Norton Company, states that it is owned 100% by Saint-Gobain Delaware Corporation.

Respectfully submitted this 14th day of November, 2014.

*/s/ Robert H. Sprain, Jr.*
Robert H. Sprain, Jr. (ASB-4177-A38R)
Attorney for Saint-Gobain Abrasives, Inc. f/k/a Norton Company

OF COUNSEL:

SPRAIN LAW FIRM, PC
1707 29th Court South
Birmingham, Alabama  35209
205.437.3232 Phone
205.802.7083 Fax
**rhs@sprainlaw.com**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of November, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and served the below listed counsel via email as follows:

George M. Keahey
P.O. Box 934
Grove Hill, AL 36451
marc@keaheylawoffice.com

Joi C. Scott
Alabama State University
Office of General Counsel
P.O. 271
Montgomery, AL 36101
jscott@alasu.edu

                          */s/ Robert H. Sprain, Jr.*

                          Of Counsel