BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | CONSOLIDATED UNDER |
| LIABILITY LITIGATION (NO. VI) | ) | MDL DOCKET NO.: 875 |

| | | |
|---|---|---|
| **VALERIE K. PRESLEY, as Personal** | ) | |
| **Representative of the Estate of** | ) | |
| **CLEVELAND G. KITE, deceased** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | E.D. PA. CASE NO.: |
| | ) | 2:11-CV-67753 |
| **BILL VANN COMPANY** | ) | |
| **LLC., et al.,** | ) | |
| | ) | Transferred from USDC-S.D. AL. |
| **Defendants.** | ) | CASE NO.: 2:11-cv-00444 |

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE AND CONFLICT STATEMENTS OF DEFENDANT CRANE CO.**

COMES NOW defendant, CRANE CO., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states that Crane Co. has no parent company and that no publicly traded company owns ten percent (10%) or more of its stock.

Dated this 14th day of November, 2014.

                                             Respectfully submitted,

                                             /s/ F. Grey Redditt, Jr.
                                             F. GREY REDDITT, JR (ASB-5142-R64F)
                                             TIMOTHY A. CLARKE (ASB-1440-R67T)

                                             *Attorneys for Crane Co.*

OF COUNSEL:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone:  (251) 432-9772
Facsimile: (251) 432-9781
E-Mail: gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT, JR.