**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

---

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS** | ) | **CONSOLIDATED UNDER** |
| **LIABILITY LITIGATION (NO. VI)** | ) | **MDL DOCKET NO.: 875** |

---

| | | |
|---|---|---|
| **VALERIE K. PRESLEY, as Personal** | ) | |
| **Representative of the Estate of** | ) | |
| **CLEVELAND G. KITE, deceased** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **E.D. PA. CASE NO.:** |
| | ) | **2:11-CV-67753** |
| **BILL VANN COMPANY** | ) | |
| **LLC., et al.,** | ) | |
| | ) | **Transferred from USDC-S.D. AL.** |
| **Defendants.** | ) | **CASE NO.: 2:11-cv-00444** |

**NOTICE OF APPEARANCE**

COMES NOW, F. Grey Redditt, Jr. and Timothy A. Clarke of the firm of Vickers, Riis, Murray & Curran, LLC, and hereby files this Notice of Appearance as counsel on behalf of Defendant, Crane Co.

Dated this 14th day of November, 2014.

        Respectfully submitted,

        /s/ *Timothy A. Clarke*
        F. GREY REDDITT, JR (ASB-5142-R64F)
        TIMOTHY A. CLARKE (ASB-1440-R67T)

        *Attorneys for Crane Co.*

OF COUNSEL:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone: (251) 432-9772
Facsimile: (251) 432-9781
E-Mail: gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

{00933078.DOCX-1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

/s/ F. Grey Redditt, Jr.
F. GREY REDDITT, JR.