BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) | CONSOLIDATED UNDER MDL DOCKET NO.: 875 |
| VALERIE K. PRESLEY, as Personal Representative of the Estate of CLEVELAND G. KITE, deceased  Plaintiff, vs. BILL VANN COMPANY LLC., et al.,  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | E.D. PA. CASE NO.: 2:11-CV-67753  Transferred from USDC-S.D. AL. CASE NO.: 2:11-cv-00444 |

## AMENDED NOTICE OF APPEARANCE

COMES NOW, Timothy A. Clarke of the firm of Vickers, Riis, Murray & Curran, LLC, and hereby files this Amended Notice of Appearance as counsel on behalf of Defendant, Crane Co.

Dated this 18th day of November, 2014.

                                        Respectfully submitted,

                                        */s/ Timothy A. Clarke*
                                        TIMOTHY A. CLARKE (ASB-1440-R67T)

                                        ***Attorney for Crane Co.***

OF COUNSEL:
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
Phone: (251) 432-9772
Facsimile: (251) 432-9781
E-Mail: tclarke@vickersriis.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

/s/ Timothy A. Clarke
TIMOTHY A. CLARKE