UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                        MDL No. 875

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 03, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                      MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–30193 | OHN | 1 | 00–10667 | BURA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30110 | OHN | 1 | 00–10693 | ARNOLD v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30822 | OHN | 1 | 00–10808 | WARE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30514 | OHN | 1 | 00–10841 | MEGNA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30449 | OHN | 1 | 00–11257 | DURNIN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30528 | OHN | 1 | 00–11391 | MILLS et al v. A–C PRODUCTS LIABILITY TRUST et al |
| PAE | 2 | 09–30311 | OHN | 1 | 00–12204 | JENNINGS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 09–30168 | OHN | 1 | 01–10055 | LANE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30644 | OHN | 1 | 01–10826 | LACRE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30539 | OHN | 1 | 04–10017 | MORELAND v. A C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–50818 | OHN | 1 | 10–10003 | ELLISON v. ACORN IRON & SUPPLY CO. et al |
| PAE | 2 | 11–30330 | OHN | 1 | 93–13128 | DAVENPORT et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30299 | OHN | 1 | 93–13975 | CONTI v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30558 | OHN | 1 | 93–14120 | NG et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30448 | OHN | 1 | 93–14155 | DUNSON et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30619 | OHN | 1 | 94–10461 | HORDEN et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30103 | OHN | 1 | 94–10506 | AUGUSTINE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30133 | OHN | 1 | 94–11292 | BAUTISTA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30252 | OHN | 1 | 94–11306 | FERRELL et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30599 | OHN | 1 | 95–10075 | PALMER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30560 | OHN | 1 | 95–10764 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | BARTEL v. AMERICAN PRESIDENT LINES LTD., et al |
| PAE | 2 | 11–30218 | OHN | 1 | 95–12769 | CARTWRIGHT v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30428 | OHN | 1 | 96–10810 | HENDERSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30587 | OHN | 1 | 96–13474 | O'TOOLE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30792 | OHN | 1 | 96–15851 | TUILEFANO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30424 | OHN | 1 | 97–10102 | HAZZARD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30205 | OHN | 1 | 97–10391 | CALLAHAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30703 | OHN | 1 | 97–11060 | LAU et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30059 | OHN | 1 | 97–12099 | BOBBITT v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30156 | OHN | 1 | 97–12286 | BLACKBURN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30610 | OHN | 1 | 97–13172 | BARTEL v. AMERICAN PRESIDENT LINES LTD., et al |
| PAE | 2 | 11–30839 | OHN | 1 | 97–13746 | WHITTEN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30715 | OHN | 1 | 97–13762 | LEWIS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30190 | OHN | 1 | 97–14776 | BUGANAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30860 | OHN | 1 | 98–10105 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30595 | OHN | 1 | 98–10140 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30488 | OHN | 1 | 98–10327 | MATHERNE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30148 | OHN | 1 | 98–11530 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–38004 | OHN | 1 | 98–13381 | BARTEL (WEEKLY) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30676 | OHN | 1 | 98–13865 | BARTEL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30310 | OHN | 1 | 98–14149 | COVILL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30697 | OHN | 1 | 98–14194 | LARKIN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30618 | OHN | 1 | 98–14734 | HOPKINS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30158 | OHN | 1 | 99–10204 | BLAKE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30423 | OHN | 1 | 99–10673 | HAZEN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–38019 | OHN | 1 | 99–12023 | BARTEL (TREPAGNIER) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30831 | OHN | 1 | 99–12120 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | WELBURN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30220 | OHN | 1 | 99–12979 | CASSIDY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30213 | OHN | 1 | 99–13011 | CANITES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30812 | OHN | 1 | 99–13082 | VIERTEL et al v. A–C PRODUCT LIABILITY TRUST et al |