BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN THE UNITED STATE DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No.VI) | ) ) ) | CONSOLIDATED UNDER MDL DOCKET NO. 875 |
| THIS DOCUMENT RELATES TO: CLEVELAND KITE, Plaintiff, vs. BILL VANN COMPANY, INC., et al. Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:11-CV-67753 (Case No. 2:11-CV-00444 in the U.S. District Court, S.D. Alabama, N. Division) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLEADING NO. 9833**

COMES NOW the Plaintiff, VALERIE K. PRESLEY, Individually and as Special Administrator of the Estate of CLEVELAND KITE, Deceased, to ask the Panel to withdraw Pleading No. 9833 because it was filed under the wrong event.

Respectfully submitted this the 8th day of December, 2014.

                                                   s/G. Patterson Keahey
                                                 G. PATTERSON KEAHEY
                                                 *Attorney for Plaintiff*

LAW OFFICES OF G. PATTERSON KEAHEY
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
PHONE:     205-871-0707
FACSIMILE: 205-871-0801
EMAIL:       efile@mesohelp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2014, I have caused service of the foregoing on the parties of record by electronic filing with the Clerk of Court using the CM/ECF, electronic filing system, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, and by e-mail to those parties not registered to receive notice from the Clerk of Court, specifically:

George M. Keahey
P.O. Box 934
Grove Hill, AL 36451
marc@keaheeylawoffice.com

Joi C. Scott
Alabama State University
Office of General Counsel
P.O. 271
Montgomery, AL 36101
jscott@alasu.edu

                                                    s/ G. Patterson Keahey
                                                    Attorney for Plaintiff