UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY<br>LITIGATION (NO. VI) | MDL No. 875 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 09, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)  MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–31557 | OHN | 1 | 00–10776 | KERR et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31759 | OHN | 1 | 00–11637 | JACOBS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31233 | OHN | 1 | 00–11890 | SARDINHA v. A–C PRODUCT LIABLITY TRUST et al |
| PAE | 2 | 11–54367 | OHN | 1 | 89–15465 | CAIN v. ACANDS, INC. |
| PAE | 2 | 11–32859 | OHN | 1 | 93–11048 | COLLINS v. ALBATROSS STEAMSHIP CO. et al |
| PAE | 2 | 11–31114 | OHN | 1 | 93–13711 | MUIR et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30964 | OHN | 1 | 93–13840 | RUSH et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31103 | OHN | 1 | 94–10015 | WILLIAMS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31594 | OHN | 1 | 94–11469 | MCMANNAMA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31529 | OHN | 1 | 94–12354 | HASHIMOTO et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31042 | OHN | 1 | 94–13455 | BLACH et al v. A–C PRODUCT LAIBILITY TRUST et al |
| PAE | 2 | 11–31085 | OHN | 1 | 94–13682 | TODALIN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31880 | OHN | 1 | 95–11464 | MANUEL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32154 | OHN | 1 | 95–13459 | MACQUESTON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32538 | OHN | 1 | 95–14012 | JACKSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32218 | OHN | 1 | 95–14380 | KING v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32332 | OHN | 1 | 96–11015 | IMES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31078 | OHN | 1 | 96–14142 | STAPLES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31135 | OHN | 1 | 96–14273 | PHILPOT, JR. v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31074 | OHN | 1 | 96–14413 | SIPPO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31475 | OHN | 1 | 97–10671 | DAVIS et al v. A–C PRODUCT LIABILITY TRUST et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–31623 | OHN | 1 | 97–10694 | COSTELLO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30954 | OHN | 1 | 97–11342 | ROBERTS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–59409 | OHN | 1 | 97–11421 | MILLER v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31198 | OHN | 1 | 97–11941 | FLORES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31489 | OHN | 1 | 97–12312 | ENGLER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30911 | OHN | 1 | 97–12459 | RACKLEY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31091 | OHN | 1 | 97–14164 | TSUKAMOTO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31155 | OHN | 1 | 97–14564 | ROCHE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33767 | OHN | 1 | 97–14802 | TOWNS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31151 | OHN | 1 | 97–15053 | REMLEY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31149 | OHN | 1 | 97–15216 | REED et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31045 | OHN | 1 | 98–10443 | BOYLE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31301 | OHN | 1 | 98–11282 | ALLEN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31217 | OHN | 1 | 98–11447 | DAUFELDT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31162 | OHN | 1 | 98–11449 | THISTLE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31487 | OHN | 1 | 98–11812 | EITMANN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30892 | OHN | 1 | 98–12159 | PINO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31163 | OHN | 1 | 98–14009 | RENTZ et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30998 | OHN | 1 | 98–14016 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31359 | OHN | 1 | 98–14309 | SLOOT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31130 | OHN | 1 | 98–14387 | PEJOVICH v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31090 | OHN | 1 | 98–14478 | TRAPP et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31166 | OHN | 1 | 98–14583 | SCANNELL et al v. A–C PRODUCT LIABILTY TRUST et al |
| PAE | 2 | 11–31272 | OHN | 1 | 99–10785 | BRIGHT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31235 | OHN | 1 | 99–11274 | MILLER v. A–C PRODUCT LIABLITY TRUST et al |
| PAE | 2 | 11–31161 | OHN | 1 | 99–11796 | ROBERTSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31498 | OHN | 1 | 99–12749 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11−59681 | OHN | 1 | 99−12956 | FRENETTE v. A−C PRODUCT LIABILITY TRUST et al |
| | | | | | | RUSCHEL v. A−C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11−31039 | OHN | 1 | 99−13062 | BEST et al v. A−C PRODUCT LIABLITY TRUST et al |