UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                          MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–30922 | OHN | 1 | 00–10233 | REGNIER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31208 | OHN | 1 | 00–10522 | STEEN et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31032 | OHN | 1 | 00–10631 | BARNES, SR. v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30932 | OHN | 1 | 01–10288 | RIVERA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30784 | OHN | 1 | 93–13817 | TORRES et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31225 | OHN | 1 | 93–13853 | ALICEA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30933 | OHN | 1 | 93–14008 | RIVERA v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30944 | OHN | 1 | 93–14015 | ROSA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30883 | OHN | 1 | 94–10111 | PERRY v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30832 | OHN | 1 | 94–10859 | WELLINGTON et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30881 | OHN | 1 | 94–11092 | PERKINS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30951 | OHN | 1 | 94–13073 | ROYSTER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30956 | OHN | 1 | 94–13175 | ROBIN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30862 | OHN | 1 | 95–10270 | WOODRING et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31067 | OHN | 1 | 95–10779 | SANTIAGO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30912 | OHN | 1 | 95–13535 | RADCLIFF v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30833 | OHN | 1 | 95–14257 | WELLS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31113 | OHN | 1 | 96–13138 | MOYER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31213 | OHN | 1 | 96–13369 | GRAVES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30809 | OHN | 1 | 96–13599 | VIEIRA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30805 | OHN | 1 | 96–13942 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | VEGA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30770 | OHN | 1 | 96–13955 | TAYLOR et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31059 | OHN | 1 | 97–10078 | CIRLOS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30874 | OHN | 1 | 97–10084 | ZIDIK et al v. A–C PRODUCT LIABLITY TRUST et al |
| PAE | 2 | 11–30789 | OHN | 1 | 97–14064 | TUCKER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31229 | OHN | 1 | 97–14509 | JOHNSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30816 | OHN | 1 | 97–14560 | WAITES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31168 | OHN | 1 | 97–14622 | THOMAS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31222 | OHN | 1 | 97–15191 | DISHINGER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31031 | OHN | 1 | 98–10360 | BAGWELL III et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30987 | OHN | 1 | 98–10449 | SEQUEIRA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31002 | OHN | 1 | 98–12219 | SIRMON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30802 | OHN | 1 | 98–12570 | VAUGHN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30900 | OHN | 1 | 98–12588 | POWELL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31212 | OHN | 1 | 98–12840 | WISE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30806 | OHN | 1 | 98–12986 | VEGA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30963 | OHN | 1 | 98–13094 | RODRIGUES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31171 | OHN | 1 | 98–13183 | OTIS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31071 | OHN | 1 | 98–13665 | SHEDRICK et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31106 | OHN | 1 | 98–14331 | WYATT v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31187 | OHN | 1 | 99–10026 | SIMPSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30907 | OHN | 1 | 99–10655 | PRIESTER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31188 | OHN | 1 | 99–10754 | JOHNSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30977 | OHN | 1 | 99–11015 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30930 | OHN | 1 | 99–12024 | RIEGO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31220 | OHN | 1 | 99–12111 | BEESLEY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31011 | OHN | 1 | 99–12397 | |

|     |   |          |     |   |          |                                                    |
|-----|---|----------|-----|---|----------|----------------------------------------------------|
|     |   |          |     |   |          | SMITH et al v. A–C PRODUCT LIABILITY TRUST et al   |
| PAE | 2 | 11–31206 | OHN | 1 | 99–12436 | MAGALIS et al v. A–C PRODUCT LIABLITY TRUST et al  |
| PAE | 2 | 11–31132 | OHN | 1 | 99–12879 | PERKINS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31197 | OHN | 1 | 99–12919 | STERLING, JR. et al v. A–C PRODUCT LIABILITY TRUST et al |