**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**


**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                                    MDL No. 875


(SEE ATTACHED SCHEDULE)


**CONDITIONAL REMAND ORDER**


The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation,</u> the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.


FOR THE PANEL:

 Jeffery N. Lüthi
 Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                    MDL No. 875

### SCHEDULE FOR CRO

| **TRANSFEREE** | | | **TRANSFEROR** | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–31452 | OHN | 1 | 00–10065 | LUYUN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31620 | OHN | 1 | 00–10113 | ROBINSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31453 | OHN | 1 | 00–10612 | REYES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31457 | OHN | 1 | 00–10694 | BARTON v. A–C PRODUCT LIABILITY TRUST, et al |
| PAE | 2 | 11–31455 | OHN | 1 | 00–10705 | ISLES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31610 | OHN | 1 | 00–10727 | JOHNSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31454 | OHN | 1 | 00–10900 | VALBUENA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31618 | OHN | 1 | 00–10990 | ROSINSKI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31698 | OHN | 1 | 00–11011 | BALBASTRO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31613 | OHN | 1 | 00–11032 | RAMOS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31697 | OHN | 1 | 00–11123 | HAYES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31624 | OHN | 1 | 00–11540 | OCAMPO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31621 | OHN | 1 | 00–11607 | RAINES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31442 | OHN | 1 | 00–11780 | BURTON v. A–C PRODUCT LIABLITY TRUST et al |
| PAE | 2 | 11–31513 | OHN | 1 | 94–11570 | GONZALEZ v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31483 | OHN | 1 | 94–13600 | EBANKS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31739 | OHN | 1 | 94–13841 | NEILL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31738 | OHN | 1 | 94–14016 | DAVIS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31546 | OHN | 1 | 96–13575 | JOHNSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31735 | OHN | 1 | 96–14722 | ASTON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31531 | OHN | 1 | 96–15711 | |

|     |   |         |     |   |          |                                                    |
|-----|---|---------|-----|---|----------|----------------------------------------------------|
|     |   |         |     |   |          | HENLEY et al v. A–C PRODUCT LIABILITY TRUST et al  |
| PAE | 2 | 11–31510 | OHN | 1 | 97–10369 | GODWIN et al v. A–C PRODUCT LIABILITY TRUST et al  |
| PAE | 2 | 11–31501 | OHN | 1 | 97–10782 | GAGNE v. A–C PRODUCT LIABILITY TRUST et al         |
| PAE | 2 | 11–31517 | OHN | 1 | 97–11517 | GRANT v. A–C PRODUCT LIABILITY TRUST et al         |
| PAE | 2 | 11–31710 | OHN | 1 | 97–11695 | OLESEN v. A–C PRODUCT LIABILITY TRUST et al        |
| PAE | 2 | 11–31525 | OHN | 1 | 97–12598 | HANSEN et al v. A–C PRODUCT LIABILITY TRUST et al  |
| PAE | 2 | 11–31438 | OHN | 1 | 97–12628 | WALLACE v. A–C PRODUCT LIABLITY TRUST et al        |
| PAE | 2 | 11–31566 | OHN | 1 | 97–13403 | LENHART et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31445 | OHN | 1 | 97–14717 | ALBON et al v. A–C PRODUCT LIABLITY TRUST et al    |
| PAE | 2 | 11–31606 | OHN | 1 | 97–15132 | VERMEER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31468 | OHN | 1 | 98–11330 | CRIMIN v. A–C PRODUCT LIABILITY TRUST et al        |
| PAE | 2 | 11–31579 | OHN | 1 | 98–12326 | MILLER v. A–C PRODUCT LIABILITY TRUST et al        |
| PAE | 2 | 11–31435 | OHN | 1 | 98–12591 | BLATUS v. A–C PRODUCT LIABLITY TRUST et al         |
| PAE | 2 | 11–31723 | OHN | 1 | 98–12657 | PITTER et al v. A–C PRODUCT LIABILITY TRUST et al  |
| PAE | 2 | 11–31479 | OHN | 1 | 98–12684 | DOHERTY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31434 | OHN | 1 | 98–13006 | SCHOCK v. A–C PRODUCT LIABLITY TRUST et al         |
| PAE | 2 | 11–31506 | OHN | 1 | 98–13194 | GIBBS v. A–C PRODUCT LIABILITY TRUST et al         |
| PAE | 2 | 11–31433 | OHN | 1 | 98–13364 | BRASWELL v. A–C PRODUCT LIABLITY TRUST et al       |
| PAE | 2 | 11–31626 | OHN | 1 | 98–13417 | BOSS v. A–C PRODUCT LIABILITY TRUST et al          |
| PAE | 2 | 11–31617 | OHN | 1 | 98–14117 | FESSLER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31467 | OHN | 1 | 98–14180 | CRESS et al v. A–C PRODUCT LIABILITY TRUST et al   |
| PAE | 2 | 11–31604 | OHN | 1 | 99–10064 | MILLER v. A–C PRODUCT LIABILITY TRUST et al        |
| PAE | 2 | 11–31526 | OHN | 1 | 99–10101 | MILLER v. A–C PRODUCT LIABILITY TRUST et al        |
| PAE | 2 | 11–31430 | OHN | 1 | 99–10484 | MYLES v. A–C PRODUCT LIABLITY TRUST et al          |
| PAE | 2 | 11–31424 | OHN | 1 | 99–11583 | BALLESTEROS v. A–C PRODUCT LIABILITY TRUST et al   |
| PAE | 2 | 11–31429 | OHN | 1 | 99–11989 | BURNITE v. A–C PRODUCT LIABLITY TRUST et al        |
| PAE | 2 | 11–31431 | OHN | 1 | 99–12281 |                                                    |

|     |   |          |     |   |          |                                              |
|-----|---|----------|-----|---|----------|----------------------------------------------|
|     |   |          |     |   |          | MOORE v. A–C PRODUCT LIABLITY TRUST et al    |
| PAE | 2 | 11–31449 | OHN | 1 | 99–12535 | LESTER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31459 | OHN | 1 | 99–12658 | CURINGTON v. A–C PRODUCT LIABILITY TRUST, et al |
| PAE | 2 | 11–31428 | OHN | 1 | 99–12761 | BAUTISTA v. A–C PRODUCT LIABLITY TRUST et al |