UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL No. 875 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 16, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)           MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–30396 | OHN | 1 | 00–10094 | GUMAPAS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30513 | OHN | 1 | 00–10346 | MEDINA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30646 | OHN | 1 | 00–10354 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30379 | OHN | 1 | 00–10718 | GRAGERA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30628 | OHN | 1 | 00–11870 | IGNACIO VS. A–C PRODUCT LIABILITY TRUST, ET AL. |
| PAE | 2 | 11–30342 | OHN | 1 | 00–12130 | DEBODA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30562 | OHN | 1 | 01–10480 | NOCEDA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30304 | OHN | 1 | 93–13230 | CORREA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30380 | OHN | 1 | 93–13816 | GRAHAM et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30709 | OHN | 1 | 93–14101 | LEON et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30769 | OHN | 1 | 94–10647 | TAYLOR et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30434 | OHN | 1 | 94–11321 | HEVA v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30749 | OHN | 1 | 94–11395 | STARR v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30478 | OHN | 1 | 94–11778 | MARTIN et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30261 | OHN | 1 | 94–12004 | FLETCHER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30419 | OHN | 1 | 94–12547 | HARTIE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30334 | OHN | 1 | 94–12613 | DAVIS v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30329 | OHN | 1 | 94–13412 | DAUZART et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30292 | OHN | 1 | 95–12763 | GARCIA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30390 | OHN | 1 | 96–12989 | GRUBB v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30728 | OHN | 1 | 96–13155 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | MACK et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30542 | OHN | 1 | 96–14559 | MORGAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30422 | OHN | 1 | 97–10220 | BARTEL (HAZEN) ET AL v. A–C PRODUCT LIABILITY TRUST, et al |
| PAE | 2 | 11–30661 | OHN | 1 | 97–10613 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30387 | OHN | 1 | 97–11549 | GRIBBIN v. A–C PRODUCT LIABIILITY TRUST et al |
| PAE | 2 | 11–30584 | OHN | 1 | 97–11846 | ORITZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30593 | OHN | 1 | 97–13347 | PADILLA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30436 | OHN | 1 | 97–13592 | HICKS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30484 | OHN | 1 | 97–14001 | MARTINEZ et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30311 | OHN | 1 | 97–14563 | COWAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30727 | OHN | 1 | 97–14593 | MACEIRA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30644 | OHN | 1 | 97–14946 | JENSEN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30713 | OHN | 1 | 98–10181 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30469 | OHN | 1 | 98–10315 | EVANS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30605 | OHN | 1 | 98–10373 | PARKINSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30576 | OHN | 1 | 98–10413 | ONATIVIA v. A–C PRODUCTS LIABILITY TRUST et al |
| PAE | 2 | 11–30453 | OHN | 1 | 98–10750 | EBANKS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30522 | OHN | 1 | 98–10910 | MILGRAM et al v. A–C PRODUCT LIBABILITY TRUST et al |
| PAE | 2 | 11–30457 | OHN | 1 | 98–11009 | EDWARDS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30656 | OHN | 1 | 98–11721 | BARTEL (JOHNSON) et al v. A–C PRODUCT LAIBILITY TRUST et al |
| PAE | 2 | 11–30267 | OHN | 1 | 98–11723 | FORREST et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30291 | OHN | 1 | 98–12049 | GARCIA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30527 | OHN | 1 | 98–12951 | MILLER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30327 | OHN | 1 | 98–14653 | DARLING v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30266 | OHN | 1 | 98–14937 | FLYNN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30742 | OHN | 1 | 99–10295 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30633 | OHN | 1 | 99–10808 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | HUTCHINSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30692 | OHN | 1 | 99–12008 | LADEFOGED v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30452 | OHN | 1 | 99–12376 | EBANKS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30381 | OHN | 1 | 99–12534 | GRANADA v. A–C PRODUCT LIABILITY TRUST et al |