BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
_____
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | CONSOLIDATED UNDER |
| LIABILITY LITIGATION (NO. VI) | ) | MDL DOCKET NO. 875 |

_____

| | | |
|---|---|---|
| DONNA FRANKLIN, | ) | |
| Administratrix of the Estate of | ) | |
| RAY FRANKLIN, deceased, | ) | |
| | ) | E.D. PA. CASE NO. 2:11-CV-67659 |
| Plaintiff, | ) | |
| | ) | Transferred from USDC-S.D. ALA. |
| versus | ) | CASE NO. 1:11-cv-2731 |
| | ) | |
| BILL VANN CO. LLC *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

_____

### DEFENDANT DANA COMPANIES' NOTICE OF OPPOSITION
### TO CONDITIONAL REMAND ORDER

Pursuant to Rule 10.2(b) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant Dana Companies, LLC, f/k/a Dana Corporation (hereinafter "Dana"), hereby provides notice that it opposes the Conditional Remand Order entered in this case on December 10, 2014. [JPML Doc. 9845].

On December 10, 2014, this Panel issued a Conditional Remand Order notifying the parties that this matter would be remanded to the Northern District of Alabama absent submission of notice of opposition from any party.  [JPML Doc. 9845].  Dana opposes remand because discovery and pretrial proceedings in this case are not complete and this case is therefore not ready for trial.  At a minimum, the following discovery remains to be completed:

1. Dana recently discovered that Plaintiff Donna Franklin, individually and as personal representative of the Estate of Ray Franklin, filed a separate action in the Circuit Court of Calhoun County, Alabama: *Donna Franklin, Individually and as Personal Representative of the Estate of Ray Franklin, Deceased v. Caterpillar Incorporated et al.*, Case No. 11-CV-2013-900183.00.[1] That action seeks damages for the same claims asserted in the instant case: *i.e.,* Ray Franklin's alleged injuries resulting from asbestos exposure, his alleged wrongful death as a result of those injuries, and Donna Franklin's loss of consortium. Three of the four defendants sued in that case were not named in the instant case. Dana needs to conduct discovery regarding Plaintiff's allegations and evidence against those defendants.

2. Dana needs to conduct expert discovery in the instant case. Under the Scheduling Order entered in this case, discovery ended before the parties' expert reports were due. The Scheduling Order terminated discovery on November 30, 2012, but did not require Plaintiff to serve her expert reports until December 31, 2012.[2] As a result, Dana did not have an opportunity to conduct expert discovery after the service of Plaintiff's expert reports.

3. Dana also plans to request updates of Plaintiff's responses to Defendants' interrogatories and requests to produce, as Plaintiff served those responses over three (3) years ago.

Dana will further expand on and explicate its grounds for opposing the Conditional Remand Order in Dana's Motion to Vacate Conditional Remand Order and its Brief in Support of Motion to Vacate Conditional Remand Order, to be filed within fourteen (14) days of the

---

[1] That action was removed to federal court and is currently pending in the Northern District of Alabama as *Donna Franklin, Individually and as Personal Representative of the Estate of Ray Franklin, Deceased v. Caterpillar Incorporated et al.*, Case No. 1:13-0088-KOB.

[2] Defendants' expert reports were not due until January 31, 2013, and rebuttal expert reports were not due until February 14, 2013.

iManage 11170998v.1

- 3 -

instant Notice of Opposition in accordance with Rule 10.2(e) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation.

Respectfully submitted this 17th day of December, 2014.

**HAWKINS PARNELL THACKSTON & YOUNG LLP**

*/s/ Evelyn F. Davis*
Evelyn F. Davis (FLE 019)
Alabama Bar No. ASB-1485-C19E
edavis@hptylaw.com
Catherine A. McCormack (MCC 177)
Alabama Bar No. ASB-5582-l163M
cmcormack@hptylaw.com
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
404-614-7400 (telephone)
404-614-7500 (facsimile)

Counsel for Defendant Dana Companies, LLC, f/k/a Dana Corporation

- 4 -

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I further certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

      This 17th day of December, 2014.

      HAWKINS PARNELL THACKSTON & YOUNG LLP

      */s/ Evelyn F. Davis*
      Evelyn F. Davis (FLE 019)
      AL Bar No. ASB-1485-C19E
      edavis@hptylaw.com
      Catherine A. McCormack (MCC 177)
      AL Bar No. ASB-5582-l163M
      cmcormack@hptylaw.com
      4000 SunTrust Plaza
      303 Peachtree Street NE
      Atlanta, GA 30308-3243
      404-614-7400 (telephone)
      404-614-7500 (facsimile)