BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) | CONSOLIDATED UNDER MDL DOCKET NO. 875 |

| | | |
|---|---|---|
| DONNA FRANKLIN, Administratrix of the Estate of RAY FRANKLIN, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | E.D. PA. CASE NO. 2:11-CV-67659 |
| versus | ) ) | Transferred from USDC-N.D. ALA. CASE NO. 1:11-cv-2731 |
| BILL VANN CO. LLC *et al.*, | ) ) ) | |
| Defendants. | ) | |

### DEFENDANT DANA COMPANIES' NOTICE OF WITHDRAWAL OF PLEADING NO. 9863

COMES NOW Dana Companies, LLC, f/k/a Dana Corporation (hereinafter "Dana"), to ask the Panel to withdraw Pleading No. 9863 because it was filed under the wrong event.

Respectfully submitted this 18th day of December, 2014.

HAWKINS PARNELL THACKSTON & YOUNG LLP

*/s/ Evelyn F. Davis*
Evelyn F. Davis (FLE 019)
Alabama Bar No. ASB-1485-C19E
edavis@hptylaw.com
Catherine A. McCormack (MCC 177)
Alabama Bar No. ASB-5582-l163M
cmcormack@hptylaw.com
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
404-614-7400 (telephone)
404-614-7500 (facsimile)

2

Counsel for Defendant Dana Companies, LLC, f/k/a
Dana Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

This 18th day of December, 2014.

HAWKINS PARNELL THACKSTON & YOUNG LLP

*/s/ Evelyn F. Davis*
Evelyn F. Davis (FLE 019)
AL Bar No. ASB-1485-C19E
edavis@hptylaw.com
Catherine A. McCormack (MCC 177)
AL Bar No. ASB-5582-l163M
cmcormack@hptylaw.com
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
404-614-7400 (telephone)
404-614-7500 (facsimile)