UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                       MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                         MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11−32806 | OHN | 1 | 86−00830 | GORSSNICKLE et al v. MOORE MCCORMACK LINES, INC. et al |
| PAE | 2 | 11−32845 | OHN | 1 | 86−00891 | KRUSZYNSKI et al v. OLSON STEAMSHIP CO. et al |
| PAE | 2 | 11−32912 | OHN | 1 | 86−00919 | MATTHEWS et al v. LYKES BROS. STEAMSHIP CO. INC. et al |
| PAE | 2 | 11−32967 | OHN | 1 | 86−00972 | MATHEWS et al v. MATSON NAVIGATION CO., INC. et al |
| PAE | 2 | 11−33249 | OHN | 1 | 86−02174 | KLARSTROM et al v. AMERICAN STEAMSHIP CO. et al |
| PAE | 2 | 11−32831 | OHN | 1 | 86−03002 | RIVERA et al v. GRACE LINES/PRUDENTIAL LINES et al |
| PAE | 2 | 11−32646 | OHN | 1 | 86−03647 | EL−HINDI et al v. HENDY INTERNATIONAL CORP. et al |
| PAE | 2 | 11−33197 | OHN | 1 | 86−04319 | CHANG et al v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11−33184 | OHN | 1 | 86−04381 | FAGAN et al v. ALLIED TOWING CORP. et al |
| PAE | 2 | 11−32611 | OHN | 1 | 88−04723 | LYNAM et al v. A C S INDUSTRIES, INC. et al |
| PAE | 2 | 11−33262 | OHN | 1 | 89−10775 | BARTEL (DIGGS) et al v. ACANDS, INC. et al |
| PAE | 2 | 11−32781 | OHN | 1 | 89−15464 | CACERES et al v. ACANDS, INC. et al |
| PAE | 2 | 11−33258 | OHN | 1 | 90−10745 | MATTI et al v. ARNOLD BENSTEIN LINE et al |
| PAE | 2 | 11−33212 | OHN | 1 | 92−10118 | GROTH et al v. ACANDS, INC. et al |
| PAE | 2 | 11−33029 | OHN | 1 | 92−10225 | DILLON et al v. ACANDS, INC. et al |
| PAE | 2 | 11−32891 | OHN | 1 | 92−10807 | FARRELL et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11−33238 | OHN | 1 | 92−11045 | CONCEPTION et al v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11−32870 | OHN | 1 | 93−10076 | HOLMES et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11−33203 | OHN | 1 | 93−10840 | NEWHOUSE et al v. AMERICAN STEAMSHIP CO. et al |
| PAE | 2 | 11−32820 | OHN | 1 | 93−10885 | WINTER et al v. FOSTER WHEELER ENERGY CORPORATION et al |
| PAE | 2 | 11−33011 | OHN | 1 | 93−11011 | HURST v. AMERICAN TRADING TRANSP. CO. et al |
| PAE | 2 | 11−33107 | OHN | 1 | 93−12049 | YUEN et al v. AMERICAN PRESIDENT LINES LTD. et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–33017 | OHN | 1 | 93–12615 | HILL et al v. ALASKA STEAMSHIP COMPANY et al |
| PAE | 2 | 11–33110 | OHN | 1 | 93–13462 | MARRERO et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33006 | OHN | 1 | 94–10485 | HASELDEN et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32643 | OHN | 1 | 94–10936 | BURNHAM, SR. et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33081 | OHN | 1 | 94–11026 | VAZQUEZ v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32869 | OHN | 1 | 94–12462 | MAKER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33181 | OHN | 1 | 94–12697 | BERNAL et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33177 | OHN | 1 | 94–12704 | BUSH et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33180 | OHN | 1 | 95–10112 | FREEMAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32640 | OHN | 1 | 95–10747 | DOYLE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32619 | OHN | 1 | 95–10861 | WRIGHT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32545 | OHN | 1 | 95–10981 | GARCIA v. A–C PRODUCT LIABILITY TRUST ET AL |
| PAE | 2 | 11–32568 | OHN | 1 | 95–11543 | DIETDERICH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33089 | OHN | 1 | 95–12940 | DE BROSSE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33179 | OHN | 1 | 95–13683 | MEALEY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32819 | OHN | 1 | 96–10283 | COX et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32858 | OHN | 1 | 96–11155 | CHASE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32572 | OHN | 1 | 96–11221 | STRUCK et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32589 | OHN | 1 | 96–11352 | CASTRO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32843 | OHN | 1 | 96–11661 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33188 | OHN | 1 | 96–13908 | WEAVER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32580 | OHN | 1 | 96–15517 | MARTINEZ et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32578 | OHN | 1 | 97–10474 | ESTES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32552 | OHN | 1 | 97–11024 | MILLER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32615 | OHN | 1 | 97–14102 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32792 | OHN | 1 | 97–14631 | ESHELBY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32863 | OHN | 1 | 98–13052 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11−33196 | OHN | 1 | 98−14680 | KAVANAUGH et al v. A−C PRODUCT LIABILITY TRUST et al<br>MILLER v. A−C PRODUCT LIABILITY TRUST et al |