UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY<br>LITIGATION (NO. VI) | MDL No. 875 |

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                          MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–33162 | OHN | 1 | 00–11235 | VAZQUEZ–RIOS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33286 | OHN | 1 | 00–11437 | RIVERIA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33289 | OHN | 1 | 00–11592 | SHEPHARD v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33368 | OHN | 1 | 86–00784 | BELVIN et al v. AMERICAN PRESIDENT LINES, LTD. et al |
| PAE | 2 | 11–33557 | OHN | 1 | 86–00801 | KALAMA et al v. MATSON NAVIGATION CO., INC. et al |
| PAE | 2 | 11–33414 | OHN | 1 | 86–01567 | BAXTER v. ASPEN MARINE et al |
| PAE | 2 | 11–33546 | OHN | 1 | 86–01608 | DIAZ et al v. PELICAN MARINE CARRIERS INC. et al |
| PAE | 2 | 11–32714 | OHN | 1 | 86–04229 | ABAD et al v. GRACE LINES/PRUDENTIAL LINES et al |
| PAE | 2 | 11–33610 | OHN | 1 | 86–04348 | EPPS v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–33510 | OHN | 1 | 89–11062 | KAMINSKI v. AMERICAN PRESIDENT LINES LTD. et al |
| PAE | 2 | 11–33513 | OHN | 1 | 89–15515 | DAVIS et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33555 | OHN | 1 | 89–16278 | COLLADO et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33117 | OHN | 1 | 91–10375 | GABOURY et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33567 | OHN | 1 | 92–10613 | THOMASIAN et al v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–33652 | OHN | 1 | 92–10851 | MICHALSKI et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33356 | OHN | 1 | 92–10966 | MILLER V. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33497 | OHN | 1 | 92–11378 | PETTERSSON et al v. ALASKA STEAMSHIP COMPANY et al |
| PAE | 2 | 11–33377 | OHN | 1 | 93–10132 | MORILLA et al v. ACADEMY TANKERS INC. et al |
| PAE | 2 | 11–33635 | OHN | 1 | 93–10233 | SABELLA v. ALASKA STEAMSHIP COMPANY et al |
| PAE | 2 | 11–33489 | OHN | 1 | 93–10458 | CLEVELAND et al v. STATES LINES/STATES STEAMSHIP et al |
| PAE | 2 | 11–33485 | OHN | 1 | 93–10460 | ROSE et al v. ALASKA STEAMSHIP COMPANY et al |
| PAE | 2 | 11–33276 | OHN | 1 | 93–10550 | JORDAN et al v. ANCHOR SHIPPING CORP. et al |

| PAE | 2 | 11–33337 | OHN | 1 | 93–10817 | FUNCK v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33428 | OHN | 1 | 93–10887 | LEE et al v. FOSTER WHEELER ENERGY CORPORATION et al |
| PAE | 2 | 11–33315 | OHN | 1 | 93–11567 | EDWARDS et al v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–33412 | OHN | 1 | 93–11729 | LEONG et al v. AMERICAN PRESIDENT LINES LTD. et al |
| PAE | 2 | 11–33385 | OHN | 1 | 93–12633 | PACKER et al v. AMERICAN BULK CARRIERS INC. et al |
| PAE | 2 | 11–33157 | OHN | 1 | 93–12863 | DORRIAN v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–33570 | OHN | 1 | 93–13883 | GRABHORN et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33571 | OHN | 1 | 93–13952 | PACHECO v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33411 | OHN | 1 | 93–14199 | SAUNDERS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33645 | OHN | 1 | 94–10425 | DURANT v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33325 | OHN | 1 | 94–10740 | GRANT et al v. FOSTER WHEELER COMPANY et al. |
| PAE | 2 | 11–32899 | OHN | 1 | 94–11040 | AL–AMMARI et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33589 | OHN | 1 | 94–11547 | SAPERE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33477 | OHN | 1 | 94–12444 | FOELSTER et al v. UNITED STATES LINES INC. REORGANIZATION TRUST et al |
| PAE | 2 | 11–32900 | OHN | 1 | 94–12584 | CAWTHORNE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33587 | OHN | 1 | 95–11871 | GLYNN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33717 | OHN | 1 | 95–12788 | PITTER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33319 | OHN | 1 | 96–10643 | NEVES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33718 | OHN | 1 | 96–10708 | STATH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32844 | OHN | 1 | 96–12590 | GOMES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33507 | OHN | 1 | 96–12858 | ROSALY et al v. UNITED STATES LINES INC. REORGANIZATION TRUST et al |
| PAE | 2 | 11–33408 | OHN | 1 | 96–13466 | ELLISON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33275 | OHN | 1 | 97–10166 | CARRINGTON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33380 | OHN | 1 | 97–10330 | ALTON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33265 | OHN | 1 | 97–11236 | VELEZ et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33308 | OHN | 1 | 97–12981 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33156 | OHN | 1 | 98–10027 | |

| | | | | | |
|---|---|---|---|---|---|
| PAE | 2 | 11–33403 | OHN | 1 | 98–13828 |

BYRD v. A–C PRODUCT LIABILITY TRUST et al
GOMES et al v. A–C PRODUCT LIABILITY TRUST et al