**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS** | ) | **CONSOLIDATED UNDER** |
| **LIABILITY LITIGATION (NO. VI)** | ) | **MDL DOCKET NO. 875** |

| | |
|---|---|
| **DONNA FRANKLIN,** | ) |
| **Administratrix of the Estate of** | ) |
| **RAY FRANKLIN, deceased,** | ) |
| | ) **E.D. PA. CASE NO. 2:11-CV-67659** |
| **Plaintiff,** | ) |
| | ) **Transferred from USDC-S.D. ALA.** |
| **vs.** | ) **CASE NO. 1:11-CV-2731** |
| | ) |
| **DEFENDANT DANA COMPANIES,** | ) |
| **LLC, F/K/A DANA CORPORATION** | ) |
| *ET AL.* | ) |
| | ) |
| **Defendants.** | ) |

<u>**AMENDED CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 23, 2014, I electronically filed the foregoing with the Clerk of the Court, and emailed or mailed by U.S. Mail, copies to the following:

J. Bentley Owens, III                                      ,
STARNES & ATCHISON LLP
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham,  AL 35259

Evelyn F. Davis, Esq.
edavis@hptylaw.com
Catherine A. McCormack, Esq.
cmcormack@hptylaw.com
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
404-614-7400 (telephone)
404-614-7500 (facsimile)
Counsel for Defendant Dana Companies, LLC, f/k/a Dana Corporation

Steve R. Morris Law
P.O. Box 814
Wedowee, Alabama 36201
(256) 357-9222
SteveMorrisLaw@Yahoo.com

/s/ *Thomas J. Knight*
Thomas J. Knight,
Attorney for Plaintiffs
**HUBBARD & KNIGHT**
1125 Noble Street
Anniston, Alabama 36201
(256) 237-9586
HubbardKnight@MSN.com