UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                         MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 24, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                          MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–31751 | OHN | 1 | 00–11021 | ABUGAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31764 | OHN | 1 | 00–11208 | GUEVARRA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31769 | OHN | 1 | 00–11231 | SOMERA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31778 | OHN | 1 | 00–11646 | CANONIZADO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31938 | OHN | 1 | 95–10849 | HOWELL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31812 | OHN | 1 | 95–10999 | RODRIGUEZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31923 | OHN | 1 | 95–11210 | LACAYO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32107 | OHN | 1 | 95–11368 | GIRONA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31918 | OHN | 1 | 95–12484 | ROGERS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31889 | OHN | 1 | 95–12839 | VANLOO v. AC PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31856 | OHN | 1 | 95–12853 | MARTINEZ et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–32103 | OHN | 1 | 95–13015 | BUCKEL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31890 | OHN | 1 | 95–13054 | BELT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31867 | OHN | 1 | 95–13407 | HANLY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32105 | OHN | 1 | 95–14236 | SELLERS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31939 | OHN | 1 | 95–15063 | BULLWINKEL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32079 | OHN | 1 | 96–10069 | FOSTER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32113 | OHN | 1 | 96–11309 | RAMSEY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31826 | OHN | 1 | 96–12006 | COHEN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31933 | OHN | 1 | 96–12107 | SISTO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32090 | OHN | 1 | 96–12532 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | KIBSGAARD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32076 | OHN | 1 | 96–12570 | MORAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31870 | OHN | 1 | 96–12579 | GONSALVES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31884 | OHN | 1 | 96–12940 | HAINER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31746 | OHN | 1 | 96–12952 | BARTEL (BOOTH) v. A–C PRODUCT LAIBILITY TRUST et al |
| PAE | 2 | 11–31936 | OHN | 1 | 96–13259 | DUNN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31860 | OHN | 1 | 96–14080 | LOPEZ et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–31765 | OHN | 1 | 96–14577 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32066 | OHN | 1 | 96–15154 | ORTIZ et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31969 | OHN | 1 | 96–15413 | PONCE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32004 | OHN | 1 | 96–15594 | SANTOS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31965 | OHN | 1 | 97–10145 | KIRKER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31979 | OHN | 1 | 97–10629 | JACKSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31786 | OHN | 1 | 97–10911 | YOUSSEF v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32081 | OHN | 1 | 97–11037 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31801 | OHN | 1 | 97–11916 | LEMOS et al v. A–C PRODUCT LIABIILITY TRUST et al |
| PAE | 2 | 11–31995 | OHN | 1 | 97–12351 | RIGGINS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32023 | OHN | 1 | 97–13119 | MASSIAH v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31752 | OHN | 1 | 97–13454 | KELLY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31777 | OHN | 1 | 98–10189 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31791 | OHN | 1 | 98–10401 | COSTA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31766 | OHN | 1 | 98–11147 | TURNER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31755 | OHN | 1 | 98–11630 | ABARE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31994 | OHN | 1 | 98–12378 | MORALES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31756 | OHN | 1 | 98–13457 | LENNERTZ et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31781 | OHN | 1 | 98–14585 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31780 | OHN | 1 | 99–10309 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | MANUEL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31762 | OHN | 1 | 99–10676 | FREE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31768 | OHN | 1 | 99–10707 | ALVAREZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31761 | OHN | 1 | 99–12144 | FENCER v. A–C PRODUCT LIABILITY TRUST et al |