# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                          MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 29, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                    MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–32365 | OHN | 1 | 95–10987 | GACHETTE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32280 | OHN | 1 | 95–11484 | HOBSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32485 | OHN | 1 | 95–11485 | HOOPER et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–32300 | OHN | 1 | 95–11491 | JORDAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32157 | OHN | 1 | 95–11870 | AHLES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32235 | OHN | 1 | 95–12091 | RIVERA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32375 | OHN | 1 | 95–12289 | CREMERS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32195 | OHN | 1 | 95–12351 | OH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32178 | OHN | 1 | 95–12772 | ENNA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32415 | OHN | 1 | 95–12824 | ESPINIA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32363 | OHN | 1 | 95–13060 | WAURIN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32519 | OHN | 1 | 95–13090 | HOKR et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32311 | OHN | 1 | 95–13093 | HAUBER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32160 | OHN | 1 | 95–13250 | HAMILTON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32250 | OHN | 1 | 95–13345 | WILLIAMS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32272 | OHN | 1 | 95–13352 | SHEA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32491 | OHN | 1 | 95–13428 | JENKINS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32337 | OHN | 1 | 95–13508 | BOUCHARD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32523 | OHN | 1 | 95–13659 | PAYNE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32228 | OHN | 1 | 95–13917 | BOYER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32374 | OHN | 1 | 95–14208 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | PEKARSKI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32345 | OHN | 1 | 95–14863 | HARPER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32189 | OHN | 1 | 96–10325 | CARPENTER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32475 | OHN | 1 | 96–10499 | KIEFER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32412 | OHN | 1 | 96–10634 | GOFORTH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32197 | OHN | 1 | 96–11136 | JONES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32191 | OHN | 1 | 96–11141 | HOY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32517 | OHN | 1 | 96–11148 | BOYLE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32301 | OHN | 1 | 96–11354 | CULP et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32173 | OHN | 1 | 96–11383 | RUSHING et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32226 | OHN | 1 | 96–11402 | TUCKER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32341 | OHN | 1 | 96–11516 | BRENNAN et al v. A–C PRODUCT LIABILTY TRUST et al |
| PAE | 2 | 11–32298 | OHN | 1 | 96–11970 | BENNETT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32299 | OHN | 1 | 96–12234 | GRAFF et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32130 | OHN | 1 | 96–12320 | CANAYNAY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32128 | OHN | 1 | 96–12468 | POYADOU et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32420 | OHN | 1 | 96–12637 | WILLIAMS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32297 | OHN | 1 | 96–12835 | DINGILLO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32354 | OHN | 1 | 96–13199 | LAMB v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32362 | OHN | 1 | 96–13298 | LIKIARDOPOULOS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32129 | OHN | 1 | 96–13311 | HOLMES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32503 | OHN | 1 | 96–13557 | CASAVAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32159 | OHN | 1 | 96–13740 | RIVERS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32176 | OHN | 1 | 96–13882 | CASES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32386 | OHN | 1 | 96–15640 | JOHNSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32383 | OHN | 1 | 96–15863 | DE VRIES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32477 | OHN | 1 | 96–15887 | |

|     |   |         |     |   |          |                                             |
|-----|---|---------|-----|---|----------|---------------------------------------------|
|     |   |         |     |   |          | MOORE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32308 | OHN | 1 | 97–12372 | WARD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32543 | OHN | 1 | 98–11963 | PEELE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32171 | OHN | 1 | 98–13734 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |