# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Product Liability Litigation (No. VI)

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Defendant Dana Companies, LLC

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Ray Franklin; USDC-N.D. ALA. Case No.1:11-CV-2731; Circuit Court, Calhoun County, Alabama CV 2011:153

*********************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 12/31/2014 | Evelyn F. Davis |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

Evelyn F. Davis, 4000 Sun Trust Plaza, 303 Peachtree Street NE, Atlanta, GA 30308-3243

Telephone No.: 404-614-7400         Fax No.: 404-614-7500

Email Address: edavis@hptylaw.com

---

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) | CONSOLIDATED UNDER MDL DOCKET NO. 875 |

| | | |
|---|---|---|
| DONNA FRANKLIN, Administratrix of the Estate of RAY FRANKLIN, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | E.D. PA. CASE NO. 2:11-CV-67659 |
| versus | ) ) | Transferred from USDC-N.D. ALA. CASE NO. 1:11-cv-02731 |
| DANA COMPANIES, LLC et al., | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

In Compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby on the 31st day of December 2014, electronically filed the foregoing with the Clerk of the JPML using the CM/ECF system which will send notification of such filing to all counsel of record.


Steve R. Morris Law
P.O. Box 814
Wedowee, Alabama 36201
Email Address: SteveMorrisLaw@Yahoo.com
**Counsel for Plaintiff**

Thomas J. Knight
**Hubbard & Knight**
1125 Noble Street
Anniston, Alabama 36201
Telephone: (256) 237-9586
Email Address: hubbardknight@msn.com
**Counsel for Plaintiff**

Dated this 2nd day of January 2014

*Respectfully submitted,*

/s/ Evelyn F. Davis
Evelyn F. Davis (FLE 019)
AL Bar No. ASB-1485-C19E
**HAWKINS PARNELL THACKSTON & YOUNG** LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
404-614-7400 (telephone)
404-614-7500 (facsimile)
edavis@hptylaw.com
**Counsel for Defendant Dana Companies, LLC, f/k/a Dana Corporation.**