# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __875__ & TITLE - IN RE: __Asbestos Product Liability Litigation (No. VI)__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Ray Franklin v. Dana Companies, LLC et al., Defendants, Eastern District of PA

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Dana Companies, LLC__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_Evelyn F. Nair_
Signature of Attorney

Hawkins Parnell Thackston & Young, LLP
Name of Firm

303 Peachtree St. NE, Suite 4000
Address

Atlanta, GA 30308-3243
City/State/Zip Code

Date __12/31/14__

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | CONSOLIDATED UNDER MDL DOCKET NO. 875 |
| DONNA FRANKLIN, Administratrix of the Estate of RAY FRANKLIN, deceased, Plaintiff, versus DANA COMPANIES, LLC et al., Defendants. | E.D. PA. CASE NO. 2:11-CV-67659  Transferred from USDC-N.D. ALA. CASE NO. 1:11-cv-02731 |

## CERTIFICATE OF SERVICE

In Compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby on the 31st day of December 2014, electronically filed the foregoing with the Clerk of the JPML using the CM/ECF system which will send notification of such filing to all counsel of record.

Steve R. Morris Law
P.O. Box 814
Wedowee, Alabama 36201
Email Address: SteveMorrisLaw@Yahoo.com
**Counsel for Plaintiff**

Thomas J. Knight
**Hubbard & Knight**
1125 Noble Street
Anniston, Alabama 36201
Telephone: (256) 237-9586
Email Address: hubbardknight@msn.com
**Counsel for Plaintiff**

Dated this 2nd day of January 2014

*Respectfully submitted,*

/s/ Evelyn F. Davis
Evelyn F. Davis (FLE 019)
AL Bar No. ASB-1485-C19E
**HAWKINS PARNELL THACKSTON & YOUNG** LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
404-614-7400 (telephone)
404-614-7500 (facsimile)
edavis@hptylaw.com
**Counsel for Defendant Dana Companies, LLC, f/k/a Dana Corporation.**