BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
_____
IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | CONSOLIDATED UNDER |
| LIABILITY LITIGATION (NO. VI) | ) | MDL DOCKET NO. 875 |

| | | |
|---|---|---|
| **DONNA FRANKLIN,** | ) | |
| **Administratrix of the Estate of** | ) | |
| **RAY FRANKLIN, deceased,** | ) | |
| | ) | E.D. PA. CASE NO. 2:11-CV-67659 |
| Plaintiff, | ) | |
| | ) | Transferred from USDC-N.D. ALA. |
| versus | ) | CASE NO. 1:11-cv-02731 |
| | ) | |
| **DANA COMPANIES, LLC,** *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

_____

### DEFENDANT DANA COMPANIES' MOTION TO VACATE
### CONDITIONAL REMAND ORDER

Pursuant to Rule 10.2(e) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant Dana Companies, LLC, f/k/a Dana Corporation (hereinafter "Dana"), hereby moves the Panel to vacate the Conditional Remand Order entered in this case on December 10, 2014. (JPML Doc. 9845). Dana opposes the Conditional Remand Order for the following reasons:

1. Dana needs to conduct expert discovery in the instant case. Under the Scheduling Order entered in this case, discovery ended before the parties' expert reports were due, and thus the parties did not have an opportunity to conduct discovery regarding the opinions expressed in the expert reports.

2. Dana recently discovered that Plaintiff Donna Franklin, individually and as personal representative of the Estate of Ray Franklin, filed a separate action in the Circuit Court of Calhoun County, Alabama: *Donna Franklin, Individually and as Personal Representative of the Estate of Ray Franklin, Deceased v. Caterpillar Incorporated et al.*, Case No. 11-CV-2013-900183.00.  That second action, which is now pending in the United States District Court for the Northern District of Alabama as *Donna Franklin, Individually and as Personal Representative of the Estate of Ray Franklin, Deceased v. Caterpillar Incorporated et al.*, Case No. 1:13-0088-KOB, seeks damages for the same claims asserted in the instant case.  Plaintiff did not disclose that second action in the instant case, in contravention of MDL 875 Administrative Order 12's requirements. Dana needs to bring the existence of that second action to the Court's attention in MDL 875, and also needs to conduct discovery regarding that action.

3. Dana also plans to request updates of Plaintiff's responses to Defendants' interrogatories and requests to produce, as Plaintiff served those responses over three (3) years ago.

Dana's grounds for opposing the Conditional Remand Order are further explained and supported in Defendant Dana Companies' Brief in Support of Motion to Vacate Conditional Remand Order, filed contemporaneously herewith.

WHEREFORE, for the reasons set forth above and in Defendant Dana Companies' Brief in Support of Motion to Vacate Conditional Remand Order, Defendant Dana Companies, LLC, respectfully moves the Panel to vacate the Conditional Remand Order.

Respectfully submitted this 2nd day of January, 2015.

        **HAWKINS PARNELL THACKSTON & YOUNG LLP**

        */s/ Evelyn F. Davis*
        Evelyn F. Davis (FLE 019)
        Alabama Bar No. ASB-1485-C19E
        edavis@hptylaw.com
        Catherine A. McCormack (MCC 177)
        Alabama Bar No. ASB-5582-l163M
        cmcormack@hptylaw.com
        4000 SunTrust Plaza
        303 Peachtree Street NE
        Atlanta, GA 30308-3243
        404-614-7400 (telephone)
        404-614-7500 (facsimile)

        Counsel for Defendant Dana Companies, LLC, f/k/a Dana Corporation