# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                      MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 05, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                                    MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–32605 | OHN | 1 | 00–11201 | MOREHOUSE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31560 | OHN | 1 | 01–10294 | KOACHWAY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32636 | OHN | 1 | 86–04283 | BUREAU et al v. CLEVELAND CLIFFS S.S. COMPANY et al |
| PAE | 2 | 11–32627 | OHN | 1 | 89–15644 | WILSON et al v. ACANDS, INC. et al |
| PAE | 2 | 11–31300 | OHN | 1 | 93–13632 | ROSARIO et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31076 | OHN | 1 | 94–10057 | SORACE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31096 | OHN | 1 | 94–11394 | VILLANUEVA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31516 | OHN | 1 | 94–13370 | GRANMO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31084 | OHN | 1 | 95–10723 | THOMPSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32576 | OHN | 1 | 95–11934 | VAGIANOS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32248 | OHN | 1 | 95–12195 | HAJKOWSKI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32241 | OHN | 1 | 95–12369 | TILLMON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32283 | OHN | 1 | 95–12475 | AZIZ et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31866 | OHN | 1 | 95–12502 | MAAS, JR. et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31899 | OHN | 1 | 95–12505 | GARRIGA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32338 | OHN | 1 | 95–12573 | REID et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32325 | OHN | 1 | 95–12640 | MAHONEY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31944 | OHN | 1 | 95–12861 | TAYLOR et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32533 | OHN | 1 | 95–13165 | DAMS, JR. et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32279 | OHN | 1 | 95–13485 | DEAK et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32245 | OHN | 1 | 95–13548 | COLEMAN et al v. A–C PRODUCT LIABILITY TRUST et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–31932 | OHN | 1 | 95–13843 | ARMITAGE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32511 | OHN | 1 | 95–14164 | OBREGON–CALEZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32351 | OHN | 1 | 95–14253 | HEWITT v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32661 | OHN | 1 | 95–14395 | CASE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32151 | OHN | 1 | 95–14570 | HALPERN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32146 | OHN | 1 | 95–14915 | PRICE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32535 | OHN | 1 | 96–10519 | LIVRAMENTO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32198 | OHN | 1 | 96–10681 | OVERSTREET et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32109 | OHN | 1 | 96–10705 | PELLICORI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32602 | OHN | 1 | 96–11312 | BARKOSKIE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31844 | OHN | 1 | 96–11436 | VINCI et al v. A–C PROUDCT LIABILITY TRUST et al |
| PAE | 2 | 11–31931 | OHN | 1 | 96–11476 | VILLANUEVA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32582 | OHN | 1 | 96–12034 | DUNLAP et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32367 | OHN | 1 | 96–12226 | MARKESON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32148 | OHN | 1 | 96–12353 | BAILEY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32588 | OHN | 1 | 96–12577 | HILL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31953 | OHN | 1 | 96–13247 | BRANCH v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31948 | OHN | 1 | 96–13386 | DIAZ–HERNANDEZ et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31499 | OHN | 1 | 96–13793 | FRIED et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31875 | OHN | 1 | 96–14480 | BENEDICT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31500 | OHN | 1 | 96–15811 | GABRIELSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31747 | OHN | 1 | 97–11507 | HAMILTON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32108 | OHN | 1 | 97–11589 | JONES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31547 | OHN | 1 | 97–12275 | JOHNSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31216 | OHN | 1 | 97–12307 | O'DAY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31580 | OHN | 1 | 97–14228 | LUDWIG et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31124 | OHN | 1 | 97–14925 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | OGURA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31214 | OHN | 1 | 98–12138 | SIAROT v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31207 | OHN | 1 | 98–13623 | FOSTER et al v. A–C PRODUCT LIABLITY TRUST et al |