UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & Title-IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO.VI)

*Donna Franklin, Administratix of the Estate of RAY FRANKLIN v. Dana Companies, LLC, et al.,* In the Eastern District of Pennsylvania, Case No. 2:11-cv-67659 (Transferred from the Northern District of Alabama, Case No. 2:11-cv-02731)

### AMENDED CERTIFICATE OF SERVICE
(Dana Companies, LLC's Motion and Brief in Support of
Motion to Vacate Conditional Remand Order )

In Compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby on the 2nd day of January 2015, electronically filed the foregoing with the Clerk of the JPML using the CM/ECF system which will send notification of such filing to all counsel of record.

**Served via US Mail**
J. Bentley Owens, III
**Starnes & Atchison LLP**
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

Steve R. Morris Law
P.O. Box 814
Wedowee, Alabama 36201
Email Address: SteveMorrisLaw@Yahoo.com
**Counsel for Plaintiff**

Thomas J. Knight
**Hubbard & Knight**
1125 Noble Street
Anniston, Alabama 36201
Telephone: (256) 237-9586
Email Address: hubbardknight@msn.com
**Counsel for Plaintiff**

Dated this 5th day of January 2015

*Respectfully submitted,*

/s/ Evelyn F. Davis
Evelyn F. Davis (FLE 019)
AL Bar No. ASB-1485-C19E
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
404-614-7400 (telephone)
404-614-7500 (facsimile)
edavis@hptylaw.com
**Counsel for Defendant Dana Companies, LLC, f/k/a Dana Corporation**