BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: ASBESTOS PRODUCTS** | ) | **CONSOLIDATED UNDER** |
| **LIABILITY LITIGATION (NO. VI)** | ) | **MDL DOCKET NO. 875** |

_____

| | | |
|---|---|---|
| **DONNA FRANKLIN,** | ) | |
| **Administratrix of the Estate of** | ) | |
| **RAY FRANKLIN, deceased,** | ) | |
| | ) | **E.D. PA. CASE NO. 2:11-CV-67659** |
| **Plaintiff,** | ) | |
| | ) | **Transferred from USDC-N.D. ALA.** |
| versus | ) | **CASE NO. 1:11-cv-02731** |
| | ) | |
| **DANA COMPANIES, LLC** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

### AMENDED CERTIFICATE OF SERVICE
### (PLEADING #9893)

      I hereby certify that on December 31, 2014, I electronically filed the foregoing with the Clerk of the Court, and emailed or mailed by U.S. Mail, copies of the following:

**Served via US Mail**
J. Bentley Owens, III
**Starnes & Atchison LLP**
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

Steve R. Morris Law
P.O. Box 814
Wedowee, Alabama 36201
Email Address: SteveMorrisLaw@Yahoo.com
**Counsel for Plaintiff**

Thomas J. Knight
**Hubbard & Knight**
1125 Noble Street
Anniston, Alabama 36201
Telephone: (256) 237-9586
Email Address: hubbardknight@msn.com
**Counsel for Plaintiff**

Dated this 2nd day of January 2014

          *Respectfully submitted,*

          /s/ Evelyn F. Davis
          Evelyn F. Davis (FLE 019)
          AL Bar No. ASB-1485-C19E
          **HAWKINS PARNELL THACKSTON & YOUNG LLP**
          4000 SunTrust Plaza
          303 Peachtree Street NE
          Atlanta, GA 30308-3243
          404-614-7400 (telephone)
          404-614-7500 (facsimile)
          edavis@hptylaw.com
          **Counsel for Defendant Dana Companies, LLC, f/k/a Dana Corporation.**