UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL No. 875 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 06, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASPESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)            MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–43208 | OHN | 1 | 00–10126 | TEDMORE v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–38115 | OHN | 1 | 00–10179 | DIAZ v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–33768 | OHN | 1 | 00–10672 | LENTZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33730 | OHN | 1 | 87–01568 | MILLER v. ARUNDEL CORPORATION et al |
| PAE | 2 | 11–33726 | OHN | 1 | 89–10972 | DOMENECH et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33831 | OHN | 1 | 90–10477 | HARRIS v. ACANDS, INC. et al |
| PAE | 2 | 11–33782 | OHN | 1 | 90–10692 | RODRIGUES et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33860 | OHN | 1 | 90–10858 | HURLEY et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33839 | OHN | 1 | 93–10655 | HENDERSON et al v. BATTERY STEAMSHIP CORP. et al |
| PAE | 2 | 11–33759 | OHN | 1 | 93–11160 | LASSITER et al v. AMERADA HESS CORP. et al |
| PAE | 2 | 11–33737 | OHN | 1 | 93–11769 | SANTO et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33868 | OHN | 1 | 93–11866 | FLOWERS v. AMERICAN PRESIDENT LINES LTD. et al |
| PAE | 2 | 11–33777 | OHN | 1 | 93–12250 | DIAZ et al v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–33775 | OHN | 1 | 93–12581 | CAPESTANI et al v. AMERICAN EXPORT LINES, INC. et al |
| PAE | 2 | 11–33755 | OHN | 1 | 93–13530 | BAGIUT et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33855 | OHN | 1 | 93–13702 | REDMON et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33866 | OHN | 1 | 93–13824 | BUTLER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33820 | OHN | 1 | 93–14090 | MEDINA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33819 | OHN | 1 | 94–10698 | NOTINE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–58475 | OHN | 1 | 94–11009 | WHEELER et al v. FOSTER WHEELER COMPANY |
| PAE | 2 | 11–33741 | OHN | 1 | 94–11147 | THOMAS v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33736 | OHN | 1 | 94–13578 | CHEONG et al v. A–C PRODUCT LIABILITY TRUST et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–33813 | OHN | 1 | 94–13816 | PARKER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–58392 | OHN | 1 | 94–14006 | BROWN v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–56806 | OHN | 1 | 95–11103 | PEREZ v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–33942 | OHN | 1 | 95–11798 | WALKER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33784 | OHN | 1 | 95–11879 | BENITEZ et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–56004 | OHN | 1 | 95–11955 | ODON v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–44004 | OHN | 1 | 95–12098 | RHODES v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–55758 | OHN | 1 | 95–12841 | HUGHES et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–55759 | OHN | 1 | 95–12862 | SMITH v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–33823 | OHN | 1 | 95–13544 | SCHMIDHAUSLER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33771 | OHN | 1 | 95–14760 | COLAIANNI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33772 | OHN | 1 | 96–10222 | OWEN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33950 | OHN | 1 | 96–11065 | BARTEL v. APEX MARINE CORP., Et. Al. |
| PAE | 2 | 11–33742 | OHN | 1 | 96–11097 | DONIGER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33822 | OHN | 1 | 96–12173 | GENNINGER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33938 | OHN | 1 | 96–12677 | JONES v. A–C PRODUCT LIABLITY TRUST et al |
| PAE | 2 | 11–56766 | OHN | 1 | 96–12790 | AUDAIN v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–36547 | OHN | 1 | 96–14161 | ALLEN v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–56555 | OHN | 1 | 96–14452 | MILLER v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–56597 | OHN | 1 | 96–14750 | MILLER v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–56598 | OHN | 1 | 96–14751 | MILLER v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–33790 | OHN | 1 | 96–15009 | MATTHEWS v. A–C PRODUCT LIABILTY TRUST et al |
| PAE | 2 | 11–33770 | OHN | 1 | 97–11080 | BARTON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33786 | OHN | 1 | 97–14092 | MILLER v. A–C PRODUCT LIABILTY TRUST et al |
| PAE | 2 | 11–33785 | OHN | 1 | 98–10077 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33756 | OHN | 1 | 98–12670 | ROOT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33816 | OHN | 1 | 98–13452 | MCCOTTER v. A–C PRODUCT LIABILITY TRUST et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–57135 | OHN | 1 | 98–13977 | MILLER v. A–C PRODUCT LIABILITY TRUST |