IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS         :   Consolidated Under
LIABILITY LITIGATION (No. VI)    :   MDL DOCKET NO. 875
                                 :
VARIOUS PLAINTIFFS               :   Transferred from the Northern
                                 :   District of Ohio
    v.                           :
                                 :   Certain "MARDOC" cases listed
VARIOUS DEFENDANTS               :   on Exhibit "A," attached

### MARDOC SUGGESTION OF REMAND (No. 15)

**AND NOW**, this **14th** day of **January, 2015**, it is hereby **ORDERED** that, upon review of the cases listed in Exhibit "A," attached, and based on the factors identified in the Court's Administrative Order No. 18, No. 01-875 (E.D. Pa. April 30, 2009), ECF No. 6197, the Court finds that:

   a.) Plaintiffs have complied with MDL 875 Administrative Order No. 25, No. 02-875 (E.D. Pa. June 23, 2013), ECF No. 2614.

   b.) The parties have completed their obligations under the Rule 16 orders issued by the Court (see No. 02-875, ECF Nos. 594-600).

   c.) All discovery has been completed.

   d.) The Court has adjudicated all outstanding motions, including dispositive motions.

   e.) Rule 18 settlement discussions have been exhausted in the transferee court. Some of the parties have

        indicated that additional settlement discussions may be beneficial after the case is remanded to the transferor court.

f.) The Court finds that the cases are prepared for trial without delay once on the transferor court's docket, subject to any trial-related motions in limine (including Daubert challenges).

g.) The remaining viable defendants for trial in each case, according to Plaintiffs, are listed in Exhibit "B," attached.

h.) The Court issued an opinion on punitive damages on July 9, 2014 (see No. 02-875, ECF No. 4376). Any punitive damages claims that remain in an individual case are also remanded to the transferor court.[1]

Accordingly, the Court **SUGGESTS** that the cases listed in Exhibit "A," attached, be **REMANDED** to the United States

---

[1] On the Court's "land-based" docket, the MDL 875 Court has severed and retained most claims for punitive damages prior to the cases being remanded to the transferor courts. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); see also In re Roberts, 178 F.3d 181 (3d Cir. 1999). The maritime docket (MARDOC) has proceeded along a different track. See Sanchez v. Various Defendants, No. 02-875, 2014 WL 3353044, at *1 (E.D. Pa. July 9, 2014) (Robreno, J.). All remaining MARDOC cases should be closed or remanded in the near future. Accordingly, the Court deems it appropriate to remand all remaining claims in each of the MARDOC cases.

2

District Court for the **Northern District of Ohio** for resolution of all matters pending within each case.

Alternatively, the parties in each case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, on a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated as to that case.

It is further **ORDERED** that all viable (non-bankrupt) defendants who are not identified in Exhibit "B" as a pending defendant in each case are **DISMISSED** from the respective case(s).

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**

## SUGGESTION OF REMAND MEMORANDUM
Updated November 24, 2014

**To:** Transferor Judge
**From:** Judge Eduardo C. Robreno, Presiding Judicial Officer, MDL 875
**Re:** Asbestos case that has been transferred to your court

---

### Status of the case that has been transferred from the Eastern District of Pennsylvania

This case has been transferred back to the transferor court, from the MDL 875 Court in the Eastern District of Pennsylvania.

Cases that are remanded to transferor courts are ordinarily ready for trial, pursuant to this Court's Administrative Order No. 18 (see http://www.paed.uscourts.gov/mdl875d.asp).

Specific information regarding the history of a specific case while it was in the MDL 875 Court can be found in the Suggestion of Remand (above) that the MDL Court submitted to the Judicial Panel on Multidistrict Litigation in connection with its Order.

### History of MDL 875, In re: Asbestos Products Liability Litigation

MDL 875, In re: Asbestos Products Liability Litigation, involves issues relating to personal injury damages caused by asbestos products. It currently consists of about 3,000 cases transferred by the Judicial Panel on Multidistrict Litigation, which has been transferring cases to the Eastern District of Pennsylvania since 1991. Each case typically consists of claims by multiple plaintiffs against multiple defendants. Since its inception, the litigation has involved more than 100,000 cases and up to ten million claims, including land-based and maritime claims ("MARDOC").

