UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY<br>LITIGATION (NO. VI) | MDL No. 875 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY  
LITIGATION (NO. VI)                                MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–30070 | OHN | 1 | 00–10411 | ABDULLA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30145 | OHN | 1 | 00–10818 | BERNARD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30114 | OHN | 1 | 00–10930 | BAKER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30081 | OHN | 1 | 00–10978 | ALCANTARA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 09–30270 | OHN | 1 | 00–12258 | VETSIKAS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30028 | OHN | 1 | 01–10619 | PERNA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30036 | OHN | 1 | 01–10627 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30040 | OHN | 1 | 01–10631 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30044 | OHN | 1 | 01–10635 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30068 | OHN | 1 | 01–10659 | PARRISH v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30663 | OHN | 1 | 01–10845 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30602 | OHN | 1 | 01–10972 | MAXIMO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30168 | OHN | 1 | 01–11135 | BARTEL (ANDERSON) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30186 | OHN | 1 | 01–11153 | BARTEL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30191 | OHN | 1 | 01–11158 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30198 | OHN | 1 | 02–10000 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30207 | OHN | 1 | 02–10009 | AMMAR v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30212 | OHN | 1 | 02–10014 | BARTEL (MCLEAN) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30246 | OHN | 1 | 02–10048 | DIXON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30281 | OHN | 1 | 02–10083 | LALONDE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30779 | OHN | 1 | 02–10221 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | YAHYA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30916 | OHN | 1 | 02–10238 | BARTEL v. PEEBLES et al |
| PAE | 2 | 10–60194 | OHN | 1 | 03–10002 | ZUPPE v. ALASKA BARGE & TRANSPORT et al |
| PAE | 2 | 09–91137 | OHN | 1 | 05–10013 | BARTEL (CLEMENTS) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 09–91139 | OHN | 1 | 05–10015 | BARTEL (DICKERSON) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 09–91157 | OHN | 1 | 06–10004 | BARTEL (FRASER) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 09–91173 | OHN | 1 | 07–10008 | PEEBLES (GARZIO) v. BARTEL et al |
| PAE | 2 | 09–91200 | OHN | 1 | 08–10007 | PEEBLES (O'HARA) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30144 | OHN | 1 | 93–13119 | BERMUDEZ et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30119 | OHN | 1 | 94–12866 | BALTUSKONIS v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30165 | OHN | 1 | 95–10259 | BOOKER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–37528 | OHN | 1 | 95–14694 | BARTEL (MURRAY) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–52329 | OHN | 1 | 96–11438 | BOLTON v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30157 | OHN | 1 | 96–14677 | BLAKE v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 10–37497 | OHN | 1 | 97–11215 | BARTEL (JONES) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30118 | OHN | 1 | 97–11862 | AZULAY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30131 | OHN | 1 | 97–12054 | BATISTA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30161 | OHN | 1 | 97–12299 | BODDEN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30124 | OHN | 1 | 97–15151 | BARINA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30088 | OHN | 1 | 98–10331 | ALLEN v. A–C PRODUCT LIABLITY TRUST et al |
| PAE | 2 | 11–30167 | OHN | 1 | 98–11526 | BORDERS v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30132 | OHN | 1 | 98–12433 | BATURA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30116 | OHN | 1 | 98–13317 | BAKER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–53372 | OHN | 1 | 98–13462 | DAVIS v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30155 | OHN | 1 | 99–10134 | BLACKBURN v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30082 | OHN | 1 | 99–10348 | ALEXANDER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30066 | OHN | 1 | 99–12018 | DAVIS v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30102 | OHN | 1 | 99–12032 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ARACRI v. A–C PRODUCT LIABLITY TRUST et al. |
| PAE | 2 | 11–30163 | OHN | 1 | 99–12566 | BONNER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30135 | OHN | 1 | 99–12737 | BECKENDORF et al v. A–C PRODUCT LIABILITY TRUST et al |