UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)          MDL No. 875


(SEE ATTACHED SCHEDULE)


**CONDITIONAL REMAND ORDER**


The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.


FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)  MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–30601 | OHN | 1 | 00–10128 | PALYS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30590 | OHN | 1 | 00–11221 | PABON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30579 | OHN | 1 | 00–12163 | BARTEL(OTT) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30519 | OHN | 1 | 01–10307 | MENDOZA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30391 | OHN | 1 | 01–10439 | GUARIN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30512 | OHN | 1 | 94–10167 | MEDINA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30586 | OHN | 1 | 94–10171 | BARTEL(OSMAN) et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30531 | OHN | 1 | 94–10655 | MOJICA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30460 | OHN | 1 | 94–10876 | ELLIOTT v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30466 | OHN | 1 | 94–11742 | ESTRADA v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30474 | OHN | 1 | 94–11771 | MARRON v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30529 | OHN | 1 | 94–12175 | MIRANDA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30497 | OHN | 1 | 94–12635 | MCDADE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30467 | OHN | 1 | 94–13062 | EVANS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30442 | OHN | 1 | 94–13285 | HOLMES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30415 | OHN | 1 | 94–13386 | HARRIS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30413 | OHN | 1 | 95–10366 | HARRELL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30400 | OHN | 1 | 96–13245 | HAATAJA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30421 | OHN | 1 | 96–13426 | HAZEL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30417 | OHN | 1 | 96–14044 | HART et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30439 | OHN | 1 | 96–14110 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | HILBURN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30600 | OHN | 1 | 96–14333 | BARTEL, ET. AL. v. AMERICAN OVERSEAS MARINE CORP., ET. AL. |
| PAE | 2 | 11–30573 | OHN | 1 | 96–14734 | OLAND v. A–C PRODUCTS LIABILITY TRUST et al |
| PAE | 2 | 11–30561 | OHN | 1 | 96–15805 | NOCEDA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30549 | OHN | 1 | 97–10264 | MULHOLLAND et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30426 | OHN | 1 | 97–10419 | HELLER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30470 | OHN | 1 | 97–10780 | EVERETT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30563 | OHN | 1 | 97–10858 | NORGAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30498 | OHN | 1 | 97–12418 | MCDANIEL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30433 | OHN | 1 | 97–12951 | HERNANDEZ et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30409 | OHN | 1 | 97–13284 | HANSEN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30450 | OHN | 1 | 97–13318 | EASTER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30596 | OHN | 1 | 97–14396 | PAINE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30405 | OHN | 1 | 97–14859 | HAMILTON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30583 | OHN | 1 | 97–14899 | BARTEL(ORTIZ) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30594 | OHN | 1 | 97–15015 | PAGE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30623 | OHN | 1 | 97–15046 | HUGHES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30554 | OHN | 1 | 98–10480 | NAVIA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30420 | OHN | 1 | 98–12495 | HAY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30492 | OHN | 1 | 98–12693 | MCCALL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30487 | OHN | 1 | 98–13024 | MASSULLA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30425 | OHN | 1 | 98–13135 | HEBRANK et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30564 | OHN | 1 | 98–13341 | NORMAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30533 | OHN | 1 | 98–14267 | MONEM v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30624 | OHN | 1 | 98–14626 | HUNTER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30509 | OHN | 1 | 99–10083 | MCKAIG v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30575 | OHN | 1 | 99–10364 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | OLSEN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30435 | OHN | 1 | 99–10807 | HICKS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30475 | OHN | 1 | 99–11169 | BARTEL v. A.W. CHESTERTON CO., ET. AL. |
| PAE | 2 | 11–30456 | OHN | 1 | 99–12685 | EDEN v. A–C PRODUCT LIABILITY TRUST et al |