BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | CONSOLIDATED UNDER |
| LIABILITY LITIGATION (NO. VI) | ) | MDL DOCKET NO. 875 |

| | |
|---|---|
| DONNA FRANKLIN, ) | |
| Administratrix of the Estate of ) | |
| RAY FRANKLIN, deceased, ) | |
| | ) E.D. PA. CASE NO. 2:11-CV-67659 |
| Plaintiff, ) | |
| | ) Transferred from USDC-S.D. ALA. |
| vs. ) | CASE NO. 1:11-CV-2731 |
| | ) |
| DEFENDANT DANA COMPANIES, ) | |
| LLC, F/K/A DANA CORPORATION ) | |
| *ET AL*. ) | |
| | ) |
| Defendants. ) | |

**RESPONSE TO DEFENDANT DANA COMPANY'S MOTION TO VACATE
CONDITIONAL REMAND ORDER**

**NOW COMES** the Plaintiff, Donna Franklin as Administratrix of the Estate of Ray Franklin, deceased, and responds to Defendant Dana Company's Motion to Vacate Conditional Remand Order as follows:

1. Defendant Dana cites the pendency of another proceeding arising out of the death of Mr. Franklin. On information and belief, plaintiff avers that Dana would have had to have known about the other action since the existence of the plaintiff's rights of the other case were revealed in discovery in this case. In fact, during the depositions in this case, the existence of Caterpillar products, for example, was made manifest and it was clear that an action needed to be brought against Caterpillar and

certain other manufacturers. The sole source of the information about those was the discovery depositions in this case, attended by Dana counsel, and the intent to pursue those actions was clearly communicated.

    2.    Plaintiff Donna Franklin has no objection to further discovery, for example, of experts, to take place in the present case and has no objection to Defendant Dana having any information about Caterpillar or the other action that Dana might desire.

    **WHEREFORE** Plaintiff Donna Franklin responds to the Motion to Vacate Conditional Remand Order, filed by Defendant Dana as set forth herein.

    */s/ **Thomas J. Knight***
Thomas J. Knight,
Attorney for Plaintiffs

**OF COUNSEL:**
**HUBBARD & KNIGHT**
1125 Noble Street
Anniston, Alabama 36201
(256) 237-9586
HubbardKnight@MSN.com

Steve R. Morris Law
P.O. Box 814
Wedowee, Alabama 36201
(256) 357-9222
SteveMorrisLaw@Yahoo.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2015, I electronically filed the foregoing with the Clerk of the Court, and emailed or mailed by U.S. Mail, copies to the following:

J. Bentley Owens, III                      ,
STARNES & ATCHISON LLP
100 Brookwood Place
Seventh Floor
P.O. Box 598512
Birmingham, AL 35259

Evelyn F. Davis, Esq.
edavis@hptylaw.com
Catherine A. McCormack, Esq.
cmcormack@hptylaw.com
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
404-614-7400 (telephone)
404-614-7500 (facsimile)
Counsel for Defendant Dana Companies, LLC, f/k/a Dana Corporation


                                              ***/s/ Thomas J. Knight***
                                              Thomas J. Knight,
                                              Attorney for Plaintiffs