UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)            MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–31694 | OHN | 1 | 00–10624 | PEPPARD v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31691 | OHN | 1 | 00–10965 | RUNGE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30936 | OHN | 1 | 00–11405 | RIVERA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33207 | OHN | 1 | 00–11670 | WAYNE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 09–30169 | OHN | 1 | 01–10056 | SANCHEZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 09–30392 | OHN | 1 | 01–10138 | BARTEL (PALERMO) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30605 | OHN | 1 | 01–10975 | SENNA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30765 | OHN | 1 | 02–10202 | BARTEL (LAMB) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30835 | OHN | 1 | 04–10022 | LOW v. A C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 09–91031 | OHN | 1 | 09–10014 | BARTEL (SLAGLE) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33531 | OHN | 1 | 86–01923 | JANG et al v. AMERICAN PRESIDENT LINES LTD. et al |
| PAE | 2 | 11–33572 | OHN | 1 | 91–10163 | HADLEY et al v. BLACK SHIPS INC. et al |
| PAE | 2 | 11–32799 | OHN | 1 | 91–10302 | PACHECO et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33455 | OHN | 1 | 92–11103 | MONGONIA v. LYKES BROS. STEAMSHIP CO. INC. et al |
| PAE | 2 | 11–33339 | OHN | 1 | 92–11337 | VENNING et al v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–33358 | OHN | 1 | 93–10068 | FERNANDEZ et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33349 | OHN | 1 | 93–10158 | MILLER v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33409 | OHN | 1 | 93–10345 | BETANCOURT v. AMERICAN FOREIGN S.S. CORP. et al |
| PAE | 2 | 11–30937 | OHN | 1 | 94–10654 | RIVERA v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30950 | OHN | 1 | 94–10690 | ROUZAN v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30993 | OHN | 1 | 94–11819 | SHERBULA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30958 | OHN | 1 | 94–12428 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ROBINSON et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31628 | OHN | 1 | 94–13283 | ROSELLO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30959 | OHN | 1 | 95–10122 | ROBINSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33379 | OHN | 1 | 95–10294 | PALI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32304 | OHN | 1 | 95–12887 | BOSCH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32884 | OHN | 1 | 95–13063 | KEYS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30941 | OHN | 1 | 95–13203 | MILLER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33595 | OHN | 1 | 95–15018 | KENDALL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32478 | OHN | 1 | 96–12261 | LACHAPPELLE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33509 | OHN | 1 | 96–12813 | LADZINSKI et al v. A–C PRODUCT LIABILTY TRUST et al |
| PAE | 2 | 11–31029 | OHN | 1 | 96–13127 | BACHMAYER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31593 | OHN | 1 | 97–10295 | MCMAHON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33508 | OHN | 1 | 97–10908 | THOMPSON et al v. UNITED STATES LINES INC. REORGANIZATION TRUST et al |
| PAE | 2 | 11–33407 | OHN | 1 | 97–11120 | CANNOLES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30999 | OHN | 1 | 97–13834 | SILLETT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31237 | OHN | 1 | 97–13978 | VALIENTE et al v. A–C PRODUCT LIABLITY TRUST et al |
| PAE | 2 | 11–30953 | OHN | 1 | 97–14188 | ROBERSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–37996 | OHN | 1 | 97–14226 | BARTEL (MORGAN) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30939 | OHN | 1 | 98–10548 | RODRIGUEZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30994 | OHN | 1 | 98–10701 | SHIELDS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30957 | OHN | 1 | 98–10878 | ROBINSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30981 | OHN | 1 | 98–10925 | SAVAGE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31000 | OHN | 1 | 98–11632 | SILVA et al v. A–C PRODUCT LIABILITY TRUST, et al |
| PAE | 2 | 11–30980 | OHN | 1 | 98–13240 | SARGENT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30961 | OHN | 1 | 98–13387 | RODGERS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31627 | OHN | 1 | 98–13781 | AST v. A–C PRODUCT LIABILITY TRUST et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–30948 | OHN | 1 | 98–14245 | ROSEVEARE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31001 | OHN | 1 | 99–10323 | SIMMONS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31699 | OHN | 1 | 99–10838 | SANTIAGO v. A–C PRODUCT LIABILITY TRUST et al |