UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY<br>LITIGATION (NO. VI) | MDL No. 875 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 02, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–30755 | OHN | 1 | 00–10401 | STIRTON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30668 | OHN | 1 | 00–10614 | JOSEPH v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30762 | OHN | 1 | 00–11448 | SULLIVAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30721 | OHN | 1 | 00–11907 | LOGAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30767 | OHN | 1 | 01–10347 | TARRATS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30625 | OHN | 1 | 01–10394 | HUTCHINGS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30835 | OHN | 1 | 01–10547 | WELTY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30798 | OHN | 1 | 93–13680 | VARIZE et al v FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30827 | OHN | 1 | 94–11008 | WATERS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30847 | OHN | 1 | 94–11271 | WILLIAMS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30678 | OHN | 1 | 94–11814 | KING v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30914 | OHN | 1 | 94–11912 | RAGAS v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30775 | OHN | 1 | 94–11942 | THIBODEAUX et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30897 | OHN | 1 | 94–12427 | POLK et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30778 | OHN | 1 | 94–12953 | THOMAS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30731 | OHN | 1 | 94–13355 | MADISON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30698 | OHN | 1 | 94–13883 | LARSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30707 | OHN | 1 | 95–10386 | LEE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30852 | OHN | 1 | 95–12718 | WILRIDGE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30763 | OHN | 1 | 95–14270 | SUMMERS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30638 | OHN | 1 | 96–14012 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | JAP–NGIE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30800 | OHN | 1 | 96–15556 | VASQUEZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30842 | OHN | 1 | 96–15935 | WIKSTROM et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30836 | OHN | 1 | 97–10808 | WESLEY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30867 | OHN | 1 | 97–11802 | WRIGHT v. A–C PRODUCT LIABLITY TRUST et al |
| PAE | 2 | 11–30699 | OHN | 1 | 97–11851 | LARSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30739 | OHN | 1 | 97–12059 | SPANHOFF v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30765 | OHN | 1 | 97–12322 | SUSKA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30824 | OHN | 1 | 97–13662 | WARREN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30761 | OHN | 1 | 97–14124 | SULLIVAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30684 | OHN | 1 | 97–15196 | KRIEG et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30776 | OHN | 1 | 98–01002 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30673 | OHN | 1 | 98–10170 | KELLY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30787 | OHN | 1 | 98–11405 | TRIPALDI v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30869 | OHN | 1 | 98–11681 | YAHYA v. A–C PRODUCT LIABLITY TRUST et al |
| PAE | 2 | 11–30924 | OHN | 1 | 98–12082 | REISER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30919 | OHN | 1 | 98–12524 | RAMOS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30858 | OHN | 1 | 98–13934 | BITTNER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30935 | OHN | 1 | 98–14023 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30687 | OHN | 1 | 98–14549 | KWONG et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30848 | OHN | 1 | 98–14581 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30790 | OHN | 1 | 98–14616 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30636 | OHN | 1 | 98–14718 | JACKSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30712 | OHN | 1 | 98–14756 | LEUNG et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30691 | OHN | 1 | 99–10193 | LACOY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30880 | OHN | 1 | 99–10379 | PEREZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30701 | OHN | 1 | 99–10959 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | LARSON et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30903 | OHN | 1 | 99−12045 | POWERS v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30729 | OHN | 1 | 99−12458 | MADDEN v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30694 | OHN | 1 | 99−12460 | LAMB et al v. A−C PRODUCT LIABILITY TRUST et al |