IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : | Consolidated Under MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS | : : | Transferred from the Northern District of Ohio |
| v. | : | |
| VARIOUS DEFENDANTS | : : | Certain "MARDOC" cases listed in Exhibit "A," attached |

FILED
JAN 22 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### MARDOC SUGGESTION OF REMAND (No. 22)

**AND NOW**, this **22nd** day of **January, 2015**, it is hereby **ORDERED** that, upon review of the cases listed in Exhibit "A," attached, and based on the factors identified in the Court's Administrative Order No. 18, No. 01-875 (E.D. Pa. April 30, 2009), ECF No. 6197, the Court finds that:

- a.) Plaintiffs have complied with MDL 875 Administrative Order No. 25, No. 02-875 (E.D. Pa. June 23, 2013), ECF No. 2614.
- b.) The parties have completed their obligations under the Rule 16 orders issued by the Court (see No. 02-875, ECF Nos. 594-600).
- c.) All discovery has been completed.
- d.) The Court has adjudicated all outstanding motions, including dispositive motions.
- e.) Rule 18 settlement discussions have been exhausted in the transferee court. Some of the parties have

1

      indicated that additional settlement discussions may be beneficial after the case is remanded to the transferor court.

f.) The Court finds that the cases are prepared for trial without delay once on the transferor court's docket, subject to any trial-related motions *in limine* (including Daubert challenges).

g.) The remaining viable defendants for trial in each case, according to Plaintiffs, are listed in Exhibit "B," attached.

h.) The Court issued an opinion on punitive damages on July 9, 2014 (see No. 02-875, ECF No. 4376). Any punitive damages claims that remain in an individual case are also remanded to the transferor court.[1]

Accordingly, the Court **SUGGESTS** that the cases listed in Exhibit "A," attached, be **REMANDED** to the United States

---

[1] On the Court's "land-based" docket, the MDL 875 Court has severed and retained most claims for punitive damages prior to the cases being remanded to the transferor courts. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); see also In re Roberts, 178 F.3d 181 (3d Cir. 1999). The maritime docket (MARDOC) has proceeded along a different track. See Sanchez v. Various Defendants, No. 02-875, 2014 WL 3353044, at *1 (E.D. Pa. July 9, 2014) (Robreno, J.). All remaining MARDOC cases should be closed or remanded in the near future. Accordingly, the Court deems it appropriate to remand all remaining claims in each of the MARDOC cases.

District Court for the **Northern District of Ohio** for resolution of all matters pending within each case.

Alternatively, the parties in each case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, on a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated as to that case.

It is further **ORDERED** that all viable (non-bankrupt) defendants who are not identified in Exhibit "B" as a pending defendant in each case are **DISMISSED** from the respective case(s).

