UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY<br>LITIGATION (NO. VI) | MDL No. 875 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                         MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–31375 | OHN | 1 | 00–10924 | HAGMAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31273 | OHN | 1 | 00–10995 | PAYMENT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31397 | OHN | 1 | 00–11338 | FARRALES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31180 | OHN | 1 | 00–11583 | BARTEL v. AMERICAN HAWAIIAN S.S. LINES et al |
| PAE | 2 | 11–31257 | OHN | 1 | 00–11712 | CERRILLO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31346 | OHN | 1 | 00–11876 | RICHARD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31426 | OHN | 1 | 00–11920 | DAVE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31276 | OHN | 1 | 94–11168 | ANDRESEN v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30353 | OHN | 1 | 94–11352 | DIANGELO et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31405 | OHN | 1 | 94–11430 | ATOIGUE v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31147 | OHN | 1 | 94–12065 | QUINTERO et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30823 | OHN | 1 | 94–12245 | WARE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31165 | OHN | 1 | 94–12397 | KLASNICH et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31279 | OHN | 1 | 94–12495 | BANKS v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31268 | OHN | 1 | 94–13844 | JOHNSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31228 | OHN | 1 | 94–13848 | ALPAUGH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30978 | OHN | 1 | 95–10150 | SANTIAGO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31176 | OHN | 1 | 95–10175 | MILLER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30589 | OHN | 1 | 95–10281 | OZEN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31288 | OHN | 1 | 96–12943 | AVAKIAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31266 | OHN | 1 | 96–13036 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | NORMAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31219 | OHN | 1 | 96–13396 | ARD v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31200 | OHN | 1 | 96–13905 | CATLIN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31287 | OHN | 1 | 96–14085 | CHANT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31193 | OHN | 1 | 96–14219 | MORRIS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31289 | OHN | 1 | 96–14798 | WILCOX et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31286 | OHN | 1 | 96–14918 | FRUGE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31400 | OHN | 1 | 97–10372 | NELSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31265 | OHN | 1 | 97–10734 | DAVIS JR. v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31293 | OHN | 1 | 97–10784 | CONLEY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31181 | OHN | 1 | 97–11297 | DINSMORE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31284 | OHN | 1 | 97–11853 | Dejesus v. A–C Product Liability Trust |
| PAE | 2 | 11–31252 | OHN | 1 | 97–12024 | HACKER et al v. A. P. GREEN INDUSTRIES, INC. et al |
| PAE | 2 | 11–31178 | OHN | 1 | 97–12080 | TORRES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31298 | OHN | 1 | 97–12716 | PAEDAE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31278 | OHN | 1 | 97–13480 | LAND v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31294 | OHN | 1 | 97–14167 | ROSENTHAL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31169 | OHN | 1 | 97–14168 | WILLIAMS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31274 | OHN | 1 | 97–14433 | ODOM v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31308 | OHN | 1 | 98–12067 | MCDADE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31343 | OHN | 1 | 98–12430 | RYGG v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31167 | OHN | 1 | 98–14022 | MILLER v. A–C PRODUCTS LIABILITY TRUST et al |
| PAE | 2 | 11–31363 | OHN | 1 | 99–10041 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31365 | OHN | 1 | 99–10128 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31264 | OHN | 1 | 99–10620 | WILLIAMSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31351 | OHN | 1 | 99–10693 | ELIASON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31236 | OHN | 1 | 99–10836 | HAGEN et al v. A–C PRODUCT LIABLITY TRUST et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–31283 | OHN | 1 | 99–11216 | LOFTON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31350 | OHN | 1 | 99–12215 | ELGARMI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31262 | OHN | 1 | 99–12813 | BOUSQUET v. A–C PRODUCT LIABILITY TRUST et al |