UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                          MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                 MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
| --- | --- | --- | --- | --- | --- | --- |
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–30239 | OHN | 1 | 00–10001 | COLEMAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30234 | OHN | 1 | 00–10217 | CLOW et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30296 | OHN | 1 | 00–10686 | GAUTNEY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30268 | OHN | 1 | 00–10696 | FORTENBERRY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30184 | OHN | 1 | 00–10757 | BROUSSARD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30312 | OHN | 1 | 00–10772 | COX et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30294 | OHN | 1 | 93–13140 | GASTINELL et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30222 | OHN | 1 | 94–10369 | BARTEL(CASTRO) et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30388 | OHN | 1 | 94–10949 | BARTEL (GRIFFIN) et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30176 | OHN | 1 | 94–11351 | BRASS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30344 | OHN | 1 | 94–11687 | DEGRUY, SR. v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30335 | OHN | 1 | 94–11969 | DAVIS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30248 | OHN | 1 | 94–12109 | FELKER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30178 | OHN | 1 | 94–12131 | BREFFE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30181 | OHN | 1 | 94–12694 | BRODDIE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30203 | OHN | 1 | 94–12707 | CALDERON v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30173 | OHN | 1 | 94–12836 | BRADLEY et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30172 | OHN | 1 | 94–13010 | BRACKEN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30272 | OHN | 1 | 94–13326 | FRANK et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30355 | OHN | 1 | 94–13646 | DISTELRATH et al V A–C PRODUCT LIABILITY TRUST ET AL |
| PAE | 2 | 11–30351 | OHN | 1 | 94–13745 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | DENNIS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30271 | OHN | 1 | 94–14106 | FRANK et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30372 | OHN | 1 | 95–10394 | GONZALES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30283 | OHN | 1 | 95–10434 | GALLEGOS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30297 | OHN | 1 | 96–11644 | GAY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30196 | OHN | 1 | 96–12710 | BURILLO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30322 | OHN | 1 | 96–13151 | CUTTING et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30289 | OHN | 1 | 96–13559 | GARCIA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30331 | OHN | 1 | 96–15497 | DAVID et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30369 | OHN | 1 | 97–12772 | GOLDSBURY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30368 | OHN | 1 | 98–10009 | GERRETS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30168 | OHN | 1 | 98–10126 | BOSCH v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30202 | OHN | 1 | 98–10635 | CALDER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30356 | OHN | 1 | 98–10770 | DIXON et al V A–C PRODUCT LIABILITY TRUST ET AL |
| PAE | 2 | 11–30364 | OHN | 1 | 98–11094 | DROZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30243 | OHN | 1 | 98–13270 | COMEAUX v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30374 | OHN | 1 | 98–13583 | GOODING et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30175 | OHN | 1 | 98–14512 | BRASBY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30199 | OHN | 1 | 98–14592 | BUTNER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30211 | OHN | 1 | 98–14943 | CAMPAGNOLO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30273 | OHN | 1 | 98–20008 | FRANKLIN, SR v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30206 | OHN | 1 | 99–10058 | CALLAHAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30191 | OHN | 1 | 99–10179 | BUGARIN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30183 | OHN | 1 | 99–10522 | BROOKS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30194 | OHN | 1 | 99–10659 | BURA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30301 | OHN | 1 | 99–11986 | COOPER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30338 | OHN | 1 | 99–12296 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | DAVIS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30376 | OHN | 1 | 99–12328 | GOODRUM v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30245 | OHN | 1 | 99–12775 | FARRINGTON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30295 | OHN | 1 | 99–13078 | GAUDETTE et al v. A–C PRODUCT LIABILITY TRUST et al |