UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                      MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 10, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                    MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–30179 | OHN | 1 | 00–10417 | BRIGHT v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30146 | OHN | 1 | 00–10737 | BERT v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30893 | OHN | 1 | 00–11196 | PIRES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30224 | OHN | 1 | 93–13382 | CEPEDA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30895 | OHN | 1 | 93–14157 | PITTMAN v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30916 | OHN | 1 | 94–10182 | RAINES et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30350 | OHN | 1 | 94–11104 | BARTEL V. ACADEMY TANKERS INC., ET AL. |
| PAE | 2 | 11–30606 | OHN | 1 | 94–11484 | PARKINSON et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30887 | OHN | 1 | 94–11528 | PICKLE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30171 | OHN | 1 | 94–11626 | BOYD v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30207 | OHN | 1 | 94–11712 | CALLAWAY v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30360 | OHN | 1 | 94–11737 | DOUGLAS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30718 | OHN | 1 | 94–11749 | LINCOLN v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30091 | OHN | 1 | 94–12169 | ALOMARI v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30262 | OHN | 1 | 94–12605 | FLORES v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30186 | OHN | 1 | 94–12659 | BROWN v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30104 | OHN | 1 | 94–12723 | ARMISTEAD et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30510 | OHN | 1 | 94–13576 | MCMANUS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30371 | OHN | 1 | 96–13144 | GONCALVES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30232 | OHN | 1 | 96–13371 | CLAY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–52903 | OHN | 1 | 96–13512 | |

|     |   |         |     |   |          |                                                        |
|-----|---|---------|-----|---|----------|--------------------------------------------------------|
|     |   |         |     |   |          | LUCENA v. A–C PRODUCT LIABILITY TRUST                  |
| PAE | 2 | 11–30352 | OHN | 1 | 96–13560 | DIAMOND et al v. A–C PRODUCT LAIBILITY TRUST et al     |
| PAE | 2 | 11–30885 | OHN | 1 | 96–15224 | PETRO et al v. A–C PRODUCT LIABILITY TRUST et al       |
| PAE | 2 | 11–30490 | OHN | 1 | 96–15864 | MAZONE et al v. A–C PRODUCT LIABILITY TRUST et al      |
| PAE | 2 | 11–30198 | OHN | 1 | 96–15970 | BUSH et al v. A–C PRODUCT LIABILITY TRUST et al        |
| PAE | 2 | 11–30503 | OHN | 1 | 97–10804 | MCELROY et al v. A–C PRODUCT LIABILITY TRUST et al     |
| PAE | 2 | 11–30323 | OHN | 1 | 97–11186 | DAMON et al v. A–C PRODUCT LIABILITY TRUST et al       |
| PAE | 2 | 11–30246 | OHN | 1 | 97–11962 | FASANO et al v. A–C PRODUCT LIABILITY TRUST et al      |
| PAE | 2 | 11–30348 | OHN | 1 | 97–12214 | DENKINS et al v. A–C PRODUCT LIABILITY TRUST et al     |
| PAE | 2 | 11–30723 | OHN | 1 | 97–12619 | LOPEZ v. A–C PRODUCT LIABILITY TRUST et al             |
| PAE | 2 | 11–30756 | OHN | 1 | 97–12621 | STOLLBERG et al v. A–C PRODUCT LIABILITY TRUST et al   |
| PAE | 2 | 11–30681 | OHN | 1 | 97–12702 | KISSEN et al v. A–C PRODUCT LIABILTY TRUST et al       |
| PAE | 2 | 11–30445 | OHN | 1 | 97–13893 | HANNAN et al v. A–C PRODUCT LIABILITY TRUST et al      |
| PAE | 2 | 11–30143 | OHN | 1 | 97–14137 | BERG v. A–C PRODUCT LIABILITY TRUST et al              |
| PAE | 2 | 11–30686 | OHN | 1 | 98–10663 | KUKAHIKO et al v. A–C PRODUCT LIABILITY TRUST et al    |
| PAE | 2 | 11–30189 | OHN | 1 | 98–10676 | BRUHIER v. A–C PRODUCT LIABILITY TRUST et al           |
| PAE | 2 | 11–30635 | OHN | 1 | 98–11136 | JACKSON v. A–C PRODUCT LIABILITY TRUST et al           |
| PAE | 2 | 11–30791 | OHN | 1 | 98–11177 | TUCKER v. A–C PRODUCT LIABILITY TRUST et al            |
| PAE | 2 | 11–30843 | OHN | 1 | 98–11853 | WILLIAMS et al v. A–C PRODUCT LIABILITY TRUST et al    |
| PAE | 2 | 11–30095 | OHN | 1 | 98–12374 | AMAT v. A–C PRODUCT LIABILITY TRUST et al              |
| PAE | 2 | 11–30786 | OHN | 1 | 98–12754 | TOVES v. A–C PRODUCT LIABILITY TRUST et al             |
| PAE | 2 | 11–30630 | OHN | 1 | 98–12776 | HUY et al v. A–C PRODUCT LIABILITY TRUST et al         |
| PAE | 2 | 11–30483 | OHN | 1 | 98–12851 | MARTINEZ et al v. A–C PRODUCT LIABILITY TRUST et al    |
| PAE | 2 | 11–30782 | OHN | 1 | 98–13236 | TOJINO v. A–C PRODUCT LIABILITY TRUST et al            |
| PAE | 2 | 11–30760 | OHN | 1 | 98–13862 | SULLIVAN v. A–C PRODUCT LIABILITY TRUST et al          |
| PAE | 2 | 11–30643 | OHN | 1 | 98–14825 | JENKINS v. A–C PRODUCT LIABILITY TRUST et al           |
| PAE | 2 | 11–30429 | OHN | 1 | 98–14826 |                                                        |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | HENNESSEY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30459 | OHN | 1 | 99–10800 | EDWARDS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30841 | OHN | 1 | 99–12313 | WIGGINS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30896 | OHN | 1 | 99–13119 | PITTS v. A–C PRODUCT LIABILITY TRUST et al |