## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                        MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 11, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**                                    MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–31081 | OHN | 1 | 00–10137 | SWILLINGER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31028 | OHN | 1 | 00–10469 | JOHN P.AUFFREDOU v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31044 | OHN | 1 | 00–10555 | BOSCHETTI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31047 | OHN | 1 | 00–12115 | CARLSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31072 | OHN | 1 | 01–10207 | SHOHATEE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31034 | OHN | 1 | 93–13402 | BASTIAN v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30990 | OHN | 1 | 93–14245 | SHAW v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31006 | OHN | 1 | 93–14254 | SKINNER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31050 | OHN | 1 | 94–10874 | BROWN et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31102 | OHN | 1 | 94–10970 | WILKINS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31148 | OHN | 1 | 94–11259 | RANDLER v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31120 | OHN | 1 | 94–11849 | BARTEL v. AMERICAN PRESIDENT LINES LTD., ET. AL. |
| PAE | 2 | 11–30949 | OHN | 1 | 94–11906 | ROSSI et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31041 | OHN | 1 | 94–12816 | BISHOP et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31134 | OHN | 1 | 94–12892 | PETERSEN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31142 | OHN | 1 | 94–13180 | PRADO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31014 | OHN | 1 | 94–13190 | SMITH v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30946 | OHN | 1 | 95–10084 | ROSE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31024 | OHN | 1 | 95–10384 | ANDERSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31054 | OHN | 1 | 95–10452 | CANNATELLA v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31099 | OHN | 1 | 95–13757 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | WANNER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31056 | OHN | 1 | 96–12928 | CATACALOS et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31122 | OHN | 1 | 96–13974 | NIRDE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31008 | OHN | 1 | 96–14178 | SMITH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30918 | OHN | 1 | 96–15906 | RALEY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31057 | OHN | 1 | 97–10023 | CINTRON v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31058 | OHN | 1 | 97–10094 | CIRAOLO et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31133 | OHN | 1 | 97–10283 | PERRY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31089 | OHN | 1 | 97–10358 | TRAMMELL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30947 | OHN | 1 | 97–10790 | ROSE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31018 | OHN | 1 | 97–12075 | AGUAYO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31098 | OHN | 1 | 97–12126 | WALKER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31086 | OHN | 1 | 97–13411 | TODD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31012 | OHN | 1 | 97–13761 | SMITH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30975 | OHN | 1 | 97–15088 | SANABRIA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31153 | OHN | 1 | 98–10586 | RICHARDSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31095 | OHN | 1 | 98–10679 | VEILLON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31083 | OHN | 1 | 98–10997 | THOMAS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31048 | OHN | 1 | 98–11851 | BRIGHT v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30996 | OHN | 1 | 98–12010 | SIAS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30969 | OHN | 1 | 98–12583 | SADLOWSKI v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30992 | OHN | 1 | 98–13211 | SHAY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30984 | OHN | 1 | 98–13247 | SEDDON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31023 | OHN | 1 | 98–13385 | ANDERSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31088 | OHN | 1 | 98–13423 | TRAHAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31013 | OHN | 1 | 98–14086 | SMITH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31121 | OHN | 1 | 98–14248 | |

|       |   |          |     |   |          |                                                         |
|-------|---|----------|-----|---|----------|---------------------------------------------------------|
|       |   |          |     |   |          | NIHIPALI et al v. A–C PRODUCT LIABILITY TRUST et al     |
| PAE   | 2 | 11–31079 | OHN | 1 | 98–14360 | STERLING et al v. A–C PRODUCT LIABILITY TRUST et al     |
| PAE   | 2 | 11–31004 | OHN | 1 | 98–14641 | MILLER v. A–C PRODUCT LIABILITY TRUST et al             |
| PAE   | 2 | 11–31137 | OHN | 1 | 99–11860 | PINES, JR. et al v. A–C PRODUCT LIABILITY TRUST et al   |