UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY<br>LITIGATION (NO. VI) | MDL No. 875 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 18, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                      MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–31534 | OHN | 1 | 00–10183 | HOPKINS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31471 | OHN | 1 | 93–13446 | MONTES et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31515 | OHN | 1 | 93–13457 | GONZALEZ et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31490 | OHN | 1 | 93–13645 | FALLAN et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31586 | OHN | 1 | 93–13730 | MCCASKILL v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31523 | OHN | 1 | 94–10449 | HAM et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31592 | OHN | 1 | 94–10789 | MCLAUGHLIN et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31615 | OHN | 1 | 94–11838 | KELLER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31533 | OHN | 1 | 94–11840 | HOFFMAN et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31477 | OHN | 1 | 94–13026 | DENNIS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31509 | OHN | 1 | 94–13215 | GILLIAM v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31542 | OHN | 1 | 94–13276 | JARA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31612 | OHN | 1 | 94–13499 | GASTINELL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31540 | OHN | 1 | 94–13709 | INGLES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31605 | OHN | 1 | 95–12452 | FAVRO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31573 | OHN | 1 | 95–13389 | LITCHFIELD v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31536 | OHN | 1 | 96–13585 | HUDSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31522 | OHN | 1 | 96–13651 | GUIDRY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31507 | OHN | 1 | 96–13918 | GIBSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31553 | OHN | 1 | 96–14001 | JULES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31598 | OHN | 1 | 96–14552 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | MIRYNOWSKI v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31521 | OHN | 1 | 96–14763 | GRIMMITT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31544 | OHN | 1 | 97–10188 | JARDINE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31563 | OHN | 1 | 97–10552 | LAFARGUE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31493 | OHN | 1 | 97–10812 | FIELD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31530 | OHN | 1 | 97–11107 | HASS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31567 | OHN | 1 | 97–11249 | LETT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31562 | OHN | 1 | 97–11336 | LA MOY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31535 | OHN | 1 | 97–11370 | HUBBARD v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31556 | OHN | 1 | 97–11881 | KELLY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31550 | OHN | 1 | 97–12781 | BARTEL, ET. AL. v. AMOCO SHIPPING CO., ET. AL. |
| PAE | 2 | 11–31484 | OHN | 1 | 97–13065 | EBANKS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31497 | OHN | 1 | 97–13350 | FREEMAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31492 | OHN | 1 | 97–13360 | FERNANDES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31569 | OHN | 1 | 97–13635 | LEYDON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31472 | OHN | 1 | 97–14574 | CUNNINGHAM et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31480 | OHN | 1 | 97–14609 | DOPWELL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31532 | OHN | 1 | 97–15092 | HILL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31463 | OHN | 1 | 97–15143 | COPE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31608 | OHN | 1 | 98–10166 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31539 | OHN | 1 | 98–10266 | HYER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31600 | OHN | 1 | 98–11304 | MOORE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31581 | OHN | 1 | 98–11807 | MANFREDI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31482 | OHN | 1 | 98–11837 | DUNBAR et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31602 | OHN | 1 | 98–12660 | KESSLER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31504 | OHN | 1 | 98–13747 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31582 | OHN | 1 | 98–14085 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | MANN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31514 | OHN | 1 | 98–14294 | GONZALEZ v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31478 | OHN | 1 | 99–10914 | DIETLIN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31565 | OHN | 1 | 99–12087 | LAROCQUE et al v. A–C PRODUCT LIABILITY TRUST et al |