UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 18, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                          MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–33292 | OHN | 1 | 00–10188 | BEM v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31784 | OHN | 1 | 00–10855 | ENRIQUEZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31799 | OHN | 1 | 00–11266 | SATCHFIELD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31736 | OHN | 1 | 00–11360 | SWEAT v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–59454 | OHN | 1 | 00–11665 | ARBONA v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31622 | OHN | 1 | 00–12060 | JEWELL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31619 | OHN | 1 | 01–10392 | MIKULA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31763 | OHN | 1 | 01–10401 | CABALTERA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31688 | OHN | 1 | 01–10579 | SANDOVAL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32693 | OHN | 1 | 86–00932 | MILLER v. LYKES BROTHERS STEAMSHIP CO., INC. et al |
| PAE | 2 | 11–33537 | OHN | 1 | 86–01816 | AGUILAR et al v. KEYSTONE SHIPPING COMPANY et al |
| PAE | 2 | 11–32872 | OHN | 1 | 89–15601 | RENNIE et al v. ACANDS, INC. et al |
| PAE | 2 | 11–31740 | OHN | 1 | 94–10367 | CARTIER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31743 | OHN | 1 | 94–11166 | STUMES et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31753 | OHN | 1 | 94–11852 | MARRERO et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31717 | OHN | 1 | 94–12828 | JOHNSON v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31713 | OHN | 1 | 94–13661 | KIRKLAND v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31726 | OHN | 1 | 94–14096 | EVANS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31771 | OHN | 1 | 95–10756 | MESA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31807 | OHN | 1 | 95–13397 | TITUS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31816 | OHN | 1 | 95–14056 | STEWART et al v. A–C PRODUCT LIABILITY TRUST et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–31837 | OHN | 1 | 95–14167 | WILCOX et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–59201 | OHN | 1 | 95–14710 | MILLER v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31822 | OHN | 1 | 95–14938 | URLIN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31814 | OHN | 1 | 95–15092 | WATSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33590 | OHN | 1 | 96–10304 | HYDE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32102 | OHN | 1 | 96–10496 | MILLER v. DOONER et al |
| PAE | 2 | 11–31843 | OHN | 1 | 96–11033 | JENKINS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31804 | OHN | 1 | 96–12571 | JOHNSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32678 | OHN | 1 | 96–13581 | MOODY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31893 | OHN | 1 | 96–14580 | MALOY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31669 | OHN | 1 | 96–14852 | STRATTON V. A–C PRODUCT LIABILITY TRUST, ET AL. |
| PAE | 2 | 11–59511 | OHN | 1 | 96–15238 | MILLER v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31808 | OHN | 1 | 97–10310 | NOYES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31732 | OHN | 1 | 97–10686 | DARDEN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31829 | OHN | 1 | 97–11942 | MOORE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33348 | OHN | 1 | 97–12982 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31849 | OHN | 1 | 97–13332 | REGGARO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–58868 | OHN | 1 | 97–13920 | MAXIMO et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31708 | OHN | 1 | 97–14861 | WARRENS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31779 | OHN | 1 | 97–14969 | JONES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31730 | OHN | 1 | 98–10171 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31750 | OHN | 1 | 98–12215 | EARL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31665 | OHN | 1 | 98–12290 | HERNANDEZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31838 | OHN | 1 | 98–12834 | PEREZ et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31789 | OHN | 1 | 98–13608 | HAYNES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31690 | OHN | 1 | 99–12505 | HEFFRON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31794 | OHN | 1 | 99–12580 | HARRAWAY et al v. A–C PRODUCT LIABILITY TRUST et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–31785 | OHN | 1 | 99–12715 | BATTISTE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–59674 | OHN | 1 | 99–12765 | JOHNSON v. A–C PRODUCT LIABILITY TRUST |