UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

(SEE ATTACHED SCHEDULE)

ORDER VACATING CONDITIONAL REMAND ORDER

    A conditional remand order was filed in the actions on the attached schedule on March 2, 2015. The Panel has now been informed that the transferee judge has vacated his suggestion of remand in these actions.

    IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on March 2, 2015, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                           MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–31555 | OHN | 1 | 00–11361 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31345 | OHN | 1 | 00–12113 | FLETCHER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31495 | OHN | 1 | 01–10344 | FLOWERS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 09–91154 | OHN | 1 | 06–10001 | BARTEL (PENERIO) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31126 | OHN | 1 | 93–13575 | PAPPAS v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31577 | OHN | 1 | 93–13616 | LONGANECKER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31788 | OHN | 1 | 94–10031 | WATSON et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31127 | OHN | 1 | 94–10223 | PARIS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31714 | OHN | 1 | 94–10436 | ENG v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31055 | OHN | 1 | 94–11990 | CASTRO v. FOSTER WHEELER COMPANY |
| PAE | 2 | 11–31585 | OHN | 1 | 94–12060 | MCCALL v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31227 | OHN | 1 | 94–13320 | POTTS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31093 | OHN | 1 | 95–10467 | VALLES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31141 | OHN | 1 | 95–10563 | POWELL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31218 | OHN | 1 | 95–10733 | CRUZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31851 | OHN | 1 | 95–10952 | MILLS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31896 | OHN | 1 | 95–11173 | BRUNO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31876 | OHN | 1 | 95–11444 | GREER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31895 | OHN | 1 | 95–11703 | QUINONES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31894 | OHN | 1 | 95–11868 | RIVERA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31853 | OHN | 1 | 95–12293 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | PEREZ et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31868 | OHN | 1 | 95–12328 | GREASHAM et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31835 | OHN | 1 | 95–13387 | LEWIS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31823 | OHN | 1 | 95–13820 | WILLIAMS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31883 | OHN | 1 | 95–14842 | RIDGE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31858 | OHN | 1 | 95–15112 | MARKS et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–31561 | OHN | 1 | 96–10805 | KOEP et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31809 | OHN | 1 | 96–12489 | FIELDS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31848 | OHN | 1 | 96–12857 | DOUGLAS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31355 | OHN | 1 | 96–12986 | LONDON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31589 | OHN | 1 | 96–14675 | MCDONALD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31554 | OHN | 1 | 96–14687 | KAPOOSIAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31503 | OHN | 1 | 96–14739 | GALLAGHER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31821 | OHN | 1 | 96–15587 | GUERRERO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31861 | OHN | 1 | 96–15622 | MARRERO et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–31859 | OHN | 1 | 97–10027 | KRADOLFER et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–31601 | OHN | 1 | 97–10527 | MORRISON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31253 | OHN | 1 | 97–10750 | OHMAN et al v. A–C PRODUCT LIABILITY et al |
| PAE | 2 | 11–31247 | OHN | 1 | 97–13089 | LOPEZ GARCIA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31549 | OHN | 1 | 97–13557 | JOHNSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31211 | OHN | 1 | 97–14250 | SHAW et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31512 | OHN | 1 | 97–15225 | GONZALES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31005 | OHN | 1 | 98–10120 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31855 | OHN | 1 | 98–10363 | HIGHSMITH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31863 | OHN | 1 | 98–11377 | POWELL et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–31488 | OHN | 1 | 98–12707 | ELGHANI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31354 | OHN | 1 | 98–12882 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | MONTEIRO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31469 | OHN | 1 | 98–14720 | CROPPER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31157 | OHN | 1 | 99–10078 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31352 | OHN | 1 | 99–20009 | CARMICHAEL et al v. A–C PRODUCT LIABILITY TRUST et al |