UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASSBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                         MDL No. 875

(SEE ATTACHED SCHEDULE)

ORDER VACATING CONDITIONAL REMAND ORDER

     A conditional remand order was filed in the actions on the attached schedule on March 3, 2015. The Panel has now been informed that the transferee judge has vacated his suggestion of remand in these actions.

     IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on March 3, 2015, is VACATED.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                    MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–32034 | OHN | 1 | 95–11138 | MORALES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31945 | OHN | 1 | 95–11471 | PASE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31910 | OHN | 1 | 95–11481 | INGRAM et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31942 | OHN | 1 | 95–11575 | CRUZ–BIANGASSO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31916 | OHN | 1 | 95–12038 | GROOVER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31964 | OHN | 1 | 95–12053 | MALBROUGH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31960 | OHN | 1 | 95–12112 | ROCK et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31914 | OHN | 1 | 95–12354 | THOMPSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31980 | OHN | 1 | 95–12547 | BARTEL v. AMERICAN OVERSEAS MARINE CORP., ET. AL. |
| PAE | 2 | 11–31912 | OHN | 1 | 95–12695 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31961 | OHN | 1 | 95–12886 | LITTLE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31954 | OHN | 1 | 95–12967 | PHILLIPS v. FIREBOARD CORPORATION et al |
| PAE | 2 | 11–31998 | OHN | 1 | 95–13149 | BRADFORD v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31962 | OHN | 1 | 95–13183 | JALHAM v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–31996 | OHN | 1 | 95–13291 | SAID v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32040 | OHN | 1 | 95–13918 | ALEXANDER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31900 | OHN | 1 | 95–13999 | GILYARD v. A–C PRODUCT LIABILTY TRUST et al |
| PAE | 2 | 11–31937 | OHN | 1 | 95–14286 | KWIATKOWSKI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32053 | OHN | 1 | 95–14345 | WILKERSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32029 | OHN | 1 | 95–14668 | REYES v. A–C PRODUCT LIABIILITY TRUST et al |
| PAE | 2 | 11–32027 | OHN | 1 | 95–15141 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | WELCOME v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31941 | OHN | 1 | 96–10178 | SANTOS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32001 | OHN | 1 | 96–10686 | CHAISON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32031 | OHN | 1 | 96–10789 | DUCHARME v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31903 | OHN | 1 | 96–10800 | LARATTA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32038 | OHN | 1 | 96–10886 | PARSONS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32021 | OHN | 1 | 96–10929 | CHRISTENSEN v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–32019 | OHN | 1 | 96–11347 | STRINGER v. A–C PRODUCTS LIABILITY TRUST et al |
| PAE | 2 | 11–31926 | OHN | 1 | 96–11359 | ANGELETY et al v. A–C PRODUCT LIABILTY TRUST et al |
| PAE | 2 | 11–31973 | OHN | 1 | 96–11380 | BONILLA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32045 | OHN | 1 | 96–11446 | GOMES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32044 | OHN | 1 | 96–12423 | THOMPSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31902 | OHN | 1 | 96–12633 | PRANIS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32047 | OHN | 1 | 96–12666 | DEGEN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32046 | OHN | 1 | 96–12670 | MARIN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31957 | OHN | 1 | 96–13235 | JOHNSON v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–32041 | OHN | 1 | 96–13531 | SODDERS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32015 | OHN | 1 | 96–13689 | SOLOMON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31911 | OHN | 1 | 96–15045 | WALSH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31950 | OHN | 1 | 96–15078 | WALDRON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31917 | OHN | 1 | 96–15359 | RIVERA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31970 | OHN | 1 | 96–15412 | MOORE et al v. A–C PRODUCT LIABILITY TRUST ET AL |
| PAE | 2 | 11–31922 | OHN | 1 | 96–15496 | SOTO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31952 | OHN | 1 | 96–15683 | FAIRMAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31924 | OHN | 1 | 96–15750 | MINTON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32017 | OHN | 1 | 97–10208 | GONZALEZ v. A–C PRODUCT LAIBILITY TRUST et al |
| PAE | 2 | 11–31940 | OHN | 1 | 97–11689 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | HANJILES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31905 | OHN | 1 | 97–11849 | LEDAY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32030 | OHN | 1 | 97–13048 | TWOHIG v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32018 | OHN | 1 | 97–13744 | GRUBER v. A–C PRODUCT LIABILITY TRUST et al |