BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)

**VALERIE K. PRESLEY, as Personal** )
**Representative for the Estate of** )
**Cleveland G. Kite, deceased,** )
                                              )
**Plaintiff,** )     11-cv-00444
                                              )
       **vs.** )
                                              )
**BILL VANN COMPANY, INC., et al.,** )
                                              )
**Defendants.** )

## PLAINTIFF'S TAG-ALONG MOTION TO TRANSFER PURSUANT TO 28 U.S.C. §1407

      Comes now the Plaintiff, pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and hereby files Plaintiff's Tag-Along Motion to Transfer (Alabama Southern, ALS, 2, 11-00444, Kite v. Bill Vann Company, Inc. et al) back to the United States Judicial Panel on Multidistrict Litigation. The Panel is respectfully referred to Plaintiff's Brief in Support of this Motion, filed herewith, for a discussion of the issues.

1

        s/G. Patterson Keahey
        G. Patterson Keahey, ASB-6357-A64G
        *Attorney for the Plaintiff*

THE LAW OFFICES OF G. PATTERSON KEAHEY, P.C.
One Independence Drive, Ste. 612
Birmingham, Alabama 35209
Telephone:   (205)871-0707
Email: efile@mesohelp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2015, I have caused service of the foregoing on the parties of record by electronic filing of a Notice of Filing Plaintiff's Tag-Along Motion To Transfer Pursuant to 28 U.S.C. §1407, the Brief in Support, Exhibits A-H, Supporting Document 1, Schedule of Actions, Supporting Doc. 2, Complaint and Docket Report, and a copy of Plaintiff's withdrawal of Plaintiff's Motion to Transfer filed on March 6, 2015, with the Clerk of Court for the ALSD using the CM-ECF system which will send notification of same to all parties of record.

        s/G. Patterson Keahey
        G. Patterson Keahey