IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VALERIE K. PRESLEY, *personal representative for the Estate of Cleveland G. Kite, deceased,*[1] <br>    Plaintiff, <br><br> v. <br><br> BILL VANN COMPANY, INC., *et al.*, <br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 11-00444-WS-N <br> ) <br> ) <br> ) |

## ORDER

The United States Judicial Panel on Multidistrict Litigation has remanded to this Court "all claims in [the above-styled action], except the severed claims for punitive or exemplary damages…" (Doc. 125). Upon consideration, the parties are hereby **ORDERED** to file with the Court a joint report advising the status of this action no later than **Wednesday, February 18, 2015**. It is further **ORDERED** that this action is set for a status/scheduling conference before the undersigned on **Tuesday, February 24, 2015**, at **10:00 a.m.** in Courtroom 3B of the United States Courthouse at 113 St. Joseph Street, Mobile, Alabama 36602.

**DONE** and **ORDERED** this the 5th day of February 2015.

                 */s/ Katherine P. Nelson*
                 **KATHERINE P. NELSON**
                 **UNITED STATES MAGISTRATE JUDGE**

---

[1] Original plaintiff Cleveland Kite died while this case was pending in multidistrict litigation in the United States District Court for the Eastern District of Pennsylvania, and Valerie Presley, in her capacity as personal representative for Kite's estate, was substituted as plaintiff. (*See* Doc. 125-1 at 45). The docket of this Court has been updated to reflect this substitution.