# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| VALERIE K. PRESLEY, as Personal Representative for the Estate of Cleveland G. Kite, deceased, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 11-00444-WS-N |
| | )<br>) |
| v. | )<br>) |
| BILL VANN COMPANY, INC., et al., | )<br>) |
| Defendants. | ) |

## JOINT STATUS REPORT

COME the Plaintiff and the remanded Defendants, pursuant to this Court's Order of February 5, 2015, and present a Status Report with regard to the following issues:

1. Defendants request that the Court set a date for the submission of dispositive motions and a briefing schedule related thereto. Plaintiff's counsel believes dispositive motions may only be filed if that particular Defendant was given express leave to do so by Judge Robreno. Defendants disagree.

2. The parties agree that supplemental discovery is needed from the Plaintiff to include:

    (a) complete medicals through Kite's final illness;

    (b) medical expenses incurred to date;

  (c) Medicare payments, if any; and,

  (d) prior settlements.

  3. The Defendants assert they are entitled to all claims and/or submissions to any bankruptcy trust filed on behalf of Kite and the status of each bankruptcy response and payments approved and/or received via bankruptcy trust claims. Plaintiff is willing to submit total amounts received from litigation settlements and bankrupt trusts but is unwilling to submit individual settlement details absent a Court order due to confidentiality clauses.

  4. Certain parties assert that the Plaintiff's personal representative will need to be deposed prior to trial.

  5. Certain parties are prepared to depose experts, Richard Kradin, David Rosner, and George Pineda, which were substituted by Plaintiff's counsel, and treating physicians, to be scheduled per agreement between counsel. Plaintiff's counsel asserts that the deadline for deposing experts and filing Daubert challenges has passed. The Defendants disagree. Plaintiff's counsel asserts that if any Defendant intends to file a Daubert challenge regarding the Plaintiff's experts or depose any of Plaintiff's experts, that the Plaintiff would then be entitled to depose the Defendants' experts and file Daubert challenges against said experts. The Defendants disagree.

6. The Defendants request that there be a final pretrial conference prior to a trial setting. Plaintiff's counsel believes no pretrial conference is necessary until the issue of dispositive motions is determined.

7. The parties are amenable to mediation after the completion of discovery.

Respectfully submitted,

*s/William T. Mills, II*
William T. Mills, II
Counsel for Cummins, Inc.
PORTERFIELD, HARPER, MILLS,
    MOTLOW & IRELAND, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
(205) 980-5000 / (205) 980-5001 Fax
ASB-0402-L72W; MIL014
E-Mail: wtm@phm-law.com

*s/G. Patterson Keahey*
G. Patterson Keahey
Counsel for Plaintiff
LAW OFFICES OF G. PATTERSON
    KEAHEY
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
(205) 871-0707 / (205) 871-0801 Fax
E-Mail: efile@mesohelp.com

*s/Evelyn F. Davis*
Evelyn F. Davis (ASB-1485-C19E)
Catherine McCormack (ASB-5582-l163M)
Counsel for Dana Companies, LLC,
    f/k/a Dana Corporation
HAWKINS PARNELL THACKSTON
    & YOUNG LLP

4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, Georgia 30308-3243
(404) 614-7400 / (404) 614-7500 Fax
E-Mail: edavis@hptylaw.com
E-Mail: cmcormack@hptylaw.com

*s/Christopher S. Rodgers*
Christopher S. Rodgers (ASB-4665-G54C)
Stewart W. McCloud (ASB-9656-A50M)
Counsel for Cameron International Corporation, as the purchaser of certain engine lines manufactured by Cooper-Bessemer Corporation
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
(205) 251-1193 / (205) 251-1256 Fax
E-Mail: crodgers@huielaw.com
E-Mail: smccloud@huielaw.com

*s/James A. Harris, III*
James A. Harris, III (ASB-0683-R74J)
Nicole M. Hardee (ASB-0073-P71G)
Counsel for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation
HARRIS & HARRIS, LLP
BB&T Bank Building, Suite 450
2501 20th Place South
Birmingham, Alabama 35223
(205) 871-0029 / (205) 871-5777 Fax
E-Mail: jamey@harris-harris.com
E-Mail: nicole@harris-harris.com

*s/F. Grey Redditt, Jr.*
F. Grey Redditt, Jr. (ASB-5142-R64F)
Timothy A. Clarke (ASB-1440-R67T)
Counsel for Crane Co.
VICKERS, RIIS, MURRAY AND
    CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
(251) 432-9772 / (251) 432-9781 Fax
E-Mail: gredditt@vickersriis.com
E-Mail: tclarke@vickersriis.com

*s/Frank E. Lankford, Jr.*
Frank E. Lankford, Jr. (ASB: 8409-K71F)
Stewart W. McCloud (MCC159)
Counsel for Honeywell International Inc.
HUIE, FERNAMBUCQ &
    STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
(205) 251-1193 / (205) 251-1256 Fax
E-Mail: fel@hfsllp.com
E-Mail: swm@hfsllp.com

*s/Robert H. Sprain, Jr.*
Robert H. Sprain, Jr. (ASB-4177-A38R)
Counsel for Saint-Gobain Abrasives, Inc.
    f/k/a Norton Company
SPRAIN LAW FIRM, P.C.
1707 29th Court South
Birmingham, Alabama 35209
(205) 437-3232 / (205) 802-7083 Fax
E-Mail: rhs@sprainlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **February 18, 2015**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted,

*s/ William T. Mills, II*
OF COUNSEL