# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| VALERIE K. PRESLEY, as Personal Representative for the Estate of Cleveland G. Kite, deceased, ) ) ) ) ) | |
| Plaintiff, ) ) ) | Civil Action No: 11-00444-WS-N |
| vs. ) ) | |
| BILL VANN COMPANY, INC., ET AL., ) ) | |
| Defendants. ) ) | |

### Plaintiff's Amendment to and Clarification of Joint Status Report

Comes now the Plaintiff and files her Amendment to and Clarification of the Joint Status Report as follows:

The plaintiff will not amend the complaint to add a cause of action for wrongful death. Therefore, there is no need for supplemental discovery in this matter on the decedent's cause of death, death related damages, expert testimony on the cause of death, any connection between the Defendants' products and death or testimony from treating physicians on the decedent's death or other health conditions that my have contributed to the decedent's death. Additionally, there would be no substantive basis to reconsider any of the Defendant's prior filed dispositive motions, to extend the original deadline for filing dispositive motions or to allow new dispositive motions based upon the presumption that this action will be modified to include a wrongful death action. The legal issues in this case are and will continue to be identical to those that existed before

1

the United States Judicial Panel on Multidistrict Litigation on October 10, 2012, the date of the original deadline to file motions for summary judgment.

                                                  Respectfully Submitted,

                                                  ***s/G. Patterson Keahey***
                                                  G. Patterson Keahey
                                                  Counsel for Plaintiff
                                                  Law Office of G. Patterson Keahey
                                                  One Independence Plaze, Suite 612
                                                  Birmingham, Alabama 35209
                                                  E-Mail: efile@mesohelp.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on February 26, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                                  Respectfully Submitted,

                                                  ***s/G. Patterson Keahey***