# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| VALERIE K. PRESLEY, as Personal Representative for the Estate of Cleveland G. Kite, deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )  Civil Action No:<br>)  11-00444-WS-N |
| vs. | )<br>) |
| BILL VANN COMPANY, INC., ET AL., | )<br>) |
| Defendants. | )<br>) |

**Plaintiff's Motion for Clarification of Rule 16(b) Scheduling Order**

Comes now the Plaintiff and files her Motion for Clarification of the Court's Rule 16(b) Scheduling Order entered on February 27, 2015 as follows:

1. In paragraph 9 of the Rule 16(b) Scheduling Order the court held:

    <u>DISPOSITIVE MOTIONS</u>. Motions for summary judgment and any other dispositive motions, especially those that require little or no discovery, are to be filed as soon as possible but in no event later than **Friday, July 10, 2015**.

2. When this case was before the United States Judicial Panel for Multidistrict Litigation No. 875 (MDL No. 875), all of the parties at that time, including most if not all of the remaining defendants, filed numerous motions for summary judgment on numerous grounds including: (a) the Alabama statute of limitations; (b) insufficient product identification; (c) causation; (d) Bare Metal Defense; and (e) Government Contractor Defense. The Plaintiff filed oppositions to all of the dispositive motions. MDL No. 875 granted numerous dispositive motions filed, but denied those filed by the

1

remaining defendants shortly before the case was remanded. The defendants then filed motions to reconsider the denial of their motions for summary judgment that were considered by the court and denied.

3. This Court's Rule 16(b) Scheduling Order is unclear whether the defendants have been granted unconditional authority to re-file duplicative or substantially duplicative dispositive motions to those that were filed, considered by and denied by MDL No. 875.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests the court to clarify its Rule 16(b) Scheduling Order to state whether the defendants have any limitations on the grounds for the dispositive motions authorized by Paragraph 9.

Respectfully Submitted,

*s/G. Patterson Keahey*
G. Patterson Keahey
Counsel for Plaintiff
Law Office of G. Patterson Keahey
One Independence Plaze, Suite 612
Birmingham, Alabama 35209
E-Mail: efile@mesohelp.com

CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully Submitted,

*s/G. Patterson Keahey*

2