BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL 875

SCHEDULE OF ACTIONS

| CASE CAPTION | COURT | CIVIL ACTION NO. | JUDGE |
|---|---|---|---|
| Plaintiff: Valerie Presley obo Cleveland Kite, deceased<br><br>Defendant: Bill Vann Co. | S.D. Alabama | 2:11 cv 00444 – | William Steele & Magistrate Judge Katherine P. Nelson |
| | | | |
| | | | |

1