(ASBESTOS LITIGATION)

Law Offices Of

# G. PATTERSON KEAHEY, P.C.

ONE INDEPENDENCE PLAZA
SUITE 612
BIRMINGHAM, ALABAMA  35209



| MEMBER OF THE ALABAMA STATE BAR ASSOCIATION | **G. Patterson Keahey**<br>*Sender's E-mail Address:*<br>efile@mesohelp.com | TELEPHONE: 205-871-0707<br>FACSIMILE:   205-871-0801<br>EMAIL: info@mesohelp.com<br>www.mesohelp.com |
|---|---|---|

March 9, 2015

JPML Clerk of Court
Thurgood Marshall Federal Judiciary Building
Room 6-255, North Lobby
Washington, DC 20544-0005

        RE:    Plaintiff's Motion to Transfer Pursuant to 28 U.S.C. §1407
               **Valerie Presley obo Cleveland Kite v. Bill Vann Inc. et al.**
               Pending No. 33 In Re: Asbestos 875

Dear Clerk of Court:

      By this letter, Plaintiff withdraws the above referenced motion to transfer filed in error on Friday, March 6, 2015.


      Sincerely,

The Law Office of G. Patterson Keahey

*/s/ G. Patterson Keahey*

G. Patterson Keahey, Esq.


GPK/vel

CC: Counsel of Record