IN THE UNITED STATE DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| **VALERIE K. PRESLEY, etc.,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**BILL VANN COMPANY, INC., et al.** )<br>)<br>Defendants. )<br>)<br>) | **Case No. 2:11-CV-00444** |

## PLAINTIFF'S NOTICE OF FILING

COMES NOW the Plaintiff and gives notice of filing the following documents with the JPML on March 9, 2015:

1. Plaintiff's Withdrawal of Plaintiff's Motion to Transfer which was filed with the JPML on March 6, 2015 (JPML)

2. Plaintiff's Tag-Along Motion to Transfer (JPML)

3. Plaintiff's Brief in Support of Plaintiff's Tag-Along Motion to Transfer (JPML)

4. Exhibit A, CTO (JPML)

5. Exhibit B, Separation of Claims and Remand Order (JPML)

6. Exhibit C, Order to File Joint Status Report (ALSD)

7. Exhibit D, Joint Status Report (ALSD)

8. Exhibit E, Plaintiff's Amendment to and Clarificiation of Joint Status Report (ALSD)

9. Exhibit F, Rule 16(b) Scheduling Order (ALSD)

10. Exhibit G, Plaintiff's Motion to Clarify and Modification of Scheduling Order (ALSD)

11. Exhibit H, Order Granting Motion to Clarify and Modification of Scheduling Order (ALSD)

12. Supporting Doc. 1, Schedule of Actions (JPML)

13. Supporting Doc. 2, Complaint and Docket Report (Complaint, Marengo County, Docket Report, ALSD)

        s/G. Patterson Keahey
        G. Patterson Keahey
        Counsel for Plaintiff

LAW OFFICE OF G. PATTERSON KEAHEY
One Independence Drive, Ste 612
Birmingham, Alabama 35209
(205) 871-0707    Telephone
(205) 871-0801    Facsimile
efile@mesohelp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2015, I have caused service of the foregoing on the parties of record by electronic filing of a Notice of Filing Plaintiff's Tag-Along Motion To Transfer Pursuant to 28 U.S.C. §1407, the Brief in Support, Exhibits A-H, Supporting Document 1 - Schedule of Actions, Supporting Doc. 2 - Complaint and Docket Report, and a copy of Plaintiff's withdrawal of Plaintiff's Motion to Transfer filed on March 6, 2015, with the Clerk of Court for the ALSD using the CM-ECF system which will send notification of same to all parties of record.

        s/G. Patterson Keahey
        G. Patterson Keahey