# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | CONSOLIDATED UNDER |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS | : | |
| v. | : | |
| VARIOUS DEFENDANTS | : | Cases listed in Exhibit "A," attached |

**FILED JAN 2 5 2012 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk**

### SCHEDULING ORDER

**AND NOW**, this **25th** day of **January, 2012**, it is hereby **ORDERED** that for the cases listed in Exhibit "A," attached, the deadlines are as follows:[1]

1. All discovery must completed by: **May 24, 2012**.

2. Plaintiff's expert reports must be served by: **June 25, 2012**.

3. Defendant's expert reports must be served by: **July 25, 2012**.

4. Rebuttal expert reports must be served by: **August 8, 2012**.

5. Summary Judgment motions must be filed by: **September 10, 2012**.

---

[1] This Court does not take lightly requests for extensions of deadlines outlined in the scheduling order. Any request for an extension of time must state the "good cause" basis for the modification pursuant to Federal Rule of Civil Procedure 16(b)(4). Additionally, the parties are reminded that, according to Local Rule of Civil Procedure 7.4, no stipulation to extend deadlines is effective until approved by the Court.

6. Responses are due: **October 10, 2012**.

7. Replies, if any, are due: **October 24, 2012**.

8. A final pre-remand hearing, including oral argument on all opposed summary judgment motions, will be held on **Tuesday, November 13, 2012 at 10:00am in Courtroom 15A, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.**

**IT IS SO ORDERED.**

_____
Eduardo C. Robreno, J.

EXHIBIT A

| 11-67753 | | Kite, Cleveland G. |
|---|---|---|
| 11-67754 | | Wade, Randall and Carol |
| 11-67755 | | Cockram, Douglas Leon and Dena |
| 11-67756 | | Quiroz- Green, Suzanne, et al. |
| 11-67757 | | Young, Richard |
| 11-67765 | | Michael, Paul H. and Sonia D. |
| 11-67766 | | Abbay, Lynne |
| 11-67774 | | McIndoe, James and Carol |
| 11-67775 | | Spilmon, Marie, et al. |
| 11-67777 | | Nash, Phillip, et al. |
| 11-67779 | | Donnelly, Pauline C. |
| 11-67783 | | Milberry, Thomas |
| 11-67784 | | Bender, John and Susan |
| 11-67721 | | Donlon, Patti, et al. |