# EXHIBIT G

Case MDL No. 875 Document 9979-72 Filed 03/13/15 Page 2 of 3
Case 2:11-cv-67753-ER Document 172 Filed 08/09/13 Page 1 of 3
Case 2:11-cv-67753-ER Document 169 Filed 07/17/13 Page 1 of 3

IN THE UNITED STATE DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No.VI) | ) ) ) | CONSOLIDATED UNDER MDL DOCKET NO. 875 |
| THIS DOCUMENT RELATES TO: CLEVELAND KITE, Plaintiff, vs. BILL VANN COMPANY, INC., et al. Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:11-CV-67753 (Case No. 2:11-CV-00444 in the U.S. District Court, S.D. Alabama, N. Division) |

FILED
AUG - 9 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## PLAINTIFF'S UNCONTESTED MOTION FOR LEAVE

COMES NOW the Plaintiff, through counsel, and moves this Honorable Court for leave to obtain a different expert. As grounds, Plaintiff states:

1. On July 25, 2012, Plaintiff filed the Expert Report of Richard Hatfield, certified industrial hygienist, (Doc. 37) under the deadline imposed by this Court's Scheduling Order.

2. At that time, Plaintiff anticipated (and continued to anticipate prior to this motion) that Mr. Hatfield would provide expert testimony as to fiber release associated with various asbestos containing products and asbestos laden equipment, and the increased risk of developing asbestos related disease, and other matters in his expert designation.

3. Mr. Hatfield's health has recently declined to the extent where, upon information and belief, he can not provide testimony.

4. This decline occurred well after the July 25, 2012, deadline for Plaintiff's expert reports.

Case MDL No. 875 Document 9979-72 Filed 03/13/15 Page 3 of 4
Case 2:11-cv-67753-ER Document 172 Filed 08/09/13 Page 2 of 3
Case 2:11-cv-67753-ER Document 169 Filed 07/17/13 Page 2 of 3

5.  Plaintiff filed the instant motion shortly after he learned of Mr. Hatfield's inability to provide testimony due to his declining health.

6.  Plaintiff would be greatly prejudiced if he cannot obtain a different expert to testify as to fiber release and the other matters listed in Mr. Hatfield's report. Plaintiff is not seeking a "second opinion," but rather anticipates that George Pineda, an industrial hygienist who also works for Material Analytical Services ("MAS"), the same company which Dr. Hatfield worked for, will provide testimony which will be in all respects consistent with the report of Mr. Hatfield.

7.  As such, Plaintiff respectfully requests this Honorable Court allow an additional **30 days** from the entry of an Order granting this Motion for Plaintiff to serve the George Pineda expert report adopting Mr. Hatfield's opinions upon Defendants. The expert report of George Pineda, other than referencing background information such as Mr. Pineda's credentials, curriculum vitae, compensation and testimony list, will be strictly limited to adopting Richard Hatfield's report already produced.

8.  No defendant would be prejudiced should leave be granted for Plaintiff to serve such an expert report. To ensure this then Plaintiff also requests Defendants be allowed to serve a rebuttal expert report to rebut any items discussed in the Pineda that are new and were not contained in the Hatfield report. Plaintiffs request this Honorable Court allow Defendants **30 days** from the filing of Mr. Pineda's report in which to serve rebuttal expert reports to Plaintiff's additional expert report. Said rebuttal reports will only address any new items addressed in the Pineda report not contained in the Hatfield report and Mr. Pineda's credentials.

9.  A proposed copy of this Motion was circulated among all Defendants and no objection was received from any Defendant.

Case MDL No. 875 Document 9979-72 Filed 03/13/15 Page 4 of 4
Case 2:11-cv-67753-ER Document 172 Filed 08/09/13 Page 3 of 3
Case 2:11-cv-67753-ER Document 169 Filed 07/17/13 Page 3 of 3

WHEREFORE, Plaintiff respectfully requests leave to obtain a different expert under the conditions stated above.

Respectfully submitted this 17th day of July, 2013.

SO ORDERED:
DATE: **8-8-2013**

_____
Hon. Eduardo C. Robreno

## CERTIFICATE OF CONFERENCE

This certifies that after conferring with counsel for several Defendants and circulating this proposed motion to all Defendants, no objection was received from any Defendant and this Motion for Leave is uncontested.

s/G. Patterson Keahey
G. PATTERSON KEAHEY

## CERTIFICATE OF SERVICE

I certify that on the 17th day of July, 2013, I have caused service of the foregoing on the parties of record by electronic filing with the Clerk of Court using the electronic filing system, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, and by first-class mail to those parties not registered to receive notice from the Clerk of Court.

s/G. Patterson Keahey
G. PATTERSON KEAHEY