## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **VALERIE K. PRESLEY, as Personal Representative for the Estate of Cleveland G. Kite, deceased,** | ) ) ) ) ) | |
| Plaintiff, | ) ) ) ) | **Civil Action No: 11-00444-WS-N** |
| vs. | ) ) | |
| **BILL VANN COMPANY, INC., ET AL.,** | ) ) | |
| Defendants. | ) ) | |

### Notice of Filing

Comes now the Plaintiff and files her Notice of Filing the attached Supplemental Brief in Support of Plaintiff's Tag-Along Motion to Transfer with the United States Judicial Panel on Multidistrict Litigation on March 13, 2015.

    Respectfully Submitted,

    *s/G. Patterson Keahey*
    G. Patterson Keahey
    Counsel for Plaintiff
    Law Office of G. Patterson Keahey
    One Independence Plaza, Suite 612
    Birmingham, Alabama 35209
    E-Mail: efile@mesohelp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/G. Patterson Keahey*
G. Patterson Keahey, Esq.