# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **VALERIE K. PRESLEY, as Personal Representative for the Estate of Cleveland G. Kite, deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) ) | **Civil Action No:** **11-00444-WS-N** |
| **vs.** | ) ) ) | |
| **BILL VANN COMPANY, INC., ET AL.,** | ) ) | |
| **Defendants.** | ) ) | |

## Notice of Filing

Comes now the Plaintiff and files her Notice of Filing the attached Notice of Correction of Plaintiff's Supplemental Brief in Support of Plaintiff's Tag-Along Motion to Transfer filed on March 13, 2015 with the United States Judicial Panel on Multidistrict Litigation on March 16, 2015.

Respectfully Submitted,

*s/G. Patterson Keahey*
G. Patterson Keahey
Counsel for Plaintiff
Law Office of G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
E-Mail: efile@mesohelp.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

**<u>*s/G. Patterson Keahey*</u>**