UNITED STATES JUDICIAL PANEL
For MULTIDISTRICT LITIGATION

| | |
|---|---|
| VALERIE K. PRESLEY, as Personal Representative for the Estate of Cleveland G. Kite, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>BILL VANN COMPANY, INC., ET AL.,<br><br>Defendants. | Civil Action No: 11-00444-WS-N |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF NOTICE
OF CORRECTION OF PLAINTIFF'S SUPPLEMENTAL BRIEF**

Plaintiff through counsel asks this Panel to withdraw Plaintiff's notice of correction of Plaintiff's supplemental brief in support of tag-along motion to transfer filed on March 16, 2015, because it was filed under the wrong event.

                s/G. Patterson Keahey
                G. Patterson Keahey
                Attorney for Plaintiff
                The Law Office of G. Patterson Keahey
                One Independence Plaza, Ste 612
                Birmingham, AL 35209
                (205) 871-0707
                efile@mesohelp.com

**CERTIFICATE OF SERVICE**

I certify that on the 17th day of March 2015 I have served the foregoing pleading on all parties of record by e-mail and by e-filing notice of this filing with the Southern District of Alabama through its electronic filing system which will send notice to all parties with an e-mail address of record.

Attorney for Honeywell International Inc.
Frank E. Lankford, Jr.
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
Email: flankford@huielaw.com

Attorneys for CBS
James A. Harris, III
HARRIS & HARRIS, LLP
2501 20th Place South, Suite 450
Birmingham, Alabama 35223
Email: jamey@harris-harris.com

Attorneys for Saint Gobain
Robert H. Sprain, Jr.
SPRAIN LAW FIRM, PC
1707 29th Court South
Birmingham, AL  35209
Email: rhs@sprainlaw.com

Attorneys for Dana Companies, LLC
f/k/a Dana Corporation
Evelyn F. Davis
HAWKINS PARNELL THACKSTON & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
Email: edavis@hptylaw.com

Attorneys for Crane Co.
Timothy A. Clarke
VICKERS, RIIS, MURRAY
and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
E-Mail: tclarke@vickersriis.com

Attorneys for Cameron International Corporation
Christopher S. Rodgers
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
Email: CRodgers@huielaw.com

Attorney for Cummins, Inc.
William T. Mills, II
PORTERFIELD, HARPER, MILLS, MOTLOW & IRELAND, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
E-mail:  wtm@phm-law.com

    s/ G. Patterson Keahey
    G. Patterson Keahey, Esq.
    THE LAW OFFICE OF
    G. PATTERSON KEAHEY
    Attorney for Plaintiff
    One Independence Plaza, Ste 612
    Birmingham, AL 35209
    205-871-0707
    efile@mesohelp.com