**UNITED STATES JUDICIAL PANEL**
**For MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **VALERIE K. PRESLEY, as Personal** | ) | |
| **Representative for the Estate of** | ) | |
| **Cleveland G. Kite, deceased,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No:** |
| | ) | **11-00444-WS-N** |
| | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **BILL VANN COMPANY, INC., ET AL.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I certify that on the 17th day of March 2015 I have served PLAINTIFF'S NOTICE OF WITHDRAWAL OF NOTICE OF CORRECTION OF PLAINTIFF'S SUPPLEMENTAL BRIEF on all parties of record by e-mail and by e-filing notice of this filing with the Southern District of Alabama through its electronic filing system which will send notice to all parties with an e-mail address of record.


Attorney for Honeywell International Inc.
Frank E. Lankford, Jr.
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
Email: flankford@huielaw.com

Attorneys for CBS
James A. Harris, III
HARRIS & HARRIS,LLP
2501 20th Place South, Suite 450
Birmingham, Alabama 35223
Email: jamey@harris-harris.com

Attorneys for Saint Gobain
Robert H. Sprain, Jr.
SPRAIN LAW FIRM, PC
1707 29th Court South
Birmingham, AL  35209
Email: rhs@sprainlaw.com

Attorneys for Dana Companies, LLC
f/k/a Dana Corporation
Evelyn F. Davis
HAWKINS PARNELL THACKSTON & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
Email: edavis@hptylaw.com

Attorneys for Crane Co.
Timothy A. Clarke
VICKERS, RIIS, MURRAY
and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
E-Mail: tclarke@vickersriis.com

Attorneys for Cameron International Corporation
Christopher S. Rodgers
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
Email: CRodgers@huielaw.com

Attorney for Cummins, Inc.
William T. Mills, II
PORTERFIELD, HARPER, MILLS, MOTLOW & IRELAND, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
E-mail:  wtm@phm-law.com

s/ G. Patterson Keahey
G. Patterson Keahey, Esq.
THE LAW OFFICE OF
G. PATTERSON KEAHEY
Attorney for Plaintiff
One Independence Plaza, Ste 612
Birmingham, AL 35209
205-871-0801
efile@mesohelp.com