BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS          §
LIABILITY LITIGATION (NO. VI)     §          MDL No. 875

*************************

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
(NORTHERN DIVISION)**

| | |
|---|---|
| **VALERIE K. PRESLEY, as Personal Representative for the Estate of Cleveland G. Kite, deceased,** ) ) ) ) | |
| **Plaintiff,** ) ) | **Civil Action No: 11-00444-WS-N** |
| ) ) | |
| **vs.** ) ) | |
| **BILL VANN COMPANY, INC., ET AL.,** ) ) | |
| **Defendants.** ) | |

### PLAINTIFF'S NOTICE OF CORRECTION OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF TAG-ALONG MOTION TO TRANSFER FILED ON MARCH 13, 2015

Comes now the Plaintiff and files her Notice of Correction of Plaintiff's

Supplemental Brief in Support of Plaintiff's Tag-Along Motion to Transfer filed on

March 13, 2015 as follows:

1.      The original conclusion in Plaintiff's Supplemental Brief reads as follows:

If the transferor court does indeed have the authority to reconsider all prior orders entered by the transferee court and this Panel, then the only procedural method that may eliminate the significant problems created thereby (as referenced herein), is to transfer this case back to this Panel and, ultimately, to the **transferor court** to complete all pretrial litigation.

> Therefore, the Plaintiff respectfully requests that this Panel enter its order
> transferring this action back to the transferee court to complete all pretrial
> litigation. (emphasis added)

The erroneous term is emphasized; the correct term is "transferee court." The conclusion

should read as follows:

> If the transferor court does indeed have the authority to reconsider all prior
> orders entered by the transferee court and this Panel, then the only
> procedural method that may eliminate the significant problems created
> thereby (as referenced herein), is to transfer this case back to this Panel
> and, ultimately, to the transferee court to complete all pretrial litigation.
> Therefore, the Plaintiff respectfully requests that this Panel enter its order
> transferring this action back to the transferee court to complete all pretrial
> litigation.

Respectfully Submitted,

*s/G. Patterson Keahey*
G. Patterson Keahey
Counsel for Plaintiff
Law Office of G. Patterson Keahey
One Independence Plaza, Suite 612
Birmingham, Alabama 35209
E-Mail: efile@mesohelp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March 2015, I have served the foregoing
pleading on all parties of record by electronic filing with the Clerk of Court using the
CM/ECF, electronic filing system, which will send a Notice of Electronic Filing to all
parties with an e-mail address of record. I further certify that I have filed a copy of the
foregoing pleading by electronic filing with the Clerk of Court for the Southern District of
Alabama, Northern Division using the CM/ECF, electronic filing system, which will send a
Notice of Electronic Filing to all parties with an e-mail address of record.

*s/G. Patterson Keahey*