BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 875   & Title - IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

Defendant - Saint-Gobain Abrasives, Inc. f/k/a Norton Company

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

Presley, etc. v. Bill Vann Company, Inc., et al., 11-00444-WS-N, US District for Southern District of Alabama, Northern Division

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

3/20/15                                   [signature]

Date                                      Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Robert H. Sprain, Jr., Sprain Law Firm, PC
1707 29th Court S.
Birmingham, Alabama 35209

Telephone No.: 205 437-3232        Fax No.: 205 802-7083

Email Address: rhs@sprainlaw.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2015, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Attorneys for Honeywell International, Inc.
Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Hwy. 280 South, Suite 200
Birmingham, AL 35223
Email: flankford@huielaw.com

Attorneys for CBS
James A. Harris, III
Harris & Harris, LLP
2501 20th Place South, Suite 450
Birmingham, AL 35223
Email: jamey@harris-harris.com

Attorneys for Defendant Dana Companies, LLC, f/k/a Dana Corporation
Evelyn F. Davis
Hawkins Parnell Thackston & Young LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243
Email: edavis@hptylaw.com

Attorneys for Crane Co.
Timothy A. Clarke
Maynard, Cooper & Gale, PC
RSA Trustmark Building, 21st Floor
107 Saint Francis Street
Mobile, AL 36602
Email: tim.clarke@maynardcooper.com

Attorneys for Defendant Cameron International Corporation
Christopher S. Rodgers
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
Email: CRodgers@huielaw.com

Attorney for Cummins, Inc.
William T. Mills, II
Porterfield, Harper, Mills, Motlow & Ireland, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242

*/s/ Robert H. Sprain, Jr.*
Of Counsel