UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE – IN RE: <u>ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)</u>

## NOTICE OF APPEARANCE

**PARTY REPRESENTED:** Defendant, CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

**SHORT CASE CAPTION:** *Valerie K. Presley, Personal Representative of the Estate of Cleveland G. Kite v. Bill Vann Company, LLC, et al.*, Transferred from S. D. AL. 2:11-cv-00444

---

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the defendant indicated above. I am aware that only one attorney can be designated for each party.

Date: 3\20\2015

James A. Harris, III
Bar/ID #: ASB-0683-R74J

**Name and Address of Designated Attorney:**

James A. Harris, III
HARRIS & HARRIS, LLP
BB&T Bank Building, Suite 450
2501 20th Place South
Birmingham, AL 35223
TELEPHONE NO.: (205) 871-5777
FAX NO.: (205) 871-0029
Email Address: jamey@harris-harris.com

1

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Valerie K. Presley, Personal Representative of the Estate of CLEVELAND G. KITE v. Bill Vann Company, LLC, et al.*, Transferred from the S. D. of Alabama, Case No. 2:11-cv-00444

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby on the 20th day of March, 2015, I electronically filed the foregoing with the Clerk of the JPML using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ James A. Harris, III
OF COUNSEL