UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Valerie K. Presley, Personal Representative of the Estate of CLEVELAND G. KITE v. Bill Vann Company, LLC, et al.*, Transferred from the S. D. of Alabama, Case No. 2:11-cv-00444

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for CBS Corporation, a Delaware corporation, f/k/a/ Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter, "CBS Corporation")("CBS.A" and "CBS") certifies that this party is a non-governmental corporate party and that:

[X] This party's parent corporation(s) are listed below:

National Amusements, Inc. and its wholly-owned subsidiary, NAI Entertainment Holdings LLC, are privately-held companies, which, in the aggregate, own the majority of the voting stock of CBS Corporation.

[X] The following publicly-held corporation(s) own 10% or more of the party's stock:

To CBS Corporation's knowledge without inquiry, GAMCO Investors, Inc. (GAMCO) filed a Schedule 13D/A with the Securities and Exchange Commission on March 15, 2011 indicating that GAMCO and certain persons and entities affiliated therewith (any of which may be publicly held) own in the aggregate 10.11% of CBS Corporation's voting stock.

**OR**

[ ] This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

*[signature]*
James A. Harris, III
**Bar ID #: ASB-0683-R74J**

HARRIS & HARRIS, LLP
BB&T Bank Building, Suite 450
2501 20th Place South
Birmingham, AL 35223
TEL: (205) 871-5777
FAX: (205) 871-0029
Email: jamey@harris-harris.com

Date: 3/20/2015

1

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & Title – IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

*Valerie K. Presley, Personal Representative of the Estate of CLEVELAND G. KITE v. Bill Vann Company, LLC, et al.*, Transferred from the S. D. of Alabama, Case No. 2:11-cv-00444

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby on the 20th day of March, 2015, I electronically filed the foregoing with the Clerk of the JPML using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ James A. Harris, III
OF COUNSEL

1