# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __875__ & TITLE - IN RE: __Asbestos Products Liability Litigation (No. VI)__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Presley, etc. v. Bill Vann Company, Inc., et al., 11-00444-WS-N, US District for Southern District of Ala

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Saint-Gobain Abrasives, Inc. f/k/a__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

[✓] This party's parent corporation(s) are listed below:

The defendant, Saint-Gobain Abrasives, Inc., f/k/a Norton Company, states that it is owned 100% by

[ ] The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

[ ] This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_(signature)_
Signature of Attorney

Sprain Law Firm, PC
Name of Firm

1707 29th Court S.
Address

Birmingham, Alabama 35209
City/State/Zip Code

Date  3/20/2015

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2015, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Attorneys for Honeywell International, Inc.
Frank E. Lankford, Jr.
Huie, Fernambucq & Stewart
2801 Hwy. 280 South, Suite 200
Birmingham, AL 35223
Email: flankford@huielaw.com

Attorneys for CBS
James A. Harris, III
Harris & Harris, LLP
2501 20th Place South, Suite 450
Birmingham, AL 35223
Email: jamey@harris-harris.com

Attorneys for Defendant Dana Companies, LLC, f/k/a Dana Corporation
Evelyn F. Davis
Hawkins Parnell Thackston & Young LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243
Email: edavis@hptylaw.com

Attorneys for Crane Co.
Timothy A. Clarke
Maynard, Cooper & Gale, PC
RSA Trustmark Building, 21st Floor
107 Saint Francis Street
Mobile, AL 36602
Email: tim.clarke@maynardcooper.com

Attorneys for Defendant Cameron International Corporation
Christopher S. Rodgers
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
Email: CRodgers@huielaw.com

Attorney for Cummins, Inc.
William T. Mills, II
Porterfield, Harper, Mills, Motlow & Ireland, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242

                                            */s/ Robert H. Sprain, Jr.*
                                            Of Counsel