# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __875__ & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):
Presley, etc. v. Bill Vann Company, Inc., et al., 11-00444-WS-N, U.S. District Court for the Southern District of Alabama, Northern Division

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Crane Co.__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

_____          Maynard Cooper & Gale, P.C.
Signature of Attorney                                Name of Firm

P. O. Drawer 2568                                    Mobile, Alabama  36652-2568
Address                                              City/State/Zip Code

Date  3/23/2015

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

Certificate of Service

I hereby certify that on the 23rd day of March, 2015, I electronically filed in the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Attorney for Plaintiff
G. Patterson Keahey
G. Patterson Keahey Law Firm
1 Independence Plaza #612
Birmingham, Alabama 35209

Attorney for CBS
James A. Harris, III
HARRIS & HARRIS, LLP
2501 20th Place South, Suite 450
Birmingham, Alabama 35223
Email: jamey@harris-harris.com

Attorney for St. Gobain
Robert H. Sprain, Jr.
Sprain Law Firm, P.C.
1707 29th Court South
Birmingham, Alabama 35209
Email: rhs@sprainlaw.com

Attorney for Dana Companies, LLC f/k/a Dana Corporation
Evelyn F. Davis
Hawkins Parnell Thackston & Young LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, Georgia 30308-3243
Email: edavis@hptylaw.com

Attorney for Honeywell International, Inc.
Frank E. Lankford, Jr.
Huie Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
Email: flankford@huielaw.com

{00974292.DOCX-1}

Attorney for Cameron International Corporation
Christopher S. Rodgers
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama  35223
Email: CRodgers@huielaw.com

Attorney for Cummins, Inc.
William T. Mills, II
Porterfield, Harper, Mills, Motlow & Ireland, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama  35242
Email: wtm@phm-law.com

_____
F. GREY REDDITT, JR.