**EXHIBIT A**

**CORPORATE DISCLOSURE STATEMENT**

The Defendant, Saint-Gobain Abrasives, Inc., f/k/a Norton Company, states that it is owned 100% by Saint-Gobain Delaware Corporation.