# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 875 & TITLE - IN RE: Asbestos Products Liability Litigation (No. VI)

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiff, Valerie K. Presley, Individually and as Special Administrator to the Estate of Cleveland Kite, Deceased

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Presley, ect. v. Bill Vann Co., Inc., et al. 11-0444-WS-N, Southern District of Alabama, Northern Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 3/23/2015 | /s/ G. Patterson Keahey |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

G. Patterson Keahey, Law Office of G. Patterson Keahey, One Independence Plaza, Ste 612, BHAM, AL 35209

Telephone No.: 205-871-0707        Fax No.: 205-871-0801

Email Address: efile@mesohelp.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

## CERTIFICATE OF SERVICE

I certify that on the 23rd day of March, 2015, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Attorney for Honeywell International Inc.
Frank E. Lankford, Jr.
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
Email: flankford@huielaw.com

Attorneys for Dana Companies, LLC
f/k/a Dana Corporation
Evelyn F. Davis
Hawkins Parnell Thackston & Young LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
Email: edavis@hptylaw.com

Attorneys for Cameron International Corporation
Christopher S. Rodgers
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
Email: CRodgers@huielaw.com

Attorneys for CBS
James A. Harris, III
HARRIS & HARRIS, LLP
2501 20th Place South, Suite 450
Birmingham, Alabama 35223
Email: jamey@harris-harris.com

Attorneys for Saint Gobain
Robert H. Sprain, Jr.
Sprain Law Firm, PC
1707 29th Court South
Birmingham, AL 35209
Email: rhs@sprainlaw.com

Attorney for Cummins, Inc.
William T. Mills, II
Porterfield, Harper, Mills, Motlow & Ireland
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
E-mail: wtm@phm-law.com

Attorneys for Crane Co.
Timothy A. Clarke
VICKERS, RIIS, MURRAY and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
E-Mail: tclarke@vickersriis.com

s/G. Patterson Keahey
G. Patterson Keahey, Esquire