<u>Certificate of Service</u>

I hereby certify that on the 24th day of March, 2015, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record:

Attorney for Plaintiff
G. Patterson Keahey
G. Patterson Keahey Law Firm
1 Independence Plaza #612
Birmingham, Alabama 35209

Attorney for CBS
James A. Harris, III
HARRIS & HARRIS, LLP
2501 20th Place South, Suite 450
Birmingham, Alabama 35223
Email: jamey@harris-harris.com

Attorney for St. Gobain
Robert H. Sprain, Jr.
Sprain Law Firm, P.C.
1707 29th Court South
Birmingham, Alabama 35209
Email: rhs@sprainlaw.com

Attorney for Crane Co.
Tim Clarke
F. Grey Redditt, Jr.
Maynard Cooper & Gale, P.C.
P.O. Drawer 2568
Mobile, AL 36652-2568
Tim.Clarke@maynardcooper.com
gredditt@maynardcooper.com

Attorney for Honeywell International, Inc.
Frank E. Lankford, Jr.
Huie Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
Email: flankford@huielaw.com

Attorney for Cameron International Corporation
Christopher S. Rodgers
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
Email: CRodgers@huielaw.com

Attorney for Cummins, Inc.
William T. Mills, II
Porterfield, Harper, Mills, Motlow & Ireland, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
Email: wtm@phm-law.com

HAWKINS PARNELL THACKSTON & YOUNG LLP

*Evelyn F. Davis* (signature)
EVELYN F. DAVIS

303 Peachtree Street NE
Suite 4000
Atlanta, Georgia 30308-3243
Attorney for Dana Companies, LLC

iManage 11214221v.1