## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. **875** & TITLE – IN RE: <u>Asbestos Products Liability Litigation (No. VI)</u>

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **VALERIE K. PRESLEY, personal representative for the Estate of Cleveland G. Kite, deceased,** )<br>)<br>)<br>) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.:**<br>**11-00444-WS-N** |
| ) | |
| **v.** ) | |
| ) | |
| **BILL VANN COMPANY, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF WITHDRAWAL

COMES NOW F. Grey Redditt, Jr., and files this notice of withdrawal of the corporate disclosure statement and notice of appearance as counsel of record on behalf of Crane Co. Representation of Crane Co. in this court will continue by Michael J. Zukowski of the firm of K&L Gates LLP.

Dated this 24th day of March, 2015.

                                          Respectfully submitted,

                                          */s/ F. Grey Redditt, Jr.*
                                          F. GREY REDDITT, JR (ASB-5142-R64F)
                                          TIMOTHY A. CLARKE (ASB-1440-R67T)
                                          *Attorneys for Crane Co.*

<u>OF COUNSEL</u>:
Maynard Cooper & Gale, PC.
Post Office Drawer 2568

{00975252.DOCX-1}

Mobile, Alabama 36652-2568
Phone:  (251) 432-9772
Facsimile: (251) 432-9781
E-Mail: gredditt@maynardcooper.com
E-Mail: tclarke@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail postage prepaid.

*/s/ F. Grey Redditt, Jr.*
F. GREY REDDITT, JR (ASB-5142-R64F)
TIMOTHY A. CLARKE (ASB-1440-R67T)

{00975252.DOCX-1}