BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE ASBESTOS PRODUCTS | § | |
| LIABILITY LITIGATION (No. VI) | § | MDL DOCKET NO. 875 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA (NORTHERN DIVISION)

| | | |
|---|---|---|
| **VALERIE K. PRESLEY, as Personal Representative for the Estate of Cleveland G. Kite, deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | 11-cv-00444 |
| vs. | ) ) | |
| **BILL VANN COMPANY, INC., et al.,** | ) ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S NOTICE OF FILING

COMES NOW the Plaintiff and gives notice of filing the following documents with the JPML on March 27, 2015:

1. (Doc 154 ALSD)  Plaintiff's Motion to Modify Rule 16(b) Scheduling Order Pursuant to Fed. R. Civ. P. 16(b)(4)

2. (Doc 155 ALSD)  Cummins Objection to Plaintiff's Motion to Modify Rule 16(b) Scheduling Order

.

s/G. Patterson Keahey
G. Patterson Keahey
Attorney for Plaintiff
The Law Office of G. Patterson Keahey
One Independence Plaza, Ste 612
Birmingham, AL 35209
(205) 871-0707
efile@mesohelp.com

## CERTIFICATE OF SERVICE

I certify that on the 27th day of March 2015 I have served the foregoing pleading on all parties of record by through its electronic filing system which will send notice to all parties with an e-mail address of record.

Attorney for Honeywell International Inc.
Frank E. Lankford, Jr.
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
Email: flankford@huielaw.com

Attorneys for CBS
James A. Harris, III
HARRIS & HARRIS,LLP
2501 20th Place South, Suite 450
Birmingham, Alabama 35223
Email: jamey@harris-harris.com

Attorneys for Saint Gobain
Robert H. Sprain, Jr.
SPRAIN LAW FIRM, PC
1707 29th Court South
Birmingham, AL  35209
Email: rhs@sprainlaw.com

Attorneys for Dana Companies, LLC
f/k/a Dana Corporation
Evelyn F. Davis
HAWKINS PARNELL THACKSTON & YOUNG LLP
4000 SunTrust Plaza
303 Peachtree Street NE
Atlanta, GA 30308-3243
Email: edavis@hptylaw.com

Attorneys for Crane Co.
Timothy A. Clarke
VICKERS, RIIS, MURRAY
and CURRAN, L.L.C.
Post Office Drawer 2568
Mobile, Alabama 36652-2568
E-Mail: tclarke@vickersriis.com

Attorneys for Cameron International Corporation
Christopher S. Rodgers
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223
Email: CRodgers@huielaw.com

Attorney for Cummins, Inc.
William T. Mills, II
PORTERFIELD, HARPER, MILLS, MOTLOW & IRELAND, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, Alabama 35242
E-mail:  wtm@phm-law.com

        s/ G. Patterson Keahey
        G. Patterson Keahey, Esq.
        THE LAW OFFICE OF
        G. PATTERSON KEAHEY
        Attorney for Plaintiff
        One Independence Plaza, Ste 612
        Birmingham, AL 35209
        205-871-0707
        efile@mesohelp.com