**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) | |
| LIABILITY LITIGATION (NO. VI) ) | MDL DOCKET NO.: 875 |

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| VALERIE K. PRESLEY, as Personal ) Representative of the Estate of ) CLEVELAND G. KITE, deceased ) ) Plaintiff, ) ) vs. ) ) BILL VANN COMPANY ) LLC., et al., ) ) Defendants. ) | CIVIL ACTION NO.: 2:11-CV-67753 |

## JOINDER

COMES NOW Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse"), and joins in:

1. DEFENDANT CRANE CO'S RESPONSE TO PLAINTIFF'S TAG-ALONG MOTION TO TRANSFER filed on March 27, 2015.

Without waiving arguments asserted, or positions taken, in any pleading previously filed by Westinghouse, Westinghouse respectfully adopts and reasserts each and every argument contained in the motions identified above as if fully set forth herein.

Respectfully submitted,

s/ James A. Harris, III
James A. Harris, III
**Bar Id # ASB-0683-R74J**

1

                        Nicole M. Hardee
                        **Bar Id#:  ASB-0073-P71G**
                        2501 20th Place South, Suite 450
                        Birmingham, Alabama35223
                        FAX:  (205) 871-0029
                        TEL:  (205) 871-5777
                        Email: jamey@harris-harris.com
                        Email: nicole@harris-harris.com

**OF COUNSEL:**

**HARRIS & HARRIS, LLP**

                        Attorneys for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

## CERTIFICATE OF SERVICE

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby on the 31st day of March, 2015, I electronically filed the foregoing with the Clerk of the JPML using the CM/ECF system which will send notification of such filing to all counsel of record.

                        /s/ James A. Harris, III
                        OF COUNSEL