# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Sheryl L. Loesch
Clerk

Orlando Division Manager

April 7, 2015

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC 20544-0005

Dear Sir or Madam,

Re: MDL-875

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

    6:15-cv-557-Orl-31KRS        Filed: 4/6/15

If you should have questions or need additional information, please call me at (407) 835-4212.

                SHERYL L. LOESCH, CLERK

                By:    s/L.Klele, Deputy Clerk

Enclosure