# UNITED STATES JUDICIAL PANEL
on
## MULTIDISTRICT LITIGATION

### NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters under 28 U.S.C. § 1407.

DATE OF HEARING SESSION:       **May 28, 2015**

LOCATION OF HEARING SESSION:    United States Courthouse
Ceremonial Courtroom, 15th Floor
300 South Fourth Street
Minneapolis, Minnesota  55415

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) need not attend the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **May 11, 2015.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, United States District for the District of Minnesota

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION


### HEARING SESSION ORDER


The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on May 28, 2015, the Panel will convene a hearing session in Minneapolis, Minnesota, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.


PANEL ON MULTIDISTRICT LITIGATION


_____
Sarah S. Vance
Chair

Marjorie O. Rendell          Charles R. Breyer
Lewis A. Kaplan              Ellen Segal Huvelle
R. David Proctor             Catherine D. Perry

**SCHEDULE OF MATTERS FOR HEARING SESSION**
May 28, 2015 -- Minneapolis, Minnesota

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

(This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.)

MDL No. 2617 - **IN RE: ANTHEM, INC., CUSTOMER DATA SECURITY BREACH LITIGATION**

Motion of plaintiff Michael S. Weinberger to transfer the following actions to the United States District Court for the Southern District of Indiana:

Northern District of Alabama

JULIANO v. ANTHEM, INC., C.A. No. 2:15-00219

Central District of California

KIRBY v. ANTHEM, INC., ET AL., C.A. No. 2:15-00820
HOOD v. ANTHEM, INC., ET AL., C.A. No. 2:15-00918
DOE v. ANTHEM, INC., ET AL., C.A. No. 2:15-00934
MORRIS v. ANTHEM, INC., ET AL., C.A. No. 8:15-00196
LIU v. ANTHEM, INC., ET AL., C.A. No. 8:15-00215

Eastern District of California

POWELL, ET AL. v. ANTHEM, INC., ET AL., C.A. No. 2:15-00314

Northern District of California

GIOTTA v. ANTHEM, INC., ET AL., C.A. No. 5:15-00618

Northern District of Georgia

D'ANGELO, ET AL. v. ANTHEM, INC., ET AL., C.A. No. 1:15-00371

Southern District of Indiana

MEADOWS v. ANTHEM, INC., C.A. No. 1:15-00163
KEYSER v. ANTHEM, INC., C.A. No. 1:15-00178
GARSON v. ANTHEM, INC., ET AL., C.A. No. 1:15-00180
PANTUSO v. ANTHEM INSURANCE COMPANIES, INC., C.A. No. 1:15-00181

KASLOWITZ v. ANTHEM, INC., C.A. No. 1:15−00188
WEINBERGER v. ANTHEM, INC., ET AL., C.A. No. 1:15−00201
BRESCIA v. ANTHEM, INC., ET AL., C.A. No. 1:15−00203

      Southern District of Ohio

MCKINLEY, ET AL. v. ANTHEM, INC., C.A. No. 1:15−00096

**MDL No. 2619 − IN RE: WALGREENS HERBAL SUPPLEMENTS MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiff John Hollis to transfer the following actions to the United States District Court for the Northern District of Illinois:

      Western District of Arkansas

CLEMMONS v. WALGREEN CO., C.A. No. 5:15−05032

      Central District of California

CUMMINS v. WALGREEN CO., ET AL., C.A. No. 2:15−00911

      Northern District of California

DE LA TORRE, ET AL. v. WALGREEN CO., C.A. No. 5:15−00556

      Southern District of California

HERNANDEZ v. WALGREENS COMPANY, C.A. No. 3:15−00260

      Northern District of Illinois

HALE, ET AL. v. WALGREEN CO., ET AL., C.A. No. 1:15−01182
ALLSUP v. WALGREEN CO., C.A. No. 1:15−01244
HOLLIS v. WALGREENS BOOTS ALLIANCE, INC., ET AL., C.A. No. 1:15−01265
ANDREWS v. WALGREEN CO., C.A. No. 1:15−01308

