IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : Consolidated Under<br>: MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS | : |
| v. | : |
| VARIOUS DEFENDANTS | : Case No. 02-md-875-ER |

## O R D E R

**AND NOW**, this **28th** day of **April, 2015,** it is hereby **ORDERED** that MARDOC Suggestion of Remand No. 25 (ECF No. 4759) and MARDOC Suggestion of Remand No. 26 (ECF No. 4760) are **RENEWED**. Accordingly, the Court **SUGGESTS** that the cases listed in the applicable orders (ECF Nos. 4759 and 4760) be **REMANDED** to the United States District Court for the **Northern District of Ohio** for resolution of all matters pending within each case.[1]

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] The Court entered these suggestions of remand on February 27, 2015 and March 2, 2015. The Court temporarily withdrew the suggestions of remand to allow the transferor court time to develop a mechanism to handle the volume of cases that were remanded. After consultation with the Northern District of Ohio, the MDL Court is now renewing the suggestions of remand.