UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)  MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                 MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11−32134 | OHN | 1 | 95−11343 | CRESPO v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32286 | OHN | 1 | 95−11516 | PARK et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32143 | OHN | 1 | 95−11549 | SHAW v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32196 | OHN | 1 | 95−11762 | EDWARDS et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32149 | OHN | 1 | 95−11837 | COTTONGIM v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32136 | OHN | 1 | 95−11850 | BAGBY et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32084 | OHN | 1 | 95−12120 | PREVOST et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32155 | OHN | 1 | 95−12321 | HYDE v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32240 | OHN | 1 | 95−12352 | SALVAGE et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32239 | OHN | 1 | 95−12498 | SPINA et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32180 | OHN | 1 | 95−12528 | ARCHER et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32205 | OHN | 1 | 95−12540 | WHITEHEAD et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32292 | OHN | 1 | 95−12602 | DA COSTA et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32098 | OHN | 1 | 95−12867 | CORNELIUS et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32236 | OHN | 1 | 95−13062 | HUNIU et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32114 | OHN | 1 | 95−13172 | YOUNG v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32310 | OHN | 1 | 95−13226 | PEELER et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32132 | OHN | 1 | 95−13610 | ALFANO et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32147 | OHN | 1 | 95−13676 | HUNT et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32068 | OHN | 1 | 95−13885 | GUILLORY et al v. PEEBLES et al |
| PAE | 2 | 11−32204 | OHN | 1 | 95−14292 | EBANKS v. A−C PRODUCT LIABILITY TRUST et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–32161 | OHN | 1 | 95–14328 | O'SULLIVAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32126 | OHN | 1 | 95–14780 | DUNN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32072 | OHN | 1 | 95–14922 | MOKU v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32203 | OHN | 1 | 96–10025 | TIGERT v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32156 | OHN | 1 | 96–10042 | GIBSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32273 | OHN | 1 | 96–10104 | SANCHEZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32175 | OHN | 1 | 96–10475 | HUDSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32158 | OHN | 1 | 96–11110 | RABB et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32267 | OHN | 1 | 96–11129 | CRUMPLER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32172 | OHN | 1 | 96–11477 | KNATT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32133 | OHN | 1 | 96–11496 | HAWKINS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32165 | OHN | 1 | 96–11614 | RALPH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32182 | OHN | 1 | 96–11713 | SCOTT v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32230 | OHN | 1 | 96–11808 | BARTEL v. ALLIED ASHLAND et al |
| PAE | 2 | 11–32224 | OHN | 1 | 96–12189 | REYE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32201 | OHN | 1 | 96–12336 | RAMIREZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32069 | OHN | 1 | 96–12372 | WAIDE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32115 | OHN | 1 | 96–13202 | STEWART et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32219 | OHN | 1 | 96–13897 | LE PREVOST v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32111 | OHN | 1 | 96–14961 | JONES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32057 | OHN | 1 | 96–15027 | FIGUEROA–NAVEGO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32055 | OHN | 1 | 96–15115 | HERNANDEZ et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32054 | OHN | 1 | 96–15155 | RABA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32077 | OHN | 1 | 96–15178 | GALE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32187 | OHN | 1 | 96–15469 | MYATT v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32085 | OHN | 1 | 96–15641 | LANE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32223 | OHN | 1 | 97–11684 | CROFT v. A–C PRODUCT LIABILITY TRUST et al |

| PAE | 2 | 11–32083 | OHN | 1 | 97–12333 | RYAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32261 | OHN | 1 | 97–13338 | LEONARD et al v. A–C PRODUCT LIABILITY TRUST et al |