UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                      MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 07, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                    MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–31555 | OHN | 1 | 00–11361 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31345 | OHN | 1 | 00–12113 | FLETCHER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31495 | OHN | 1 | 01–10344 | FLOWERS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 09–91154 | OHN | 1 | 06–10001 | BARTEL (PENERIO) et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31126 | OHN | 1 | 93–13575 | PAPPAS v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31577 | OHN | 1 | 93–13616 | LONGANECKER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31788 | OHN | 1 | 94–10031 | WATSON et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31127 | OHN | 1 | 94–10223 | PARIS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31714 | OHN | 1 | 94–10436 | ENG v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31055 | OHN | 1 | 94–11990 | CASTRO v. FOSTER WHEELER COMPANY |
| PAE | 2 | 11–31585 | OHN | 1 | 94–12060 | MCCALL v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31227 | OHN | 1 | 94–13320 | POTTS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31093 | OHN | 1 | 95–10467 | VALLES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31141 | OHN | 1 | 95–10563 | POWELL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31218 | OHN | 1 | 95–10733 | CRUZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31851 | OHN | 1 | 95–10952 | MILLS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31896 | OHN | 1 | 95–11173 | BRUNO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31876 | OHN | 1 | 95–11444 | GREER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31895 | OHN | 1 | 95–11703 | QUINONES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31894 | OHN | 1 | 95–11868 | RIVERA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31853 | OHN | 1 | 95–12293 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | PEREZ et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31868 | OHN | 1 | 95−12328 | GREASHAM et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31835 | OHN | 1 | 95−13387 | LEWIS et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31823 | OHN | 1 | 95−13820 | WILLIAMS et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31883 | OHN | 1 | 95−14842 | RIDGE et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31858 | OHN | 1 | 95−15112 | MARKS et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11−31561 | OHN | 1 | 96−10805 | KOEP et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31809 | OHN | 1 | 96−12489 | FIELDS v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31848 | OHN | 1 | 96−12857 | DOUGLAS v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31355 | OHN | 1 | 96−12986 | LONDON et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31589 | OHN | 1 | 96−14675 | MCDONALD et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31554 | OHN | 1 | 96−14687 | KAPOOSIAN et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31503 | OHN | 1 | 96−14739 | GALLAGHER v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31821 | OHN | 1 | 96−15587 | GUERRERO et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31861 | OHN | 1 | 96−15622 | MARRERO et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11−31859 | OHN | 1 | 97−10027 | KRADOLFER et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11−31601 | OHN | 1 | 97−10527 | MORRISON v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31253 | OHN | 1 | 97−10750 | OHMAN et al v. A−C PRODUCT LIABILITY et al |
| PAE | 2 | 11−31247 | OHN | 1 | 97−13089 | LOPEZ GARCIA v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31549 | OHN | 1 | 97−13557 | JOHNSON et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31211 | OHN | 1 | 97−14250 | SHAW et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31512 | OHN | 1 | 97−15225 | GONZALES v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31005 | OHN | 1 | 98−10120 | MILLER v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31855 | OHN | 1 | 98−10363 | HIGHSMITH et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31863 | OHN | 1 | 98−11377 | POWELL et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11−31488 | OHN | 1 | 98−12707 | ELGHANI et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31354 | OHN | 1 | 98−12882 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | MONTEIRO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31469 | OHN | 1 | 98–14720 | CROPPER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31157 | OHN | 1 | 99–10078 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31352 | OHN | 1 | 99–20009 | CARMICHAEL et al v. A–C PRODUCT LIABILITY TRUST et al |