IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) : | Consolidated Under MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS : | Transferred from the Northern District of Ohio |
| v. : | |
| VARIOUS DEFENDANTS : | Certain "MARDOC" cases listed in Exhibit "A," attached |

FILED FEB 2 6 2015 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk

### MARDOC SUGGESTION OF REMAND (No. 25)

**AND NOW**, this **26th** day of **February, 2015**, it is hereby **ORDERED** that, upon review of the cases listed in Exhibit "A," attached, and based on the factors identified in the Court's Administrative Order No. 18, No. 01-875 (E.D. Pa. April 30, 2009), ECF No. 6197, the Court finds that:

- a.) Plaintiffs have complied with MDL 875 Administrative Order No. 25, No. 02-875 (E.D. Pa. June 23, 2013), ECF No. 2614.
- b.) The parties have completed their obligations under the Rule 16 orders issued by the Court (see No. 02-875, ECF Nos. 594-600).
- c.) All discovery has been completed.
- d.) The Court has adjudicated all outstanding motions, including dispositive motions.
- e.) Rule 18 settlement discussions have been exhausted in the transferee court. Some of the parties have

1

indicated that additional settlement discussions may be beneficial after the case is remanded to the transferor court.

f.) The Court finds that the cases are prepared for trial without delay once on the transferor court's docket, subject to any trial-related motions *in limine* (including Daubert challenges).

g.) The remaining viable defendants for trial in each case, according to Plaintiffs, are listed in Exhibit "B," attached.

h.) The Court issued an opinion on punitive damages on July 9, 2014 (see No. 02-875, ECF No. 4376). Any punitive damages claims that remain in an individual case are also remanded to the transferor court.[1]

Accordingly, the Court **SUGGESTS** that the cases listed in Exhibit "A," attached, be **REMANDED** to the United States

---

[1] On the Court's "land-based" docket, the MDL 875 Court has severed and retained most claims for punitive damages prior to the cases being remanded to the transferor courts. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); see also In re Roberts, 178 F.3d 181 (3d Cir. 1999). The maritime docket (MARDOC) has proceeded along a different track. See Sanchez v. Various Defendants, No. 02-875, 2014 WL 3353044, at *1 (E.D. Pa. July 9, 2014) (Robreno, J.). All remaining MARDOC cases should be closed or remanded in the near future. Accordingly, the Court deems it appropriate to remand all remaining claims in each of the MARDOC cases.

