UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)            MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 11, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)            MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–32034 | OHN | 1 | 95–11138 | MORALES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31945 | OHN | 1 | 95–11471 | PASE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31910 | OHN | 1 | 95–11481 | INGRAM et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31942 | OHN | 1 | 95–11575 | CRUZ–BIANGASSO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31916 | OHN | 1 | 95–12038 | GROOVER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31964 | OHN | 1 | 95–12053 | MALBROUGH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31960 | OHN | 1 | 95–12112 | ROCK et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31914 | OHN | 1 | 95–12354 | THOMPSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31980 | OHN | 1 | 95–12547 | BARTEL v. AMERICAN OVERSEAS MARINE CORP., ET. AL. |
| PAE | 2 | 11–31912 | OHN | 1 | 95–12695 | MILLER v. A–C PRODUCT LIABIILITY TRUST et al |
| PAE | 2 | 11–31961 | OHN | 1 | 95–12886 | LITTLE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31954 | OHN | 1 | 95–12967 | PHILLIPS v. FIREBOARD CORPORATION et al |
| PAE | 2 | 11–31998 | OHN | 1 | 95–13149 | BRADFORD v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31962 | OHN | 1 | 95–13183 | JALHAM v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–31996 | OHN | 1 | 95–13291 | SAID v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32040 | OHN | 1 | 95–13918 | ALEXANDER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31900 | OHN | 1 | 95–13999 | GILYARD v. A–C PRODUCT LIABILTY TRUST et al |
| PAE | 2 | 11–31937 | OHN | 1 | 95–14286 | KWIATKOWSKI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32053 | OHN | 1 | 95–14345 | WILKERSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32029 | OHN | 1 | 95–14668 | REYES v. A–C PRODUCT LIABIILITY TRUST et al |
| PAE | 2 | 11–32027 | OHN | 1 | 95–15141 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | WELCOME v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31941 | OHN | 1 | 96–10178 | SANTOS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32001 | OHN | 1 | 96–10686 | CHAISON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32031 | OHN | 1 | 96–10789 | DUCHARME v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31903 | OHN | 1 | 96–10800 | LARATTA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32038 | OHN | 1 | 96–10886 | PARSONS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32021 | OHN | 1 | 96–10929 | CHRISTENSEN v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–32019 | OHN | 1 | 96–11347 | STRINGER v. A–C PRODUCTS LIABILITY TRUST et al |
| PAE | 2 | 11–31926 | OHN | 1 | 96–11359 | ANGELETY et al v. A–C PRODUCT LIABILTY TRUST et al |
| PAE | 2 | 11–31973 | OHN | 1 | 96–11380 | BONILLA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32045 | OHN | 1 | 96–11446 | GOMES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32044 | OHN | 1 | 96–12423 | THOMPSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31902 | OHN | 1 | 96–12633 | PRANIS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32047 | OHN | 1 | 96–12666 | DEGEN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32046 | OHN | 1 | 96–12670 | MARIN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31957 | OHN | 1 | 96–13235 | JOHNSON v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–32041 | OHN | 1 | 96–13531 | SODDERS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32015 | OHN | 1 | 96–13689 | SOLOMON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31911 | OHN | 1 | 96–15045 | WALSH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31950 | OHN | 1 | 96–15078 | WALDRON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31917 | OHN | 1 | 96–15359 | RIVERA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31970 | OHN | 1 | 96–15412 | MOORE et al v. A–C PRODUCT LIABILITY TRUST ET AL |
| PAE | 2 | 11–31922 | OHN | 1 | 96–15496 | SOTO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31952 | OHN | 1 | 96–15683 | FAIRMAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31924 | OHN | 1 | 96–15750 | MINTON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32017 | OHN | 1 | 97–10208 | GONZALEZ v. A–C PRODUCT LAIBILITY TRUST et al |
| PAE | 2 | 11–31940 | OHN | 1 | 97–11689 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–31905 | OHN | 1 | 97–11849 | HANJILES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32030 | OHN | 1 | 97–13048 | LEDAY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32018 | OHN | 1 | 97–13744 | TWOHIG v. A–C PRODUCT LIABILITY TRUST et al |
| | | | | | | GRUBER v. A–C PRODUCT LIABILITY TRUST et al |