UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)  MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–32618 | OHN | 1 | 94–14048 | RUSSO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32601 | OHN | 1 | 95–10902 | INGEBRETSEN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32073 | OHN | 1 | 95–11227 | PATTERSON V. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32199 | OHN | 1 | 95–11233 | WYNNE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32326 | OHN | 1 | 95–11427 | REID et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32288 | OHN | 1 | 95–11461 | CALVIN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32194 | OHN | 1 | 95–11539 | FRANCA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32507 | OHN | 1 | 95–11696 | BAILEY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31981 | OHN | 1 | 95–12492 | ARCENEAUX et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32117 | OHN | 1 | 95–12950 | DICKENS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32428 | OHN | 1 | 95–13284 | CARMONA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32518 | OHN | 1 | 95–13354 | BORG et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32330 | OHN | 1 | 95–13444 | BARTEL v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–32391 | OHN | 1 | 95–13573 | RICHARDSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32255 | OHN | 1 | 95–13653 | FERRARI v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32436 | OHN | 1 | 95–13944 | LAVIN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32039 | OHN | 1 | 95–14688 | FRANKLIN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32246 | OHN | 1 | 95–14831 | BARTEL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32339 | OHN | 1 | 95–14983 | DECOWSKI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32169 | OHN | 1 | 95–15046 | MOLIZONE, JR et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32227 | OHN | 1 | 95–15173 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | WELCH v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32566 | OHN | 1 | 96−10254 | FLOWERS v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32140 | OHN | 1 | 96−10706 | VAUGHN et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32106 | OHN | 1 | 96−10744 | PURDY et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32207 | OHN | 1 | 96−10782 | HASS et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32210 | OHN | 1 | 96−10870 | BARTEL et al v. A.W. CHESTERTON CO., ET. AL. |
| PAE | 2 | 11−32331 | OHN | 1 | 96−11014 | RAWLINS et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32262 | OHN | 1 | 96−11105 | BROWN et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32249 | OHN | 1 | 96−11200 | YOUNG et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32088 | OHN | 1 | 96−11268 | BUNTING et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32476 | OHN | 1 | 96−11568 | RANSOME et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32522 | OHN | 1 | 96−11602 | MCLAUGHLIN et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32392 | OHN | 1 | 96−11975 | OSBORNE v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32266 | OHN | 1 | 96−12219 | POULSEN et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32313 | OHN | 1 | 96−12359 | WILKINS et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32093 | OHN | 1 | 96−12488 | NEUMANN et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32125 | OHN | 1 | 96−12561 | BELL et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32531 | OHN | 1 | 96−12856 | KONTNY v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32082 | OHN | 1 | 96−13300 | LOPEZ v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32305 | OHN | 1 | 96−13382 | BOOKER et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32569 | OHN | 1 | 96−13384 | YOUNG v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32368 | OHN | 1 | 96−13563 | PAUL et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32209 | OHN | 1 | 96−13685 | TURNER et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32284 | OHN | 1 | 96−15596 | JOHNSON v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32554 | OHN | 1 | 96−15697 | HARDIMAN v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32089 | OHN | 1 | 97−11604 | MITCHELTREE et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32168 | OHN | 1 | 97−11906 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | EBANKS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32551 | OHN | 1 | 97–12229 | JARMON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32206 | OHN | 1 | 97–12414 | MCGANN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32418 | OHN | 1 | 97–13121 | POUNDERS v. A–C PRODUCT LIABILITY TRUST et al |