UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                              MDL No. 875

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 13, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)  MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–32644 | OHN | 1 | 86–00908 | JACKSON et al v. PACIFIC FAR EAST LINES et al |
| PAE | 2 | 11–33399 | OHN | 1 | 88–03531 | MILLER v. AMERICAN STEAMSHIP CO. et al |
| PAE | 2 | 11–33393 | OHN | 1 | 88–04558 | MILLER v. AMERICAN FOREIGN S.S. CORP. et al |
| PAE | 2 | 11–32658 | OHN | 1 | 90–10764 | HARDY et al v. AMERICAN EAGLE TANKER et al |
| PAE | 2 | 11–33341 | OHN | 1 | 92–11388 | MILLER v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–32729 | OHN | 1 | 93–10066 | MILLER v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32746 | OHN | 1 | 93–10489 | MILLER v. A. L. PIERCE et al |
| PAE | 2 | 11–32681 | OHN | 1 | 93–11324 | FREEMAN et al v. AMERICAN EAGLE TANKER CORP. et al |
| PAE | 2 | 11–33173 | OHN | 1 | 94–10267 | FERRELL v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32617 | OHN | 1 | 94–11457 | STORBAKKEN v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32702 | OHN | 1 | 94–13029 | HAMMONS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32616 | OHN | 1 | 95–10845 | CASTRO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32327 | OHN | 1 | 95–11197 | FULD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32675 | OHN | 1 | 95–12213 | HUTCHISON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32346 | OHN | 1 | 95–12229 | HENRY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32546 | OHN | 1 | 95–12419 | VAUGHN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32516 | OHN | 1 | 95–12465 | CEDOTAL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32357 | OHN | 1 | 95–12582 | PERRY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32473 | OHN | 1 | 95–12711 | SMITH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32319 | OHN | 1 | 95–12799 | SEILER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32597 | OHN | 1 | 95–13132 | OZEN et al v. A–C PRODUCT LIABILITY TRUST et al |

| PAE | 2 | 11–32677 | OHN | 1 | 95–13479 | MCINTOSH v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32396 | OHN | 1 | 95–13847 | MARASCHINO et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–32371 | OHN | 1 | 95–13904 | HAAS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32379 | OHN | 1 | 95–13919 | McBRIDE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32427 | OHN | 1 | 95–14438 | GELAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32385 | OHN | 1 | 95–14518 | CATALANO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32553 | OHN | 1 | 95–14819 | DIFULCO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32423 | OHN | 1 | 96–10371 | FORE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32422 | OHN | 1 | 96–10469 | BLACK v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32350 | OHN | 1 | 96–10567 | TUOHEY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32321 | OHN | 1 | 96–10590 | MCSWAIN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32370 | OHN | 1 | 96–10642 | BARTEL v. AMERICAN EXPORT LINES INC., ET. AL. |
| PAE | 2 | 11–32360 | OHN | 1 | 96–10742 | BARTEL v. AMERICAN OIL CO., ET. AL. |
| PAE | 2 | 11–32381 | OHN | 1 | 96–11091 | BELL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32382 | OHN | 1 | 96–11213 | RICE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32376 | OHN | 1 | 96–11396 | ELLIOTT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32342 | OHN | 1 | 96–11518 | LASOULEY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32366 | OHN | 1 | 96–12273 | LADNER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32409 | OHN | 1 | 96–12690 | LAFFARGUE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32486 | OHN | 1 | 96–15033 | BYNUM et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32380 | OHN | 1 | 96–15669 | HAYNES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32490 | OHN | 1 | 96–15706 | AVANT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32373 | OHN | 1 | 96–15876 | COOK et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32487 | OHN | 1 | 97–11308 | BURNEY et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–32369 | OHN | 1 | 97–11715 | MARTELL v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32312 | OHN | 1 | 97–11968 | STEELE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32513 | OHN | 1 | 97–12350 | MCKINNEY v. A–C PRODUCT LIABILITY TRUST et al |

| PAE | 2 | 11–32586 | OHN | 1 | 97–12983 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32521 | OHN | 1 | 98–10099 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |