UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL No. 875 |

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–33740 | OHN | 1 | 00–10283 | ZWEIGLE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33691 | OHN | 1 | 00–10342 | MORAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33288 | OHN | 1 | 00–11137 | CONNORS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33692 | OHN | 1 | 01–10310 | HERNANDEZ v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33549 | OHN | 1 | 86–01558 | ALIFANTIS v. SEATRAIN MANHATTAN TANKERS et al |
| PAE | 2 | 11–33432 | OHN | 1 | 86–01722 | MILLER v. DELTA STEAMSHIP LINES, INC. et al |
| PAE | 2 | 11–33761 | OHN | 1 | 86–01852 | MILLER v. CROWLEY TOWING & TRANSP. CO. et al |
| PAE | 2 | 11–33351 | OHN | 1 | 87–00666 | MILLER v. AMERICAN STEAMSHIP CO. et al |
| PAE | 2 | 11–33449 | OHN | 1 | 88–04707 | DERINGER et al v. A C S INDUSTRIES, INC. et al |
| PAE | 2 | 11–33862 | OHN | 1 | 89–10706 | PATTON v. ACANDS, INC. et al |
| PAE | 2 | 11–33353 | OHN | 1 | 93–10355 | WAGNER et al v. A.H. BULL AND CO. et al |
| PAE | 2 | 11–33646 | OHN | 1 | 93–10468 | DENNER et al v. AMERICAN MAIL LINES et al |
| PAE | 2 | 11–33391 | OHN | 1 | 93–10869 | GRIFFITH v. CENTRAL GULF STEAMSHIP CORPORATION et al |
| PAE | 2 | 11–33650 | OHN | 1 | 93–10956 | STURGIS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33581 | OHN | 1 | 93–10999 | SEMENKEWITZ et al v. FARRELL LINES INC. et al |
| PAE | 2 | 11–33817 | OHN | 1 | 93–11042 | WELLS et al v. FOSTER WHEELER ENERGY CORPORATION et al |
| PAE | 2 | 11–33320 | OHN | 1 | 93–11298 | PHILLIPS et al v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–33757 | OHN | 1 | 93–11395 | BROWN et al v. WESTINGHOUSE ELECTRIC CORPORATION et al |
| PAE | 2 | 11–33236 | OHN | 1 | 93–11399 | FADEK et al v. ACADEMY TANKERS INC. et al |
| PAE | 2 | 11–33597 | OHN | 1 | 93–11555 | GOODWIN v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–33648 | OHN | 1 | 93–12368 | REYNOLDS et al v. AMERICAN TRADING & PRODUCTION CORP. et al |
| PAE | 2 | 11–33808 | OHN | 1 | 93–12387 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | PINEDA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33714 | OHN | 1 | 93–13251 | BROWN et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33627 | OHN | 1 | 93–13310 | FRAZIER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33365 | OHN | 1 | 94–10742 | HARRIS v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33235 | OHN | 1 | 94–11375 | PHILLIPS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33384 | OHN | 1 | 94–11468 | BUCKHANNA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33494 | OHN | 1 | 94–11663 | LAU et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33360 | OHN | 1 | 94–12276 | PUERTO et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33372 | OHN | 1 | 95–10519 | ALLEN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33256 | OHN | 1 | 95–10985 | ROBBINS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33458 | OHN | 1 | 95–12388 | TRUMPE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33478 | OHN | 1 | 95–13609 | GRANT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33792 | OHN | 1 | 95–14362 | BENNETT v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33266 | OHN | 1 | 96–10355 | LEWIS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33254 | OHN | 1 | 96–12730 | SINGLETON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33716 | OHN | 1 | 96–12891 | GALES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33715 | OHN | 1 | 96–12937 | HARIVEL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33505 | OHN | 1 | 97–10123 | DANSEY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33305 | OHN | 1 | 97–10884 | QUINLAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33719 | OHN | 1 | 97–11298 | ARBITTER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33430 | OHN | 1 | 97–11920 | YOUNG v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33246 | OHN | 1 | 97–13027 | YUSKIN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33362 | OHN | 1 | 97–15218 | BRENNAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33294 | OHN | 1 | 98–10094 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33949 | OHN | 1 | 98–10183 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33593 | OHN | 1 | 98–10807 | OSBORNE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33503 | OHN | 1 | 98–11541 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | MCBRIDE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–41832 | OHN | 1 | 98–12963 | CHRISTOPHER v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–33877 | OHN | 1 | 98–13435 | FIGUEROA v. A–C PRODUCT LIABILITY TRUST et al |