UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                             MDL No. 875

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

May 18, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)  MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11−31100 | OHN | 1 | 00−10238 | WATKINS v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30677 | OHN | 1 | 00−10487 | KINDT v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30647 | OHN | 1 | 00−10546 | JENSEN−HAMMER v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−59618 | OHN | 1 | 00−10706 | HOLLINS v. A−C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11−31687 | OHN | 1 | 00−11797 | PIERCE v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10−30056 | OHN | 1 | 01−10647 | ESQUILIN v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10−30917 | OHN | 1 | 02−10239 | MANTHEY v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−33710 | OHN | 1 | 88−04702 | BARTEL (COLEMAN) v. A.W. CHESTERTON CO., ET. AL. |
| PAE | 2 | 11−33764 | OHN | 1 | 89−10459 | LEBARRON v. CANADIAN DREDGE & DOCK et al |
| PAE | 2 | 11−33583 | OHN | 1 | 92−10299 | VARELA et al v. FARRELL LINES INC. et al |
| PAE | 2 | 11−33705 | OHN | 1 | 93−11388 | SCOTT v. AMERADA HESS CORP. et al |
| PAE | 2 | 11−33487 | OHN | 1 | 93−11591 | ALLEN v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11−33577 | OHN | 1 | 93−12305 | SAMAT et al v. ALCOA STEAMSHIP COMPANY, INC. et al |
| PAE | 2 | 11−33576 | OHN | 1 | 93−13278 | MARQUEZ et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11−30324 | OHN | 1 | 93−13511 | MILLER v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11−30275 | OHN | 1 | 93−13847 | FRIGOLETTI v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11−30274 | OHN | 1 | 93−13987 | FREDERICK v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11−33481 | OHN | 1 | 93−14217 | ELLIS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11−30269 | OHN | 1 | 94−11369 | FOSTER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11−30653 | OHN | 1 | 94−11890 | JOHNSON et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11−31744 | OHN | 1 | 94−12052 | SPODAR et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11−30894 | OHN | 1 | 94−12572 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | PITTAWAY v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31783 | OHN | 1 | 94–12758 | SALDANA v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30367 | OHN | 1 | 94–13387 | GEORGOUSSIS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33937 | OHN | 1 | 95–11188 | SMITH v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31869 | OHN | 1 | 95–11417 | BADGER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33807 | OHN | 1 | 95–12131 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31919 | OHN | 1 | 95–12152 | DEW et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31877 | OHN | 1 | 95–14417 | SPENCER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31857 | OHN | 1 | 96–10531 | RODRIGUEZ et al v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–33482 | OHN | 1 | 96–11379 | ESTE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30515 | OHN | 1 | 96–12083 | O'BRIEN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30477 | OHN | 1 | 96–13582 | MARTIN et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31920 | OHN | 1 | 96–14511 | NIMIGEAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30725 | OHN | 1 | 96–14520 | LUYANDO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31062 | OHN | 1 | 96–15965 | COFFER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31908 | OHN | 1 | 97–10127 | HARDIN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30407 | OHN | 1 | 97–10282 | HAMSTRA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31282 | OHN | 1 | 97–11162 | SILVA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30219 | OHN | 1 | 97–11807 | CASEY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33602 | OHN | 1 | 97–13589 | WILLIAMS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30100 | OHN | 1 | 97–14726 | ANGLIN et al v. A–C PRODUCT LIABLITY TRUST et al |
| PAE | 2 | 11–31793 | OHN | 1 | 97–15239 | ANNABLE et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30853 | OHN | 1 | 98–10706 | WILSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30430 | OHN | 1 | 98–11441 | HERBERT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30754 | OHN | 1 | 98–12924 | STIGLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30828 | OHN | 1 | 98–14956 | WATSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30567 | OHN | 1 | 99–10746 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11−33632 | OHN | 1 | 99−12520 | OGNENOFF et al v. A−C PRODUCT LIABILITY TRUST et al |
| | | | | | | KEATING v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30471 | OHN | 1 | 99−13026 | EVERHART v. A−C PRODUCT LIABILITY TRUST et al |