# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                    MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

May 20, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**                                                    MDL No. 875

**SCHEDULE FOR CRO**

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–33159 | OHN | 1 | 00–10813 | BISHOP v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32972 | OHN | 1 | 86–00790 | HIGGINS et al v. AMERICAN PRESIDENT LINES LTD. et al |
| PAE | 2 | 11–32850 | OHN | 1 | 86–01856 | CARTER et al v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–32946 | OHN | 1 | 86–01861 | CLIFFORD et al v. AMERICAN PRESIDENT LINES LTD. et al |
| PAE | 2 | 11–32757 | OHN | 1 | 86–01998 | SHANNON v. AMERICAN PRESIDENT LINES LTD. et al |
| PAE | 2 | 11–32765 | OHN | 1 | 86–02001 | SMITH v. GULF OIL COMPANY et al |
| PAE | 2 | 11–32928 | OHN | 1 | 86–02998 | PORTILLO et al v. AMERCARGO INC. et al |
| PAE | 2 | 11–32906 | OHN | 1 | 86–03012 | SMITH et al v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–32623 | OHN | 1 | 86–04326 | COLLINS et al v. MARINE TRANSPORT LINES INC. et al |
| PAE | 2 | 11–33047 | OHN | 1 | 86–04390 | GILLIKIN et al v. ALCOA et al |
| PAE | 2 | 11–32742 | OHN | 1 | 86–04575 | RIVERA et al v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–32696 | OHN | 1 | 88–04726 | MASON v. A C S INDUSTRIES, INC. et al |
| PAE | 2 | 11–32879 | OHN | 1 | 88–04732 | PENIARANDA et al v. A C S INDUSTRIES, INC. et al |
| PAE | 2 | 11–33225 | OHN | 1 | 89–15342 | PHILLIPS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33209 | OHN | 1 | 89–15637 | WEISS et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33072 | OHN | 1 | 90–10471 | PATRICK v. ACANDS, INC. et al |
| PAE | 2 | 11–33066 | OHN | 1 | 92–10200 | LUGO et al v. AMERICAN EXPORT ISBRANDSTEN et al |
| PAE | 2 | 11–33002 | OHN | 1 | 92–11230 | BLANCO et al v. FORSTER WHEELER CORPORATION et al |
| PAE | 2 | 11–33233 | OHN | 1 | 92–11302 | REED et al v. AMERICAN MAIL LINES et al |
| PAE | 2 | 11–33091 | OHN | 1 | 93–10103 | BADGER v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32902 | OHN | 1 | 93–10110 | MURPHY et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33021 | OHN | 1 | 93–10505 | TRAYNOR v. ALASKA STEAMSHIP COMPANY et al |
| PAE | 2 | 11–32917 | OHN | 1 | 93–10978 | SPRAWLIN v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–32673 | OHN | 1 | 93–11079 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ODOM et al v. FOSTER WHEELER ENERGY CORPORATION et al |
| PAE | 2 | 11–32848 | OHN | 1 | 93–11337 | LASTER et al v. AMERICAN EAGLE TANKER CORP. et al |
| PAE | 2 | 11–33034 | OHN | 1 | 93–11633 | DANIELS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33171 | OHN | 1 | 93–12123 | BELL et al v. CENTRAL GULF STEAMSHIP CORPORATION et al |
| PAE | 2 | 11–33007 | OHN | 1 | 93–12266 | COUNCIL et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32911 | OHN | 1 | 93–12554 | ZEIDEL et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33015 | OHN | 1 | 93–12782 | WILSON et al v. ALASKA STEAMSHIP COMPANY et al |
| PAE | 2 | 11–33167 | OHN | 1 | 93–13018 | WILLIS et al v. BALDBUTTE SHIPPING CO. et al |
| PAE | 2 | 11–32635 | OHN | 1 | 93–13118 | MALLARD et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32737 | OHN | 1 | 93–13186 | REED et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32712 | OHN | 1 | 93–13715 | MILLER v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32718 | OHN | 1 | 93–14045 | CHU et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32890 | OHN | 1 | 93–14198 | LUGO et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33144 | OHN | 1 | 94–11356 | LOWTHER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32779 | OHN | 1 | 94–11564 | FABIANI et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32975 | OHN | 1 | 94–11629 | PAPEZ v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32822 | OHN | 1 | 94–12300 | QUATTRONE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33169 | OHN | 1 | 94–12321 | FERNANDEZ v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33088 | OHN | 1 | 94–12958 | FRANKLIN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33221 | OHN | 1 | 94–14035 | STOKES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32754 | OHN | 1 | 96–10046 | Muir v. A–C Product Liability Trust |
| PAE | 2 | 11–32711 | OHN | 1 | 96–14231 | MOORE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32679 | OHN | 1 | 96–15227 | BISE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33143 | OHN | 1 | 96–15655 | WILLIAMS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33174 | OHN | 1 | 97–14431 | THRASHER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33164 | OHN | 1 | 98–10724 | DALY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32726 | OHN | 1 | 98–11211 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |