UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                 MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
| --- | --- | --- | --- | --- | --- | --- |
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–33253 | OHN | 1 | 00–10012 | JACKSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33751 | OHN | 1 | 86–02191 | MILLER v. BLIDBERG ROTHCHILD AGENCY CORP. et al |
| PAE | 2 | 11–33216 | OHN | 1 | 91–10250 | SIMPSON et al v. ACADEMY TANKERS INC. et al |
| PAE | 2 | 11–33317 | OHN | 1 | 91–10320 | STULLIVAN et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33873 | OHN | 1 | 92–11335 | MARMOLEJO et al v. AMERICAN EXPORT ISBRANDSTEN et al |
| PAE | 2 | 11–33247 | OHN | 1 | 93–10258 | KORBAR et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33564 | OHN | 1 | 93–10809 | JOHNSON et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33562 | OHN | 1 | 93–10842 | BALDERSON et al v. ALASKA STEAMSHIP COMPANY et al |
| PAE | 2 | 11–58058 | OHN | 1 | 93–10892 | LAUSELL et al v. AMERICAN EXPORT ISBRANDTSEN |
| PAE | 2 | 11–33453 | OHN | 1 | 93–11333 | BUSIGO et al v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–33625 | OHN | 1 | 93–11450 | TROTT et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33878 | OHN | 1 | 93–11676 | HAYES et al v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–33492 | OHN | 1 | 93–11855 | DEZEE v. A.L. BURBANK & COMPANY LTD. et al |
| PAE | 2 | 11–33240 | OHN | 1 | 93–12712 | LINSCOMB et al v. ALBATROSS STEAMSHIP CO. et al |
| PAE | 2 | 11–33569 | OHN | 1 | 93–13240 | CAAMANO et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33355 | OHN | 1 | 94–11839 | KELLER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–58725 | OHN | 1 | 94–11857 | HOOD et al v. FOSTER WHEELER COMPANY |
| PAE | 2 | 11–58290 | OHN | 1 | 94–13060 | DAVIS v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–33644 | OHN | 1 | 94–13063 | CORDES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–58303 | OHN | 1 | 94–13163 | FOSTER et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–33501 | OHN | 1 | 94–13181 | REYES v. A–C PRODUCT LIABILITY TRUST et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–58359 | OHN | 1 | 94–13725 | KIRKLAND v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–33307 | OHN | 1 | 95–10590 | MONTGOMERY v. A–C PRODUCT LIABILITY TRUST, ET AL. |
| PAE | 2 | 11–33457 | OHN | 1 | 95–11015 | ARTIS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33580 | OHN | 1 | 95–11081 | FIALLOS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–43828 | OHN | 1 | 95–11119 | ROSATI v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–33475 | OHN | 1 | 95–11431 | LEE v. A–C PRODUCT LIABILITY TRUST, ET AL. |
| PAE | 2 | 11–32285 | OHN | 1 | 95–11448 | MOLINA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–48075 | OHN | 1 | 95–12420 | LANKFORD v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–33579 | OHN | 1 | 95–12884 | SCOTT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33224 | OHN | 1 | 95–13011 | EDWARDS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33260 | OHN | 1 | 95–13367 | HAYNES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–55916 | OHN | 1 | 95–14133 | ODOM v. AMERICAN OIL CO. |
| PAE | 2 | 11–33637 | OHN | 1 | 95–14194 | PRATHER et al v. UNITED STATES LINES INC. REORGANIZATION TRUST et al |
| PAE | 2 | 11–59233 | OHN | 1 | 95–15019 | WHITEHOUSE et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–33639 | OHN | 1 | 95–15100 | EVERS et al v. UNITED STATES LINES INC. REORGANIZATION TRUST et al |
| PAE | 2 | 11–33293 | OHN | 1 | 96–10791 | MILLER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33242 | OHN | 1 | 96–12507 | BLANCHETTE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33271 | OHN | 1 | 96–13932 | WRIGHT et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–56519 | OHN | 1 | 96–14120 | MILLER v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–33214 | OHN | 1 | 96–15833 | HIGGINS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33638 | OHN | 1 | 97–10017 | CASSADY et al v. UNITED STATES LINES INC. REORGANIZATION TRUST et al |
| PAE | 2 | 11–30539 | OHN | 1 | 97–12082 | MOORE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33803 | OHN | 1 | 97–12615 | PIRES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–58826 | OHN | 1 | 97–13477 | WILLIAMS v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–33506 | OHN | 1 | 97–13604 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33406 | OHN | 1 | 98–11362 | FRENETT et al v. A–C PRODUCT LIABILTY TRUST et al |
| PAE | 2 | 11–41724 | OHN | 1 | 98–11922 | SMITH v. A–C PRODUCT LIABILITY TRUST |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–33183 | OHN | 1 | 98–14011 | STOWERS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33835 | OHN | 1 | 99–12494 | LARSEN et al v. A–C PRODUCT LIABILITY TRUST et al |