# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                    MDL No. 875

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

May 27, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)**                                         MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–30394 | OHN | 1 | 00–10677 | GUILLORY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 09–30014 | OHN | 1 | 00–12360 | CROWLEY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–58088 | OHN | 1 | 93–11139 | MILLER v. AMERADA HESS CORP. |
| PAE | 2 | 11–59427 | OHN | 1 | 93–13588 | RIVERA et al v. FOSTER WHEELER COMPANY |
| PAE | 2 | 11–30332 | OHN | 1 | 94–10314 | DAVIS et al v. FOSTER WHEELER CO. et al |
| PAE | 2 | 11–30845 | OHN | 1 | 94–11920 | WILLIAMS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30411 | OHN | 1 | 94–12001 | HARDEMAN et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–58653 | OHN | 1 | 94–12037 | MILLER v. FOSTER WHEELER COMPANY, ET AL |
| PAE | 2 | 11–30675 | OHN | 1 | 94–12393 | KIMBROUGH et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30746 | OHN | 1 | 94–12538 | STAHL v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–58626 | OHN | 1 | 94–12675 | WYMAN et al v. FOSTER WHEELER COMPANY |
| PAE | 2 | 11–58643 | OHN | 1 | 94–12840 | ALEXANDER et al v. FOSTER WHEELER COMPANY |
| PAE | 2 | 11–30443 | OHN | 1 | 94–13198 | HOLMES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30538 | OHN | 1 | 94–13758 | MOODY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31587 | OHN | 1 | 94–13773 | MCCHRISTIAN v. A–C PRODUCTS LIABILITY TRUST et al |
| PAE | 2 | 11–55653 | OHN | 1 | 95–10066 | MURPHY et al v. A–C PRODUCT LIABILITY TRUST, ET AL |
| PAE | 2 | 11–30572 | OHN | 1 | 95–10381 | OKRAY et al v. A–C PRODUCTS LIABILITY TRUST et al |
| PAE | 2 | 11–30747 | OHN | 1 | 95–10516 | STANFORD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30788 | OHN | 1 | 95–10678 | TRUESDELL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–55853 | OHN | 1 | 95–12118 | RAMIREZ v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–44059 | OHN | 1 | 95–12448 | KOOYSTRA v. A–C PRODUCT LIABILITY TRUST, ET. AL. |
| PAE | 2 | 11–45877 | OHN | 1 | 96–10018 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | CASBY v. A–C PRODUCT LIABILITY TRUST, ET AL |
| PAE | 2 | 11–59120 | OHN | 1 | 96–11575 | STEPHENS v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31815 | OHN | 1 | 96–11686 | BLACK v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–59165 | OHN | 1 | 96–11873 | VACCA v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31850 | OHN | 1 | 96–11920 | REYNOLDS v. AMERICAN PRESIDENT LINES LTD., Et. Al. |
| PAE | 2 | 11–56737 | OHN | 1 | 96–12465 | MITCHELL v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30134 | OHN | 1 | 96–13021 | BEASLEY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30979 | OHN | 1 | 96–13849 | SANTIAGO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30753 | OHN | 1 | 96–14217 | STEWART et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–56547 | OHN | 1 | 96–14408 | ALERS v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–56578 | OHN | 1 | 96–14624 | COMBS v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30774 | OHN | 1 | 96–14735 | THIBODEAUX et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30225 | OHN | 1 | 97–10106 | CHACON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30627 | OHN | 1 | 97–10133 | JACK et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–56895 | OHN | 1 | 97–10399 | SANCHEZ JR. v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30938 | OHN | 1 | 97–10846 | RIVERS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–59357 | OHN | 1 | 97–11005 | SECREST v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31729 | OHN | 1 | 97–11160 | RIO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–68736 | OHN | 1 | 97–11252 | BRIETZKE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–58839 | OHN | 1 | 97–13685 | CORREA v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30491 | OHN | 1 | 98–10272 | MCCABE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30523 | OHN | 1 | 98–11729 | MILLAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31749 | OHN | 1 | 98–12613 | VOS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31073 | OHN | 1 | 98–12653 | SILVA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–52727 | OHN | 1 | 98–14249 | HENDERSON v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–30339 | OHN | 1 | 99–10413 | DAWSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31070 | OHN | 1 | 99–11386 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | SCHROEDER et al v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31295 | OHN | 1 | 99–12283 | TZEFAKES v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30499 | OHN | 1 | 99–13132 | MCDONALD v. A–C PRODUCT LIABILITY TRUST et al |