UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)  MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 27, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                       MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
| --- | --- | --- | --- | --- | --- | --- |
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–33163 | OHN | 1 | 00–10037 | PINHEIRO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33166 | OHN | 1 | 00–10817 | HARRIS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32803 | OHN | 1 | 86–01704 | OSBORN et al v. ALASKA STEAMSHIP COMPANY et al |
| PAE | 2 | 11–32949 | OHN | 1 | 86–01948 | KIRKLAND v. AMERICAN TRADING TRANSP. CO. et al |
| PAE | 2 | 11–32939 | OHN | 1 | 86–02136 | FRAZIER et al v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–32608 | OHN | 1 | 86–02680 | MATULEWICZ v. AMERICAN PRESIDENT LINES, LTD. et al |
| PAE | 2 | 11–32931 | OHN | 1 | 86–02754 | BLAKE et al v. ALASKA STEAMSHIP COMPANY et al |
| PAE | 2 | 11–32788 | OHN | 1 | 86–04324 | COLLEY v. CITIES SERVICE TANKERS CORP. et al |
| PAE | 2 | 11–32853 | OHN | 1 | 86–04448 | JOHNSON et al v. STATES MARINE LINES et al |
| PAE | 2 | 11–33051 | OHN | 1 | 86–04497 | MOTLEY v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–32705 | OHN | 1 | 89–15239 | LUDGOOD et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32816 | OHN | 1 | 89–15265 | MCFALL et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32885 | OHN | 1 | 89–15509 | CRESPO et al v. ACANDS, INC. et al |
| PAE | 2 | 11–32888 | OHN | 1 | 89–15629 | TODD et al v. ACANDS, INC. et al |
| PAE | 2 | 11–32861 | OHN | 1 | 89–16056 | WELLS et al v. ACANDS, INC. et al |
| PAE | 2 | 11–32909 | OHN | 1 | 90–10728 | COOK et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33175 | OHN | 1 | 90–10939 | MURRAH et al v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–32976 | OHN | 1 | 91–10533 | MOODY et al v. AMERICAN OIL CO. et al |
| PAE | 2 | 11–32835 | OHN | 1 | 93–10333 | GLOVER et al v. AMERICAN CONDOR STEAMSHIP CORP. et al |
| PAE | 2 | 11–32760 | OHN | 1 | 93–11270 | SUMMERS v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–32801 | OHN | 1 | 93–11304 | YARBROUGH et al v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–32768 | OHN | 1 | 93–11345 | MCMANUS et al v. AFRICAN AMERICAN LINES et al |
| PAE | 2 | 11–33027 | OHN | 1 | 93–11833 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | LAGUANA et al v. AMERICAN PRESIDENT LINES LTD. et al |
| PAE | 2 | 11–32823 | OHN | 1 | 93–12125 | FRAZIER et al v. AMERICAN PRESIDENT LINES LTD. et al |
| PAE | 2 | 11–32762 | OHN | 1 | 93–12753 | WALLACE et al v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–32798 | OHN | 1 | 94–10887 | PASSMORE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33131 | OHN | 1 | 94–13822 | HUGHES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33170 | OHN | 1 | 95–11266 | BRIN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32263 | OHN | 1 | 95–11492 | MUNROE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32560 | OHN | 1 | 95–11634 | STEPTOE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32137 | OHN | 1 | 95–11857 | CLEMMONS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32260 | OHN | 1 | 95–12227 | BENJAMIN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32868 | OHN | 1 | 95–12495 | SINGLETON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32581 | OHN | 1 | 95–13162 | GUARNELO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32033 | OHN | 1 | 95–13691 | DUARTE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33178 | OHN | 1 | 95–13963 | CRAIG et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32067 | OHN | 1 | 95–14138 | NETTLES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32336 | OHN | 1 | 95–14166 | SERNAQUE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32780 | OHN | 1 | 95–14576 | KELLER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32474 | OHN | 1 | 96–10142 | HOHEISEL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32193 | OHN | 1 | 96–10875 | BUTTRAM et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32666 | OHN | 1 | 96–11904 | RICHARDS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32512 | OHN | 1 | 96–12059 | TRUMAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32294 | OHN | 1 | 96–12467 | JAUNDOO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33145 | OHN | 1 | 96–14745 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32388 | OHN | 1 | 96–15176 | TETZNER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32830 | OHN | 1 | 97–10356 | RICHARDSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32177 | OHN | 1 | 97–11939 | SULLIVAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32504 | OHN | 1 | 98–12381 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–33111 | OHN | 1 | 98–14234 | SHIRLEY v. A–C PRODUCT LIABILITY TRUST et al |
| | | | | | | MILLER v. A–C PRODUCT LIABILITY TRUST et al |