IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| VARIOUS PLAINTIFFS | : | Transferred from the Northern |
| | : | District of Ohio |
| v. | : | |
| | : | Certain "MARDOC" cases listed |
| VARIOUS DEFENDANTS | : | in Exhibit "A," attached |

### MARDOC SUGGESTION OF REMAND (No. 38)

**AND NOW**, this **28th** day of **July, 2015**, it is hereby **ORDERED** that, upon review of the cases listed in Exhibit "A," attached, and based on the factors identified in the Court's Administrative Order No. 18, No. 01-875 (E.D. Pa. April 30, 2009), ECF No. 6197, the Court finds that:

a.) Plaintiffs have complied with MDL 875 Administrative Order No. 25, No. 02-875 (E.D. Pa. June 23, 2013), ECF No. 2614.

b.) The parties have completed their obligations under the Rule 16 orders issued by the Court (see No. 02-875, ECF Nos. 594-600).

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions, including dispositive motions.

e.) Rule 18 settlement discussions have been exhausted in the transferee court. Some of the parties have

1

indicated that additional settlement discussions may be beneficial after the case is remanded to the transferor court.

f.) The Court finds that the cases are prepared for trial without delay once on the transferor court's docket, subject to any trial-related motions *in limine* (including <u>Daubert</u> challenges).

g.) The remaining viable defendants for trial in each case, according to Plaintiffs, are listed in Exhibit "B," attached.

h.) The Court issued an opinion on punitive damages on July 9, 2014 (<u>see</u> No. 02-875, ECF No. 4376). Any punitive damages claims that remain in an individual case are also remanded to the transferor court.[1]

Accordingly, the Court **SUGGESTS** that the cases listed in Exhibit "A," attached, be **REMANDED** to the United States

---

[1] On the Court's "land-based" docket, the MDL 875 Court has severed and retained most claims for punitive damages prior to the cases being remanded to the transferor courts. <u>See</u> <u>In re Collins</u>, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); <u>see also</u> <u>In re Roberts</u>, 178 F.3d 181 (3d Cir. 1999). The maritime docket (MARDOC) has proceeded along a different track. <u>See</u> <u>Sanchez v. Various Defendants</u>, No. 02-875, 2014 WL 3353044, at *1 (E.D. Pa. July 9, 2014) (Robreno, J.). All remaining MARDOC cases should be closed or remanded in the near future. Accordingly, the Court deems it appropriate to remand all remaining claims in each of the MARDOC cases.

District Court for the **Northern District of Ohio** for resolution of all matters pending within each case.

Alternatively, the parties in each case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, on a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated as to that case.

It is further **ORDERED** that all viable (non-bankrupt) defendants who are not identified in Exhibit "B" as a pending defendant in each case are **DISMISSED** from the respective case(s).

                                              **AND IT IS SO ORDERED.**

                                              _/s/ Eduardo C. Robreno_
                                              EDUARDO C. ROBRENO, J.

## SUGGESTION OF REMAND MEMORANDUM
Updated November 24, 2014

**To:** Transferor Judge
**From:** Judge Eduardo C. Robreno, Presiding Judicial Officer, MDL 875
**Re:** Asbestos case that has been transferred to your court

---

### Status of the case that has been transferred from the Eastern District of Pennsylvania

This case has been transferred back to the transferor court, from the MDL 875 Court in the Eastern District of Pennsylvania.

Cases that are remanded to transferor courts are ordinarily ready for trial, pursuant to this Court's Administrative Order No. 18 (see http://www.paed.uscourts.gov/mdl875d.asp).

Specific information regarding the history of a specific case while it was in the MDL 875 Court can be found in the Suggestion of Remand (above) that the MDL Court submitted to the Judicial Panel on Multidistrict Litigation in connection with its Order.

### History of MDL 875, In re: Asbestos Products Liability Litigation

MDL 875, In re: Asbestos Products Liability Litigation, involves issues relating to personal injury damages caused by asbestos products. It currently consists of about 3,000 cases transferred by the Judicial Panel on Multidistrict Litigation, which has been transferring cases to the Eastern District of Pennsylvania since 1991. Each case typically consists of claims by multiple plaintiffs against multiple defendants. Since its inception, the litigation has involved more than 100,000 cases and up to ten million claims, including land-based and maritime claims ("MARDOC").

