IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| VARIOUS PLAINTIFFS | : | Transferred from the Northern |
| | : | District of Ohio |
| v. | : | |
| | : | Certain "MARDOC" cases listed |
| VARIOUS DEFENDANTS | : | in Exhibit "A," attached |

**MARDOC SUGGESTION OF REMAND (No. 40)**

**AND NOW**, this **31st** day of **July, 2015**, it is hereby **ORDERED** that, upon review of the cases listed in Exhibit "A," attached, and based on the factors identified in the Court's Administrative Order No. 18, No. 01-875 (E.D. Pa. April 30, 2009), ECF No. 6197, the Court finds that:

   a.) Plaintiffs have complied with MDL 875 Administrative Order No. 25, No. 02-875 (E.D. Pa. June 23, 2013), ECF No. 2614.

   b.) The parties have completed their obligations under the Rule 16 orders issued by the Court (see No. 02-875, ECF Nos. 594-600).

   c.) All discovery has been completed.

   d.) The Court has adjudicated all outstanding motions, including dispositive motions.

   e.) Rule 18 settlement discussions have been exhausted in the transferee court. Some of the parties have

1

indicated that additional settlement discussions may be beneficial after the case is remanded to the transferor court.

f.) The Court finds that the cases are prepared for trial without delay once on the transferor court's docket, subject to any trial-related motions <u>in limine</u> (including <u>Daubert</u> challenges).

g.) The remaining viable defendants for trial in each case, according to Plaintiffs, are listed in Exhibit "B," attached.

h.) The Court issued an opinion on punitive damages on July 9, 2014 (<u>see</u> No. 02-875, ECF No. 4376). Any punitive damages claims that remain in an individual case are also remanded to the transferor court.[1]

Accordingly, the Court **SUGGESTS** that the cases listed in Exhibit "A," attached, be **REMANDED** to the United States

---

[1] On the Court's "land-based" docket, the MDL 875 Court has severed and retained most claims for punitive damages prior to the cases being remanded to the transferor courts. See <u>In re Collins</u>, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); see also <u>In re Roberts</u>, 178 F.3d 181 (3d Cir. 1999). The maritime docket (MARDOC) has proceeded along a different track. See <u>Sanchez v. Various Defendants</u>, No. 02-875, 2014 WL 3353044, at *1 (E.D. Pa. July 9, 2014) (Robreno, J.). All remaining MARDOC cases should be closed or remanded in the near future. Accordingly, the Court deems it appropriate to remand all remaining claims in each of the MARDOC cases.

District Court for the **Northern District of Ohio** for resolution of all matters pending within each case.

Alternatively, the parties in each case have **seven (7) days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, on a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be vacated as to that case.

It is further **ORDERED** that all viable (non-bankrupt) defendants who are not identified in Exhibit "B" as a pending defendant in each case are **DISMISSED** from the respective case(s).

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBREÑO, J.

## SUGGESTION OF REMAND MEMORANDUM
Updated November 24, 2014

**To:** Transferor Judge
**From:** Judge Eduardo C. Robreno, Presiding Judicial Officer, MDL 875
**Re:** Asbestos case that has been transferred to your court

---

### Status of the case that has been transferred from the Eastern District of Pennsylvania

This case has been transferred back to the transferor court, from the MDL 875 Court in the Eastern District of Pennsylvania.

Cases that are remanded to transferor courts are ordinarily ready for trial, pursuant to this Court's Administrative Order No. 18 (see http://www.paed.uscourts.gov/mdl875d.asp).

Specific information regarding the history of a specific case while it was in the MDL 875 Court can be found in the Suggestion of Remand (above) that the MDL Court submitted to the Judicial Panel on Multidistrict Litigation in connection with its Order.

### History of MDL 875, In re: Asbestos Products Liability Litigation

MDL 875, In re: Asbestos Products Liability Litigation, involves issues relating to personal injury damages caused by asbestos products. It currently consists of about 3,000 cases transferred by the Judicial Panel on Multidistrict Litigation, which has been transferring cases to the Eastern District of Pennsylvania since 1991. Each case typically consists of claims by multiple plaintiffs against multiple defendants. Since its inception, the litigation has involved more than 100,000 cases and up to ten million claims, including land-based and maritime claims ("MARDOC").

