UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 25, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                    MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–33208 | OHN | 1 | 00–11523 | RUIZ et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33448 | OHN | 1 | 00–11679 | TRIPLETT v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33544 | OHN | 1 | 86–01621 | FLORES et al v. AMERICAN FOREIGN LINES et al |
| PAE | 2 | 11–33541 | OHN | 1 | 86–01641 | HUGHES et al v. AMERICAN EXPORT LINES, INC. et al |
| PAE | 2 | 11–33322 | OHN | 1 | 86–02631 | MILLER et al v. MOORE MC CORMACK LINES, INC. et al |
| PAE | 2 | 11–32864 | OHN | 1 | 86–02682 | MEDINA et al v. MOORE MCCORMACK LINES INC. et al |
| PAE | 2 | 11–33229 | OHN | 1 | 86–03001 | RICE et al v. CLEVELAND CLIFFS S.S. COMPANY et al |
| PAE | 2 | 11–33799 | OHN | 1 | 88–04736 | PRESTON et al v. A C S INDUSTRIES, INC. et al |
| PAE | 2 | 11–32875 | OHN | 1 | 89–15472 | CATALAN et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33516 | OHN | 1 | 89–15619 | SMITH et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33603 | OHN | 1 | 90–11151 | SHELTON v. ACANDS, INC. et al |
| PAE | 2 | 11–33797 | OHN | 1 | 91–10275 | MENENDEZ et al v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–32904 | OHN | 1 | 92–10268 | MEDINA et al v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–32748 | OHN | 1 | 92–11097 | DEMBO et al v. AMERICAN CONDOR STEAMSHIP CORP. et al |
| PAE | 2 | 11–33495 | OHN | 1 | 93–10099 | CASTRO et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33605 | OHN | 1 | 93–10370 | JOHNSON v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33499 | OHN | 1 | 93–11428 | BRANCH et al v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–33483 | OHN | 1 | 93–11645 | WADDELL et al v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–33640 | OHN | 1 | 93–12166 | ANNIS et al v. CLEVELAND CLIFFS IRON COMPANY et al |
| PAE | 2 | 11–33814 | OHN | 1 | 93–13055 | NORIEGA et al v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–33734 | OHN | 1 | 93–13197 | GRANGER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33821 | OHN | 1 | 93–13302 | MONTENEGRO et al v. FOSTER WHEELER COMPANY et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–33491 | OHN | 1 | 93–13606 | DUQUE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32857 | OHN | 1 | 94–10133 | SMITH v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33601 | OHN | 1 | 94–10342 | ALBERT v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31597 | OHN | 1 | 94–10699 | MILLER et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32787 | OHN | 1 | 94–10896 | AYALA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31578 | OHN | 1 | 94–11050 | LOPEZ v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33596 | OHN | 1 | 94–12443 | CRUZ v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33363 | OHN | 1 | 94–12847 | GLOVER ET. AL. v. FOSTER WHEELER COMPANY ET. AL. |
| PAE | 2 | 11–33371 | OHN | 1 | 94–13955 | VAN WINKLE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32815 | OHN | 1 | 94–14103 | LONG et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33566 | OHN | 1 | 95–10015 | MARSONEK et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32665 | OHN | 1 | 95–10314 | JONES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33205 | OHN | 1 | 95–11658 | WALTON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32547 | OHN | 1 | 95–12047 | ETTL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33623 | OHN | 1 | 95–13554 | DAMON, SR. v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33273 | OHN | 1 | 95–14837 | KING et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33944 | OHN | 1 | 96–11112 | TORRES et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33594 | OHN | 1 | 96–11588 | WHITFIELD v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33725 | OHN | 1 | 96–12314 | MORAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33267 | OHN | 1 | 96–12526 | LEWIS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33364 | OHN | 1 | 96–12708 | PEOPLES ET. AL. v. A–C PRODUCT LIABILITY TRUST ET. AL. |
| PAE | 2 | 11–33872 | OHN | 1 | 96–13872 | WASHINGTON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32355 | OHN | 1 | 96–15004 | MCCLENDON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32104 | OHN | 1 | 96–15131 | RICE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32653 | OHN | 1 | 97–13591 | GROSSMAN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33504 | OHN | 1 | 97–15045 | CRESPO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31591 | OHN | 1 | 98–13292 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–33591 | OHN | 1 | 98–14606 | MCFARLANE et al v. A–C PRODUCT LIABILITY TRUST et al |
| | | | | | | MILLER v. A–C PRODUCT LIABILITY TRUST et al |