

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

Telephone: 225-389-3500  
Facsimile: 225-389-3501

July 13, 2016

Jeffery N. Luthi  
Clerk of the Panel  
One Columbus Circle, NE  
Thurgood Marshall Federal Judiciary Building  
Room G-255, North Lobby  
Washington, D.C. 20002-8004

Re: Civil Action 16-455-BAJ-RLB  
Bobbie Zeringue, et al vs. Allis-Chalmers Corporation, et al

Dear Sir:

    Enclosed please find a docket sheet, civil cover sheet and a copy of the Notice of Removal filed in the above captioned case. This is a potential multi-district litigation case.

Sincerely,  
Michael L. McConnell  
Clerk of Court

By: _Elisa Clement_  
Deputy Clerk

Enclosure  
Docket Sheet  
Civil Cover Sheet  
Complaint