UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                  MDL No. 875

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                      MDL No. 875

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| PAE | 2 | 11–33899 | MIE | 2 | 91–70469 | CLARKE v. AMERICAN HEAVY LIFT SHIPPING et al |
| PAE | 2 | 11–33933 | MIE | 2 | 91–70477 | ZIEGLER v. AMERICAN PRESIDENT LINES, LIMITED et al |
| PAE | 2 | 11–33902 | MIE | 2 | 91–70488 | ADMUNDSON et al v. ALCOA et al |
| PAE | 2 | 11–33883 | MIE | 2 | 91–70492 | HAWKINS et al v. AMERICAN MAIL LINES et al |
| PAE | 2 | 11–33892 | MIE | 2 | 91–70501 | DEOSCA v. AMERICAN BULK et al |
| PAE | 2 | 11–33888 | MIE | 2 | 91–70504 | JACOBSON et al v. TRINIDAD CORPORATED et al |
| PAE | 2 | 11–33908 | MIE | 2 | 91–72035 | FOOTE v. ACANDS, INCORPORATED et al |
| PAE | 2 | 10–37613 | NYS | 1 | 01–01453 | FAGER v. UNITED STATES LINES INC. REORGANIZATION TRUST |
| PAE | 2 | 10–37726 | NYS | 1 | 01–01568 | WASHINGTON v. UNITED STATES LINES INC. REORGANIZATION TRUST |
| PAE | 2 | 11–33160 | OHN | 1 | 00–10031 | WEBSTER, JR. v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30945 | OHN | 1 | 00–10871 | ROSE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33285 | OHN | 1 | 00–11460 | NICHOLAS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32606 | OHN | 1 | 00–11484 | DENYKO et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32650 | OHN | 1 | 00–11541 | STUART et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33165 | OHN | 1 | 00–11612 | SUTHERLAND v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30242 | OHN | 1 | 00–12037 | COLONEL et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 09–30094 | OHN | 1 | 00–12409 | TESSER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 09–30143 | OHN | 1 | 01–10030 | JACOBS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31568 | OHN | 1 | 01–10385 | LEWIS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30041 | OHN | 1 | 01–10632 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30059 | OHN | 1 | 01–10650 | LANCOUR v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10–30373 | OHN | 1 | 04–10065 | BARTEL (WUORI) et al v. A–C PRODUCT LIABILITY TRUST et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–33552 | OHN | 1 | 86–01767 | STEWART v. OGDEN MARINE/OMI CORP. et al |
| PAE | 2 | 11–32752 | OHN | 1 | 86–02547 | BOCCHETTI et al v. AMERICAN PRESIDENT LINES LTD. et al |
| PAE | 2 | 11–32809 | OHN | 1 | 86–04339 | EDWARDS v. EARL J. SMITH CO., INC. et al |
| PAE | 2 | 11–32739 | OHN | 1 | 89–15529 | DURETTE et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33850 | OHN | 1 | 90–10800 | CLARK et al v. AMOCO SHIPPING CO. et al |
| PAE | 2 | 11–33344 | OHN | 1 | 92–10223 | REEVES et al v. ALCOA et al |
| PAE | 2 | 11–33278 | OHN | 1 | 92–10482 | CHAPMAN et al v. ACANDS, INC. et al |
| PAE | 2 | 11–33125 | OHN | 1 | 93–11288 | KUHL et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33058 | OHN | 1 | 93–11731 | RULEY et al v. A.H. BULL & CO. et al |
| PAE | 2 | 11–33103 | OHN | 1 | 93–12319 | RIVERS et al v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–33621 | OHN | 1 | 93–12647 | MARTIN v. AMERICAN EXPORT ISBRANDTSEN et al |
| PAE | 2 | 11–55427 | OHN | 1 | 93–13357 | MCDOUGALL v. FOSTER WHEELER COMPANY |
| PAE | 2 | 11–30571 | OHN | 1 | 93–13447 | OJEDA et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31754 | OHN | 1 | 93–13674 | BRENNAN et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30807 | OHN | 1 | 94–10040 | VELAZQUEZ et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30878 | OHN | 1 | 94–10049 | YOUNG v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31097 | OHN | 1 | 94–10051 | WADE et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30170 | OHN | 1 | 94–10377 | BOWDEN et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30640 | OHN | 1 | 94–10470 | JARVI v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31052 | OHN | 1 | 94–11251 | CAMPBELL et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30679 | OHN | 1 | 94–11354 | KING et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31037 | OHN | 1 | 94–11597 | BELLAMY et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31240 | OHN | 1 | 94–11842 | MOSKAL et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–31757 | OHN | 1 | 94–12436 | MCCORMICK et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–43574 | OHN | 1 | 94–12676 | LAZARD v. FOSTER WHEELER COMPANY |
| PAE | 2 | 11–33859 | OHN | 1 | 94–12687 | FELTUS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33182 | OHN | 1 | 94–13202 | HADSOCK v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31030 | OHN | 1 | 94–13286 | BODEN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30804 | OHN | 1 | 94–13399 | VEGA et al v. A–C PRODUCT LIABILITY TRUST et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11–30099 | OHN | 1 | 94–13403 | ANGELETY v. A–C PRODUCT LIABLITY TRUST et al |
| PAE | 2 | 11–30861 | OHN | 1 | 94–13529 | WOOD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31734 | OHN | 1 | 94–13868 | ATSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30255 | OHN | 1 | 94–14055 | FIGUEROA et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30349 | OHN | 1 | 95–10229 | DENNIS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31116 | OHN | 1 | 95–10292 | MURRAY v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31009 | OHN | 1 | 95–10482 | SMITH v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32901 | OHN | 1 | 95–10606 | KENNEDY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32087 | OHN | 1 | 95–11309 | ROGERS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31022 | OHN | 1 | 95–11406 | ALLISON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32032 | OHN | 1 | 95–11434 | ANDERSEN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31820 | OHN | 1 | 95–11620 | LOPEZ et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31915 | OHN | 1 | 95–11888 | DAVIS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33109 | OHN | 1 | 95–11889 | OSWALD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33115 | OHN | 1 | 95–12005 | MACKIE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32344 | OHN | 1 | 95–12062 | SCHWOLD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32524 | OHN | 1 | 95–12342 | WINNIE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33334 | OHN | 1 | 95–12894 | MEADE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–53231 | OHN | 1 | 95–13599 | THOMAS v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–32323 | OHN | 1 | 95–13932 | ARMSTRONG et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32271 | OHN | 1 | 96–10264 | ZIESER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32242 | OHN | 1 | 96–10380 | NICHOLAS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31909 | OHN | 1 | 96–10535 | QUINTIN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31901 | OHN | 1 | 96–10797 | HOOTEN et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32599 | OHN | 1 | 96–10935 | NASSANS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–44546 | OHN | 1 | 96–11351 | ARCHIE, JR. v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–32317 | OHN | 1 | 96–11741 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | ANUSZEWSKI et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−37937 | OHN | 1 | 96−11840 | DALY v. A−C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11−32141 | OHN | 1 | 96−11923 | HERMANSON et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32595 | OHN | 1 | 96−12026 | WICHERT et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−33343 | OHN | 1 | 96−12684 | GARDEMAL et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32124 | OHN | 1 | 96−12701 | SHARP et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32164 | OHN | 1 | 96−13407 | PAPPAS et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31986 | OHN | 1 | 96−13505 | PAULSON et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32091 | OHN | 1 | 96−13716 | CRAWFORD v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32123 | OHN | 1 | 96−13828 | MCGUIRE et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30511 | OHN | 1 | 96−13920 | MCQUEEN et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30663 | OHN | 1 | 96−14424 | JONES v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30882 | OHN | 1 | 96−14429 | PERRY v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32120 | OHN | 1 | 96−14604 | BRYE et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30906 | OHN | 1 | 96−14813 | PREYER v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32119 | OHN | 1 | 96−14862 | SCHULTE et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30493 | OHN | 1 | 96−15102 | MCCANTS v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31966 | OHN | 1 | 96−15373 | GHALEB v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−59539 | OHN | 1 | 96−15553 | REYES v. A−C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11−33592 | OHN | 1 | 97−10043 | PETITT v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−56886 | OHN | 1 | 97−10316 | RENFRO SR. et al v. A−C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11−30670 | OHN | 1 | 97−10422 | KALOUDIS et al v. A−C PRODUCTS LIABILITY TRUST et al |
| PAE | 2 | 11−31491 | OHN | 1 | 97−11000 | FATHEL v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30995 | OHN | 1 | 97−11247 | SHINE et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31152 | OHN | 1 | 97−11482 | RESENDEZ et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30128 | OHN | 1 | 97−11805 | BASLEY v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−33119 | OHN | 1 | 97−12226 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | KALMBACH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30985 | OHN | 1 | 97–12343 | SELDON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30815 | OHN | 1 | 97–12552 | WAAGSBO v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30710 | OHN | 1 | 97–13242 | LEONARD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32064 | OHN | 1 | 97–13610 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30551 | OHN | 1 | 97–14242 | MYERS et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33720 | OHN | 1 | 98–10893 | MILLER v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31508 | OHN | 1 | 98–12600 | GIBSON et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31790 | OHN | 1 | 98–12907 | TIERNEY et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31524 | OHN | 1 | 98–13038 | HAMILTON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30147 | OHN | 1 | 98–13362 | BERTRAND v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–41913 | OHN | 1 | 98–13527 | PETERSON v. A–C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11–31575 | OHN | 1 | 98–14035 | LONG et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30555 | OHN | 1 | 98–14755 | NELSON v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30850 | OHN | 1 | 98–14768 | WILLIS v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30383 | OHN | 1 | 98–14870 | GRANT v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–33270 | OHN | 1 | 99–10622 | BIELICKI et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30889 | OHN | 1 | 99–12048 | PIKE v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30473 | OHN | 1 | 99–12143 | FAGAN v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–30929 | OHN | 1 | 99–12183 | RIDDICK v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31813 | VI | 1 | 93–00037 | DAVILA v. FOSTER WHEELER CO. ET AL |
| PAE | 2 | 11–45884 | VI | 1 | 93–00086 | ALLEN v. FOSTER WHEELER CO. ET AL |
| PAE | 2 | 11–45890 | VI | 1 | 93–00091 | CAUDILL v. FOSTER WHEELER CO. ET AL |
| PAE | 2 | 11–45888 | VI | 1 | 93–00092 | CLEMENT v. FOSTER WHEELER CO. ET AL |
| PAE | 2 | 11–45886 | VI | 1 | 93–00097 | EATON v. FOSTER WHEELER CO. ET AL |
| PAE | 2 | 11–45887 | VI | 1 | 93–00107 | GRAY v. FOSTER WHEELER CO. ET AL |
| PAE | 2 | 11–45889 | VI | 1 | 93–00115 | LYBERT v. FOSTER WHEELER CO. ET AL |