IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |
| | : | |
| VARIOUS PLAINTIFFS | : | Transferred from the Northern |
| | : | District of Ohio |
| v. | : | |
| | : | Certain "MARDOC" cases listed |
| VARIOUS DEFENDANTS | : | in Exhibit "A," attached |

**MARDOC SUGGESTION OF REMAND (No. 41)**

**AND NOW**, this **20th** day of **October, 2016**, it is hereby

**ORDERED** that, upon review of the cases listed in Exhibit "A,"

attached, and based on the factors identified in the Court's

Administrative Order No. 18, No. 01-875 (E.D. Pa. April 30,

2009), ECF No. 6197, the Court finds that:

a.) Plaintiffs have complied with MDL 875 Administrative

Order No. 25, No. 02-875 (E.D. Pa. June 23, 2013), ECF

No. 2614.

b.) The parties have completed their obligations under the

Rule 16 orders issued by the Court (see No. 02-875, ECF

Nos. 594-600).

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions,

including dispositive motions.

e.) Rule 18 settlement discussions have been exhausted in

the transferee court. Some of the parties have

1

indicated that additional settlement discussions may be beneficial after the case is remanded to the transferor court.

f.)   The Court finds that the cases are prepared for trial without delay once on the transferor court's docket, subject to any trial-related motions in limine (including Daubert challenges).

g.)   The remaining viable defendants for trial in each case, are listed in Exhibit "B," attached.

h.)   The Court issued an opinion on punitive damages on July 9, 2014 (see No. 02-875, ECF No. 4376). Any punitive damages claims that remain in an individual case are also remanded to the transferor court.[1]

Accordingly, the Court **SUGGESTS** that the cases listed in Exhibit "A," attached, be **REMANDED** to their respective United States District Courts from which they were transferred for

---

[1]   On the Court's "land-based" docket, the MDL 875 Court has severed and retained most claims for punitive damages prior to the cases being remanded to the transferor courts. See In re Collins, 233 F.3d 809, 810 (3d Cir. 2000) ("It is responsible public policy to give priority to compensatory claims over exemplary punitive damage windfalls; this prudent conservation more than vindicates the Panel's decision to withhold punitive damage claims on remand."); see also In re Roberts, 178 F.3d 181 (3d Cir. 1999). The maritime docket (MARDOC) has proceeded along a different track. See Sanchez v. Various Defendants, No. 02-875, 2014 WL 3353044, at *1 (E.D. Pa. July 9, 2014) (Robreno, J.). All remaining MARDOC cases should be closed or remanded in the near future. Accordingly, the Court deems it appropriate to remand all remaining claims in each of the MARDOC cases.

resolution of all matters pending within each case.[2]

---

[2]     In five of these cases (Jacobson, 11-33888, Deosca, 11-33892, Clarke, 11-33899, Admundson, 11-33902, and Foote, 11-33908) (as well in several other similar cases not at issue here), Plaintiffs assert that this Court should vacate its rulings dismissing various Defendants due to lack of personal jurisdiction in light of the recent non-precedential Third Circuit Court of Appeals opinion, In re: Asbestos Prod. Liab. Litig., No. 15-1387, 2016 WL 4395353 (3d Cir. Aug. 18, 2016). ECF No. 4927. In all five of these cases, the Court entered the dismissal orders on October 10, 2014. Plaintiffs' request, docketed September 22, 2016, was filed nearly two years afterwards.

Plaintiffs contend that because these five cases are factually identical to those discussed in the Third Circuit's opinion wherein the Court found that Defendants had waived personal jurisdiction, this Court should vacate the orders dismissing Defendants and reinstate the claims against them. The Court views this request as one for reconsideration. See Favia v. Indiana Univ. of Pennsylvania, 7 F.3d 332, 337 (3d Cir. 1993) (asserting that a court "must look beyond the motion's caption to its substance"); see also Migliore v. Archie, No. 11-cv-4018, 2014 WL 2738222, at *3 (E.D. Pa. June 17, 2014) (providing that "a party may not avoid both the filing deadlines of a motion for reconsideration and the legal requirements of such a motion by disguising such a motion as an amended pleading or another motion") (internal quotation marks omitted).

In that Plaintiffs' request was filed long after the fourteen day reconsideration deadline set in Loc. R. Civ. P. 7.1(g), the Court denies the request. Instead, Plaintiffs may appeal the dismissal orders at the end of the cases, as is their right regarding any of the orders this Court enters.

In appropriate circumstances, a district court may "waive a requirement of its local rules." United States v. Eleven Vehicles, Their Equip. & Accessories, 200 F.3d 203, 215 (3d Cir. 2000). Specifically, "a district court can depart from the strictures of its own local procedural rules where (1) it has a sound rationale for doing so, and (2) so doing does not unfairly prejudice a party who has relied on the local rule to his detriment." Id.

The Court concludes that there is no sound rationale for deviating from the applicable rules of procedure in this instance and that doing so could create unfair prejudice to

Alternatively, the parties in each case have **seven (7)** **days** within which to consent to a trial before an Article III or Magistrate Judge in the Eastern District of Pennsylvania. In such an event, if consent is granted, a trial will be scheduled within sixty (60) days, on a date convenient to the parties in Philadelphia, Pennsylvania, and the Suggestion of Remand will be

---

Defendants. Although Plaintiffs contend that the cases are "factually identical," Defendants dispute this contention as well as the persuasiveness of the Third Circuit's decision. Without significant additional briefing, the Court cannot decisively conclude whether the factual scenarios are sufficiently identical such that the Third Circuit's decision might have application. Such an exercise would unduly delay cases that are otherwise ready for remand and trial on the merits. As stated, Plaintiffs' opportunity to challenge these rulings will occur once the cases are concluded.

Moreover, it is not uncommon that persuasive (or even precedential) authority arises in the years after a decision has been filed that might have impacted the court's conclusions had that authority been in existence at the time of the ruling. However, a court cannot revisit every decision it has made every time a possibly relevant case is decided. Indeed, that is one reason the Local Rules limit the time frame for filing motions for reconsideration. This is especially true in an MDL where one decision might affect hundreds or even thousands of cases.

These are complex long-standing cases with multiple issues and parties represented by sophisticated counsel who expect and depend upon compliance with the federal procedural rules. "Faithful adherence to the Local Rules of Civil Procedure is particularly important" in such a situation. U.S. ex rel. Streck v. Allergan, Inc., 288 F.R.D. 88, 91 (E.D. Pa. 2012). The Court will not deviate from the rules without a very strong showing of need. In this situation, the Court concludes that adherence to the rules is necessary "to ensure the fair and efficient administration of justice" and that there is insufficient justification for waiving the time limit established in Loc. R. Civ. P. 7.1(g). Id.

vacated as to that case.

It is further **ORDERED** that all viable (non-bankrupt) defendants **who are not identified in Exhibit "B"** as a pending defendant in each case are **DISMISSED** from the respective case(s).


