## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



April 18, 2017

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judiciary Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington, DC 20544-0005

RE:   MDL No.        MDL-875 - IN RE: Asbestos Products Liability Litigation (No. VI)

       Our Case No.   1:17-CV-21429-CMA

       Case Title     Sacon v. Air & Liquid Systems Corporation

Dear Clerk of the Panel:

Please be advised that the above-mentioned case was filed in this Court and may be a potential tag-along action. We are forwarding herewith copies of the Complaint/Notice of Removal and docket sheet.

Should you need any further information, please do not hesitate to contact us.

STEVEN M. LARIMORE
Clerk of Court

    s/ Graciela Gomez
by: _____
    MDL Clerk

Encl.