UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                          MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                                   MDL No. 875

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| PAE | 2 | 11–33914 | MIE | 2 | 91–70468 | BLUE v. AMERCARGO, INCORPORATED et al |
| PAE | 2 | 11–33896 | MIE | 2 | 91–72009 | BRAUN v. MANVILLE CORPORATION ASBESTOS DISEASE COMPENSATION FUND et al |
| PAE | 2 | 11–33906 | MIE | 2 | 91–72092 | PERDREAUVILLE v. ACANDS, INCORPORATED et al |
| PAE | 2 | 11–32630 | OHN | 1 | 86–01573 | MILLER et. al. v. AMERICAN EXPORT LINES INC. et al |
| PAE | 2 | 11–32986 | OHN | 1 | 92–10632 | MORRIS v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33465 | OHN | 1 | 93–10357 | KENNEDY et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–33366 | OHN | 1 | 93–10889 | RUCKER et al v. FOSTER WHEELER ENERGY CORPORATION et al |
| PAE | 2 | 11–33875 | OHN | 1 | 93–11420 | BOLTON et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–32621 | OHN | 1 | 93–11573 | HENDRICKS et al v. A. H. BULL AND CO. et al |
| PAE | 2 | 11–32633 | OHN | 1 | 94–10023 | TRAVIS et al v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30905 | OHN | 1 | 94–10856 | PREVOST v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30520 | OHN | 1 | 94–11063 | MICHAEL v. FOSTER WHEELER COMPANY et al |
| PAE | 2 | 11–30432 | OHN | 1 | 94–13849 | HERNANDEZ et al v. A–C PRODUCT LIABIILITY TRUST et al |
| PAE | 2 | 11–30307 | OHN | 1 | 95–10230 | CORREA v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32293 | OHN | 1 | 95–11324 | ORCHARD et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31854 | OHN | 1 | 95–11730 | JOSEPH v. FIBREBOARD CORPORATION et al |
| PAE | 2 | 11–32536 | OHN | 1 | 95–11920 | RICE et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31882 | OHN | 1 | 95–12116 | SOUTH et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–32243 | OHN | 1 | 95–12338 | WAFER et al v. A–C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11–31865 | OHN | 1 | 95–12610 | FONTENOT et al v. A–C PRODUCT LIABILITY TRUST et al |

| | | | | | | |
|---|---|---|---|---|---|---|
| PAE | 2 | 11−32020 | OHN | 1 | 96−10733 | TAYLOR v. A−C PRODUCTS LIABILITY TRUST |
| PAE | 2 | 11−32377 | OHN | 1 | 96−10884 | PASTORET v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32340 | OHN | 1 | 96−11019 | REYNOLDS v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−32530 | OHN | 1 | 96−12096 | CASTRO v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−33447 | OHN | 1 | 96−15668 | OWEN et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30801 | OHN | 1 | 97−12276 | VAUGHAN v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31125 | OHN | 1 | 97−12578 | OLIVEIRA v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30090 | OHN | 1 | 97−14197 | ALNAHAM v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−31087 | OHN | 1 | 97−14322 | TOMASZEWSKI v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30557 | OHN | 1 | 97−14922 | NEWMAN et al v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 10−55912 | OHN | 1 | 98−10203 | WATSON v. A−C PRODUCT LIABILITY TRUST |
| PAE | 2 | 11−31465 | OHN | 1 | 98−12271 | CRAIG v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30526 | OHN | 1 | 98−13335 | MILLER v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30401 | OHN | 1 | 99−10571 | HADWAN v. A−C PRODUCT LIABILITY TRUST et al |
| PAE | 2 | 11−30192 | OHN | 1 | 99−10872 | BULANTE v. A−C PRODUCT LIABILITY TRUST et al |