# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Hoffeditz, et al. v. AM General, LLC, et al., | ) | |
| E.D. Pennsylvania, C.A. No. 2:09-70103 | ) | MDL No. 875 |
| (D. New Jersey, C.A. No. 2:09-00257) | ) | |

## CONDITIONAL REMAND ORDER

All claims except plaintiffs' claims for punitive or exemplary damages previously were remanded to the transferor court. The transferee court has now advised the Panel that coordinated or consolidated pretrial proceedings with respect to those remaining claims have been completed and that remand to the transferor court, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that all remaining claims in the action on this conditional remand order be remanded to the transferor court.

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Pennsylvania with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel