# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**OUR FILE # 805-1002**

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br>Hoffeditz, et al. v. AM General, LLC et al.<br>E.D. Pennsylvania C.A. No.: 09-cv-70103-ER<br>D. New Jersey C.A. No. 09-cv-00257<br><br>**DEFENDANTS.** | **MDL DOCKET NO.: 875** |

## NOTICE OF OPPOSITION TO SEPTEMBER 10, 2018 CONDITIONAL REMAND ORDER

Pursuant to Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant ArvinMeritor, Inc., as successor-in-interest to Rockwell International Automotive[1] respectfully submits this Notice of Opposition to the Conditional Remand Order entered by the Panel on September 10, 2018. [ECF No. 10126].

1. On September 10, 2018, the Judicial Panel on Multidistrict Litigation entered a Conditional Remand Order remanding Plaintiffs' claims for punitive or exemplary damages to the respective transferor court. See Conditional Remand Order (Sept. 10, 2018) [ECF No. 10126].

2. The Panel provided that any notice of opposition would be due within 7 days from the date of this order.

3. Pursuant to Rule 10.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant ArvinMeritor, Inc. respectfully notices their opposition to

---

[1] ArvinMeritor, Inc. joins this notice without prejudice to its affirmative defenses, including lack of personal jurisdiction, in any particular coordinated action.

the remand of Plaintiffs' claims for punitive or exemplary damages to the transferor court.

4. This matter was removed to Federal Court in January of 2009 and it has been long practice of the MDL to sever and defer punitive damages in land-based cases.

5. The transferee court suggested on August 15, 2011, that all claims except Plaintiff's punitive damages claims be remanded to the transferor court. [ECF No.7685].

6. The Panel issued a Conditional Remand Order for all claims except the punitive damages claims and that Order became final on August 24, 2011. [ECF No.7698, 7740].

7. All claims proceeded in the transferor court and the claims are said to be tried on January 9, 2019.

8. The transferee court has since suggested that the punitive damages claims be remanded to the transferor court and the Panel issued a Conditional Remand Order.

9. The punitive damages should not be remanded to the transferor court as Defendant ArvinMeritor, Inc. has not been afforded the opportunity to move for Summary Judgment on those claims.

10. In addition, Defendant ArvinMeritor, Inc. will be prejudiced by such a remand because Defendant has not had the opportunity to conduct discovery or serve expert reports in this regard.

11. Pursuant to Rule 10.2(e), Defendant ArvinMeritor, Inc. hereby reserves its right to file a Motion to Vacate the Conditional Remand Order and brief in support thereof within 14 days of the filing of this Notice of Opposition.

Respectfully submitted,

REILLY, MCDEVITT & HENRICH, P.C.

BY: /s/ Brandy L. Harris
Brandy L. Harris, Esquire

REILLY, MCDEVITT &
HENRICH, P.C.
3 Executive Campus, Suite 310
Cherry Hill, NJ 08002


Attorney for Defendant,
Arvin Meritor, Inc.
as successor-in-interest to
Rockwell International Automotive

## CERTIFICATE OF SERVICE

The undersigned certifies that today I served the foregoing Notice of Opposition to Conditional Remand Order upon the upon the following:

By ECF:

           Peter G. Angelos
    Law Office of Peter G. Angelos, P.C.
      One Charles Center, 22nd Floor
        Baltimore, MD 21201-3804
    *Plaintiffs' Liaison Counsel for MDL 875*

           David C. Landin
       Hunton & Williams, LLP
        951 East Byrd Street
    Riverfront Plaza, East Tower
        Richmond, VA 23219
    *Defendants' Liaison Counsel for MDL 875*

By E-Mail:

           Amber Long, Esq.
    Levy, Philips & Konigsburg, LLP
    101 Grovers Mill Road, Suite 200
        Lawrenceville, NJ 08648
         along@lpklaw.com
       *Counsel for Plaintiffs*

         Sharon L. Caffrey
        Duane Morris LLP
       30 South 17th Street
       Philadelphia, PA 19103
     slcaffrey@duanemorris.com
*Counsel for Defendant Ford Motor Company*

Dated: September 17, 2018                 /s/ *Brandy L. Harris*