## CERTIFICATE OF SERVICE

The undersigned certifies that today I served the foregoing Notice of Appearance upon the upon the following:

By ECF:

> Peter G. Angelos
> Law Office of Peter G. Angelos, P.C.
> One Charles Center, 22nd Floor
> Baltimore, MD 21201-3804
> *Plaintiffs' Liaison Counsel for MDL 875*

> David C. Landin
> Hunton & Williams, LLP
> 951 East Byrd Street
> Riverfront Plaza, East Tower
> Richmond, VA 23219
> *Defendants' Liaison Counsel for MDL 875*

By E-Mail:

> Amber Long, Esq.
> Levy, Philips & Konigsburg, LLP
> 101 Grovers Mill Road, Suite 200
> Lawrenceville, NJ 08648
> along@lpklaw.com
> *Counsel for Plaintiffs*

> Sharon L. Caffrey
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103
> slcaffrey@duanemorris.com
> *Counsel for Defendant Ford Motor Company*

/s/ Brandy L. Harris