BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br>　　Hoffeditz, et. al. v. AM General, LLC, et al.,<br>　　　　E.D. Pennsylvania, C.A. No. 2:09-70103<br>　　　　D. New Jersey, C.A. No. 2:09-00257 | MDL No. 875 |

**FORD MOTOR COMPANY'S MOTION TO
<u>VACATE CONDITIONAL REMAND ORDER</u>**

Pursuant to Rule 10.2(e) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant Ford Motor Company ("Ford") files this Motion to Vacate the Panel's Conditional Remand Order entered on September 10, 2018 (Dkt. No. 10126). As described more fully in Ford's supporting brief, which Ford incorporates by reference, remand is inappropriate for the following reasons:

Because of the transferee court's practice of severing and deferring ruling on punitive damages claims, Ford has not had an opportunity to move for summary judgment on the punitive damages claim in the transferee court. As such, pre-trial proceedings are not complete.

Further, the scheduling order in the transferor court does not contemplate additional dispositive motions and contemplates that trial will start on January 9, 2019. Ford will be unfairly prejudiced if it does not have an opportunity to move for summary judgment in the transferor court, or if it is required to do so shortly before the start of trial.

WHEREFORE, the Panel should vacate the Conditional Remand Order.

                                                Respectfully submitted,

/s/ Jeffrey S. Pollack
Sharon L. Caffrey (Pa. No. 49519)
Jeffrey S. Pollack (Pa. No. 91888)
Andrew R. Sperl (Pa. No. 311467)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103
Phone: (215) 979-1000
Fax: (215) 979-1020
SLCaffrey@duanemorris.com

*Counsel for Defendant Ford Motor Company*

Dated: October 2, 2018