## SCHEDULE OF ACTION

Complete Name of Action Involved:

Gerald L. Hoffeditz and Judith L. Hoffeditz
        v
AM General, LLC, Arvin-Meritor, Inc., Borg-Warner Morse Tec, Chrysler, LLC, Cummins, Inc., Dana Corporation, Detroit Diesel Corporation, Ford Motor Co., General Motors Corp., Honeywell International, Inc., National Automotive Parts Association (NAPA), Pneumo-Abex, LLC, Setco Automotive, N.A., Inc., Standard Motor Products, Inc., John Doe Corporations 1-50, John Doe Corporations 51-75

District Court Where Action is Pending and Number:

District of New Jersey (Transferor Court): 2:09-cv-00257
Eastern District of Pennsylvania (Transferee Court): 2:09-cv-70103

Name of Judge Assigned:

District of New Jersey (Transferor Court): Hon. Claire C. Cecchi
Eastern District of Pennsylvania (Transferee Court): Hon. Eduardo C. Robreno

DM1\9060937.1