## **CERTIFICATE OF SERVICE**

I certify that today I served the foregoing Notice of Appearance upon the following counsel:

<u>By ECF:</u>

Peter G. Angelos
Law Offices of Peter G. Angelos, PC
100 North Charles Street
One Charles Center, 22nd Floor
Baltimore, MD 21201-3804
*Plaintiffs' Liaison Counsel for MDL 875*

David C. Landin
Hunton & Williams LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219
*Defendants' Liaison Counsel for MDL 875*

<u>By first-class mail and email:</u>

Moshe Maimon
Levy, Philips & Konigsburg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ  08648
mmaimon@lpklaw.com
*Counsel for Plaintiffs*

Patricia M. Henrich
Reilly Janiczek & McDevitt
2500 McLellan Boulevard Suite 240
Merchantville, NJ  08109
phenrich@rjm-law.com
*Counsel for Arvin-Meritor, Inc.*

Date: October 2, 2018

/s/ Jeffrey S. Pollack