## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| **IN RE:** ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL No. 875 |

### DEFENDANT, ARVINMERITOR, INC.'S MOTION TO VACATE CONDITIONAL REMAND ORDER

Pursuant to Judicial Panel on Multidistrict Litigation Rule 10.2(e), and for the reasons Stated in the accompanying brief, Defendants respectfully move this Panel to vacate its September 10, 2018 Conditional Remand Order ("CRO") (ECF. N. 10126).

Dated: October 2, 2018

Respectfully submitted,

/s/ Brandy Harris
Brandy Harris
REILLY, MCDEVITT & HENRICH, P.C.
3 Executive Campus, Ste. 310
Cherry Hill, NJ 08002
Telephone: (856) 317-7180
Fax: (856) 317-7188