BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                     MDL No. 875

**CERTIFICATE OF SERVICE**

The undersigned certifies that today I served the foregoing Motion to Vacate the Conditional Remand Order upon the following:

By ECF:

Peter G. Angelos, Esq.
Law Office of Peter G. Angelos, P.C.
One Charles Center, 22nd Floor
Baltimore, MD 21201-3804
*Plaintiffs' Liaison Counsel for MDL 875*

David C. Landin, Esquire
Hunton & Williams, LLP
951 East Byrd Street Riverfront
Plaza, East Tower
Richmond, VA 23219
*Defendants' Liaison Counsel for MDL 875*

By E-Mail:

Amber Long, Esquire
Levy, Philips & Konigsburg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
along@lpklaw.com *Counsel for Plaintiffs*

Sharon L. Caffrey, Esquire
Duane Morris LLP
30 South 11TH Street
Philadelphia, PA 19103
slcaffrey@duanemorris.com
*Counsel for Defendant Ford Motor Company*

/s/ Brandy Harris
Brandy Harris
REILLY, MCDEVITT & HENRICH, P.C.
3 Executive Campus, Ste. 310
Cherry Hill, NJ 08002
Telephone: (856) 317-7180
Fax: (856) 317-7188

Date: October 2, 2018