BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                          MDL No. 875

Case Caption (Include Plaintiff, District, and Civil Action No.)

Judith Hoffeditz, et als, Plaintiffs, MDL Docket No: 875,
E.D. Pa Civil Action No: Civil Action No.: 2:09-cv-00257-CCC-JAD

**CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel for ArvinMeritor, Inc. is the successor-in-interest to the former automotive products segment of Rockwell International Corporation certifies that this party is a non-governmental corporate party and that:

1. ArvinMeritor, Inc. changed its name to Meritor, Inc. in 2011.

2. No publicly-held corporation owns 10% or more of Meritor, Inc.'s stock.

| | |
|---|---|
| */s/ Brandy Harris* | Reilly, McDevitt & Henrich, P.C. |
| Signature of Attorney | Name of Firm |
| 3 Executive Campus, Ste. 310 | Cherry Hill, New Jersey 08002 |
| Address | City/State/Zip Code |

Date: October 2, 2018

BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)     MDL No. 875

**CERTIFICATE OF SERVICE**

The undersigned certifies that today I served the foregoing Corporate Disclosure Statement upon the following:

By ECF:     Peter G. Angelos, Esq.
Law Office of Peter G. Angelos, P.C.
One Charles Center, 22nd Floor
Baltimore, MD 21201-3804
*Plaintiffs' Liaison Counsel for MDL 875*

David C. Landin, Esquire
Hunton & Williams, LLP
951 East Byrd Street Riverfront Plaza, East Tower
Richmond, VA 23219
*Defendants' Liaison Counsel for MDL 875*

By E-Mail:     Amber Long, Esquire
Levy, Philips & Konigsburg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
along@lpklaw.com *Counsel for Plaintiffs*

Sharon L. Caffrey, Esquire
Duane Morris LLP
30 South 11TH Street
Philadelphia, PA 19103
slcaffrey@duanemorris.com
*Counsel for Defendant Ford Motor Company*

/s/ Brandy Harris
Brandy Harris
REILLY, MCDEVITT & HENRICH, P.C.
3 Executive Campus, Ste. 310
Cherry Hill, NJ 08002
Telephone: (856) 317-7180
Fax: (856) 317-7188

Date: October 2, 2018