UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**OUR FILE # 805-1002**

| | |
|---|---|
| JUDITH L. HOFFEDITZ; THE ESTATE OF GERALD L. HOFFEDITZ<br><br>PLAINTIFFS,<br><br>vs.<br><br>ARVIN-MERITOR, INC., *as successor-in-interest to Rockwell International Automotive*, ET AL.<br><br>DEFENDANTS. | MDL DOCKET NO. 875<br><br>E.D. Pa Civil Action No. 2:09-cv-00257<br>D.N.J. Civil Action No. 09-cv-00257 (CCC)(JAD) |

**NOTICE OF APPEARANCE**

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly enter the appearance of Brandy L. Harris, Esquire, on behalf of Defendant, Arvin Meritor, Inc., as successor-in-interest to Rockwell International Automotive, in reference to the above-captioned matter.

REILLY, McDEVITT & HENRICH, P.C.

BY: /s/ Brandy L. Harris
Brandy L. Harris, Esquire
Attorney for Defendant,
Arvin Meritor, Inc.
as successor-in-interest to
Rockwell International Automotive

## CERTIFICATE OF SERVICE

The undersigned certifies that today I served the foregoing Notice of Appearance upon the upon the following:

By ECF:

Peter G. Angelos
Law Office of Peter G. Angelos, P.C.
One Charles Center, 22nd Floor
Baltimore, MD 21201-3804
*Plaintiffs' Liaison Counsel for MDL 875*

David C. Landin
Hunton & Williams, LLP
951 East Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219
*Defendants' Liaison Counsel for MDL 875*

By E-Mail:

Amber Long, Esq.
Levy, Philips & Konigsburg, LLP
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
along@lpklaw.com
*Counsel for Plaintiffs*

Sharon L. Caffrey
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
slcaffrey@duanemorris.com
*Counsel for Defendant Ford Motor Company*

Dated: October 4, 2018