## CERTIFICATE OF SERVICE

The undersigned certifies that today I served the foregoing PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS ARVINMERITOR, INC.'S AND FORD MOTOR COMPANY'S MOTIONS TO VACATE CONDITIONAL REMAND ORDER upon the following:

By ECF:

>Peter G. Angelos
>Law Offices of Peter G. Angelos, PC
>100 North Charles Street
>One Charles Center, 22nd Floor
>Baltimore, MD 21201-3804
>*Plaintiffs' Liaison Counsel for MDL 875*

>David C. Landin
>Hunton & Williams LLP
>951 East Byrd Street
>Riverfront Plaza, East Tower
>Richmond, VA 23219
>*Defendants' Liaison Counsel for MDL 875*

By Email:

>Patricia M. Henrich
>Reilly Janiczek & McDevitt
>2500 McLellan Boulevard Suite 240
>Merchantville, NJ 08109
>phenrich@rjm-law.com
>*Counsel for Arvin-Meritor, Inc.*

>Sharon L. Caffrey, Esq.
>Duane Morris, LLP
>30 south 17th Street
>Philadelphia, PA 19103
>slcaffrey@duanemorris.com
>*Counsel for Ford Motor Company*

Dated:   October 24, 2018

_____
Amber Long

{00416310.DOCX}