BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)<br>Hoffeditz, et. al. v. AM General, LLC, et al.,<br>E.D. Pennsylvania, C.A. No. 2:09-70103<br>D. New Jersey, C.A. No. 2:09-00257 | MDL No. 875 |

**FORD MOTOR COMPANY'S WITHDRAWAL OF OPPOSITION TO AND MOTION TO VACATE CONDITIONAL REMAND ORDER**

Defendant Ford Motor Company ("Ford") withdraws its Opposition to Conditional Remand Order (ECF No. 10128, Filed September 17, 2018) and its Motion to Vacate the Panel's Conditional Remand Order (ECF No. 10133, Filed October 2, 2018).

Ford and Plaintiff have resolved Plaintiff's claims against Ford. The punitive damages claim that is the subject of the CRO should therefore be remanded to the transferor court so that it may be dismissed with Plaintiff's other claims against Ford.

Respectfully submitted,

/s/ Jeffrey S. Pollack
Sharon L. Caffrey (Pa. No. 49519)
Jeffrey S. Pollack (Pa. No. 91888)
Andrew R. Sperl (Pa. No. 311467)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA  19103
Phone: (215) 979-1000
Fax: (215) 979-1020
SLCaffrey@duanemorris.com

*Counsel for Defendant Ford Motor Company*

Dated: October 26, 2018

DM1\9117239.1