BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                                 MDL No. 875

Case Caption (Include Plaintiff, District, and Civil Action No.)

Judith Hoffeditz, et als, Plaintiffs, MDL Docket No: 875,
E.D. Pa Civil Action No:  Civil Action No.: 2:09-cv-00257-CCC-JAD

### ARVINMERITOR, INC.'S WITHDRAWAL OF OPPOSITION TO AND MOTION TO VACATE CONDITIONAL REMAND ORDER

Defendant, ArvinMeritor, Inc. withdraws its Opposition to Conditional Remand Order (ECF No. 10130), Filed September 17, 2018) and its Motion to Vacate the Panel's Conditional Remand Order (ECF No. 10136, Filed October 2, 2018).

ArvinMeritor, Inc. and Plaintiff have resolved Plaintiff's claims against ArvinMeritor, Inc. The punitive damages claim that is the subject of the CRO should therefore be remanded to the transferor court so that it may be dismissed with Plaintiff's other claims against ArvinMeritor, Inc.

Respectfully submitted,

*/s/ Brandy L. Harris*

Brandy L. Harris
Reilly McDevitt & Henrich, P.C.
3 Executive Campus, Ste. 310
Cherry Hill, NJ 08002
P: (856) 317-7180
F: (856) 317-7188
Bharris@rmh-law.com
Counsel for Defendant,
ArvinMeritor, Inc.

Dated:  October 30, 2018

## CERTIFICATE OF SERVICE

The undersigned certifies that today I served the foregoing Motion to Vacate the Conditional Remand Order upon the following:

By ECF:

Peter G. Angelos, Esq.
Law Office of Peter G. Angelos,
P.C. One Charles Center, 22nd Floor
Baltimore, MD 21201-3804
*Plaintiffs' Liaison Counsel for MDL 875*

David C. Landin, Esquire
Hunton & Williams, LLP
951 East Byrd Street Riverfront
Plaza, East Tower
Richmond, VA 23219
*Defendants' Liaison Counsel for MDL 875*

By E-Mail:

Amber Long, Esquire
Levy & Konigsburg, LLP 101
Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
along@lpklaw.com
*Counsel for Plaintiffs*

Sharon L. Caffrey, Esquire
Duane Morris LLP
30 South 11TH Street
Philadelphia, PA 19103
slcaffrey@duanemorris.com
*Counsel for Defendant Ford Motor Company*

*/s/ Brandy L. Harris*

Brandy L. Harris

Dated: October 30, 2018