UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ASBESTOS PRODUCTS**
**LIABILITY LITIGATION (NO. VI)**

| | | |
|---|---|---|
| Hoffeditz, et al. v. AM General, LLC, et al., | ) | |
|    E.D. Pennsylvania, C.A. No. 2:09-70103 | ) | MDL No. 875 |
|    (D. New Jersey, C.A. No. 2:09-00257) | ) | |

**ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER**
**AND VACATING THE NOVEMBER 29, 2018, HEARING SESSION ORDER**

A conditional remand order was filed in this action on September 10, 2018. Prior to expiration of that order's 7-day stay of transmittal, defendants Ford Motor Company and ArvinMeritor, Inc., filed notices of opposition to the proposed remand and subsequent motions and brief to vacate the conditional remand order. The Panel has now been advised that defendants wish to withdraw their oppositions to remand.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on September 10, 2018, is LIFTED insofar as it relates to this action. The action is remanded to the District of New Jersey.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 11, 2018, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel