IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : : : | Consolidated Under MDL DOCKET NO. 875 |
| VARIOUS PLAINTIFFS | : : | Certain "MARDOC" cases listed on the attached "Exhibit A" |
| v. | : : | |
| VARIOUS DEFENDANTS | : | |

**MARDOC SUGGESTION OF REMAND ORDER (No. 43)**

**AND NOW**, this **9th** day of **December, 2019**, it is hereby **ORDERED** that, upon review of:

MUNNIER v. GRACE LINES, E.D. Pa No. 11-33527

SCHROEDER v. ACANDS, INC., E.D. Pa No. 11-32774

WILLIAMS v. AMERICAN PRESIDENT LINES, E.D. Pa No. 11-33078,

and based on the factors identified in the Court's Administrative Order No. 18, No. 01-875 (E.D. Pa. April 30, 2009), ECF No. 6197, the Court finds that:

a.) Plaintiffs have complied with MDL 875 Administrative Order No. 25, No. 02-875 (E.D. Pa. June 23, 2013), ECF No. 2614.

b.) The parties have completed their obligations under the Rule 16 orders issued by the Court (see No. 02-875, ECF Nos. 594-600).

c.) All discovery has been completed.

d.) The Court has adjudicated all outstanding motions.

1

e.) Rule 18 settlement discussions have been exhausted in the transferee court. Some of the parties have indicated that additional settlement discussions may be beneficial after the case is remanded to the transferor court.

f.) The Court finds that the cases are prepared for trial without delay once on the transferor court's docket, subject to any trial-related motions in limine (including Daubert challenges).

Accordingly, the Court **SUGGESTS** that the cases listed in Exhibit A be **REMANDED** to their respective United States District Courts from which they were transferred for resolution of all matters pending within each case.

Exhibit A also includes a list of the remaining viable defendants in each of the three cases. It is further **ORDERED** that all non-bankrupt defendants **who are not identified on Exhibit A** are **DISMISSED** from their respective case(s) and **the Eastern District of Pennsylvania Clerk of Court is directed to terminate those defendants on the relevant dockets.**

ENTD DEC 11 2019

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

2

## EXHIBIT A
## List of viable defendants in each case

MUNNIER v. GRACE LINES, E.D. Pa. No. 11-33527; N.D. Oh., No. 86-02978:

    American Export Lines, Inc.; and
    American Export Isbrandtsen

SCHROEDER v. ACANDS, INC., E.D. Pa No. 11-32774; N.D. Oh., No. 89-15612

    Charles Kurz & Company, Inc.; and
    Marine Navigation Company

WILLIAMS v. AMERICAN PRESIDENT LINES, E.D. Pa No. 11-33078; N.D. Oh., No. 89-10334

    American President Lines, Ltd.; and
    Matson Navigation Co., Inc.

## SUGGESTION OF REMAND MEMORANDUM
Updated April 25, 2018

**To:** Transferor Judge
**From:** Judge Eduardo C. Robreno, Presiding Judicial Officer, MDL 875
**Re:** Asbestos case that has been transferred to your court

---

### Status of the case that has been transferred from the Eastern District of Pennsylvania

This case has been transferred back to the transferor court, from the MDL 875 Court in the Eastern District of Pennsylvania.

Cases that are remanded to transferor courts are ordinarily ready for trial, pursuant to this Court's Administrative Order No. 18. For all Administrative orders, see http://www.paed.uscourts.gov/documents2/mdl/mdl875#AdministrativeOrders.

### History of MDL 875, In re: Asbestos Products Liability Litigation

MDL 875, In re: Asbestos Products Liability Litigation, involves issues relating to personal injury damages caused by asbestos products. With this final suggestion of remand order, MDL 875 is largely completed and the transfer of cases by the Judicial Panel on Multidistrict Litigation has ended. The Judicial Panel began transferring cases to the Eastern District of Pennsylvania in 1991. Each case typically consists of claims by multiple plaintiffs against multiple defendants. Since its inception, the litigation has involved more than 100,000 cases and up to ten million claims, including land-based and maritime claims ("MARDOC").

Beginning with Administrative Order No. 12 in 2008, the Court initiated an aggressive, pro-active policy to facilitate the processing of cases. The policy involved giving newly transferred cases scheduling orders; setting cases for settlement conferences; having motion hearings; and remanding trial-ready cases to transferor courts. Administrative Order No. 25 serves the same purpose for MARDOC cases.

### Resources available for transferor courts on the MDL 875 website

More information about the history of MDL 875 can be found on the Eastern District of Pennsylvania's MDL 875 website at http://www.paed.uscourts.gov/documents2/mdl/mdl875#About.

Also on the website is an Excel spreadsheet of all decisions issued by the Presiding Officer on substantive and procedural matters since 2008 (http://www.paed.uscourts.gov/documents2/mdl/mdl875#Opinions). This spreadsheet is updated regularly, and it can be sorted by jurisdiction, case caption, subject matter, party name, etc. It is also word searchable. The MDL 875 Court intends this spreadsheet to be a helpful resource for transferor courts addressing issues similar to

4

those already addressed by the MDL 875 Court.

Other options available to assist the Transferor Court with legal research include searchable databases created by LexisNexis and Westlaw. Directions on how to access these databases can be found on http://www.paed.uscourts.gov/documents2/mdl/mdl875#Opinions.

### Contact information for the MDL 875 Court

The MDL 875 Court is ready, willing and able to assist the transferor court with any matters relating to the transfer of the case or any substantive or procedural issues that may arise.

You may contact the Presiding Judicial Officer (Judge_Eduardo_Robreno@paed.uscourts.gov), his senior law clerk (Joel_Lang@paed.uscourts.gov or (267) 299-7422), or the Clerk's Office ((267) 299-7012)) for further assistance.

### Additional information pertaining to MDL 875

The Presiding Judicial Officer has written an extensive article on the history and current status of MDL 875 which may be helpful to the transferor judge. See Hon. Eduardo C. Robreno, The Federal Asbestos Product Liability Multidistrict Litigation (MDL 875): Black Hole or New Paradigm?, 23 Widener L.J. 97 (2014). The article can be found on Westlaw, or a PDF copy of the article can be provided by Judge Robreno's chambers.