IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE: ASBESTOS PRODUCTS          :
LIABILITY LITIGATION (No. VI)     :     01-md-875 (land)
                                  :     02-md-875 (MARDOC)
VARIOUS PLAINTIFFS                :     03-md-875
                                  :     04-md-875
v.                                :     05-md-875
                                  :     06-md-875
VARIOUS DEFENDANTS                :
```

## O R D E R

AND NOW, this **18th** day of **August, 2022**, in that MDL-875 has served its purpose and this Court has original jurisdiction over the remaining asbestos cases currently active in this District, it is hereby **ORDERED** that the Clerk of Court shall **CLOSE** the master asbestos dockets, 01-md-875, 02-md-875, 03-md-875, 04-md-875, 05-md-875, and 06-md-875.[1]

It is further **ORDERED** that the Clerk of Court shall remove the MDL-875 flag from the thirteen remaining cases on the attached list, and any other asbestos cases, but shall retain the general asbestos flag. These thirteen cases shall remain with the Honorable Eduardo C. Robreno for pre-trial purposes,

---

[1] Given that MDL-875 now solely consists of cases from this District, it is no longer a multi-district litigation and it is appropriate to finally close down the master dockets. Any orders or documents relevant to the individual remaining asbestos cases shall be filed on their individual dockets only.

and any future asbestos personal injury cases filed in this
District shall continue to be assigned to Judge Robreno for pre-
trial purposes.


                              **AND IT IS SO ORDERED.**


                              ***/s/ Eduardo C. Robreno***
                              **EDUARDO C. ROBRENO, J.**

**Case List**

| CASE NUMBER | CAPTION | CASE FLAG |
|:---:|:---:|:---:|
| 18-3622 | Sullivan v. AW Chesterton | PA-E |
| 20-1683 | Akins | PA-E |
| 21-1595 | Abbondi | PA-E |
| 21-1705 | Stalmach | PA-E |
| 21-3207 | Warrington | PA-E |
| 21-3667 | Kozuch | PA-E |
| 21-5024 | Trella | PA-E |
| 22-93 | Stead | PA-E |
| 22-259 | Howard | PA-E |
| 22-2070 | Lishman | PA-E |
| 22-2564 | Vollman | PA-E |
| 22-2779 | McInnis | PA-E |
| 22-3204 | Dougherty | PA-E |