Beginning with Administrative Order No. 12 (see http://www.paed.uscourts.gov/mdl875d.asp) in 2008, the Court initiated an aggressive, pro-active policy to facilitate the processing of cases. The policy involves giving newly transferred cases scheduling orders; setting cases for settlement conferences; having motion hearings; and remanding trial-ready cases to transferor courts, or, in the alternative, holding trials in the Eastern District of Pennsylvania (if so requested by the parties). Administrative Order No. 25 serves the same purpose for MARDOC cases.

### Resources available for transferor courts on the MDL 875 website

More information about the history of MDL 875 can be found on the Eastern District of Pennsylvania's MDL 875 website at http://www.paed.uscourts.gov/mdl875a.asp. Additionally, all Administrative Orders issued in this litigation (including current Orders and those no longer in effect) can be found at http://www.paed.uscourts.gov/mdl875d.asp.

Also on the website is an Excel spreadsheet of all decisions issued by the Presiding Officer on

substantive and procedural matters since 2008 (see http://www.paed.uscourts.gov/mdl875n.asp). This spreadsheet is updated regularly, and it can be sorted by jurisdiction, case caption, subject matter, party name, etc. It is also word searchable. The MDL-875 Court intends this spreadsheet to be a helpful resource for transferor courts addressing issues similar to those already addressed by the MDL-875 Court.

Other options available to assist the Transferor Court with legal research include searchable databases created by LexisNexis and Westlaw. Directions on how to access these databases can be found on http://www.paed.uscourts.gov/mdl875n.asp.

**Contact information for the MDL 875 Court**

The MDL 875 Court is ready, willing and able to assist the transferor court with any matters relating to the transfer of the case or any substantive or procedural issues that may arise.

You may contact the Presiding Judicial Officer (Judge_Eduardo_Robreno@paed.uscourts.gov), the MDL 875 law clerk (Christopher_Lucca@paed.uscourts.gov or (267) 299-7422), or the Clerk's Office ((267) 299-7012)) for further assistance.

**Additional information pertaining to MDL 875**

The Presiding Judicial Officer has written an extensive article on the history and current status of MDL 875 which may be helpful to the transferor judge. See Hon. Eduardo C. Robreno, The Federal Asbestos Product Liability Multidistrict Litigation (MDL 875): Black Hole or New Paradigm?, 23 Widener L.J. 97 (2014). The article can be found on Westlaw, or a PDF copy of the article can be provided by contacting the MDL 875 law clerk.