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

Exhibit A

| PA-E Case Number | Caption | OH-N Case Number |
|---|---|---|
| 2:11-cv-30353-ER | DIANGELO et al v. FOSTER WHEELER COMPANY et al | 94-11352 |
| 2:11-cv-30589-ER | OZEN et al v. A-C PRODUCT LIABILITY TRUST et al | 95-10281 |
| 2:11-cv-30823-ER | WARE et al v. FOSTER WHEELER COMPANY et al | 94-12245 |
| 2:11-cv-30978-ER | SANTIAGO et al v. A-C PRODUCT LIABILITY TRUST et al | 95-10150 |
| 2:11-cv-31147-ER | QUINTERO et al v. FOSTER WHEELER COMPANY et al | 94-12065 |
| 2:11-cv-31165-ER | KLASNICH et al v. FOSTER WHEELER COMPANY et al | 94-12397 |
| 2:11-cv-31167-ER | MILLER v. A-C PRODUCTS LIABILITY TRUST et al | 98-14022 |
| 2:11-cv-31169-ER | WILLIAMS v. A-C PRODUCT LIABILITY TRUST et al | 97-14168 |
| 2:11-cv-31176-ER | MILLER et al v. A-C PRODUCT LIABILITY TRUST et al | 95-10175 |
| 2:11-cv-31178-ER | TORRES v. A-C PRODUCT LIABILITY TRUST et al | 97-12080 |
| 2:11-cv-31180-ER | BARTEL v. AMERICAN HAWAIIAN S.S. LINES et al | 00-11583 |
| 2:11-cv-31181-ER | DINSMORE et al v. A-C PRODUCT LIABILITY TRUST et al | 97-11297 |
| 2:11-cv-31193-ER | MORRIS et al v. A-C PRODUCT LIABILITY TRUST et al | 96-14219 |
| 2:11-cv-31200-ER | CATLIN v. A-C PRODUCT LIABILITY TRUST et al | 96-13905 |
| 2:11-cv-31219-ER | ARD v. A-C PRODUCT LIABILITY TRUST et al | 96-13396 |
| 2:11-cv-31228-ER | ALPAUGH et al v. A-C PRODUCT LIABILITY TRUST et al | 94-13848 |
| 2:11-cv-31236-ER | HAGEN et al v. A-C PRODUCT LIABLITY TRUST et al | 99-10836 |
| 2:11-cv-31252-ER | HACKER et al v. A. P. GREEN INDUSTRIES, INC. et al | 97-12024 |
| 2:11-cv-31257-ER | CERRILLO v. A-C PRODUCT LIABILITY TRUST et al | 00-11712 |
| 2:11-cv-31262-ER | BOUSQUET v. A-C PRODUCT LIABILITY TRUST et al | 99-12813 |
| 2:11-cv-31264-ER | WILLIAMSON v. A-C PRODUCT LIABILITY TRUST et al | 99-10620 |
| 2:11-cv-31265-ER | DAVIS JR. v. A-C PRODUCT LIABILITY TRUST et al | 97-10734 |
| 2:11-cv-31266-ER | NORMAN v. A-C PRODUCT LIABILITY TRUST et al | 96-13036 |
| 2:11-cv-31268-ER | JOHNSON v. A-C PRODUCT LIABILITY TRUST et al | 94-13844 |
| 2:11-cv-31273-ER | PAYMENT et al v. A-C PRODUCT LIABILITY TRUST et al | 00-10995 |
| 2:11-cv-31274-ER | ODOM v. A-C PRODUCT LIABILITY TRUST et al | 97-14433 |
| 2:11-cv-31276-ER | ANDRESEN v. FOSTER WHEELER COMPANY et al | 94-11168 |
| 2:11-cv-31278-ER | LAND v. A-C PRODUCT LIABILITY TRUST et al | 97-13480 |
| 2:11-cv-31279-ER | BANKS v. FOSTER WHEELER COMPANY et al | 94-12495 |
| 2:11-cv-31283-ER | LOFTON et al v. A-C PRODUCT LIABILITY TRUST et al | 99-11216 |
| 2:11-cv-31284-ER | BURKE et al v. A-C PRODUCT LIABILITY TRUST et al | 97-11583 |
| 2:11-cv-31286-ER | FRUGE et al v. A-C PRODUCT LIABILITY TRUST et al | 96-14918 |
| 2:11-cv-31287-ER | CHANT et al v. A-C PRODUCT LIABILITY TRUST et al | 96-14085 |
| 2:11-cv-31288-ER | AVAKIAN et al v. A-C PRODUCT LIABILITY TRUST et al | 96-12943 |
| 2:11-cv-31289-ER | WILCOX et al v. A-C PRODUCT LIABILITY TRUST et al | 96-14798 |
| 2:11-cv-31293-ER | CONLEY et al v. A-C PRODUCT LIABILITY TRUST et al | 97-10784 |
| 2:11-cv-31294-ER | ROSENTHAL v. A-C PRODUCT LIABILITY TRUST et al | 97-14167 |
| 2:11-cv-31298-ER | PAEDAE et al v. A-C PRODUCT LIABILITY TRUST et al | 97-12716 |
| 2:11-cv-31308-ER | MCDADE v. A-C PRODUCT LIABILITY TRUST et al | 98-12067 |
| 2:11-cv-31343-ER | RYGG v. A-C PRODUCT LIABILITY TRUST et al | 98-12430 |
| 2:11-cv-31346-ER | RICHARD et al v. A-C PRODUCT LIABILITY TRUST et al | 00-11876 |
| 2:11-cv-31350-ER | ELGARMI et al v. A-C PRODUCT LIABILITY TRUST et al | 99-12215 |
| 2:11-cv-31351-ER | ELIASON et al v. A-C PRODUCT LIABILITY TRUST et al | 99-10693 |

| 2:11-cv-31363-ER | MILLER v. A-C PRODUCT LIABILITY TRUST et al | 99-10041 |
| --- | --- | --- |
| 2:11-cv-31365-ER | MILLER v. A-C PRODUCT LIABILITY TRUST et al | 99-10128 |
| 2:11-cv-31375-ER | HAGMAN v. A-C PRODUCT LIABILITY TRUST et al | 00-10924 |
| 2:11-cv-31397-ER | FARRALES v. A-C PRODUCT LIABILITY TRUST et al | 00-11338 |
| 2:11-cv-31400-ER | NELSON v. A-C PRODUCT LIABILITY TRUST et al | 97-10372 |
| 2:11-cv-31405-ER | ATOIGUE v. FOSTER WHEELER COMPANY et al | 94-11430 |
| 2:11-cv-31426-ER | DAVE v. A-C PRODUCT LIABILITY TRUST et al | 00-11920 |