      Eastern District of Missouri

KARDASZ v. WALGREEN CO., C.A. No. 4:15−00251

      Southern District of Ohio

TRINIDAD v. WALGREEN CO., ET AL., C.A. No. 1:15−00090

MDL No. 2620 – **IN RE: WAL−MART STORES, INC., HERBAL SUPPLEMENTS MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiffs Mercedes Taketa, et al., to transfer certain of the following actions to the United States District Court for the Northern District of California; motion of plaintiff Shane Sparks to transfer certain of the following actions to the United States District Court for the Western District of Arkansas; and motion of plaintiffs George Marshall, et al., to transfer the following actions to the United States District Court for the Western District of Arkansas:

Eastern District of Arkansas

JONES v. WAL−MART STORES, INC., ET AL., C.A. No. 4:15−00085

Western District of Arkansas

SPARKS v. WAL−MART STORES, INC., C.A. No. 5:15−05031

Central District of California

SHAHRASHIAN v. WAL−MART STORES, INC., ET AL.,
  C.A. No. 2:15−00978

Northern District of California

TAKETA v. WAL−MART STORES, INC., C.A. No. 3:15−00542
DE LA TORRE, ET AL. v. WAL−MART STORES, INC., C.A. No. 5:15−00557

Northern District of Florida

HAJE v. WAL−MART STORES, INC., C.A. No. 3:15−00039

Southern District of Florida

MARSHALL, ET AL. v. WAL−MART STORES, INC., C.A. No. 0:15−60246

Northern District of Illinois

HALE, ET AL. v. WALGREEN CO., ET AL., C.A. No. 1:15−01182

Southern District of Indiana

MYERS v. WAL−MART STORES, INC., ET AL., C.A. No. 4:15−00019

Western District of Kentucky

MOORS v. WAL‑MART STORES, INC., ET AL., C.A. No. 3:15‑00123

District of Massachusetts

MAYER v. WAL‑MART STORES INC., C.A. No. 1:15‑10287

Eastern District of Missouri

FIGUEIREDO, ET AL. v. WAL‑MART STORES, INC., C.A. No. 4:15‑00249
HANNA, ET AL. v. WAL‑MART STORES, ET AL., C.A. No. 4:15‑00295

Western District of Missouri

STOKES v. WAL‑MART STORES, INC., C.A. No. 2:15‑04027
LOWE v. WAL‑MART STORES, INC., C.A. No. 2:15‑04030

Northern District of Ohio

MAGER v. GNC HOLDINGS, INC., ET AL., C.A. No. 5:15‑00267

Southern District of Ohio

TRINIDAD v. WAL‑MART STORES, INC., ET AL., C.A. No. 1:15‑00091

District of Oregon

STEVENS v. WAL‑MART STORES, INC., ET AL., C.A. No. 3:15‑00243

MDL No. 2621 ‑ **IN RE: GNC CORP. HERBAL SUPPLEMENTS MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiff Gretchen Dore to transfer the following actions to the United States District Court for the Southern District of Florida:

Western District of Arkansas

CLEMMONS v. GENERAL NUTRITION CORP., ET AL., C.A. No. 5:15‑05036

Northern District of California

DE LA TORRE, ET AL. v. GNC HOLDINGS, INC., ET AL., C.A. No. 5:15‑00561

- 4 -

Southern District of Florida

REYES v. GENERAL NUTRITION CORPORATION, ET AL., C.A. No. 1:15−20513
DORE v. GNC HOLDINGS, INC., ET AL., C.A. No. 1:15−20618

Northern District of Ohio

MAGER v. GNC HOLDINGS, INC., ET AL., C.A. No. 5:15−00267

Eastern District of Pennsylvania

WRIGHT v. GNC HOLDINGS, INC., C.A. No. 2:15−00566

MDL No. 2622 − **IN RE: TARGET CORP. HERBAL SUPPLEMENTS MARKETING
AND SALES PRACTICES LITIGATION**

Motion of plaintiff Melanie Barber to transfer the following actions to the United States
District Court for the Northern District of California:

Western District of Arkansas

SPARKS v. TARGET BRANDS, INC., ET AL., C.A. No. 5:15−05033

Northern District of California

FARRELL v. TARGET CORPORATION, C.A. No. 3:15−00635
BARBER v. TARGET CORPORATION, C.A. No. 4:15−00568
DE LA TORRE, ET AL. v. TARGET CORPORATION, ET AL., C.A. No. 5:15−00559

MDL No. 2623 − **IN RE: ACCRETIVE HEALTH, INC., FAIR DEBT COLLECTION
PRACTICES ACT (FDCPA) LITIGATION**

Motion of plaintiff Mahala A. Church to transfer the following actions to the United
States District Court for the Southern District of Alabama:

Southern District of Alabama

CHURCH v. ACCRETIVE HEALTH, INC., C.A. No. 1:14−00057

Eastern District of Michigan

ANGER v. ACCRETIVE HEALTH, INC., C.A. No. 2:14−12864
CASSALE v. ACCRETIVE HEALTH, INCORPORATED, C.A. No. 2:15−10496

MDL No. 2624 – **IN RE: LENOVO ADWARE LITIGATION**

Motion of plaintiff Lukas Pick to transfer the following actions to the United States District Court for the Eastern District of North Carolina:

<u>Northern District of California</u>

STERLING INTERNATIONAL CONSULTING GROUP v. LENOVO (UNITED STATES), INC., ET AL., C.A. No. 5:15–00807
HUNTER v. LENOVO (UNITED STATES), INC., ET AL., C.A. No. 5:15–00819

<u>Southern District of California</u>

BENNETT v. LENOVO (UNITED STATES), INC., ET AL., C.A. No. 3:15–00368

<u>Eastern District of North Carolina</u>

PICK v. LENOVO (UNITED STATES), INC., ET AL., C.A. No. 5:15–00068

MDL No. 2625 – **IN RE: KMART CORPORATION CUSTOMER DATA SECURITY BREACH LITIGATION**

Motion of plaintiff First NBC Bank to transfer the following actions to the United States District Court for the Northern District of Illinois:

<u>Northern District of Illinois</u>

FIRST NBC BANK v. KMART CORPORATION, ET AL., C.A. No. 1:14–10088

<u>Eastern District of Louisiana</u>

GULF COAST BANK & TRUST COMPANY v. KMART CORPORATION, ET AL., C.A. No. 2:15–00558

<u>Western District of Pennsylvania</u>

FIRST CHOICE FEDERAL CREDIT UNION v. KMART CORPORATION, ET AL., C.A. No. 2:15–00241

MDL No. 2626 – **IN RE: DISPOSABLE CONTACT LENS ANTITRUST LITIGATION**

Motion of plaintiffs Rachel Miller, et al., to transfer of certain of the following actions to the United States District Court for the Northern District of California and motion of plaintiff Clemente Cesare to transfer the following actions to the United States District Court for the Southern District of Florida:

Northern District of California

COSTCO WHOLESALE CORPORATION v. JOHNSON & JOHNSON VISION
    CARE, INC., C.A. No. 3:15‑00941
MACHIKAWA, ET AL. v. COOPER VISION, INC., ET AL., C.A. No. 3:15‑01001
MILLER, ET AL. v. ALCON LABORATORIES, INC., ET AL., C.A. No. 3:15‑01028
FERNANDES v. ALCON LABORATORIES, INC., ET AL., C.A. No. 3:15‑01045
MANGUM v. COOPERVISION, INC., ET AL., C.A. No. 5:15‑01064

Southern District of Florida

CESARE v. COOPERVISION, INC., ET AL., C.A. No. 0:15‑60466

District of Kansas

GRAY, ET AL. v. ALCON LABORATORIES, INC., ET AL., C.A. No. 2:15‑02642

MDL No. 2627 – **IN RE: LUMBER LIQUIDATORS CHINESE‑MANUFACTURED
                FLOORING PRODUCTS MARKETING, SALES PRACTICES AND
                PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Shelly Conte, et al., to transfer the following actions to the United States District Court for the Northern District of California:

Central District of California

TYRRELL, ET AL. v. LUMBER LIQUIDATORS, INC., C.A. No. 2:15‑01615
HURD, ET AL. v. LUMBER LIQUIDATORS, INC., C.A. No. 5:15‑00424

Northern District of California

BALERO, ET AL. v. LUMBER LIQUIDATORS, INC., C.A. No. 3:15‑01005
CONTE, ET AL. v. LUMBER LIQUIDATORS, INC., ET AL., C.A. No. 3:15‑01012
EZOVSKI ET AL v. LUMBER LIQUIDATORS, INC., ET AL., C.A. No. 5:15‑01074

       Northern District of Florida

CONSTATINE v. LUMBER LIQUIDATORS, INC., ET AL., C.A. No. 4:15‒00130

       Southern District of Florida

BADIAS v. LUMBER LIQUIDATORS, INC., ET AL., C.A. No. 1:15‒20876

       Northern District of Illinois

BLOOMFIELD v. LUMBER LIQUIDATORS, INC., ET AL., C.A. No. 1:15‒01956

       Eastern District of North Carolina

CAIOLA v. LUMBER LIQUIDATORS, INC., ET AL., C.A. No. 5:15‒00094

       Western District of Oklahoma

MARTIN, ET AL. v. LUMBER LIQUIDATORS, INC., ET AL., C.A. No. 5:15‒00233

**MDL No. 2628 ‒ IN RE: DEER CONSUMER PRODUCTS, INC., SECURITIES LITIGATION**

    Motion of defendants Goldman Kurland and Mohidin, LLP, and Ahmed Mohidin to transfer the following actions to the United States District Court for the Central District of California:

       District of Arizona

BOCKER, ET AL. v. DEER CONSUMER PRODUCTS INCORPORATED, ET AL., C.A. No. 2:15‒00046

       Central District of California

DE SEJOURNET, ET AL. v. GOLDMAN KURLAND AND MOHIDIN, LLP, ET AL., C.A. No. 2:13‒01682

MDL No. 2629 – **IN RE: LESSER PRAIRIE–CHICKEN ENDANGERED SPECIES ACT LISTING LITIGATION**

Motion of defendants U.S. Department of the Interior; U.S. Fish and Wildlife Service; S.M.R. Jewell; Daniel M. Ashe; Gary Frazer; and Jonna Polk to transfer the following actions to the United States District Court for the Northern District of Oklahoma or, in the alternative, the United States District Court for the District of District of Columbia:

Northern District of Oklahoma

OKLAHOMA INDEPENDENT PETROLEUM ASSOCIATION, ET AL. v. DEPARTMENT OF THE INTERIOR, ET AL., C.A. No. 4:14–00307
DEFENDERS OF WILDLIFE, ET AL. v. JEWELL, ET AL., C.A. No. 4:14–00721

Western District of Texas

PERMIAN BASIN PETROLEUM ASSOCIATION, ET AL. v. DEPARTMENT OF THE INTERIOR, ET AL., C.A. No. 7:14–00050

MDL No. 2630 – **IN RE: CORINTHIAN COLLEGES, INC., QUI TAM LITIGATION**

Motion of plaintiffs Patricia Salazar, Brian Payne, Christi Hays, Mamie Andrews, and Carolina Marion to transfer the following actions to the United States District Court for the Northern District of California or, in the alternative, the United States District Court for the Central District of California:

Central District of California

UNITED STATES OF AMERICA, EX REL. CHRISTI HAYS v. CORINTHIAN COLLEGES INC., C.A. No. 8:11–01395
UNITED STATES OF AMERICA, EX REL. MAMIE ANDREWS, ET AL. v. CORINTHIAN COLLEGES, INC., ET AL., C.A. No. 8:11–01675

Northern District of California

UNITED STATES OF AMERICA, EX REL. CAROLINA MARION v. HEALD COLLEGE, LLC, ET AL., C.A. No. 5:12–02067

Northern District of Georgia

UNITED STATES OF AMERICA EX REL., PATRICIA SALAZAR, ET AL. v. CORINTHIAN COLLEGES, INC., C.A. No. 1:11–00053

MDL No. 2631 − **IN RE: ALIBABA GROUP HOLDING LIMITED SECURITIES LITIGATION**

Motion of defendants Alibaba Group Holding Limited, Jack Yun Ma, Joseph C. Tsai, Jonathan Zhaoxi Lu, and Maggie Wei Wu to transfer the following actions to the United States District Court for the Southern District of New York:

<u>Central District of California</u>

HUANG v. ALIBABA GROUP HOLDING LIMITED, ET AL., C.A. No. 2:15−00789
CHAO v. ALIBABA GROUP HOLDING LIMITED, ET AL., C.A. No. 2:15−01102

<u>Southern District of New York</u>

KHUNT v. ALIBABA GROUP HOLDING LIMITED, ET AL., C.A. No. 1:15−00759
KLEIN v. ALIBABA GROUP HOLDING LIMITED, ET AL., C.A. No. 1:15−00811
RAND v. ALIBABA GROUP HOLDING LIMITED, ET AL., C.A. No. 1:15−00991
ZIOLKOWSKI, ET AL. v. ALIBABA GROUP HOLDING LIMITED, ET AL.,
    C.A. No. 1:15−01405

MDL No. 2632 − **IN RE: CALIFORNIA WINE INORGANIC ARSENIC LEVELS PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff Laura Marvin to transfer the following actions to the United States District Court for the Middle District of Louisiana:

<u>Northern District of Florida</u>

WASHINGTON, ET AL. v. THE WINE GROUP, INC., ET AL., C.A. No. 4:15−00163

<u>Middle District of Louisiana</u>

MARVIN v. THE WINE GROUP, INC., ET AL., C.A. No. 3:15−00176

MDL No. 2633 – **IN RE: PREMERA BLUE CROSS CUSTOMER DATA SECURITY BREACH LITIGATION**

Motion, as amended, of plaintiff Bradd Guenser to transfer the following actions to the United States District Court for the Western District of Washington:

<u>District of Oregon</u>

COLCORD v. PREMERA BLUE CROSS, C.A. No. 3:15–00516

<u>Western District of Washington</u>

CUSHNIE v. PREMERA BLUE CROSS, C.A. No. 2:15–00413
BLACKWOLFE, ET AL. v. PREMERA BLUE CROSS, C.A. No. 2:15–00429
GUENSER v. PREMERA BLUE CROSS, C.A. No. 2:15–00441
HOIRUP, ET AL. v. PREMERA BLUE CROSS, C.A. No. 2:15–00445
COSSEY, ET AL. v. PREMERA BLUE CROSS, C.A. No. 2:15–00472
FORSETER, ET AL. v. PREMERA BLUE CROSS, C.A. No.  2:15–00499
ARCHIBALD v. PREMERA BLUE CROSS, C.A. No. 2:15–00505

**SECTION B**
**MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT**

MDL No. 875 – **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

Motion of plaintiff Valerie K. Presley to transfer the following action to the United States District Court for the Eastern District of Pennsylvania:

Southern District of Alabama

PRESLEY v. BILL VANN COMPANY, INC., ET AL., C.A. No. 2:11–00444

MDL No. 2004 – **IN RE: MENTOR CORP. OBTAPE TRANSOBTURATOR SLING PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Joan Bradshaw, et al., to transfer of the following action to the United States District Court for the Middle District of Georgia:

Eastern District of Missouri

BRADSHAW, ET AL. v. MENTOR WORLDWIDE, LLC, C.A. No. 4:15–00332

MDL No. 2165 – **IN RE: ENDANGERED SPECIES ACT SECTION 4 DEADLINE LITIGATION**

Opposition of plaintiffs F.I.M. Corp., et al., to transfer of the following action to the United States District Court for the District of District of Columbia:

District of Nevada

F.I.M. CORP., ET AL. v. U.S. DEPARTMENT OF THE INTERIOR, ET AL., C.A. No. 3:14–00630

MDL No. 2244 – **IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Heather DuPont to transfer of the following action to the United States District Court for the Northern District of Texas:

District of Massachusetts

DUPONT v. DEPUY ORTHOPAEDICS, INC., ET AL., C.A. No. 1:15–10702

MDL No. 2262 – **IN RE: LIBOR–BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION**

Opposition of plaintiff Cicchini Enterprises, Inc., to transfer of the following action to the United States District Court for the Southern District of New York:

Northern District of Ohio

CICCHINI ENTERPRISES, INC. v. JPMORGAN CHASE & CO., ET AL.,
   C.A. No. 5:15–00422

MDL No. 2272 – **IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Jan Reynolds to transfer of the following action to the United States District Court for the Northern District of Illinois:

District of Vermont

REYNOLDS v. DARTMOUTH–HITCHCOCK MEDICAL CENTER, ET AL.,
   C.A. No. 1:14–00137

MDL No. 2286 – **IN RE: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Opposition of plaintiff David E. Mack to transfer of the following actions to the United States District Court for the Southern District of California:

Eastern District of Texas

MACK v. MIDLAND CREDIT MANAGEMENT, INC., C.A. No. 4:15–00135
MACK v. MIDLAND CREDIT MANAGEMENT, INC., C.A. No. 4:15–00136
MACK v. MIDLAND CREDIT MANAGEMENT, INC., C.A. No. 4:15–00138
MACK v. MIDLAND CREDIT MANAGEMENT, C.A. No. 4:15–00139
MACK v. MIDLAND CREDIT MANAGEMENT, C.A. No. 4:15–00140
MACK v. MIDLAND CREDIT MANAGEMENT, INC., C.A. No. 4:15–00141

MDL No. 2308 – **IN RE: SKECHERS TONING SHOE PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Michele Simmons, et al.; Dorothy Simmons, et al.; Linda Nichols, et al.; Particia Martin, et al.; Sarah Rodhouse, et al.; and Corey Brown, et al., to transfer of their respective following actions to the United States District Court for the Western District of Kentucky:

Eastern District of Missouri

SIMMONS, ET AL. v. SKECHERS USA, INC., ET AL., C.A. No. 4:15‒00340
SIMMONS, ET AL. v. SKECHERS USA, INC., ET AL., C.A. No. 4:15‒00341
NICHOLS, ET AL. v. SKECHERS USA, INC., ET AL., C.A. No. 4:15‒00342
MARTIN, ET AL. v. SKECHERS USA, INC., ET AL., C.A. No. 4:15‒00343
RODHOUSE, ET AL. v. SKECHERS USA, INC., ET AL., C.A. No. 4:15‒00344
BROWN, ET AL. v. SKECHERS U.S.A., ET AL., C.A. No. 4:15‒00345

MDL No. 2327 – **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Melissa Mayfield, et al., to transfer of the following action to the United States District Court for the Southern District of West Virginia:

Eastern District of Kentucky

MAYFIELD, ET AL. v. LONDON WOMEN'S CARE, PLLC, ET AL.,
   C.A. No. 6:15‒00019

MDL No. 2331 – **IN RE: PROPECIA (FINASTERIDE) PRODUCTS LIABILITY LITIGATION**

Motion of defendant Marck & Co., Inc., to transfer the following action to the United States District Court for the Eastern District of New York:

Southern District of California

PFAFF, ET AL. v. MERCK & CO., INC., ET AL., C.A. No. 3:15‒00509

MDL No. 2342 – **IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Denise White and R.J., et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Central District of California

WHITE v. MCKESSON CORPORATION, ET AL., C.A. No. 8:15‒00063

Eastern District of Missouri

R.J., ET AL. v. PFIZER INC., ET AL., C.A. No. 4:15‒00153

MDL No. 2391 – **IN RE: BIOMET M2A MAGNUM HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Nicole Murphy to transfer of the following action to the United States District Court for the Northern District of Indiana:

Northern District of Ohio

MURPHY v. BIOMET, INC., ET AL., C.A. No. 1:15‒00492

MDL No. 2396 – **IN RE: TR LABS PATENT LITIGATION**

Opposition of plaintiff Alberta Telecommunications Research Centre to transfer of the following action to the United States District Court for the District of New Jersey:

District of Delaware

ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE v. VERIZON SERVICES CORP., C.A. No. 1:15‒00188

MDL No. 2416 – **IN RE: CAPITAL ONE TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Opposition of plaintiff Troy T. Williams to transfer of the following action to the United States District Court for the Northern District of Illinois:

Northern District of Alabama

WILLIAMS v. CAPITAL ONE BANK USA NA, ET AL., C.A. No. 5:14‒02173

MDL No. 2428 – **IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION**

Opposition of defendants Selma Nephrology Associates, P.A.; Montgomery Kidney Specialists, LLP d/b/a Montgomery Kidney Specialists of Selma; Rafael A. Lopez, M.D.; Charles E. Thomas, M.D.; and DaVita Healthcare Partners, Inc., to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

Southern District of Alabama

JOHNSON v. FRESENIUS MEDICAL CARE HOLDINGS, INC., ET AL.,
   C.A. No. 2:15‒00088

District of South Carolina

COX v. FRESENIUS USA, INC., ET AL., C.A. No. 6:15‒01078

MDL No. 2432 – **IN RE: NEUROGRAFIX ('360) PATENT LITIGATION**

Oppositions of defendants Toshiba America Medical Systems, Inc.; Toshiba Medical Systems Corporation; Smart Scan MRI, LLC; St. Mary's Health Care System, Inc.; St. Mary's Medical Group, Inc.; Athens Radiology Associates, P.C.; Saint Louis University; Hitachi Medical Systems America, Inc.; Hitachi Medical Corporation; and Tenet Healthcare Corporation to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

Middle District of Georgia

NEUROGRAFIX, ET AL. v. TOSHIBA AMERICA MEDICAL SYSTEMS, INC.,
   ET AL., C.A. No. 3:15‒00002

Northern District of Illinois

NEUROGRAFIX, ET AL. v. TOSHIBA AMERICA MEDICAL SYSTEMS, INC.,
   ET AL., C.A. No. 1:15‒00033

Eastern District of Missouri

NEUROGRAFIX, ET AL. v. SAINT LOUIS UNIVERSITY, ET AL.,
   C.A. No. 4:15‒00158

Eastern District of North Carolina

NEUROGRAFIX, ET AL. v. TOSHIBA AMERICA MEDICAL SYSTEMS, INC.,
   ET AL., C.A. No. 4:15‒00006

Northern District of Ohio

NEUROGRAFIX, ET AL. v. HITACHI MEDICAL SYSTEMS AMERICA, INC., ET AL., C.A. No. 5:15–00026

MDL No. 2452 – **IN RE: INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Mieczyslaw Szymczyk, et al., to transfer of the following action to the United States District Court for the Southern District of California:

Eastern District of New York

SZYMCZYK, ET AL. v. SHIFF, ET AL., C.A. No. 2:15–01394

MDL No. 2478 – **IN RE: CONVERGENT TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Opposition of plaintiff Alvin Johnson to transfer of the following action to the United States District Court for the District of Connecticut:

Eastern District of California

JOHNSON v. CONVERGENT OUTSOURCING INC., C.A. No. 2:15–00316

MDL No. 2493 – **IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Opposition of plaintiff Stewart N. Abramson to transfer of the following action to the United States District Court for the Northern District of West Virginia:

Western District of Pennsylvania

ABRAMSON v. ALLIANCE SECURITY, INC., C.A. No. 2:15–00185

MDL No. 2502 – **IN RE: LIPITOR (ATORVASTATIN CALCIUM) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (NO. II)**

Opposition of plaintiffs Robyn Whitney, et al., to transfer of the following action to the United States District Court for the District of South Carolina:

Central District of California

WHITNEY, ET AL. v. PFIZER, INC., ET AL., C.A. No. 2:15–01638

MDL No. 2543 – **IN RE: GENERAL MOTORS LLC IGNITION SWITCH LITIGATION**

Opposition of plaintiffs Zachary Stevens, et al., to transfer of the following action to the United States District Court for the Southern District of New York:

Southern District of Texas

STEVENS, ET AL. v. GENERAL MOTORS LLC, ET AL., C.A. No. 4:15–00628

MDL No. 2587 – **IN RE: INTRAMTA SWITCHED ACCESS CHARGES LITIGATION**

Oppositions of plaintiff Sprint Communications Company L.P. and defendants GTE Southwest, Inc.; Verizon Maryland, LLC; Verizon Pennsylvania, LLC; and Verizon North, LLC to transfer of the following action to the United States District Court for the Northern District of Texas:

Eastern District of Missouri

SPRINT COMMUNICATIONS COMPANY L.P. v. VERIZON MARYLAND LLC, ET AL., C.A. No. 4:15–00161

MDL No. 2592 – **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Kieonna Littlejohn, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

Eastern District of Missouri

LITTLEJOHN, ET AL. v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL., C.A. No. 4:15–00194

MDL No. 2599 – **IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Tina Tran Drang to transfer of the following action to the United States District Court for the Southern District of Florida:

<u>Middle District of Florida</u>

DANG v. HONDA MOTOR COMPANY, LTD, ET AL., C.A. No. 6:14‒02071

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)      Schedule. The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)      Oral Argument Statement. Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard.  Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

(i)      The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c)      Hearing Session. The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

(i)      the dispositive issue(s) have been authoritatively decided; or
(ii)     the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)      Notification of Oral Argument. The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

(i)      Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.
(ii)     The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

(e)      Duty to Confer. Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)      Time Limit for Oral Argument. Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.