2

Exhibit A

| PA-E Case Number | Caption | OH-N Case Number |
|---|---|---|
| 2:09-cv-91154-ER | BARTEL (PENERIO) et al v. A-C PRODUCT LIABILITY TRUST et al | 06-10001 |
| 2:11-cv-31005-ER | MILLER v. A-C PRODUCT LIABILITY TRUST et al | 98-10120 |
| 2:11-cv-31055-ER | CASTRO v. FOSTER WHEELER COMPANY | 94-11990 |
| 2:11-cv-31093-ER | VALLES v. A-C PRODUCT LIABILITY TRUST et al | 95-10467 |
| 2:11-cv-31126-ER | PAPPAS v. FOSTER WHEELER COMPANY et al | 93-13575 |
| 2:11-cv-31127-ER | PARIS et al v. FOSTER WHEELER COMPANY et al | 94-10223 |
| 2:11-cv-31141-ER | POWELL v. A-C PRODUCT LIABILITY TRUST et al | 95-10563 |
| 2:11-cv-31157-ER | MILLER v. A-C PRODUCT LIABILITY TRUST et al | 99-10078 |
| 2:11-cv-31211-ER | SHAW et al v. A-C PRODUCT LIABILITY TRUST et al | 97-14250 |
| 2:11-cv-31218-ER | CRUZ v. A-C PRODUCT LIABILITY TRUST et al | 95-10733 |
| 2:11-cv-31227-ER | POTTS et al v. A-C PRODUCT LIABILITY TRUST et al | 94-13320 |
| 2:11-cv-31247-ER | LOPEZ GARCIA v. A-C PRODUCT LIABILITY TRUST et al | 97-13089 |
| 2:11-cv-31253-ER | OHMAN et al v. A-C PRODUCT LIABILITY et al | 97-10750 |
| 2:11-cv-31345-ER | FLETCHER et al v. A-C PRODUCT LIABILITY TRUST et al | 00-12113 |
| 2:11-cv-31352-ER | CARMICHAEL et al v. A-C PRODUCT LIABILITY TRUST et al | 99-20009 |
| 2:11-cv-31354-ER | MONTEIRO et al v. A-C PRODUCT LIABILITY TRUST et al | 98-12882 |
| 2:11-cv-31355-ER | LONDON et al v. A-C PRODUCT LIABILITY TRUST et al | 96-12986 |
| 2:11-cv-31469-ER | CROPPER v. A-C PRODUCT LIABILITY TRUST et al | 98-14720 |
| 2:11-cv-31488-ER | ELGHANI et al v. A-C PRODUCT LIABILITY TRUST et al | 98-12707 |
| 2:11-cv-31495-ER | FLOWERS v. A-C PRODUCT LIABILITY TRUST et al | 01-10344 |
| 2:11-cv-31503-ER | GALLAGHER v. A-C PRODUCT LIABILITY TRUST et al | 96-14739 |
| 2:11-cv-31512-ER | GONZALES v. A-C PRODUCT LIABILITY TRUST et al | 97-15225 |
| 2:11-cv-31549-ER | JOHNSON et al v. A-C PRODUCT LIABILITY TRUST et al | 97-13557 |
| 2:11-cv-31554-ER | KAPOOSIAN et al v. A-C PRODUCT LIABILITY TRUST et al | 96-14687 |
| 2:11-cv-31555-ER | MILLER v. A-C PRODUCT LIABILITY TRUST et al | 00-11361 |
| 2:11-cv-31561-ER | KOEP et al v. A-C PRODUCT LIABILITY TRUST et al | 96-10805 |
| 2:11-cv-31577-ER | LONGANECKER et al v. FOSTER WHEELER COMPANY et al | 93-13616 |
| 2:11-cv-31585-ER | MCCALL v. FOSTER WHEELER COMPANY et al | 94-12060 |
| 2:11-cv-31589-ER | MCDONALD et al v. A-C PRODUCT LIABILITY TRUST et al | 96-14675 |
| 2:11-cv-31601-ER | MORRISON v. A-C PRODUCT LIABILITY TRUST et al | 97-10527 |
| 2:11-cv-31714-ER | ENG v. FOSTER WHEELER COMPANY et al | 94-10436 |
| 2:11-cv-31788-ER | WATSON et al v. FOSTER WHEELER COMPANY et al | 94-10031 |
| 2:11-cv-31809-ER | FIELDS v. A-C PRODUCT LIABILITY TRUST et al | 96-12489 |
| 2:11-cv-31821-ER | GUERRERO et al v. A-C PRODUCT LIABILITY TRUST et al | 96-15587 |
| 2:11-cv-31823-ER | WILLIAMS et al v. A-C PRODUCT LIABILITY TRUST et al | 95-13820 |
| 2:11-cv-31835-ER | LEWIS et al v. A-C PRODUCT LIABILITY TRUST et al | 95-13387 |
| 2:11-cv-31848-ER | DOUGLAS v. A-C PRODUCT LIABILITY TRUST et al | 96-12857 |
| 2:11-cv-31851-ER | MILLS et al v. A-C PRODUCT LIABILITY TRUST et al | 95-10952 |
| 2:11-cv-31853-ER | PEREZ et al v. A-C PRODUCT LIABILITY TRUST et al | 95-12293 |
| 2:11-cv-31855-ER | HIGHSMITH et al v. A-C PRODUCT LIABILITY TRUST et al | 98-10363 |
| 2:11-cv-31858-ER | MARKS et al v. FIBREBOARD CORPORATION et al | 95-15112 |
| 2:11-cv-31859-ER | KRADOLFER et al v. FIBREBOARD CORPORATION et al | 97-10027 |
| 2:11-cv-31861-ER | MARRERO et al v. FIBREBOARD CORPORATION et al | 96-15622 |

| | | |
|---|---|---|
| 2:11-cv-31863-ER | POWELL et al v. FIBREBOARD CORPORATION et al | 98-11377 |
| 2:11-cv-31868-ER | GREASHAM et al v. A-C PRODUCT LIABILITY TRUST et al | 95-12328 |
| 2:11-cv-31876-ER | GREER et al v. A-C PRODUCT LIABILITY TRUST et al | 95-11444 |
| 2:11-cv-31883-ER | RIDGE et al v. A-C PRODUCT LIABILITY TRUST et al | 95-14842 |
| 2:11-cv-31894-ER | RIVERA et al v. A-C PRODUCT LIABILITY TRUST et al | 95-11868 |
| 2:11-cv-31895-ER | QUINONES et al v. A-C PRODUCT LIABILITY TRUST et al | 95-11703 |
| 2:11-cv-31896-ER | BRUNO et al v. A-C PRODUCT LIABILITY TRUST et al | 95-11173 |

## EXHIBIT B

| CIV | NAME | Remand Defendant |
|---|---|---|
| 2:09CV91154 | Panerio, Eugenio | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31005 | Sivley, Julian R | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31055 | Castro, Perfecto | Ford Motor Company |
| | | Moore McCormack Bulk Transport Inc. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31093 | Valles, John E | Esso Standard Oil Co. |
| | | Humble Oil & Refining Company |
| | | Exxon Company USA |
| | | Exxon Shipping Co. |
| | | Humble Oil Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31126 | Pappas, Peter J | American South African Lines |
| | | Barber Asphalt Corp. |
| | | Gatke Corporation |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31127 | Paris, Felix | United Fruit Company |
| | | New York & Cuba Mail S/S Co. |
| | | IMO Industries, Inc. |
| | | Chesterton Co., A. W. |
| 2:11CV31141 | Powell, Joe C | Barber Asphalt Corp. |
| | | Gatke Corporation |
| | | General Refractories |
| | | Chesterton Co., A. W. |

| Case No. | Plaintiff | Defendant |
|---|---|---|
| 2:11CV31157 | Romero, Marco A | American Export Lines Inc. |
| | | American Export Isbrandtsen |
| | | United Fruit Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31211 | Shaw, Charles E | Gatke Corporation |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31218 | Cruz, Marcelino R | Farrell Lines Inc. |
| | | American Export Isbrandtsen |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31227 | Potts, Raymond T | Mathiasen Tanker Ind. Inc. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31247 | Lopez Garcia, Monico A | United Fruit Company |
| | | United Brands Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31253 | Ohman, George W | United Fruit Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31345 | Fletcher, William A | Esso Standard Oil Co. |
| | | Humble Oil & Refining Company |
| | | Esso Shipping Co. |
| | | Exxon Mobil Corporation |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |

| 2:11CV31352 | Carmichael, Howard B | Gatke Corporation |
| --- | --- | --- |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31354 | Monteiro, Michael | Esso Standard Oil Co. |
| | | Exxon Mobil Corporation |
| | | Gatke Corporation |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31355 | London, Willie L | Amoco Shipping Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31469 | Cropper, Jr., Robert M | Sun Oil Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31488 | Elghani, John | Socony Vacuum Oil Company |
| | | Exxon Mobil Corporation |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31495 | Flowers, Edward J | Hanna Mining Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31503 | Gallagher, John J | Standard Oil Co. of New Jersey |
| | | Esso Standard Oil Co. |
| | | Humble Oil & Refining Company |
| | | Esso Shipping Co. |
| | | Humble Oil Co. |
| | | Humble Oil Marine Div. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |

| | | |
|---|---|---|
| 2:11CV31589 | McDonald, Robert C | Mobil Oil Corporation |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31601 | Morrison, Jack C | Gatke Corporation |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31714 | Eng Sr., Curtis R | Cleveland Cliffs S.S. Company |
| | | Cleveland Cliffs Iron Company |
| | | Chesterton Co., A. W. |
| 2:11CV31788 | Watson, William E | Chesterton Co., A. W. |
| 2:11CV31809 | Fields, Otis | American Export Isbrandtsen |
| | | Trinidad Corporation |
| | | Amoco Shipping Co. |
| | | American Oil Co. |
| | | Cosmopolitan Shipping Co., Inc. |
| | | Pan American Petroleum and Transport Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31821 | Guerrero, Patricio | American Export Lines Inc. |
| | | Farrell Lines Inc. |
| | | Mobil Oil Corporation |
| | | Exxon Mobil Corporation |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31823 | Williams, Levi J | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31835 | Lewis, Raymond B | BP Corporation N.A. |
| | | Gatke Corporation |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31848 | Douglas, Clarence | Moore McCormack Bulk Transport Inc. |
| | | Central Gulf Lines, Inc. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |

| | | |
|---|---|---|
| 2:11CV31851 | Mills, Vernon A | United Fruit Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31853 | Perez, Rafael F | American Oil Co. |
| | | BP Corporation N.A. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31855 | Highsmith, Donald L | Amoco Shipping Co. |
| | | American Oil Co. |
| | | Barber Asphalt Corp. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31858 | Marks, Walter A | J. J. Tennant Co. Oregon |
| | | Socony Mobil Oil Co. |
| | | Exxon Mobil Corporation |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31859 | Kradolfer, John C | Amoco Shipping Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31861 | Marrero, Thomas | Farrell Lines Inc. |
| | | American Export Isbrandtsen |
| | | Trinidad Corporation |
| | | United Fruit Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31863 | Powell, Lucher | American Export Lines Inc. |
| | | Farrell Lines Inc. |
| | | American Export Isbrandtsen |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |

| Case No. | Plaintiff | Defendant |
|---|---|---|
| 2:11CV31868 | Greasham, Willie | American Export Lines Inc. |
| | | Farrell Lines Inc. |
| | | American Export Isbrandtsen |
| | | Trinidad Corporation |
| | | United Fruit Company |
| | | Mathiasen Tanker Ind. Inc. |
| | | American South African Lines |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31876 | Greer, George | Trinidad Corporation |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31883 | Ridge, George A | Mobil Oil Corporation |
| | | Socony Mobil Oil Co. |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31894 | Rivera, Tom N | United Fruit Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31895 | Quinones, Victor B | Gatke Corporation |
| | | General Refractories |
| | | Chesterton Co., A. W. |
| 2:11CV31896 | Bruno, Jr., Harold E | United Fruit Company |
| | | Gatke Corporation |
| | | John Crane Inc. |
| | | General Refractories |
| | | Chesterton Co., A. W. |