Beginning with Administrative Order No. 12 (see http://www.paed.uscourts.gov/mdl875d.asp) in 2008, the Court initiated an aggressive, pro-active policy to facilitate the processing of cases. The policy involves giving newly transferred cases scheduling orders; setting cases for settlement conferences; having motion hearings; and remanding trial-ready cases to transferor courts, or, in the alternative, holding trials in the Eastern District of Pennsylvania (if so requested by the parties). Administrative Order No. 25 serves the same purpose for MARDOC cases.

### Resources available for transferor courts on the MDL 875 website

More information about the history of MDL 875 can be found on the Eastern District of Pennsylvania's MDL 875 website at http://www.paed.uscourts.gov/mdl875a.asp. Additionally, all Administrative Orders issued in this litigation (including current Orders and those no longer in effect) can be found at http://www.paed.uscourts.gov/mdl875d.asp.

Also on the website is an Excel spreadsheet of all decisions issued by the Presiding Officer on

substantive and procedural matters since 2008 (see http://www.paed.uscourts.gov/mdl875n.asp). This spreadsheet is updated regularly, and it can be sorted by jurisdiction, case caption, subject matter, party name, etc. It is also word searchable. The MDL-875 Court intends this spreadsheet to be a helpful resource for transferor courts addressing issues similar to those already addressed by the MDL-875 Court.

Other options available to assist the Transferor Court with legal research include searchable databases created by LexisNexis and Westlaw. Directions on how to access these databases can be found on http://www.paed.uscourts.gov/mdl875n.asp.

**Contact information for the MDL 875 Court**

The MDL 875 Court is ready, willing and able to assist the transferor court with any matters relating to the transfer of the case or any substantive or procedural issues that may arise.

You may contact the Presiding Judicial Officer (Judge_Eduardo_Robreno@paed.uscourts.gov), the MDL 875 law clerk (Christopher_Lucca@paed.uscourts.gov or (267) 299-7422), or the Clerk's Office ((267) 299-7012)) for further assistance.

**Additional information pertaining to MDL 875**

The Presiding Judicial Officer has written an extensive article on the history and current status of MDL 875 which may be helpful to the transferor judge. See Hon. Eduardo C. Robreno, The Federal Asbestos Product Liability Multidistrict Litigation (MDL 875): Black Hole or New Paradigm?, 23 Widener L.J. 97 (2014). The article can be found on Westlaw, or a PDF copy of the article can be provided by contacting the MDL 875 law clerk.

| Exhibit A |||
|---|---|---|
| PA-E Case Number | | OH-N Case Number |
| 2:11-cv-30221-ER | CASSIUS v. A-C PRODUCT LIABILITY TRUST et al | 97-10832 |
| 2:11-cv-30228-ER | CHEVERE v. A-C PRODUCT LIABILITY TRUST et al | 96-15259 |
| 2:11-cv-30251-ER | FERNANDEZ et al v. A-C PRODUCT LIABILITY TRUST et al | 99-13024 |
| 2:11-cv-30279-ER | GABLE et al v. A-C PRODUCT LIABILITY TRUST et al | 97-11815 |
| 2:11-cv-30288-ER | GARCIA et al v. A-C PRODUCT LIABILITY TRUST et al | 98-10581 |
| 2:11-cv-30303-ER | CORKERN et al v. FOSTER WHEELER COMPANY et al | 94-12017 |
| 2:11-cv-30320-ER | CULP et al v. FOSTER WHEELER COMPANY et al | 94-11429 |
| 2:11-cv-30408-ER | HANNEY v. A-C PRODUCT LIABILITY TRUST et al | 98-12468 |
| 2:11-cv-30410-ER | HANSEN v. A-C PRODUCT LIABILITY TRUST et al | 98-11929 |
| 2:11-cv-30447-ER | DUHON et al v. FOSTER WHEELER COMPANY et al | 94-10717 |
| 2:11-cv-30464-ER | ENGLISH et al v. FOSTER WHEELER COMPANY et al | 93-14018 |
| 2:11-cv-30494-ER | MCCARTNEY et al v. A.C. PRODUCT LIABILITY TRUST, et al | 97-13832 |
| 2:11-cv-30500-ER | MCDONALD et al v. A-C PRODUCT LIABILITY TRUST et al | 96-13125 |
| 2:11-cv-30521-ER | MIKLOCZAK et al v. FOSTER WHEELER COMPANY et al | 94-11437 |
| 2:11-cv-30532-ER | MOLINA et al v. A-C PRODUCT LIABILITY TRUST et al | 96-12949 |
| 2:11-cv-30544-ER | MORRIS et al v. A-C PRODUCT LIABILITY TRUST et al | 99-12075 |
| 2:11-cv-30546-ER | MOTE v. A-C PRODUCT LIABILITY TRUST et al | 98-13070 |
| 2:11-cv-30591-ER | PACHECO et al v. FOSTER WHEELER COMPANY et al | 94-10208 |
| 2:11-cv-30608-ER | PASILONG v. A-C PRODUCT LIABIILITY TRUST et al | 97-13738 |
| 2:11-cv-30614-ER | PENDER et al v. A-C PRODUCT LIABILITY TRUST et al | 99-12305 |
| 2:11-cv-30616-ER | PEREZ et al v. A- C PRODUCT LIABILITY TRUST et al | 96-14387 |
| 2:11-cv-30617-ER | BARTEL(HOPKINS), et al v. A-C PRODUCT LIABILITY TRUST et al | 99-10232 |
| 2:11-cv-30657-ER | JOHNSON et al v. A-C PRODUCT LIABILITY TRUST et al | 97-10819 |
| 2:11-cv-30672-ER | KELLEY et al v. A-C PRODUCT LIABILITY TRUST et al | 00-11681 |
| 2:11-cv-30758-ER | SUDDS et al v. A-C PRODUCT LIABILITY TRUST et al | 99-11546 |
| 2:11-cv-30759-ER | SUFI v. A-C PRODUCT LIABILITY TRUST et al | 95-10421 |
| 2:11-cv-30794-ER | VALENTIN v. FOSTER WHEELER COMPANY et al | 93-14020 |
| 2:11-cv-30820-ER | WALTERS et al v. A-C PRODUCT LIABILITY TRUST et al | 97-13296 |
| 2:11-cv-30825-ER | WASCH et al v. A-C PRODUCT LIABILITY TRUST et al | 97-11397 |
| 2:11-cv-30871-ER | YARBOUGH v. A-C PRODUCT LIABLITY TRUST et al. | 94-13027 |
| 2:11-cv-30884-ER | PETERSON, JR et al v. A-C PRODUCT LIABILITY TRUST et al | 94-13466 |
| 2:11-cv-30890-ER | PILOT et al v. A-C PRODUCT LIABILITY TRUST et al | 94-13322 |
| 2:11-cv-30909-ER | QUINONES et al v. A-C PRODUCT LIABILITY TRUST et al | 99-10408 |
| 2:11-cv-31017-ER | AGOSTO-PORRATA et al v. FOSTER WHEELER COMPANY et al | 94-10340 |
| 2:11-cv-31020-ER | ALEXANDER et al v. A-C PRODUCT LIABILITY TRUST et al | 97-10202 |
| 2:11-cv-31026-ER | ARESPE et al v. A-C PRODUCT LIABILITY TRUST et al | 96-12717 |
| 2:11-cv-31027-ER | ARTIS v. A-C PRODUCT LIABILITY TRUST et al | 97-10855 |
| 2:11-cv-31060-ER | CLARKE et al v. A-C PRODUCT LIABILITY TRUST et al | 94-13259 |
| 2:11-cv-31082-ER | TARVER et al v. FOSTER WHEELER COMPANY et al | 94-11088 |
| 2:11-cv-31092-ER | TUCKER et al v. FOSTER WHEELER COMPANY et al | 93-13827 |
| 2:11-cv-31139-ER | PONT v. FOSTER WHEELER COMPANY et al | 94-12381 |
| 2:11-cv-31145-ER | PREIS v. A-C PRODUCT LIABILITY TRUST et al | 98-10564 |
| 2:11-cv-31146-ER | QUINONEZ et al v. A-C PRODUCT LIABILITY TRUST et al | 97-13545 |
| 2:11-cv-31179-ER | RUNNELS v. A-C PRODUCT LIABILITY TRUST et al | 99-10343 |

| | | |
|---|---|---|
| 2:11-cv-31224-ER | FEATHER et al v. FOSTER WHEELER COMPANY et al | 93-13664 |
| 2:11-cv-31241-ER | DEJAN et al v. FOSTER WHEELER COMPANY et al | 94-11972 |
| 2:11-cv-31245-ER | HOISINGTON et al v. A-C PRODUCT LIABILITY TRUST et al | 94-13431 |
| 2:11-cv-31460-ER | BARTEL, ET. AL. v. A.W. CHESTERTON CO., ET. AL. | 98-13802 |
| 2:11-cv-31464-ER | CORAM et al v. FOSTER WHEELER COMPANY et al | 94-12727 |
| 2:11-cv-31486-ER | EDWARDS v. A-C PRODUCT LIABILITY TRUST et al | 94-13028 |

**EXHIBIT B**

| Civil Action No. | Name | Remand Defendant |
|---|---|---|
| 2:11CV30221 | Cassius, Moe | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV30228 | Chevere, Jose A | American Export Lines Inc. |
| | | Farrell Lines Inc. |
| | | American Export Isbrandtsen |
| | | Moore McCormack Bulk Transport Inc. |
| | | John Crane Inc. |
| 2:11CV30251 | Fernandez, John S | Mobil Oil Corporation |
| | | John Crane Inc. |
| 2:11CV30279 | Gable, Eddie | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV30288 | Garcia, Andres | United Fruit Company |
| | | American Oil Co. |
| | | John Crane Inc. |
| 2:11CV30303 | Corkern, Jesse L | United Fruit Company |
| | | Cosmopolitan Shipping Co., Inc. |
| | | John Crane Inc. |
| 2:11CV30320 | Culp, John F | Cleveland Tankers Inc. |
| | | Ford Motor Company |
| | | Standard Oil Co. of Indiana |
| | | John Crane Inc. |
| 2:11CV30408 | Hanney, John J | Esso Standard Oil Co. |
| | | Humble Oil & Refining Company |
| | | Exxon Company USA |
| | | Esso Shipping Co. |
| | | Exxon Shipping Co. |
| | | Humble Oil Co. |
| | | John Crane Inc. |
| 2:11CV30410 | Hansen, Gunder H | Farrell Lines Inc. |
| | | American Export Isbrandtsen |
| | | Trinidad Corporation |
| | | United Fruit Company |
| | | Western Tankers Company |
| | | Socony Vacuum of New York |
| | | Socony Vacuum Oil Company |
| | | John Crane Inc. |
| | | General Refractories |
| 2:11CV30447 | Duhon, Alfred W | American Export Lines Inc. |
| | | Amoco Shipping Co. |
| | | Mathiasen Tanker Ind. Inc. |
| | | Moore McCormack Bulk Transport Inc. |
| | | John Crane Inc. |

| | | |
|---|---|---|
| 2:11CV30464 | English, John R | Amoco Oil Co. |
| | | Trinidad Corporation |
| | | Amoco Shipping Co. |
| | | American Oil Co. |
| 2:11CV30494 | McCartney, Howard G | Standard Oil Co. of New Jersey |
| | | Esso Standard Oil Co. |
| | | Humble Oil & Refining Company |
| | | Exxon Company USA |
| | | Esso Shipping Co. |
| | | Exxon Shipping Co. |
| | | Humble Oil Co. |
| | | Exxon Mobil Corporation |
| | | John Crane Inc. |
| 2:11CV30500 | McDonald, Patrick J | United Fruit Company |
| | | Boland & Cornelius |
| | | Cleveland Cliffs Iron Company |
| | | John Crane Inc. |
| 2:11CV30521 | Mikloczak, Joseph L | Kinsman Lines Inc. |
| | | Reiss Steamship Company |
| | | Kinsman Marine Transit Company |
| | | Gartland Steamship Co. |
| | | John Crane Inc. |
| 2:11CV30532 | Molina, Agustin | United Fruit Company |
| | | New York & Cuba Mail S/S Co. |
| | | John Crane Inc. |
| 2:11CV30544 | Morris, William J | Standard Oil Co. of New Jersey |
| | | Esso Standard Oil Co. |
| | | Exxon Company USA |
| | | Esso Shipping Co. |
| | | Exxon Mobil Corporation |
| | | John Crane Inc. |
| 2:11CV30546 | Mote, Charles E | Farrell Lines Inc. |
| | | American Export Isbrandtsen |
| | | Sinclair Refining Company |
| | | American Oil Co. |
| | | Cleveland Cliffs S.S. Company |
| | | Cleveland Cliffs Iron Company |
| | | John Crane Inc. |

| | | |
|---|---|---|
| 2:11CV30591 | Pacheco, Hector E | United Fruit Company |
| 2:11CV30608 | Pasilong, Sergio L | Mobil Oil Corporation |
| | | United Fruit Company |
| | | Atlantic Richfield Co. |
| | | John Crane Inc. |
| 2:11CV30614 | Pender, Michael J | Farrell Lines Inc. |
| | | Trinidad Corporation |
| | | United Fruit Company |
| | | Mathiasen Tanker Ind. Inc. |
| | | Moore McCormack Bulk Transport Inc. |
| | | John Crane Inc. |
| 2:11CV30616 | Perez, Edwin C | United Fruit Company |
| 2:11CV30617 | Hopkins, Lawrence | Trinidad Corporation |
| | | United Fruit Company |
| | | Amoco Shipping Co. |
| | | Mathiasen Tanker Ind. Inc. |
| | | BP Corporation N.A. |
| | | John Crane Inc. |
| 2:11CV30657 | Johnson, Joseph H | Pure Oil Corporation |
| | | The Pure Oil Co. |
| | | John Crane Inc. |
| 2:11CV30672 | Kelley, Joseph M | Mathiasen Tanker Ind. Inc. |
| | | John Crane Inc. |
| 2:11CV30758 | Sudds, Kenneth P | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV30759 | Sufi, Ali K | American Steamship Co. |
| | | Reiss Steamship Company |
| | | Kinsman Marine Transit Company |
| | | John Crane Inc. |
| 2:11CV30794 | Valentin, Wilfredo R | American Export Lines Inc. |
| | | Farrell Lines Inc. |
| | | American Export Isbrandtsen |
| 2:11CV30820 | Walters, Paul E | United Fruit Company |
| | | Amoco Shipping Co. |
| | | GlenEagle Ship Management Co. |
| | | John Crane Inc. |
| 2:11CV30825 | Wasch, Eugene H | Mobil Oil Corporation |
| | | Exxon Mobil Corporation |

| | | |
|---|---|---|
| 2:11CV30871 | Yarbough, Vernon P | John Crane Inc. |
| 2:11CV30884 | Peterson, Jr., Ernest | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV30890 | Pillot, James | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV30909 | Quinones, Pablo | Farrell Lines Inc. |
| 2:11CV31017 | Agosto-Porrata, Emilio | United Fruit Company |
| | | New York & Cuba Mail S/S Co. |
| 2:11CV31020 | Alexander, Ella L | Exxon Shipping Co. |
| | | Humble Transportation c/o |
| | | Exxon Transportation |
| | | Exxon Mobil Corporation |
| | | John Crane Inc. |
| 2:11CV31026 | Arespe, Arnulfo | Trinidad Corporation |
| | | Mathiasen Tanker Ind. Inc. |
| | | Barber Asphalt Corp. |
| | | John Crane Inc. |
| 2:11CV31027 | Artis, Clarence | American Export Lines Inc. |
| | | Amoco Oil Co. |
| | | Sinclair Refining Company |
| | | United Fruit Company |
| | | Amoco Shipping Co. |
| | | American Oil Co. |
| | | Continental Steamship Co. |
| | | Pan American Petroleum and Transport Company |
| | | BP Corporation N.A. |
| | | John Crane Inc. |
| 2:11CV31060 | Clarke, Alfred A | Amoco Shipping Co. |
| | | Cosmopolitan Shipping Co., Inc. |
| | | Barber Asphalt Corp. |
| | | BP Corporation N.A. |
| | | John Crane Inc. |
| 2:11CV31082 | Tarver, William J | American Export Lines Inc. |
| | | Amoco Oil Co. |
| | | Farrell Lines Inc. |
| | | American Export Isbrandtsen |
| | | United Fruit Company |
| | | Amoco Shipping Co. |
| | | John Crane Inc. |
| 2:11CV31092 | Tucker, Marcus H | Marine Transport Lines Inc. |
| | | Marine Transport Management Inc. |
| 2:11CV31139 | Pont, Arthur H | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV31145 | Preis, John F | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV31146 | Quinonez, Philip | United Fruit Company |

| 2:11CV31179 | Runnels, Dennis M | United Fruit Company |
|---|---|---|
| | | John Crane Inc. |
| 2:11CV31224 | Feather, Daniel W | United Fruit Company |
| | | Chiquita Brands International, Inc. |
| | | BP Corporation N.A. |
| | | John Crane Inc. |
| 2:11CV31241 | Dejan, Byron B | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV31245 | Hoisington, Robert W | United Fruit Company |
| | | Mathiasen Tanker Ind. Inc. |
| | | John Crane Inc. |
| 2:11CV31460 | Collazo, Anibal | Standard Oil Co. of New Jersey |
| | | Esso Standard Oil Co. |
| | | Esso Shipping Co. |
| | | Socony Mobil Oil Co. |
| | | John Crane Inc. |
| 2:11CV31464 | Coram, Ethelbert F | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV31486 | Edwards, Carl | Mathiasen Tanker Ind. Inc. |
| | | John Crane Inc. |