Beginning with Administrative Order No. 12 (see http://www.paed.uscourts.gov/mdl875d.asp) in 2008, the Court initiated an aggressive, pro-active policy to facilitate the processing of cases. The policy involves giving newly transferred cases scheduling orders; setting cases for settlement conferences; having motion hearings; and remanding trial-ready cases to transferor courts, or, in the alternative, holding trials in the Eastern District of Pennsylvania (if so requested by the parties). Administrative Order No. 25 serves the same purpose for MARDOC cases.

### Resources available for transferor courts on the MDL 875 website

More information about the history of MDL 875 can be found on the Eastern District of Pennsylvania's MDL 875 website at http://www.paed.uscourts.gov/mdl875a.asp. Additionally, all Administrative Orders issued in this litigation (including current Orders and those no longer in effect) can be found at http://www.paed.uscourts.gov/mdl875d.asp.

Also on the website is an Excel spreadsheet of all decisions issued by the Presiding Officer on

substantive and procedural matters since 2008 (see http://www.paed.uscourts.gov/mdl875n.asp). This spreadsheet is updated regularly, and it can be sorted by jurisdiction, case caption, subject matter, party name, etc. It is also word searchable. The MDL-875 Court intends this spreadsheet to be a helpful resource for transferor courts addressing issues similar to those already addressed by the MDL-875 Court.

Other options available to assist the Transferor Court with legal research include searchable databases created by LexisNexis and Westlaw. Directions on how to access these databases can be found on http://www.paed.uscourts.gov/mdl875n.asp.

**Contact information for the MDL 875 Court**

The MDL 875 Court is ready, willing and able to assist the transferor court with any matters relating to the transfer of the case or any substantive or procedural issues that may arise.

You may contact the Presiding Judicial Officer (Judge_Eduardo_Robreno@paed.uscourts.gov), the MDL 875 law clerk (Christopher_Lucca@paed.uscourts.gov or (267) 299-7422), or the Clerk's Office ((267) 299-7012)) for further assistance.

**Additional information pertaining to MDL 875**

The Presiding Judicial Officer has written an extensive article on the history and current status of MDL 875 which may be helpful to the transferor judge. See Hon. Eduardo C. Robreno, The Federal Asbestos Product Liability Multidistrict Litigation (MDL 875): Black Hole or New Paradigm?, 23 Widener L.J. 97 (2014). The article can be found on Westlaw, or a PDF copy of the article can be provided by contacting the MDL 875 law clerk.

| Exhibit A | | |
|---|---|---|
| PA-E Case Number | | OH-N Case Number |
| 2:11-cv-31578-ER | LOPEZ v. FOSTER WHEELER COMPANY et al | 94-11050 |
| 2:11-cv-31591-ER | MCFARLANE et al v. A-C PRODUCT LIABILITY TRUST et al | 98-13292 |
| 2:11-cv-31597-ER | MILLER et al v. FOSTER WHEELER COMPANY et al | 94-10699 |
| 2:11-cv-32104-ER | RICE v. A-C PRODUCT LIABILITY TRUST et al | 96-15131 |
| 2:11-cv-32355-ER | MCCLENDON v. A-C PRODUCT LIABILITY TRUST et al | 96-15004 |
| 2:11-cv-32547-ER | ETTL et al v. A-C PRODUCT LIABILITY TRUST et al | 95-12047 |
| 2:11-cv-32653-ER | GROSSMAN et al v. A-C PRODUCT LIABILITY TRUST et al | 97-13591 |
| 2:11-cv-32665-ER | JONES et al v. A-C PRODUCT LIABILITY TRUST et al | 95-10314 |
| 2:11-cv-32748-ER | DEMBO et al v. AMERICAN CONDOR STEAMSHIP CORP. et al | 92-11097 |
| 2:11-cv-32787-ER | AYALA et al v. FOSTER WHEELER COMPANY et al | 94-10896 |
| 2:11-cv-32815-ER | LONG et al v. A-C PRODUCT LIABILITY TRUST et al | 94-14103 |
| 2:11-cv-32857-ER | SMITH v. FOSTER WHEELER COMPANY et al | 94-10133 |
| 2:11-cv-32864-ER | MEDINA et al v. MOORE MCCORMACK LINES INC. et al | 86-02682 |
| 2:11-cv-32875-ER | CATALAN et al v. ACANDS, INC. et al | 89-15472 |
| 2:11-cv-32904-ER | MEDINA et al v. AMERICAN EXPORT LINES INC. et al | 92-10268 |
| 2:11-cv-33205-ER | WALTON et al v. A-C PRODUCT LIABILITY TRUST et al | 95-11658 |
| 2:11-cv-33208-ER | RUIZ et al v. A-C PRODUCT LIABILITY TRUST et al | 00-11523 |
| 2:11-cv-33229-ER | RICE et al v. CLEVELAND CLIFFS S.S. COMPANY et al | 86-03001 |
| 2:11-cv-33267-ER | LEWIS v. A-C PRODUCT LIABILITY TRUST et al | 96-12526 |
| 2:11-cv-33273-ER | KING et al v. A-C PRODUCT LIABILITY TRUST et al | 95-14837 |
| 2:11-cv-33322-ER | MILLER et al v. MOORE MC CORMACK LINES, INC. et al | 86-02631 |
| 2:11-cv-33363-ER | GLOVER ET. AL. v. FOSTER WHEELER COMPANY ET. AL. | 94-12847 |
| 2:11-cv-33364-ER | PEOPLES ET. AL. v. A-C PRODUCT LIABILITY TRUST ET. AL. | 96-12708 |
| 2:11-cv-33371-ER | VAN WINKLE et al v. A-C PRODUCT LIABILITY TRUST et al | 94-13955 |
| 2:11-cv-33448-ER | TRIPLETT v. A-C PRODUCT LIABILITY TRUST et al | 00-11679 |
| 2:11-cv-33483-ER | WADDELL et al v. AMERICAN EXPORT ISBRANDTSEN et al | 93-11645 |
| 2:11-cv-33491-ER | DUQUE et al v. FOSTER WHEELER COMPANY et al | 93-13606 |
| 2:11-cv-33495-ER | CASTRO et al v. FOSTER WHEELER COMPANY et al | 93-10099 |
| 2:11-cv-33499-ER | BRANCH et al v. AMERICAN EXPORT ISBRANDTSEN et al | 93-11428 |
| 2:11-cv-33504-ER | CRESPO et al v. A-C PRODUCT LIABILITY TRUST et al | 97-15045 |
| 2:11-cv-33516-ER | SMITH et al v. ACANDS, INC. et al | 89-15619 |
| 2:11-cv-33541-ER | HUGHES et al v. AMERICAN EXPORT LINES, INC. et al | 86-01641 |
| 2:11-cv-33544-ER | FLORES et al v. AMERICAN FOREIGN LINES et al | 86-01621 |
| 2:11-cv-33566-ER | MARSONEK et al v. A-C PRODUCT LIABILITY TRUST et al | 95-10015 |
| 2:11-cv-33591-ER | MILLER v. A-C PRODUCT LIABILITY TRUST et al | 98-14606 |
| 2:11-cv-33594-ER | WHITFIELD v. A-C PRODUCT LIABILITY TRUST et al | 96-11588 |
| 2:11-cv-33596-ER | CRUZ v. FOSTER WHEELER COMPANY et al | 94-12443 |
| 2:11-cv-33601-ER | ALBERT v. FOSTER WHEELER COMPANY et al | 94-10342 |
| 2:11-cv-33603-ER | SHELTON v. ACANDS, INC. et al | 90-11151 |
| 2:11-cv-33605-ER | JOHNSON v. FOSTER WHEELER COMPANY et al | 93-10370 |
| 2:11-cv-33623-ER | DAMON, SR. v. A-C PRODUCT LIABILITY TRUST et al | 95-13554 |
| 2:11-cv-33640-ER | ANNIS et al v. CLEVELAND CLIFFS IRON COMPANY et al | 93-12166 |
| 2:11-cv-33725-ER | MORAN et al v. A-C PRODUCT LIABILITY TRUST et al | 96-12314 |

| | | |
|---|---|---|
| 2:11-cv-33734-ER | GRANGER et al v. FOSTER WHEELER COMPANY et al | 93-13197 |
| 2:11-cv-33797-ER | MENENDEZ et al v. AMERICAN EXPORT LINES INC. et al | 91-10275 |
| 2:11-cv-33799-ER | PRESTON et al v. A C S INDUSTRIES, INC. et al | 88-04736 |
| 2:11-cv-33814-ER | NORIEGA et al v. AMERICAN EXPORT ISBRANDTSEN et al | 93-13055 |
| 2:11-cv-33821-ER | MONTENEGRO et al v. FOSTER WHEELER COMPANY et al | 93-13302 |
| 2:11-cv-33872-ER | WASHINGTON et al v. A-C PRODUCT LIABILITY TRUST et al | 96-13872 |
| 2:11-cv-33944-ER | TORRES et al v. A-C PRODUCT LIABILITY TRUST et al | 96-11112 |

## EXHIBIT B

| Civil Action No. | Name | Remand Defendant |
|---|---|---|
| 2:11CV31578 | Lopez, Alberto | Crowley Towing & Transp. Co. |
| 2:11CV31591 | McFarlane, Andrew L | John Crane Inc. |
| 2:11CV31597 | Miller, Juan A | United Fruit Company |
| | | American South African Lines |
| | | New York & Cuba Mail S/S Co. |
| | | John Crane Inc. |
| 2:11CV32104 | Rice, Kevin A | American Steamship Co. |
| | | Armstrong Steamship Co. |
| | | John Crane Inc. |
| 2:11CV32355 | McClendon, Lenward C | American Export Lines Inc. |
| | | John Crane Inc. |
| 2:11CV32547 | Ettl, Theodore | American Export Lines Inc. |
| | | Standard Oil Co. of New Jersey |
| | | Exxon Company USA |
| 2:11CV32653 | Grossman, Jacob A | Cleveland Tankers Inc. |
| | | American Oil Co. |
| | | Miss. Valley Barge Line Co. |
| | | Mississippi Valley Barge |
| | | Twin City Barge & Towing Co. |
| | | BP Corporation N.A. |
| 2:11CV32665 | Jones, Sr., Willis | Farrell Lines Inc. |
| | | American Export Isbrandtsen |
| | | Trinidad Corporation |
| | | John Crane Inc. |
| 2:11CV32748 | Dembo, Edward | United Fruit Company |
| | | Oswego Steamship Co. |
| | | John Crane Inc. |
| 2:11CV32787 | Ayala, Juan | United Fruit Company |
| | | American Oil Co. |
| | | Mississippi Valley Barge |
| | | New York & Cuba Mail S/S Co. |
| | | Amoco SS Company |
| | | John Crane Inc. |
| 2:11CV32815 | Long, Lewis D | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV32857 | Smith Sr., Isaiah | American Export Isbrandtsen |
| 2:11CV32864 | Medina, Sr., David | American Export Lines Inc. |
| | | Farrell Lines Inc. |
| | | American Export Isbrandtsen |
| | | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV32875 | Catalan, Adolfo Matta | United Fruit Company |
| | | Aluminun Line |
| | | John Crane Inc. |

| | | |
|---|---|---|
| 2:11CV32904 | Medina, Guillermo M | Gulf Oil Company |
| | | United Fruit Company |
| | | New York Cuba Mail Co. |
| | | BP Corporation N.A. |
| | | John Crane Inc. |
| 2:11CV33205 | Walton, Jr., Samuel D | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV33208 | Ruiz, Ronald D | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV33229 | Rice, Carl W | Interlake Steamship Company |
| | | Cleveland Cliffs S.S. Company |
| | | Cleveland Cliffs Iron Company |
| 2:11CV33267 | Lewis, Flenall | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV33273 | King, Weaver H | American Export Lines Inc. |
| | | United Fruit Company |
| | | American Oil Co. |
| 2:11CV33322 | Gonzalez, Enrique | United Fruit Company |
| | | Pan American Petroleum and Transport Company |
| | | John Crane Inc. |
| 2:11CV33363 | Glover, Clarence | American Export Lines Inc. |
| | | Trinidad Corporation |
| | | United Fruit Company |
| | | Mathiasen Tanker Ind. Inc. |
| | | John Crane Inc. |
| 2:11CV33364 | Peoples, Billie J | Mobil Oil Corporation |
| | | United Fruit Company |
| | | Exxon Mobil Corporation |
| | | John Crane Inc. |
| 2:11CV33371 | Van Winkle, Paul J | Farrell Lines Inc. |
| | | Trinidad Corporation |
| | | John Crane Inc. |
| 2:11CV33448 | Triplett, Norman | Richfield Oil Corporation |
| | | Mathiasen Tanker Ind. Inc. |
| | | John Crane Inc. |
| 2:11CV33483 | Waddell, David S | American Export Lines Inc. |
| | | Farrell Lines Inc. |
| | | American Export Isbrandtsen |
| | | Pan American Petroleum and Transport Company |
| | | John Crane-Houdaille, Inc. |
| 2:11CV33491 | Duque, Joseph | United Fruit Company |
| 2:11CV33495 | Castro, Jesus | United Fruit Company |

| Case | Plaintiff | Defendant |
|---|---|---|
| 2:11CV33499 | Branch Jr., Arthur | American Export Isbrandtsen |
| | | John Crane-Houdaille, Inc. |
| 2:11CV33504 | Crespo, Victor F | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV33516 | Smith, Robert A | Cities Service Oil Company |
| | | Boland & Cornelius |
| | | John Crane Inc. |
| 2:11CV33541 | Hughes, Clarence L | United Fruit Company |
| | | BP Corporation N.A. |
| | | John Crane Inc. |
| 2:11CV33544 | Flores, Teodoro M | Amoco Oil Co. |
| | | Kinsman Lines Inc. |
| | | Amoco Shipping Co. |
| | | Pan American Petroleum and Transport Company |
| 2:11CV33566 | Marsonek, Bernard T | Trinidad Corporation |
| | | American Oil Co. |
| | | The Valley Line Co. |
| | | John Crane Inc. |
| 2:11CV33591 | Briscoe, John C | United Fruit Company |
| | | Pan American Petroleum and Transport Company |
| | | John Crane Inc. |
| 2:11CV33594 | Whitfield, James F | Farrell Lines Inc. |
| | | Trinidad Corporation |
| | | Atlantic Refining Company |
| | | Standard Oil Co. of New Jersey |
| | | John Crane Inc. |
| 2:11CV33596 | Cruz, Donald | Sinclair Refining Company |
| | | United Fruit Company |
| | | John Crane Inc. |
| 2:11CV33601 | Albert, Robert T | United Fruit Company |
| 2:11CV33603 | Shelton, Jr., Allen C | Esso Standard Oil Co. |
| | | Humble Oil & Refining Company |
| | | Exxon Company USA |
| | | Exxon Shipping Co. |
| 2:11CV33605 | Johnson, Wilbanks | Amoco Oil Co. |
| | | United Fruit Company |
| | | Moore McCormack Bulk Transport Inc. |
| | | Barber Asphalt Corp. |
| | | Pan American Petroleum and Transport Company |

| | | |
|---|---|---|
| 2:11CV33623 | Damon Sr., Francis H | Farrell Lines Inc. |
| | | Mobil Oil Corporation |
| | | United Fruit Company |
| | | Moore McCormack Bulk Transport Inc. |
| | | Continental Oil Company |
| | | John Crane Inc. |
| 2:11CV33640 | Annis, Robert W | Cleveland Cliffs Iron Company |
| | | John Crane-Houdaille, Inc. |
| 2:11CV33725 | Moran, Eugene J | American Export Lines Inc. |
| | | Barber Asphalt Corp. |
| | | John Crane Inc. |
| 2:11CV33734 | Granger, Roynald A | United Fruit Company |
| 2:11CV33797 | Menendez, Roben | American Export Lines Inc. |
| | | Amoco Shipping Co. |
| 2:11CV33799 | Preston, Michael J | American Export Isbrandtsen |
| | | Trinidad Corporation |
| | | American Oil Co. |
| | | John Crane-Houdaille, Inc. |
| 2:11CV33814 | Noriega, Vincente | United Fruit Company |
| | | New York Cuba Mail Co. |
| | | John Crane Inc. |
| 2:11CV33821 | Montenegro, Augustin | United Fruit Company |
| | | Barber Asphalt Corp. |
| 2:11CV33872 | Washington, Wilbert G | United Fruit Company |
| | | Oswego Steamship Co. |
| 2:11CV33944 | Torres, Rudolph | United Fruit Company |
| | | John Crane Inc. |