**AND IT IS SO ORDERED.**


**/s/ Eduardo Robreno**
**EDUARDO C. ROBRENO, J.**

## SUGGESTION OF REMAND MEMORANDUM
Updated October 7, 2016

**To:** Transferor Judge
**From:** Judge Eduardo C. Robreno, Presiding Judicial Officer, MDL 875
**Re:** Asbestos case that has been transferred to your court

---

### Status of the case that has been transferred from the Eastern District of Pennsylvania

This case has been transferred back to the transferor court, from the MDL 875 Court in the Eastern District of Pennsylvania.

Cases that are remanded to transferor courts are ordinarily ready for trial, pursuant to this Court's Administrative Order No. 18 (see http://www.paed.uscourts.gov/mdl875d.asp).

Specific information regarding the history of a specific case while it was in the MDL 875 Court can be found in the Suggestion of Remand (above) that the MDL Court submitted to the Judicial Panel on Multidistrict Litigation in connection with its Order.

### History of MDL 875, In re: Asbestos Products Liability Litigation

MDL 875, In re: Asbestos Products Liability Litigation, involves issues relating to personal injury damages caused by asbestos products. It currently consists of about 3,000 cases transferred by the Judicial Panel on Multidistrict Litigation, which has been transferring cases to the Eastern District of Pennsylvania since 1991. Each case typically consists of claims by multiple plaintiffs against multiple defendants. Since its inception, the litigation has involved more than 100,000 cases and up to ten million claims, including land-based and maritime claims ("MARDOC").

Beginning with Administrative Order No. 12 (see http://www.paed.uscourts.gov/mdl875d.asp) in 2008, the Court initiated an aggressive, pro-active policy to facilitate the processing of cases. The policy involves giving newly transferred cases scheduling orders; setting cases for settlement conferences; having motion hearings; and remanding trial-ready cases to transferor courts, or, in the alternative, holding trials in the Eastern District of Pennsylvania (if so requested by the parties). Administrative Order No. 25 serves the same purpose for MARDOC cases.

### Resources available for transferor courts on the MDL 875 website

More information about the history of MDL 875 can be found on the Eastern District of Pennsylvania's MDL 875 website at http://www.paed.uscourts.gov/mdl875a.asp. Additionally, all Administrative Orders issued in this litigation (including current Orders and those no longer in effect) can be found at http://www.paed.uscourts.gov/mdl875d.asp.

Also on the website is an Excel spreadsheet of all decisions issued by the Presiding Officer on

substantive and procedural matters since 2008 (see http://www.paed.uscourts.gov/mdl875n.asp). This spreadsheet is updated regularly, and it can be sorted by jurisdiction, case caption, subject matter, party name, etc. It is also word searchable. The MDL-875 Court intends this spreadsheet to be a helpful resource for transferor courts addressing issues similar to those already addressed by the MDL-875 Court.

Other options available to assist the Transferor Court with legal research include searchable databases created by LexisNexis and Westlaw. Directions on how to access these databases can be found on http://www.paed.uscourts.gov/mdl875n.asp.

**Contact information for the MDL 875 Court**

The MDL 875 Court is ready, willing and able to assist the transferor court with any matters relating to the transfer of the case or any substantive or procedural issues that may arise.

You may contact the Presiding Judicial Officer (Judge_Eduardo_Robreno@paed.uscourts.gov), the MDL 875 law clerk (Joel_Lang@paed.uscourts.gov or (267) 299-7422), or the Clerk's Office ((267) 299-7012)) for further assistance.

**Additional information pertaining to MDL 875**

The Presiding Judicial Officer has written an extensive article on the history and current status of MDL 875 which may be helpful to the transferer judge. See Hon. Eduardo C. Robreno, The Federal Asbestos Product Liability Multidistrict Litigation (MDL 875): Black Hole or New Paradigm?, 23 Widener L.J. 97 (2014). The article can be found on Westlaw, or a PDF copy of the article can be provided by contacting the MDL 875 law clerk.

# EXHIBIT A

| Case Number | Caption | Non-Ohio | Status |
|---|---|---|---|
| 09-cv-30094 | TESSER v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 09-cv-30143 | JACOBS v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 10-cv-30041 | MILLER v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 10-cv-30059 | LANCOUR v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 10-cv-30373 | BARTEL (WUORI) et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 10-cv-37613 | FAGER v. UNITED STATES LINES INC. REORGANIZATION TRUST | | Remand |
| 10-cv-37726 | WASHINGTON v. UNITED STATES LINES INC. REORGANIZATION TRUST | | Remand |
| 11-cv-30099 | Angelety, Wilfred J | | Remand |
| 11-cv-30128 | BASLEY v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30147 | BERTRAND v. A-C PRODUCT LIABILITY TRUST | | Remand |
| 11-cv-30170 | BOWDEN et al v. FOSTER WHEELER COMPANY et al | | Remand |
| 11-cv-30242 | Colonel,William | | Remand |
| 11-cv-30255 | FIGUEROA et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30349 | Dennis, Isaac L | | Remand |
| 11-cv-30383 | GRANT v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30473 | Fagan, Robert I | | Remand |
| 11-cv-30493 | MCCANTS v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30511 | MCQUEEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30551 | MYERS et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30555 | NELSON v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30571 | OJEDA et al v. FOSTER WHEELER COMPANY et al | | Remand |
| 11-cv-30640 | JARVI v. FOSTER WHEELER COMPANY et al | | Remand |
| 11-cv-30663 | JONES v. A-C PRODUCT LIABILITY TRUST et al | | Remand |

| 11-cv-30670 | KALOUDIS et al v. A-C PRODUCTS LIABILITY TRUST et al | | Remand |
|---|---|---|---|
| 11-cv-30679 | KING et al v. FOSTER WHEELER COMPANY et al | | Remand |
| 11-cv-30710 | Leonard, John J | | Remand |
| 11-cv-30804 | VEGA et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30807 | VELAZQUEZ et al v. FOSTER WHEELER COMPANY et al | | Remand |
| 11-cv-30815 | Waagsbo, Thor J | | Remand |
| 11-cv-30850 | Willis, Perry W | | Remand |
| 11-cv-30861 | WOOD et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30878 | YOUNG v. FOSTER WHEELER COMPANY et al | | Remand |
| 11-cv-30882 | PERRY v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30889 | PIKE v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30906 | PREYER v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30929 | Riddick, Keith R | | Remand |
| 11-cv-30945 | ROSE et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30985 | SELDON et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-30995 | Shine, Don | | Remand |
| 11-cv-31009 | SMITH v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-31022 | ALLISON v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-31030 | BODEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-31037 | BELLAMY et al v. FOSTER WHEELER COMPANY et al | | Remand |
| 11-cv-31052 | CAMPBELL et al v. FOSTER WHEELER COMPANY et al | | Remand |
| 11-cv-31097 | WADE et al v. FOSTER WHEELER COMPANY et al | | Remand |
| 11-cv-31116 | Murray, James R | | Remand |
| 11-cv-31152 | RESENDEZ et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-31240 | MOSKAL et al v. FOSTER WHEELER COMPANY et al | | Remand |
| 11-cv-31491 | FATHEL v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-31508 | GIBSON et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-31524 | HAMILTON v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-31568 | Lewis, Raymond | | Remand |
| 11-cv-31575 | LONG et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |

| | | | |
|---|---|---|---|
| 11-cv-31734 | Atson, James R | | Remand |
| 11-cv-31754 | BRENNAN et al v. FOSTER WHEELER COMPANY et al | | Remand |
| 11-cv-31757 | MCCORMICK et al v. FOSTER WHEELER COMPANY et al | | Remand |
| 11-cv-31790 | Tierney, Fredrick T | | Remand |
| 11-cv-31813 | DAVILA v. FOSTER WHEELER CO. ET AL | VI | Remand |
| 11-cv-31820 | Lopez, Domingo C | | Remand |
| 11-cv-31901 | HOOTEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-31909 | QUINTIN et al v. A-C PRODUCT LIABILITY  TRUST et al | | Remand |
| 11-cv-31915 | DAVIS et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-31966 | Ghaleb, Fadel H | | Remand |
| 11-cv-31986 | PAULSON et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-32032 | Andersen, Sonny K | | Remand |
| 11-cv-32064 | MILLER v. A-C PRODUCT LIABILITY  TRUST et al | | Remand |
| 11-cv-32087 | Rogers, Patrick I | | Remand |
| 11-cv-32091 | CRAWFORD v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-32119 | SCHULTE et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-32120 | BRYE et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-32123 | MCGUIRE et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-32124 | SHARP et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-32141 | Harmanson, Clifton | | Remand |
| 11-cv-32164 | Pappas, George | | Remand |
| 11-cv-32242 | Nicholas,Robert  E | | Remand |
| 11-cv-32271 | Zieser, Theodore F | | Remand |
| 11-cv-32317 | Anuszewski ,Frank J | | Remand |
| 11-cv-32323 | ARMSTRONG et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-32344 | SCHWOLD et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-32524 | WINNIE et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-32595 | WICHERT et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-32599 | NASSANS et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-32606 | DENYKO et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-32650 | Stuart, Rodman C | | Remand |
| 11-cv-32739 | DURETTE et al v. ACANDS, INC. et al | | Remand |

| | | | |
|---|---|---|---|
| 11-cv-32752 | BOCCHETTI et al v. AMERICAN PRESIDENT LINES LTD. et al | | Remand |
| 11-cv-32809 | EDWARDS v. EARL J. SMITH CO., INC. et al | | Remand |
| 11-cv-32901 | KENNEDY et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-33058 | RULEY et al v. A.H. BULL & CO. et al | | Remand |
| 11-cv-33103 | RIVERS et al v. AMERICAN EXPORT ISBRANDTSEN et al | | Remand |
| 11-cv-33109 | OSWALD et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-33115 | MACKIE et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-33119 | Kalmbach,Charles R | | Remand |
| 11-cv-33125 | Kuhl,Vincent S | | Remand |
| 11-cv-33160 | Webster, Jr.,Enoch | | Remand |
| 11-cv-33165 | SUTHERLAND v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-33182 | HADSOCK v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-33270 | BIELICKI et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-33278 | Chapman, O C | | Remand |
| 11-cv-33285 | Nicholas, Stephen G | | Remand |
| 11-cv-33334 | MEADE et al v. A-C PRODUCT LIABILITY TRUST et al | | Remand |
| 11-cv-33343 | Gardemal,Leonard J | | Remand |
| 11-cv-33344 | REEVES et al v. ALCOA et al | | Remand |
| 11-cv-33552 | STEWART v. OGDEN MARINE/OMI CORP. et al | | Remand |
| 11-cv-33592 | Petitt, Jon L | | Remand |
| 11-cv-33621 | MARTIN v. AMERICAN EXPORT ISBRANDTSEN et al | | Remand |
| 11-cv-33720 | Duckworth,Merle S | | Remand |
| 11-cv-33850 | CLARK et al v. AMOCO SHIPPING CO. et al | | Remand |
| 11-cv-33859 | FELTUS et al v. FOSTER WHEELER COMPANY et al | | Remand |
| 11-cv-33883 | HAWKINS et al v. AMERICAN MAIL LINES et al | MI | Remand |
| 11-cv-33888 | JACOBSON et al v. TRINIDAD CORPORATED et al | MI | Remand |
| 11-cv-33892 | DEOSCA v. AMERICAN BULK et al | MI | Remand |
| 11-cv-33899 | CLARKE v. AMERICAN HEAVY LIFT SHIPPING et al | MI | Remand |
| 11-cv-33902 | ADMUNDSON et al v. ALCOA et al | MI | Remand |
| 11-cv-33908 | FOOTE v. ACANDS, INCORPORATED et al | MI | Remand |

| | | | |
|---|---|---|---|
| 11-cv-33933 | ZIEGLER v. AMERICAN PRESIDENT LINES, LIMITED  et al | MI | Remand |
| 11-cv-37937 | DALY v. A-C PRODUCT LIABILITY TRUST | | Remand |
| 11-cv-41913 | PETERSON v. A-C PRODUCT LIABILITY TRUST | | Remand |
| 11-cv-43574 | LAZARD v. FOSTER WHEELER COMPANY | | Remand |
| 11-cv-44546 | ARCHIE, JR. v. A-C PRODUCT LIABILITY TRUST | | Remand |
| 11-cv-45884 | ALLEN v. FOSTER WHEELER CO. ET AL | VI | Remand |
| 11-cv-45886 | EATON v. FOSTER WHEELER CO. ET AL | VI | Remand |
| 11-cv-45887 | GRAY v. FOSTER WHEELER CO. ET AL | VI | Remand |
| 11-cv-45888 | Clement, Harry F | VI | Remand |
| 11-cv-45889 | Lybert, Leon | VI | Remand |
| 11-cv-45890 | CAUDILL v. FOSTER WHEELER CO. ET AL | VI | Remand |
| 11-cv-53231 | THOMAS v. A-C PRODUCT LIABILITY TRUST | | Remand |
| 11-cv-55427 | MCDOUGALL v. FOSTER WHEELER COMPANY | | Remand |
| 11-cv-56886 | RENFRO SR. et al v. A-C PRODUCT LIABILITY TRUST | | Remand |
| 11-cv-59539 | REYES v. A-C PRODUCT LIABILITY TRUST | | Remand |

# EXHIBIT B

| Case Number | Caption | Non-Ohio | DEFENDANTS | STATUS |
|---|---|---|---|---|
| 09-30094 | TESSER v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 09-30094 | TESSER v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 09-30094 | TESSER v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Marine Transit Company | REMAND |
| 09-30094 | TESSER v. A-C PRODUCT LIABILITY TRUST et al | | Reiss Steamship Company | REMAND |
| 09-30143 | JACOBS v. A-C PRODUCT LIABILITY TRUST et al | | American Steamship Co. | REMAND |
| 09-30143 | JACOBS v. A-C PRODUCT LIABILITY TRUST et al | | Amersand Steamship Company | REMAND |
| 09-30143 | JACOBS v. A-C PRODUCT LIABILITY TRUST et al | | Boland & Cornelius | REMAND |
| 09-30143 | JACOBS v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 09-30143 | JACOBS v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 09-30143 | JACOBS v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Marine Transit Company | REMAND |

| | | | | |
|---|---|---|---|---|
| 09-30143 | JACOBS v. A-C PRODUCT LIABILITY TRUST et al | | Pickands Mather & Co. | REMAND |
| 09-30143 | JACOBS v. A-C PRODUCT LIABILITY TRUST et al | | Reiss Steamship Company | REMAND |
| 10-30041 | MILLER v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 10-30041 | MILLER v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 10-30059 | LANCOUR v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 10-30059 | LANCOUR v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 10-30373 | BARTEL (WUORI) et al v. A-C PRODUCT LIABILITY TRUST et al | | American Steamship Co. | REMAND |
| 10-30373 | BARTEL (WUORI) et al v. A-C PRODUCT LIABILITY TRUST et al | | Amoco Oil Co. | REMAND |
| 10-30373 | BARTEL (WUORI) et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 10-30373 | BARTEL (WUORI) et al v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Lines Inc. | REMAND |

| 10-30373 | BARTEL (WUORI) et al v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Marine Transit Company | REMAND |
|---|---|---|---|---|
| 10-30373 | BARTEL (WUORI) et al v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Transit Co. Inc. | REMAND |
| 10-37613 | FAGER v. UNITED STATES LINES INC. REORGANIZATION TRUST | | John Crane Inc. | REMAND |
| 10-37726 | WASHINGTON v. UNITED STATES LINES INC. REORGANIZATION TRUST | | John Crane Inc. | REMAND |
| 10-37726 | WASHINGTON v. UNITED STATES LINES INC. REORGANIZATION TRUST | | Moore McCormack Bulk Transport Inc. | REMAND |
| 10-37726 | WASHINGTON v. UNITED STATES LINES INC. REORGANIZATION TRUST | | Mormac Marine Transport, Inc. | REMAND |
| 10-37726 | WASHINGTON v. UNITED STATES LINES INC. REORGANIZATION TRUST | | Sun Transport Inc. | REMAND |
| 11-30099 | Angelety, Wilfred J | | John Crane Inc. | REMAND |
| 11-30099 | Angelety, Wilfred J | | United Fruit Company | REMAND |
| 11-30128 | BASLEY v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-30128 | BASLEY v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |

| | | | | |
|---|---|---|---|---|
| 11-30147 | BERTRAND v. A-C PRODUCT LIABILITY TRUST | | American Steamship Co. | REMAND |
| 11-30147 | BERTRAND v. A-C PRODUCT LIABILITY TRUST | | Amersand Steamship Company | REMAND |
| 11-30147 | BERTRAND v. A-C PRODUCT LIABILITY TRUST | | Bell Steamship Company | REMAND |
| 11-30147 | BERTRAND v. A-C PRODUCT LIABILITY TRUST | | Chesterton Co., A. W. | REMAND |
| 11-30147 | BERTRAND v. A-C PRODUCT LIABILITY TRUST | | John Crane Inc. | REMAND |
| 11-30170 | BOWDEN et al v. FOSTER WHEELER COMPANY et al | | United Fruit Company | REMAND |
| 11-30242 | Colonel, William | | Gulf Oil Company | REMAND |
| 11-30242 | Colonel, William | | John Crane Inc. | REMAND |
| 11-30242 | Colonel, William | | United Fruit Company | REMAND |
| 11-30255 | FIGUEROA et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-30255 | FIGUEROA et al v. A-C PRODUCT LIABILITY TRUST et al | | GlenEagle Ship Management Co. | REMAND |
| 11-30255 | FIGUEROA et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-30255 | FIGUEROA et al v. A-C PRODUCT LIABILITY TRUST et al | | Moore McCormack Bulk Transport Inc. | REMAND |
| 11-30255 | FIGUEROA et al v. A-C PRODUCT LIABILITY TRUST et al | | United Fruit Company | REMAND |
| 11-30349 | Dennis, Isaac L | | John Crane Inc. | REMAND |
| 11-30349 | Dennis, Isaac L | | United Fruit Company | REMAND |

| 11-30383 | GRANT v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
|---|---|---|---|---|
| 11-30383 | GRANT v. A-C PRODUCT LIABILITY TRUST et al | | Farrell Lines Inc. | REMAND |
| 11-30383 | GRANT v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-30383 | GRANT v. A-C PRODUCT LIABILITY TRUST et al | | Trinidad Corporation | REMAND |
| 11-30473 | Fagan, Robert I | | Boston Towing & Transportation Co., Inc. | REMAND |
| 11-30473 | Fagan, Robert I | | John Crane Inc. | REMAND |
| 11-30493 | MCCANTS v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-30493 | MCCANTS v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-30511 | MCQUEEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-30511 | MCQUEEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Farrell Lines Inc. | REMAND |
| 11-30511 | MCQUEEN et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-30511 | MCQUEEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Trinidad Corporation | REMAND |

| | | | | |
|---|---|---|---|---|
| 11-30551 | MYERS et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-30551 | MYERS et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-30555 | NELSON v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-30555 | NELSON v. A-C PRODUCT LIABILITY TRUST et al | | Exxon Company USA | REMAND |
| 11-30555 | NELSON v. A-C PRODUCT LIABILITY TRUST et al | | Exxon Shipping Co. | REMAND |
| 11-30555 | NELSON v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-30555 | NELSON v. A-C PRODUCT LIABILITY TRUST et al | | Mobil Oil Corporation | REMAND |
| 11-30555 | NELSON v. A-C PRODUCT LIABILITY TRUST et al | | SeaRiver Maritime Inc. | REMAND |
| 11-30571 | OJEDA et al v. FOSTER WHEELER COMPANY et al | | Chesterton Co., A. W. | REMAND |
| 11-30571 | OJEDA et al v. FOSTER WHEELER COMPANY et al | | United Fruit Company | REMAND |
| 11-30640 | JARVI v. FOSTER WHEELER COMPANY et al | | Chesterton Co., A. W. | REMAND |
| 11-30663 | JONES v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |

| 11-30670 | KALOUDIS et al v. A-C PRODUCTS LIABILITY TRUST et al | | J. J. Tennant Co. | REMAND |
|---|---|---|---|---|
| 11-30679 | KING et al v. FOSTER WHEELER COMPANY et al | | John Crane Inc. | REMAND |
| 11-30710 | Leonard, John J | | John Crane Inc. | REMAND |
| 11-30804 | VEGA et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-30807 | VELAZQUEZ et al v. FOSTER WHEELER COMPANY et al | | American Export Lines Inc. | REMAND |
| 11-30807 | VELAZQUEZ et al v. FOSTER WHEELER COMPANY et al | | Exxon Mobil Corporation | REMAND |
| 11-30807 | VELAZQUEZ et al v. FOSTER WHEELER COMPANY et al | | Farrell Lines Inc. | REMAND |
| 11-30807 | VELAZQUEZ et al v. FOSTER WHEELER COMPANY et al | | Moore McCormack Bulk Transport Inc. | REMAND |
| 11-30807 | VELAZQUEZ et al v. FOSTER WHEELER COMPANY et al | | Socony Vacuum Oil Company | REMAND |
| 11-30807 | VELAZQUEZ et al v. FOSTER WHEELER COMPANY et al | | Trinidad Corporation | REMAND |
| 11-30807 | VELAZQUEZ et al v. FOSTER WHEELER COMPANY et al | | United Fruit Company | REMAND |
| 11-30815 | Waagsbo, Thor J | | John Crane Inc. | REMAND |
| 11-30850 | Willis, Perry W | | John Crane Inc. | REMAND |

| 11-30861 | WOOD et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
|---|---|---|---|---|
| 11-30878 | YOUNG v. FOSTER WHEELER COMPANY et al | | Chesterton Co., A. W. | REMAND |
| 11-30882 | PERRY v. A-C PRODUCT LIABILITY TRUST et al | | American Steamship Co. | REMAND |
| 11-30882 | PERRY v. A-C PRODUCT LIABILITY TRUST et al | | Armstrong Steamship Co. | REMAND |
| 11-30882 | PERRY v. A-C PRODUCT LIABILITY TRUST et al | | Bell Steamship Company | REMAND |
| 11-30882 | PERRY v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-30882 | PERRY v. A-C PRODUCT LIABILITY TRUST et al | | Gartland Steamship Co. | REMAND |
| 11-30882 | PERRY v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-30889 | PIKE v. A-C PRODUCT LIABILITY TRUST et al | | American Steamship Co. | REMAND |
| 11-30889 | PIKE v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-30889 | PIKE v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-30889 | PIKE v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Lines Inc. | REMAND |

| 11-30889 | PIKE v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Marine Transit Company | REMAND |
|---|---|---|---|---|
| 11-30906 | PREYER v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-30906 | PREYER v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-30929 | Riddick, Keith R | | Chesterton Co., A. W. | REMAND |
| 11-30945 | ROSE et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-30985 | SELDON et al v. A-C PRODUCT LIABILITY TRUST et al | | Transoceanic Marine Inc. | REMAND |
| 11-30995 | Shine, Don | | John Crane Inc. | REMAND |
| 11-31009 | SMITH v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-31022 | ALLISON v. A-C PRODUCT LIABILITY TRUST et al | | Farrell Lines Inc. | REMAND |
| 11-31022 | ALLISON v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-31030 | BODEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-31030 | BODEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Farrell Lines Inc. | REMAND |

| 11-31030 | BODEN et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
|---|---|---|---|---|
| 11-31030 | BODEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Mathiasen Tanker Ind. Inc. | REMAND |
| 11-31030 | BODEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Trinidad Corporation | REMAND |
| 11-31037 | BELLAMY et al v. FOSTER WHEELER COMPANY et al | | John Crane Inc. | REMAND |
| 11-31052 | CAMPBELL et al v. FOSTER WHEELER COMPANY et al | | Chesterton Co., A. W. | REMAND |
| 11-31052 | CAMPBELL et al v. FOSTER WHEELER COMPANY et al | | John Crane Inc. | REMAND |
| 11-31097 | WADE et al v. FOSTER WHEELER COMPANY et al | | American Steamship Co. | REMAND |
| 11-31097 | WADE et al v. FOSTER WHEELER COMPANY et al | | Chesterton Co., A. W. | REMAND |
| 11-31097 | WADE et al v. FOSTER WHEELER COMPANY et al | | Kinsman Lines Inc. | REMAND |
| 11-31097 | WADE et al v. FOSTER WHEELER COMPANY et al | | Kinsman Marine Transit Company | REMAND |
| 11-31116 | Murray, James R | | John Crane Inc. | REMAND |
| 11-31152 | RESENDEZ et al v. A-C PRODUCT LIABILITY TRUST et al | | American Export Lines Inc. | REMAND |
| 11-31152 | RESENDEZ et al v. A-C PRODUCT LIABILITY TRUST et al | | American South African Lines | REMAND |
| 11-31152 | RESENDEZ et al v. A-C PRODUCT LIABILITY TRUST et al | | Barber Asphalt Corp. | REMAND |

| 11-31152 | RESENDEZ et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
|---|---|---|---|---|
| 11-31152 | RESENDEZ et al v. A-C PRODUCT LIABILITY TRUST et al | | Trinidad Corporation | REMAND |
| 11-31240 | MOSKAL et al v. FOSTER WHEELER COMPANY et al | | John Crane Inc. | REMAND |
| 11-31491 | FATHEL v. A-C PRODUCT LIABILITY TRUST et al | | American Steamship Co. | REMAND |
| 11-31491 | FATHEL v. A-C PRODUCT LIABILITY TRUST et al | | Armstrong Steamship Co. | REMAND |
| 11-31491 | FATHEL v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-31491 | FATHEL v. A-C PRODUCT LIABILITY TRUST et al | | Gartland Steamship Co. | REMAND |
| 11-31491 | FATHEL v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-31491 | FATHEL v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Lines Inc. | REMAND |
| 11-31491 | FATHEL v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Marine Transit Company | REMAND |
| 11-31491 | FATHEL v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Transit Co. Inc. | REMAND |
| 11-31508 | GIBSON et al v. A-C PRODUCT LIABILITY TRUST et al | | Exxon Mobil Corporation | REMAND |

| 11-31508 | GIBSON et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
|---|---|---|---|---|
| 11-31508 | GIBSON et al v. A-C PRODUCT LIABILITY TRUST et al | | Socony Mobil Oil Co. | REMAND |
| 11-31508 | GIBSON et al v. A-C PRODUCT LIABILITY TRUST et al | | Standard Oil Co. of New Jersey | REMAND |
| 11-31524 | HAMILTON v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-31568 | Lewis, Raymond | | John Crane Inc. | REMAND |
| 11-31575 | LONG et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-31575 | LONG et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-31575 | LONG et al v. A-C PRODUCT LIABILITY TRUST et al | | United Fruit Company | REMAND |
| 11-31734 | Atson, James R | | John Crane Inc. | REMAND |
| 11-31754 | BRENNAN et al v. FOSTER WHEELER COMPANY et al | | American Export Lines Inc. | REMAND |
| 11-31754 | BRENNAN et al v. FOSTER WHEELER COMPANY et al | | Farrell Lines Inc. | REMAND |
| 11-31757 | MCCORMICK et al v. FOSTER WHEELER COMPANY et al | | John Crane Inc. | REMAND |
| 11-31757 | MCCORMICK et al v. FOSTER WHEELER COMPANY et al | | United Fruit Company | REMAND |

| 11-31790 | Tierney, Fredrick T | | John Crane Inc. | REMAND |
|---|---|---|---|---|
| 11-31813 | DAVILA v. FOSTER WHEELER CO. ET AL | VI | John Crane-Houdaille, Inc. | REMAND |
| 11-31820 | Lopez, Domingo C | | John Crane Inc. | REMAND |
| 11-31901 | HOOTEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-31901 | HOOTEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Cosmopolitan Shipping Co., Inc. | REMAND |
| 11-31901 | HOOTEN et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-31901 | HOOTEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Mathiasen Tanker Ind. Inc. | REMAND |
| 11-31901 | HOOTEN et al v. A-C PRODUCT LIABILITY TRUST et al | | Trinidad Corporation | REMAND |
| 11-31909 | QUINTIN et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-31915 | DAVIS et al v. A-C PRODUCT LIABILITY TRUST et al | | Barber Asphalt Corp. | REMAND |
| 11-31915 | DAVIS et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-31915 | DAVIS et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-31966 | Ghaleb, Fadel H | | John Crane Inc. | REMAND |

| 11-31986 | PAULSON et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
|---|---|---|---|---|
| 11-31986 | PAULSON et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-32032 | Andersen, Sonny K | | Humble Oil & Refining Company | REMAND |
| 11-32032 | Andersen, Sonny K | | John Crane Inc. | REMAND |
| 11-32032 | Andersen, Sonny K | | Morania Oil Tanker Corp. | REMAND |
| 11-32032 | Andersen, Sonny K | | Socony Mobil Oil Co. | REMAND |
| 11-32032 | Andersen, Sonny K | | Socony Vacuum Oil Company | REMAND |
| 11-32064 | MILLER v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-32064 | MILLER v. A-C PRODUCT LIABILITY TRUST et al | | Mathiasen Tanker Ind. Inc. | REMAND |
| 11-32087 | Rogers, Patrick I | | Coordinated Caribbean Transport Inc. | REMAND |
| 11-32087 | Rogers, Patrick I | | John Crane Inc. | REMAND |
| 11-32091 | CRAWFORD v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-32091 | CRAWFORD v. A-C PRODUCT LIABILITY TRUST et al | | Western Geophysical Co. | REMAND |
| 11-32119 | SCHULTE et al v. A-C PRODUCT LIABILITY TRUST et al | | American Export Isbrandtsen | REMAND |
| 11-32119 | SCHULTE et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |

| 11-32119 | SCHULTE et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
|---|---|---|---|---|
| 11-32119 | SCHULTE et al v. A-C PRODUCT LIABILITY TRUST et al | | Trinidad Corporation | REMAND |
| 11-32119 | SCHULTE et al v. A-C PRODUCT LIABILITY TRUST et al | | United Fruit Company | REMAND |
| 11-32120 | BRYE et al v. A-C PRODUCT LIABILITY TRUST et al | | American Steamship Co. | REMAND |
| 11-32120 | BRYE et al v. A-C PRODUCT LIABILITY TRUST et al | | Amersand Steamship Company | REMAND |
| 11-32120 | BRYE et al v. A-C PRODUCT LIABILITY TRUST et al | | Armstrong Steamship Co. | REMAND |
| 11-32120 | BRYE et al v. A-C PRODUCT LIABILITY TRUST et al | | Bell Steamship Company | REMAND |
| 11-32120 | BRYE et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-32120 | BRYE et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-32120 | BRYE et al v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Lines Inc. | REMAND |
| 11-32120 | BRYE et al v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Marine Transit Company | REMAND |

| 11-32120 | BRYE et al v. A-C PRODUCT LIABILITY TRUST et al | | Litton Great Lakes Corp. | REMAND |
|---|---|---|---|---|
| 11-32123 | MCGUIRE et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-32123 | MCGUIRE et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-32123 | MCGUIRE et al v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Marine Transit Company | REMAND |
| 11-32124 | SHARP et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-32141 | Harmanson, Clifton | | John Crane Inc. | REMAND |
| 11-32164 | Pappas, George | | John Crane Inc. | REMAND |
| 11-32242 | Nicholas, Robert E | | Barber Asphalt Corp. | REMAND |
| 11-32242 | Nicholas, Robert E | | BP Corporation N.A. | REMAND |
| 11-32242 | Nicholas, Robert E | | John Crane Inc. | REMAND |
| 11-32242 | Nicholas, Robert E | | Trinidad Corporation | REMAND |
| 11-32271 | Zieser, Theodore F | | John Crane Inc. | REMAND |
| 11-32317 | Anuszewski, Frank J | | John Crane Inc. | REMAND |
| 11-32323 | ARMSTRONG et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-32323 | ARMSTRONG et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-32344 | SCHWOLD et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |

| 11-32344 | SCHWOLD et al v. A-C PRODUCT LIABILITY TRUST et al | | United Fruit Company | REMAND |
|----------|-----------|--|----------------------|--------|
| 11-32524 | WINNIE et al v. A-C PRODUCT LIABILITY TRUST et al | | Boland & Cornelius | REMAND |
| 11-32524 | WINNIE et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-32524 | WINNIE et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-32595 | WICHERT et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-32595 | WICHERT et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-32599 | NASSANS et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-32599 | NASSANS et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-32606 | DENYKO et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-32606 | DENYKO et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-32650 | Stuart, Rodman C | | Exxon Mobil Corporation | REMAND |
| 11-32650 | Stuart, Rodman C | | John Crane Inc. | REMAND |
| 11-32650 | Stuart, Rodman C | | Mobil Oil Corporation | REMAND |

| 11-32739 | DURETTE et al v. ACANDS, INC. et al | | John Crane Inc. | REMAND |
|----------|-------------------------------------|--|----------------|--------|
| 11-32752 | BOCCHETTI et al v. AMERICAN PRESIDENT LINES LTD. et al | | Crown Zellerbach Corp. | REMAND |
| 11-32752 | BOCCHETTI et al v. AMERICAN PRESIDENT LINES LTD. et al | | Exxon Mobil Corporation | REMAND |
| 11-32752 | BOCCHETTI et al v. AMERICAN PRESIDENT LINES LTD. et al | | John Crane Inc. | REMAND |
| 11-32752 | BOCCHETTI et al v. AMERICAN PRESIDENT LINES LTD. et al | | Mobil Oil Corporation | REMAND |
| 11-32752 | BOCCHETTI et al v. AMERICAN PRESIDENT LINES LTD. et al | | Watter's Marine Inc. | REMAND |
| 11-32809 | EDWARDS v. EARL J. SMITH CO., INC. et al | | John Crane Inc. | REMAND |
| 11-32809 | EDWARDS v. EARL J. SMITH CO., INC. et al | | Mathiasen Tanker Ind. Inc. | REMAND |
| 11-32901 | KENNEDY et al v. A-C PRODUCT LIABILITY TRUST  et al | | American South African Lines | REMAND |
| 11-32901 | KENNEDY et al v. A-C PRODUCT LIABILITY TRUST  et al | | Barber Asphalt Corp. | REMAND |
| 11-32901 | KENNEDY et al v. A-C PRODUCT LIABILITY TRUST  et al | | Cosmopolitan Shipping Co., Inc. | REMAND |
| 11-32901 | KENNEDY et al v. A-C PRODUCT LIABILITY TRUST  et al | | Farrell Lines Inc. | REMAND |

| 11-32901 | KENNEDY et al v. A-C PRODUCT LIABILITY TRUST  et al | | John Crane Inc. | REMAND |
|---|---|---|---|---|
| 11-32901 | KENNEDY et al v. A-C PRODUCT LIABILITY TRUST  et al | | Mathiasen Tanker Ind. Inc. | REMAND |
| 11-32901 | KENNEDY et al v. A-C PRODUCT LIABILITY TRUST  et al | | Trinidad Corporation | REMAND |
| 11-32901 | KENNEDY et al v. A-C PRODUCT LIABILITY TRUST  et al | | United Fruit Company | REMAND |
| 11-33058 | RULEY et al v. A.H. BULL & CO. et al | | Boston Fuel Transportation, Inc. | REMAND |
| 11-33103 | RIVERS et al v. AMERICAN EXPORT ISBRANDTSEN et al | | John Crane-Houdaille, Inc. | REMAND |
| 11-33109 | OSWALD et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-33109 | OSWALD et al v. A-C PRODUCT LIABILITY TRUST et al | | Cosmopolitan Steamship Co. | REMAND |
| 11-33109 | OSWALD et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-33109 | OSWALD et al v. A-C PRODUCT LIABILITY TRUST et al | | Kinsman Transit Co. Inc. | REMAND |
| 11-33109 | OSWALD et al v. A-C PRODUCT LIABILITY TRUST et al | | United Fruit Company | REMAND |
| 11-33115 | MACKIE et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |

| 11-33115 | MACKIE et al v. A-C PRODUCT LIABILITY TRUST et al | | United Fruit Company | REMAND |
|---|---|---|---|---|
| 11-33119 | Kalmbach, Charles R | | John Crane Inc. | REMAND |
| 11-33125 | Kuhl, Vincent S | | John Crane-Houdaille, Inc. | REMAND |
| 11-33160 | Webster, Jr., Enoch | | John Crane Inc. | REMAND |
| 11-33160 | Webster, Jr., Enoch | | Moore McCormack Bulk Transport Inc. | REMAND |
| 11-33165 | SUTHERLAND v. A-C PRODUCT LIABILITY TRUST  et al | | American Export Isbrandtsen | REMAND |
| 11-33165 | SUTHERLAND v. A-C PRODUCT LIABILITY TRUST  et al | | Chesterton Co., A. W. | REMAND |
| 11-33165 | SUTHERLAND v. A-C PRODUCT LIABILITY TRUST  et al | | Hale Container Line, Inc. | REMAND |
| 11-33165 | SUTHERLAND v. A-C PRODUCT LIABILITY TRUST  et al | | John Crane Inc. | REMAND |
| 11-33182 | HADSOCK v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
| 11-33182 | HADSOCK v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-33182 | HADSOCK v. A-C PRODUCT LIABILITY TRUST et al | | Trinidad Corporation | REMAND |
| 11-33270 | BIELICKI et al v. A-C PRODUCT LIABILITY TRUST et al | | BP Corporation N.A. | REMAND |

| 11-33270 | BIELICKI et al v. A-C PRODUCT LIABILITY TRUST et al | | Chesterton Co., A. W. | REMAND |
|---|---|---|---|---|
| 11-33270 | BIELICKI et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-33270 | BIELICKI et al v. A-C PRODUCT LIABILITY TRUST et al | | United Fruit Company | REMAND |
| 11-33278 | Chapman, O C | | John Crane Inc. | REMAND |
| 11-33285 | Nicholas, Stephen G | | American Export Isbrandtsen | REMAND |
| 11-33285 | Nicholas, Stephen G | | Farrell Lines Inc. | REMAND |
| 11-33285 | Nicholas, Stephen G | | John Crane Inc. | REMAND |
| 11-33334 | MEADE et al v. A-C PRODUCT LIABILITY TRUST et al | | John Crane Inc. | REMAND |
| 11-33334 | MEADE et al v. A-C PRODUCT LIABILITY TRUST et al | | Socony Mobil Oil Co. | REMAND |
| 11-33343 | Gardemal, Leonard J | | Acadian Offshore Services | REMAND |
| 11-33343 | Gardemal, Leonard J | | John Crane Inc. | REMAND |
| 11-33344 | REEVES et al v. ALCOA et al | | BP Corporation N.A. | REMAND |
| 11-33344 | REEVES et al v. ALCOA et al | | Chiquita Brands International, Inc. | REMAND |
| 11-33344 | REEVES et al v. ALCOA et al | | Farrell Lines Inc. | REMAND |
| 11-33344 | REEVES et al v. ALCOA et al | | John Crane Inc. | REMAND |
| 11-33552 | STEWART v. OGDEN MARINE/OMI CORP. et al | | John Crane Inc. | REMAND |

| 11-33552 | STEWART v. OGDEN MARINE/OMI CORP. et al | | Ogden Sea Transport, Inc. | REMAND |
|---|---|---|---|---|
| 11-33552 | STEWART v. OGDEN MARINE/OMI CORP. et al | | United Fruit Company | REMAND |
| 11-33592 | Petitt, Jon L | | Amoco Shipping Co. | REMAND |
| 11-33592 | Petitt, Jon L | | John Crane Inc. | REMAND |
| 11-33592 | Petitt, Jon L | | Moore McCormack Bulk Transport Inc. | REMAND |
| 11-33592 | Petitt, Jon L | | United Fruit Company | REMAND |
| 11-33621 | MARTIN v. AMERICAN EXPORT ISBRANDTSEN et al | | United Fruit Company | REMAND |
| 11-33720 | Duckworth, Merle S | | Coordinated Caribbean Transport Inc. | REMAND |
| 11-33720 | Duckworth, Merle S | | John Crane Inc. | REMAND |
| 11-33720 | Duckworth, Merle S | | Western Tankers Company | REMAND |
| 11-33850 | CLARK et al v. AMOCO SHIPPING CO. et al | | John Crane Inc. | REMAND |
| 11-33859 | FELTUS et al v. FOSTER WHEELER COMPANY et al | | John Crane Inc. | REMAND |
| 11-33859 | FELTUS et al v. FOSTER WHEELER COMPANY et al | | Sacony Mobil Oil | REMAND |
| 11-33859 | FELTUS et al v. FOSTER WHEELER COMPANY et al | | Scony Oil Co. | REMAND |
| 11-33883 | HAWKINS et al v. AMERICAN MAIL LINES et al | MI | Chesterton Co., A. W. | REMAND |
| 11-33883 | HAWKINS et al v. AMERICAN MAIL LINES et al | MI | Gatke Corporation | REMAND |

| 11-33883 | HAWKINS et al v. AMERICAN MAIL LINES et al | MI | J. J. Tennant Co. Oregon | REMAND |
|----------|---------------------------------------------|-----|---------------------------|--------|
| 11-33883 | HAWKINS et al v. AMERICAN MAIL LINES et al | MI | John Crane Inc. | REMAND |
| 11-33888 | JACOBSON et al v. TRINIDAD CORPORATED et al | MI | Barber Asphalt Corp. | REMAND* |
| 11-33888 | JACOBSON et al v. TRINIDAD CORPORATED et al | MI | Gatke Corporation | REMAND* |
| 11-33888 | JACOBSON et al v. TRINIDAD CORPORATED et al | MI | John Crane Inc. | REMAND* |
| 11-33888 | JACOBSON et al v. TRINIDAD CORPORATED et al | MI | Trinidad Corporation | REMAND* |
| 11-33892 | DEOSCA v. AMERICAN BULK et al | MI | American Export Isbrandtsen | REMAND* |
| 11-33892 | DEOSCA v. AMERICAN BULK et al | MI | American Export Lines Inc. | REMAND* |
| 11-33892 | DEOSCA v. AMERICAN BULK et al | MI | Mathiasen Tanker Ind. Inc. | REMAND* |
| 11-33892 | DEOSCA v. AMERICAN BULK et al | MI | Trinidad Corporation | REMAND* |
| 11-33899 | CLARKE v. AMERICAN HEAVY LIFT SHIPPING et al | MI | Amoco Shipping Co. | REMAND* |
| 11-33899 | CLARKE v. AMERICAN HEAVY LIFT SHIPPING et al | MI | Woods Hole Port Authority | REMAND* |
| 11-33902 | ADMUNDSON et al v. ALCOA et al | MI | Crown Zellerbach Corp. | REMAND* |

| | | | | |
|---|---|---|---|---|
| 11-33908 | FOOTE v. ACANDS, INCORPORATED et al | MI | American Export Lines Inc. | REMAND* |
| 11-33933 | ZIEGLER v. AMERICAN PRESIDENT LINES, LIMITED  et al | MI | Great Lakes Towing Co. | REMAND |
| 11-37937 | DALY v. A-C PRODUCT LIABILITY TRUST | | Great Lakes Towing Co. | REMAND |
| 11-37937 | DALY v. A-C PRODUCT LIABILITY TRUST | | Hannah Inland Waterways | REMAND |
| 11-37937 | DALY v. A-C PRODUCT LIABILITY TRUST | | Hannah Marine Corporation | REMAND |
| 11-37937 | DALY v. A-C PRODUCT LIABILITY TRUST | | John Crane Inc. | REMAND |
| 11-41913 | PETERSON v. A-C PRODUCT LIABILITY TRUST | | American Steamship Co. | REMAND |
| 11-43574 | LAZARD v. FOSTER WHEELER COMPANY | | John Crane Inc. | REMAND |
| 11-43574 | LAZARD v. FOSTER WHEELER COMPANY | | Mobil Oil Corporation | REMAND |
| 11-43574 | LAZARD v. FOSTER WHEELER COMPANY | | Sacony Mobil Oil | REMAND |
| 11-43574 | LAZARD v. FOSTER WHEELER COMPANY | | Socony Mobil Oil Co. | REMAND |
| 11-44546 | ARCHIE, JR. v. A-C PRODUCT LIABILITY TRUST | | Coastwise Trading Company | REMAND |
| 11-44546 | ARCHIE, JR. v. A-C PRODUCT LIABILITY TRUST | | John Crane Inc. | REMAND |
| 11-45884 | ALLEN v. FOSTER WHEELER CO. ET AL | VI | American Oil Co. | REMAND |
| 11-45884 | ALLEN v. FOSTER WHEELER CO. ET AL | VI | John Crane-Houdaille, Inc. | REMAND |

| 11-45886 | EATON v. FOSTER WHEELER CO. ET AL | VI | John Crane-Houdaille, Inc. | REMAND |
|---|---|---|---|---|
| 11-45887 | GRAY v. FOSTER WHEELER CO. ET AL | VI | John Crane-Houdaille, Inc. | REMAND |
| 11-45887 | GRAY v. FOSTER WHEELER CO. ET AL | VI | Union Carbide Corporation | REMAND |
| 11-45888 | Clement, Harry F | VI | Gulf Oil Company | REMAND |
| 11-45888 | Clement, Harry F | VI | Gulf Trading & Transport | REMAND |
| 11-45888 | Clement, Harry F | VI | John Crane-Houdaille, Inc. | REMAND |
| 11-45888 | Clement, Harry F | VI | Union Carbide Corporation | REMAND |
| 11-45889 | Lybert, Leon | VI | Colonial Tankers Company | REMAND |
| 11-45889 | Lybert, Leon | VI | John Crane-Houdaille, Inc. | REMAND |
| 11-45889 | Lybert, Leon | VI | Kinsman Transit Co. Inc. | REMAND |
| 11-45889 | Lybert, Leon | VI | Transoceanic Marine Inc. | REMAND |
| 11-45889 | Lybert, Leon | VI | Union Carbide Corporation | REMAND |
| 11-45890 | CAUDILL v. FOSTER WHEELER CO. ET AL | VI | Union Carbide Corporation | REMAND |
| 11-45890 | CAUDILL v. FOSTER WHEELER CO. ET AL | VI | John Crane-Houdaille, Inc. | REMAND |
| 11-53231 | THOMAS v. A-C PRODUCT LIABILITY TRUST | | American Oil Co. | REMAND |
| 11-53231 | THOMAS v. A-C PRODUCT LIABILITY TRUST | | John Crane Inc. | REMAND |
| 11-53231 | THOMAS v. A-C PRODUCT LIABILITY TRUST | | United Fruit Company | REMAND |
| 11-55427 | MCDOUGALL v. FOSTER WHEELER COMPANY | | American Export Isbrandtsen | REMAND |

| 11-55427 | MCDOUGALL v. FOSTER WHEELER COMPANY | | American Export Lines Inc. | REMAND |
|---|---|---|---|---|
| 11-55427 | MCDOUGALL v. FOSTER WHEELER COMPANY | | Esso Shipping Co. | REMAND |
| 11-55427 | MCDOUGALL v. FOSTER WHEELER COMPANY | | Esso Standard Oil Co. | REMAND |
| 11-55427 | MCDOUGALL v. FOSTER WHEELER COMPANY | | Farrell Lines Inc. | REMAND |
| 11-56886 | RENFRO SR. et al v. A-C PRODUCT LIABILITY TRUST | | Exxon Mobil Corporation | REMAND |
| 11-56886 | RENFRO SR. et al v. A-C PRODUCT LIABILITY TRUST | | John Crane Inc. | REMAND |
| 11-56886 | RENFRO SR. et al v. A-C PRODUCT LIABILITY TRUST | | Mobil Oil Corporation | REMAND |
| 11-56886 | RENFRO SR. et al v. A-C PRODUCT LIABILITY TRUST | | Socony Vacuum Oil Company | REMAND |
| 11-56886 | RENFRO SR. et al v. A-C PRODUCT LIABILITY TRUST | | Standard Oil Co. of New Jersey | REMAND |
| 11-59539 | REYES v. A-C PRODUCT LIABILITY TRUST | | American Export Isbrandtsen | REMAND |
| 11-59539 | REYES v. A-C PRODUCT LIABILITY TRUST | | American Export Lines Inc. | REMAND |
| 11-59539 | REYES v. A-C PRODUCT LIABILITY TRUST | | Crowley Towing & Transp. Co. | REMAND |
| 11-59539 | REYES v. A-C PRODUCT LIABILITY TRUST | | Farrell Lines Inc. | REMAND |
| 11-59539 | REYES v. A-C PRODUCT LIABILITY TRUST | | John Crane Inc. | REMAND |
| 11-59539 | REYES v. A-C PRODUCT LIABILITY TRUST | | Mathiasen Tanker Ind. Inc. | REMAND |

| 11-59539 | REYES v. A-C PRODUCT LIABILITY TRUST | | United Fruit Company | REMAND |
|---|---|---|---|---|
| 2:11-cv-30807-ER | VELAZQUEZ et al v. FOSTER WHEELER COMPANY et al | | American Export Isbrandtsen | REMAND |
| 2:11-cv-32124-ER | SHARP et al v. A-C PRODUCT LIABILITY TRUST et al | | Coordinated Caribbean Transport Inc. | REMAND |