**Exhibit A**

| PA-E Case Number | Caption | OH-N Case Number |
|---|---|---|
| 2:09-cv-30270-ER | VETSIKAS v. A-C PRODUCT LIABILITY TRUST et al | 00-12258 |
| 2:09-cv-91137-ER | BARTEL (CLEMENTS) et al v. A-C PRODUCT LIABILITY TRUST et al | 05-10013 |
| 2:09-cv-91139-ER | BARTEL (DICKERSON) et al v. A-C PRODUCT LIABILITY TRUST et al | 05-10015 |
| 2:09-cv-91157-ER | BARTEL (FRASER) et al v. A-C PRODUCT LIABILITY TRUST et al | 06-10004 |
| 2:09-cv-91173-ER | PEEBLES (GARZIO) v. BARTEL et al | 07-10008 |
| 2:09-cv-91200-ER | PEEBLES (O'HARA) et al v. A-C PRODUCT LIABILITY TRUST et al | 08-10007 |
| 2:10-cv-30028-ER | PERNA v. A-C PRODUCT LIABILITY TRUST et al | 01-10619 |
| 2:10-cv-30036-ER | MILLER v. A-C PRODUCT LIABILITY TRUST et al | 01-10627 |
| 2:10-cv-30040-ER | MILLER v. A-C PRODUCT LIABILITY TRUST et al | 01-10631 |
| 2:10-cv-30044-ER | MILLER v. A-C PRODUCT LIABILITY TRUST et al | 01-10635 |
| 2:10-cv-30068-ER | PARRISH v. A-C PRODUCT LIABILITY TRUST et al | 01-10659 |
| 2:10-cv-30168-ER | BARTEL (ANDERSON) et al v. A-C PRODUCT LIABILITY TRUST et al | 01-11135 |
| 2:10-cv-30186-ER | BARTEL et al v. A-C PRODUCT LIABILITY TRUST et al | 01-11153 |
| 2:10-cv-30191-ER | MILLER v. A-C PRODUCT LIABILITY TRUST et al | 01-11158 |
| 2:10-cv-30198-ER | MILLER v. A-C PRODUCT LIABILITY TRUST et al | 02-10000 |
| 2:10-cv-30207-ER | AMMAR v. A-C PRODUCT LIABILITY TRUST et al | 02-10009 |
| 2:10-cv-30212-ER | BARTEL (MCLEAN) et al v. A-C PRODUCT LIABILITY TRUST et al | 02-10014 |
| 2:10-cv-30246-ER | DIXON v. A-C PRODUCT LIABILITY TRUST et al | 02-10048 |
| 2:10-cv-30281-ER | LALONDE v. A-C PRODUCT LIABILITY TRUST et al | 02-10083 |
| 2:10-cv-30602-ER | MAXIMO v. A-C PRODUCT LIABILITY TRUST et al | 01-10972 |
| 2:10-cv-30663-ER | MILLER v. A-C PRODUCT LIABILITY TRUST et al | 01-10845 |
| 2:10-cv-30779-ER | YAHYA v. A-C PRODUCT LIABILITY TRUST et al | 02-10221 |
| 2:10-cv-30916-ER | BARTEL v. PEEBLES et al | 02-10238 |
| 2:10-cv-37497-ER | BARTEL (JONES) et al v. A-C PRODUCT LIABILITY TRUST et al | 97-11215 |
| 2:10-cv-37528-ER | BARTEL (MURRAY) et al v. A-C PRODUCT LIABILITY TRUST et al | 95-14694 |
| 2:10-cv-52329-ER | BOLTON v. A-C PRODUCT LIABILITY TRUST | 96-11438 |
| 2:10-cv-53372-ER | DAVIS v. A-C PRODUCT LIABILITY TRUST | 98-13462 |
| 2:10-cv-60194-ER | ZUPPE v. ALASKA BARGE & TRANSPORT et al | 03-10002 |
| 2:11-cv-30066-ER | DAVIS v. A-C PRODUCT LIABILITY TRUST | 99-12018 |
| 2:11-cv-30070-ER | ABDULLA et al v. A-C PRODUCT LIABILITY TRUST et al | 00-10411 |
| 2:11-cv-30081-ER | ALCANTARA v. A-C PRODUCT LIABILITY TRUST et al | 00-10978 |
| 2:11-cv-30082-ER | ALEXANDER et al v. A-C PRODUCT LIABILITY TRUST et al | 99-10348 |
| 2:11-cv-30088-ER | ALLEN v. A-C PRODUCT LIABLITY TRUST et al | 98-10331 |
| 2:11-cv-30102-ER | ARACRI v. A-C PRODUCT LIABLITY TRUST et al. | 99-12032 |
| 2:11-cv-30114-ER | BAKER et al v. A-C PRODUCT LIABILITY TRUST et al | 00-10930 |
| 2:11-cv-30116-ER | BAKER v. A-C PRODUCT LIABILITY TRUST et al | 98-13317 |
| 2:11-cv-30118-ER | AZULAY et al v. A-C PRODUCT LIABILITY TRUST et al | 97-11862 |
| 2:11-cv-30119-ER | BALTUSKONIS v. FOSTER WHEELER COMPANY et al | 94-12866 |
| 2:11-cv-30124-ER | BARINA et al v. A-C PRODUCT LIABILITY TRUST et al | 94-15151 |
| 2:11-cv-30131-ER | BATISTA et al v. A-C PRODUCT LIABILITY TRUST et al | 97-12054 |
| 2:11-cv-30132-ER | BATURA v. A-C PRODUCT LIABILITY TRUST et al | 98-12433 |
| 2:11-cv-30135-ER | BECKENDORF et al v. A-C PRODUCT LIABILITY TRUST et al | 99-12737 |
| 2:11-cv-30144-ER | BERMUDEZ et al v. FOSTER WHEELER COMPANY et al | 93-13119 |
| 2:11-cv-30145-ER | BERNARD et al v. A-C PRODUCT LIABILITY TRUST et al | 00-10818 |

| 2:11-cv-30155-ER | BLACKBURN v. A-C PRODUCT LIABILITY TRUST | 99-10134 |
| 2:11-cv-30157-ER | BLAKE v. A-C PRODUCT LIABILITY TRUST | 96-14677 |
| 2:11-cv-30161-ER | BODDEN v. A-C PRODUCT LIABILITY TRUST et al | 97-12299 |
| 2:11-cv-30163-ER | BONNER v. A-C PRODUCT LIABILITY TRUST et al | 99-12566 |
| 2:11-cv-30165-ER | BOOKER v. A-C PRODUCT LIABILITY TRUST et al | 95-10259 |
| 2:11-cv-30167-ER | BORDERS v. A-C PRODUCT LIABILITY TRUST | 98-11526 |

## EXHIBIT B

| Civil Action No. | Name | Remand Defendant |
|---|---|---|
| 2:09CV30270 | Vetsikas, Dimitrios | Mobil Oil Corporation |
| | | Arco Marine Inc. |
| | | Atlantic Richfield Co. |
| | | Arco Transportation |
| | | Arco |
| | | Exxon Mobil Corporation |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:09CV91137 | Clements, Joseph A | American Export Lines Inc. |
| | | Trinidad Corporation |
| | | United Fruit Company |
| | | Miss. Valley Barge Line Co. |
| | | New York & Cuba Mail S/S Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:09CV91139 | Dickerson, Paul S | Standard Oil Co. of New Jersey |
| | | Socony Vacuum Oil Company |
| | | Barber Asphalt Corp. |
| | | Exxon Mobil Corporation |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:09CV91157 | Fraser, Colin C | Gatke Corporation |
| | | General Refractories |
| 2:09CV91173 | Garzio, Louis F | Pan American Petroleum |
| | | Pan American Petroleum and Transport Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:09CV91200 | O'Hara, Dale | Gatke Corporation |
| | | General Refractories |
| | | IMO Industries, Inc. |
| | | Chesterton Co., A. W. |

| Civil Action No. | Name | Remand Defendant |
|---|---|---|
| 2:10CV30028 | Perna, Joseph C | Arco Marine Inc. |
| | | Atlantic Richfield Co. |
| | | Arco Transportation |
| | | Arco |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:10CV30036 | Edwards, Charles R | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:10CV30040 | Buckland, John | Mathiasen Tanker Ind. Inc. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:10CV30044 | Parker, Mendal B | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:10CV30068 | Parrish, Garold L | Mathiasen Tanker Ind. Inc. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:10CV30168 | Anderson, Randell | Amoco Oil Co. |
| | | Amoco Shipping Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:10CV30186 | Eason, James H | Gatke Corporation |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:10CV30191 | Woods, Joe | Gatke Corporation |
| | | General Refractories |
| 2:10CV30198 | Yow, Clarence E | Gatke Corporation |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:10CV30207 | Ammar, Garry | J. J. Tennant Co. Oregon |
| | | Gatke Corporation |
| | | General Refractories |
| 2:10CV30212 | McLean, Gerald R | Gatke Corporation |
| | | General Refractories |

| Civil Action No. | Name | Remand Defendant |
|---|---|---|
| 2:10CV30246 | Dixon, Ovelin M | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:10CV30281 | LaLonde, Clair G | Gatke Corporation |
| | | General Refractories |
| 2:10CV30602 | Maximo, Carlos G | Gatke Corporation |
| | | General Refractories |
| 2:10CV30663 | Freidenbloom, John P | Gatke Corporation |
| | | General Refractories |
| 2:10CV30779 | Yahya, Abdo M | American Steamship Co. |
| | | Reiss Steamship Company |
| | | Bell Steamship Company |
| | | Armstrong Steamship Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:10CV30916 | Egan, Charles W | Augusta Towing Co. Inc. |
| | | Gatke Corporation |
| | | General Refractories |
| 2:10CV37497 | Jones, Henry A | United Fruit Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:10CV37528 | Murray, George E | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:10CV52329 | Bolton Jr., Willie | Amoco Shipping Co. |
| | | Gatke Corporation |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:10CV53372 | Davis, David | United Fruit Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:10CV60194 | Zuppe, Thomas A | United Fruit Company |
| | | Barber Asphalt Corp. |
| | | John Crane Inc. |
| | | General Refractories |
| | | IMO Industries, Inc. |
| | | Chesterton Co., A. W. |
| 2:11CV30066 | Davis, Fred L | Gatke Corporation |
| | | General Refractories |
| 2:11CV30070 | Abdulla, Fadel M | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |

| Civil Action No. | Name | Remand Defendant |
|---|---|---|
| 2:11CV30081 | Alcantara, Peter D | Gatke Corporation |
| | | General Refractories |
| 2:11CV30082 | Alexander, George E | Gatke Corporation |
| | | General Refractories |
| 2:11CV30088 | Allen, Willie J | Amoco Shipping Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV30102 | Aracri, Anthony R | Farrell Lines Inc. |
| | | American Export Isbrandtsen |
| | | Mathiasen Tanker Ind. Inc. |
| | | Gatke Corporation |
| | | General Refractories |
| 2:11CV30114 | Baker, Bruce M | United Fruit Company |
| | | Gatke Corporation |
| | | General Refractories |
| 2:11CV30116 | Baker, Kenneth | Natco Company |
| | | North American Trailing Co. |
| | | Natco Limited Partners Lines |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV30118 | Azulay, William D | Amoco Shipping Co. |
| | | Mathiasen Tanker Ind. Inc. |
| | | Gatke Corporation |
| | | General Refractories |
| 2:11CV30119 | Baltuskonis, Thomas | Gatke Corporation |
| | | General Refractories |
| 2:11CV30124 | Reyes Barina, Carmelo | Amoco Shipping Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |

| Civil Action No. | Name | Remand Defendant |
|---|---|---|
| 2:11CV30131 | Batista, Jose W | Moore McCormack Bulk Transport Inc. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV30132 | Batura, Francis | Arco Marine Inc. |
| | | Sun Oil Corp. |
| | | Atlantic Richfield Co. |
| | | Arco Transportation |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV30135 | Beckendorf, Charles J | Standard Oil Co. of Indiana |
| | | Barber Asphalt Corp. |
| | | Gatke Corporation |
| | | General Refractories |
| 2:11CV30144 | Bermudez, Ulises | Pan American Petroleum and Transport Company |
| | | Amoco SS Company |
| | | BP Corporation N.A. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV30145 | Bernard, George N | American Steamship Co. |
| | | Gatke Corporation |
| | | General Refractories |
| 2:11CV30155 | Blackburn, Edward H | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV30157 | Blake Jr., Albert J | Amoco Shipping Co. |
| | | American Oil Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV30161 | Bodden, Nelson M | Amoco Shipping Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV30163 | Bonner, James R | Gatke Corporation |
| | | General Refractories |
| 2:11CV30165 | Booker, Willie | Trinidad Corporation |
| | | Amoco Shipping Co. |
| | | Gatke Corporation |
| | | General Refractories |
| 2:11CV30167 | Borders, Michael | Gatke Corporation |
| | | General Refractories |