## EXHIBIT B

| Civil Action No. | Name | Remand Defendant |
|---|---|---|
| 2:11CV30353 | DiAngelo, Victor A | United Fruit Company |
| | | American Oil Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV30589 | Ozen, Lee Roy | BP Corporation N.A. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV30823 | Ware, Jack I | Farrell Lines Inc. |
| | | Trinidad Corporation |
| | | United Fruit Company |
| | | Mathiasen Tanker Ind. Inc. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV30978 | Santiago, Anthony | Barber Asphalt Corp. |
| | | Gatke Corporation |
| | | General Refractories |
| 2:11CV31147 | Quintero, Jose R | United Fruit Company |
| | | American Oil Co. |
| | | Pan American Petroleum and Transport Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31165 | Klasnich, Joseph A | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31167 | Price, Earl J | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31169 | Williams, Wilfredo J | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |

| | | |
|---|---|---|
| 2:11CV31176 | Miller, James C | Amoco Shipping Co. |
| | | American Oil Co. |
| | | Mathiasen Tanker Ind. Inc. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31178 | Torres Jr., Philip | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31180 | Elcoate, Phillip R | Cosmopolitan Shipping Co., Inc. |
| | | Gatke Corporation |
| | | General Refractories |
| 2:11CV31181 | Dinsmore, Clarke J | Cities Service Oil Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31193 | Morris Jr., Benson | Mobil Oil Corporation |
| | | Socony Vacuum Oil Company |
| | | Socony Mobil Oil Co. |
| | | Exxon Mobil Corporation |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31200 | Catlin, Leon P | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31219 | Ard, Alvin | Admanthon Steamship Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31228 | Alpaugh, Charles I | Amoco Shipping Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |

| | | |
|---|---|---|
| 2:11CV31236 | Hagan, Charles R | Kinsman Marine Transit Company |
| | | Kinsman Transit Co. Inc. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31252 | Hacker, Michael W | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31257 | Cerrillo, Generoso A | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31262 | Bousquet, Frederick M | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31264 | Williamson, Leroy | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31265 | Davis Jr., Jim | Mathiasen Tanker Ind. Inc. |
| | | UNOCAL Corp. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31266 | Norman, Mike | American Steamship Co. |
| | | Coastwise Trading Company |
| | | Cleveland Tankers Inc. |
| | | Erie Sand Steamship Company |
| | | Pringle Transit Company |
| | | Reiss Steamship Company |
| | | Boland & Cornelius |
| | | Gartland Steamship Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| 2:11CV31268 | Johnson, Patrick C | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |

| | | |
|---|---|---|
| 2:11CV31273 | Payment, Merlin H | Gatke Corporation |
| | | General Refractories |
| 2:11CV31274 | Odom, Orrie E | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31276 | Andresen, Tor K | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31278 | Land, Norman D | Mathiasen Tanker Ind. Inc. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31279 | Banks Sr., Earl | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31283 | Von Lofton, Lionel | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31284 | Burke, George A | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31286 | Fruge, Jesse | United Fruit Company |
| | | Barber Asphalt Corp. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31287 | Chant, Edward J | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31288 | Avakian, Anthony S | Standard Oil Co. of New Jersey |
| | | Exxon Mobil Corporation |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31289 | Wilcox, John A | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31293 | Conley, Ben L | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |

| | | |
|---|---|---|
| 2:11CV31294 | Rosenthal, Morris | Cosmopolitan Shipping Co., Inc. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31298 | Paedae, William D | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31308 | McDade, Joseph R | Sinclair Refining Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31343 | Rygg, Thomas E | Interlake Steamship Company |
| | | Kinsman Marine Transit Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31346 | Richard, Ronald J | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31350 | Elgarmi, Nasser A | American Steamship Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31351 | Eliason, Robert | Gatke Corporation |
| | | General Refractories |
| 2:11CV31363 | Thomas, John | United Fruit Company |
| | | Cosmopolitan Shipping Co., Inc. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31365 | Edwards, Jr., Price | Trinidad Corporation |
| | | Amoco Shipping Co. |
| | | Mathiasen Tanker Ind. Inc. |
| | | Cosmopolitan Shipping Co., Inc. |
| | | Pan American Petroleum and Transport Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |

| 2:11CV31375 | Hagman, William E | Gatke Corporation |
| --- | --- | --- |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31397 | Farrales, Noli E | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31400 | Nelson, Ted S | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31405 | Atoigue, Joaquin P | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV31426 | Dave, Jun L | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |